## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.,*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA ADJUDICATION

### **ORDER**

THIS MATTER comes before the Court on the motion of the Special Master filed February 16, 2000 (5885). Having reviewed the Special Master's motion, status report and invoices, having received no objections thereto, and being otherwise fully advised in the premises, the Court:

HEREBY APPROVES the payment of the invoices submitted by the Special Master, the Administrative Assistant, and the Data Manager between July 1999 and December 1999.

_____
CHIEF UNITED STATES DISTRICT JUDGE