IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)    69cv07941- JC<br>-v- )<br>)    RIO CHAMA STREAM SYSTEM<br>RAMON ARAGON et al., )<br>)<br>Defendants. )<br>) | |

NOTICE OF SPECIAL MASTER'S CHANGE OF ADDRESS

To: Counsel of Record
    Interested Parties

You are hereby notified that as of May 1, 2000, the new mailing address and telephone numbers for Vickie L. Gabin, Special Master, are as follows:

United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Facsimile at USDC: (505) 988-6473
Office telephone: (505) 955-0678

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN