# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer,
        Plaintiff,                                                                                    No. 69cv07941-JC

        v.

RAMON ARAGON, *et al.*,                                                              RIO CHAMA ADJUDICATION
        Defendants.

## ADMINISTRATIVE ORDER

The last Order for deposit of funds to cover fees, expenses, costs, and New Mexico gross receipts taxes incurred in connection with the above captioned water rights adjudication was entered on October 18, 1999 (5868) pursuant to Fed. R. Civ. P. 53. Additional funds are required. Now therefore,

IT IS HEREBY ORDERED THAT:

The United States of America and the State of New Mexico shall each advance funds for deposit in the account established by the Court as follows:

                            United States  $5,500.00     State  $5,500.00

The funds are due on June 30, 2000. Due to end of fiscal year considerations, the State may have until July 31, 2000 to submit its share. The funds shall be mailed to:

                            Clerk of the Court, USDC-DCNM
                            ATTN: Darcy S. Bushnell, Esq.
                            333 Lomas Blvd. NW, Box 610
                            Albuquerque, N.M.  87102

The check advancing the funds or the paperwork accompanying the check shall reference the account number 1:66cv06639-M. The Clerk shall mail this Order to the United States and to the State.

                                                               /electronic signature/
                                                   CHIEF UNITED STATES DISTRICT JUDGE