IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel*. State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941- JC |
| v. | ) ) | RIO CHAMA Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | Section 5 - Rio Gallina |
| Defendants. | ) ) ) | |

**ORDER ADOPTING INITIAL PROCEDURES FOR THE ADJUDICATION
OF THE FEDERAL NON-INDIAN CLAIMS IN THE RIO GALLINA SECTION**

This matter comes before the Special Master on the motion of the United States to adopt procedures for the adjudication of the federal non-Indian claims in Section 5 of the Rio Chama Stream System. The intent of these procedures is to develop an offer of judgment from the State of New Mexico, ex rel. State Engineer ("State") to the United States so that subfile orders can be entered. The parties intend to use this process in subsequent sections of the adjudication. The process will culminate in an *inter se* adjudication of all subfile orders. All parties have had the opportunity for comment on the proposed form of this Order.

The Special Master, being otherwise fully advised in the premises, now hereby adopts the following procedures for the adjudication of the federal non-Indian claims:

| | |
|---|---|
| May 1, 2000 | Deadline for the United States to file its federal non-Indian claims in the Rio Gallina Section of this adjudication. |
| October 2, 2000 | Deadline for the State to complete its field investigation of those claims for which a field investigation is necessary. Representatives of the acequias participating in this adjudication may participate in the field inspection process. Such participation does not constitute |

**PROCEDURAL ORDER RE: FEDERAL NON-INDIAN CLAIMS**                                **PAGE 1**

|  |  |
|---|---|
|  | an *inter se* proceedings, and shall not be construed as a waiver of the acequias' ability to object or participate in future *inter se* proceedings. |
| December 1, 2000 | Deadline for the State to report to the United States on those claims it disputes. The State's report shall be circulated to all persons on the Rio Gallina distribution list. |
| February 1, 2001 | Deadline for the United States to file amended claims (if any) in response to the State's report. |
| March, 2001 | Scheduling conference to develop procedures for entry of subfile orders at a date to be set by the Special Master. |

                                                    /electronic signature/
                                         SPECIAL MASTER VICKIE L. GABIN

]]>

an *inter se* proceedings, and shall not be construed as a waiver of the acequias' ability to object or participate in future *inter se* proceedings.

December 1, 2000 — Deadline for the State to report to the United States on those claims it disputes. The State's report shall be circulated to all persons on the Rio Gallina distribution list.

February 1, 2001 — Deadline for the United States to file amended claims (if any) in response to the State's report.

March, 2001 — Scheduling conference to develop procedures for entry of subfile orders at a date to be set by the Special Master.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN