IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) | |
| Plaintiff, ) ) | 69cv07941- JC |
| -v- ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al., ) ) | Sec. 3 - Canjilon, Cebolla, Las Nutrias |
| Defendants. ) ) | |

NOTICE OF ADJUDICATION PLANNING CONFERENCE

Pursuant to Fed. R. Civ. P. 53, and for the purpose of guiding the adjudication of the water rights claims in Section 3, Canjilon, Cebolla, and Las Nutrias, a conference is set for 1:00 p.m., Monday, June 19, 2000, in the Small Courtroom, second floor, United States District Court, South Federal Place, Santa Fe, N.M.  At this initial conference, the Special Master and interested counsel and acequia association representatives will develop procedures and schedules for an orderly adjudication process.

Ed Newville, attorney for the State of New Mexico, ex rel. State Engineer, shall prepare and circulate (not file) a discussion draft of proposed procedures and schedules to counsel of record, acequia representatives, and the Special Master, for receipt no later than June 14, 2000.

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN