IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. CV 7941 JC |
| v. | ) ) | RIO CHAMA Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | Section 5, Rio Gallina Subsection |
| Defendants. | ) ) ) | |

## ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME

The Special Master having reviewed the United States' Unopposed Motion for Extension of Time and being fully informed in the premises, finds the motion well taken.

Accordingly, the United States' Unopposed Motion for Extension of Time is hereby GRANTED. The United States has until May 15, 2000 to file its claims for the non-Indian federal agencies in the Rio Gallina Section of this adjudication.

Dated this 4th day of May, 2000

_Vickie L. Gabin_
Vickie L. Gabin
Special Master