IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. CV 7941 JC |
| v. | ) ) | RIO CHAMA Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | Section 5, Rio Gallina Subsection |
| Defendants. | ) ) ) | |

## FEDERAL RESERVED WATER RIGHT CLAIM
## FOR THE SAN PEDRO PARKS WILDERNESS

The United States of America, by and through its attorneys, submits a federal reserved water right claim for the San Pedro Parks Wilderness as follows:

1. This claim is based upon a federal reservation of land known as the San Pedro Parks Wilderness located within the Santa Fe National Forest in Rio Arriba County, New Mexico.

2. The San Pedro Parks Wilderness was designated and reserved by the Wilderness Act, § 3(a), 16 U.S.C.A. § 1132(a) (West 1985).

3. The United States claims the following sources of water: All surface and groundwater sources, including streams, lakes, ponds, springs, seeps, diffuse surface flows and other natural sources of water, whether named or not and whether perennial, intermittent or ephemeral, and all groundwater sources, within the boundaries of the San Pedro Parks Wilderness, tributary to the Rio Chama.

4. The United States claims the following uses for the water: Instream and in situ use of water for use and enjoyment of the San Pedro Parks Wilderness in its pristine, natural,

5899

unimpaired wilderness condition pursuant to the Wilderness Act, 16 U.S.C.A. §§ 1131-1136 (West 1985 & Supp. 1999).

5. The United States claims all unappropriated surface and groundwater as of September 3, 1964, the date of the reservation of the San Pedro Parks Wilderness.

6. The priority date claimed is September 3, 1964, the date of the reservation of the San Pedro Parks Wilderness.

7. The place of use of the water right is within the boundaries of the San Pedro Parks Wilderness.

DATED this 12th day of May, 2000.

Respectfully Submitted,

*David W. Gehlert* by KDB

DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural
    Resources Division
General Litigation Section
999 18th Street, Suite 945
Denver, Colorado 80202
Phone:  (303)312-7352
Fax:    (303)312-7331

Of counsel:

DAVID NEGRI
Office of the General Counsel
Albuquerque, NM