IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.* )
State Engineer, )
 )
    Plaintiff, ) No. CV 7941 JC
 )
v. ) RIO CHAMA Stream System
 )
ROMAN ARAGON, *et al.*, ) Section 5, Rio Gallina Subsection
 )
    Defendants. )
_____ )

## UNITED STATES FOREST SERVICE
## CLAIMS FOR STOCK AND WILDLIFE WATERING
## WITHIN SECTION 5 OF THE RIO CHAMA ADJUDICATION

The United States of America, by and through its attorneys, submits the following water right claims for stock and wildlife watering within the Santa Fe National Forest:

| Name | Section | Location T-N | R-E | Quarter | Priority Date | Quantity acre feet |
|---|---|---|---|---|---|---|
| **Coyote Ranger District** | | | | | | |
| Rincon Tank | 36 | 25 | 1 | SWNE | 12/17/59 | 1.5 |
| Prospect Tank | 1 | 24 | 2 | NESE | 12/17/59 | 1.5 |
| La Jara Tank | 31 | 24 | 2 | NWSW | 12/31/60 | 1.0 |
| Guadalupita Tank | 7 | 24 | 2 | SESW | 12/31/50 | 1.5 |
| Ferran Tank | 8 | 24 | 2 | SWSW | 12/17/59 | 1.0 |
| La Cueva Tank | 17 | 24 | 2 | SWSW | 12/31/77 | 1.0 |
| Corrales Tank | 17 | 24 | 2 | NESE | 12/31/50 | 1.0 |
| Dry Lake | 35 | 25 | 1 | NWSE | 12/31/50 | 1.0 |
| Upper La Jara | 31 | 24 | 2 | NENW | 12/17/59 | 1.0 |
| West Tank | 25 | 25 | 1 | NWNW | 5/16/62 | 0.25 |

| Name | Location Section | T-N | R-E | Quarter | Priority Date | Quantity acre feet |
|---|---|---|---|---|---|---|
| Wildhorse Tank | 30 | 25 | 2 | NESW | 5/16/62 | 0.25 |
| Boundary Tank | 31 | 25 | 2 | SENE | 5/16/62 | 0.75 |
| Middle la Jara | 31 | 24 | 1 | SENW | 12/17/59 | 1.0 |
| Vigil Tank | 25 | 24 | 1 | SENW | 12/17/59 | 1.0 |
| Valle Tank | 19 | 24 | 2 | SESE | 12/17/59 | 1.0 |
| Sylvia Tank | 19 | 24 | 2 | NWSE | 12/31/90 | 1.0 |
| Jacquez Tank | 19 | 24 | 2 | NWSE | 12/17/59 | 1.0 |
| Chavez Tank | 19 | 24 | 2 | SESW | 12/17/59 | 1.0 |
| Maestas Tank | 23 | 24 | 1 | NENE | 12/31/50 | 1.0 |
| Upper Guadalupita | 18 | 24 | 2 | NENW | 12/17/59 | 1.0 |
| Govenor Tank | 8 | 24 | 2 | NWNW | 12/17/59 | 1.0 |
| Medio Tank | 12 | 24 | 1 | NESE | 12/17/59 | 1.0 |
| Rincon #1 | 36 | 25 | 1 | SWSE | 12/17/59 | 0.5 |
| Rincon #2 | 36 | 25 | 1 | SWSW | 12/17/59 | 0.5 |
| Rincon #3 | 36 | 25 | 1 | SESE | 12/17/59 | 0.5 |
| Rincon #4 | 36 | 25 | 1 | SWSW | 12/17/59 | 1.5 |
| Rincon #5 | 35 | 25 | 1 | SESE | 12/17/59 | 1.5 |
| Rincon #6 | 36 | 25 | 1 | NWSW | 12/17/59 | 2.0 |
| Rincon #7 | 36 | 25 | 1 | NESW | 12/17/59 | 1.5 |
| Rincon #8 | 36 | 25 | 1 | SWNE | 12/17/59 | 1.5 |
| Rincon #9 | 36 | 25 | 1 | SWNE | 12/17/59 | 1.0 |
| Rincon #10 | 36 | 25 | 1 | SENE | 12/17/59 | 1.0 |
| Rincon #11 | 36 | 25 | 1 | SESE | 12/17/59 | 0.5 |

