IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | 69cv07941-JC |
| Plaintiff, | ) ) | |
| v. | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CHANGE OF MAILING ADDRESS

To:   Counsel of Record
      Interested Parties

NOTICE IS HEREBY GIVEN that my new mailing address is:

> Fred J. Waltz
> Attorney at Law
> Box 6390
> Taos, New Mexico 87571

Respectfully submitted,

*Fred Waltz*
Fred J. Waltz
Attorney at Law
Box 6390
Taos, New Mexico 87571
(505) 758-0407

5902

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2000 I served a true and correct copy of the foregoing pleading on counsel of record by first class mail.

_____
Fred J. Waltz