IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| HORACIO CHACON, et al., | ) | C |
|     Plaintiffs, | ) | O |
| v. | ) | N |
| | ) | S |
| REMEGIO CHACON, et al., | ) | O |
|     Defendants, | ) | L |
|   and | ) | I |
| | ) | D |
| STATE OF NEW MEXICO, | ) | A |
|     Plaintiff-in-Intervention, | ) | T |
| | ) | E |
|   and | ) | D |
| | ) | |
| HORACIO CHACON, et al., | ) | |
|     Defendants-in-Intervention, | ) | |
| | ) | No. 7941- Civil |
|   and | ) | Rio Chama Mainstream Section |
| | ) | Rio Chama Ditches |
| STATE OF NEW MEXICO, on the relation of S.E. Reynolds, State Engineer, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROMAN ARAGON, et al., | ) | |
|     Defendants | ) | |

## WATERMASTER ORDER

WHEREAS, it is possible that there will be a shortage of native water to the demands of ditches diverting from the Rio Chama during June, July, August, September, and October, and the natural flow in the Rio Chama may not be sufficient to satisfy all priorities of the Rio Chama Mainstream Section.

WHEREAS, the United States District Court, District of New Mexico in Cause No. 7941 Civil, Watermaster's Rules and Regulations 3-11 required that the natural flow of the Rio Chama be distributed in accordance with priorities.

THEREFORE, the Rio Chama Mainstream Ditches are HEREBY ORDERED under the Priority Administration.

DATED this 1st day of June, 2000.

*S.M. Wells*
S.M. "Buck" Wells
Rio Chama Watermaster

'00 JUN 2 AM 9 15
SANTA FE, NEW MEXICO
STATE ENGINEER
OFFICE OF

## PRIORITY ADMINISTRATION

July 4, 1994
enforced

The Rio Chama ditches are ordered by the Watermaster from the Rate of Flow Administration to the Priority Administration when the natural flow of the Rio Chama decreases below 140 cubic feet per second.

The Priority Administration is necessary in order to satisfy the irrigation requirements of ditches having earlier priorities and to by-pass upstream storage releases from Heron and El Vado Reservoirs.

## WATERMASTER'S OPERATIONAL PROCEDURES
## RIO CHAMA DITCH DIVERSIONS

In the event a release of San Juan-Chama Project water or storage water release from El Vado Reservoir is being carried in Rio Chama for delivery to the Rio Grande, and at the same time it appears necessary to restrict diversions of the natural flow of Rio Chama in order to by-pass the upstream storage releases, the following procedures shall be strictly observed:

1. Determine the rate of natural flow of Rio Chama water being released from Abiquiu Dam.

2. Determine the rate of total flow at the gage Rio Chama near Chamita. The Chamita and Hernandez Ditch wasteways to the river below the Chamita gage must not be returning water, or the amount of return below the Chamita gage must be determined and the flow at the Chamita gage shall be adjusted for these waste returns.

3. If the total flow at the Chamita gage, less the concurrent diversion by the Salazar Ditch, is less than 95% of the upstream storage releases during the previous 24-hour period, then the concurrent rate of diversion for all ditches on the Rio Chama shall be recorded and totalled. The upstream storage release shall be adjusted for any storage or release of San Juan-Chama Project water from Abiquiu Reservoir.

4. If the total of all concurrent diversions is less than the rate of the natural flow being released from Abiquiu Dam and additional water is needed by the ditches, then the ditch diversion may be increased in order of priority up to a total quantity equalling the rate of natural flow concurrently being released from Abiquiu Dam. If by this procedure and allowing for lag time the total flow at the Chamita gage less the Salazar Ditch diversion is still less than the amount of upstream storage release computed to be at the gage, then no other adjustment of the ditch diversions shall be made. The upstream storage release must absorb any unaccounted losses.

5. After the adjustment under 4 above has been made and sufficient lag time allowed for the adjustment to be effective at the Chamita gage, the total flow at the Chamita gage will be noted together with the concurrent diversion of the Salazar Ditch. If the total flow at the Chamita gage less the concurrent diversion by the Salazar Ditch is more than 95% of the upstream storage release during the previous 24-hour period and additional water is needed by the ditches, the ditch diversions may be increased by the difference between the total flow at the Chamita gage less the Salazar Ditch diversion and the amount of upstream storage release computed to be at the gage. This procedure may be repeated until the flow at the Chamita gage less the diversion by the Salazar Ditch is equal to the amount of upstream storage release computed to be at the gage.

6. The diversions by the ditches diverting above Abiquiu Reservoir and below El Vado Dam shall be accounted as though they were diverting below

      Abiquiu Dam. In other words, the natural flow of Rio Chama available for diversion by all the ditches shall be determined at Abiquiu Dam and the ditches diverting above Abiquiu Dam shall share in this supply.

7. If the total of all concurrent diversions is more than the rate of natural flow being released from Abiquiu Dam and at the same time the total flow at the Chamita gage corrected for the Salazar Ditch diversion gage is less than the amount of upstream storage release computed to be at the Chamita gage, then diversions must be reduced by priority. A first try on the amount of diversion reduction can be the difference required to bring the total flow up to the computed flow at the Chamita gage.

If it appears necessary to restrict diversions of the natural flow of the Rio Chama in order to by-pass the upstream storage release the following table will be strictly observed.