# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**
    **Plaintiff,**                           69cv07941 JC

    v.                                RIO CHAMA STREAM SYSTEM

**RAMON ARAGON,** *et al.*,
    **Defendants.**

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### TO FILE HYDROGRAPHIC SURVEYS AND MAPS

THIS MATTER is before the Court on The State of New Mexico's Unopposed Motion for Extension of Time to File Hydrographic Surveys and Maps (5905) filed June 15, 2000.

Being fully advised in the premises, the Court finds the Motion is well taken and should be granted.

IT IS ORDERED, THEREFORE, that:

1. The time for the completion and filing of the hydrographic survey and maps for the Rio Cebolla subsection of section 3 of the Rio Chama stream system is extended until July 28, 2000.

2. The time for the completion and filing of the hydrographic survey and maps for section 7 of the Rio Chama stream system is extended until December 28, 2001, and hydrographic survey reports for the seven subsections of section 7 should be filed with the Court as they are completed beginning in September 2000.

3. The State shall continue to submit semi-annual progress reports to the Court.

                                                               /electronic signature/
                                               CHIEF UNITED STATES DISTRICT JUDGE

Recommended for approval:

   /electronic signature/
SPECIAL MASTER VICKIE L. GABIN