# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, on its
own behalf and on behalf of the
PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,

and

STATE OF NEW MEXICO, *ex rel.*
State Engineer,
   Plaintiffs,                  83cv01041 JC
                          RIO JEMEZ ADJUDICATION
and

THE PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,
   Plaintiffs-in-Intervention,

v.

TOM ABOUSLEMAN, *et al.*,
   Defendants.

## ORDER

  THIS MATTER is before the Court on the Pueblo of Santa Ana's June 21, 2000

Motion for the above captioned case to be opened for electronic filing.

  IT IS SO ORDERED

                    /electronic signature/
                 **CHIEF UNITED STATES DISTRICT JUDGE**