# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES )
OF AMERICA, )
                                              )
   Plaintiffs, )
                                              )   No. CIV 7941-JC
v. )   RIO CHAMA STREAM SYSTEM
                                              )
RAMON ARAGON et al., )
   Defendants. )

## MOTION TO INITIATE ELECTRONIC FILING

Comes now Intervenor Pueblo of San Juan, by and through its attorneys of record, and requests that the above-captioned matter be opened to electronic filing.

Respectfully submitted,

NORDHAUS, HALTOM, TAYLOR,
TARADASH & FRYE, LLP

_____
Lester K. Taylor
Jessica R. Aberly
500 Marquette, NW, Suite 1050
Albuquerque, NM 87102
(505) 243-4275

Attorneys for the Pueblo of San Juan

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Motion to Initiate Electronic Filing were served on all parties listed on the attached page by placing same in the United States mails, first-class postage prepaid, this 26th day of June, 2000.

_____
Lester K. Taylor

Vickie L. Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Water Adjudication Office
United States District Court
District of New Mexico
333 Lomas NW #610
Albuquerque, NM 87102

Judy K. Stoft and
HYDRO LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Ed Newville, Esq.
New Mexico State Engineer's Office
P.O. Box 25102
Santa Fe, NM 87504-5102

David Benavides, Esq.
Northern NM Legal Services
P.O. Box 5175
Santa Fe, NM 87502-5175

Frank M. Bond Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
U.S. Department of Justice
Suite 945, North Tower
999 Eighteenth Street
Denver, CO 80202

Annie-Laurie Coogan, Esq.
239 Oñate
Española, NM 87532

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504-2068

K. Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave., SW, Rm. 4017
Albuquerque, NM 87102

Randy E. Lovato, Esq.
2004 Gun Club Rd. SW
Albuquerque, NM 87105

Steven Bunch, Esq.
N.M. Hwy. & Transp. Dept.
P.O. Box 1149
Santa Fe, NM 98504-1149

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Paul L. Bloom
P.O. Box 787
Santa Fe, NM 87504-0787

Peter Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

John W. Utton, Esq.
Charles T. DuMars, Esq.
P.O. Box 271
Albuquerque, NM 87103

Christopher D. Coppin, Esq.
Assistant Attorney General
6301 Indian School Rd NE STE 400
Albuquerque, NM 87110

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

John C. Woolley, Esq.
c/o C. Mott Woolley, Esq.
112 W. San Francisco St.
Suite 312 D
Santa Fe, NM 87501

Jose M. Abeyta
P.O. Box 102
Los Ojos, NM 87551

Acequia De La Zorra
Pedro A. Herrera, President
P.O. Box 605
La Madera, NM 87539

Acequia de las Canovas
Rodolfo Peña, President
P.O. Box 725
La Madera, NM 87539

Cruz Aguilar
P.O. Box 15
Los Ojos, NM 87551-0015

Steve J. Polaco
P.O. Box 73
Tierra Amarilla, NM 87575

Bernabe & Delfina Archuleta
P.O. Box 63214
Espanola, NM 87532

Beronice Archuleta
HC 75, Box 01
Tierra Amarilla, NM 87575-9701

John Azar
Thomas & Barbara Smigel
1249 S. 9th St.
Las Vegas, NV 89104

Acequia Canones Ditch No. 1
Jose Martinez, Mayordomo
P.O. Box 111
Los Ojos, NM 87551

