# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,                                               69cv07941 JC

      v.

ROMAN ARAGON, *et al.,*                  RIO CHAMA ADJUDICATION

      Defendants.

## **ORDER**

      THIS MATTER is before the Court on the Pueblo of Santa Ana's June 21, 2000 Motion for the above captioned case to be opened for electronic filing.

      IT IS SO ORDERED.

                                          /electronic signature/
                                   CHIEF UNITED STATES DISTRICT JUDGE