IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**RAMON ARAGON,** *et al.*,

    **Defendants.**

69cv7941 JC

RIO CHAMA STREAM SYSTEM

## THE STATE OF NEW MEXICO'S
## UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME
## TO FILE HYDROGRAPHIC SURVEYS AND MAPS

COMES NOW Plaintiff State of New Mexico *ex rel.* State Engineer ("State") and respectfully requests that the Court grant a two week extension of time for the filing of the State's hydrographic survey and maps in the Rio Cebolla and Rio Canjillon subsections of section 3 of the Rio Chama Stream System. In support of this motion the State asserts:

1. Under the Court's orders of July 25, 1995, the State was required to complete and file its hydrographic survey of sections 3 of the Rio Chama Stream System no later than June 30, 2000.

2. The State completed and filed its hydrographic survey report for the Rio Nutrias subsection of section 3 on May 30, 2000.

3. The time for filing the State's hydrographic survey report for the Rio Cebolla subsection of section 3 has been extended to July 28, 2000, by order dated June 16, 2000.

4. The State had anticipated that it will be able to complete and file its hydrographic survey report for the Canjilon Creek subsection of section 3 by June 30, 2000, as required. The

hydrographic survey division of the Office of State Engineer now finds that it will be unable to meet the June 30th deadline, and has requested an additional two weeks for further proof reading of the report. The delay is necessitated both by the length of the report (about 300 pages) and the fact that there are small data-base inconsistences in the report that have not yet been resolved.

5. A two week delay in the completion of the report for the Canjilon Creek subsection will cause a similar delay in the completion of the report for the Rio Cebolla.

6. Counsel for the State has contacted the following individuals concerning this motion, and these persons do not oppose the granting of the State's request for an extension of time: Bradley Bridgewater, John Utton and Mary Humphrey. Due to the number of counsel involved and the short time available for the filing of this motion, additional counsel have not been contacted to ascertain whether they would oppose the granting of this motion.

WHEREFORE Plaintiff State of New Mexico *ex rel.* State Engineer respectfully requests that the Court issue its Order extending the time for the completion and filing of the State's hydrographic survey for Canjillon Creek, section 3 of the Rio Chama Stream System, until July 14, 2000, and extend the time for the completion and filing of the State's hydrographic survey for the Rio Cebolla, section 3 of the Rio Chama Stream until August 11, 2000.

Dated June 29, 2000.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of The State of New Mexico's Unopposed Motion for Extension of Time to File Hydrographic Surveys and Maps was mailed to the following persons on June 29, 2000.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

3

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank Bond, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave. S.W., Rm. 4001
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
P.O. Box 787

4

Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504

Lester K. Taylor, Esq.
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504