IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 JUL 19 PM 2: 12

| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
|---|---|
| Plaintiff, | 69cv7941 JC |
| v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| RAMON ARAGON, *et al.*, | |
| Defendants. | |

### NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer and respectfully requests the Court to join as additional parties defendant the persons or entities named below, and as grounds therefore states:

That each of the parties named below is diverting and using the waters of the Rio Chama Stream System, Rio Gallina Section, said waters belonging to the public and subject to appropriation for beneficial use only in the manner provided by law:

| | |
|---|---|
| Cordova-Martinez Ditch | c/o Antonio Serrano, P.O. Box 211, Gallina, NM 87017. |
| Acequia de los Vigiles | c/o Jeff Vigil, P.O. Box 213, Gallina, NM 87017 |
| Maestas-Sanchez Ditch | c/o Abram Cordova, P.O. Box 921, Cuba, NM 87013 |
| Cicilia Ditch | c/o Vivian Suazo, P.O. Box 17, Gallina, NM 87017 |
| Rincon Acequia | c/o Cosme S. Chacon, P.O. Box 4, Gallina, NM 87017 |
| Placitas Acequia | c/o Jose L. Chacon, P.O. Box 95, Gallina, NM 87017 |
| Chavez Acequia | c/o Juan Chavez, P.O. Box 152, Gallina, NM 87017 |
| Gonzales-Gurule Acequia | c/o Mark Valdez, P.O. Box 136, Gallina, NM 87017 |
| Valdez Acequia | c/o Frank Chacon, P.O. Box 171, Gallina, NM 87017 |
| Gallina-Capulin Acequia Association | c/o Jeff Vigil, P.O. Box 213, Gallina, NM 87017 |

WHEREFORE, Plaintiff prays that this Court issue its Order joining the above-named as

additional parties defendant in the above-styled and numbered action, and order them to answer the complaint in this action, as required in any civil action in the United States District Court, or suffer default judgment against them.

DATED: July 19, 2000

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of New Mexico's Motion to Join Additional Parties Defendants were mailed to all persons on the Rio Gallina Service List on July __19th__, 2000.

*EGN*

Edward G. Newville

MOTION TO JOIN DEFENDANTS, page 2