IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | 00 JUL 25 PM 1: 32 |
| Plaintiff, | 69cv7941 JC |
| v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| RAMON ARAGON, *et al.*, | |
| Defendants. | |

### ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties Defendant, filed July 19, 2000.

Being fully advised in the premises, the Court finds the Motion is well taken and should be granted.

IT IS ORDERED, THEREFORE, that the persons or entities listed in New Mexico's Motion to Join Additional Parties Defendant filed July 19, 2000, are joined as parties defendant to this action.

_____
UNITED STATES DISTRICT JUDGE