IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 JUL 26 AM 9: 16

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
          )
 Plaintiffs, )
          )
v. ) No. CIV 7941-JC
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
 ) Section 5  Rio Gallina
 Defendants )

## ENTRY OF APPEARANCE

MARY E. HUMPHREY, Esq. enters her appearance for Aceqiua de Los Vigiles, Cordova-Martinez Ditch, Mestas-Sanchez Ditch, Cecilia Ditch, Acequia Rincon, Acequia Placitas, Chavez Acequia, Gonzales-Gurule Acequia, Valdez Acequia and the Gallina-Capulin Acequia Association in Section 5 of the case referenced above.

Respectfully submitted,

MARY E. HUMPHREY
P. O. Box 1574
El Prado, NM 87529
(505) 758-2203

## CERTIFICATE OF SERVICE

I certify that copies of the Entry of Appearance were mailed to all persons listed below on the 25th day of July, 2000.

Mary E. Humphrey

| | | |
|---|---|---|
| Darcy S. Bushnell, Esq.<br>USDC-DCNM<br>333 Lomas Blvd NW, Suite 610<br>Albuquerque, NM 87102 | K. Janelle Haught, Esq.<br>P. O.Box 25944<br>Albuquerque, NM 87125 | Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571 |
| Vickie L. Gabin<br>USDC-Santa Fe<br>P. O. Box 2384<br>Santa Fe, NM 87504-2384 | Mary Ann Joca, Esq.<br>U.S. Forest Service-USDA<br>517 Gold Ave. SW, Rm 4107<br>Albuquerque, NM 87103 | |
| Judy K. Stoft<br>HYDRO LOGIC<br>P. O. Box 30781<br>Albuquerque, NM 87190-0781 | Bradley Bridgewater, Esq.<br>David Gehlert, Esq.<br>U.S. Dept of Justice<br>999 18th St., Ste. 945<br>Denver, CO 80202 | John Utton, Esq.<br>P. O. Box 271<br>Albuquerque, NM 87103 |
| Ed Newville, Esq.<br>NM SEO<br>P. O. Box 25102<br>Santa Fe, NM 87504-5102 | John Farrow,Esq.<br>P. O. Box 35400<br>Albuquerque, NM 87176 | Jeffrey Fornaciari, Esq.<br>P. O. Box 2068<br>Santa Fe, NM 87504-2068 |
| Jessica Aberly, Esq.<br>Lester K. Taylor,Esq.<br>500 Marquette NW<br>Albuquerque, NM 87102 | Steven Bunch, Esq.<br>N.M. Hwy. & Trans.<br>P. O. Box 1149<br>Santa Fe, NM 87504-1149 | |