IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

00 JUL 31 PM 2:04

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv7941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## MOTION TO CORRECT DEFENDANTS' NAMES

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through its undersigned attorneys, and moves the Court to issues its order for correcting the names of the defendants named below in the above-styled and captioned cause to read as follows:

| | |
|---|---|
| from Marcella Jacquez | to Marcella Corrales |
| from Joe L. Chacon | to Jose L. Chacon |
| from Dolores Gonzales | to Jose Dolores Gonzales |
| from Jose Gonzales | to Jose Dolores Gonzales |
| from Cicilia Ditch | to Cecilia Ditch |

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of New Mexico's Motion to Join Additional Parties Defendants were mailed to all persons on the attached Rio Gallina Service List on July __31__, 2000.

_____
Edward G. Newville