IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

00 AUG -2 PM 1: 32

STATE OF NEW MEXICO, *ex rel.*
State Engineer

     Plaintiff,

     v.

RAMON ARAGON, *et al.*,

     Defendants.

69cv7941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and gives notice of the

filing of original signed copies of waivers of service by the defendants in Section 5 of the Rio Chama

Stream System named below:

     Borrego, Fabiola
     Chacon, Arcelia
     Chacon, Cosme L.
     Chacon, Cosme S.
     Chacon, Jose L.
     Chacon, Jose Z.
     Chacon, Lucinda
     Chavez, Elvira
     Chavez, David
     Chavez, Jose P.
     Chavez, Juan C.
     Chavez, Leonardo
     Chavez, Patsy L.
     Chavez, Piedad
     Chavez, Thelma
     Cordova, Abran
     Cordova, Esequel
     Cordova, Joe O.
     Cordova, Martha
     Cordova, Richard

5919

Corrales, Rogelio
Davis, Faye
Espinosa, Eli
Espinosa, Mary L.
Garcia, Manuel
Gomez, Conrado
Gomez, Mary Irene
Gonzales, Jose
Gonzales, Luz
Gonzales, Stella M.
Jacquez, Atilana
Jacquez, Cristobal
Jacquez, Delfin
Jacquez, Eliseo
Jacquez, Frank
Jacquez, Fulgencio
Jacquez, Henry L.
Jacquez, Herman
Jacquez, Juanita A.
Jacquez, Leora
Jacquez, Marcela
Jacquez, Pauline
Jacquez, Phillip
Jacquez, Rita
Jacquez, Roger
Jacquez, Ubaldo
Jaquez, Ubaldo
Jaramillo, Porfiria
Lewellen, Virginia
Lovato, Odelia
Maestas, Eli
Maestas, Ramoncita
Maestas, Reduncinda
Maestas, Ricardo
Sallars, Trinny
Sanchez, Levi
Sanchez, Mary
Serrano, Cassilda Jacquez
Serrano, Ernesto
Suazo, Alvin
Suazo, Clement L.
Suazo, Diana
Suazo, Elizabeth

Suazo, Miguel D.
Suazo, Raymond
Suazo, Vivian
Suazo Trust, Vivian
Suazo, Willie A.
Velasquez, Joe
Vigil, Ursulita

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above pleading were mailed to the following persons on August
_____2_____, 2000.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

3

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571