IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

00 AUG 10 PM 1:41

69cv7941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Section 5 of the Rio Chama Stream System named below:

Jacquez, Alice
Jacquez, Adrew J.
Leyba, Anthony
Leyba, Edward
Maestas, Alfirio
Maestas, Gabriel, Jr.
Maestas, Mary Ann
Maestas, Max
Shipley, Florence
Velasquez, Genevieve M.
Velasquez, Steve E.
Velasquez, Luis Toby
Vigil, Helen
Vigil, Linda
Vigil, Olivia
Wilson, Rosalie F.

Respectfully submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above pleading were mailed to the following persons on August _10_, 2000.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.

2

P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571