IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv7941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## MOTION TO CORRECT DEFENDANTS' NAMES

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through its undersigned attorneys, and moves the Court to issues its order for correcting the names of the defendants named below in the above-styled and captioned cause to read as follows:

| | | |
|---|---|---|
| from Esequel Cordova | to Ezequiel Cordova | (CHGA-02-0017) |
| from Ubaldo Jaquez | to Ubaldo Jacquez | (CHGA-02-0030) |
| from Odelia Lovato | to Odella Lovato | (CHGA-02-0038) |
| from Trinny Sallars | to Trinny Sallers | (CHGA-02-0029) |

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Defendants' Names was mailed to the following persons on August ___10___, 2000.

*Edward G. Newville*

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571