IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv7941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or undergound waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2. The persons or entities listed in Exhibit A are in the Rio Gallina Section of the Rio Chama Basin, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or undergound waters within the Rio Gallina Section.

DATED: August 9, 2000

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of New Mexico's Motion to Join Additional Parties Defendant were mailed to all counsel of record on August _____10_____, 2000.

*EGN*

Edward G. Newville

2

# EXHIBIT A

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Jacquez, Alice | CHGA-02-0032 | P.O. Box 48, Gallina NM 87017 |
| Leyba, Andrew J. | CHGA-02-0035 | 2949 Clover Ln. SW, Albuquerque NM 87105 |
| Leyba, Anthony | CHGA-02-0035 | 2949 Clover Ln. SW, Albuquerque NM 87105 |
| Leyba, Edward | CHGA-02-0035 | 2949 Clover Ln. SW, Albuquerque NM 87105 |
| Maestas, Alfirio | CHGA-02-0020 | 3202 Coronado Avenue, Farmington NM 87401 |
| Maestas Jr., Gabriel | CHGA-02-0027 | P.O. Box 5, Gallina NM 87017 |
| Maestas, Mary Ann | CHGA-02-0027 | P.O. Box 5, Gallina NM 87017 |
| Maestas, Max | CHGA-020020 | 801 Spruce, Farmington NM 87401 |
| Maestas, Ramoncita | CHGA-02-0018 | 4205 Hudson St., Farmington NM 87402 |
| Sanchez Estate, Eugenio | CHGA-03-0001, 03-0002 | 3202 Coronado Avenue, Farmington NM 87401 |
| Serrano, Elaine | CHGA-02-0003 | P.O. Box 136, Gallina NM 87017 |
| Serrano Jr., Ernesto J. | CHGA-02-0003 | P.O. Box 146, Gallina NM 87017 |
| Serrano, Maurice | CHGA-02-0003 | P.O. Box 231, El Rito NM 87530 |
| Shipley, Florence | CHGA-02-0005 | P.O. Box 94-A, Lindrith NM 87029 |
| Valdez, Mark W. | CHGA-02-0003 | P.O. Box 136, Gallina NM 87017 |
| Velasquez, Genevieve M. | CHGA-02-0027 | P.O. Box 2092, Alamogordo NM 88311 |
| Velasquez, Laura A. | CHGA-02-0024 | P.O. Box 23, Gallina NM 87017 |
| Velasquez, Luis Toby | CHGA-02-0027 | P.O. Box 2092, Alamogordo NM 88311 |
| Velasquez, Steve E. | CHGA-02-0024 | P.O. Box 23, Gallina NM 87017 |
| Vigil, Helen | CHGA-04-0001 | P.O. Box 234, El Rito NM 87530 |
| Vigil, Julian | CHGA-04-0001 | c/o Jeff Vigil, P.O. Box 213, Gallina NM 87017 |
| Vigil, Linda | CHGA-04-0001 | 8401 Wynview Ct., NW, Albuquerque NM 87120 |
| Vigil, Mary | CHGA-04-0001 | c/o Jeff Vigil, P.O. Box 213, Gallina NM 87017 |

| | | |
|---|---|---|
| Vigil, Olivia | CHGA-04-0001 | P.O. Box 592, Española NM 87532 |
| Vigil, Robert | CHGA-04-0001 | c/o Jeff Vigil, P.O. Box 213, Gallina NM 87017 |
| Wilson, Rosalie F. | CHGA- 03-0015, 03-0020 | P.O. Box 162, Kirtland NM 87417 |