# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**RAMON ARAGON,** *et al.*,

    **Defendants.**

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ORDER CORRECTING DEFENDANTS' NAMES

This matter having come before the Court upon the July 31, 2000 motion (Docket No. 5917) of the plaintiff, State of New Mexico, *ex rel.*, State Engineer, to correct defendants' names, and the Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be, and hereby are, corrected as follows:

| | | |
|---|---|---|
| from Marcella Jacquez | to Marcella Corrales | Subfile No. CHGA-03-0022 |
| from Joe L. Chacon | to Jose L. Chacon | Subfile No. CHGA-02-0011 |
| from Dolores Gonzales | to Jose Dolores Gonzales | Subfile No. CHGA-02-0011 |
| from Jose Gonzales | to Jose Dolores Gonzales | Subfile No. CHGA-02-0011 |
| from Cicilia Ditch | to Cecilia Ditch | |

                                           /electronic signature/
                                       CHIEF UNITED STATES DISTRICT JUDGE