IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>-v-<br><br>RAMON ARAGON, et al.,<br><br>        Defendants. | 69cv07941- JC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 - Rio Gallina |

NOTICE OF STATUS AND SCHEDULING CONFERENCE

Pursuant to the Procedural Order for the Adjudication of Water Rights Claims in the Rio Gallina Section of the Rio Chama Stream System, entered March 15, 2000 (Docket No. 5890), a status and scheduling conference is set for 1:30 p.m., Tuesday, September 26, 2000, in the Jury Assembly Room, second floor, United States District Court, South Federal Place, Santa Fe, N.M.

No later than September 22, Ed Newville, attorney for the State of New Mexico, ex rel. State Engineer, shall circulate to the Section 5 Distribution List a status report on the progress of the adjudication and a proposed schedule for resolving disputed claims.

    IT IS SO ORDERED.

                                                  /electronic signature/
                                    SPECIAL MASTER VICKIE L. GABIN

**DISTRIBUTION LIST**
**State of New Mexico ex rel. State Engineer v. Aragon, 69 CV 07941 - JC-ACE**
Rio Chama Adjudication - Rio Gallina Subsection
**May 10, 2000**

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Sante Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Judy K. Stoft, Data Manager
HYDRO LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781
_____

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO  80202

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM  87529

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box  6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM 87701

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Wilfred Rael
P.O. Box 603
Questa, NM 87556