# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

FILED

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

00 AUG 16 PM 3: 41

69cv7941 

**RIO CHAMA STREAM SYSTEM**
Rio Gallina, Section 5

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties

Defendant, filed August _____*10*_____, 2000.

Being fully advised in the premises, the Court finds the Motion is well taken and should be

granted.

IT IS ORDERED, THEREFORE, that the persons or entities listed on Exhibit A of the State's

August _____*10*_____, 2000, Motion to Join Additional Parties Defendant, are joined as parties

defendant to this action.


_____
UNITED STATES DISTRICT JUDGE

5927