# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

FILED

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

00 AUG 16 PM 3: 41

69cv7941 JC

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

## ORDER CORRECTING DEFENDANTS' NAMES

This matter having come before the Court upon the motion of the plaintiff, State of New Mexico, *ex rel.*, State Engineer, to correct defendants' names, and the Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be, and hereby are, corrected as follows:

| from Esequel Cordova | to Ezequiel Cordova | (CHGA-02-0017) |
| from Ubaldo Jaquez   | to Ubaldo Jacquez   | (CHGA-02-0030) |
| from Odelia Lovato   | to Odella Lovato    | (CHGA-02-0038) |
| from Trinny Sallars  | to Trinny Sallers   | (CHGA-02-0029) |

UNITED STATES DISTRICT JUDGE

5928