IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

00 AUG 21 PM 1: 18

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## JOINT MOTION TO EXTEND DEADLINE FOR FILING FORM ANSWERS

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, and defendant Acequia Associations represented by Mary E. Humphrey, Esq., ("Defendant Acequias") by and through their undersigned attorneys, and jointly request the Court to extend the deadline for filing a Form Answer in the adjudication of water rights claims in the Rio Gallina Section of the Rio Chama Stream System, and in support of this motion state as follows:

1.    Under the procedural order entered by the Court on March 15, 2000, (Docket No. 5890), defendants who reject the State's proposed Consent Order must file a Form Answer with the Court on or before August 31, 2000.

2.    For the last several weeks, the Hydrographic Survey Bureau of the Office of the State Engineer has been experiencing serious computer problems which has resulted in a delay in the filing of the hydrosurvey report for the Rio Cebolla Section of the Rio Chama Stream System, and which has prevented the division from performing certain necessary work in the Rio Gallina Section of the adjudication with respect to the production of revised proposed Consent Orders.

5929

3. Numerous individuals who have attended field office sessions for the Rio Gallina Section to discuss the adjudication of their water rights with the State Engineer, and whose claims have been investigated or are still under investigation, have yet to receive a revised proposed Consent Order, or be informed that the State has declined to revise its position.

4. Counsel for the State and for the Defendant Acequias are in agreement that persons who have attended field office sessions and who have claims that are still under investigation by the State Engineer should not be required to file a Form Answer until after they receive a revised proposed Consent Order, or until after they are advised that the State has declined to revise its position. Counsel for the State and for the Defendant Acequias are in agreement that the best way to accomplish this is to extend the deadline for all persons for the filing of a Form Answer to September 29, 2000.

5. Notice of any extension of the filing deadline will be mailed to all defendants immediately after entry of such order by the Court.

WHEREFORE counsel for the State and for the Defendant Acequias represented by Mary E. Humphrey, respectfully request that the Court extend the filing deadline in paragraph II (B)(2) of the Court's procedural order entered March 15, 2000, to September 29, 2000.

DATED: August 21, 2000

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102

2

Santa Fe, NM 87504-5102
(505) 827-6150

telephonically approved 8/21/00
MARY E. HUMPHREY
P.O. Box 1574
El Prado, NM 87529

## CERTIFICATE OF SERVICE

I certify that the foregoing Joint Motion to Extend Deadline for Filing Form Answers was mailed to the following persons on August ___21___, 2000.

_Edward G. Newville_
Edward G. Newville


Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

3

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571