IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941-JC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ORDER EXTENDING DEADLINE FOR FILING FORM ANSWERS

THIS MATTER is before the Special Master upon the August 21, 2000, Joint Motion to Extend Deadline for Filing Form Answers, filed by plaintiff, State of New Mexico, *ex rel.,* State Engineer, and the defendant acequia associations represented by Mary E. Humphrey, Esq.

Being fully advised in the premises, I find the motion is well taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the deadline for filing a Form Answer as set forth in paragraphs II (B)(2) and II(C)(2) of the Procedural Order entered March 15, 2000 (Docket No. 5890), is extended to September 29, 2000.  All other provisions of the Procedural Order remain in effect.

          /electronic signature/
          VICKIE L. GABIN, SPECIAL MASTER

# DISTRIBUTION LIST
### State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-JC-ACE
### Rio Chama Adjudication - Section 5: Rio Gallina
### August 15, 2000

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Sante Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Judy K. Stoft, Data Manager
HYDRO LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781
_____

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO  80202

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM  87529

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box  6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 32282
Santa Fe, NM 87594

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Wilfred Rael
P.O. Box 603
Questa, NM 87556