**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF NEW MEXICO**

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

**69cv07941 JC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

## NOTICE OF FILING OF RETURNS OF SERVICE
## AND AFFIDAVIT OF ATTEMPTED PERSONAL SERVICE

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and gives notice of the

the following.

(1) filing of returns of service for the following defendants in Section 5 of the Rio Chama

Stream System:

Chacon, Lucy
Chavez, Elvira
Chavez, Ronald
Chavez, Willie
Cordova, Alfonzo
Cordova, Richard
Cordova, Manuelita
Espinoza, Eli
Espinoza, Mary L.
Gallegos, Esaida
Gallegos, Eufelia
Gonzales, Bonafacio W.
Gonzales, Luz
Gonzales, Selustriano, Jr.
Jacquez, Alvin N.
Jacquez, Atilana
Jacquez, Gilbert

Jacquez, Herman
Jacquez, Leora
Jacquez, Pauline
Jacquez, Phillip
Jacquez, Ramona
Maestas, Albinita
Maestas, Jose D.
Maestas, Ramoncita
Martinez, Edith
Martinez, Roberto
Middleton, Sylvia
Montoya, Arturo R.
Montoya, Sarita V.
Padilla, Elisaida
Salazar, Fermin
Salazar, Julia
Sallars, Trinny
Segura, Amadeo
Segura, Cruzita
Velasquez, Bernie
Velasquez, Esther
Vigil, Margarita
Vigil, Ursulita

(2) filing of the affidavit of attempted personal service by Johhny P. Silva for the following defendants in Section 5 of the Rio Chama Stream System:

Bonnie, Karen
Garcia, Eddie
Jacquez, Ramona
Jacquez, Vincente
Lujan, Miguel
Maestas, Simonita Estate
Sanchez, Antonia
Sanchez, Issac
Serrano, Alberto
Trujillo, Celia
Vigil, Margarita

Respectfully submitted,

Eo Newrree

2

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above pleading were mailed to the following persons on August ___28___, 2000.

_Ed Newville_
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.

3

P.O. Box 271
Albuquerque. NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    LUCY CHACON
       PO BOX 48
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____ Ponges
(By) Deputy Clerk

_____ 6/14/00 _____
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    ELVIRA CHAVEZ

     3503 SIERRA VISTA
     FARMINGTON NM  87401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/17/00
_____
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    RONALD CHAVEZ
       PO BOX 92
       GALLINA NM 87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

_____6/14/00_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    WILLIE CHAVEZ
       PO BOX 8
       GALLINA NM  87107

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk of Court

_6/.4/00_
Date

_Eugene N. Dongvez_
(By) Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    ALFONSO CORDOVA
      HC 78 BOX 10
      GALLINA  NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

**ROBERT M. MARCH, Clerk**
_____

Clerk of Court

*Margaret Montoya*

(By) Deputy Clerk

*June 16, 2000*
_____
Date

## AFFIDAVIT OF SERVICE

STATE OF NEW MEXICO  )
                                ) ss.

COUNTY OF SANTA FE    )

       I, Johnny P. Silva, being duly sworn, on oath, say that I am over 18 years of age and not a party to this lawsuit, and that I served a Summons in this suit in _Rio Arriba_____ County on the ___9th_____ day of ___July_____, 2000, by delivering a copy thereof, with a copy of Complaint, Procedural Order for the Adjudication of Water Rights Claims in the Rio Gallina Section of the Rio Chama Stream System, Notice of Field Office, Subfile Aerial Photograph, proposed Consent Order and Form Answer attached, in the following manner:

[ ]    To Defendant _____ at the following location _____
          _____.

[x]    To _Eufelia Gallegos_____ a person over 15 years of age and residing at the usual place of abode of Defendant __Alfonso Cordova_____, located at _Gallina, NM_____, who at the time of such service was absent therefrom.

[ ]    To _____, an agent authorized to receive service of process for Defendant _____.

[ ]    To _____, (parent) (guardian) of Defendant _____
          _____.

[ ]    To _____, (title) _____
          _____. (used when Defendant is a coporation or association subject to suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)

Fees: _____

_____
JOHNNY P. SILVA
P.O. Box 3770 (FVS)
Española, NM 87532

Subscribed and sworn to before me this ___29th____ day of ___July_____, 2000.

_____
Notary Public
My commission expires: __July 17, 2002____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    RICHARD CORDOVA
        HRC 17 BOX 255
        CUBA  NM  87013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

_____6/14/00_____
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    MANUELITA CORDOVA
       PO BOX 73
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

    Edward G. Newville
    Special Assistant Attorney General
    P.O. Box 25102
    Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____

Clerk of Court

*Jaquuest Dorsey*

(By) Deputy Clerk

_____6/14/00_____

Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    ELI ESPINOZA
       PO BOX 46
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

*[signature]*
(By) Deputy Clerk

6/14/00
_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer.

