# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.,*
State Engineer,

      Plaintiff,                                                   69cv07941 JC-ACE

      v.

RAMON ARAGON, *et al.*,                     <u>RIO CHAMA ADJUDICATION</u>

      Defendants.

## **<u>ORDER</u>**

THIS MATTER comes before the Court on the motion of the Special Master filed July 28, 2000 (5916). Having reviewed the Special Master's motion, status report and invoices, having received no objections thereto, and being otherwise fully advised in the premises, the Court:

HEREBY APPROVES the payment of the invoices submitted by the Special Master, the Administrative Assistant, and the Data Manager between January 2000 and June 2000.

                                                       /electronic signature/
                                        CHIEF UNITED STATES DISTRICT JUDGE