IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 AUG 30 PM 2:00

STATE OF NEW MEXICO *et rel.*
State Engineer,

Plaintiff,

v.

69cv07941 JC

ROMAN ARAGON, *et al.*,

Defendants.

Rio Chama Stream System
Rio Gallina, Section 5

**ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS BY BERNIE AND ESTHER VELASQUEZ**

**Subfile no. CHGA-03-0006**

Defendants Bernie Velasquez and Esther Velasquez object to the proposed adjudication by the New Mexico State engineer that they have no water rights to irrigate their land from the Cordova/Martinez Ditch, and object to the proposed Consent Order as it pertains to them.

Defendants Velasquez make a claim to irrigated land in excess of the 6.1 acres referenced in the Subfile Clerical Photograph included with the Summons and Complaint they received. Their claim of water rights is based upon the continuous and historical irrigation of their land from the Cordova/Martinez Ditch since the 1950's and earlier, taking into consideration the fact that not all years is the irrigation water available in the ditch.

Defendants Velasquez made a good faith effort to resolve their disagreement with the State's proposed Consent Order by meeting with Ed Newville, attorney for the State



5934

Engineer, in Gallina, N.M. on July 18, 2000, at which time our water rights were discussed.

**WHEREFORE**, Defendants Bernie and Esther Velasquez pray for a fair adjudication of their water rights.

RONALD BOYD
Attorney for Velasquez
208 Griffin Street
Santa Fe, NM 87501
(505) 984-0121

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing Answer To Complaint For Adjudication Of Water Rights By Bernie And Esther Velasquez was mailed to the New Mexico State Engineers Office at P.O. Box 25102, Santa Fe, NM 87504-5102 on this 20 day of Aug, 2000.

By: ______________