IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *et rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

00 SEP -7 PM 2: 13

69cv07941 JC

Rio Chama Stream System
Rio Gallina, Section 5

**Subfile no. CHGA-03-0006**

### ENTRY OF APPEARANCE

COMES NOW RONALD BOYD, ESQ. and enters his appearance on behalf of Bernie and Esther Velasquez in the above captioned cause.

                                        RONALD BOYD
                                        Attorney for Velasquez
                                        208 Griffin Street
                                        Santa Fe, NM 87501
                                        (505) 984-0121

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was mailed to the New Mexico State Engineers Office at P.O. Box 25102, Santa Fe, NM 87504-5102 on this ___7___ day of ___Sept___, 2000.

By: _____