IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

00 SEP 25  PM 2: 54

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv7941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## STATUS REPORT
## BY THE STATE ENGINEER

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through

its undersigned attorney, and submits the following status report on the progress of the adjudication

of the Rio Gallina Section of the Rio Chama Stream System pursuant to the Order entered by the

Special Master on August 15, 2000 (Doc. No. 5926).

RIO GALLINA SECTION

1.    Of the approximately 128 claimants in this section 118 claimants have either waived

service of process or have been served in person. The State has been unable to serve or locate 10

claimants.

2.    The State has held day-long field offices in Gallina on four occasions, and has met

with approximately 65 claimants.

3.    During the four field offices, and at other times, the State has conducted 35 field

inspections. Approximately one-half of the inspection reports have been processed by the State.

Revised proposed consent orders, with new aerial photographic maps attached, have been sent to

*5936*

these claimants beginning August 28, 2000. Action on the remaining claims is ongoing and is expected to continue for at least another 4 weeks.

4.        Seven claims from persons whose lands were omitted from the hydrographic survey report ("omitted claims") have been received. Approximately one-half of these claims have been investigated and field checked

5.        The State has received 9 signed consent orders.

6.        The State has completed its field work in connection with federal stock watering and wildlife watering claims in the Rio Gallina Section, and a report on these claims is under preparation.

7.        The State requests that no definite schedule for the resolution of disputed claims be entered at this time. Evaluation of certain claims is still ongoing, and counsel for the State anticipates receiving an additional number of "omitted claims" in the near future.

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Defendants' Names was mailed to the following persons on September ___25___, 2000.

Edward G. Newville

2

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571