UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Sept 26, 2000     TIME: 1:30 PM

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:   ( ) Senior Judge E L. Mechem
                  (✓) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: N.M. v ARAGON 69 CV 7941-JC

Rio Chama Adjudication

COUNSEL:

PLAINTIFF: ED NEWVILLE          DEFENDANTS: MARY HUMPHREY
             SEE ATTACHED LIST

NOTES: Status and scheduling conference for Section 5 - Rio Gallina. Notice #5926 filed August 15, 2000. Matters discussed as follows:
1) attorney for the Office of the State Engineer (OSE) reported reading field offices and filing by the hydrosurvey
2) attorney for defendant advised have hired assistants to work in community to determine correct ownership of lands
3) OSE explained the time needed to meet with claimants and do field checks and try to resolve claims
4) OSE report on U.S. claims to attorney for U.S. in 10 days - in effort to meet Nov 2, 2000 date for procedural order
5) Next status conference set for Nov 17, 2000

Court Reporter:
Connie Jurado
Paul Baca Professional Court Reporters
400 Gold Ave SW, Suite 200
P.O. Box 1865
Albuquerque, NM 87103
505/843-9241    FAX: 505/843-9242

5937

# DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69 CV 7941 - JC
### Rio Chama Adjudication - Section 5: Rio Gallina
**August 15, 2000**

✓Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Sante Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager
HYDRO LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

---

Bradley S. Bridgewater, Esq.
✓David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

✓Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM 87529

✓Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

✓Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 32282
Santa Fe, NM 87594

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

✓Wilfred Rael
P.O. Box 603
Questa, NM 87556

# CHAMA ADJUDICATION
## Status Conference - Section 5: Rio Gallina

### Tuesday, September 26, 2000

### ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Ed Newville | State Engineer | | 827-6150 |
| Lisa Brional | " | | " |
| Mark Fesmire | State Engineer | | 827-6154 |
| Fred Waltz | Box 4014, Taos, NM | 87571 | 758-0407 |
| Mary Hurley | P.O. Box 1574, El Prado, NM | 87529 | 758-2203 |
| A. Wiegel Paul | P.O. Box 605, Questa, NM | 87556 | 586-0734 |
| Ruby S. Chacon | P.O. Box 163, Gallina, NM | 87017 | 638-5386 |
| Roseanne Chacon | P.O. Box 171, Gallina | 87017 | 638-5336 |
| Frank P. Chacon | P.O. Box 171, Gallina | 87017 | 638-5336 |
| Jeff C. Vigil | PO Box 213, Gallina, NM | 87017 | 638-5358 |

**Please See Next Page**