IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

00 OCT -2 AM 10: 30

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla,
Canjilon Creek

## NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed in Exhibits A, B and C attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within Section 3 of the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2. The persons or entities listed in Exhibit A are in the Rio Nutrias Section of the Rio Chama Basin.

3. The persons or entities listed in Exhibit B are in the Rio Cebolla Section of the Rio

5938

Chama Basin.

4. The persons or entities listed in Exhibit C are in the Canjilon Creek Section of the Rio Chama Basin.

DATED: October 2, 2000

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of New Mexico's Motion to Join Additional Parties Defendant were mailed to all persons on the Section 3 Distribution List on October 2, 2000.

*EGN*

Edward G. Newville

## RIO CHAMA, SECTION 3
## DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

2

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM 87701

## ATTACHMENT A – RIO NUTRIAS

| | |
|---|---|
| ABEYTA, ESTAFANITA G. | P.O. BOX 121 LOS OJOS, NM. 87551 |
| ATENCIO, SILVIANO | P.O. BOX 302 TIERRA AMARILLA, NM. 87575 |
| ATENCIO, MARGIE | P.O. BOX 302 TIERRA AMARILLA, NM. 87575 |
| CHANG, ELSIE | 1967 SAN IDELFONSO ROAD SANTA FE, NM. 87501 |
| ESQUIBEL, ALFREDO | GENERAL DELIVERY TIERRA AMARILLA, NM. 87575 |
| ESQUIBEL, LUCY | GENERAL DELIVERY TIERRA AMARILLA, NM. 87575 |
| ESQUIBEL, PEDRO | GENERAL DELIVERY TIERRA AMARILLA, NM. 87575 |
| ESQUIBEL, ARTURO | P.O. BOX 27 TIERRA AMARILLA, NM. 87575 |
| ESQUIBEL, PETE | GENERAL DELIVERY TIERRA AMARILLA, NM. 87575 |
| ESQUIBEL, ANTONIO | GENERAL DELIVERY TIERRA AMARILLA, NM. 87575 |
| ETURRIAGA, JOSE D. | P.O. BOX 57 LOS OJOS, NM. 87551 |
| ETURRIAGA, JUANITA M. | P.O. BOX 70 TIERRA AMARILLA, NM. 87575 |
| MARTINEZ, LEROY | P.O. BOX 202 TIERRA AMARILLA, NM. 87575 |
| MONTANO, JUAN | P.O. BOX 241 TIERRA AMARILLA, NM. 87575 |
| MONTOYA, ROBERT J. | 3007 SIRINGO ROAD SANTA FE, NM. 87505 |
| MONTOYA, LUCIA A. | 3007 SIRINGO ROAD SANTA FE, NM. 87505 |
| ROYBAL, LUCIA | P.O. BOX 297 ESPANOLA, NM. 87532 |
| ROYBAL, ESTANISLAO | P.O. BOX 297 ESPANOLA, NM. 87532 |
| SANCHEZ, PHIL | P.O. BOX 292 ESPANOLA, NM. 87532 |
| TAFOYA, ANTHONY | 419 JEMEZ ROAD SANTA FE, NM. 87505 |
| TAFOYA, ISABEL | 440 JEMEZ ROAD SANTA FE, NM. 87505 |
| ULIBARRI, ORLANDO | P.O. BOX 3 TIERRA AMARILLA, NM. 87575 |
| ULIBARRI, BERNIE | P.O. BOX 125 LOS OJOS, NM. 87551 |
| ULIBARRI, DOMITILIA L. | P.O. BOX 182 TIERRA AMARILLA, NM. 87575 |
| ULIBARRI, FELIBERTO | P.O. BOX 182 TIERRA AMARILLA, NM. 87575 |
| ULIBARRI, HAROLD | P.O. BOX 265 TIERRA AMARILLA, NM. 87575 |
| VALDEZ, ADOLFO | P.O. BOX 41 TIERRA AMARILLA, NM. 87575 |
| VALDEZ, JOSE B. | P.O. BOX 806 TIERRA AMARILLA, NM. 87575 |
| VALDEZ, GREGORITA E. | P.O. BOX 41 LOS OJOS, NM. 87551 |
| VALDEZ, ABEL | P.O. BOX 2383 BERNALILLO, NM. 87004 |

