IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

00 OCT -2 AM 8:31

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 JC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| RAMON ARAGON, *et al.*, | |
| Defendants. | |

## MOTION TO CORRECT DEFENDANTS' NAMES

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through its undersigned attorneys, and moves the Court to issues its order for correcting the names of the defendants named below in the above-styled and captioned cause to read as follows:

| | | |
|---|---|---|
| from Elaine Serrano | to Elaine M. Valdez | CHGA-02-0003 |
| from Leora Jacquez | to Leora Jacquez Lucero | CHGA-02-0035 |

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Defendants' Names was mailed to the following persons on October __2__, 2000.

_____
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501