IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 OCT -2 AM 8: 30

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

**69cv07941 JC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

## NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.    The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or undergound waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2.    The persons or entities listed in Exhibit A are in the Rio Gallina Section of the Rio Chama Basin, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or undergound waters within the Rio Gallina Section.

5940

DATED: September 29, 2000

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of New Mexico's Motion to Join Additional Parties Defendant were mailed to all persons on the Rio Gallina Service List on October _____2_____, 2000.

Edward G. Newville

2

# EXHIBIT A

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Arellano, Jacobo | CHGA-02-0040 | P.O. Box 7, Gallina NM 87017 |
| Chavez, Aurelia | CHGA-02-0044 | P.O. Box 115, Gallina NM 87017 |
| Chavez, Sam | CHGA-02-0044 | P.O. Box 115, Gallina NM 87017 |
| Cordova, Shirely | CHGA-02-0045 | P.O. Box 21, Gallina NM 87017 |
| Madrid, Alice | CHGA-02-0043 | P.O. Box 147, Gallina NM 87017 |
| Madrid, Orlando | CHGA-02-0043 | P.O. Box 147, Gallina NM 87017 |
| Jacquez, Marino | CHGA-02-0042 | P.O. Box 614, Cuba NM 87013 |
| Jacquez, Ramona Estate | CHGA-02-0031 | P.O. Box 48, Gallina NM 87017 |
| Lucero, Isabel | CHGA-02-0034 | 401 La Vega Rd. SW, Albuquerque NM 87103 |
| Maestas, Marshall C. | CHGA-01-0016 | P.O. Box 13, Coyote NM 87012 |