IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## ORDER CORRECTING DEFENDANTS' NAMES

This matter is before the Court upon State of New Mexico's October 2, 2000 motion to correct defendants' names (5939).  The Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be and hereby are corrected as follows:

| | | |
|---|---|---|
| from Elaine Serrano | to Elaine M. Valdez | CHGA-02-0003 |
| from Leora Jacquez | to Leora Jacquez Lucero | CHGA-02-0035 |

/electronic signature/
THE HONORABLE JOHN EDWARD CONWAY
SENIOR UNITED STATES DISTRICT JUDGE