IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 JC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3, Rio Nutrias, Rio |
| RAMON ARAGON, *et al.*, | Cebolla, Canjilon Creek |
| Defendants. | |

### ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties Defendant (5938) filed on October 2, 2000.

Being fully advised in the premises, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the persons or entities listed in Exhibits A-C of the State's October 2, 2000 Motion to Join Additional Parties Defendant (5938) are joined as parties to this action.

/electronic signature/
THE HONORABLE JOHN EDWARD CONWAY
SENIOR UNITED STATES DISTRICT JUDGE