IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 OCT -2 AM 8: 30

CLERK SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. CIV 7941-JC
RIO CHAMA STREAM SYSTEM

Section 5   Rio Gallina

## STATEMENT OF WATER RIGHTS CLAIM

I, _Rosalie F. Wilson_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _8.3_ acres of land, which is located _tract #_ _30015_.

This land has been historically irrigated with water diverted from the acequia _Placitas ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

_Rosalie F. Wilson_
Rosalie F. Wilson
P.O. Box 162
Kirtland, New Mexico
87417

5956