IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Willie Suazo, own land within the Rio Gallina stream system. I claim a water right appurtenant to ½ acres of land, which is located SW of Tract # 10006 B.

This land has been historically irrigated with water diverted from the acequia Valdez ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Willie Suazo
Willie Suazo
HC 78 Box 15
Gallina, NM 87017