IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

00 OCT -2 AM 8:30

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. )  No. CIV 7941-JC
)  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)  Section 5  Rio Gallina
    Defendants )

### STATEMENT OF WATER RIGHTS CLAIM

I, Rosalie F. Wilson, own land within the Rio Gallina stream system. I claim a water right appurtenant to 3.2 acres of land, which is located tract # 30020

This land has been historically irrigated with water diverted from the acequia Rincon ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Rosalie F. Wilson
Rosalie F. Wilson
P.O. Box 162
Kirtland, New Mexico
82417