IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5   Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Vivian Suazo, own land within the Rio Gallina stream system. I claim a water right appurtenant to 0.3 acres of land, which is located tract # 20009 Mistaken in ownership under Selustriano Gonzales Jr. This land has been historically irrigated with water diverted from the acequia Valdez ditch. Lost 0.3 acre The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

                                  Respectfully submitted,

                                  Vivian Suazo
                                  *Vivian Suazo*

                                  P.O Box M
                                  Gallina, NM 87017