IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

00 OCT -2 AM 8:30

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. )  No. CIV 7941-JC
)  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)  Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Max A. Martinez_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _0.34_ acres of land, which is located _the Gallina Vicinity Tract of land in sec 17 N of Tract # 030016_. This land has been historically irrigated with water diverted from the acequia _Gallina Creek / Placitas ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Mr. Max A. Martinez
P.O. Box 145
Co. Rd. 415 #18
Gallina, N.M.
87017

5960