IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5   Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Alice Jacquez, own land within the Rio Gallina stream system. I claim a water right appurtenant to 1 acres of land, which is located N of Tract # 030016

This land has been historically irrigated with water diverted from the acequia Placitas ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Alice Jacquez
P.O. Box 48
Gallina, NM 87017
638-5672