IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
                           )
    Plaintiffs, )
                           )
    v. ) No. CIV 7941-JC
                           ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
                           ) Section 5   Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Faye Davis, own land within the Rio Gallina stream system. I claim a water right appurtenant to 32.6 acres of land, which is located tract # 30001 C

This land has been historically irrigated with water diverted from the acequia Placitas ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Faye Davis
FAYE DAVIS
P.O. Box 170
GALLINA, NM 87017

5964