IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
                                )
      Plaintiffs, )
                                )
      v. )   No. CIV 7941-JC
                                )   RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
                                )   Section 5   Rio Gallina
      Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Willie Chavez_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _3.3_ acres of land, which is located _tract # 30002 South of NM State Hwy 96  3.2 + 0.1 acres_. This land has been historically irrigated with water diverted from the acequia _Cordova / Martinez ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

                                         Respectfully submitted,

                                         Willie Chavez
                                         _Willie Chavez_
                                         P.O. Box 8
                                         Gallina, NM 87017

5967