IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>RAMON ARAGON, et al., )<br>)<br>Defendants. )<br>) | 69cv07941- JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 - Rio Gallina |

### NOTICE OF STATUS CONFERENCE AND FIELD SESSION

Pursuant to the Procedural Order for the Adjudication of Water Rights Claims in the Rio Gallina Section of the Rio Chama Stream System, entered March 15, 2000 (Docket No. 5890), as amended, the Special Master will schedule a status conference and field session set for 10 a.m. to 1:00 p.m., Friday, November 17, 2000, at the Our Lady of Guadalupe Parish Hall in Gallina, N.M.

The purposes of this status conference and field session are: 1) to allow the Special Master to assess the progress of this adjudication and hear from water rights claimants; 2) to permit claimants an opportunity to work with the staff of the Office of the State Engineer on individual problems; and 3) to make necessary changes to the Procedural Order.

By November 15, the attorney for the State of New Mexico, ex rel. State Engineer shall circulate to the Special Master and the Section 5 Distribution List a status report on the progress of the adjudication and a proposed schedule for proceeding.

IT IS SO ORDERED.

                                                                           /electronic signature/
                                            SPECIAL MASTER VICKIE L. GABIN