IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 5, Rio Gallina

## NOTICE OF FILING OF REPORT BY STATE OF NEW MEXICO ON UNITED STATES FOREST SERVICE CLAIMS FOR STOCK AND WILDLIFE WATERING WITHIN SECTION 5 OF THE RIO CHAMA STREAM SYSTEM

COMES NOW Plaintiff State of New Mexico *ex rel.* State Engineer ("State"), by and through its undersigned attorney, and gives notice that the State's report on the United States Forest Service claims for stock and wildlife watering within Section 5 of the Rio Chama Stream System was filed with the Court on October __16__, 2000. Additional copies of the report are available for inspection by appointment during regular business hours at the Office of the State Engineer, Legal Services Division, in Santa Fe, New Mexico.

    Respectfully submitted,

    */s/ Ed Newville*
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of the State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 827-6150

5977

## CERTIFICATE OF SERVICE

I certify that copies of the Notice of Filing of Report by State of New Mexico on United States Forest Service Claims for Stock and Wildlife Watering Within Section 5 of the Rio Chama Stream System were mailed to the following persons on October 16, 2000.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave. S.W., Rm. 4001
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
P.O. Box 787
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.

P.O. Box 2421
Santa Fe, NM 87504

Lester K. Taylor, Esq.
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504

# REPORT OF THE EVALUATION OF UNITED STATES FOREST SERVICE WATER RIGHTS CLAIMS WITHIN THE RIO GALLINA SUB-BASIN OF THE RIO CHAMA RIVER BASIN

*October 6, 2000*

AN ADDENDUM TO THE RIO CHAMA STREAM SYSTEM, SECTION 5, RIO GALLINA, AMENDED HYDROGRAPHIC SURVEY

## OVERVIEW

The purpose of the survey is to evaluate the water rights claims of the United States Forest Service (hereinafter USFS) within the Rio Gallina sub-basin of the Rio Chama drainage basin. The Hydrographic Survey Bureau of the New Mexico Office of the State Engineer evaluated one hundred and twenty-seven (127) claims consisting of tanks, wells and springs on USFS land within the hydrographic survey boundary. The information provided by the USFS for each claim included the name of the claim, quarter/quarter section, township, range, claimed priority date, and quantity claimed (in acre-feet per year). Given this information the HSB was tasked to locate and inspect the tanks, wells, and springs and make the measurements necessary to calculate the tank capacity or spring/well discharge rate associated with each claim.

## PROCEDURE

The general procedure for performing the above tasks was as follows:

1. Maps were obtained from the Forest Service Ranger Districts at Cuba and Coyote, New Mexico.

2. Using USFS maps, USGS maps and the list of locations provided by the attorney for the USFS, the tanks were located and the routes to the quarter/quarter sections were planned. It was noted at this point that some of the claimed locations were located on private land.

3. A two-person crew then traveled to the location of each claim and surveyed that location using Global Positioning System (GPS) equipment. A minimum of 30 data points was collected at each claim to increase accuracy of ground position. If the claim was a tank, the perimeter of the tank was surveyed at the high water line and the depth of the tank at that line was measured or estimated.