IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 OCT 27 PM 2:02


CLERK ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

    Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

<u>RIO CHAMA ADJUDICATION</u>

## <u>NOTICE OF FILING OF TRANSCRIPT</u>

TO DISTRIBUTION:

All counsel of record and interested parties are hereby notified that the transcript of the Special Master's September 26, 2000 status conference re Section 5, Rio Gallina was filed with the Clerk of the District Court on October 27, 2000.

                                              WATER JUDICIAL CLERK

cc: Counsel of Record