IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, <br><br> Plaintiff, <br> v. <br><br> ROMAN ARAGON, *et al.*, <br><br> Defendants. | 00 NOV -1 PM 12: 59 <br><br> 69cv07941 JC <br><br> RIO CHAMA STREAM SYSTEM <br> Rio Gallina, Section 5 |

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW ___Faye Davis_____ (please print your full name)
FAYE DAVIS

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-03-0004 | ☒ *fd* | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
___CHGA-03-0004_____because
__I PERSONALLY OBSERVED THIS LAND IRRIGATED IN 1977 WHEN__
__I PURCHASED IT FROM JE + JUANITA SANCHEZ. DUE TO HEAVY__
__SNOWFALL IN THE WINTER OF '78-'79 WITH SUBSEQUENT SPRING__
__FLOODING, EXTENSIVE DAMAGE WAS DONE TO THE DITCH SYSTEM.__

5989

FROM THAT TIME ON, I HAVE MADE DILIGENT EFFORTS TO RESTORE THE SYSTEM, EVEN DURING SEVERE DROUGHT YEARS WHEN WE COULDN'T GET THE WATER THIS FAR. FOR MANY YEARS, I HAVE HIRED LABORERS AND PURCHASED PIPE IN HOPES OF REPAIRING & RESTORING THE SYSTEM. I HAVE ALSO SUBMITTED APPLICATIONS TO THE CUBA SOIL CONSERVATION FOR FINANCIAL ASSISTANCE.

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because

_____

(Attach additional pages if necessary)

Answer to Complaint              2                    FAYE DAVIS

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: _SEPTEMBER 15, 2000_    _Faye Davis_
(Signature - FAYE DAVIS)

_P.O. Box 170_
_GALLINA, NM 87017_
(Address: Print Clearly)

_638-5589_
(Phone Number: Print Clearly)

**IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.**