IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW Frank Jacquez _____ (please print your full name)
FRANK JACQUEZ

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-02-0023 | [2.9] | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) CHGA-02-0023 because of Omitted acreage. I do agree with the division with Jacobo Arellano. Subfile #02 0040.

5990

_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

Coming to field Office and Supplied additional information.
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____
_____because
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint                      2                      FRANK JACQUEZ

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 10-13-00

(Signature - FRANK JACQUEZ)

P.O. Box 78
Gallina, N.M. 87017
(Address: Print Clearly)

(505) 638-5640
(Phone Number: Print Clearly)

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.



| Legend | | STATE OF NEW MEXICO<br>Office of the State Engineer<br>Thomas C. Turney, State Engineer | Subfile Number<br>CHGA-020023<br>Cordova/Martinez Ditch<br>AMENDED Sept. 20, 2000 |
|---|---|---|---|
| — Irrigated Tract Boundary<br>   No Right Tract Boundary<br>▶ Operable Ditch<br>— — Inoperable Ditch<br>— Stock Ponds / Reservoirs | Scale<br>1 inch = 300 feet<br>100  0  100  200  300 Feet | Rio Chama Hydrographic Survey<br>RIO GALLINA SECTION |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Frank Jacquez, own land within the Rio Gallina stream system. I claim a water right appurtenant to 2.4 acres of land, which is located between adjudicated tract # 020023 and main ditch. This land has been historically irrigated with water diverted from the acequia Cordoval Martinez ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Frank Jacquez

*[signature: Frank Jacquez]*

P.O. Box 75

Gallina, N.M. 87017

PH (505) 638-5640