**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

---

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW ___COSME  L.  CHACON___ (please print your full name)
      COSME L CHACON

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-03-0008 — SIGNED CONSENT  C & C | ☐ | ☐ |
| CHGA-03-0018 | CLC | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
_____because

___SEE   ATTACHED   AFFIDAVIT_____

_____

5992

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by
COMING TO TWO FIELD OFFICES and BY
GOING ON A FIELD CHECK, I SHOWED THE
SEO STAFF WHERE WATER WAS PUT IN PIPE
TO WATER GARDEN ACROSS MY DRIVEWAY, THE
SEO STAFF TOLD ME I SHOULD DIG A DITCH &
BURY THE PIPE UNDER MY DRIVEWAY. I DIVERT
THE WATER FROM THE PLACITAS DITCH TO WATER
THIS GARDEN AREA & HAVE DONE THIS FOR
MANY YEARS BEFORE MY DRIVEWAY WAS BUILT

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____
_____ because
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint                    2                    COSME L CHACON

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: _10-13-00_

_Cosme L. Chacon_
(Signature - COSME L CHACON)

_Po. Box 43_

_GALINA, N.M._

_87017_
(Address: Print Clearly)

_(505) 638-5417_
(Phone Number: Print Clearly)

IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.

Affadavit of Cosme L. Chacon

State of New Mexico  )
                         ) ss
County of Rio Arriba  )

Being duly sworn I state that;

1.  My name is Cosme L. Chacon.
2.  I own tract which is subfile 030018 with my wife.
3.  On August 18, 2000, the Hydrographic Survey team conducted a field check and mapped an area of 0.2 acre to the north of my house.
4.  The new consent order gives me no right.
5.  I have historically irrigated this area, the ditch crossed my driveway so I could irrigate. After the driveway was built, I used a pipe across the driveway to water.


_Cosme L. Chacon_
Cosme L. Chacon


SUBSCRIBED AND SWORN TO BEFORE ME BY _Cosme L. Chacon_ ON THIS _13th_ DAY OF OCTOBER, 2000.

_Arthur Wiejo Kael_
Notary Public

My commission expires _June 7, 2003_