IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW  VIVIAN  SUAZO  (please print your full name)
VIVIAN SUAZO

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-01-0003 | V.S. | |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

'f you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
____SEE   ATTACHED   AFFIDAVIT_____because

_____
_____
_____

5995

_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

SEE ATTACHED AFFIDAVIT
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____
_____because
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint                    2                         VIVIAN SUAZO

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: _10-13-00_            _Vivian Suazo_
                                             (Signature - VIVIAN SUAZO)

_GALLINA, N.M  87017_
_P.O. Box 17_
(Address: Print Clearly)

_(505) 638-5547_
(Phone Number: Print Clearly)

> **IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.**

Answer to Complaint            3            VIVIAN SUAZO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>  Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>  Defendants. | 69cv07941 JC<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW _____ (please print your full name)

J V SUAZO JR   DECEASED — SEE ATTACHED AFFIDAVIT.

and answers the complaint as follows: J.S. 10-13-00

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-01-0003 | ☐ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

object to the description of the water right(s) described by Subfile Number(s) _____
_____ because
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by _____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____
_____ because
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint                              2                              J V SUAZO JR

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated:_____

_____
(Signature - J V SUAZO JR)

_____

_____
(Address: Print Clearly)

_____
(Phone Number: Print Clearly)

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.

## Affadavit of Vivian Suazo

State of New Mexico  )
                     ) ss
County of Rio Arriba )

Being duly sworn I state that;
  1. My name is Vivian Suazo.
  2. I own the land designated as Subfile CHGA-01-0003 in the Gallina section the the Rio Chama hydrographic survey in Gallina, New Mexico.
  3. Mr brother J.V. Suazo Jr. and I inherited this land from our father Victor Suazo.
  4. My brother J.V. Suazo Jr. passed away in May of 1999 and currently I am the sole owner of this tract of land.
  5. I disagree with the new consent order sent to me on this land because it does not adjudicate water rights to an area designated as seeped.
  6. The only source of water to this area is from irrigation.
  7. In the past I have cut and harvested grass from this area.
  8. This area is and has been used for pasture year around.
  9. When irrigation water is not available this area dries up.
  10. I also disagree with the new consent order because it left out an area east of tract 01-0003A (2.2 ac.) (See attached map)
  11. On August 17, 2000, in a field check with State Engineer staff and Acequia representatives, I showed the ditches and how I have always irrigated.
  12. I agree with the part of the new consent order that includes additional water rights around a pond and below the ditch.

_____
Vivian Suazo

SUBSCRIBED AND SWORN TO BEFORE ME BY _Vivian Suazo_ ON THIS _13th_ DAY OF OCTOBER, 2000.

_____
Notary Public

My commission expires _June 7, 2003_

Map labels:
- 010003 A 11.9 ac.
- 010003 A 2.2 ac.
- 010003 A 13.7 ac.
- 010003 A 29.5 ac.
- Out
- Cecilia Ditch

**Legend**
- Irrigated Tract Boundary
- No Right Tract Boundary
- Operable Ditch
- Inoperable Ditch
- Stock Ponds / Reservoir
- Point of Diversion
- Seeped

Scale: 1 inch = 600 feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-010003
Cecilia Ditch
AMENDED Sep. 14, 2000