IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 OCT 31 PM 1:39


CLERK ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, <br><br> Plaintiff, <br><br> v. <br><br> RAMON ARAGON, et al., <br><br> Defendants | 69cv07941 - JC - ACE <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 5 - Rio Gallina <br><br> Subfile Nos: CHGA-01-0004 <br> CHGA-01-0005 <br> CHGA-01-0010 <br> CHGA-01-0012 <br> CHGA-02-0001 <br> CHGA-02-0005 <br> CHGA-02-0008 <br> CHGA-02-0034 <br> CHGA-03-0010 <br> CHGA-03-0026 |

### CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above and which concerning the Defendant(s) right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the _31st_ day of _October_, 2000:

Subfile No. CHGA-01-0004
Consent Order No. 5978:
Manuelita Cordova
P.O. Box 73
Gallina, NM 87017

Subfile No. CHGA-01-0005
Consent Order No. 5979:
Joe O. Cordova
P.O. Box 21
Gallina, NM 87017


5996

Subfile No. CHGA-01-0010
Consent Order No. 5980:
Elvira Chavez
Leonardo Chavez
3503 Sierra Vista
Farmington, NM 87402

Subfile No. CHGA-01-0012
Consent Order No. 5987:
Arturo R. Montoya
Sarita V. Montoya
1005 Bellas Lane
Española, NM 87532

Subfile No. CHGA-02-0001
Consent Order No. 5981:
Edith Martinez
Roberto Martinez
Box 70
Gallina, NM 87017

Subfile No. CHGA-02-0005
Consent Order No. 5982:
Florence Shipley
P.O. Box 94
Lindrith, NM 87029

Subfile No. CHGA-02-0008
Consent Order No. 5983:
Luz Gonzales
Box 138
Gallina, NM 87017

Subfile No. CHGA-02-0034
Consent Order No. 5984:
Isabel Lucero
401 La Vega Rd., SW
Albuquerque, NM 87105

Subfile No. CHGA-03-0010
Consent Order No. 5985
Fulgencio Jacquez
Juanita A. Jacquez
P.O. Box 244
Gallina, NM 87017

Subfile No. CHGA-03-0026
Consent Order No. 5986:
Virginia Lewellen
309 N. 3rd, #46
Bloomfield, NM 87413


True, file-stamped copies of the Consent Orders for all the subfiles listed above were mailed on the _31st_ day of _October_, 2000 to the following:

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

Edward G. Newville
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

_____
                    Special Master