IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

| | |
|---|---|
| Borrego, Fabiola | CHGA-03-0005 |
| Maestas, Ricardo | CHGA-01-0002 |
| Serrano, Alberto | CHGA-02-0034 |
| Suazo, J.V. Jr. | CHGA-01-0003 |

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Dismissal was mailed to the following persons on November 6, 2000.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Upton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501