IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
 )
    Plaintiffs, )
 )
v. ) No. CIV 7941-JC
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
 ) Section 5   Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Robert Fidel Arellano, own land within the Rio Gallina stream system. I claim a water right appurtenant to ½ acres of land, which is located SE Corner of 20007 (A.3.2). This land has been historically irrigated with water diverted from the acequia Valdez ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Robert Fidel Arellano
1100 Kansas
Green River Wyo
82935
307-875-5303

5998