IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. )   No. CIV 7941-JC
)   RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)   Section 5   Rio Gallina
    Defendants )

ANSWER TO CONSENT ORDER AND
**STATEMENT OF WATER RIGHTS CLAIM**

I, Jose Dolores & Stela Gonzales, own land within the Rio Gallina stream system. I

claim a water right appurtenant to ⅓ acres of land, which is located ~~bet~~ omitted

between tract # 020011(A1.6) + 020011(A1.0)

This land has been historically irrigated with water diverted from the acequia Valdez

ditch . The lands for which I claim water rights were

omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

18 Rd 5295

Farmington, NMex
87401

632-9137

5999