IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. )  No. CIV 7941-JC
)  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)  Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Mary Ann Jacquez_ own land within the Rio Gallina stream system. I claim a water right appurtenant to _2 1/2_ acres of land, which is located _part of tract #030012_

This land has been historically irrigated with water diverted from the acequia _Placitas ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

_Mary Ann Jacquez_
MARY ANN JACQUEZ
P.O. BOX 995
ESPANOLA NM

753-8830

6000