IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
   Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5   Rio Gallina
   Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Eddie Garcia_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _2 1/2_ acres of land, which is located _Part of tract 30012_

This land has been historically irrigated with water diverted from the acequia _Placitas ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

_Eddie Garcia_
Eddie Garcia
Box 51109
Esp. NM 87532
153-8830

6001