IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5   Rio Gallina
    Defendants )

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
00 NOV -8 PM 3:39
CLERK-SANTA FE

## STATEMENT OF WATER RIGHTS CLAIM

I, Manuel & Maria C. Arellano own land within the Rio Gallina stream system. I claim a water right appurtenant to 2 acres of land, which is located NE of tract # 020008. This land has been historically irrigated with water diverted from the acequia Gonzales/Gurule ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Manuel S Arellano
Maria C Arellano
P.O. Box 60
Gallina, NM 87013
638-5380

6002