IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
Plaintiffs, )
)
v. )  No. CIV 7941-JC
)  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)  Section 5   Rio Gallina
Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Frank Jacquez, own land within the Rio Gallina stream system. I claim a water right appurtenant to 2.4 acres of land, which is located between adjudicated tract # 020023 and main ditch. This land has been historically irrigated with water diverted from the acequia Cordoval Martinez ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Frank Jacquez

P.O. Box 75

Gallina, N.M. 87017

PH (505) 638-5640

6003