IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
                                          )
       Plaintiffs, )
                                          )
    v. ) No. CIV 7941-JC
                                          ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
                                          ) Section 5  Rio Gallina
      Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Rosalie F. Wilson, own land within the Rio Gallina stream system. I claim a water right appurtenant to 1/4 acres of land, which is located N W of tract # 30009 A.

This land has been historically irrigated with water diverted from the acequia Placitas ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Rosalie F. Wilson
Rosalie F. WILSON
P.O. Box 162
Kirtland, New Mexico
87417

505-598-5261

6004