IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. )  No. CIV 7941-JC
)  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)  Section 5   Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, **Manuel Arellano**, own land within the Rio Gallina stream system. I claim a water right appurtenant to **1/8** acres of land, which is located **N/A tract # 20007**. This land has been historically irrigated with water diverted from the acequia **Valdez ditch**. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Manuel Arellano
Box 60 Gallina NM
87017
505 638-5380

6005