IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Ramoncita Maestas, own land within the Rio Gallina stream system. I claim a water right appurtenant to  1  acres of land, which is located SW Corner of Tract # 20018 B 1.2 acre.

This land has been historically irrigated with water diverted from the acequia Cordova / Martinez Ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Ramoncita Maestas
c/o: Elvira Chavez
3503 Sierra Vista
Farmington, NM 87401

6006

Affadavit of Ramoncita Maestas

State of New Mexico )
                        ) ss
County of Rio Arriba )

Being duly sworn I state that;

1. My name is Ramoncita Maestas.
2. I do own the part of Subfile CHGA 020018, parts A 6.9 acres and A 0.4 acres, which was given water rights.
3. I do not own the part of Subfile CHGA 020018, part B 1.2 acres, labelled "No Right".


_Ramoncita Maestas_
Ramoncita Maestas


SUBSCRIBED AND SWORN TO BEFORE ME BY _Ramoncita Maestas_ ON THIS _27th_ DAY OF OCTOBER, 2000.

_Arthur Wayne Karl_
Notary Public

My commission expires _June 7, 2003_

SF-2 SHORT WARRANTY DEED (Joint Tenants)—Rev. 7-75—New Mexico Statutory Form

# WARRANTY DEED (Joint Tenants)

Ramoncita E. Maestas  Widow  of Jose D. Maestas (Deceased), for consideration paid, grant

to Ramoncita E. Maestas

whose address is 4205 Hudson Street   Farmington, NM   87402

and

whose address is

as joint tenants the following described real estate in Rio Arriba County, New Mexico:

Un trecho de terreno del reclamo de Cordova pequenas tenencias No 5014
patentisado por Antonio J. Cordova el dia cinco de Julio A.D. 1911 por
el Govierno de los Estados Unidos de America en sec 14 Township No 23
a saber terreno vendido en este documento un trecho de (18 acres y medio de)
tierra con una hora de derechos de agua la linia correspon el norte con
herederos de Ramon Medina, por el poniente y sur con tierra del Govierno
por el oriente con tierra de Gavino y Begnina Cordova y Padilla.

**DOCUMENTO GARANTIZADO** Impreso y de venta por la Compañía Impresora del Nuevo Mexicano, Santa Fe, N. M.

ESTA ESCRITURA, Hecha y convenida hoy día 11 de Julio A. D. mil novecientos y Treinta y Seis por y entre Selestina Cordova Medina de Gallina Nuevo Mejico del condado de Rio arriva Estado de Nuevo Mexico, parte de la primera parte, y Dolores Maestas de Gallina Nuevo Mejico del condado de Rio arriva Estado de Nuevo México, parte de la segunda parte:

DA FE, Que la dicha parte de la primera parte, por y en consideración de suma de $81 pesos dinero legal de los Estados Unidos, a ella en mano pagado por la dicha parte de la segunda parte, el recibo de la cual es por esta acusado, la dicha parte de la primera parte ha concedido, contratado vendido, traspasado, y confirmado, y por estas presentes concede, contrata, vende, traspasa o confirma a la dicha parte de la segunda parte y a sus herederos, asignados o sucesores, para siempre, todo solar o trecho de terreno o propiedad raíz, descrito a continuacion, situado en, dentro y estando en el Condado de Rio arriva y Estado de Nuevo México, a saber: Un trecho de Terreno del Reclamo de pequeñas Tencias no 5014 patentizado por Antonio J Cordova el día sinco de Julio A.D. 1911 por el gobierno de los estados unidos de america en sec 14 Township no 23, a saber terreno Bendido en este documento un trecho de 19 acres y medio de tierra con una hora de derecho de agua la única carre por el norte con Herederos de Ramon Medina por el oriente y sur con tierra del gobierno por el oriente con tierra del gobierno y Begnina Cordova y Padilla.

ESTADO DE NUEVO MEXICO
Condado de Rio Arriba } ss.

Este día 13 de Julio 1936 compareció personalmente ante mi Celestina C. Medina conocida por mi ser la persona designada en, y ejecuto el antecedente documento y reconoci que habia ejecutado el mismo como su acto libre y voluntario.

En fé de lo cual he puesto aquí mi nombre y estampado mi sello oficial el día y año arriba escritos en este certificado.

Samuel Martinez
Juez de Paz.