## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

v.

ROMAN ARAGON, *et al.,*

     Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

---

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW *Cosme S. Chacon* _____ (please print your full name)
COSME S CHACON

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-02-0004 | CSC | |
| CHGA-03-0024 | CSC | |

1.  In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number  please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) *CHGA*
*02 - 0004 - wrong ownership* ~~because~~
*belongs jointly by four brothers*
*See attached deeds*

*CHGA 03-0024 is owned by myself and*
*Ubaldo and Atilana Jacquez*
*See attached deeds.*

6008

_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

Providing deeds. also attached Death
Certificate for my deceased father Sergio
Chacon

_____
_____
_____
_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____
_____ because
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint                    2                    COSME S CHACON

2.  I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: _10-27-00_                    _Cosme S. Chacon_
                                     (Signature - COSME S CHACON)

                                     _P.O. Box 4_
                                     _Gallina, N.M. 87017_

                                     (Address: Print Clearly)

                                     _505-639-5325_
                                     (Phone Number: Print Clearly)

> **IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.**

Answer to Complaint                   3                   COSME S CHACON



STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Stream System
Hydrographic Survey
RIO GALLINA SECTION

**Legend**

▬ Irrigated Tract Boundary
   No Right Tract Boundary
▸— Operable Ditch
▸- - Inoperable Ditch
● Headgate

Scale
1 Inch = 300 Feet

100   0   100   200   300 Feet

Grid North

Subfile Number
CHGA-030024
Rincon Ditch

Rincon Ditch

030024
A 10 0

030024
A 2 0

SF - 1 SHORT FORM WARRANTY DEED—Rev. 3-75—New Mexico Statutory Form                     THE VALLIANT CO. ☆ ALBUQUERQUE, N. M.

# WARRANTY DEED

Sergio Chacon _____, for consideration paid, grant___

to _____ Cosme S. Chacon _____

whose address is _____ Gallina, New Mexico _____

the following described real estate in ____ Rio Arriba _____ County, New Mexico:

       Prop CD# 1-038-136-369-458
       Section-17, Township-23N, Range-01E
       16.47 AC.
       Tract of Land in Sec. 17

with warranty covenants.

WITNESS_____hand_____and seal_____this_____day of_____, 19_____

_____(Seal)  _____(Seal)

_Sergio Chacon_____(Seal)  _____(Seal)
Sergio Chacon

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO

COUNTY OF Rio Arriba } ss.

The foregoing instrument was acknowledged before me this____15th____day of____June_____, 19_93__
by __Sergio Chacon_____
_____(Name or Names of Person or Persons Acknowledging)

My commission expires:
(Seal)  JAN 2000      __Belisario Morales_____
                                   Notary Public
148192

## ACKNOWLEDGMENT FOR CORPORATION

| FOR RECORDER'S USE ONLY |
| --- |

STATE OF NEW MEXICO

**FILED IN THE COUNTY**
**CLERK'S OFFICE**
AT 11:20 O'CLOCK A M
Book 198 Page 68

JUN 17 1998

County Clerk RA County
New Mexico
_____ Deputy

COUNTY OF _____ } ss.

_____going instrument was acknowledged before me this_____
_____, 19_____
            (Name of Officer)
_____of_____
            (Name of Corporation Acknowledging)
_____incorporation) _____corporation, on behalf of said corporation.
_____mission expires:

                     Notary Public      68

© COPYRIGHT WARNING: Reproduction of this form prior to legal use is a violation of the Federal Copyright Law.

# STATE OF NEW MEXICO

CERTIFICATE OF DEATH — ☐ Certified by Medical Investigator
Certified by Physician ☒

(NOTE. If death is due to accident, homicide, trauma, or unknown causes, refer case to Medical Investigator)

County of Death: **Rio Arriba**   City, Town, Location: **Gallina**

## DECEASED

DECEDENT - NAME   First **Sergio**   Middle **E.**   Last **Chacon**   SEX **M**   DATE OF DEATH (mo, day, yr) **01-11-2000**

1. DATE OF BIRTH (mo, day, yr) **08-30-09**   5a. AGE - last birthday **90**   UNDER 1 YEAR MOS. DAYS   UNDER 1 DAY HOURS MINS.   6a. RACE - Specify White, Black, Native American, etc. **White**   6b. IF NATIVE AMERICAN, Specify Tribal Affiliation (e.g. Zia, Jicarilla, Navajo, etc.)

