IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW __Alvin N Jacquez__ (please print your full name)
ALVIN N. JACQUEZ

and answers the complaint as follows:

| Subfile No. | Object | Claim No Right |
|---|---|---|
| CHGA-03-0013 | [AJ] | [ ] |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) __0300l3__ because __I own the piece shown containing 1.9 acres. Herman Jacquez owns piece containing 1.7 acres. Also there is a piece of irrigated land that was omitted, North of piece containing 1.9 acres.__

6011

_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by _producing The deed which shows The True ownership_

_See attached deed_ _____
_____
_____
_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ _____ because
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint      2      ALVIN N. JACQUEZ

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 10-26-00

Alvin N Jacquez
(Signature - ALVIN N. JACQUEZ)

PO Box 27
Gallina NM 87017

(Address: Print Clearly)

658-9509
(Phone Number: Print Clearly)

**IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Alvin Jacquez_, own land within the Rio Gallina stream system. I claim a water right appurtenant to ____ acres of land, which is located _NORTH EAST OF TRACK NO. 30013_.

This land has been historically irrigated with water diverted from the acequia _Placitas Ditch_ _____. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Alvin Jacquez   *Alvin Jacquez*
PO Box 27
C.R. 415 Gallina NM
    87017

638-9509

# WARRANTY DEED

HERMAN L. JACQUEZ and PAULINE L. JACQUEZ, husband and wife, for consideration paid, grant

to ALVIN N. JACQUEZ, a single person,

whose address is P. O. BOX 27, GALLINA, NEW MEXICO 87017

the following described real estate in RIO ARRIBA County, New Mexico:

A tract or parcel of land, lying and being situate in the vicinity of Gallina, Section 17, Township 23 North, Range 01, East, N.M.P.M., being more particularly described as follows, to-wit:

The Southerly 5.375 acres, more or less of the land conveyed in Warranty Deed between Ricardo Jadquez, a/k/a Ricardo Jacquez and Carmelita C. Jacquez, his wife to Herman L. Jacquez on April 29, 1981, filed for record in Book 141, Page 4, records of Rio Arriba County, New Mexico, said land being more particularly bounded as follows: On the North by the 5.375 acre tract of the grantor, Herman Jacquez and Pauline L. Jacquez, his wife; on the South side by lands of Dorothy Jacquez, Mary Ann Jacquez and Leonard Jacquez; on the East by lands of Mary Ann Jacquez and Leonard Jacquez; on the West by the access road and lands of Alfred Wilson.

Being the Southerly 5.375 acres of the land described in Book 141, Page 4, records of Rio Arriba County, New Mexico.

with warranty covenants.
WITNESS m hand and seal this 1st day of March, 19 90.

(Seal) Herman L Jacquez (Seal)

(Seal) Pauline L. Jacquez (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA } ss.

The foregoing instrument was acknowledged before me this 1st day of March, 19 90,
by HERMAN L. JACQUEZ and PAULINE L. JACQUEZ, husband and wife.

My commission expires: 1-25-95
OFFICIAL SEAL
Notary Public

15372

FOR RECORDER'S USE ONLY
FILED IN RIO ARRIBA COUNTY
CLERK'S OFFICE
AT 3:57 O'CLOCK P M
Book 164 Page 117
MAR 8 1990
DAVID S. CHAVEZ
County Clerk Rio Arriba County
New Mexico
By _____ Deputy

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO
COUNTY OF } ss.

The foregoing instrument was acknowledged before me this ____ day of ____, 19 ___,
by ____ (Name of Officer) ____ of ____ (Name of Corporation Acknowledging) ____, a ____ (State of Incorporation) ____ corporation, on behalf of said corporation.

My commission expires:
(Seal) ____ Notary Public

