IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW __MARSHALL C. MAESTAS for__ (please print your full name)
ALBINITA MAESTAS

and answers the complaint as follows:

| Subfile No. | Object | Claim No Right |
|---|---|---|
| CHGA-01-0016 | ☐ | M.M |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
_____ because
_____ See attached letter. _____
_____
_____

6012

Affadavit of Marshall C. Maestas

State of New Mexico )
                    ) ss
County of Rio Arriba )

Being duly sworn I state that;

1. My name is Marshall C. Maestas.
2. My grandmother is Albinita Maestas from Gallina, NM..
3. Albinita Maestas currently resides in a nursing home in Espanola and is mentally incompetent.
4. I am familiar with Albinita Maestas' legal affairs.
5. I know that Albinita Maestas has no interest in the land which the New Mexico Office of the State Engineer identifies as CHGA - 010016.
6. Manuel Garcia owns that property.

*Marshall C. Maestas*
Marshall C. Maestas

SUBSCRIBED AND SWORN TO BEFORE ME BY *Marshall C. Maesta* ON THIS 27th DAY OF OCTOBER, 2000.

*Arthur Wiefue Kail*
Notary Public

My commission expires *June 7, 2003*