IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
　　　　　　　　　　　　　　　　　)
　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　)
　　v. ) No. CIV 7941-JC
　　　　　　　　　　　　　　　　　) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
　　　　　　　　　　　　　　　　　) Section 5  Rio Gallina
　　　Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, __Eli Maestas__, own land within the Rio Gallina stream system. I claim a water right appurtenant to __4__ acres of land, which is located __North of tract # 20017 (outlined in blue)__. This land has been historically irrigated with water diverted from the acequia __Cordova / Martinez ditch__. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Eli Maestas

*Eli Maestas*

P.O Box 2025
Kirtland NM 87417
(505) 598-9578

6025



Aerial map with labels: "Seeped", "020020 A 7.9 ac.", "Out", "020020 A 0.8 ac.", "Cordova/Martinez Ditch".

Legend:
- Irrigated Tract Boundary
- No Right Tract Boundary
- Operable Ditch
- Inoperable Ditch
- Stock Pond / Reservoir
- Point of Diversion

Scale: 1 inch = 300 feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-020020
Cordova/Martinez Ditch
AMENDED Sept. 25, 2000