IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
                                  )
    Plaintiffs,             )
                                  )
    v.                            )  No. CIV 7941-JC
                                  )  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al.        )
                                  )  Section 5  Rio Gallina
    Defendants            )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Tommy F Chacon_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _3_ acres of land, which is located _N of tract # 030018 (A 1.5) off County Rd 415 House # 52_. This land has been historically irrigated with water diverted from the acequia _Piacitas Ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

_Tommy F Chacon_
Tommy F Chacon
P.O. Box 106
Gallina, New Mexico 87017

(505) 638-5473

6026