IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Frances & Leo Chavez_, own land within the Rio Gallina stream system. I claim a water right appurtenant to ____ acres of land, which is located _approximately 1 mile_ _T 24N R1E Section 32_ _N of Tract 04/001_.

This land has been historically irrigated with water diverted from the acequia _De Abajo_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Frances Chavez
Leo Chavez
P.O. Bx 711
Cuba, NM 87013

289-3783

6027