IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Onofre and Tomas Sanchez_ own land within the Rio Gallina stream system. I claim a water right appurtenant to _32_ acres of land, which is located _approximately 1 mile N of tract #40001 T24N R1E Section 32_. This land has been historically irrigated with water diverted from the acequia _De Abajo._ The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

_[signatures]_

PO Box 44 or 42
Gallina NM
87017
(505) 638-0107 or
(505) 638-5444

6028