IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
　)
　　Plaintiffs, )
　)
　v. )　No. CIV 7941-JC
　)　RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
　)　Section 5  Rio Gallina
　　Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Abran Cordova, own land within the Rio Gallina stream system. I claim a water right appurtenant to 10 acres of land, which is located North Of tracts #'s 30003, - 30005.

This land has been historically irrigated with water diverted from the acequia De Abajo. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,
Abran Cordova
P.O. Box 91
Gallina, NM 87017
638-5384

6029