IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Robert Fidel Arellano, own land within the Rio Gallina stream system. I claim a water right appurtenant to ½ acres of land, which is located SE Corner of 20007 (A.3.2).

This land has been historically irrigated with water diverted from the acequia Valdez ditch. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Robert Fidel Arellano
1100 Kansas
Green River W/O 82935
307-875-5303

6030

## WARRANTY DEED

Elisaida A. Padilla, surviving wife of Emilio Padilla, deceased
_____, for consideration paid, grant___
to Fidel Arellano and Angelita Arellano, husband and wife

whose address is Gallina, New Mexico

the following described real estate in Capulin, Rio Arriba _____ County, New Mexico:

One acre of land within Section 14, Township 23 North, Range 1 East, N.M.P.M.

Bounded as follows: On the North and West side by land of the Grantor herein, Bounded on the East by land of Vivian Suazo, and bounded on the South by a drive-way and/or land of Vivian Suazo; together with water rights pertaining to the same acre tract.
Being one acre out of the 2½ acre tract described as follows:
in Book 63 page 269:

Bounded on the North lands of Pedro N. Valdez; y Maria C. Arellano; On the West by land of Elisaida A. Padilla on the South by land of J. V. Suazo, and on the East and North by land of Gregorita C. Arellano.

with warranty covenants.
WITNESS my hand and seal this 21st day of March, 1977

_____(Seal) Elisaida A. Padilla (Seal)

_____(Seal) _____(Seal)

### ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO } ss.
COUNTY OF Rio Arriba }

The foregoing instrument was acknowledged before me this 21st day of March, 19 77,
by Elisaida A. Padilla, surviving wife of Emilio Padilla,
(Name or Names of Person or Persons Acknowledging)
My commission expires: March 25, 1978.
(Seal)
_____ Vargas
Notary Public

12742

ACKNOWLEDGMENT FOR CORPORATION

# WARRANTY DEED

Elisaida Padilla, widow of Emilio Padilla, deceased
of Gallina, New Mexico _____, for consideration paid, grant__
to Fidel Arellano and Angelita M. Arellano, husband and wife

whose address is General Delivery, Gallina, New Mexico 87017

the following described real estate in Capulin, Rio Arriba _ _ _ _ _ _ _ County, New Mexico:

A tract of land consisting of one (1) acres, more or less:

Bounded on the North and West side by property of Elisaida Padilla;

Bounded on the South by land of Vivian Suazo; and bounded on the East by

land now of Fidel Arellano.

Being a portion of the land formerly of Rosenaldo Valdez and later being the

land of Teodosio Arellano.

With water rights and ditch rights pertaining to the said tract of land

with warranty covenants.

WITNESS my hand and seal this 10th day June, 19 81

_____(Seal) Elisaida Padilla (Seal)

_____(Seal) _____(Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO  } ss.
COUNTY OF Rio Arriba  }

The foregoing instrument was acknowledged before me this 10th day of June, 19 81,
by Elisaida Padilla, widow of Emilio Padilla, deceased
(Name or Names of Person or Persons Acknowledging)

My commission expires: March 25, 1982.
                                                            Notary Public

5652
FOR RECORDER'S USE ONLY

ACKNOWLEDGMENT FOR CORPORATION
STATE OF NEW MEXICO