IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5   Rio Gallina
    Defendants )

00 NOV 20 PM 3: 20

## STATEMENT OF WATER RIGHTS CLAIM

I, Mary V. Vigil, Julian Vigil, Robert Vigil, own land within the Rio Gallina stream system. I claim a water right appurtenant to +40 acres of land, which is located T 24 N R 1 E Section 32 — approximately 1-mile North of tract 04001

This land has been historically irrigated with water diverted from the acequia De Abajo. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Robert Vigil
Juliean Vigil
Mary E Vigil

c/o
Robert Vigil
Po Box 108
Gallina NM 87017

6031