IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, Olivia Vigil / Helen Vigil / Linda Vigil, own land within the Rio Gallina stream system. I claim a water right appurtenant to ±7 acres of land, which is located New; around tract 0400I. This land has been historically irrigated with water diverted from the acequia De Los Vigils; Acequia de La Placita. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted;

Linda Vigil

Helen Vigil

Olivia Vigil

6032