IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

00 NOV 20 PM 3: 21

CLERK-SANTA FE

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. )  No. CIV 7941-JC
)  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)  Section 5   Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, ~~Julian Vigil~~ Mary V. Vigil, Robert Vigil, own land within the Rio Gallina stream system. I claim a water right appurtenant to ±10 acres of land, which is located East of tract 04001, NE of confluence of Rio Gallina - Rio Capulin. This land has been historically irrigated with water diverted from the acequia Llarshas-Sanchez. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Robert Vigil
Julian Vigil
Mary E. Vigil

C/O
Robert Vigil
PO Box 108
Gallina NM 87017

6033