IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW _Isaida Gallegos_ (please print your full name)
~~ESAIDA~~ GALLEGOS
_Isaida_

and answers the complaint as follows:

| Subfile No. | Object | Claim No Right |
|---|---|---|
| CHGA-02-0012 | ☐ | ☒ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
_____because
_____
_____
_____
_____

6042

_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) CHGA 02-0012 because I have deeded this tract to my grandson Alfonso Cordova Jr.

See attached deed.

(Attach additional pages if necessary)

Answer to Complaint     2     ESAIDA GALLEGOS

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 11-13-00

(Signature - ~~ESAIDA~~ Isaida GALLEGOS)

PO Box 35
Gallina, NM 87017

(Address: Print Clearly)

638 — 5435

(Phone Number: Print Clearly)

**IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.**

# WARRANTY DEED

ISAIDA GALLEGOS AND EUFELIA CORDOVA

_____, for consideration paid, grant _____

to ALFONSO CORDOVA, JR.

   HC 78, BOX 10     GALLINA, NM    87017

whose address is _____

the following described real estate in ___GALLINA, NM  RIO ARRIBA_____ County, New Mexico:

Una porcion de terreno situada en Sec 13 Cabildo 23
siendo parte de el terreno que fue dado por el Governo de los EU de A
Jesus S. Moya, con sus linderos como sige.
Por el Oriente con la acequia de Gurule y Valdez.
Por el Norte con el arroyo que corre de la lagunita y el cerco que
devede el terreno de Edurado Valdez que antes era de Pedro Velasquez
Por el Poniente con terreno de Antonio Cordova, no encluyendo el
Cemiterio.
Por el sur con terreno de Francisco Valdez, no encluyendo el camino
No# 96 que son 60 pies de ancho.

Dicho terreno es parte de lo que sobro despues de la venta de nueve
acres a Jose L. Chacon.
que son mas o menos cuarto acres y medio con derechos de aguia de la
acequia de Gurule y Valdez.

Tambien se encluye la parte que esta entre medio de el caminio viejo
y el cemiterio de Capulin y tambien otra propiedad que este en
nombre de Pedro N. Valdez y o Crestina S. Valdez, actuando en
capacidad de si mismo y tambein como unico heredero lijitimo y legal
de Crestina S. Valdez. (Finada)