**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al..*

      Defendants.

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

---

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW                                                  (please print your full name)

      JOE VELASQUEZ

and answers the complaint as follows:

Subfile No                                      Object      Claim No Right
CHGA-02-0024A                                   ☒            ☐

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two
boxes to indicate whether you object to the description of water right(s) contained in the
State's proposed Consent Order, or whether you make no claim as to the water right(s)
described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order,
or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order
for any of the Subfile Numbers listed above, for each such Subfile Number  please explain in
the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
CHGA-D20024A _____ because
a portion of land was not included.

6042

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

attending meeting at Gallina. (Field Office)
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____
_____ because
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint                    2                    JOE VELASQUEZ

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated:

_Joe Velasquez_
(Signature - JOE VELASQUEZ)

PO Box 47
Gallina, NM 87017

(Address: Print Clearly)

505-638-5598
(Phone Number: Print Clearly)

> **IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico within 20 days after being served with the summons and complaint, or if service of the summons has been timely waived on request under rule 4(d), within 60 days after the date when the request for waiver was sent, or within 90 days after that date if the defendant was addressed outside any judicial district of the United States. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.

Answer to Complaint                                    3                                    JOE VELASQUEZ



020024A
A 1.3 ac.

Cordova/Martinez Ditch

**Legend**

Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Pond / Reservoir
Point of Diversion

Scale
1 inch = 300 feet

100   0   100   200   300 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-020024A
Cordova/Martinez Ditch
AMENDED Oct. 2, 2000