IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 NOV 21 AM 11: 27

CLERK ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, et al.,<br><br>Defendants | 69cv07941 - JC - ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 - Rio Gallina<br><br>Subfile Nos:  CHGA-01-0006<br>CHGA-02-0003C<br>CHGA-02-0025<br>CHGA-02-0033<br>CHGA-02-0037<br>CHGA-02-0039<br>CHGA-02-0043<br>CHGA-03-0008 |

### CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above and which concerning the Defendant(s) right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the ___21st___ day of ___November___, 2000:

Subfile No. CHGA-01-0006
Consent Order No. 6017:
Vivian Suazo Trust
P.O. Box 7
Gallina, NM 87017

Subfile No. CHGA-02-0003C
Consent Order No. 6021:
Maurice L. Serrano
P.O. Box 231
El Rito, NM 87530

6046

Subfile No. CHGA-02-0025
Consent Order No. 6019:
Rogelio Corrales
P.O. Box 33
Gallina, NM 87017

Subfile No. CHGA-02-0039
Consent Order No. 6024:
Eliseo Jacquez
P.O. Box 82
Gallina, NM 87017

Subfile No. CHGA-02-0033
Consent Order No. 6020:
Delfin Jacquez
Rita Jacquez
P.O. Box 103
Gallina, NM 87017

Subfile No. CHGA-02-0043
Consent Order No. 6022:
Alice Madrid
Orlando Madrid
P.O. Box 147
Gallina, NM 87017

Subfile No. CHGA-02-0037
Consent Order No. 6018:
Gilbert Jacquez
5101 Spinning Wheel NW
Albuquerque, NM 87120

Subfile No. CHGA-03-0008
Consent Order No. 6023:
Cosme L. Chacon
P.O. Box 43
Gallina, NM 87017

True, file-stamped copies of the Consent Orders for all the subfiles listed above were mailed on the _21st_ day of _November_, 2000 to the following:

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

Edward G. Newville
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

_____
_for_   Special Master