UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Nov. 17, 2000                                           TIME: 10:00 AM

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:     ( )   Senior Judge E.L. Mechem
                    (✓)   Vickie L. Gabin, Special Master

CASE NAME & NUMBER: State of N.M ex rel State Engineer v. Aragon

69 cv 07941-JEC-ACE
Rio Chama Adjudication

COUNSEL:

PLAINTIFF:                                      DEFENDANTS:
EDWARD G. NEWVILLE                              SEE ATTACHED LIST

NOTES: The status conference and field session was held at the scheduled date and time in Gallina, N.M. The Special Master heard reports on the progress of the adjudication in the Rio Gallina - Section 5 from counsel and from water rights claimants. Changes to the Procedural order were discussed. Claimants had the opportunity to work with staff from the Office of the State Engineer on individual problems.

6047

## DISTRIBUTION LIST
### State of New Mexico ex rel. State Engineer v. Aragon, 69 CV 7941 - JC
### Rio Chama Adjudication - Section 5: Rio Gallina
### October 27, 2000

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Sante Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Karla McCall
AquaTek
4 Darrah Road
Los Lunas, NM 87031

---

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO  80202

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM  87529

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 32282
Santa Fe, NM 87594

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Wilfred Rael
P.O. Box 603
Questa, NM 87556