IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*      )
State Engineer,                    )
                                   )
                    Plaintiff,     )      No. 69 CV 07941 JC
                                   )
            v.                     )      RIO CHAMA Stream System
                                   )
ROMAN ARAGON, *et al.*,            )      SECTION 3, Rio Nutrias, Rio Cebolla
                                   )      & Canjilon Creek
                    Defendants.    )
_____   )

**UNITED STATES OF AMERICA'S MOTION TO ADOPT PROPOSED INITIAL
PROCEDURAL ORDER FOR THE ADJUDICATION OF THE FEDERAL
NON-PUEBLO CLAIMS IN SECTION 3**

COMES NOW defendant United States of America, pursuant to direction in

the Special Master's Procedural Order of July 25, 2000, and submits for the Court's

consideration a proposed order adopting procedures for the adjudication of the federal non-

Pueblo water rights.[1/]  The proposed order is attached to this motion.

Counsel for the State, Ed Newville, and John Utton, counsel for the Acequias

Nortenas have telephonically approved the proposed order.

_____

[1/]     The United States apologizes for the lateness of this submission.  Counsel inadvertently
confused the due date for this submission with a due date in the *Abbott* adjudication also before
this Special Master.

*6048*

Dated this 29ᵗʰ day of November, 2000.

Respectfully submitted,

LOIS J. SCHIFFER
Assistant Attorney General

DAVID W. GEHLERT, Attorney
U.S. Department of Justice
Environment and Natural Resources
        Division
General Litigation Section
999 18th St., Suite 945
Denver, CO  80202
(303) 312-7352

2

**Certificate of Service**

I hereby certify that the foregoing **UNITED STATES OF AMERICA'S MOTION TO ADOPT PROPOSED INITIAL PROCEDURAL ORDER FOR THE ADJUDICATION OF THE FEDERAL NON-PUEBLO CLAIMS IN SECTION 3 and [proposed] ORDER** has been served by placing true copies thereof in the United States mail, postage prepaid, to the attached service list, this 29th day of November, 2000.

David W. Gehlert

## CERTIFICATE OF SERVICE LIST FOR
### *STATE OF NEW MEXICO V. ARAGON*
### CV 7941 SC

Vickie L. Gabin, SM
c/o USDC-DC NM
P.O. Box 2384
Santa Fe, NM 87504-2384

Judy K. Stoft, Data Mgr
HYDRO LOGIC
P.O. Box 30781
Albuquerque, NM 87190

Ed Newville, Esq.
NM State Eng's. Office
P.O. Box 25102
Santa Fe, NM 87504

David Benavides, Esq.
Northern NM Legal Serv.
P.O. Box 5175
Santa Fe, NM 87502

Frank M. Bond
Simons, Cuddy & Friedman
P.O. Box 4160
Santa Fe, NM 87502

Bradley S. Bridgewater, Esq.
USDOJ-ENRD
999 18th St., Ste. 945
Denver, CO 80202

Annie-Laurie Coogan, Esq.
644 Don Gaspar Avenue
Santa Fe, NM 87501-4480

Jeffrey L. Fornaciari
P.O. Box 2068
Santa Fe, NM 87504

K. Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
Office of General Counsel
517 Gold Ave., SW,
Rm 4017
Albuquerque, NM 87102

Steven L. Bunch, Esq.
NM State Highway &
Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq .
P.O. Box 787
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Jessica R. Aberly, Esq.
500 Marquette Ave., NW
Suite 1050
Albuquerque, NM 87102

John W. Utton, Esq.
Charles T. DuMars, Esq.
P.O. Box 271
Albuquerque, NM 87103

Fred Vigil, Pro Se
P.O. Box 687
Mendanales, NM 87548

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

C. Mott Woolley
112 W. San Francisco, #312D
Santa Fe, NM  87501

Robert C. Eaton, Esq.
Office of the Solicitor
U.S. Dept. of Interior
P.O. Box 1042
Santa Fe, NM  87504

Joe Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

John E. Farrow, Esquire
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esquire
911 Old Pecos Trail
Santa Fe, NM 87501

Mary Humphrey, Esquire
P.O. Box 1574
El Prado, NM 87529

Randy E. Lovato, Esquire
8100 Rancho Sueno Court, NW
Albuquerque, NM 87120-3488

Wilbert E. A. Maez, Esquire
P.O. Box 3519 Fairview Station
Espanola, NM 87533

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Christopher D. Coppin
Attorney General's Office
6301 Indian School Road, NE
Suite 400
Albuquerque, NM 87110

## Certificate of Service

I hereby certify that the foregoing **UNITED STATES OF AMERICA'S MOTION TO ADOPT PROPOSED INITIAL PROCEDURAL ORDER FOR THE ADJUDICATION OF THE FEDERAL NON-PUEBLO CLAIMS IN SECTION 3 and [proposed] ORDER** has been served by placing true copies thereof in the United States mail, postage prepaid, to the attached service list, this 29th day of November, 2000.

David W. Gehlert

## CERTIFICATE OF SERVICE LIST FOR
### *STATE OF NEW MEXICO V. ARAGON*
### CV 7941 SC

Vickie L. Gabin, SM
c/o USDC-DC NM
P.O. Box 2384
Santa Fe, NM 87504-2384

Judy K. Stoft, Data Mgr
HYDRO LOGIC
P.O. Box 30781
Albuquerque, NM 87190

Ed Newville, Esq.
NM State Eng's. Office
P.O. Box 25102
Santa Fe, NM 87504

David Benavides, Esq.
Northern NM Legal Serv.
P.O. Box 5175
Santa Fe, NM 87502

Frank M. Bond
Simons, Cuddy & Friedman
P.O. Box 4160
Santa Fe, NM 87502

Bradley S. Bridgewater, Esq.
USDOJ-ENRD
999 18th St., Ste. 945
Denver, CO 80202

Annie-Laurie Coogan, Esq.
644 Don Gaspar Avenue
Santa Fe, NM 87501-4480

Jeffrey L. Fornaciari
P.O. Box 2068
Santa Fe, NM 87504

K. Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
Office of General Counsel
517 Gold Ave., SW,
Rm 4017
Albuquerque, NM 87102

Steven L. Bunch, Esq.
NM State Highway &
Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq .
P.O. Box 787
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Jessica R. Aberly, Esq.
500 Marquette Ave., NW
Suite 1050
Albuquerque, NM 87102

John W. Utton, Esq.
Charles T. DuMars, Esq.
P.O. Box 271
Albuquerque, NM 87103

Fred Vigil, Pro Se
P.O. Box 687
Mendanales, NM 87548

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

C. Mott Woolley
112 W. San Francisco, #312D
Santa Fe, NM  87501

Robert C. Eaton, Esq.
Office of the Solicitor
U.S. Dept. of Interior
P.O. Box 1042
Santa Fe, NM  87504

Joe Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

John E. Farrow, Esquire
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esquire
911 Old Pecos Trail
Santa Fe, NM 87501

Mary Humphrey, Esquire
P.O. Box 1574
El Prado, NM 87529

Randy E. Lovato, Esquire
8100 Rancho Sueno Court, NW
Albuquerque, NM 87120-3488

Wilbert E. A. Maez, Esquire
P.O. Box 3519 Fairview Station
Espanola, NM 87533

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Christopher D. Coppin
Attorney General's Office
6301 Indian School Road, NE
Suite 400
Albuquerque, NM 87110