

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 NOV 29  AM 11: 16

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No.: CHGA-02-0046**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### RICHARD CORDOVA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

       concerning certain elements of Defendant's right to divert and use the public waters of

       the Rio Chama Stream System,  Rio Gallina, Section 5, and by their signatures

       appearing below, the State and the Defendant(s) have approved and accepted the

       elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the element

       of the claims of the Defendant(s) adjudicated by this order.



4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Gallina, Section 5, are set forth below:

## A.  IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Capulin, a tributary of the Rio Gallina, a
tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:**  Cordova/Martinez Ditch

**Location X:** 1,481,451  feet  **Y:**  1,897,664  feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Township 23N, Range 1E, Section 15, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | | 1.4 |
| | Total | 1.4  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHGA-02-0046.

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System,

Rio Gallina, Section 5, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be

enjoined from any use of the surface waters of the Rio Chama Stream System,

Rio Gallina, Section 5, except in strict accordance with the water rights described

herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final

decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Gallina, Section 5,  are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System,

Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

CHIEF UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
                              RICHARD CORDOVA

ADDRESS: _P.O. Box 172_
                    _Gallina  N Mex_

DATE: _11/4/00_

EDWARD G. NEWVILLE
Special Assitant Attorney General

_11. 9. 00_
Date



Legend

— Irrigated Tract Boundary
— No Right Tract Boundary
▸— Operable Ditch
— — Inoperable Ditch
— Stock Ponds / Reservoir
● Point of Diversion

Scale
1 inch = 300 feet

100    0    100    200    300 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-020046
Cordova/Martinez Ditch
AMENDED Oct. 24, 2000

