IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

00 DEC -1 PM 2:05

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |

## PROOF OF PUBLICATION
## OF NOTICE OF PENDENCY OF SUIT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice of Pendency of Suit issued by the Clerk of this Court on October 13, 2000, for the purpose of service by publication on the following persons, if living, if deceased, their unknown heirs:

KAREN BONNIE, EDDIE GARCIA, VINCENTE JACQUEZ, MIGUEL LUJAN, SIMONITA MAESTAS ESTATE, ANTONIA SANCHEZ, ISSAC SANCHEZ, ALBERTO SERRANO, CELIA TRUJILLO and ALL UNKNOWN CLAIMANTS OF INTEREST TO SURFACE WATERS IN THE RIO GALLINA SECTION OF THE RIO CHAMA STREAM SYSTEM.

Attached as Exhibit A is a November 16, 2000, Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

DATED: November 30, 2000

6060

Respectfully submitted,

*/s/ Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Proof of Publication of Notice of Pendency of Suit were mailed to the following persons on December ___1___, 2000.

*/s/ EGN*

Edward G. Newville

## DISTRIBUTION LIST
## RIO GALLINA SECTION

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT U. S. DISTRICT COURT CLERK'S OFFICE.