IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 DEC -6 AM 10: 13

CLERK ALBUQUERQUE

STATE OF NEW MEXICO on the relation of the State Engineer,

Plaintiff,

v.

RAMON ARAGON, et al.,

Defendants

69cv07941 - JC - ACE

RIO CHAMA STREAM SYSTEM

Section 5 - Rio Gallina

Subfile Nos: CHGA-01-0013
CHGA-02-0018
CHGA-02-0045
CHGA-02-0046
CHGA-03-0006

CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above and which concerning the Defendant(s) right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the 6th day of December, 2000:

Subfile No. CHGA-01-0013
Consent Order No. 6053:
Ursulita Vigil
HC 78, Box 16
Gallina, NM 87017

Subfile No. CHGA-02-0018
Consent Order No. 6051:
Romancita Maestas
4205 Hudson St.
Farmington, NM 87402

Subfile No. CHGA-02-0045
Consent Order No. 6052:
Shirley Cordova
P.O. Box 21
Gallina, NM 87017

Subfile No. CHGA-02-0046
Consent Order No. 6050:
Richard Cordova
P.O. Box 172
Gallina, NM 87017

6062

Subfile No. CHGA-03-0006
Consent Order No. 6049:
Bernie Valesquez
Esther Valesquez
Rt. 3, Box 194-15
Española, NM 87532

True, file-stamped copies of the Consent Orders for all the subfiles listed above were mailed on the 6th day of December, 2000 to the following:

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

Edward G. Newville
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

[signature]
for Special Master