FILED
at Santa Fe, NM

DEC - 8 2000

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## CLERK'S CERTIFICATE OF DEFAULT

I, Robert M. March, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend this cause was made as follows:

| Defendant | Subfile No. | Date of Service |
| --- | --- | --- |
| Amadeo Segura | CHGA-01-0011 | July 16, 2000 |
| Cruzita Segura | CHGA-01-0011 | July 16, 2000 |
| Selustriano Gonzales, Jr. | CHGA-02-0009 | July 13, 2000 |

I, further certify that the records of my office indicate that the following defendants waived service of summons in this proceeding as follows:

| Defendant | Subfile No. | Date of Waiver |
| --- | --- | --- |
| Ezequiel Cordova | CHGA-02-0017 | June 18, 2000 |
| Martha Cordova | CHGA-02-0022 | May 15, 2000 |

6063

| | | |
|---|---|---|
| Cassilda Jacquez Serrano | CHGA-02-0036 | May 27, 2000 |
| Roger Jacquez | CHGA-03-0011 | June 10, 2000 |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in this cause.

WHEREFORE, I certify that the above named defendants are in default.

DATED this ____8th____ day of December, 2000.

ROBERT M. MARCH, Clerk

*[signature]* Jocelyn Gonzales, Deputy
Clerk of the United States District Court