IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-JEC-ACE |
| v. | ) ) | RIO CHAMA Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | SECTION 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| Defendants. | ) ) | |

PROCEDURAL ORDER FOR THE ADJUDICATION
OF SECTION 3 FEDERAL NON-INDIAN CLAIMS

This matter comes before the Special Master on the United States of America's Motion to Adopt Proposed Initial Procedural Order for the Adjudication of the Federal Non-Pueblo Claims in Section 3, filed November 30, 2000 (Docket No. 6048). All parties have had the opportunity for comment on the proposed form of this Order. The Special Master, being otherwise fully advised in the premises, now hereby adopts the following initial procedures for the adjudication of the federal non-Indian claims:

| | |
|---|---|
| Nov. 1, 2001 | Deadline for the United States to file its federal non-Pueblo claims in Section 3 of this adjudication. |
| Aug. 15, 2002 | Deadline for the State of New Mexico, ex rel. State Engineer, to complete its field investigation of those claims for which a field investigation is necessary. Representatives of the acequias included in this adjudication are encouraged to participate in the field investigations. Such participation does not constitute an *inter se* proceeding and shall not be construed as a waiver of the acequias' ability to object or participate in future *inter se* proceedings. |
| Sept. 16, 2002 | Deadline for the State to report to the United States on those claims it disputes. The State's report shall be circulated to the Section 3 distribution list. |

| | |
|---|---|
| Oct. 15, 2002 | Deadline for the United States to file amended claims (if any) in response to the State's report. |
| November 2002 | Status and scheduling conference to be set by the Special Master. |

IT IS SO ORDERED.

                                          /electronic signature/
                                   VICKIE L. GABIN, SPECIAL MASTER