IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. CIV 7941-JC <br> RIO CHAMA STREAM SYSTEM <br><br> Section 5  Rio Gallina |

## STATEMENT OF WATER RIGHTS CLAIM

I, _Eduvigen Serrano_, own land within the Rio Gallina stream system. I claim a water right appurtenant to ____ acres of land, which is located _NW of Tract # 30005 A.7._

This land has been historically irrigated with water diverted from the acequia _Sanchez / Maestas Ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Eduvigen Serrano
Espanola, NM 87017
753-7770

RECEIVED

DEC - 8 2000

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6065