IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. )  No. CIV 7941-JC
)  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)  Section 5   Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Mike Jacquez_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _20_ acres of land, which is located _North of property owned by Orlando Madril & San Chavez_.

This land has been historically irrigated with water diverted from the acequia _Cordova Martinez_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

_Mike Jacquez_
906 N. Monterey
Farmington NM 87401
898-7124

RECEIVED
DEC - 8 2000
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6066