IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | No. CIV 7941-JC <br> RIO CHAMA STREAM SYSTEM <br><br> Section 5   Rio Gallina |

## STATEMENT OF WATER RIGHTS CLAIM

I, _Martha Cordova_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _2.7_ acres of land, which is located _tract #_ _02 0022_.

This land has been historically irrigated with water diverted from the acequia _Cordova Martinez_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,
_Martha Cordova_
Martha Cordova
P.O. Box 57
Gallina, N.M. 87017
505-638-5574

RECEIVED
DEC - 8 2000
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6067