IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5 Rio Gallina
    Defendants )

00 DEC 11 PM 2:04

CLERK-SANTA FE

## STATEMENT OF WATER RIGHTS CLAIM

I, _Luis & Martha Cordova_ own land within the Rio Gallina stream system. I claim a water right appurtenant to _20.6_ acres of land, which is located _in Section 5 T23N, R1E_.

This land has been historically irrigated with water diverted from the acequia _De Abajo_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

_Martha Cordova_

Martha & Louis Cordova
P.O. Box 57
Gallina, N.M. 87017

505 638-5574

RECEIVED
DEC - 8 2000
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6068