IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5   Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, **Sam R. Chavez**, own land within the Rio Gallina stream system. I claim a water right appurtenant to **40** acres of land, which is located **132 County road 491**.

This land has been historically irrigated with water diverted from the acequia **Cordova; Martinez**. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

*Sam R. Chavez* (signature)

132 County Rd 491
P.O. Box 115
Gallina, NM 87017
505-638-5576

RECEIVED
DEC - 8 2000
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6069