IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>　　　Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>　　　Defendants | No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5  Rio Gallina |

00 DEC 11 PM 2:04

## STATEMENT OF WATER RIGHTS CLAIM

I, _Aurelia L. Chavez_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _40_ acres of land, which is located _132 County road 491_.

This land has been historically irrigated with water diverted from the acequia _Cordova Martinez_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Aurelia L. Chavez
132 County Rd 491
P.O. Box 115
Gallina, N.M. 87017
505-638-5576

RECEIVED
DEC - 8 2000
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6070