IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. )  No. CIV 7941-JC
)  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
)  Section 5   Rio Gallina
    Defendants )

00 DEC 18 PM 1:56

## STATEMENT OF WATER RIGHTS CLAIM

I, _Roysho Corral_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _¼_ acres of land, which is located _within tract # 03022 A 5./ac.   NW Corner_.

This land has been historically irrigated with water diverted from the acequia _Rincon ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Roysho Corral
Marcella Corrales (Marcella Corrales)

P.O. Box 33
Gallina, NM 87017

6072

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

00 DEC 18 PM 1:56

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
 )
    Plaintiffs, )
 )
v. ) No. CIV 7941-JC
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
 ) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Royelio Corral_, own land within the Rio Gallina stream system. I claim a water right appurtenant to _¼_ acres of land, which is located _within tract #03022 A 5/ac.  NW Corner_.

This land has been historically irrigated with water diverted from the acequia _Rincon ditch_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Royelio Corral
Marcella Corral (Marcella Corral)
P.O. Box 33
Gallina, NM 87017