IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 DEC 15 AM 10: 19

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC/ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No.: CHGA-02-0035B**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    **ANDREW J. LEYBA**
    **ANTHONY LEYBA**
    **EDWARD LEYBA**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

6079

3.  There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Gallina, Section 5, are set forth below:

### A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered March 15, 2000.

**Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:** Cordova/Martinez Ditch

   **Location X:** 1,481,451  feet  **Y:**  1,897,664  feet

   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

   Township 23N, Range 1E, Section 15, N.M.P.M.

   | | |
   |---|---|
   | Pt. NW¼ | 0.3 |
   | Total | 0.3 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-02-0035B.

**Amount of Water:** Reserved for future determination by court order entered March 15, 2000.

5.  Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Gallina, Section 5, other than those set forth in this order and those other orders entered by this Court in this cause.

6.  Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

ACCEPTED: _____    ACCEPTED: _____
          EDWARD LEYBA                              ANTHONY LEYBA

ADDRESS: 2949 Clover Ln. SW          ADDRESS: 4412 65 Carnel SW
         Alb - N.M. 87105                      Alb. N. Mx
                                               87121
DATE: _____      DATE: 11-23-00

Consent Order                 3                 Subfile No.: CHGA-02-0035B

ACCEPTED: *[signature]*
ANDREW J. LEYBA

ADDRESS: 1919 GRIEGOS NW
Albuq, NM 87107

2949 Clover Ln. SW
Alb. N.M 87105

DATE: 11/23/00

*[signature]*
EDWARD G. NEWVILLE
Special Assitant Attorney General

11·30·00
Date



| Legend | | STATE OF NEW MEXICO<br>Office of the State Engineer<br>Thomas C. Turney, State Engineer | Subfile Number<br>CHGA-020035B<br>Cordova/Martinez Ditch<br>AMENDED Oct. 10, 2000 |
|---|---|---|---|
| — Irrigated Tract Boundary<br>— No Right Tract Boundary<br>▶ Operable Ditch<br>— — Inoperable Ditch<br>— Stock Pond / Reservoir<br>● Point of Diversion | Scale<br>1 inch = 300 feet<br>N | | |
| | | Rio Chama Hydrographic Survey<br>RIO GALLINA SECTION | |