IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

00 DEC 20 PM 2: 37

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## MOTION TO CORRECT DEFENDANT'S NAMES

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through its undersigned attorneys, and moves the Court to issues its order for correcting the names of the defendants named below in the above-styled and captioned cause to read as follows:

| | | |
|---|---|---|
| from Abran Cordova | to Abram Cordova | CHGA-02-0026 |
| from Marcela Corrales | to Marcella Corrales | CHGA-03-0022 |

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Defendants' Names was mailed to the following persons on December _20_, 2000.

_Edward G. Newville_ (signature)

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.

208 Griffin Street
Santa Fe, NM 87501