IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

00 DEC 20 PM 3: 54

CLERK ALBUQUERQUE

| | |
|---|---|
| STATE OF New Mexico *ex rel.* State Engineer, | 69cv07941 JEC-ACE |
| Plaintiff, v. | |
| ROMAN ARAGON, *et. al.*, | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| Defendants. | |

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW **Henry L. Jacquez** (Please print your full name)
HENRY L. JACQUEZ

and answer the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-02-0006A | X | |

1. In answer to the Complaint: For each Subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) CHG-020006A because the description fails to include irrigation rights for 20.8 acres further described in paragraph 4.C of the proposed Consent Order. In addition, I own water rights which are appurtenant to acreage owned to the Northwest and South of the acres described in the Subfile. I own water rights appurtenant to 190 acres. See Notice of Claim of Additional Water Rights filed simultaneously herewith, for additional information.

6087

_____
_____
_____
_____
_____
_____
_____
_____

Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order <u>by meeting with the State Engineer's Attorney and providing copies of the documents I rely on to establish my water rights.</u>
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

I claim no right for the water(s) described by Subfile Number(s) <u>N/A</u>
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint      2      HENRY L JACQUEZ

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, my jurisdictional or affirmative defenses I may have.

Dated: 12/20/00

*(Signature — HENRY L. JACQUEZ)*

1110 Maez Road
Santa Fe, NM, 87501

(Address: Print Clearly)

(505) 471-8757
(Phone Number: Print Clearly)

---

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico within 20 days after being served with the summon and complaint, or if service of the summons has been timely waived on request under rule 4(d), within 90 days after that date if the defendant was addressed outside any judicial district to the United States. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the States' proposed Consent Order if you fail to file an answer. The courts's address is : 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.

---

Answer to the Complaint　　　　　　3　　　　　　HENRY L JACQUEZ