IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## NEW MEXICO'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the substitution of parties pursuant to Rule 25(a)(1). In support of this motion, the State states:

1. Defendant ODELLA LOVATO was properly joined as a defendant to this action and waived service of process by waiver filed August 2, 2000 with the Court.

2. On October 13, 2000, Plaintiff State of New Mexico was informed that defendant ODELLA LOVATO died in early October.

WHEREFORE the State respectfully requests that the ESTATE OF ODELLA LOVATO be substituted as party defendant in this action for the deceased defendant ODELLA LOVATO.

DATED: December 20, 2000

Respectfully submitted,

*/s/ Ed Newville*
EDWARD G. NEWVILLE

Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion for Substitution of Parties was mailed to the following persons on December 21, 2000.

_____
Edward G. Newville

Estate of Odella Lovato
132 Orchard Garden SW
Albuquerque, NM 87015

## DISTRIBUTION LIST -- RIO GALLINA SECTION

Special Master Vickie L. Gabin
USDC-DCNM
P.O.Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

2

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501