IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

00 DEC 22 AM 11: 39

CLERK ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, et al.,<br><br>Defendants | 69cv07941 - JC - ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 - Rio Gallina<br><br>Subfile Nos: CHGA-01-0009<br>CHGA-01-0014<br>CHGA-01-0015<br>CHGA-01-0016<br>CHGA-02-0003A<br>CHGA-02-0003B<br>CHGA-02-0013<br>CHGA-02-0020<br>CHGA-02-0035A<br>CHGA-02-0035B<br>CHGA-02-0038 |

### CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above and which concerning the Defendant(s) right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the _22nd_ day of _December_, 2000:

Subfile No. CHGA-01-0009
Consent Order No. 6083:
Alfonso Cordova
HC 78, Box 10
Gallina, NM  87017

Julia Salazar
Fermin Salazar
P.O. Box 40
Gallina, NM  87017



6090

Subfile No. CHGA-01-0014
Consent Order No. 6082:
Willie A. Suazo
HC 78, Box 15
Gallina, NM  87017

Subfile No. CHGA-01-0015
Consent Order No. 6081:
Alvin Suazo
P.O. Box 1814
Cuba, NM  87013

Subfile No. CHGA-01-0016
Consent Order No. 6074:
Manuel Garcia
P.O. Box 544
Cuba, NM  87013

Subfile No. CHGA-02-0003A
Consent Order No. 6073:
Ernesto J. Serrano, Jr.
P.O. Box 146
Gallina, NM  87017

Subfile No. CHGA-02-0003B
Consent Order No. 6075:
Elaine M. Valdez
Mark W. Valdez
P.O. Box 136
Gallina, NM  87017

Subfile No. CHGA-02-0013
Consent Order No. 6076:
Clement L. Suazo
Diana Suazo
P.O. Box 824
Cuba, NM  87013

Subfile No. CHGA-02-0020
Consent Order No. 6077:
Alfirio Maestas
3202 Coronado Ave.
Farmington, NM  87401

Max Maestas
801 E. Spruce
Farmington, NM  87401

Subfile No. CHGA-02-0035A
Consent Order No. 6078:
Leora Jacquez Lucero
1313 Apodaca SW
Albuquerque, NM  87121

Subfile No. CHGA-02-0035B
Consent Order No. 6079:
Andrew J. Leyba
Anthony Leyba
Edward Leyba
2949 Clover Ln. SW
Albuquerque, NM  87105

Subfile No. CHGA-02-0038
Consent Order No. 6080:
Odella Lovato
132 Orchard Garden Rd. SW
Albuquerque, NM  87105

True, file-stamped copies of the Consent Orders for all the subfiles listed above were

mailed to the following on the 22nd day of December, 2000:

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

Edward G. Newville
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

*[signature]*
for Special Master