IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ORDER CORRECTING DEFENDANT'S NAMES

This is before the Court upon State of New Mexico's December *12-20*, 2000 motion to correct defendant's names. The Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be and hereby are corrected as follows:

| from | to | |
|---|---|---|
| from Abran Cordova | to Abram Cordova | CHGA-02-0026 |
| from Marcela Corrales | to Marcella Corrales | CHGA-03-0022 |

UNITED STATES DISTRICT JUDGE

6092