IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>　　Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>　　Defendants | No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5   Rio Gallina |

00 DEC 28 PM 1:18

## STATEMENT OF WATER RIGHTS CLAIM

I, **CHACON BROTHERS** own land within the Rio Gallina stream system. I claim a water right appurtenant to **8.0** acres of land, which is located **tract # 020006 D 8.0**.

This land has been historically irrigated with water diverted from the acequia **Gonzales Guisule ditch**. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Chacon Bros.
By Jose L. Chacon
P.O. Box 95
Gallina N. Mex
 -87017

6096