**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO**

DISTRICT OF NEW MEXICO

01 JAN -3 PM 2: 36

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

<u>**MOTION TO SET ASIDE ENTRY OF DEFAULT**</u>

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and moves the Court to set aside the clerk's entry of default for the following defendants:

| | |
|---|---|
| Amadeo Segura | CHGA-01-0011 |
| Cruzita Segura | CHGA-01-0011 |
| Martha Cordova | CHGA-02-0022 |
| Cassilda Jacquez Serrano | CHGA-02-0036 |

As grounds therefor plaintiff states:

1.    The plaintiff's Application for Entry of Default (6061) with respect to the above defendants was filed with the federal district court on December 5, 2000. The Clerk's Certificate of Default (6063) was entered on December 8, 2000.

2.    On December 23, 2000, Amadeo Segura and Cruzita Segura signed and approved a Consent Order in subfile CHGA-01-0011 and forwarded said order to the State Engineer.

3.    On December 27, 2000, Martha Cordova signed and approved a Consent Order in subfile CHGA-02-0022 and forwarded said order to the State Engineer.

6098

4. On December 12, 2000, Cassilda Jacquez Serrano signed and approved a Consent Order in subfile CHGA-02-0036 and forwarded said order to the State Engineer.

WHEREFORE, the plaintiff State of New Mexico requests the Court to set aside the entry of default for defendants Amadeo Segura, Cruzita Segura, Martha Cordova and Cassilda Jacquez Serrano and to enter the above approved Consent Orders adjudicating the water rights of said defendants in subfiles CHGA-01-0011, CHGA-02-0022 and CHGA-02-0036.

Respectfully submitted,

*Eo Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Set Aside Entry of Default was mailed to the following persons on January _____3_____, 2001.

*Eo Newville*

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

2

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

3