IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    **v.**

**RAMON ARAGON,** *et al.***,**

    **Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

## ORDER GRANTING NEW MEXICO'S MOTION
## FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on New Mexico's Motion for Substitution of Parties (6089) filed on December 21, 2000.

Being fully advised in the premises, the Court finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the ESTATE OF ODELLA LOVATO is substituted as party defendant in this action for the deceased ODELLA LOVATO.

_____
UNITED STATES DISTRICT JUDGE