# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | **RIO CHAMA STREAM SYSTEM** Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## ORDER SETTING ASIDE ENTRY OF DEFAULT

This is before the Court upon the State of New Mexico's January 23, 2001 Motion to Set Aside Entry of Default (6098) of Amadeo Segura, Cruzita Segura, Martha Cordova and Cassilda Jacquez Serrano. The Court, having considered the motion and being otherwise fully advised in the premises, finds that the entry of default of said defendants should be and hereby is set aside.

_____
UNITED STATES DISTRICT JUDGE