IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

JAN 10 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW  Ubaldo Jacquez  (please print your full name)
UBALDO JAQUEZ

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-02-0030 | [X] | [ ] |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) 02-0030
_____because
I also own part of property labeled 20028. See attached map. I own approximately half of 020030. My brother Phillip Jacquez owns the other half of 20030. These are separate tract I am enclosing a copy of my

L/105

deed. Subfile 20028 has also been divided into separate tracts. I agree with the irrigated lands, but the boundary lines are incorrect. See attached Affidavit of Phillip Jacquez

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

I have been unable to attend field office because of my work. I came in when I realized I needed to provide a deed to correct ownership.

(Attach additional pages if necessary)

i claim no right for the water right(s) described by Subfile Number(s) _____ because _____

(Attach additional pages if necessary)

Answer to Complaint    2    UBALDO JAQUEZ

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 7-15-00

1-9-01

*Ubaldo Jaquez*
(Signature - UBALDO JAQUEZ)

P.O. Box 46, Gallina, NM 87017
(505) 638-5570
601 Chacoff Pl. Farmington NMex
(Address: Print Clearly)

327-2140
(Phone Number: Print Clearly)

---

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.

---



Affidavit of Philip Jacquez

State of New Mexico )
                           ) ss
County of Rio Arriba )

Being duly sworn I state that;

1. I, Philip Jacquez, own part of subfile tract 02-0030.
2. The lines drawn by Ubaldo Jacquez on the map attached to his answer to subfile 02-0030 show how the land is divided between us. It is approxmate only.
3. I agree that this land is irrigated.

_____
Philip Jacquez

SUBSCRIBED AND SWORN TO BEFORE ME BY _Philip Jacquez_ ON THIS __9TH__ DAY OF JANUARY, 2001.

_____
Notary Public

My commission expires __June 7, 2003__