IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

JAN 1 0 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW **Cosme S Chacon** _____ (please print your full name)
    COSME S CHACON

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CSC ~~CHGA-02-20004~~ | ☒ CSC | ☐ |
| ~~CHGA-03-30024~~ | ☐ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) CHGA 02-0004 ~~03~~ did not include stock pond which was because claimed on a Statement of Water Rights claim in September. (a Copy of claim is attached) Otherwise the acreage is correct. Also see copy of your December 6 letter with names and addresses corrected

6107

This answer is for all four owners.
Also - needs to include area to the south which was included in Sub-File 2-0006B as ± 8.0 acres given No Right. Henry Jacquez has disclaimed this area, which does belong to us. We filed a claim on this acreage on Dec. 28, 2000 - see attached copy. This should also be included in a new consent order. Thank you.

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by
See previous answer for 2-0004

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because

(Attach additional pages if necessary)

Answer to Complaint                    2                    COSME S CHACON

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: _1-9-01_   _Cosme S. Chacon_
(Signature - COSME S CHACON)

_P.O. Box 4_
_Gallina, NM 87017_
(Address: Print Clearly)

_638-5325_
(Phone Number: Print Clearly)

**IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico within 20 days after being served with the summons and complaint, or if service of the summons has been timely waived on request under rule 4(d), within 60 days after the date when the request for waiver was sent, or within 90 days after that date if the defendant was addressed outside any judicial district of the Undited States. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.**



Claimed area
2-0006 B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the )<br>relation of the State Engineer, )<br>and THE UNITED STATES OF )<br>AMERICA, )<br>   )<br>Plaintiffs, )<br>   )<br>v. )<br>   )<br>RAMON ARAGON et al. )<br>   )<br>Defendants )  | 00 DEC 28 PM 1:18<br><br>No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5  Rio Gallina |

## STATEMENT OF WATER RIGHTS CLAIM

I, **CHACON BROTHERS** own land within the Rio Gallina stream system. I claim a water right appurtenant to **80** acres of land, which is located **tract #**

**02 0006 D 8.0**

This land has been historically irrigated with water diverted from the acequia **Gonzales**

**Gurule ditch**. The lands for which I claim water rights were

omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Chacon Bros.
By Jose L. Chacon
P.O. Box 95
Gallina, N. Mex
 -87017



# STATE OF NEW MEXICO
## OFFICE OF THE STATE ENGINEER
### SANTA FE

THOMAS C. TURNEY
State Engineer

BATAAN MEMORIAL BUILDING, ROOM 101
POST OFFICE BOX 25102
SANTA FE, NEW MEXICO 87504-5102
(505) 827-6175
FAX: (505) 827-6188

December 6, 2000

Cosme S. Chacon
P.O. Box 4
Gallina, NM 87017

Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

Fulegencio Chacon         *Fulgencio Chacon*
P.O. Box ~~X~~ 24
Gallina, NM 87017

Jose B. Chacon
~~P.O. Box 4~~   413 Christine Dr. NE
~~Gallina, NM 87015~~ Rio Rancho, NM 87124

    Re:    Adjudication of water rights in Rio Gallina Section of Rio Chama Stream System
            **Subfile Nos. CHGA-02-0004**

Dear Sirs:

Enclosed is an amended proposed consent order that will adjudicate the ownership of the water rights for the above subfile to the four of you as joint owners. I am sending this order after receiving deeds and other information from Cosme S. Chacon stating that the four of you own this property together. Please let me know if my understanding is incorrect. The boundaries of the irrigated land is shown on the enclosed subfile aerial photograph.

If the proposed consent order meets your approval, please return the signed original to me in the enclosed self-addressed stamped envelope. I will have the order approved and filed with the court, and I will send you a copy of the filed order. Although I am sending a copy of this letter to each of you, I will be only sending the proposed consent order to Cosme L. Chacon, and I ask that you each visit with him to review the document.

I have also included copies of a request for a waiver of service for Fulegencio and Jose B. Chacon. I would appreciate the return of an approved waiver from each these individuals. Your other two brothers have already signed and returned these documents.

If the proposed order is not acceptable, you may use the enclosed form answers to reject the state's offer.

Thank you for your assistance and cooperation. Please call me if you have any questions.

Sincerely,

*Ed Newville*

Ed Newville
Special Assistant Attorney General
Legal Division

cc:   Mary E. Humphrey, Esq.
         w\ enclosures

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants )

## STATEMENT OF WATER RIGHTS CLAIM

I, _Chacon Brothers_ (Cosme S. Chacon on behalf), own land within the Rio Gallina stream system. I claim a water right appurtenant to _½_ acres of land, which is located _pond North of tract 20004_.

This land has been historically irrigated with water diverted from the acequia _Gonzales/Gurule_. The lands for which I claim water rights were omitted from the 1999 Hydrographic Survey.

Respectfully submitted,

Cosme S. Chacon

_Cosme S. Chacon_

P.O. Box 4
Gallina, NM 87017

9/26