IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer,** *et al.,*
        **Plaintiffs,**                                             **69cv07941 JEC-ACE**

    **v.**

**ROMAN ARAGON,** *et al.,*                   **RIO CHAMA ADJUDICATION**
        **Defendants.**                                         Section 5 - Rio Gallina

**NOTICE OF STATUS CONFERENCE**

Pursuant to the Procedural Order for the Adjudication of Water Rights Claims in the Rio Gallina Section of the Rio Chama Stream System, entered March 15, 2000 (Docket No. 5890), as amended, and the Order Adopting Initial Procedures for the Adjudication of the Federal Non-Indian Claims in the Rio Gallina Section, entered May 8, 2000 (No. 5896), a status conference is set for 10:00 a.m., Thursday, February 22, 2001, in the Small Courtroom, second floor, United States District Court, South Federal Place, Santa Fe, N.M.

The purposes of this status conference are to assess the progress of the adjudication with respect to non-federal, individual water rights claims and federal, non-Indian water rights claims, and to develop schedules for completing the adjudication of those claims.

Attorneys for the State of New Mexico, ex rel. State Engineer, the United States of America, and the Section 5 Acequias shall confer and distribute a joint status report and proposed scheduling order to the Special Master and those on the Section 5 distribution list for receipt no later than Tuesday, February 20, 2001.

IT IS SO ORDERED.

                                                      /electronic signature/
                                       SPECIAL MASTER VICKIE L. GABIN

# DISTRIBUTION LIST
### State of New Mexico ex rel. State Engineer v. Aragon, 69 CV 07941 - JC
### Rio Chama Adjudication - Rio Gallina Subsection
### May 10, 2000

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Sante Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
AquaTec
4 Darrah Road
Las Lomas, NM 87031
_____

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO  80202

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM  87529

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box  6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM 87701

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Wilfred Rael
P.O. Box 603
Questa, NM 87556