

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 JAN 18 PM 1:44

69cv07941 JEC-ACE
CLERK - ALBUQUERQUE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

    Defendants.

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No.: CHGA-02-0024B**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### LAURA A. VELASQUEZ
### STEVE E. VELASQUEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the element

of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

JAN - 8 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Gallina, Section 5, are set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Capulin, a tributary of the Rio Gallina, a
tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  Cordova/Martinez Ditch

    **Location X:** 1,481,451  feet  **Y:** 1,897,664 feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

    Township 23N, Range 1E, Section 15, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 2.4 |
| Total | 2.4 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHGA-02-0024B.

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System,

Rio Gallina, Section 5, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be

enjoined from any use of the surface waters of the Rio Chama Stream System,

Rio Gallina, Section 5, except in strict accordance with the water rights described

herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final

decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Gallina, Section 5,  are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System,

Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
              STEVE E. VELASQUEZ

ADDRESS: _PO Box 23_
         _Gallina NM_
                 _87017_

DATE: _1-2-01_

ACCEPTED: _Laura A Velasquez_
                LAURA  A. VELASQUEZ

ADDRESS: _PO Box 23_
         _Gallina NM_
                 _87017_

DATE: _1-2-01_

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_1-8-01_
Date



Post Office

0200024B
A 2.4 ac.

Cordova/Martinez Ditch

Legend

Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion

Scale
1 inch = 300 feet

100   0   100   200   300 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-020024B
Cordova/Martinez Ditch
AMENDED Oct. 2, 2000