

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 JAN 18 PM 1:45

69cv07941 JEC-ACE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No.: CHGA-03-0023**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**LEVI A. SANCHEZ**
**MARY SANCHEZ**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

JAN - 8 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6127

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Gallina, Section 5, are set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** 03247 date filed 5/1/1987
**Priority:** Reserved for future determination by court order entered July 25, 2000.
**Source of Water:** Surface water of the Rio Gallina, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION
**Point of Diversion:**
   **Ditch Name:** Rincon Ditch
   **Location X:** 1,460,761 feet  **Y:** 1,899,262 feet
   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.
**Location and Amount of Irrigated Acreage:**

Township 23N, Range 1E, Section 17, N.M.P.M.
Pt. NW¼                                                      34.6
                                              Total    34.6 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-03-0023.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Gallina, Section 5, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
LEVI A. SANCHEZ
ADDRESS: PO Box 112
　　　　　Abiquiu, NM
　　　　　87510
DATE: 1/4/01

ACCEPTED: _____
MARY SANCHEZ
ADDRESS: P.O. Box 112
　　　　　Abiquiu, NM
　　　　　87510
DATE: 1-4-01

Consent Order　　　　　3　　　　　Subfile No.: CHGA-03-0023

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General

1-8-01
Date



Rio Chama Hydrographic Survey — RIO GALLINA SECTION
Subfile Number: CHGA-030023, Rincon Ditch, Nov. 8, 2000
State of New Mexico, Office of the State Engineer, Thomas C. Turney, State Engineer
Scale: 1 inch = 300 feet