

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 JAN 18 PM 1:44

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-02-0024B

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

WE, STEVE & LAURA VELASQUEZ, by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0024B which we signed and approved on __1-2-01__ (date) represents the resolution of all claims to water rights under the Answers (6044, 6045) filed with the Court on November 20, 2000.

_____
STEVE E. VELASQUEZ

__01-02-01__
date

_____
LAURA A. VELASQUEZ

__1-2-01__
date

RECEIVED

JAN - 8 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

