IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 JAN 18 AM 11:41

|  |  |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAMON ARAGON, et al., )<br>)<br>Defendants )<br>)<br>)<br>)<br>) | 69cv07941 - JC - ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 - Rio Gallina<br><br>Subfile Nos: CHGA-01-0001<br>CHGA-01-0008B<br>CHGA-01-0017<br>CHGA-02-0032<br>CHGA-02-0044 |

### CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above and which concerning the Defendant(s) right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the _18th_ day of _January_, 2001:

Subfile No. CHGA-01-0001
Consent Order No. 6115:
Miguel D. Suazo
HC 78, Box 15
Gallina, NM 87017

Subfile No. CHGA-01-0008B
Consent Order No. 6116:
Miguel D. Suazo
HC 78, Box 15
Gallina, NM 87017

1

Subfile No. CHGA-01-0017
Consent Order No. 6117:
Ursulita Vigil
HC 78, Box 16
Gallina, NM 87017

Subfile No. CHGA-02-0032
Consent Order No. 6118:
Alice Jacquez
P.O. Box 48
Gallina, NM 87017

Subfile No. CHGA-02-0044
Consent Order No. 6119:
Aurelia Chavez
Sam Chavez
P.O. Box 115
Gallina, NM 87017

      True, file-stamped copies of the Consent Orders for all the subfiles listed above were mailed to the following on the ___18th___ day of ___January___, 2001:

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

Edward G. Newville
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

                                              _____
                                                        Special Master