DM
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED

STATE OF NEW MEXICO on the relation of the State Engineer,

Plaintiff,

v.

RAMON ARAGON, et al.,

Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

69cv07941 - JC - ACE

RIO CHAMA STREAM SYSTEM

SECTION 3 - Rio Nutrias, Rio Cebolla & Canjilon Creek

Subfile Nos: CHCB-003-0001
CHCB-003-0008
CHCB-003-0013
CHCJ-003-0075
CHCJ-004-0019
CHCJ-004-0054

### CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above and which concerning the Defendant(s) right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the 18th day of January, 2001:

Subfile No. CHCB-003-0001
Consent Order No. 6109:
Frederick R. Vigil
Galina V. Vigil
Box 332
Española, NM 87532

Subfile No. CHCB-003-0008
Consent Order No. 6110:
Esther L. Sanchez
Robert Sanchez
P.O. Box 118
Chama, NM 87520

1

Subfile No. CHCB-003-0013
Consent Order No. 6111:
Lupe Bustos
Orlando Bustos
1721 Foster Rd.
Las Cruces, NM 88001

Subfile No. CHCJ-003-0075
Consent Order No. 6112:
Albert Martinez
Irene B. Martinez
P.O. Box 555
Canjilon, NM 87515

Subfile No. CHCJ-004-0019
Consent Order No. 6113:
Albert Martinez
Irene B. Martinez
P.O. Box 555
Canjilon, NM 87515

Subfile No. CHCJ-004-0054
Consent Order No. 6114:
Chester O. Weaver
3301 Bahama St. NE
Albuquerque, NM 87111

True, file-stamped copies of the Consent Orders for all the subfiles listed above were mailed to the following on the ___18th___ day of ___January___, 2001:

John W. Utton
P.O. Box 271
Albuquerque, NM 87103-0271

Edward G. Newville
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

_____
for   Special Master

2