

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 JAN 26 PM 1:48

*[signature]*
CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, et al.,<br><br>Defendants | 69cv07941 - JC - ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>SECTION 3 - Rio Nutrias, Rio Cebolla & Canjilon Creek<br><br>Subfile Nos:  CHCJ-002-0004<br>CHCJ-002-0013<br>CHCJ-002-0024<br>CHCJ-002-0028<br>CHCJ-002-0032<br>CHCJ-004-0014 |

## CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above and which concerning the Defendant(s) right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the _26th_ day of _January_, 2001:

Subfile No.  CHCJ-002-0004
Consent Order No. 6128:
Simon and Teodora Hernandez Fam Trust
1322 N. 350 W.
Sunset, UT 84015

Subfile No. CHCJ-002-0013
Consent Order No. 6129:
Barbara Sanchez
P.O Box 972
Bloomfield, NM 87413

Subfile No. CHCJ-002-0024
Consent Order No. 6130:
Eliza J. Jaramillo
Leo Jaramillo
2724 Washington NE
Albuquerque, NM 87110

Subfile No. CHCJ-002-0028
Consent Order No. 6131:
Jerry Garcia
Lydia Garcia
7231 Laster NE
Albuquerque, NM 87109

Subfile No. CHCJ-002-0032
Consent Order No. 6132:
Ross A. Martinez., Jr.
P.O. Box 576
Canjilon, NM 87515

Subfile No. CHCJ-004-0014
Consent Order No. 6133:
Yolanda Sanchez
8030 San Juan NE
Albuquerque, NM 87108

True, file-stamped copies of the Consent Orders for all the subfiles listed above were mailed to the following on the __26th__ day of __January__, 2001:

John W. Utton
P.O. Box 271
Albuquerque, NM 87103-0271

Edward G. Newville
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

_____
For Special Master