IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

01 JAN 29 PM 1:12

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Section 3 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| BAKER, CLYDE C. | CHCB-008-0001 |
|  | CHCB-005-0003 |
| BAKER, THERESA | CHCB-005-0003 |
|  | CHCB-008-0001 |
| CHACON, GLORIANNA G. | CHCB-003-0009 |
| CHACON, JOSE D. | CHCB-003-0018 |
|  | CHCB-003-0009 |
| CLARK, WILLIAM R. | CHCB-002-0005 |
| CORDOVA, JOSE LUCAS | CHCB-003-0003 |
|  | CHCB-002-0011 |
| COVA, EDNA Q | CHCB-002-0008 |
| COVA, GUILLERMO J. | CHCB-002-0008 |
| GARCIA, MERCEDES | CHCB-003-0016 |
| GARCIA, ROBERTO R. | CHCB-003-0016 |

6139

| **DEFENDANT NAME** | **SUBFILE No.** |
|---|---|
| HIBNER, ARTHUR F REV TRUST | CHCB-006-0001 |
| | CHCB-005-0005 |
| MAES, JOSE I ESTATE | CHCB-001-0001 |
| MARTINEZ, ADELA | CHCB-003-0022 |
| MARTINEZ, ALICE | CHCB-003-0006 |
| MARTINEZ, DAVID R. | CHCB-003-0022 |
| MARTINEZ, GUSTAVO | CHCB-007-0003 |
| MARTINEZ, MAX D. | CHCB-003-0006 |
| MARTINEZ, ROSINA Q. | CHCB-007-0003 |
| QUINTANA, DELFIN O AND FRANCES S TRUST | CHCB-002-0002 |
| QUINTANA, MARY | CHCB-001-0005 |
| RAYMOND, KAYE D. | CHCB-002-0005 |
| RIVERA, FELIPE B. | CHCB-003-0007 |
| RIVERA, FLORA | CHCB-003-0007 |
| RODELLA, IGNACITA V. | CHCB-003-0017 |
| SANCHEZ, CLORINDA N. | CHCB-004-0003 |
| SANCHEZ, ERNEST | CHCB-001-0002 |
| SANCHEZ, ESTHER L. | CHCB-003-0008 |
| SANCHEZ, MARGIE K. | CHCB-001-0002 |
| SANCHEZ, MEDARDO JR | CHCB-004-0003 |
| SANCHEZ, ROBERT | CHCB-003-0008 |
| SANCHEZ, TOBIAS H. | CHCB-001-0004 |
| SHORTLE, JAMES S. AND PARRIE V. REV TRUST | CHCB-002-0013 |
| TRUJILLO, EPIFANIO J. | CHCB-005-0001 |
| TRUJILLO, REBECCA D. | CHCB-005-0001 |
| VALDEZ, FELIX | CHCB-002-0004 |
| VALDEZ, GABRIEL JR | CHCB-002-0003 |
| VIGIL, FREDERICK R. | CHCB-003-0001 |
| VIGIL, GALINA V. | CHCB-003-0001 |

Respectfully submitted

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on **29** day of **January**, 2001.

*[signature]*

Edward G. Newville

SECTION 3 DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, New Mexico  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., N.W., Box 610
Albuquerque, NM  87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM  87701