IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

01 JAN 29 PM 1:09



69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Section 3 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| BACA, AMALIA M | CHCJ-002-0040 |
| | CHCJ-004-0050 |
| BACA, ENRIQUES | CHCJ-004-0032 |
| BACA, PAUL R | CHCJ-002-0021 |
| | CHCJ-002-0040 |
| | CHCJ-004-0050 |
| BAKER, GRACE G | CHCJ-005-0003 |
| BAKER, JAMES M | CHCJ-005-0003 |
| BLEA, JUDY | CHCJ-003-0005 |
| CASADOS, ERLINDA | CHCJ-002-0019 |
| CASADOS, ROBERT | CHCJ-002-0019 |
| DRANNON, DANA J | CHCJ-002-0007 |
| DRANNON, JAMES M | CHCJ-002-0007 |
| GARCIA, ABRAN AUGUSTINE | CHCJ-006-0002 |

6140

| **DEFENDANT NAME** | **SUBFILE No.** |
|---|---|
| GARCIA, CARLOS A | CHCJ-003-0025 |
| GARCIA, DELUVINA | CHCJ-003-0034 |
| GARCIA, FLORA | CHCJ-002-0046 |
| GARCIA, HORTANCIA | CHCJ-003-0029 |
| GARCIA, JERRY | CHCJ-002-0027D |
| | CHCJ-002-0027 |
| | CHCJ-002-0028 |
| | CHCJ-002-0027A |
| | CHCJ-002-0027C |
| GARCIA, LYDIA | CHCJ-002-0027D |
| | CHCJ-002-0027C |
| | CHCJ-002-0027A |
| | CHCJ-002-0028 |
| | CHCJ-002-0027 |
| GARCIA, ORLANDO | CHCJ-003-0034 |
| GARCIA, PAMELA | CHCJ-002-0015 |
| GARCIA, TEODORO | CHCJ-002-0015 |
| GARCIA, THOMAS | CHCJ-003-0014 |
| HERNANDEZ, SIMON AND TEODORA FAM TRUST | CHCJ-002-0004 |
| JARAMILLO, ELIZA J | CHCJ-002-0024 |
| JARAMILLO, LEO | CHCJ-002-0024 |
| LEYBA, BENJAMIN | CHCJ-004-0046 |
| LEYBA, DOROTHY | CHCJ-004-0009 |
| LEYBA, LEOPOLDO | CHCJ-004-0009 |
| | CHCJ-004-0004 |
| LEYBA, LOUISE M | CHCJ-004-0008 |
| LEYBA, MARIA | CHCJ-004-0003 |
| MAESTAS, FLORENCE | CHCJ-005-0002 |
| MAESTAS, MARCIA | CHCJ-003-0060 |
| MAESTAS, MARCIA H | CHCJ-004-0026 |
| MAESTAS, MIKE | CHCJ-003-0060 |
| MAESTAS, ODILIA | CHCJ-003-0014 |
| MAESTAS, RICHARD | CHCJ-005-0002 |
| MANZANARES, ALFONSO A | CHCJ-003-0010 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| MANZANARES, MARIA GLORIA | CHCJ-003-0009 |
| MANZANARES, RAMON A | CHCJ-003-0011 |
| MARQUEZ, MAX | CHCJ-002-0030 |
| MARTINEZ, ADAN | CHCJ-004-0036 |
| MARTINEZ, ADELA | CHCJ-004-0037 |
| MARTINEZ, ALBERT | CHCJ-003-0075 |
|  | CHCJ-004-0019 |
| MARTINEZ, ALICE | CHCJ-003-0074 |
| MARTINEZ, CARLA | CHCJ-003-0043 |
| MARTINEZ, CELINE | CHCJ-004-0042 |
| MARTINEZ, CREOLINDA M | CHCJ-004-0025 |
| MARTINEZ, DOROTHY | CHCJ-003-0018 |
| MARTINEZ, EUGENE | CHCJ-002-0043 |
| MARTINEZ, FIDEL | CHCJ-003-0050 |
| MARTINEZ, IRENE B | CHCJ-003-0075 |
|  | CHCJ-004-0019 |
| MARTINEZ, JAKE | CHCJ-003-0045 |
| MARTINEZ, JOSE LORENZO | CHCJ-002-0048 |
|  | CHCJ-003-0057 |
| MARTINEZ, JOSE MELISENDRO | CHCJ-004-0031 |
| MARTINEZ, LEONOR | CHCJ-004-0021 |
| MARTINEZ, LORENZO | CHCJ-003-0053 |
| MARTINEZ, LORRAINE S | CHCJ-003-0086 |
| MARTINEZ, LUCRETIA V | CHCJ-002-0033 |
| MARTINEZ, MARTIN | CHCJ-002-0033 |
| MARTINEZ, MAVE | CHCJ-004-0024 |
| MARTINEZ, MAX D | CHCJ-003-0074 |
| MARTINEZ, MELISENDRO | CHCJ-004-0021 |
| MARTINEZ, MELISSA | CHCJ-003-0083 |
| MARTINEZ, PRAXCEDES | CHCJ-003-0012 |
| MARTINEZ, RAY | CHCJ-003-0083 |
| MARTINEZ, RONALD A | CHCJ-003-0086 |
