IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) |
| Plaintiff, | ) ) No. CV 7941 JC |
| v. | ) ) RIO CHAMA Stream System |
| ROMAN ARAGON, *et al.*, | ) ) Section 5, Rio Gallina Subsection |
| Defendants. | ) ) ) |

### UNITED STATES OF AMERICA'S MOTION TO VACATE
### DEADLINE FOR FILING AMENDED CLAIMS

The United States hereby moves the Special Master to vacate the deadline of February 1, 2001 for the United States to file its amended claims, if any. In support of this Motion, the United States asserts the following:

1. By order of May 8, 2000, the Special Master required the State to report to the United States on any claims of the United States the State disputed by December 1, 2000.

2. The State's report on disputed claims has not yet been received.

3. On October 16, 2000, the State of New Mexico submitted the following report to the United States: "Report of the Evaluation of the United States Forest Service Water Rights Claims Within the Rio Gallina Sub-Basin of the Rio Chama River Basin", dated October 6, 2000. This report was a technical analysis of the United States' claims. Counsel for the State Engineer has represented that the State may have additional issues with the United State's claims.

6141

4. Absent formal identification of the State's positions, the United States has no basis to determine whether amending its claims is appropriate.

5. Counsel for the State Engineer, the Acequias Nortenas and the 37 community acequias of La Associacion de Las Acequias del Rio Vallecitos, Tusas y Ojo Caliente and the El Rito Ditch Association have been contacted. Counsel for the United States was unable to reach Mr. Waltz, but Mr. Newvilee, Ms. Humphrey and Mr. Utton have indicated they do not oppose this motion.

6. The United States suggests that a mechanism for resolving the State's issues with respect to the United States' claims be discussed at the Status Conference scheduled for February 22, 2001.

WHEREFORE the United States respectfully requests that the Special Master grant this Motion. A proposed Order granting this motion is attached.

DATED this 29th day of January, 2001.

JOHN CRUDEN
Acting Assistant Attorney General

Respectfully Submitted,

DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
999 18th Street, Suite 945
Denver, Colorado 80202
Phone:    (303)312-7352
Fax:    (303)312-7331

2

## Certificate of Service

I hereby certify that the foregoing **UNITED STATES OF AMERICA'S MOTION TO VACATE DEADLINE FOR FILING AMENDED CLAIMS** and **[proposed] ORDER** has been served by placing true copies thereof in the United States mail, postage prepaid, to the attached service list, this 29th day of January, 2001.

David W. Gehlert

# CERTIFICATE OF SERVICE LIST FOR
## *STATE OF NEW MEXICO V. ARAGON*
## CV 7941 SC

Vickie L. Gabin, SM
c/o USDC-DC NM
P.O. Box 2384
Santa Fe, NM 87504-2384

Judy K. Stoft, Data Mgr
HYDRO LOGIC
P.O. Box 30781
Albuquerque, NM 87190

Ed Newville, Esq.
NM State Eng's. Office
P.O. Box 25102
Santa Fe, NM 87504

David Benavides, Esq.
Northern NM Legal Serv.
P.O. Box 5175
Santa Fe, NM 87502

Frank M. Bond
Simons, Cuddy & Friedman
P.O. Box 4160
Santa Fe, NM 87502

Bradley S. Bridgewater, Esq.
USDOJ-ENRD
999 18th St., Ste. 945
Denver, CO 80202

Annie-Laurie Coogan, Esq.
644 Don Gaspar Avenue
Santa Fe, NM 87501-4480

Jeffrey L. Fornaciari
P.O. Box 2068
Santa Fe, NM 87504

K. Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
Office of General Counsel
517 Gold Ave., SW,
Rm 4017
Albuquerque, NM 87102

Steven L. Bunch, Esq.
NM State Highway &
Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq .
P.O. Box 787
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Jessica R. Aberly, Esq.
500 Marquette Ave., NW
Suite 1050
Albuquerque, NM 87102

John W. Utton, Esq.
Charles T. DuMars, Esq.
P.O. Box 271
Albuquerque, NM 87103

Fred Vigil, Pro Se
P.O. Box 687
Mendanales, NM 87548

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

C. Mott Woolley
112 W. San Francisco, #312D
Santa Fe, NM 87501

Robert C. Eaton, Esq.
Office of the Solicitor
U.S. Dept. of Interior
P.O. Box 1042
Santa Fe, NM 87504

Joe Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

John E. Farrow, Esquire
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esquire
911 Old Pecos Trail
Santa Fe, NM 87501

Mary Humphrey, Esquire
P.O. Box 1574
El Prado, NM 87529

Randy E. Lovato, Esquire
8100 Rancho Sueno Court, NW
Albuquerque, NM 87120-3488

Wilbert E. A. Maez, Esquire
P.O. Box 3519 Fairview Station
Espanola, NM 87533

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Christopher D. Coppin
Attorney General's Office
6301 Indian School Road, NE
Suite 400
Albuquerque, NM 87110