IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB -2 PM 2:37

69cv07941 JC

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | |
| Plaintiff, v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | |

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW  Roger Jacquez  (please print your full name)
ROGER JACQUEZ

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHGA-03-0011 | [RJ] | [ ] |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s)  03-0011 (A.O.1)  because

I have no claim for 03-0011 A.O.1. I own the property line North of this tract. I irrigate approximately 3/4 acre. My wife, Pauline Q. Jacquez, is a Co-Owner.

RECEIVED

DEC - 8 2000

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6150

03-0011

_I do agree with tract (# 0.5)._

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

_Returing Signed waiver of Summons on 6/10/00._

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because

(Attach additional pages if necessary)

Answer to Complaint                 2                 ROGER JACQUEZ

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 11-15-00

_Roger Jacquez_
(Signature - ROGER JACQUEZ)

P.O. Box 2315
Espanola, N.M. 87532
(Address: Print Clearly)

753-7096
(Phone Number: Print Clearly)

**IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by August 31, 2000. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by August 31, 2000. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.**

