IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB -2 PM 1:24

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, by through his attorneys, and requests the Clerk of the Court, pursuant to Rule 55 (a), to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served has been served upon plaintiff's attorneys.

| | |
|---|---|
| Conrado Gomez | CHGA-02-0002 |
| Mary Irene Gomez | CHGA-02-0002 |
| Simonita Maestas Estate | CHGA-01-0007 |

ALL UNKNOWN CLAIMANTS OF INTEREST TO SURFACE WATERS IN THE RIO GALLINA SECTION OF THE RIO CHAMA STREAM SYSTEM

Dated: February 2, 2001

Respectfully submitted,

*/s/ Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

6151

(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Application for Entry of Default was mailed to the following persons on February __2__ 2001.

*Edw*

Edward G. Newville

Conrado & Mary Irene Gomez
2201 Marie Place NW
Albuquerque, NM 87104

Simonita Maestas Estate
1007 Highway 550
Aztec, NM 87410

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Judy K. Stoft, Data Manager.
HYDRO-LOGIC
P.O. Box 30781
Albuquerque, NM 87190-0781

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

2

John W. UTton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501