IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.,<br><br>Defendants. | No. CIV 69-7941-JC<br>RIO CHAMA STREAM SYSTEM |

## NOTICE OF SUBSTITUTION OF COUNSEL

Jessica R. Aberly hereby withdraws her appearance as attorney of record for the Pueblo of San Juan ("Pueblo") in the above-captioned case. Susan G. Jordan hereby enters her appearance as counsel for the Pueblo. Lester K. Taylor remains as lead counsel in this case.

Correspondence to counsel for the Pueblo should be sent to the following two addresses:

Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette Ave. NW, Suite 1050
Albuquerque, NM 87102

Susan G. Jordan
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
Suite 9
200 W. De Vargas Street
Santa Fe, NM 87501

Respectfully submitted,

NORDHAUS, HALTOM, TAYLOR,          NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH, LLP              TARADASH & BLADH, LLP

_____            _____
Jessica R. Aberly                   Susan G. Jordan

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing "Notice of Substitution of Counsel" were served on all parties on the attached mailing list by placing the same in the United States mail, first-class postage prepaid, this ⎿5⏌ day of February, 2001.

_____
Susan G. Jordan

Annie-Laurie Coogan, Esq.
1520 Paseo De Peralta
Santa Fe, NM 87501-3722

Vickie L. Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Ed Newville, Esq.
Special Assistant Attorney General
State Engineer Office Legal Division
P.O. Box 25102
Santa Fe, NM 87504-5102

Ms. Karla McCall
4 Darrah Rd.
Los Lunas, NM 87031

Frank M Bond Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504-2068

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave., SW, Rm. 4017
Albuquerque, NM 87102

Christopher D. Coppin, Esq.
Assistant Attorney General
6301 Indian School Rd NE STE 400
Albuquerque, NM 87110

Peter Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Fred Vigil, Pro Se
P.O. Box 687
Mendanales, NM 87548-0687

Darcy S. Bushnell
Water Adjudication Office
United States District Court
District of New Mexico
P.O. Box 689
Albuquerque, NM 87103-0689

John C. Woolley
c/o C. Mott Woolley, Esq.
112 W. San Francisco St.
Suite 312 D
Santa Fe, NM 87501

Joe Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Charles T. DuMars
John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103

David Benavides
Northern NM Legal Services
P.O. Box 5175
Santa Fe, NM 87502-5175

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
U.S. Department of Justice
Suite 945, North Tower
999 Eighteenth Street
Denver, CO 80202

Fred J. Waltz
P.O. Box 6390
Taos, NM 87571

Benjamin Phillips
John F. McCarthy, Jr.
Paul L. Bloom
P.O. Box 787
Santa Fe, NM 87504-0787

Steven Bunch, Esq.
N.M. Hwy. & Transp. Dept.
P.O. Box 1149
Santa Fe, NM 98504-1149

K. Janelle Haught
P.O. Box 25944
Albuquerque, NM 87125