IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   69cv07941- JEC-ACE<br>)<br>)   RIO CHAMA STREAM SYSTEM<br>)<br>)   Section 5 - Rio Gallina<br>)<br>) |

ORDER GRANTING UNITED STATES' MOTION
TO VACATE DEADLINE FOR FILING AMENDED CLAIMS

This matter is before the Special Master on the United States' Motion to Vacate Deadline for Filing Amended Claims (Docket No. 6305). Being fully advised in the premises, the Motion is GRANTED.

No later than Monday, February 12, 2001, counsel for the State of New Mexico, ex rel. State Engineer, shall file a statement explaining the State's noncompliance with the May 8, 2000, Order Adopting Initial Procedures for the Adjudication of the Federal Non-Indian Claims in the Rio Gallina Section (No. 5896).

IT IS SO ORDERED.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN