IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB -2 PM 1:25

[signature]
SANTA FE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW __Alice Jacquez__ (please print your full name)
ALICE JACQUEZ

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| ~~CHGA-02-20032~~ | ☐ | ☐ |
| CHGA-02-20047 | ☒ AJ | ☐ |
| ~~CHGA-MC-C-012~~ | ☐ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) __CHGA 02-0047_____because

**RECEIVED**

JAN 1 0 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6156

