IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB -6 PM 2: 0*

Robert March
CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## CLERK'S CERTIFICATE OF DEFAULT

I, Robert M. March, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants waived service of summons in this proceeding as follows:

| Defendant | Subfile No. | Date of Waiver |
|---|---|---|
| Conrado Gomez | CHGA-02-0002 | July 18, 2000 |
| Mary Irene Gomez | CHGA-02-0002 | July 18, 2000 |

I further certify, that the following defendants were served by publication as shown by Proof of Publication of Notice of Pendency of Suit (6060) filed December 1, 2000:

| Defendant | Subfile No. |
|---|---|
| Simonita Maestas Estate | CHGA-01-0007 |

ALL UNKNOWN CLAIMANTS OF INTEREST TO SURFACE WATERS IN THE RIO GALLINA SECTION OF THE RIO CHAMA STREAM SYSTEM

I further certify that the above-named defendants have failed to appear, answer, or otherwise

file a responsive pleading in this cause.

WHEREFORE, I certify that the above named defendants are in default.

DATED this _____6th_____ day of February, 2001.

ROBERT M. MARCH, Clerk

_____
Clerk of the United States District Court
Deputy