IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**FILED**
at Santa Fe, NM

FEB -8 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

　　　　Plaintiff,

v.

RAMON ARAGON, *et al.*,

　　　　Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-03-0017

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

　　　　I, JOSE L. CHACON by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0017 which I signed and approved on _1-9-01_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(date)
represents the resolution of all claims to water rights in connection with Subfile No. CHGA-03-0017 under the Answer (5993) filed with the Court on November 1, 2000.

_Jose L. Chacon_
JOSE L. CHACON

_1-09-01_
date

6160