IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
at Santa Fe, NM

FEB -8 2001


ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-03-0025

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, JOSE L. CHACON by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0025 which I signed and approved on __01-09-01__
                                                                                                    (date)
represents the resolution of all claims to water rights in connection with Subfile No. CHGA-03-0025 under the Answer (5993) filed with the Court on November 1, 2000.

__Jose L. Chacon__
JOSE L. CHACON

__1-09-01__
date

6162