IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
at Santa Fe, NM

FEB - 8 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-02-0041

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, JOSE L. CHACON by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0041 which I signed and approved on __1-18-01__
(date)
represents the resolution of all claims to water rights in connection with Subfile No. CHGA-02-0041 under the Answer (5993) filed with the Court on November 1, 2000.

_____
JOSE L. CHACON

__1-18-01__
date