IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
at Santa Fe NM

FEB - 8 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-02-0024A

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, JOE VELASQUEZ, by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0024A which I signed and approved on __1/18/001__
(date)
represents the resolution of all claims to water rights under the Answer (6043) filed with the Court on November 20, 2000.

_____
JOE VELASQUEZ

Jan. 18, 2001
date

RECEIVED

JAN 2 9 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6172