IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB -9 PM 2:57

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM

## NEW MEXICO'S SEMIANNUAL HYDROGRAPHIC SURVEY STATUS REPORT

COMES NOW plaintiff State of New Mexico, *ex rel*. State Engineer ("State") by and through its undersigned attorney and respectfully submits it semiannual hydrographic survey report for the Rio Chama stream system.

Section 3 - Nutrias, Cebolla, Canjilon:

The State Engineer completed and filed its hydrographic surveys and reports for the Rio Nutiras, Cebolla and Canjilon Creek subsections of Section 3 on April 17, 2000, July 17, 2000, and August 17, 2000, respectively.

Section 7 - Rio Chama above El Vado:

The State Engineer completed the hydrographic survey and report for the Rito de Tierra Amarilla on January 12, 2001, and filed the survey and report with the court on January 31, 2001. The second subsection (Rio Brazos) is nearing completion and is expected to be filed with the Court

6173

in early April 2001. The Rio Brazos survey will encompass approximately 3,898 irrigated acres and will involve approximately 250 defendants. After the completion of this survey the hydrographic survey work in Section 7 will be approximately 50% complete. Following the Rio Brazos survey, three additional survey reports will complete the work in Section 7. At this point it time, it is anticipated that all of these surveys will be completed by the end of 2001 as planned.

DATED: February 9, 2001

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Notice of the Semiannual Hydrographic Survey Status Report was mailed to the following persons on February ___9___, 2000.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

2

Karla McCall, Data Manager
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

3

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave. S.W., Rm. 4001
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
P.O. Box 787
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504

Lester K. Taylor, Esq.
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504