IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5
CHGA-02-0009
CHGA-03-0011

### ORDER SETTING ASIDE ENTRY OF DEFAULT

This is before the Court upon the State of New Mexico's February ___2___, 2001 (6152) motion to set aside the entry of default of Selustriano Gonzales, Jr. and Roger Jacquez. The Court having considered the motion and being otherwise fully advised in the premises, finds that the entry of default of said defendants should be and hereby is set aside.

_____
UNITED STATES DISTRICT JUDGE