IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB 12 PM 2: 36

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## STATEMENT BY THE STATE OF NEW MEXICO

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and in response to the Order (No. 6154) directing counsel for the State of New Mexico to file a statement explaining the State's noncompliance with the May 8, 2000, Order Adopting Initial Procedures for the Adjudication of the Federal Non-Indian Claims in the Rio Gallina Section (No. 5896) the undersigned counsel states that the Order filed May 8, 2000, was agreed upon by counsel for the State of New Mexico ("State"), the United States, and counsel for various Acequia groups after two telephonic conferences to discuss the manner by which the State might address the United States' claims. Counsel for the State's understanding of the agreement reached during those discussions, and understanding of the subsequent procedural order filed with the Court on May 8, 2000, was that the State would undertake a field investigation of the United States' claims where necessary (with the participation of representatives from the Acequias), and provide a report to the parties on the results of that investigation.

The State completed its field investigation of the United States' claims in October of 2000 as

required, and on or about October 16, 2000, provided a report to the United States concerning the State's disagreement with numerous factual or technical aspects concerning the stock watering and wildlife watering claims submitted by the United States. This report was not intended to represent a comprehensive response to the United States concerning its claims, nor was it intended to take a specific legal position with respect to whether or not the State would accept or reject any particular claim.

Counsel believes this report was in compliance with both the understanding of the above mentioned counsel, and the procedural order filed with the Court. It was the understanding of Counsel for the State that this procedure would allow the State and the United States to move forward with respect to the United States' claims, and to attempt to resolve any disputed factual issues prior to development of the State's legal position with regard to those claims. For these reasons, the State respectfully suggests that there has been no noncompliance with the procedural order filed May 8, 2000.

Dated: February 12, 2001

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

2

## CERTIFICATE OF SERVICE

I certify that the foregoing Statement by the State of New Mexico was mailed to the following persons on February ___/2___, 2001.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

3