IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff, State of New Mexico, *ex rel*., State Engineer, by and through his attorneys, and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Simonita Maestas Estate | CHGA-01-0007 |
| Conrado Gomez | CHGA-02-0002 |
| Mary Irene Gomez | CHGA-02-0002 |
| Ezequiel Cordova | CHGA-02-0017 |

and as grounds therefore plaintiff states:

1.  That the Court has jurisdiction over the defendants as shown by proof of service of process upon defendant Simonita Maestas Estate (Docket. No. 6060), and waivers of service of summons by defendants Conrado Gomez, Mary Irene Gomez and Ezequiel Cordova (Docket No. 5918).

2.  That the defendants named above are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the clerk=s certificates of default (Docket Nos. 6063, 6321).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State=s proposed consent orders and in conformance with the Rio Gallina January 14, 2000, Amended Hydrographic Survey and Report.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for for Default Judgment was mailed to the following persons on February  14 , 2001.

/s/ Ed Newville
Edward G. Newville

Simonita Maestas Estate
1007 Highway 550
Aztec, NM 87410

Conrado & Mary Irene Gomez
2201 Marie Place NW
Albuquerque, NM 87104

Ezequiel Cordova
P.O. Box 53
East Carbon City, UT 84520
Special Master Vickie L. Gabin
USDC-DCNM

P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501