# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

       v.

RAMON ARAGON, *et al.*,

       Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos:  CHGA-02-0012
             CHGA-02-0021B
             CHGA-02-0021C
             CHGA-02-0024A
             CHGA-02-0041
             CHGA-03-0009
             CHGA-03-0014
             CHGA-03-0016
             CHGA-03-0017
             CHGA-03-0021
             CHGA-03-0025

## CERTIFICATE OF SERVICE

I hereby certify that rue, file-stamped copies of the Consent Orders for the subfiles listed above,

concerning the Defendants right to use the public waters of the Rio Chama Stream System, were mailed to

the following Defendants on the _____14th_____ day of February, 2001:

Subfile No. CHGA-02-0012
Docket No. 6332
Alfonso Cordova, Jr.
HC 78 Box 10
Gallina, NM 87017

Subfile No. CHGA-02-0021B
Docket No. 6331
Ronald Chavez
P.O. Box 92
Gallina, NM 87017

Subfile No. CHGA-02-0021C
Docket No. 6330
Thelma Chavez
P.O. Box 184

Subfile No. CHGA-02-0024A
Docket No. 6338
Joe Velasquez
P.O. Box 47

Gallina, NM 87017

Gallina, NM 87017

Subfile No. CHGA-02-0041
Docket No. 6321
Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

Subfile No. CHGA-03-0009
Docket No. 6333
Reina Maestas
P.O. Box 131
Gallina, NM 87017

Subfile No. CHGA-03-0014
Docket No. 6334
Herman and Pauline Jacquez
P.O. Box 39
Gallina, NM 87017

Subfile No. CHGA-03-0016
Docket No. 6335
Reina Maestas
P.O. Box 131
Gallina, NM 87017

Subfile No. CHGA-03-0017
Docket No. 6326
Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

Subfile No. CHGA-03-0021
Docket No. 6325
Lucinda Chacon
P.O. Box 58
Gallina, NM 87017

Subfile No. CHGA-03-0025
Docket No. 6328
Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

True file stamped copies of the Consent Orders for all the subfiles above were mailed to the

following persons on the ___14th___ day of February, 2001.

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

A copy of this Certificate of Service was mailed to the following persons on the ___15th___

__day of February, 2001.

   /s/ Ed Newville
Edward G. Newville


Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street

3

Santa Fe, NM 87501

5