# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

       v.

RAMON ARAGON, *et al.*,

       Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties Defendant (No.6176) filed on February 13, 2001.

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's Motion to Join Additional Parties Defendant are joined as parties defendant to this action.

 

                                  /electronic signature/
                           UNITED STATES DISTRICT JUDGE