IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB 22 AM 8:58

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT
## AND
## MOTION TO SET ASIDE ENTRY OF DEFAULT

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys and moves the Court to set aside the clerk's entry of default for the following defendants:

Conrado Gomez         CHGA-02-0002

Mary Irene Gomez    CHGA-02-0002

As grounds therefor plaintiff states:

1. The plaintiff's Application for Entry of Default (6151) with respect to the above defendants was filed with the federal district court on February 2, 2001. The Clerk's Certificate of Default (6321) was entered on February 6, 2001.

2. The plaintiff has been credibly informed and believes that while the above defendants have some claim to water rights in Section 5 of the Rio Chama Stream System, they are in fact not the owners of the tract of land mapped under subfile CHGA-02-0002. Additional research and field work will be necessary in this subfile to correctly adjudicate the water rights involved.

6183

3.　　The plaintiff hereby withdraws the Motion for Default Judgment (6177) filed on February 15, 2001, insofar as that motion pertains to Conrado and Mary Irene Gomez and subfile CHGA-02-0002.

WHEREFORE, the plaintiff State of New Mexico requests the Court to set aside the entry of default for defendants Conrado Gomez and Mary Irene Gomez.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Withdrawal of Motion for Default Judgment and Motion to Set Aside Entry of Default was mailed to the following persons on February __22__, 2001.

*Ehn*

Edward G. Newville

Conrado and Mary Irene Gomez
2201 Marie Place NW
Albuquerque, NM 87104

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610

2

Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501