IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 JAN 26 PM 1:48

Robert M. March
CLERK-ALBUQUERQUE

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
 )
Plaintiff, )
 )  69cv07941 - JC - ACE
v. )
 )  RIO CHAMA STREAM SYSTEM
RAMON ARAGON, et al., )
 )  SECTION 5 - Rio Gallina
Defendants )
 )  Subfile Nos:  CHGA-01-0002
 )               CHGA-01-0011
 )               CHGA-02-0010
 )               CHGA-02-0015
 )               CHGA-02-0022
 )               CHGA-02-0024B
 )               CHGA-02-0036
 )               CHGA-03-0023

## CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above and which concerning the Defendant(s) right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the 26th day of January, 2001:

Subfile No. CHGA-01-0002
Consent Order No. 6120:
Reducinda Maestas
Box 12
Coyote, NM 87012

Subfile No. CHGA-01-0011
Consent Order No. 6121:
Amadeo Segura
Cruzita Segura
5309 Valley View Ave.
Farmington, NM 87402

1


6184

Subfile No. CHGA-02-0010
Consent Order No. 6122:
Miguel Lujan
P.O. Box 685
Española, NM 87532

Subfile No. CHGA-02-0015
Consent Order No. 6123:
Raymond Suazo
6327 Mary Todd Ct.
Centreville, VA 20121

Subfile No. CHGA-02-0022
Consent Order No. 6124:
Martha Cordova
P.O. Box 57
Gallina, NM 87017

Subfile No. CHGA-02-0024B
Consent Order No. 6125:
Laura A. Velasquez
Steve E. Velasquez
P.O. Box 23
Gallina, NM 87017

Subfile No. CHGA-02-0036
Consent Order No. 6126:
Cassilda Jacquez Serrano
P.O. Box 211
Gallina, NM 87017

Subfile No. CHGA-03-0023
Consent Order No. 6127:
Levi A. Sanchez
Mary Sanchez
P.O. Box 1112
Abiquiu, NM 87510

A true, file-stamped copy of the Acknowledgment of the Resolution of Claims, Docket No. 6134, for Subfile No. CHGA-02-0024B was mailed to the following Defendants on the 26th day of January, 2001:

Laura A. Velasquez
Steve E. Velasquez
P.O. Box 23
Gallina, NM 87017

A true, file-stamped copy of the Acknowledgment of the Resolution of Claims listed above and true filed stamped copies of the Consent Orders listed above were mailed to the following on the 26th day of January, 2001:

2

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

Edward G. Newville
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

*[signature]*
For Special Master