IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB 27 PM 3: 08

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## NEW MEXICO'S REQUEST FOR PRETRIAL CONFERENCE

Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") respectfully requests the Court to schedule a Pretrial Conference with the following named defendants for the purpose of adopting a scheduling order to govern the course of future proceedings in these disputed subfiles.

| Subfile No. | Defendants |
|---|---|
| CHGA-02-0006A | Henry L. Jacquez<br>1110 Maez Rd.<br>Santa Fe, NM 87501 |
| CHGA-02-0027A | Luis Toby Velasquez, Genevieve M. Velasquez<br>5505 Sicily Rd. NW<br>Albuquerque, NM 87114 |
| CHGA-02-0027B | Gabriel Maestas Jr, Mary Ann Maestas<br>P.O. Box 5<br>Gallina, NM 87017 |
| CHGA-02-0042 | Marino Jacquez<br>P.O. Box 614<br>Cuba, NM 87013 |

6185

| | |
|---|---|
| CHGA-03-0007 | Juan C. Chavez, Patsy L. Chavez<br>P.O. Box 152<br>Gallina, NM 87017 |
| | Jose P. Chavez, Piedad Chavez<br>P.O. Box 8<br>Gallina, NM 87017 |
| CHGA-04-0001A | Julian Vigil, Mary Vigil<br>P.O. Box 110<br>Gallina, NM 87017 |
| | Robert M. Vigil<br>P.O. Box 110<br>Gallina, NM 87017 |

Counsel for the State requests that the pretrial conference be held in Gallina, New Mexico on Saturday March 24, 2001, at Our Lady of Guadalupe Parish Hall. Counsel for the Gallina-Capulin Acequias, Mary Humphrey, has approved this proposed location and date. Items to be discussed at the conference would include the exchange of reports from retained experts, the exchange of witness lists and exhibits, and the scheduling of a hearing before the court to resolve the claims of the defendants with respect to the above subfiles.

DATED: February 26, 2001

Respectfully submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Request for Pretrial Conference was mailed to the following persons on February __27__, 2001.

_____
Edward G. Newville

Henry L. Jacquez
1110 Maez Rd.
Santa Fe, NM 87501

Luis Toby Velasquez
Genevieve M. Velasquez
5505 Sicily Rd. NW
Albuquerque, NM 87114

Gabriel Maestas Jr
Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Marino Jacquez
P.O. Box 614
Cuba, NM 87013

Juan C. Chavez
Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Jose P. Chavez
Piedad Chavez
P.O. Box 8
Gallina, NM 87017

Julian Vigil
Mary Vigil
P.O. Box 110
Gallina, NM 87017

Robert M. Vigil
P.O. Box 110

Gallina, NM 87017

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501