UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: ~~Feb 22, 2001~~          TIME: 10:00 AM

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:   ( )  Senior Judge E.L. Mechem
                  (✓)  Vickie L. Gabin, Special Master

CASE NAME & NUMBER: State of NM exrel State Engineer v. Aragon

69cv07941-JEC; Rio Chama Adjudication

COUNSEL:

See Attached Distribution List

NOTES: Status Conference for Section 5 - Rio Gallina ordered by Special Master in Notice filed 1-12-2001, #6108. Matters discussed included:

1) The State reported on number of subfiles approved & signed and those open with disputes; State also reported that field work for all claims should be completed this summer.

2) Special Master instructed counsel to have pre-hearing conference before end of March in Gallina; date for pre-hearing and tentative date for hearing to be reported to her by end of February.

3) Special Master requested that motions for default be sent to defendants by certified mail.

4) State considering change in management of water adjudications to have one atty handle certain federal claims in all adjudications.

COURT REPORTER:
CONNIE JURADO
PAUL BACA PROFESSIONAL COURT REPORTERS
400 GOLD SW, SUITE 200
P.O. BOX 1868
ALBUQUERQUE, NM 87103
505/843-9241  FAX: 505/843-9242

ADDITIONAL PERSONS ATTENDING:
SEE ATTACHED LIST

6186

# DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69 CV 7941 - JC
### Rio Chama Adjudication - Section 5: Rio Gallina
### December 21, 2000

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Sante Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

✓Karla McCall, Data Manager
AquaTek
4 Darrah Road
Los Lunas, NM 87031

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Bradley S. Bridgewater, Esq.
✓David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

✓Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM 87529

✓Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

✓John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

✓Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

✓Wilfred Rael
P.O. Box 603
Questa, NM 87556

# CHAMA ADJUDICATION
## Status Conference - Section 5: Rio Gallina

### Thursday, February 22, 2001

## ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|------|---------|----------|-----------|
| Mark Fesmire | State Eng Off. | | 827-6154 |
| Chris Rodriguez | " | | 827-6113 |
| Lorenzo Romero | " | | 827-6184 |
| James Aguirre | " | | 827-3868 |
| Heather Standley | " | | 827-7849 |
| Mike Recker | " | | 827-3915 |
| Ray Rivera | " | | 827-7846 |
| Fidel Trujillo | | | 852-4113 |
| Kathy Cleveland | CBLTD | 87031 | 565-2844 |
| Fred Kipnes | OSE | | 827-7800 |
| A. Wilfred Rael (Ghost) | | 87556 | 586-1734 |

**Please See Next Page**

# CHAMA ADJUDICATION
## Status Conference - Section 5: Rio Gallina

### Thursday, February 22, 2001

### ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Steve Polaco | P.O. Bx 73 | 87575 | 505-588-7758 |
| Hilario Rubio | P.O. Box 25102 OSE Santa Fe, NM | 87504 | 827-1844 |
| Ruby Chacon | PO Box 163 Gallina, NM | 87017 | 638-5386 |
| Eddie J. Chacon | PO Box 163 Gallina, NM | 87017 | 638-5386 |
| Abram Cordova | P.O. Box 921 Cuba NM | 87013 | 289-3638 |
| Ed Newville | SEO Santa Fe NM | 87043 | |
| Dave Gehlert | USDOJ | | (303) 312-7352 |
| John Utton | 707 Broadway Suite 300 A64 | 87103 | 505-247-0411 |
| Mary Humphrey | P.O. Bx 1574 El Prado NM | 87529 | 505-758-2203 |
| Fred Waltz | | | |
| Paul Garcia | P.O. Box 507 Espanola | | 505-753-6295 |

**Please See Next Page**

# CHAMA ADJUDICATION
## Status Conference - Section 5: Rio Gallina

### Thursday, February 22, 2001

## ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Xavier McCau | 4 Darrah Vd | 87031 | 8656218 |
| Edward Bagley | SEO Santa Fe, NM | 87043 | |

**Please See Next Page**