# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB 28 PM 3: 11

[signature]

**STATE OF NEW MEXICO**, *ex rel.*
**State Engineer**

Plaintiff,

v.

**RAMON ARAGON**, *et al.*,

Defendants.

69cv07941 JEC-ACE

**RIO CHAMA STREAM SYSTEM**
Section 3: Rio Nutrias, Rio Cebolla
Canjilon Creek

## NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2. The persons or entities listed in Exhibit A are in Section 3 of the Rio Chama Basin, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 3 of the Rio Chama Basin.

6187

DATED: February 28, 2001

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on February __28__, 2001.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945

2

Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM 87701

**EXHIBIT A**

| DEFENDANT | SUBFILE NO. | ADDRESS |
| --- | --- | --- |
| James S. And Parrie V. Shortle Rev. Trust | CHCB-02-0013 | 4010 SR 150, Chelan WA 98816 |
| Jedburgh Ltd. | CHCB-07-0001 | 544 B. Alum Creek Rd., Smithville TX 78957 |
| Leroy A. Martinez | CHCB-07-0002 | P.O. Box 218, Canjilon NM 87515 |
| Donna M. Martinez | CHCB-07-0002 | P.O. Box 218, Canjilon NM 87515 |
| John A. Serrano | CHCJ-02-0005 | 15927 Jade St., Yelm WA 98597 |
| Luis S. Torres | CHCJ-03-0059B | P.O. Box 901, Santa Cruz NM 87567 |
| Anne T. Cain | CHCJ-03-0059B | P.O. Box 901, Santa Cruz NM 87567 |
| Elfa Leyba | CHCJ-04-0003A | General Delivery, Canjilon NM 87515 |
| Rebecca Martinez | CHCJ-04-0003A | General Delivery, Canjilon NM 87515 |
| Alfredo Montoya Jr. | CHCJ-04-0003B | 529 Camino Solano, Santa Fe NM 87501 |
| Louise O. Montoya | CHCJ-04-0003B | 529 Camino Solano, Santa Fe NM 87501 |
| Esmeraldo Martinez | CHCJ-04-0011 | P.O. Box 475, Canjilon NM 87515 |
| Allen Silverstein | CHCJ-04-0020 | 736 ½ Montez, Santa Fe NM 87501 |
| Juanito E. Maes, Jr. | CHCJ-04-0040 | P.O. Box 543, Canjilon NM 87515 |
| Joseph M. Maes | CHCJ-04-0040 | P.O. Box 543, Canjilon NM 87515 |