IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
Canjilon Creek

## MOTION TO CORRECT DEFENDANT'S NAMES

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and moves the Court to issues its order for correcting the names of the defendants named below in the above-styled and captioned cause to read as follows:

| | | | |
|---|---|---|---|
| from Juan Montano | to | Juan R. Montano | CHNU-01-0001 |
| from Fredrico R. Vigil | to | Fredrick R. Vigil | CHCB-03-0001 |
| from James F. Findley | to | James S. Findley | CHCJ-02-0022 |
| from Sandra C. Lewis | to | Sandra C. Serrano | CHCJ-02-0027 |
| Moises Morales | to | Moises Morales Jr. | CHCJ-03-0001<br>CHCJ-03-0003<br>CHCJ-03-0072 |
| Marcia Maestas | to | Marcia H. Maestas | CHCJ-03-0060 |
| Maria Leyba et al. | to | Maria F.M. Leyba | CHCJ-04-0003A |

DATED February 28, 2001

Respectfully submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Defendant's Names was mailed to the following persons on February __28__, 2001.

*[signature]*

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

2

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM 87701