IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941-JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-03-0015

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, ROSALIE F. WILSON by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0015 which I signed and approved on 2-18-01 _____ represents the resolution of all claims to water rights in connection with Subfile No. CHGA-03-0015 under the Answer (6059) filed with the Court on December 1, 2000.

ROSALIE F. WILSON

2-18-01
date