IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 FEB 28 PM 3: 10

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC/ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-02-0009C

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, VIVIAN SUAZO by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0009C which I signed and approved on __1·16·01__ _____ represents the resolution of all claims to water rights in connection with Subfile No. CHGA-02-0009C under the Statement of Water Rights Claim (5959) filed with the Court on October 2, 2000.

_____
VIVIAN SUAZO

__2-14-01__
date

**RECEIVED**

FEB 15 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6192