IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRIC
DISTRICT OF NEW ME

01 MAR -2 AM 9

Robert M March
CLERK-SANTA F

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |

## ORDER SETTING ASIDE ENTRY OF DEFAULT

This is before the Court upon the State of New Mexico's February __22__, 2001 motion to set aside the entry of default of Conrado Gomez and Mary Irene Gomez (CHGA-02-0002). The Court having considered the motion and being otherwise fully advised in the premises, finds that the entry of default of said defendants should be and hereby is set aside.

_____
UNITED STATES DISTRICT JUDGE

6193