IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**
      **Plaintiff,**

    v.

**RAMON ARAGON,** *et al.***,**
      **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
Canjilon Creek

## ORDER CORRECTING DEFENDANT'S NAMES

This is before the Court upon State of New Mexico's February 28, 2001 motion to correct defendant's names (Docket No. 6188). The Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be and hereby are corrected as follows:

| | | | |
|---|---|---|---|
| from Juan Montano | to | Juan R. Montano | CHNU-01-0001 |
| from Fredrico R. Vigil | to | Fredrick R. Vigil | CHCB-03-0001 |
| from James F. Findley | to | James S. Findley | CHCJ-02-0022 |
| from Sandra C. Lewis to | | Sandra C. Serrano | CHCJ-02-0027 |
| Moises Morales | to | Moises Morales Jr. | CHCJ-03-0001<br>CHCJ-03-0003<br>CHCJ-03-0072 |
| Marcia Maestas | to | Marcia H. Maestas | CHCJ-03-0060 |
| Maria Leyba *et al.* | to | Maria F.M. Leyba | CHCJ-04-0003A |

                                              /electronic signature/
                                       UNITED STATES DISTRICT JUDGE