# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| **Plaintiff,** | **69cv07941 JEC-ACE** |
| v. | **RIO CHAMA STREAM SYSTEM** Section 3: Rio Nutrias, Rio Cebolla |
| **RAMON ARAGON,** *et al.*, | Canjilon Creek |
| **Defendants.** | |

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties Defendant (No. 6187) filed on February 28, 2001.

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's February 28, 2001, Motion to Join Additional Parties Defendant are joined as parties defendant to this action.

                                            /electronic signature/
                                   UNITED STATES DISTRICT JUDGE