IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 MAR -1 AM 11: 57

CLERK ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,  )<br><br>Plaintiff,  )<br><br>-v-  )<br><br>RAMON ARAGON, et al.,  )<br><br>Defendants  )<br>_____) | 69cv07941- JEC - ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 - Rio Gallina |

### NOTICE OF PREHEARING CONFERENCE ON DISPUTED SUBFILES

Pursuant to the Procedural Order for the Adjudication of Water Rights Claims in the Rio Gallina Section of the Rio Chama Stream System, entered March 15, 2000 (Docket No. 5890), as amended, and Fed. R. Civ. P. 16, the Special Master will hold a prehearing conference on Saturday, March 24, at 10:30 a.m. to 12:00 p.m., at Our Lady of Guadalupe Parish Hall in Gallina, N.M. The following *pro se* water rights claimants are hereby ordered to appear:

1. CHGA-02-0006A  Henry L. Jacquez
          1110 Maez Rd.
          Santa Fe, NM 87501

2. CHGA-02-0027A  Luis Toby Velasquez, Genevieve M. Velasquez
          5505 Sicily Rd. N.W.
          Albuquerque, NM 87114

3. CHGA-02-0027B  Gabriel Maestas Jr., Mary Ann Maestas
          P.O. Box 5
          Gallina, NM 87017

4. CHGA-02-0042   Marino Jacquez
          P.O. Box 614
          Cuba, NM 87013

6197

5. CHGA-03-0007		Juan C. Chavez, Patsy L. Chavez
			P.O. Box 152
			Gallina, NM 87017

			Jose P. Chavez, Piedad Chavez
			P.O. Box 8
			Gallina, NM 87017

6. CHGA-04-0001A		Julian Vigil, Mary Vigil
			P.O. Box 110
			Gallina, NM 87017

			Robert M. Vigil
			P.O. Box 110
			Gallina, NM 87017

Claimants who intend to retain an attorney for purposes of the trial shall inform Mr. Ed Newville, Esq., counsel for the State of New Mexico, el rel. State Engineer, and the Special Master as soon as possible. Retained counsel shall appear at the prehearing conference.

The purpose of the hearing is to adopt a pretrial order to guide the course of the litigation of the disputed subfiles listed above. Items to be discussed include the exchange of witness lists and evidence, and hearing dates. Counsel for the State shall be prepared with a proposed hearing schedule.

IT IS SO ORDERED.

_____
SPECIAL MASTER VICKIE L. GABIN