IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES
DISTRICT COURT OF NEW MEXICO

01 MAR -8 AM 11: 54

*[signature]*
69cv07941 JEC-ACE FE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

v.

ROMAN ARAGON, *et al.,*

     Defendants.

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

**Subfile No.: CHCJ-002-0027B**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

SANDRA C. SERRANO

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

JAN 1 0 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

*6201*

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, are set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.
**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.
**Purpose of Use:**  IRRIGATION
**Point of Diversion:**

    **Ditch Name:**  EL LLANO DITCH

    **Location X:** 1,593,223  feet  **Y:**  2,003,235  feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

    Township 26N, Range 05E, Section 08, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 2.0 |
| Total | 2.0  acres |

    As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHCJ-002-0027B.

**Amount of Water:** Reserved for future determination by court order entered July 25,
      2000.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System,

Canjilon Creek, Section 3, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be

enjoined from any use of the surface waters of the Rio Chama Stream System,

Canjilon Creek, Section 3, except in strict accordance with the water rights described

herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final

decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System,

Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
SANDRA C. SERRANO

ADDRESS: _6304  Bison T NW_
_Albug  NM_
_87120_

DATE: _1/8/01_

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

_____1 . 10 . 00_____
Date



110

El Llano Ditch

002-0027B
A 2.O ac.

Bordo Ditch

Legend
Ⓕ  Fallow
——— Irrigated Tract Boundary
———— No Right Tract Boundary
▶— Operable Ditch
— — Inoperable Ditch
——— Stock Pond / Reservoir
● Point of Diversion

Scale
1 inch = 200 feet
100   0   100   200 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-002-0027B
Bordo & El Llano Ditches
AMENDED Dec. 22, 2000