IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
01 MAR -8 AM 11:53
CLERK-SANTA FE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

Plaintiff,
v.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

**Subfile No.: CHCJ-002-0027D**

**CONSENT ORDER**

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

JERRY GARCIA
LYDIA GARCIA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

RECEIVED
JAN 19 2001
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6203

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Canjilon Creek, Section 3, are set forth below:

**A. <u>IRRIGATED LANDS (Surface Water Only):</u>**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:** EL LLANO DITCH

**Location X:** 1,593,223 feet **Y:** 2,003,235 feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Township 26N, Range 05E, Section 08, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | | 0.3 |
| | Total | 0.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-002-0027D.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon Creek, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

John Edwards Conway

UNITED STATES DISTRICT JUDGE

Recommended for approval:

Vickie L. Gabin

SPECIAL MASTER

ACCEPTED: Lydia Garcia
LYDIA GARCIA

ADDRESS: 7231 Laster N.E.
Albuquerque N.M. 87109

DATE: 1-17-01

ACCEPTED: Jerry Garcia
JERRY GARCIA

ADDRESS: 7231 Lasley NE
Albuquerque 87109

DATE: 1-17-01

EDWARD G. NEWVILLE
Special Assistant Attorney General

1.22.01
Date

110
El Llano Ditch
002-0027D
A 0.3 ac.
Bordo Ditch
Legend
Fallow
Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Pond / Reservoir
Point of Diversion
Scale
1 inch = 200 feet
100 0 100 200 Feet
N
STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer
Rio Chama Hydrographic Survey
CANJILON CREEK SECTION
Subfile Number
CHCJ-002-0027D
Bordo & El Llano Ditches
AMENDED Dec. 22, 2000

