IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex. rel.*, State Engineer,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>    Defendant | Case No.: 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias,<br>Rio Cebolla Canjilon Creek<br><br>Subfile Nos.: CHCB-001-0004<br>CHCB-002-0013<br>CHCJ-002-0005<br>CHCJ-002-0027A<br>CHCJ-002-0027B<br>**CHCJ-002-0027C**<br>CHCJ-002-0027D<br>CHCJ-002-0034 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file stamped copies of the Consent Orders for the subfiles listed above, concerning the Defendants right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the 13th day of March 2001:

Subfile No. CHCB-001-0004
Docket No. 6205
Tobias H. Sanchez
P.O. Box 215
Tierra Amarilla, NM 87575

Subfile No. CHCJ-002-0027B
Docket No. 6201
Sandra C. Serrano
6304 Bison Tr. NW
Albuquerque, NM 87120

1

Subfile No. CHCB-002-0013
Docket No. 6198
James S. and Parrie v.
Shortle Rev. Trust
Parrie Van Hyning, Trustee
4010 SR 150
Chelan, WA 98816

Subfile No. **CHCJ-002-0027C**
Docket No. 6202
Jerry Garcia
Lydia Garcia
7231 Laster NE
Albuquerque, NM 87109

Subfile No. CHCJ-002-0005
Docket No. 6199
John A. Serrano
Sandra C. Serrano
6304 Bison Tr. NW
Albuquerque, NM 87120

Subfile No. CHCJ-002-0027D
Docket No. 6203
Jerry Garcia
Lydia Garcia
231 Laster NE
Albuquerque, NM 87109

Subfile No. CHCJ-002-0027A
Docket No. 6200
Jerry Garcia
Lydia Garcia
7231 Laster NE
Albuquerque, NM 87109

Subfile No. CHCJ-002-0034
Docket No. 6204
Adriano S. Valdez
Delia C. Valdez
P.O. Box 531
Canjilon, NM 87515

True file stamped copies of the Consent Order for all the subfiles above were mailed to the following persons on the 13th of March, 2001.

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87301

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on the 13th day of March 2001.

/s/ Ed Newville

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd, NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87301

Bradlwy S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

3