IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex. rel.*, **State Engineer,** | |
| Plaintiff, | Case No.: 69cv07941 JEC-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias,<br>Rio Cebolla Canjilon Creek |
| **RAMON ARAGON,** *et al.*, | |
| Defendant | Subfile Nos.: CHCB-001-0004<br>CHCB-002-0013<br>CHCJ-002-0005<br>CHCJ-002-0027A<br>CHCJ-002-0027B<br>**CHCJ-002-0027C**<br>CHCJ-002-0027D<br>CHCJ-002-0034 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file stamped copies of the Consent Orders for the subfiles listed above, concerning the Defendants right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the 13th day of March 2001:

```
Subfile No. CHCB-001-0004        Subfile No. CHCJ-002-0027B
Docket No. 6205                  Docket No. 6201
Tobias H. Sanchez                Sandra C. Serrano
P.O. Box 215                     6304 Bison Tr. NW
Tierra Amarilla, NM 87575        Albuquerque, NM 87120
```

1

| | |
|---|---|
| Subfile No. CHCB-002-0013<br>Docket No. 6198<br>James S. and Parrie v.<br>Shortle Rev. Trust<br>Parrie Van Hyning, Trustee<br>4010 SR 150<br>Chelan, WA 98816 | Subfile No. **CHCJ-002-0027C**<br>Docket No.6202<br>Jerry Garcia<br>Lydia Garcia<br>7231 Laster NE<br>Albuquerque, NM 87109 |
| Subfile No.CHCJ-002-0005<br>Docket No. 6199<br>John A. Serrano<br>Sandra C. Serrano<br>6304 Bison Tr. NW<br>Albuquerque, NM 87120 | Subfile No. CHCJ-002-0027D<br>Docket No.6203<br>Jerry Garcia<br>Lydia Garcia<br>231 Laster NE<br>Albuquerque, NM 87109 |
| Subfile No.CHCJ-002-0027A<br>Docket No. 6200<br>Jerry Garcia<br>Lydia Garcia<br>7231 Laster NE<br>Albuquerque, NM 87109 | Subfile No. CHCJ-002-0034<br>Docket No.6204<br>Adriano S. Valdez<br>Delia C. Valdez<br>P.O. Box 531<br>Canjilon, NM 87515 |

True file stamped copies of the Consent Order for all the subfiles above were mailed to the following persons on the 13th of March, 2001.

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87301

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on the 13th day of March 2001.

/s/ Ed Newville

                Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd, NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87301

Bradlwy S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

3