IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, *ex. rel.*,**
**State Engineer,**

      Plaintiff,

    vs.

**RAMON ARAGON, *et al.*,**

      Defendant

Case No.: 69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos.: CHGA-01-0008A
CHGA-02-0009A
CHGA-02-0016
CHGA-02-0021A
CHGA-03-0015

### CERTIFICATE OF SERVICE

I hereby certify that true, file stamped copies of the Consent Orders for the subfiles listed above, concerning the Defendants right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the 13th day of March 2001:

Subfile No. CHGA-01-0008A
Docket No. 6208
Porfiria Jaramillo
2991 Cm. Piedra Lumbre
Santa Fe, NM 87505

Subfile No. CHGA-02-0021A
Docket No. 6207
David Chavez
P.O. Box 14
Gallina, NM 87017

Subfile No. CHGA-02-0009A
Docket No. 6210
Selustriano Gonzales, Jr.
P.O. Box 6
Gallina, NM 87017

Subfile No. CHGA-03-0015
Docket No. 6206
Rosalie F. Wilson
Box 162
Kirtland, NM 87417

Subfile No. CHGA-02-0016
Docket No. 6209
Julie Pederson
1039 Dunbar St.
Houston, TX 77009

True file stamped copies of the Consent Orders for all the subfiles above were mailed to the following persons on the 13th of March, 2001.

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

A copy of this Certificate of Service was mailed to the following persons on the 13th day of March 2001.

/s/ Ed Newville
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd, NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87301

Bradlwy S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501