UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Mar 24, 2001   TIME: 10:30 AM

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:  ( ) Senior Judge E.L. Mechem
( ✓ ) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: State of NM ex rel. State Engineer v. Aragon

69cv07941-JEC-ACE; Chama Adjudication
Section 5 - Rio Gallina

COUNSEL:

PLAINTIFF:                                   DEFENDANT:
EDWARD G. NEWVILLE                           MARY E. HUMPHREY

NOTES: Notice of Prehearing Conference # 6197 filed 3/1/01
The Prehearing conference was held on Saturday, March 24, 2001 at 10:30AM at Our Lady of Guadalupe Parish Hall in Gallina, NM. Matters discussed were:
1) Water rights claims on subfiles CHGA-02-0006A; CHGA-02-0027A; CHGA-02-0027B; CHGA-02-0042; CHGA-03-0007; and CHGA-04-0001A.
2) Proposed hearing schedule for these claims

Court Reporter Not Required

6216