

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 APR -4 AM II: 29

*Robert M. March*
CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

69cv07941-JEC-ACE

RIO CHAMA STREAM SYSTEM

Section 5 - Rio Gallina

## CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Prehearing Order for Litigation of Water Rights Claims in Certain Disputed Subfiles, Doc. No. 6217 filed April 2, 2001, were mailed to the following Defendants on the ____4 th____ day of ____April____, 2001:

Subfile No. CHGA-02-0006A
Henry L. Jacquez
1110 Maez Rd.
Santa Fe, NM 87505

Subfile No. CHGA-02-0027A
Luis Toby Velasquez
Genevieve M. Velasquez
5505 Sicily Rd. NW
Albuquerque, NM 87114

Subfile No. CHGA-02-0027B
Gabriel Maestas
Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Subfile No. CHGA-02-0042
Marino Jacquez
P.O. Box 614
Cuba, NM 87013

Subfile No. CHGA-03-0007
Juan C. Chavez
Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Jose P. Chavez
Piedad Chavez
506 Old Hospital Road
Española, NM 87532

6219

Subfile No. CHGA-04-0001A
Julian Vigil
Mary Vigil
P.O. Box 110
Gallina, NM 87017

Robert M. Vigil
P.O. Box 108
Gallina, NM 87017

True, file-stamped copies of the Prehearing Order for Litigation of Water Rights Claims in

Certain Disputed Subfiles, Doc. No. 6217 filed April 2, 2001, were mailed to the following on the

_____4th_____ day of ____April_____, 2001:

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Wilfred Rael
P.O. Box 603
Questa, NM 87556

_____
_for_   Special Master