**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 APR -6 AM 11: 41

STATE OF NEW MEXICO ex rel. )
the State Engineer, )
) No. 69cv07941 JEC-ACE
Plaintiff, )
) Rio Chama Stream
v. ) System
)
ROMAN ARAGON, et al., ) Rio Cebolla, Section 3
)
Defendants. )

## AFFIDAVIT OF "ATTEMPTED" PERSONAL SERVICE

I, Leo Montoya, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that on February 24, 2001 and February 26, 2001, and after due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following persons therein named to wit:

| | | | |
|---|---|---|---|
| Maclovio Gurule | Attempted service | 2/24/01 2/26/01 | Rio Arriba County |
| Nestora Gurule | Attempted service | 2/24/01 2/26/01 | Rio Arriba County |
| Gonzalo Gonzales | Attempted service | 2/24/01 2/26/01 | Rio Arriba County Rio Arriba County |

I certify that the foregoing is true and correct.

Leo Montoya
P.O. Box 285
Velarde, New Mexico 87582

SUBSCRIBED AND SWORN to before me this third day of March 2001.

Notary Public
Commission Expires: July 17, 2002

1

6220