IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 APR 10 PM 2:20

69cv07941 JEC-ACE   CLERK-SANTA FE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

## NOTICE OF FILING
## OF AFFIDAVITS OF PERSONAL SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of affidavits of personal service for the defendants in Rio Cebolla, Section 3 of the Rio Chama Stream System named below:

| **DEFENDANT NAME** | **SUBFILE No.** |
|---|---|
| ARCHULETA, DAVID E. | CHCB-003-0015 |
|  | CHCB-004-0001 |
|  | CHCB-001-0003 |
| ARCHULETA, JUAN | CHCB-003-0002 |
| ARCHULETA, LYDIA U. | CHCB-001-0003 |
|  | CHCB-003-0015 |
|  | CHCB-004-0001 |
| ARCHULETA, PABLO JR | CHCB-003-0002 |
| BUSTOS, LUPE | CHCB-003-0013 |
| BUSTOS, ORLANDO | CHCB-003-0013 |
| HARVEY, MAUREEN E. | CHCB-002-0006 |
| MADRID, JOSE M. | CHCB-003-0004 |

6223

| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| MADRID, PHYLLIS | CHCB-003-0004 |
| MAEZ, ERMA | CHCB-003-0010 |
| MARTINEZ, ALICE | CHCB-003-0006 |
| MARTINEZ, MARIO R. | CHCB-005-0004 |
| MARTINEZ, MAX | CHCB-007-0007 |
| MARTINEZ, SOPHIA D. | CHCB-005-0004 |
| MCMILLEN, EDWARD L. | CHCB-002-0006 |
| WATER CONSUMERS ASSOC., CEBOLLA MUTUAL DOMESTIC | CHCB-002-0014 |

Respectfully submitted

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on ___6___ day of __April__, 2001.

*[signature]*
Edward G. Newville

## SECTION 3 DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, New Mexico  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., N.W., Box 610
Albuquerque, NM  87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  87567