IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED at Santa Fe, NM

APR 19 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-02-0023

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, FRANK JACQUEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0023 which I signed and approved on __1/5/01__ (date) represents the resolution of all claims to water rights in connection with Subfile No. CHGA-02-0023 under the Answer (5990) filed with the Court on November 1, 2000, and the Statement of Water Rights Claim (6003) filed with the Court on November 8, 2000.

_____
FRANK JACQUEZ

4-10-01
date

6231