IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
at Santa Fe NM

APR 1 9 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No.: CHGA-02-0028B

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, MARY L. ESPINOSA by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0028B which I signed and approved on __3.29.01__ represents the resolution of all claims to water rights in connection with Subfile No. CHGA-02-0028 under the Answer filed with the Court on January 10, 2001.

*Mary S Espinosa*
MARY L. ESPINOSA

__3-29-01__
date

6232