IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
at Santa Fe NM

APR 19 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-02-0040

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, JACOBO ARELLANO by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0040 which I signed and approved on __1·5·01__ _____ represents the resolution of all claims to water rights in connection with Subfile No. CHGA-02-0040 under the Answer (5973) filed with the Court on October 13, 2000.

_/s/ Jacobo Arellano_
JACOBO ARELLANO

__2-28-01__
date

RECEIVED

MAR 0 6 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6233