IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
at Santa Fe

APR 19 2001

ROBERT M. MARC
UNITED STATES DISTR... URT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

SUBFILE NO. CHGA-03-0013

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, ALVIN JACQUEZ, by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0013 which I signed and approved on  1-13-01 
(date)
represents the resolution of all claims to water rights in connection with Subfile No. CHGA-03-0013 under the Answer (6011) filed with the Court on November 8, 2000, excepting the claim for additional acreage to the Northeast of Tract 03-0013 as described in the Statement of Water Rights Claim filed with the Court on that same date as part of that Answer.

_____
ALVIN JACQUEZ

2/28/01
date

RECEIVED

MAR 0 6 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6234