IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
at Santa Fe, NM

APR 19 2001

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.,* | SUBFILE NO. CHGA-03-0024A |
| Defendants. | |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, COSME S. CHACON by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0024A which I signed and approved on 2/27/01 _____ represents the resolution of all claims to water rights in connection with Subfile No. CHGA-03-0024 under the Answer (6008) filed with the Court on November 8, 2000.

*Cosme S. Chacon*
COSME S. CHACON

2/27/01
date

RECEIVED

MAR 0 6 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6235