IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5   Rio Gallina
    Defendants )

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF

01 APR 19 AM 9: 30

CLERK SANTA FE

OBJECTION TO PREHEARING ORDER
FOR LITIGATION OF WATER RIGHTS CLAIMS
IN CERTAIN DISPUTED SUBFILES

COME NOW Gonzales-Gurule Ditch, Cordova-Martinez Ditch, Vigiles Ditch and the Gallina-Capulin Acequia Association ("Objectors") and hereby object to Paragraph I of the Prehearing Order, filed April 2, 2001 (Docket No. 6217) in this cause. Paragraph I limits participation at the subfile hearings to the State of New Mexico ex rel. State Engineer and the water rights owners of the six subfiles which are at issue. Objecting Defendants claim an interest relating to the transactions which are the subject of the action and are so situated that the disposition of the actions may as a practical matter impair or impede Defendants' abilities to protect that interest. The existing parties do not adequately represent Objectors' interest in this matter. Objectors will file a Motion to Intervene pursuant to Fed. R. Civ. Pro. Rule 24(a) in a timely manner.

6236

Respectfully submitted,

MARY E. HUMPHREY
Attorney for Gonzales-Gurule Ditch,
Cordova-Martinez Ditch, Vigiles Ditch and
the Gallina-Capulin Acequia Association
P. O. Box 1574
El Prado, NM 87529
(505) 758-2203

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was mailed to the following persons on the 16th day of April, 2001.

| | | |
|---|---|---|
| Ed Newville, Esq.<br>P. O. Box 25102<br>Santa Fe, NM 87504 | Henry Jacquez<br>1110 Maez Rd.<br>Santa Fe, NM 87505 | Toby & Genevieve M. Velasquez<br>5505 Sicily Rd NW<br>Albuquerque, NM 87114 |
| Gabriel & Mary Ann Maestas<br>P. O. Box 5<br>Gallina NM 87017 | Marino Jacquez<br>P.O. Box 614<br>Cuba, NM 87013 | Juan C. & Patsy L. Chavez<br>P. O. Box 152<br>Gallina NM 87017 |
| Jose P. & Piedad Chavez<br>506 Old Hospital Road<br>Espanola, NM 87532 | Julian Vigil & Mary Vigil<br>P. O. Box 110<br>Gallina, NM 87017 | Robert M. Vigil<br>P. O. Box 108<br>Gallina, NM 87017 |
| Vickie L. Gabin<br>USDC/DCNM<br>P. O. Box 2384<br>Santa Fe, NM 87504 | Darcy Bushnell, Esq.<br>USDC/DCNM<br>333 Lomas Blvd, Suite 610<br>Albuquerque, NM 87102 | |

Mary E. Humphrey

2