IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
01 APR 27 AM 9:01

STATE OF NEW MEXICO, ex. rel.
State Engineer,

        Plaintiff,

vs.

RAMON ARAGON, et al.

        Defendant

Case No.: 69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No.: CHGA-02-0023
CHGA-02-0028B
CHGA-02-0028C
CHGA-02-0030A
CHGA-02-0040
CHGA-03-0013
CHGA-03-0024A

## CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above, concerning the Defendants' rights to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants' on the 27TH day of April, 2001:

Subfile No. CHGA-02-0023
Frank Jacquez
P.O. Box 78
Gallina, N.M. 87017

Subfile No. CHGA-02-0028B
Mary L. Espinoza
P.O. Box 164
Gallina, NM 87017

Subfile No. CHGA-02-0028C
Cristobal Jacquez
HC 78 Box 1095
Zanoi, MO 65784

Subfile No. CHGA-02-0030A
Phillip Jacquez
P.O. Box 191
Gallina, NM

Subfile No. CHGA-02-0040
Jacobo Arellano
P.O. Box 7
Gallina, NM 87017

Subfile No. CHGA-03-0013
Alvin N. Jacquez
P.O. Box 27
Gallina, NM

Subfile No. CHGA-03-0024A
Cosme S. Chacon
P.O. Box 4
Gallina, NM 87017

True file stamped copies of the Consent Orders for all the subfiles above were mailed to the following persons on the 27TH day of April, 2001.

Karla McCall, Data Manager
4 Darrah Rd.
Las Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

A copy of this Certificate of Service was mailed to the following persons on the 27TH day of April, 2001.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

-2-

-3-

Karla McCall, Data Manager,
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Behlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501