IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT
DISTRICT

01 MAY -2 AM 8:56

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla<br>Canjilon Creek |

### NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.      The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2.      The persons or entities listed in Exhibit A are in Section 3 of the Rio Chama Basin, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 3 of the Rio Chama Basin.

6239

DATED: April 30, 2001

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on _____MAY 2_____, 2001.

*Ed*

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945

2

Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

## EXHIBIT A

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Justiano Valdez | CHNU-02-0008<br>CHNU-02-0009 | P.O. Box 41, Tierra Amarilla NM 87575 |
| Jose M. Abeyta | CHNU-03-0001 | P.O. Box 102, Los Ojos NM 87551 |
| Joseph J. Chacon | CHCB-03-0018 | P.O. Box 177, Cebolla NM 87518 |
| Henry E. Lieber | CHCB-07-0002B | 435 South Main Ave., Tucson AZ 85701 |
| Patrick Valdez | CHCJ-02-0053 | P.O. Box 381, Espanola NM 87532 |
| Belinda M. Valdez | CHCJ-03-0022 | P.O. Box 453, Canjilon NM 87515 |
| Vickie Martinez | CHCJ-03-0022 | P.O. Box 453, Canjilon NM 87515 |
| Loyda Martinez | CHCJ-03-0022 | P.O. Box 453, Canjilon NM 87515 |
| Isabel Martinez | CHCJ-03-0022 | P.O. Box 453, Canjilon NM 87515 |
| Jace Valencia | CHCJ-03-0055 | c/o Dan Valencia<br>Rt. 5, Box 304, Santa Fe NM 87501 |
| Adrian J. Madrid | CHCJ-03-0064 | 2412 June N.E., Albuquerque NM 87112 |
| Jean Childers | CHCJ-04-0006A | P.O. Box 453, Canjilon NM 87515 |
| Jamie Martinez | CHCJ-04-0006B | c/o Jake Martinez<br>P.O. Box 453, Canjilon NM 87515 |
| Adriana Martinez | CHCJ-04-0006C | c/o Jake Martinez<br>P.O. Box 453, Canjilon NM 87515 |
| Tommy Alarid | CHCJ-04-0011 | General Delivery, Canilon NM 87515 |
| Patricia Alarid | CHCJ-04-0011 | General Delivery, Canjilon NM 87515 |
| Eduvigen Martinez | CHCJ-04-0023 | P.O. Box 473, Canjilon NM 87515 |