IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
Canjilon Creek

## NOTICE OF DISMISSAL

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

### Rio Nutrias

| | |
|---|---|
| Pedro Esquibel | CHNU-01-0005 |
| | CHNU-02-0014 |
| Lucy Esquibel | CHNU-01-0005 |
| | CHNU-02-0014 |
| Adolfo Valdez | CHNU-02-0008 |
| Gregorita E. Valdez | CHNU-02-0009 |
| Juanita M. Eturriaga | CHNU-02-0016 |
| Estafanita G. Abeyta | CHNU-03-0001 |

### Rio Cebolla

| | |
|---|---|
| Ephraim Valencia | CHCB-07-0001 |

### Canjilon Creek

| | |
|---|---|
| Manuel A. Velasquez | CHCJ-02-0051 |
| Saloman B. Velasquez | CHCJ-02-0051 |
| Elizardo Valdez | CHCJ-02-0053 |
| Peggy Sparks | CHCJ-03-0064 |

| | |
|---|---|
| Esmeraldo Martinez | CHCJ-03-0022 |
| | CHCJ-04-0006 |
| | CHCJ-04-0011 |
| Ben F. Valencia | CHCJ-03-0044 |
| Dan Valencia | CHCJ-03-0055 |
| Jose Abram Martinez | CHCJ-04-0023 |
| Isauro Valencia | CHCJ-04-0027 |
| Aurelia Valencia | CHCJ-04-0027 |

Dated: April 30, 2001

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Dismissal was mailed to the following persons on ___ May 2 ___ 2001.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.

2

4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567