## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

01 JUN 11  AM 10: 19

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

**Subfile No.: CHCJ-003-0047**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### CIPRIANA M MARTINEZ
### EGRIPINO MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the element

of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

MAR 0 1 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

RECEIVED

MAR 1 0 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6248

4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, are set forth below:

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**  0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

   **Ditch Name:**  BRAZITO DITCH

   **Location X:** 1,592,250  feet  **Y:**  2,001,395  feet

   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

| Township 26N, Range 05E, Section 17, N.M.P.M. | | |
|---|---|---|
| Pt. NE¼ | | 13.1 |
| Pt. SE¼ | | 20.6 |
| | Total | 33.7  acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System,

Canjilon Creek, Section 3, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be

enjoined from any use of the surface waters of the Rio Chama Stream System,

Canjilon Creek, Section 3, except in strict accordance with the water rights described

herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final

decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Canjilon Creek, Section 3,  are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System,

Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L Gabin_
SPECIAL MASTER

ACCEPTED: _____
EGRIPINO MARTINEZ

ADDRESS: _CR 296 - 1705 DR_
_#30 Canjilon, N.M_
_87515_

DATE: _2/26/01_

ACCEPTED: _____
CIPRIANA M MARTINEZ

ADDRESS: _CR 296 - 1705 DR._
_#30 Canjilon, N.M_
_87515_

DATE: _2/26/01_

Consent Order                    3                    Subfile No.: CHCJ-003-0047

EDWARD G. NEWVILLE
Special Assitant Attorney General

3-1-01
Date

Consent Order                           4                    Subfile No.: CHCJ-003-0047