IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

01 JUN 11 AM 10: 19

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Nutrias, Section 3

**Subfile No.: CHNU-004-0002**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

**PHIL SANCHEZ**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Nutrias, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

APR 5 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6263

4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Nutrias, Section 3, are set forth below:

### A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** Maes/Sanchez

    **Location X:** 1,551,087 feet  **Y:** 2,027,503 feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Township, Range, N.M.P.M.

| | |
|---|---:|
| Within the Tierra Amarilla Grant | 20.4 acres |
| Section 13, Township 27N, Range 03E, N.M.P.M. | |
| Pt. of Lot 1 | 0.2 acres |
| Section 24, Township 27N, Range 03E, N.M.P.M. | |
| Pt. of Lot 1 | 9.6 acres |
| Section 18, Township 27N, Range 04E, N.M.P.M. | |
| Pt. of Lot 4 | 0.4 acres |
| Total | 30.6 acres |

As shown on the 2000 Hydrographic Survey Map CHNU-4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** Luis Sanchez

    **Location X:** 1,547,681  feet  **Y:** 2,026,105  feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

    Township , Range , N.M.P.M.

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.3 acres |
| | Total | 1.3 acres |

    As shown on the 2000 Hydrographic Survey Map CHNU- 4.

    **Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Nutrias, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Nutrias, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
PHIL SANCHEZ

ADDRESS: PO Box 292
Espanola, NM
87532

DATE: 4-4-2001

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

4.4.01
Date