IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

01 JUN 14 AM 11:05

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## DISCLOSURE BY STATE OF NEW MEXICO
## FOR LITIGATION OF WATER RIGHTS CLAIMS
## IN CERTAIN DISPUTED SUBFILES

Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") discloses the following pursuant to the Prehearing Order (Doc No. 6217) filed April 2, 2001, for litigation of water rights claims in certain disputed subfiles (CHGA-02-0006A, CHGA-02-0027A, CHGA-02-0027B, CHGA-02-0042, CHGA-03-0007, and CHGA-04-0001A).

The following individuals are likely to have discoverable information that the State may use to support its claims:

James Aguirre
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

Ray Rivera
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

6265

Chris Rodriguez
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

Lorenzo Romero
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

The State may use the following documents, compilations and tangible things to support its claims:

(1)     Amended Hydrographic Survey Report of the Rio Gallina Stream System, Rio Arriba County, New Mexico, January 14, 2000.

(2)     Aerial photography of the Rio Gallina stream system completed in June 1959, 1974, 1989 and 1995 used in the evaluation of water right status of tracts in the Rio Gallina sub-basin.

(3)     Field notes from inspections of the Rio Gallina stream system prepared by the staff of the Hydrographic Survey Bureau during 1959-60, 1975, 1995-96 and 1999.

(4)     Field notes, reports and photographs made in 2000 and 2001 by the staff of the Hydrographic Survey Bureau in connection with tracts CHGA-02-0006A, CHGA-02-0027A, CHGA-02-0027B, CHGA-02-0042, CHGA-03-0007, and CHGA-04-0001A.

All of the above documents are located at the Office of the State Engineer, Hydrographic Survey Bureau, 130 S. Capital, Santa Fe, New Mexico.

DATED: June 14, 2001

Respectfully submitted,

_Ed Newville_ (signature)

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above pleading was mailed to the following persons on June __14__, 2001.

_EGN_ (signature)

Edward G. Newville


Henry L. Jacquez
1110 Maez Rd.
Santa Fe, NM 87505

Luis Toby Velasquez, Genevieve M. Velasquez
5505 Sicily Rd. N.W.
Albuquerque, NM 87114

Gabriel Maestas, Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Marino Jacquez
P.O. Box 614
Cuba, NM 87013

Juan C. Chavez, Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

3

Jose P. Chavez, Piedad Chavez
506 Old Hospital Road
Espanola, NM 87532

Julian Vigil, Mary Vigil
P.O. Box 110
Gallina, NM 87017

Robert M. Vigil
P.O. Box 108
Gallina, NM 87017

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390

4

Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501