IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

01 JUN 19 AM 9:29

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
 )
    Plaintiffs, )
 )
v. ) No. CIV 7941-JC
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
 ) Section 5 Rio Gallina
    Defendants ) Subfile No. 2-0027A

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendants Luis Tobias & Genevieve Velasquez's Initial Disclosures on the State of New Mexico via U. S. mail first class on the ___ day of June, 2001

Luis Tobias Velasquez for Defendants
5505 Sicily Rd NW
Albuquerque, NM 87114
(505) 922-0981

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 18th day of June, 2001.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

Ruby D Chacon for Defendants

6268