IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | 01 JUN 19 AM 9: 29 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. CIV 7941-JC RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | |
| Defendants | ) ) | Section 5  Rio Gallina Subfile No. 3-007 |

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendants Juan & Patsy Chavez and Jose & Piedad

Chavez Initial Disclosures on the State of New Mexico via U. S. mail first class on the _15_ day

of June, 2001.

Jose Chavez for Defendants
Pro se
506 Old Hospital Rd
Espanola, NM  87532
753-6195

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on

the _15_ day of June, 2001.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM  87504

Mary Humphrey
P. O. Box 1574
El Prado, NM 87529

Special Master Vickie L. Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM  87504-2384

6269