IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

01 JUN 19 AM 9: 29

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
   )
   Plaintiffs, )
   )
v. )   No. CIV 7941-JC
   )   RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
   )   Section 5  Rio Gallina
   Defendants )   Subfile No. 2-0042

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendant Marino Jacquez. Initial Disclosures on the State of New Mexico via U. S. mail first class on the /5 day of June, 2001

Marino Jacquez
Pro se
P.O. Box 614
Cuba, NM 87013
289-3814

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 18th day of June, 2001.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
|  |  | Santa Fe, NM 87504-2384 |

Ruby Chacon for Defendants

6270