IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
 )
    Plaintiffs, )
 )
v. ) No. CIV 7941-JC
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
 ) Section 5  Rio Gallina
    Defendants ) Subfile No. 4-001

01 JUN 19 AM 9:30

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendants Julian Vigil, Robert Vigil and Mary Vigil Initial Disclosures on the State of New Mexico via U. S. mail first class on the 15th day of June, 2001.

Jeff Vigil for Defendants
Pro se
P.O. Box 213
Gallina, NM  87017

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 18th day of June, 2001.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM  87504 | El Prado, NM  87529 | P. O. Box 2384 |
| | | Santa Fe, NM  87504-2384 |

Ruby D Chacon for Defendants

6271