IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the  )
relation of the State Engineer,    )
and THE UNITED STATES OF      )
AMERICA,                                    )
                                                      )
    Plaintiffs,                             )
                                                      )
v.                                                    )  No. CIV 7941-JC
                                                      )  RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al.            )
                                                      )  Section 5  Rio Gallina
    Defendants                           )  Subfile No. 2-0027B

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendants Gabriel & Maryann Maestas, Jr. Initial Disclosures on the State of New Mexico via U. S. mail first class on the _15_ day of June, 2001

_____
Gabriel Maestas, Jr.
Maryann Maestas
Pro se
P.O. Box 5
Gallina, NM  87017
638-5448

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the _15_ day of June, 2001.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM  87504 | El Prado, NM  87529 | P. O. Box 2384 |
| | | Santa Fe, NM  87504-2384 |

_Ruby D Chacon for_
_Gabriel Maestas, Jr., Defendants_