IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

01 JUN 21 AM 10: 20

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3

Subfile Nos:  CHNU-004-0001
CHNU-004-0002
CHCB-003-0009
CHCB-003-0010
CHCB-003-0011
CHCB-003-0012
CHCB-003-0018
CHCB-007-0001
CHCJ-002-0018
CHCJ-002-0043
CHCJ-002-0045
CHCJ-002-0048
CHCJ-002-0053
CHCJ-002-0054
CHCJ-003-0006
CHCJ-003-0038
CHCJ-003-0047
CHCJ-003-0065
CHCJ-003-0078
CHCJ-004-0007
CHCJ-004-0010

## CERTIFICATE OF SERVICE

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed above, concerning the Defendants right to use the public waters of the Rio Chama Stream System, were mailed to the following Defendants on the  22  day of June, 2001:

Subfile No. CHNU-004-0001
Docket No. 6264
Jose D. Eturriaga.

Subfile No. CHNU-004-0002
Docket No. 6263
Phil Sanchez

6273

P.O. Box 57  
Los Ojos, NM 87551

P.O. Box 292  
Espanola, NM 87532

Subfile No. CHCB-003-0009  
Docket No. 6262  
Glorianna G. Chacon  
Jose D. Chacon  
P.O. Box 177  
Cebolla, NM 87518

Subfile No. CHCB-003-0010  
Docket No. 6261  
Erma Maez  
P.O. Box 172  
Cebolla, NM 87518

Subfile No. CHCB-003-0011  
Docket No. 6260  
Eddie Maez  
P.O. Box 727  
Chama, NM 87520

Subfile No. CHGA-03-0012  
Docket No. 6259  
Cippie Maez  
P.O. Box 493  
Canjilon, NM 87515

Subfile No. CHCB-003-0018  
Docket No. 6258  
Joseph J. Chacon  
P.O. Box 177  
Cebolla, NM 87518-0177

Subfile No. CHCB-07-0001  
Docket No. 6257  
Jedburgh Ltd.  
P.O. Box 158  
Cebolla, NM 87518

Subfile No. CHCJ-002-0018  
Docket No. 6256  
Adriano G. Valdez  
P.O. Box 484  
Canjilon, NM 87515

Subfile No. CHCJ-002-0043  
Docket No. 6255  
Eugene Martinez  
P.O. Box 1125  
Espanola, NM 87532

Subfile No. CHCJ-002-0045  
Docket No. 6253  
Maria Celina Montano  
P.O. Box 586  
Canjilon, NM 87515

Subfile No. CHCJ-002-0048  
Docket No. 6254  
Jose Lorenzo Martinez  
P.O. Box 532  
Canjilon, NM 87515

Subfile No. CHCJ-002-0053  
Docket No. 6252  
Patrick Valdez  
P.O. Box 381  
Espanola, NM 87532

Subfile No. CHCJ-002-0054  
Docket No. 6251  
Antonio Valdez  
P.O. Box 544  
Canjilon, NM 87515

Subfile No. CHCJ-003-0006  
Docket No. 6250  
Moises Morales, Jr.

Subfile No. CHCJ-003-0038  
Docket No. 6249  
Jose P. Montano

P.O. Box 397  
Tierra Amarilla, NM 87575

P.O. Box 431  
Canjilon, NM 87515

Subfile No. CHCJ-003-0047  
Docket No. 6248  
Ciprianna M. Martinez  
Egripino Martinez  
CR 296-1705 Dr. #30  
Canjilon, NM 87515

Subfile No. CHCJ-003-0065  
Docket No. 6247  
Ephraim Valencia  
213 South Pacific St., #F  
Oceanside, CA 92054

Subfile No. CHCJ-003-0078  
Docket No. 6246  
Gusman F. Montano  
Mary Lou Montano  
P.O. Box 502  
Canjilon, NM 87515

Subfile No. CHCJ-004-0007  
Docket No. 6245  
Adriano G. Valdez  
Valeria M. Valdez  
P.O. Box 484  
Canjilon, NM 87515

Subfile No. CHCJ-004-0010  
Docket No. 6244  
Antonio m. Maestas  
P.O. Box 522  
Canjilon, NM 87515

True file stamped copies of the Consent Orders for all the subfiles above were mailed to the following persons on the __22__ day of June, 2001.

Karla McCall, Data Manager.  
4 Darrah Rd.  
Las Lunas, NM 87031

John W. Utton, Esq.  
P.O. Box 271  
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on the __22__ day of June, 2001.

_____  
Edward G. Newville

3

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567