IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    **v.**

**RAMON ARAGON,** *et al.***,**

    **Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

Subfile CHGA-03-0012

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's June 15, 2001 Motion to Join Additional Parties Defendant (Doc. No. 6267) re Dorothy Jacquez, Subfile CHGA-03-0012.

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the person or entity listed on Exhibit A of the State's June 15, 2001 Motion to Join Additional Parties Defendant, Dorothy Jacquez, Subfile CHGA-03-0012, is joined as a party defendant to this action.

                                                      /electronic signature/
                                      UNITED STATES DISTRICT JUDGE