# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.* )
the State Engineer, )
 ) 01 JUL 17 PM 1:07
 ) No. 69cv07941 JEC-ACE
Plaintiff, )
 ) Rio Chama Stream
v. ) System
 )
ROMAN ARAGON, et al., ) Canjilon Creek, Section 3
 )
Defendants. )

## AFFIDAVIT OF "REFUSAL OF SERVICE"

I, Leo Montoya, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I personally attempted to serve Summons in this suit in Valencia County on the 1st day of May, 2001, by delivering a copy thereof, with a copy of Complaint, Procedural Order for the Adjudication of Water Rights Claims in the Rio Gallina Section of the Rio Chama Stream System, Notice of Field Office, Subfile Aerial Photograph, proposed Consent Order and Form Answer attached, in the following manner:

To Defendants ARCHIE GIBSON and GLORIA GIBSON, at 15 Prairie Hawk Dr., Los Lunas, New Mexico, who **REFUSED SERVICE** for the following reason:

**No longer own. Sold property to Ray Martinez from Canjilon, New Mexico.**

I certify that the foregoing is true and correct.

*Leo Montoya*
Leo Montoya
P.O. Box 285
Velarde, NM 87572

SUBSCRIBED AND SWORN to before me this Fifth day of May, 2001.

*Ving Gallegos*
Notary Public
Commission Expires: July 17, 2002

1


6280