IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer,

    Plaintiff,

v.

Various Water Rights Claimants
in Stream System Adjudications
    Defendants.

01cv00072-JEC (Zuni River)
69cv07941-JEC (Rio Chama)
83cv01041-JEC (Rio Jemez)
72cv09780-JEC (Red River)
68cv07488-JEC (Santa Cruz)
68cv08650-JEC (Truchas)
69cv07896-JEC (Rio Taos)
69cv07939-JEC (Rio Hondo)

## ADMINISTRATIVE ORDER

THIS MATTER COMES before the Court *sua sponte* and is entered as a supplement to the Orders of Reference to Special Master Vickie L. Gabin in each of the cases set forth above. The United States and the State of New Mexico have agreed to this increase.

THEREFORE, IT IS ORDERED that, effective July 14, 2001, the compensation of Special Master Vickie L. Gabin, to be paid as heretofore required, is increased to the rate of $140.00 per hour.

JOHN EDWARDS CONWAY
SENIOR DISTRICT COURT JUDGE

BRUCE D. BLACK
DISTRICT COURT JUDGE

Telephonic Approval for the United States
Bradley Bridgewater, Esq.

Telephonic Approval for the State of New Mexico
D. L. Sanders, Esq.

Charles O'Connell, Esq.