IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>    Plaintiff,<br><br> -v-<br><br>RAMON ARAGON, et al.,<br><br>    Defendants. | 69cv07941- JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sec. 3 - Canjilon, Cebolla, Las Nutrias |

NOTICE OF STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53, and for the purpose of guiding the adjudication of non-federal, non-Pueblo water rights claims in Section 3 (Canjilon Creek, Rio Cebolla, and Rio Nutrias), a status conference is set for 11:00 a.m., Tuesday, July 31, 2001, in the Small Courtroom, second floor, United States District Court, South Federal Place, Santa Fe, N.M..  Involved counsel will report on the adjudication progress since the entry of the Procedural Order ( July 25, 2000, Docket No. 5913), and request any procedural or scheduling changes believed necessary at this time.

                /electronic signature/
               SPECIAL MASTER VICKIE L. GABIN

## SECTION 3 DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. N.W., Box 610
Albuquerque, NM 87102-2272

Edward Newville, Esq.
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM 87701