IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
01 JUL 23 PM 3:15

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-02-0004

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, COSME S. CHACON, JOSE L. CHACON, FLUGENCIO CHACON and JOSE B. CHACON, by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0004 which we signed and approved on ____4.24.01____
                                                                                                  date
represents the resolution of all claims to water rights in connection with Subfile No. CHGA-02-0004 under the Statement of Water Rights Claim (5968) filed with the Court on October 2, 2000, and the Answer (6107) filed with the Court on January 10, 2001, with the exception of a claim for stockwatering rights in connection with a stockpond located to the north of Tract No. CHGA-02-0004.

_Cosme S. Chacon_
COSME S. CHACON

____4-8-01____
date

6303

_Jose F. Chacon_
JOSE L. CHACON

4-8-01
date


_Fulgencio Chacon_
FLUGENCIO CHACON

4-8-01
date


_Jose B Chacon_
JOSE B. CHACON

4-8-01
date