IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 01 JUL 25 PM 2: 58<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM |

## NEW MEXICO'S SEMIANNUAL HYDROGRAPHIC SURVEY STATUS REPORT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer and respectfully submits its semiannual hydrographic survey report for the Rio Chama Stream System.

Section 7 - Rio Chama above El Vado Dam:

The State Engineer completed the hydrographic survey and report for the Rito de Tierra Amarilla subsection of Section 7 in January 12, 2001. The survey and report were filed with the Court on January 31, 2001. The hydrographic survey of the next subsection -- the Rio Brazos -- has been completed. Final preparation of the report and survey maps is presently underway. The Rio Brazos survey encompasses 3,752.9 acres of land.

Survey work for the third subsection of Section 7 -- Rutheron -- is 99% complete. This survey will be completed and filed with the Court approximately 30 days after the filing of the Rio Brazos survey. Work on the final two subsections -- Canones Creek and the Village of Chama -- is approximately 80% and 50% complete respectively.

6304

It is anticipated that all of these surveys, with the possible exception of the Village of Chama, will be completed by the end of 2001 as planned.

DATED: July 25, 2001

Respectfully submitted,

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Notice of the Semiannual Hydrographic Survey Status Report was mailed to the following persons on July __25__, 2001.

_____
Edward G. Newville

2

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
Aqua Tek
4 Darrah road
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Chris D. Coppin, Esq.
NM State Game Commission
6301 Indian School Rd. # 400
Albuquerque, NM 87110

Frank M. Bond, Esq.
Joseph Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave. S.W., Rm. 4001
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
P.O. Box 787
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.

P.O. Box 2421
Santa Fe, NM 87504

Lester K. Taylor, Esq.
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504