IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

01 JUL 31 PM 2:43

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos:  CHGA-02-0028B
CHGA-02-0028C
CHGA-02-0045
CHGA-03-0010

## MOTION TO CORRECT CLERICAL ERRORS AND OMISSIONS

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and moves the Court to enter its order correcting clerical errors and omissions in Consent Orders filed with the Court for the following defendants and subfiles:

| | |
|---|---|
| Mary L. Espinosa | CHGA-02-0028B |
| Cristobal Jacquez | CHGA-02-0028C |
| Shirley Cordova | CHGA-02-0045 |
| Flugencio Jacquez | CHGA-03-0010 |
| Juanita A. Jacquez | CHGA-03-0010 |

and as grounds therefore plaintiff states:

1.    Under Rule 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the court at any time on its own initiation or on the motion of any party and after such notice, if any, as the court orders.

2.    In subfile CHGA-02-0028B (Mary L. Espinosa), the Consent Order filed April 19,

6307

2001 (Docket No. 6228) failed to include a reference to the nearest 1/4 Section for the location of the irrigated acreage.

3. In subfile CHGA-02-0028C (Cristobal Jacquez), the Consent Order filed April 19, 2001 (Docket No. 6225) failed to include a reference to the nearest 1/4 Section for the location of the irrigated acreage.

2. In subfile CHGA-02-0045 (Shirley Cordova), the name of the defendant is misspelled in the Consent Order filed November 29, 2000, (Docket No. 6052). In addition, the description of the location of the irrigated acreage failed to include a reference to the Section, Township and Range where the acreage is located.

3. In subfile CHGA-03-0010 (Flugencio Jacquez, Juanita A. Jacquez), the Consent Order filed October 23, 2000, (Docket No. 5985) erroneously described the amount of irrigated acreage as 1.8 acres rather than 1.9 acres as correctly set forth in the Rio Gallina January 14, 2000, Hydrographic Survey Report, and as shown on Map Sheet 3 of that same survey and report.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the clerical errors and omissions described above.

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Clerical Errors and Omissions was mailed to the following persons on _July 31_, 2001.

_____
Edward G. Newville

Mary L. Espinosa
P.O. Box 164
Gallina, NM 87017

Cristobal Jacquez
HC 78 Box 1095
Zanoni, MO 65784

Shirley Cordova
P.O. Box 21
Gallina, NM 87017

Flugencio Jacquez
Juanita A. Jacquez
P.O. Box 244
Gallina, NM 87017

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.

3

USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501