UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: July 31, 2001           TIME: 11:00 AM

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:    ( ) Senior Judge E.L. Mechem
                   (✓) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: State of N.M. v. Aragon, 69cv07941-JEC

Rio Chama Adjudication - Sec 3

COUNSEL:

PLAINTIFF:                          DEFENDANTS
EDWARD NEWVILLE                     SUSAN KERRY
            SEE ATTACHED LIST

NOTES: Status Conference scheduled by Notice #6286 filed 7/24/2001 Conference to determine progress of adjudication of non-federal, non-pueblo water rights in Section 3 - Canjilon Creek, Rio Cebolla and Rio Nutrias. Matters discussed:
1) Number of defendants identified and located
2) Publication of notice to unknown claimants to be done in September or October
3) Both plaintiff and defendants noted that field work was going well; highly attended meetings & field offices/good cooperation
4) State requested extension of Aug 17, 2001 deadline for filing answers to end of Dec. & vacation of Sept deadline for request of hearings on disputed claims for 12 months; defendants agreed
5) State to send draft of plan for future proceedings to Special Master by end of October.

COURT REPORTER: NONE

ALSO ATTENDING:
STEVE Polaco
Assn. de Acequias de Norteños

6309

## SECTION 3 DISTRIBUTION LIST

✓Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. N.W., Box 610
Albuquerque, NM 87102-2272

✓Edward Newville, Esq.
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM 87701