IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

01 AUG -3 PM 2: 06

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Nutrias, Section 3

### NOTICE OF FILING
### OF AFFIDAVITS OF PERSONAL SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives

notice of the filing of affidavits of personal service for the defendants

in Rio Nutrias, Section 3 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| MONTOYA, LUCIA A. | CHNU-002-0002 |
| | CHNU-001-0005 |
| | CHNU-001-0003 |
| | CHNU-002-0014 |
| | CHNU-002-0007 |
| | CHNU-001-0004 |
| MONTOYA, ROBERT J. | CHNU-002-0002 |
| | CHNU-001-0005 |
| | CHNU-001-0003 |
| | CHNU-002-0014 |
| | CHNU-002-0007 |
| | CHNU-001-0004 |

6312

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| SANCHEZ, PHIL | CHNU-004-0002 |
| TAFOYA, ANTHONY | CHNU-002-0003 |
| TAFOYA, ISABEL | CHNU-002-0005 |

Respectfully submitted

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on __3__ day of __August__, 2001.

*[signature]*

Edward G. Newville

## SECTION 3 DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, New Mexico 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., N.W., Box 610
Albuquerque, NM 87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567