IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 01 AUG -3 PM 2:07<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Cebolla, Section 3<br><br>Subfile Nos: CHCB-002-0007<br>CHCB-003-0014 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 3rd day of August, 2001:

Subfile No. CHCB-002-0007
Docket No. 6287
Roman & Mary C. Martinez Liv. Trust
200 Roman's Lane
Bloomfield, NM 87413

Subfile No. CHGA-02-0021B
Docket No. 6288
Gus Martinez & Jenny A. Martinez
909 Old Las Vegas Highway
Santa Fe, NM 87505

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
4 Darrah Road
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

1

6314

A copy of this Certificate of Service was mailed to the following persons on this 3rd day of August, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Karla McCall, Data Manager
4 Darrah Road
Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  8756

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM  87102-2272
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

_____
Edward G. Newville

2