IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

v.

**RAMON ARAGON,** *et al.*,

    **Defendants.**

01 AUG -3 PM 2: 08

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos:  CHGA-02-0004
                   CHGA-02-0028D

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 3rd day of August, 2001:

<u>Subfile No.CHGA-02-0004</u>
Docket No. 6301
Cosme S. Chacon
P.O. Box 4
Gallina, NM 87017

Fulgenio Chacon
P.O. Box 24
Gallina, NM 87017

<u>Subfile No. CHGA-02-0028D</u>
Docket No. 6302
Sylvia Middleton
P.O. Box 46
Gallina, NM 87017

Jose B. Chacon
413 Cristine Drive, N.E.
Rio Rancho, NM 87124

Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

1



True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
4 Darrah Road
Los Lunas, NM  87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 3rd day of August, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM  87102-2272

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM  87501

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

Karla McCall, Data Manager
4 Darrah Road
Los Lunas, NM  87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

_Ed Newville_
Edward G. Newville