IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.*<br>**State Engineer**<br><br>Plaintiff,<br><br>v.<br><br>**RAMON ARAGON,** *et al.*,<br><br>Defendants. | 01 AUG -3 PM 2:08<br><br>69cv07941 JEC+ACE<br><br>**RIO CHAMA STREAM SYSTEM**<br>**Canjilon Creek, Section 3**<br><br>Subfile Nos: CHCJ-002-0031<br>CHCJ-003-0022C<br>CHCJ-003-0022D<br>CHCJ-003-0023<br>CHCJ-003-0029<br>CHCJ-003-0040<br>CHCJ-003-0073<br>CHCJ-004-0001<br>CHCJ-004-0008<br>CHCJ-004-0017<br>CHCJ-004-0027<br>CHCJ-004-0041<br>CHCJ –004-0048 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 3rd day of August, 2001:

Subfile No. CHCJ-002-0031
Docket No.
Jeanne A. Jolly
Box 518
Canjilon, NM  87515

Subfile No. CHCJ-003-0022C
Docket No. 6290
Loyda Martinez
P.O. Box 3344
Fairview, NM  87533

1

6316

Subfile No. CHCJ-003-0022D
Docket No. 6291
Isabel Martinez
P.O. Box 5921
Santa Fe, NM  87502

Subfile No. CHCJ-003-0023
Docket No. 6292
Danny Sanchez
P.O. Box 1342
San Juan Pueblo, NM  87566

Subfile No. CHCJ-003-0029
Docket No. 6293
Hortancia Garcia
308 Glorieta, N.E.
Albuquerque, NM  87123

Subfile No. CHCJ-003-0040
Docket No. 6294
Charles Sandoval & Dianne R. Sandoval
685 Silver Saddle
Rio Rancho, NM  87124

Subfile No. CHCJ-003-0073
Docket No. 6295
Jose Modesto Madrid
P.O. Box 574
Canjilon, NM  87515

Subfile No. CHCJ-004-0001
Docket No. 6296
Jose Modesto Madrid
P.O. Box 574
Canjilon, NM  87515

Subfile No. CHCJ-004-0008
Docket No. 6297
Louise M. Leyba
P.O. Box 491
Canjilon, NM  87515

Subfile No. CHCJ-004-0017
Docket No. 6298
Eulemia Atencio & Isaac Atencio
449 Robin Meadow, N.W.
Albuquerque, NM  87114

Subfile No. CHCJ-004-0027
Docket No. 6299
Ephraim Valencia
213 South Pacific St., #F
Oceanside, CA  92054

Subfile No. CHCJ-004-0041
Docket No. 6300
Juanito Reynel Madrid
3807 Vercurda, N.E.
Albuquerque, NM  87110

Subfile No. CHCJ-004-048
Docket No.
Glen Baker
P.O. Box 535
Canjilon, N.M.  87515

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
4 Darrah Road
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

2

A copy of this Certificate of Service was mailed to the following persons on this 3rd day of August, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
4 Darrah Road
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

*[signature]*
Edward G. Newville