IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

01 AUG -6 AM 9: 29

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
  )
  Plaintiffs, )
  )
v. ) No. CIV 7941-JC
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
 ) Section 5   Rio Gallina
  Defendants ) Subfile No. 2-0042

## DEFENDANT MARINO JACQUEZ
## LIST OF WITNESSES AND LIST OF EXHIBITS

Defendant Marino Jacquez files the following list of witnesses and list of exhibits with the court, pursuant to Paragraph 3 of the Pre-Hearing Order (No.6217), filed April 2, 2001, Defendant does not expect to offer any witnesses whose testimony is expected to be presented by means of deposition.

I.   Defendant expects to call the following witnesses:

   A.   Gabriel Maestas, P. O. Box 5, Gallina, NM  87017

   B.   Rogelio Corrales, P. O. Box 33, Gallina, NM  87017, 638-5524

   C.   Antonio Serrano, P. O. Box 211, Gallina, NM  87017, 638-5428, Mayordomo, Cordova-Martinez Ditch

   D.   Joe Corrales, Gallina, NM , 638-5558

   E.   Manuel Arellano, Gallina, NM  638-5380

   F.   Abedon Arellano, Gallina, NM 638-5533

   G.   David Chavez, Gallina, NM  638-5523

   H.   Selustriano Gonzales, Gallina, NM  638-5309

   I.   Eliseo Jacquez, P O Box 82, Gallina NM  638-5564

6317

    J.     Elijio Jacquez, Gallina NM, 638-5398

    K.    Alfirio Maestas, Farmington, NM 87401, 325-8937

    L.     Julian Vigil, P O Box 122, Gallina, NM 87017 638-5437

    M.    Ruby Chacon, P. O. Box 163, Gallina, NM 87017, 638-5386

    N.    Wilfred Rael, P. O. Box 603, Questa, NM 87556, 586-1734

    O.    Reid Bandeen, Principal Hydrogeologist, Truchas Hydrologic Associates, Inc., P.O Box 541, Placitas, NM 87043, 867-5477

II.    Defendant expects to offer the following documents into evidence:

    A.    New Mexico State Engineer Files for Declaration No. 0462, Declaration No. 038, Declaration No. 046.

    B.    Aerial photographs taken by New Mexico Highway in 1961-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon

    C.    Aerial photographs taken in 1935, 1963 and 1981 from Earth Data Analysis Center, University of New Mexico-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

    D.    Copy of 2001 Acequia Cordova-Martinez, distribution schedule.

    E.    1996 New Mexico Hydrographic Survey

    F.    Aerial photographs in the possession of New Mexico State Engineer.

    G.    Warranty deeds transferring property

Marino Jacquez
Pro se
P.O. Box 614
Cuba, NM 87013
289-3814

CERTIFICATE OF SERVICE

I certify that I sent a copy of the foregoing List of Witnesses and list of Exhibits to the following persons on the 3rd day of August, 2001.

Ed Newville, Esq.
P.O. Box 25102
Santa Fe, NM 87504

Special Master Vickie Gabin
U. S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Marino Jacquez