IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. CIV 7941-JC<br>) RIO CHAMA STREAM SYSTEM<br>)<br>) Section 5   Rio Gallina<br>) Subfile No. 2-0027B |

01 AUG -6 AM 9:29

## DEFENDANTS GABRIEL MAESTAS, JR.' AND MARYANN MAESTAS' LIST OF WITNESSES AND LIST OF EXHIBITS

Defendants Gabriel and Mary Ann Maestas file the following list of witnesses and list of exhibits with the court, pursuant to Paragraph 3 of the Pre-Hearing Order (No.6217), filed April 2, 2001, Defendants do not expect to offer any witnesses whose testimony is expected to be presented by means of deposition.

I.   Defendants expect to call the following witnesses:

   A.   Luis Tobias Velasquez, 5505 Sicily Road NW, Albuquerque, NM 87114; 922-0981

   Genevieve Velasquez, 5505 Sicily Rd NW, Albuquerque, NM 87114

   B.   Tomas Chavez, P O Box 38, Gallina NM 87017

   C.   Juan Chavez, P. O. Box 152, Gallina NM 87017, 638-5469

   D.   Rogelio Corrales, P. O. Box 33, Gallina, NM 87017, 638-5524

   E.   Abran Cordova, P.O. Box 91, Gallina, NM 87017, 638-5384

   F.   Antonio Serrano, P. O. Box 211, Gallina, NM 87017, 638-5428, Mayordomo, Cordova-Martinez Ditch

   G.   Joe Velasquez

   H.   Jose P. Chavez, 506 Old Hospital Rd., Espanola NM 87532, 753-6195

   I.   Elia Chavez, General Delivery, Gallina NM 87017

6318

CERTIFICATE OF SERVICE

I certify that I sent a copy of the foregoing List of Witnesses and list of Exhibits to the following persons on the ___ day of August, 2001.

Ed Newville, Esq.
P.O. Box 25102
Santa Fe, NM 87504

Special Master Vickie Gabin
U. S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384


*Gabriel Maestas*
Gabriel Maestas