IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
  )
    Plaintiffs, )
  )
v. ) No. CIV 7941-JC
  ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
  ) Section 5   Rio Gallina
    Defendants ) Subfile No. 3-007

01 AUG -6 AM 9:29

## DEFENDANTS JUAN & PATSY CHAVEZ and JOSE & PIEDAD CHAVEZ LIST OF WITNESSES AND LIST OF EXHIBITS

Defendants Juan & Patsy Chavez and Jose & Piedad Chavez file the following list of witnesses and list of exhibits with the court, pursuant to Paragraph 3 of the Pre-Hearing Order (No.6217), filed April 2, 2001, Defendant do not expect to offer any witnesses whose testimony is expected to be presented by means of deposition.

I.     Defendants expect to call the following witnesses:

    A.     Tomas Chavez, P O Box 38, Gallina NM  87017

    B.     Rogelio Corrales, P. O. Box 33, Gallina, NM  87017, 638-5524

    C.     Abran Cordova, P.O. Box 91, Gallina, NM 87017,638-5384

    D.     Antonio Serrano, P. O. Box 211, Gallina, NM  87017, 638-5428, Mayordomo, Cordova-Martinez Ditch

    E.     Joselino Velasquez, P. O. Box 47, Gallina NM 87017

    F.     Elia Chavez, General Delivery, Gallina NM  87017

    G.     Gabriel Maestas, Jr., Box 5, Gallina, NM  87017

    H.     Apolinio Chavez, General Delivery, NM 87017, 638-1020

6319

I.  Ruby Chacon, P. O. Box 163, Gallina, NM 87017, 638-5386

J.  Wilfred Rael, P. O. Box 603, Questa, NM 87556, 586-1734

K.  Reid Bandeen, Principal Hydrogeologist, Truchas Hydrologic Associates, Inc., P.O Box 541, Placitas, NM 87043, 867-5477

II. Defendants expect to offer the following documents into evidence:

A.  New Mexico State Engineer Files for Declaration No. 0462, Declaration No. 038, and Declaration No. 046.

B.  Warranty deeds transferring property

C.  New Mexico State Engineer field notes, hydrographic Survey field notes.

D.  Aerial photographs taken by New Mexico Highway in 1961-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon

E.  Aerial photographs taken in 1935, 1963, and 1981 from Earth Data Analysis Center, University of New Mexico-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon

F.  Copy of 2001 Acequia Cordova-Martinez, distribution schedule.

G.  1996 New Mexico Hydrographic Survey

H.  Aerial photographs in the possession of New Mexico State Engineer.

Juan Chavez for Defendants
Pro se
P.O. Box 152
Gallina, NM 87017
638-5468

CERTIFICATE OF SERVICE

I certify that I sent a copy of the foregoing List of Witnesses and list of Exhibits to the following persons on the 3rd day of August, 2001.

Ed Newville, Esq.
P.O. Box 25102
Santa Fe, NM 87504

Special Master Vickie Gabin
U. S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Juan Chavez