IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

01 AUG -7 AM 10: 10

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
 )
   Plaintiffs, )
 )
v. )   No. CIV 7941-JC
 )   RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
 )   Section 5  Rio Gallina
   Defendants )
 )
 )   Subfile No. 02-0027A

## LUIS TOBY VELASQUEZ AND GENEVIEVE M. VELASQUEZ
## LIST OF WITNESSES AND LIST OF EXHIBITS

Pursuant to Paragraph 3 of the Pre-Hearing Order, Defendants Luis Toby Velasquez and Genevieve M. Velasquez file the following list of witnesses and list of exhibits with the court.

I.   List of Witnesses. Defendants expect to call the following witnesses:

   A.  Gabriel Maestas, Jr., P. O. Box 5, Gallina, NM  87107

   B.  Tomas Chavez, P. O. Box 38, Gallina, NM  87017

   C.  Juan Chavez, P. O. Box 152, Gallina, NM  87107, 638-5469

   D.  Rogelio Corrales, P.O, Box  33, Gallina, NM 87017, 638-5524

   E.  Abran Cordova, P. O. Box 91, Gallina, NM 87017, 638-5384

   F.  Antonio, Serranco, P. O. Box 211, Gallina, NM  87017, 638-5428

   G.  Joe Velasquez, Gen. Del., Gallina, NM  87017

   H.  Jose P. Chavez, 506 Old Hospital Rd. Espanola, NM  87532, 753-6195

   I.  Elia Chavez, General Delivery, Gallina NM  87017

   J.  Vangie Montoya, General Delivery, Gallina, NM 87017, 638-9102

1

6320

K. Apolinio Chavbez, General Delivery, NM 87017, 638-1020

L. Ruby Chacon, P. O. Box 163, Gallina, NM 87017 638-5386

M. Wilfred Rael, P. O. Box 603, Questa, NM 87556, 586-1734

N. Reid Bandeen, Truchas Hydrologic Associates, P. O. Box 541, Placitas, NM 87043, 867-5477

II. Defendants may call, if necessary, the following persons:

A. Any person identified by the State of New Mexico as having conducted field investigations in conjunction with the Rio Gallina Hydrographic Survey.

B. Any witness identified by the State of New Mexico.

III. Defendants identify the following documents and exhibits:

A. New Mexico State Engineer Files for Declaration Nos. 0462, 068, 046.

B. Warranty deeds showing chain of title to property

C. New Mexico State Engineer Hydrographic Survey field notes.

D. Aerial photographs taken by New Mexico Highway Department in 1961.

E. Aerial photographs taken in 1963.

F. Aerial photographs in 1935, obtained from Earth Data Analysis Center at the University of New Mexico.

G. Aerial photographs taken in 1981 by NM Highway Department.

H. Aerial photographs in the possession of the New Mexico State Engineer used in Hydrographic Survey

I. 1996 New Mexico Hydrographic Survey for Rio Gallina, including maps.

J. 2001 Distribution schedule for Cordova-Martinez Ditch.

K. Any exhibit identified by the State of New Mexico.

IV. Defendants do not expect to offer any witnesses whose testimony is expected to be presented by means of deposition.

Respectfully submitted,

Toby Velasquez
5505 Sicily Rd NW
Albuquerque, NM 87114
(505) 922-0981

## CERTIFICATE OF SERVICE

I certify that I sent a copy of the foregoing List of Witnesses and List of Exhibits to the following persons on the ___ day of August, 2001.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM 87504

Special Master Vickie Gabin
U. S. District Court
P. O. Box 2384
Santa Fe, NM 87504-2384