IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 01 AUG -7 AM 10: 14<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla<br>Canjilon Creek |

## ORDER AMENDING PROCEDURAL ORDER ENTERED JULY 25, 2000

THIS MATTER is before the Special Master on the August 3, 2001, Motion to Amend the Procedural Order Entered July 25, 2000 (Docket No. 5913) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer.

Having heard the statements of counsel at the July 31, 2001 status conference, and otherwise being fully advised in the premises, I find that the motion is well taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the July 25 Order is amended as follows:

Paragraph II (A) (1):

1.  Claimants who agree with all the elements of the water rights claims as set out in the proposed Consent Order(s) shall sign and return each order to the State on or before December 28, 2001. The State shall transmit the signed orders to the Court for approval and filing.

Paragraph II (B) (2):

2.  Claimants who reject the proposed Consent Order after discussion with the State at a field office session shall file the Form Answer included in the service packet with the Court on or

6321

before December 28, 2001, and shall mail a copy of the Answer to the State.

Paragraph II (C) (2):

2. A claimant's failure to sign and return a Consent Order or file an Answer by December 28, 2001, shall be considered grounds for the entry of a Default Order which incorporates the State's proposed Consent Order. The State shall request the Clerk of the Court, under Rule 55(a), to enter the default of claimants who have failed to sign and return a Consent Order or file an Answer by December 28, 2001. Provided, (a) no default shall be entered against any claimant who has not been properly served with process or waived such service; (b) no default shall be entered until a claimant has had at least 30 days to review a proposed Consent Order sent by the State; and (c) no default shall be entered if a claimant is engaged in good faith negotiations with the State concerning the terms of a proposed Consent Order, unless the State requests in writing that the claimant file an Answer to the Complaint within 30 days.

Paragraph II (D) (1):

1. By October 4, 2002, the State shall request hearings for all disputed claims for which Answers are filed. Requests shall include a statement that the State made a good faith attempt to resolve the disagreement with the Claimant.

Counsel for the State is hereby directed to notify claimants who have not yet filed Answers or Consent Orders of the changes set forth above. Notification may be made by explanatory letter.

IT IS SO ORDERED.

_____
SPECIAL MASTER

# DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69 CV 07941 JC
### Rio Chama Adjudication - Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek
### August 6, 2001

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

---

Edward Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567