IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE   01 AUG -9 AM 10:51<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile No(s). : CHGA-02-0028B<br>CHGA-02-0028C<br>CHGA-02-0045<br>CHGA-03-0010 |

## ORDER CORRECTING CLERICAL ERRORS & OMISSIONS

This matter coming on to be heard upon the motion filed on *July 31, 2001 (6307)* by the Plaintiff, State of New Mexico, *ex rel.* State Engineer, for the correction of clerical errors and omissions in Consent Orders filed with the Court for the following defendants and subfiles, and the Court having considered the record in this cause and being otherwise fully advised in the premises, finds:

1. The motion to correct clerical errors and omissions is well taken and should be granted.

2. The rights of the defendant(s) to divert and use waters from the Rio Chama Stream System, Rio Gallina, Section 5, are correctly set forth as follows:

### MARY L ESPINOZA

**Subfile No.: CHGA-02-0028B**

**A. Irrigated Lands (Surface Water Only)**

   **Office of the State Engineer Files No(s):** NONE

6322

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch Name:** Cordova/Martinez Ditch
>
> **Location X:** 1,481,451 feet **Y:** 1,897,664 feet
>
> New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

> Section 15, Township 23N, Range 01E, N.M.P.M.
>
> | | | |
> |---|---|---|
> | Pt. NW¼ | | 1.3 acres |
> | | Total | 1.3 acres |

> As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-02-0028B.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## CRISTOBAL JACQUEZ

**Subfile No.: CHGA-02-0028C**

### A. Irrigated Lands (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch Name:** Cordova/Martinez Ditch
>
> **Location X:** 1,481,451 feet **Y:** 1,897,664 feet
>
> New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

> Section 15, Township 23N, Range 01E, N.M.P.M.
>
> | | | |
> |---|---|---|
> | Pt. NW¼ | | 1.2 acres |
> | | Total | 1.2 acres |

> As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-02-0028C.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## SHIRLEY CORDOVA

**Subfile No.: CHGA-02-0045**

### A. No Right (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** NONE

**Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch Name:** Valdez Ditch

    **Location X:** 1,479,666 feet  **Y:** 1,900,246 feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

    Section 14, Township 23N, Range 01E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | | 0.8 acres |
| | Total | 0.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-02-0045.

**Amount of Water:** NONE

## FULGENCIO JACQUEZ
## JUANITA A JACQUEZ

**Subfile No.: CHGA-03-0010**

### A. Irrigated Lands (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** Placitas Ditch

    **Location X:** 1,460,847 feet  **Y:** 1,899,475 feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

<u>Section 17, Township 23N, Range 01E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. NE¼ | | 1.9 acres |
| | Total | 1.9 acres |

As shown on the 2000 Hydrographic Survey Map CHGA- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

B. **No Right (Surface Water Only)**

**Office of the State Engineer Files No(s):** NONE

**Priority:** NONE

**Source of Water:** Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

**Ditch Name:** Placitas Ditch

**Location X:** 1,460,847  feet  **Y:**  1,899,475  feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

<u>Section 17, Township 23N, Range 01E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. NE¼ | | 0.2 acres |
| | Total | 0.2 acres |

As shown on the 2000 Hydrographic Survey Map CHGA- 3.

**Amount of Water:** NONE

IT IS, THEREFORE, ORDERED that the above-named defendants, be and hereby are, adjudicated to have the water rights set out herein above, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the Defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The court enters this order as a final judgment as to the elements of the Defendant's water rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in these proceedings.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER





