IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

01 AUG 14  PM 2: 31

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos.  CHGA-02-0006A
              CHGA-02-0027A
              CHGA-02-0027B
              CHGA-02-0042
              CHGA-03-0007

## SUPPLEMENTAL DISCLOSURE BY STATE OF NEW MEXICO
## FOR LITIGATION OF WATER RIGHTS CLAIMS
## IN CERTAIN DISPUTED SUBFILES

Pursuant to the Prehearing Order (Doc No. 6217) filed April 2, 2001, for litigation of water rights claims in certain disputed subfiles, Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") discloses the following.

The State may use the following video-tapes to support its claims:

(1)    Three (3) video tapes taken by hydrographic survey staff in June 1995 during field inspections of agricultural land in the Rio Gallina subsection.

These video tapes were previously sought to be lost but were found during the recent relocation of the Legal Services Division of the Office of the State Engineer to its present location at 130 South Capital, Santa Fe.

The State may call the following witness in connection with the filming of these video tapes:

Larry Vigil
Office of the State Engineer
P.O. Box 25102

6323

Santa Fe, NM 87504-5102
(505) 827-6150

The above video tapes are located at the Office of the State Engineer, Hydrographic Survey

Bureau, 130 South Capital, Santa Fe, New Mexico.

DATED: August 14, 2001

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above pleading was mailed to the following persons on August
_____ l 5 _____, 2001.

Edward G. Newville

Henry L. Jacquez
1110 Maez Rd.
Santa Fe, NM 87505

Luis Toby Velasquez, Genevieve M. Velasquez
5505 Sicily Rd. N.W.
Albuquerque, NM 87114

Gabriel Maestas, Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Marino Jacquez
P.O. Box 614
Cuba, NM 87013

2

Juan C. Chavez, Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Jose P. Chavez, Piedad Chavez
506 Old Hospital Road
Espanola, NM 87532

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.

3

208 Griffin Street
Santa Fe, NM 87501

4