IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

01 AUG 14 PM 2:31

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*<br>State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile Nos: CHGA-02-0006A<br>CHGA-02-0027A<br>CHGA-02-0027B<br>CHGA-02-0042<br>CHGA-03-0007 |

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Prehearing Order for Litigation of Water Rights Claims in Certain Disputed Subfiles (6217), copies of the State Engineer's Disclosure of Opinions and Expert Witness Reports for the following described subfiles were mailed to the following persons on August 13, 2001.

Subfile No. CHGA-02-0006A
Henry L. Jacquez
1110 Maez Rd.
Santa Fe, NM 87505

Subfile No. CHGA-02-0027A
Gabriel Maestas, Jr.
Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Genevieve M. Velasquez
Luis Toby Velasquez
5505 Sicily Rd. N.W.
Albuquerque, NM 87114

6324

Subfile No. CHGA-02-0027B
Gabriel Maestas, Jr.
Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Subfile No. CHGA-02-0042
Marino Jacquez
P.O. Box 614
Cuba, NM 87013

Subfile No. CHGA-03-0007
Juan & Patsy Chavez
P.O. Box 152
Gallina, NM 87017

Jose & Piedad Chavez
506 Old Hospital Rd
Espanola, NM 87532

DATED: August 14, 2001

*[signature]*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Certificate of Service was mailed to the following persons on August __15__, 2001.

*[signature]*
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM

2

P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501