IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

01 AUG 20  PM 2: 09

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

**CHGA-02-0027A**
**CHGA-02-0027B**
**CHGA-02-0042**
**CHGA-03-0007**

**CERTIFICATE OF SERVICE**

I hereby certify that the plaintiff State of New Mexico, *ex rel.* State Engineer served its first set of Interrogatories upon the following defendants this _____ 2○ _____ day of August, 2001.

Subfile No. CHGA-02-0027A
Luis Toby Velasquez
Genevieve Velasquez
5505 Sicily Rd. N.W.
Albuquerque, NM 87114

Subfile No. CHGA-02-0027B
Gabriel Maestas
Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Subfile No. CHGA-02-0042
Marino Jacquez
P.O. Box 614
Cuba, NM 87013

Subfile No. CHGA-03-0007
Juan C. Chavez
Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

6325

Jose P. Chavez
Piedad Chavez
506 Old Hospital Road
Espanola, NM 87532


DATED: August 20, 2001

Respectfully submitted,

*Eo Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Certificate of Service was mailed to the following persons on August __20__, 2001.

*ELN*

Edward G. Newville


Luis Toby Velasquez
Genevieve M. Velasquez
5505 Sicily Rd. N.W.
Albuquerque, NM 87114

Gabriel Maestas
Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Marino Jacquez
P.O. Box 614
Cuba, NM 87013

Juan C. Chavez
Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Jose P. Chavez
Piedad Chavez
506 Old Hospital Road
Espanola, NM 87532

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501