IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

UNITED STATES
DISTRICT

01 AUG 21  PM 2: 45

69cv07941 JEC-ACE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-02-0027A
CHGA-02-0027B
CHGA-02-0042
CHGA-03-0007

## CERTIFICATE OF SERVICE

      I hereby certify that the plaintiff State of New Mexico, *ex rel.* State Engineer served its first

Request for Production upon the following defendants this _____**20**_____ day of August,

2001.

Subfile No. CHGA-02-0027A
Luis Toby Velasquez
5505 Sicily Rd. N.W.
Albuquerque, NM 87114

Subfile No. CHGA-02-0027B
Gabriel Maestas
P.O. Box 5
Gallina, NM 87017

Subfile No. CHGA-02-0042
Marino Jacquez
P.O. Box 614
Cuba, NM 87013

Subfile No. CHGA-03-0007
Juan C. Chavez
P.O. Box 152
Gallina, NM 87017

6327

506 Old Hospital Road
Espanola, NM 87532

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

3