# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

01 AUG 31  AM 10: 13

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Nutrias, Section 3

**Subfile No.: CHNU-003-0001**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### JOSE M. ABEYTA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Nutrias, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

JUL 2 6 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Nutrias, Section 3, are set forth below:

**A. IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** Abeyta

    **Location X:** 1,562,762  feet  **Y:** 2,030,207  feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

    Section 16, Township 27N, Range 04E, N.M.P.M.

| | | |
|---|---|---|
| Pt. of Lot 1 | | 7.4 acres |
| | Total | 7.4 acres ( Fallow ) |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-003-0001.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System,

Rio Nutrias, Section 3, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be

       enjoined from any use of the surface waters of the Rio Chama Stream System,

       Rio Nutrias, Section 3, except in strict accordance with the water rights described

       herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

       any other water right claimant with standing to object prior to the entry of a final decree.

       IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Nutrias, Section 3,  are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System,

Rio Nutrias, Section 3, except in strict accordance with the rights set forth herein or in

other orders of the Court.

       The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                    3                    Subfile No.: CHNU-003-0001

ACCEPTED: _Jose M Abeyta_
                    JOSE M ABEYTA

ADDRESS: _Po Box 102_
              _Los Ojos New Mex_
                    _87551_

DATE: _July 25· 2001_


_Edward G Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_7·26·01_
Date



South Boundary of the Tierra Amarilla Grant

Rio Nutrias

003-0001
A 7.4 ac.
F

Abeyta Ditch

Legend
—— Irrigated Tract Boundary
—— No Right Tract Boundary
▶ Operable Ditch
– – Inoperable Ditch
······ Stock Pond / Reservoir
● Point of Diversion
Ⓕ Fallow

Scale 1"=300'

100  50  0  100  200  300
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
**RIO NUTRIAS SECTION**

Subfile CHNU-003-0001
**Abeyta Ditch**
AMENDED April 16, 2001