## IN THE UNITED STATES DISTRICT COURT
### FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No:   CHGA-04-0001A

01 AUG 31  AM 10: 43

### ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

JULIAN VIGIL, MARY VIGIL and ROBERT VIGIL by our signatures appearing below

hereby acknowledge that the Consent Order for Subfile No. CHGA-04-0001A which we signed and

approved on _____7·24·01_____ represents the resolution of all claims to water

rights in connection with Subfile No. CHGA-04-0001A under the Answers (Docket Nos. 6038, 6039

& 6040) filed with the Court on November 20, 2000.

_Julian Vigil_
JULIAN VIGIL

7-24-01
date

_Mary Vigil_
MARY VIGIL

7-24-01
date

6330

RECEIVED

JUL 2 5 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

ROBERT VIGIL

7/24/01

date

2