IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

01 AUG 31 AM 10: 43

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-02-0006¢B

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, COSME S. CHACON, JOSE L. CHACON, FLUGENCIO CHACON and JOSE B. CHACON, by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0006¢ which we signed and approved on __8·1·01__
                                                                          date

represents the resolution of all claims to water rights under the Statement of Water Rights Claim (Docket No. 6096) filed with the Court on December 28, 2000.

_____
COSME S. CHACON

__7-31-01__
date

_____
JOSE L. CHACON

__Aug. 1-01__
date

6332

RECEIVED

AUG 6 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

_Fulgencio Chacon_
FLUGENCIO CHACON

8-1-01
date


_Jose B. Chacon_
JOSE B. CHACON

8-1-01
date