IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 01 AUG 31 AM 10: 43<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Cebolla, Section 3<br><br>Subfile No.: CHCB-001-0003 |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

**DAVID E. ARCHULETA**
**LYDIA U. ARCHULETA**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

RECEIVED
MAY 1 8 2001
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6336

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, are set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0636, 2738

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tri Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch Name:** ACEQUIA DEL PINAVETAL
  **Location X:** 1,587,026 feet **Y:** 2,028,083 feet
  New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Township 27N, Range 05E, Section 18, N.M.P.M.
| | |
|---|---|
| Pt. NW¼ | 13.7 |
| Total | 13.7 acres |

As shown on the 2000 Hydrographic Survey Map CHCB-1.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tri Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
  **Ditch Name:** ACEQUIA DEL PINAVETAL
  **Location X:** 1,587,026 feet **Y:** 2,028,083 feet
  New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Township 27N, Range 05E, Section 18, N.M.P.M.
| | |
|---|---|
| Pt. NW¼ | 11.4 |
| Pt. SW¼ | 0.5 |

|  |  |
|---|---|
| Total | 11.9 acres |

As shown on the 2000 Hydrographic Survey Map CHCB- 1.

**Amount of Water:** NONE

## C. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0636, 2738

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tri Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** ACEQUIA DEL PINAVETAL

    **Location X:** 1,587,026  feet  **Y:** 2,028,083  feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

| Township 27N, Range 04E, Section 13, N.M.P.M. | |
|---|---|
| Pt. NE¼ | 0.4 |
| Pt. SE¼ | 8.0 |
| Total | 8.4 acres |

As shown on the 2000 Hydrographic Survey Map CHCB- 1.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## D. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** 0636, 2738

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tri Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch Name:** ACEQUIA DEL PINAVETAL

    **Location X:** 1,587,026  feet  **Y:** 2,028,083  feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

| Township 27N, Range 04E, Section 13, N.M.P.M. | |
|---|---|
| Pt. NE¼ | 0.1 |

| | | |
|---|---|---|
| Pt. SE¼ | | 6.0 |
| Township 27N, Range 05E, Section 18, N.M.P.M. | | |
| Pt. SW¼ | | 0.3 |
| | Total | 6.4 acres |

As shown on the 2000 Hydrographic Survey Map CHCB-1.

**Amount of Water:** NONE

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

ACCEPTED: _____  ACCEPTED: _____
　　　　　　LYDIA U. ARCHULETA　　　　　　　　　　　DAVID E. ARCHULETA

ADDRESS: P.O. Box 217          ADDRESS: P.O. Box 217
　　　　　Rd 221-55A                    Rd. 221-55 A
　　　　　Cebolla, N.M. 87518           Cebolla, N.M. 87518
DATE: 04-25-01                 DATE: 04-25-01


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

5.21.01
Date

Consent Order　　　　　　　　　　　5　　　　　　　　　Subfile No.: CHCB-001-0003