IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>　　Plaintiff,<br>　　v.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　Defendants. | 01 AUG 31 AM 10: 13<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Nutrias, Section 3<br><br>**Subfile No.: CHNU-003-0002C** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

### JOSE D. ETURRIAGA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1.  The Court has jurisdiction over the parties and the subject matter of this suit.

2.  The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Nutrias, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.  There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

AUG 1  2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6337

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Nutrias, Section 3, are set forth below:

## A. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch Name:** Juan Antonio

    **Location X:** 1,558,950 feet  **Y:** 2,028,651 feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

| Township, Range, N.M.P.M. | |
|---|---|
| Within the Tierra Amarilla Grant | 12.6 acres |
| Section 17, Township 27N, Range 04E, N.M.P.M. | |
| Pt. of Lot 1 and Pt. of Lot 2 and Pt. of Lot 3 | 15.3 acres |
| Total | 27.9 acres ( No Right ) |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-003-0002C.

**Amount of Water:** NONE

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Nutrias, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Nutrias, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: *[signature]* JOSE D. ETURRIAGA

ADDRESS: PO B 57

Los Ojos, NM 87551

DATE: 8/1/01

*[signature]* Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General

8-2-01
Date

Map labels:
- Juan Antonio Ditch
- 003-0002C A 12.6 ac. NR
- 003-0002C A 15.3 ac. NR
- Out
- Epifanio Ulibarri Ditch

Legend
- Irrigated Tract Boundary
- No Right Tract Boundary
- Operable Ditch
- Inoperable Ditch
- Stock Pond/Reservoir
- Point of Diversion

Scale 1"=500'
0  250  500 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO NUTRIAS SECTION

Subfile CHNU-003-0002C
Epifanio Ulibarri &
Juan Antonio Ditches
AMENDED April 10, 2001