IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 01 AUG 31 AM 10: 43<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile No: CHGA-02-0018 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, RAMONCITA MAESTAS by my signature appearing below hereby acknowledge that the

Consent Order for Subfile No. CHGA-02-0018 (6051) which I signed and approved on _____

___Nov 6, 2000___ represents the resolution of all claims to water rights under the
(date)
Statement of Water Rights Claim (6006) filed with the Court on November 8, 2000.

_Ramoncita Maestas_
RAMONCITA MAESTAS

_____
date

**RECEIVED**

JUL 2 7 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6342