IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 01 SEP 12 PM 2:47<br>69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br>Rio Cebolla, Section 3<br>Rio Nutrias, Section 3<br>Canjilon Creek, Section 3<br><br>Subfile Nos:  CHNU-002-0013<br>CHNU-003-0001<br>CHNU–003-0002A<br>CHNU-003-0002B<br>CHNU-003-0002C<br>CHNU-003-0002D<br>CHCB-001-0003<br>CHCB-003-0019<br>CHCB-007-0002A<br>CHCJ-003-0032<br>CHCJ-003-0022A |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 12th day of September, 2001:

Subfile No. CHNU-002-0013
Docket No. 6341
Domitilia L. & Feliberto Ulibarri
P.O. Box 182
Tierra Amarilla, NM  87575

Subfile No. CHNU-003-0001
Docket No. 6328
Jose M. Abeyta
P.O. Box 102
Los Ojos, NM  87551

Subfile No. CHNU-003-0002A
Docket No. 6340
Jose D. Eturriaga
P.O. Box 57
Los Ojos, NM  87551

Subfile No CHNU-003-0002B
Docket No. 6339
Jose D. Eturriaga
P.O. Box 57
Los Ojos, NM  87551

6347

Subfile No. CHNU-003-0002C
Docket No. 6337
Jose D. Eturriaga
P.O. Box 57
Los Ojos, NM  87551

Subfile No CHNU-003-0002D
Docket No. 6338
Jose D. Eturriaga
P.O. Box 57
Los Ojos, NM  87551

Subfile No. CHCB-001-0003
Docket No. 6336
David E. & Lydia U. Archuleta
P.O. Box 217, Rd. 221-55A
Cebolla, NM  87518

Subfile No CHCB-003-0019
Docket No. 6335
Elizabeth L. Amos
P.O. Box 296
Cebolla, NM  87518

Subfile No. CHCB-007-0002A
Docket No. 6334
Donna M. & Leroy A. Martinez
P.O. Box 218
Cebolla, NM  87518

Subfile No. CHCJ-003-0032
Docket No. 6333
Florencio & Gilbert Montano
1188 Marilyn Drive
Layton, Utah  84041

Subfile No. CHCJ-003-0022A
Docket No. 6346
Belinda M. Martinez
P.O. Box 3112
Espanola, NM  87533

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
4 Darrah Road
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 12th day of September, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM  87102-2272
Los Lunas, NM  87031

Karla McCall, Data Manager
4 Darrah Road

2

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  8756

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

_____
Edward G. Newville