IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos.   CHGA-02-0006B
                   CHGA-04-0001A

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 12th day of September, 2001:

Subfile No. CHGA-02-0006B
Docket No. 6331
Cosme S. Chacon
P.O. Box 4
Gallina, NM 87017

Subfile No. CHGA-02-0006B
Docket No. 6331
Jose B. Chacon
413 Cristine Drive, N.E.
Rio Rancho, NM 87124

Subfile No. CHGA-02-0006B
Docket No. 6331
Fulgenio Chacon
P.O. Box 24
Gallina, NM 87017

Subfile No. CHGA-02-0006B
Docket No. 6331
Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

Subfile No. CHGA-04-0001A
Docket No. 6329
Julian Vigil
P.O. Box 122
Gallina, NM 87017

Subfile No. CHGA-04-0001A
Docket No. 6329
Mary Vigil
P.O. Box 13
Gallina, NM 87017

Subfile No. CHGA-04-0001A
Docket No. 6329
Robert M. Vigil
P.O. Box 108
Gallina, NM  87017

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

| | |
|---|---|
| Karla McCall, Data Manager<br>4 Darrah Road<br>Los Lunas, NM  87031 | Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM  87529-1574 |

A copy of this Certificate of Service was mailed to the following persons on this 12th day of September, 2001:

| | |
|---|---|
| Vickie Gabin, Special Master<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM  87504-2384 | Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 Eighteenth Street, Suite 945<br>Denver, CO  80202 |
| Darcy S. Bushnell, Esq.<br>USDC-DCNM<br>333 Lomas Blvd., NW, Box 610<br>Albuquerque, NM  87102-2272 | Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM  87529-1574 |
| Ronald J. Boyd, Esq.<br>208 Griffin Street<br>Santa Fe, NM  87501 | Karla McCall, Data Manager<br>4 Darrah Road<br>Los Lunas, NM  87031 |
| John W. Utton, Esq.<br>P.O. Box 271<br>Albuquerque, NM  87103-0271 | Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM  87571 |

*Ed Newville* (signature)
Edward G. Newville

2