IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA ADJUDICATION

**NOTICE OF FILING OF SPECIAL MASTER'S REPORT
RE CORDOVA-MARTINEZ DITCH'S MOTION TO INTERVENE**

On September 18, 2001 the Special Master filed a Report recommending that the Court deny the July 31, 2001 Cordova-Martinez Ditch's Motion to Intervene (Docket No. 6326).

/s/ Vickie L. Gabin, Special Master