IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
                                            )
     Plaintiffs, )
                                            )
v. )   No. 69 cv 7941-JC
                                            )   RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
                                            )   Section 5  Rio Gallina
     Defendants )   Subfile Nos. 02-00027A; 02-0027B; 02-0042;
                                            )                   03-0007
                                            )

**CORDOVA-MARTINEZ DITCH'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO SPECIAL MASTER'S REPORT**

TO THIS HONORABLE COURT:

     The Cordova-Martinez Ditch ("Petitioner") respectfully requests a thirty day extension of time, from October 1, 2001 to October 31, 2001, to file objections to the Special Master's Report and Recommendations on Cordova-Martinez Ditch's Motion to Intervene, filed September 18, 2001 (No. 6349). In support of this motion, Petitioner states the following:

     1.     Petitioner and the State of New Mexico have entered into discussion about how Petitioner's concerns may be accommodated without full participation as a party in hearings on individual subfile claims.

     2.     Additional time is necessary to fully discuss options that will be beneficial to the State, Petitioner and the Court.

     3.     Counsel for the State of New Mexico, Ed Newville, does not oppose this motion.

1

FOR THE REASONS STATED ABOVE, Petitioner respectfully prays that the Court extend the deadline to file objections to the Special Master's Report until October 31, 2001.

Dated: September 27, 2001

Respectfully submitted,

MARY E. HUMPHREY
Attorney for Cordova-Martinez
Community Ditch
P. O. Box 1574
El Prado, NM  87529
(505) 758-2203

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was mailed to the following persons on the 21st day of September, 2001.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM  87504

Toby & Genevieve M. Velasquez
5505 Sicily Rd. NW
Albuquerque, NM  87114

Gabriel & Mary Ann Maestas
P. O. Box 5
Gallina, NM  87017

Marino Jacquez
P. O. Box 614
Cuba, NM  87013

Juan C. and Patsy L. Chavez
Jose P. and Piedad Chavez
P.O. Box 152
Gallina, NM  87017

Special Master Vickie Gabin
U.S.District Court
P. O. Box 2384
Santa Fe, NM  87504-2384

Darcy Bushnell
USDC/DNM
333 Lomas Blvd NE, Suite 610
Albuquerque, NM  87102

Karla McCall
Aqua Tek, Data Manager
1315 Sagebrush SW
Las Lunas, NM  87031

Gallina-Capulin Acequia Association
P. O. Box 163
Gallina, NM  87017

Mary E. Humphrey

2