IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, and
THE UNITED STATES OF AMERICA,

     Plaintiffs,

     v.                                   No. 69 cv 7941-JC
                                          RIO CHAMA STREAM SYSTEM
RAMON ARAGON *et al.,*
                                          Section 5     Rio Gallina
     Defendants                      Subfile Nos. 02-00027A; 02-0027B; 02-0042;
                                                       03-0007

**ORDER ON
CORDOVA-MARTINEZ DITCH'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO SPECIAL MASTER'S REPORT**

     THIS MATTER is before the Court on the Cordova-Martinez Ditch's September 28, 2001 Unopposed Motion (Docket No. 6349) for an extension of time to file objections to the Special Master's September 28, 2001 Report and Recommendations (No. 6349) on the Cordova-Martinez Ditch's July 31, 2001 Motion to Intervene (No. 6308).  The Court finds that the motion for an extension is well-taken and that it should be GRANTED.

     IT IS THEREFORE ORDERED that the time in which to file objections to the Report is extended until October 31, 2001.

                                                                /electronic signature/
                                                       UNITED STATES DISTRICT JUDGE
                                                        JOHN EDWARDS CONWAY