IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## MOTION TO CORRECT DEFENDANT'S NAMES

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and moves the Court to issues its order for correcting the names of the defendants named below in the above-styled and captioned cause to read as follows:

| | | | |
|---|---|---|---|
| from Elizabeth L. Ames | to | Elizabeth L. Amos | CHCB-03-0019 |
| from Jose M. Madrid | to | Joe M. Madrid | CHCB-03-0004 |
| from Diana M. Sandoval | to | Dianne R. Sandoval | CHCJ-03-0040 |
| from Geraldine N. Valdez | to | Geraldine Martinez a/k/a Geraldine N. Valdez | CHCJ-02-0037<br>CHCJ-03-0079 |
| from Elfa Leyba | to | Elfa Martinez | CHCJ-04-0003A |

DATED October 1, 2001

Respectfully submitted,

*[signature]*
EDWARD G. NEWVILLE



Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Defendant's Names was mailed to the following persons on ___OCTOBER 2___, 2001.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567