## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO, *ex rel.***
**State Engineer**

      **Plaintiff,**

      **v.**

**RAMON ARAGON, *et al.*,**

      **Defendants.**

01 OCT 01 PM 2:20

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Section 3: Rio Nutrias, Rio Cebolla**
**& Canjilon Creek**

### NOTICE OF DISMISSAL

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives

notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure

against the defendants heretofore joined in this cause, as follows:

Rio Nutrias

    Isabel Tafoya                     CHNU-02-0005

Canjilon Creek

| | |
|---|---|
| Gilbert Ortiz | CHCJ-01-0004 |
| Lenor Serrano | CHCJ-02-0008 |
| Casilda Leyba | CHCJ-02-0044 |
| Olibama Maestas | CHCJ-03-0021 |
| Dale Ben Chacon | CHCJ-03-0024 |
| Fidel Martinez | CHCJ-03-0050 |
| David Maes | CHCJ-03-0051 |
| Marlene B. Vigil | CHCJ-03-0054 |
| Adrian Madrid | CHCJ-03-0064 |
| Max D. Martinez | CHCJ-03-0074 |
| Alice Martinez | CHCJ-03-0074 |

    Dated: October 1, 2001

6357

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Dismissal was mailed to the following persons on ___ October 2 _____ 2001.

*Edward G. Newville*

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

2

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567