IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

01 SEP 19 PM 2:01

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## NOTICE OF PENDENCY OF SUIT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO TO THE FOLLOWING NAMED OR DESIGNATED DEFENDANTS:

The following named persons, if living, if deceased, their unknown heirs:

    RAMONA JACQUEZ ESTATE

All unknown claimants of interest to surface waters in the Rio Gallina Section of the Rio Chama Stream System.

    GREETINGS:

Please take note that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the waters of the Rio Gallina Section of the Rio Chama Stream System.

Unless you appear and defend in this matter on or before December 28, 2001, any right you may have to use the waters of the Rio Gallina Section of the Rio Chama Stream System may be adjudicated by default judgment that conforms to the hydrographic survey filed herein on January 25, 2000.

6358

The water rights that are the subject of the action are located in Rio Arriba County, New Mexico.

The name and address of the plaintiff's attorney is:

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(800) 928-3766
(505) 827-6150


**ATENTOS SALUDOS:**

Por la presente les avisamos que está pendiente en la Corte de Distrito de los Estados Unidos del Distrito de Nuevo México una Demanda en contra de Uds. El propósito general de dicha demanda es adjudicar todas las reclamaciones de los derechos de usar las aguas en la Sección del Río Gallina del Sistema Tributario del Río Chama.

Salvo que Ud. comparezca y presente sus defensas en este asunto en o antes del 28 de diciembre 2001, todo derecho que Ud. pueda tener de usar las aguas en la Sección del Río Gallina en el Sistema Tributario del Río Chama podrá adjudicarse en contra de Ud. por Sentencia en Rebeldía de conformidad con el estudio hidrográfica que fue presentado en esta causa el 25 de enero 2000.

Los derechos de usar el agua localizados en el Condado de Río Arriba, Nuevo México constituyen el asunto de la acción judicial.

A continuación están el nombre y la dirección del abogado que representa al Demandante:

Edward G. Newville
*Special Assistant Attorney General*
*Office of the State Engineer*
*P.O. Box 25102*
Santa Fe, NM87504-5102
(800)928-3766
(505)827-6150

WITNESS the hand and seal of the United States District Court for the District of New Mexico, this ___/9ª___ day of September, 2001.

2

ROBERT M. MARCH
DISTRICT COURT CLERK
By: _____
Deputy Clerk