# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| **Plaintiff,** | **69cv07941 JEC-ACE** |
| **v.** | **RIO CHAMA STREAM SYSTEM** Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| **RAMON ARAGON,** *et al.*, | |
| **Defendants.** | |

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's October 1, 2001 Motion to Join Additional Parties Defendant, Louis R. Tafoya, *et al.,* Subfile No. CHNU-02-0005B (Docket No. 6354).

Being fully advised in the premises, the Court finds the Motion is well taken and that it should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's October 1, 2001 Motion to Join Additional Parties Defendant are joined as parties defendant to this action.

/electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE