# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## ORDER CORRECTING DEFENDANT'S NAMES

This is before the Court upon State of New Mexico's October 1, 2001 motion to correct (Docket No. 6356) defendants' names. The Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be and hereby are corrected as follows:

| | | | |
|---|---|---|---|
| from Elizabeth L. Ames | to | Elizabeth L. Amos | CHCB-03-0019 |
| from Jose M. Madrid | to | Joe M. Madrid | CHCB-03-0004 |
| from Diana M. Sandoval | to | Dianne R. Sandoval | CHCJ-03-0040 |
| from Geraldine N. Valdez | to | Geraldine Martinez a/k/a Geraldine N. Valdez | CHCJ-02-0037 CHCJ-03-0079 |
| from Elfa Leyba | to | Elfa Martinez | CHCJ-04-0003A |

/electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE