IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | |
| -v- | ) ) ) | 69cv07941- JEC - ACE<br><br>RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al., | ) ) | Section 5 - Rio Gallina |
| Defendants. | ) ) | |

NOTICE OF FINAL PRETRIAL CONFERENCE ON DISPUTED SUBFILES

Pursuant to the Procedural Order for Litigation of Water Rights Claims in Certain Disputed Subfiles, as amended, entered April 2, 2001 (Docket No. 6217) and Fed. R. Civ. P. 16(d), the Special Master will hold a final prehearing conference on Monday, October 29, 2001 at 10:30 a.m. in the Boardroom at the Coronado High School, State Highway 96, Gallina, N.M.  Water rights claimants for subfiles which are still disputed at the time of the hearing are hereby ordered to appear.

Counsel for the State of New Mexico, ex rel. State Engineer, shall be prepared with a proposed trial plan to facilitate the admission of evidence and avoid duplication, and include the anticipated order of presentation and sequencing of issues and evidence, and stipulations (or challenges) to the qualifications of the water rights claimants' expert witnesses and anticipated evidence.  Water rights claimants shall bring copies of the evidence they intend to introduce at trial, and be ready to discuss the presentation of their cases.

IT IS SO ORDERED.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN