IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>    Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Nutrias, Section 3 |

01 OCT 16 PM 1:40

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rio Nutrias, Section 3 of the Rio Chama Stream System named below:

| **DEFENDANT NAME** | **SUBFILE No.** |
|---|---|
| ESQUIBEL, ARTURO | CHNU-002-0001 |
|  | CHNU-001-0003 |
| MONTOYA, LUCIA A. | CHNU-002-0014 |
|  | CHNU-002-0007 |
|  | CHNU-001-0003 |
|  | CHNU-001-0005 |
|  | CHNU-002-0002 |
|  | CHNU-001-0004 |
| MONTOYA, ROBERT J. | CHNU-001-0004 |
|  | CHNU-002-0002 |
|  | CHNU-001-0005 |
|  | CHNU-001-0003 |
|  | CHNU-002-0014 |



| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| MONTOYA, ROBERT J. | CHNU-002-0007 |
| VALDEZ, JUSTIANO | CHNU-002-0008 |
|  | CHNU-002-0009 |

Respectfully submitted

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons

on 12 day of October, 2001.

*[signature]*

Edward G. Newville

## SECTION 3 DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., N.W., Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
4 Darrah Rd.
Las Lunas, NM 87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567