# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,
v.

ROMAN ARAGON, *et al.,*

     Defendants.

01 OCT 16 PM 2:54

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No.: CHGA-01-0003**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### VIVIAN SUAZO

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the element

of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

SEP 2 5 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama

   Stream System, Rio Gallina, Section 5, are set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:**  Cecilia Ditch

   **Location X:** 1,478,510  feet  **Y:**  1,892,334  feet

   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

   Section 24, Township 23N, Range 01E, N.M.P.M.

|  |  |
|---|---|
| Pt. NW¼ | 19.7 acres |
| Pt. SE¼ | 14.2 acres |

   Section 19, Township 23N, Range 02E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. SW¼ |  | 29.7 acres |
|  | Total | 63.6 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-01-0003.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System,

   Rio Gallina, Section 5, other than those set forth in this order and those other orders

   entered by this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                          3                    Subfile No.: CHGA-01-0003

ACCEPTED: *Vivian Suazo*
VIVIAN SUAZO

ADDRESS: *P.O. Box 17*
*Gallina, N.M.* 87017

DATE: *9-21-01*


*Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General

**9.25-01**
Date

Consent Order                              4                    Subfile No.: CHGA-01-0003



Cecilia Ditch

SEEPED

001-0003
A 19.7 ac.

001-0003
A 3.2 ac.

Out

001-0003
A 14.2 ac.

001-0003
A 26.5 ac.

96

LEGEND
Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
No Right

Seeped
Fallow

N

Scale
1 inch = 500 feet
100  0  100  200  300  400  500  Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-001-0003
Cecilia Ditch
AMENDED Aug. 30, 2001