# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

ROMAN ARAGON, *et al.,*

      Defendants.

01 OCT 16 PM 2:54

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

**Subfile No.: CHCB-003-0020**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### ELIZA M. ULIBARRI

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

OCT 1 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

      Stream System, Rio Cebolla, Section 3, are set forth below:

**A.  NO RIGHT (Surface Water Only):**

**Office of the State Engineer Files No(s):** 01133 - 01167

**Priority:** NONE

**Source of Water:**   Surface waters of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

    **Ditch Name:**  MONTANO - MARTINEZ DITCH

    **Location X:** 1,572,702  feet  **Y:**  2,015,526  feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Acreage**

    Section 35, Township 27N, Range 04E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | | 3.1 acres |
| | Total | 3.1 acres |

    As shown on the 2000 Hydrographic Survey Map CHCB- 3.

**Amount of Water:** NONE

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System,

      Rio Cebolla, Section 3, other than those set forth in this order and those other orders

      entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be

      enjoined from any use of the surface waters of the Rio Chama Stream System,

      Rio Cebolla, Section 3, except in strict accordance with the water rights described

      herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

      any other water right claimant with standing to object prior to the entry of a final decree.

Consent Order                                  2                        Subfile No.: CHCB-003-0020

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: Eliza Ulibarri
ELIZA M. ULIBARRI

ADDRESS: P.O. Box 125
Cebolla NM
87518

DATE: 9-28-01

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

10 · 1 · 01

Date