# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

01 OCT 15 PM 3:57

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-03-0028

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

    I, ALICE JACQUEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0028 which I signed and approved on __09-18-01__
(date)
_____ represents the resolution of all claims to water rights in connection with the Statement of Water Rights Claim (5961) filed with the Court on October 2, 2000.

_____
ALICE JACQUEZ

09-18-01
date

RECEIVED

SEP 2 7 2001

OFFICE OF _____ _____
LEGAL SERVICES DIVISION

