IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

01 OCT 16 PM 3: 57

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-03-0011

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, ROGER JACQUEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0011 which I signed and approved on 9/21/01 (date) represents the resolution of all claims to water rights under the Answer (6150) filed with the Court on February 2, 2001.

ROGER JACQUEZ

9-21-01
date

RECEIVED

SEP 27 2001

OFFICE OF THE STATE ENGINEER

