IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 01 OCT 16 PM 3:57<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile No. CHGA-01-0003 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, VIVIAN SUAZO by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-01-0003 which I signed and approved on  9·21·01 _____ represents the resolution of all claims to water rights in connection with Subfile No. CHGA-01-0003 under the Answer (5995) filed with the Court on November 1, 2000.

_____
VIVIAN SUAZO

9-21-01
date

RECEIVED

SEP 2 5 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

