IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No: CHGA-03-0023

## MOTION TO VACATE CONSENT ORDER
## AND FOR LEAVE TO FILE NEW CONSENT ORDER
## IN SUBFILE CHGA-03-0023

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, and moves the Court to enter its order vacating the Consent Order filed January 18, 2001, (Docket No. 6127) between the Plaintiff State of New Mexico and Defendants LEVI A. SANCHEZ and MARY SANCHEZ in subfile CHGA-03-0023, and granting leave for the State and Defendants to file a new Consent Order in connection with the Defendants' right to use the public waters of the Rio Chama Stream System, and as grounds therefore plaintiff states:

1.    The State and Defendants Levi A. Sanchez and Mary Sanchez signed and approved a Consent Order concerning Defendants' water rights under Subfile CHGA-03-0023 based upon a boundary with neighboring landowners (Rogelio and Marcella Corrales) that was shown to state engineer hydrographic survey personnel in the field in October 2000. A boundary survey plat prepared July 31, 2001, for Defendants and the Corrales, and recently provided to the hydrographic survey staff, indicates that the boundary shown to state engineer personnel in the field was erroneous.

There is no dispute between the Defendants and the Corrales that the true boundary between their property is shown in the boundary survey plat prepared July 31, 2001. Correction of the mapped irrigated acreage under subfile CHGA-03-0023 pursuant to the boundary survey plat survey will reduce the amount of irrigated acreage in subfile CHGA-03-0023 from 34.6 acres to 30.9 acres.

2. Counsel for the State has contacted the Defendants concerning the substance of this motion, and Defendants do not oppose vacating the Consent Order filed January 18, 2001, and the entry of a new Consent Order for subfile CHGA-03-0023 based upon a correct mapping of Defendants' property.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order vacating the Consent Order filed January 18, 2001, (Docket No. 6127) and granting leave for the State and Defendants to file a new Consent Order in connection with subfile CHGA-03-0023 concerning the Defendants' right to use the public waters of the Rio Chama Stream System.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was mailed to the following persons on ____ __10·24__, 2001.

_____
Edward G. Newville

Levi A. Sanchez
Mary Sanchez
P.O. Box 51305
Española, NM 87532

Rogelio Corrales
Marcella Corrales
P.O. Box 33
Gallina, NM 87017

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574

3

El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501