IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
at Santa Fe, NM
OCT 23 2001
ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>CHGA-02-0003B<br>CHGA-02-0025 |

### MOTION TO SUBSTITUTE SUBFILE MAPS

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, and moves the Court to enter its order substituting new subfile maps for the maps attached to the Consent Orders filed with the Court in subfiles CHGA-02-0003B and CHGA-02-0025, and as grounds therefore states:

1. The color subfile map attached to the Consent Order filed December 15, 2000 (Docket No. 6075) in subfile CHGA-02-0003B (Mark W. Valdez and Elaine M. Valdez) incorrectly lists the subfile as CHGA-02-0023B.

2. The color subfile map attached to the Consent Order filed November 16, 2000 (Docket No. 6019) in subfile CHGA-02-0025 (Rogelio Corrales) omits a portion of the adjudicated water rights under that subfile and lists the subfile as CHGA-02-0025-A.

3. Color subfile maps correcting the above errors are attached hereto as Exhibits A and B.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order

6383

correcting these errors and substituting the subfile maps attached hereto as Exhibits A and B for the maps attached to the Consent Orders described above.

                                          Respectfully submitted,

                                          *Ed Newville*

                                          EDWARD G. NEWVILLE
                                          Special Assistant Attorney General
                                          Office of the State Engineer
                                          P.O. Box 25102
                                          Santa Fe, NM 87504-5102
                                          (505) 827-6150

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing motion was mailed to the following persons on _____ 10 · 23 _____, 2001.

                                          Edward G. Newville

Mark Valdez
Elaine Valdez
P.O. Box 136
Gallina, NM 87017

Rogelio Corrales
P.O. Box 33
Gallina, NM 87017

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501



Legend:
- Irrigated Tract Boundary
- No Right Tract Boundary
- Operable Ditch
- Inoperable Ditch
- Stock Ponds / Reservoir
- Point of Diversion

Scale: 1 inch = 300 feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number CHGA-020003B
Gonzales/Gurule Ditch
AMENDED Oct. 5, 2000

Tract: 020003B A 2.3 ac.

EXHIBIT A

