IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the Relation for the State Engineer, And THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 69 cv 7941-JC |
| v. | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | Section 5 Rio Gallina Subfile No. 3-007 |
| Defendants | ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Juan and Patsy Chavez and Jose and Piedad Chavez respectfully request for an extension of time of the date set for the hearing on Subfile No. 3-007. In support of this motion, Defendants' state:

1. The date set for hearing is November 12, 2001.

2. As a result of meeting with the attorney for the State, Defendants have become aware of additional evidence that may support their claim. Defendants need additional time to additional time to perform additional research.

3. Defendants request an additional three months before hearing.

4. Ed Newville was contacted and does not oppose this motion.

Respectfully Submitted,

Juan Chavez for Defendants
Pro se
P.O. Box
Gallina, NM 87017

### CERTIFICATE OF SERVICE

I certify that a copy of this pleading was mailed to the following persons on the 23 day of October, 2001.

6384

Ed Newville, Esq.
P.O. Box 25102
Santa Fe, NM 87504

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

Special Master Vickie Gabin
U.S District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

*Juan Chavez*