IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*,
State Engineer,

        Plaintiff,

vs.

RAMON ARAGON, *et al.*,

        Defendants.

No.: 69 cv 7941-JC

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No.: CHGA-02-0027B

## CERTIFICATE OF SERVICE

I hereby certify that Defendants Gabriel Maestas, Jr. and Mary Ann Maestas served Responses to the first set of Interrogatories upon Plaintiff State of New Mexico via U.S. Priority Mail on this 10th day of October, 2001.

Luis Tobias Velasquez for Defendants
5505 Sicily Rd. NW
Albuquerque, NM 87114
(505) 922-0981

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Certificate of Service was mailed to the following persons on the 11th day of October, 2001.

Ed Newville, Esq.
P.O. Box 25102
Santa Fe, NM 87504-5102

Ruby Chacon
P.O. Box 163
Gallina, NM 87017

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Luis Tobias Velasquez for Defendants

6386