IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the Relation for the State Engineer, And THE UNITED STATES OF AMERICA,<br><br> Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br> Defendants | No. 69 cv 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 Rio Gallina<br>Subfile No. 3-007 |

## CERTIFICATE OF SERVICE

I hereby certify that Defendants Juan and Pasty Chavez and Jose and Piedad Chavez served Responses to the first set of Interrogatories upon Plaintiff State of New Mexico on this 9 day of October, 2001.

*(signature)*
Juan Chavez for Defendants
P.O. Box 152
Gallina, NM 87017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this certificate of Service was mailed to the following person on the 9 day of October, 2001.

Ed Newville, Esq.
P.O. Box 25102
Santa Fe, NM 87504

Special Master Vickie Gabin
U.S District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

*(signature)*
Juan Chavez for Defendants

6387