### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

01 OCT 29 ... 9: ...

STATE OF NEW MEXICO *ex rel.*
State Engineer,

 Plaintiff,

v.

ROMAN ARAGON, *et al.,*

 Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No.: CHGA-02-0011**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### JOSE DOLORES GONZALES
### STELLA M. GONZALES

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement
concerning certain elements of Defendant's right to divert and use the public waters of
the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures
appearing below, the State and the Defendant(s) have approved and accepted the
elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the element
of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

OCT 9  2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6389

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Gallina, Section 5, are set forth below:

**A. IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   01126, 01127 & 01128 date filed 5/19/1948

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

   **Ditch Name:**  Valdez Ditch

   **Location X:**  1,479,666  feet  **Y:**  1,900,246  feet

   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

   Section 14, Township 23N, Range 01E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | | 1.8 acres |
| Pt. SE¼ | | 1.0 acres |
| | Total | 2.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-02-0011.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System,

Rio Gallina, Section 5, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be

enjoined from any use of the surface waters of the Rio Chama Stream System,

Rio Gallina, Section 5, except in strict accordance with the water rights described

herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System,

Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _Stella m Gonzales_          ACCEPTED: _[signature]_
         STELLA M. GONZALES               JOSE DOLORES GONZALES

ADDRESS: _#18 Rd 5295_          ADDRESS: _18   Rd 5295_
        _Farmington N.m_               _Farminton N Mex_
        _87401_               _87401_
DATE: _10-4-01_          DATE: _10  4  01_


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_10.12.01_
Date

Consent Order                    4                    Subfile No.: CHGA-02-0011



LEGEND

Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
Fallow
No Right

N

Scale
1 inch = 300 feet
100  0  100  200  300 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-002-0011
Valdez Ditch
AMENDED Sept. 10, 2001