# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

01 OCT 29 /:: 9: 22

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No.: CHGA-02-0042**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### MARINO JACOUEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the

    elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

OCT 9 2001

OFFICE OF THE STATE ENGINEER
L.          RICS DIVISION



4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Gallina, Section 5, are set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:**  Cordova/Martinez Ditch

**Location X:** 1,481,451  feet  **Y:**  1,897,664  feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Section 14, Township 23N, Range 01E, N.M.P.M.

Pt. NW¼                                          9.7 acres

Section 15, Township 23N, Range 01E, N.M.P.M.

Pt. NE¼                                          1.1 acres

                                    Total     10.8 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-02-0042.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:**  Cordova/Martinez Ditch

**Location X:** 1,481,451  feet  **Y:**  1,897,664  feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

Consent Order                          2                     Subfile No.: CHGA-02-0042

**Location and Amount of Irrigated Acreage:**

Section 14, Township 23N, Range 01E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | | 5.2 acres |
| | Total | 5.2 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-02-0042.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Gallina, Section 5, other than those set forth in this order and those other orders entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5,  are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
MARINO JACQUEZ

ADDRESS: P.O. Box 614
Cuba
N Mex 87013

DATE: 10-8-001

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

10.11.01
Date

Consent Order                    4                    Subfile No.: CHGA-02-0042



002-0042
B 5.2 ac.

F

Out

002-0042
A 1.1 ac.

002-0042
A 9.7 ac.

Cordova/Martinez Ditch

LEGEND
Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
Fallow
No Right

N

Scale
1 inch = 300 feet
100   0   100   200   300 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-002-0042
Cordova/Martinez Ditch
AMENDED Sept. 20, 2001