IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

01 OCT 26 PM 2:15

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos: CHGA-01-0003
                CHGA-03-0011
                CHGA-03-0027
                CHGA-03-0028

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 26th day of October, 2001:

Subfile No.CHGA-01-0003
Docket No. 6374
Vivian Suazo
P.O. Box 17
Gallina, NM 87017

Subfile No.: CHGA-03-0011
Docket No. 6375
Roger Jacquez
PO Box 2315
Espanola, NM 87532

Subfile No.CHGA-03-0027
Docket No. 6376
Max A. Martinez & Nieves Martinez
P.O. Box 145
Gallina, NM 87017

Subfile No.CHGA-03-0028
Docket No. 6377
Alice Jacquez
P.O. Box 48
Gallina, NM 87017

1

6399

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 26th day of October, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM 87102-2272

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Edward G. Newville

2