# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

     **Plaintiff,**

     v.

RAMON ARAGON, *et al.*,
     **Defendants.**

01 OCT 26  PM 2: 15

**69cv07941 JEC-ACE**
**RIO CHAMA STREAM SYSTEM**
**Rio Cebolla, Section 3**
**Rio Nutrias, Section 3**
**Canjilon Creek, Section 3**

**Subfile Nos:**    **CHNU-002-0005B**
                 **CHCJ-002-0022**
                 **CHCJ-002-0038**
                 **CHCJ-003-0016**
                 **CHCB-003-0020**
                 **CHCJ-003-0021**
                 **CHCJ-003-0022B**
                 **CHCJ-003-0074**

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed

above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

was mailed to each of the following Defendants on the 26th day of October, 2001:

Subfile No. CHNU-002-0005B
Docket No. 6367
Louis R. Tafoya
134 Las Estrellas
Santa Fe, NM  87507

Subfile No. CHCJ-002-0022
Docket No. 6368
James S. Findley & Muriel T. Findley
P.O. Box 44
Corrales, NM  87048

Subfile No. CHCJ-002-0038
Docket No. 6369
Sharon K. Velarde
P.O. Box 1828
Espanola, NM  87532

Subfile No CHCJ-003-0016
Docket No. 6370
Isabel Carter & Roland Carter
405 64th St. SW
Albuquerque, NM  87121

1

6400

Subfile No. CHCB-003-0020
Docket No. 6378
Eliza M. Ulibarri
P.O. Box 175
Cebolla, NM 87518

Subfile No. CHCJ-003-0021
Docket No. 6371
Antonio Maestas
P.O. Box 522
Canjilon, NM 87515

Subfile No CHCJ-003-0022B
Docket No. 6372
Vickie Martinez Rodela
P.O. Box 4117
Fairview, NM 87533

Subfile No CHCJ-003-0074
Docket No. 6373
Angela D. Martinez
Max David Martinez
P.O. Box 3912
Fairview, NM 87533

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 26th day of October, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM 87102-2272

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

_Edward G. Newville_

2