IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   69cv07941-JEC-ACE<br>)<br>)   RIO CHAMA STREAM SYSTEM<br>)<br>)   Section 5 - Rio Gallina<br>) |

ORDER GRANTING MOTIONS FOR EXTENSION OF TIME
AND FURTHER AMENDING PREHEARING ORDER

THIS MATTER is before the Special Master on two Defendants' Unopposed Motions for Extension of Time, filed October 24, 2001 (Docket Nos. 6384 & 6385) by *pro se* Defendants Chavez and Maestas. Defendants request that the November 12, 2001 hearing date for disputed Subfiles CHGA-03-0007 and 02-0027B, as set forth in the April 2, 2001 Prehearing Order (No. 6217), be changed to allow them an additional three months to prepare for hearing. The State of New Mexico, ex rel. State Engineer (State), does not oppose these motions.

This matter was discussed further at the October 29 pretrial conference held in Gallina, NM. At that time, the parties agreed that hearings on these subfiles should be scheduled at the same time as hearings on the remaining disputed subfiles in Section 5. The parties agreed further to appear for a status conference in April, 2002 for the purpose of scheduling further proceedings.

Being fully advised in the premises, I find that the motions should be GRANTED.

IT IS ORDERED, THEREFORE, that

1. the Unopposed Motions for Extension of Time are GRANTED;

2. the November 12, 2001 setting for hearing disputed subfiles is VACATED, and the April 2, 2001 Pre-hearing Order is amended accordingly; and

3. no later than March 15, 2002, Defendants and counsel for the State shall agree on several possible dates for the April status conference and so inform the Special Master.

        /electronic signature/
SPECIAL MASTER VICKIE L. GABIN