IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

01 OCT 30 PM 2:47

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-02-0026

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, ABRAM CORDOVA by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0026 which I signed and approved on 10-8-01 _____ represents the resolution of all claims to water rights under the Answer (6315) filed with the Court on February 2, 2001.

*Abram Cordova*
ABRAM CORDOVA

10-8-01
date

RECEIVED

OCT 9 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION