IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>    Defendants. | 01 OCT 30 PM 2:47<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile No. CHGA-02-0011 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

JOSE DOLORES GONZALES and STELLA GONZALES by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0011 which we signed and approved on __10 4 01__ (date) represents the resolution of all claims to water rights under the Answer to Consent Order and Statement of Water Rights Claim (5999) filed with the Court on November 8, 2000.

_____
JOSE DOLORES GONZALES

__10 4 01__
date

_____
STELLA GONZALES

__10-4-01__
date

6403