# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

     **Plaintiff,**

     **v.**

RAMON ARAGON, *et al.*,

     **Defendants.**

01 OCT 30 PH 2:17

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
Rio Gallina, Section 5

**Subfile No. CHGA-02-0009C**

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, VIVIAN SUAZO by my signature appearing below hereby acknowledge that the

Consent Order for Subfile No. CHGA-02-0009C which I signed and approved on ~~10-4-01~~

          (date)

10.4.01  represents the resolution of all claims to water rights under the Statement of

Water Rights Claim (5959) filed with the Court on October 2, 2000.

_VIVIAN SUAZO (signature)_
VIVIAN SUAZO

10-4-01
date

6404