# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

01 OCT 30 PM 2: 17

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| **Plaintiff,** | **69cv07941 JEC-ACE** |
| **v.** | **RIO CHAMA STREAM SYSTEM** **Rio Gallina, Section 5** |
| **RAMON ARAGON,** *et al.,* | |
| **Defendants.** | **Subfile No. CHGA-02-0006A** |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, HENRY L. JACQUEZ by my signature appearing below hereby acknowledge that the

Consent Order for Subfile No. CHGA-02-0006A which I signed and approved on ___10·18·01___
                                                                                              (date)
_____ represents the resolution of all claims to water rights under the Answer (6087)

filed with the Court on December 20, 2000, and the Notice of Claim of Additional Water Rights and

Counterclaim (6088) filed with the Court on December 20, 2000.


HENRY L. JACQUEZ

10 - 18 - 01
date


6405