IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 01 OCT 30 PM 2:47<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>CHGA-02-0042 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, MARINO JACQUEZ by my signature appearing below hereby acknowledge that the

Consent Order for Subfile No. CHGA-02-0042 which I signed and approved on __10-8-01__
(date)
_____ represents the resolution of all claims to water rights under the Answer (6009)

filed with the Court on November 8, 2000.

_____
MARINO JACQUEZ

__10-8-01__
date

RECEIVED

OCT 9  2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6406