UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Oct 29, 2001                                        TIME: 10:30 Am

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:   ( ) Senior Judge E.L. Mechem
                  (✓) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: State of NM et al. v Aragon et al.

69cv07941-JEC-ACE
Rio Chama Adjudication

COUNSEL:

| PLAINTIFF: | DEFENDANTS: |
|---|---|
| EDWARD G NEWVILLE | MARY HUMPHREY |
| | |
| | |
| SEE ATTACHED LIST | |

NOTES: Final prehearing conference scheduled by Notice #6363 filed October 9, 2001. The conference was held in the Boardroom of Coronado Highschool in Gallina, NM. Matters discussed included:
1) Planning for trial presently scheduled for November 2001
2) Possibility of postponing scheduled trial date

COURT REPORTER: NONE

6407

## SPECIAL DISTRIBUTION LIST
### State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941 - JEC -ACE
### Rio Chama Adjudication - Section 5: Rio Gallina

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM 87529

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Wilfred Rael
P.O. Box 603
Questa, NM 87556

Jose P. Chavez
Piedad Chavez
506 Old Hospital Road
Española, NM 87532

Juan C. Chavez
Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Henry L. Jacquez
1110 Maez Rd.
Santa Fe, NM 87505

Marino Jacquez
P.O. Box 614
Cuba, NM 87013

Gabriel Maestas
Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Luis Toby Velasquez
Genevieve M. Velasquez
5505 Sicily Rd. NW
Albuquerque, NM 87114

Julian Vigil
Mary Vigil
P.O. Box 110
Gallina, NM 87017

Robert M. Vigil
P.O. Box 108
Gallina, NM 87017

DISTRIBUTION LIST FOR NOTICE OF FINAL PRETRIAL CONFERENCE ON DISPUTED SUBFILES, Doc No. 6363 Filed October 9, 2001