IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br>Rio Cebolla, Section 3<br>Rio Nutrias, Section 3<br>Canjilon Creek, Section 3<br><br>Subfile Nos:  CHNU-003-0003<br>CHCJ-004-0038<br>CHCJ-003-0071<br>CHCJ-003-0036 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 1st day of November, 2001:

Subfile No. CHNU-003-0003
Docket No. 6395
Donald Thomas Martinez
PO Box 187
Los Ojos, NM 87551

Subfile No. CHCJ-004-0038
Docket No. 6393
United States of America
999 18th St. #945
Denver CO, NM 80702

Subfile No. CHCJ-003-0071
Docket No. 6392
Jolly Family Trust
P.O. Box 518
Co Road 302 #50
Canjilon, NM 87515

Subfile No. CHCJ-003-0036
Docket No. 6394
Bailon Montano
1409 Sawmill Road NW
Albuquerque, NM 87104

1

6409

<u>Subfile No. CHCB-003-0036</u>
Docket No. 6394
Jo Ann Gallegos
2701 Windmill SW
Albuquerque, NM 87121

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 1st day of November, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

*Ed Newville* (signature)
Edward G. Newville

2