## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

01 NOV -1 AM 10: 30

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

Subfile Nos:  **CHGA-02-0006A**
               **CHGA-02-0009C**
               **CHGA-02-0011**
               **CHGA-02-0026**
               **CHGA-02-0027A**
               **CHGA-02-0042**
               **CHGA-03-0001B**

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each of the subfiles

listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream

System, was mailed to each of the following Defendants on the 1st day of November, 2001:

Subfile No.CHGA-02-0006A
Docket No. 6391
Henry L. Jaquez
1110 Maez Road
Santa Fe, NM 87505

Subfile No. CHGA-02-0009C
Docket No. 6390
Vivian Suazo
PO Box 17
Gallina, NM 87017

Subfile No.CHGA-02-0011
Docket No. 6389
Jose Dolores & Stella M. Gonzales
# 18 Road 5295
Farmington, NM 87401

Subfile No.CHGA-00-0026
Docket No. 6388
Abram Cordova
P.O. Box 91
Gallina, NM 87017

1



Subfile No.CHGA-02-0027A
Docket No. 6398
Luis Toby & Genevieve Velasquez
5505 Sicily Road NW
Albuquerque, NM  87114

Subfile No.CHGA-02-0027A
Docket No. 6398
Mary Ann  & Gabriel Maestas Jr.
PO Box 5
Gallina, NM  87017

Subfile No.CHGA-02-0042
Docket No. 6397
Marino Jacquez
PO Box 614
Cuba, NM  87013

Subfile No.CHGA-03-0001B
Docket No. 6396
Willie Chavez
PO Box 8
Gallina, NM 87017

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed

to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 1st day of

November, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM  87102-2272

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM  87501

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

2

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Edward G. Newville

3