IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the | ) | |
| relation of State Engineer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 69cv07941- JEC-ACE |
| -v- | ) | |
| | ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) | |
| | ) | |
| Defendants. | ) | Section 3: Rio Nutrias, Rio Cebolla, |
| | ) | & Canjilon Creek |

ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Special Master on the United States' Motion for a Thirty Day Extension of Time, filed October 31, 2001 (Docket No. 6408). The United States requests the extension until November 29, 2001 to file claims for federal non-Indian water rights. Under the December 11, 2000 Procedural Order for the Adjudication of Section 3 Federal Non-Indian Claims (No. 6064), the filing deadline is November 1, 2001. Counsel for the State of New Mexico and several acequia associations do not object.

Being fully advised in the premises, I find the motion is well taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that federal non-Indian water rights claims in Section 3 shall be filed on or before November 29, 2001.

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN