IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>CHGA-02-0003B<br>CHGA-02-0025 |

## ORDER SUBSTITUTING SUBFILE MAPS

THIS MATTER is before the Court on New Mexico's October 23, 2001 Motion to Substitute Subfile Maps attached to Consent Orders filed with the Court in subfiles CHGA-02-0003B and CHGA-02-0025. Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT THEREFORE ORDERED that the subfile map attached hereto as Exhibit A (subfile CHGA-02-0003B) is substituted for the map attached to the Consent Order filed December 15, 2000 (Docket No. 6075) in subfile CHGA-02-0003B; the map attached hereto as Exhibit B (subfile CHGA-02-00025) is substituted for the map attached to the Consent Order filed November 16, 2000 (Docket No. 6019) in subfile CHGA-02-0025).

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

6412