IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No: CHGA-03-0023

## ORDER VACATING CONSENT ORDER AND GRANTING LEAVE TO FILE NEW CONSENT ORDER IN SUBFILE CHGA-03-0023

THIS MATTER is before the Court on New Mexico's October 23, 2001 Motion to Vacate Consent Order and For Leave to File to New Consent Order in Subfile CHGA-03-0023 (Docket No. 6382). Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Consent Order filed January 18, 2001 (No. 6127) between the State of New Mexico and Defendants LEVI A. SANCHEZ and MARY SANCHEZ in subfile CHGA-03-0023 is vacated, and the State and Defendants have leave to file a new Consent Order in connection with the Defendants' right to use the public waters of the Rio Chama Stream System.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

6413