## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

**Subfile No.: CHCJ-004-0057**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### JUAN C MARTINEZ
### LONGINIA O MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the element

of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

NOV 1 9 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6416

4.    The rights of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, are set forth below:

## A.  <u>IRRIGATED LANDS (Surface Water Only)</u>:

**Office of the State Engineer Files No(s)**  NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**    Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch Name:**  ACEQUIA DEL ORILLA

**Location X:**  1,615,187  feet  **Y:**  2,007,978  feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Section 19, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | | 3.9 acres |
| Pt. SW¼ | | 1.9 acres |
| | Total | 5.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-004-0057.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B.  <u>IRRIGATED LANDS (Surface Water Only)</u>:

**Office of the State Engineer Files No(s)**  NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**    Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch Name:**  GARCIA DITCH NO.1

**Location X:**  1,609,566  feet  **Y:**  2,008,899  feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Section 19, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SW¼ | 2.4 acres |

Total   2.4 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHCJ-004-0057.

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

## C. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE

**Priority:** NONE

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

  **Ditch Name:**  GARCIA DITCH NO.1

  **Location X:** 1,609,566  feet  **Y:**  2,008,899  feet

  New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Acreage**

  Section 19, Township 26N, Range 05E, N.M.P.M.

    Pt. SW¼                                    0.4 acres

                          Total    0.4 acres ( No Right )

As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHCJ-004-0057.

**Amount of Water:** NONE

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System,

      Canjilon Creek, Section 3, other than those set forth in this order and those other orders

      entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                    4                    Subfile No.: CHCJ-004-0057

ACCEPTED: _Longinia Martinez_          ACCEPTED: _Juan C Martinez_
       LONGINIA O MARTINEZ                 JUAN C MARTINEZ

ADDRESS: _P.O. Box 573_                ADDRESS: _P.O. Box 573_
       _Cayiton N.M._                 _Canjilon N.Mex_
       _87515_                 _87515_

DATE: _11-8-01_                        DATE: _NOV-8-01_


_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_11.19.01_

Date



Acequia del Orilla

004-0057
A 1.9 ac.

004-0057
A 3.9 ac.

004-0057
B 2.4 ac.

004-0057
C 0.4 ac.

NR

Garcia Ditch No. 1

Legend
Fallow
No Right
Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Pond / Reservoir
Point of Diversion

Scale
1 inch = 200 feet

100    0    100    200 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-004-0057
Acequia del Orilla &
Garcia Ditch No.1
AMENDED Aug. 29, 2001