IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 01 DEC -4 AM 10:27<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile No.: CHGA-03-0022 |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

### MARCELLA CORRALES
### ROGELIO CORRALES

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

OCT 2 9 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6426

4. The rights of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Gallina, Section 5, are set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 03247 date filed 5/1/1987

**Priority:** Reserved for future determination by court order entered March 15, 2000.

**Source of Water:** Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** Rincon Ditch

    **Location X:** 1,460,761 feet **Y:** 1,899,262 feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

    Section 17, Township 23N, Range 01E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | | 8.8 acres |
| | Total | 8.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-03-0022.

**Amount of Water:** Reserved for future determination by court order entered March 15, 2000.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Gallina, Section 5, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: *Rogelio Corrales* (signature)
ROGELIO CORRALES
ADDRESS: P.O. Box 33
Gallina, NM 87017
DATE: 10-26-01

ACCEPTED: *Marcella Corrales* (signature)
MARCELLA CORRALES
ADDRESS: P.O. Box 33
Gallina, NM 87017
DATE: 10-26-01

*Ed Newville* (signature)
EDWARD G. NEWVILLE
Special Assistant Attorney General

10.29.01
Date



Rincon Ditch

003-0022
A 8.8 ac.

LEGEND
— Irrigated Tract Boundary
— No Right Tract Boundary
▶ Operable Ditch
– – Inoperable Ditch
— Stock Ponds / Reservoir
● Point of Diversion
Ⓕ Fallow
Ⓝ No Right

Scale
1 inch = 300 feet
100  0  100  200  300 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-003-0022
Rincon Ditch
AMENDED Sept. 14, 2001