IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 01 DEC -5 AM 11: 2<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>CHGA-02-0027A |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

LUIS TOBY VELASQUEZ and GENEVIEVE M. VELASQUEZ by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0027A which we signed and approved on ___October 15, 2001___ represents the
(date)
resolution of all claims to water rights under the Answers (6101, 6102) filed with the Court on January 10, 2001.

_____
LUIS TOBY VELASQUEZ

__11/8/01__
date

_____
GENEVIEVE M. VELASQUEZ

__11/8/01__
date

**RECEIVED**

NOV 1 4 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6429