IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

Plaintiff,

v.

**RAMON ARAGON,** *et al.,*

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-03-0029

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, PATRICK RODRIGUEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0029 which I signed and approved on __10/19/01__
(date)
_____ represents the resolution of all claims to water rights under the Statement of Water Rights Claim (6071) filed with the Court on December 11, 2000.

_____
PATRICK RODRIGUEZ

__10/19/01__
date

RECEIVED

OCT 2 9 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION