IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No.: CHGA-03-0022

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

ROGELIO CORRALES and MARCELLA CORRALES by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0022 which we signed and approved on __10 - 26 -01__ (Date) represents the resolution of all claims to water rights in connection with Subfile No. CHGA-03-0022 under the Statement of Water Rights Claim (Docket No. 6072) filed with the Court on December 18, 2000.

_____
ROGELIO CORRALES

__10/26/01__
date

_____
MARCELLA CORRALES

__10/26/01__
date

RECEIVED

OCT 2 9 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6431