IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile: CHGA-03-0020

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, ROSALIE F. WILSON by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0020 which I signed and approved on *Nov. 14, 2001* _____ represents the resolution of all claims to water rights in connection with Subfile No. CHGA-03-0020, the Statement of Water Rights Claim (5958) filed with the Court on October 2, 2000, and the Statement of Water Rights Claim (6004) filed with the Court on November 8, 2000.

*Rosalie F. Wilson*
ROSALIE F. WILSON

*November 14, 2001*
date

RECEIVED

NOV 1 6 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6432