IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile Nos:  CHGA-02-0002<br>CHGA-03-0020<br>CHGA-03-0022<br>CHGA-03-0024B<br>CHGA-03-0029 |

01 DEC -7   10: 27

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 7th day of December, 2001:

Subfile No.CHGA-02-0002
Docket No. 6428
Conrado Gomez
Mary Irene Gomez
2201 Marie Pl. NW
Albuquerque, NM  87104

Subfile No.CHGA-03-0022
Docket No. 6426
Marcella Corrales
Riogelio Corrales
P.O. Box 33
Gallina, NM  87017

Subfile No. CHGA-03-0020
Docket No. 6427
Rosalie F. Wilson
Box 162
Kirtland, NM  87417

Subfile No.CHGA-03-0024B
Docket No. 6425
Atilana Jaquez
Ubaldo Jacquez
4401 Rowe Ave.
Farmington, NM  87402

1

6434

| | |
|---|---|
| Subfile No.CHGA-03-0029 | Subfile No.CHGA-03-0029 |
| Docket No. 6424 | Docket No. 6424 |
| L. Marisa Rodriquez | Patrick Rodriquez |
| Monica T. Rodriquez | Rt. 1 Box 376H |
| 8318 Wynview Ct. NW | Espanola, NM 87532 |
| Albuquerque, NM 87120 | |

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 7th day of December, 2001:

| | |
|---|---|
| Vickie Gabin, Special Master | Bradley S. Bridgewater, Esq. |
| USDC-DCNM | David W. Gehlert, Esq. |
| P.O. Box 2384 | USDOJ-ENRD |
| Santa Fe, NM 87504-2384 | 999 Eighteenth Street, Suite 945 |
| | Denver, CO 80202 |
| Darcy S. Bushnell, Esq. | |
| USDC-DCNM | Mary E. Humphrey, Esq. |
| 333 Lomas Blvd., NW, Box 610 | P.O. Box 1574 |
| Albuquerque, NM 87102-2272 | El Prado, NM 87529-1574 |
| | |
| Ronald J. Boyd, Esq. | Karla McCall, Data Manager |
| 208 Griffin Street | 1315 Sagebrush Drive, SW |
| Santa Fe, NM 87501 | Los Lunas, NM 87031 |

2

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

*Ed Newville*

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150