IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br>Defendants. | 01 DEC -7<br>69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br>Rio Cebolla, Section 3<br>Rio Nutrias, Section 3<br>Canjilon Creek, Section 3<br><br>Subfile Nos: CHCB-003-0022<br>CHCJ-002-0016<br>CHCJ-004-0020<br>CHCJ-004-0024<br>CHCJ-004-0036<br>CHCJ-004-0046A<br>CHCJ-004-0046B<br>CHCJ-004-0057<br>CHCJ-004-0058 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 7th day of December, 2001:

Subfile No. CHCB-003-0022
Docket No. 6423
Adela Martinez
David R. Martinez
PO Box 234
Cebolla, NM  87518

Subfile No. CHCJ-002-0016
Docket No. 6422
Ephraim Valencia
213 S. Pacific St. # F
Oceanside, CA  92054

Subfile No. CHCJ-004-0020
Docket No. 6421
Allen Silverstein
736 1/2 Montez
Santa Fe, NM  87501

Subfile No. CHCJ-004-0024
Docket No. 6420
Mave Martinez
HCR 70 Box 126
Vernon, Utah  84080

1

6435

Subfile No. CHCJ-004-0036
Docket No. 6419
Adan Martinez
P.O. Box 582
Canjilon, NM  87515

Subfile No. CHCJ-004-0046A
Docket No. 6418
Benjamin Leyba
P.O. Box 463
Canjilon, NM  87515

Subfile No. CHCJ-004-0046B
Docket No. 6417
Benjamin Leyba
David Leyba
P.O.Box 463
Canjilon, NM  87515

Subfile No. CHCJ-004-0046B
Docket No. 6417
Horace Leyba
P.O. Box 486
Canjilon, NM  87515

Subfile No. CHCJ-004-0057
Docket No. 6416
Juan C. Martinez
Longinia O. Martinez
P.O. Box 573
Canjilon, NM  87515

Subfile No. CHCJ-004-0058
Docket No. 6415
Karla B. Vigil
Vicente Vigil
1414 Hickox St.
Santa Fe, NM  87505

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 7th day of December, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM  87102-2272

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM  87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

2

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

*Ed Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150