IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |

## NEW MEXICO'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the substitution of parties pursuant to Rule 25(a)(1). In support of this motion, the State states:

1. Defendant EDUVIGEN SERRANO filed a Statement of Water Rights Claim with the Court on December 11, 2000 (Docket No. 6065).

2. Plaintiff State of New Mexico has been informed and reasonably believes that defendant Eduvigen Serrano is now deceased.

WHEREFORE the State respectfully requests that the ESTATE OF EDUVIGEN SERRANO be substituted as party defendant in this action for the deceased defendant Eduvigen Serrano.

DATED: December 10, 2001

Respectfully submitted,

*Ed Newville*



EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion for Substitution of Parties was mailed to the following persons on _December 12_ 2001.

Edward G. Newville

Estate of Eduvigen Serrano
c/o Geraldine Serrano
P.O. Box 575
Santa Cruz, NM 87567

## DISTRIBUTION LIST -- RIO GALLINA SECTION

Special Master Vickie L. Gabin
USDC-DCNM
P.O.Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501