# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

      **Plaintiff,**

      **v.**

**RAMON ARAGON,** *et al.*,

      **Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

## ORDER GRANTING NEW MEXICO'S MOTION
## FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on New Mexico's Motion for Substitution of Parties filed on December 11, 2001 (Docket No. 6440).

Being fully advised in the premises, the Court finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the ESTATE OF EDUVIGEN SERRANO is substituted as party defendant in this action for the deceased EDUVIGEN SERRANO.

                        /electronic signature/
                        JOHN EDWARDS CONWAY
                      UNITED STATES DISTRICT JUDGE