IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    Plaintiff,

    v.

**RAMON ARAGON,** *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties Defendant filed on December 11, 2001. (Docket No. 6442).

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Amanda Gonzales at Post Office Box 102, Gallina NM 87017 for Subfiles CHGA-02-0014 & CHGA-02-0009B is joined as a defendant to this action.

        /electronic signature/
        JOHN EDWARDS CONWAY
        UNITED STATES DISTRICT JUDGE