# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.*, | Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| Defendants. | |

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's December 11, 2001 Motion to Join Additional Parties Defendant (Docket No. 6439). Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's December 11, 2001 Motion to Join Additional Parties Defendant are joined as parties defendant to this action.

  /electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE