# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**RAMON ARAGON,** *et al.***,**

    **Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Section 3: Rio Nutrias, Rio Cebolla**
**& Canjilon Creek**

## ORDER CORRECTING DEFENDANT'S NAME

This is before the Court upon State of New Mexico's December 11, 2001 motion (Docket No. 6437) to correct defendant's name. The Court, having considered the motion and being otherwise fully advised in the premises, finds that the name of the defendant named below should be and hereby is corrected as follows:

    from Jo Ann Montano    to    Jo Ann Gallegos    CHCJ-003-0036

IT IS SO ORDERED.

    /electronic signature/
    JOHN EDWARDS CONWAY
    UNITED STATES DISTRICT JUDGE