IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.* )
State Engineer, )
                               )       07941
          Plaintiff, )       69cv07491 - JEC - ACE
                               )
          v. )       RIO CHAMA Stream System
                               )
ROMAN ARAGON, *et al.*, )       Section 5, Rio Gallina Subsection
                               )
          Defendants. )

**ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME**

THIS MATTER is before the Special Master on the United States' Motion for a Sixty Day Extension of Time, filed Nov. 19, 2001 (Docket No. 6433). The United States requests the extension until February 4, 2002 to file claims for federal non-Indian water rights. Counsel for the State of New Mexico and several acequia associations do not object.

Being fully advised in the premises, I find the motion is well taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that federal non-Indian water rights claims in Section 3 shall be filed on or before February 4, 2002.

                                                             /s/ Vickie L. Gabin
                                                      SPECIAL MASTER VICKIE L. GABIN

6450

CERTIFICATE OF SERVICE LIST FOR
*STATE OF NEW MEXICO V. ARAGON* (Sec. 3)
**CV 7941 SC**

I hereby certify that on this 28th day of November, 2001, a true and correct copy of the foregoing **UNITED STATES' MOTION FOR A SIXTY DAY EXTENSION OF TIME** was served by United States mail to all counsel on the following list.

Special Master Vickie L. Gabin
c/o USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
Aqua Tek
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Darcy Bushnell, Esq.
US District Court
District of New Mexico
333 Lomas Blvd., NW
Albuquerque, NM 87102-2272

Edward G. Newville, Esq.
NM State Engineer'ing Office
P.O. Box 25102
Santa Fe, NM 87504-5102

John W. Utton, Esq.
Sheehan, Sheehan & Stelzer
P.O. Box 271
Albuquerque, NM 87103-0271

Bradley S. Bridgewater, Esq.
USDOJ-ENRD
999 18th St., Ste. 945
Denver, CO 80202

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

DATED this 27th day of November, 2001.

Respectfully Submitted,

DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural
    Resources Division
General Litigation Section
999 18th Street, Suite 945
Denver, Colorado 80202
Phone:      (303)312-7352
Fax:        (303)312-7331