## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

**RIO CHAMA STREAM SYSTEM**

## NEW MEXICO'S SEMIANNUAL
## HYDROGRAPHIC SURVEY STATUS REPORT

COMES NOW Plaintiff State of New Mexico, *ex rel.* State Engineer and files this semiannual status report for the hydrographic surveys of the Rio Chama Stream system.

Section 7 – Rio Chama above El Vado Dam:

The hydrographic survey report for the second subsection of Section 7, Rio Brazos, was completed on December 18, 2001, and filed with the Court on December 21, 2001. The total surveyed area of the Rio Brazos subsection amounts to 3,703.2 acres.

Field survey work for the third subsection of Section 7 – Rutheron/Plaza Blanca – has been completed and the preparation of final maps is underway. The state expects that the report for the Rutheron/Plaza Blanca subsection will be complete and filed with the Court in February 2002. Work on the final two subsections – Canones Creek and the Village of Chama – remains approximately 80% and 50% complete. Additional fieldwork in these areas will be scheduled during the summer of 2002 in order to complete these surveys. Fieldwork in these subsections has been delayed due to staffing limitations and the need to concentrate the work of available field staff during the summer of

*6451*

2001 in follow-up subfile work in Sections 3 and 5.

DATED:  December 21, 2001

Respectfully submitted,

*Eo Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887

## CERTIFICATE OF SERVICE

I certify that copy of this report was mailed to the following persons on December 21, 2001.

*EGN*

Edward G. Newville

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

-2-

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave., S.W., Rm. 4001
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans. Dept.
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
P.O. Box 787
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504

Lester K. Taylor, Esq.
500 Marquette, N.W.
Suite 1050
Albuquerque, NM 87102

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312 D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504