IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2. The persons or entities listed in Exhibit A are in Section 7 of the Rio Chama Basin, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 7 of the Rio Chama Basin.

6465

DATED: December 24, 2001

Respectfully submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on __Dec. 27__, 2001.

*[signature]*

Edward G. Newville


Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945

2

Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, 87567

## Attachment A

| Name | Address |
|---|---|
| ABEYTA, ANTONIO LUIS | P.O. BOX 11 TIERRA AMARILLA, NM 87575 |
| ATENCIO, JOSE SILVIANO | P.O. BOX 113 TIERRA AMARILLA, NM 87575 |
| BACA, ENEDINA | 2913 KENTUCKY, NE ALBUQUERQUE, NM 87110 |
| CAMPOS, CECILIA | P.O. BOX 131 TIERRA AMARILLA, NM 87575 |
| CAMPOS, TOMMY III | P.O. BOX 131 TIERRA AMARILLA, NM 87575 |
| CASIAS, MARIA | P.O. BOX 12 TIERRA AMARILLA, NM 87575 |
| CHAMA VALLEY INDPNDNT. SCHOOLS, | P.O. DRAWER 10 TIERRA AMARILLA, NM 87575 |
| COLOMEX OIL AND GAS CO., INC., | P.O. BOX 1147 TAOS, NM 87571 |
| CORRALES, IVAN C. | 201 THOR WICHITA FALLS, TX 76311 |
| CORRALES, MANUEL E. | 201 THOR WICHITA FALLS, TX 76311 |
| CORRALES, MARCELLA T. | 201 THOR WICHITA FALLS, TX 76311 |
| CORRALES, TERESITA | 201 THOR WICHITA FALLS, TX 76311 |
| COX, CECIL L. | P.O. BOX 10 LOS OJOS, NM 87551 |
| COX, WILLIS | P.O. BOX 10 LOS OJOS, NM 87551 |
| DAWSON, JAMES R. | 806 UTE LANE GUNNISON, CO 81230 |
| DEMASTERS, RON | P.O. BOX 472 CHAMA, NM 87520 |
| DOVE, CHARLES | 4150 STATE ROAD 112 TIERRA AMARILLA, NM 87575 |
| DOVE, LOUELLA | 4150 STATE ROAD 112 TIERRA AMARILLA, NM 87575 |
| DUBOIS, JOSE SANCHEZ | P.O. BOX 103 TIERRA AMARILLA, NM 87575 |
| ESPINOZA FAMILY TRUST, | 1708 CALLEJON ZENAIDA SANTA FE, NM 87501 |
| ESPINOZA, FAUSTINA TRUST | 1708 CALLEJON ZENAIDA SANTA FE, NM 87501 |
| ESPINOZA, HARRY | 5312 LAS TRAMPAS WAY, NW ALBUQUERQUE, NM 87120 |
| ESPINOZA, OLIVIA | 5312 LAS TRAMPAS WAY, NW ALBUQUERQUE, NM 87120 |
| ESPINOZA, SIXTO TRUST | 1708 CALLEJON ZENAIDA SANTA FE, NM 87501 |
| ETURRIAGA, JUANTIA M. | P.O. BOX 70 TIERRA AMARILLA, NM 87575 |
| FLORES, ALEX | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| FLORES, AMADA R. | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| GALLEGOS, JOSE P. | P.O. BOX 387 TIERRA AMARILLA, NM 87575 |
| GARCIA, ANGIE | P.O. BOX 63 TIERRA AMARILLA, NM 87575 |
| GARCIA, LEROY G. | P.O. BOX 482 FLORA VISTA, NM 87415 |
| GARCIA, STELLA U. | P.O. BOX 482 FLORA VISTA, NM 87415 |
| GARCIA, TITO | P.O. BOX 63 TIERRA AMARILLA, NM 87575 |
| HOWELL CORPORATION, | 994 SUN FLOWER, SW RIO RANCHO, NM 87124 |
| HOWELL, MITZI M. | P.O. BOX 819 RANCHO DE TAOS, NM 87557 |
| JULIEN, CARLOS E. | RT. 1, BOX 108-AA SANTA FE, NM 87501 |
| LABRIER, ASCENCION | P.O. BOX 29 ENSENADA ROUTE TIERRA AMARILLA, NM 87575 |
| LOVATO, ROBERTO | P.O. BOX 192 TIERRA AMARILLA, NM 87575 |
| LOVATO, VIRGINIA M. | P.O. BOX 192 TIERRA AMARILLA, NM 87575 |
| LUCERO, REYNEL O. | P.O. BOX 213 TIERRA AMARILLA, NM 87575 |

