IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

01 ___ ___ ___ ___

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

## NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

    1.    The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

    2.    The persons or entities listed in Exhibit A are in Section 7 of the Rio Chama Basin, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 7 of the Rio Chama Basin.

6466

DATED: December 24, 2001

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on ___December 27___, 2001.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945

2

Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, 87567

## Attachment A

| | |
|---|---|
| ABEYTA, AGAPITA | P.O. BOX 100 LOS OJOS, NM 87551 |
| ABEYTA, ANTONIA | P.O. BOX 62 LOS OJOS, NM 87551 |
| ABEYTA, CLEOTILDE | P.O. BOX 121 LOS OJOS, NM 87551 |
| ABEYTA, DANIEL | P.O. BOX 283 TIERRA AMARILLA, NM 87575 |
| ABEYTA, DONALDO | P.O. BOX 62 LOS OJOS, NM 87551 |
| ABEYTA, ELOISA S. | P.O. BOX 27 LOS OJOS, NM 87551 |
| ABEYTA, ELVIRIA | GENERAL DELIVERY LOS OJOS, NM 87551 |
| ABEYTA, GREGORIO | P.O. BOX 62 LOS OJOS, NM 87551 |
| ABEYTA, JENNY R. | P.O. BOX 283 TIERRA AMARILLA, NM 87575 |
| ABEYTA, JOSE GABRIEL | GENERAL DELIVERY LOS OJOS, NM 87551 |
| ABEYTA, JOSE M. | GENERAL DELIVERY LOS OJOS, NM 87551 |
| ABEYTA, JUAN J. | P.O. BOX 121 LOS OJOS, NM 87551 |
| ABEYTA, MARGARET | 3108 PLAZA DE PRADO ALAMOGORDO, NM 88310 |
| ABEYTA, ROQUE N. | P.O. BOX 100 LOS OJOS, NM 87551 |
| ABEYTA, RUBY | P.O. BOX 121 LOS OJOS, NM 87551 |
| ABEYTA, TEO | P.O. BOX 62 LOS OJOS, NM 87551 |
| AGUILAR, JUAN M. | P.O. BOX 11T, LA PUENTE RT. TIERRA AMARILLA, NM 87575 |
| ANDREWS LIVING TRUST, | P.O. BOX 97 TIERRA AMARILLA, NM 87575 |
| ANDREWS, CLARENCE | P.O. BOX 97 TIERRA AMARILLA, NM 87575 |
| ANDREWS, SOLEDAD | P.O. BOX 97 TIERRA AMARILLA, NM 87575 |
| ANTHONY, EMILY R. | 33432 INTERAWAY DANA POINT, CA 92629 |
| ARCHDIOCESE OF SANTA FE, | 4000 ST. JOSEPH PLACE, NW ALBUQUERQUE, NM 87120 |
| ARCHULETA, JOSE BELARMINO | P.O. BOX 154 LOS OJOS, NM 87551 |
| ARCHULETA, MANUEL D. | P.O. BOX 88 LOS OJOS, NM 87551 |
| ARCHULETA, PEDRO | P.O. BOX 9 PARKVIEW, NM 87551 |
| ATENCIO, MARGARITA V. | P.O. BOX 302 TIERRA AMARILLA, NM 87575 |
| ATENCIO, SILVIANO | P.O. BOX 302 TIERRA AMARILLA, NM 87575 |
| BACA, HELEN G. | 1715 AGUA FRIA SANTA FE, NM 87501 |
| BACA, JOSE M. | 1715 AGUA FRIA SANTA FE, NM 87501 |
| BATEMAN, LILY | P.O. BOX 263 TIERRA AMARILLA, NM 87575 |
| BEGEL, DEBORAH JANE | P.O. BOX 747 LA MADERA, NM 87539 |
| BELL, NANCY | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| BLANTON TRUST AGREEMENT, DOROTHY T. | P.O. BOX 70 AZTEC, NM 87410 |
| BLANTON, MARSHALL J. | P.O. BOX 70 AZTEC, NM 87410 |
| BRAZOS WATER COOP., INC., | 1521 CERRO VISTA RD., SW ALBUQUERQUE, NM 87105 |
| BURBANK, BEATRICE | ENSENADA RT., BOX 31 TIERRA AMARILLA, NM 87575 |
| BURBANK, MARCELLA DOREEN | ENSENADA RT. 1, BOX 35 TIERRA AMARILLA, NM 87575 |
| BURBANK, WILSON M. | ENSENADA RT., BOX 31 TIERRA AMARILLA, NM 87575 |

