# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

     Plaintiff,

     v.

RAMON ARAGON, *et al.*,

     Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-03-0012C

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, MARY ANN JACQUEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0012C which I signed and approved on Nov 21 - 2001 represents the resolution of all claims to water rights under the Statement of Water Rights Claim (6000) filed with the Court on November 8, 2000.

*Mary Ann Jacquez*
MARY ANN JACQUEZ

11-21-01
date

6467