IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No.: CHGA-02-0030B

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, UBALDO JACQUEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0030B which I signed and approved on __12-6-01__ (date) represents the resolution of all claims to water rights in connection with Subfile No. CHGA-02-0030 under the Answer (6105) filed with the Court on January 10, 2001.

_____
UBALDO JACQUEZ

12-6-01
date

6468