IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-03-0012B

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, EDDIE GARCIA by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0012B which I signed and approved on _Nov. 21-2001_ represents the resolution of all claims to water rights under the Statement of Water Rights Claim (6001) filed with the Court on November 8, 2000.

_____
EDDIE GARCIA

11-21-01
date

6469