**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF NEW MEXICO**

01 DEC 26 PM 2:57

| | |
|---|---|
| **STATE OF NEW MEXICO, *ex rel*, State Engineer,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RAMON ARAGON, *et al.*,**<br><br>**Defendants.** | **69cv07941 JC-ACE**<br><br>**RIO CHAMA STREAM SYSTEM**<br>**Rio Nutrias, Rio Cebolla & Canjilon Creek - Section 3** |

**PROOF OF PUBLICATION**
**OF NOTICE OF PENDENCY OF SUIT**

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice of Pendency of Suit issued by the Clerk of this Court on October 1, 2001, for the purpose of service by publication on the following persons, if living; if deceased, their unknown heirs:

**RALPH BACA; RALPH GALLEGOS, SR.; RALPH GALLEGOS, JR.; GONZALO GONZALES; ORLANDO MARTINEZ; CHRIS MONTANO; DONALD MONTANO; CAROLE J. OTERO; JOSEPHINA G. SALAZAR; THERESITA M. TRUJILLO and ALL UNKNOWN CLAIMANTS OF INTEREST TO SURFACE WATERS OF THE RIO NUTRIAS, RIO CEBOLLA AND CANJILON CREEK SECTIONS OF THE RIO CHAMA STREAM SYSTEM.**

Attached as Exhibit A is a November 1, 2001, Affidavit of Publication signed by Robert Trapp, Publisher of the Rio Grande Sun.

DATED: December 18, 2001.

6470

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102
Ph. (505) 827-6150
Fax: (505) 827-3887

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Proof of Publication of Notice of Pendency of Suit were mailed to the following persons on December 26, 2001.

Edward G. Newville

## DISTRIBUTION LIST
## SECTION 3 SECTION

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM 87102-2272

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

2

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE.