IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel,*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

### PROOF OF PUBLICATION
### OF NOTICE OF PENDENCY OF SUIT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice of Pendency of Suit issued by the Clerk of this Court on September 19, 2001, for the purpose of service by publication on the following persons, if living; if deceased, their unknown heirs:

**RAMONA JACQUEZ ESTATE.**

Attached as Exhibit A is an October 25, 2001, Affidavit of Publication signed by Robert Trapp, Publisher of the Rio Grande Sun.

DATED: December 18, 2001

6471


Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102
Ph. (505) 827-6150
Fax: (505) 827-3887

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Proof of Publication of Notice of Pendency of Suit were mailed to the following persons on December 18, 2001.

*EGN* 26

Edward G. Newville

## DISTRIBUTION LIST
## RIO GALLINA SECTION

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM 87102-2272

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE.