IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of the State Engineer,
and THE UNITED STATES OF
AMERICA,

    Plaintiffs,

    v.

RAMON ARAGON et al.

    Defendants

No. CIV 7941-JC

RIO CHAMA STREAM SYSTEM

Section 3 Canjilon Creek

### STATEMENT OF WATER RIGHTS CLAIM

I, Miguel E. Gonzales as co-executor of the Gonzalo Gonzales Estate, own land within the Canjilon Creek stream system. I claim a water right appurtenant to 136 acres of land, which is located at the junction of Highway 115 and County Road 293. This land has been historically irrigated with water diverted from the acequia Pinabetal. The lands for which I claim water rights were omitted from the 2000 Hydrographic Survey.

Respectfully submitted,

Miguel E. Gonzales
P O Box 58
Abiquiu, NM 87510
(505) 685-4893 - Home
(505) 753-4079 - Work