**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF NEW MEXICO**

02 JAN -2 PM 3:32

**STATE OF NEW MEXICO, *ex rel.***
**State Engineer**

**Plaintiff,**

**v.**

**RAMON ARAGON, *et al.*,**

**Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

**Subfile No. : CHGA-02-0031**

**CLERK'S CERTIFICATE OF DEFAULT**

I, Robert M. March, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendant was served by publication as shown by Proof of Publication of Notice of Pendency of Suit (6471) filed December 26, 2001:

| Defendant | Subfile No. |
|---|---|
| Ramona Jacquez Estate | CHGA-02-0031 |

I further certify that the above-named defendant has failed to appear, answer, or otherwise file a responsive pleading in this cause.

WHEREFORE, I certify that the above named defendant is in default.

DATED this 2nd day of January 2002.

ROBERT M. MARCH

[signature]
Clerk of the United States District Court

6473