IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile Nos.   CHGA-02-0009B<br>CHGA-02-0014<br>CHGA-02-0030B<br>CHGA-03-0012B<br>CHGA-03-0012C<br>CHGA-03-0023 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 2nd day of January, 2002:

Subfile No.CHGA-02-0009B
Docket No. 6457
Amanda Gonzales
Bonifacio W. Gonzales
Selustriano Gonzales, Sr.
P.O. Box 102
Gallina, NM 87017

Subfile No. CHGA-02-0014
Docket No. 6456
Amanda Gonzales
Bonifacio W. Gonzales
Selustriano Gonzales, Sr.
P.O. Box 102
Gallina, NM 87017

Subfile No. CHGA –02-0030B
Docket No. 6453
Ubaldo Jacquez
P.O. Box 181
Gallina, NM 87017

Subfile No. CHGA-03-0012B
Docket No. 6454
Eddie Garcia
P.O. Box 51109
Espanola, NM 87532

Subfile No. CHGA-03-0012C
Docket No. 6455
Mary Ann Jacquez
P.O. Box 995
Espanola, NM 87532

Subfile No. CHGA-03-0023
Docket No. 6464
Levi A. Sanchez
Mary Sanchez
P.O. Box 1112
Abiquiu, NM 87510

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

A copy of this Certificate of Service was mailed to the following on the 2nd day of January, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM 87102-2272

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Edward G. Newville