IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Canjilon Creek, Section 3<br><br>Subfile Nos:  CHCJ-002-0051<br>CHCJ-003-0012<br>CHCJ-003-0015<br>CHCJ-003-0042<br>CHCJ-003-0064<br>CHCJ-005-0005 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 2nd day of January, 2002:

Subfile No. CHCJ-002-0051
Docket No. 6463
Ernestine C. Ortega
56 Lagarto Road
Tijeras, NM  87059

Subfile No. CHCJ-003-0012
Docket No. 6462
Praxcedes Martinez
P.O. Box 3442
Fairview, NM  87533

Subfile No. CHCJ-003-0015
Docket No. 6461
Sylvia Martinez
P.O. Box 3442
Fairview, NM  87533

Subfile No. CHCJ-003-0042
Docket No. 6460
Jeanne A. Jolly
Lloyd B. Jolly
P.O. Box 518
Canjilon, NM  87515

Subfile No. CHCJ-003-0064
Docket No. 6459
Estema Madrid
2522 Alyssa Drive, S.W.
Albuquerque, NM  87105

Subfile No. CHCJ-005-0005
Docket No. 6458
Benjamin Leyba
David Leyba
P.O. Box 463
Canjilon, NM  87515
Horace Leyba
P.O. Box 486
Canjilon, NM  87515

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on the 2nd day of January, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  87567

Edward G. Newville

2