IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**RAMON ARAGON,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7 : Rio Brazos

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's December 26, 2001 Motion to Join Additional Parties Defendant (Docket No. 6466) in the Rio Brazos section.

Being fully advised, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's December 26, 2001 Motion to Join Additional Parties Defendant in the Rio Brazos section are joined as parties defendant to this action.

                                             JOHN EDWARDS CONWAY
                                       UNITED STATES DISTRICT JUDGE