# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.*, | Section 7 : Rito de Teirra Amarilla |
| Defendants. | |

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's December 26, 2001 Motion to Join Additional Parties Defendant (Docket No. 6465) in the Rito de Tierra Amarilla section of the Rio Chama Stream System.

Being fully advised, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's December 26, 2001 Motion to Join Additional Parties Defendant in the Rito de Tierra Amarilla section are joined as parties defendant to this action.

_____
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE