IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 JAN 11 PM 1:15

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. : CHGA-02-0007

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, ROBERT FIDEL ARELLANO by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0007 which I signed and approved on __12-19-01__ (date) represents the resolution of all claims to water rights in connection with the Answers (5998, 6030) filed with the Court on November 8, 2000, and November 20, 2000.

_/s/ Robert Fidel Arellano_
ROBERT FIDEL ARELLANO

__12-19-01__
date

RECEIVED

DEC 2 4 2001

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION