IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 JAN 14 PM 1:25

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |

## AFFIDAVIT FOR PUBLICATION

EDWARD G. NEWVILLE, being first duly sworn upon his oath, states:

1. He is plaintiff's counsel of record in the above styled and numbered cause.

2. He files this Affidavit for Publication pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure for the United States District Courts and Rule 1-004(H) of the Rules of Civil Procedure for the District Courts of the State of New Mexico, for the purpose of obtaining service by publication upon the defendants listed in paragraph 3.

3. The following named defendants in the above styled and numbered cause reside out of the State of New Mexico, have gone out of the State of New Mexico, have concealed themselves within the State of New Mexico, have avoided service of process, their whereabouts cannot be discovered after due inquiry and search, or are so situated that process cannot be served upon them in the State of New Mexico:

VINCENTE JACQUEZ

6487

4.      The plaintiff State of New Mexico has exercised due and diligent efforts to obtain current addresses for the defendants listed in paragraph 3, and to personally serve those individuals with process.

*Ed Newville*

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150


STATE OF NEW MEXICO )
                                           ) ss.
COUNTY OF SANTA FE   )

SUBSCRIBED AND SWORN to before me this __14th__ day of January, 2002.

*Lula Valdez*
Notary Public

My Commission Expires: __4/9/2004__

2

## CERTIFICATE OF SERVICE

I certify that copies of above Affidavit for Publication were mailed to the following persons on January __15__, 2002.

Edward G. Newville

RIO GALLINA DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O.Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall
1315 Sagebrush Dr. SW
Los Lunas, 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

3

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501