IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>  Defendants. | 69cv07941 JC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |

## NOTICE OF PENDENCY OF SUIT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO TO THE FOLLOWING NAMED OR DESIGNATED DEFENDANTS:

The following named persons, if living, if deceased, their unknown heirs:

**VINCENTE JACQUEZ**

GREETINGS:

Please take note that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the waters of the Rio Gallina Section of the Rio Chama Stream System.

Unless you appear and defend in this matter on or before March 15, 2002, any right you may have to use the waters of the Rio Gallina Section of the Rio Chama Stream System may be adjudicated by default judgment that conforms to the hydrographic survey filed herein on January 25, 2000.

The water rights that are the subject of the action are located in Rio Arriba County, New

6488

Mexico.

The name and address of the plaintiff's attorney is:

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(800) 928-3766
(505) 827-6150

WITNESS the hand and seal of the United States District Court for the District of New Mexico, this _____14a_____ day of January, 2002.

ROBERT M. MARCH
DISTRICT COURT CLERK

By: _____
Deputy Clerk

2