IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 JAN 16 PM 2:47

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
Canjilon Creek

### CLERK'S CERTIFICATE OF DEFAULT

I, Robert M. March, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend this cause was made as follows:

| Defendant | Subfile | |
|---|---|---|
| Gilbert Chacon Trust | CHCB-002-0009 | return of service (6282) filed 7/17/01 |

I certify that the records of my office indicate that the following defendants waived service of summons in this proceeding as follows:

| Defendant | Subfile | |
|---|---|---|
| Jose I. Maes Estate | CHCB-001-0001 | waiver of service (6278) filed 1/29/01 |
| Mary Quintana | CHCB-001-0005 | waiver of service (6286) filed 1/29/01 |
| Felix Valdez | CHCB-002-0004 | waiver of service (6301) filed 1/29/01 |
| Guillermo J. Cova | CHCB-002-0008 | waiver of service (6274) filed 1/29/01 |
| Edna Q. Cova | CHCB-002-0008 | waiver of service (6273) filed 1/29/01 |

6489

| | | |
|---|---|---|
| Flora Rivera | CHCB-003-0007 | waiver of service (6289) filed 1/29/01 |
| Felipe B. Rivera | CHCB-003-0007 | waiver of service (6288) filed 1/29/01 |
| Roberto R. Garcia | CHCB-003-0016 | waiver of service (6276) filed 1/29/01 |
| Mercedes Garcia | CHCB-003-0016 | waiver of service (6275) filed 1/29/01 |
| Ignacita V. Rodella | CHCB-003-0017 | waiver of service (6290) filed 1/29/01 |
| Jimmy J. Garcia | CHCB-007-0006 | waiver of service (6282) filed 7/17/01 |

I certify that the following defendants were served by publication as shown by Proof of Publication of Notice of Pendency of Suit (6470) filed December 26, 2001:

| Defendant | Subfile No. |
|---|---|
| Ralph Baca | CHCJ-003-0068 |
| Ralph Gallegos, Sr. | CHCJ-003-0049 |
| Ralph Gallegos, Jr. | CHCJ-003-0061, 003-0067 |
| Gonzalo Gonzales | CHCJ-003-0081, 004-0055 |
| Orlando Martinez | CHCJ-004-0033 |
| Chris Montano | CHCJ-002-0050 |
| Donald Montano | CHCJ-003-0028 |
| Josephina G. Salazar | CHCJ-003-0020 |
| Therisita M. Trujillo | CHCJ-004-0053 |

ALL UNKNOWN CLAIMANTS OF INTEREST TO SURFACE WATERS IN THE RIO NUTRIAS, RIO CEBOLLA AND CANJILON CREEK SECTIONS OF THE RIO CHAMA STREAM SYSTEM

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in this cause.

WHEREFORE, I certify that the above named defendants are in default.

DATED this __16__ day of January 2002.

ROBERT M. MARCH
**ROBERT M. MARCH, Clerk**

Clerk of the United States District Court

*/s/ signature/*