ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

02 JAN 11 PM 1:30

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

        Plaintiff,

v.

RAMON ARAGON, *et al.*,

        Defendants.

69CV07941-JEC-ACE

RIO CHAMA STREAM SYSTEM

SECTION 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron/Plaza Blanca,
Cañones Creek, Village of Chama

## MOTION OF THE JICARILLA APACHE NATION
## FOR INCLUSION IN THE SECTION 7 DISTRIBUTION LIST

Pursuant to Paragraph VI(A) of the Interim Procedural Order filed on November 26, 2001 (Docket No. 6414), the Jicarilla Apache Nation hereby moves the Court to include the Nation's counsel of record in the Section 7 Distribution List as follows:

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Respectfully submitted,

NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH, LLP

_/s/ Lester K. Taylor_
Lester K. Taylor, Esq.
Attorney for the Jicarilla Apache Nation
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102
(505) 243-4275

6490

Susan G. Jordan, Esq.
Attorney for the Jicarilla Apache Nation
200 West DeVargas
Suite 9
Santa Fe, NM 87501
(505) 982-3622

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing "Motion of the Jicarilla Apache Nation for Inclusion in the Section 7 Distribution List" were served on all counsel and parties on the attached mailing list by placing the same in the United States mail, first-class postage prepaid, this 11th day of January, 2002.

Lester K. Taylor

2

# SERVICE LIST
## *STATE OF NEW MEXICO V. ARAGON*
## CV 7941 SC

David Benavides
Northern NM Legal Services
P.O. Box 5175
Santa Fe, NM 87502-5175

Bradley S. Bridgewater, Esq.
USDOG-ENRD
999 Eighteenth St., Ste. 945
Denver, CO 80202

Joseph Van R. Clarke, Esq.
Cuddy Law Firm
P.O. Box 4160
Santa Fe, NM 87502-4160

Charles DuMars, Esq.
201 3rd St. NW
Suite 1175
Albuquerque, NM 87102

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504-2068

Mary Ann Joca, Esq.
U.S. Department of Agriculture
517 Gold Ave., SW, Rm. 401
Albuquerque, NM 87102

Ed Newville, Esq.
N.M. State Engineer's Office
P.O. Box 25102
Santa Fe, NM 87504-5102

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103

C. Mott Woolley, Esq.
112 W. San Francisco St.
Suite 312 D
Santa Fe, NM 87501

Frank M Bond Esq.
The Simons Firm
P.O. Box 5333
Santa Fe, NM 87502-5333

Steven Bunch, Esq.
N.M. Hwy. & Transp. Dept.
P.O. Box 1149
Santa Fe, NM 98504-1149

Annie-Laurie Coogan, Esq.
1520 Paseo De Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Vickie L. Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. NW
Albuquerque, NM 87120-3488

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Paul L. Bloom, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Fred Vigil, Pro Se
P.O. Box 687
Mendanales, NM 87548-0687

Ronald Boyd, Esq.
208 Griffin St.
Santa Fe, NM 87501

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM 87102

Christopher D. Coppin, Esq.
Assistant Attorney General
6301 Indian School Rd NE
Suite 400
Albuquerque, NM 87110

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Mary Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529

Ms. Karla McCall
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Peter Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Fred J. Waltz
P.O. Box 6390
Taos, NM 87571