IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
           Plaintiff, )
 )    69cv07941- JEC-ACE
-v- )
 )    RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
 )    Section 7
           Defendants. )
_____)

### ORDER GRANTING JICARILLA APACHE NATION'S
### MOTION FOR INCLUSION IN THE SECTION 7 DISTRIBUTION LIST

THIS MATTER is before the Special Master on the January 11, 2002 Motion of the Jicarilla Apache Nation (Docket No. 6490) for inclusion in the Section 7 Distribution List. Paragraph VI.A of the Interim Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System, filed November 26, 2001 (Docket No. 6414) permits counsel to apply for such inclusion. The Motion therefore is GRANTED.

IT IS ORDERED that counsel of record for the Jicarilla Apache Nation, as listed in the Motion, shall be added to the Section 7 Distribution list, and the current list amended accordingly.

                                        /electronic signature/
                              SPECIAL MASTER VICKIE L. GABIN