FILED
at Santa Fe NM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAN 2 5 2002

ROBERT M. ......
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-004-0029**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### BELARMINO TRUJILLO

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement
concerning certain elements of Defendant's right to divert and use the public waters of
the Rio Chama Stream System, Canjilon Creek, Section 3, and by
their signatures appearing below, the State and the Defendant(s) have
approved and accepted the elements of Defendant's water rights as set forth
in paragraph 4 herein.

RECEIVED

JAN 0 4 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6504

3.   There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

4.   The rights of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, are set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:** EL LLANO DITCH

   **Location X:** 1,593,223  feet  **Y:** 2,003,235  feet

   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

   Section 20, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. NW¼ | 0.8 acres |
| Total | 0.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-004-0029.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System,

Canjilon Creek, Section 3, other than those set forth in this order and those

other orders entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be

enjoined from any use of the surface waters of the Rio Chama Stream System,

Canjilon Creek, Section 3, except in strict accordance with the water rights

described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.


IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Canjilon Creek, Section 3,  are as set forth

herein. The Defendant(s), his or her successors, representatives, heirs and assigns,

are enjoined from any diversion or use of the public surface waters of the

Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance

with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE


Recommended for approval:

_____
SPECIAL MASTER


Consent Order                                    3                          Subfile No.: CHCJ-004-0029

ACCEPTED: _Belarmino Trujillo_
BELARMINO TRUJILLO

ADDRESS: _P.O. Box 563_
_Canjilon  N.M._
_87515_

DATE: _1-2-02_


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_1.4.02_
Date

Consent Order                    4                    Subfile No.: CHCJ-004-0029



LEGEND
Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
Fallow
No Right

N

Scale
1 inch = 200 feet
100    0    100    200 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-004-0029
El Llano Ditch
AMENDED Nov. 27, 2001