IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 JAN 25 AM 9: 14

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

SECTION 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron/Plaza Blanca,
Cañones Creek, Village of Chama

## MOTION OF MARIA LUISA OLD FOR INCLUSION IN THE SECTION 7 DISTRIBUTION LIST

COMES NOW Maria Luisa Old, by and through her attorneys of record, White, Koch, Kelly & McCarthy, P.A., and moves, pursuant to ¶ VI.A of the Interim Procedural Order filed on November 26, 2001, to include her counsel of record in the Section 7 Distribution List as follows:

> Benjamin Phillips
> John F. McCarthy, Jr.
> Rebecca Dempsey
> White, Koch, Kelly & McCarthy, P.A.
> Post Office Box 787
> Santa Fe, New Mexico 87504-0787

Respectfully submitted,

WHITE, KOCH, KELLY & MCCARTHY, P.A.

By: _____
Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
Post Office Box 787
Santa Fe, New Mexico 87504-0787
(505) 982-4374
Attorneys for Maria Luisa Old

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *"Motion of Maria Luisa Old for Inclusion in the Section 7 Distribution List"* was mailed this 25th day of January, 2002 to the following counsel and parties of record:

David Benavides, Esq.
Northern NM Legal Services
Post Office Box 5175
Santa Fe, NM 87502-5175

Frank M. Bond, Esq.
The Simons Firm
Post Office Box 5333
Santa Fe, NM 87502-5333

Ronald Boyd, Esq.
208 Griffin St.
Santa Fe, NM 87501

Randy Bramer, Esq.
USDA, Office of the General Counsel
Post Office Box 25005
Denver, CO 80225-0005

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Steven Bunch, Esq.
N.M. Hwy. & Transportation Dept.
Post Office Box 1149
Santa Fe, NM 98504

Darcy S. Bushnell, Esq.
Adjudication Staff
United States District Court
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Joseph Van R. Clarke, Esq.
Cuddy Law Firm
Post Office Box 4160
Santa Fe, NM 87502-4160

Annie-Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

Christopher D. Coppin, Esq.
Assistant Attorney General
6301 Indian School Rd, NE
Albuquerque, NM 87110

Charles DuMars, Esq.
Law & Resource Planning Associates, P.C.
201 Third St., NW, Suite 1370
Albuquerque, New Mexico 87102

John E. Farrow, Esq.
Post Office Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
Hinkle, Hensley Shanor & Martin, LLP
Post Office Box 2068
Santa Fe, NM 87504-2068

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87701

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

2

Janelle Hought, Esq.
Post Office Box 25944
Albuquerque, NM 87125

Mary Humphrey, Esq.
Post Office Box 1574
El Prado, NM 87529

Henry Jaquez, *pro se*
1110 Maez Rd.
Santa Fe, NM 87501

Mary Ann Joca, Esq.
U.S. Department of Agriculture
517 Gold Ave., SW, Room 401
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120-3488

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Peter Shoenfeld, Esq.
Post Office Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW, Suite 1050
Albuquerque, NM 87102

Lucas O. Trujillo, *pro se*
Post Office Box 57
El Rito, NM 87530

John W. Utton, Esq.
Post Office Box 271
Albuquerque, NM 87103-0271

Fred Vigil, *pro se*
Post Office Box 687
Mendanales, NM 87548-0687

Fred J. Waltz, Esq.
Post Office Box 6390
Taos, NM 87571

C. Mott Woolley, Esq.
112 W. San Francisco St., Suite 312D
Santa Fe, NM 87501

Benjamin Phillips

3