IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 JAN 25 PM 2: 18

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

## NEW MEXICO'S MOTION
## FOR ACTION ON SPECIAL MASTER'S REPORT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, pursuant to Rule 53 of the Rules of Civil Procedure, and hereby moves the Court for action on the Special Master's Report and Recommendations on Cordova – Martinez Ditch's Motion to Intervene (6349) filed September 18, 2001. The time for filing objections to the Special Master's Report (extended until October 31, 2001, by Order (6353) filed October 1, 2001) has expired, and no such objections have been filed.

The State requests that the Court adopt the Special Master's Report and deny the Cordova – Martinez Ditch's motion to intervene.

Counsel for the Cordova – Martinez Ditch has been contacted regarding this motion and does not oppose granting the motion.

Respectfully submitted,

Ed Newville

6514

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion for Action on Special Master's Report was mailed to the following persons on January __25__, 2002.

_____
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.

2

P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501