IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM

Section 3
Rio Cebolla, Rio Nutrias
& Canjilon Creek

## CERTIFICATE OF MAILING OF THE
## CLERK'S CERTIFICATE OF DEFAULT

I hereby certify that a true, file-stamped copy of the Clerk's Certificate of Default, which was filed on January 16, 2002 in the United States District Court (Docket No. 6489), concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each defendant listed in the Clerk's Certificate of Default, on the 25th day of January, 2002. They are as follows:

Subfile No. CHCB-002-0009
Gilbert Chacon Trust
320 Frontier Street
Bloomfield, NM 87413

Subfile No. CHCB-001-0001
Jose I. Maes Estate
c/o Nelda Archuleta
Box 15 Terrace Farm Road
Espanola, NM 87532

Subfile No. CHCB-001-0005
Mary Quintana
Route 5, Box 217
Santa Fe, NM 87501

Subfile No. CHCB-002-0004
Felix Valdez
1492 Calle Cielo Vista
Bernalillo, NM 87004

Subfile No. CHCB-002-0008
Guillermo J. Cova
2908 Indian Farm Lane, N.W.
Albuquerque, NM 87107

Subfile No. CHCB-002-0008
Edna Q. Cova
2908 Indian Farm Lane, N.W.
Albuquerque, NM 87107

Subfile No. CHCB-003-0007
Flora Rivera
P.O. Box 322
Espanola, NM  87532

Subfile No. CHCB-003-0007
Felipe B. Rivera
P.O. Box 322
Espanola, NM  87532

Subfile No. CHCB-003-0016
Robert R. Garcia
P.O. Box 193
Cebolla, NM  87518

Subfile No. CHCB-003-0016
Mercedes Garcia
P.O. Box 193
Cebolla, NM  87518

Subfile No. CHCB-003-0017
Ignacita V. Rodella
P.O. Box 187
Alcalde, NM  87511

Subfile No. CHCB-007-0006
Jimmy J. Garcia
No. 39 County Rd. 5777
Farmington, NM  87410

Subfile No. CHCJ-003-0068
Ralph Baca
1221 Arvilla, N.W.
Albuquerque, NM  87107

Subfile No. CHCJ-003-0049
Ralph Gallegos, Sr.
Route 2, Box 822 McCurdy Rd.
Espanola, NM  87532

Subfile No. CHCJ-003-0061, 003-0067
Ralph Gallegos, Jr.
Route 2, Box 822
McCurdy Road
Espanola, NM  87532

Subfile No. CHCJ-003-0081, 004-0055
Gonzalo Gonzales
P.O. Box 556
Chama, NM  87520

Subfile No. CHCJ-004-0033
Orlando Martinez
P.O. Box 754
Medanales, NM  87548

Subfile No. CHCJ-002-0050
Chris Montano
6205 Avenida De La Costa
Albuquerque, NM  87109

Subfile No. CHCJ-003-0028
Donald Montano
6409 Avenida La Costa, N.E.
Albuquerque, NM  87107

Subfile No. CHCJ-003-0020
Josephina G. Salazar
1360 Finch
Tulare, CA  93274

Subfile No. CHCJ-004-0053
Theresita M. Trujillo
P.O. Box 15728
Abiquiu, NM  87510

I also certify that a copy of this Certificate of Mailing of the Clerk's Certificate of Default was also mailed to the following this 25th day of January, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM 87102

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 8756

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887

3