# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    Plaintiff,

    v.

**RAMON ARAGON,** *et al.*,

    Defendants.

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

## ORDER ADOPTING SPECIAL MASTER'S REPORT
## AND DENYING CORDOVA – MARTINEZ DITCH'S MOTION TO INTERVENE

THIS MATTER is before the Court on Plaintiff State of New Mexico's January 25, 2002 Motion for Action (Docket No. 6514) on the Special Master's September 18, 2001 Report and Recommendations on Cordova – Martinez Ditch's Motion to Intervene (6349), in which the Special Master recommends that the Court deny the motion to intervene. The time for filing objections to the Special Master's Report (extended until October 31, 2001, by the Court's October 1, 2001 Order (6353) has expired, and no such objections have been filed.

The Court, having considered the motion to intervene and related pleadings, and the Special Master's Report filed September 18, 2001, finds that the Special Master's recommendations are well taken and should be **adopted**, so that the motion for action should be **granted** and the motion for intervention under both Rule 24(a) and (b) should be **denied**.

IT IS SO ORDERED.

                                              /electronic signature/
                                        JOHN EDWARDS CONWAY
                                        UNITED STATES DISTRICT JUDGE