IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>　　　　　　Plaintiff,<br><br>　-v-<br><br>RAMON ARAGON et al.,<br><br>　　　　　　Defendants. | 69cv07941- JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7 |

ORDER GRANTING MARIA LUISA OLD'S
MOTION FOR INCLUSION IN THE SECTION 7 DISTRIBUTION LIST

THIS MATTER is before the Special Master on the January 25, 2002 Motion (Docket No. 6513) of Maria Luisa Old for inclusion in the Section 7 Distribution List. Paragraph VI.A of the Interim Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System, filed November 26, 2001 (Docket No. 6414) permits counsel to apply for such inclusion. The Motion therefore is GRANTED.

IT IS ORDERED that counsel for Maria Luisa Old, as listed in the Motion, shall be added to the Section 7 Distribution list, and the current list amended accordingly.

　　　　　　　　　　　　　　　　　　　　　　/electronic signature/
　　　　　　　　　　　　　　　　　　　SPECIAL MASTER VICKIE L. GABIN