IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 JAN 30 PM 2: 17

STATE OF NEW MEXICO, *ex rel.*,
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos.  CHGA-02-0007
               CHGA-03-0012A

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 30th day of January, 2002:

Subfile No. CHGA-02-0007
Docket No. 6510
Robert Fidel Arellano
1100 Kansas
Green River, Wyoming  82935

Subfile No. CHGA-02-0007
Docket No. 6510
Elisaida Padilla
Box 12
Gallina, NM  87017

Subfile No. CHGA-03-0012A
Docket No. 6511
Dorothy Jacquez
P.O. Box 995
Espanola, NM  87532

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

6518

A copy of this Certificate of Service was mailed to the following on the 30th day of January, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM  87102-2272

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM  87501

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Respectfully Submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887

2