IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 JAN 30 PM 2: 17

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

    Plaintiff, 3

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM

Section 3: Rio Nutrias & Canjilon Creek

Subfile Nos: CHNU-002-0005A,
CHCJ-002-0037, CHCJ-002-0046,
CHCJ-003-0018, CHCJ-003-0076,
CHCJ-003-0079, CHCJ-003-0083,
CHCJ-003-0086A, CHCJ-003-0086B,
CHCJ-004-0012, CHCJ-004-0015,
CHCJ-004-0018, CHCJ-004-0029,
CHCJ-004-042B, CHCJ-004-0043,
CHCJ-004-0049, CHCJ-004-0050,
CHCJ-004-0052

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 30th day of January, 2002:

Subfile No. CHNU-002-0005A
Docket # 6492
Anthony G. Tafoya
419 Jemez Road
Santa Fe, NM 87505

Subfile No. CHCJ – 002-0037
Docket No. 6493
Geraldine N. Valdez
P.O. Box 508
Abiquiu, NM 87510

Subfile No. CHCJ –002-0046
Docket No. 6494
Flora Garcia
P.O. Box 534
Canjilon, NM 87515

Subfile No. CHCJ –003-0018
Docket No. 6495
Dorothy Martinez
P. O. Box 1125
Espanola, NM 87532

Subfile No. CHCJ-003-0076
Docket No. 6496
Jonathan Martinez
P.O. Box 508
Abiquiu, NM 87510

Subfile No. CHCJ –003-0079
Docket No. 6497
Geraldine Martinez
P.O. Box 508
Abiquiu, NM 87510

6519

Subfile No. CHCJ-003-0083
Docket No. 6498
Melissa Martinez
Ray Martinez
P.O. Box 506
Canjilon, NM 87515

Subfile No. CHCJ-003-0086A
Docket No. 6499
Lorraine S. Martinez
Ronald A. Martinez
P.O. Box 485
Canjilon, NM 87515

Subfile No. CHCJ-003-0086B
Docket No. 6500
Onesimo Martinez
P.O. Box 551
Canjilon, NM 87515

Subfile No. CHCJ-004-0012
Docket No. 6501
Carole J. Otero
5028 Pheasant, N.W.
Albuquerque, NM 87120

Subfile No. CHCJ-004-0015
Docket No. 6502
Richard L. Sanchez
68 Andres Sanchez Road
Belen, NM 87002

Subfile No. CHCJ-004-0018
Docket No. 6503
Manuelita Archuleta
Tomas D. Archuleta
P.O. Box 1223
San Juan Pueblo, NM 87566

Subfile No. CHCJ-004-0029
Docket No. 6504
Belarmino Trujillo
P.O. Box 503
Canjilon, NM 87515

Subfile No. CHCJ-004-042B
Docket No. 6505
Celine Martinez
P.O. Box 774
Chimayo, NM 87522

Subfile No. CHCJ-004-0043
Docket No. 6506
Danny J. Garcia
Velma Garcia
P.O. Box 572
Canjilon, NM 87515

Subfile Jo. CHCJ-004-0049
Docket No. 6507
Gomisindo Velasquez
P.O. Box 466
Canjilon, NM 87515

Subfile No. CHCJ-004-0050
Docket No. 6508
Amalia M. Baca
Paul R. Baca
P.O. Box 477
Canjilon, NM 87515

Subfile No. CHCJ-004-0052
Docket No. 6509
Phil Velasquez
P.O. Box 483
Canjilon, NM 87515

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 30th day of January, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  8756

Respectfully submitted,

*Ed Newville* (signature)

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887