IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 FEB -1 PM 2:25

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

Plaintiff,

v.

**RAMON ARAGON,** *et al.,*

Defendants.

69cv07941 JEC-ACE-SANTA FE

**RIO CHAMA STREAM SYSTEM**
**Section 3: Rio Cebolla**

**Subfile No. CHCB-003-0021**

## NOTICE OF WITHDRAWAL OF ANSWERS

COMES NOW the Defendants, Charles K. Walker and Lillian M. Walker, and gives notice of the withdrawal of the Answers (6443, 6444) filed December 10, 2001, in subfile CHCB-003-0021.

Respectfully submitted,

CHARLES K. WALKER
4512 Harper Ferry NW
Albuquerque, NM 87120
(505) 922-9195

LILLIAN M. WALKER
4512 Harper Ferry NW
Albuquerque, NM 87120
(505) 922-9195

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Withdrawal of Answer was mailed to the following persons on _February 1_, 2002.

*Ed Newville* (signature)
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

2