IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.* )
State Engineer, )
　　　　　　　　　　　　　　　　)
　　　　Plaintiff, ) No. CV 7941 JC
　　　　　　　　　　　　　　　　)
　　v. ) RIO CHAMA Stream System
　　　　　　　　　　　　　　　　)
ROMAN ARAGON, *et al.*, ) Section 3, Canjilon, Cebolla, Las Nutrias Streams
　　　　　　　　　　　　　　　　)
　　　　Defendants. )
　　　　　　　　　　　　　　　　)

## FEDERAL RESERVED WATER RIGHT CLAIMS FOR FOREST SERVICE ORGANIC ACT PURPOSES FOR THE CARSON NATIONAL FOREST

The United States of America, by and through its attorneys, submits the following federal reserved water right claims for Organic Act purposes within the Carson National Forest within Section 3 of this adjudication:

1.　These claims are based upon a federal reservation of land originally known as the Jemez Forest Reserve and now known as the Carson National Forest. A map of the National Forest is attached as Exhibit A.

2.　The Jemez Forest Reserve was designated and reserved by 34 Stat. 3182 on October 12, 1905. On June 26, 1908 a part of the Jemez Forest Reserve and the entire Taos Forest Preserve became part of the Carson National Forest by Executive Order 848. The areas of the Carson National Forest within Section 3 of this adjudication are part of the lands originally reserved as the Jemez Forest Reserve on October 12, 1905. Copies of the reservation documents are attached as Exhibit B.

3.　The United States claims the following sources for the water claimed: All surface and groundwater sources, including streams, lakes, ponds, springs, seeps and other

natural sources of water, whether named or not and whether perennial, intermittent or ephemeral, and all groundwater sources, located within Section 3 of this adjudication and within the boundaries of the Carson National Forest.

4. The United States claims the following uses for the water:

a. Fire control and suppression to fulfill purposes of the Forest Service Organic Administration Act, 16 U.S.C.A. §§ 473-475, 477-482, 551 (West 1985 & Supp. 1999), 30 Stat. 11, Ch.2 ("Organic Act").

b. Road building to fulfill the purposes of the Organic Act.

5. The United States claims the following amounts of water:

a. 12 acre feet per year for fire control and suppression as indicated on the Declaration of Lori D. Osterstock, attached as Exhibit C.

b. 5 acre feet per year for road building.

6. The priority date claimed is October 12, 1905, the date of the reservation of the Jemez Forest Reserve.

7. The place of use claimed is within and adjacent to the boundaries of the Carson National Forest within Section 3.

DATED this 1st day of February, 2002.

                                      Respectfully Submitted,

                                      DAVID W. GEHLERT
                                      U.S. Department of Justice
                                      Environment & Natural
                                            Resources Division
                                      General Litigation Section
                                      999 18th Street, Suite 945
                                      Denver, Colorado 80202
                                      Phone:    (303)312-7352
                                      Fax::  (303)312-7331

Of counsel:

Randy Bramer, Esq.
USDA, Office of the General Counsel
P.O. Box 25005
Denver, CO 80225-0005

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE.