IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.* )
State Engineer,                )
                               )
            Plaintiff,          )      No. CV 7941 JC
                               )
       v.                      )      RIO CHAMA Stream System
                               )
ROMAN ARAGON, *et al.*,        )      Section 3, Canjilon, Cebolla, Las Nutrias Streams
                               )
            Defendants.        )
_____)

## UNITED STATES FOREST SERVICE
## CLAIMS FOR STOCK WATERING WITHIN SECTION 3
## OF THE RIO CHAMA ADJUDICATION

The United States of America, by and through its attorneys, submits the following

water right claims for stock and wildlife watering within the Carson National Forest:

|                        | Location |           | Priority   | Qty       |
| Name                   | Latitude | Longitude | Date       | Acre Feet |
| --- | --- | --- | --- | --- |
| Alamo Tank             | 362335N  | 1062204W  | 12/31/1960 | 0.3       |
| Alkali Spring          | 363221N  | 1061941W  | 07/31/1985 | 0.23      |
| Amador Spring          | 363206N  | 1062312W  | 12/31/1972 | 0.24      |
| Amador Tank            | 363200N  | 1062314W  | 12/31/1972 | 0.5       |
| Amarillo Section 17 Tank | 362349N | 1061846W | 12/31/1960 | 0.9       |
| Antler Tank            | 361757N  | 1062217W  | 12/31/1994 | 0.1       |
| Baca Tank              | 362502N  | 1062424W  | 12/31/1997 | 0.1       |
| Baker Tank             | 363100N  | 1062854W  | 12/31/1990 | 0.1       |
| Bateman Spring         | 363045N  | 1061925W  | 12/31/1974 | 0.1       |
| Bateman Tank           | 363117N  | 1061927W  | 12/31/1960 | 0.1       |
| Bear Tank              | 362342N  | 1062123W  | 12/31/1977 | 0.1       |
| Beaver Tank            | 363333N  | 1062437W  | 12/31/1972 | 0.7       |
| Berry Tank             | 362746N  | 1063840W  | 12/31/1988 | 0.1       |

Page 1



| Name | Location | | Priority | Qty |
| | Latitude | Longitude | Date | Acre Feet |
| --- | --- | --- | --- | --- |
| Blanco Tank | 363054N | 1062755W | 12/31/1969 | 0.3 |
| Blas Spring | 362812N | 1062005W | 12/31/1974 | 0.316 |
| Blas Tank #1 | 362859N | 1062240W | 12/31/1971 | 0.2 |
| Blas Tank #2 | 362902N | 1062238W | 03/21/1962 | 0.4 |
| Block the Road Tank | 361708N | 1062315W | 12/31/1994 | 0.1 |
| Borrego Tank | 362322N | 1062234W | 12/31/1989 | 0.1 |
| Bronco Tank | 363300N | 1062652W | 12/31/1980 | 0.4 |
| Caballo Tank | 362542N | 1063340W | 06/30/1967 | 0.9 |
| Campbell Tank | 362303N | 1063701W | 12/31/1950 | 0.4 |
| Canada del Bano Tank | 363151N | 1062746W | 12/31/1969 | 0.2 |
| Candy Tank | 362622N | 1063912W | 12/31/1989 | 0.5 |
| Canjilon Lake #1 | 363343N | 1061946W | 02/20/1955 | 5.35 |
| Canjilon Lake #3 | 363322N | 1061946W | 02/20/1955 | 4.63 |
| Canjilon Lks Spring#2 | 363351N | 1061943W | 12/31/1992 | 1 |
| Canjilon Spring #1 | 363342N | 1061942W | 12/31/1964 | 0.75 |
| Canjilon Tank | 362909N | 1062435W | 02/22/1978 | 0.1 |
| Canjilon Well | 362853N | 1062628W | 12/31/1956 | 6 |
| Cano Tank | 362346N | 1063714W | 05/10/2001 | 2.4 |
| Canovas Tank | 362833N | 1062007W | 12/31/1980 | 0.1 |
| Cebolla Tank | 363406N | 1062603W | 12/31/1969 | 0.4 |
| Cebolla Tank #1 | 362624N | 1063959W | 05/29/2001 | 0.2 |
| Cedar Tank | 362232N | 1063804W | 12/31/1950 | 1.9 |
| Chamios Tank | 361959N | 1062016W | 07/24/2001 | 0.1 |
| Chamios Tank #4 | 362034N | 1061960W | 07/24/2001 | 0.1 |
| Chamios Tank #2 | 362036N | 1061954W | 07/24/2001 | 0.1 |
| Chamios Tank #3 | 362007N | 1062019W | 07/24/2001 | 0.1 |
| Chavez Tank | 362317N | 1063820W | 12/31/1950 | 2.4 |
| Cinco Tank | 362414N | 1062243W | 12/31/1976 | 0.1 |
| Claverie Tank | 362140N | 1063453W | 12/31/1950 | 0.2 |
| Commanche #3 Tank | 362205N | 1061812W | 07/26/2001 | 0.1 |
| Commanche #5 Tank | 362044N | 1062120W | 07/30/2001 | 0.2 |
| Commanche #6 Tank | 361960N | 1062155W | 07/31/2001 | 0.1 |

