IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 FEB -4 AM 10: 13

Robert M. March
CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, ) | |
| Plaintiff, ) | No. CV 7941 JC |
| v. ) | RIO CHAMA Stream System |
| ROMAN ARAGON, *et al.*, ) | Section 3, Canjilon, Cebolla, Las Nutrias Streams |
| Defendants. ) | |

## UNITED STATES BUREAU OF LAND MANAGEMENT CLAIMS FOR STOCK WATERING WITHIN SECTION 3 OF THE RIO CHAMA ADJUDICATION

The United States of America, on behalf of the Bureau of Land Management, submits the following water right claims for stock and wildlife watering within Section 3 of the above captioned adjudication.

| Name | Location Latitude | Longitude | Priority Date | Quantity acre feet |
|---|---|---|---|---|
| A. J. Womble Stock Tank #1 | 362819N | 1062917W | 03/19/1957 | 1.06 |
| Alkali Spring | 363157N | 1063926W | 04/17/1926 | 0.4 |
| Babb Reservoir | 363152N | 1064134W | 05/20/1990 | 1.34 |
| Berryman Tank # 1 | 362815N | 1062941W | 06/19/1981 | 0.47 |
| Berryman Tank # 2 North | 362659N | 1063248W | 06/19/1981 | 0.24 |
| Berryman Tank # 2 South | 362648N | 1063249W | 06/19/1981 | 0.29 |
| Chacon Reservoir | 363307N | 1063818W | 05/20/1990 | 4.67 |
| Elk Tank | 363037N | 1063605W | 06/11/1964 | 0.1 |
| Eturriaga Reservoir | 363257N | 1064041W | 07/17/1954 | 3.4 |
| Everett Whaley Detention Dam # 1 | 363132N | 1063726W | 08/05/1958 | 2.2 |
| Hibner Pit #1 | 363014N | 1064246W | 08/18/1959 | 0.1 |
| Hibner Pit #2 | 362959N | 1064253W | 08/18/1959 | 0.06 |
| Hibner Pit #3 | 362949N | 1064247W | 08/18/1959 | 0.07 |

6524

| Name | Location | | Priority | Quantity |
|---|---|---|---|---|
| | Latitude | Longitude | Date | acre feet |
| Hibner Pit #5 | 362914N | 1064059W | 08/18/1959 | 0.11 |
| Hibner Reservoir #2 | 362949N | 1064130W | 08/15/1980 | 9 |
| Hibner Reservoir #3 | 362936N | 1064143W | 08/15/1980 | 0.06 |
| Hospital Reservoir | 362939N | 1063806W | 07/15/1950 | 0.4 |
| J. R. E. Martinez Retention Dam #1 | 362908N | 1063025W | 12/09/1957 | 2.15 |
| Juan Martinez Stock Tank #1 | 363054N | 1063646W | 06/12/1958 | 4 |
| Linn Zolman Detention Dam # 1 | 362923N | 1063649W | 08/05/1958 | 1.1 |
| Lone Tree Spring | 362946N | 1063909W | 04/17/1926 | 0.04 |
| McClelland Reservoir #1 | 363043N | 1063956W | 05/20/1990 | 0.64 |
| McClelland Reservoir #2 | 363041N | 1063925W | 05/20/1990 | 1.66 |
| Salt Spring | 363106N | 1063808W | 04/17/1926 | 0.4 |
| Sanchez Bros. Reservoir | 363236N | 1063357W | 01/11/1954 | 1.58 |
| Uranium Well | 362953N | 1063853W | 02/15/1974 | 3 |
| Violet Dawson Well | 363226N | 1063947W | 11/19/1968 | 3 |

DATED this 1st day of February, 2002.

                                      Respectfully Submitted,

                                      DAVID W. GEHLERT
                                      U.S. Department of Justice
                                      Environment & Natural
                                              Resources Division
                                      General Litigation Section
                                      999 18th Street, Suite 945
                                      Denver, Colorado 80202
                                      Phone: (303)312-7352
                                      Fax::   (303)312-7331

Of counsel:

Dale Pontius, Esq.
Office of the Field Solicitor
2968 Rodeo Park Drive West, Room 2070
Santa Fe, NM  87505