IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*   )
State Engineer,                              )
                                                       )
                          Plaintiff,           )        No. CV 7941 JC
                                                       )
                          v.                    )        RIO CHAMA Stream System
                                                       )
ROMAN ARAGON, *et al.*,            )        Section 3, Canjilon, Cebolla, Las Nutrias Streams
                                                       )
                          Defendants.       )
_____)

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing **FEDERAL RESERVED WATER RIGHT CLAIMS FOR FOREST SERVICE ORGANIC ACT PURPOSES FOR THE CARSON NATIONAL FOREST; UNITED STATES FOREST SERVICE CLAIMS FOR STOCK WATERING WITHIN SECTION 3 OF THE RIO CHAMA ADJUDICATION; and UNITED STATES BUREAU OF LAND MANAGEMENT CLAIMS FOR STOCK WATERING WITHIN SECTION 3 OF THE RIO CHAMA ADJUDICATION** have been served by placing true copies thereof in the United States Mail, postage prepaid, to the Service List, attached as Exhibit 1, this __1st__ day of February 2002..

DAVID W. GEHLERT
U.S. Department of Justice

## CERTIFICATE OF SERVICE LIST FOR
### *STATE OF NEW MEXICO V. ARAGON* (Sec. 3)
### CV 7941 SC

Special Master Vickie L. Gabin
c/o USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
Aqua Tek
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Darcy Bushnell, Esq.
US District Court
District of New Mexico
333 Lomas Blvd., NW
Albuquerque, NM 87102-2272

Edward G. Newville, Esq.
NM State Engineer'ing Office
P.O. Box 25102
Santa Fe, NM 87504-5102

John W. Utton, Esq.
Sheehan, Sheehan & Stelzer
P.O. Box 271
Albuquerque, NM 87103-0271

Bradley S. Bridgewater, Esq.
USDOJ-ENRD
999 18th St., Ste. 945
Denver, CO 80202

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Exhibit I