IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

02 FEB -5 PM 4: 17

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

### ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW _____ (please print your full name)
LYDIA U. ARCHULETA

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHCB-003-015A | ☒ | ☐ |
| CHCB-003-015B | ☒ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) CHCB-003-0015A & CHCB-003-0015B _____ because

6527

Declaration NO. 0604 indicates water (i.e.) beneficial use for irrigation has right for usage on the 13.7 Acres in question which was properly acquired by Mr. Hipolito C. Lopez. Acreage Amount is not determined by permit. The July 16, 1929 document that the beneficial use for irrigation, domestic, stock a other purposes for more than 50 years that the land to be irrigated consisting of over 300 Acres more or less

( CHCB-003-0015A )

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____because

(Attach additional pages if necessary)

Answer to Complaint  2  LYDIA U. ARCHULETA

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated:_____    _____
                                  (Signature - LYDIA U. ARCHULETA)

                                  _____

                                  _____

                                  _____
                                  (Address: Print Clearly)

                                  _____
                                  (Phone Number: Print Clearly)

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico within 20 days after being served with the summons and complaint, or if service of the summons has been timely waived on request under rule 4(d), within 60 days after the date when the request for waiver was sent, or within 90 days after that date if the defendant was addressed outside any judicial district of the Undited States. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.



# STATE OF NEW MEXICO
# ENGINEERING DEPARTMENT

HERBERT W. YEO
STATE ENGINEER

SANTA FE

ADDRESS ALL COMMUNICATIONS
TO HERBERT W YEO

July 22, 1929.

Mr. Antonio Archuleta,
Cebolla, New Mexico.

Dear Sir:

    I am returning the statement of old water rights signed by you and Jose D. Chacon as it will be necessary for you file the same in duplicate and also to remit the filing fee of $1.00.

                 Very truly yours,

                 Herbert W. Yeo
                 State Engineer.

                 BY, *G. Kershner.*

GDK:k                  Chief Clerk.

8/1st / 1929.

    DEAR SIR:

    Inclosed find Duplicate for filing as per your request, also find inclosed herein $1.00 for fees.

                 Yours Truly *Antonio P. Archuleta*

August 7, 1929.


Antonio P. Archuleta,
Cebolla, New Mexico.

      Re: Declaration No. 0604.

Dear Sir:

  Your declaration of old water right has been received and filed in this office, and given the above number.

  Receipt of your remittance in the sum of $1.00 is acknowledged, and we are inclosing official receipt No. 4479 for that amount.

      Very truly yours,


      Assistant State Engineer.


CAP
Incls.

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE.