IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO**, *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |
| **RAMON ARAGON**, *et al.*, | CHGA-02-0009A |
| Defendants. | CHGA-03-0022 |

## NEW MEXICO'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the substitution of parties pursuant to Rule 25(a)(1). In support of this motion, the State states:

1. Defendant SELUSTRIANO GONZALES, JR. has reported to the State that he has transferred his interest in the land and water rights under Subfile No. CHGA-02-0009A to DANIEL K. GONZALES whose address is P.O. Box 6, Gallina, NM 87017.

2. Defendants ROGELIO CORRALES and MARCELLA CORRALES have reported to the State that they have transferred their interest in the land and water rights under Subfile No. CHGA-03-0022 to ROGER F. CORRALES, whose address is P.O. Box 194, Gallina, NM 87017.

WHEREFORE the State respectfully requests that DANIEL K. GONZALES be substituted as party defendant in this action for defendant SELUSTRIANO GONZALES, JR., and that ROGER F. CORRALES be substituted as party defendant for defendants ROGELIO CORRALES and MARCELLA CORRALES.

DATED: February 7, 2002

                                            Respectfully submitted,

                                            _s/s Ed Newville_
                                            EDWARD G. NEWVILLE
                                            Special Assistant Attorney General
                                            Office of the State Engineer
                                            P.O. Box 25102
                                            Santa Fe, NM 87504-5102
                                            (505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion for Substitution of Parties was mailed to the following persons on February 7, 2002.

                                            _s/s Ed Newville_
                                            Edward G. Newville

Roger F. Corrales
P.O. Box 194
Gallina, NM 87017

Rogelio Corrales
Marcella Corrales
P.O. Box 33
Gallina, NM 87101

Daniel K. Gonzales
P.O. Box 6
Gallina, NM 87017

Selustriano Gonzales, Jr.
P.O. Box 6
Gallina, NM 87017

**DISTRIBUTION LIST -- RIO GALLINA SECTION**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive., S.W.
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501