IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | CHGA-02-0009A |
| Defendants. | CHGA-03-0022 |

### ORDER GRANTING NEW MEXICO'S MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on New Mexico's Motion for Substitution of Parties ( ) filed on February 7, 2002.

Being fully advised in the premises, the Court finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that DANIEL K. GONZALES be substituted as party defendant in this action for defendant SELUSTRIANO GONZALES, JR., and that ROGER F. CORRALES be substituted as party defendant for defendants ROGELIO CORRALES and MARCELLA CORRALES.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER