IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT

02 FEB -8 AM 10: 50

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**RAMON ARAGON,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE
CLERK - SANTA FE

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

**Subfile No:   CHGA-02-0006B**

## MOTION TO CORRECT CLERICAL ERRORS AND OMISSIONS

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and moves the Court to enter its order correcting clerical errors and omissions in the Consent Order filed with the Court for the following defendants and subfile:

| | |
|---|---|
| Cosme S. Chacon | CHGA-02-0006B |
| Fulgencio Chacon | CHGA-02-0006B |
| Jose B. Chacon | CHGA-02-0006B |
| Jose L. Chacon | CHGA-02-0006B |

and as grounds therefore plaintiff states:

1.    Under Rule 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the court at any time on its own initiation or on the motion of any party and after such notice, if any, as the court orders.

2.    In subfile CHGA-02-0006B (Cosme S. Chacon, Fulgencio Chacon, Jose B. Chacon Jose L. Chacon), the Consent Order filed August 31, 2001 (Docket No. 6331) incorrectly listed the

6529

ditch name associated with these water rights as the Emilio Jacquez Ditch. The defendants have informed the State that the Gonzales/Gurule Ditch is the correct ditch, and they have requested that this error be corrected.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the clerical errors and omissions described above.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Clerical Errors and Omissions was mailed to the following persons on February __8__, 2002.

_____
Edward G. Newville

Cosme S. Chacon
P.O. Box 4
Gallina, NM 87017

Jose B. Chacon
413 Christine Dr. NE
Rio Rancho, NM 87124

Fulgencio Chacon
P.O. Box 24
Gallina, NM 87017

Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Drive S.W..
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD

3

999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501