IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 FEB 11 AM 10: 50


CLERK-SANTA FE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et*

    Defendants.

69cv07941 JEC-ACE

**RIO CHAMA STREAM SYSTEM**
Section 3: Rio Nutrias, Rio Cebolla,
Canjilon Creek

## CLERK'S CERTIFICATE OF DEFAULT

I, Robert March, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend this cause was made as

| | | |
|---|---|---|
| AQUILINO BACA | return of service (6222) filed 4/10/2001 | CHCJ 0020039 |
| BERTHA BACA | return of service (6222) filed 4/10/2001 | CHCJ 0020041 |
| DOLORES BACA | return of service (6222) filed 4/10/2001 | CHCJ 0040047 |
| FELIX DEJESUS BACA JR | return of service (6222) filed 4/10/2001 | CHCJ 0020041 |
| PAT BLEA | return of service (6222) filed 4/10/2001 | CHCJ 0030005 |
| ALFRED J CHAVEZ | return of service (6222) filed 4/10/2001 | CHCJ 0010001 |
| SARAH CHAVEZ | return of service (6222) filed 4/10/2001 | CHCJ 0010001 |
| ANGEL B COLLADO | return of service (6311) filed 8/3/2001 | CHCJ 0030067 |

6530

| Name | Service | Subfile |
|---|---|---|
| ESTHER J COLLADO | return of service (6311) filed 8/3/2001 | CHCJ 0030067 |
| LUCELLA M GONZALES | return of service (6311) filed 8/3/2001 | CHCJ 0030035 |
| REYNALDO GONZALES | return of service (6311) filed 8/3/2001 | CHCJ 0030035 |
| DONALD MARTINEZ | return of service (6222) filed 4/10/2001 | CHCJ 0010002<br>CHCJ 0030070 |
| PERFECTO MARTINEZ | return of service (6222) filed 4/10/2001 | CHCJ 0010002<br>CHCJ 0030070 |
| MARGARET A MIERA | return of service (6222) filed 4/10/2001 | CHCJ 0030085 |
| TOMACITA O MONTANO | return of service (6311) filed 8/3/2001 | CHCJ 0030037 |
| SHIRLEY SOBERANEZ | return of service (6283) filed 7/17/2001 | CHCJ 0030013 |
| WILLIAM H STOREY III | return of service (6222) filed 4/10/2001 | CHCJ 0030007 |
| AMARANTE VALDEZ | return of service (6222) filed 4/10/2001 | CHCJ 0020052 |
| REYES VALDEZ | return of service (6222) filed 4/10/2001 | CHCJ 0020052 |

I certify that the records of my office indicate that the following defendants waived service of summons in this proceeding as follows:

| Name | Service | Subfile |
|---|---|---|
| PATRICIA ALARID | waiver of service (6284) filed 7/17/2001 | CHCJ 0040011 |
| TOMMY ALARID | waiver of service (6284) filed 7/17/2001 | CHCJ 0040011 |
| ENRIQUES BACA | waiver of service (6139) filed 1/29/2001 | CHCJ 0040032 |
| JUDY BLEA | waiver of service (6143) filed 1/29/2001 | CHCJ 0030005 |
| ERLINDA CASADOS | waiver of service (6144) filed 1/29/2001 | CHCJ 0020019 |
| ROBERT CASADOS | waiver of service (6145) filed 1/29/2001 | CHCJ 0020019 |
| DANA J DRANNON | waiver of service (6146) filed 1/29/2001 | CHCJ 0020007 |
| JAMES M DRANNON | waiver of service (6147) filed 1/29/2001 | CHCJ 0020007 |
| CARLOS A GARCIA | waiver of service (6149) filed 1/29/2001 | CHCJ 0030025 |
| DELUVINA GARCIA | waiver of service (6150) filed 1/29/2001 | CHCJ 0030034 |
| ORLANDO GARCIA | waiver of service (6155) filed 1/29/2001 | CHCJ 0030034 |

| | | |
|---|---|---|
| THOMAS GARCIA | waiver of service (6158) filed 1/29/2001 | CHCJ 0030014 |
| FLORENCE MAESTAS | waiver of service (6167) filed 1/29/2001 | CHCJ 0050002 |
| ODILIA MAESTAS | waiver of service (6170) filed 1/29/2001 | CHCJ 0030014 |
| RICHARD MAESTAS | waiver of service (6171) filed 1/29/2001 | CHCJ 0050002 |
| ALFONSO A MANZANARES | waiver of service (6172) filed 1/29/2001 | CHCJ 0030010 |
| MARIA GLORIA MANZANARES | waiver of service (6173) filed 1/29/2001 | CHCJ 0030009 |
| RAMON A MANZANARES | waiver of service (6174) filed 1/29/2001 | CHCJ 0030011 |
| MAX MARQUEZ | waiver of service (6175) filed 1/29/2001 | CHCJ 0020030 |
| CARLA MARTINEZ | waiver of service (6180) filed 1/29/2001 | CHCJ 0030043 |
| LORENZO MARTINEZ | waiver of service (6191) filed 1/29/2001 | CHCJ 0030053 |
| TONY M MARTINEZ | waiver of service (6205) filed 1/29/2001 | CHCJ 0030043 |
| LUGGIE MONTANO | waiver of service (6212) filed 1/29/2001 | CHCJ 0030041 |
| OCTAVIANO MONTANO JR | waiver of service (6214) filed 1/29/2001 | CHCJ 0030082 |
| THOMAS MONTANO | waiver of service (6216) filed 1/29/2001 | CHCJ 0030041 |
| RAY G MORALES | waiver of service (6219) filed 1/29/2001 | CHCJ 0030004 |
| ROSALENA MORALES | waiver of service (6220) filed 1/29/2001 | CHCJ 0030004 |
| OLIVIA OLGUIN | waiver of service (6221) filed 1/29/2001 | CHCJ 0040039 |
| AMOS RAY SANCHEZ | waiver of service (6232) filed 1/29/2001 | CHCJ 0040013 |
| PHILIP T. SANCHEZ | waiver of service (6137) filed 1/29/2001 | CHCJ 0040016 |
| SAMUEL S SERRANO | waiver of service (6215) filed 3/13/2001 | CHCJ 0020003<br>CHCJ 0030002 |

3

| | | |
|---|---|---|
| CARMELITA R TRUJILLO | waiver of service (6241) filed 1/29/2001 | |
| | | CHCJ 0030063 |
| . MODESTA M VALENCIA | waiver of service (6284) filed 7/17/2001 | |
| | | CHCJ 0030044 |
| ARMANDO VIGIL | waiver of service (6251) filed 1/29/2001 | |
| | | CHCJ 0030077 |
| FRANCES VIGIL | waiver of service (6255) filed 1/29/2001 | |
| | | CHCJ 0030077 |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in this cause.

WHEREFORE, I certify that the above named defendants are in default.

DATED this ___17th___ day of __February__ 2002.

ROBERT M. MARCH

_____
Clerk of the United States Court

4