## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

     **Plaintiff,**

     **v.**

**RAMON ARAGON,** *et al.,*

     **Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Section 3: Rio Nutrias, Rio Cebolla**
**& Canjilon Creek**

### CERTIFICATE OF MAILING OF THE
### CLERK'S CERTIFICATE OF DEFAULT

     I hereby certify that a true, file stamped copy of the Clerk's Certificate of Default, which was filed on February 11, 2002 in the United States District Court (Docket No. 6530), concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each defendant listed in the Clerk's Certificate of Default, on the 11th day of February, 2002, at the address listed in Exhibit A attached hereto.

     DATED February 11, 2002

                       Respectfully submitted,

                       EDWARD G. NEWVILLE
                       Special Assistant Attorney General
                       Office of the State Engineer
                       P.O. Box 25102
                       Santa Fe, NM 87504-5102
                       (505) 827-6150

6531

## CERTIFICATE OF SERVICE

I certify that the foregoing Certificate of Mailing of the Clerk's Certificate of Default was mailed to the following persons on February _____ 13 _____, 2002.

_____
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia

2

NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

PATRICIA ALARID
TOMMY ALARID
P.O. BOX 526
CANJILON, NM  87515

AQUILINO BACA
GENERAL DELIVERY
CANJILON, NM  87515

DOLORES BACA
P.O. BOX 512
CANJILON, NM  87515

ENRIQUES BACA
P.O. BOX 507
CANJILON, NM  87515

BERTHA BACA
FELIX DEJESUS BACA JR
c/o ANGUILINO BACA
P.O. BOX 512
CANJILON, NM  87515

JUDY BLEA
P.O. BOX 494
CANJILON, NM  87515

PAT BLEA
GENERAL DELIVERY
CANJILON, NM  87515

ERLINDA CASADOS
ROBERT CASADOS
2347 CAMINO CARLOS REY
SANTA FE, NM  87501

ALFRED J CHAVEZ
SARAH CHAVEZ
P.O. BOX 114
EL RITO, NM  87530

ANGEL B COLLADO
ESTHER J COLLADO
1508 SAN CARLOS SW
ALBUQUERQUE, NM  87104

DANA J DRANNON
JAMES M DRANNON
2016 LOUISE RD. SW
ALBUQUERQUE, NM  87105

CARLOS A GARCIA
4009 DONALD ROAD SW
ALBUQUERQUE, NM  87105

DELUVINA GARCIA
ORLANDO GARCIA
1521 GRANITE NW
ALBUQUERQUE, NM  87104

THOMAS GARCIA
P.O. BOX 501
CANJILON, NM  87515

LUCELLA M GONZALES
REYNALDO GONZALES
1409 SAWMILL ROAD NW
ALBUQUERQUE, NM  87104

ODILIA MAESTAS
P.O. BOX 501
CANJILON, NM  87515

FLORENCE MAESTAS
RICHARD MAESTAS
P.O. BOX 1848
ESPANOLA, NM  87532

ALFONSO A MANZANARES
5412 OLYMPIC COURT N.W.
ALBUQUERQUE, NM  87114

MARIA GLORIA MANZANARES
1224 FORESTER N.W.
ALBUQUERQUE, NM  87104

RAMON A MANZANARES
1224 FORESTER N.W.
ALBUQUERQUE, NM  87104

MAX MARQUEZ
P.O. BOX 704
EL RITO, NM  87530

CARLA MARTINEZ
TONY M MARTINEZ
P.O. BOX 553
CANJILON, NM  87515

DONALD MARTINEZ
PERFECTO MARTINEZ
P.O. BOX 52
EL RITO, NM  87530

LORENZO MARTINEZ
GENERAL DELIVERY
CANJILON, NM  87515

MARGARET A MIERA
GENERAL DELIVERY
CANJILON, NM  87515

OCTAVIANO MONTANO JR
10571 COLORADO BLVD.
THORNTON, CO  80233

LUGGIE MONTANO
THOMAS MONTANO
205 40TH STREET NW
ALBUQUERQUE, NM  87105

Exhibit A

TOMACITA O MONTANO
1409 SAWMILL ROAD NW
ALBUQUERQUE, NM 87104

RAY G MORALES
ROSALENA MORALES
P.O. BOX 545
CANJILON, NM 87515

OLIVIA OLGUIN
P.O. BOX 577
CANJILON, NM 87515

AMOS RAY SANCHEZ
1500 SAN CLEMENTE NW.
ALBUQUERQUE, NM 87107

PHILIP T. SANCHEZ
29 EDMUNDO
BELEN, NM 87002

SAMUEL S SERRANO
3514 S. 575-W
SYRACUSE, UT 84075

SHIRLEY SOBERANEZ
77 ROAD 4903
BLOOMFIELD, NM 87413

WILLIAM H STOREY III
P.O. BOX 674
EL RITO, NM 87530

CARMELITA R TRUJILLO
P.O. BOX 92431
ALBUQUERQUE, NM 87199

AMARANTE VALDEZ
REYES VALDEZ
P.O. BOX 584
CANJILON, NM 87515

MODESTA M VALENCIA
c/o DOLORES A. HARKINS
411 CORNELL DRIVE SE
ALBUQUERQUE, NM 87106

ARMANDO VIGIL
FRANCES VIGIL
409 CALLE DEL RIO #2
ESPANOLA, NM 87532