# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| **Plaintiff,** | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | CHGA-02-0009A |
| **Defendants.** | CHGA-03-0022 |

## ORDER GRANTING NEW MEXICO'S MOTION
## FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on New Mexico's Motion for Substitution of Parties (Docket No. 6528) filed on February 7, 2002.

Being fully advised in the premises, the Court finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that DANIEL K. GONZALES be substituted as party defendant in this action for defendant SELUSTRIANO GONZALES, JR., and that ROGER F. CORRALES be substituted as party defendant for defendants ROGELIO CORRALES and MARCELLA CORRALES.

/electronic signature/
UNITED STATES DISTRICT JUDGE