IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias, Rio Cebolla Canjilon Creek |
| RAMON ARAGON, *et al.*, | |
| Defendants. | Subfile No. CHCB-001-0001 |

**MOTION TO SET ASIDE ENTRY OF DEFAULT
AND FOR SUBSTITUTION OF PARTIES**

COMES NOW the plaintiff, State of New Mexico, *ex rel*., State Engineer, by and through his attorneys, and moves the Court to set aside the clerk's entry of default filed January 25, 2002 (Docket No. 6515) for defendant JOSE I. MAES ESTATE, Subfile No. CHCB-001-0001, and for substitution of parties pursuant to Rule 25(a)(1). As grounds therefor plaintiff states:

1. The Clerk's Certificate of Default (6063) with respect to Defendant Jose I. Maes Estate, Subfile No. CHCB-001-0001, was entered and filed with the Court on January 16, 2002 (Docket No. 6489).

2. The Successor Administrator of the Estate of Jose I. Maes, Nelda J. Archuleta, has contacted the plaintiff and provided plaintiff with copies of recently executed deeds and surveys that distribute the land in Cebolla under Subfile No. CHCB-001-0001 to the various heirs of Jose I. Maes.

3. Land mapped under Subfile No. CHCB-001-0001 has been distributed to the heirs of Jose I. Maes as follows:

<u>Sara's Tract:</u>
SARA MAES BENEVIDES
1623 Saunders SW, Albuquerque, NM 87105

<u>Margie's Tract:</u>
MARGARITA MAES RYSDYNSKI
10512 Sea Palm Ave., Las Vegas, NV 89134

<u>Nelda's Tract:</u>
NELDA J. ARCHULETA
Rt. 1 Box 15, Terrace Farm Rd., Espanola, NM 87532

<u>Gilbert's Tract:</u>
GILBERT L. MAES
c/o Jose & Jesus Maes, Box 179, Lumberton, NM 87547

<u>Lydia's Tract:</u>
LYDIA MAES GARCIA
3952 W. 8620 So., West Jordan, UT 84088

<u>Sonny's Tract:</u>
PETRA J. MAES
LORIE MARTINEZ
JOSHUA MAES
AZELIA MAES
EMANUEL MAES
CELESTE MAES
2363 Botulph Road, Santa Fe, NM 87505

3.   Good cause exists to set aside the default entered for defendant Jose I. Maes Estate in order to individually adjudicate the water rights associated with the estate to the above named heirs.

4.   Certain heirs of the Estate of Jose I. Maes received land in the division of the estate that was not mapped or included in the land described in Subfile No. CHCB-001-0001, and there is no reason to join these heirs to this proceeding. These heirs are Loretta Maes Carlton (Loretta's Tract), Nancy Maes Atencio (Nancy's Tract), and Joseph Maes (Joseph's Tract). The land received

by these heirs is outside the boundaries of the land described in Subfile No. CHCB-001-0001 as shown by the Rio Cebolla Hydrographic Survey (August 11, 2000), and the deeds and survey documents provided to plaintiff by Nelda J. Archuleta, the Successor Administrator of the Estate of Jose I. Maes.

WHEREFORE, the plaintiff State of New Mexico requests the Court to set aside the entry of default for defendant JOSE I MAES ESTATE, filed January 16, 2002 (Docket No. 6489), and to substitute as party defendants for Jose I. Maes Estate the following persons: SARA MAES BENEVIDES, MARGARITA MAES RYSDYNSKI, NELDA J. ARCHULETA, GILBERT L. MAES, LYDIA MAES GARCIA, PETRA J. MAES, LORIE MARTINEZ, JOSHUA MAES, AZELIA MAES, EMANUEL MAES, and CELESTE MAES.

Respectfully submitted,

　/s/ Ed Newville　
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Set Aside Entry of Default and for Substitution of Parties mailed to the following persons on February     15th    , 2002.

　/s/ Ed Newville　
Edward G. Newville

Special Master Vickie L. Gabin

3

USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. 1229
Santa Cruz, NM 87567

Sara Maes Benevides
1623 Saunders SW
Albuquerque, NM 87105

Margarita Maes Rysdynski

10512 Sea Palm Ave.
Las Vegas, NV 89134

Nelda J. Archuleta
Rt. 1 Box 15, Terrace Farm Rd.
Espanola, NM 87532

Gilbert L. Maes
c/o Jose & Jesus Maes
Box 179
Lumberton, NM 87547

Lydia Maes Garcia
3952 W. 8620 So.
West Jordan, UT 84088

Petra J. Maes
Lorie Martinez
Joshua Maes
Azelia Maes
Emanuel Maes
Celeste Maes
2363 Botulph Road
Santa Fe, NM 87505