# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla |
| **RAMON ARAGON,** *et al.*, | Canjilon Creek |
| Defendants. | Subfile No. CHCB-001-0001 |

## ORDER GRANTING NEW MEXICO'S MOTION
## TO SET ASIDE ENTRY OF DEFAULT
## AND FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on New Mexico's Motion to Set Aside Entry of Default and for Substitution of Parties filed February 15, 2002 (Docket No. 6533). Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

The entry of default for defendant JOSE I MAES ESTATE, filed January 16, 2002 (Docket No. 6489) is hereby set aside, and the following persons: SARA MAES BENEVIDES, MARGARITA MAES RYSDYNSKI, NELDA J. ARCHULETA, GILBERT L. MAES, LYDIA MAES GARCIA, PETRA J. MAES, LORIE MARTINEZ, JOSHUA MAES, AZELIA MAES, EMANUEL MAES, and CELESTE MAES, are substituted as party defendants in this proceeding for JOSE I. MAES ESTATE, Subfile No. CHCB-001-0001.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　／electronic signature／
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE