IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron/Plaza Blanca, Cañones Creek, Village of Chama |
| **Defendants.** | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Rito de Tierra Amarilla</u>

    Juan I Martinez         CHTA-004-0027
    Jose Silviano Atencio    CHTA-003-0008
    Howell Corporation     CHTA-003-0027
    Manuel D. Sena         CHTA-001-0001

Dated: February 18, 2002

Respectfully submitted,

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

**CERTIFICATE OF SERVICE**

     I certify that the foregoing Notice of Dismissal was mailed to the following persons on February    18th    2002.

                                        /s/ Ed Newville
                                        Edward G. Newville

RIO CHAMA SECTION 7
DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229

Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501