IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rito de Tierra Amarilla, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rito de Tierra Amarilla, Section 7 of the Rio Chama Stream System named below:

| **DEFENDANT NAME** | **SUBFILE No.** |
| --- | --- |
| ABEYTA, ANTONIO LUIS | CHTA-004-0029 |
| ATENCIO, VIOLA M. | CHTA-003-0008 |
| CASADOS SR. & SONS, PRTN., TONY | CHTA-004-0038 |
| | CHTA-003-0050 |
| CASIAS, MARIA | CHTA-003-0003 |
| CHAMA VALLEY INDPNDNT. SCHOOLS, | CHTA-004-0022 |
| | CHTA-003-0012 |
| COLOMEX OIL AND GAS CO., INC., | CHTA-004-0018 |
| COX, CECIL L. | CHTA-004-0030 |
| ESPINOZA FAMILY TRUST, | CHTA-003-0033 |
| ESPINOZA, HARRY | CHTA-003-0032 |
| ESPINOZA, OLIVIA | CHTA-003-0032 |
| ETURRIAGA, JUANTIA M. | CHTA-003-0004 |

6537

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| FLORES, AMADA R. | CHTA-003-0046 |
| GARCIA, ANGIE | CHTA-004-0008 |
| GARCIA, TITO | CHTA-004-0008 |
| LABRIER, ASCENCION | CHTA-002-0002 |
| LOVATO, ROBERTO | CHTA-003-0007 |
| LUCERO, REYNEL O. | CHTA-004-0004 |
| MANZANARES, ISIDORO | CHTA-005-0005 |
| MANZANARES, MARIANO S. | CHTA-005-0002 |
| MANZANARES, MARY L. | CHTA-005-0002 |
| MANZANARES, RUBEN | CHTA-005-0002 |
| MARTINEZ, LIONEL E. JR. | CHTA-003-0043 |
|  | CHTA-004-0037 |
| MARTINEZ, PABLO | CHTA-004-0015 |
| MARTINEZ, VIRGINIA | CHTA-003-0007 |
| MOORE, HELEN | CHTA-004-0003 |
| ROMERO, BERTHINA | CHTA-003-0022 |
| ROMERO, DOLORES | CHTA-004-0001 |
| ROMERO, JUAN A. | CHTA-004-0001 |
| ROMERO, ROSE M. | CHTA-003-0018 |
| SALAZAR, AGRIPINA G. | CHTA-003-0016 |
|  | CHTA-001-0002 |
| SALAZAR, ERNESTO | CHTA-003-0039 |
|  | CHTA-004-0024 |
|  | CHTA-003-0039A |
| SALAZAR, ESTHER H. | CHTA-003-0039A |
|  | CHTA-004-0024 |
|  | CHTA-003-0039 |
| SALAZAR, VICTOR SR. | CHTA-001-0002 |
|  | CHTA-003-0016 |
| SAMS, JAMIE | CHTA-005-0004 |
| SANCHEZ, RAMON E. | CHTA-004-0014 |
| SCHLEGEL, ELLIS GORDON | CHTA-002-0001 |
| SENA, FRANK C. | CHTA-001-0001 |
| SENA, JOHN M. | CHTA-001-0001 |

| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| TRACHTMAN, PAUL | CHTA-003-0048 |
|  | CHTA-004-0031 |
| TRATHNIGG, HEIMO | CHTA-003-0026 |
| TRUJILLO, BENJAMIN R. | CHTA-003-0049 |
|  | CHTA-004-0025 |
| TRUJILLO, LUCILLE A. | CHTA-003-0023 |
| TRUJILLO, MIGUEL | CHTA-005-0001 |
| ULIBARRI, AMABEL | CHTA-004-0012 |
| ULIBARRI, CARLOS | CHTA-003-0025 |
| ULIBARRI, CELIA S. | CHTA-003-0020 |
|  | CHTA-004-0039 |
| ULIBARRI, DEBORAH | CHTA-004-0021 |
| ULIBARRI, DOMIE | CHTA-004-0020 |
| ULIBARRI, EDNA | CHTA-003-0025 |
| ULIBARRI, ERNESTO L. JR. | CHTA-004-0039 |
|  | CHTA-003-0020 |
| ULIBARRI, FELIBERTO | CHTA-004-0020 |
| ULIBARRI, HEIRS OF SABINIANO | CHTA-004-0005 |
| ULIBARRI, HENRY | CHTA-004-0011 |
| ULIBARRI, TEODORO D. | CHTA-004-0021 |
| VALDEZ, ELISEO M. | CHTA-003-0044 |
|  | CHTA-004-0016 |
| VALDEZ, JOSEPHINE | CHTA-004-0016 |
|  | CHTA-003-0044 |
| VALDEZ, OLIVIA | CHTA-003-0030 |
| VIGIL, EVA R. | CHTA-004-0033 |

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Filing of Waivers of Service was mailed to the following persons on February __19__, 2002.

*EGN*

Edward G. Newville

RIO CHAMA SECTION 7
DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945

Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501