IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer**<br><br>Plaintiff,<br><br>v.<br><br>**RAMON ARAGON,** *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla<br>& Canjilon Creek |

## ORDER CORRECTING DEFENDANT'S NAMES

This is before the Court upon State of New Mexico's February 19, 2002, (Docket No. _____ _____) motion to correct defendant's names. The Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be and hereby are corrected as follows:

| | | | |
|---|---|---|---|
| from Gilbert Chacon Trust | to | Gilbert Chacon, Trustee | CHCB-002-0009 |
| from Sara Maes Benevides | to | Sara Maes Benavidez | CHCB-001-0001A |
| Presbyterian Church | to | Presbyterian Church (U.S.A.) Ghost Ranch at Abiquiu | CHCJ-007-0001 |

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER