IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron/Plaza Blanca, Cañones Creek, Village of Chama |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

**ORDER GRANTING NEW MEXICO'S MOTION TO JOIN
ADDITIONAL PARTIES DEFENDANT**

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties Defendant filed on February 19, 2002 (Docket No. _____).

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's February 19, 2002, Motion to Join Additional Parties Defendant are joined as parties defendant to this action.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER