IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer**     Plaintiff,     v.  **RAMON ARAGON,** *et al.*,     Defendants. | 69cv07941 JEC-ACE  RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron/Plaza Blanca, Cañones Creek, Village of Chama |

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties Defendant filed on February 19, 2002 (Docket No. _____).

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's February 19, 2002, Motion to Join Additional Parties Defendant are joined as parties defendant to this action.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER