IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | FILED<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br><br>02 FEB 20 PM 2:41<br><br>69cv07941 JEC-ACE<br>CLERK-SANTA FE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile No. CHGA-02-0047 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, ALICE JACQUEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0047 that I signed and approved on _____

__1/29/02__ represents the resolution of all claims to water rights in connection
(date)

with the Answer (6157) filed with the Court on February 6, 2001.

_____
ALICE JACQUEZ

__1/29/02__
date