IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

02 FEB 20 PM 2:41

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Nutrias, Section 3

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW __JUSTINIANO VALDEZ__ (please print your full name)
JUSTIANO VALDEZ

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHNU-002-0008 | ✓ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
__CHNU-002-0008_____ because
__THE 11.1 ACRES ON THE NORTH PART ARE NOT THE__
__PRIORITY BECAUSE THEY ARE USED MAINLY FOR GRAZING AND__

RECEIVED
FEB 19 2002
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

THESE PAST YEARS WATER HAS NOT BEEN ABUNDANT. THE PLACE WAS NOT IRRIGATED TOTALLY IN PAST YEARS BECAUSE THE PRIORITY WAS TO HARVEST HAY BECAUSE OF SHORTAGE OF WATER THE NORTH WAS NOT IRRIGATED VERY MUCH. DITCHES WERE LEFT IN DISREPAIR FOR THE SAME REASON — WHEN THERE IS WATER WE DO TRY TO IRRIGATE THE NORTH PART — DITCHES HAVE TO BE REPAIRED TO BE ABLE TO GET WATER TO HELP THE FORAGE GROW WHICH WILL HAPPEN WHEN WE GET ENOUGH WATER — WATER FLOWS FOR MAYBE A MONTH THESE PAST FEW YEARS

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by TRYING TO REPAIR THE DITCHES, HEADGATE AND TILLING THE LAND AND TRYING TO KEEP IT READY FOR WHEN WE DO GET ENOUGH WATER FOR IRRIGATION. AND BY SHOWING FIELD SURVEYORS PART OF THE NORTH PARCEL (11.1 ACRES) WHILE THEY WERE BEING IRRIGATED

THE OWNERSHIP FOR THE PROPERTY IS THE NORTH HALF BELONGS TO JOE VALDEZ and THE SOUTH HALF IS JUSTIANO VALDEZ — ½ DIVISION

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Answer to Complaint          2          JUSTIANO VALDEZ

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 15 FEB 02

_Justiniano Maly_
(Signature - JUSTIANO VALDEZ)

P.O. Box 41
Tierra Amarilla, N. Mex 87575

(Address: Print Clearly)

505-588-7607
(Phone Number: Print Clearly)

**IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by December 28, 2001. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by December 28, 2001. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.**

Answer to Complaint           3                         JUSTIANO VALDEZ