IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 FEB 20 PM 3:39

[signature]

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | 69cv07941 JEC-ACE  SANTA FE |
| Plaintiff, | |
| v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| RAMON ARAGON, *et al.*, | |
| Defendants. | Subfile: CHGA-02-0049 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, MANUEL S. ARELLANO and MARIA C. ARELLANO by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0049 which we signed and approved on __02-08-02__ represents the resolution of all claims to water rights under the Statement of Water Rights Claim (6002) filed with the Court on November 8, 2000.

_____
MANUEL S. ARELLANO

__02/08/02__
date

_____
MARIA C. ARELLANO

__2-8-02__
date

6549