IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

02 FEB 20 PM 3: 39

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-03-0002

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, WILLIE CHAVEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0002 which I signed and approved on _02/08/02_ represents the resolution of all claims to water rights under the Answer (6316) filed with the Court on February 2, 2001, and the Statement of Water Rights Claim (5967) filed with the Court on October 2, 2000.

_Willie Chavez_
WILLIE CHAVEZ

_02-08-02_
date