IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

02 FEB 21 PM 2:45

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## MOTION TO SET ASIDE ENTRY OF DEFAULT

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys and moves the Court to set aside the clerk's entry of default for the following defendants:

| | |
|---|---|
| Felix Valdez | CHCB-002-0004 |
| Guillermo J. Cova | CHCB-002-0008 |
| Edna Q. Cova | CHCB-002-0008 |
| Gilbert Chacon Trust | CHCB-002-0009 |
| Felipe B. Rivera | CHCB-003-0007 |
| Flora Rivera | CHCB-003-0007 |

As grounds therefor plaintiff states:

1. The Clerk's Certificate of Default (Docket No. 6489) with respect to the above named defendants was entered on January 16, 2002. Notice of the entry of default was mailed to defendants on January 25, 2002. Since the mailing of the notice of default, the above named defendants have contacted plaintiff, and they have either signed a consent order that would adjudicate their water

rights by agreement, indicated the intention to sign such an order, or plaintiff has been informed of ownership issues that must be resolved prior to the adjudication of water rights in these subfiles.

WHEREFORE, the plaintiff State of New Mexico requests the Court to set aside the entry of default of the above named defendants.

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150


## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Set Aside Entry of Default was mailed to the following persons on February 21, 2002.

Edward G. Newville


Gilbert Chacon Trust
320 Frontier Street
Bloomfield, NM 87413

Felix Valdez
1492 Calle Cielo Vista
Bernalillo, NM 87004

Guillermo Cova
Edna Q. Cova
2908 Indian Farm Lane NW
Albuquerque, NM 87107

Felipe B. Rivera

2

Flora Rivera
P.O. Box 322
Espanola, NM 87532

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567