IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

Ramon Aragon, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer ("State"), by and through his attorneys, and respectfully requests the Court to join as additional parties defendant the persons named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.    The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2.    The persons listed in Exhibit A are in Section 3 of the Rio Chama Basin, and may be diverting and using water associated with the subfile numbers listed, or may otherwise by using water

associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 3 of the Rio Chama Basin.

DATED February 21, 2002

Respectfully submitted,

*Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Join Additional Parties Defendant was mailed to the following persons on February 22, 2002.

*Ed Newville*
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

2

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

# EXHIBIT A

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Juanita Salazar | CHCJ-004-0036B | P.O. Box 435, Canjilon, NM 87515 |
| Sabino Salazar | CHCJ-004-0036B | P.O. Box 435, Canjilon, NM 87515 |
| Ben Torrez | CHCJ-002-0042 | P.O. Box 901, Canjilon, NM 87515 |
| Isabel Torrez | CHCJ-002-0042 | P.O. Box 901, Canjilon, NM 87515 |
| Raymond G. Jaramillo | CHCJ-003-0031 | 176 Mountain View, Monument, CO 80132 |
| Renea P. Gonzales | CHCJ-003-0029 | 9724 Indian School NE<br>Albuquerque, NM 87112 |