## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 FEB 22 PM 2: 16

69cv07941 JEC-ACE

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*<br>State Engineer | |
| Plaintiff, | **RIO CHAMA STREAM SYSTEM**<br>Section 3: Rio Nutrias, Rio Cebolla<br>& Canjilon Creek |
| v. | |
| Ramon Aragon, *et al.*, | |
| Defendants. | |

### MOTION TO CORRECT DEFENDANT'S NAME

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his

attorneys, and moves the Court to issue its order correcting the name of the defendant identified below

in the above-styled and captioned cause to read as follows:

from Jose Lorenzo Martinez  to      Jose Lorenzo Martinez, Jr.    CHCJ-002-0048, 003-0057

DATED February **2 1** , 2002

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

6553

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Correct Defendant's Name was mailed to the following persons on February **22**, 2002.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

2

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567