IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

F I L E D
at Santa Fe NM

FEB 2 6 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Cebolla, Section 3

**Subfile No.: CHCB-001-0006**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**ELMER H. SALAZAR**
**SUSIE SALAZAR**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

FEB 0 6 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6-5 72

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Cebolla, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tribut Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:** ACEQUIA DEL PINAVETAL

   **Location X:** 1,587,026  feet  **Y:** 2,028,083  feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:
   Section 13, Township 27N, Range 04E, N.M.P.M.

   Pt. SE¼                                    12.0  acres

                                    Total     12.0  acres

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0006.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** 0636, 2738

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tribut Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

   **Ditch Name:** ACEQUIA DEL PINAVETAL

   **Location X:** 1,587,026  feet  **Y:** 2,028,083  feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

<u>Section 13, Township 27N, Range 04E, N.M.P.M.</u>

| | | | |
|---|---|---|---|
| Pt. SE¼ | | 12.1 | acres |
| | Total | 12.1 | acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0006.

**Amount of Water:** NONE

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

Consent Order                                3                    Subfile No.: CHCB-001-0006

The Court enters this Consent Order as a final judgment as to the elements of
Defendant's waters rights set forth herein, subject to the right of other claimants to file
objections to individual adjudication orders, and to the entry of the final decree in this
proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____  ACCEPTED: _____
          SUSIE SALAZAR                        ELMER H. SALAZAR

ADDRESS: _P.O.Box 1171_              ADDRESS: _P.O. Box 1171_
         _Los Alamos, NM_                     _Los Alamos, NM_
         _87544_                              _87544_

DATE: _Jan. 28, 2002_                DATE: _1/28/02_

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

_2.6-02_
Date

Consent Order                    4            Subfile No.: CHCB-001-0006



Acequia Del Pinavetal

001-0006
B 11.4 ac.

001-0006
B 0.2 ac.

001-0006
B 0.5 ac.

001-0006
A 12.0 ac.

Sanchez Ditch

Seeped

Seeped

Legend

Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Pond / Reservoir
Point of Diversion
No Right

Scale
1 inch = 500 feet

100   0   100 200 300 400 500 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO CEBOLLA SECTION

Subfile Number
CHCB-001-0006
Acequia Del Pinavetal
Amended Jan. 11, 2002