**FILED**
at Santa Fe, NM

FEB 2 6 2002

Robert M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Nutrias, Section 3

**Subfile No.: CHNU-002-0007**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### LUCIA A. MONTOYA
### ROBERT J. MONTOYA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement
concerning certain elements of Defendant's right to divert and use the public waters of
the Rio Chama Stream System, Rio Nutrias, Section 3, and by their signatures
appearing below, the State and the Defendant(s) have approved and accepted the
elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the element
of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

FEB 1 4 2002


OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

         Stream System, Rio Nutrias, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a tributary River.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  Vega

    **Location X:**  1,572,542  feet  **Y:**  2,036,202  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 11, Township 27N, Range 04E, N.M.P.M.

|  |  |
|---|---|
|  | 18.1  acres |
| Total | 18.1  acres |

    As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-002-0007.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Nutrias,

         Section 3, other than those set forth in this order and those other orders entered by this

         Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be

enjoined from any use of the surface waters of the Rio Chama Stream System,

Rio Nutrias, Section 3, except in strict accordance with the water rights described

herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Nutrias, Section 3,  are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System,

Rio Nutrias, Section 3, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_John Edward Conway_
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

Consent Order                           3                    Subfile No.: CHNU-002-0007

ACCEPTED: _Lucia A Montoya_          ACCEPTED: _Robert J Montoya_
LUCIA A. MONTOYA                                        ROBERT J. MONTOYA

ADDRESS: _307 Siringo Rd_            ADDRESS: _3007 Siringo Rd_
_Santa Fe, NM._
_87508_                                                  _87507_

DATE: _2-14-02_                      DATE: _2-14-2002_


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_2-14-02_
Date

Consent Order                             4                     Subfile No.: CHNU-002-0007



**Legend**

— Irrigated Tract Boundary
— No Right Tract Boundary
— Operable Ditch
‐‐ Inoperable Ditch
▼ Stock Pond / Reservoir
● Point of Diversion

(NR) No Right

Scale 1" =400'

200  100  0  200  400
Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO NUTRIAS SECTION

Subfile CHNU-002-0007
Vega & Ben Valdez Ditches
Amended July 23, 2001

R4E
10, 11
T27N
3   2   T27N
R4E

0020007
A 18.1 ac.

Ben Valdez Ditch

Vega Ditch