IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe NM

FEB 2 6 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Nutrias, Section 3

**Subfile No.: CHNU-001-0004**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### LUCIA A. MONTOYA
### ROBERT J. MONTOYA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rio Nutrias, Section 3, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the

    elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

Subfile No.: CHNU-001-0004

6575

4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama
     Stream System, Rio Nutrias, Section 3, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  02753, 03135

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a tributary
River.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch Name:**  Tafoya/Esquibel

**Location X:**  1,575,841  feet  **Y:**  2,035,698  feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 01, Township 27N, Range 04E, N.M.P.M.

Pt. SW¼                                              0.2  acres

Section 02, Township 27N, Range 04E, N.M.P.M.

Pt. SE¼                                              7.6  acres

                                        Total       7.8 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-001-0004.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Nutrias,
     Section 3, other than those set forth in this order and those other orders entered by this
     Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Nutrias, Section 3,  are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                              3                    Subfile No.: CHNU-001-0004

ACCEPTED: _Lucia A Montoya_

LUCIA A. MONTOYA

ADDRESS: _3004 Siringo Rd_

_87509_

DATE: _2-14-02_

ACCEPTED: _Robert J Montoya_

ROBERT J. MONTOYA

ADDRESS: _3007 Siringo Rd_

_Santa Fe, N.M._

_87507_

DATE: _2-14-2002_

_Ed Newville_

EDWARD G. NEWVILLE

Special Assistant Attorney General

_2-14-02_

Date

Consent Order                    4                    Subfile No.: CHNU-001-0004



South Boundary of
the Tierra Amarilla Grant

County Road
317

Tafoya/Esquibel Ditch

Legend
Irrigated Tract Boundary
No Right Tract Boundary
Contrable Ditch
Impermable Ditch
Stock Pond / Reservoir
State of Diversion
Natve
No Right

Scale 1" = 300'

100   0   100   200   300 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO NUTRIAS SECTION

Subfile
CHNU-001-0004
Tafoya/Esquibel Ditch
AMENDED Nov. 27, 2001