IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

FEB 2 6 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Nutrias, Section 3

**Subfile No.: CHNU-001-0003**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    **LUCIA A. MONTOYA**
    **ROBERT J. MONTOYA**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Nutrias, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

FEB 1 4 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Nutrias, Section 3, is set forth below:

### A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   01975 A & B
**Priority:** Reserved for future determination by court order entered July 25, 2000.
**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.
**Purpose of Use:** IRRIGATION
**Point of Diversion:**
    **Ditch Name:** Acequia Perfecto Esquibel
    **Location X:** 1,587,164 feet   **Y:** 2,043,785 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 01, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SW¼ | 1.2 acres |

Section 02, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ and and Pt. of Lot 1 | 3.7 acres |
| Pt. SE¼ and and Pt. Lot 1 | 4.8 acres |
| Pt. SE¼ and and Pt. of Lot 1 | 1.6 acres |
| Total | 11.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-001-0003.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE
**Priority:** Reserved for future determination by court order entered July 25, 2000.
**Source of Water:** Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a tributary River.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:** Tafoya/Esquibel
    **Location X:** 1,575,841 feet  **Y:** 2,035,698 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    <u>Section 02, Township 27N, Range 04E, N.M.P.M.</u>

                                                            0.6 acres

    <u>Section 11, Township 27N, Range 04E, N.M.P.M.</u>

                                                            1.6 acres

                                        Total    2.2 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-001-0003.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Nutrias, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Nutrias, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

ACCEPTED: _Lucia A. Montoya_
LUCIA A. MONTOYA

ADDRESS: 3007 Siringo Rd
Santa Fe NM
87507

DATE:

ACCEPTED: _Robert J. Montoya_
ROBERT J. MONTOYA

ADDRESS: 3002 Siringo Rd
Santa Fe, N.M.
87507

DATE: 02-14-2002

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

   2.14.02
_____
Date

Map labels:
- Rio Nutrias
- South Boundary of the Tierra Amarilla Grant
- Acequia Perfecto Esquibel
- Tafoya/Esquibel Ditch
- 0010003 A 1.6 ac.
- 0010003 A 0.3 ac.
- 0010003 A 4.8 ac.
- 0010003 A 0.6 ac.
- 0010003 A 3.7 ac.
- 0010003 A 0.3 ac.
- 0010003 B 0.3 ac.
- 0010003 B 0.3 ac.
- 0010003 B 0.5 ac.
- 0010003 B 1.1 ac.
- T27N R4E sections 2 | 1 | 11 | 12

**Legend**
- Irrigated Tract Boundary
- No Right Tract Boundary
- Operable Ditch
- Inoperable Ditch
- Stock Pond / Reservoir
- Point of Diversion

Scale 1"=400'
0 50 100 200 300 400 Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
**RIO NUTRIAS SECTION**

Subfile CHNU-001-0003
**Acequia Perfecto Esquibel & Tafoya/Esquibel Ditch**
Amended July 27, 2001