IN THE UNITED STATES DISTRICT COURT FOR
FOR THE STATE OF NEW MEXIO

**STATE OF NEW MEXICO, ex rel.**
State Engineer,

        Plaintiff

Vs.

**RAMON ARAGON, et al.,**

        Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

## MOTION TO WITHDRAW

**COMES NOW**, Monastery of Christ in the Desert by and through their counsel, Annie Laurie Coogan and in support of their Motion to Withdraw states as follows:

1. That all issues involving these parties have been resolved.
2. That the water rights have been adjudicated and the priority date determined.

**WHEREFORE** Monastery of Christ in the Desert requests it be dismissed from any further litigation.

Respectfully submitted;

Annie Laurie Coogan
Attorney for the Monastery
1520 Paseo de Peralta
Santa Fe, New Mexico 87501
(505) 820-7139

Motion to Withdraw
- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw was mailed to the following persons on the ___13th___ day of February 2002.

Annie Laurie Coogan

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, New Mexico 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Mary E. Humphrey, Esquire
P.O. Box 1574
El Prado, NM 87529-1574

John W. Utton, Esquire
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esquire
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esquire
Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

John E. Farrow, Esquire
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esquire
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esquire
P.O. Box 25944
Albuquerque, NM 87125

Darcy S. Bushnell, Esquire
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Albuquerque, NM 87102-2272

Bradley S. Bridgewater, Esquire
David W. Gehlert, Esquire
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Randy E. Lovato, Esquire
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven Bunch, Esquire
NM State Hwy. & Trans. Dept
P.O. Box 1149
Santa Fe, NM 87504

Benjamin Phillips, Esquire
John F. McCarthy, Esquire
Paul L. Bloom, Esquire
P.O. Box 787
Santa Fe, NM 87504

Peter B. Shoenfeld, Esquire
P.O. Box 2421
Santa Fe, NM 87504

Lester K. Taylor, Esquire
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

Mary Ann Joca, Esquire
U.S. Forest Service
U.S. Dept. of Agriculture
517 Gold Ave.
SW Rm 4001
Albuquerque, NM 87102

Mott Wooley, Esquire
112 W. San SranciscoSt
Suite 312 D
Santa Fe, New Mexico 87501

Jeffrey L. Fornaciari, Esquire
P.O. Box 2068
Santa Fe, NM 87504