# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,                                               69cv07941 JEC-ACE

      v.

ROMAN ARAGON, *et al.*,                                 RIO CHAMA ADJUDICATION

      Defendants.

## ORDER

THIS MATTER is before the Court on the Monastery of Christ in the Desert's February 26, 2002 motion (Docket No. 6577) by and through its attorney, Annie Laurie Coogan to withdraw from the above captioned case.

      IT IS SO ORDERED.

                                                                     /electronic signature/
                                                     JOHN EDWARDS CONWAY
                                         UNITED STATES DISTRICT JUDGE