IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| **Plaintiff,** | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| **RAMON ARAGON,** *et al.*, | |
| **Defendants.** | Subfile Nos. CHCB-002-0004 CHCB-002-0008 CHCB-002-0009 CHCB-003-0007 |

**ORDER GRANTING NEW MEXICO'S MOTION
TO SET ASIDE ENTRY OF DEFAULT**

THIS MATTER is before the Court on New Mexico's Motion to Set Aside Entry of Default filed February 21, 2002 (Docket No. 6551). Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS HEREBY ORDERED THAT the Clerk's January 16, 2002 entry of default (Docket No. 6489) of defendants FELIX VALDEZ (Subfile No. CHCB-002-0004), GUILLERMO J. COVA and EDNA Q. COVA (Subfile No. CHCB-002-0008), GILBERT CHACON TRUST (Subfile No. CHCB-002-0009), FELIPE B. RIVERA and FLORA RIVERA (Subfile No. CHCB-003-0007) is hereby set aside.

    /electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE