IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel*. **State Engineer** | |
| **Plaintiff,** | **69cv07941 JEC-ACE** |
| **v.** | **RIO CHAMA STREAM SYSTEM** |
| **Ramon Aragon,** *et al*., | **Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek** |
| **Defendants.** | |

## ORDER CORRECTING DEFENDANT'S NAME

This matter is before the Court upon the motion (Docket No. 6553) filed on February 22, 2002 by State of New Mexico, *ex rel*. State Engineer, for the correction of the name of the defendant identified below in this cause. The Court, being fully advised, finds the motion to correct the defendant's name is well taken and should be granted.

It is therefore ordered that the name of the defendant associated with the listed subfiles is set forth as follows:

from Jose Lorenzo Martinez   to   Jose Lorenzo Martinez, Jr.   CHCJ-002-0048, 003-0057

/electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE