# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    **v.**

**Ramon Aragon,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE

**RIO CHAMA STREAM SYSTEM**
**Section 3: Rio Nutrias, Rio Cebolla**
**& Canjilon Creek**

## ORDER TO JOIN ADDITIONAL PARTIES DEFENDANT

This matter is before the Court upon the State of New Mexico's February 22, 2002 motion (6552) for an order to join additional parties defendant in this cause, including Juanita Salazar, CHCJ-004-0036B *et al.*. The Court, being fully advised, finds the motion is well taken and should be granted.

It is therefore ordered that the persons listed on Exhibit A of the State's February 22, 2002 Motion to Join Additional Parties Defendant are joined as parties defendant to this action.

                                                    /electronic signature/
                                                  JOHN EDWARDS CONWAY
                                                  UNITED STATES DISTRICT JUDGE