IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,                                                              69cv07941 JEC-ACE

      v.

ROMAN ARAGON, *et al.,*                            RIO CHAMA ADJUDICATION

      Defendants.

**ORDER**

On February 26, 2002, the Monastery of Christ in the Desert's filed a motion (Docket No. 6577) by and through its attorney, Annie Laurie Coogan to withdraw the Monastery from the above captioned case. On February 27, 2002, the Court entered an order (Docket No. 6578) allowing the attorney to withdraw from the case. This entry was made in error and should be withdrawn.

The Motion recites that (1) "all issues between these parties have been resolved" and (2) "the water rights have been adjudicated and the priority determined". These reasons are insufficient to justify allowing a party to withdraw from a water adjudication.

.

THEREFORE IT IS HEREBY ORDERED that:

(1) the Order entered on February 28, 2002, Docket No. 6578, is withdrawn;

(2) the Motion filed on February 27, 2002, Docket No. 6577, is denied;

(3) the Monastery of Christ in the Desert remains a defendant in this case;

(4) Laurie Annie Coogan, remains the attorney for the Monastery in this case.

                                                    /electronic signature/
                                              JOHN EDWARDS CONWAY
                                        UNITED STATES DISTRICT JUDGE