# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

       Plaintiff,

       v.

RAMON ARAGON, *et al.*,

       Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM

Section 3:  Rio Nutrias, Rio Cebolla &
Canjillon Creek

Subfile Nos:  CHNU-001-0003,
CHNU-001-0004, CHNU-002-0002,
CHNU-002-0007, CHCB-001-0006,
CHCB-002-0002A, CHCB-002-0008,
CHCB-003-0021, CHCB-007-0003,
CHCB-007-0004, CHCJ-002-0021,
CHCJ-003-0084, CHCJ-004-0002,
CHCJ-004-0005, CHCJ-005-0003

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 8th day of March, 2002:

Subfile No. CHNU-001-0003
Docket No. 6576
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87507

Subfile No. CHNU-002-0002
Docket No. 6574
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87507

Subfile No. CHNU-001-0004
Docket No. 6575
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87507

Subfile No. CHNU-002-0007
Docket No. 6573
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87507

6590

Subfile No. CHCB-001-0006
Docket No. 6572
Elmer H. Salazar
Susie Salazar
P.O. Box 1171
Los Alamos, NM 87544

Subfile No. CHCB-002-0002A
Docket No. 6571
Delfin O. & Frances S.
   Quintana Trust
c/o Delfin Quintana
P.O. Box 156
Cebolla, NM 87518

Subfile No. CHCB-002-0008
Docket No. 6570
Edna Q. Cova
Guillermo J. Cova
2908 Indian Farm Lane, N.W.
Albuquerque, NM 87107

Subfile No. CHCB-003-0021
Docket No. 6569
Charles K. Walker
Lillian M. Walker
4512 Harper Ferry
Albuquerque, NM 87120

Subfile No. CHCB-007-0003
Docket No. 6568
Gustavo Martinez
Rosina O. Martinez
P.O. Box 206
Cebolla, NM 87518

Subfile No. CHCB-007-0004
Docket No. 6567
Mary Jo Martinez
1620 Paseo de la Conquistadora
Santa Fe, NM 87501

Subfile No. CHCJ-002-0021
Docket No. 6566
Paul R. Baca
P.O. Box 477
Canjilon, NM 87515

Subfile No. CHCJ-003-0084
Docket No. 6565
Joseph G. Medina
127 Alamo Drive
Santa Fe, NM 87501

Subfile No. CHCJ-004-0002
Docket No. 6564
Cipriano Maez
Pauline Maez
P.O. Box 493
Canjilon, NM 87515

Subfile No. CHCJ-004-0005
Docket No. 6563
Lawrence Vigil
P.O. Box 1193
Espanola, NM 87532

Subfile No. CHCJ-005-0003
Docket No. 6562
Grace G. Baker
James M. Baker
P.O. Box 3362
Fairview, NM 87533

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed
to the following on the same date:

2

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 8th day of March, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  8756

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887

3