# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

02 MAR -8 AM 9: 18

**STATE OF NEW MEXICO,** *ex rel.,*
**State Engineer,**

**Plaintiff,**

v.

**RAMON ARAGON,** *et al.,*

**Defendants.**

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM
Tierra Amarilla Section 7

Subfile Nos.  CHTA-003-0004
CHTA-003-0007
CHTA-003-0046
CHTA-004-0018

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 8th day of March, 2002:

Subfile No. CHTA-003-0004
Docket No. 6587
Juanita M. Eturriaga
P.O. Box 296
Tierra Amarilla, NM  87575

Subfile No. CHTA-003-0007
Docket No. 6557
Virginia Martinez
P.O. Box 1517
Espanola, NM  87532

Subfile No. CHTA-003-0007
Docket No. 6557
Roberto Lovato
1628 Princeton, S.E.
Albuquerque, NM  87106

Subfile No. CHTA-003-0046
Docket No. 6556
Amada R. Flores
P.O. Box 564
Canjilon, NM  87515

Subfile No. CHTA-004-0018
Docket No. 6555
Colomex Oil & Gas Co., Inc.
P.O. Box 1147
Taos, NM  87571

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-027

A copy of this Certificate of Service was mailed to the following on the 8th day of March, 2002:

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
500 Marquette, NW, Ste. 1050
Albuquerque, NM 87102

Susan G. Gordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

2

Respectfully Submitted,

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887