IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 02 MAR -8 AM 9: 17<br>69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile Nos.  CHGA-004-0001B<br>CHGA-003-0002<br>CHGA-002-0049<br>CHGA-002-0047 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 8th day of March, 2002:

Subfile No. CHGA-004-0001B
Docket No. 6558
Helen Vigil
P.O. Box 234
El Rito, NM  87530

Subfile No. CHGA-004-0001B
Docket No. 6558
Linda Vigil
8401 Wynview Ct., N.W.
Albuquerque, NM  87120

Subfile No. CHGA-004-0001B
Docket No. 6558
Olivia Vigil
P.O. Box 592
Espanola, NM  87532

Subfile No. CHGA-003-0002
Docket No. 6559
Willie Chavez
P.O. Box 8
Gallina, NM  87017

Subfile No. CHGA-002-0049
Docket No. 6560
Manuel S. Arellano
Maria C. Arellano
P.O. Box 60
Gallina, NM  87017

Subfile No. CHGA-002-0047
Docket No. 6561
Alice Jacquez
P.O. Box 48
Gallina, NM  87017

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed

6592

to the following on the same date:

    Karla McCall, Data Manager  
    1315 Sagebrush Dr., S.W.  
    Los Lunas, NM 87031

    Mary E. Humphrey, Esq.  
    P.O. Box 1574  
    El Prado, NM 87529-1574

A copy of this Certificate of Service was mailed to the following on the 8th day of March, 2002:

    Vickie Gabin, Special Master  
    USDC-DCNM  
    P.O. Box 2384  
    Santa Fe, NM 87504-2384

    Bradley S. Bridgewater, Esq.  
    David W. Gehlert, Esq.  
    USDOJ-ENRD  
    999 Eighteenth Street, Suite 945  
    Denver, CO 80202

    Darcy S. Bushnell, Esq.  
    USDC-DCNM  
    333 Lomas Blvd., NW, Ste. 270  
    Albuquerque, NM 87102-2272

    Mary E. Humphrey, Esq.  
    P.O. Box 1574  
    El Prado, NM 87529-1574

    Ronald J. Boyd, Esq.  
    208 Griffin Street  
    Santa Fe, NM 87501

    Karla McCall, Data Manager  
    1315 Sagebrush Dr., S.W.  
    Los Lunas, NM 87031

    John W. Utton, Esq.  
    P.O. Box 271  
    Albuquerque, NM 87103-0271

    Fred J. Waltz, Esq.  
    P.O. Box 6390  
    Taos, NM 87571

Respectfully Submitted,

*[signature]*

EDWARD G. NEWVILLE  
Special Assistant Attorney General  
Office of the State Engineer  
Water Rights Protection & Adjudication Program  
P.O. Box 25102  
Santa Fe, New Mexico 87504-5102  
Tele: (505) 827-6150  
Fax: (505) 827-3887