# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.,*
State Engineer,

      Plaintiff,                                                   No. 69cv07941 JEC-ACE

      v.

RAMON ARAGON, *et al.*,                      RIO CHAMA ADJUDICATION

      Defendants.

## ORDER

THIS MATTER comes before the Court on the motion of the Special Master filed February 25, 2002 (6554). Having reviewed the Special Master's motion, status report and invoices, having received no objections thereto, and being otherwise fully advised in the premises, the Court:

HEREBY APPROVES the payment of the invoices submitted by the Special Master, the Administrative Assistant, and the Data Manager between July 2001 and December 2001.

                                                   /electronic signature/
                                            JOHN EDWARDS CONWAY
                                    UNITED STATES DISTRICT JUDGE