IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et. al.*,<br><br>Defendants. | 02 MAR 14 PM 3:<br><br>69cv07941 JEC/ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Rio Brazos, Section 7<br><br>**Subfile No.: CHRB-007-0038** |

## ENTRY OF APPEARANCE

COMES NOW, Swaim, Schrandt & Davidson, P.C., by Tessa T. Davidson, 4830 Juan Tabo N.E., Suite F, Albuquerque, New Mexico, 87111, hereby enters its appearance in the above-captioned and numbered cause of action on behalf of Defendant, Archdiocese of Santa Fe.

All future correspondence, pleadings and notices filed in this matter should be mailed to counsel as follows:

>Tessa T. Davidson
>Swaim, Schrandt & Davidson, P.C.
>4830 Juan Tabo N.E., Suite F
>Albuquerque, New Mexico 87111
>(505) 237-0064

>Respectfully Submitted,
>
>SWAIM, SCHRANDT & DAVIDSON, P.C.
>Attorneys for Defendant, Archdiocese of Santa Fe
>4830 Juan Tabo N.E., Suite F
>Albuquerque, New Mexico 87111
>
>By: _____
>Tessa T. Davidson

6594

# CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing Entry of Appearance was mailed to the following on the _14th_ day of _March_, 2002.

_Tessa Davidson_
Tessa T. Davidson

## ATTORNEY FOR RIO CHAMA:

Edward G. Newville
Special Assistant Attorney General
Water Rights Protection and Adjudication Program
New Mexico State Engineer
P. O. Box 25102
Santa Fe, New Mexico 87504-5102
(505) 827-6150

## SPECIAL MASTER:

Vickie L. Gabin, Esq.
P. O. Box 9933
Santa Fe, NM 87504-5933

2