IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 MAR 26 PM 4: 05

STATE OF NEW MEXICO *ex rel.*

State Engineer

Plaintiff,

v.

ROMAN ARAGON, et al.,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

## ENTRY OF APPEARANCE

Marcus J. Rael, attorney at law, hereby enters his appearance in the above captioned matter on behalf of Defendants Ivan C. Corrales, Manuel E. Corrales, Marcella T. Corrales, and Teresita Corrales.

Respectfully submitted,

Marcus J. Rael
Attorney at Law
3208 Vista Maravillosa N.W.
Albuquerque, NM 87120
(505) 354-1302

I hereby certify a true copy of
the foregoing was mailed to:

Ed Newville, Esq.
Office of the State Engineer
Legal Services Division
P.O. Box 25102
Santa Fe, New Mexico 87504

on this 25th day of March, 2002.

Marcus J. Rael
Attorney at Law