IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    **v.**

**Ramon Aragon,** *et al.*,

    **Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Section 3: Rio Nutrias, Rio Cebolla**
**& Canjilon Creek**

## ORDER VACATING CONSENT ORDER IN SUBFILE CHCJ-004-0036 AND GRANTING LEAVE TO FILE NEW CONSENT ORDER

THIS MATTER is before the Court upon the State of New Mexico's March 28, 2002 Motion (Docket No. 6596) for an Order vacating the December 4, 2001 Consent Order (No. 6419) in Subfile CHCJ-004-0036 and granting leave to file a new Consent Order in this cause.

The Court, being fully advised, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Consent Order in Subfile CHCJ-004-0036 is VACATED.

IT IS FURTHER ORDERED that the State and Defendant Adan Martinez may file a new Consent Order concerning the Defendant's right to use the public waters of the Rio Chama Stream System.

                                                          /electronic signature/
                                       JOHN EDWARDS CONWAY
                                 UNITED STATES DISTRICT JUDGE