IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 MAR 29 PM 1: 15

_____
CLERK - SANTA FE

|                                        |   |
|----------------------------------------|---|
| STATE OF NEW MEXICO ex rel.            | ¦ |
| State Engineer,                        | ¦ |
|                                        | ¦ |
|     Plaintiff,                         | ¦ |
|     v.                                 | ¦ |
|                                        | ¦ |
| ROMAN ARAGON, et al.,                  | ¦ |
|                                        | ¦ |
|     Defendants.                        | ¦ |

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

**Subfile No.: CHCJ-007-0001**

## ENTRY OF APPEARANCE

COMES NOW  Fred J. Waltz, and hereby enters his appearance on behalf of Presbyterian

Church at Ghost Ranch in the above captioned matter.

Respectfully submitted,

Fred J. Waltz
Attorney at Law
Box 6390
Taos, New Mexico 87571

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was mailed to the below list of

counsel of record in Section 3 of this adjudication on this 28th  day of March, 2002.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. N.W., Box 610
Albuquerque, NM 87102-2272

6598

Edward Newville, Esq.
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
P.O. Box 1881
Las Vegas, NM 87701

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

_Fred J. Waltz_
Fred J. Waltz