IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

FILED
02 APR -2 PH 2: 43

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW _Sara Maes Benavidez_ (please print your full name)
SARA MAES BENAVIDEZ

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHCB-001-001A | ☒ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _Subfile No CHCB-001-001A_ because _11-18-00 Nalda Orchuleta, Administrator of the estate of Jose I. Maes, Received a Certified Letter from Ed Newville, State engineer, Santa Fe, N.M._

RECEIVED
MAR 2 5 2002
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6599

Concerning water rights (Acequia Del Pinavetal) this was pertinet to the maping @ Servey of the heirs on 5-24-01. I recived my deed which included water rights @ Mineral rights, Seal @ Notoriza by R.A. County Clerk first acknowledgment was 2-18-02, Subfile ChCB-001-001 A Stateing I had No water Rights. 3-11-02, I meet with Mr. New Ville, Santa Fe, New Mexico which he thoroughly explained @ Showed me a map of the original water rights of the estate of Jose I. Maes. It is clear that Nalda (Administrator) diverted water rights to the heirs that She Choose.

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

Resolutions: 3-11-02
1. Appluing for water Rights on my own for the purpose of Irrigation.
2. Geting a permit for a pond.
3. drilling a well for general purposes
Preferable:
    I am applying for water rights that tittles 25 acre Tract. your assistance is helpful on improveing my Tract.

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because

(Attach additional pages if necessary)

Answer to Complaint             2             SARA MAES BENAVIDEZ

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 3-20-02

_Sara Maes Benavidez_
(Signature - SARA MAES BENAVIDEZ)

1623 Saunders S.W.
Albuquerque, N.M.
87105
(Address: Print Clearly)

(505) 877-8356
(Phone Number: Print Clearly)

> **IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico within 20 days after being served with the summons and complaint, or if service of the summons has been timely waived on request under rule 4(d), within 60 days after the date when the request for waiver was sent, or within 90 days after that date if the defendant was addressed outside any judicial district of the Undited States. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.

Answer to Complaint         3         SARA MAES BENAVIDEZ