IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

02 APR -2 PM 2:43

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. : CHGA-02-0050

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, MIKE JACQUEZ by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-02-0050 which I signed and approved on _____ 2/13/2002 represents the resolution of all claims to water rights in connection with
(date)
the Statement of Water Rights Claim (6066) filed with the Court on December 11, 2000.

_/s/ Mike Jacquez_
MIKE JACQUEZ

2/13/02
date

RECEIVED

FEB 1 8 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6600