IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer,

        Plaintiff,                                                No. 69cv07941-JEC-(ACE)

        v.

RAMON ARAGON, *et al.*,                                    RIO CHAMA ADJUDICATION
        Defendants.

**ADMINISTRATIVE ORDER**

The last Order for deposit of funds to cover fees, expenses, costs, and New Mexico gross receipts taxes incurred in connection with the above captioned water rights adjudication was entered on May 1, 2001 (6238) pursuant to Fed. R. Civ. P. 53. Additional funds are required. Now therefore,

IT IS HEREBY ORDERED THAT:

The United States of America and the State of New Mexico shall each advance funds for deposit in the account established by the Court as follows:

                        United States  $550.00      State  $550.00

The funds are due on July 31, 2001 and shall be mailed to:

                    Clerk of the Court, USDC-DCNM
                    ATTN: Darcy S. Bushnell, Esq.
                    333 Lomas Blvd. NW, Box 270[1]
                    Albuquerque, N.M.  87102

The check advancing the funds or the paperwork accompanying the check shall reference the account number 1:66cv06639-M. The Clerk shall mail this Order to the United States and to the State.

                                                          /electronic signature/
                                                JOHN EDWARDS CONWAY
                                       SENIOR UNITED STATES DISTRICT JUDGE

---

[1] `NOTE NEW BOX NUMBER`