IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br>   Plaintiff,<br><br>-v-<br><br>RAMON ARAGON, et al.,<br>   Defendants. | )<br>)<br>)<br>)   69cv07941- JEC - ACE<br>)<br>)   RIO CHAMA STREAM SYSTEM<br>)<br>)   Section 5 - Rio Gallina<br>) |

NOTICE AND ORDER FOR PRETRIAL CONFERENCE ON DISPUTED SUBFILES

Pursuant to the Procedural Order for Litigation of Water Rights Claims in Certain Disputed Subfiles, as amended, entered April 2, 2001 (Docket No. 6217) and Fed. R. Civ. P. 16(d), the Special Master will hold a pretrial conference on Saturday, April 27, 2002 at 10:30 a.m. in the Boardroom at the Coronado High School, State Highway 96, Gallina, N.M.

**This Notice is being sent to all water rights claimants for Section 5 subfiles which are still disputed as of the date of this Notice. These claimants are hereby ordered to appear.**

Counsel for the State of New Mexico, ex rel. State Engineer, shall be prepared with a proposed trial plan to facilitate the admission of evidence and avoid duplication, and include the anticipated order of presentation and sequencing of issues and evidence, and stipulations (or challenges) to the qualifications of the water rights claimants' expert witnesses and anticipated evidence. Water rights claimants shall bring copies of the evidence they intend to introduce at trial, and be ready to discuss the presentation of their cases.

IT IS SO ORDERED.

                 /electronic signature/
              SPECIAL MASTER VICKIE L. GABIN