IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 APR -9 AM 11: 27 🖉

69cv07941 JEC-ACE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.,*

     Defendants.

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives

notice of the filing of original signed copies of waivers of service by the defendants

in Rio Brazos, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| ABEYTA, AGAPITA | CHRB-007-0039 |
| ABEYTA, ELOISA S. | CHRB-007-0026 |
| ABEYTA, ELVIRIA S. | CHRB-003-0018 |
| ABEYTA, JOSE GABRIEL | CHRB-007-0040 |
| ABEYTA, JOSE M. | CHRB-003-0018 |
| ABEYTA, MARGARET | CHRB-007-0044 |
| ABEYTA, ROQUE N. | CHRB-007-0039 |
| ABEYTA, RUBY | CHRB-003-0021 |
| AGUA DE LOS BRAZOS, LA ASOCIACION DE | CHRB-003-0027 |
| AGUILAR, JUAN M. | CHRB-009-0015 |
| ANDREWS LIVING TRUST, | CHRB-004-0048 |
| ANDREWS, CLARENCE | CHRB-004-0048 |
| ANDREWS, SOLEDAD | CHRB-004-0048 |

*6603*

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| ARCHDIOCESE OF SANTA FE, | CHRB-007-0038 |
| ARCHULETA, PEDRO | CHRB-006-0025 |
| BATEMAN, LILY | CHRB-003-0014 |
| BLANTON TRUST AGREEMENT, DOROTHY T. | CHRB-008-0003 |
| BLANTON, MARSHALL J. | CHRB-008-0003 |
| BYRD, CONNIE | CHRB-006-0024 |
| CANDELARIA, BIDAL A. | CHRB-003-0012 |
| CASADOS FAMILY TRUST, | CHRB-007-0010 |
| CASADOS PARTNERSHIP, | CHRB-004-0038 |
| CASADOS, SR. & SONS, PRTNRSHP., TONY | CHRB-006-0004 |
|  | CHRB-005-0009 |
|  | CHRB-004-0049 |
| CASADOS, EMMANUELITA "AMIE" | CHRB-008-0007 |
| CASADOS, RUSSEL | CHRB-008-0006 |
| CASADOS, VERNON R. | CHRB-008-0005 |
| CHACON, ARNOLD A. | CHRB-004-0033 |
| CHACON, MICHAEL | CHRB-004-0033 |
| CHAVEZ RANCH PROPERTIES, LLC, NATIVIDAD | CHRB-003-0026 |
| CHAVEZ, ELAINE | CHRB-006-0020 |
| CHAVEZ, ELIZABETH | CHRB-007-0024 |
| CHAVEZ, FERNANDO | CHRB-006-0020 |
| CHAVEZ, LILLIE | CHRB-009-0013 |
| CHAVEZ, RUDOLPH A. | CHRB-009-0023 |
| CHAVEZ, VIVIAN | CHRB-009-0013 |
| CLELAND, DARLENE TAFOYA | CHRB-009-0011 |
| CODLING FAMILY TRUST, | CHRB-003-0025 |
| CORDOVA, DEBORAH | CHRB-006-0006 |
| CORDOVA, DONALD P. | CHRB-004-0022 |
| CORDOVA, GENEVIEVE | CHRB-006-0006 |
| CORDOVA, HAZEL | CHRB-006-0006 |
| CORDOVA, NELDA | CHRB-006-0006 |
|  | CHRB-004-0022 |
| CORDOVA, OLIVIA J. | CHRB-004-0012 |
| CORDOVA, ORLANDO | CHRB-006-0006 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| CORDOVA, ORLANDO F. | CHRB-004-0018 |
| CORDOVA, SHARON | CHRB-006-0006 |
| CORDOVA, TOMAS R. | CHRB-004-0012 |
| COX, CECIL L. | CHRB-006-0043 |
| DAVIES, JAMES H. | CHRB-004-0052 |
| DELGADO, MARIA F. GALLEGOS | CHRB-004-0016 |
| EATON, AUDREY M. | CHRB-007-0037 |
| | CHRB-007-0036 |
| EATON, HUGH L. | CHRB-007-0036 |
| EATON, LISA H. | CHRB-007-0036 |
| ENSENADA DOMESTIC WATER USERS, | CHRB-004-0062 |
| ESPINOSA, VALERIE | CHRB-004-0009 |
| ETURRIAGA, JOSE DAMIAN | CHRB-006-0032 |
| | CHRB-003-0017 |
| FOOTE, EUGENE B. | CHRB-004-0006 |
| FOOTE, MARY V. | CHRB-004-0006 |
| FORDYCE, KAREL | CHRB-004-0024 |
| FRESQUEZ, FRUTOSA D. | CHRB-006-0011 |
| GALLEGOS FAMILY TRUST, | CHRB-007-0023 |
| GALLEGOS, FELIX R. | CHRB-007-0023 |
| GALLEGOS, FRANK A. | CHRB-003-0011 |
| GALLEGOS, HAROLD M. | CHRB-003-0009 |
| | CHRB-006-0023 |
| GALLEGOS, JOYCE | CHRB-007-0046 |
| GALLEGOS, LEONTINA | CHRB-007-0023 |
| GALLEGOS, MARY F. | CHRB-003-0011 |
| GALLEGOS, RICHARD I. | CHRB-006-0033 |
