IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
 ̶ ̶ ̶ ̶ ̶ ̶  NM

APR 10 2002

_, ̶ ̶CH, Clerk
 ̶ ̶ ̶ DISTRICT COURT
 ̶ ̶ ̶ ̶ ̶CT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer.

    Plaintiff,

v.

ROMAN ARAGON, *et al.*.

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-007-0013**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):
        FRED E. SALAZAR
        LINDA SALAZAR

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.   The Court has jurisdiction over the parties and the subject matter of this suit.

2.   The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.   There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED** Subfile No.: CHRB-007-0013

**MAR 1 5 2002**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6611

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Brazos, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0477

**Priority:** Reserved for future determination by court order entered November 26, 2001.

**Source of Water:**
  PARKVIEW DITCH: Surface water of the Rio Brazos, a tributary of the Rio Chama.
  SPRING NO. 4: Surface water of a spring, a tributary of the Rio Chama.
  SPRING NO. 5: Surface water of a spring, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch Name:** SPRING NO. 4
  **Location X:** 1,546,332 feet  **Y:** 2,088,483 feet
  **Ditch Name:** SPRING NO. 5
  **Location X:** 1,546,332 feet  **Y:** 2,088,418 feet
  **Ditch Name:** PARKVIEW DITCH
  **Location X:** 1,571,054 feet  **Y:** 2,087,568 feet
  New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 3.3 acres |
| Total | 3.3 acres |

As shown on the 2001 Hydrographic Survey Map CHRB- 7.

**Amount of Water:** Reserved for future determination by court order entered November 26, 2001.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _Linda M. Salazar_  
                LINDA SALAZAR

ADDRESS: 172 High Ridge Tr.  
                Rio Rancho, NM  
                87124

DATE: 3-9-02

ACCEPTED: _[signature]_  
                FRED E. SALAZAR

ADDRESS: 172 High Ridge Trail  
                Rio Rancho, NM  
                87124

DATE: 3-9-02

_Ed Newville_  
EDWARD G. NEWVILLE  
Special Assistant Attorney General

3.16.02  
Date

Consent Order        4        Subfile No.: CHRB-007-0013