IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

APR 1 0 2002

~ MARCH, Clerk
ES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*.

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-003-0025**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

        CODLING FAMILY TRUST

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

Subfile No.: CHRB-003-0025

**RECEIVED**

**MAR 0 6 2002**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6629

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

        Stream System, Rio Brazos, Section 7, is set forth below:

**A. IRRIGATED LANDS (Surface Water Only):**

   **Office of the State Engineer Files No(s)**  03129

   **Priority:**  Reserved for future determination by court order entered November 26, 2001.

   **Source of Water:**
       Surface water of the Rio Brazos, a tributary of the Rio Chama.

   **Purpose of Use:**  IRRIGATION

   **Point of Diversion:**

           **Ditch Name:**  BRAZITO DITCH LATERAL

           **Location X:**  1,555,511  feet  **Y:**  2,088,739 feet

                New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

*Our Deed Shows 11.2 but if you wish not to Allocate The full Amount Acrege, Then I guess we'll accept The 10.8 Acres — C.D.C*

           **Location and Amount of Irrigated Acreage:**

               Within the Tierra Amarilla Grant                 10.8  acres

                                                Total          10.8  acres

               As shown on the  2001 Hydrographic Survey Map CHRB- 3.

       **Amount of Water:** Reserved for future determination by court order entered November
                26, 2001.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

        Section 7, other than those set forth in this order and those other orders entered by this

        Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

        from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

        7, except in strict accordance with the water rights described herein.

Consent Order                              2                      Subfile No.: CHRB-003-0025

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.


IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos,

Section 7, except in strict accordance with the rights set forth herein or in other orders of the

Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_____

SPECIAL MASTER

ACCEPTED:   _Consult S.L. Codling_____
                        CODLING FAMILY TRUST

ADDRESS:   _P.O. Box 443_____
                       _Chama NM 87520_

DATE:   _3-2-02_____

Consent Order                              3                    Subfile No.: CHRB-003-0025

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_3.6.02_
Date