IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



F I L E D

Santa Fe, NM

APR 1 0 2002

_____CH, Clerk
___ DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

　　　　Plaintiff,

　　　　v.

ROMAN ARAGON, *et al.,*

　　　　Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-004-0006**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### EPIMENIO ULIBARRI
### JULIA ULIBARRI

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.　　The Court has jurisdiction over the parties and the subject matter of this suit.

2.　　The State of New Mexico and the above-named Defendant(s) are in agreement

　　　concerning certain elements of Defendant's right to divert and use the public waters of

　　　the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by

　　　their signatures appearing below, the State and the Defendant(s) have

　　　approved and accepted the elements of Defendant's water rights as set forth

　　　in paragraph 4 herein.

**RECEIVED**

**MAR 1 2 2002**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6632

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

4.    The rights of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rito de Tierra Amarilla, Section 7, are set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s):** 0430

**Priority:** Reserved for future determination by court order entered November 26, 2001

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:**  TIERRA AMARILLA COMMUNITY DITCH

   **Location X:** 1,557,188  feet  **Y:**  2,064,714  feet

   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.0  acres |
| | Total | 1.0 acres |

As shown on the 2001 Hydrographic Survey Map CHTA- 4.

**Amount of Water:** Reserved for future determination by court order entered
                        November 26, 2001

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System,

Rito de Tierra Amarilla, Section 7, other than those set forth in this order and those

other orders entered by this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be
     enjoined from any use of the surface waters of the Rio Chama Stream System,
     Rito de Tierra Amarilla, Section 7, except in strict accordance with the water rights
     described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of
     any other water right claimant with standing to object prior to the entry of a final decree.

     IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the
waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7,  are as set forth
herein. The Defendant(s), his or her successors, representatives, heirs and assigns,
are enjoined from any diversion or use of the public surface waters of the
Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance
with the rights set forth herein or in other orders of the Court.

     The Court enters this Consent Order as a final judgment as to the elements of
Defendant's waters rights set forth herein, subject to the right of other claimants to file
objections to individual adjudication orders, and to the entry of the final decree in this
proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                    3                    Subfile No.: CHTA-004-0006

ACCEPTED: _Julia Ulibarri_
JULIA ULIBARRI

ADDRESS: _P.O. Box 03_
_Tierra Amarilla_
_New Mexico_

DATE: _3-9-2002_

ACCEPTED: _Epimenio Ulibarri_
EPIMENIO ULIBARRI

ADDRESS: _P.O. Box 3_
_Tierra Amrilla_
_N.M._

DATE: _3/9/02_

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_3.12.02_
Date

Consent Order                    4                    Subfile No.: CHTA-004-0006