IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe. NM

APR 1 0 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Cebolla, Section 3

**Subfile No.: CHCB-001-0001C**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### NELDA J. ARCHULETA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the

    elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**
Subfile No.: CHCB-001-0001C

**FEB 2 6 2002**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6646

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  0636, 2738

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**

Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch Name:**  ACEQUIA DEL PINAVETAL

**Location X:**  1,587,026  feet  **Y:**  2,028,083  feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

## Location and Amount of Irrigated Acreage:

Section 18, Township 27N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | | 6.5 acres |
| Pt. NW¼ | | 1.4 acres |
| | Total | 7.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001C.

**Amount of Water:**  Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE

**Priority:**  NONE

**Source of Water:**

Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

    **Ditch Name:** ACEQUIA DEL PINAVETAL

    **Location X:** 1,587,026  feet  **Y:**  2,028,083  feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Acreage**
    <u>Section 18, Township 27N, Range 05E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. NE¼ | 1.3 | acres |
| Pt. NW¼ | 0.2 | acres |
| Total | 1.5 acres | |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001C.

**Amount of Water:** NONE

## C. <u>IRRIGATED LANDS (Surface Water Only):</u>

**Office of the State Engineer Files No(s)**  2686

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**

    Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** ACEQUIA DEL PINAVETAL

    **Location X:** 1,587,026  feet  **Y:**  2,028,083  feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**
    <u>Section 18, Township 27N, Range 05E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. NE¼ | 2.1 | acres |
| Pt. NW¼ | 1.7 | acres |
| Pt. SE¼ | 0.3 | acres |
| Pt. SW¼ | 0.7 | acres |

Consent Order          3          Subfile No.: CHCB-001-0001C

Total        4.8 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001C.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## D. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:** NONE

**Source of Water:**

Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

> **Ditch Name:** ACEQUIA DEL PINAVETAL
>
> **Location X:** 1,587,026  feet  **Y:**  2,028,083  feet
>
> New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Acreage**

Section 18, Township 27N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | 0.6 | acres |
| Pt. SE¼ | 0.8 | acres |
| Pt. SW¼ | 0.8 | acres |
| Total | 2.2 | acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001C.

**Amount of Water:** NONE

5.        Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

Consent Order                              4                        Subfile No.: CHCB-001-0001C

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

        from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section

        3, except in strict accordance with the water rights described herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of

        any other water right claimant with standing to object prior to the entry of a final decree.

        IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Cebolla, Section 3,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla,

Section 3, except in strict accordance with the rights set forth herein or in other orders of the

Court.

        The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                          5                          Subfile No.: CHCB-001-0001C

ACCEPTED: _Nelda J. Archuleta_
                     NELDA J. ARCHULETA

ADDRESS: _15 Terrace Farm Rd_
                   _Espanola_
                   _N. M. 87532_

DATE: _2-26-02_


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_2-26-02_
Date

Consent Order                              6                    Subfile No.: CHCB-001-0001C

