IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe NM

APR 1 0 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

Plaintiff,
v.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Nutrias, Section 3

**Subfile No.: CHNU-002-0014**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

LUCIA A. MONTOYA
ROBERT J. MONTOYA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Nutrias, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

FEB 2 6 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6649

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Nutrias, Section 3, is set forth below:

**A. <u>IRRIGATED LANDS (Surface Water Only):</u>**

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:** Vega

**Location X:** 1,572,542 feet **Y:** 2,036,202 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

<u>Section 10, Township 27N, Range 04E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. NW¼ | | 8.8 acres |
| Pt. SW¼ | | 0.7 acres |
| | Total | 9.5 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-002-0014.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Nutrias, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Nutrias, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

John Edwards Conway

UNITED STATES DISTRICT JUDGE

Recommended for approval:

Vickie L. Gabin

SPECIAL MASTER

ACCEPTED: [signature]
LUCIA A. MONTOYA

ADDRESS: 3007 Sirings Rd
SF NM
87507

DATE: 2-26-02

ACCEPTED: [signature]
ROBERT J. MONTOYA

ADDRESS: 3007 Siringo Rd
Santa Fe, N.M
87507

DATE: 2-26-2002

[signature]
EDWARD G. NEWVILLE
Special Assistant Attorney General

2-26-02
Date

Vega Ditch
002-0014
A 8.8 ac.
002-0014
A 0.7 ac.
LEGEND
Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
Fallow
No Right
Scale
1 inch = 300 feet
100 0 100 200 300 Feet
N
STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer
Rio Chama Hydrographic Survey
RIO NUTRIAS SECTION
Subfile Number
CHNU-002-0014
Vega Ditch
AMENDED Feb. 20, 2002