IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

APR 10 2002

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

**Subfile No(s).**
**CHCB-001-0005**
**CHCB-003-0016**
**CHCB-003-0017**
**CHCB-007-0006**

## ORDER GRANTING DEFAULT JUDGMENT

This matter coming on to be heard upon the motion of the Plaintiff, State of New Mexico, *ex rel.* State Engineer, for the entry of default judgment against the following defendants, and the Court having considered the record in this cause and being otherwise fully advised in the premises, finds:

1. The Court has jurisdiction of the parties and the subject matter herein.

2. The defendants have been legally served with process or have waived service of summons.

3. The defendants have failed to appear, answer, or otherwise defend in this cause, and are adjudged to be in default.

4. The State Engineer's amended hydrographic survey and report of the Rio Chama Stream System, Section 3, Rio Cebolla (August 11, 2000) relating to the defendants' water rights have been introduced into the record, and the same are hereby incorporated and made a part of this order.

6651

## MARY QUINTANA

**Subfile No.: CHCB-001-0005**

### A. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s)** 0636, 2738

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
  Ditch Name: ACEQUIA DEL PINAVETAL
  Location X: 1,587,026 feet Y: 2,028,083 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
  Section 13, Township 27N, Range 04E, N.M.P.M.

  Pt. SE¼                                                                  7.4 acres
                                                              Total        7.4 acres

  As shown on the 2001 Hydrographic Survey Map CHCB-1.

**Amount of Water:** NONE

### B. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s)** 0636, 2738

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
  Ditch Name: ACEQUIA DEL PINAVETAL
  Location X: 1,587,026 feet Y: 2,028,083 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
  Section 24, Township 27N, Range 04E, N.M.P.M.

  Pt. NE¼                                                                 14.3 acres
                                                              Total       14.3 acres

  As shown on the 2001 Hydrographic Survey Map CHCB-1.

**Amount of Water:** NONE

MERCEDES GARCIA
ROBERTO R. GARCIA

**Subfile No.: CHCB-003-0016**

## A. <u>NO RIGHT (Surface Water Only)</u>

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch Name:** ACEQUIA MADRE DE CEBOLLA

    **Location X:** 1,573,684 feet **Y:** 2,017,953 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

    <u>Section 34, Township 27N, Range 04E, N.M.P.M.</u>

| | |
|---|---|
| Pt. NW¼ | 7.1 acres |
| Total | 7.1 acres |

    As shown on the 2001 Hydrographic Survey Map CHCB- 3.

**Amount of Water:** NONE

## IGNACITA V. RODELLA

**Subfile No.: CHCB-003-0017**

### A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**   0604

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:**   ACEQUIA MADRE DE CEBOLLA

   **Location X:** 1,573,684  feet  **Y:**  2,017,953  feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 35, Township 27N, Range 04E, N.M.P.M.

   | | |
   |---|---|
   | Pt. NW¼ | 1.4 acres |
   | Total | 1.4 acres |

   As shown on the 2001 Hydrographic Survey Map CHCB- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## JIMMY J. GARCIA

**Subfile No.: CHCB-007-0006**

### A. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s)**   NONE

**Priority:** NONE

**Source of Water:**   Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

   **Ditch Name:**   RINCON BLANCA DITCH

   **Location X:** 1,578,548  feet  **Y:**  2,012,107  feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

   Section 10, Township 26N, Range 04E, N.M.P.M.

   | | |
   |---|---|
   | Pt. SE¼ | 1.0 acres |
   | Total | 1.0 acres |

   As shown on the 2001 Hydrographic Survey Map CHCB- 7.

**Amount of Water:** NONE

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the Defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER