IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rito de Tierra Amarilla, Section 7

02 APR 10 PM 2:05

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rito de Tierra Amarilla, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| CORRALES, IVAN C. | CHTA-003-0036 |
| CORRALES, MANUEL E. | CHTA-003-0036 |
| CORRALES, MARCELLA T. | CHTA-003-0036 |
| CORRALES, TERESITA | CHTA-003-0036 |
| DAWSON, JAMES R. | CHTA-004-0017 |
| DEMASTERS, RONALD J. | CHTA-003-0040 |
| DOVE, CHARLES | CHTA-005-0003 |
| DOVE, LOUELLA | CHTA-005-0003 |
| LUNA, SALOMON A. | CHTA-003-0006 |
| MARTINEZ, J.R. ESTATE | CHTA-003-0009 |
| MONTANO, KIM | CHTA-004-0009 |
| MONTANO, MARK L. | CHTA-004-0009 |
| MONTANO, MELVIN L. | CHTA-004-0013 |

6654

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| PHILLIPS, ROSINA L. | CHTA-004-0036 |
|  | CHTA-003-0042 |
| QUINTANA, RAMONA | CHTA-003-0029 |
| RODELA, LEO E. | CHTA-003-0024 |
| RODELA, MARGARET | CHTA-004-0023 |
| SANCHEZ-DUBOIS, JOSIE | CHTA-003-0015 |
| SANCHEZ, ELOY | CHTA-003-0041 |
| SANCHEZ, MAGDALENE | CHTA-003-0015 |
| ULIBARRI, EPIMENIO | CHTA-004-0006 |
| ULIBARRI, JULIA | CHTA-004-0006 |
| ULIBARRI, MARCELLA | CHTA-003-0017 |
| VALDEZ, DOLORES | CHTA-003-0010 |
| VALDEZ, JUSTINIANO | CHTA-003-0010 |
| WARD, KELLY | CHTA-004-0019 |
| WARD, SHAUN | CHTA-004-0019 |
| WILLARD, ERIC | CHTA-004-0034 |

Respectfully submitted

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the persons listed on Attachment A on 10th day of April, 2002.

Edward G. Newville

# ATTACHMENT A

| | | |
|---|---|---|
| BRADLET S. BRIDGEWATER, ESQ.<br>USDOJ-ENRD<br>999 18TH ST. SUITE 945 N<br>DENVER, CO 80202 | DARCY S. BUSHNELL, ESQ.<br>ADJUDICATION STAFF ATTORNEY<br>USDC-DCNM<br>333 LOMAS BLVD. NW, SUITE 270<br>ALBUQUERQUE, NM 87102-2272 | TESSA DAVIDSON<br>4830 JUAN TABO NE, SUITE F<br>ALBUQUERQUE, NM 87111 |
| REBECCA DEMPSEY<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87504-0787 | SPECIAL MASTER VICKIE L. GABIN<br>USDC-DCNM<br>P.O. BOX 2384<br>SANTA FE,, NM 87504-2384 | PAULA GARCIA<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 1229<br>SANTA CRUZ,, NM 87567 |
| DAVID W. GEHLERT, ESQ.<br>USDOJ-ENRD<br>999 18th STREET, SUITE 945 N<br>DENVER, CO 80202 | WILFRED GUTIERREZ, CHAIRMAN<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 190<br>VELARDE, NM 87582 | SUSAN G. JORDAN<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH<br>200 WEST DEVARGAS<br>SUITE 9<br>SANTA FE, NM 87501 |
| KARLA MCCALL<br>DATA MANAGER<br>1315 SAGEBRUSH DR., SW<br>LOS LUNAS, NM 87031 | JOHN F. MCCARTHY JR., ESQ.<br>WHITE, KOCH LAW FIRM<br>P.O. BOX 787<br>SANTA FE, NM 87504-0787 | EDWARD G. NEWVILLE, ESQ.<br>SPECIAL ASSISTANT ATTORNEY<br>GENERAL<br>OFFICE OF THE STATE ENGINEER<br>P.O. BOX 25102<br>SANTA FE, NM 87504-5102 |
| BENJAMIN PHILLIPS<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87504-0787 | MARCUS J. RAEL<br>3208 VISTA MARAVILLOSA NW<br>ALBUQUERQUE, NM 87120 | LESTER K. TAYLOR<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH<br>500 MARQUETTE AVE., NW, SUITE 150<br>ALBUQUERQUE, NM 87102 |
| JOHN UTTON, ESQ.<br>SHEEHAN, SHEEHAN & STELZNER<br>P. O. BOX 271<br>ALBUQUERQUE, NM 87103-0271 | | |