IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| Ramon Aragon, *et al.*, | |
| Defendants. | |

## ORDER TO SET ASIDE ENTRY OF DEFAULT

This matter is before the Court upon the motion filed on April 12, 2002, by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order to set aside the Clerk's February 11, 2002 Entry of Default (6530) for certain defendants, including Erlinda Casados.

The Court, being fully advised, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the clerk's entry of default for the following defendants is set aside:

Erlinda Casados       CHCJ-002-0019

Robert Casados        CHCJ-002-0019

Deluvina Garcia       CHCJ-002-0034

Orlando Garcia CHCJ-003-0034

/electronic signature/
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/electronic signature/
Vickie L. Gabin, Special Master