IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

02 APR 18 AM 10: 06

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla and Rio Brazos<br><br>Subfile No. CHTA-003-0008, CHTA-003-0010, CHTA-004-0006, CHTA-004-0017, CHTA-004-0019, CHRB-003-0025, CHRB-004-0017, CHRB-004-0024, CHRB-004-0026, CHRB-004-0044, CHRB-004-0046, CHRB-005-0006, CHRB-005-0010, CHRB-005-0011 CHRB-005-0012, CHRB-005-0015, CHRB-005-0016, CHRB-005-0025, CHRB-005-0027, CHRB-006-0017, CHRB-006-0029, CHRB-006-0031, CHRB-006-0039, CHRB-007-0013, CHRB-007-0018, CHRB-007-0039, CHRB-007-0040, CHRB-007-0045, CHRB-008-0002, CHRB-008-0005, CHRB-009-0013 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 18th day of April, 2002:

Subfile No. CHTA-003-0008
Docket No. 6634
Viola M. Atencio
P.O. Box 113
Tierra Amarilla, NM  87575

Subfile No. CHTA-003-0010
Docket No. 6633
Dolores Valdez
Justiniano Valdez
P.O. Box 141
H # 136A
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0006
Docket No. 6632
Epimenio Ulibarri
Julia Ulibarri
P.O. Box 3
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0017
Docket No. 6631
James R. Dawson
102 Shavano Drive
Gunnison, CO  81230

6657

Subfile No. CHTA-004-0019
Docket No. 6630
Kelly Ward
Shaun Ward
826 Fairway Rd., N.W.
Albuquerque, NM 87107

Subfile No. CHRB-003-0025
Docket No. 6629
Codling Family Trust
P.O. Box 443
Chama, NM 87520

Subfile No. CHRB-004-0017
Docket No. 6628
Charles Mahlon Murphy
P.O. Box 804
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0024
Docket No. 6627
Karel Fordyce
HC 75 Box 22
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0026
Docket No. 6626
Agapito "Pete" Maestas
P.O. Box 403
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0044
Docket No. 6625
Frank R. Martinez
Rosa D. Martinez
822 W 6005
Salt Lake City, Utah 84104

Subfile No. CHRB-004-0046
Docket No. 6624
Alice Martinez
Manuel G. Martinez, Jr.
P.O. Box 465
Belen, NM 87002

Subfile No. CHRB-005-0006
Docket No. 6623
Sixto Montoya
111 S. El Rancho Rd.
Santa Fe, NM 87501

Subfile No. CHRB-005-0010
Docket No. 6622
Alice Martinez
Manuel G. Martinez, Jr.
P.O. Box 465
Belen, NM 87002

Subfile No. CHRB-005-0011
Docket No. 6621
Alice Martinez
Manuel G. Martinez, Jr.
P.O. Box 465
Belen, NM 87002

Subfile No. CHRB-005-0012
Docket No. 6620
Manuel & Alice Martinez Trust
P.O. Box 465
Belen, NM 87002

Subfile No. CHRB-005-0015
Docket No. 6619
Janet Rosas
3759 Washington Dr.
Magna, Utah 84044

Subfile No. CHRB-005-0016
Docket No. 6618
Sixto Montoya
111 S. El Rancho Rd.
Santa Fe, NM 87501

Subfile No. CHRB-005-0025
Docket No. 6617
Ferlinda Pesata
P.O. Box 381
Dulce, NM 87528

Subfile No. CHRB-005-0027
Docket No. 6616
Thomas Gaylor
P.O. Box 835
Tierra Amarilla, NM 87575

Subfile No. CHRB-006-0017
Docket No. 6615
Levi A. Sandoval
Rufina G. Sandoval
P.O. Box 54
Chama, NM 87520

Subfile No. CHRB-006-0029
Docket No. 6614
Fernando Trujillo
P.O. Box 66
Los Ojos, NM 87551

Subfile No. CHRB-006-0031
Docket No. 6613
Fernando Trujillo, Jr.
Viola Trujillo
Box 66
Los Ojos, NM 87551

Subfile No. CHRB-006-0039
Docket No. 6612
Alice Martinez
Manuel G. Martinez, Jr.
P.O. Box 465
Belen, NM 87002

Subfile No. CHRB-007-0013
Docket No. 6611
Fred E. Salazar
Linda Salazar
172 High Ridge Trail
Rio Rancho, NM 87124

Subfile No. CHRB-007-0018
Docket No. 6610
Doris Salazar
Jose B. Salazar
P.O. Box 58
138 Parkview Lane
Los Ojos, NM 87551

Subfile No. CHRB-007-0039
Docket No. 6609
Agapita Abeyta
Roque Abeyta
P.O. Box 100
Los Ojos, NM 87551

Subfile No. CHRB-007-0040
Docket No. 6608
Jose Gabriel Abeyta
P.O. Box 155
Los Ojos, NM 87551

Subfile No. CHRB-007-0045
Docket No. 6607
Conrad V. Martinez
City Rd. 545 #36
Espanola, NM 87532

Subfile No. CHRB-008-0002
Docket No. 6606
Melvin K. Roybal
8 Avenida de Sevilla
Santa Fe, NM 87501

Subfile No. CHRB-008-0005
Docket No. 6605
Vernon R. Casados
P.O. Box 98
County Rd. 340 #91
Los Ojos, NM 87551

Subfile No. CHRB-009-0013
Docket No. 6604
Lillie Chavez
Vivian Chavez
P.O. Box 212
Corrales, NM 87048

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-027

A copy of this Certificate of Service was mailed to the following on the 18th day of April, 2002:

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

4

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
500 Marquette, NW, Ste. 1050
Albuquerque, NM 87102

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Tessa T. Davidson
Swaim, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Respectfully Submitted,

*Eo Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887