IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES
DISTRICT ...

02 APR 18 AM 10:06

CLERK-SANTA FE

| STATE OF NEW MEXICO, *ex rel.*, State Engineer | 69cv07941 JEC-ACE |
| --- | --- |
| Plaintiff, | RIO CHAMA STREAM SYSTEM |
| | Section 3: Rio Cebolla |
| v. | |
| RAMON ARAGON, *et al.*, | Subfile Nos: CHCB-001-0005, CHCB-003-0016, CHCB-003-0017, CHCB-007-0006 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 18th day of April, 2002:

Subfile No. CHCB-001-0005
Docket No. 6651
Mary Quintana
Rt. 5, Box 217
Santa Fe, NM 87501

Subfile No. CHCB-003-0017
Docket No. 6651
Ignacita V. Rodella
P.O. Box 187
Alcalde, NM 87511

Subfile No. CHCB-003-0016
Docket No. 6651
Mercedes Garcia
Roberto R. Garcia
P.O. Box 193
Cebolla, NM 87518

Subfile No. CHCB-007-0006
Docket No. 6651
Jimmy J. Garcia
No. 39 County Rd. 5777
Farmington, NM 87410

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

6658

A copy of this Certificate of Service was mailed to the following persons on this 18th day of April, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 8756

Respectfully submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887