IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
02 APR 18 AM 10: 06

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Rio Nutrias, Rio Cebolla & Canjillon Creek<br><br>Subfile Nos: CHNU-001-0002B, CHNU-002-0014, CHCB-001-0001B, CHCB-001-0001C, CHCB-001-0001E, CHCB-001-0002, CHCB-003-0007, CHCB-005-0003, CHCJ-002-0019, CHCJ-002-0047, CHCJ-003-0020, CHCJ-003-0034, CHCJ-003-0080, CHCJ-004-0036A, CHCJ-004-0051 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 18th day of April, 2002:

Subfile No. CHNU-001-0002B
Docket No. 6648
Juan R. Montano
P.O. Box 247
Tierra Amarilla, NM  87575

Subfile No. CHNU-002-0014
Docket No. 6649
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87507

Subfile No. CHCB-001-0001B
Docket No. 6647
Margarita Maes Ryzdynski    -
10512 Sea Palms Avenue
Las Vegas, Nevada 89134

Subfile No. CHCB-001-0001C
Docket No. 6646
Nelda J. Archuleta
15 Terrace Farm Road
Espanola, NM  87532

Subfile No. CHCB-001-0001E
Docket No. 6645
Lydia Maes Garcia
3952 West 8620 So.
West Jordan, Utah  84088-5433

Subfile No. CHCB-001-0002
Docket No. 6644
Ernest Sanchez
Margie K. Sanchez
1440 Cielito Lindo
Espanola, NM  87532

6660

<u>Subfile No. CHCB-003-0007</u>
Docket No. 6643
Felipe B. Rivera
Flora Rivera
P.O. Box 322
Espanola, NM  87532

<u>Subfile No. CHCB-005-0003</u>
Docket No. 6642
Clyde C. Baker
Theresa Baker
P.O. Box 245
Cebolla, NM  87518

<u>Subfile No. CHCJ-002-0019</u>
Docket No. 6641
Erlinda Casados
Robert Casados
2347 Camino Carlos Rey
Santa Fe, NM  87501

<u>Subfile No. CHCJ-002-0047</u>
Docket No. 6640
Julia Garcia
Box 51001
Espanola, NM  87532

<u>Subfile No. CHCJ-003-0020</u>
Docket No. 6639
Josephina G. Salazar
1360 Finch
Tulare, CA 93274

<u>Subfile No. CHCJ-003-0034</u>
Docket No. 6638
Deluvina Garcia
Orlando Garcia
1521 Granite, N.W.
Albuquerque, NM  87104

<u>Subfile No. CHCJ-003-0080</u>
Docket No. 6637
Pacomio Serrano
1863 W. 1500 S
Vernal, UT  84078

<u>Subfile No. CHCJ-004-0036A</u>
Docket No. 6636
Adan Martinez
P.O. Box 582
Canjilon, NM  87515

<u>Subfile No. CHCJ-004-0051</u>
Docket No. 6635
Richard Dant
103-B Camino Los Abuelos
Santa Fe, NM  87508-8092

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 18th day of April, 2002:

2

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 8756

Respectfully submitted,

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887