IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | **RIO CHAMA STREAM SYSTEM** <br> Section 7: Rito de Tierra Amarilla, |
| **RAMON ARAGON,** *et al.*, | Rio Brazos, Rutheron/Plaza Blanca, Cañones Creek, Village of |
| Defendants. | Chama |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

Rito de Tierra Amarilla

| | |
|---|---|
| Enedina Baca | CHTA-003-0045 |
| Heirs of Sabiniano Ulibarri | CHTA-004-0005 |
| Dolores G. Luna | CHTA-003-0006 |
| Dionel G. Sandoval | CHTA-003-0045 |

Rio Brazos

| | |
|---|---|
| Rebecca M. Jefferson | CHRB-005-0016 |
| J. Placido Garcia | CHRB-003-0001 |
| Joe O. Garcia | CHRB-003-0001 |
| Juan Lino Gomez, Jr. | CHRB-003-0003 |
| Helen M. Valdez | CHRB-003-0010 |
| Hayden Gaylor | CHRB-005-0001, 006-0002 |
| Alex P. Mecure | CHRB-007-0053 |
| Cleotide Abeyta | CHRB-003-0021 |
| Mrs. Frank D. Luna, Sr. | CHRB-005-0013 |
| Antonia Abeyta | CHRB-007-0020 |
| Daniel Abeyta | CHRB-009-0006 |
| Juan P. Valdez | CHRB-003-0006 |

6662

Willis E. Cox                           CHRB-006-0043

Dated: April 23, 2002

                                            Respectfully submitted,

                                            */s/ Ed Newville*

                                            EDWARD G. NEWVILLE
                                            Special Assistant Attorney General
                                            Office of the State Engineer
                                            P.O. Box 25102
                                            Santa Fe, NM 87504-5102
                                            (505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Dismissal was mailed to the following persons on April 24, 2002.

                                            */s/ ECN*
                                            Edward G. Newville

RIO CHAMA SECTION 7
DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.

2

USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111

3

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120