IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 02 APR 24  PM 2: 36<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron/Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION TO CORRECT DEFENDANT'S NAMES

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and moves the Court to issues its order for correcting the names of the defendants named below in the above-styled and captioned cause to read as follows:

| from | to | |
|---|---|---|
| Juantia M. Eturriaga | Juanita M. Eturriaga | CHTA-003-0004 |
| Jose Sanchez Dubois | Josie Sanchez Dubois | CHTA-003-0015 |
| Magdelene Sanchez | Magdalene Sanchez | CHTA-003-0015 |
| Leo S. Rodella | Leo E. Rodella | CHTA-003-0024 |
| Rudolf A. Chavez | Rudolph A. Chavez | CHRB-009-0023 |
| Brazos Water Coop., Inc. | Brazos Mutual Domestic Water Consumers Association, Inc. | CHRB-001-0002 |
| Maria F. Gallegos Delgado | Maria F. Gallegos | CHRB-004-0016 |
| Quintana Trust | Delfin O. and Francis Quintana Trust | CHRB-007-0028 |

6663

| | | |
|---|---|---|
| Marie Gomez | Maria Elena Gomez | CHRB-004-0005 |
| Ted Gonzalez | Theodore Gonzales | CHRB-004-0005 |
| Lola Torrez | Dolores Torrez | CHRB-007-0032 |
| Orlando Cordova | Orlando M. Cordova | CHRB-006-0006 |
| Clarence Andrews | J. Lance Andrews | CHRB-004-0048 |
| Ansencion "Chon" La Brier | Acencion LaBrier | CHRB-004-0056, 006-0013 |
| Manning Marquez | Rose Ellen Marquez Manning | CHRB-004-0047 |
| Elviria Abeyta | Elviria S. Abeyta | CHRB-003-0018 |
| Audry Eaton | Audrey M. Eaton | CHRB-007-0036, 007-0037 |
| Hickey Eaton | Lisa H. Eaton | CHRB-007-0036 |
| Eugene Foote | Eugene B. Foote | CHRB-004-0006 |
| Frutosa Duran | Frutosa D. Fresquez | CHRB-006-0011 |
| Felix Gallegos | Felix R. Gallegos | CHRB-007-0023 |
| Mariano Manzanares | Mariano S. Manzanares | CHRB-009-0005 |
| Ruben Manzanares | Ruben Manzanares, Jr. | CHRB-009-0018 |
| Max Martinez | Max A. Martinez | CHRB-007-0050 |
| Mrs. Rosina Martinez | Rosina Martinez | CHRB-009-0016 |
| Rufina G. Sandoval | Rufina L. Sandoval | CHRB-006-0017 |
| Fernando Trujillo | Fernando Trujillo III | CHRB-006-0029, 007-0007 |
| Carlos Romero, Jr. | Carlos J. Romero, Jr. | CHRB-005-0018 |
| Teo Abeyta | Teodoro E. Abeyta | CHRB-007-0020 |

| | | |
|---|---|---|
| Vangie Cordova | Vangie Cordova Herrea | CHRB-006-0022 |
| Vangie A. Herrea | Vangie Cordova Herrea | CHRB-006-0021 |

DATED April 23, 2002

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Defendant's Names was mailed to the following persons on April __24__, 2002.

*Ed N*

Edward G. Newville

RIO CHAMA SECTION 7
DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

3

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111


Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120