IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron/Plaza Blanca, Cañones Creek, Village of Chama |

### NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.  The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2.  The persons or entities listed in Exhibit A are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 7 of the Rio Chama

Stream System.

DATED: April 23, 2002

Respectfully submitted,

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on April __24__, 2002.

*[signature]*

Edward G. Newville

RIO CHAMA SECTION 7
DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

2

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

# EXHIBIT A

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Nicholas C. C de Baca | CHTA-003-0045 | P.O. Box 9107, Bernalillo NM 87004 |
| Jaimie Trujillo | CHTA-004-0005C | #18 Blue Canyon Vista, Santa Fe NM 87501 |
| Doris Trujillo | CHTA-004-0005C | #18 Blue Canyon Vista, Santa Fe NM 87501 |
| Josephine U. Kiser | CHTA-004-0005B | 6601 Arden Rd., #247, Amarillo TX 79109 |
| Simonita Trujillo | CHTA-004-0005A | 910 Rio Vista, Santa Fe NM 87501 |
| Michael S. Garcia | CHTA-003-0027 | HC 75, Box 126, Tierra Amarilla NM 87575 |
| J. Placido Garcia, Jr. | CHRB-003-0001 | 5809 Royal Oak Rd., N.E. ABQ NM 87111 |
| Munira K. Garcia | CHRB-003-0001 | 5809 Royal Oak Rd., N.E. ABQ NM 87111 |
| J. Patrick Garcia | CHRB-003-0001 | 8821 Harwood N.E., ABQ NM 87111 |
| Anthony T. Garcia | CHRB-003-0001 | P.O. Box 250, Velarde NM 87582 |
| Debbie L. Garcia | CHRB-003-0001 | P.O. Box 250, Velarde NM 87582 |
| Adel Gomez | CHRB-003-0003 | P.O. Box 208, Lumberton NM 87528 |
| Manuel F. Valdez | CHRB-003-0010 | P.O. Box 56, Los Ojos NM 87551 |
| Gloria C. Valdez | CHRB-003-0010 | P.O. Box 56, Los Ojos NM 87551 |
| Theresa Valdez | CHRB-003-0010 | P.O. Box 56, Los Ojos NM 87551 |
| Dolores L. Maez | CHRB-006-0032 | P.O. Box 144, Abiquiu NM 87510 |
| Emery Maez | CHRB-006-0032 | P.O. Box 144, Abiquiu NM 87510 |