# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, ) ) ) Plaintiff, ) ) v. ) ) ROMAN ARAGON, *et al.*, ) ) Defendants. ) | 02 APR 24 AM 10: 30<br><br>69cv07941 JEC-ACE<br>CLERK-SANTA FE<br><br>RIO CHAMA STEAM SYSTEM<br><br>Chama Mainstream Section |

## WATERMASTER ORDER

To:  Mr. Fred Vigil, President
    Commissioners of Acequia del Rio de Chama
    P.O. Box 687
    Mendanales, New Mexico 87548

WHEREAS THE COMMISSIONERS of the Acequia del Rio de Chama have allowed the removal of the official measurement station for the diversion from the Rio Chama that supplies water for irrigation for this community acequia, and

WHEREAS BY PREVIOUS DECREE of the United States District Court, filed July 21, 1971, (Docket No. 1778) and by the Watermaster's Rules and Regulations, Article 7 Section 2, filed May 30, 1972 (Docket Nos. 1949-50), it is the responsibility of the commissioners of the acequia to replace the measurement device with the greatest possible speed, IT IS THEREFORE ORDERED that the Commissioners of the Acequia del Rio de Chama replace the measurement station with the greatest possible speed, that this work be is to be done to the specifications and satisfaction of the Rio Chama Watermaster, and that the Commissioners of the Acequia del Rio de Chama file a written report of the progress of this project on the first working day of each month at the Office of the Rio Chama

1

Watermaster in Santa Fe, New Mexico until the replacement project is completed and approved. Further, until the measurement station is replaced, the rate of diversion for the Acequia del Rio de Chama shall not exceed the interim point established in the field on April 18, 2002, said point marking the maximum allowable level of flow for the acequia.

*[signature]*
Stermon M. Wells
Rio Chama Watermaster
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-6150
(505) 827-6129

    I certify that I mailed a true and correct copy of the above Watermaster Order to the Commissioners of the Acequia del Rio de Chama at the following address, Mr. Fred Vigil, P.O. Box 687, Medanales NM 87548, on April 24th, 2002.

*[signature]*
Stermon M. Wells

2