IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron/Plaza
Blanca, Cañones Creek, Village of
Chama

ORDER CORRECTING DEFENDANTS' NAMES

This is before the Court upon State of New Mexico's April 24, 2002 (Docket No. 6663) Motion to Correct Defendant's [sic] Names. The Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants listed below should be and hereby are corrected as follows:

| From | To | Subfile No. |
|---|---|---|
| Juantia M. Eturriaga | Juanita M. Eturriaga | CHTA-003-0004 |
| Jose Sanchez Dubois | Josie Sanchez Dubois | CHTA-003-0015 |
| Magdelene Sanchez | Magdalene Sanchez | CHTA-003-0015 |
| Leo S. Rodella | Leo E. Rodella | CHTA-003-0024 |
| Rudolf A. Chavez | Rudolph A. Chavez | CHRB-009-0023 |
| Brazos Water Coop., Inc. | Brazos Mutual Domestic Water Consumers Association, Inc. | CHRB-001-0002 |
| Maria F. Gallegos Delgado | Maria F. Gallegos | CHRB-004-0016 |

| | | |
|---|---|---|
| Quintana Trust | Delfin O. and Francis Quintana Trust | CHRB-007-0028 |
| Marie Gomez | Maria Elena Gomez | CHRB-004-0005 |
| Ted Gonzalez | Theodore Gonzales | CHRB-004-0005 |
| Lola Torrez | Dolores Torrez | CHRB-007-0032 |
| Orlando Cordova | Orlando M. Cordova | CHRB-006-0006 |
| Clarence Andrews | J. Lance Andrews | CHRB-004-0048 |
| Ansencion "Chon" La Brier | Acencion LaBrier | CHRB-004-0056, 006-0013 |
| Manning Marquez | Rose Ellen Marquez Manning | CHRB-004-0047 |
| Elviria Abeyta | Elviria S. Abeyta | CHRB-003-0018 |
| Audry Eaton | Audrey M. Eaton | CHRB-007-0036, 007-0037 |
| Hickey Eaton | Lisa H. Eaton | CHRB-007-0036 |
| Eugene Foote | Eugene B. Foote | CHRB-004-0006 |
| Frutosa Duran | Frutosa D. Fresquez | CHRB-006-0011 |
| Felix Gallegos | Felix R. Gallegos | CHRB-007-0023 |
| Mariano Manzanares | Mariano S. Manzanares | CHRB-009-0005 |
| Ruben Manzanares | Ruben Manzanares, Jr. | CHRB-009-0018 |
| Max Martinez | Max A. Martinez | CHRB-007-0050 |
| Mrs. Rosina Martinez | Rosina Martinez | CHRB-009-0016 |
| Rufina G. Sandoval | Rufina L. Sandoval | CHRB-006-0017 |
| Fernando Trujillo | Fernando Trujillo III | CHRB-006-0029, 007-0007 |

| | | |
|---|---|---|
| Carlos Romero, Jr. | Carlos J. Romero, Jr. | CHRB-005-0018 |
| Teo Abeyta | Teodoro E. Abeyta | CHRB-007-0020 |
| Vangie Cordova | Vangie Cordova Herrea | CHRB-006-0022 |
| Vangie A. Herrea | Vangie Cordova Herrea | CHRB-006-0021 |

/electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN