# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| **Ramon Aragon,** *et al.*, | |
| Defendants. | Subfile No. CHCJ -003-0020 |

## ORDER SETTING ASIDE ENTRY OF DEFAULT

This matter is before the Court upon the State of New Mexico, *ex rel.* State Engineer's April 24, 2002 motion (Docket No. 6661) for an order to set aside the clerk's January 16, 2002 entry of default (No. 6489) for defendant Josephina G. Salazar.

The Court, being fully advised, finds the motion is well taken and should be granted. It is therefore ordered that the clerk's entry of default for the following defendant is set aside:

Josephina G. Salazar    CHCJ-003-0020.

        /electronic signature/
        JOHN EDWARDS CONWAY
        UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN