IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>Ramon Aragon, *et al.*,<br><br>Defendants. | 02 APR 25 PM 2: 12<br><br>69cv07941 JEC-ACE<br>CLERK-SANTA FE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek<br><br>Subfile No. CHCJ-003-0029 |

## MOTION TO VACATE CONSENT ORDER IN SUBFILE CHCJ-003-0029 AND FOR LEAVE TO FILE NEW CONSENT ORDER

COMES NOW the Plaintiff, State of New Mexico, *ex rel.* State Engineer, and moves the Court to issue its order vacating the Consent Order filed July 23, 2001, (Docket No. 6293) between Plaintiff State of New Mexico and Defendant HORTANCIA GARCIA in subfile CHCJ-003-0029, and granting leave for the State and Defendant RENEA P. GONZALES to file a new Consent Order in subfile CHCJ-003-0029 concerning Defendant Gonzales' right to use the public waters of the Rio Chama Stream System. As grounds therefore the Plaintiff states:

1. The State and Defendant Garcia signed and approved a Consent Order concerning Defendant Garcia's water rights under Subfile CHCJ-003-0029 based upon a determination, made during preparation of the State's Hydrographic Survey for the Canjilon Creek subsection of the Rio Chama Stream System, that Defendant Garcia owned the land associated with that subfile. In fact, Defendant Garcia transferred that land to Defendant Gonzales on July 6, 1999. Defendant Gonzales recently provided a warranty deed to the hydrographic survey staff that was filed in the Rio Arriba county clerk's office. There is no dispute between Defendant Garcia and Defendant Gonzales concerning Defendant

Gonzales' ownership of the land. As a result of this current information, the State's files were corrected to show that Defendant Gonzales owns the land associated with subfile CHCJ-003-0029.

2.   Counsel for the State has contacted Defendants Garcia and Gonzales concerning the substance of this motion, and Defendants do not oppose vacating the Consent Order filed July 23, 2001, and the entry of a new Consent Order based upon the correct ownership of the land associated with subfile CHCJ-003-0029.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to enter its order vacating the Consent Order filed July 23, 2001, (Docket No. 6293), and granting leave for the State and Defendant Gonzales to file a new Consent Order concerning Defendant Gonzales' right to use the public waters of the Rio Chama Stream System.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

**CERTIFICATE OF SERVICE**

2

I certify that a copy of the foregoing Motion to Vacate Consent Order in Subfile CHCJ-003-0029 and for Leave to File New Consent Order was mailed to the following persons on April 25, 2002.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia

3

N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567