# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| **Ramon Aragon,** *et al.*, | |
| Defendants. | Subfile No. CHCJ-003-0029 |

## ORDER VACATING CONSENT ORDER
## IN SUBFILE CHCJ-003-0029 AND GRANTING LEAVE
## TO FILE NEW CONSENT ORDER

This matter is before the Court upon the motion filed on April 25, 2002, by the plaintiff, State of New Mexico, *ex rel*. State Engineer, for an order to vacate the Consent Order in subfile CHCJ-003-0029 and granting leave to file a new Consent Order in this cause (Docket No. 6671).

The Court, being fully advised, finds the motion is well taken and should be granted.

It is therefore ordered that the Consent Order in subfile CHCJ-003-0029 is vacated and leave is granted to the State and Defendant Renea P. Gonzales to file a new Consent Order concerning Defendant Gonzales' right to use the public waters of the Rio Chama Stream System.

　　　　　　　　　　　　　　　　　　　　　　　　　　/electronic signature/
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN EDWARDS CONWAY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for approval:

　/electronic signature/
SPECIAL MASTER VICKIE L. GABIN