# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

Ramon Aragon, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-002-0031

## ORDER VACATING CONSENT ORDER
## IN SUBFILE CHCJ-002-0031 AND GRANTING LEAVE
## TO FILE NEW CONSENT ORDER

    This matter is before the Court upon the motion filed on April 26, 2002, by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order to vacate the Consent Order in subfile CHCJ-002-0031 and granting leave to file a new Consent Order in this cause (Docket No. 6667).

    The Court, being fully advised, finds the motion is well taken and should be granted.

    It is therefore ordered that the Consent Order in subfile CHCJ-002-0031 is vacated and leave is granted to the State and Defendants Paul R. Baca and Amalia M. Baca to file a new Consent Order concerning the Bacas' right to use the public waters of the Rio Chama Stream System.

                                                /electronic signature/
                                        JOHN EDWARDS CONWAY
                                UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN