## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

v.

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-001-0002**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOC. INC.**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing

    below, the State and the Defendant(s) have approved and accepted the elements of

    Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

**APR 1 0 2002**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6675

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Brazos, Section 7, is set forth below:

### A. <u>DOMESTIC & SANITATION (Groundwater & Surface Water Combined):</u>

**Office of the State Engineer Files No(s):** RG-24272 ET AL.

**Priority:**  Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** RG-24272: Shallow Groundwater.

RG-24272-S-2: Shallow Groundwater.

RG-24272-S INFILTRATION GALLERY: Surface water of the Fall's Creek (aka Teed Creek), a tributary of the Rio Brazos, a tributary of the Rio Chama.

**Purpose of Use:**  DOMESTIC, SANITARY AND RELATED

**Point of Diversion:**

**Ditch Name:**   RG-24272-S INFILTRATION GALLERY

**Location X:**  1,586,916  feet  **Y:**  2,091,486  feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

| **Well No.:** | RG-24272 | **Location X:**  1,584,253 feet **Y:**  2,090,576 feet |
| **Well No.:** | RG-24272-S-2 | **Location X:**  1,584,818 feet **Y:**  2,090,320 feet |

**Place of Use:**

Members of the Brazos Water Cooperative

**Amount of Water**   Reserved for future determination by court order entered November 26, 2001.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

Section 7, other than those set forth in this order and those other orders entered by this

Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

 IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

 The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

Consent Order 3 Subfile No.: CHRB-001-0002

ACCEPTED: _Jame T. McWilliams_

BRAZOS MUTUAL DOMESTIC WATER
CONSUMERS ASSOC. INC.

ADDRESS: _1521 CERRO VISTA Rd. S.W._
_ALbUQUERQUE, N.M. 87105_

DATE: _08 April 2002_


_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_4.10.02_
Date

Consent Order                    4                    Subfile No.: CHRB-001-0002