IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

ROMAN ARAGON, *et al.,*

      Defendants.

02 MAY -1  AM 10: 46

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-004-0036B**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

JUANITA SALAZAR
SABINO SALAZAR

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System,  Canjilon Creek, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

APR 2 4 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
> **Ditch Name:**  EL LLANO DITCH
> **Location X:**  1,593,223  feet  **Y:**  2,003,235  feet
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
> Section 20, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. NW¼ | 0.3 acres |
| Total | 0.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-004-0036B.

**Amount of Water:**  Reserved for future determination by court order entered July 25, 2000.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon

Creek, Section 3, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek,

Section 3, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Canjilon Creek, Section 3,  are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon

Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders

of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

Consent Order                            3                        Subfile No.: CHCJ-004-0036B

ACCEPTED: _Juanita Salazar_          ACCEPTED: _Sabino Salazar_
     JUANITA SALAZAR                          SABINO SALAZAR

ADDRESS: _PO Box 435_                ADDRESS: _PO Box 435_
    _Canjilon NM_                                 _Canjilon NM_
    _87575_                                        _87575_

DATE: _4-15-02_                      DATE: _4-15-02_


_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_4.24.02_

Date


**RECEIVED**

**APR 2 4 2002**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION


Consent Order                    4                    Subfile No.: CHCJ-004-0036B