# UNITED STATE DISTRICT COURT
# DISTRICT OF NEW MEXICO

DATE: April 27, 2002                    TIME: 10:30 a.m.

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:   ( ) Senior Judge E.L. Mechem
                  (X) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: NM v ARAGON, 69cv07941-JEC-ACE

Rio Chama Adjudication - Sec 5

COUNSEL:

SEE ATTACHED LIST

NOTES: Notice and Order #6602 filed April 8, 2002 scheduled this pretrial conference for Saturday, April 27, 2002 at Coronado High School in Gallina, NM. Matters discussed included:

1) Proposed trial plan covering admission of evidence, order of presentation and sequence of issues and evidence, and stipulations or challenges to water rights claimants' expert witnesses and evidence

2) Review of water rights claimants' evidence intended for introduction at trial and discussion of presentation of claimants' cases

COURT REPORTER: NONE

6698

**DISTRIBUTION LIST**
**State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941 - JEC**
**Rio Chama Adjudication - Section 5: Rio Gallina**
**November 21, 2001**

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM 87529

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Wilfred Rael
P.O. Box 603
Questa, NM 87556