**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF NEW MEXICO**

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 MAY -6 PM 2:58

**STATE OF NEW MEXICO, *ex rel.***
**State Engineer**

**Plaintiff,**

**v.**

**RAMON ARAGON, *et al.*,**

**Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

**CERTIFICATE OF SERVICE**

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer by and through his attorneys and certifies that a true and correct copy of the Prehearing Order for Litigation of Remaining Individual Subfiles and Water Rights Claims in Section 5 of the Rio Chama Stream System (Docket No. 6699) filed May 3, 2002, was mailed to the following persons on May 6, 2002.

**GROUP "A" DEFENDANTS**

1. CHGA-001-0018 Wille A. Suazo
HC 78, Box 15
Gallina, NM 87017

2. CHGA-002-0027B Gabriel Maestas, Jr., Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

3. CHGA-002-0042 Vincente Jacquez
c/o Mary Espinosa
P.O. Box 164
Gallina, NM 87013

6700

4. CHGA-00-0029 Vivian Salazar
1118 Calle la Resolana
Santa Fe, NM 87505-5115

5. CHGA-002-0048 Sam Chavez, Aurelia Chavez
P.O. Box 115
Gallina, NM 87017

6. CHGA-003-0001A Eugenio Sanchez Estate
c/o Corine Jacquez Gonzales
843 Old Santa Fe Trail
Santa Fe, NM 87501

7. CHGA-003-0003A, CHGA-003-0003B, CHGA-003-0003C, CHGA-003-0003D, CHGA-003-0004A, CHGA-003-0004B, CHGA-003-0005

Faye Davis
P.O. Box 170
Gallina, NM 87017

8. CHGA-003-0007 Juan C. Chavez, Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Jose P. Chavez, Piedad Chavez
506 Old Hospital Road
Espanola, NM 87532

9. CHGA-003-00018 Arcelia Chacon, Cosme L. Chacon
P.O. Box 43
Gallina, NM 87017

10. CHGA-003-0019 Jose Z. Chacon, Lucinda Chacon
P.O. Box 58
Gallina, NM 87017

11. CHGA-003-0030 Herman Jacquez, Alvin N. Jacquez
P.O. Box 27
Gallina, NM 87017

12. CHGA-004-0001A Helen Vigil
P.O. Box 234
El Rito, NM 87530

Linda Vigil
P.O. Box Wynview Ct. NW
Albuquerque, NM 87120

Olivia Vigil
P.O. Box 592
Espanola, NM 87532

13. CHGA-004-0002 Tommy F. Chacon
P.O. Box 106
Gallina, NM 87017

**GROUP "B" DEFENDANTS** ("Omitted Claims")

1. OMC-016 Faye Davis
P.O. Box 170
Gallina, NM 87017

2. OMC-029 Eli Maestas
P.O. Box 2025
Kirtland, NM 87417

3. OMC-031 Francis Chavez, Leo Chavez
P.O. Box 711
Cuba, NM 87013

4. OMC-032 Onofre Sanchez, Tomas Sanchez
P.O. Box 44
Gallina, NM 87017

5. OMC-033 Julian Vigil, Mary Vigil, Robert Vigil
P.O. Box 108
Gallina, NM 87017

6. OMC-034 Abram Cordova
P.O. Box 91
Gallina, NM 87017

7. OMC-039 Estate of Eduvigen Serrano
c/o Geraldine Serrano Lopez
P.O. Box 575
Santa Cruz, NM 87567

8. OMC-042 Martha Cordova
P.O. Box 570
Gallina, NM 87017

9. OMC-047 Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

DATED: May 3, 2002

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

**CERTIFICATE OF SERVICE**

I certify that a copy of this Certificate of Service mailed to the following persons on May 6, 2002.

Edward G. Newville

**DISTRIBUTION LIST -- RIO GALLINA SECTION**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM, Suite 270
333 Lomas Blvd. NW

Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive., S.W.
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501