IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT

02 MAY -7 PM 2: 25

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer, | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM |
| Plaintiff, | |
| v. | Section 7: Rito de Tierra Amarilla and Rio Brazos |
| RAMON ARAGON, *et al.*, | Subfile No. CHTA-003-0027, CHRB-001-0001, CHRB-001-0002, CHRB-003-0018, CHRB-003-0021 |
| Defendants. | CHRB-005-0001, CHRB-005-0018, CHRB-005-0028, CHRB-006-0001, CHRB-006-0033, CHRB-006-0043, CHRB-007-0007, CHRB-007-0010, CHRB-007-0023, CHRB-007-0050, CHRB-007-0052, CHRB-009-0016 Chrb-009-0023 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 7th day of May, 2002:

Subfile No. CHTA-003-0027
Docket No. 6681
Gail Garcia
Michael S. Garcia
HC 75 Box 126
Tierra Amarilla, NM 87575

Subfile No. CHRB-001-0001
Docket No. 6682
Corkin's Lodge
Thomas Melk, Manager/Owner
216 W. Chicago Avenue
Chicago, IL 60610

Subfile No. CHRB-001-0002
Docket No. 6675
Brazos Mutual Domestic Water
 Consumers Assn.
c/o James T. McWilliams
1524 Cerro Vista Rd., S.W.
Albuquerque, NM 87105

Subfile No. CHRB-003-0018
Docket No. 6683
Elviria S. Abeyta
Jose M. Abeyta
P.O. Box 102
Los Ojos, NM 87551

6702

Subfile No. CHRB-003-0021
Docket No. 6684
Ruby Abeyta
Box 121
Los Ojos, NM  87551

Subfile No. CHRB-005-0001
Docket No. 6685
Thomas Gaylor
P.O. Box 835
Tierra Amarilla, NM  87575

Subfile No. CHRB-005-0018
Docket No. 6686
Carlos J. Romero, Jr.
2120 Sheraton Drive
Santa Clara, CA  95050

Subfile No. CHRB-005-0028
Docket No. 6687
Howard M. Sleeper Estate
5616 Flint Court, NW
Albuquerque, NM  87120

Subfile No. CHRB-006-0001
Docket No. 6688
Howard M. Sleeper Estate
5616 Flint Court, NW
Albuquerque, NM  87120

Subfile No. CHRB-006-0033
Docket No. 6689
Richard I. Gallegos
P.O. Box 275
5th & Pine Street
Chama, NM  87520

Subfile No. CHRB-006-0033
Docket No. 6689
Jose I. Rivera
10100 Sabin Drive
Manassas, VA  20109

Subfile No. CHRB-006-0033
Docket No. 6689
Praxedes Rivera
Box 74
Los Ojos, NM  87551

Subfile No. CHRB-006-0043
Docket No. 6690
Cecil L. Cox
P.O. Box 10
Los Ojos, NM  87551

Subfile No. CHRB-007-0007
Docket No. 6691
Fernando Trujillo III
P.O. Box 13
Los Ojos, NM  87551

Subfile No. CHRB-007-0010
Docket No. 6692
Casados Family Trust
c/o Julia Casados
P.O. Box 55
Espanola, NM  87532

Subfile No. CHRB-007-0023
Docket No. 6693
Felix R. Gallegos
Leontina Gallegos
Gallegos Family Trust
502 Pine Avenue
P.O. Box 275
Chama, NM  87520

Subfile No. CHRB-007-0050
Docket No.6694
Max A. Martinez
P.O. Box 145
County Rd. 415
Gallina, NM  87017

2

<u>Subfile No. CHRB-007-0052</u>
Docket No. 6695
Chris H. Martinez
Hazel T. Sanchez
1549 Peyton Road
Los Lunas, NM 87031

<u>Subfile No. CHRB-009-0023</u>
Docket No. 6697
Rudolph A. Chavez
P.O. Box 89
Corrales, NM 87048

<u>Subfile No. CHRB-009-0016</u>
Docket No. 6696
Rosina Martinez
1671 E. Kingsley Avenue #B
Pamona, CA 91767-5354

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-027

A copy of this Certificate of Service was mailed to the following on the 7th day of May, 2002:

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

3

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
500 Marquette, NW, Ste. 1050
Albuquerque, NM 87102

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Tessa T. Davidson
Swaim, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Respectfully Submitted,


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887