IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Rio Cebolla & Canjillon Creek<br><br>Subfile Nos: CHCB-002-0010, CHCJ-003-0029, CHCJ-004-0022, CHCJ-004-0023, CHCJ-003-0031 CHCJ-004-0036B |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 7th day of May, 2002:

Subfile No. CHCB-002-0010
Docket No. 6676
Alfonso G. Sanchez
Cecilia Sanchez
2853 Calle Princesa Juana
Santa Fe, NM  87507

Subfile No. CHCJ-003-0029
Docket No. 6674
Renea P. Gonzales
9724 Indian School Road, N.E.
Albuquerque, NM  87112

Subfile No. CHCJ-004-0022
Docket No. 6678
Phoebe M. Romero
P.O. Box 582
Canjilon, NM  87515

Subfile No. CHCJ-004-0023
Docket No. 6679
Eduvigen Martinez
P.O. Box 582
Canjilon, NM  87515

Subfile No. CHCJ-003-0031
Docket No. 6677
Raymond Jaramillo
176 Mountain View
Monument, CO  80132

Subfile No. CHCJ-004-0036B
Docket No. 6680
Juanita Salazar
Sabino Salazar
P.O. Box 435
Canjilon, NM  87515

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed

to the following on the same date:

    Karla McCall, Data Manager      John W. Utton, Esq.
    1315 Sagebrush Dr., S.W.      P.O. Box 271
    Los Lunas, NM 87031      Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 7th day of May, 2002:

    Vickie Gabin, Special Master      John W. Utton, Esq.
    USDC-DCNM      P.O. Box 271
    P.O. Box 2384      Albuquerque, NM 87103-0271
    Santa Fe, NM 87504-2384

    Fred J. Waltz, Esq.
    Darcy S. Bushnell, Esq.      P.O. Box 6390
    USDC-DCNM      Taos, NM 87571
    333 Lomas Blvd., NW
    Suite 270      Wilfred Gutierrez, Chair
    Albuquerque, NM 87102-2272      NM Acequia Commission
    P.O. Box 190
    Karla McCall, Data Manager      Velarde, NM 87582
    1315 Sagebrush Dr., S.W.
    Los Lunas, NM 87031      Paula Garcia,
    NM Acequia Association
    Bradley S. Bridgewater, Esq.      P.O. Box 1229
    David W. Gehlert, Esq.      Santa Cruz, NM 8756
    USDOJ-ENRD
    999 Eighteenth Street, Suite 945
    Denver, CO 80202

    Respectfully submitted,

    _____
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of the State Engineer
    Water Rights Protection & Adjudication Program
    P.O. Box 25102
    Santa Fe, New Mexico 87504-5102
    Tele: (505) 827-6150
    Fax: (505) 827-3887