IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.*, | Chama Mainstream Section |
| Defendants. | |

## ORDER TO SHOW CAUSE

This matter came before the Court upon the Motion to Show Cause filed May 15, 2002, (Docket No. 6705) of the Plaintiff, the State of New Mexico on the relation of the State Engineer, requesting the Court to order the Defendant, Acequia del Rio de Chama, and the Commissioners of the Acequia del Rio de Chama, Mr. Fred Vigil, Mr. Carlos Salazar and Mr. Gregorio Salazar, to show cause, if any, why the Court should not find them in civil contempt of this Court's Partial Final Judgment and Decree (Docket No. 1778) entered July 26, 1971, the Watermaster's Rules and Regulations (Docket Nos. 1949-50) approved by the Court on May 30, 1972, and the Watermaster Order (Docket No. 6665) issued April 24, 2002.  The Court having examined the motion finds good cause exists for the issuance of this order.

**IT IS THEREFORE ORDERED** that the Acequia del Rio de Chama, and its Commissioners, Fred Vigil, Carlos Salazar and Gregorio Salazar, be, and hereby are, ordered to show cause why the Court should not find them in civil contempt of this Court's Partial Final Judgment and Decree entered July 26, 1971, the Watermaster's Rules and Regulations approved by the Court on

May 30, 1972, and the Watermaster Order issued April 24, 2002.

**This will be heard at 10:00 a.m. on May 30, 2002, in Judge Vazquez' Courtroom, Federal Courthouse, South Federal Place, Santa Fe, New Mexico, before the Honorable John Edwards Conway, Senior United States District Judge.**

This order, together with the motion on which it is based, shall be served on the Acequia del Rio de Chama, and its Commissioners, Fred Vigil, Carlos Salazar and Gregorio Salazar, on or before the 22nd day of May, 2002.

_____
SENIOR UNITED STATES DISTRICT JUDGE