IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO**, *ex rel.* **State Engineer** | 02 MAY 17 PM 2 |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 7: Rutheron & Plaza Blanca |
| **RAMON ARAGON**, *et al.*, | |
| Defendants. | |

## NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2. The persons or entities listed in Exhibit A are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 7 of the Rio Chama

6707

Stream System.

DATED: May 16, 2002

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on May ___17th___, 2002.

*Ed*

Edward G. Newville

RIO CHAMA SECTION 7
DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

2

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

## Attachment A

| | |
|---|---|
| AGUILAR, CRUZ | P.O. BOX 15 LOS OJOS, NM 87551 |
| AGUILAR, GREGORITA | P.O. BOX 15 LOS OJOS, NM 87551 |
| ARREGUIN, OLGA | 1808 ALGODONES COURT, NE ALBUQUERQUE, NM 87112 |
| ARREGUIN, ROBERT | 1808 ALGODONES COURT, NE ALBUQUERQUE, NM 87112 |
| BEACH, DAVID C. | P.O. BOX 864 CHAMA, NM 87520 |
| BEACH, DONALD S. | HC 75, BOX 1055 RUTHERON, NM 87551 |
| BEACH, FLORENCE E. | HC 75, BOX 1055 RUTHERON, NM 87551 |
| BEACH, SAMUEL L. | P.O. BOX 01 RUTHERON, NM 87563 |
| BEACH, TRUST, CHARLES R. & LEATRICE H. | P.O. BOX 1541 BLOOMFIELD, NM 87413 |
| BLANTON, TRUST, MARSHALL J. & DOROTHY T. | P.O. BOX 70 AZTEC, NM 87410 |
| BOLTON, VERNON D. | P.O. BOX 6273 MESA, AZ 85216 |
| BROOKS, JAMES R. | 83 OLD STONE MILL ROAD MARIETTA, GA 30067 |
| BROOKS, SUSAN S. | 83 OLD STONE MILL ROAD MARIETTA, GA 30067 |
| CAIRD, BRUCE & MARY TRUST | 2425 SAN PEDRO NE ALBUQUERQUE, NM 87110 |
| CAIRD, MARY | 2425 SAN PEDRO NE ALBUQUERQUE, NM 87110 |
| CARDENAS, TONY | 1116 11TH STREET RIO RANCHO, NM 87124 |
| CHRISTIANSEN, GENE M. | HC 75, BOX 1152 LOS OJOS, NM 87551 |
| COORS, HENRY G. | 163 RAINBOW DRIVE, NO. 6313 LIVINGSTON, TX 773991063 |
| COPE, BETHANY S. | HC 75, BOX 1200 RUTHERON, NM 87551 |
| CORDOVA, TINA | 7518 2ND STREET, NW ALBUQUERQUE, NM 87107 |
| DEMILL, LINDA | P.O. BOX 31 ONTONSOON, MI 49953 |
| DEVERS, JERROLL L. | HC 75, BOX 1175 RUTHERON, NM 87551 |
| DEVERS, SHARON | HC 75, BOX 1175 RUTHERON, NM 87551 |
| DILLAWAY, DEBRA | 3905 WEST 48TH STREET EDINA, MN 55424 |
| EASTSIDE GROUP, LTD | 12377 MERIT DRIVE - SUITE 480 DALLAS, TX 75251 |
| ELLIOTT, GEORGE | 14955 DAKOTA ROAD APPLE VALLEY, CA 92307 |
| ELLIOTT, KAREN | 14955 DAKOTA ROAD APPLE VALLEY, CA 92307 |
| FERNANDEZ, BARBARA C. | 5733 CHAPARRAL COURT, NW ALBUQUERQUE, NM 87114 |
| FERNANDEZ, MIGUEL M. | 5733 CHAPARRAL COURT, NW ALBUQUERQUE, NM 87114 |
| GARCIA, DESI | 1116 11TH STREET RIO RANCHO, NM 87124 |
| GARCIA, YVONNE | 1116 11TH STREET RIO RANCHO, NM 87124 |
| GOINS, STELLA | 12230 CEDAR RIDGE, NE ALBUQUERQUE, NM 87112 |
| GROVES, KENNETH L. | HC 75, BOX 1200 RUTHERON, NM 87551 |
| HERNANDEZ, CLAUDIA | P.O. BOX 149 LOS OJOS, NM 87551 |
| HERNANDEZ, TOMMY | P.O. BOX 149 LOS OJOS, NM 87551 |
| HORN, WILLIAM | HC 75, BOX 1007 RUTHERON, NM 87551 |
| INHOFF, PAMELA B. | P.O. BOX 6273 MESA, AZ 85216 |
| KEMPER, KRYAN | 303 PORTILLO LOS ALAMOS, NM 87544 |

