IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 02 MAY 21 AM 9: 12<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Canjilon Creek, Section 3 |

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Canjilon Creek, Section 3 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| GONZALES, RENEA P. | CHCJ-003-0029 |
| JARAMILLO, RAYMOND | CHCJ-003-0031 |
| MARTINEZ, ANGELINA G | CHCJ-004-0033 |
| SALAZAR, JUANITA | CHCJ-004-0036B |
| | CHCJ-003-0033B |
| SALAZAR, SABINO | CHCJ-004-0036B |
| SOBERANEZ, MIKE | CHCJ-003-0016 |

6708

BRADLEY S. BRIDGEWATER, ESQ.
USDOJ-ENRD
999 18TH ST. SUITE 945 N
DENVER, CO 80202

DARCY S. BUSHNELL, ESQ.
ADJUDICATION STAFF ATTORNEY
USDC-DCNM
333 LOMAS BLVD. NW. SUITE 270
ALBUQUERQUE, NM 87102-2272

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE, NM 87504-2384

PAULA GARCIA
NM ACEQUIA ASSOCIATION
P.O. BOX 1229
SANTA CRUZ, NM 87567

DAVID W. GEHLERT, ESQ.
USDOJ-ENRD
999 18th STREET, SUITE 945 N
DENVER, CO 80202

WILFRED GUTIERREZ, CHAIRMAN
NM ACEQUIA ASSOCIATION
P.O. BOX 190
VELARDE, NM 87582

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

JOHN UTTON, ESQ.
SHEEHAN, SHEEHAN & STELZNER
P. O. BOX 271
ALBUQUERQUE, NM 87103-0271