IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

02 MAY 21 AM 9: 12

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rito de Tierra Amarilla, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rito de Tierra Amarilla, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| ARAGON, ANDREW | CHTA-003-0039B |
| ARAGON, DORA L. | CHTA-003-0039B |
| GARCIA, GAIL | CHTA-003-0027 |
| GARCIA, MICHAEL S | CHTA-003-0027 |
| KISER, JOSEPHINE U. | CHTA-004-0005B |

6709

Respectfully submitted

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on **21** day of **May**, 2002.

*EGN*

Edward G. Newville

BRADLEY S. BRIDGEWATER, ESQ.
USDOJ-ENRD
999 18TH ST. SUITE 945 N
DENVER, CO 80202

REBECCA DEMPSEY, ESQ.
JOHN F. MCCARTHY JR., ESQ.
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
SANTA FE, NM 87504-0787

DAVID W. GEHLERT, ESQ.
USDOJ-ENRD
999 18th STREET, SUITE 945 N
DENVER, CO 80202

PIERRE LEVY, ESQ.
DANIEL J. O'FRIEL, LTD.
P.O. BOX 2084
SANTA FE, NM 87504-2084

BENJAMIN PHILLIPS, ESQ.
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

JOHN UTTON, ESQ.
SHEEHAN, SHEEHAN & STELZNER
P.O. BOX 271
ALBUQUERQUE, NM 87103-0271

DARCY S. BUSHNELL, ESQ.
ADJUDICATION STAFF ATTORNEY
USDC-DCNM
333 LOMAS BLVD. NW, SUITE 270
ALBUQUERQUE, NM 87102-2272

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE, NM 87504-2384

WILFRED GUTIERREZ, CHAIRMAN
NM ACEQUIA ASSOCIATION
P.O. BOX 190
VELARDE, NM 87582

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

MARCUS J. RAEL, ESQ.
3208 VISTA MARAVILLOSA NW
ALBUQUERQUE, NM 87120

TESSA DAVIDSON, ESQ.
4830 JUAN TABO NE, SUITE F
ALBUQUERQUE, NM 87111

PAULA GARCIA
NM ACEQUIA ASSOCIATION
P.O. BOX 1229
SANTA CRUZ, NM 87567

SUSAN G. JORDAN
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH
200 WEST DEVARGAS
SUITE 9
SANTA FE, NM 87501

EDWARD G. NEWVILLE, ESQ.
SPECIAL ASSISTANT ATTORNEY
GENERAL
OFFICE OF THE STATE ENGINEER
P.O. BOX 25102
SANTA FE, NM 87504-5102

LESTER K. TAYLOR, ESQ.
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH
500 MARQUETTE AVE., NW, SUITE 150
ALBUQUERQUE, NM 87102