IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
State Engineer,

      Plaintiff,

vs.                                    No. CIV 69-7941 JC/ACE
                                       RIO CHAMA STREAM SYSTEM

RAMON ARAGON, et al.,

                                       Chama Mainstream Section

      Defendants.

## AMENDED NOTICE OF SETTING

**BY DIRECTION OF THE HONORABLE JOHN EDWARDS CONWAY,** the above-entitled cause of action is scheduled for an Order to Show Cause hearing on **Thursday, May 30, 2002 at 10:00 a.m. in Santa Fe.**

## THE TIME OF THE HEARING IS CHANGED TO 8:30 a.m.

---

      Inquiries regarding this setting should be directed to Lee Jones, Administrative Assistant to Judge Conway, at (505) 348-2201.

      A copy of this notice was sent electronically or mailed to all counsel of record on the Court's docket.

      For information concerning the Court's docket, please refer to the court calendar at **www.nmcourt.fed.us/dcdocs**.

                                                             ROBERT M. MARCH, Clerk of Court