IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

v.

RAMON ARAGON, *et al.,*

      Defendants.

02 MAY 29 PM 1:26

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

NOTICE OF FILING OF STIPULATION
BY PLAINTIFF STATE OF NEW MEXICO AND
DEFENDANT ACEQUIA DEL RIO DE CHAMA

COMES NOW Plaintiff State of New Mexico *ex rel.* State Engineer and gives notice of the

filing of the Stipulation by Plaintiff State of New Mexico and Defendant Acequia del Rio de Chama

in connection with the Order to Show Cause (Docket No. 6707) filed May 17, 2002. The Stipulation

is attached hereto as Exhibit A.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

6 713

## CERTIFICATE OF SERVICE

I certify that copies of the Notice of Filing the Stipulation by Plaintiff State of New Mexico and Defendant Acequia del Rio de Chama were mailed to the following persons on May __29__, 2002.

_____
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave. S.W., Rm. 4017
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

3

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501

4

Tessa T. Davidson, Esq.
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

### STIPULATION BY PLAINTIFF STATE OF NEW MEXICO
### AND DEFENDANT ACEQUIA DEL RIO DE CHAMA

    The State of New Mexico, *ex rel.* the State Engineer, Thomas C. Turney, through his counsel, and the Acequia del Rio de Chama, and its commissioners, enter into this Stipulation as follows:

    1.    The established maximum rate of flow at the measuring device for the Acequia del Rio de Chama is 11 cubic feet per second (cfs).  Between April 4, 2002 and Noon May 21, 2002, the Acequia del Rio de Chama  diverted water from the Rio Chama at the approximate rate of 20.8 cfs. The Rio Chama Watermaster calculates the total over diversion of water during the above period to be approximately 904 acre feet.  The acequia disputes this amount.

    2.    The diversion of water between April 4, 2002 and Noon May 21, 2002, in excess of the maximum rate established by the Rio Chama Watermaster was in violation of the Partial Final Judgment and Decree entered July 26, 1971, the Watermaster's Rules and Regulations approved by the court on May 30, 1972, and the Watermaster Order issued April 24, 2002.

    3.    The court shall issue an order and continuing injunction against the Acequia del Rio de Chama, and its commissioners, prohibiting diversions in excess of the maximum rate of diversion



EXHIBIT

*A*

established by the Rio Chama Watermaster, and ordering the acequia and its commissioners to maintain a level of flow in the ditch at or below the interim reference point established in the field by the watermaster on April 18, 2002. If the Acequia del Rio de Chama fails to comply with the court's injunction, the acequia and its commissioners may be subject to sanctions, including contempt and fines, in an amount to be determined by the court, for each day it exceeds the maximum rate of diversion established by the watermaster. The mayordomo of the acequia will, however, be allowed to raise the level of flow in the ditch for short periods of time in order to allow irrigation of the 3.42 acre tract of land (subfile 10.9) located near the reference point established on April 18, 2002. Prior to raising the level of flow in the ditch above the reference point, the mayordomo or a ditch commissioner will notify the watermaster when and for how long the level of flow is to be raised. Only the mayordormo of the ditch, and not the landowner, will be allowed to raise the level of flow in the ditch, and only after prior notice to, and the approval of, the watermaster.

4.      The court shall order the Acequia del Rio de Chama, and its commissioners, to replace the official measurement station for the ditch within 30 days of the court order described in paragraph 3.

5.      The court shall order the Acequia del Rio de Chama, and its commissioners, to submit a water diversion plan for the remainder of the 2002 irrigation season, acceptable to the New Mexico State Engineer, that will offset the depletion effect on the Rio Chama of the acequia's over diversion of water between April 4, 2002 and May 21, 2002. The water diversion plan shall be submitted to the State Engineer within 15 days of the court order described in paragraph 3. If the State Engineer and the Acequia del Rio de Chama and its commissioners are unable to reach an agreement on an

2

acceptable water diversion plan within 30 days of the court order described in paragraph 3, the State Engineer shall immediately request a court hearing to resolve the matter.

**IN WITNESS WHEREOF**, the parties have executed this Stipulation and Defendant Acequia del Rio de Chama, a community ditch, has passed a resolution of its board of commissioners approving this stipulation and authorizing its president, Fred Vigil, and its attorney to sign this stipulation binding the acequia to its terms and provisions this ___29___ day of May, 2002.


**STATE OF NEW MEXICO, *ex rel.* STATE ENGINEER**

By: _____
    Edward G. Newville, Esq.
    Special Assistant Attorney General
    Attorney for State of New Mexico, *ex rel.* State Engineer


**ACEQUIA DEL RIO DE CHAMA**

By: _____
    Fred Vigil, Commissioner and President

By: _____
    Carlos Salazar, Commissioner

By: ___unavailable___  FJW
    Gregorio Salazar, Commissioner

By: _____
    Fred Waltz, Esq.
    Attorney for Acequia del Rio de Chama


3