IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

 Plaintiff,

v.

RAMON ARAGON, *et al.*,

 Defendants.

02 JUN -3 PM 2: 35

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-002-0027B

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

We, GABRIEL MAESTAS, JR. and MARY ANN MAESTAS by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-002-0027B which we signed and approved on _5/5/02_ (date) represents the resolution of all claims to water rights under the Answers (6103, 6104) filed with the Court on January 10, 2001.

_____
GABRIEL MAESTAS, JR.

_5/5/02_
date

_____
MARY ANN MAESTAS

_5/5/02_
date

RECEIVED

MAY - 8 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION