IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    **v.**

**Ramon Aragon,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-004-0039

## ORDER CORRECTING DEFENDANT'S NAME

This matter is before the Court upon the June 6, 2002 motion (Docket No.6719) by the plaintiff, State of New Mexico, *ex rel*. State Engineer, for the correction of the name of the defendant identified below in this cause.

The Court, being fully advised, finds the motion to correct the defendant's name is well taken and should be granted.

It is therefore ordered that the name of the defendant associated with the listed subfile is set forth as follows:

    From   Olivia Olguin    to   Livia Olguin    CHCJ-004-0039

                                                    _____
                                                    JOHN EDWARDS CONWAY
                                                    UNITED STATES DISTRICT JUDGE