# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    **v.**

**Ramon Aragon,** *et al.*,

    **Defendants.**

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Section 3: Rio Nutrias, Rio Cebolla**
**& Canjilon Creek**

## ORDER TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the June 6, 2002 motion (Docket No. 6716) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order to join additional parties defendant, including Mike Soberanez, *et al.* in this cause.

The Court, being fully advised, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the persons listed on Exhibit A of the State's June 6, 2002 Motion to Join Additional Parties Defendant are joined as parties defendant to this action. The State shall make the appropriate distribution of this Order.

                                                /electronic signature/
                                       JOHN EDWARDS CONWAY
                                  UNITED STATES DISTRICT JUDGE