# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla<br>& Canjilon Creek |
| Ramon Aragon, *et al.*, | |
| Defendants. | Subfile No. CHCJ-003-0016 |

## ORDER VACATING CONSENT ORDER
## IN SUBFILE CHCJ-003-0016 AND GRANTING LEAVE
## TO FILE NEW CONSENT ORDER

THIS MATTER is before the Court upon the June 6, 2002 motion (Docket No. 6718) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order to vacate the October 16, 2001 Consent Order (No. 6370) for subfile CHCJ-003-0016 and granting leave to file a new Consent Order in this cause.

The Court, being fully advised, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Consent Order in subfile CHCJ-003-0016 is vacated and the Court grants leave for the State and Defendant Mike Soberanez to file a new Consent Order concerning his right to use the public waters of the Rio Chama Stream System.

The State shall make an appropriate distribution of this Order.

                                                     /electronic signature/
                                           JOHN EDWARDS CONWAY
                                    UNITED STATES DISTRICT JUDGE