# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**Ramon Aragon,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-004-0039; 004-0032

## ORDER TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court upon the June 6, 2002 motion (Docket No. 6717) by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order to set aside the Clerk's February 11, 2002 entry of default (No. 6530) for defendants Livia Olguin and Enriques Baca.

The Court, being fully advised, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the clerk's entry of default for the following defendants is set aside:

Livia Olguin    CHCJ-004-0039        Enriques Baca    CHCJ-004-0032.

The State shall make an appropriate distribution of this Order.

                                            /electronic signature/
                                     JOHN EDWARDS CONWAY
                              UNITED STATES DISTRICT JUDGE