**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

F I L E D
at Santa Fe, NM

JUN 1 2 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
69cv07941 JEC-ACE DISTRICT OF NEW MEXICO

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No.: CHGA-03-0030**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

      ALVIN N. JACQUEZ
      HERMAN JACQUEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

**JUN - 4 2002**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6 733

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

        Stream System, Rio Gallina, Section 5, is set forth below:

## A.  NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE

**Priority:** NONE

**Source of Water:** Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

      **Ditch Name:**  Placitas Ditch

      **Location X:** 1,460,847  feet  **Y:**   1,899,475  feet

      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

    Section 17, Township 23N, Range 01E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 1.7  acres |
| Total | 1.7  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-03-0030.

**Amount of Water:** NONE

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Gallina,

        Section 5, other than those set forth in this order and those other orders entered by this

        Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be

enjoined from any use of the surface waters of the Rio Chama Stream System,

Rio Gallina, Section 5, except in strict accordance with the water rights described

herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Gallina, Section 5,  are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System,

Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _Herman Jacquez_          ACCEPTED: _Alvin Jacquez_
          HERMAN JACQUEZ                   ALVIN N. JACQUEZ

ADDRESS: _PO Box 39_          ADDRESS: _PO Box 27_
_Gallina, N.M_          _Gallina NM_
_87017_          _87017_

DATE: _5/31/02_          DATE: _5-31-02_

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_6.4.02_
Date



003-0030
A 1.7 ac.

NR

Placitas Ditch

**Legend**
Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
(F) Fallow
(NR) No Right

Scale
1 inch = 200 feet

100    0    100    200 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA-003-0030
Placitas Ditch
AMENDED Oct. 23, 2001