IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

JUN 1 2 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-003-0019**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**LEROY G. GARCIA
STELLA U. GARCIA**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by

their signatures appearing below, the State and the Defendant(s) have

approved and accepted the elements of Defendant's water rights as set forth

in paragraph 4 herein.

**RECEIVED**

JUN - 5 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



3.     There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

4.     The rights of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rito de Tierra Amarilla, Section 7, are set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s):** 0430

**Priority:** Reserved for future determination by court order entered November 26, 2001

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  TIERRA AMARILLA COMMUNITY DITCH

    **Location X:** 1,557,188  feet  **Y:**  2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 9.2  acres |
| Total | 9.2 acres |

As shown on the 2001 Hydrographic Survey Map CHTA- 3.

**Amount of Water:** Reserved for future determination by court order entered November 26, 2001

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System,

Rito de Tierra Amarilla, Section 7, other than those set forth in this order and those

other orders entered by this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be

       enjoined from any use of the surface waters of the Rio Chama Stream System,

       Rito de Tierra Amarilla, Section 7, except in strict accordance with the water rights

       described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

       any other water right claimant with standing to object prior to the entry of a final decree.


       IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth

herein. The Defendant(s), his or her successors, representatives, heirs and assigns,

are enjoined from any diversion or use of the public surface waters of the

Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance

with the rights set forth herein or in other orders of the Court.

       The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE


Recommended for approval:

_____
SPECIAL MASTER



Consent Order                          3                    Subfile No.: CHTA-003-0019

ACCEPTED: *Stella U. Garcia*          ACCEPTED: *Leroy G. Garcia*
STELLA U. GARCIA                                LEROY G. GARCIA

ADDRESS: P.O. Box 482               ADDRESS: P.O. Box 482
Flora Vista, N. Mex                            Flora Vista, N Mex
87415                                                87415

DATE: 5-21-02                          DATE: 5-21-02

*Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General

6.5.02
Date

Consent Order                    4                Subfile No.: CHTA-003-0019