FILED
at Santa Fe, NM

JUN 1 2 2002

M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-007-0028**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

    **DELFIN O. AND FRANCIS QUINTANA TRUST**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

MAY 1 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



6738

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama
Stream System, Rio Brazos, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered November 26, 2001.

**Source of Water:**  MARTINEZ DITCH: Surface water of a spring, a tributary of the Rio
Chama.
OJITOS DITCH: Surface water of a spring, a tributary of the Rio
Chama.
SPRING NO. 7: Surface water of a spring, a tributary of the Rio Chama.
SPRING NO. 9: Surface water of a spring, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
**Ditch Name:**  MARTINEZ DITCH
**Location X:** 1,546,247  feet  **Y:**  2,086,181  feet
**Ditch Name:**  OJITOS DITCH
**Location X:** 1,546,572  feet  **Y:**  2,087,696  feet
**Ditch Name:**  SPRING NO. 7
**Location X:** 1,546,029  feet  **Y:**  2,086,298  feet
**Ditch Name:**  SPRING NO. 9
**Location X:** 1,545,750  feet  **Y:**  2,085,107  feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Tierra Amarilla Grant                           8.9  acres
                                         Total      8.9  acres
As shown on the  2001 Hydrographic Survey Map CHRB- 7.

**Amount of Water:** Reserved for future determination by court order entered November
26, 2001.

Consent Order                           2                    Subfile No.: CHRB-007-0028

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

Section 7, other than those set forth in this order and those other orders entered by this

Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

7, except in strict accordance with the water rights described herein.


7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Brazos, Section 7,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos,

Section 7, except in strict accordance with the rights set forth herein or in other orders of the

Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

UNITED STATES DISTRICT JUDGE


Consent Order                          3                    Subfile No.: CHRB-007-0028

Recommended for approval:

_Nelie Babin_
SPECIAL MASTER

ACCEPTED: _Delfin O. Quintana_
DELFIN O. AND FRANCIS QUINTANA TRUST

ADDRESS: _P.O. Box 156_
_Otilla, N.M._ 87318

DATE: _4-26-02_

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_5-2-02_
Date

Consent Order                    4                    Subfile No.: CHRB-007-0028