IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| **Plaintiff,** | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla |
| **RAMON ARAGON,** *et al.*, | & Canjilon Creek |
| **Defendants.** | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Rio Cebolla</u>

    Jerry Garcia                           CHCB-007-0005
    Lydia Garcia                          CHCB-007-0005

Dated: June 13, 2002

                                                              Respectfully submitted,

                                                                /electronic signature/
                                                          EDWARD G. NEWVILLE
                                                         Special Assistant Attorney General
                                                         Office of the State Engineer
                                                         P.O. Box 25102
                                                         Santa Fe, NM 87504-5102
                                                         (505) 827-6150

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing Notice of Dismissal was mailed to the following persons on June 13, 2002.

                                                   /electronic signature/
                                                 Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567