# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**RAMON ARAGON,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## ORDER TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the June 13, 2002 motion (Docket No. 6742) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order to join additional parties defendant, including the Heirs of Gilberto Martinez.

The Court, being fully advised, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A of the State's June 13, 2002 Motion to Join Additional Parties Defendant are joined as parties defendant to this action. The State shall make an appropriate distribution of this Order.

                                            /electronic signature/
                                       JOHN EDWARDS CONWAY
                                  UNITED STATES DISTRICT JUDGE