IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## MOTION TO CORRECT DEFENDANT'S NAMES

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer and moves the Court for an order correcting the names of the defendants identified below in the above-styled and captioned cause to read as follows:

| | | | |
|---|---|---|---|
| from Azelia Maes | to | Azalea Maes | CHCB-001-0001F |
| from Emanuel Maes | to | Immanuel Maes | CHCB-001-0001F |

DATED June 13, 2002

Respectfully submitted,

   /electronic_signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Motion to Correct Defendant's Names was mailed to the following persons on June 14, 2002.

                                                                      /electronic signature/
                                                                      Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567