N/A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.*, | Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| Defendants. | |

## ORDER CORRECTING DEFENDANT'S NAMES

THIS MATTER is before the Court on the June 13, 2002 motion (Docket No. 6745) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order correcting the names of the defendants identified below in this cause.

The Court, being fully advised, finds the motion to correct the defendant's names is well taken and should be granted.

IT IS THEREFORE ORDERED that the names of the defendants associated with the subfile listed below are corrected as follows:

    from Azelia Maes    to    Azalea Maes    CHCB-001-0001F

    from Emanuel Maes    to    Immanuel Maes    CHCB-001-0001F

    /electronic signature/
    JOHN EDWARDS CONWAY
    UNITED STATES DISTRICT JUDGE