IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* <br> State Engineer <br><br>     Plaintiff, <br><br>     v. <br><br> RAMON ARAGON, *et al.*, <br><br>     Defendants. | 69cv07941 JEC-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Rio Gallina, Section 5 |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Paragraph II of the Pre-Hearing Order (Docket No. 6699) filed May 3, 2002, the plaintiff State of New Mexico, *ex rel.* State Engineer served its initial disclosure for the litigation of water rights claims in the remaining subfiles in Section 5 of the Rio Chama Stream System upon Group "A" defendants on June 18, 2002.

DATED: June 18, 2002

                                                Respectfully submitted,

                                                EDWARD G. NEWVILLE
                                                Special Assistant Attorney General
                                                Office of the State Engineer
                                                P.O. Box 25102
                                                Santa Fe, NM 87504-5102
                                                (505) 827-6150

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the above Certificate of Service was mailed to the following persons on June 18, 2002.

      /electronic signature/
      Edward G. Newville

Sam Chavez, Aurelia Chavez
P.O. Box 115
Gallina, NM 87017

Eugenio Sanchez Estate
c/o Corine Jacquez Gonzales
843 Old Santa Fe Trail
Santa Fe, NM 87501

Faye Davis
P.O. Box 170
Gallina, NM 87017

Juan C. Chavez, Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Jose P. Chavez, Piedad Chavez
506 Old Hospital Road
Espanola, NM 87532

Arcelia Chacon, Cosme L. Chacon
P.O. Box 43
Gallina, NM 87017

Jose Z. Chacon, Lucinda Chacon
P.O. Box 58
Gallina, NM 87017

Helen Vigil
P.O. Box 234
El Rito, NM 87530

Linda Vigil
8401 Wynview Ct. NW
Albuquerque, NM 87120

Olivia Vigil
P.O. Box 592
Espanola, NM 87532

Tommy F. Chacon
P.O. Box 106

Gallina, NM 87017

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

3