IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

02 JUN 18 PM 1:06

69cv07941 JEC/ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

## NOTICE OF NON-RECEIPT OF WATER DIVERSION PLAN

COMES NOW Plaintiff State of New Mexico on the relation of the State Engineer ("State") and gives notice of the non-receipt of a water diversion plan from the Acequia del Rio de Chama and its commissioners as required the Order and Continuing Injunction (6714) filed May 29, 2002 and states as follows:

1.    Under the order filed May 29, 2002 the Acequia del Rio de Chama and its commissioners were required to submit a water diversion plan to the State Engineer that will offset the depletion effect on the Rio Chama of the over diversion of water by the acequia between April 4, 2002 and May 21, 2002. The water diversion plan was required to be submitted to the State Engineer by June 13, 2002.

2.    As of Noon June 18, 2002, no water diversion plan has been submitted to the State Engineer by the acequia and its commissioners.

3.    On June 14, 2002, counsel for the State left a telephone message for Mr. Fred Waltz, counsel for the Acequia del Rio de Chama, asking why no plan had been submitted. Mr. Waltz

6749

responded with a letter that appears to indicate that his clients believe no over diversion occurred. *See* letter of Fred Waltz dated June 14, 2002 attached hereto as exhibit A.

3.  The State believes that the failure of the Acequia del Rio de Chama and its commissioners to submit a water diversion plan to the State Engineer by June 13, 2002 violates the Court's order of May 29, 2002 and may preclude the parties from developing a mutually acceptable plan by June 28, 2002 as required by the Court. In order to enforce the Court's order of May 29, 2002, and the existing schedule and deadlines set out in that order, the State requests an immediate telephone conference with the Court and the parties, or hearing, as the Court may direct.

DATED: June 18, 2002

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Non-Receipt of Water Diversion Plan was mailed to the following persons on June 18, 2002.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.

2

Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Acequia del Rio de Chama
P.O. Box 687
Mendanales, NM 87548

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Carlos Salazar
P.O. Box 702
Mendanales, NM 87548

Gregorio Salazar
P.O. Box 747
Mendanales, NM 87548

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
333 Broadway Blvd. SE
Albuquerque, NM 87102-3498

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D

4

Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

**FRED J. WALTZ**
Attorney at Law
Box 6390
Taos, New Mexico 87571
Phone/Fax: (505) 758-0407

June 14, 2002

**VIA FACSIMILE (505) 827-3887**
**& U.S. MAIL**

Ed Newville, Esq.
NM State Engineer Office
P.O. Box 25102
Santa Fe, New Mexico 87504-5102

      Re: State of New Mexico, ex rel. State Engineer v. Aragon, et al.,
         No. 69cv07941 JEC-ACE, Rio Chama Stream System;
         Acequia del Rio de Chama

Dear Mr. Newville:

  As you are aware the deadline for the parties to reach agreement on a water diversion plan that would repay any over-diversion as claimed by the Watermaster was yesterday. You were provided a copy of plans and specifications that show that the maximum capacity of a siphon under the Ponil Arroyo is 8.5 cfs. That is well within the acequias diversion right of 11.5 cfs. Therefore as we explained to you and your experts, we don't believe that the acequia could have over-diverted water. The high water levels that the Watermaster observed were due to water being backed up by the nearby field diversions. Any excess water, certainly any above 8.5 cfs goes right back to the Rio Chama before the siphon.

  If there was any over diversion it will be paid back. I am waiting to hear the results of our expert, Bill Miller, meeting with your office (Shawn Williams?) to determine the exact amount, if any, of the overdiversions. The Acequia will pay it back by shutting off the acequia for an appropriate number of evenings or hours. This will be done as soon as we know the quantity owed as told to us by Bill Miller and your office.

                Sincerely,

                Fred J. Waltz
                Attorney at Law

FJW/co
xc: client
   Bill Miller

**EXHIBIT 4**