IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

02 JUN 19 AM 8:33

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer, <br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla and Rio Brazos<br><br>Subfile Nos: CHTA-003-0019, CHTA-004-0005B CHRB-006-0044, CHRB-007-0020, CHRB-007-0028, CHRB-007-0035, CHRB-007-0053 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 19th day of June, 2002:

Subfile No. CHTA-003-0019
Docket No. 6734
Leroy G. Garcia
Stella U. Garcia
P.O. Box 482
Flora Vista, NM  87415

Subfile No. CHTA-004-0005B
Docket No. 6735
Josephine U. Kiser
6601 Arden Rd., Sp. 247
Amarillo, Texas  79109

Subfile No. CHRB-006-0044
Docket No. 6736
Benito Casados
20271 Adrian Circle
Huntington Beach, California 92646

Subfile No. CHRB-007-0020
Docket No. 6737
Donaldo Abeyta
8702 Clarendon
Scottsdale, Arizona 85251

6751

<table>
<tr><td>

Subfile No. CHRB-007-0020
Docket No. 6737
Gregorio Abeyta
3505 Steele Street
Denver, Colorado 80205

</td><td>

Subfile No. CHRB-007-0028
Docket No. 6738
Delfin O. & Francis Quintana Trust
P.O. Box 156
Cebolla, NM 87518

</td></tr>
<tr><td>

Subfile No. CHRB-007-0020
Docket No. 6737
Teodoro E. Abeyta
2619 Yearling Street
Lakewood, California 90712

</td><td>

Subfile No. CHRB-007-0035
Docket No. 6739
Benito Casados
20271 Adrian Circle
Huntington Beach, California 92646

</td></tr>
</table>

Subfile No. CHRB-007-0053
Docket No. 6740
Margarita E. Mercure
828 Guadalupe Circle, N.W.
Albuquerque, New Mexico 87114

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager           John W. Utton, Esq.
1315 Sagebrush Dr., S.W.             P.O. Box 271
Los Lunas, NM 87031                  Albuquerque, NM 87103-027

A copy of this Certificate of Service was mailed to the following on the 19th day of June, 2002:

Vickie L. Gabin, Special Master      Bradley S. Bridgewater, Esq.
USDC-DCNM                            David W. Gehlert, Esq.
P.O. Box 2384                        USDOJ-ENRD
Santa Fe, NM 87504-2384              999 Eighteenth Street, Suite 945
                                     Denver, CO 80202
Darcy S. Bushnell, Esq.
Water Rights Attorney                Paula Garcia,
USDC-DCNM                            NM Acequia Association
333 Lomas Blvd., NW                  P.O. Box 1229
Suite 270                            Santa Cruz, NM 87567
Albuquerque, NM 87102-2272

| | |
|---|---|
| Wilfred Gutierrez, Chair<br>NM Acequia Commission<br>P.O. Box 190<br>Velarde, NM  87582 | Susan G. Jordon, Esq.<br>Nordhaus, Haltom, Taylor,<br>Taradash & Bladh, LLP<br>200 West De Vargas, Ste. 9<br>Santa Fe, NM  87501 |
| Karla McCall, Data Manager<br>1315 Sagebrush Dr., SW<br>Los Lunas, NM  87031 | Benjamin Phillips, Esq.<br>John F. McCarthy, Jr., Esq.<br>Rebecca Dempsey, Esq.<br>White, Kock, Kelly & McCarthy, P.A |
| John W. Utton, Esq.<br>P.O. Box 271<br>Albuquerque, NM  87103-0271 | P.O. Box 787<br>Santa Fe, NM  87504-0787 |
| Lester K. Taylor, Esq.<br>Nordhaus, Haltom, Taylor,<br>Taradash & Bladh, LLP<br>500 Marquette, NW, Ste. 1050<br>Albuquerque, NM  87102 | Marcus J. Rael, Esq.<br>3208 Vista Maravillosa, N.W.<br>Albuquerque, NM  87120 |
| | Tessa T. Davidson<br>Swaim, Schrantdt & Davidson, P.C.<br>4830 Juan Tabo, N.E., Suite F<br>Albuquerque, NM  87111 |

Respectfully Submitted,

*/s/ Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887