# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

02 JUN 19 AM 8: 32

**STATE OF NEW MEXICO**, *ex rel.*,
**State Engineer**

    **Plaintiff,**

    **v.**

**RAMON ARAGON**, *et al.*,

    **Defendants.**

**69cv07941 JEC-ACE**
**RIO CHAMA STREAM SYSTEM**

**Section 3:  Rio Cebolla & Canjillon Creek**

**Subfile Nos.:  CHCJ-002-0039, CHCJ-003-0008, CHCJ-003-0016, CHCJ-003-0017, CHCJ-003-0046, CHCJ-003-0052, CHCJ-004-0032, CHCJ-004-0034, CHCJ-004-0039**

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 19th day of June, 2002:

Subfile No. CHCJ-002-0039
Docket No. 6741
Aquilino Baca
P.O. Box 512
Canjilon, NM 87515

Subfile No. CHCJ-003-0008
Docket No. 6724
Jose C. Rodriguez
Sally M. Rodriguez
2716 Calle Cedro
Santa Fe, NM 87505

Subfile No. CHCJ-003-0016
Docket No. 6725
Mike Soberanez
P.O. Box 592
Canjilon, NM 87515

Subfile No. CHCJ-003-0017
Docket No. 6726
Onofre Soberanez
P.O. Box 592
Canjilon, NM 87515

Subfile No. CHCJ-003-0046
Docket No. 6727
Fernando S. Romo
P.O. Box 75
Amalia, NM 87512

Subfile No. CHCJ-003-0052
Docket No. 6728
Lena Sanchez
P.O. Box 1048
Espanola, NM 87532

6752

Subfile No. CHCJ-004-0032
Docket No. 6729
Enriques Baca
Box 235
Minturn, Colorado  81645

Subfile No. CHCJ-004-0039
Docket No. 6731
Livia Olguin
P.O. Box 587
Canjilon, NM  87515

Subfile No. CHCJ-004-0034
Docket No. 6730
Dorothy Rivera
16 Chalan Road
Santa Fe, NM  87507

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed

to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 19th day of
June, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  8756

2

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887