# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

     Plaintiff,

     v.

Ramon Aragon, *et al.*,

     Defendants.

02 JUN 19 PM 3:03

**69cv07941 JEC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Section 3: Rio Nutrias, Rio Cebolla**
**& Canjilon Creek**

Subfile Nos.    **CHCJ-001-0001**
               **CHCJ-002-0003**
               **CHCJ-002-0007**
               **CHCJ-002-0030**
               **CHCJ-002-0052**
               **CHCJ-003-0002**
               **CHCJ-003-0004**
               **CHCJ-003-0007**
               **CHCJ-003-0009**
               **CHCJ-003-0010**
               **CHCJ-003-0011**
               **CHCJ-003-0013**
               **CHCJ-003-0014**
               **CHCJ-003-0028**
               **CHCJ-003-0035**
               **CHCJ-003-0037**
               **CHCJ-003-0041**
               **CHCJ-003-0043**
               **CHCJ-003-0044**
               **CHCJ-003-0063**
               **CHCJ-003-0077**
               **CHCJ-003-0082**
               **CHCJ-003-0085**
               **CHCJ-004-0011**
               **CHCJ-004-0013**
               **CHCJ-004-0016**
               **CHCJ-004-0053**
               **CHCJ-005-0002**

6753

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff, State of New Mexico, *ex rel*. State Engineer, by and through his

attorneys, and moves the Court to enter its order granting default judgment against the following

defendants in connection with the listed subfile(s):

| | |
|---|---|
| Alfred J. Chavez | CHCJ-001-0001 |
| Sarah Chavez | CHCJ-001-0001 |
| Samuel S. Serrano | CHCJ-002-0003; CHCJ-003-0002 |
| James M. Drannon | CHCJ-002-0007 |
| Dana J. Drannon | CHCJ-002-0007 |
| Max Marquez | CHCJ-002-0030 |
| Amarante Valdez | CHCJ-002-0052 |
| Reyes Valdez | CHCJ-002-0052 |
| Ray G. Morales | CHCJ-003-0004 |
| Rosalena Morales | CHCJ-003-0004 |
| William H. Storey, III | CHCJ-003-0007 |
| Maria Gloria Manzanares | CHCJ-003-0009 |
| Alfonso A. Manzanares | CHCJ-003-0010 |
| Ramon A. Manzanares | CHCJ-003-0011 |
| Shirley Soberanez | CHCJ-003-0013 |
| Thomas Garcia | CHCJ-003-0014 |
| Odelia Maestas | CHCJ-003-0014 |
| Donald Montano | CHCJ-003-0028 |

| | |
|---|---|
| Reynaldo Gonzales | CHCJ-003-0035 |
| Lucella M. Gonzales | CHCJ-003-0035 |
| Tomacita O. Montano | CHCJ-003-0037 |
| Thomas Montano | CHCJ-003-0041 |
| Luggie Montano | CHCJ-003-0041 |
| Tony M. Martinez | CHCJ-003-0043 |
| Carla Martinez | CHCJ-003-0043 |
| Modesta M. Valencia | CHCJ-003-0044 |
| Carmelita R. Trujillo | CHCJ-003-0063 |
| Armando Vigil | CHCJ-003-0077 |
| Frances Vigil | CHCJ-003-0077 |
| Octaviano Montano, Jr. | CHCJ-003-0082 |
| Margaret A. Miera | CHCJ-003-0085 |
| Patricia Alarid | CHCJ-004-0011 |
| Tommy Alarid | CHCJ-004-0011 |
| Amos Ray Sanchez | CHCJ-004-0013 |
| Philip T. Sanchez | CHCJ-004-0016 |
| Theresita M. Trujillo | CHCJ-004-0053 |
| Florence Maestas | CHCJ-005-0002 |
| Richard Maestas | CHCJ-005-0002 |

As grounds therefore plaintiff states:

3

1.      The Court has jurisdiction over the following defendants as shown by the Notice of Filing of Waivers of Service (6140) filed January 29, 2001:

