IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. 69cv07941-JEC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5 Rio Gallina
    Defendants ) Subfile No. 03-0048

### CERTIFICATE OF SERVICE

I certify that I served a copy of Defendants Sam and Aurelia Chavez Initial Disclosures on the State of New Mexico via U. S. mail first class on the 15th day of June, 2002

Sam Chavez
Aurelia Chavez
Pro se
P.O. Box 115
Gallina, NM 87017
638-5576

### CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 15th day of June, 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

For Defendant