IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 02 JUN 19 PM 2: 30<br><br>No. 69cv07941-JEC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 Rio Gallina<br>Subfile No. 03-003A, 03-003B, 03-003C, 03-003D, 03-004A, 03-004B, 03-005 |

### CERTIFICATE OF SERVICE

I certify that I served a copy of Defendant Faye Davis Initial Disclosures on the State of New Mexico via U. S. mail first class on the 15th day of June, 2002

_Faye Davis_
Faye Davis
Pro se
P.O. Box 170
Gallina, NM 87017
638-5589

### CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 15th day of June, 2002.

| Ed Newville, Esq.<br>P. O. Box 25102<br>Santa Fe, NM 87504 | Mary Humphrey<br>P. O. Box 1574<br>El Prado, NM 87529 | Special Master Vickie L. Gabin<br>United States District Court<br>P. O. Box 2384<br>Santa Fe, NM 87504-2384 |
|---|---|---|

_Ruby Chacon_
For Defendant

6756