IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>   Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 69cv07941-JEC<br>)    RIO CHAMA STREAM SYSTEM<br>)<br>)    Section 5 Rio Gallina<br>)    Subfile No. 04-0002 |

02 JUN 19 PM 2:50

### CERTIFICATE OF SERVICE

I certify that I served a copy of Defendant Tommy F. Chacon Initial Disclosures on the State of New Mexico via U. S. mail first class on the 15th day of June, 2002

Tommy F. Chacon
Pro se
P.O. Box 106
Gallina, NM 87017
638-5473

### CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 15th day of June, 2002.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM 87504

Mary Humphrey
P. O. Box 1574
El Prado, NM 87529

Special Master Vickie L. Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM 87504-2384

For Defendant

6757