IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 69cv07941-JEC<br>)  RIO CHAMA STREAM SYSTEM<br>)<br>)  Section 5 Rio Gallina<br>)  Subfile No. 03-0019 |

02 JUN 19 PM 2:50

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendants Jose Z. and Lucinda Chacon Initial Disclosures on the State of New Mexico via U. S. mail first class on the 19th day of June, 2002

　　　　　　　　　　　　　　　　　　　　Jose Z. Chacon
　　　　　　　　　　　　　　　　　　　　Lucinda Chacon
　　　　　　　　　　　　　　　　　　　　Pro se
　　　　　　　　　　　　　　　　　　　　P.O. Box 68
　　　　　　　　　　　　　　　　　　　　Gallina, NM  87017
　　　　　　　　　　　　　　　　　　　　638-5484

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 19th day of June, 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM  87504 | El Prado, NM  87529 | P. O. Box 2384 |
| | | Santa Fe, NM  87504-2384 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　For Defendant

6758