# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,　　　　　　　　　　　　　　　　　　69cv07941 JEC-ACE

   v.

ROMAN ARAGON, *et al.,*　　　　　　　　　　　RIO CHAMA ADJUDICATION

       Defendants.

## NOTICE OF TELECONFERENCE

TO:　　Distribution

    You are hereby notified that a TeleConference is scheduled for June 24, 2002 at 9:00 a.m.. The New Mexico Office of the State Engineer shall make the arrangements and communicate necessary information to the Judge, Darcy Bushnell, and counsel listed on the attached distribution list. A court reporter shall be present. Counsel are responsible for ensuring the attendance of other participant, including Mark Fesmire, Buck Wells, Fred Vigil, Carlos Salazar and Bill Miller.

    The parties shall be prepared to discuss the status of the requirements of the Court's May 29, 2002 Order, whether the June 13, 2002 deadline was met and how the parties plan to meet the June 28, 2002 deadline.

                                          /electronic signature/
                                     **The Honorable Leslie C. Smith**
                                     **UNITED STATES MAGISTRATE JUDGE**

**Distribution List**
June 20, 2002

Edward G. Newville, Esq.
Greg Ridgley, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571