IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla<br>Canjilon Creek |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | Subfile Nos. CHNU-001-0003<br>CHNU-002-0002<br>CHNU-002-0007<br>CHCB-007-0003<br>CHCJ-003-0084 |

**MOTION TO CORRECT CLERICAL ERRORS**

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and moves the Court to enter its order correcting clerical errors in the Consent Orders filed with the Court for the following defendants and subfiles:

| | |
|---|---|
| Lucia A Montoya | CHNU-001-0003, CHNU-002-0002<br>CHNU-002-0007 |
| Robert J. Montoya | CHNU-001-0003, CHNU-002-0002<br>CHNU-002-0007 |
| Gustavo Martinez | CHCB-007-0003 |
| Rosina O. Martinez | CHCB-007-0003 |
| Joseph G. Medina | CHCJ-003-0084 |

and as grounds therefore plaintiff states:

1.    Under Rule 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the court at any time on its own initiation or on the motion of any

party and after such notice, if any, as the court orders.

2. In subfile CHNU-001-0003 (Lucia A. Montoya, Robert J. Montoya), the Consent Order filed February 26, 2002 (Docket No. 6576) incorrectly describes the location of the tract of land under paragraph "A" and the order failed to include a reference to the nearest 1/4 section for the location of the tract of land under paragraph "B".

3. In subfile CHNU-002-0002 (Lucia A. Montoya, Robert J. Montoya), the Consent Order filed February 26, 2002 (Docket No. 6574) failed to include a reference to the nearest 1/4 section for the location of the tract of land under paragraph "B".

4. In subfile CHNU-002-0007 (Lucia A. Montoya, Robert J. Montoya), the Consent Order filed February 26, 2002 (Docket No. 6573) failed to include a reference to the nearest 1/4 section for the location of the tract of land under paragraph "A".

5. In subfile CHCB-007-0003 (Gustavo Martinez, Rosina O. Martinez), the Consent Order filed February 26, 2002 (Docket No. 6568) failed to include complete information for the section, township and range and a reference to the nearest 1/4 section for the location of the tracts of land under both paragraphs "A" and "B".

6. In subfile CHCJ-003-0084 (Lucia A. Montoya, Robert J. Montoya), the Consent Order filed February 26, 2002 (Docket No. 6565) failed to include references to the nearest 1/4 section for the location of the tracts of land under both paragraphs "A" and "B".

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the clerical errors and omissions described above.

Respectfully submitted,

  /electronic signature/

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Correct Clerical Errors was mailed to the following persons on June   28  , 2002.

   /electronic signature
Edward G. Newville

Lucia A. Montoya
Robert J. Montoya
3007 Siringo Rd.
Santa Fe, NM 87507

Gustavo Martinez
Rosina Martinez
P.O. Box 206
Cebolla, NM 87518

Joseph G. Medina
127 Alamo Dr.
Santa Fe, NM 87501

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

3

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

4