...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

02 JUN 27 AM 10:02

STATE OF NEW MEXICO ex rel.
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, et al.,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

Subfile No.: CHCB-002-0014

### ENTRY OF APPEARANCE

COMES NOW Ted J. Trujillo, Attorney at Law, and hereby enters his appearance for and on behalf of Cebolla Mutual Domestic Water Consumers Association, defendant in the above-captioned action.

TED J. TRUJILLO
Attorney at Law
P.O. Box 2185
Espanola, NM 87532
(505) 753-5150

6762

## Certificate of Mailing

I hereby certify that I mailed a copy of the foregoing pleading to opposing counsel of record, Ed Newville, Special Assistant Attorney General, Legal Division, STATE OF NEW MEXICO, Office of the State Engineer, Post Office Box 25102, Santa Fe, New Mexico 87504-5102, on this 27th day of June, 2002.

Ted J. Trujillo
Attorney at Law
P.O. Box 2185
Espanola, NM 87532
(505) 753-5150