IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, *et al.*, | Chama Mainstream Section |
| Defendants. | |

**NOTICE OF FILING OF STIPULATION
BY PLAINTIFF STATE OF NEW MEXICO AND
DEFENDANT ACEQUIA DEL RIO DE CHAMA**

COMES NOW Plaintiff State of New Mexico *ex rel.* State Engineer and gives notice of the filing of the Stipulation by Plaintiff State of New Mexico and Defendant Acequia del Rio de Chama in connection with the Court's Order (6714) filed May 29, 2002. The Stipulation is attached hereto as Exhibit A.

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

6763

## CERTIFICATE OF SERVICE

I certify that copies of the Notice of Filing the Stipulation by Plaintiff State of New Mexico and Defendant Acequia del Rio de Chama were mailed to the following persons on June 28, 2002.

*Ed Newville*
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

2

Frank M. Bond, Esq.
Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave. S.W., Rm. 4017
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

## STIPULATION BY PLAINTIFF STATE OF NEW MEXICO AND DEFENDANT ACEQUIA DEL RIO DE CHAMA

Pursuant to the Court's Order (6714) filed May 29, 2002, and the requirement in that Order for a water diversion plan to offset the depletion effect of certain over divisions of water from the Rio Chama, the State of New Mexico, *ex rel.* the State Engineer, Thomas C. Turney, and the Acequia del Rio de Chama enter into this Stipulation as follows:

1.    The effective over diversion from the Rio Chama by the Acequia del Rio de Chama between April 4, 2002 and Noon May 21, 2002 was 277 acre feet of water.

2.    The Acequia del Rio de Chama shall offset the depletion effect on the Rio Chama from its over diversion of water between April 4, 2002 and May 21, 2002, by closing its river diversion headgate for 24 hours periods until the over diversion amount of 277 acre feet is repaid. Each 24 hour period of time that the diversion headgate is closed shall represent a repayment of 21.818 acre feet.

3.    The 24 hour repayment periods shall begin on Sunday July 6, 2002 at 6 P.M. and shall continue each Sunday for 12 consecutive weeks. A final repayment period of 16 and 3/4 hours shall



begin on Sunday September 28, 2002 at 6 P.M. and end the following morning at 10:45A.M.

4. In no event is the river diversion headgate of the acequia to be opened prior to the end of each 24 hour repayment period, that is, between the hours of 6 P.M. Sunday and 6 P.M. the following Monday. If the Rio Chama watermaster finds that the diversion has been opened prior to 6 P.M. on Monday, or that the acequia failed to timely close the diversion by 6 P.M. on Sunday, the watermaster shall immediately close the diversion himself and promptly report the matter to the Court. If closed by the watermaster, the acequia's diversion headgate at the Rio Chama shall remain closed until the Court orders otherwise.

5. The Rio Chama watermaster may allow the ditch to close its diversion headgate for additional 24 hour repayment periods in order to accomplish the repayment of 277 acre feet of water prior to September 28, 2002, but the decision of whether or not to allow any such additional credits shall be completely at the discretion of the watermaster. Any additional repayment periods shall also begin at 6 P.M. and end at 6 P.M. the following day. The acequia shall make its request to the watermaster for any such additional credits at least 5 hours ahead of time (1 P.M.).

6. Paragraphs 1 through 5 above fulfill the requirements of a water diversion plan acceptable to the New Mexico State Engineer under the Court's Order (6714) filed May 29, 2002.

7. The Parties agree that the June 28, 2002, deadline in the Court's Order (6714) for the replacement of the acequia's official measurement station should be extended until January 1, 2003 to allow the acequia additional time to seek financial assistance. However, the acequia's responsibility to meet an extended deadline of January 1, 2003 shall not be contingent upon obtaining any type of financial assistance from any source whatsoever. The Acequia del Rio de Chama will replace the official measurement station by January 1, 2003 even if the acequia is

2

required to make an assessment of its members to timely complete the project.

8.   Prior to the replacement of the official measurement station, the Acequia del Rio de Chama shall make periodic reports to the Court on its progress and the arrangements the acequia has made for the replacement of the station. Progress reports shall be filed with the Court every 30 days at the beginning of each month. Beginning with the month of November, progress reports shall be filed weekly until the project is completed.

9.   With the exception of the extension of the deadline for the replacement of the official measurement station, all other provisions of the Court's Order (6714) filed May 29, 2002 shall remain in effect.

**IN WITNESS WHEREOF**, the parties have executed this Stipulation and Defendant Acequia del Rio de Chama, a community ditch, has passed a resolution of its board of commissioners approving this stipulation and authorizing and its attorney to sign this stipulation binding the acequia to its terms and provisions this __28__ day of June, 2002.

**STATE OF NEW MEXICO, *ex rel.* STATE ENGINEER**

By: _____/s/ Ed Newville_____
Edward G. Newville, Esq.
Special Assistant Attorney General
Attorney for State of New Mexico, *ex rel.* State Engineer
P.O. Box. 25102
Santa Fe, NM 87504-5102
(505) 827-6150


**ACEQUIA DEL RIO DE CHAMA**

By:   telephonic approval 6/28/02
      Fred J. Waltz, Esq.

3

Attorney for Acequia del Rio de Chama
6390 NDCBU
Taos, NM 87571-6216
(505) 758-0407