IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Nutrias, Section 3<br><br>Subfile No(s). : CHNU-001-0003<br>CHNU-002-0002<br>CHNU-002-0007 |

## ORDER CORRECTING CLERICAL ERRORS

THIS MATTER is before the Court on the June 28, 2002 motion (Docket No.6760) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order correcting clerical errors in the Consent Order(s) identified below in this cause.

The Court, being fully advised, finds the motion to correct clerical errors is well taken and should be granted.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Canjilon Creek, Section 3, are correctly set forth as follows:

6767

LUCIA A. MONTOYA
ROBERT J. MONTOYA

**Subfile No.: CHNU-001-0003**

### A. Irrigated Lands (Surface Water Only)

**Office of the State Engineer Files No(s)** 01975 A & B

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
 Ditch Name: Acequia Perfecto Esquibel
 Location X: 1,587,164 feet  Y: 2,043,785 feet
 New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
 Section 01, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SW¼ | 1.2 acres |

 Section 02, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ and Pt. of Lot 1 | 10.1 acres |
| Total | 11.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-001-0003.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### B. Irrigated Lands (Surface Water Only)

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
 Ditch Name: Tafoya/Esquibel
 Location X: 1,575,841 feet  Y: 2,035,698 feet
 New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
 Section 02, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 0.6 acres |

Section 11, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 1.6 acres |
| Total | 2.2 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-001-0003.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## LUCIA A. MONTOYA
## ROBERT J. MONTOYA

**Subfile No.: CHNU-002-0002**

### A. Irrigated Lands (Surface Water Only)

**Office of the State Engineer Files No(s)** 015, 02752, 0313

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch Name:** Esquibel
  **Location X:** 1,573,634 feet  **Y:** 2,037,817 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 02, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. of Lot 2 | 2.8 acres |
| Within the Tierra Amarilla Grant | 1.3 acres |
| Total | 4.1 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-002-0002.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### B. No Right (Surface Water Only)

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:** Esquibel
    **Location X:** 1,573,634 feet  **Y:** 2,037,817 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 02, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 0.6 acres |
| Total | 0.6 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-002-0002.

**Amount of Water:** NONE

## LUCIA A. MONTOYA
## ROBERT J. MONTOYA

**Subfile No.: CHNU-002-0007**

### A. Irrigated Lands (Surface Water Only)

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:** Vega
    **Location X:** 1,572,542 feet  **Y:** 2,036,202 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 11, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NW¼ | 18.1 acres |
| Total | 18.1 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-002-0007.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

IT IS, THEREFORE, ORDERED that the above-named defendants, be and hereby are, adjudicated to have the water rights set out herein above, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the Defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The court enters this order as a final judgment as to the elements of the Defendant's water rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in these proceedings.

---
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Map labels:
- Rio Nutrias
- South Boundary of the Tierra Amarilla Grant
- Acequia Perfecto Esquibel
- Tafoya/Esquibel Ditch

Tract labels:
- 0010003 A 1.6 ac.
- 0010003 A 0.3 ac.
- 0010003 A 4.8 ac.
- 0010003 A 0.6 ac.
- 0010003 A 3.7 ac.
- 0010003 A 0.3 ac.
- 0010003 B 0.3 ac.
- 0010003 B 0.3 ac.
- 0010003 B 0.5 ac.
- 0010003 B 1.1 ac.

Section markers: T27N, R4E, sections 2, 1, 11, 12

Legend:
- Irrigated Tract Boundary
- No Right Tract Boundary
- Operable Ditch
- Inoperable Ditch
- Stock Pond / Reservoir
- Point of Diversion

Scale 1"=400'
0 50 100 200 300 400 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
**RIO NUTRIAS SECTION**

Subfile CHNU-001-0003
Acequia Perfecto Esquibel
& Tafoya/Esquibel Ditch
Amended July 27, 2001

Map labels: Esquibel Ditch; South Boundary of the Tierra Amarilla Grant; Rio Nutrias; 002-0002 A 0.5 ac.; 002-0002 A 0.7 ac.; 002-0002 A 0.1 ac.; 002-0002 A 2.8 ac.; 002-0002 B 0.6 ac.

Legend:
- Irrigated Tract Boundary
- No Right Tract Boundary
- Operable Ditch
- Inoperable Ditch
- Stock Pond / Reservoir
- Point of Diversion

Scale 1"=300'



STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
**RIO NUTRIAS SECTION**

Subfile CHNU-002-0002
**Esquibel Ditch**
Amended July 23, 2001



