IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the Relation of the State Engineer, And THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>V.<br><br>RAMON ARAGON et al.<br><br>Defendants | No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 Rio Gallina<br>Subfile No. |

02 JUL -9 PM 1:01

## CERTIFICATE OF SERVICE

We certify that we served a copy of Helen Vigil, Olivia Vigil & Linda Vigil's Disclosures on the State of New Mexico via U. S. mail first class of the 17th day of June 2002.

_____
Helen Vigil

_____
Olivia Vigil

_____
Linda Vigil

## CERTIFICATE OF SERVICE

We certify that we served a copy of this Certificate of Service was mailed to the following persons on the 17 day of June 2002.

| Ed Newville, Esq. | Mary Humphrey | Spec. Master Vickie Gabin |
|---|---|---|
| P.O. Box 25102 | P.O. Box 1574 | U.S. District Court |
| Santa Fe, NM  87504 | El Prado, NM  87529 | P.O. Box 2384 |
| | | Santa Fe, NM  87504 |

_____
Helen Vigil

_____
Olivia Vigil

_____
Linda Vigil

6768