IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 02 JUL 22 PM 3:40<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>CHGA-01-0018 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, WILLIE A. SUAZO by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-01-0018 which I signed and approved on 6/14/02 _____ represents the resolution of all claims to water rights under the Statement of Water Rights Claim (5957) filed with the Court on October 2, 2000.

_____
WILLIE A. SUAZO

6/14/02
date

6772