**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

02 JUL 22 PM 3:40

STATE OF NEW MEXICO *ex rel.*
State Engineer,

Plaintiff,
v.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

**NOTICE OF FILING OF WAIVERS OF SERVICE**

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rio Brazos, Section 7 of the Rio Chama Stream System named below:

| **DEFENDANT NAME** | **SUBFILE No.** |
|---|---|
| GARCIA, MARIA ABEYTA | CHRB-007-0019 |
| MOSELEY, TRAVIS G. | CHRB-OMC-001 |
| POND, AMELIA C. MANZANARES | CHRB-008-0008 |
| TRUJILLO, FELICITAS | CHRB-009-0024 |
| VALDEZ, JOE | CHRB-003-0007 |

6773

Respectfully submitted

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on 22 day of July, 2002.

Edward G. Newville