IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rutheron & Plaza Blanca, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rutheron Plaza Blanca, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| AGUILAR, CRUZ | CHRU-004-0012 |
|  | CHRU-002-0002 |
| AGUILAR, GREGORITA | CHRU-002-0002 |
|  | CHRU-004-0012 |
| ARREGUIN, OLGA | CHRU-004-0043 |
| ARREGUIN, ROBERT | CHRU-004-0043 |
| BEACH, TRUST, CHARLES R. & LEATRICE H. | CHRU-001-0010 |
| BEACH, DAVID C. | CHRU-001-0012 |
| BEACH, SAMUEL R. | CHRU-001-0008 |
| BLANTON, TRUST, MARSHALL J. & DOROTHY T. | CHRU-001-0018 |
| BROOKS, JAMES R. | CHRU-004-0018 |
| CAIRD, BRUCE & MARY TRUST | CHRU-004-0038 |
| CHRISTIANSEN, GENE M. | CHRU-001-0001 |

6774

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| COPE, BETHANY S. | CHRU-001-0004 |
| DEMILL, LINDA | CHRU-004-0037 |
| DEVERS, JERROLL L. | CHRU-003-0006 |
| | CHRU-001-0013 |
| DEVERS, SHARON | CHRU-003-0006 |
| | CHRU-001-0013 |
| ELLIOTT, GEORGE | CHRU-004-0029 |
| ELLIOTT, KAREN | CHRU-004-0029 |
| FERNANDEZ, BARBARA C. | CHRU-004-0034 |
| FERNANDEZ, MIGUEL M. | CHRU-004-0034 |
| GROVES, KENNETH L. | CHRU-001-0004 |
| HORN & ASSOCIATES, WILLIAM | CHRU-002-0003 |
| HORN, WILLIAM | CHRU-001-0014 |
| KATCHINA TRUST, THE | CHRU-004-0030 |
| KEMPER, KRYAN | CHRU-001-0005 |
| KEMPER, TRUDY | CHRU-001-0005 |
| KURT, CALVIN | CHRU-003-0002 |
| KUYKENDALL, HERSHEL P. | CHRU-004-0026 |
| LOPEZ, NOBERT C. | CHRU-003-0004 |
| | CHRU-004-0001 |
| MANZANARES, MARIA C. | CHRU-004-0025 |
| MANZANARES, SIMON CARLOS | CHRU-004-0025 |
| MARQUEZ, ARTHUR M. | CHRU-004-0041 |
| MARQUEZ, RUBY H. | CHRU-004-0041 |
| MARTINEZ TRUST, | CHRU-004-0007 |
| | CHRU-003-0010 |
| MARTINEZ, DELLA M. | CHRU-004-0019 |
| MARTINEZ, TONY H. | CHRU-004-0019 |
| MARTINEZ, VIRGINIO R. | CHRU-004-0002 |
| | CHRU-003-0005 |
| MC GAUGHEY, BRIGIT | CHRU-004-0031 |
| MELTON, WILLIAM N. | CHRU-004-0027 |
| | CHRU-002-0001 |
| | CHRU-001-0003 |

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| MERCURE, JOSE DE LA LUZ | CHRU-004-0024 |
| PAPE, LOUISE W. | CHRU-004-0027 |
| | CHRU-001-0003 |
| | CHRU-002-0001 |
| PAPE, WILLIAM R. | CHRU-004-0027 |
| | CHRU-001-0003 |
| | CHRU-002-0001 |
| PERALTA, ALFRED Q. | CHRU-003-0001 |
| PERALTA, ELIZABETH T. | CHRU-003-0001 |
| ROSS FAMILY TRUST, | CHRU-002-0004 |
| SABLEMAN, SANDRA | CHRU-001-0009 |
| TORREZ, PEDRO & ROSE TRUST | CHRU-004-0005 |
| | CHRU-003-0008 |
| ULIBARRI, JANELLE | CHRU-001-0017 |
| ULIBARRI, LOUISA | CHRU-003-0011 |
| | CHRU-004-0008 |
| ULIBARRI, MARLA C. | CHRU-001-0002 |
| ULIBARRI, MIKE | CHRU-001-0017 |
| ULIBARRI, OCTAVIANO R. | CHRU-003-0011 |
| | CHRU-004-0008 |
| ULIBARRI, PEDRO A. JR. | CHRU-004-0014 |
| ULIBARRI, RICHARD P. | CHRU-001-0002 |
| ULIBARRI, ROBERTO | CHRU-004-0013 |
| ULIBARRI, UDILIA | CHRU-004-0014 |
| VOGT, NORM INC. | CHRU-004-0028 |

Respectfully submitted

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on 22 day of July, 2002.

Edward G. Newville