# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**Ramon Aragon,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-003-0013

## ORDER CORRECTING DEFENDANT'S NAME

This matter is before the Court upon the motion filed on July 24, 2002, by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for the correction of the name of the defendant identified below in this cause.

The Court, being fully advised, finds the motion to correct the defendant's name is well taken and should be granted.

IT IS THEREFORE ORDERED that the name of the defendant associated with the listed subfile set forth below is changed:

    From   Shirley Soberanez    to   Shirley Whitley    CHCJ-003-0013

      /electronic signature/
    JOHN EDWARDS CONWAY
    UNITED STATES DISTRICT JUDGE