## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

Ramon Aragon, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-003-0013

## MOTION TO CORRECT DEFENDANT'S NAME

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his

attorneys, and moves the Court to issue its order correcting the name of the defendant identified below

in the above-styled and captioned cause to read as follows:

From   Shirley Soberanez   to    Shirley Whitley       CHCJ-003-0013

DATED July **24**, 2002

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Correct Defendant's Name was mailed to the

following persons on July 24 , 2002.

EDWARD G. NEWVILLE

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567