IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias
Rio Cebolla, Canjilon Creek

Subfile Nos:  CHNU-001-0003
CHNU-002-0002
CHNU-002-0007
CHCB-007-0003
CHCJ-003-0084

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Order Correcting Clerical Errors for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 24th day of July, 2002:

Subfile No. CHNU-001-0003
Docket No. 6767
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87505

Subfile No. CHNU-002-0002
Docket No. 6767
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87505

Subfile No. CHNU-002-0007
Docket No. 6767
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87505

Subfile No. CHCB-007-0003
Docket No. 6766
Gustavo Martinez
Rosina O. Martinez
P.O. Box 206
Cebolla, NM  87518

1

6778

<u>Subfile No. CHCJ-003-0084</u>
Docket No. 6765
Joseph G. Medina
127 Alamo Drive
Santa Fe, NM  87501


True file stamped copies of the Order Correcting Clerical Errors the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 24th day of July, 2001:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  87567


*Ed Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150

2