**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**



02 JUL 25 AM 10: 46

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rutheron & Plaza Blanca, Section 7

**Subfile No.: CHRU-004-0028**

**ENTRY OF APPEARANCE**

COMES NOW Stein & Brockmann, P.A. (Jay F. Stein and James C. Brockmann) and enters

its appearance on behalf of defendant Norm Vogt.

Dated this 23rd day of July, 2002.

Respectfully submitted,

Jay F. Stein
James C. Brockmann
STEIN & BROCKMANN, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250
Telephone    (505) 983-3880
Fax:          (505) 986-1028

Attorneys for Defendant Norm Vogt

1

6779



## CERTIFICATE OF SERVICE

It is hereby certified that on the 23rd day of July, 2002, a true and correct copy of the foregoing **Entry of Appearance** was served on the following parties by First Class Mail, postage prepaid:

| | | |
|---|---|---|
| Susan Jordan, Esq.<br>200 W. De Vargas, Suite 9<br>Santa Fe, NM 87501 | Frank Bond, Esq.<br>Joseph Van Clarke, Esq.<br>P.O. Box 4160<br>Santa Fe, NM 87502-4160 | Bradley Bridgewater, Esq.<br>U.S. Department of Justice<br>999 18th Street, Suite 945<br>Denver, CO 80202 |
| Steven Bunch, Esq.<br>Deputy General Counsel<br>P.O. Box 1149<br>Santa Fe, NM 87504-1149 | Darcy Bushnell, Esq.<br>Water Rights Attorney<br>USDC-DCNM<br>333 Lomas Blvd.<br>Albuquerque, NM 87102 | Annie Laurie Coogan, Esq.<br>1520 Paseo de Peralta<br>Santa Fe, NM 87501-3722 |
| John E. Farrow, Esq.<br>P.O. Box 35400<br>Albuquerque, NM 87176 | Randolph Felker, Esq.<br>911 Old Pecos Trail<br>Santa Fe, NM 87501 | Jeffery Fornaciari, Esq.<br>P.O. Box 2068<br>Santa Fe, NM 87504-2068 |
| Vickie Gabin, Special Master<br>United States District Court<br>P.O. Box 2384<br>Santa Fe, NM 87503-2384 | K. Janelle Haught, Esq.<br>NMSHTD<br>P.O. Box 1149<br>Santa Fe, NM 87504 | Mary Humphrey, Esq.<br>P.O. Box 1573<br>El Prado, NM 87529 |
| Mary Ann Joca, Esq.<br>U.S. Forest Service<br>Dept. of Agriculture | Randy Lovato, Esq.<br>8100 Rancho Sueno Ct., NW<br>Albuquerque, NM 87102-3488 | Karla McCall, Data Manager<br>Aqua Tek<br>1315 Sagebrush Dr., SW<br>Los Lunas, NM 87031 |
| Benjamin Phillips, Esq.<br>P.O. Box 787<br>Santa Fe, NM 87504 | Peter B. Shoenfeld, Esq.<br>P.O. Box 2421<br>Santa Fe, NM 87504-2421 | Lester K. Taylor, Esq.<br>Jessica R. Aberly, Esq.<br>500 Marquette NW, #1050<br>Albuquerque, NM 87102 |
| Lucas Trujillo<br>P.O. Box 57<br>El Riot, NM 87530 | John W. Utton, Esq.<br>Charles T. DuMars, Esq.<br>P.O. Box 271<br>Albuquerque, NM 87103 | Fred Vigil, *Pro Se*<br>P.O. Box 687<br>Medanales, NM 87548 |

| | | |
|---|---|---|
| Fred Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571 | C. Mott Woolley, Esq.<br>112 W. San Francisco St.,<br>Suite 312-D<br>Santa Fe, NM 87501 | Paula Garcia<br>NM Acequia Association<br>P.O. Box 1229<br>Santa Cruz, NM 87567 |
| Wilfred Gutierrez, Chair<br>NM Acequia Association<br>P.O. Box 190<br>Velarde, NM 87582 | Tessa Davidson, Esq.<br>Swain, Schrantdt &<br>Davidson, P.C.<br>4830 Juan Tabo NE, #F<br>Albuquerque, NM 87111 | Marcus Rael<br>3208 Vista Maravillosa<br>Albuquerque, NM 87210 |

Jay F. Stein