IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

Ramon Aragon, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## MOTION TO SET ASIDE ENTRY OF DEFAULT

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his attorneys, and moves the Court to set aside the clerk's entry of default for the following defendants:

| | |
|---|---|
| Ralph Gallegos, Jr. | CHCJ-003-0061, CHCJ-003-0067 |
| Ralph Gallegos, Sr. | CHCJ-003-0049 |
| Ralph Baca | CHCJ-003-0068 |
| Gonzalo Gonzales | CHCJ-003-0081, CHCJ-004-0055 |
| Orlando Martinez | CHCJ-004-0033 |
| Chris Montano | CHCJ-002-0028 |
| Aquilino Baca | CHCJ-002-0039 |
| Bertha Baca | CHCJ-002-0041 |
| Dolores Baca | CHCJ-004-0047 |
| Pat Blea | CHCJ-003-0005 |
| Angel B. Collado | CHCJ-003-0067 |

6781

| | |
|---|---|
| Esther J. Collado | CHCJ-003-0067 |
| Donald Martinez | CHCJ-001-0002, CHCJ-003-0070 |
| Perfecto Martinez | CHCJ-001-0002, CHCJ-003-0070 |
| Carlos A. Garcia | CHCJ-003-0025 |
| Lorenzo Martinez | CHCJ-003-0053 |

As grounds for therefore, plaintiff states:

1. The Clerk's Certificate of Default (Docket No. 6489) was entered January 16, 2002, with respect to the following defendants: Ralph Gallegos, Jr., Ralph Gallegos, Sr., Ralph Baca, Gonzalo Gonzales, Orlando Martinez, Chris Montano. Notice of the entry of default was mailed to defendants.

2. The Clerk's Certificate of Default (Docket No. 6530) was entered February 11, 2002, with respect to the following defendants: Aquilino Baca, Bertha Baca, Dolores Baca, Pat Blea, Angel B. Collado, Esther J. Collado, Donald Martinez, Perfecto Martinez, Carlos A. Garcia, Lorenzo Martinez. Notice of the entry of default was mailed to defendants.

3. Since the mailing of the notices of default, the above named defendants have contacted plaintiff, and they have either signed a consent order that would adjudicate their water rights by agreement, indicated the intention to sign such an order, or plaintiff has been informed of ownership issues that must be resolved prior to the adjudication of the water rights in these subfiles.

WHEREFORE, the plaintiff State of New Mexico requests the Court to set aside the entry of default of the above named defendants.

Respectfully submitted,

LISA D. BROWN
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Set Aside Entry of Default was mailed to the following persons on July 26, 2002.

Lisa D. Brown

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567