# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

02 JUL 25 AM 11:08

STATE OF NEW MEXICO *ex rel.*
NM State Engineer,
                Plaintiff,

vs.      No.: 69 CV 07941 JEC-ACE

ROMAN ARAGON, *et al.*,
                Defendants.      **RIO CHAMA STREAM SYSTEM**
                                                                 **Rito de Tierra Amarilla, Section 7**

## Entry of Appearance

COMES NOW, the undersigned, Daniel Cleavinger, Esq., and hereby enters his appearance on behalf of the J.R. Martinez Estate, Defendant, and Liliosa G. Padilla, Executor, 432 Parkland Drive, Aztec, NM 87410, who wishes to remain on the Section 7 distribution list, in the foregoing action.

Daniel Cleavinger, Esq.
Attorney for Defendant,
    J.R. Martinez Estate
P.O. Box 339
Tierra Amarilla, N.M. 87575
505-588-7070
dan@rioarriba.com

## Attorney's Certificate of Service

I hereby certify that I mailed a true copy of the foregoing Entry of Appearance to Edward G. Newville, attorney for Plaintiff, at State Engineer Office, PO Box 25102, Santa Fe, NM 87504 - 5102, and to the Section 7 Distribution List, this 24th day of July, 2002.

Daniel Cleavinger, Esq.

6782