IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 69cv07941-JEC<br>RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | Section 5 Rio Gallina |
| Defendants | ) | Subfile No. 04-0003 |

02 JUL 30 AM 10: 45

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendant Faye Davis Initial Disclosures on the State of New Mexico via U. S. mail first class on the 27th day of July 2002

*[signature]*
Faye Davis
Pro se
P.O. Box 170
Gallina, NM 87017
638-5589

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 30th day of July 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

*[signature]*
For Defendant

6784