# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**Ramon Aragon,** *et al.***,**

    **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## ORDER TO SET ASIDE ENTRY OF DEFAULT

This matter is before the Court upon the State of New Mexico's July 26, 2002 motion (Docket No. 6781) for an order to set aside the clerk's entry of default for certain defendants. Being fully advised, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the clerk's entry of default for the following defendant's is set aside:

| | |
|---|---|
| Ralph Gallegos, Jr. | CHCJ-003-0061, CHCJ-003-0067 |
| Ralph Gallegos, Sr. | CHCJ-003-0049 |
| Ralph Baca | CHCJ-003-0068 |
| Gonzalo Gonzales | CHCJ-003-0081, CHCJ-004-0055 |
| Orlando Martinez | CHCJ-004-0033 |
| Chris Montano | CHCJ-002-0028 |
| Aquilino Baca | CHCJ-002-0039 |
| Bertha Baca | CHCJ-002-0041 |

| | |
|---|---|
| Dolores Baca | CHCJ-004-0047 |
| Pat Blea | CHCJ-003-0005 |
| Angel B. Collado | CHCJ-003-0067 |
| Esther J. Collado | CHCJ-003-0067 |
| Donald Martinez | CHCJ-001-0002, CHCJ-003-0070 |
| Perfecto Martinez | CHCJ-001-0002, CHCJ-003-0070 |
| Carlos A. Garcia | CHCJ-003-0025 |
| Lorenzo Martinez | CHCJ-003-0053 |

/electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN