IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* **State Engineer** | |
| **Plaintiff,** | **69cv07941 JEC-ACE** |
| v. | **RIO CHAMA STREAM SYSTEM** Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Paragraph II (B) of the Pre-Hearing Order (Docket No. 6699) filed May 3, 2002, the plaintiff State of New Mexico, *ex rel.* State Engineer served its initial disclosures in connection with the litigation of water rights claims in the remaining subfiles in Section 5 of the Rio Chama Stream System upon Group "B' defendants on July 30, 2002.

DATED: July 30, 2002

    Respectfully submitted,

     /electronic signature/
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of the State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Certificate of Service was mailed to the following persons on July 30, 2002.

Case 6:69-cv-07941-KWR-KK   Document 6786   Filed 07/30/02   Page 2 of 3

/electronic signature/  
Edward G. Newville

Eli Maestas  
P.O. Box 2025  
Kirtland, NM 87417

Jose L. Chacon  
P.O. Box 95  
Gallina, NM 87017

Faye Davis  
P.O. Box 170  
Gallina, NM 87017

Abram Cordova  
P.O. Box 91  
Gallina, NM 87017

Estate of Eduvigen Serrano  
c/o Geraldine Serrano Lopez  
P.O. Box 575  
Santa Cruz, NM 87567

Julian Vigil  
Mary Vigil  
Robert Vigil  
P.O. Box 108  
Gallina, NM 87017

Martha Cordova  
P.O. Box 570  
Gallina, NM 87017

Francis Chavez  
Leo Chavez  
P.O. Box 711  
Cuba, NM 87013

Onofre Sanchez  
Tomas Sanchez  
P.O. Box 44  
Gallina, NM 87017

Richard Harvey
HC70 Box 412
Pecos, NM 87557

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501