IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe  NM

JUL 3 1 2002

RꜱⱯⱤⱦ M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Cebolla, Section 3

**Subfile No.: CHCB-008-0001**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

        **CLYDE C. BAKER**
        **THERESA BAKER**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing

    below, the State and the Defendant(s) have approved and accepted the elements of

    Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

JUN 1 4 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6795

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Cebolla, Section 3, is set forth below:


A.  **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   2631- 2735

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio
                     Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
        **Ditch Name:**  RINCON BLANCA DITCH
        **Location X:**  1,578,548  feet  **Y:**  2,012,107  feet
        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
        Section 17, Township 26N, Range 04E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NW¼ | 15.0 | acres |
| Pt. SE¼ | 25.9 | acres |
| Pt. SE¼ | 0.2 | acres |
| Pt. SW¼ | 73.7 | acres |
| Pt. SW¼ | 64.8 | acres |

Section 19, Township 26N, Range 04E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | 41.2 | acres |

Section 20, Township 26N, Range 04E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NW¼ | 21.6 | acres |
| Pt. NW¼ | 77.6 | acres |
|  | Total  320.0 | acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-
008-0001.

**Amount of Water:** Reserved for future determination by court order entered July 25,
                     2000.

B. **NO RIGHT (Surface Water Only):**

**Office of the State Engineer Files No(s)**   NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

> **Ditch Name:**  RINCON BLANCA DITCH
> **Location X:** 1,578,548  feet  **Y:**  2,012,107  feet
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

Section 18, Township 26N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 19.2  acres |
| Pt. SE¼ | 47.5  acres |

Section 19, Township 26N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 9.2  acres |

Section 20, Township 26N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 100.6  acres |
| Total | 176.5 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-008-0001.

**Amount of Water:** NONE

C. **STORAGE RESERVOIR (Surface Water Only):**

**Office of the State Engineer Files No(s)**   2631 - 2735

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION/STOCK/DOMESTIC

**Point of Diversion:**

> **Ditch Name:**  RINCON BLANCA DITCH
> **Location X:** 1,578,548  feet  **Y:**  2,012,107  feet
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location of Impoundment**

<u>Section 16, Township 26N, Range 04E, N.M.P.M.</u>

    Pt. SE¼                                7.1  acres

<u>Section 17, Township 26N, Range 04E, N.M.P.M.</u>

    Pt. SW¼                              17.4  acres

                              Total     24.5 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-008-0001.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _Theresa Baker_     ACCEPTED: _Clyde C Baker_
                THERESA BAKER                           CLYDE C. BAKER

ADDRESS: _Box 245_            ADDRESS: _Box 245_
         _Ceballa n.m._                _Ceballa n.m._
         _87518_                       _87518_
DATE:    _5-11-02_            DATE:    _5-11-02_


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

_6-14-02_
Date



STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO CEBOLLA SECTION

Subfile Number
CHCB-008-0001
Rincon Blanco Ditch
AMENDED April 24, 2002

Scale
1 inch = 1000 feet

500        0        500        1000 Feet

N

LEGEND
Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
Fallow
No Right