IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

02 JUL 31 AM 9: 17

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer,<br><br>　　Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rutheron & Plaza Blanca, Section 7<br><br>**Subfile No.: CHRU-004-0028** |

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 30th day of July, 2002, a true and correct copy of our Entry of Appearance was served on Edward G. Newville, Special Assistant Attorney General, Office of the State Engineer, P.O. Box 25102, Santa Fe, NM 87504-5102, by First Class Mail, postage prepaid.

Dated this 30th day of July, 2002.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jay F. Stein
　　　　　　　　　　　　　　　　　　James C. Brockmann
　　　　　　　　　　　　　　　　　　STEIN & BROCKMANN, P.A.
　　　　　　　　　　　　　　　　　　P.O. Box 5250
　　　　　　　　　　　　　　　　　　Santa Fe, NM 87502-5250
　　　　　　　　　　　　　　　　　　Telephone　(505) 983-3880
　　　　　　　　　　　　　　　　　　Fax:　　　　(505) 986-1028

　　　　　　　　　　　　　　　　　　Attorneys for Defendant Norm Vogt

6809

