IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

Plaintiff,

v.

**Ramon Aragon,** *et al.*,

Defendants.

69cv07941 JEC-ACE

**RIO CHAMA STREAM SYSTEM**
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## MOTION TO SET ASIDE ENTRY OF DEFAULT
## AND WITHDRAW MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his attorneys, and moves the Court to set aside the clerk's entry of default and withdraw its Motion for Default Judgment (Docket No. 6753), filed June 19, 2002, for the following defendants:

Samuel S. Serrano    CHCJ-002-0003; CHCJ-003-0002

Shirley Soberanez    CHCJ-003-0013

Theresita M. Trujillo    CHCJ-004-0053

As grounds therefore plaintiff states that the Clerk's Certificate of Default (Docket No. 6530) with respect to Samuel S. Serrano and Shirley Soberanez was entered on February 11, 2002. The Clerk's Certificate of Default (Docket No. 6489) was entered on January 16, 2002, with respect to Theresita M. Trujillo.

The Motion for Default Judgment (Docket No. 6753) with respect to the above named defendants was filed June 19, 2002, and notice of that motion was mailed to defendants on June 21, 2002. Since the mailing of the notice, the above named defendants have either signed a consent order

that will adjudicate their water rights by agreement, or have indicated to plaintiff a willingness to work with the state to adjudicate their water rights by agreement.

WHEREFORE, the plaintiff State of New Mexico requests the Court to set aside the entry of default and withdraw the Motion for Default Judgment with respect to the above named defendants.

Respectfully submitted,

LISA D. BROWN
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Set Aside Default and Withdraw Motion for Default Judgment was mailed to the following persons on ~~July~~ August 6, 2002.

Lisa D. Brown

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM

2

333 Lomas Blvd. NW, suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Samuel S. Serrano
1624 North 475 West
Sunset, UT 84119

Shirley Soberanez
77 Road 4903
Bloomfield, NM 87413

Theresita M. Trujillo
P.O. Box 15728
Abiquiu, NM 87510