IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Rio Nutrias, Rio Cebolla, Canjillon Creek<br><br>Subfile Nos.: CHNU-001-0005, CHNU-004-0004, CHNU-004-0005, CHCB-002-0014, CHCB-007-0002B, CHCB-008-0001, CHCJ-003-0062 |

02 AUG 13 AM 10: 19

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 13th day of August, 2002:

Subfile No. CHNU-001-0005
Docket No. 6790
Lucia A. Montoya
Robert J. Montoya
3007 Siringo Road
Santa Fe, NM  87505

Subfile No. CHNU-004-0004
Docket No. 6791
Orlando Ulibarri
P.O. Box 3
Tierra Amarilla, NM  87575

Subfile No. CHNU-004-0005
Docket No. 6792
Leroy Martinez
P.O. Box 202
Tierra Amarilla, NM  87575

Subfile No. CHCB-002-0014
Docket No. 6793
Cebolla MDWCA
Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM  87532

Subfile No. CHCB-007-0002B
Docket No. 6794
Martinez Ranch Partnership
Max D. Martinez
P.O. Box 235
Cebolla, NM  87518

Subfile No. CHCB-008-0001
Docket No. 6795
Clyde C. Baker
Theresa Baker
Box 245
Cebolla, NM  87518


6814

<u>Subfile No. CHCJ-003-0062</u>
Docket No. 6796
Atocha Vigil
Box 503
Canjilon, NM 87515

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 13th day of August, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 8756

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887