IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

02 AUG 13 AM 10: 19

| | |
|---|---|
| **STATE OF NEW MEXICO, *ex rel.*,** **State Engineer,** | **69cv07941 JEC-ACE** |
| **Plaintiff,** | **RIO CHAMA STREAM SYSTEM** |
| **v.** | **Section 5: Rio Gallina** **Subfile No. CHGA-001-0018, CHGA-002-0028A, CHGA-02-0029** |
| **RAMON ARAGON, *et al.*,** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 13th day of August, 2002:

Subfile No. CHGA-001-0018
Docket No. 6787
Willie Suazo
HC78, Box 15
Gallina, NM 87017

Subfile No. CHGA-002-0028A
Docket No. 6788
Vincente Jacquez
General Delivery
Gallina, NM 87017

Subfile No. CHGA-02-0029
Docket No. 6789
Vivian Salazar
1118 Calle La Resolana
Santa Fe, NM 87507

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574



A copy of this Certificate of Service was mailed to the following on the 13th day of August, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Respectfully Submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887