IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

02 AUG 13  AM 10: 19

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rio Brazos, Rutheron & Plaza Blanca<br><br>Subfile Nos: CHRB-003-0028, CHRB-004-0016, CHRU-001-0004, CHRU-001-008, CHRU-001-0013, CHRU-001-0018, CHRU-003-0001, CHRU-003-0006, CHRU-004-0012, CHRU-004-0029, CHRU-004-0038, CHRU-004-0041 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 13th day of August, 2002:

Subfile No. CHRB-003-0028
Docket No. 6797
Medardo Sanchez
P.O. Box 96
Los Ojos, NM  87551

Subfile No. CHRB-004-0016
Docket No. 6798
Maria F. Gallegos Delgado
4750 South 3685 W.
Salt Lake City, Utah 8418-3435

Subfile No. CHRU-001-0004
Docket No. 6799
Bethany S. Cope
Kenneth L. Groves
HC 75 Box 1200
Rutheron, NM  87551

Subfile No. CHRU-001-0008
Docket No. 6800
Samuel L. Beach
HC 75 Box 1001
Rutheron, NM  87551

Subfile No. CHRU-001-0013
Docket No. 6801
Jerroll L. Devers
Sharon Devers
HC 75, Box 1175
Rutheron, NM  87551

Subfile No. CHRU-001-0018
Docket No. 6802
Marshall J. &
Dorothy T. Blanton Trust
P.O. Box 70
Aztec, NM  87410


6816

Subfile No. CHRU-003-0001
Docket No. 6803
Alfred O. Peralta
Elizabeth T. Peralta
Box 4335 NDCBU
Taos, NM 87571

Subfile No. CHRU-003-0006
Docket No. 6804
Jerroll L. Devers
Sharon Devers
HC 75 Box 1175
Rutheron, NM 87551

Subfile No. CHRU-004-0012
Docket No. 6805
Cruz Aguilar
Gregorita Aguilar
P.O. Box 15
Los Ojos, NM 87551

Subfile No. CHRU-004-0029
Docket No. 6806
George Elliott
Karen Elliott
14955 Dakota Rd.
Apple Valley, CA 92307

Subfile No. CHRU-004-0038
Docket No. 6807
Bruce & Mary Caird Trust
1525 Granite, N.W.
Albuquerque, NM 87104

Subfile No. CHRU-004-0041
Docket No. 6808
Arthur M. Marquez
Ruby H. Marquez
Box 63015
Espanola, NM 87532

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-027

A copy of this Certificate of Service was mailed to the following on the 13th day of August, 2002:

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
500 Marquette, NW, Ste. 1050
Albuquerque, NM 87102

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Tessa T. Davidson
Swaim, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD.
P.O. Box 87504-2084

Daniel Cleavinger, Esq.
Attorney for Defendant
 J.R. Martinez Estate
P.O. Box 339
Tierra Amarilla, NM 87575

Respectfully Submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887