# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**Ramon Aragon,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-003-0005

## ORDER TO SET ASIDE ENTRY OF DEFAULT

This matter is before the Court upon the Motion (Docket No. 6813) filed on August 9, 2002, by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order to set aside the clerk's entry of default for defendant Judy Blea.

The Court, being fully advised, finds the motion is well taken and should be granted. It is, therefore, ordered that the clerk's entry of default for the following defendant is set aside:

    Judy Blea           CHCJ-003-0005

    /electronic signature/
    JOHN EDWARDS CONWAY
    UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
Special Master Vickie L. Gabin