IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

02 AUG -5 PM 1: 15

STATE OF NEW MEXICO, ex rel.
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, et al.,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

## ACEQUIA DEL RIO DE CHAMA PROGRESS REPORT
## ON REPLACEMENT OF MEASUREMENT STATION

COMES NOW, the Acequia del Rio de Chama, by and through its below-signed counsel and pursuant to the Order (#6761) filed herein on July 1, 2002, submits the following progress report on the replacement of the said acequia's measurement station.

During the first week of July, 2002 the Watermaster, Buck Wells, provided to William Miller, the acequia's hydrologist, a packet of detailed information on Parshall Measuring Flumes design specifics, installation, operation, and sources of product supply.

On July 9, 2002 Mr. Miller obtained a quote from Mike Roark of the U.S. Geological Survey of $7,700.00 for the purchase and installation of a two foot fiberglass Parshall flume.

The acequia on July 19, 2002 formally, in writing, requested assistance from the New Mexico Interstate Stream Commission in obtaining a state sponsored cost-share program to fund the

6818

replacement of the acequia's measurement gauge.

Respectfully submitted,

Fred J. Waltz
Attorney for Acequia del Rio de Chama
Box 6390
Taos, New Mexico 87571
(505) 758-0407

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was mailed by first-class mail to Ed Newville, Atttorney for State Engineer Office on this １st day of August, 2002.

Fred J. Waltz