# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**
      Plaintiff,                                        69cv07941 JEC-ACE

      v.                                                **RIO CHAMA STREAM SYSTEM**
                                                    **Section 3: Rio Nutrias, Rio Cebolla**
**Ramon Aragon,** *et al.*,                          **& Canjilon Creek**
      Defendants.

## ORDER TO SET ASIDE ENTRY OF DEFAULT AND
## WITHDRAW MOTION FOR DEFAULT JUDGMENT FOR THREE DEFENDANTS

THIS MATTER is before the Court upon the August 6, 2002 Motion (Docket No. 6812) by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for an order to set aside the Clerk's January 16, 2002 and February 11, 2002 Entries of Default (Nos. 6489 & 6530) and withdraw its June 19, 2002 Motion for Default Judgment (No. 6753) for certain defendants, including Samuel S. Serrano.

The Court, being fully advised, finds the motion is well taken and should be granted. It is, therefore, ORDERED that the clerk's entry of default is set aside and the plaintiff's motion for default judgment WITHDRAWN for the following defendants:

    Samuel S. Serrano     CHCJ-002-0003; CHCJ-003-0002
    Shirley Soberanez     CHCJ-003-0013
    Theresita M. Trujillo     CHCJ-004-0053

                                                                        /electronic signature/
                                                     JOHN EDWARDS CONWAY
                                                     UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
Special Master Vickie L. Gabin

1