IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

02 AUG 16 PM 1:19

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Cebolla, Section 3

**Subfile No.: CHCB-007-0007**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

           **ALICE MARTINEZ**

            **MAX MARTINEZ**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System,  Rio Cebolla, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

**JUN 1 2 2002**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6821

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

        Stream System, Rio Cebolla, Section 3, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio
Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
        **Ditch Name:** RINCON BLANCA DITCH
        **Location X:** 1,578,548  feet  **Y:** 2,012,107  feet
        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
        Section 15, Township 26N, Range 04E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | 2.0 | acres |
| Total | 2.0 | acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-
007-0007.

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla,

        Section 3, other than those set forth in this order and those other orders entered by this

        Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

        from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section

        3, except in strict accordance with the water rights described herein.

Consent Order                                  2                        Subfile No.: CHCB-007-0007

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla,

Section 3, except in strict accordance with the rights set forth herein or in other orders of the

Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_____
SPECIAL MASTER

ACCEPTED: _Max R. Martinez_       ACCEPTED: _Alice M. Martinez_
           MAX MARTINEZ                     ALICE MARTINEZ
ADDRESS: _PO Box 235_             ADDRESS: _PO Box 235_
         _Cebolla, n.m._                   _Cebolla n.m._
              _87518_                            _87518_
DATE: _06-10-02_                  DATE: _06-10-02_

Consent Order                3                Subfile No.: CHCB-007-0007

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

6-12-02

Date



Rincon Blanca Ditch

007-0007
A 2.0 ac.

Legend

Irrigated Tract Boundary
No Right Tract Boundary
Operable Ditch
Inoperable Ditch
Stock Pond / Reservoir
Point of Diversion
Fallow

Scale
1 inch = 200 feet

100   0   100   200 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO CEBOLLA SECTION

Subfile Number
CHCB-007-0007
Rincon Blanca Ditch
AMENDED Jan. 02, 2002