# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.,*
State Engineer,

      Plaintiff,                                                                                            No. 69cv07941 JEC-ACE

      v.

RAMON ARAGON, *et al.*,                                        RIO CHAMA ADJUDICATION

      Defendants.

## ORDER

THIS MATTER comes before the Court on the Special Master's August 1, 2002 report of services and motion for approval of payment (6811). Having reviewed the Special Master's motion, status report and invoices, having received no objections thereto, and being otherwise fully advised in the premises, the Court:

HEREBY APPROVES the payment of the invoices submitted by the Special Master, the Administrative Assistant, and the Data Manager between January 2002 and June 2002.

                                                                                    /electronic signature/
                                                                    JOHN EDWARDS CONWAY
                                                             UNITED STATES DISTRICT JUDGE