IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA <br><br> Plaintiffs <br><br> v. <br><br> RAMON ARAGON, et al. <br><br> Defendants | No. CIV 7941-JC <br> RIO CHAMA STREAM SYSTEM <br><br> Section 4, Rio El Rito Section |

## AMENDED CERTIFICATE OF SERVICE

I certify that on the 16th day of August, 2002 I sent a copy of Community of El Rito Ditch Association' and Acequia Jaral's Motion to Enforce Partial Final Decree and to Enjoin Further Diversion to Rudy Martinez via United Parcel Service delivery service, rather than Fedex delivery service, at his physical address, State Rd., 554, Mile Marker 13, El Rito, New Mexico. Due to unforeseen circumstances, Fedex delivery service was unavailable on August 16, 2002.

MARY E. HUMPHREY
Attorney for El Rito Ditch Association and
Acequia Jaral
P. O. Box 1574
El Prado, NM 87529
(505) 758-2203

1

6823

## CERTIFICATE OF SERVICE

I certify I mailed copies of this Amended Certificate of Service to the following persons via U.S. mail on the 17th day of August, 2002.

Ed Newville
NM State Engineer
P. O. Box 25102
Santa Fe, NM 87504

Special Master Vickie Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM 87504

Darcy Bushnell,
USDC/DCNM
333 Lomas Blvd, Suite 610
Albuquerque, NM 87102

Rudy Martinez
General Delivery
State Road 554, Mile Marker 13
El Rito, NM 87530

Mary E. Humphrey

2