IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA<br><br>Plaintiffs<br><br>v.<br><br>RAMON ARAGON, et al.<br><br>Defendants | No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 4, Rio El Rito Section |

## COMMUNITY OF EL RITO DITCH ASSOCIATION'S AND ACEQUIA JARAL'S MOTION TO ENFORCE PARTIAL FINAL DECREE AND TO ENJOIN FURTHER DIVERSION OF WATER

DEFENDANTS Community of El Rito Ditch Association and Acequia Jaral respectfully move that this Court enforce the Partial Final Decree on the Rio El Rito Stream System by entering an order enjoining further diversion of water to lands classified under Sub-file No. 32.1 in this adjudication. As grounds for this motion, Movants state the following:

1. This Court entered a Partial Final Decree on the Rio El Rito Stream System ("Decree") adjudicating the rights of individual sub-file water rights owners on June 25, 1973.

2. The Decree confirms the water rights of each defendant as against each other defendant based on court orders entered in the individual sub-files.

3. This Court has jurisdiction to enforce the provisions of the Decree and may enter such supplementary orders as may be necessary for the enforcement of the Decree and the individual sub-file orders. Decree at p. iv.

4. Defendants whose water rights are adjudicated by the Decree are enjoined from any diversion or use of waters, except in strict accordance with the orders entered in the

1

individual and community ditch association sub-files. Decree at p. iii.

5. The Community of El Rito Ditch Association is comprised of eleven (11) community ditches, including the Acequia Jaral. Decree at p. v.

6. The Acequia Jaral has a priority date of 1799. The Decree has adjudicated rights to use water for the irrigation of 266.2 acres served by the Acequia Jaral. Decree at pp. 4-5.

7. The Decree adjudicates the right to irrigate 9.7 acres to Sub-file No. 32.1. Sub-file No. 32.1 is served by a private ditch, the Jose Romolo Martinez Ditch. Decree at p. 3.

8. The Agreement on Water Rights underlying the Sub-file Order for No. 32.1 was signed by Jose Romolo Martinez. Exhibit A.

9. Mr. Rudy Martinez, whose physical address is State Rd. 554, El Rito, New Mexico, is in physical possession of the Sub-file No. 32.1 lands. Mr. Rudy Martinez is the son of and successor-in-interest to Jose Romolo Martinez.

10. Although there has been no final determination of priority dates for private ditches within the Rio El Rito Stream System, there is credible evidence that the priority date for the Jose Romolo Martinez Ditch is no earlier than 1880. (Dr. John Baxter, "Settlement and Water Use at El Rito," August 1997).

11. The diversion structure by which the Jose Romolo Martinez Ditch diverts water is approximately 1200 feet upstream of the diversion structure for the Acequia Jaral. Exhibit B.

12. In early March, 2002, pursuant to NMSA 1978, § 73-2-47, the El Rito Ditch Association posted notice of a March 18, 2002 community meeting of all ditches to discuss the division of water from the Rio El Rito for the upcoming irrigation season. The Jose Romolo Martinez ditch did not send a representative to the meeting.

13. In early June 2002, Rudy Martinez began to divert the *entire* flow of the Rio El Rito via the Jose Romolo Martinez Ditch. The water was used for irrigation of Sub-file No.

32.1. The water not immediately used for irrigation was stored in a pond. As a result, little, if *any*, water was returned to the Rio El Rito. Any water that did return did so downstream of the Acequia Jaral diversion.

14. Diversion by the Jose Romolo Martinez Ditch resulted in there being no water available for diversion and use by individuals served by the Acequia Jaral.

15. Rudy Martinez does not have a listed telephone number. On June 11, 2002, the officers and commissioners of the El Rito Ditch Association visited Mr. Martinez's property in an attempt to discuss the diversion of water via the Jose Romolo Martinez Ditch. Rudy Martinez refused to discuss his diversion of water and ordered the officers and commissioners off his property at gunpoint, firing two shots at the officers' vehicles. A criminal assault and battery complaint has been registered with the District Attorney of the First District Judicial District of New Mexico by the officers and commissioners of the Ditch Association.

16. Rudy Martinez has continued to divert the entire flow of the Rio El Rito, with intermittent exceptions. The water rights owners who would otherwise divert water from the Acequia Jaral have been deprived of the use of any water for irrigation, domestic or other purposes.

17. Although the Partial Final Decree contemplated appointment of a watermaster, Decree at p. iii, there is no watermaster with jurisdiction over this matter at this time.

