IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | 69cv07941 JEC-ACE |
| Plaintiff, | |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.,* | Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| Defendants. | |

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, by through his attorneys, and requests the Clerk of the court, pursuant to Rule 55 (a), to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| | |
|---|---|
| Margie Atencio | CHNU-002-0012 |
| Silviano Atencio | CHNU-002-0012 |
| Estanislao Roybal | CHNU-002-0015 |
| Lucia Roybal | CHNU-002-0015 |
| Pablo Archuleta, Jr. | CHCB-003-0002 |
| Juan Archuleta | CHCB-003-0002 |
| Gilbert L. Maes | CHCB-001-0001D |
| Phyllis Madrid | CHCB-003-0004 |
| Jose M. Madrid | CHCB-003-0004, CHCB-003-0005 |

Dated: August 23, 2002

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General

Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Application for Entry of Default was mailed to the following persons on August __23__ 2002.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair

NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Joe M. Madrid
Phyllis Madrid
P.O. Box 674
Canjilon, NM 87515

Gilbert Maes
c/o Jose & Jesus Maes
Box 179
Lumberton, NM 87547

Paul Archuleta Jr.
Juan Archuleta
P.O. Box 161
Cebolla, NM 87518

Estanislao Roybal
Lucia Roybal
P.O. Box 297
Espanola, NM 87532-0297

Margie Atencio
Silviano Atencio
P.O. Box 302
Tierra Amarilla, NM 87575