IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

02 AUG 23 PM 2: 7

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
Canjilon Creek

## CLERK'S CERTIFICATE OF DEFAULT

    I, Robert M. March, Clerk of the United States District Court, District of New Mexico,

certify that the above-entitled cause was filed in the United States District Court at Albuquerque,

State of New Mexico, and the records of my office indicate that service of process commanding

the following defendants to appear and defend this cause was made as follows:

| Defendant | Subfile | |
|---|---|---|
| Margie Atencio | CHNU-002-0012 | return of service (6221) filed 4/10/01 |
| Silviano Atencio | CHNU-002-0012 | return of service (6221) filed 4/10/01 |
| Pablo Archuleta Jr. | CHCB-003-0002 | return of service (6223) filed 4/10/01 |
| Juan Archuleta | CHCB-003-0002 | return of service (6223) filed 4/10/01 |
| Phyllis Madrid | CHCB-003-0004 CHCB-003-0005 | return of service (6223) filed 4/10/01 |
| Jose M. Madrid | CHCB-003-0004 CHCB-003-0005 | return of service (6223) filed 4/10/01 |

6826

I certify that the records of my office indicate that the following defendants waived service of summons in this proceeding as follows:

| Defendant | Subfile | |
|-----------|---------|---|
| Estanislao Roybal | CHNU-002-0015 | waiver of service (6138) filed 1/29/01 |
| Lucia Roybal | CHNU-002-0015 | waiver of service (6138) filed 1/29/01 |
| Gilbert L. Maes | CHCB-001-0001D | order for substitution (6534) for Jose I. Maes Estate filed 2/15/02; waiver of service by Jose I. Maes Estate (6139) filed 1/29/01 |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in this cause.

WHEREFORE, I certify that the above named defendants are in default.

DATED this _____23rd_____ day of August 2002.

ROBERT M. MARCH

Clerk of the United States District Court