IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    Plaintiff,

    v.

**RAMON ARAGON,** *et al.***,**

    Defendants.

69cv07941 JEC-ACE

**RIO CHAMA STREAM SYSTEM**
**Rio Gallina, Section 5**

### REQUEST FOR PRETRIAL CONFERENCE

    COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and respectfully requests the Special Master to hold an immediate pretrial conference with the State and the defendants named below, and in support of this request states as follows:

    1.    The Pretrial Order for Litigation of Remaining Individual Subfiles and Water Rights Claims in Section 5 of the Rio Chama Stream System (Docket No. 6699) entered May 3, 2002, requires all Group "B" Defendants to make initial discovery disclosures to the State no later than July 30, 2002. *See* Pretrial Order ¶ II.

    2.    The following Group "B" defendants have failed to make the required exchange of discovery information despite recent letters by the State sent to the defendants requesting the exchange of information:

| | |
|---|---|
| ELI MAESTAS | CHGA-002-0051 |
| JOSE L. CHACON | CHGA-003-0031 |
| ESTATE OF EDUVIGEN SERRANO | CHGA-004-0005 |

| | |
|---|---|
| MARTHA CORDOVA | CHGA-005-0001 |
| FRANCES CORDOVA | CHGA-005-0002 |
| LEO CHAVEZ | CHGA-005-0002 |
| ONOFRE SANCHEZ | CHGA-005-0003 |
| TOMAS SANCHEZ | CHGA-005-0003 |
| RICHARD HARVEY | CHGA-005-0005 |

3. Under Rule 16(f), if a party fails to obey a scheduling or pretrial order, or if no appearance is made on behalf of a party at a scheduling or pretrial conference, the court may make such orders with regard thereto as are just, including any of the orders provided in Rule 37(b)(2)(B),(C), (D).

4. The above named defendants were not part of the state's original hydrographic survey. The defendants all submitted statements of claims to the court. The state has not offered to recognize water rights in favor of any of these defendants, and has proposed that the court adjudicate their claims for water rights as "No Right."

WHEREFORE the State respectfully requests that the court schedule an immediate pretrial conference with the above named defendants to establish control over the exchange of discovery information. Further, the State requests that the court adjudicate the claims of the above named defendants as "No Right" or without water rights in the event that the defendants fail to attend the conference.

DATED: August 23, 2002

Respectfully submitted,

/electronic signature/

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Request for Pretrial Conference was mailed to the following persons on August    23   , 2002.

/electronic signature/
Edward G. Newville

Eli Maestas
P.O. Box 2025
Kirtland, NM 87417

Jose L. Chacon
P.O. Box 95
Gallina, NM 87017

Estate of Eduvigen Serrano
c/o Geraldine Serrano Lopez
P.O. Box 575
Santa Cruz, NM 87567

Martha Cordova
P.O. Box 570
Gallina, NM 87017

Frances Chavez
Leo Chavez
P.O. Box 711
Cuba, NM 87013

Onofre Sanchez
Tomas Sanchez
P.O. Box 44
Gallina, NM 87017

Richard Harvey
HC70 Box 412
Pecos, NM 87557

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive., S.W.
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501