IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

**MOTION TO AMEND PROCEDURAL ORDER**
**ENTERED DECEMBER 11, 2000**

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and requests the Court to amend the Procedural Order for the Adjudication of Section 3 Federal Non-Indian Claims entered December 11, 2000 (Docket No. 6064), and vacate the deadline for the State to complete its field investigation of those claims (August 15, 2002), the deadline for the State to report to the United States on those claims (September 15, 2002), and the deadline for the United States to file amended claims in response to the State's report (October 15, 2002).

1. Due to staffing limitations in the hydrographic survey division, the State has been unable to initiate or complete a field investigation of Section 3 federal non-Indian claims of the United States according to the schedule set out in the procedural order entered December 11, 2000.

2. In the absence of significant changes in the present allocation of field staff resources, the State will be unable to complete the field investigation of Section 3 federal non-Indian claims until 2003 or 2004. Therefore, the State requests that the Court vacate the existing schedule for the State's valuation of Section 3 federal non-Indian claims.

3.      The United States does not oppose the granting of this motion.

WHEREFORE the State requests the Court to amend the Procedural Order for the Adjudication of Section 3 Federal Non-Indian Claims entered December 11, 2000 (Docket No. 6064), and vacate the deadline for the State to complete its field investigation of those claims (August 15, 2002), the deadline for the State to report to the United States on those claims (September 15, 2002), and the deadline for the United States for File amended claims in response to the State's report (October 15, 2002).

                                          Respectfully submitted,

                                          /electronic signature/
                                        EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

                                        telephonic approval 8/23/02
DAVID W. GEHLERT, Attorney
U.S. Department of Justice
Environment and Natural Resources
      Division
General Litigation Section
999 18th St., Suite 945
Denver, CO 80202
(303) 312-7352

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Amend Procedural Order Entered December 11, 2000, was mailed to the following persons on August ____26____, 2002.

                                        /electronic_signature/
                                        Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567