# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    **Plaintiff,**

    v.

**RAMON ARAGON,** *et al.*,

    **Defendants.**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## ORDER AMENDING PROCEDURAL ORDER ENTERED DECEMBER 11, 2000 AND VACATING DEADLINES FOR STATE'S EVALUATION OF SECTION 3 FEDERAL NON-INDIAN CLAIMS

THIS MATTER is before the Special Master on the August 26, 2002 Motion to Amend Procedural Order Entered December 11, 2000 (Docket No. 6064) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer (No. 6828). The State requests that the 2002 deadlines for the State to complete its field investigation of Section 3 federal non-Indian claims and report to the United States on those claims, and the deadline for the United States to file amended claims in response to the State's report, be vacated. The United States does not oppose the Motion.

The Special Master, being fully advised, finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines are vacated.

IT IS FURTHER ORDERED that further proceedings shall be addressed in a status and scheduling conference with the Special Master in 2003 at a time and placed to be announced.

                                                  /electronic signature/
                                      SPECIAL MASTER VICKIE L. GABIN