IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-004-0001B
CHGA-004-0004C

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

We, HELEN VIGIL, LINDA VIGIL and OLIVIA VIGIL by our signatures appearing below hereby acknowledge that the Consent Orders for Subfile Nos. CHGA-004-0001B and CHGA-004-0001C which we signed and approved on or about January 28, 2002 and ___8-15-02___ _____ represent the resolution of all claims to water rights under the Statement of Water Rights Claim (6032) filed with the Court on November 20, 2000, and the Answers (6093, 6094, 6095) filed with the Court on December 28, 2000.

_____
HELEN VIGIL

___August 6, 2002___
date

_____
LINDA VIGIL

___August 15, 2002___
date

6834

**RECEIVED**

AUG 2 0 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

*[signature]*
OLIVIA VIGIL

8-15-02
date