## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.,*

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

**Subfile No(s).**
> **CHCJ-001-0001**
> **CHCJ-002-0007**
> **CHCJ-002-0030**
> **CHCJ-002-0052**
> **CHCJ-003-0004**
> **CHCJ-003-0007**
> **CHCJ-003-0009**
> **CHCJ-003-0010**
> **CHCJ-003-0011**
> **CHCJ-003-0014**
> **CHCJ-003-0028**
> **CHCJ-003-0035**
> **CHCJ-003-0037**
> **CHCJ-003-0041**
> **CHCJ-003-0043**
> **CHCJ-003-0044**
> **CHCJ-003-0063**
> **CHCJ-003-0077**
> **CHCJ-003-0082**
> **CHCJ-003-0085**
> **CHCJ-004-0011**
> **CHCJ-004-0013**
> **CHCJ-004-0016**
> **CHCJ-005-0002**

## ORDER GRANTING DEFAULT JUDGMENT

This matter is before the Court upon the motion by the plaintiff, State of New Mexico, *ex rel.*

State Engineer, filed on June 19, 2002 (Docket No. 6753) for the entry of default judgment,

and the order entered by the Court on August 15, 2002 (Docket No. 6819) withdrawing

6835

that same motion for default judgment for defendants Samuel S. Serrano

(Subfiles: CHCJ 002-0003;CHCJ 003-0002), Shirley Soberanz (Subfile: CHCJ 003-0013),

and Theresita M. Trujillo (Subfile: CHCJ 004-0053).

The Court, being fully advised, finds:

1.  The Court has jurisdiction of the parties and the subject matter herein.

2.  The defendants named below have been legally served with process or have waived
    service of summons.

3.  The defendants named below have failed to appear, answer, or otherwise defend in this
    cause, and are adjudged to be in default.

4.  The State Engineer's amended hydrographic survey and report of the Rio Chama Stream
    System, Section 3, Canjilon Creek (July 14, 2000) relating to the defendants' water rights
    have been introduced into the record, and the same are hereby incorporated and made a
    part of this order.

5.  The water rights of the defendants named below in the above-styled and captioned cause
    are as follows:

ALFRED J CHAVEZ
SARAH CHAVEZ

**Subfile No.: CHCJ-001-0001**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** UNKNOWN DITCH

    **Location X:** 1,619,949  feet  **Y:**  2,014,061  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Township 27N, Range 06E, N.M.P.M.

| | |
|---|---|
| Pt. of HES No. 441 | 9.0  acres |
| Total | 9.0 acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 1.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

DANA J DRANNON
JAMES M DRANNON

**Subfile No.: CHCJ-002-0007**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:** BORDO DITCH

   **Location X:** 1,595,945 feet **Y:**  2,003,807 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 08, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | 18.1 | acres |
| Total | 18.1 | acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

# MAX MARQUEZ

**Subfile No.: CHCJ-002-0030**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** OTRA VANDA DITCH

    **Location X:** 1,583,583 feet **Y:** 1,981,520 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 08, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SW¼ | 2.0 | acres |
| Total | 2.0 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** RIVERA DITCH NO.2

    **Location X:** 1,582,749 feet **Y:** 1,983,682 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 08, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SW¼ | 0.7 | acres |
| Total | 0.7 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

AMARANTE VALDEZ
REYES VALDEZ

**Subfile No.: CHCJ-002-0052**

## A.  IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch Name:**  OTRA VANDA DITCH

**Location X:** 1,583,583  feet  **Y:** 1,981,520 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 08, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | 12.5 | acres |
| Total | 12.5 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 2.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

RAY G MORALES
ROSALENA MORALES

**Subfile No.: CHCJ-003-0004**

**A.  IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):**  0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch Name:**  BORDO DITCH

**Location X:** 1,595,945  feet  **Y:**  2,003,807  feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 0.6 acres |
| Total | 0.6 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

# WILLIAM H STOREY III

**Subfile No.: CHCJ-003-0007**

## A.  IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch Name:** BORDO DITCH

  **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

  Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. NE¼ | 24.8 acres |
| Total | 24.8 acres |

  As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B.  IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch Name:**  ACEQUIA EL PNABETAL

  **Location X:** 1,614,444  feet  **Y:**  2,010,229  feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

  Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. NE¼ | 3.8 acres |
| Total | 3.8 acres |

  As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## MARIA GLORIA MANZANARES

**Subfile No.: CHCJ-003-0009**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch Name:** BORDO DITCH
>
> **Location X:** 1,595,945  feet  **Y:** 2,003,807 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

> Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | 0.1 | acres |
| Total | 0.1 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** NONE

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

> **Ditch Name:** BORDO DITCH
>
> **Location X:** 1,595,945  feet  **Y:** 2,003,807 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

> Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | 1.3 | acres |
| Total | 1.3 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

ALFONSO A MANZANARES

**Subfile No.: CHCJ-003-0010**

A. **IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:** BORDO DITCH

   **Location X:** 1,595,945 feet **Y:** 2,003,807 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | 3.2 | acres |
| Total | 3.2 acres | |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

RAMON A MANZANARES

**Subfile No.: CHCJ-003-0011**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:** BORDO DITCH

   **Location X:** 1,595,945 feet **Y:** 2,003,807 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. NE¼ | 3.7 acres |
| Total | 3.7 acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

