IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 69cv07941<br>) RIO CHAMA STREAM SYSTEM<br>)<br>) Section 5   Rio Gallina<br>) Subfile No. CHGA 004-0006 |

## CERTIFICATE OF SERVICE

I certify that I served a copy of defendants Robert Vigil, Julian Vigil and Mary Vigil's Initial Disclosures on the State of New Mexico via U.S. mail first class on the 23rd day of August 2002.

                                              Jeff Vigil for defendants
                                              *Pro se*
                                              P.O. Box 213, Gallina, NM 87017
                                              (505) 638-5358

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 26th day of August 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P.O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

6836