IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

02 SEP -3  2: 14

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rutheron & Plaza Blanca, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rutheron & Plaza Blanca, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| ARAGON, ANDREW S. | CHRU-004-0033 |
| ARAGON, DORA L. | CHRU-004-0033 |
| CARDENAS, TONY | CHRU-004-0032 |
| COORS, HENRY G. | CHRU-004-0044 |
| DILLAWAY, DEBRA | CHRU-004-0022 |
| GARCIA, DESI | CHRU-004-0032 |
| GARCIA, YVONNE | CHRU-004-0032 |
| HERNANDEZ, CLAUDIA | CHRU-001-0007 |
| HERNANDEZ, TOMMY | CHRU-001-0007 |
| MANZANARES, MARIANO | CHRU-004-0020 |
| MANZANARES, MARY LEAH | CHRU-004-0020 |
| MANZANARES, RUBEN JR. | CHRU-004-0020 |
| MINER, HOPE | CHRU-004-0039 |

6837

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| MORRISON REVOCABLE TRUST, | CHRU-001-0006 |
| MORRISON, MARILYN | CHRU-001-0006 |
| PIUMA, JOSEPH J. | CHRU-004-0040 |
| ULIBARRI, FRANK S. | CHRU-004-0003 |
| | CHRU-003-0003 |

Respectfully submitted

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on _3rd_ day of _September_, 2002.

_____
Edward G. Newville

| | | |
|---|---|---|
| BRADLEY S. BRIDGEWATER, ESQ.<br>USDOJ-ENRD<br>999 18TH ST. SUITE 945 N<br>DENVER, CO 80202 | DARCY S. BUSHNELL, ESQ.<br>ADJUDICATION STAFF ATTORNEY<br>USDC-DCNM<br>333 LOMAS BLVD. NW, SUITE 270<br>ALBUQUERQUE, NM 87102-2272 | DANIEL CLEAVINGER, ESQ.<br>P.O. BOX 339<br>TIERRA AMARILLA, NM 87575 |
| TESSA DAVIDSON, ESQ.<br>4830 JUAN TABO NE, SUITE F<br>ALBUQUERQUE, NM 87111 | REBECCA DEMPSEY, ESQ.<br>JOHN F. MCCARTHY JR., ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>SANTA FE, NM 87504-0787 | SPECIAL MASTER VICKIE L. GABIN<br>USDC-DCNM<br>P.O. BOX 2384<br>SANTA FE,, NM 87504-2384 |
| PAULA GARCIA<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 1229<br>SANTA CRUZ,, NM 87567 | DAVID W. GEHLERT, ESQ.<br>USDOJ-ENRD<br>999 18th STREET, SUITE 945 N<br>DENVER, CO 80202 | WILFRED GUTIERREZ, CHAIRMAN<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 190<br>VELARDE, NM 87582 |
| SUSAN G. JORDAN<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH<br>200 WEST DEVARGAS<br>SUITE 9<br>SANTA FE, NM 87501 | PIERRE LEVY, ESQ.<br>DANIEL J. O'FRIEL, LTD.<br>P.O. BOX 2084<br>SANTA FE, NM 87504-2084 | KARLA MCCALL<br>DATA MANAGER<br>1315 SAGEBRUSH DR., SW<br>LOS LUNAS, NM 87031 |
| BENJAMIN PHILLIPS, ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87504-0787 | MARCUS J. RAEL, ESQ.<br>3208 VISTA MARAVILLOSA NW<br>ALBUQUERQUE, NM 87120 | JAY F. STEIN, ESQ.<br>STEIN & BROCKMANN, P.A.<br>P.O. BOX 5250<br>SANTA FE, NM 87502-5250 |
| LESTER K. TAYLOR, ESQ.<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH<br>500 MARQUETTE AVE., NW, SUITE 150<br>ALBUQUERQUE, NM 87102 | JOHN UTTON, ESQ.<br>SHEEHAN, SHEEHAN & STELZNER<br>P. O. BOX 271<br>ALBUQUERQUE, NM 87103-0271 | |