IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

02 SEP -3 PM 2: 14

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Canjilon Creek, Section 3 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| TORRES, BEN | CHCJ-002-0042 |
| TORRES, ISABEL | CHCJ-002-0042 |
| TORRES, LUIS | CHCJ-002-0042 |


6838

Respectfully submitted

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on 3rd day of September, 2002.

*[signature]*
Edward G. Newville

| | | |
|---|---|---|
| BRADLEY S. BRIDGEWATER, ESQ.<br>USDOJ-ENRD<br>999 18TH ST. SUITE 945 N<br>DENVER, CO 80202 | DARCY S. BUSHNELL, ESQ.<br>ADJUDICATION STAFF ATTORNEY<br>USDC-DCNM<br>333 LOMAS BLVD. NW, SUITE 270<br>ALBUQUERQUE, NM 87102-2272 | SPECIAL MASTER VICKIE L. GABIN<br>USDC-DCNM<br>P.O. BOX 2384<br>SANTA FE,, NM 87504-2384 |
| PAULA GARCIA<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 1229<br>SANTA CRUZ,, NM 87567 | DAVID W. GEHLERT, ESQ.<br>USDOJ-ENRD<br>999 18th STREET, SUITE 945 N<br>DENVER, CO 80202 | WILFRED GUTIERREZ, CHAIRMAN<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 190<br>VELARDE, NM 87582 |
| KARLA MCCALL<br>DATA MANAGER<br>1315 SAGEBRUSH DR., SW<br>LOS LUNAS, NM 87031 | JOHN UTTON, ESQ.<br>SHEEHAN, SHEEHAN & STELZNER<br>P. O. BOX 271<br>ALBUQUERQUE, NM 87103-0271 | |