IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

02 SEP -3 PM 2: 15

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | 69cv07941 JEC-ACE |
| Plaintiff, v. | RIO CHAMA STREAM SYSTEM Rio Brazos, Section 7 |
| RAMON ARAGON, *et al.*, Defendants. | |

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rio Brazos, Section 7 of the Rio Chama Stream System named below:

| **DEFENDANT NAME** | **SUBFILE No.** |
|---|---|
| ENSENADA RESOURCES, | CHRB-006-0003 |
| MARTINEZ, LEROY J. | CHRB-009-0017 |
| MARTINEZ, TERESA S. | CHRB-009-0017 |
| TIERRA GRANDE, INC., | CHRB-004-0063 |


6839

Respectfully submitted

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on 3rd day of September, 2002.

*[signature]*
Edward G. Newville

| | | |
|---|---|---|
| BRADLEY S. BRIDGEWATER, ESQ.<br>USDOJ-ENRD<br>999 18TH ST. SUITE 945 N<br>DENVER, CO  80202 | DARCY S. BUSHNELL, ESQ.<br>ADJUDICATION STAFF ATTORNEY<br>USDC-DCNM<br>333 LOMAS BLVD. NW,  SUITE 270<br>ALBUQUERQUE, NM  87102-2272 | DANIEL CLEAVINGER, ESQ.<br>P.O. BOX 339<br>TIERRA AMARILLA, NM  87575 |
| TESSA DAVIDSON, ESQ.<br>4830 JUAN TABO NE, SUITE F<br>ALBUQUERQUE, NM  87111 | REBECCA DEMPSEY, ESQ.<br>JOHN F. MCCARTHY JR., ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>SANTA FE, NM  87504-0787 | SPECIAL MASTER VICKIE L. GABIN<br>USDC-DCNM<br>P.O. BOX 2384<br>SANTA FE,, NM  87504-2384 |
| PAULA GARCIA<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 1229<br>SANTA CRUZ,, NM  87567 | DAVID W. GEHLERT, ESQ.<br>USDOJ-ENRD<br>999 18th STREET, SUITE 945 N<br>DENVER, CO  80202 | WILFRED GUTIERREZ, CHAIRMAN<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 190<br>VELARDE, NM  87582 |
| SUSAN G. JORDAN<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH<br>200 WEST DEVARGAS<br>SUITE 9<br>SANTA FE, NM  87501 | PIERRE LEVY, ESQ.<br>DANIEL J. O'FRIEL, LTD.<br>P.O. BOX 2084<br>SANTA FE, NM  87504-2084 | KARLA MCCALL<br>DATA MANAGER<br>1315 SAGEBRUSH DR., SW<br>LOS LUNAS, NM  87031 |
| BENJAMIN PHILLIPS, ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>433 PASEO DE PERALTA<br>SANTA FE, NM  87504-0787 | MARCUS J. RAEL, ESQ.<br>3208 VISTA MARAVILLOSA NW<br>ALBUQUERQUE, NM  87120 | JAY F. STEIN, ESQ.<br>STEIN & BROCKMANN, P.A.<br>P.O. BOX 5250<br>SANTA FE, NM  87502-5250 |
| LESTER K. TAYLOR, ESQ.<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH<br>500 MARQUETTE AVE., NW, SUITE 150<br>ALBUQUERQUE, NM  87102 | JOHN UTTON, ESQ.<br>SHEEHAN, SHEEHAN & STELZNER<br>P. O. BOX 271<br>ALBUQUERQUE, NM  87103-0271 | |