FILED
at Santa Fe, NM

SEP 4 – 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

Subfile No.: CHTA-004-0024

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

### ERNESTO SALAZAR
### ESTHER H. SALAZAR

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

AUG 1 9 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6849

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0430

**Priority:** Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch Name:** TIERRA AMARILLA COMMUNITY DITCH
  **Location X:** 1,557,188 feet  **Y:** 2,064,714 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 56.7 acres |
| | Total | 56.7 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-004-0024.

**Amount of Water:** Reserved for future determination by court order entered November 26, 2001.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0430

**Priority:** Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch Name:** TIERRA AMARILLA COMMUNITY DITCH
  **Location X:** 1,557,188 feet  **Y:** 2,064,714 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.4 acres |
| | Total | 0.4 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-004-0024.

**Amount of Water:** Reserved for future determination by court order entered November 26, 2001.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de Tierra

   Amarilla, Section 7, other than those set forth in this order and those other orders entered

   by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

   from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra

   Amarilla, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of

   any other water right claimant with standing to object prior to the entry of a final decree.

   IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth

herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined

from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito

de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____  ACCEPTED: _____
          ESTHER H. SALAZAR                      ERNESTO SALAZAR

ADDRESS: P.O. Box 375                  ADDRESS: P.O. Box 375
         Tierra Amarilla                        Tierra Amarilla
         N.M. 87575                             N. Mex 87575

DATE:    8-16-02                       DATE:    8/16/2002


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

8-19-02
Date

Map labels: 004-0024 A 4.1 ac.; 004-0024 B 0.4 ac. (F); 004-0024 A 20.3 ac.; 004-0024 A 11.9 ac.; 004-0024 A 20.4 ac.; Tierra Amarilla Community Ditch; Paderon Lateral

LEGEND
- ▭ Irrigated Tract Boundary
- No Right Tract Boundary
- ⋯ Seeped Area
- ▶ Operable Ditch
- ▶ — Inoperable Ditch
- Stock Ponds / Reservoir
- ● Point of Diversion
- Ⓕ Fallow
- ⓃⓇ No Right



1 inch = 400 feet
0  100  200  400 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
Rito de Tierra Amarilla Section

Subfile Number
**CHTA 004-0024**
Tierra Amarilla Community Ditch
AMENDED
August 14, 2002

