FILED
at Santa Fe, NM

SEP 4 - 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-003-0027**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

    **LA ASOCIACION DE AGUA DE LOS BRAZOS**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System,  Rio Brazos, Section 7, and by their signatures appearing

    below, the State and the Defendant(s) have approved and accepted the elements of

    Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

AUG 9 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6850

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Brazos, Section 7, is set forth below:

A. **DOMESTIC & SANITATION (Groundwater & Surface Water Combined):**

**Office of the State Engineer Files No(s)**   RG-37112 & 3862

**Priority:** Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** RG-37112: Shallow Groundwater.

> LA ASOCIACION DE AGUA DE LOS BRAZOS INFILTRATION GALLERY: Surface water of the Rio Brazos, a tributary of the Rio Chama.

**Purpose of Use:**  INDOOR DOMESTIC USE

**Point of Diversion:**

> **Ditch Name:**  LA ASOCIACION DE AGUA DE LOS BRAZOS INFILTRATION GALLERY
>
> **Location X:** 1,550,323  feet  **Y:**  2,092,220  feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Well No.:**        RG-37112              **Location X:**  1,549,549 feet  **Y:**  2,092,339 feet

**Place of Use:**

> Members of La Asociacion De Agua De Los Brazos
>
> As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-03-0027

**Amount of Water**   Reserved for future determination by court order entered November 26, 2001.

5.    Defendant(s) have no water rights in the Rio Chama Stream System, Rio Brazos, Section

7, other than those set forth in this order and those other orders entered by this Court in

this cause.

Consent Order                                    2                           Subfile No.: CHRB-003-0027

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the waters of the Rio Chama Stream System, Rio Brazos, Section 7,

except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Brazos, Section 7,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public waters of the Rio Chama Stream System, Rio Brazos, Section 7,

except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

Consent Order                          3                    Subfile No.: CHRB-003-0027

ACCEPTED: *Medoro Sanchz Jr,*
LA ASOCIACION DE AGUA DE LOS BRAZOS

ADDRESS: _P.O. Box 96_
_Los Ojos, N. Mex 87551_

DATE: _7-29-02_

_En Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_8-6-02_
Date

Consent Order                    4                    Subfile No.: CHRB-003-0027



RG-37112

La Asociacion de Agua de
Los Brazos Infiltration Gallery

| LEGEND | | N | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|---|

LEGEND

 Irrigated Tract Boundary     ● Point of Diversion

 No Right Tract Boundary     ● Well

 Seeped Area     ✳ Spring

Operable Ditch     Ⓕ Fallow

 Inoperable Ditch

Stock Ponds / Reservoir     Ⓝ Ⓡ No Right



1 inch = 200 feet

0   50 100   200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Thomas C. Turney, State Engineer**

**Rio Chama Hydrographic Survey**
**Rio Brazos Section**

Subfile Number
**CHRB 003-0027**
RG-37112 & La
Asociacion de Agua
de Los Brazos
Infiltration Gallery
AMENDED June 26, 2002

