IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

02 SEP -4 PM 2:31

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 69cv07941-JEC <br> RIO CHAMA STREAM SYSTEM <br><br> Section 5 Rio Gallina <br> Subfile No. 03-00019 |

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendant Jose Z. Chacon, list of expert witnesses on the State of New Mexico via U. S. mail first class on the 4th day of September 2002

Jose Z. Chacon
*Pro se*
P.O. Box 58
Gallina, NM 87017

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 4th day of September 2002.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM 87504

Mary Humphrey
P. O. Box 1574
El Prado, NM 87529

Special Master Vickie L. Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM 87504-2384

Kirby D Chacon
For Defendant

6856