IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 69cv07941-JEC<br>)  RIO CHAMA STREAM SYSTEM<br>)<br>)  Section 5 Rio Gallina<br>)  Subfile No. 03-003A, 03-003B, 03-003C, 03-003D,<br>    03-004A, 03-004B, 03-005 |

02 SEP -4 PM 2:32

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendant Faye Davis, list of expert witnesses on the State of New Mexico via U. S. mail first class on the 4th day of September 2002

*Faye Davis*
Faye Davis
Pro se
P.O. Box 170
Gallina, NM  87017
638-5589

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 4th day of September 2002.

| | | |
|---|---|---|
| Ed Newville, Esq.<br>P. O. Box 25102<br>Santa Fe, NM  87504 | Mary Humphrey<br>P. O. Box 1574<br>El Prado, NM  87529 | Special Master Vickie L. Gabin<br>United States District Court<br>P. O. Box 2384<br>Santa Fe, NM  87504-2384 |

For Defendant

6857