IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | 02 SEP -4 PM 2:01 |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 69cv07941-JEC-ACE RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | Section 5 Rio Gallina |
| Defendants | ) | Subfile No. 03-0007 |

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendants Juan & Patsy Chavez and Jose & Piedad Chavez list of expert witnesses on the State of New Mexico via U. S. mail first class on the 4th day of September, 2002.

Juan Chavez for Defendants
Pro se
P.O. Box 152
Gallina, NM 87017

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 4th day of September, 2002.

| | | |
|---|---|---|
| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

Ruby D Chacon

6858