## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, et al.,

      Defendants,

69cvc07941-JEC-ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

---

### ACEQUIA DEL RIO DE CHAMA PROGRESS REPORT

COMES NOW, the Acequia del Rio de Chama, by and through its below-signed counsel, and pursuant to the Order (#6761) filed herein on July 1, 2002, submits the following progress report on the replacement of said acequia's measurement station.

On August 8, 2002 the said Acequias' attorney received a quotation from Contech Construction Products Inc., for the cost of a 36" x 24" Parshall Flume, stilling well, staff gauge and estimated freight totaling $3,410.00.

Representatives of the Acequia met with Craig Roepke of the New Mexico Interstate Stream Commission on August 6, and 7, 2002 to provide further information in support of their application for a state sponsored cost-share program. So far no response has been received to the Acequia's request.

The Acequia has recently contacted Seledon Garcia Plumbing and Gilbert Martinez Excavation to obtain bids for the installation of a measurement station. The Acequia plans on receiving a third bid and then enter into a contract for the installation of the measurement station.

On or about August 25, 2002, the Acequia ordered the construction of a Parshall Flume by

6859

Contech Construction Products.

The Acequia's hydrologist, William Miller on or about August 28, 2002 consulted with the Watermaster, Buck Wells and they informally agreed that a weir would be an acceptable alternative to a Parshall Flume.  A weir is much less costly than a Parshall Flume.

The Acequia on August 30, 2002 contacted Contech and requested that the order of a Parshall Flume be placed temporarily on hold until Contech could give a cost and time estimate for the fabrication of a weir.

Respectfully submitted,

Fred J. Waltz
Attorney for the Acequia del Rio de Chama
Box 6390
Taos, New Mexico 87571
(505) 758-0407

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to Ed Newville, Attorney for the State Engineer Office and to Darcy S. Bushnell, Esq. on this 30th day of August, 2002.

Fred J. Waltz