IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla, Rio Brazos Rutheron & Plaza Blanca<br><br>Subfile Nos: CHTA-003-0039A, CHTA-004-0024, CHRB-003-0027, CHRB-007-0056, CHRB-008-0009, CHRU-004-0018, CHRU-004-0022 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 10th day of September, 2002:

Subfile No. CHTA-003-0039A
Docket No. 6848
Ernesto Salazar
Esther H. Salazar
P.O. Box 375
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0024
Docket No. 6849
Ernesto Salazar
Esther H. Salazar
P.O. Box 375
Tierra Amarilla, NM  87575

Subfile No. CHRB-003-0027
Docket No. 6850
La Asociacion De Agua
   De Los Brazos
c/o Medardo Sanchez, Jr.
P.O. Box 96
Los Ojos, NM  87551

Subfile No. CHRB-007-0056
Docket No. 6851
Johnny P. Silva
P.O. Box 3770
Espanola, NM  87533

Subfile No. CHRB-008-0009
Docket No. 6852
Travis G. Moseley
P.O. Box 76
House 105, County Rd. 340
Los Ojos, NM  87551

Subfile No. CHRU-004-0018
Docket No. 6853
James R. Brooks
83 Old Stone Mill Road
Marietta, Georgia  30067



Subfile No. CHRU-004-0022
Docket No. 6854
Debra Dillaway
3905 W. 48th St.
Edina, MN 55424

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-027

A copy of this Certificate of Service was mailed to the following on the 10th day of September, 2002:

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
500 Marquette, NW, Ste. 1050
Albuquerque, NM 87102

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A
P.O. Box 787
Santa Fe, NM  87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM  87120

Tessa T. Davidson
Swaim, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM  87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD.
P.O. Box 2084
Santa Fe, NM  87504-2084

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM  87575

Jay F. Stein, Esq.
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM  87502-5250

Respectfully Submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887