## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

02 SEP 10 AM 9:06

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

       Plaintiff,

    v.

RAMON ARAGON, *et al.*,

       Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM

Section 3: Rio Nutrias, Rio Cebolla, Canjillon Creek

Subfile Nos.: CHCB-003-0006A, CHCB-003-0006B,
CHCJ-002-0029, CHCJ-002-0042, CHCJ-003-0013,
CHCJ-004-0033

### CERTIFICATE OF SERVICE

    I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed

above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

was mailed to each of the following Defendants on the 10th day of September, 2002:

Subfile No. CHCB-003-0006A
Docket No. 6840
Alice Martinez
Max D. Martinez
P.O. Box 235
Cebolla, NM  81518

Subfile No. CHCB-003-0006B
Docket No. 6841
Elizabeth M. Martinez
Gilbert J. Martinez
P.O. Box 157
Cebolla, NM  81518

Subfile No. CHCJ-002-0029
Docket No. 6842
Sergio Rivera
16 Chalan Road
Santa Fe, NM  87507

Subfile No. CHCJ-002-0042
Docket No. 6843
Ben Torres
Isabel Torres
2903 Monroe, N.E.
Albuquerque, NM  87110

Subfile No. CHCJ-002-0042
Docket No. 6843
Felimon A. Torres
Helen G. Torres
4208 Goodrich, N.E.
Albuquerque, NM  87110

Subfile No. CHCJ-002-0042
Docket No. 6843
Luis Torres
P.O. Box 901
Santa Cruz, NM  87567

6862

Subfile No. CHCJ-003-0013
Docket No. 6844
Shirley Whitley
77 CR 4903
Bloomfield, NM  87413

Subfile No. CHCJ-004-0033
Docket No. 6845
Angelina G. Martinez
1937 North 7th Street
Colorado Springs, CO  80907

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 10th day of September, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  8756

2

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887