IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
       Plaintiff, )
 )      69cv07941-JEC-ACE
-v- )
 )      RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
 )
       Defendants. )
                                          )

## ADMINISTRATIVE ORDER ON CASE MANAGEMENT PRIORITIES

THIS ORDER is entered *sua sponte,* and reflects the Court's continuing involvement in managing and completing the following northern New Mexico stream system adjudications: State v. Abeyta, 69cv07896 & 69cv07939 (consolidated), Rio Pueblo de Taos and Rio Hondo; State v. Aragon, 69cv07941, Rio Chama; and State v. Abbott, 68cv07488 & 70cv08650 (consolidated), Rio Santa Cruz, Rio de Truchas.

On July 25, 2002, the Special Master, attorneys for the State of New Mexico, ex rel. State Engineer ("State"), the United States, and attorneys representing northern New Mexico acequia associations, participated in an informal planning meeting about resources for completing the pending adjudications. The Special Master further consulted with the Court's data manager. The Court, having been sufficiently advised in the premises, finds that the following outline will expedite the progress of the adjudications, permit the State to allocate its legal and technical resources effectively, and give ample planning time to water rights claimants.

       A. The first priority shall be closing the non-Pueblo portion of the Taos adjudication. At the same

time, the State will complete the remaining two hydrographic survey reports for the Rio Chama Stream System, and complete follow-up field work in Sections 3 and 7, as follows:

    Taos:
1. remaining individual claims
2. remaining acequia claims
3. claims to springs
4. map work and corrections for the preparation of the non-Pueblo final decree

    Chama:
1. completion of remaining hydrographic survey reports in Section 7
2. adjudication support, field re-checks and hearings for Sections 3, 5, & 7

B. Following the completion of first priority tasks, field work in Rio Chama Section 2, Ojo Caliente, Section 1, Mainstem, and Section 4, El Rito, will begin in that order, as well as necessary field work in the Santa Cruz/Truchas adjudication. Field work in connection with federal stockwatering claims in the Rio Chama will be delayed until 2003 or 2004.

    Rio Chama:
1. errors and omissions for Sections 2, 1, and 4
2. field work relating to federal stockwatering claims

    Santa Cruz/Truchas:

1. federal claims on Borrego Mesa
2. errors and omissions in Santa Cruz
3. errors and omissions in Truchas

IT IS SO ORDERED.

    /electronic signature/
DISTRICT JUDGE JOHN EDWARDS CONWAY

Approved:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN