IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Paragraph III of the May 3, 2002 Pre-Hearing Order (Docket No. 6699) the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") mailed copies of reports prepared by the State's expert witnesses to the persons described below:

| CLAIMANT | SUBFILE | DATE |
|---|---|---|
| Sam Chavez, Aurelia Chavez | CHGA-002-0048 | 9/11/02 |
| Faye Davis | CHGA-003-0003A thru CHGA-003-0005 | 9/11/02 |
| Juan C. Chavez et al | CHGA-003-0007 | 8/30/02 |
| Jose Z. Chacon, Lucinda Chacon | CHGA-003-0019 | 9/3/02 |

DATED: September 11, 2002

Respectfully submitted,

   /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Certificate of Service was mailed to the following persons on September 12, 2002.

/electronic signature/
Edward G. Newville

Sam Chavez, Aurelia Chavez
P.O. Box 115
Gallina, NM 87017

Faye Davis
P.O. Box 170
Gallina, NM 87017

Juan C. Chavez, Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Jose P. Chavez, Piedad Chavez
506 Old Hospital Road
Espanola, NM 87532

Jose Z. Chacon, Lucinda Chacon
P.O. Box 58
Gallina, NM 87017

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501