UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Sept 4, 2002     TIME: 1:30 p.m.

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:   ( ) Senior Judge E.L. Mechem
                  (✓) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: N.M. v. Aragon, 69cv07941-JEC

Rio Chama Adjudication

COUNSEL:

See Attached List

NOTES: Pretrial Conference set by Order # 6829 filed August 26, 2002. The conference took place at the United States District Court in Santa Fe. The defendant appearing discussed water rights claims and the evidence they have to support their claims.

Court Reporter:

Connie Jurado
Paul Baca Professional Court Reporters
400 Gold Ave SW, Suite 200
P.O. Box 1868
Tel: (505) 843-9241   Fax (505) 843-9242

6867

# DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941 - JEC
### Rio Chama Adjudication - Section 5: Rio Gallina
### September 3, 2002

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM 87529

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582