IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO



| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.*,<br>**State Engineer**<br><br>Plaintiff,<br><br>v.<br><br>**RAMON ARAGON,** *et al.*,<br>Defendants. | 02 SEP 11 PM 2:55<br><br>69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Canjilon Creek, Section 3<br><br>Subfile No(s): CHCJ-001-0001<br>CHCJ-002-0007, CHCJ-002-0030,<br>CHCJ-002-0052, CHCJ-003-0004,<br>CHCJ-003-0007, CHCJ-003-0009,<br>CHCJ-003-0010, CHCJ-003-0011,<br>CHCJ-003-0014. CHCJ-003-0028,<br>CHCJ-003-0035, CHCJ-003-0037,<br>CHCJ-003-0041, CHCJ-003-0043,<br>CHCJ-003-0044, CHCJ-003-0063,<br>CHCJ-003-0077, CHCJ-003-0082,<br>CHCJ-003-0085, CHCJ-004-0011,<br>CHCJ-004-0013, CHCJ-004-0016,<br>CHCJ-005-0002 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, filed-stamped copy of the Order Granting Default Judgment for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 11th day of September, 2002:

Subfile No. CHCJ-001-0001
Docket No. 6835
Alfred J. Chavez
Sarah Chavez
P.O. Box 114
El Rito, NM  87530

Subfile No. CHCJ-002-0007
Docket No. 6835
Dana J. Drannon
James M. Drannon
2016 Louise Rd. SW
Albuquerque, NM  87105



Subfile No. CHCJ-002-0030
Docket No. 6835
Max Marquez
P.O. Box 704
El Rito, NM 87530

Subfile No. CHCJ-002-0052
Docket No. 6835
Amarante Valdez
Reyes Valdez
P.O. Box 584
Canjilon, NM 87515

Subfile No. CHCJ-003-0004
Docket No. 6835
Ray G. Morales
Rosalena Morales
P.O. Box 545
Canjilon, NM 87515

Subfile No. CHCJ-003-0007
Docket No. 6835
William H. Storey III
P.O. Box 674
El Rito, NM 87530

Subfile No. CHCJ-003-0009
Docket No. 6835
Maria Gloria Manzanares
1224 Forester NW
Albuquerque, NM 87104

Subfile No. CHCJ-003-0010
Docket No. 6835
Alfonzo A. Manzanares
5412 Olympic Court NW
Albuquerque, NM 87114

Subfile No. CHCJ-003-0011
Docket No. 6835
Ramon A. Manzanzres
1224 Forrester NW
Albuquerque, NM 87104

Subfile No. CHCJ-003-0014
Docket No. 6835
Thomas Garcia
Odelia Maestas
P.O. Box 501
Canjilon, NM 87515

Subfile No. CHCJ-003-0028
Docket No. 6835
Donald Montano
6409 Avenida La Costa NE
Albuquerque, NM 87107

Subfile No. CHCJ- 003-0035
Docket No. 6835
Lucella M. Gonzales
Reynaldo Gonzales
1409 Sawmill Rd. NW
Albuquerque, NM 87104

Subfile No. CHCJ-003-0037
Docket No. 6835
Tomacita O. Montano
1409 Sawmill Rd. NW
Albuquerque, NM 87104

Subfile No. CHCJ-003-0041
Docket No. 6835
Luggie Montano
Thomas Montano
205 40th Street NW
Albuquerque, NM 87105

Subfile No. CHCJ-003-0043
Docket No. 6835
Carla Martinez
Tony M. Martinez
P.O. Box 553
Canjilon, NM 87515

Subfile No. CHCJ- 003-0044
Docket No. 6835
Modesta M. Valencia
c/o Dolores A. Harkins
411 Cornell Drive SE
Albuquerque, NM 87106

Subfile No. CHCJ-003-0063
Docket No. 6835
Carmelita R. Trujillo
P.O. Box 92431
Albuquerque, NM 87199

Subfile No. CHCJ-003-0077
Docket No. 6835
Arando Vigil
Frances Vigil
409 Calle Del Rio #2
Espanola, NM 87532

Subfile No. CHCJ-003-0082
Docket No. 6835
Octaviano Montano Jr
10571 Colorado Blvd.
Thornton, CO 80233

Subfile No. CHCJ-003-0085
Docket No. 6835
Margaret A. Miera
General Delivery
Canjilon, NM 87515

Subfile No. CHCJ- 004-0011
Docket No. 6835
Patricia Alarid
Tommy Alarid
P.O. Box 526
Canjilon, NM 87515

Subfile No. CHCJ-004-0013
Docket No. 6835
Amos Ray Sanchez
1500 San Clemente NW
Albuquerque, NM 87107

Subfile No. CHCJ-004-0016
Docket No. 6835
Phillip T. Sanchez
29 Edmundo
Belen, NM 87002

Subfile No. CHCJ-005-0002
Docket No. 6835
Florence Maestas
Richard Maestas
P.O. Box 1848
Espanola, NM 87532

True filed stamped copies of the Order Granting Default Judgment for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

3

A copy of this Certificate of Service was mailed to the following persons on this 11th day of September, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

_____
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

4