IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla, |
| **RAMON ARAGON,** *et al.*, | Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of |
| **Defendants.** | Chama |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Rio Brazos</u>

| | |
|---|---|
| Stella Goins | CHRB-009-0017 |
| Octaviano Manzanares, Jr. | CHRB-009-0017 |
| Ernestine Mascarenas | CHRB-009-0017 |
| Clorinda Mauro | CHRB-009-0017 |
| Gloria Jean Plumlee | CHRB-009-0017 |
| Regina Poetzel | CHRB-009-0017 |
| J. Lance Andrews | CHRB-004-0048 |
| Soledad Andrews | CHRB-004-0048 |

<u>Rutheron & Plaza Blanca</u>

| | |
|---|---|
| Susan S. Brooks | CHRU-004-0018 |
| Vernon D. Bolton | CHRU-004-0033 |
| Pamela B. Inhoff | CHRU-004-0033 |
| Pedro J. Ulibarri | CHRU-004-0015 |
| Fermin P. Manzanares | CHRU-004-0025 |

Dated: September 16, 2002

Respectfully submitted,

   /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Dismissal was mailed to the following persons on September   17   2002.

   /electronic signature/
Edward G. Newville

RIO CHAMA SECTION 7
DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Jay F. Stein, Esq.
Stein & Brockman, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
500 Marquette, NW, Suite 1050
Albuquerque, NM 87102

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P.O. Box 2084
Santa Fe, NM 87504-2084