IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 7: Tierra Amarilla, |
| **RAMON ARAGON,** *et al.*, | Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of |
| Defendants. | Chama |

**NEW MEXICO'S MOTION TO JOIN
ADDITIONAL PARTIES DEFENDANT**

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2. The persons or entities listed in Exhibit A are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 7 of the Rio Chama

Stream System.

DATED: September 16, 2002

                                        Respectfully submitted,

                                         /electronic signature/
                                        EDWARD G. NEWVILLE
                                        Special Assistant Attorney General
                                        Office of the State Engineer
                                        P.O. Box 25102
                                        Santa Fe, NM 87504-5102
                                        (505) 827-6150

## CERTIFICATE OF SERVICE

     I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on September __17__, 2002.

                                         /electronic signature/
                                         Edward G. Newville

RIO CHAMA SECTION 7
DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

2

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Jay F. Stein, Esq.
Stein & Brockman, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
500 Marquette, NW, Suite 1050
Albuquerque, NM 87102

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., SuiteF
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P.O. Box 2084
Santa Fe, NM 87504-2084

**EXHIBIT A**

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Leroy J. Martinez | CHRB-009-0017 | P.O. Box 501, Santa Cruz NM 87567 |
| Teresa S. Martinez | CHRB-009-0017 | P.O. Box 501, Santa Cruz NM 87567 |
| Epimenia B. Gallegos | CHRB-003-0029 | P.O. Box 93, Los Ojos NM 87551 |
| Travis G. Moseley | CHRB-008-0009 | P.O. Box 76, Los Ojos NM 87551 |
| Andrew S. Aragon | CHRU-004-0033 | 11100 Central Ave SE, ABQ NM 87123 |
| Dora L. Aragon | CHRU-004-0033 | 11100 Central Ave SE, ABQ NM 87123 |
| Donald L. Serrano | CHRU-004-0015<br>CHRU-004-0016 | 1363 Santa Rosa Dr, Santa Fe NM 87505 |
| Juliann J. Serrano | CHRU-004-0015<br>CHRU-004-0016 | 1363 Santa Rosa Dr, Santa Fe NM 87505 |
| Hector M. Magallanes | CHRU-004-0015 | 2015 Morning Glory Lane, Las Cruces NM 88005 |
| Cecilia A. Magallanes | CHRU-004-0015 | 2015 Morning Glory Lane, Las Cruces NM 88005 |
| Art Espinosa | CHTA-003-0051 | HC 75 Box 126, Tierra Amarilla NM 87575 |