**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF NEW MEXICO**

02 SEP 17 PM 2:07

| | |
|---|---|
| **STATE OF NEW MEXICO, *ex rel.*** **State Engineer** | |
| **Plaintiff,** | **69cv07941 JEC-ACE** |
| **v.** | **RIO CHAMA STREAM SYSTEM** **Section 3: Rio Nutrias, Rio Cebolla** **& Canjilon Creek** |
| **Ramon Aragon, *et al.*,** | |
| **Defendants.** | |

## MOTION TO SET ASIDE ENTRY OF DEFAULT

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his attorneys, and moves the Court to set aside the clerk's entry of default for the following defendant:

Felix DeJesus Baca Jr.          CHCJ-002-0041

As grounds therefore, plaintiff states:

1.      The Clerk's Certificate of Default (Docket No. 6530) was entered February 11, 2002, with respect to defendant Baca. Notice of the entry of default was mailed to defendant.

2.      Since the mailing of the notice of default, the above named defendant has contacted plaintiff, and has indicated the intention to sign a consent order that would adjudicate his water rights by agreement.

WHEREFORE, the plaintiff State of New Mexico requests the Court to set aside the entry of default for the above named defendant.

6874

Respectfully submitted,

LISA D. BROWN
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Set Aside Entry of Default was mailed to the

following persons on September __/7__, 2002.

Lisa D. Brown

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.

David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567