# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

       v.

RAMON ARAGON, *et al.*,

       Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza
Blanca, Cañones Creek, Village of
Chama

## ORDER CORRECTING DEFENDANTS' NAMES

This is before the Court upon State of New Mexico *ex rel.* State Engineer's September 16, 2002

Motion to Correct Defendant's Names (Docket No. 6872).  The Court having considered the motion and

being otherwise fully advised in the premises, finds that the names of the defendants named below should

be and hereby are corrected as follows:

| from | to | |
|------|------|------|
| Rufina G. Sandoval | Rufina L. Sandoval | CHRB-006-0017 |
| Samuel L. Beach | Samuel R. Beach | CHRU-001-0008 |
| Calvin Kurt | Calvin Curt | CHRU-003-0002 |
| Bernardo Serrano | Bernardo J. Serrano | CHRU-004-0016 |
| Doris Serrano | Doris J. Serrano | CHRU-004-0016 |

IT IS SO ORDERED.

_____/electronic signature/_____
DISTRICT JUDGE JOHN EDWARDS CONWAY

Recommended for approval:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN