# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| **Plaintiff,** | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| **Defendants.** | |

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's September 16, 2002 Motion to Join Additional Parties Defendant, see below Leroy J Martinez *et al.*. (Docket No. 6873).

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to this action.

/electronic signature/
DISTRICT JUDGE JOHN EDWARDS CONWAY

Recommended for approval:

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN

| DEFENDANT | SUBFILE NO. | ADDRESS |
| --- | --- | --- |
| Leroy J. Martinez | CHRB-009-0017 | P.O. Box 501, Santa Cruz NM 87567 |
| Teresa S. Martinez | CHRB-009-0017 | P.O. Box 501, Santa Cruz NM 87567 |
| Epimenia B. Gallegos | CHRB-003-0029 | P.O. Box 93, Los Ojos NM 87551 |
| Travis G. Moseley | CHRB-008-0009 | P.O. Box 76, Los Ojos NM 87551 |
| Andrew S. Aragon | CHRU-004-0033 | 11100 Central Ave SE, ABQ NM 87123 |
| Dora L. Aragon | CHRU-004-0033 | 11100 Central Ave SE, ABQ NM 87123 |
| Donald L. Serrano | CHRU-004-0015<br>CHRU-004-0016 | 1363 Santa Rosa Dr, Santa Fe NM 87505 |
| Juliann J. Serrano | CHRU-004-0015<br>CHRU-004-0016 | 1363 Santa Rosa Dr, Santa Fe NM 87505 |
| Hector M. Magallanes | CHRU-004-0015 | 2015 Morning Glory Lane, Las Cruces NM 88005 |
| Cecilia A. Magallanes | CHRU-004-0015 | 2015 Morning Glory Lane, Las Cruces NM 88005 |
| Art Espinosa | CHTA-003-0051 | HC 75 Box 126, Tierra Amarilla NM 87575 |