IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-003-0018

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, COSME L. CHACON and ARCELIA CHACON by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-003-0018 which we signed and approved on 8/28/02 represents the resolution of all claims to water rights in connection with Subfile No. CHGA-003-0018 under the Answers filed with the Court on November 1, 2000 (Docket Nos. 5991, 5992).

_____
COSME L. CHACON

8/28/02
date

_____
ARCELIA CHACON

8/28/02
date

RECEIVED

SEP 0 5 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION