IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**RAMON ARAGON,** *et al.*,<br><br>　　Defendants. | 69cv07941 JEC-ACE<br><br>**RIO CHAMA STREAM SYSTEM**<br>**Rio Gallina, Section 5** |

### NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel*. State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them.  In support of this motion, the State asserts:

　　1.　　The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin.  These waters belong to the public and are subject to appropriation in accordance with the laws of the state.  This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

　　2.　　The persons or entities listed in Exhibit A are in the Rio Gallina Section of the Rio Chama Basin, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within the Rio Gallina Section.

DATED: September 20, 2002

>Respectfully submitted,
>
>  /electronic signature/
> EDWARD G. NEWVILLE
> Special Assistant Attorney General
> Office of the State Engineer
> P.O. Box 25102
> Santa Fe, NM 87504-5102
> (505) 827-6150

## CERTIFICATE OF SERVICE

    I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on September __20__, 2002.

>  /electronic signature/
> Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945

Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

**EXHIBIT A**

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Richard T. Harvey | CHGA-005-0003 | HC 70 Box 412, Pecos NM 87552 |