IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Canjilon Creek</u>

| | |
|---|---|
| Lorraine V. Trujillo | CHCJ-002-0001, 002-0002 |
| Archie Gibson | CHCJ-002-0010 |
| Gloria Gibson | CHCJ-002-0010 |
| Roland Carter | CHCJ-003-0016 |
| Isabel Carter | CHCJ-003-0016 |
| Miguel Soberanez | CHCJ-003-0017 |
| Jose G. Valdez | CHCJ-003-0066 |
| Lugarda S. Valdez | CHCJ-003-0066 |
| Orlando Martinez | CHCJ-004-0033 |
| Angie Martinez | CHCJ-004-0033 |

Dated: September 20, 2002

Respectfully submitted,

  /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General

Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Dismissal was mailed to the following persons on September   23  , 2002.

　　　　　　　　　　　　　　　　　　　　　　   /electronic signature/
　　　　　　　　　　　　　　　　　　　　　　Edward G. Newville


Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582