IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer**<br><br>    Plaintiff,<br><br>    v.<br><br>**RAMON ARAGON,** *et al.*,<br><br>    Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla<br>& Canjilon Creek<br><br>Subfile Nos.  CHNU-002-0012<br>            CHNU-002-0015<br>            CHCB-001-0001D<br>            CHCB-003-0002<br>            CHCB-003-0004<br>            CHCB-003-0005 |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff, State of New Mexico, *ex rel.*, State Engineer, by and through his attorneys, and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Margie Atencio | CHNU-002-0012 |
| Silviano Atencio | CHNU-002-0012 |
| Estanislao Roybal | CHNU-002-0015 |
| Lucia Roybal | CHNU-002-0015 |
| Gilbert L. Maes | CHCB-001-0001D |
| Pablo Archuleta Jr. | CHCB-003-0002 |
| Juan Archuleta | CHCB-003-0002 |
| Phyllis Madrid | CHCB-003-0004<br>CHCB-003-0005 |

  Jose M. Madrid  CHCB-003-0004
           CHCB-003-0005

and as grounds therefore plaintiff states:

  1.  The Court has jurisdiction over the defendants named above as shown by affidavits of personal service filed April 10, 2001 (Docket Nos. 6221, 6223), and waivers of service of summons filed January 29, 2001(Docket Nos. 6138, 6139).

  2.  The defendants named above are in default for failure to appear, answer, or otherwise defend in this cause as shown by the Clerk's Certificate of Default filed August 23, 2002 (Docket No. 6826).

  3.  A copy of the Clerk's Certificate of Default (6826) was mailed to the defendants named above on August 23, 2002.

  WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders in these subfiles and in conformance with the April 17, 2000 Rio Nutrias and the August 11, 2000 Rio Cebolla Hydrographic Surveys and Reports, and revisions thereto.

  DATED: September 23, 2002

                 Respectfully submitted,

                  /electronic signature/
                 EDWARD G. NEWVILLE
                 Special Assistant Attorney General
                 Office of the State Engineer
                 P.O. Box 25102
                 Santa Fe, NM 87504-5102
                 (505) 827-6150

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Default Judgment was mailed to the following persons on September   23  , 2002.

      /electronic signature/
    Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Joe M. Madrid
Phyllis Madrid
P.O. 674
Canjilon, NM 87515

Gilbert Maes
c/o Jose & Jesus Maes
Box 179
Lumberton, NM 87547

Paul Archuleta, Jr.
Juan Archuleta
P.O. Box 161
Cebolla, NM 87518

Estanislao Roybal
Lucia Roybal
P.O. Box 297
Espanola, NM 87532-0297

Margie Atencio
Silviano Atencio
P.O. Box 302
Tierra Amarilla, NM 87575