# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | Subfile No. CHGA-005-0003 |

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico *ex rel.* State Engineer's September 20, 2002 Motion to Join Additional Parties Defendant (Docket No. 6879).

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the person or entity listed below is joined as party defendant to this action.

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Richard T. Harvey | CHGA-005-0003 | HC 70 Box 412, Pecos NM 87552 |

/electronic signature/
DISTRICT JUDGE JOHN EDWARDS CONWAY

Recommended for approval:

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN