IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,                                        69cv07941- JEC-ACE

      v.                                              RIO CHAMA STREAM SYSTEM

RAMON ARAGON, *et al.*,              SECTION 7: Rito de Tierra Amarilla,
                                                              Rio Brazos, Rutheron/Plaza Blanca,
                                                              Cañones Creek, Village of Chama

      Defendants.

NOTICE OF SCHEDULING AND STATUS CONFERENCE

      Pursuant to the Interim Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System, entered November 26, 2001 (Docket No. 6414), the Special Master will hold a scheduling and status conference Wednesday, October 16, 2002, at 9:00 a.m. at the VFW Hall in downtown Tierra Amarilla, New Mexico.  Involved counsel will report on the adjudication progress since the entry of the Interim Procedural Order and be prepared to discuss their scheduling proposal(s) for future adjudication activity.

      Counsel for the State of New Mexico, *ex rel.* State Engineer, will serve defendants *pro se* with this Notice.

      IT IS SO ORDERED.

                                                                         /electronic signature/
                                                              VICKIE L. GABIN, SPECIAL MASTER