IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

02 SEP 25 PM 2:31

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-003-0085

## NOTICE OF OMISSION OF HYDROGRAPHIC SURVEY MAP ATTACHED TO AUGUST 29, 2002 ORDER GRANTING DEFAULT JUDGMENT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and gives notice of the omission of a revised Hydrographic Survey Map attached to the August 29, 2002 Order Granting Default Judgment (Docket No. 6835) in subfile CHCJ-003-0085.

1. On August 29, 2002 the court entered its order granting default judgment against defendant MARGARET A. MIERA in subfile CHCJ-003-0085 in Section 3 of the Rio Chama Stream System.

2. A revised Hydrographic Survey Map for subfile CHCJ-003-0085 was not attached to the Order Granting Default Judgment as stated in the order.

3. An original color copy of the revised Hydrographic Survey Map for subfile CHCJ-003-0085 is attached hereto as Exhibit A.

The state requests that the court attach a copy of the revised Hydrographic Survey Map for subfile CHCJ-003-0085 to the Order Granting Default Judgment filed August 29, 2002 (Docket No. 6835). An original copy of the map was mailed to the court on September 12, 2002.

6884

DATED: September 24, 2002

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Notice of Omission of Subfile Map Attached to August 29, 2002 Order Granting Default Judgment was mailed to the following persons on September 25, 2002.

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.

P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutrierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Margaret A. Miera
General Delivery
Canjilon, NM 87515

2

