IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RAMON ARAGON et al.<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 69cv07941-JEC-ACE<br>)  RIO CHAMA STREAM SYSTEM<br>)<br>)  Section 5 Rio Gallina<br>)  Subfile No. 03-0007 |

## CERTIFICATE OF SERVICE

I certify that I served a copy of Defendants Juan & Patsy Chavez and Jose & Piedad Chavez, supplemental disclosure on the State of New Mexico via U. S. mail first class on the 24th day of September 2002.

　　　　　　　　　　　　　　　　　　Juan Chavez for Defendants
　　　　　　　　　　　　　　　　　　Pro se
　　　　　　　　　　　　　　　　　　P.O. Box 152
　　　　　　　　　　　　　　　　　　Gallina, NM 87017

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 24th day of September 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

6885