IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 SEP 27 AM 9: 37

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-004-0002

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, TOMMY F. CHACON by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-004-0002 which I signed and approved on _Aug 21 - 02_ represents the resolution of all claims to water rights under the Statement of Water Rights Claim (6026) filed with the Court on November 20, 2000.

_____
TOMMY F. CHACON

_8-21-02_
date

6886



RECEIVED

SEP 2 5 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION