IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer**  Plaintiff,  v.  **RAMON ARAGON,** *et al.*,  Defendants. | 69cv07941 JEC-ACE  **RIO CHAMA STREAM SYSTEM** **Rio Gallina, Section 5** |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Paragraph III of the May 3, 2002 Pre-Hearing Order (Docket No. 6699) the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") mailed copies of reports prepared by the State's expert witnesses to the persons described below:

| CLAIMANT | SUBFILE | DATE |
|---|---|---|
| Faye Davis | CHGA-004-0003 | 9/23/02 |
| Abram Cordova | CHGA-004-0004 | 9/23/02 |
| Robert Vigil, Mary E. Vigil  Julian Vigil | CHGA-004-0006  CHGA-005-0004 | 9/27/02 |
| Richard Harvey, Onofre Sanchez  Tomas Sanchez | CHGA-005-0003 | 9/27/02 |

DATED: September 27, 2002

Respectfully submitted,

  /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Certificate of Service was mailed to the following persons on September 27, 2002.

  /electronic signature/
Edward G. Newville

| | |
|---|---|
| Julian Vigil<br>Mary Vigil<br>Robert Vigil<br>P.O. Box 108<br>Gallina, NM 87017 | 333 Lomas Blvd. NW, Box 270<br>Albuquerque, NM  87102-2272<br><br>Karla McCall, Data Manager.<br>1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031 |
| Richard Harvey<br>HC70, Box 412<br>Pecos, NM 87552 | Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 |
| Onofre Sanchez<br>Tomas Sanchez<br>P.O. Box 44<br>Gallina, NM 87017 | Mary E. Humphrey, Esq.<br>P.O. 1574<br>El Prado, N.M.  87529-1574 |
| Faye Davis<br>P.O. Box 170<br>Gallina, NM 87017 | John W. Utton, Esq.<br>P.O. Box 271<br>Albuquerque, NM  87103-0271 |
| Abram Cordova<br>P.O. Box 91<br>Gallina, NM 87017 | Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571 |
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | Ronald Boyd, Esq.<br>208 Griffin Street<br>Santa Fe, NM 87501 |
| Darcy S. Bushnell, Esq.<br>Adjudication Staff Attorney<br>USDC-DCNM | |