IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the  )
relation of the State Engineer,  )
and THE UNITED STATES OF  )
AMERICA,  )
                       Plaintiffs,  )
    v.  )   No. 69cv07941-JEC
                                )   RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al.  )
                                )   Section 5 Rio Gallina
                Defendants  )   Subfile No. 04-0003

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
02 OCT -1 PM 3:28

## CERTIFICATE OF SERVICE

I certify that I served Defendant Faye Davis List of Expert Witnesses on the State of New Mexico on the 30th day of September 2002

*Faye Davis*
Pro se
P.O. Box 170
Gallina, NM 87017
638-5589

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Certificate of Service to the following persons on the 30th day of September 2002.

| | | |
|---|---|---|
| Ed Newville, Esq.<br>P. O. Box 25102<br>Santa Fe, NM 87504 | Mary Humphrey<br>P. O. Box 1574<br>El Prado, NM 87529 | Special Master Vickie L. Gabin<br>United States District Court<br>P. O. Box 2384<br>Santa Fe, NM 87504-2384 |

*Faye Davis*

6890