IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br><br>02 OCT -1 PM 3: 29<br><br>No. 69cv07941-JEC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5 Rio Gallina<br>Subfile No. 03-003A, 03-003B, 03-003C, 03-003D, 03-004A, 03-004B, 03-005 |

### CERTIFICATE OF SERVICE

I certify that I served Defendant Faye Davis Amended List of Expert Witnesses on the State of New Mexico on the 30th day of September 2002

*Faye Davis*
Faye Davis
Pro se
P.O. Box 170
Gallina, NM 87017
638-5589

### CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Certificate of Service to the following persons on the 30th day of September 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

*Faye Davis*
Faye Davis

6891