IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. 69cv07941-JEC-ACE
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5 Rio Gallina
    Defendants ) Subfile No. 03-0007

**CERTIFICATE OF SERVICE**

I certify that I served Defendants Juan & Patsy Chavez and Jose & Piedad Chavez's List of Rebuttal Expert Witnesses on the State of New Mexico on the 30th day of September 2002.

                              Juan Chavez for Defendants
                              Pro se
                              P.O. Box 152
                              Gallina, NM 87017

**CERTIFICATE OF SERVICE**

I certify that I mailed a copy of this Certificate of Service to the following persons on the 30th day of September 2002.

| | | |
|---|---|---|
| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

                              Juan Chavez

6892