IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 69cv07941-JEC-ACE RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | Section 5 Rio Gallina |
| Defendants | ) | Subfile No. 03-0007 |

FILED
UNITED STATES DISTRICT COURT

02 OCT -1  PM 3: 29

## CERTIFICATE OF SERVICE

I certify that I served Defendants Juan & Patsy Chavez and Jose & Piedad Chavez Amended List of Expert Witnesses on the State of New Mexico on the 30 day of September 2002.

Juan Chavez for Defendants
Pro se
P.O. Box 152
Gallina, NM 87017

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Certificate of Service to the following persons on the 30 day of September 2002.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM 87504

Mary Humphrey
P. O. Box 1574
El Prado, NM 87529

Special Master Vickie L. Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM 87504-2384

Juan Chavez

6893