IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 69cv07941-JEC RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | Section 5 Rio Gallina |
| Defendants | ) | Subfile No. 04-0004 |

### CERTIFICATE OF SERVICE

I certify that I served Defendant Abram Cordova's List of Expert Witnesses on the State of New Mexico on the 30th day of September 2002.

Abram Cordova
Pro se
P.O. Box 91
Gallina, NM 87017
638-5486

### CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Certificate of Service to the following persons on the 30th day of September 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

Abram Cordova

6894