IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 69cv07941 RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | Section 5   Rio Gallina |
| Defendants | ) | Subfile No. CHGA 05-0004 |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 OCT -1 PM 3: 29

CLERK-SANTA FE

## CERTIFICATE OF SERVICE

I certify that I served Defendants Robert Vigil, Julian Vigil and Mary Vigil's List of Expert Witnesses on the State of New Mexico on the _1_ day of October 2002.

Jeff Vigil for defendants
*Pro se*
P.O. Box 213, Gallina, NM 87017
(505) 638-5358

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Certificate of Service to the following persons on the _1_ day of October 2002.

| | | |
|---|---|---|
| Ed Newville, Esq. P. O. Box 25102 Santa Fe, NM 87504 | Mary Humphrey P. O. Box 1574 El Prado, NM 87529 | Special Master Vickie L. Gabin United States District Court P.O. Box 2384 Santa Fe, NM 87504-2384 |

Jeff Vigil

6895