IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 OCT -4 PM 2: 16

CLERK SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile Nos: CHGA-003-0018<br>CHGA-003-0031<br>CHGA-004-0002 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 4th day of October, 2002:

Subfile No.CHGA-003-0018
Docket No. 6888
Arcella Chacon
Cosme L. Chacon
P.O. Box 43
Gallina, NM  87017

Subfile No.CHGA-003-0031
Docket No. 6887
Jose L. Chacon
P.O. Box 95
Gallina, NM  87017

Subfile No. CHGA-004-0002
Docket No. 6898
Tommy F. Chacon
P.O. Box 106
Gallina, NM  87017

1


6899

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

    Karla McCall, Data Manager
    1315 Sagebrush Drive, SW
    Los Lunas, NM  87031

    Mary E. Humphrey, Esq.
    P.O. Box 1574
    El Prado, NM  87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 4th day of October, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM  87102-2272

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM  87501

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

*[signature: Ed Newville]*

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150