IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*<br>State Engineer<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5 |

### DISCLOSURE BY STATE OF NEW MEXICO
### OF REBUTTAL EXPERT WITNESS

Pursuant to Paragraph III of the Pre-Hearing Order (Docket No. 6699) filed May 3, 2002, the Plaintiff State of New Mexico, *ex rel.* State Engineer discloses that the following person may be used at trial to present expert witness rebuttal testimony in connection with the claimants' report prepared by Reid Bandeen.

> Dario Rodriguez-Bejarano, PhD
> Office of the State Engineer
> P.O. Box 25102
> Santa Fe, NM 87504-5102
> (505) 827-6150

On October 8, 2002, a copy of a report prepared by the state's rebuttal witness was mailed to the following claimants: Mary E. Humprey, Esq., Faye Davis, Juan C. Chavez, Patsy L. Chavez, Jose P. Chavez, Piedad Chavez, Jose Z. Chacon, Lucinda Chacon, Abram Cordova, Julian Vigil, Mary Vigil and Robert Vigil.

    /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer

P.O. Box 25102<br>
Santa Fe, NM 87504-5102<br>
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing disclosure was mailed to the following persons on October 8, 2002.

/electronic signature/
Edward G. Newville

| | |
|---|---|
| Faye Davis<br>P.O. Box 170<br>Gallina, NM 87017 | USDC-DCNM<br>333 Lomas Blvd. NW, Box 270<br>Albuquerque, NM 87102-2272 |
| Juan C. Chavez, Patsy L. Chavez<br>P.O. Box 152<br>Gallina, NM 87017 | Karla McCall, Data Manager.<br>1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031 |
| Jose P. Chavez, Piedad Chavez<br>506 Old Hospital Road<br>Espanola, NM 87532 | Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 |
| Jose Z. Chacon, Lucinda Chacon<br>P.O. Box 58<br>Gallina, NM 87017 | Mary E. Humphrey, Esq.<br>P.O. 1574<br>El Prado, N.M. 87529-1574 |
| Abram Cordova<br>P.O. Box 91<br>Gallina, NM 87017 | John W. Utton, Esq.<br>P.O. Box 271<br>Albuquerque, NM 87103-0271 |
| Julian Vigil, Mary Vigil, Robert Vigil<br>P.O. 108<br>Gallina, NM 87017 | Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571 |
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | Ronald Boyd, Esq.<br>208 Griffin Street<br>Santa Fe, NM 87501 |
| Darcy S. Bushnell, Esq.<br>Adjudication Staff Attorney | |