IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07896-JEC-ACE RIO TAOS ADJUDICATION |
| -v- | ) ) | 69cv07939-JEC-ACE |
| EDUARDO ABEYTA, et al. & CELSO ARELLANO, et al., | ) ) ) | RIO HONDO ADJUDICATION Consolidated |
| Defendants. | ) ) | |

NOTICE AND ORDER SETTING STATUS CONFERENCE

Pursuant to the March 3, 2002, Prehearing Order for Litigation of Water Rights Errors and Omissions Claims (Docket No. 3014), as amended August 15, 2002 (No. 3041), the Special Master will hold an informal (off the record) status conference November 8, 2002, at 10:00 a.m. at the offices of the Taos Valley Acequia Association, 202 Chamisa Road, in Taos, New Mexico.  The purposes of the conference are to (1) assess the progress of errors and omissions work, (2) schedule proceedings to litigate disputed claims, and (3) discuss briefing schedules for proceedings initiated by the January 18, 2002, Amended Motion of the Town of Taos for Claims of Error or Omission by the State Engineer (No. 2894).

Counsel for the State of New Mexico, *ex rel.* State Engineer ("State"), the Taos Valley Acequia Association, and the Town of Taos shall consult with each other with regard to the above matters and be prepared with proposed scheduling orders.  Involved attorneys or parties *pro se* who have comments regarding scheduling matters may contact counsel for the State with their comments and/or be prepared to present them at the status conference.

Counsel for the State shall serve this Notice and Order on the *pro se* individual claimants who filed disputed errors and omissions claims.

IT IS SO ORDERED.

/electronic signature/
VICKIE L. GABIN, SPECIAL MASTER