IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 OCT 17 PM 3: 35

*[signature]*
CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla<br>& Canjilon Creek<br><br>Subfile No. CHCJ-007-0001 |

## CLERK'S CERTIFICATE OF DEFAULT

I, Robert M. March, Clerk of the United States District court, district of New Mexico, certify that the above-entitled cause was filed in the United States District court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendant waived service of summons in this proceeding as follows:

| Defendant | Subfile |
|---|---|
| Presbyterian Church (USA) Ghost Ranch at Abiquiu<br>waiver of service (6140) filed 1/29/01 | CHCJ-007-0001 |

I further certify that the above-named defendant has failed to answer or otherwise file a responsive pleading in this cause.

WHEREFORE, I certify that the above-named defendant is in default.

6906

DATED this __17th__ day of October 2002.

ROBERT M. MARCH

_/s/_____
Clerk of the United States District Court