IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | **RIO CHAMA STREAM SYSTEM** Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Paragraph III of the May 3, 2002 Pre-Hearing Order (Docket No. 6699) the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") mailed copies of the State of New Mexico's list of exhibits and witnesses to the following persons on the dates indicated below. With the exception of oversize exhibits, copies of the exhibits were also included in the mailing. Copies of the state's list of exhibits and witnesses for each disputed subfile were also mailed to Special Master Vickie L. Gabin on October 18, 2002.

| CLAIMANT | SUBFILE | DATE |
|---|---|---|
| Faye Davis | CHGA-003-0003A thru 003-0005 | 10/18/02 |
| Juan C. Chavez et al | CHGA-003-0007 | 10/18/02 |
| Jose Z. Chacon | CHGA-003-0019 | 10/15/02 |

DATED: October 18, 2002

>Respectfully submitted,
>
>   /electronic signature/
>EDWARD G. NEWVILLE
>Special Assistant Attorney General
>Office of the State Engineer
>P.O. Box 25102
>Santa Fe, NM 87504-5102
>(505) 827-6150

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above Certificate of Service was mailed to the following persons on October 18, 2002.

>   /electronic signature/
>Edward G. Newville

Faye Davis
P.O. Box 170
Gallina, NM 87017

Juan C. Chavez
Patsy L. Chavez
P.O. Box 152
Gallina, NM 87017

Jose P. Chavez
Piedad Chavez
506 Old Hospital Road
Espanola, NM 87532

Jose Z. Chacon
Lucinda Chacon
P.O. Box 58
Gallina, NM 87017

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.

1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501