IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | 

No. 69cv07941-JEC-ACE
RIO CHAMA STREAM SYSTEM

Section 5 Rio Gallina
Subfile No. 03-0007

FILED
UNITED STATES DISTRICT
DISTRICT ...
02 OCT 18 AM 10: 57
[Clerk signature]
CLERK-SANTA FE

## CERTIFICATE OF SERVICE

I certify that I served Defendants Juan & Patsy Chavez and Jose & Piedad Chavez's Second Supplemental Disclosures on the State of New Mexico on the 10th day of October 2002.

Juan Chavez for Defendants
Pro se
P.O. Box 152
Gallina, NM 87017

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Certificate of Service to the following persons on the 10th day of October 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

Juan Chavez

6909