IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) ) | 69cv07941-JEC-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | Section 4, El Rito |
| Defendants. | ) ) | Subfile No. 32.1 |

NOTICE OF HEARING ON MOTION TO ENFORCE FINAL DECREE
AND FOR INJUNCTION, AND ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Community of El Rito Ditch Association's and Acequia Jaral's Motion to Enforce Partial Final Decree and to Enjoin Further Diversion of Water ("Motion"), filed August 19, 2002 (Docket No. 6824), as amended and verified October 10, 2002 (No. 6902). No answer to the initial Motion was filed by Defendant Rudy Martinez and/or any other successors in interest to Jose Romolo Martinez, the original defendant to whom water rights for Subfile No. 32.1 were adjudicated by Consent Judgment filed September 21, 1972.

Pursuant to Federal Rule of Civil Procedure 65(a), and at the direction of the Court, the Special Master will hear the application for preliminary injunction at 9:30 a.m., November 13, 2002, in the Small Courtroom, United States District Court, South Federal Place, Santa Fe, New Mexico.

IT IS HEREBY ORDERED that Defendant Rudy Martinez and/or any other successors in interest to Jose Romolo Martinez, or the water rights associated with Subfile 32.1, shall appear to show cause why this injunction should not be issued.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN