IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA )
)
    Plaintiffs )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON, et al. )
) Section 4, Rio El Rito Section
    Defendants )

## CERTIFICATE OF SERVICE

I certify that on the 11th day of Octobert, 2002, I mailed a copy of Community of El Rito

Ditch Association' and Acequia Jaral's Amended Motion to Enforce Partial Final Decree and to

Enjoin Further Diversion to the following persons:

| | | |
|---|---|---|
| Ed Newville | Special Master Vickie Gabin | Darcy Bushnell, |
| NM State Engineer | United States District Ct | USDC/DCNM |
| P. O. Box 25102 | P. O. Box 2834 | 333 Lomas Blvd, Suite 610 |
| Santa Fe, NM 87504 | Santa Fe, NM 87504 | Albuquerque, NM 87102 |

Rudy Martinez
General Delivery
State Road 554, Mile Marker 13
El Rito, NM 87530

                                                  MARY E. HUMPHREY
                                                  Attorney for El Rito Ditch Association and
                                                          Acequia Jaral
                                                    P. O. Box 1574
                                                   El Prado, NM 87529
                                                   (505) 758-2203

## CERTIFICATE OF SERVICE

I certify I mailed copies of this Certificate of Service to the following persons via U.S. mail on the 11th day of October, 2002.

| | | |
|---|---|---|
| Ed Newville, Esq. | Special Master Vickie Gabin | Darcy Bushnell, |
| NM State Engineer | United States District Court | USDC/DCNM |
| P. O. Box 25102 | P. O. Box 2384 | 333 Lomas Blvd, Suite 610 |
| Santa Fe, NM 87504 | Santa Fe, NM 87504 | Albuquerque, NM 87102 |

Rudy Martinez
General Delivery
State Road 554, Mile Marker 13
El Rito, NM 87530

*[signature]*
Mary E. Humphrey