IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

FILED
UNITED STATES
DISTRICT OF NEW MEXICO

02 OCT 22 PM 4: 15

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Nutrias, Section 3

CHNU-002-0001

## SUMMONS

To:  ARTURO ESQUIBEL
     405 ~~504~~ NORTH 14TH STREET
     BELEN NM 87002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, whose address is the following:

    Edward G. Newville
    Special Assistant Attorney General
    P.O. Box 25102
    Santa Fe, NM 87504-5102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**ROBERT M. MARCH, Clerk**

Clerk of Court

(By) Deputy Clerk

Date: 6/6/02

6913

## RETURN OF SERVICE

Service of the Summons and complaint was made by me on | DATE: 8-20-02

NAME OF SERVER (PRINT): R. Garcia | TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with who the summons and complaint were left: front door Co- 465 North 14th St Belen NM Max 87002  8/20/02

☐ Returned unexecuted: _____

☐ Other (specify): Address given up to 465 Nott WHSF

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/20/02

Signature of Server: R. Garcia V 20

Address of Server