IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

02 OCT 23 AM 8: 09

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile No. CHGA-002-0048

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER is before the Court on the October 11, 2002 Unopposed Motion for Default

Judgment (Docket No. 6904) by the plaintiff, State of New Mexico, *ex rel.*, State Engineer ("State")

directed against defendants **SAM CHAVEZ** and **AURELIA CHAVEZ** ("defendants"). The Court,

having considered the record in this cause and being fully advised in the premises, finds:

1.    The Court has jurisdiction of the parties and the subject matter herein.

2.    The defendants each filed a Statement of Water Rights Claim with the Court on

December 11, 2000 (Docket Nos. 6069, 6070) claiming water rights in Section 5 of the Rio Chama

Stream System.

3.    The State disputed the water rights claims of the defendants, and proposed that the

Court adjudicate the claims of the defendants as "No Right" or without water rights.

4.    On September 25, 2002, defendants failed to appear for the taking of their depositions

after service by the State of a proper notice.

5.    Under Federal Rule of Civil Procedure 37(d), if a party fails to appear before the

6914

officer who is to take his or her deposition after being served with a proper notice, the Court may make such orders in regard to the failure as are just, including rendering a default judgment against the disobedient party.

6.    The defendants do not oppose the granting of the State's motion for default judgment and the adjudication of their water rights claims as "No Right."

7.    The State's motion for default judgement against defendants Sam Chavez and Aurelia Chavez in Subfile CHGA-002-0048 should be granted.

8.    In connection with the Statements of Water Rights Claims filed December 11, 2000 (6069, 6070) the water rights of the defendants should be adjudicated  by default order as follows:

AURELIA CHAVEZ
SAM CHAVEZ

**Subfile No.: CHGA-002-0048**

**A.  NO RIGHT (Surface Water Only)**

**Office of the State Engineer Files No(s):** NONE

**Priority:** NONE

**Source of Water:**   Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
   **Ditch Name:**   Cordova/Martinez Ditch
   **Location X:**  1,481,451  feet  **Y:**  1,897,664  feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

Section 14, Township 23N, Range 01E, N.M.P.M.

   Pt. NW¼                                                       12.4  acres

Section 15, Township 23N, Range 01E, N.M.P.M.

   Pt. NE¼                                                        2.5  acres

                                        Total    14.9 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA - 002 - 0048

**Amount of Water:** NONE

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama  Stream System, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

JOHN EDWARD CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER



002-0048
A 0.8 ac.
NR

002-0048
A 3.5 ac.
NR

002-0048
A 1.4 ac.
NR

002-0048
A 1.1 ac.
NR

002-0048
A 0.5 ac.
NR

002-0048
A 5.2 ac.
NR

002-0048
A 2.4 ac.
NR

Cordova Martinez Ditch

Out

LEGEND

| | | | |
|---|---|---|---|
| ▭ | Irrigated Tract Boundary | ● | Point of Diversion |
| ▨ | No Right Tract Boundary | Ⓕ | Fallow |
| ▦ | Seeped Area | Ⓝ Ⓡ | No Right |
| ▶ | Operable Ditch | | |
| – – | Inoperable Ditch | | |
| ━ | Stock Ponds / Reservoir | | |

N
W    E
S

**STATE OF NEW MEXICO**
Office of the State Engineer
Thomas C. Turney, State Engineer

Subfile Number
CHGA 002-0048
Cordova/Martinez Ditch
AMENDED
August 30, 2002

1 inch = 300 feet
0  50 100   200   300
Feet

Rio Chama Hydrographic Survey
**RIO GALLINA SECTION**