# UNITED STATE DISTRICT COURT
# DISTRICT OF NEW MEXICO

DATE: Oct 16, 2002                                 TIME: 9:00 a.m.

## CLERK'S MINUTES OF HEARING

**HEARING BEFORE:**   ( ) Senior Judge E.L. Mechem
                     (✓) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: NM v. Aragon 69cv07941-JEC

Rio Chama Adjudication - Sec. 7

COUNSEL:

SEE ATTACHED LIST

NOTES: Re: Notice of Scheduling and Status conference filed 9-25-02 (#6883)
Conference was held at VFW Hall in Tierra Amarilla, NM
Matters discussed included:
1) Progress since the entry of Interim Procedural order for adjudication of water rights claims in Section 7 (#6414)
2) Scheduling proposals for future adjudication activities in Section 7

COURT REPORTER: NONE

6915

# DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941 JEC
### Rio Chama Adjudication - Section 7: Rito de Tierra Amarilla and Rio Brazos
### August 8, 2002

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

---

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Tessa T. Davidson, Esq.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

Susan G. Jordan, Esq.
200 West De Vargas, Suite 9
Santa Fe, NM 87501

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Edward G. Newville, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa NW
Albuquerque, NM 87120

Jay F. Stein, Esq.
James C. Brockmann, Esq.
P.O. Box 5250
Santa Fe, NM 87502-5250

Lester K. Taylor, Esq.
500 Marquette NW, Suite 1050
Albuquerque, NM 87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582