**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

# FILED
at Santa Fe, NM

OCT 2 8 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rutheron & Plaza Blanca, Section 7

## WAIVER OF SERVICE OF SUMMONS

To:    Edward G. Newville
       State Engineer Office
       P.O. Box 25102
       Santa Fe, NM 87504-5102

       I acknowledge receipt of your request that I waive service of a summons in the action
of <u>State of New Mexico *ex rel.* State Engineer v. Aragon</u>, which is case number 69cv07941
JEC-ACE in the United States District Court for the District of New Mexico.  I have also
received a copy of the complaint in the action, two copies of this instrument, and a means by
which I can return the signed waiver to you without cost to me.

       I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be
served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil
Procedure.

       I (or the entity on whose behalf I am acting) will retain all defenses or objections to
the adjudication suit or to the jurisdiction or venue of the court except for objections based on
a defect in the summons or in the service of the summons.

       I understand that the time allowed within which I must answer the complaint was
extended pursuant to the interim procedural order entered by the court on November 26, 2001,
and that I am not obligated to file an answer until after the entry of a new procedural order
that establishes a deadline for rejecting the terms of the State's proposed Consent Order.

_____
Signature       TINA CORDOVA

7518 2nd St. NW
_____
Address  Alb., N. Mex.
            87107

Tina Cordova
_____
Printed or typed name

9-6-02
_____
Date

RECEIVED

SEP 0 9 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6917