IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

OCT 2 8 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rutheron & Plaza Blanca, Section 7

## WAIVER OF SERVICE OF SUMMONS

To:    Edward G. Newville
    State Engineer Office
    P.O. Box 25102
    Santa Fe, NM 87504-5102

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>State of New Mexico *ex rel.* State Engineer v. Aragon</u>, which is case number 69cv07941 JEC-ACE in the United States District Court for the District of New Mexico. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the adjudication suit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that the time allowed within which I must answer the complaint was extended pursuant to the interim procedural order entered by the court on November 26, 2001, and that I am not obligated to file an answer until after the entry of a new procedural order that establishes a deadline for rejecting the terms of the State's proposed Consent Order.

_____    _____
Signature   DORIS J. SERRANO    Printed or typed name: Doris J. Serrano

PO Box 555, Chama, N Mex    Date: Sept. 26, 2002
Address

RECEIVED
OCT 0 3 2002
OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6923