IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 OCT 29 PM 3: 21

[signature]
CLERK-SANTA FE

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| **Plaintiff,** | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla<br>& Canjilon Creek |
| **Ramon Aragon,** *et al.*, | |
| **Defendants.** | Subfile No. CHCJ-003-0043 |

## MOTION TO VACATE DEFAULT JUDGMENT AND FOR LEAVE TO FILE A CONSENT ORDER IN SUBFILE NO. CHCJ-003-0043

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his attorneys, and moves the Court to vacate the August 29, 2002 Order Granting Default Judgment (Docket No. 6835) for the following defendants:

Tony M. Martinez    CHCJ-003-0043

Carla Martinez      CHCJ-003-0043

As grounds therefore plaintiff states that since default judgment was ordered against the above named defendants, they have signed a consent order that will adjudicate their water rights by agreement. Plaintiff received this consent order on October 18, 2002.

WHEREFORE, the plaintiff State of New Mexico requests the Court to vacate the Order Granting Default Judgment with respect to the above named defendants, and only with respect to the above named defendants, and for leave to file a consent order in Subfile CHCJ-003-0043.

6925

Respectfully submitted,

LISA D. BROWN
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Set Aside Default Judgment and for Leave to File a Consent Order in Subfile No. CHCJ-003-0043 was mailed to the following persons on October 30, 2002.

Lisa D. Brown

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD

2

999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532

Tony M. Martinez
Carla Martinez
P.O. Box 553
Canjilon, NM 87515