IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation )
of the State Engineer, and the )
UNITED STATES OF AMERICA, )
 )
    Plaintiffs, )
 )
v. ) No. CIV 7941-JC
 ) RIO CHAMA STREAM
RAMON ARAGON, et al. ) SYSTEM
 )
    Defendants. ) Section 4, Rio El Rito Section

## ENTRY OF APPEARANCE

**COMES NOW**, Ernest L. Padilla, PADILLA LAW FIRM, P. A., and enters his appearance as counsel of record on behalf of Defendant, RUDY MARTINEZ in the above captioned matter.

                              PADILLA LAW FIRM, P.A.

By: _____
        ERNEST L. PADILLA
        P. O. Box 2523
        Santa Fe, New Mexico
        87504-2523
        (505) 988-7577

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was mailed to Mary E. Humphrey, Attorney for El Rito Ditch Association and Acequia Jaral, P.O. Box 1574, El Prado, New Mexico 87529, Ed Newville, Attorney for State of New Mexico State Engineer, P.O. Box 25102, Santa Fe, New Mexico 87504, Special Master Vicki Gabin, United States District Court, P.O. Box 2384, Santa Fe, New Mexico 87504, and Darcy Busnell, Adjudication Clerk, United States District Court, 600 Lomas Blvd., Suite 610, Albuquerque, NM 87102 this 29th day of October, 2002.

_____
ERNEST L. PADILLA