IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
State Engineer,

    Plaintiff,                   69cvc07941-JEC-ACE

v.                          RIO CHAMA STREAM SYSTEM

RAMON ARAGON, et al.,         Chama Mainstream Section

    Defendants.



02 NOV -1 PM 2: 17

## ACEQUIA DEL RIO DE CHAMA PROGRESS REPORT

COMES NOW, the Acequia del Rio de Chama, by and through its below-signed counsel, and pursuant to the Order (#6761) filed herein on July 1, 2002, submits the following progress report on the replacement of said acequia's measurement station.

The Acequia has placed an order for the construction of a Parshall Flume with Roscoe Steel and Culvert Company in Casper, Wyoming. The Acequia anticipates delivery of the Parshall Flume in November, 2002 and then plans on promptly installing it and other parts of the measurement station.

The Acequia has fully complied with the said Order regarding repayment of water and completed this on Sunday, September 28, 2002.

                                    Respectfully submitted,

                                    _Fred J. Waltz_
                                    Fred J. Waltz
                                    Attorney for the Acequia del Rio de Chama
                                    Box 6390
                                    Taos, New Mexico 87571
                                    (505) 758-0407

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was mailed to Ed Newville, Attorney for the State Engineer Office and to Darcy S. Bushnell, Esq. on this 31st day of October, 2002.

*/s/ Fred J. Waltz*
Fred J. Waltz