IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA<br><br>Plaintiffs<br><br>v.<br><br>RAMON ARAGON, et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 4, Rio El Rito Section |

FILED
UNITED STATES DISTRICT
02 NOV 12 PM 12: 55

CLERK-SANTA FE

## PROOF OF SERVICE

Community of El Rito Ditch Association and Acequia Jaral hereby file Proof of Service of the Notice of Hearing on Motion to Enforce Final Decree and for Injunction and Order to Show Cause, with the attached Return completed by a deputy of the Rio Arriba County Sheriff.

_____
MARY E. HUMPHREY
Attorney for El Rito Ditch Association and
Acequia Jaral
P. O. Box 1574
El Prado, NM  87529
(505) 758-2203

## CERTIFICATE OF SERVICE

I certify I mailed copies of the foregoing pleading to the following persons via U.S. mail on the 7th day of November, 2002.

| | | |
|---|---|---|
| Ed Newville, Esq.<br>NM State Engineer<br>P. O. Box 25102<br>Santa Fe, NM  87504 | Special Master Vickie Gabin<br>United States District Court<br>P. O. Box 2384<br>Santa Fe, NM  87504 | Darcy Bushnell, Esq.<br>USDC/DCNM<br>333 Lomas Blvd, Suite 610<br>Albuquerque, NM  87102 |

Ernest L. Padilla
Padilla Law Firm, P.A.
P. O. Box 2523
Santa Fe, New Mexico 87504-2523

_____
Mary E. Humphrey

6930

1

# RETURN

STATE OF NEW MEXICO    )
                       )  ss.
COUNTY OF _Rio Arriba_ )

**RETURN FOR COMPLETION BY SHERIFF OR DEPUTY:**
    I certify that I served the within Summons in said County on the _26_ day of _October_, 2002, by delivering a copy of this summons, a copy of the Complaint attached, in the following manner *(indicate below how served)*:

**RETURN FOR COMPLETION BY OTHER PERSON MAKING SERVICE:**
    I, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I served the within Summons in said County on the ____ day of _____, 2002, by delivering a copy thereof, with copy of the Notice of Hearing on Motion to Enforce Final Decree and for Injunction and Order to Show Cause, a copy of Community of El Rito Ditch Association's and Acequia Jaral's Motion to Enforce Partial Final Decree and to Enjoin Further Diversion of Water, and Community of El Rito Ditch Association's and Acequia Jaral's Amended Motion to Enforce Partial Final Decree and to Enjoin Further Diversion of Water attached, in the following manner *(indicate below how served)*:

_X_ To Respondent _Rudy Martinez_

____ To _____, a person 15 years of age and residing at the usual place of abode of Respondent _____, who at the time of such service was absent therefrom.

____ By posting a copy of the Complaint in the most public part of the premises of Respondent _____

____ To _____, authorized to receive service of process for Respondent.

____ To (name) _____, (title of person authorized to receive service) _____.

_/s/ Ralph D. William_
Sheriff or Deputy

_____
Signature of Private Citizen Making Service

SUBSCRIBED AND SWORN to before me this ____ day of _____, 2002.

_____
Notary

My commission expires:
_____