IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA<br><br>    Plaintiffs<br><br>v.<br><br>RAMON ARAGON, et al.<br><br>    Defendants | No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 4, Rio El Rito Section |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
02 NOV 12 PM 12: 55
CLERK-SANTA FE

69-

## COMMUNITY OF EL RITO DITCH ASSOCIATION'S AND ACEQUIA JARAL'S REQUEST FOR APPEARANCE OF COURT'S HISTORIAN

DEFENDANTS Community of El Rito Ditch Association and Acequia Jaral respectfully request that the Court require the appearance of the Court's historian, Dr. John O. Baxter, at the Hearing on their Motion to Enforce Final Decree and for Injunction, at 9:30 a.m., November 13, 2002 at the United States District Court in Santa Fe, New Mexico, for the purpose of authenticating Dr. Baxter's "Settlement and Water Use at El Rito."

_____
MARY E. HUMPHREY
Attorney for El Rito Ditch Association and
Acequia Jaral
P. O. Box 1574
El Prado, NM  87529
(505) 758-2203

1

6931

## CERTIFICATE OF SERVICE

  I certify I mailed copies of the foregoing pleading to the following persons via U.S. mail on the 7th day of November, 2002.

| | | |
|---|---|---|
| Ed Newville, Esq.<br>NM State Engineer<br>P. O. Box 25102<br>Santa Fe, NM  87504 | Special Master Vickie Gabin<br>United States District Court<br>P. O. Box 2384<br>Santa Fe, NM  87504 | Darcy Bushnell, Esq.<br>USDC/DCNM<br>333 Lomas Blvd, Suite 610<br>Albuquerque, NM  87102 |

Ernest L. Padilla
Padilla Law Firm, P.A.
P. O. Box 2523
Santa Fe, New Mexico 87504-2523

                           _/s/ Mary E. Humphrey_
                            Mary E. Humphrey