IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 69cv07941-JEC<br>)  RIO CHAMA STREAM SYSTEM<br>)<br>)  Section 5 Rio Gallina<br>)  Subfile No.004-0004 |

## DEFENDANT ABRAM CORDOVA
## WITNESS LIST AND EXHIBIT LIST

Pursuant to Pre-Hearing Order (No.6699) filed May 3, 2002, Defendant submits the following his witness list and exhibit list.

I.  **Witnesses:**

Defendant identifies the following experts who will be called to testify at trial.

    A.)    Expert Witnesses

         1.)    Reid Bandeen, Principal Hydrogeologist, Truchas Hydrologic Associates, Inc., P.O. Box 541, Placitas, NM 87043, 867-5477

         2.)    William Dunmire, 12 Camino De Las Estrellas, Placitas, NM 87048, 8647-6474

Defendant expects to call the following fact witnesses to testify at trial.

    B.)    Individual fact witnesses:

         1)    Faye Davis, P.O. Box 170, Gallina, NM 87017, 638-5598

         2)    Willie Chavez, P.O. Box 8, Gallina, NM 87017, 638-9526

         3)    Rogelio Corrales, P.O. box 33, Gallina, NM 87017, 638-5524

         4)    Darren Chacon, P.O. Box 113, Gallina, NM 87017, 638-1082

         5)    Cosme S. and Margie Chacon, P.O. Box 4, Gallina, NM 87017, 638-5325

         6)    Fulgencio and Ida Chacon, P.O. Box 24, Gallina, NM 87017, 638-5695

         7)    Clement Suazo, P.O. Box 824, Cuba, NM 87017, 289-3440

         8)    Herman and Pauline Jacquez, P.O. Box 39, Gallina, NM 87017, 638-5642

9) Dwayne Salazar, P.O. Box 28, Gallina, NM 87017

10) Harold Chacon, P.O. Box 53, Gallina, NM 87017

11) Tommy Chacon, P.O. Box 106, Gallina, NM 87017, 638-5473

12) Cosme L. Chacon, P.O. Box 43, Gallina, NM 87017, 638-5417

13) Gilbert Ulibarri, Santa Fe, NM 87501

14) Anselmo Jacquez, Gallina, NM, 87017

15) Ubaldo Jacquez, P.O. Box 181, Gallina, NM 87017

16) David Sanchez, P.O. Box 893, Cuba, NM 87013, 289-3809

C.) Individual witnesses that may be called if the need arises.

1) Ruby Chacon, P. O. Box 163, Gallina, NM  87017, 638-5386

2) Wilfred Rael, P. O. Box 603, Questa, NM  87556, 586-1734

3) Mary Humphrey for limited purposes of proving up photographs if necessary, P.O. 1574, El Prado, NM 87529, 758-5503

D.) Defendant reserves the right to call any witnesses identified by Plaintiff State of New Mexico.

II. Exhibits:

A) Exhibits in common to all defendants in the Rio Gallina and Rio Capulin disputed subfiles hearings.

1) Reid Bandeen's report on Irrigation Water Availability in the Rio Gallina and Rio Capulin watersheds. Rio Arriba and Sandoval Counties, New Mexico

2) Reid Bandeen's resume

B) Subfile 004-0004 exhibits:

1.) Memorandum of 10/30/02 by Reid Bandeen Re: Review of memorandum of 08/28/02 by Susan Hoines

2.) William Dunmire's Report on Gallina Rush-Grass Swale Survey.

3.) William Dunmire's Biographical Brief

4.) Photograph taken on 2002/07/19  11:19:10

5.) Photograph taken on 2002/07/19  16:13:58

6.) Photograph taken on 2002/07/19 16:15:54

7.) Photograph taken on 2002/08/30 13:35:58

8.) Photograph taken on 2002/08/30 14:10:48

9.) Photograph taken on 2002/08/30 14:23:58

10.) Photograph taken on 2002/10/14 12:01:44

11.) Photograph taken on 2002/10/14 13:35:00

12.) Photograph taken on 2002/10/14 14:28:36

C) Oversized exhibits:

1.) Aerial photographs taken in 1935 (4746), from Earth Data Analysis Center, University of New Mexico-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

2.) Aerial photographs taken by New Mexico Highway in 1961 (21-Gallina-1) in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon

3.) Aerial photographs taken in 1963 (E1Z-2-29, E1Z-2-129 and E1Z-2-130), from Earth Data Analysis Center, University of New Mexico-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

4.) Aerial photographs taken in 1981 (24613100-281-90), from Earth Data Analysis Center, University of New Mexico-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

5.) Aerial photographs taken by New Mexico Highway in 1989 (004048 and 004047 in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

6.) Aerial photographs in the possession of the New Mexico State Engineer.

Dated: November 14, 2002

Abram Cordova
Pro se
P.O. Box 91
Gallina, NM 87017