IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 69cv07941-JEC<br>      RIO CHAMA STREAM SYSTEM<br><br>      Section 5 Rio Gallina<br>      Subfile No. 04-0004 |

## CERTIFICATE OF SERVICE

I certify that I served Defendant Abram Cordova's List of Rebuttal Expert and List of Rebuttal exhibits on the State of New Mexico on the ___ day of November 2002

*Abram Cordova*
Abram Cordova
Pro se
P.O. Box 91
Gallina, NM  87017
638-5486

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Certificate of Service to the following persons on the 15th day of November 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM  87504 | El Prado, NM  87529 | P. O. Box 2384 |
| | | Santa Fe, NM  87504-2384 |

6933