IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
                                    )
    Plaintiffs, )
                                    )
v. ) No. 69cv07941-JEC
                                    ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
                                    ) Section 5 Rio Gallina
    Defendants ) Subfile No. 03-00019

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 NOV 15 PM 1:02

[signature]
CLERK-SANTA FE

## CERTIFICATE OF SERVICE

I certify that I served Defendant Jose Z. Chacon's Witness List and Exhibits List on the State of New Mexico on the 14th day of October 2002

Jose Z. Chacon by Andrew Chacon
Jose Z. Chacon
*Pro se*
P.O. Box 58
Gallina, NM 87017

## CERTIFICATE OF SERVICE

I certify that a copy of this Certificate of Service was mailed to the following persons on the 15th day of November 2002.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM 87504

Mary Humphrey
P. O. Box 1574
El Prado, NM 87529

Special Master Vickie L. Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM 87504-2384

Jose Z. Chacon by Andrew Chacon
Jose Z. Chacon

6934