IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 69cv07941-JEC RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | |
| Defendants | ) ) | Section 5 Rio Gallina Subfile Nos.04-0003 |

**DEFENDANT FAYE DAVIS
WITNESS LIST AND EXHIBIT LIST**

Pursuant to Pre-Hearing Order (No.6699), filed May 3, 2002, Defendant submits her Witness List and Exhibit List.

I.      Witnesses:

Defendant identifies the following experts who will be called to testify at trial.

A.)      Expert Witnesses

1.)      Reid Bandeen, Principal Hydrogeologist, Truchas Hydrologic Associates, Inc., P.O. Box 541, Placitas, NM 87043, 867-5477

2.)      William Dunmire, 12 Camino De Las Estrellas, Placitas, NM 87048,8647-6474

Defendant expects to call the following fact witnesses to testify at trial.

B.)      Individual fact witnesses:

1)      Faye Davis

2)      Abram Cordova, P.O. Box 91, Gallina, NM 87017, 638-5486

3)      Willie Chavez, P.O. Box 8, Gallina, NM 87017, 638-9526

4)      Rogelio Corrales, P.O. box 33, Gallina, NM 87017, 638-5524

5)      Darren Chacon, P.O. Box 113, Gallina, NM 87017, 638-1082

6)      Cosme S. and Margie Chacon, P.O. Box 4, Gallina, NM 87017, 638-5325

7)      Fulgencio and Ida Chacon, P.O. Box 24, Gallina, NM 87017, 638-5695

8)      Clement Suazo, P.O Box 824, Cuba, NM 87017, 2893440

6935

9)    Herman and Pauline Jacquez, P.O. Box 39, Gallina, NM 87017, 638-5642

10)   Duane Salazar, P.O. Box 28, Gallina, NM 87017

11)   Harold Chacon, P.O. Box 53, Gallina, NM 87017

12)   Tommy Chacon, P.O. Box 106, Gallina, NM 87017, 638-5473

13)   Cosme L. Chacon, P.O. Box 43, Gallina, NM 87017, 638-5417

14)   Gilbert Ulibarri, Santa Fe, NM, 87501

15)   Anselmo Jacquez, Gallina, NM 87017

16)   Ubaldo Jacquez, P.O. Box 181, Gallina, NM 87017

C.)   Individual witnesses that may be called if the need arises.

1)    Ruby Chacon, P. O. Box 163, Gallina, NM  87017, 638-5386

2)    Wilfred Rael, P. O. Box 603, Questa, NM  87556, 586-1734

3)    Mary Humphrey for limited purposes of proving up photographs if necessary, P.O. 1574, El Prado, NM 87529, 758-5503

D.)   Defendant reserves the right to call any witnesses identified by Plaintiff State of New Mexico.

II. Exhibits:

A)    Exhibits in common to all defendants in the Rio Gallina and Rio Capulin disputed subfiles hearings.

1)    Reid Bandeen's report on Irrigation Water Availability in the Rio Gallina and Rio Capulin watersheds. Rio Arriba and Sandoval Counties, New Mexico

2)    Reid Bandeen's resume

B)    Subfile 004-0003 exhibits:

1.)   Memorandum of 10/30/02 by Reid Bandeen Re: Review of memorandum of 08/28/02 by Susan Hoines

2.)   William Dunmire's Report on Gallina Rush-Grass Swale Survey.

3.)   William Dunmire's Biographical Brief

4.)   Photograph taken on 2002/07/19  16:13:14

5.)   Photograph taken on 2002/07/19  16:15:54

6.)     Photograph taken on 2002/07/19  16:16:14

7.)     Photograph taken on 2002/08/30  13:47:42

8.)     Photograph taken on 2002/08/30  14:05:50

9.)     Photograph taken on 2002/08/30  12:51:58

10.)    Photograph taken on 2002/10/14  12:39:58

11.)    Photograph taken on 2002/10/14  12:41:22

12.)    Photograph taken on 2002/10/14  13:20:30

C)     Oversized exhibits:

1.)     Aerial photographs taken in 1935 (4746), from Earth Data Analysis Center, University of New Mexico-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

2.)     Aerial photographs taken by New Mexico Highway in 1961 (21-Gallina-1) in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon

3.)     Aerial photographs taken in 1963 (E1Z-2-29, EIZ-2-129 and EIZ-2-130), from Earth Data Analysis Center, University of New Mexico-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

4.)     Aerial photographs taken in 1981 (24613100-281-90), from Earth Data Analysis Center, University of New Mexico-in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

5.)     Aerial photographs taken by New Mexico Highway in 1989 (004048 and 004047 in custody of Gallina-Capulin Acequia Association, Gallina, NM, c/o Ruby Chacon.

6.)     Aerial photographs in the possession of the New Mexico State Engineer.

Dated:  November 14, 2002

Faye Davis
Pro se
P.O. Box 170
Gallina, NM  87017
638-5589