IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 69cv07941-JEC <br> RIO CHAMA STREAM SYSTEM <br><br> Section 5 Rio Gallina <br> Subfile No. 03-003A, 03-003B, 03-003C, 03-003D, 03-004A, 03-004B, 03-005 |

## CERTIFICATE OF SERVICE

I certify that I served Defendant Faye Davis Witness List and Exhibits List on the State of New Mexico on the 14th day of October 2002

*Faye Davis*
Faye Davis
Pro Se
P.O. Box 170
Gallina, NM 87017
638-5589

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of this Certificate of Service to the following persons on the 15th day of November 2002.

| Ed Newville, Esq. | Mary Humphrey | Special Master Vickie L. Gabin |
|---|---|---|
| P. O. Box 25102 | P. O. Box 1574 | United States District Court |
| Santa Fe, NM 87504 | El Prado, NM 87529 | P. O. Box 2384 |
| | | Santa Fe, NM 87504-2384 |

*Faye Davis*
Faye Davis

6936