IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | **69cv07941 JEC-ACE** |
| v. | **RIO CHAMA STREAM SYSTEM** Rio Gallina, Section 5 |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Paragraph III of the May 3, 2002 Pre-Hearing Order (Docket No. 6699) the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") mailed copies of the State of New Mexico's list of exhibits and witnesses to the following persons and to Special Master Vickie L. Gabin on November 15, 2002. Copies of the listed exhibits have been previously provided to the defendants and were not included in the mailing.

| CLAIMANT | SUBFILE |
|---|---|
| Faye Davis | CHGA-004-0003 |
| Abram Cordova | CHGA-004-0004 |

DATED: November 18, 2002

Respectfully submitted,

   /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the above Certificate of Service was mailed to the following persons on November 18, 2002.

/electronic signature/
Edward G. Newville

| | |
|---|---|
| Faye Davis<br>P.O. Box 170<br>Gallina, NM 87017 | Ronald Boyd, Esq.<br>208 Griffin Street<br>Santa Fe, NM 87501 |

Abram Cordova
P.O. Box 91
Gallina, NM 87017

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571