UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Nov. 13, 2002                          TIME: 9:30 a.m.

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:   ( ) Senior Judge E.L. Mechem
                  (✓) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: State of N.M. ex rel State Engineer v Aragon

69cv07941 Rio Chama Adjudication

COUNSEL:

PLAINTIFF:                    SEE ATTACHED LIST    DEFENDANT:
MARY E. HUMPHREY                                   ERNEST L. PADILLA
CONNIE ODE
EDWARD NEWVILLE

NOTES: Re: Order #6910 filed 10-15-2002; Hearing was held at the United States District Court in Santa Fe, NM. Matters discussed included:

1) Special Master denied motion by plaintiff to have historian present.

2) Parties advised that an agreement had been reached.

3) Proposed stipulation was read into record along with certain points by defendant on which further discussion and clarification was requested.

4) Plaintiff + Defendant agreed that stipulation order could be completed + sent to Special Master by Nov 22, 2002.

COURT REPORTER:                              OTHERS IN ATTENDANCE:
CONNIE JURADO                                SEE ATTACHED LIST
PAUL BACA PROFESSIONAL COURT REPORTERS
400 GOLD AVE SW, SUITE 200
P.O. BOX 1868
ALBUQUERQUE, NM 87103
TEL: (505) 843-9241   FAX (505) 843-9242

6938

## RIO CHAMA ACTIVE PARTICIPANTS DISTRIBUTION LIST

November 6, 2002

✓Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

----------------------------------------

Frank Bond, Esq.
Joseph Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 - 18th St., Suite 945
Denver, Colorado 80202

Steven Bunch, Esq.
NM State Highway &
 Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501

Chris D. Coppin, Esq.
NM State Game Commission
6301 Indian School Rd. # 400
Albuquerque, NM 87110

Tessa T. Davidson, Esq.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, N.M. 87504-2068

K. Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, N.M. 87125

✓Mary Humphrey, Esq. Connie Odé
P.O. Box 1574                    Esq
El Prado, N.M. 87529

Mary Ann Joca
Assistant Regional Attorney
USDA-Ofc of the General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Susan G. Jordan, Esq.
200 W. De Vargas St., Ste. 9
Santa Fe, NM 87501

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. N.W.
Albuquerque, NM 87120-3488

✓Edward G. Newville, Esq.
Lisa D. Brown, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

✓Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa NW
Albuquerque, NM 87120

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Jay F. Stein, Esq.
James C. Brockmann, Esq.
P.O. Box 5250
Santa Fe, NM 87502-5250

Lester K. Taylor, Esq.
500 Marquette, N.W. #1050
Albuquerque, NM 87102

Ted T. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

John W. Utton, Esq.
Charles T. DuMars, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred Vigil
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

C. Mott Woolley, Esq.
112 W. San Francisco St.,
Suite 312D
Santa Fe, NM 87501

# CHAMA ADJUDICATION
## Hearing - Section 4: El Rito/Acequia Jaral

### Wednesday, November 13, 2002

### ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| A. Wilfred Rael | P.O. Box 603 Questa NM | 87556 | 586-1734 |
| Rudy P. Maestas | P.O. Box 652 El Rito, NM | 87530 | 581-4578 |
| Jake Vigil | P.O. Box 534 El Rito | 87530 | 581-4712 |
| Donald Martinez | P.O. Box 52 El Rito | 87530 | 581-4576 |
| Lucas O. Trujillo, Sr. | P.O. Box 57 El Rito, NM | 87530 | 581-4553 |
| Arturo Olive | P.O. Box 152 El Rito N.M. | 87530 | 581-4469 |
| Mary Cadway | 2709 Sol y Luz Loop Santa Fe NM | | 424-0121 |
| Yolanda Martin | P.O. Box 3905 Espanola, N.M. | | 581-4500 |
| Lucy Martin | P.O. Box 3905 Espanola N.M. | | |
| Ed Newville | State Eng. | | 827-6150 |
| Mary Humphrey | Bx 1529 El Prado | 87529 | 758-2203 |

**Please See Next Page**

# CHAMA ADJUDICATION
## Hearing - Section 4: El Rito/Acequia Jaral

### Wednesday, November 13, 2002

### ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|------|---------|----------|-----------|
| Ernest L. Padilla | P.O. Box 2523, SF, NM | 87504 | 505 988.7577 |
| Jamie A Brophy | 3410 Pueblo Dr, Los Alamos | | 690-1509 |
| Connie Odé | P.O. Box 1574 El Prado | 87529 | 525/756-5129 |

**Please See Next Page**