IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
State Engineer,

    Plaintiff,                                   69cvc07941-JEC-ACE

v.                                         RIO CHAMA STREAM SYSTEM

RAMON ARAGON, et al.,                 Chama Mainstream Section

    Defendants.

## ACEQUIA DEL RIO DE CHAMA PROGRESS REPORT

COMES NOW, the Acequia del Rio de Chama, by and through its below-signed counsel, and pursuant to the Order (#6761) filed herein on July 1, 2002, submits the following progress report on the replacement of said acequia's measurement station.

The Acequia received delivery on November 11, 2002 of a Parshall Flume made by Roscoe Steel and Culvert Company of Casper, Wyoming.

The Acequia is presently preparing a diagram which shows the exact location of the proposed site of the measurement station and a drawing which shows the proposed design of the measurement station. This will be presented to the Watermaster, S.M. Buck Wells for his review and approval prior to installation of the measurement station.

                                                             Respectfully submitted,

                                                             Fred J. Waltz
                                                             Attorney for the Acequia del Rio de Chama
                                                             Box 6390
                                                             Taos, New Mexico 87571
                                                             (505) 758-0407

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to Ed Newville, Attorney for the State Engineer Office and to Darcy S. Bushnell, Esq. on this 12th day of November, 2002.

_____
Fred J. Waltz