IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
02 NOV 21 PM 3:44

## MOTION TO VACATE FILED CONSENT ORDERS
## AND FOR LEAVE TO FILE NEW CONSENT ORDERS
## IN SUBFILES CHTA-004-0019, CHTA-004-0024 AND CHRU-003-0006

COMES NOW the Plaintiff, State of New Mexico, *ex rel.* State Engineer, and moves the Court to enter its order vacating the filed Consent Orders for the following defendants and subfiles:

Kelly Ward
Shaun Ward
CHTA-004-0019
(filed April 10, 2002, Docket No. 6630)

Ernesto Salazar
Esther H. Salazar
CHTA-004-0024
(filed September 4, 2002, Docket No. 6849)

Jerroll L. Devers
Sharon Devers
CHRU-003-0006
(filed July 31, 2002, Docket No. 6804)

and granting leave for the parties to file new and corrected Consent Orders in the above named subfiles.

6941

As grounds therefore Plaintiff states as follows:

1. The hydrographic survey staff of the Office of the State Engineer has recently discovered a mapping error in each of the above subfiles. The error in each subfile involved an irrigation pond or stocktank, and the failure to deduct the area occupied by the pond from the reported amount of irrigated acreage.

2. Correction of this error will reduce the total amount of mapped irrigated acreage in subfile CHTA-004-0019 from 10.2 to 10.1 acres.

3. Correction of this error will reduce the total amount of mapped irrigated acreage in subfile CHTA-004-0024 from 57.1 to 56.9 acres.

4. Correction of this error will reduce the total amount of mapped irrigated acreage in subfile CHRU-003-0006 from 95.7 to 93.3 acres.

5. Defendants Kelly Ward, Shaun Ward, Ernesto Salazar and Esther H. Salazar do not oppose the granting of this motion.

6. Defendants Jerroll L. Devers and Sharon Devers have not responded to the state's inquiry to ask if they oppose vacating the consent order filed on July 31, 2002 in subfile CHRU-003-0006, and the Court should assume that they oppose the motion.

WHEREFORE, the Plaintiff State of New Mexico requests that the Court enter its order vacating the filed Consent Orders in subfiles CHTA-004-0019, CHTA-004-0024 and CHRU-003-0006 and granting the parties leave to file new and corrected Consent Orders in each subfile.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General

Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFRICATE OF SERVICE

I certify that a copy of the foregoing motion to vacate consent orders was mailed to the following persons on the __21__ day of November, 2002.

Kelly Ward
Shaun Ward
826 Fairway Road NW
Albuquerque, NM 87107

Ernesto Salazar
Esther H. Salazar
P.O. Box 375
Tierra Amarilla, NM 87575

Jerroll L. Devers
Sharon Devers
HC 75 Box 1175
Rutheron, NM 87551

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 871504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

3