IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

v.

RAMON ARAGON, *et al.,*

      Defendants.

02 NOV 25  AM 9: 33

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-003-0022E**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### JAKE MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

     concerning certain elements of Defendant's right to divert and use the public waters of

     the Rio Chama Stream System,  Canjilon Creek, Section 3, and by their signatures

     appearing below, the State and the Defendant(s) have approved and accepted the elements

     of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

     of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

OCT 0 3 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6944

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
>    **Ditch Name:**  BORDO DITCH
>    **Location X:**  1,595,945  feet  **Y:**  2,003,807  feet
>    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
>    Section 18, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 4.4  acres |
| Total | 4.4  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0022E.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon

Creek, Section 3, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.  Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the water rights described herein.

7.  The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                    3                    Subfile No.: CHCJ-003-0022E

ACCEPTED: _Jake Martinez_
                      JAKE MARTINEZ

ADDRESS: _P.O. Box 453_
              _Canjilon  NM_
                              _87515_

DATE: _9-30-02_


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_10.3.02_
Date

Consent Order                    4                    Subfile No.: CHCJ-003-0022E



Bordo Ditch

003-0022E
A 4.4 ac.

Legend
F  Fallow
NR No Right
    Irrigated Tract Boundary
    No Right Tract Boundary
    Operable Ditch
    Inoperable Ditch
    Stock Pond / Reservoir
    Point of Diversion

Scale
1 inch = 200 feet
100    0    100    200 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-003-0022E
Bordo Ditch
AMENDED
Nov. 5, 2001