IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

    Defendants.

02 NOV 25  AM 9: 03

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

Subfile No.: CHCJ-003-0048

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### ALONZO GALLEGOS

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the elements

    of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

SEP 0 3 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** 0611

**Priority:**  Reserved for future determination by court order entered July 25, 2000.
**Source of Water:**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.
**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
    **Ditch Name:**  BRAZITO DITCH
    **Location X:** 1,592,250  feet  **Y:**  2,001,395 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 17, Township 26N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. SE¼ |  | 0.6  acres |
|  | Total | 0.6 acres |

    As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0048.
**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon

Creek, Section 3, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.  Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined
from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek,
Section 3, except in strict accordance with the water rights described herein.

7.  The water rights described herein, if any, are adjudicated subject to the right of
any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the
waters of the Rio Chama Stream System, Canjilon Creek, Section 3,  are as set forth herein.
The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from
any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon
Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders
of the Court.

The Court enters this Consent Order as a final judgment as to the elements of
Defendant's waters rights set forth herein, subject to the right of other claimants to file
objections to individual adjudication orders, and to the entry of the final decree in this
proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _Alonzo Gallegos_
ALONZO GALLEGOS

ADDRESS: 813 S. Mc Curdy Rd
Española, N.M.
87535

DATE: 8-1-002


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

9.3.02
Date

Consent Order                    4                    Subfile No.: CHCJ-003-0048



003-0048
A 0.6 ac.

LEGEND
——— Irrigated Tract Boundary
——— No Right Tract Boundary
▶ Operable Ditch
– – – Inoperable Ditch
● Stock Ponds / Reservoir
● Point of Diversion
Ⓟ Fallow
Ⓝ No Right

Scale
1 inch = 200 feet
100    0    100    200 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-003-0048
Brazito Ditch
AMENDED May 29, 2002