**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

02 NOV 25 AM 9: 04

*[illegible handwriting]*
CLERK SANTA FE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-004-0007B**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### DAVID F. BACA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing

below, the State and the Defendant(s) have approved and accepted the elements of

Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

OCT 0 7 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6955

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

        Stream System, Rio Brazos, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0436

**Priority:** Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

      **Ditch Name:** ENSENADA DITCH

      **Location X:** 1,571,054 feet **Y:** 2,087,568 feet

      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.4 acres |
| | Total | 1.4 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-004-0007B.

**Amount of Water:** Reserved for future determination by court order entered November 26, 2001.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

        Section 7, other than those set forth in this order and those other orders entered by this

        Court in this cause.

DFB   9-22-02

Consent Order                                     2                        Subfile No.: CHRB-004-0007B

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

7, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Brazos, Section 7,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos,

Section 7, except in strict accordance with the rights set forth herein or in other orders of the

Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____

UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____

SPECIAL MASTER

Consent Order                              3                        Subfile No.: CHRB-004-0007B

ACCEPTED: _David J. Baca._

DAVID F. BACA

ADDRESS: _1715 Agua Fria St_

_Santa Fe, N.Mex_ _8750_

DATE: _Oct. 22, 2002_

_Sept._

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_10 7.02_

Date



## LEGEND

| | | | | |
|---|---|---|---|---|
| ▭ | Irrigated Tract Boundary | | ⬤⬤ | Point of Diversion |
| ▭ | No Right Tract Boundary | | ⬤⬤ | Well |
| ▦ | Seeped Area | | ★ | Spring |
| ▼ | Operable Ditch | | Ⓕ | Fallow |
| — — | Inoperable Ditch | | Ⓦ | No Right |
| — — | Stock Ponds / Reservoir | | | |

1 inch = 200 feet

0  50  100  200 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Thomas C. Turney, State Engineer**

**Rio Chama Hydrographic Survey**
**Rio Brazos Section**

Subfile Number
**CHRB 004-0007B**
Ensenada Ditch
AMENDED July 16, 2002

Parkview Ditch

Ensenada Ditch

004-0007B
A 1.4 ac.