IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**
    **Plaintiff,**                                     69cv07941 JEC-ACE

    v.                                           **RIO CHAMA STREAM SYSTEM**
                                                    Section 3: Rio Nutrias, Rio Cebolla
**RAMON ARAGON,** *et al.***,**               Canjilon Creek
    **Defendants.**                            Subfile Nos. CHNU-002-0012
                                                                CHCB-003-0004
                                                                  CHCB-003-0005

## ORDER SETTING ASIDE ENTRY OF DEFAULT

       This matter is before the Court upon the State of New Mexico, *ex rel*., State Engineer's November 25, 2002 notice of withdrawal (Docket No. 6962) of September 23, 2002 motion for Default Judgment (Docket No. 6881) and motion to set aside Clerk's entry of default (No. 6826) in subfiles CHNU-002-0012, CHCB-003-0004 and CHCB-003-0005 with respect to defendants Margie Atencio, Silviano Atencio, Phyllis Madrid and Jose M. Madrid. The Court, being fully advised, finds that the State's motion is well taken and should be GRANTED.

       IT IS THEREFORE ORDERED that the Clerk's Certificate of Default for defendants Margie Atencio, Silviano Atencio, Phyllis Madrid and Jose M. Madrid entered August 23, 2002 (Docket No. 6826) is hereby set aside with respect to subfiles CHNU-002-0012, CHCB-003-0004, and CHCB-0005.

                                                              /electronic signature/
                                                UNITED STATES DISTRICT JUDGE

Recommended for approval:
     /electronic signature/
SPECIAL MASTER VICKIE L. GABIN