IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
State Engineer,

      Plaintiff,

v.

RAMON ARAGON, et al.,

      Defendants.

69cv07941-JEC-ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

## ACEQUIA DEL RIO DE CHAMA PROGRESS REPORT

COMES NOW, the Acequia del Rio de Chama, by and through its below-signed counsel, and pursuant to the Order (#6761) filed herein on July 1, 2002, submits the following progress report on the replacement of said acequia's measurement station.

The Acequia has agreed with the recommendation of the Office of the State Engineer to move the measurement station above all irrigated fields from the acequia, and will relocate the measurement station at a previously marked location which is approximately five hundred (500) feet below the acequia's diversion on the Rio Chama.

The Acequia has sent plans to the Watermaster, which diagram the installation of the Parshall Flume, stilling well, and measurement gauge, for his review and approval.

The date tentatively set for the installation of the measurement station is December 7, 2002.

Respectfully submitted,

_____
Fred J. Waltz
Attorney for the Acequia del Rio de Chama
Box 6390
Taos, New Mexico 87571
(505) 758-0407

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to Ed Newville, Attorney for the State Engineer Office and to Darcy S. Bushnell, Esq. on this 22nd day of November, 2002.

_____
Fred J. Waltz