| Name | Section | Location T-N | R-E | Quarter | Priority Date | Quantity acre feet |
|---|---|---|---|---|---|---|
| **Cuba Ranger District** | | | | | | |
| Bug Tank | 26 | 26 | 1 | SWNE | 12/31/60 | 0.5 |
| Turkey Tank | 5 | 25 | 1 | NENE | 12/31/60 | 1.0 |
| Road Tank #2 | 27 | 26 | 1 | SWNE | 11/16/76 | 1.0 |
| Arroyo Tank | 9 | 25 | 1 | NESE | 12/31/81 | 1.0 |
| Deer Tank | 16 | 25 | 1 | NWSW | 12/31/81 | 1.0 |
| Middle Tank | 10 | 25 | 1 | NWNE | 12/31/81 | 0.5 |
| South Tank | 15 | 25 | 1 | SWSW | 12/31/81 | 0.5 |
| Llaves Tank | 30 | 25 | 1 | NESE | 12/31/81 | 1.0 |
| Golondrino Tank | 9 | 25 | 2 | SWSE | 12/31/60 | 1.0 |
| Eugenio Tank | 25 | 26 | 1 | SWNE | 12/31/60 | 0.5 |
| Weed Tank | 35 | 26 | 1 | SENW | 2/6/61 | 1.0 |
| Lost Tank | 19 | 26 | 2 | SWSW | 2/6/61 | 0.5 |
| Alkali Tank | 3 | 25 | 1 | SWNE | 2/23/66 | 1.0 |
| Lower #2 Tank | 15 | 25 | 1 | NENW | 2/23/66 | 0.5 |
| Dead Tank | 31 | 26 | 2 | SESW | 7/12/60 | 1.0 |
| Valdez Tank | 4 | 25 | 2 | SWSW | 7/12/60 | 0.5 |
| Turkey Tank | 6 | 25 | 2 | SWNE | 7/12/60 | 0.5 |
| Wolf Tank | 29 | 26 | 1 | NENW | 11/16/76 | 0.25 |
| Lower Tank | 10 | 26 | 1 | SENE | 11/16/76 | 0.5 |
| Shield Tank | 17 | 25 | 1 | NENW | 11/16/76 | 0.25 |
| Gurule Tank #5 | 3 | 24 | 1 | NWSE | 12/31/77 | 0.5 |
| Road Tank | 4 | 25 | 1 | SENW | 12/31/60 | 0.5 |
| Ojitos Tank | 4 | 26 | 1 | SWSE | 12/31/60 | 0.25 |
| Lang Tank | 17 | 26 | 1 | SWNE | 12/31/60 | 0.5 |

| Name | Section | Location T-N | R-E | Quarter | Priority Date | Quantity acre feet |
|---|---|---|---|---|---|---|
| Jose Tank | 20 | 26 | 1 | SWNE | 12/31/60 | 0.5 |
| Bond Tank | 16 | 26 | 1 | NENW | 12/31/60 | 0.5 |
| Pasture Tank | 32 | 26 | 1 | NWSW | 12/31/60 | 0.25 |
| Rodent Tank | 7 | 25 | 1 | NESW | 11/16/76 | 0.25 |
| Laguna Tank | 7 | 25 | 1 | NENE | 12/31/60 | 2.0 |
| Fence Tank | 7 | 25 | 1 | NWSW | 12/31/60 | 0.25 |
| No Name Tank | 7 | 25 | 1 | NWNE | 12/31/60 | 0.5 |
| Sheep Tank | 9 | 25 | 1 | SWSW | 12/31/60 | 1.0 |
| Deep Tank | 16 | 25 | 1 | NWSE | 12/31/60 | 0.25 |
| Old Simon Tank | 20 | 25 | 1 | SENE | 12/31/60 | 0.5 |
| New Simon Tank | 21 | 25 | 1 | NWSW | 12/31/60 | 1.5 |
| Oil Well Tank | 29 | 25 | 1 | SENW | 12/31/60 | 0.25 |
| Middle Moya Tank | 27 | 25 | 1 | SWNE | 12/31/60 | 0.5 |
| Lower Moya Tank | 22 | 25 | 1 | NESE | 12/31/60 | 0.25 |
| Gurule #1 | 10 | 24 | 1 | NWNW | 12/31/60 | 0.25 |
| Gurule #2 | 3 | 24 | 1 | NENE | 12/31/60 | 0.5 |
| Gurule #3 | 34 | 25 | 1 | SESE | 12/31/60 | 0.5 |
| Gurule #4 | 35 | 25 | 1 | NWSW | 12/31/60 | 1.0 |
| Gurule #8 | 9 | 24 | 1 | NESE | 12/17/59 | 0.25 |
| Lleguas Tank | 11 | 25 | 1 | NWSE | 2/23/66 | 5.0 |
| Corral Tank | 25 | 26 | 1 | NESW | 12/31/50 | 0.5 |
| Steer Tank | 36 | 26 | 1 | SESW | 12/31/50 | 0.5 |
| Arroya Tank #2 | 9 | 25 | 1 | SWSE | 11/16/76 | 0.5 |
| Bull Tank | 35 | 25 | 1 | NWNW | 12/17/59 | 1.25 |
| Gurule #6 | 35 | 25 | 1 | NWSW | 12/17/59 | 1.0 |

| Name | Section | Location T-N | R-E | Quarter | Priority Date | Quantity acre feet |
|---|---|---|---|---|---|---|
| Gurule Pit Tank | 13 | 25 | 1 | SWSW | 12/17/59 | 0.5 |
| Laguna Gurule | 10 | 24 | 1 | NWNW | 5/16/62 | 3.0 |
| Gurule #9 | 16 | 24 | 1 | NESW | 12/17/59 | 0.25 |
| Lleguas #3 | 11 | 25 | 1 | NESW | 2/23/66 | 1.0 |
| Lleguas #2 | 11 | 25 | 1 | NWSE | 2/23/66 | 1.0 |
| Lleguas #4 | 10 | 25 | 1 | NWSE | 2/23/66 | 1.0 |
| Tanques Dam | 19 | 25 | 1 | NESE | 2/28/79 | 10.0 |
| Wildlife Tank | 16 | 25 | 1 | NWNW | 11/16/76 | 0.25 |
| Tanques #1 | 8 | 25 | 1 | SWSE | 11/16/76 | 0.5 |
| Tanques #2 | 17 | 25 | 1 | NENW | 11/16/76 | 1.0 |
| Tanques #3 | 18 | 25 | 1 | SENE | 11/16/76 | 1.0 |
| Tanques #4 | 18 | 25 | 1 | NESE | 11/16/76 | 1.0 |
| Tanques #5 | 18 | 25 | 1 | NWSE | 11/16/76 | 1.0 |
| Tanques #6 | 18 | 25 | 1 | SENW | 11/16/76 | 0.25 |
| Rat Tank | 7 | 25 | 1 | NWNE | 11/16/76 | 1.0 |
| Simon Rest #5 | 33 | 25 | 1 | NWNE | 12/31/77 | 0.25 |
| Simon Rest #6 | 22 | 25 | 1 | NESW | 12/31/77 | 0.25 |
| Simon Rest #7 | 22 | 25 | 1 | SWNE | 12/31/77 | 0.25 |
| Simon Rest #8 | 22 | 25 | 1 | NENW | 12/31/77 | 0.25 |
| Simon Rest #9 | 22 | 25 | 1 | NENE | 12/31/77 | 0.25 |
| Simon Rest #10 | 22 | 25 | 1 | SESW | 12/31/77 | 0.25 |
| **Coyote Ranger District** | | | | | | |
| Chavez Spring | 21 | 23 | 1E | NWNE | 12/31/60 | .33 |
| La Jara Spring | 31 | 24 | 2E | NWSW | 12/31/60 | .11 |
| Leandro Spring | 24 | 24 | 1E | NWSE | 12/31/60 | .5 |

| Name | Section | Location T-N | R-E | Quarter | Priority Date | Quantity acre feet |
|---|---|---|---|---|---|---|
| Leon Spring | 30 | 24 | 1W | NWNW | 12/17/59 | .21 |
| Gallegos Spring | 31 | 23 | 2E | SWNE | 12/31/81 | .21 |
| Maestas Spring | 21 | 25 | 1E | SESE | 12/31/77 | .21 |
| Tableta Spring | 33 | 23 | 1E | NWSW | 12/31/76 | .41 |
| Lime Spring | 9 | 22 | 1E | NWSE | 12/17/59 | .21 |
| Mora Spring | 31 | 23 | 1 | SWSW | 12/17/59 | .21 |
| Santana Spring | 35 | 23 | 1W | SWSW | 11/15/60 | .21 |
| Cecilia Spring | 36 | 23 | 1E | NWNW | 12/17/59 | .21 |
| Vegitas Spring | 29 | 23 | 1E | SWSW | 12/17/59 | .21 |
| Navajo | 34 | 25 | 2 | SWSW | 12/31/50 | .21 |
| Oso Spring | 20 | 24 | 2E | SWSE | 12/17/59 | .21 |
| Laguna Spring | 3 | 24 | 2 | SWNW | 12/31/60 | .21 |
| **Cuba Ranger District** | | | | | | |
| Chupadera Spring | 33 | 26 | 1E | NWSW | 12/31/60 | .21 |
| Alamo Spring | 35 | 26 | 1 | SESW | 12/31/80 | .21 |
| Dead Horse Spring | 36 | 26 | 1 | SESE | 12/31/60 | .21 |
| **Coyote Ranger District** | | | | | | |
| Oil Well | 25 | 24 | 1 | SESW | 12/31/50 | .41 |
| **Cuba Ranger District** | | | | | | |
| Tank Canyon Well | 17 | 25 | 1W | SWSW | 12/31/60 | .35 |
| Simon Well | 29 | 25 | 1 | SWNE | 12/31/60 | .41 |
| Moya Well #1 | 33 | 25 | 1 | SWNE | 12/31/60 | .41 |
| Moya Well #2 | 22 | 25 | 1 | SWSE | 12/31/60 | .41 |
| Pasture Well | 32 | 25 | 1W | NWSW | 12/31/60 | .41 |

DATED this 5th day of May, 2000.

                    Respectfully Submitted,

                    DAVID W. GEHLERT
                    U.S. Department of Justice
                    Environment & Natural
                        Resources Division
                    General Litigation Section
                    999 18th Street, Suite 945
                    Denver, Colorado 80202
                    Phone:    (303)312-7352
                    Fax:      (303)312-7331

Of counsel:

DAVID NEGRI
Office of the General Counsel
Albuquerque, NM