Judith H. & Samuel Behar
1776 Montano Rd. NW, #3
Albuquerque, NM 87107

M. Doreen Burbank
HC 75, Box 23
Tierra Amarilla, NM 87575

Adam & Gwen Casados
P.O. Box 4513
Fairview, NM 87533

| | | |
|---|---|---|
| Alan Casados<br>P.O. Box 508<br>Abiquiu, NM 87510 | Jose H. Casados<br>P.O. Box 71<br>San Juan Pueblo, NM 87566 | Acequia de los Brazos<br>Jose M. Abeyta, Chairman<br>P.O. Box 102<br>Los Ojos, NM 87551 |
| Margaret & William Storey<br>William Storey, III<br>P.O. Box 674<br>El Rito, NM 87530 | Daniel J. Chavez<br>P.O. Box 246<br>Ojo Caliente, NM 87549 | Fernando Chavez<br>P.O. Box 221<br>Tierra Amarilla, NM 87575 |
| Casimiro & Amilia Contreras<br>2415 Calle Bella<br>Santa Fe, NM 87505 | J. Lucas Cordova<br>P.O. Box 87<br>Hernandez, NM 87537 | Melanie Deason<br>Barbara Conroy<br>Kathryn Keith<br>P.O. Box 657<br>La Madera, NM 87539 |
| El Rito Ditch Assn.<br>Jake Vigil, President<br>P.O. Box 764<br>El Rito, NM 87530 | Tom Frazier<br>P.O. Box 32<br>Abiquiu, NM 87510 | Frank Gallegos<br>P.O. Box 97<br>Los Ojos, NM 87551 |
| Velasquez, Inc.<br>Steve J. Polaco, Secretary<br>P.O. Box 205<br>Tierra Amarilla, NM 87575 | Patricio Garcia<br>P.O. Box 381<br>Espanola, NM 87532 | Acequia del Baranco<br>Miguel R. Sanchez, President<br>P.O. Box 131<br>Los Ojos, NM 87551 |
| Juana Hernandez<br>HCR 77, Box 4<br>La Madera, NM 87539 | Elberta Honstein<br>1301 N. McCurdy Rd.<br>Espanola, NM 87532 | Tito Jaramillo<br>P.O. Box 275<br>Tierra Amarilla, NM 87575 |
| Tomas Jaramillo<br>P.O. Box 723<br>Medanales, NM 87548 | Juan D. Lopez<br>P.O. Box 32<br>Abiquiu, NM 87510 | Rodolfo Pena<br>P.O. Box 725<br>La Madera, NM 87539 |
| Mariano Manzanares<br>P.O. Box 100<br>Galina, NM 87017 | Tony J. Manzanares<br>P.O. Box 100<br>Tierra Amarilla, NM 87575 | John J. Marron<br>1111 Roadrunner Ln. NW<br>Albuquerque, NM 87107 |
| Eluterio Martinez, Jr.<br>P.O. Box 8<br>Chimayo, NM 87522 | Geraldine N. Martinez<br>P.O. Box 508<br>Abiquiu, NM 87510-0508 | Jonathan Martinez<br>General Delivery<br>Abiquiu, NM 87510 |
| Jose Augustine Martinez<br>Box 668<br>El Rito, NM 87530 | Leroy A. Martinez<br>P.O. Box 202<br>Tierra Amarilla, NM 87575 | Pete R. Martinez<br>P.O. Box 921<br>San Juan Pueblo, NM 87566 |
| Robert A. Martinez<br>P.O. Box 12<br>Los Ojos, NM 87551 | J. Olivar & Maria Inez Vigil<br>P.O. Box 764<br>El Rito, NM 87530 | Roman Martinez<br>200 Roman's Lane<br>Bloomfield, NM 87413 |
| Samuel D. Martinez<br>Box 116<br>Abiquiu, NM 87510 | Maria O. Menard<br>2941 Washington NE<br>Albuquerque, NM 87110 | Moises Morales<br>General Delivery<br>Canjilon, NM 87515 |
| Eloy S. Olivas<br>P.O. Box 70<br>Los Ojos, NM 87551 | Thomas L. Ortiz<br>P.O. Box 508<br>Abiquiu, NM 87510-0508 | Aubrey & Yuvonnia Owen<br>P.O. Box 75<br>Abiquiu, NM 87510 |
| Palovista Co.<br>B.P. Atterbury<br>P.O. Box 297<br>Ojo Caliente, NM 87549 | Lura Beth Rhodes<br>P.O. Box 132<br>Los Ojos, NM 87551 | Donella Roybal<br>Route 1, Box 193<br>Hernandez, NM 87537 |

| | | |
|---|---|---|
| Gumercindo P. Salazar<br>P.O. Box 194<br>Tierra Amarilla, NM 87575 | Cleofas C. Sanchez<br>P.O. Box 131<br>Los Ojos, NM 87551 | Medardo Sanchez, Jr. &<br>Clorinda Sanchez<br>P.O. Box 96<br>Los Ojos, NM 87551 |
| Miguel R. Sanchez<br>P.O. Box 131<br>Los Ojos, NM 87551 | Anthony Tafoya<br>419 Jemez Rd.<br>Santa Fe, NM 87501 | Isabel R. Tafoya<br>440 Jemez Rd.<br>Santa Fe, NM 87501 |
| Pete Trujillo<br>Star Route 3<br>La Madera, NM 87539 | Rita Trujillo<br>P.O. Box 73<br>Los Ojos, NM 87551-0073 | Bernie M. Ulibarri<br>P.O. Box 125<br>Los Ojos, NM 87551 |
| Betty Ulibarri<br>P.O. Box 23<br>Los Ojos, NM 87551 | Ernesto Ulibarri<br>P.O. Box 194<br>Tierra Amarilla, NM 87575 | Harold Ulibarri<br>P.O. Box 265<br>Tierra Amarilla, NM 87575 |
| Robert Ulibarri<br>CR 4903 76B<br>Bloomfield, NM 87413 | Adolfo Valdez<br>c/o Justiniano A. Valdez<br>P.O. Box 41<br>Tierra Amarilla, NM 87575 | Angelina Valdez<br>P.O. Box 1775<br>Espanola, NM 87532 |
| Benedict O. Valdez<br>P.O. Box 5<br>Tierra Amarilla, NM 87575 | Ernesto Valdez<br>P.O. Box 635<br>La Madera, NM 87539 | Floyd Valdez<br>P.O. Box 7<br>Ojo Caliente, NM 87549 |
| Gregorita E. Valdez<br>c/o Justiniano A. Valdez<br>P.O. Box 41<br>Tierra Amarilla, NM 87575 | Juan P. Valdez<br>P.O. Box 41<br>Tierra Amarilla, NM 87575 | Justiniano A. Valdez<br>P.O. Box 41<br>Tierra Amarilla, NM 87575 |
| Lola G. Valdez<br>c/o Geraldine N. Martinez<br>P.O. Box 508<br>Abiquiu, NM 87510-0508 | Anthony Vigil<br>3575 South 3200 West #14A<br>West Valley City, UT 84119 | Julian W. Vigil<br>P.O. Box 687<br>Mendanales, NM 87548 |
| Durnes Ditch<br>c/o Vianes Trujillo, Jr.<br>P.O. Box 146<br>Ojo Caliente, NM 87549 | Antonio Griego<br>P.O. Box 243<br>La Madera, NM 87539 | Los Ancones Ditch<br>Juan L. Griego, Vice President<br>1151 Calle Verde<br>Española, NM 87532 |
| Roberto Vigil<br>c/o Julian Vigil<br>P.O. Box 110<br>Gallina, NM 87017 | Jane F. Wirfel<br>428 East Old 66<br>Tijeras, NM 87059 | Acequia de los Gallegos<br>aka Ojo Caliente Ditch<br>Association<br>P.O. Box 291<br>Ojo Caliente, NM 87549 |
| Acequia de la Cienega West<br>Juan Giron, President<br>P.O. Box 601<br>La Madera, NM 87539 | Acequia de la Plaza<br>c/o Rodolfo Peña<br>P.O. Box 725<br>La Madera, NM 87539 | Acequia de los Chavez<br>Jerry Valdez, President<br>P.O. Box 635<br>La Madera, NM 87539 |
| Acequia del Molino de Petaca<br>Jerry Valdez, President<br>P.O. Box 635<br>La Madera, NM 87539 | Acequia de la Jarita<br>Jerry Valdez, President<br>P.O. Box 635<br>La Madera, NM 87539 | La Cueva Ditch Association<br>Glenn Lovato, President<br>P.O. Box 76<br>Ojo Caliente, NM 87549 |

| | | |
|---|---|---|
| Lodera Ditch<br>c/o Antonio Griego<br>P.O. Box 243<br>La Madera, NM 87539 | Acequia de la Otra Vanda<br>Juan L. Griego, President<br>(Luis Peña)<br>1151 Calle Verde<br>Española, NM 87532 | Fred Vigil, Pro Se<br>P.O. Box 687<br>Mendanales, NM 87548-0687 |