     Plaintiff,

     v.

ROMAN ARAGON, *et al.*.

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    MARY L ESPINOZA
       PO BOX 46
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/14/00
_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.,*

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    ESAIDA GALLEGOS
       PO BOX 35
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

    Edward G. Newville
    Special Assistant Attorney General
    P.O. Box 25102
    Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

6/14/00
Date

Clerk of Court

(By) Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    EUFELIA GALLEGOS
      PO BOX 35
      GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

*Jacqueline/Gonzales*
(By) Deputy Clerk

6/14/00
_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

v.

ROMAN ARAGON, *et al.,*

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    BONIFACIO W GONZALES
       PO BOX 102
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk of Court

_____ _____
(By) Deputy Clerk

_L /14/00_
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    LUZ GONZALES
       PO BOX 138
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

    Edward G. Newville
    Special Assistant Attorney General
    P.O. Box 25102
    Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____

Clerk of Court

_____
(By) Deputy Clerk

_____6/14/00_____

Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    SELUSTRIANO GONZALES, JR
       PO BOX 6
       GALLINA  NM   87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/14/00
_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    ALVIN N. JACQUEZ
       PO BOX 39
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

    Edward G. Newville
    Special Assistant Attorney General
    P.O. Box 25102
    Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/14/00
Date

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    ATILANA JACQUEZ

      4401 ROWE AVE
      FARMINGTON NM  87401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

     6/14/00
_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    GILBERT JACQUEZ

      5101 SPINNING WHEEL NW
      ALBUQUERQUE  NM  87120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

_6/14/00_____
Date

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    HERMAN JACQUEZ
       PO BOX 201
       GALLINA NM   87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_6/1/00_
Date

Clerk of Court

_[signature]_
(By) Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    LEORA JACQUEZ
       1313 APODACA DR SW
       ALBUQUERQUE NM 87121

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/14/00
_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:   PAULINE JACQUEZ
      PO BOX 201
      GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.


_____
Clerk of Court

*Verpeeleyn Gonzales*
(By) Deputy Clerk

_6/15/00_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:   PHILLIP JACQUEZ
      PO BOX 191
      GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/14/00
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    RAMONA JACQUEZ

     3904 HILIDAY DR
     FARMINGTON NM  87402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk of Court

_6/14/00_
Date

_____
(By) Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    ALBINITA MAESTAS
       PO BOX 9A
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

_6/14/00_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    JOSE D MAESTAS

      4205 HUDSON ST
      FARMINGTON NM  87401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

_6 /14 /00_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    RAMONCITA MAESTAS

      4205 HUDSON ST
      FARMINGTON  NM  87401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

$\frac{6/14/00}{\text{Date}}$

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer.

     Plaintiff.

     v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina. Section 5

## SUMMONS

To:    EDITH MARTINEZ
       P.O. BOX 70
       GALLINA  NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY. whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

6/14/00
Date

Clerk of Court

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    ROBERTO MARTINEZ
      P.O. BOX 70
      GALLINA  NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

*6/14/00*
Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    SYLVIA MIDDLETON

     1118 CALLE LA RESOLANA
     SANTA FE NM  875055115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____ 6/14/00 _____
Date

Clerk of Court

(By) Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    ARTURO R MONTOYA
      ROUTE 2 BOX 1005
      ESPANOLA NM  87532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

Clerk of Court

(By) Deputy Clerk

6 /14/00
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    SARITA V MONTOYA
        ROUTE 2 BOX 1005
        ESPANOLA NM 87532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

    Edward G. Newville
    Special Assistant Attorney General
    P.O. Box 25102
    Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

_6/14/02_
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    ELISAIDA PADILLA

      1100 KANSAS
      GREEN RIVER  WY   82935

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/16/00
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    FERMIN SALAZAR
       PO BOX 40
       GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

     Edward G. Newville
     Special Assistant Attorney General
     P.O. Box 25102
     Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/14/00
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    JULIA SALAZAR
       PO BOX 40
       GALLINA  NM   87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

6/14/00
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    TRINNY SALLARS

      1445 LOCURA RD SW
      ALBUQUERQUE  NM  87121

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
6/14/00
Date

_____
Clerk of Court

_____
(By) Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    AMADEO SEGURA

      5309 VALLEY VIEW AVE
      FARMINGTON NM  87401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
Clerk of Court

_____
(By) Deputy Clerk

_____6/14/00_____
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    CRUZITA SEGURA
      5309 VALLEY VIEW AVE
      FARMINGTON NM  87401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_6/14/00_
Date

Clerk of Court

(By) Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:    BERNIE VELASQUEZ
       ROUTE 3 BOX 194-15
       ESPANOLA NM  87532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____       6/14/00
Clerk of Court                 Date

(By) Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## SUMMONS

To:   ESTHER VELASQUEZ
      ROUTE 3 BOX 194-15
      ESPANOLA  NM  87532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

      Edward G. Newville
      Special Assistant Attorney General
      P.O. Box 25102
      Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____       6/14/00
Clerk of Court                     Date

_____
(By) Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    MARGARITA VIGIL
      HC 78 BOX 16
      GALLINA NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

    Edward G. Newville
    Special Assistant Attorney General
    P.O. Box 25102
    Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31, 2000. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

 

                                               6/14/00

Clerk of Court                      Date

(By) Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### SUMMONS

To:    URSULITA VIGIL
      HC 78 BOX 16
      GALLINA  NM  87017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY, whose address is the following:

    Edward G. Newville
    Special Assistant Attorney General
    P.O. Box 25102
    Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, on or before August 31,
2000. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this Court
within a reasonable period of time after service.

_____
6/14/00
Date

_____
Clerk of Court

_____
(By) Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* the State Engineer, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ROMAN ARAGON, et al., | ) ) |
| Defendants. | ) ) ) |

No. 69cv07941 JC

Rio Chama Stream System

Rio Gallina, Section 5

## AFFIDAVIT OF "ATTEMPTED" PERSONAL SERVICE

I, Johnny P. Silva, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that on July 2, 2000, July 9, 2000, July 13, 2000, July 22, 2000, July 28, 2000 and August 2, 2000, and after due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following persons therein named to wit:

| | | | |
|---|---|---|---|
| Bonnie, Karen | Attempted service | 7/02/00 | Rio Arriba County |
| | Attempted service | 7/09/00 | |
| Garcia, Eddie | Attempted service | 7/02/00 | Rio Arriba County |
| | | 7/09/00 | |
| Jacquez, Ramona | Attempted service | 7/02/00 | Rio Arriba County |
| | Attempted service | 7/09/00 | Rio Arriba County |
| Jacquez, Vincente | Attempted service | 7/09/00 | Rio Arriba County |

**Note**:  Defendant now resides in Washington State, as per his Aunt, Adelita Jacquez. No address available.

| | | | |
|---|---|---|---|
| Lujan, Miguel | Attempted service | 7/09/00 | Rio Arriba County |

**Note**:  As per Patsy Chavez and Mrs. Apolinario Trujillo this defendant does not reside in Gallina, New Mexico.

| | | | |
|---|---|---|---|
| Maestas, Simonita Estate | Attempted service | 7/09/00 | Rio Arriba County |
| | Attempted service | 7/22/99 | San Juan County |

**Note**:  On July 22, 2000, I attempted service at 1007 Highway 550, Aztec, NM.  I found this

1

address, only it is a cemetery and the only other residence on this same street had been partially demolished.

| | | | |
|---|---|---|---|
| Sanchez, Antonia | Attempted service | 7/02/00 | Rio Arriba County |
| Sanchez, Isaac Sanchez | Attempted service | 7/02/99 | Rio Arriba County |

**Note**: NEW address - 123 E. 2005, Brigham City, Utah  84302
Telephone No. (435) 723-0316

| | | | |
|---|---|---|---|
| Serrano, Alberto | Attempted service | 7/09/00 | Rio Arriba County |
| | Attempted service | 7/13/00 | Rio Arriba County |

**Note**:  As per Adelaires Trujillo, Alberto Serrano may be residing in Canones, NM.  I attempted service in Canones on 7/13/00 contact persons were Elipio Garcia and Doug Hewitt.

| | | | |
|---|---|---|---|
| Trujillo, Celia | Attempted service | 7/19/00 | Santa Fe County |

**Note**:  The address I was given for Ms. Celia Trujillo, 508 Camino Lejo, Santa Fe, NM  belongs to Carlota and Ursulo Ortiz.

| | | | |
|---|---|---|---|
| Vigil, Margarita | Attempted service | 7/02/00 | Rio Arriba County |

I certify  that the foregoing is true and correct.

Johnny P. Silva
P.O. Box 3770 (FVS)
Española, NM  87532

SUBSCRIBED AND SWORN to before me this 22nd day of August, 2000.

Notary Public

Commission Expires:  July 17, 2002

2