EXHIBIT A

## ATTACHMENT B – RIO CEBOLLA

| Name | Address |
|---|---|
| AMES, ELIZABETH L | 2617 CALLE DEL SUENO SW ALBUQUERQUE, NM. 87121 |
| ARCHULETA, DAVID E | P O BOX 217 CEBOLLA, NM. 87518 |
| ARCHULETA, PABLO JR | P O BOX 161 CEBOLLA, NM. 87518 |
| ARCHULETA, LYDIA U | P O BOX 217 CEBOLLA, NM. 87518 |
| ARCHULETA, JUAN | P O BOX 161 CEBOLLA, NM. 87518 |
| BAKER, THERESA | GENERAL DELIVERY CEBOLLA, NM. 87518 |
| BAKER, CLYDE C | GENERAL DELIVERY CEBOLLA, NM. 87518 |
| BUSTILLOS, FERNANDO | 76 COMANCHE LANE LOS LUNAS, NM. 87031 |
| BUSTILLOS, BELINDA E | 76 COMANCHE LANE LOS LUNAS, NM. 87031 |
| BUSTOS, LUPE | 1721 FOSTER ROAD LAS CRUCES, NM. 88001 |
| BUSTOS, ORLANDO | 1721 FOSTER ROAD LAS CRUCES, NM. 88001 |
| CEBOLLA MUTUAL DOMESTIC WATER, CONSUMERS ASSOC. | P.O. BOX 156 CEBOLLA, NM. 87518 |
| CHACON, JOSE D | BOX 177 CEBOLLA, NM. 87518 |
| CHACON, GERALDA M | 1007A SOUTH PRINCE DR NO 8 ESPANOLA, NM. 87532 |
| CHACON, GLORIANNA G | BOX 177 CEBOLLA, NM. 87518 |
| CHACON, GILBERT TRUST | 320 FRONTIER STREET BLOOMFIELD, NM. 87413 |
| CHACON, CHARLIE | 1007A SOUTH PRINCE DR NO 8 ESPANOLA, NM. 87532 |
| CLARK, WILLIAM R | P O BOX 267 CEBOLLA, NM. 87518 |
| CORDOVA, JOSE LUCAS | BOX 1 HERNANDEZ, NM. 87537 |
| COVA, GUILLERMO J | 2908 INDIAN FARM LANE NW ALBUQUERQUE, NM. |
| COVA, EDNA Q | 2908 INDIAN FARM LANE NW ALBUQUERQUE, NM. |
| GARCIA, JIMMY J | NO 34 ROAD 5777 FARMINGTON, NM. 87410 |
| GARCIA, MERCEDES | P O BOX 164 CEBOLLA, NM. 87518 |
| GARCIA, LYDIA | 7231 LASTER NE ALBUQUERQUE, NM. 87109 |
| GARCIA, ROBERTO R | P O BOX 164 CEBOLLA, NM. 87518 |
| GARCIA, JERRY | 7231 LASTER NE ALBUQUERQUE, NM. 87109 |
| GURULE, NESTORA | P O BOX 185 CEBOLLA, NM. 87518 |
| GURULE, MACLOVIO | P O BOX 185 CEBOLLA, NM. 87518 |
| HALL, SUSAN | GENERAL DELIVERY CEBOLLA, NM. 87518 |
| HARVEY, MAUREEN E. | P.O. BOX 241 CEBOLLA, NM. 87518 |
| HIBNER, ARTHUR F REV TRUST | GENERAL DELIVERY CEBOLLA, NM. 87518 |
| LAND MANAGEMENT, BUREAU OF | P O BOX 27115 SANTA FE, NM. 87502-011 |

EXHIBIT B

| | |
|---|---|
| LIEBER, HENRY E | 453 SOUTH MAIN AVE. TUCSON, AZ. 85701 |
| MADRID, PHYLLIS | P O BOX 574 CANJILON, NM. 87515 |
| MADRID, JOSE M | P O BOX 574 CANJILON, NM. 87515 |
| MAES, JOSE I ESTATE | BOX 15 TERRACE FARM ROAD ESPANOLA, NM. 87532 |
| MAEZ, EDDIE | P O BOX 727 CHAMA, NM. 87520 |
| MAEZ, CIPPIE | P O BOX 493 CANJILON, NM. 87515 |
| MAEZ, ERMA | P O BOX 184 CEBOLLA, NM. 87518 |
| MARTINEZ, ALICE | BOX 216 CEBOLLA, NM. 87518 |
| MARTINEZ, ALICE | P O BOX 246 CEBOLLA, NM. 87518 |
| MARTINEZ, ADELA | P O BOX 234 CEBOLLA, NM. 87518 |
| MARTINEZ, SOPHIA D | P O BOX 217 TIERRA AMARILLA, NM. 87575 |
| MARTINEZ, MARIO R | P O BOX 217 TIERRA AMARILLA, NM. 87575 |
| MARTINEZ, JENNY A | ROUTE 3 BOX 95 DA SANTA FE, NM. 87505 |
| MARTINEZ, ROMAN AND MARY C. LIV. TRUST | P O BOX 1698 BLOOMFIELD, NM. 87413 |
| MARTINEZ, ADELA | GENERAL DELIVERY CEBOLLA, NM. 87518 |
| MARTINEZ, DAVID R | GENERAL DELIVERY CEBOLLA, NM. 87518 |
| MARTINEZ, GUS | ROUTE 3 BOX 95 DA SANTA FE, NM. 87505 |
| MARTINEZ, MAX | BOX 216 CEBOLLA, NM. 87518 |
| MARTINEZ, GUSTAVO | P O BOX 206 CEBOLLA, NM. 87518 |
| MARTINEZ, ROSINA Q | P O BOX 206 CEBOLLA, NM. 87518 |
| MARTINEZ, MARY JO | 1620 PASEO DE LA CONQUISTADORA SANTA FE, NM. 87501 |
| MARTINEZ, DAVID R | P O BOX 234 CEBOLLA, NM. 87518 |
| MARTINEZ, MAX D | P O BOX 246 CEBOLLA, NM. 87518 |
| MCMILLEN, EDWARD L. | P.O. BOX 241 CEBOLLA, NM. 87518 |
| QUINTANA, DELFIN O AND FRANCES S TRUST | P O BOX 156 CEBOLLA, NM. 87518 |
| QUINTANA, DELFIN O | P O BOX 156 CEBOLLA, NM. 87518 |
| QUINTANA, FRANCES S | P O BOX 156 CEBOLLA, NM. 87518 |
| QUINTANA, MARY | ROUTE 5 BOX 217 SANTA FE, NM. 87501 |
| RAYMOND, KAYE D | P O BOX 267 CEBOLLA, NM. 87518 |
| RIVAS, JOSE L | 5560 ROBIN AVE TUCSON, AZ. 85746 |
| RIVERA, FELIPE B | P O BOX 322 ESPANOLA, NM. 87532 |
| RIVERA, FLORA | P O BOX 322 ESPANOLA, NM. 87532 |

| | |
|---|---|
| RODELLA, IGNACITA V | P O BOX 187 ALCALDE, NM. 87511 |
| SALAZAR, ELMER H | P O . BOX 1171 LOS ALAMOS, NM. 87544 |
| SALAZAR, SUSIE | P O . BOX 1171 LOS ALAMOS, NM. 87544 |
| SANCHEZ, ALFONSO G | 2853 CALLE PRINCESA JUANA SANTA FE, NM. 87505 |
| SANCHEZ, ESTHER L | P O BOX 118 CHAMA, NM. 87520 |
| SANCHEZ, CLORINDA N | P O BOX 96 LOS OJOS, NM. 87551 |
| SANCHEZ, MEDARDO JR | P O BOX 96 LOS OJOS, NM. 87551 |
| SANCHEZ, ERNEST | 1506 CALLE CIELITO LINDO ESPANOLA, NM. 87532 |
| SANCHEZ, CECILIA | 2853 CALLE PRINCESA JUANA SANTA FE, NM. 87505 |
| SANCHEZ, ROBERT | P O BOX 118 CHAMA, NM. 87520 |
| SANCHEZ, MARGIE K | 1506 CALLE CIELITO LINDO ESPANOLA, NM. 87532 |
| SANCHEZ, TOBIAS H | GENERAL DELIVERY CEBOLLA, NM. 87518 |
| SERRANO, JULIAN G | P O BOX 142 PECOS, NM. 87552 |
| SERRANO, LYDIA | P O BOX 142 PECOS, NM. 87552 |
| SISNEROS, ALEX | P O BOX 243 SAN JUAN PUEBLO, NM. 87566 |
| SISNEROS, JUANITA | P O BOX 243 SAN JUAN PUEBLO, NM. 87566 |
| TRUJILLO, REBECCA D | 4234 -A FAIRWAY DR. LOS ALAMOS, NM. 87544 |
| TRUJILLO, EPIFANIO J. | 4234 -A FAIRWAY DR. LOS ALAMOS, NM. 87544 |
| ULIBARRI, ELIZA M. | BOX 175 CEBOLLA, NM. 87518 |
| VALDEZ, FELIX | 1492 CALLE CIELO VISTA BERNALILLO, NM. 87004 |
| VALDEZ, GABRIEL JR | 1221 PARSONS STREET NE ALBUQUERQUE, NM. 87112 |
| VALENCIA, EPHRAIM | P O BOX 3845 SANTA FE, NM. 87501 |
| VALENCIA, LORRAINE | P O BOX 3845 SANTA FE, NM. 87501 |
| VAN HYNING, PARRIE | 927 LOS ARBOLES NW ALBUQUERQUE, NM. 87107 |
| VIGIL, FREDRICO R | P O BOX 332 ESPANOLA, NM. 87532 |
| VIGIL, GALINA V | P O BOX 332 ESPANOLA, NM. 87532 |
| WALKER, CHARLES K | ROUTE 5 BOX 245A SANTA FE, NM. 87501 |
| WALKER, LILLIAN M | ROUTE 5 BOX 245A SANTA FE, NM. 87501 |
| WATER CONSUMERS ASSOC, CEBOLLA MUTUAL DOMESTIC | P O BOX 156 CEBOLLA, NM. 87518 |

## ATTACHMENT C – CANJILON CREEK

| | |
|---|---|
| ALARID, TOMMY | 10951 N. 91ST AVENUE PEORIA, AZ. 85345 |
| ALARID, PATRICIA | 10951 N. 91ST AVENUE PEORIA, AZ. 85345 |
| ARCHULETA, TOMAS D | P.O. BOX 1223 SAN JUAN PUEBLO, NM. 87566 |
| ARCHULETA, MANUELITA | P.O. BOX 1223 SAN JUAN PUEBLO, NM. 87566 |
| ATENCIO, EULEMIA | 449 ROBIN MEADOW RD. NW ALBUQUERQUE, NM. |
| ATENCIO, ISAAC | 449 ROBIN MEADOW RD. NW ALBUQUERQUE, NM. |
| BACA, RALPH | 1221 ARVILLA NW ALBUQUERQUE, NM. 87107 |
| BACA, FELIX DEJESUS JR | GENERAL DELIVERY CANJILON, NM. 87515 |
| BACA, BERTHA | GENERAL DELIVERY CANJILON, NM. 87515 |
| BACA, AMALIA M | P.O. BOX 477 CANJILON, NM. 87515 |
| BACA, AQUILINO | GENERAL DELIVERY CANJILON, NM. 87515 |
| BACA, DOLORES | P.O. BOX 512 CANJILON, NM. 87515 |
| BACA, ENRIQUES | P.O. BOX 507 CANJILON, NM. 87515 |
| BACA, PAUL R | P.O. BOX 477 CANJILON, NM. 87515 |
| BAKER, GRACE G | P.O. BOX 3362 FAIRVIEW, NM. 87533 |
| BAKER, GLEN | GENERAL DELIVERY CANJILON, NM. 87515 |
| BAKER, JAMES M | P.O. BOX 3362 FAIRVIEW, NM. 87533 |
| BALDONADO, JOSE R | 3780-C ALABAMA LOS ALAMOS, NM. 84015 |
| BALDONADO, MARILYN | 3780-C ALABAMA LOS ALAMOS, NM. 84015 |
| BLEA, PAT | GENERAL DELIVERY CANJILON, NM. 87515 |
| BLEA, JUDY | GENERAL DELIVERY CANJILON, NM. 87515 |
| CARTER, ISABEL | 405 64TH STREET ALBUQUERQUE, NM. 87105 |
| CARTER, ROLAND | 405 64TH STREET ALBUQUERQUE, NM. 87105 |
| CASADOS, ROBERT | 2347 CAMINO CARLOS REY SANTA FE, NM. 87501 |
| CASADOS, ERLINDA | 2347 CAMINO CARLOS REY SANTA FE, NM. 87501 |
| CASIAS, MANUEL | 1110 LILIE DRIVE BOSQUE FARMS, NM. 87068 |
| CASIAS, JOSEPHINE | 1110 LILIE DRIVE BOSQUE FARMS, NM. 87068 |
| CASTILLO, MARY W | 250 CALLE VISTA GRANDE RD. BERNALILLO, NM. 87004 |
| CASTILLO, JERRY | 250 CALLE VISTA GRANDE RD. BERNALILLO, NM. 87004 |
| CHACON, DALE BEN | P.O. BOX 482 CANJILON, NM. 87515 |
| CHAVEZ, LENA E | 905 AZTEC BLVD. NE AZTEC, NM. 87410 |
| CHAVEZ, ABRAHAM A | 905 AZTEC BLVD. NE AZTEC, NM. 87410 |

EXHIBIT C

| Name | Address |
| --- | --- |
| CHAVEZ, ALFRED J | P.O. BOX 114 EL RITO, NM. 87530 |
| CHAVEZ, SARAH | P.O. BOX 114 EL RITO, NM. 87530 |
| CHURCH, PRESBYTERIAN | HC77, BOX 11 ABIQUIU, NM. 87510 |
| COLLADO, ESTHER J | 1508 SAN CARLOS SW ALBUQUERQUE, NM. 87104 |
| COLLADO, ANGEL B | 1508 SAN CARLOS SW ALBUQUERQUE, NM. 87104 |
| DANT, RICHARD | RT.2, BOX 310 R.D. SANTA FE, NM. 87505 |
| DRANNON, JAMES M | 2016 LOUISE RD. SW ALBUQUERQUE, NM. 87105 |
| DRANNON, DANA J | 2016 LOUISE RD. SW ALBUQUERQUE, NM. 87105 |
| FINDLEY, MURIEL T | BOX 44 CORRALES, NM. 87048 |
| FINDLEY, JAMES F | BOX 44 CORRALES, NM. 87048 |
| GALLEGOS, RALPH SR | ROUTE 2, BOX 822 MCCURDY RD. ESPANOLA, NM. |
| GALLEGOS, ALONZO | GENERAL DELIVERY CANJILON, NM. 87515 |
| GALLEGOS, RALPH JR | ROUTE 2, BOX 822 MCCURDY RD. ESPANOLA, NM. |
| GARCIA, CARLOS A | 4009 DONALD ROAD SW ALBUQUERQUE, NM. 87105 |
| GARCIA, ABELARDO E | GENERAL DELIVERY CANJILON, NM. 87515 |
| GARCIA, HORTANCIA | 308 GLORIETA NE ALBUQUERQUE, NM. 87123 |
| GARCIA, ABRAN AUGUSTINE | CLUSTER BOX 51001 ESPANOLA, NM. 87532 |
| GARCIA, FLORA | GENERAL DELIVERY CANJILON, NM. 87515 |
| GARCIA, ERLINDA L. | P.O. BOX 731 ESPANOLA, NM. 87532 |
| GARCIA, THOMAS | GENERAL DELIVERY CANJILON, NM. 87515 |
| GARCIA, DANNY J | P.O. BOX 572 CANJILON, NM. 87515 |
| GARCIA, DELUVINA | 1521 GRANITE NW ALBUQUERQUE, NM. 87104 |
| GARCIA, TEODORO | ROUTE 2 BOX 368 ESPANOLA, NM. 87532 |
| GARCIA, LYDIA | 7231 LASTER NE ALBUQUERQUE, NM. 87109 |
| GARCIA, PAMELA | ROUTE 2 BOX 368 ESPANOLA, NM. 87532 |
| GARCIA, ORLANDO | 1521 GRANITE NW ALBUQUERQUE, NM. 87104 |
| GARCIA, VELMA | P.O. BOX 572 CANJILON, NM. 87515 |
| GARCIA, GERALDINE E | GENERAL DELIVERY CANJILON, NM. 87515 |
| GARCIA, JULIA | BOX 51001 ESPANOLA, NM. 87532 |
| GARCIA, JERRY | 7231 LASTER NE ALBUQUERQUE, NM. 87109 |
| GIBSON, GLORIA | 550 IVORY ROAD SE RIO RANCHO, NM. 87124 |
| GIBSON, ARCHIE | 550 IVORY ROAD SE RIO RANCHO, NM. 87124 |
| GLOBAL OUTREACH, CHRISTIANS UNITED | P.O. BOX 12186 ALBUQUERQUE, NM. 87195 |

| | |
|---|---|
| GONZALES, REYNALDO | 1409 SAWMILL ROAD NW ALBUQUERQUE, NM. 87104 |
| GONZALES, LUCELLA M | 1409 SAWMILL ROAD NW ALBUQUERQUE, NM. 87104 |
| GONZALES, GONZALO | P.O. BOX 556 CHAMA, NM. 87520 |
| HERNANDEZ, SIMON AND TEODORA FAM TRUST | 1322 NORTH 350 WEST SUNSET, UT. 84015 |
| INTINI, ERMALINDA | 38 PEART AVE. ROCHESTER, NY. 14622 |
| JARAMILLO, LEO | 2724 WASHINGTON N.E. ALBUQUERQUE, NM. 87110 |
| JARAMILLO, ELIZA J | 2724 WASHINGTON N.E. ALBUQUERQUE, NM. 87110 |
| JOLLY, JEANNE A | P.O. BOX 518 CANJILON, NM. 87515 |
| JOLLY, JOHN | 547 S. CALBAUGH ST. RAMONA, CA. 92065 |
| JOLLY, BUCK | P.O. BOX 518 CANJILON, NM. 87515 |
| JOLLY FAMILY TRUST, | P.O. BOX 518 CANJILON, NM. 87515 |
| LEWIS, SANDRA C. | 6304 BISON TRAIL NW ALBUQUERQUE, NM. 87120 |
| LEYBA, CASILDA | P.O. BOX 532 CANJILON, NM. 87515 |
| LEYBA, LOUISE M | GENERAL DELIVERY CANJILON, NM. 87515 |
| LEYBA, BENJAMIN | GENERAL DELIVERY CANJILON, NM. 87515 |
| LEYBA, DOROTHY | P.O. BOX 533 CANJILON, NM. 87515 |
| LEYBA, MARIA F M | GENERAL DELIVERY CANJILON, NM. 87515 |
| LEYBA, BENJAMIN | GENERAL DELIVERY CANJILON, NM. 87515 |
| LEYBA, LEOPOLDO | P.O. BOX 533 CANJILON, NM. 87515 |
| LEYBA, ET AL., MARIA | GENERAL DELIVERY CANJILON, NM. 87515 |
| LOPEZ, MIGUEL | P.O. BOX 1051 ESPANOLA, NM. 87532 |
| LOPEZ, LEROY | P.O. BOX 3683 ESPANOLA, NM. 87532 |
| MADRID, JUANITO REYNEL | 3807 VERANDA NE ALBUQUERQUE, NM. 87107 |
| MADRID, ESTEMA | 2412 JUNE NE ALBUQUERQUE, NM. 87112 |
| MADRID, JOSE MODESTO | GENERAL DELIVERY CANJILON, NM. 87515 |
| MADRID, JOSE MODESTO | P.O. BOX 574 CANJILON, NM. 87515 |
| MAES, FERMIN | P.O. BOX 543 CANJILON, NM. 87515 |
| MAES, DAVID | P.O. BOX 1048 ESPANOLA, NM. 87532 |
| MAES, FERMIN | P.O. BOX 515 CANJILON, NM. 87515 |
| MAES, ET AL., TOMAS | P.O. BOX 515 CANJILON, NM. 87515 |
| MAESTAS, OLIBAMA | GENERAL DELIVERY CANJILON, NM. 87515 |
| MAESTAS, ODILIA | GENERAL DELIVERY CANJILON, NM. 87515 |
| MAESTAS, RICHARD | P.O. BOX 1848 ESPANOLA, NM. 87532 |

3

| | |
|---|---|
| MAESTAS, FLORENCE | P.O. BOX 1848 ESPANOLA, NM. 87532 |
| MAESTAS, CELSA | P.O. BOX 51118 ESPANOLA, NM. 87532 |
| MAESTAS, MARCIA | 3333 MONTCLAIRE DR. NE ALBUQUERQUE, NM. 87110 |
| MAESTAS, ANTONIO | GENERAL DELIVERY CANJILON, NM. 87515 |
| MAESTAS, MIKE | 3333 MONTCLAIRE DR. NE ALBUQUERQUE, NM. 87110 |
| MAESTAS, ANTONIO M | GENERAL DELIVERY CANJILON, NM. 87515 |
| MAESTAS, MARCIA H | GENERAL DELIVERY CANJILON, NM. 87515 |
| MAESTAS, JOSE G | P.O. BOX 51118 ESPANOLA, NM. 87532 |
| MAEZ, PAULINE | P.O. BOX 493 CANJILON, NM. 87515 |
| MAEZ, CIPRIANO | P.O. BOX 493 CANJILON, NM. 87515 |
| MAEZ, JUANA | GENERAL DELIVERY CANJILON, NM. 87515 |
| MANNING, JERRY C | 1374 CHESTNUT ABILENE, TX. 79602 |
| MANNING,ET AL, FRANCES | 1374 CHESTNUT ABILENE, TX. 79602 |
| MANZANARES, RAMON A | 1224 FORESTER N.W. ALBUQUERQUE, NM. 87104 |
| MANZANARES, MARIA GLORIA | 1224 FORESTER N.W. ALBUQUERQUE, NM. 87104 |
| MANZANARES, ALFONSO A | 5412 OLYMPIC COURT N.W. ALBUQUERQUE, NM. 87114 |
| MARQUEZ, MAX | P.O. BOX 704 EL RITO, NM. 87530 |
| MARTINEZ, RAY | P.O. BOX 506 CANJILON, NM. 87515 |
| MARTINEZ, JUAN C | P.O. BOX 548 CANJILON, NM. 87515 |
| MARTINEZ, PERFECTO | GENERAL DELIVERY EL RITO, NM. 87530 |
| MARTINEZ, EUGENE | P.O. BOX 1125 ESPANOLA, NM. 87532 |
| MARTINEZ, IRENE B | P.O. BOX 555 CANJILON, NM. 87515 |
| MARTINEZ, JOSE MELISENDRO | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, RONALD A | P.O. BOX 485 CANJILON, NM. 87515 |
| MARTINEZ, TONY M | P.O. BOX 553 CANJILON, NM. 87515 |
| MARTINEZ, DOROTHY | P.O. BOX 1125 ESPANOLA, NM. 85532 |
| MARTINEZ, ERALDO | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, ADAN | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, DONALD | GENERAL DELIVERY EL RITO, NM. 87530 |
| MARTINEZ, LUCRETIA V | P.O. BOX 474 CANJILON, NM. 87515 |
| MARTINEZ, PRAXCEDES | P.O. BOX 3442 FAIRVIEW, NM. 87533 |
| MARTINEZ, SYLVIA | P.O. BOX 442 FAIRVIEW, NM. 87533 |
| MARTINEZ, ALICE | P.O. BOX 216 CEBOLLA, NM. 87518 |
| MARTINEZ, LEONOR | GENERAL DELIVERY CANJILON, NM. 87515 |

| Name | Address |
|---|---|
| MARTINEZ, CELINE | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, ESMERALDO | P.O. BOX 475 CANJILON, NM. 87515 |
| MARTINEZ, ANGIE | P.O. BOX 754 MEDANALES, NM. 87548 |
| MARTINEZ, JAKE | P.O. BOX 453 CANJILON, NM. 87515 |
| MARTINEZ, ESMERALDO | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, MAVE | 705 FLEETWOOD DRIVE TOOELE, UT. 84074 |
| MARTINEZ, EGRIPINO | P.O. BOX 514 CANJILON, NM. 87515 |
| MARTINEZ, JOSE ABRAN | P.O. BOX 473 CANJILON, NM. 87515 |
| MARTINEZ, ALBERT | P.O. BOX 555 CANJILON, NM. 87515 |
| MARTINEZ, MAX D | P.O. BOX 216 CEBOLLA, NM. 87518 |
| MARTINEZ, PERFECTO | P.O. BOX 52 EL RITO, NM. 87530 |
| MARTINEZ, JONATHAN | GENERAL DELIVERY ABIQUIU, NM. 87510 |
| MARTINEZ, GERALDINE | P.O. BOX 508 ABIQUIU, NM. 87510 |
| MARTINEZ, CARLA | P.O. BOX 553 CANJILON, NM. 87515 |
| MARTINEZ, LONGINIA O | P.O. BOX 548 CANJILON, NM. 87515 |
| MARTINEZ, MELISENDRO | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, FIDEL | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, ORLANDO | P.O. BOX 754 MEDANALES, NM. 87548 |
| MARTINEZ, VANGIE | P.O. BOX 453 CANJILON, NM. 87515 |
| MARTINEZ, ROSS A JR | P.O. BOX 576 CANJILON, NM. 87515 |
| MARTINEZ, LORRAINE S | P.O. BOX 485 CANJILON, NM. 87515 |
| MARTINEZ, MARTIN | P.O. BOX 474 CANJILON, NM. 87515 |
| MARTINEZ, ADELA | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, JOSE LORENZO | P.O. BOX 532 CANJILON, NM. 87515 |
| MARTINEZ, MELISSA | P.O. BOX 506 CANJILON, NM. 87515 |
| MARTINEZ, CREOLINDA M | 1219 TOMASITA NW ALBUQUERQUE, NM. 87112 |
| MARTINEZ, STELLA | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, LORENZO | GENERAL DELIVERY CANJILON, NM. 87515 |
| MARTINEZ, DONALD | P.O. BOX 52 EL RITO, NM. 87530 |
| MARTINEZ, CIPRIANA M | P.O. BOX 514 CANJILON, NM. 87515 |
| MEDINA, JOSEPH G | 127 ALAMO DRIVE SANTA FE, NM. 87501 |
| MIERA, MARGARET A | GENERAL DELIVERY CANJILON, NM. 87515 |
| MONTANO, MARY LOU | P.O. BOX 501 CANJILON, NM. 87515 |
| MONTANO, JO ANN | 1409 SAWMILL ROAD NW ALBUQUERQUE, NM. 87104 |

| Name | Address |
|---|---|
| MONTANO, NICOLAS | 2205 PALOMAS NE ALBUQUERQUE, NM. 87110 |
| MONTANO, LUGGIE | 205 40TH STREET NW ALBUQUERQUE, NM. 87105 |
| MONTANO, GENOVEVA | 2205 PALOMAS NE ALBUQUERQUE, NM. 87110 |
| MONTANO, HORTANCE | 910 SEVENTH STREET NW ALBUQUERQUE, NM. 87510 |
| MONTANO, RUTH B | 4401 DOUGLAS MACARTHUR NE #C ALBUQUERQUE, NM. 87110 |
| MONTANO, FLORENCIO | 1188 MARILYN DRIVE LAYTON, UT. 84041 |
| MONTANO, GUSMAN F | P.O. BOX 501 CANJILON, NM. 87515 |
| MONTANO, MARIA CELINA | P.O. BOX 506 CANJILON, NM. 87515 |
| MONTANO, CHRIS | RT.1,BOX 3,UNIT 6 ESPANOLA, NM. 87532 |
| MONTANO, THOMAS | 205 40TH STREET NW ALBUQUERQUE, NM. 87105 |
| MONTANO, JOSE P | P.O. BOX 506 CANJILON, NM. 87515 |
| MONTANO, DONALD | 6409 AVENIDA LA COSTA NE ALBUQUERQUE, NM. |
| MONTANO, BAILON | 1409 SAWMILL ROAD NW ALBUQUERQUE, NM. 87104 |
| MONTANO, OCTAVIANO JR | 1735 DOVER BLOOMFIELD, CO. 80020 |
| MONTANO, GILBERT | 1188 MARILYN DRIVE LAYTON, UT. 84041 |
| MONTANO, DEMETRIO | 910 SEVENTH STREET NW ALBUQUERQUE, NM. 87510 |
| MONTANO, NICHOLAS | 910 SEVENTH STREET NW ALBUQUERQUE, NM. 87510 |
| MONTANO, EVARISTO C | 4401 DOUGLAS MACARTHUR NE #C ALBUQUERQUE, NM. 87110 |
| MONTANO, TOMACITA O | 1409 SAWMILL ROAD NW ALBUQUERQUE, NM. 87104 |
| MONTOYA, JUANITA | P.O. BOX 4611 FVS ESPANOLA, NM. 87532 |
| MONTOYA, JOHNNY D | P.O. BOX 4611 FVS ESPANOLA, NM. 87532 |
| MORALES, MOISES JR | P.O. BOX 54 TIERRA AMARILLA, NM. 87575 |
| MORALES, MOISES | P.O. BOX 54 TIERRA AMARILLA, NM. 87575 |
| MORALES, RAY G | P.O. BOX 545 CANJILON, NM. 87515 |
| MORALES, ROSALENA | P.O. BOX 545 CANJILON, NM. 87515 |
| MORALES, HENRIETTA | P.O. BOX 54 TIERRA AMARILLA, NM. 87575 |
| NATIONAL FOREST, CARSON | P.O. BOX 469 CANJILON, NM. 87515 |
| NATIONAL FOREST, CARSON | BOX 558/CRUZ ALTA ROAD TAOS, NM. 87571 |
| OLGUIN, OLIVIA | P.O. BOX 577 CANJILON, NM. 87515 |
| ORTIZ, GILBERT | RT. 1, BOX 162-A SANTA FE, NM. 87501 |
| OTERO, CAROLE J. | 5028 PHEASANT NW ALBUQUERQUE, NM. 87120 |
| RIVERA, FLORA M | P.O. BOX 29 GYPSUM, CO. 81637 |

| | |
|---|---|
| RIVERA, SERGIO | 16 CHALAN RD. SANTA FE, NM. 87505 |
| RIVERA, RAYMOND | P.O. BOX 29 GYPSUM, CO. 81637 |
| RIVERA, LEO E | GENERAL DELIVERY CANJILON, NM. 87515 |
| RIVERA, DOROTHY | 16 CHALAN RD. SANTA FE, NM. 87505 |
| RIVERA, ERNESTINE V | GENERAL DELIVERY CANJILON, NM. 87515 |
| RODRIGUEZ, JOSE C | 2716 CALLE CEDRO SANTA FE, NM. 87501 |
| RODRIGUEZ, SALLY M | 2716 CALLE CEDRO SANTA FE, NM. 87501 |
| ROMERO, PHOEBE M | P.O. BOX 582 CANJILON, NM. 87515 |
| ROMO, FERNANDO S | P.O. BOX 68 COSTILLA, NM. 87524 |
| SALAZAR, JOSEPHINA G | 1360 FINCH TULARE, CA. 93274 |
| SALAZAR, VICTOR | P.O. BOX 15 TIERRA AMARILLA, NM. 87575 |
| SALAZAR, AGRIPINA | P.O. BOX 15 TIERRA AMARILLA, NM. 87575 |
| SANCHEZ, PHILIP T. | 333 MOON NE ALBUQUERQUE, NM. 87123 |
| SANCHEZ, RICHARD L. | 68 ANDRES SANCHEZ RD. BELEN, NM. 87002 |
| SANCHEZ, YOLANDA | 8030 SAN JUAN NE ALBUQUERQUE, NM. 87108 |
| SANCHEZ, BARBARA | P.O. BOX 972 BLOOMFIELD, NM. 87413 |
| SANCHEZ, AGAPITO | 6501 AVALON ROAD NW ALBUQUERQUE, NM. 87501 |
| SANCHEZ, DANNY | P.O. BOX 1342 SAN JUAN PUEBLO, NM. 87566 |
| SANCHEZ, BEULAH | 6501 AVALON ROAD NW ALBUQUERQUE, NM. 87501 |
| SANCHEZ, AMOS RAY | 222 GENERAL HODGES NE ALBUQUERQUE, NM. 87123 |
| SANDOVAL, DIANA M | 685 SILVER SADDLE ROAD RIO RANCHO, NM. 87124 |
| SANDOVAL, CHARLES | 685 SILVER SADDLE ROAD RIO RANCHO, NM. 87124 |
| SCARBOROUGH, TONY | 328 STAAB STREET SANTA FE, NM. 87501 |
| SCARBOROUGH, G M | 328 STAAB STREET SANTA FE, NM. 87501 |
| SCHEURWATER, WILLIAM N | 35 GRANT ST. DENVER, CO. 80203 |
| SCHEURWATER, NICKIANN | 35 GRANT ST. DENVER, CO. 80203 |
| SERRANO, LENOR | 949 RUSHTON OGDEN, UT. 84401 |
| SERRANO, PACOMIO | 113 N. 5 WEST BOX 411 RICHMOND, UT. 84331 |
| SERRANO, PACOMIO | 949 RUSHTON OGDEN, UT. 84401 |
| SERRANO, RUDOLFO | 113 N. 5 WEST BOX 411 RICHMOND, UT. 84331 |
| SERRANO, SAMUEL S | 1624 NORTH 475 WEST SUNSET, UT. 84119 |
| SERRANO, JUAN B. | 1310 DENNISON RD. ALBUQUERQUE, NM. 87105 |
| SOBERANEZ, SHIRLEY | 77 ROAD 4903 BLOOMFIELD, NM. 87413 |
| SOBERANEZ, ONOFRE | GENERAL DELIVERY CANJILON, NM. 87515 |

| | |
|---|---|
| SOBERANEZ, MIGUEL | GENERAL DELIVERY CANJILON, NM. 87515 |
| SPARKS, PEGGY | 2412 JUNE NE ALBUQUERQUE, NM. 87112 |
| STOREY, WILLIAM H III | P.O. BOX 674 EL RITO, NM. 87530 |
| TORRES, FELIMON A | P.O. BOX 901 SANTA CRUZ, NM. 87567 |
| TORRES, HELEN G | P.O. BOX 901 SANTA CRUZ, NM. 87567 |
| TRUJILLO, PEDRO P | P.O. BOX 1300 SAN JUAN PUEBLO, NM. 87566 |
| TRUJILLO, BELARMINO | P.O. BOX 563 CANJILON, NM. 87515 |
| TRUJILLO, CARMELITA R | P.O. BOX 92431 ALBUQUERQUE, NM. 87199 |
| TRUJILLO, LORRAINE V | P.O. BOX 1300 SAN JUAN PUEBLO, NM. 87566 |
| TRUJILLO, ESTHER | 1239 GALLEGOS LANE SANTA FE, NM. 87501 |
| TRUJILLO, THERESITA M | P.O. BOX 15728 ABIQUIU, NM. 87510 |
| VALDEZ, DELIA C | 5327 MONTGOMERY NE #120 ALBUQUERQUE, NM. |
| VALDEZ, REYES | P.O. BOX 584 CANJILON, NM. 87515 |
| VALDEZ, GERALDINE N. | GENERAL DELIVERY ABIQUIU, NM. 87510 |
| VALDEZ, ADRIANO G | P.O. BOX 484 CANJILON, NM. 87515 |
| VALDEZ, ANDREW | P.O. BOX 484 CANJILON, NM. 87515 |
| VALDEZ, ADRIANO S | 5327 MONTGOMERY NE #120 ALBUQUERQUE, NM. |
| VALDEZ, ANTONIO | P.O. BOX 54 CANJILON, NM. 87515 |
| VALDEZ, JOSE G | P.O. BOX 552 CANJILON, NM. 87515 |
| VALDEZ, AMARANTE | P.O. BOX 584 CANJILON, NM. 87515 |
| VALDEZ, VALERIA M | P.O. BOX 484 CANJILON, NM. 87515 |
| VALDEZ, LUGARDA S | P.O. BOX 552 CANJILON, NM. 87515 |
| VALDEZ, ELIZARDO | GENERAL DELIVERY CANJILON, NM. 87515 |
| VALENCIA, MODESTA M | 411 CORNELL DRIVE SE ALBUQUERQUE, NM. 87106 |
| VALENCIA, BEN F | 411 CORNELL DRIVE SE ALBUQUERQUE, NM. 87106 |
| VALENCIA, EPHRAIM | 6012 DEERFORD ST. LAKEWOOD, CA. 90713 |
| VALENCIA, AURELIA | P.O. BOX 224 CANJILON, NM. 87515 |
| VALENCIA, ISAURO | P.O. BOX 224 CANJILON, NM. 87515 |
| VALENCIA, DAN | RT.5, BOX 304 SANTA FE, NM. 87501 |
| VELARDE, SHARON K | P.O. BOX 1828 ESPANOLA, NM. 87532 |
| VELASQUEZ, MANUEL A | P.O. BOX 285 NUTURITA, CO. 81422 |
| VELASQUEZ, PHIL | P.O. BOX 483 CANJILON, NM. 87515 |
| VELASQUEZ, GOMISINDO | GENERAL DELIVERY CANJILON, NM. 87515 |
| VELASQUEZ, SALOMON B | P.O. BOX 285 NUTURITA, CO. 81422 |

| | |
|---|---|
| VIGIL, ATOCHA | GENERAL DELIVERY CANJILON, NM. 87515 |
| VIGIL, CHARLES JR | P.O. BOX 23204 SANTA FE, NM. 87502 |
| VIGIL, LAWRENCE | P.O. BOX 1193 ESPANOLA, NM. 87532 |
| VIGIL, ARMANDO | 409 CALLE DEL RIO #2 ESPANOLA, NM. 87532 |
| VIGIL, EMILIA | GENERAL DELIVERY CANJILON, NM. 87515 |
| VIGIL, VICENTE | 1414 HICKOX ST. SANTA FE, NM. 87501 |
| VIGIL, ROSE | P.O. BOX 572 CANJILON, NM. 87515 |
| VIGIL, KARLA B | 1414 HICKOX ST. SANTA FE, NM. 87501 |
| VIGIL, MARLENE B | P.O. BOX 23204 SANTA FE, NM. 87502 |
| VIGIL, FRANCES | 409 CALLE DEL RIO #2 ESPANOLA, NM. 87532 |
| WATER CONSUMERS ASSOC., CANJILON MUTUAL DOMESTIC | GENERAL DELIVERY CANJILON, NM. 87515 |
| WEAVER, CHESTER O | 3301 BAHAMA N.E. ALBUQUERQUE, NM. 87111 |