DECEDENT HISPANIC?   6c. ☐ NO   ☐ Yes Specify:   Spanish   Mexican   Cuban   Puerto Rican   Other ☐ Specify   7. EDUCATION OF DECEDENT - Indicate highest grade completed   0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 + U

PLACE OF DEATH - Name of hospital or other facility (if neither, give street and number or location)
8a. **County Rd. 415 House # 105**

HOSPITAL 8b. ☐ Inpatient ☐ ER/Outpatient ☐ DOA   OTHER ☐ Nursing Home ☒ Residence ☐ Other (Specify)

9. STATE OR COUNTRY OF BIRTH **N.M.**   10. CITIZEN OF WHAT COUNTRY **USA**   11. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED - Specify **Married**   12. SURVIVING SPOUSE (If wife, give birth name) **Adelina Sanchez**   13. WAS DECEDENT EVER U.S. ARMED FORCES? ☐ YES ☐ NO

14. SOCIAL SECURITY NUMBER **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**   15a. USUAL OCCUPATION (Kind of work done during most of working life, even if retired) **Herdsman**   15b. KIND OF BUSINESS OR INDUSTRY **Cattle**

16a. RESIDENCE - State **N.M.**   16b. County **Rio Arriba**   16c. City, Town or Location **Gallina**   INSIDE CITY LIMITS? ☐ YES ☒ NO

16d. STREET AND NUMBER OR LOCATION **County Rd. 415 House # 105**   16f. ZIP CODE **87017**

## PARENTS

17. FATHER - NAME First **Cosme**   Middle   Last **Chacon**   18. MOTHER - BIRTH NAME First **Marianita**   Middle   Last **Sanchez**

## DISPOSITION

19a. INFORMANT - NAME (Type or print) **Jose L Chacon**   19b. MAILING ADDRESS Street/RFD No. **P.O. Box 95**   City/Town **Gallina**   State **N.M.**   Zip **87017**

20a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Entombment ☐ Other (Specify)   CEMETERY/CREMATORY - Name **Gallina Catholic**

20c. LOCATION City/Town **Gallina**   State **N.M.**   21a. FUNERAL SERVICE LICENSEE or PERSON ACTING AS SUCH - Signature **Elam Rivera Jr.**   21b. LICENSE NUMBER **401**

21c. FACILITY - NAME **Luian's Espanola**   FACILITY - ADDRESS Street/RFD No. **908 N. Riverside**   City/Town **Espanola**   State **N.M.**

## CERTIFICATION

22a. CERTIFIER'S SIGNATURE - On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated.   ☐ Office of Medical Investigator ☐ Tribal/Military Authority ☒ Certified Physician   22c. DATE SIGNED (mo, day, yr) **02.08.2000**   22d. HOUR OF DEATH **5:00 AM**

22b. TYPE/PRINT NAME **G. Gerner M.D.**   22e. PRONOUNCED DEAD (mo, day, yr) **01-11-2000**   22f. PRONOUNCED DEAD (hour) **8:30 AM**

22h. ADDRESS   22g. MANNER OF DEATH ☒ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ UNDETERMINED

23. DATE FILED AT NMVRHS (mo, day, yr) **February 23, 2000**   STATE REGISTRAR'S SIGNATURE **Karen Martinez**

## CAUSE OF DEATH

24a. WAS AN AUTOPSY PERFORMED? ☐ YES ☒ NO   24b. If yes, were findings considered in determining cause of death? ☐ YES ☐ NO   24c. LOCATION WHERE AUTOPSY WAS PERFORMED (CITY, STATE) **N/A**

25a. WAS RECENT SURGICAL PROCEDURE PERFORMED? ☐ YES ☒ NO   25b. IF YES, SPECIFY TYPE OF PROCEDURE **N/A**   25c. DATE OF PROCEDURE **N/A**   26a. WAS DECEDENT PREGNANT WITHIN LAST 6 WEEKS? ☐ YES ☐ NO   26b. If yes, estimated length of pregnancy

27a. DESCRIBE HOW INJURY OCCURRED (COMPLETE FOR ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED)   27b. HOUR OF INJURY   27c. DATE OF INJURY - (mo, day, yr)

27d. INJURY AT WORK ☐ YES ☐ NO   27e. PLACE OF INJURY - Specify home, farm, street, etc.   27f. LOCATION Street/RFD No.   City/Town   State

28. PART I. Enter the diseases, injuries or complications which caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause per each line.   Approximate interval between onset and death

IMMEDIATE CAUSE (Final disease or condition resulting in death). →
a. **CVA**   **1996, 99**

DUE TO (OR AS A CONSEQUENCE OF):
b. **Alzheimers**   **1996**

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury which initiated events resulting in death) LAST

DUE TO (OR AS A CONSEQUENCE OF):
c. **Chronic renal failure**   **1997**

DUE TO (OR AS A CONSEQUENCE OF):
d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
**Liver mass, Hypertension, hypothyroidism**

SHADED AREAS FOR MEDICAL INVESTIGATOR - LEGAL OFFICER USE ONLY

CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of the document officially registered and filed with the New Mexico Vital Records and Health Statistics, Public Health Division, Department of Health.

State Registrar **Adeline Sanchez**

DATE ISSUED **Feb 23 2000**

1118559

NMVRHS 904 REV. 3/98

WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ALTERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.

THE EXHIBITS ATTACHED TO THIS

PLEADING ARE TOO VOLUMINOUS TO

SCAN.  SAID EXHIBITS ARE ATTACHED

TO THE ORIGINAL PLEADING IN THE

CASE FILE WHICH IS LOCATED IN THE

RECORDS DEPARTMENT,  U.S.

DISTRICT COURT CLERK'S OFFICE.