| MARTINEZ, ROSS A JR | CHCJ-002-0032 |
| MARTINEZ, STELLA | CHCJ-003-0050 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| MARTINEZ, SYLVIA | CHCJ-003-0015 |
| MARTINEZ, TONY M | CHCJ-003-0043 |
| MARTINEZ, VANGIE | CHCJ-003-0045 |
| MEDINA, JOSEPH G | CHCJ-003-0084 |
| MONTANO, EVARISTO C | CHCJ-003-0030 |
| | CHCJ-003-0033 |
| MONTANO, GENOVEVA | CHCJ-002-0012 |
| MONTANO, HORTANCE | CHCJ-003-0033 |
| MONTANO, JOSE P | CHCJ-003-0038 |
| | CHCJ-003-0039 |
| MONTANO, LUGGIE | CHCJ-003-0041 |
| MONTANO, MARIA CELINA | CHCJ-003-0039 |
| | CHCJ-002-0045 |
| MONTANO, OCTAVIANO JR | CHCJ-003-0082 |
| MONTANO, RUTH B | CHCJ-003-0030 |
| MONTANO, THOMAS | CHCJ-003-0041 |
| MORALES, HENRIETTA | CHCJ-003-0072 |
| | CHCJ-002-0026 |
| | CHCJ-003-0001 |
| MORALES, MOISES JR | CHCJ-003-0003 |
| | CHCJ-003-0001 |
| | CHCJ-003-0006 |
| | CHCJ-002-0026 |
| | CHCJ-003-0072 |
| MORALES, RAY G | CHCJ-003-0004 |
| MORALES, ROSALENA | CHCJ-003-0004 |
| OLGUIN, OLIVIA | CHCJ-004-0039 |
| PRESBYTERIAN CHURCH, | CHCJ-007-0001 |
| RIVERA, DOROTHY | CHCJ-004-0034 |
| RIVERA, ERNESTINE V | CHCJ-002-0016 |
| | CHCJ-002-0011 |
| | CHCJ-002-0015 |
| RIVERA, FLORA M | CHCJ-002-0009 |
| RIVERA, LEO E | CHCJ-002-0016 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| RIVERA, LEO E | CHCJ-002-0015 |
| | CHCJ-002-0011 |
| RIVERA, RAYMOND | CHCJ-002-0009 |
| RIVERA, SERGIO | CHCJ-002-0029 |
| RODRIGUEZ, JOSE C | CHCJ-003-0008 |
| RODRIGUEZ, SALLY M | CHCJ-003-0008 |
| ROMERO, PHOEBE M | CHCJ-004-0022 |
| SANCHEZ, AMOS RAY | CHCJ-004-0013 |
| SANCHEZ, BARBARA | CHCJ-002-0013 |
| SANCHEZ, PHILIP T. | CHCJ-004-0016 |
| SANCHEZ, YOLANDA | CHCJ-004-0014 |
| SANDOVAL, CHARLES | CHCJ-003-0040 |
| SANDOVAL, DIANNE R. | CHCJ-003-0040 |
| SERRANO, JOHN A. | CHCJ-002-0005 |
| SERRANO, SANDRA C. | CHCJ-002-0005 |
| | CHCJ-002-0027B |
| SOBERANEZ, ONOFRE | CHCJ-003-0017 |
| TRUJILLO, CARMELITA R | CHCJ-003-0063 |
| TRUJILLO, LORRAINE V | CHCJ-002-0002 |
| TRUJILLO, PEDRO P | CHCJ-002-0002 |
| VALDEZ, ADRIANO G | CHCJ-004-0007 |
| | CHCJ-002-0036 |
| | CHCJ-002-0018 |
| VALDEZ, ADRIANO S | CHCJ-002-0034 |
| VALDEZ, ANTONIO | CHCJ-002-0054 |
| VALDEZ, DELIA C | CHCJ-002-0034 |
| VALDEZ, VALERIA M | CHCJ-004-0007 |
| | CHCJ-002-0036 |
| VELASQUEZ, GOMISINDO | CHCJ-004-0049 |
| VELASQUEZ, PHIL | CHCJ-004-0052 |
| VIGIL, ARMANDO | CHCJ-003-0077 |
| VIGIL, ATOCHA | CHCJ-006-0003 |
| | CHCJ-003-0062 |
| VIGIL, CHARLES JR | CHCJ-003-0054 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| VIGIL, EMILIA | CHCJ-004-0042 |
| VIGIL, FRANCES | CHCJ-003-0077 |
| VIGIL, KARLA B | CHCJ-004-0058 |
| VIGIL, LAWRENCE | CHCJ-004-0005 |
| VIGIL, VICENTE | CHCJ-004-0058 |
| WEAVER, CHESTER O | CHCJ-004-0054 |

Respectfully submitted

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons
on _25_ day of _Jan_, 2001.

Edward G. Newville

Page 7

SECTION 3 DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, New Mexico  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., N.W., Box 610
Albuquerque, NM  87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM  87701