## Attachment A

| | |
|---|---|
| LUNA, DOLORES G. | P.O. BOX 85 TIERRA AMARILLA, NM 87575 |
| LUNA, SALOMON A. | P.O. BOX 156 TIERRA AMARILLA, NM 87575 |
| LUNA, SALOMON A. | P.O. BOX 85 TIERRA AMARILLA, NM 87575 |
| LUNA, SR., MRS. FRANK D. ESTATE | P.O. BOX 156 TIERRA AMARILLA, NM 87575 |
| MANZANARES, ISIDORO | P.O. BOX 642 CHAMA, NM 87520 |
| MANZANARES, MARIANO S. | P.O. BOX 100 GALLINA, NM 87017 |
| MANZANARES, MARY L. | P.O. BOX 100 GALLINA, NM 87017 |
| MANZANARES, RUBEN | P.O. BOX 100 GALLINA, NM 87017 |
| MARTINEZ, FAUSTIN | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| MARTINEZ, HARRY O. | P.O. BOX 192 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, HEIRS OF CARLOTA L. | P.O. BOX 822 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, ISABEL | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| MARTINEZ, J.R. ESTATE | 26516 COUNTY ROAD 500 PAGOSA SPRINGS, CO 81147 |
| MARTINEZ, JOANN C. | P.O. BOX 199 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, JUAN I. | 1616 138TH AVE. SAN LEANDRO, CA 94578 |
| MARTINEZ, LIONEL E. JR. | P.O. BOX 145 LOS OJOS, NM 87551 |
| MARTINEZ, MARGARET A. | P.O. BOX 192 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, MARIO R. | P.O. BOX 217 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, PABLO | 5364 TUMBLING F WEST TUSCON, AZ 85713 |
| MARTINEZ, SOPHIA D. | P.O. BOX 217 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, TONY | 1 ROAD 6442 NBU-41 KIRTLAND, NM 87417 |
| MONTANO, KIM | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| MONTANO, MARK L. | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| MONTANO, MELVIN | P.O. BOX 214 TIERRA AMARILLA, NM 87575 |
| MONTANO, VICENTE G. | P.O. BOX 32 TIERRA AMARILLA, NM 87575 |
| MOORE, HELEN | 1505 NORTH 10TH ST. WITCHITA FALLS, TX 76304 |
| PHILLIPS, ROSINA L. | RT. 1, BOX 514-A LAS VEGAS, NM 87701 |
| QUINTANA, RAMONA | RT. 4, BOX 117 RALLA, MO 65401 |
| RIO ARRIBA, BOARD OF COUNTY COMM. OF | P.O. BOX 127 TIERRA AMARILLA, NM 87575 |
| RIO ARRIBA, COUNTY OF | P.O. BOX 127 TIERRA AMARILLA, NM 87575 |
| RODELA, LEO S. | P.O. BOX 57 TIERRA AMARILLA, NM 87575 |
| RODELA, MARGARET | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| ROMERO, BERTHINA | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| ROMERO, DOLORES | P.O. BOX 153 TIERRA AMARILLA, NM 87575 |
| ROMERO, JUAN A. | P.O. BOX 153 TIERRA AMARILLA, NM 87575 |
| ROMERO, ROSE | 64 CAMINO BAJO SANTA FE, NM 87505 |
| SALAZAR, AGRIPINA G. | P.O. BOX 15 TIERRA AMARILLA, NM 87575 |
| SALAZAR, ERNESTO | P.O. BOX 375 TIERRA AMARILLA, NM 87575 |
| SALAZAR, ESTHER H. | P.O. BOX 375 TIERRA AMARILLA, NM 87575 |

## Attachment A

| | |
|---|---|
| SALAZAR, VICTOR SR. | P.O. BOX 15 TIERRA AMARILLA, NM 87575 |
| SAMS, JAMIE | 45 ALONDRA ROAD SANTA FE, NM 87505 |
| SANCHEZ, ELOY | 716 TYLER, NE ALBUQUERQUE, NM 87113 |
| SANCHEZ, MAGDELENE | P.O. BOX 103 TIERRA AMARILLA, NM 87575 |
| SANCHEZ, RAMON | P.O. BOX 242 TIERRA AMARILLA, NM 87575 |
| SANDOVAL, DIONEL G. | 2913 KENTUCKY, NE ALBUQUERQUE, NM 87110 |
| SCHLEGEL, ELLIS GORDON | P.O. BOX 69 TIERRA AMARILLA, NM 87575 |
| SENA, MANUEL D. | 9709 RIO GRANDE BLVD., NW ALBUQUERQUE, NM 87114 |
| TONY CASADOS SR. & SONS, PRTN., | P.O. BOX 31 TIERRA AMARILLA, NM 87575 |
| TRACHTMAN, PAUL | P.O. BOX 148 LOS OJOS, NM 87551 |
| TRATHNIGG, HEIMO | P.O. BOX 8 LOS OJOS, NM 87551 |
| TRUJILLO, BENJAMIN R. | P.O. BOX 1533 ESPANOLA, NM 87532 |
| TRUJILLO, LUCILLE A. | P.O. BOX 2615 LAS VEGAS, NM 87701 |
| TRUJILLO, MIGUEL | BOX 93 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, AMABEL | P.O. BOX 42 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, CARLOS | P.O. BOX 150 MESILLA, NM 88046 |
| ULIBARRI, CELIA S. | 61 VALLE VISTA LOS ALAMOS, NM 87544 |
| ULIBARRI, DEBORAH | P.O. BOX 817 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, DOMIE | P.O. BOX 182 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, EDNA | P.O. BOX 150 MESILLA, NM 88046 |
| ULIBARRI, EPIMENIO | P.O. BOX 3 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, ERNESTO L. JR. | 61 VALLE VISTA LOS ALAMOS, NM 87544 |
| ULIBARRI, FELIBERTO | P.O. BOX 182 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, HEIRS OF SABINIANO | 1402 DAKOTA, NE ALBUQUERQUE, NM 87110 |
| ULIBARRI, HENRY | P.O. BOX 42 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, JULIA | P.O. BOX 3 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, MABLE | P.O. BOX 42 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, MARCELLA | P.O. BOX 83 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, OCTAVIANO | P.O. BOX 150 MESILLA, NM 88046 |
| ULIBARRI, TEODORO D. | P.O. BOX 817 TIERRA AMARILLA, NM 87575 |
| VALDEZ, BENEDICT | P.O. BOX 5 TIERRA AMARILLA, NM 87575 |
| VALDEZ, DOLORES | P.O. BOX 41 TIERRA AMARILLA, NM 87575 |
| VALDEZ, ELISEO M. | P.O. BOX 255 ESPANOLA, NM 87532 |
| VALDEZ, HELEN | P.O. BOX 5 TIERRA AMARILLA, NM 87575 |
| VALDEZ, JOSEPHINE | P.O. BOX 255 ESPANOLA, NM 87532 |
| VALDEZ, JUSTINIANO | P.O. BOX 41 TIERRA AMARILLA, NM 87575 |
| VALDEZ, OLIVIA | P.O. BOX 121 TIERRA AMARILLA, NM 87575 |
| VIGIL, EVA R. | RT. 3, BOX 167 ESPANOLA, NM 87532 |
| WARD, KELLY | 3230½ LA AVENIDA DE SAN MARCOS SANTA FE, NM 87505 |

## Attachment A

| | |
|---|---|
| WARD, SHAUN | 3230½ LA AVENIDA DE SAN MARCOS SANTA FE, NM 87505 |
| WILLARD, ERIC | 701 BROADWAY ST., SUITE 317 PLAINVIEW, TX 79072 |