## Attachment A

| | |
|---|---|
| BURNSIDE, DIANE O. | P.O. BOX 3081 CORRALES, NM 87048 |
| BURNSIDE, DUANE C. | P.O. BOX 3081 CORRALES, NM 87048 |
| BUSTOS, PAULINE | P.O. BOX 271 TIERRA AMARILLA, NM 87575 |
| BYRD, CONNIE | 579 FERRY ROAD SHADY COVE, OR 97539 |
| CANDELARIA, BIDAL A. | P.O. BOX 141 LOS OJOS, NM 87551 |
| CANDELARIA, JOSE A. | P.O. BOX 85 LOS OJOS, NM 87551 |
| CASADOS FAMILY TRUST, | P.O. BOX 55 ESPANOLA, NM 87532 |
| CASADOS PARTNERSHIP, | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| CASADOS, BENITO | 20271 ADRIAN CIRCLE HUNTINGTON BEACH, CA 92646 |
| CASADOS, EMMANUELITA "AMIE" | P.O. BOX 368 TIERRA AMARILLA, NM 87575 |
| CASADOS, ROSENALDO | P.O. BOX 22 LOS OJOS, NM 87551 |
| CASADOS, RUSSEL | P.O. BOX 128 LOS OJOS, NM 87551 |
| CASADOS, SR. & SONS, PRTNRSHP., TONY | P.O. BOX 31 TIERRA AMARILLA, NM 87575 |
| CASADOS, SYLVIA | P.O. BOX 22 LOS OJOS, NM 87551 |
| CASADOS, VERNON R. | P.O. BOX 98 LOS OJOS, NM 87551 |
| CHACON, ARNOLD A. | 4680 BRYANT ST. DENVER, CO 80211 |
| CHACON, MICHAEL | 4680 BRYANT ST. DENVER, CO 80211 |
| CHAVEZ RANCH PROPERTIES, LLC, NATIVIDAD | P.O. BOX 131 LOS OJOS, NM 87551 |
| CHAVEZ, ELAINE | P.O. BOX 221 TIERRA AMARILLA, NM 87575 |
| CHAVEZ, ELIZABETH | GENERAL DELIVERY LOS OJOS, NM 87551 |
| CHAVEZ, FERNANDO | P.O. BOX 221 TIERRA AMARILLA, NM 87575 |
| CHAVEZ, LILLIE | P.O. BOX 212 CORRALES, NM 87048 |
| CHAVEZ, RUDOLF A. | P.O. BOX 212 CORRALES, NM 87048 |
| CHAVEZ, VIVIAN | P.O. BOX 212 CORRALES, NM 87048 |
| CLELAND, DARLENE TAFOYA | P.O. BOX 87 TIERRA AMARILLA, NM 87575 |
| CODLING FAMILY TRUST, | P.O. BOX 443 CHAMA, NM 87520 |
| CORDOVA, CHRISTINE M. | 2602 DURANES RD., NW ALBUQUERQUE, NM 87104 |
| CORDOVA, DEBORAH | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |
| CORDOVA, DONALD P. | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |
| CORDOVA, GENEVIEVE | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |
| CORDOVA, HAZEL | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |
| CORDOVA, JAMES P. | 602 PIONEER AZTEC, NM 87410 |
| CORDOVA, JOSE B. | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| CORDOVA, JOSEPH G. | 2602 DURANES RD., NW ALBUQUERQUE, NM 87104 |
| CORDOVA, NELDA | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |
| CORDOVA, NELDA | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |
| CORDOVA, OLIVIA J. | BOX 118 TIERRA AMARILLA, NM 87575 |
| CORDOVA, ORLANDO | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |

## Attachment A

| | |
|---|---|
| CORDOVA, ORLANDO F. | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |
| CORDOVA, SHARON | P.O. BOX 72 TIERRA AMARILLA, NM 87575 |
| CORDOVA, SORIADA | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| CORDOVA, TOMAS R. | BOX 118 TIERRA AMARILLA, NM 87575 |
| CORDOVA, VANGIE | P.O. BOX 89 LOS OJOS, NM 87551 |
| CORKIN'S LODGE, | P.O. BOX 396 CHAMA, NM 87520 |
| COX, CECIL L. | P.O. BOX 10 LOS OJOS, NM 87551 |
| COX, WILLIS E. | P.O. BOX 10 LOS OJOS, NM 87551 |
| DAVIES, JAMES H. | 4622 SOUTH KNOXVILLE TULSA, OK 74135 |
| DE AGUA DE LOS BRAZOS, LA ASOCIACION | GENERAL DELIVERY LOS OJOS, NM 87551 |
| DELGADO, MARIA F. GALLEGOS | 4750 S. 3685 WEST SALT LAKE CITY, UT 84118 |
| DURAN ESTATE, ELOY | BOX 17, ENSENADA RT. TIERRA AMARILLA, NM 87575 |
| DURAN, FRUTOSA | 1805 CORTE ADELINA, SW ALBUQUERQUE, NM 87105 |
| DURAN, GUMERCINDO F.C. | HC 75, BOX 20 TIERRA AMARILLA, NM 87575 |
| DURELL, WHITNEY | P.O. BOX 295 LOS OJOS, NM 87551 |
| EATON, AUDREY M. | P.O. BOX 404 ABIQUIU, NM 87510 |
| EATON, AUDRY | 2194 ELMER AVENUE YUBA CITY, CA 95993 |
| EATON, HICKEY | 2194 ELMER AVENUE YUBA CITY, CA 95993 |
| EATON, HUGH L. | 2194 ELMER AVENUE YUBA CITY, CA 95993 |
| EATON, LISA H. | 2194 ELMER AVENUE YUBA CITY, CA 95993 |
| EL LLANO COMPANY, | P.O. BOX 38 ESPAÑOLA, NM 87532 |
| ENSENADA DOMESTIC WATER USERS, | ENSENADA RT. TIERRA AMARILLA, NM 87575 |
| ENSENADA RESOURCES, | P.O. BOX 93367 ALBUQUERQUE, NM 871993367 |
| ESPINOSA, VALERIE | P.O. BOX 265 LOS ALAMOS, NM 87545 |
| ESTRADA, EUDILIA | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| ESTRADA, RAMON | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| ETURRIAGA, JOSE DAMIAN | P.O. BOX 57 LOS OJOS, NM 87551 |
| EVERSGERD, ALVIN | P.O. BOX 547 CHAMA, NM 87520 |
| EVERSGERD, BELVA | P.O. BOX 547 CHAMA, NM 87520 |
| FOOTE, EUGENE | P.O. BOX 849 TIERRA AMARILLA, NM 87575 |
| FOOTE, MARY V. | P.O. BOX 849 TIERRA AMARILLA, NM 87575 |
| FORDYCE, KAREL | HC 75, BOX 22 TIERRA AMARILLA, NM 87575 |
| GALLEGOS FAMILY TRUST, | P.O. BOX 275 CHAMA, NM 87520 |
| GALLEGOS, FELIX | P.O. BOX 275 CHAMA, NM 87520 |
| GALLEGOS, FRANK A. | P.O. BOX 97 LOS OJOS, NM 87551 |
| GALLEGOS, HAROLD M. | P.O. BOX 142 LOS OJOS, NM 87551 |
| GALLEGOS, JOYCE | 2201 GREENWICH CIR. W. COLORADO SPRINGS, CO 80909 |
| GALLEGOS, LEONTINA | P.O. BOX 275 CHAMA, NM 87520 |
| GALLEGOS, MARY F. | P.O. BOX 97 LOS OJOS, NM 87551 |

## Attachment A

| | |
|---|---|
| GALLEGOS, RICHARD I. | P.O. BOX 275 CHAMA, NM 87520 |
| GALLEGOS, ROSEANNE | P.O. BOX 271 TIERRA AMARILLA, NM 87575 |
| GARCIA, ERNESTINE | P.O. BOX 123 TIERRA AMARILLA, NM 87575 |
| GARCIA, FRANCES D. | 502 DEWEY LANE ALAMOGORDO, NM 88310 |
| GARCIA, J. PLACIDO | P.O. BOX 250 VELARDE, NM 87582 |
| GARCIA, JOE O. | P.O. BOX 250 VELARDE, NM 87582 |
| GARCIA, JOE O.  JR. | P.O. BOX 250 VELARDE, NM 87582 |
| GARCIA, MARIA ABEYTA | P.O. BOX 122 LOS OJOS, NM 87551 |
| GARCIA, PETE | P.O. BOX 123 TIERRA AMARILLA, NM 87575 |
| GARCIA, PETER  JR. | P.O. BOX 123 TIERRA AMARILLA, NM 87575 |
| GAYLOR, ELAINE | RT. 0291, BOX 24 TIERRA AMARILLA, NM 87575 |
| GAYLOR, HAYDEN | RT. 0291, BOX 24 TIERRA AMARILLA, NM 87575 |
| GAYLOR, THOMAS | ENSENADA RT., BOX 20 TIERRA AMARILLA, NM 87575 |
| GODWIN, FAMILY TRUST, TERESA | P.O. BOX 36 LUMBERTON, NM 87528 |
| GODWIN, GLENN | P.O. BOX 36 LUMBERTON, NM 87528 |
| GOINS, STELLA | 12230 CEDAR RIDGE, NE ALBUQUERQUE, NM 87112 |
| GOMEZ, JUAN LINO  JR. | P.O. BOX 208 LUMBERTON, NM 87528 |
| GOMEZ, MARIE | 4175 CRESTWOOD STREET FREEMONT, CA 94538 |
| GONZALEZ, TED | 4175 CRESTWOOD STREET FREEMONT, CA 94538 |
| GRASMICK, GLORIA JEAN | 2721 VEREDA RODENDO SANTA FE, NM 87501 |
| HERRERA, DENNIS R. | P.O. BOX 89 LOS OJOS, NM 87551 |
| HERRERA, VANGIE A. | P.O. BOX 89 LOS OJOS, NM 87551 |
| HIGHLAND VENTURES, INC., | 4 JUNIPER HILL RD., NE ALBUQUERQUE, NM 87122 |
| HUNNEL, IVAL | 12023 ROCKSBERY ST., NE ALBUQUERQUE, NM 87111 |
| HUNNEL, PRESCILLA | 12023 ROCKSBERY ST., NE ALBUQUERQUE, NM 87111 |
| JARAMILLO, LOUIS K. | RT. 1, BOX 361 ESPAÑOLA, NM 87532 |
| JARAMILLO, LUPITA VALERIO | ENSENADA ROUTE TIERRA AMARILLA, NM 87575 |
| JARAMILLO, TITO | ENSENADA RT., BOX 34 TIERRA AMARILLA, NM 87575 |
| JEFFERSON, REBECCA M. | 111 S. EL RANCHO RD. SANTA FE, NM 87501 |
| LA BRIER, ANSENCION "CHON" | P.O. BOX 29 TIERRA AMARILLA, NM 87575 |
| LOPEZ, ANSELMO | 1937 LAKEVIEW RD., SW ALBUQUERQUE, NM 87105 |
| LUCHETTI, DENNIS | P.O. BOX 404 ABIQUIU, NM 87510 |
| LUNA, FRANK D. IV | 33432 INTERAWAY DANA POINT, CA 92629 |
| LUNA, MRS. FRANK D.  SR. | P.O. BOX 85 TIERRA AMARILLA, NM 87575 |
| MADRID, BERNABE | P.O. BOX 41 LOS OJOS, NM 87551 |
| MADRID, CAROLINE | P.O. BOX 41 LOS OJOS, NM 87551 |
| MADRID, FELIX | 10905 FAROLA DR., NW ALBUQUERQUE, NM 87114 |
| MADRID, NORMA E. | 10905 FAROLA DR., NW ALBUQUERQUE, NM 87114 |
| MAESTAS, AGAPITO "PETE" | P.O. BOX 403 TIERRA AMARILLA, NM 87575 |

## Attachment A

| | |
|---|---|
| MAESTAS, DAVID | 112 SAM STREET SANTA FE, NM 87501 |
| MAESTAS, FRANK A. | 515 MIDDLE SAN PEDRO RD. ESPAÑOLA, NM 87532 |
| MAESTAS, LUCY P. | 515 MIDDLE SAN PEDRO RD. ESPAÑOLA, NM 87532 |
| MANZANARES FAMILY TRUST, TONY J & NATIVIDAD M. | P.O. BOX 100 TIERRA AMARILLA, NM 87575 |
| MANZANARES, CARLOS  JR. | 6761 KELLY ANN, NE ALBUQUERQUE, NM 87109 |
| MANZANARES, FERMIN P. | 6761 KELLY ANN, NE ALBUQUERQUE, NM 87109 |
| MANZANARES, J. FRANK  SR. | 6761 KELLY ANN, NE ALBUQUERQUE, NM 87109 |
| MANZANARES, JOANN L. | 139 HUMMINGBIRD OPELOUSAS, LA 70570 |
| MANZANARES, JUAN F. | 139 HUMMINGBIRD OPELOUSAS, LA 70570 |
| MANZANARES, JUAN J. | 6761 KELLY ANN, NE ALBUQUERQUE, NM 87109 |
| MANZANARES, MARIANO | LA PUENTE RT. TIERRA AMARILLA, NM 87575 |
| MANZANARES, MARIANO S. | LA PUENTE RT. TIERRA AMARILLA, NM 87575 |
| MANZANARES, MARY LEAH | LA PUENTE RT. TIERRA AMARILLA, NM 87575 |
| MANZANARES, OCTAVIANO  JR. | 12230 CEDAR RIDGE, NE ALBUQUERQUE, NM 87112 |
| MANZANARES, RUBEN | LA PUENTE RT. TIERRA AMARILLA, NM 87575 |
| MANZANARES, RUBEN  JR. | LA PUENTE RT. TIERRA AMARILLA, NM 87575 |
| MANZANARES, TONY J. SR. | 6761 KELLY ANN, NE ALBUQUERQUE, NM 87109 |
| MARQUEZ, MANNING | 2083 PLACITA DE VIDA SANTA FE, NM 87505 |
| MARQUEZ, ROSE ELLEN | 2083 PLACITA DE VIDA SANTA FE, NM 87505 |
| MARRON, JOHN J. | 1111 ROADRUNNER LANE, NW ALBUQUERQUE, NM 87107 |
| MARTINEZ TRUST, MANUEL AND ALICE | 15 PARKVIEW LANE BELEN, NM 87002 |
| MARTINEZ, ALBERTO | P.O. BOX 2048 BERNALILLO, NM 87004 |
| MARTINEZ, ALICE | 15 PARKVIEW LANE BELEN, NM 87002 |
| MARTINEZ, ALICE | P.O. BOX 89 LOS OJOS, NM 87551 |
| MARTINEZ, ANTHONY R. | P.O. BOX 43 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, ASCENCION D. | P.O. BOX 41 CHAMA, NM 87551 |
| MARTINEZ, BEATRICE | P.O. BOX 114 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, CANDY S. | 3048 OLE COURT ALBUQUERQUE, NM 87511 |
| MARTINEZ, CHRIS | P.O. BOX 271 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, CHRIS H. | 1549 PEYTON RD. LOS LUNAS, NM 87031 |
| MARTINEZ, CHRIS R. | P.O. BOX 271 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, CONRAD V. | RT. 1, BOX 372-K ESPANOLA, NM 87532 |
| MARTINEZ, CYNTHIA | P.O. BOX 282 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, DEBRA PATRICIA | P.O. BOX 45 LOS OJOS, NM 87551 |
| MARTINEZ, DILIA MANZANARES | 6761 KELLY ANN, NE ALBUQUERQUE, NM 87109 |
| MARTINEZ, EDDIE | P.O. BOX 271 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, ESQUIPULA Y. | P.O. BOX 116 LOS OJOS, NM 87551 |
| MARTINEZ, ESTATE, NICHOLAS | 1821 BARCELONA ALBUQUERQUE, NM 87105 |

## Attachment A

| | |
|---|---|
| MARTINEZ, ESTEBAN D. | 1022 W. 4TH ST. SALT LAKE CITY, UT 84118 |
| MARTINEZ, ESTEFANITA ABEYTA | P.O. BOX 212 LOS OJOS, NM 87551 |
| MARTINEZ, FLOYD | P.O. BOX 282 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, FRANK A. | HC BOX 27 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, FRANK R. | 822 WEST 600 SOUTH SALT LAKE CITY, UT 84104 |
| MARTINEZ, GILBERT A. JR. | P.O. BOX 127 LOS OJOS, NM 87551 |
| MARTINEZ, GLORIA | P.O. BOX 271 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, GLORIA | P.O. BOX 2048 BERNALILLO, NM 87004 |
| MARTINEZ, IDA S. | GENERAL DELIVERY LOS OJOS, NM 87551 |
| MARTINEZ, JACOB | P.O. BOX 114 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, JOE E. | P.O. BOX 924 SAN JUAN PUEBLO, NM 87566 |
| MARTINEZ, JOE L. | 2443 DEL NORTE, SW ALBUQUERQUE, NM 87105 |
| MARTINEZ, JONETTA L. | GENERAL DELIVERY LOS OJOS, NM 87551 |
| MARTINEZ, JOSE L. | 3048 OLE COURT ALBUQUERQUE, NM 87511 |
| MARTINEZ, JOSE LUCAS | 1821 BARCELONA ALBUQUERQUE, NM 87015 |
| MARTINEZ, JOSE MARIA | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| MARTINEZ, JOSE MARIA JR. | P.O. BOX 64 LOS OJOS, NM 87551 |
| MARTINEZ, JOSEPH A. | HC 75, BOX 18 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, LARRY | 4752 E. ST. CATHERINE PHOENIX, AZ 85040 |
| MARTINEZ, LARRY H. | GENERAL DELIVERY CEBOLLA, NM 87518 |
| MARTINEZ, LARRY H. | P.O. BOX 1124 CHAMA, NM 87520 |
| MARTINEZ, LAVERNE | P.O. BOX 271 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, LIONEL E. | P.O. BOX 145 LOS OJOS, NM 87551 |
| MARTINEZ, LIONEL E. II | P.O. BOX 145 PARKVIEW, NM 87551 |
| MARTINEZ, LOIDE | P.O. BOX 103 LOS OJOS, NM 87551 |
| MARTINEZ, LOUISA | RT. 1, BOX 27 SANTA CRUZ, NM 87567 |
| MARTINEZ, LOYOLA | P.O. BOX 145 LOS OJOS, NM 87551 |
| MARTINEZ, LUIS E. | P.O. BOX 813 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, MANUEL G. JR. | P.O. BOX 89 LOS OJOS, NM 87551 |
| MARTINEZ, MANUEL G. JR. | 15 PARKVIEW LANE BELEN, NM 87002 |
| MARTINEZ, MARY IDA B. | 2443 DEL NORTE, SW ALBUQUERQUE, NM 87105 |
| MARTINEZ, MAX | P.O. BOX 145 GALLINA, NM 87107 |
| MARTINEZ, MRS. ROSINA | 1671 E. KINGSLEY AVE., 19-B PAMONA, CA 91767 |
| MARTINEZ, ORLANDO | P.O. BOX 111 LOS OJOS, NM 87551 |
| MARTINEZ, PHILOMENA M. | P.O. BOX 95 LOS OJOS, NM 87551 |
| MARTINEZ, POLLY | P.O. BOX 924 SAN JUAN PUEBLO, NM 87566 |
| MARTINEZ, RAYMOND L. | P.O. BOX 301 BERNALILLO, NM 87004 |
| MARTINEZ, REBECCA | P.O. BOX 813 TIERRA AMARILLA, NM 87575 |
| MARTINEZ, ROBERT JR. | GENERAL DELIVERY LOS OJOS, NM 87551 |

## Attachment A

| | |
|---|---|
| MARTINEZ, ROBERT A. | GENERAL DELIVERY LOS OJOS, NM 87551 |
| MARTINEZ, ROBERT A. | P.O. BOX 28 LOS OJOS, NM 87551 |
| MARTINEZ, ROBERTO | P.O. BOX 232 ESPAÑOLA, NM 87532 |
| MARTINEZ, ROSA D. | 822 WEST 600 SOUTH SALT LAKE CITY, UT 84104 |
| MARTINEZ, ROSE | P.O. BOX 301 BERNALILLO, NM 87004 |
| MARTINEZ, ROSE L. | P.O. BOX 127 LOS OJOS, NM 87551 |
| MARTINEZ, ROSE M. | P.O. BOX 28 LOS OJOS, NM 87551 |
| MARTINEZ, SOCORRO | P.O. BOX 111 LOS OJOS, NM 87551 |
| MARTINEZ, TRACY | HC BOX 27 TIERRA AMARILLA, NM 87575 |
| MASCARENAS, ERNESTINE | 12230 CEDAR RIDGE, NE ALBUQUERQUE, NM 87112 |
| MAURO, CLORINDA | 12230 CEDAR RIDGE, NE ALBUQUERQUE, NM 87112 |
| MAYER, ELAINE L. | 164 ASPEN LANE OPELOUSAS, LA 70570 |
| MAYER, FREDERICK L. | 164 ASPEN LANE OPELOUSAS, LA 70570 |
| MENNINGER, JOYCE | 1505 GIRARD DR. DIAMOND BAR, CA 91765 |
| MERCURE, ALEX P. | 828 GUADALUPE CIRCLE, NW ALBUQUERQUE, NM 87114 |
| MERCURE, MARGARITA E. | 828 GUADALUPE CIRCLE, NW ALBUQUERQUE, NM 87114 |
| MONTANO, AMELIA | P.O. BOX 32 TIERRA AMARILLA, NM 87575 |
| MONTANO, VICENTE | P.O. BOX 32 TIERRA AMARILLA, NM 87575 |
| MONTAÑO, YOLANDA M. | P.O. BOX 247 TIERRA AMARILLA, NM 87575 |
| MONTOYA, SIXTO | 116 CHARLES DRIVE GRANTS, NM 87020 |
| MULDER, DON DELL | 817 GUADALUPE CIRCLE, NW ALBUQUERQUE, NM 87114 |
| MUNDY RANCH, INC., | HC 75, BOX 81 CHAMA, NM 87520 |
| MURPHY, CHARLES MAHLON | P.O. BOX 804 TIERRA AMARILLA, NM 87575 |
| NM STATE GAME COMMISSION, | STATE CAPITOL SANTA FE, NM 87503 |
| OLIVAS, ELOY S. | P.O. BOX 70 LOS OJOS, NM 87551 |
| OLIVAS, JUANITA I. | P.O. BOX 70 LOS OJOS, NM 87551 |
| OUELLETE, TIRA L. | 356 32ND ST. OGDEN, UT 84401 |
| PALM, HENRY A. | 1732 PINE VALLEY STREET LAS CRUCES, NM 88001 |
| PALM, WILLA S. | 1732 PINE VALLEY STREET LAS CRUCES, NM 88001 |
| PEPER, BUNNY | HC 75, BOX 164 CHAMA, NM 87520 |
| PEPER, DOUGLAS C. | HC 75, BOX 164 CHAMA, NM 87520 |
| PESATA, FERLINDA | P.O. BOX 381 DULCE, NM 87528 |
| PIÑA, WALTER JOSEPH | P.O. BOX 26 PARKVIEW, NM 87551 |
| PINO, JOE | P.O. BOX 35 LOS OJOS, NM 87551 |
| PINO, JUANITA | P.O. BOX 35 LOS OJOS, NM 87551 |
| PLUMLEE, GLORIA JEAN | 12230 CEDAR RIDGE, NE ALBUQUERQUE, NM 87112 |
| POETZEL, REGINA | 12230 CEDAR RIDGE, NE ALBUQUERQUE, NM 87112 |
| POND, AMELIA C. MANZANARES | 6761 KELLY ANN, NE ALBUQUERQUE, NM 87109 |
| POND, JAMES E. | 6761 KELLY ANN, NE ALBUQUERQUE, NM 87109 |

## Attachment A

| | |
|---|---|
| QUINTANA TRUST, | P.O. BOX 4554 ESPANOLA, NM 87533 |
| QUINTANA, DELFIN O. | P.O. BOX 4554 ESPANOLA, NM 87533 |
| QUINTANA, FRANCES | P.O. BOX 4554 ESPANOLA, NM 87533 |
| RHODES, LETITIA | P.O. BOX 87 KEAMS CANYON, AZ 86034 |
| RIVERA, JOSE B. | HC 75, BOX 16 TIERRA AMARILLA, NM 875759601 |
| RIVERA, JOSE I. | P.O. BOX 275 CHAMA, NM 87520 |
| RIVERA, ORALIA | HC 75, BOX 16 TIERRA AMARILLA, NM 875759601 |
| RIVERA, PRAXEDES | P.O. BOX 275 CHAMA, NM 87520 |
| RIVERA, TITO A. | P.O. BOX 142 CHAMA, NM 87520 |
| RODELA, ANNA S. | P.O. BOX 232 TIERRA AMARILLA, NM 87575 |
| RODELA, ERNESTO | P.O. BOX 232 TIERRA AMARILLA, NM 87575 |
| RODELA, FELADELFIO | 921 TRUMAN, NE ALBUQUERQUE, NM 87110 |
| RODELA, JOSEPH RAY | P.O. BOX 69 TIERRA AMARILLA, NM 87575 |
| RODELA, LOYDA | P.O. BOX 1 TIERRA AMARILLA, NM 87575 |
| RODELA, RONALD B. | P.O. BOX 187 ALCALDE, NM 87511 |
| RODELA, STEVEN | P.O. BOX 1 TIERRA AMARILLA, NM 87575 |
| ROMERO, ANTHONY M. | P.O. BOX 247 TIERRA AMARILLA, NM 87575 |
| ROMERO, CARLOS  JR. | 2120 SHERATON DRIVE SANTA CLARA, CA 95050 |
| ROMERO, PEDRO | P.O. BOX 215 TIERRA AMARILLA, NM 87575 |
| ROSAS, JANET | 3759 WASHINGTON DR. MAGNA, UT 84044 |
| ROYBAL LIVING TRUST, JOSE B. | 1446 MITCHELL STREET OAKLAND, CA 94601 |
| ROYBAL, MELVIN K. | 8 AVENIDA DE SEVILLA SANTA FE, NM 87501 |
| SALAZAR, DORIS | P.O. BOX 58 LOS OJOS, NM 87551 |
| SALAZAR, FERNANDO | GENERAL DELIVERY LOS OJOS, NM 87551 |
| SALAZAR, FRED E. | 172 HIGH RIDGE TRAIL RIO RANCHO, NM 87124 |
| SALAZAR, GUMERCINDO P. | P.O. BOX 3845 FARMINGTON, NM 874993845 |
| SALAZAR, JOSE B. | P.O. BOX 58 LOS OJOS, NM 87551 |
| SALAZAR, JOSE I. | RT. 11, BOX 210E SANTA FE, NM 87501 |
| SALAZAR, LINDA | 172 HIGH RIDGE TRAIL RIO RANCHO, NM 87124 |
| SALAZAR, MANUEL | 1213 CERRILLOS RD., NW ALBUQUERQUE, NM 87121 |
| SALAZAR, MARIA D.M. | 1213 CERRILLOS RD., NW ALBUQUERQUE, NM 87121 |
| SALAZAR, MIGUEL ANTONIO | 20298 E. POWERS PLACE AURORA, CO 80015 |
| SANCHEZ FAMILY TRUST, | P.O. BOX 131 LOS OJOS, NM 87551 |
| SANCHEZ, ANGELINA | 716 TYLER ROAD, NE ALBUQUERQUE, NM 87113 |
| SANCHEZ, ELOY | 716 TYLER ROAD, NE ALBUQUERQUE, NM 87113 |
| SANCHEZ, HAZEL T. | 1549 PEYTON RD. LOS LUNAS, NM 87031 |
| SANCHEZ, JOSE A. | P.O. BOX 342 CHAMA, NM 87520 |
| SANCHEZ, JOSE A. | P.O. BOX 8 LOS OJOS, NM 87551 |
| SANCHEZ, JOYCE L. | 2121 GABALDON, NW ALBUQUERQUE, NM 87104 |

## Attachment A

| | |
|---|---|
| SANCHEZ, PAULINE | P.O. BOX 8 LOS OJOS, NM 87551 |
| SANCHEZ, RALPH | 2121 GABALDON, NW ALBUQUERQUE, NM 87104 |
| SANDOVAL, LEVI A. | P.O. BOX 54 CHAMA, NM 87520 |
| SANDOVAL, RUFINA G. | P.O. BOX 54 CHAMA, NM 87520 |
| SILVA, JOHNNY P. | P.O. BOX 3770 ESPANOLA, NM 87532 |
| SLEEPER, ESTATE, HOWARD M. | 5616 SLINT COURT, NW ALBUQUERQUE, NM 87120 |
| SOPRESA CORP., | BOX 250 CHAMA, NM 87520 |
| SPILL, CHRISTIE L. | 10225 TUFFS COURT, NW ALBUQUERQUE, NM 87114 |
| TAFOYA, JOSE P. | 370 CALLE ALZAR WALNUT, CA 91789 |
| TAFOYA, KATHY R. | 1505 GIRARD DR. DIAMOND BAR, CA 91765 |
| TAFOYA, LEOPOLDO L. | 12377 MERIT DR., SUITE 800 DALLAS, TX 752513229 |
| TAFOYA, LISA | 1505 GIRARD DR. DIAMOND BAR, CA 91765 |
| TAFOYA, LORRAINE | 1505 GIRARD DR. DIAMOND BAR, CA 91765 |
| TAFOYA, LUCY | 1505 GIRARD DR. DIAMOND BAR, CA 91765 |
| TAFOYA, LUCY M. | 370 CALLE ALZAR WALNUT, CA 91789 |
| TAFOYA, MANUEL JR. | P.O. BOX 87 TIERRA AMARILLA, NM 87575 |
| TIERRA GRANDE, INC., | P.O. BOX 93367 ALBUQUERQUE, NM 871993367 |
| TORREZ, DOLORES | P.O. BOX 28 CHAMA, NM 87520 |
| TORREZ, JOE M. | P.O. BOX 28 CHAMA, NM 87520 |
| TORREZ, JOE M. | P.O. BOX 28 CHAMA, NM 87520 |
| TORREZ, JUANITA | 8109 CORTE DE VIENTO ALBUQUERQUE, NM 87120 |
| TORREZ, LOLA | P.O. BOX 28 CHAMA, NM 87520 |
| TORREZ, REYES SALOMON | P.O. BOX 11 CHAMA, NM 87520 |
| TORREZ, ROBERT | 8109 CORTE DE VIENTO ALBUQUERQUE, NM 87120 |
| TORREZ, VICTORIA M. | P.O. BOX 11 CHAMA, NM 87520 |
| TRUJILLO, FELICITAS | P.O. BOX 574 CANJILON, NM 87515 |
| TRUJILLO, FERNANDO | P.O. BOX 66 LOS OJOS, NM 87551 |
| TRUJILLO, FERNANDO | P.O. BOX 13 LOS OJOS, NM 87551 |
| TRUJILLO, FERNANDO III | P.O. BOX 13 LOS OJOS, NM 87551 |
| TRUJILLO, FERNANDO JR. | P.O. BOX 66 LOS OJOS, NM 87551 |
| TRUJILLO, HORACIO | 6604 JADE PARK, NE ALBUQUERQUE, NM 87109 |
| TRUJILLO, PHILLIP G. | 2603 FOX ST. FARMINGTON, NM 87402 |
| TRUJILLO, VIOLA | P.O. BOX 66 LOS OJOS, NM 87551 |
| TRUJILLO, WILLIE JR. | 1504 FINCH AVE. FARMINGTON, NM 87401 |
| TRUJILLO-SALAZAR, BERNADETTE | P.O. BOX 13 LOS OJOS, NM 87551 |
| ULIBARRI, BERNIE | P.O. BOX 125 LOS OJOS, NM 87551 |
| ULIBARRI, ERNESTO R. | P.O. BOX 747 LA MADERA, NM 87539 |
| ULIBARRI, HENRY | P.O. BOX 256 TIERRA AMARILLA, NM 87575 |
| ULIBARRI, MICHAEL | 12 JUNIPER ROAD LAKEVILLE, MA 02347 |

## Attachment A

| | |
|---|---|
| VALDEZ, ABEL | BOX 2383 BERNALILLO, NM 87004 |
| VALDEZ, FRANK | 2821 CALLE DULCENIA SANTA FE, NM 87505 |
| VALDEZ, GEORGE A. | P.O. BOX 187 TIERRA AMARILLA, NM 87575 |
| VALDEZ, HELEN M. | P.O. BOX 56 LOS OJOS, NM 87551 |
| VALDEZ, JOE | P.O. BOX 806 TIERRA AMARILLA, NM 87575 |
| VALDEZ, JOE I. | P.O. BOX 454 ESPAÑOLA, NM 87532 |
| VALDEZ, JUAN P. | P.O. BOX 41 TIERRA AMARILLA, NM 87575 |
| VALDEZ, LEO V. | 1822 EAST MARSHALL RD. PHOENIX, AZ 87016 |
| VALDEZ, MIGUEL | P.O. BOX 62 TIERRA AMARILLA, NM 87575 |
| VALDEZ, MRS. AMALIA | ENSENADA RT. TIERRA AMARILLA, NM 87575 |
| VALDEZ, OLIVIA M. | P.O. BOX 187 TIERRA AMARILLA, NM 87575 |
| VALDEZ, PRESCILLA | BOX 2383 BERNALILLO, NM 87004 |
| VALDEZ, TEOFILA | 2821 CALLE DULCENIA SANTA FE, NM 87505 |
| VALDEZ, TIVE | P.O. BOX 454 ESPAÑOLA, NM 87532 |
| VALERIO, MARGARET M. | P.O. BOX 46 TOOELE, UT 87074 |
| VANCE, CHARLIE S. | P.O. BOX 293 TIERRA AMARILLA, NM 87575 |
| VANCE, LORRAINE T. | P.O. BOX 293 TIERRA AMARILLA, NM 87575 |
| VARELA, MARIA | P.O. BOX 4 LOS OJOS, NM 87551 |
| VAROZ, DIOLINDA | 3220 CANDLELIGHT DRIVE, NE ALBUQUERQUE, NM 87111 |
| VELASQUEZ, INC., | P.O. BOX 205 TIERRA AMARILLA, NM 87575 |
| VELASQUEZ, M. MABEL | P.O. BOX 664 PERALTA, NM 87042 |
| VIGIL, ANTHONY | P.O. BOX 50707 ESPANOLA, NM 87532 |
| WARDLOW, DOROTHY | 307 ROSEDALE CIRCLE BELEN, NM 87002 |
| WARDLOW, T.J. | 307 ROSEDALE CIRCLE BELEN, NM 87002 |
| WATER CONSUMERS ASSOCIATION, LOS OJOS MUTUAL DOMESTIC | P.O. BOX 3 LOS OJOS, NM |
| WILSON, REBECCA M. | 3829 E. 68TH AVE. ANCHORAGE, AK 99507 |