| Name | Location Latitude | Longitude | Priority Date | Qty Acre Feet |
|---|---|---|---|---|
| Commanche Spring | 362150N | 1061901W | 12/31/2000 | 0.282 |
| Corner #1 Tank | 362611N | 1063156W | 12/31/1988 | 0.3 |
| Corner #2 Tank | 362517N | 10 63807W | 12/31/1988 | 0.1 |
| Corral Tank | 363056N | 1062226W | 12/31/1995 | 0.2 |
| Coyote Tank | 362346N | 1063714W | 12/31/1988 | 2 |
| Cuchilla Tank | 362648N | 1062511W | 12/31/1972 | 0.1 |
| Daggett Tank | 362532N | 1063811W | 12/31/1950 | 0.2 |
| Dead Deer Tank | 362424N | 1063908W | 12/31/1950 | 0.5 |
| Dead End Tank | 362203N | 1062443W | 12/31/1969 | 0.2 |
| Del Medio Tank #1 | 362443N | 1062447W | 12/31/1996 | 0.2 |
| Del Medio Tank #2 | 362426N | 1062511W | 12/31/1989 | 0.2 |
| Domingo Tank | 363046N | 1062501W | 12/31/1995 | 0.3 |
| Dulce Pit Tank | 363219N | 1062528W | 12/31/1976 | 1.2 |
| E. Sisneros Spring | 362624N | 1061849W | 12/31/1978 | 0.204 |
| Eagle Tank | 362303N | 1063701W | 12/31/1988 | 0.5 |
| East Archuleta Tank | 363147N | 1062506W | 12/31/1992 | 0.2 |
| Echo Well | 362132N | 1063125W | 12/31/1963 | 0.77 |
| El Bano Spring | 363232N | 1062521W | 12/31/1937 | 9.6 |
| Elk Spring | 362525N | 1061931W | 12/31/1980 | 0.114 |
| Elk Tank | 362833N | 1062144W | 12/31/1971 | 0.2 |
| English Tank #1 | 362413N | 1063645W | 12/31/1930 | 8.3 |
| English Tank #2 | 362417N | 1063639W | 06/30/1967 | 2.2 |
| Fifteen Tank | 362909N | 1062334W | 12/31/1950 | 0.1 |
| Fire Tank | 363201N | 1061855W | 07/03/2001 | 0.2 |
| Flagstone Tank | 362056N | 1061836W | 07/24/2001 | 0.1 |
| Four Tank | 362537N | 1063740W | 12/31/1950 | 1.4 |
| Fox Tank | 362309N | 1063921W | 12/31/1988 | 0.4 |
| Frenchy Tank | 362147N | 1063402W | 12/31/1950 | 0.4 |
| Fuertes Spring | 363123N | 1062406W | 12/31/1971 | 0.237 |
| Fuertes Tank | 363133N | 1062241W | 12/31/1974 | 1.7 |
| Gallegos Tank | 363017N | 1062040W | 06/11/2001 | 0.1 |
| Garcia Tank | 362509N | 1063428W | 12/31/1950 | 0.3 |

| Name | Location | | Priority | Qty |
| | Latitude | Longitude | Date | Acre Feet |
|---|---|---|---|---|
| Garcia Tank #1 | 362549N | 1062635W | 12/31/1971 | 0.1 |
| Gato Tank | 362031N | 1063544W | 12/31/1950 | 0.4 |
| Ghost Ranch Tank | 361923N | 1063036W | 12/31/1960 | 0.4 |
| Ghost Ranch Well | 361928N | 1063016W | 12/31/1957 | 9 |
| Harris Bear Spring | 362546N | 1061944W | 12/31/1971 | 0.147 |
| Harris Bear Tank | 362536N | 1062033W | 12/31/1980 | 0.1 |
| Hinds Tank | 362609N | 1063552W | 12/31/1965 | 0.3 |
| Hub Tank | 361923N | 1063208W | 08/07/2001 | 0.5 |
| Huckaby Tank | 362532N | 1063936W | 12/31/1950 | 1 |
| Juan Domingo Tank | 362511N | 1062434W | 12/31/1997 | 0.1 |
| Laguna Las Ranas Tank | 362307N | 1062003W | 01/11/1962 | 0.9 |
| Laguna Lorenzo | 362303N | 1062051W | 01/11/1962 | 0.04 |
| Laguna Pinabete Mocha Tank | 362626N | 1062048W | 12/31/1930 | 3.5 |
| Lagunitas Tank #1 | 363121N | 1062328W | 12/31/1979 | 2.7 |
| Lagunitas Tank #2 | 363118N | 1062318W | 12/31/1979 | 0.4 |
| Little Tank | 362553N | 1063432W | 12/31/1950 | 0.2 |
| Llamo Tank | 362446N | 1062008W | 12/31/1969 | 0.4 |
| Long Tank | 362714N | 1063942W | 05/29/2001 | 0.1 |
| Lower Canjilon Lk #1 | 363258N | 1062031W | 02/20/1955 | 6 |
| Lower Canjilon Lk #2 | 363255N | 1062035W | 02/20/1955 | 6 |
| Lower Lopez Tank | 362633N | 1062424W | 01/11/1962 | 0.5 |
| Lower Lopez Tank #2 | 362640N | 1062420W | 12/31/1977 | 0.5 |
| Lower Manzanares Tank | 361554N | 1062303W | 12/31/1930 | 0.7 |
| Lower Montoya Tank | 362946N | 1062337W | 12/31/1980 | 0.1 |
| Lucero Spring | 362642N | 1061950W | 10/23/1987 | 0.5 |
| Lucky Tank | 362816N | 1062048W | 07/12/2001 | 0.1 |
| Maestas Tank | 363020N | 1062053W | 60/11/2001 | 0.4 |
| Martinez Section 1 Tank | 362529N | 1062104W | 12/31/1930 | 3.9 |
| Martinez Spring | 362523N | 1062248W | 12/31/1905 | 0.145 |
| Mogote Spring #2 | 362941N | 1061952W | 12/31/1965 | 0.88 |
| Mogote Tank | 362912N | 1062021W | 06/16/1953 | 0.1 |
| Montoya Tank | 362948N | 1062216W | 12/31/1950 | 0.6 |

| Name | Location Latitude | Longitude | Priority Date | Qty Acre Feet |
|------|-------------------|-----------|---------------|----------------|
| Mosquito Tank | 363623N | 1062325W | 06/25/2001 | 0.8 |
| Negro Tank | 362504N | 1062104W | 12/31/1930 | 0.5 |
| Nerio Tank | 362531N | 1062252W | 12/31/1950 | 9.3 |
| North Tank #1 | 363039N | 1062558W | 04/10/1978 | 0.1 |
| North Tank #2 | 362609N | 1063956W | 06/30/1967 | 0.3 |
| North Unit Spring | 363131N | 1061908W | 07/31/1987 | 0.11 |
| North Unit Tank | 363130N | 1061911W | 12/31/1971 | 0.1 |
| One Tank | 362010N | 1063448W | 12/31/1950 | 0.2 |
| Oso #1 Tank | 362432N | 1062158W | 09/30/1958 | 0.5 |
| Oso #2 Tank | 362432N | 1062158W | 12/31/1953 | 0.1 |
| Patito Tank | 363104N | 1061837W | 3/21/1969 | 0.2 |
| Pato Tank | 363122N | 1061835W | 12/31/1960 | 1 |
| Peniatas Tank | 362606N | 1063242W | 12/31/1977 | 0.6 |
| Pine Tank | 362341N | 1062307W | 12/31/1960 | 0.3 |
| Pinon Tank | 362414N | 1063152W | 06/30/1967 | 0.7 |
| Pinyon Well | 362359N | 1063343W | 12/31/1968 | 0.044 |
| Puertico Tank | 362340N | 1062018W | 12/31/1960 | 0.3 |
| Quick Tank | 362609N | 1063617W | 12/31/1971 | 0.4 |
| Rancherilla Spring | 362541N | 1061927W | 01/11/1962 | 0.134 |
| Rim Tank #1 | 362234N | 1062217W | 12/31/1960 | 0.1 |
| Rim Tank #2 | 362107N | 1063313W | 12/31/1960 | 0.2 |
| Rincon Tank | 362348N | 1063518W | 12/31/1950 | 0.5 |
| Rock Spring | 362440N | 1061901W | 12/31/1974 | 0.155 |
| Romero Spring | 363054N | 1061948W | 12/31/1972 | 0.208 |
| Salazar Tank | 362318N | 1063151W | 12/31/1950 | 0.1 |
| Sanchez Tank | 362640N | 1062136W | 07/24/2001 | 1.6 |
| Sanchez Tank #3 | 362710N | 1061901W | 07/20/2001 | 1.7 |
| Sanchez Tank #3A | 362710N | 1061909W | 07/20/2001 | 0.1 |
| Section 27 Pit Tank | 363331N | 1062433W | 05/31/1971 | 0.9 |
| Section Eleven Tank | 362509N | 1063525W | 12/31/1950 | 0.5 |
| Sepapu Tank | 363529N | 1062104W | 06/27/2001 | 1.4 |
| Serrano Tank | 362418N | 1063527W | 12/31/1976 | 0.2 |

| Name | Location Latitude | Longitude | Priority Date | Qty Acre Feet |
|---|---|---|---|---|
| Sheep Tank | 362828N | 1062132W | 12/31/1980 | 0.01 |
| Skull Tank | 361944N | 1063136W | 12/31/1960 | 0.6 |
| Snag Tank | 362513N | 1063349W | 12/31/1950 | 1.5 |
| South Tank | 363125N | 1062604W | 12/31/1969 | 0.4 |
| Tank 22 | 362318N | 1063620W | 12/31/1972 | 3.3 |
| Tank 23 | 362252N | 1063546W | 12/31/1991 | 0.7 |
| Terrero Tank | 363526N | 1062442W | 12/31/1980 | 0.4 |
| Tonita Lake | 363519N | 1062424W | 12/31/1972 | 4.6 |
| Toro Tank #1 | 362413N | 1062016W | 01/11/1962 | 0.1 |
| Trout Lake #1 | 363626N | 1062245W | 12/31/1955 | 9.74 |
| Trout Lake #2 | 363621N | 1062231W | 02/28/1963 | 3 |
| Trout Lake #3 | 363628N | 1062254W | 12/31/1955 | 6 |
| Trout Lake #4 | 363630N | 1062255W | 02/28/1963 | 3 |
| Trout Lake #5 | 363632N | 1062256W | 02/28/1963 | 3 |
| Trujillo Tank West | 362437N | 1063536W | 12/31/1950 | 0.6 |
| Trujillo Tank East | 363004N | 1062034W | 02/26/1958 | 3.6 |
| Trujillo Well | 362503N | 1063537W | 12/31/1960 | 0.064 |
| Turkey Pit Tank | 363155N | 1062639W | 12/31/1976 | 1.2 |
| Turkey Spring | 363155N | 1062645W | 12/31/1955 | 0.167 |
| Upper Lopez Tank | 362759N | 1062232W | 12/31/1960 | 0.6 |
| Upper Manzanares Tank | 361639N | 1062308W | 07/24/2001 | 0.1 |
| Upper Mogote Tank #1 | 362948N | 1061946W | 12/31/1979 | 0.8 |
| Upper Mogote Tank #2 | 362953N | 1061947W | 12/31/1979 | 1.1 |
| Valdez Tank | 363015N | 1062628W | 07/09/2001 | 0.2 |
| Vaquero Tank | 362557N | 1062218W | 12/31/1974 | 0.1 |
| Vega Paz Tank | 363244N | 1062334W | 12/31/1960 | 11.3 |
| W. Sisneros Spring | 362633N | 1061934W | 12/31/1965 | 0.116 |
| Walk the Cat Tank | 361735N | 1062307W | 12/31/1994 | 0.1 |
| West ArchuletaTank | 363149N | 1062548W | 12/31/1992 | 2.7 |
| West Tank | 362641N | 1064042W | 12/31/1950 | 0.3 |
| Yeso Tank | 362301N | 1062403W | 12/31/1930 | 1.8 |

DATED this 1ˢᵗ day of February, 2002.

Respectfully Submitted,

DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural
          Resources Division
General Litigation Section
999 18th Street, Suite 945
Denver, Colorado 80202
Phone: (303)312-7352
Fax::   (303)312-7331

Of counsel:

Randy Bramer, Esq.
USDA, Office of the General Counsel
P.O. Box 25005
Denver, CO  80225-0005