| GARCIA, ERNESTINE | CHRB-004-0039 |
| GARCIA, FRANCES D. | CHRB-007-0048 |
| GARCIA, JOE O. JR. | CHRB-002-0001 |
| GARCIA, PETE | CHRB-004-0039 |
| GARCIA, PETER JR. | CHRB-004-0039 |
| GODWIN, FAMILY TRUST, TERESA | CHRB-006-0045 |
| GODWIN, GLENN | CHRB-006-0045 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| GOMEZ, MARIA ELENA | CHRB-004-0005 |
| GONZALES, THEODORE | CHRB-004-0005 |
| GRASMICK, GLORIA JEAN | CHRB-007-0042 |
| HIGHLAND VENTURES, INC., | CHRB-006-0036 |
| JARAMILLO, TITO | CHRB-006-0014 |
| LABRIER, ACENCION | CHRB-004-0056 |
|  | CHRB-006-0013 |
| LOPEZ, ANSELMO | CHRB-007-0015 |
| LUCHETTI, DENNIS | CHRB-007-0037 |
| MADRID, FELIX | CHRB-009-0014 |
| MADRID, NORMA E. | CHRB-009-0014 |
| MAESTAS, AGAPITO "PETE" | CHRB-004-0026 |
| MAESTAS, FRANK A. | CHRB-004-0054 |
| MAESTAS, LUCY P. | CHRB-004-0054 |
| MAEZ, DOLORES L. | CHRB-006-0032 |
| MAEZ, EMERY | CHRB-006-0032 |
| MANNING, ROSE ELLEN MARQUEZ | CHRB-004-0047 |
| MANZANARES FAMILY TRUST, TONY J & NATIVIDAD M. | CHRB-009-0003 |
| MANZANARES, JOANN L. | CHRB-009-0004 |
| MANZANARES, JUAN F. | CHRB-009-0004 |
| MANZANARES, MARIANO S. | CHRB-009-0018 |
|  | CHRB-009-0005 |
| MANZANARES, MARY LEAH | CHRB-009-0018 |
| MANZANARES, RUBEN JR. | CHRB-009-0005 |
|  | CHRB-009-0018 |
| MARTINEZ TRUST, MANUEL AND ALICE | CHRB-005-0012 |
| MARTINEZ, ALBERTO | CHRB-004-0020 |
| MARTINEZ, ALICE | CHRB-005-0011 |
|  | CHRB-005-0010 |
|  | CHRB-006-0039 |
|  | CHRB-004-0046 |
| MARTINEZ, ANTHONY R. | CHRB-004-0014 |
| MARTINEZ, ASCENCION D. | CHRB-006-0012 |
| MARTINEZ, CANDY S. | CHRB-006-0035 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| MARTINEZ, CHRIS H. | CHRB-007-0052 |
| MARTINEZ, CONRAD V. | CHRB-007-0045 |
| MARTINEZ, CYNTHIA CASADOS | CHRB-006-0005 |
| MARTINEZ, DEBRA PATRICIA | CHRB-003-0016 |
| MARTINEZ, ESTEBAN D. | CHRB-004-0035 |
| MARTINEZ, ESTEFANITA ABEYTA | CHRB-003-0013 |
| MARTINEZ, FLOYD | CHRB-006-0005 |
| MARTINEZ, FRANK R. | CHRB-004-0044 |
| MARTINEZ, GILBERT A. JR. | CHRB-007-0055 |
| MARTINEZ, GLORIA | CHRB-004-0020 |
| MARTINEZ, IDA S. | CHRB-007-0024 |
| MARTINEZ, JOE L. | CHRB-004-0034 |
| MARTINEZ, JONETTA L. | CHRB-007-0024 |
| MARTINEZ, JOSE L. | CHRB-006-0035 |
| MARTINEZ, JOSE LUCAS | CHRB-006-0041 |
| MARTINEZ, JOSE MARIA JR. | CHRB-003-0008 |
| | CHRB-003-0005 |
| MARTINEZ, JOSEPH A. | CHRB-005-0002 |
| MARTINEZ, LARRY H. | CHRB-007-0041 |
| MARTINEZ, LIONEL E. | CHRB-005-0023 |
| MARTINEZ, LOUISA | CHRB-004-0053 |
| MARTINEZ, LOYOLA | CHRB-005-0014 |
| MARTINEZ, MANUEL G. JR. | CHRB-005-0010 |
| | CHRB-005-0011 |
| | CHRB-006-0039 |
| | CHRB-004-0046 |
| MARTINEZ, MARY IDA B. | CHRB-004-0034 |
| MARTINEZ, MAX A. | CHRB-007-0050 |
| MARTINEZ, NICHOLAS ESTATE | CHRB-007-0021 |
| MARTINEZ, ORLANDO | CHRB-004-0021 |
| MARTINEZ, PHILOMENA M. | CHRB-007-0057 |
| MARTINEZ, RAYMOND L. | CHRB-004-0037 |
| MARTINEZ, ROBERT  A. | CHRB-007-0024 |
| MARTINEZ, ROBERT A. | CHRB-004-0051 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| MARTINEZ, ROBERT JR. | CHRB-007-0024 |
| MARTINEZ, ROSA D. | CHRB-004-0044 |
| MARTINEZ, ROSE | CHRB-004-0037 |
| MARTINEZ, ROSE L. | CHRB-007-0055 |
| MARTINEZ, ROSE M. | CHRB-004-0051 |
| MARTINEZ, ROSINA | CHRB-009-0016 |
| MARTINEZ, SOCORRO | CHRB-004-0021 |
| MERCURE, MARGARITA E. | CHRB-007-0053 |
| MONTANO, AMELIA | CHRB-004-0013 |
| MONTANO, VICENTE | CHRB-004-0013 |
| MONTAÑO, YOLANDA M. | CHRB-007-0058 |
| MONTOYA, SIXTO | CHRB-005-0016 |
| | CHRB-005-0006 |
| MULDER, DON DELL | CHRB-004-0008 |
| MURPHY, CHARLES MAHLON | CHRB-004-0017 |
| OLIVAS, ELOY S. | CHRB-007-0001 |
| OLIVAS, JUANITA I. | CHRB-007-0001 |
| PALM, HENRY A. | CHRB-007-0016 |
| PALM, WILLA S. | CHRB-007-0016 |
| PEPER, BUNNY | CHRB-007-0003 |
| PEPER, DOUGLAS C. | CHRB-007-0003 |
| PESATA, FERLINDA | CHRB-005-0025 |
| PIÑA, WALTER JOSEPH | CHRB-006-0019 |
| | CHRB-007-0004 |
| PINO, JOE | CHRB-003-0024 |
| PINO, JUANITA | CHRB-003-0024 |
| QUINTANA, DELFIN O. AND FRANCIS TRUST | CHRB-007-0028 |
| RIVERA, JOSE B. | CHRB-005-0008 |
| RIVERA, JOSE I. | CHRB-006-0033 |
| RIVERA, ORALIA | CHRB-005-0008 |
| RIVERA, PRAXEDES | CHRB-006-0033 |
| RIVERA, TITO A. | CHRB-006-0028 |
| RODELA, FELADELFIO | CHRB-005-0021 |
| RODELA, JOSEPH RAY | CHRB-005-0017 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| RODELA, LOYDA | CHRB-005-0022 |
| RODELA, STEVEN | CHRB-005-0020 |
|  | CHRB-005-0022 |
| ROMERO, ANTHONY M. | CHRB-007-0058 |
| ROMERO, CARLOS J. JR. | CHRB-005-0018 |
| ROMERO, PEDRO | CHRB-005-0019 |
| ROSAS, JANET | CHRB-005-0015 |
| ROYBAL LIVING TRUST, JOSE B. | CHRB-004-0002 |
| ROYBAL, MELVIN K. | CHRB-008-0002 |
| SALAZAR, FERNANDO | CHRB-007-0025 |
| SALAZAR, FRED E. | CHRB-007-0013 |
| SALAZAR, GUMERCINDO P. | CHRB-009-0012 |
| SALAZAR, LINDA | CHRB-007-0013 |
| SALAZAR, MANUEL | CHRB-006-0037 |
|  | CHRB-007-0030 |
| SALAZAR, MARIA D.M. | CHRB-006-0037 |
|  | CHRB-007-0030 |
| SALAZAR, MIGUEL ANTONIO | CHRB-003-0020 |
| SANCHEZ FAMILY TRUST, | CHRB-003-0019 |
| SANCHEZ, ANGELINA | CHRB-007-0054 |
|  | CHRB-006-0030 |
|  | CHRB-004-0019 |
| SANCHEZ, HAZEL T. | CHRB-007-0052 |
| SANCHEZ, JOSE A. | CHRB-003-0023 |
|  | CHRB-003-0022 |
| SANCHEZ, JOYCE L. | CHRB-006-0038 |
| SANCHEZ, PAULINE | CHRB-003-0023 |
| SANCHEZ, RALPH | CHRB-006-0038 |
| SANDOVAL, LEVI A. | CHRB-006-0017 |
| SANDOVAL, RUFINA L. | CHRB-006-0017 |
| SPILL, CHRISTIE L. | CHRB-007-0012 |
| TORREZ, DOLORES | CHRB-007-0032 |
|  | CHRB-007-0033 |
| TORREZ, JOE M. | CHRB-007-0033 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| TORREZ, JOE M. | CHRB-007-0032 |
| TORREZ, JUANITA | CHRB-007-0031 |
| TORREZ, REYES SALOMON | CHRB-007-0059 |
| TORREZ, ROBERT | CHRB-007-0031 |
| TORREZ, VICTORIA M. | CHRB-007-0059 |
| TRUJILLO-SALAZAR, BERNADETTE | CHRB-007-0006 |
| TRUJILLO, FERNANDO III | CHRB-007-0008 |
| | CHRB-006-0026 |
| | CHRB-007-0007 |
| TRUJILLO, FERNANDO JR. | CHRB-006-0029 |
| | CHRB-006-0031 |
| TRUJILLO, HORACIO | CHRB-006-0018 |
| TRUJILLO, PHILLIP G. | CHRB-009-0007 |
| TRUJILLO, VIOLA | CHRB-006-0031 |
| TRUJILLO, WILLIE JR. | CHRB-009-0025 |
| ULIBARRI, MICHAEL | CHRB-007-0017 |
| VALDEZ, GEORGE A. | CHRB-004-0027 |
| VALDEZ, LEO V. | CHRB-006-0010 |
| VALDEZ, MIGUEL | CHRB-004-0028 |
| VALDEZ, OLIVIA M. | CHRB-004-0027 |
| VALERIO, MARGARET M. | CHRB-004-0036 |
| VANCE, CHARLIE S. | CHRB-003-0004 |
| VANCE, LORRAINE T. | CHRB-003-0004 |
| VARELA, MARIA | CHRB-009-0022 |
| VELASQUEZ, INC., | CHRB-002-0003 |
| | CHRB-004-0001 |
| VIGIL, ANTHONY L. | CHRB-007-0029 |
| WARDLOW, DOROTHY | CHRB-004-0057 |
| WARDLOW, T.J. | CHRB-004-0057 |
| WATER CONSUMERS ASSOC. INC., BRAZOS MUTUAL DOMESTIC | CHRB-001-0002 |

Respectfully submitted

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the persons listed on

Attachment A  on ____9th____ day of ____April____ , 2002.

_____
Edward G. Newville

# ATTACHMENT A

BRADLET S. BRIDGEWATER, ESQ.
USDOJ-ENRD
999 18TH ST. SUITE 945 N
DENVER, CO 80202

REBECCA DEMPSEY
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

DAVID W. GEHLERT, ESQ.
USDOJ-ENRD
999 18th STREET, SUITE 945 N
DENVER, CO 80202

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

BENJAMIN PHILLIPS
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

JOHN UTTON, ESQ.
SHEEHAN, SHEEHAN & STELZNER
P. O. BOX 271
ALBUQUERQUE, NM 87103-0271

DARCY S. BUSHNELL, ESQ.
ADJUDICATION STAFF ATTORNEY
USDC-DCNM
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102-2272

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE,, NM 87504-2384

WILFRED GUTIERREZ, CHAIRMAN
NM ACEQUIA ASSOCIATION
P.O. BOX 190
VELARDE, NM 87582

JOHN F. MCCARTHY JR., ESQ.
WHITE, KOCH LAW FIRM
P.O. BOX 787
SANTA FE, NM 87504-0787

MARCUS J. RAEL
3208 VISTA MARAVILLOSA NW
ALBUQUERQUE, NM 87120

TESSA DAVIDSON
4830 JUAN TABO NE, SUITE F
ALBUQUERQUE, NM 87111

PAULA GARCIA
NM ACEQUIA ASSOCIATION
P.O. BOX 1229
SANTA CRUZ,, NM 87567

SUSAN G. JORDAN
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH
200 WEST DEVARGAS
SUITE 9
SANTA FE, NM 87501

EDWARD G. NEWVILLE, ESQ.
SPECIAL ASSISTANT ATTORNEY
GENERAL
OFFICE OF THE STATE ENGINEER
P.O. BOX 25102
SANTA FE, NM 87504-5102

LESTER K. TAYLOR
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH
500 MARQUETTE AVE., NW, SUITE 150
ALBUQUERQUE, NM 87102