## Attachment A

| | |
|---|---|
| KEMPER, TRUDY | 303 PORTILLO LOS ALAMOS, NM 87544 |
| KURT, CALVIN | HC 75, BOX 1305 RUTHERON, NM 87551 |
| KUYKENDALL, HERSHEL P. | 215 H. AVENUE LAWTON, OK 73501 |
| LOPEZ, ANAMARIA U. | P.O. BOX 14 LOS OJOS, NM 87551 |
| LOPEZ, NICOLAS | P.O. BOX 14 LOS OJOS, NM 87551 |
| LOPEZ, NOBERT C. | 120 RANCHITOS ROAD, NW ALBUQUERQUE, NM 87114 |
| MAC ANDREW, KATHRYN E. | 1604 11TH AVENUE SOUTH #101 SEATTLE, WA 98134 |
| MAC ANDREW, PAUL R. | 1604 11TH AVENUE SOUTH #101 SEATTLE, WA 98134 |
| MAESTAS, BEN T. | P.O. BOX 933 ESPANOLA, NM 87532 |
| MAESTAS, LUCY | P.O. BOX 933 ESPANOLA, NM 87532 |
| MANZANARES, FERMIN P. | 6304 SUMMERWOOD N.W. ALBUQUERQUE, NM 87120 |
| MANZANARES, MARIA C. | 6304 SUMMERWOOD N.W. ALBUQUERQUE, NM 87120 |
| MANZANARES, MARIANO | LA PUENTE ROUTE TIERRA AMARILLA, NM 87575 |
| MANZANARES, MARY LEAH | LA PUENTE ROUTE TIERRA AMARILLA, NM 87575 |
| MANZANARES, RUBEN JR. | LA PUENTE ROUTE TIERRA AMARILLA, NM 87575 |
| MANZANARES, SIMON CARLOS | 6304 SUMMERWOOD N.W. ALBUQUERQUE, NM 87120 |
| MARQUEZ, ARTHUR M. | P.O. BOX 63015 ESPANOLA, NM 87532 |
| MARQUEZ, RUBY H. | P.O. BOX 63015 ESPANOLA, NM 87532 |
| MARTINEZ, TRUST | 200 ROMANS LANE BLOOMFIELD, NM 87413 |
| MARTINEZ, CATHERINE G. | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| MARTINEZ, DELLA M. | 1506 WELLS LANE BLOOMFIELD, NM 87413 |
| MARTINEZ, JULIO F. | GENERAL DELIVERY TIERRA AMARILLA, NM 87575 |
| MARTINEZ, TONY H. | 1506 WELLS LANE BLOOMFIELD, NM 87413 |
| MARTINEZ, TRUST, ROMAN | 200 ROMANS LANE BLOOMFIELD, NM 87413 |
| MARTINEZ, VIRGINIO R. | HC 75, BOX 1020 RUTHERON, NM 87551 |
| MC GAUGHEY, BRIGIT | 109 SHERWOOD BLVD. LOS ALAMOS, NM 87544 |
| MC GAUGHEY, PATRICK L. | 109 SHERWOOD BLVD. LOS ALAMOS, NM 87544 |
| MELTON, WILLIAM N. | P.O. BOX 171 LOS OJOS, NM 87551 |
| MERCURE, ANTONIA | P.O. BOX 16 RUTHERON, NM 87563 |
| MERCURE, ELIPIO G. | P.O. BOX 104 PARKVIEW, NM 87551 |
| MERCURE, JOSE DE LA LUZ | P.O. BOX 15 RUTHERON, NM 87563 |
| MERCURE, ROSE M. | P.O. BOX 104 PARKVIEW, NM 87551 |
| MINER, HOPE | 23 CUCHILLA DE LUPE PLACITAS, NM 87043 |
| MORRISON REVOCABLE TRUST, | HC 75, BOX 1022 RUTHERON, NM 87551 |
| MORRISON, DELBERT | HC 75, BOX 1022 RUTHERON, NM 87551 |
| MORRISON, MARILYN | HC 75, BOX 1022 RUTHERON, NM 87551 |
| NORM VOGT, INC., | P.O. BOX 488 LIKELY, CA 96116 |
| PAPE, LOUISE W. | P.O. BOX 171 LOS OJOS, NM 87551 |
| PAPE, WILLIAM R. | P.O. BOX 171 LOS OJOS, NM 87551 |

## Attachment A

| | |
|---|---|
| PERALTA, ALFRED Q. | P.O. BOX 4335 TAOS, NM 87571 |
| PERALTA, ELIZABETH T. | P.O. BOX 4335 TAOS, NM 87571 |
| PIUMA, JOSEPH J. | P.O. BOX 100 CHAMA, NM 87520 |
| ROSS FAMILY TRUST, | HC 75, BOX 1024, UNIT B BIN 4 RUTHERON, NM 87551 |
| SABLEMAN, SANDRA | P.O. BOX 22 LINDRITH, NM 87029 |
| SALAZAR, GUMERCINDO P. | LA PUENTE ROUTE TIERRA AMARILLA, NM 87575 |
| SERRANO, BERNARDO | P.P. BOX 555 CHAMA, NM 87520 |
| SERRANO, DORIS | P.P. BOX 555 CHAMA, NM 87520 |
| SHROYER, EDNA F. | P.O. BOX 23 RUTHERON, NM 87563 |
| SHROYER, REX A. | P.O. BOX 23 RUTHERON, NM 87563 |
| SMITH REVOCABLE TRUST, | 17974 W. DAWN DRIVE SURPRISE, AZ 85374 |
| THE KATCHINA TRUST, | P.O. BOX 1764 PINEDALE, WY 82941 |
| TORREZ, PEDRO & ROSE TRUST | NO. 3, ROAD 5803 FARMINGTON, NM 87401 |
| ULIBARRI, FRANK S. | P.O. BOX 30 RUTHERON, NM 87563 |
| ULIBARRI, HEIRS OF JOSE VIDAL | P.O. BOX 581 CHAMA, NM 87520 |
| ULIBARRI, JANELLE | 305 ARAGON AVENUE WHITE ROCK, NM 87544 |
| ULIBARRI, LOUISA | P.O. BOX 51 LOS OJOS, NM 87551 |
| ULIBARRI, MARLA C. | P.O. BOX 25 LOS OJOS, NM 87551 |
| ULIBARRI, MIKE | 305 ARAGON AVENUE WHITE ROCK, NM 87544 |
| ULIBARRI, OCTAVIANO R. | P.O. BOX 51 LOS OJOS, NM 87551 |
| ULIBARRI, PEDRO A. JR. | 8269 RACE STREET DENVER, CO 80229 |
| ULIBARRI, PEDRO J. | 8269 RACE STREET DENVER, CO 80229 |
| ULIBARRI, RICHARD P. | P.O. BOX 25 LOS OJOS, NM 87551 |
| ULIBARRI, ROBERTO | 76 B CR 4903 BLOOMFIELD, NM 87413 |
| ULIBARRI, UDILIA | 8269 RACE STREET DENVER, CO 80229 |
| VALDEZ, DANIEL E. | P.O. BOX 83 LUMBERTON, NM 87547 |
| VALDEZ, JOHNNY | P.O. BOX 11 RUTHERON, NM 87563 |
| VALDEZ, ROSITA L. | P.O. BOX 83 LUMBERTON, NM 87547 |
| WATER CONSUMERS ASSOC., RUTHERON MUTUAL DOMESTIC | P.O. BOX 204 LOS OJOS, NM 87520 |
| WATER CONSUMERS ASSOC., RUTHERON MUTUAL DOMESTIC | P.O. BOX 204 LOS OJOS, NM 87520 |
| WILLIAM HORN & ASSOCIATES, | 1738 CAMINO REDONDO LOS ALAMOS, NM 87544 |