James M. Drannon, Dana J. Drannon, Max Marquez, Ray G. Morales, Rosalena Morales, Maria Gloria Manzanares, Alfonso A. Manzanares, Ramon A. Manzanares, Thomas Garcia, Odelia Maestas, Thomas Montano, Luggie Montano, Tony M. Martinez, Carla Martinez, Carmelita R. Trujillo, Armando Vigil, Frances Vigil, Octaviano Montano, Jr., Amos Ray Sanchez, Philip T. Sanchez, Florence Maestas, Richard Maestas.

2.      The Court has jurisdiction over the following defendant as shown by the Notice of Filing of Waivers of Service (6214) filed March 13, 2001:

Samuel S. Serrano.

3.      The Court has jurisdiction over the following defendants as shown by the Notice of Filing of Waivers of Service (6284) filed July 17, 2001:

Modesta M. Valencia, Patricia Alarid, Tommy Alarid.

4.      The Court has jurisdiction over the following defendant as shown by the Notice of Filing of Affadavits of Personal Service (6283) filed July 17, 2001:

Shirley Soberanez.

5.      The Court has jurisdiction over the following defendants as shown by the Notice of Filing of Affidavits of Personal Service (6222) filed April 10, 2001:

Alfred J. Chavez, Sarah Chavez, Amarante Valdez, Reyes Valdez, William H. Storrey, III, Margaret A. Miera.

6.      The Court has jurisdiction over the following defendants as shown by the Notice of Filing of Affidavits of Personal Service (6311) filed August 3, 2001:

Reynaldo Gonzales, Lucella M. Gonzales, Tomacita O. Montano.

7.      The Court has jurisdiction over the following defendants as shown by the Proof of Publication of Notice of Pendency of Suit (6470) filed December 26, 2001:

4

Donald Montano, Theresita M. Trujillo.

8.     The following defendants are in default for failure to appear, answer, or otherwise defend in this cause as shown by the Clerk's Certificate of Default (6489) filed January 16, 2002:

Donald Montano, Theresita M. Trujillo.

A copy of the Clerk's Certificate of Default (6489) was mailed to these defendants on January 25, 2002. *See* Certificate of Mailing (6515) filed January 25, 2002.

9.     The following defendants are in default for failure to appear, answer, or otherwise defend in this cause as shown by the Clerk's Certificate of Default (6530) filed February 11, 2002:

Alfred J. Chavez, Sarah Chavez, Samuel S. Serrano, James M. Drannon, Dana J. Drannon, Max Marquez, Amarante Valdez, Reyes Valdez, Ray G. Morales, Rosalena Morales, William H. Storrey, III, Maria Gloria Manzanares, Alfonso A. Manzanares, Ramon A. Manzanares, Shirley Soberanez, Thomas Garcia, Odelia Maestas, Reynaldo Gonzales, Lucella M. Gonzales, Tomacita O. Montano, Thomas Montano, Luggie Montano, Tony M. Martinez, Carla Martinez, Modesta M. Valencia, Carmelita R. Trujillo, Armando Vigil, Frances Vigil, Octaviano Montano, Jr., Margaret A. Miera, Patricia Alarid, Tommy Alarid, Amos Ray Sanchez, Philip T. Sanchez, Florence Maestas, Richard Maestas.

A copy of the Clerk's Certificate of Default (6530) was mailed to these defendants on February 11, 2002. *See* Certificate of Mailing (6531) filed February 12, 2002.

10.    A copy of the proposed default order incorporating the terms of the State's proposed consent orders for the subfiles named above is attached hereto as Exhibit A.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders in these subfiles and in conformance with the Canjilon Creek July 14, 2000 Hydrographic Survey and Report.

5

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Default Judgment was mailed to the following persons on June 21, 2002.

Edward G. Newville

Alfred J. Chavez
Sarah Chavez
P.O. Box 114
El Rito, NM 87530

Samuel S. Serrano
1624 North 475 West
Sunset, UT 84119

Dana J. Drannon
James M. Drannon
2016 Louise Rd. SW
Albuquerque, NM 87105

Max Marquez
P.O. Box 704
El Rito, NM 87530

Amarante Valdez
Reyes Valdez
P.O. Box 584
Canjilon, NM 87515

Ray G. Morales
Rosalena Morales
P.O. Box 545
Canjilon, NM 87515

William H. Storrey, III
P.O. Box 674
El Rito, NM 87530

Maria Gloria Manzanares
1224 Forester N.W.
Albuquerque, NM 87104

Alfonso A. Manzanares
5412 Olympic Court N.W.
Albuquerque, NM 87114

Ramon A. Manzanares
1224 Forester N.W.
Albuquerque, NM 87104

6

Shirley Soberanez
77 Road 4903
Bloomfield, NM 87413

Odelia Maestas
Thomas Garcia
General Delivery
Canjilon, NM 87515

Donald Montano
6409 Avenida La Costa NE
Albuquerque, NM 87107

Lucella M. Gonzales
Reynaldo Gonzales
1409 Sawmill Road NW
Albuquerque, NM 87104

Tomacita O. Montano
1409 Sawmill Road NW
Albuquerque, NM 87104

Luggie Montano
Thomas Montano
205 40th Street NW
Albuquerque, NM 87105

Carla Martinez
Tony M. Martinez
P.O. Box 553
Canjilon, NM 87515

Modesta M. Valencia
C/O Dolores A. Harkins
411 Cornell Drive SE
Albuquerque, NM 87106

Carmelita R. Trujillo
P.O. Box 92431
Albuquerque, NM 87199

Armando Vigil
Frances Vigil
409 Calle Del Rio #2
Espanola, NM 87532

Octaviano Montano, Jr.
1735 Dover
Bloomfield, CO 80020

Margaret A. Miera
General Delivery
Canjilon, NM 87515

Patricia Alarid
Tommy Alarid
10951 N. 91st Avenue
Peoria, AZ 85345

Amos Ray Sanchez
222 General Hodges NE
Albuquerque, NM 87123

Philip T. Sanchez
333 Moon NE
Albuquerque, NM 87123

Theresita M. Trujillo
P.O. Box 15728
Abiquiu, NM 87510

Florence Maestas
Richard Maestas
P.O. Box 1848
Espanola, NM 87532

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

7

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO



EXHIBIT
A

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,
v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

**Subfile No(s).**
    **CHCJ-001-0001**
    **CHCJ-002-0003**
    **CHCJ-002-0007**
    **CHCJ-002-0030**
    **CHCJ-002-0052**
    **CHCJ-003-0002**
    **CHCJ-003-0004**
    **CHCJ-003-0007**
    **CHCJ-003-0009**
    **CHCJ-003-0010**
    **CHCJ-003-0011**
    **CHCJ-003-0013**
    **CHCJ-003-0014**
    **CHCJ-003-0028**
    **CHCJ-003-0035**
    **CHCJ-003-0037**
    **CHCJ-003-0041**
    **CHCJ-003-0043**
    **CHCJ-003-0044**
    **CHCJ-003-0063**
    **CHCJ-003-0077**
    **CHCJ-003-0082**
    **CHCJ-003-0085**
    **CHCJ-004-0011**
    **CHCJ-004-0013**
    **CHCJ-004-0016**
    **CHCJ-004-0053**
    **CHCJ-005-0002**

## ORDER GRANTING DEFAULT JUDGMENT

This matter coming on to be heard upon the motion of the Plaintiff, State of New Mexico, *ex rel.*

State Engineer, for the entry of default judgment against the following defendants, and the Court

having considered the record in this cause and being otherwise fully advised in the premises, finds:

1. The Court has jurisdiction of the parties and the subject matter herein.

2. The defendants have been legally served with process or have waived service of summons.

3. The defendants have failed to appear, answer, or otherwise defend in this cause, and are adjudged to be in default.

4. The State Engineer's amended hydrographic survey and report of the Rio Chama Stream System, Section 3, Canjilon Creek (July 14, 2000) relating to the defendants' water rights have been introduced into the record, and the same are hereby incorporated and made a part of this order.

5. The water rights of the defendants in the above-styled and captioned cause are as follows:

ALFRED J CHAVEZ
SARAH CHAVEZ

**Subfile No.: CHCJ-001-0001**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:** UNKNOWN DITCH

**Location X:** 1,619,949  feet  **Y:** 2,014,061 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Township 27N, Range 06E, N.M.P.M.

| | | |
|---|---|---|
| Pt. of HES No. 441 | | 9.0  acres |
| | Total | 9.0 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 1.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

Page 3

SAMUEL S SERRANO

**Subfile No.: CHCJ-002-0003**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

   **Ditch Name:**  BORDO DITCH

   **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 08, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | 1.1 | acres |
| Total | 1.1 | acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

Page 4

DANA J DRANNON
JAMES M DRANNON

**Subfile No.: CHCJ-002-0007**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  BORDO DITCH

    **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 08, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | | 18.1  acres |
| | Total | 18.1 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

# MAX MARQUEZ

**Subfile No.: CHCJ-002-0030**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**  0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
>    **Ditch Name:**  OTRA VANDA DITCH
>    **Location X:**  1,583,583  feet  **Y:**  1,981,520  feet
>    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
>    Section 08, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. SW¼ | 2.0 | acres |
| Total | 2.0 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**  NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
>    **Ditch Name:**  RIVERA DITCH NO.2
>    **Location X:**  1,582,749  feet  **Y:**  1,983,682  feet
>    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
>    Section 08, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. SW¼ | 0.7 | acres |
| Total | 0.7 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

AMARANTE VALDEZ
REYES VALDEZ

**Subfile No.: CHCJ-002-0052**

**A. <u>IRRIGATION (Surface Water Only)</u>**

**Office of the State Engineer Files No(s)**   0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:**  OTRA VANDA DITCH

**Location X:** 1,583,583  feet  **Y:**  1,981,520  feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

<u>Section 08, Township 26N, Range 05E, N.M.P.M.</u>

| | |
|---|---|
| Pt. NE¼ | 12.5 acres |
| Total | 12.5 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

# SAMUEL S SERRANO

**Subfile No.: CHCJ-003-0002**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**   0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:** BORDO DITCH

**Location X:** 1,595,945  feet **Y:**  2,003,807 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | | 6.4 acres |
| | Total | 6.4 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

RAY G MORALES
ROSALENA MORALES

**Subfile No.: CHCJ-003-0004**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch Name:**   BORDO DITCH

  **Location X:** 1,595,945  feet  **Y:**  2,003,807 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

  Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | 0.6 | acres |
|  | Total | 0.6 acres |

  As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

Page 9

# WILLIAM H STOREY III

**Subfile No.: CHCJ-003-0007**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**  0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:** BORDO DITCH
    **Location X:** 1,595,945  feet  **Y:**  2,003,807 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 24.8 acres |
| Total | 24.8 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**  0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:** PINAVETAL DITCH
    **Location X:** 1,614,444  feet  **Y:**  2,010,229 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 3.8 acres |
| Total | 3.8 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## MARIA GLORIA MANZANARES

**Subfile No.: CHCJ-003-0009**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:** BORDO DITCH
    **Location X:** 1,595,945 feet **Y:** 2,003,807 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | 0.1 | acres |
| Total | 0.1 | acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

**B. NO RIGHT (Surface Water Only)**

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:** BORDO DITCH
    **Location X:** 1,595,945 feet **Y:** 2,003,807 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
    Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | 1.3 | acres |
| Total | 1.3 | acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

ALFONSO A MANZANARES

**Subfile No.: CHCJ-003-0010**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  BORDO DITCH

    **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    <u>Section 18, Township 26N, Range 05E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. NE¼ | | 3.2 acres |
| | Total | 3.2 acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

RAMON A MANZANARES

**Subfile No.: CHCJ-003-0011**

## A. <u>IRRIGATION (Surface Water Only)</u>

**Office of the State Engineer Files No(s)**  0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

  **Ditch Name:**  BORDO DITCH

  **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

  <u>Section 18, Township 26N, Range 05E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. NE¼ | | 3.7 acres |
| | Total | 3.7 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

# SHIRLEY SOBERANEZ

**Subfile No.: CHCJ-003-0013**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** BORDO DITCH

    **Location X:** 1,595,945  feet  **Y:**  2,003,807 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 17, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | 2.1 | acres |
| Pt. SW¼ | 0.2 | acres |
| Total | 2.3 | acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

THOMAS GARCIA
ODELIA MAESTAS

**Subfile No.: CHCJ-003-0014**

**A. <u>NO RIGHT (Surface Water Only)</u>**

**Office of the State Engineer Files No(s)**   0611

**Priority:** NONE

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
   **Ditch Name:**  BORDO DITCH
   **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
   Section 17, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | | 1.2 acres |
| Pt. SW¼ | | 0.1 acres |
| | Total | 1.3 acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

Page 15

## DONALD MONTANO

**Subfile No.: CHCJ-003-0028**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** BORDO DITCH
   **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
   Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. SE¼ | 0.7 | acres |
| Total | 0.7 | acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

LUCELLA M GONZALES
REYNALDO GONZALES

**Subfile No.: CHCJ-003-0035**

A. **IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch Name:** BORDO DITCH
> **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

> Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. SE¼ | 1.4  acres |
| Total | 1.4 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

# TOMACITA O MONTANO

**Subfile No.: CHCJ-003-0037**

## A. **IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch Name:** BORDO DITCH
>
> **Location X:** 1,595,945 feet **Y:** 2,003,807 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

> Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 1.5 acres |
| Total | 1.5 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

LUGGIE MONTANO
THOMAS MONTANO

**Subfile No.: CHCJ-003-0041**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**   0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  BORDO DITCH

    **Location X:** 1,595,945  feet  **Y:**  2,003,807 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 12.9 acres |
| Total | 12.9 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s)**   0611

**Priority:** NONE

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

    **Ditch Name:**  BORDO DITCH

    **Location X:** 1,595,945  feet  **Y:**  2,003,807 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 7.7 acres |
| Total | 7.7 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

CARLA MARTINEZ
TONY M MARTINEZ

**Subfile No.: CHCJ-003-0043**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**  0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

Ditch Name:  PINAVETAL DITCH

**Location X:**  1,614,444  feet  **Y:**  2,010,229 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | 9.9 | acres |
| Total | 9.9 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s)**  0611

**Priority:** NONE

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

Ditch Name:  PINAVETAL DITCH

**Location X:**  1,614,444  feet  **Y:**  2,010,229 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | 2.5 | acres |
| Total | 2.5 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

Page 20

MODESTA M VALENCIA

**Subfile No.: CHCJ-003-0044**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** BRAZITO DITCH

    **Location X:** 1,592,250 feet **Y:** 2,001,395 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 17, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | 10.6 | acres |
| | Total | 10.6 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s)** 0611

**Priority:** NONE

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch Name:** BRAZITO DITCH

    **Location X:** 1,592,250 feet **Y:** 2,001,395 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

    Section 17, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | 2.1 | acres |
| | Total | 2.1 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

CARMELITA R TRUJILLO

**Subfile No.: CHCJ-003-0063**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

Ditch Name:  EL LLANO DITCH

**Location X:** 1,593,223  feet  **Y:**  2,003,235  feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 17, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SW¼ | 17.8  acres |
| Total | 17.8 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

Page 22

ARMANDO VIGIL
FRANCES VIGIL

**Subfile No.: CHCJ-003-0077**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** OTRA VANDA DITCH

    **Location X:** 1,583,583 feet **Y:** 1,981,520 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. NW¼ | 3.5 acres |
| Total | 3.5 acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

# OCTAVIANO MONTANO JR

**Subfile No.: CHCJ-003-0082**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**  0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  PINAVETAL DITCH

    **Location X:** 1,614,444  feet  **Y:**  2,010,229  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 1.3 acres |
| Total | 1.3 acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

MARGARET A MIERA

**Subfile No.: CHCJ-003-0085**

**A. <u>NO RIGHT (Surface Water Only)</u>**

**Office of the State Engineer Files No(s)** 0611

**Priority:** NONE

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
   **Ditch Name:** PINAVETAL DITCH
   **Location X:** 1,614,444  feet  **Y:** 2,010,229 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
   <u>Section 18, Township 26N, Range 05E, N.M.P.M.</u>

|  |  |  |
|---|---|---|
| Pt. NE¼ |  | 0.3 acres |
|  | Total | 0.3 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0085.

**Amount of Water:** NONE

PATRICIA ALARID
TOMMY ALARID

**Subfile No.: CHCJ-004-0011**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

   **Ditch Name:**  EL LLANO DITCH

   **Location X:**  1,593,223  feet  **Y:**   2,003,235  feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 20, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NW¼ | | 1.4  acres |
| | Total | 1.4 acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

# AMOS RAY SANCHEZ

**Subfile No.: CHCJ-004-0013**

**A. <u>IRRIGATION (Surface Water Only)</u>**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch Name:** EL LLANO DITCH
>
> **Location X:** 1,593,223 feet **Y:** 2,003,235 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

> <u>Section 20, Township 26N, Range 05E, N.M.P.M.</u>

|  |  |  |
|---|---|---|
| Pt. NW¼ |  | 2.2  acres |
|  | Total | 2.2 acres |

> As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

PHILIP T. SANCHEZ

**Subfile No.: CHCJ-004-0016**

**A.  IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**  0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

 **Ditch Name:**  EL LLANO DITCH

 **Location X:** 1,593,223  feet  **Y:**  2,003,235  feet

 New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

 Section 17, Township 26N, Range 05E, N.M.P.M.

 Pt. SW¼         1.1  acres

 Section 20, Township 26N, Range 05E, N.M.P.M.

 Pt. NW¼         1.4  acres

               Total    2.5 acres

 As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

THERESITA M TRUJILLO

**Subfile No.: CHCJ-004-0053**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  EL LLANO DITCH

    **Location X:**  1,593,223  feet  **Y:**   2,003,235  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 19, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | 0.7 | acres |
| Pt. SW¼ | 3.8 | acres |
| Total | 4.5 | acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

**B. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**  NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

    **Ditch Name:**  ACEQUIA DEL ORILLA

    **Location X:**  1,615,187  feet  **Y:**   2,007,978  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 19, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | 4.7 | acres |
| Pt. SW¼ | 3.4 | acres |
| Total | 8.1 | acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

FLORENCE MAESTAS
RICHARD MAESTAS

**Subfile No.: CHCJ-005-0002**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch Name:** GARCIA DITCH NO.1
  **Location X:** 1,609,566  feet  **Y:**  2,008,899 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
  Section 30, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. NE¼ | 1.8  acres |
| Total | 1.8 acres |

  As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

  **Amount of Water:** Reserved for future determination by court order entered July 25,
       2000.

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are,

adjudicated to have the water rights set out hereinabove, subject to the right of any other

water rights claimant with standing to object prior to the entry of a final decree.


IT IS FURTHER ORDERED that the Defendants, his or her successors, representatives, heirs

and assigns, are enjoined from any diversion or use of the public surface waters of the

Rio Chama  Stream System, Section 3, except in strict accordance with the rights

set forth herein or in other orders of the Court.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:


_____
SPECIAL MASTER