18. Rudy Martinez was not contacted before this motion was filed because Mr. Martinez has indicated through his actions that this motion would be deemed opposed. Because Mr. Martinez does not have a listed telephone number nor a post office address in the community of El Rito, a copy of this Motion has been sent to Rudy Martinez at his physical address, State Road 554, Milemarker 13, El Rito, New Mexico 87530 via Fedex Overnight delivery and via Certified Mail to Rudy Martinez, General Delivery, El Rito, NM 87530.

Road 554, Milemarker 13, El Rito, New Mexico 87530 via Fedex Overnight delivery and via Certified Mail to Rudy Martinez, General Delivery, El Rito, NM 87530.

19. Counsel for the State of New Mexico in the Rio Chama adjudication suit, Mr. Ed Newville, has been contacted in connection with this motion and does not oppose this motion.

WHEREFORE, for the reasons stated above, the El Rito Ditch Association and the Acequia Jaral respectfully ask this Court to

1) Issue an order enjoining Rudy Martinez, or any person or entities working in cooperation with him, from further diversion of water into the Jose Romolo Martinez Ditch for the remainder of this year; and

2) For such other relief as this Court deems necessary and proper.

Respectfully submitted,

MARY E. HUMPHREY
Attorney for El Rito Ditch Association and Acequia Jaral
P. O. Box 1574
El Prado, NM  87529
(505) 758-2203

## CERTIFCATE OF SERVICE

I certify that on the 16th day of August, 2002 I sent a copy of this Motion to Rudy Martinez via Fedex delivery service at his physical address, State Rd., 554, Mile marker 13, El Rito New Mexico and a copy via United States certified mail to Rudy Martinez, General Delivery, El Rito, NM  87530.
I certify I also mailed copies to the following persons via U.S. mail on the 16th day of August, 2002.

Ed Newville, Esq.
Attorney for
State of New Mexico
NM State Engineer
P. O. Box 25102
Santa Fe, NM  87504

Special Master Vickie Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM 87504

Darcy Bushnell, Esq.
Adjudication Clerk
United States Dist. Court
600 Lomas Blvd, Suite 610
Albuquerque, NM  87102

Mary E. Humphrey

4

ORIGINAL
FILED IN MY OFFI·

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SEP 21 1972

E. E. GREESON
CLERK

STATE OF NEW MEXICO, ex rel.,       )
S. E. REYNOLDS, State Engineer,     )     No. 7941
                                    )
              Plaintiff,            )     EL RITO SECTION
                                    )
vs.                                 )     Sub-File No.  32.1
                                    )     Jose Romolo Martinez Ditch
ROMAN ARAGON, et al.,               )
                                    )
              Defendants.           )     JOSE ROMOLO MARTINEZ

## AGREEMENT ON WATER RIGHTS

The plaintiff, STATE OF NEW MEXICO and the defendant(s)
__JOSE ROMOLO MARTINEZ__ agree that the
defendant(s) has the right to divert and use public waters from
the Rio Chama Stream System, El Rito Section, as follows and that
a Consent Judgment may be entered in accordance therewith:

Purpose: Irrigation        Priority:
State Engineer File No.:  None
Point of Diversion: The Jose Romolo Martinez Ditch diverts out of the
North bank of the El Rito located in the Juan Jose Lobato Grant at
a position on the New Mexico Coordinate System, Central Zone, where:
X = 521,610 and Y = 1,943,790.

Location & Amount of Irrigated Acreage:

Part of the Juan Jose Lobato Grant as shown on  El Rito
Hydrographic Survey Map Sheet No. 7, Tract 32.1.         9.7 acres

Duty of Water:  Not to exceed 2.8 acre-feet per acre per year
                delivered at the farm headgate.

Defendant: _____    _____
                                        Agency Assistant Attorney General
Defendant: _____    For Plaintiff State of New Mexico

Address: _____    Date:  __11/27/71__

## CONSENT JUDGMENT

THE COURT, having considered the agreement between the parties,
finds that it has jurisdiction of the parties and the subject matter
herein and that the defendant(s) has a right to divert and use public
waters from the Rio Chama Stream System, El Rito Section, as stated
hereinabove.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant(s)
water rights are as set forth above, and that the defendant(s) and his
privies are enjoined from any diversion or use of the public surface,
and underground waters of the Rio Chama Stream System, El Rito Section,
except in strict accordance with the rights set forth above or other
orders of this Court and except for domestic or stock purposes.

DATED this _____ day of __SEP 21 1972__, 1971.

R. WEARLE PAYNE

EXHIBIT "A"