THOMAS GARCIA
ODELIA MAESTAS

**Subfile No.: CHCJ-003-0014**

**A. <u>NO RIGHT (Surface Water Only)</u>**

**Office of the State Engineer Files No(s):** 0611

**Priority:** NONE

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:** BORDO DITCH
    **Location X:** 1,595,945  feet  **Y:**  2,003,807  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
    <u>Section 17, Township 26N, Range 05E, N.M.P.M.</u>

| | |
|---|---|
| Pt. NW¼ | 1.2 acres |
| Pt. SW¼ | 0.1 acres |
| Total | 1.3 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

## DONALD MONTANO

**Subfile No.: CHCJ-003-0028**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** BORDO DITCH

    **Location X:** 1,595,945  feet  **Y:**  2,003,807 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 0.7 acres |
| Total | 0.7 acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

LUCELLA M GONZALES
REYNALDO GONZALES

**Subfile No.: CHCJ-003-0035**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:** BORDO DITCH
    **Location X:** 1,595,945 feet **Y:** 2,003,807 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 1.4 acres |
| Total | 1.4 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

TOMACITA O MONTANO

**Subfile No.: CHCJ-003-0037**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** BORDO DITCH

    **Location X:** 1,595,945 feet **Y:** 2,003,807 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | 1.5 | acres |
| Total | 1.5 | acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## LUGGIE MONTANO
## THOMAS MONTANO

**Subfile No.: CHCJ-003-0041**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:** BORDO DITCH
    **Location X:** 1,595,945  feet  **Y:**  2,003,807 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | 12.9 | acres |
| Total | 12.9 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

**B. NO RIGHT (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** NONE

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:** BORDO DITCH
    **Location X:** 1,595,945  feet  **Y:**  2,003,807 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
    Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | 7.7 | acres |
| Total | 7.7 | acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

CARLA MARTINEZ
TONY M MARTINEZ

**Subfile No.: CHCJ-003-0043**

### A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** ACEQUIA EL PNABETAL

    **Location X:** 1,614,444 feet **Y:** 2,010,229 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | | 9.9 acres |
| | Total | 9.9 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### B. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** NONE

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch Name:** ACEQUIA EL PNABETAL

    **Location X:** 1,614,444 feet **Y:** 2,010,229 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | | 2.5 acres |
| | Total | 2.5 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

MODESTA M VALENCIA

**Subfile No.: CHCJ-003-0044**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch Name:** BRAZITO DITCH
>
> **Location X:** 1,592,250 feet **Y:** 2,001,395 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

> Section 17, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 10.6 acres |
| Total | 10.6 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only)

**Office of the State Engineer Files No(s):** 0611

**Priority:** NONE

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

> **Ditch Name:** BRAZITO DITCH
>
> **Location X:** 1,592,250 feet **Y:** 2,001,395 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

> Section 17, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 2.1 acres |
| Total | 2.1 acres |

As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** NONE

CARMELITA R TRUJILLO

**Subfile No.:  CHCJ-003-0063**

**A.  IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):**  0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

   **Ditch Name:**  EL LLANO DITCH

   **Location X:** 1,593,223  feet  **Y:**  2,003,235  feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 17, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SW¼ | 17.8  acres |
| Total | 17.8 acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

ARMANDO VIGIL
FRANCES VIGIL

**Subfile No.: CHCJ-003-0077**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** OTRA VANDA DITCH

    **Location X:** 1,583,583 feet **Y:** 1,981,520 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | | 3.5 acres |
| | Total | 3.5 acres |

    As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

OCTAVIANO MONTANO JR

**Subfile No.: CHCJ-003-0082**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

　　**Ditch Name:** ACEQUIA EL PNABETAL

　　**Location X:** 1,614,444  feet  **Y:** 2,010,229 feet

　　New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

　　Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. NE¼ | 1.3 acres |
| Total | 1.3 acres |

　　As shown on the 2000 Hydrographic Survey Map CHCJ- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

MARGARET A MIERA

**Subfile No.: CHCJ-003-0085**

**A.  NO RIGHT (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** NONE

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
   **Ditch Name:**   ACEQUIA EL PNABETAL
   **Location X:** 1,614,444  feet  **Y:**  2,010,229 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
   Section 18, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | 0.3 | acres |
|  | Total | 0.3 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0085.

**Amount of Water:** NONE

# PATRICIA ALARID
# TOMMY ALARID

**Subfile No.: CHCJ-004-0011**

## A. **IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

　　**Ditch Name:**  EL LLANO DITCH

　　**Location X:** 1,593,223  feet  **Y:**  2,003,235  feet

　　New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

　　Section 20, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. NW¼ | 1.4 acres |
| Total | 1.4 acres |

　　As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

AMOS RAY SANCHEZ

**Subfile No.: CHCJ-004-0013**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch Name:** EL LLANO DITCH

   **Location X:** 1,593,223  **Y:** 2,003,235  feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 20, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NW¼ | 2.2 | acres |
| Total | 2.2 | acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## PHILIP T. SANCHEZ

**Subfile No.: CHCJ-004-0016**

A. **IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** EL LLANO DITCH

    **Location X:** 1,593,223 feet **Y:** 2,003,235 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 17, Township 26N, Range 05E, N.M.P.M.

        Pt. SW¼                1.1 acres

    Section 20, Township 26N, Range 05E, N.M.P.M.

        Pt. NW¼                1.4 acres

                      Total   2.5 acres

As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

FLORENCE MAESTAS
RICHARD MAESTAS

**Subfile No.: CHCJ-005-0002**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** GARCIA DITCH NO.1
   **Location X:** 1,609,566 feet **Y:** 2,008,899 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
   Section 30, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ | | 1.8 acres |
| | Total | 1.8 acres |

   As shown on the 2000 Hydrographic Survey Map CHCJ- 4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER