# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

    Plaintiffs,                                                                           69cv07941 JEC-ACE

    v.

ROMAN ARAGON, *et al.*,                            RIO CHAMA ADJUDICATION

    Defendants.

## NOTICE OF FILING OF TRANSCRIPT

TO DISTRIBUTION:

All counsel of record and interested parties listed on the attached distribution list are hereby notified that the transcript of the Court's November 13, 2002 hearing re motion of El Rito Community Ditch Association to enforce partial final decree was filed with the Clerk of the District Court on November 26, 2002.

The Clerk of Court will make distribution to the following list.

                                                               /electronic signature/
                                                  VICKIE L. GABIN, SPECIAL MASTER

**RIO CHAMA ACTIVE PARTICIPANTS DISTRIBUTION LIST**                                        December 4, 2002

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall
Aqua Tek
1315 Sagebrush Rd. SW
Los Lunas, NM 87031
---------------------------------------
Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Frank Bond, Esq.
Joseph Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 - 18th St., Suite 945
Denver, Colorado 80202

Daniel Cleavinger, Esq.
Post Office Box 339
Tierra Amarilla, NM 87575

Chris D. Coppin, Esq.
NM State Game Commission
6301 Indian School Rd. # 400
Albuquerque, NM 87110

Annie-Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

Charles DuMars, Esq.
201 3rd St. NW #1175
Albuquerque, NM 87102

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, N.M. 87504-2068

K. Janelle Haught, Esq.
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Humphrey, Esq.
P.O. Box 1574
El Prado, N.M. 87529

Mary Ann Joca, Esq.
Post Office Box 586
Albuquerque, N.M. 87103

Susan G. Jordan, Esq.
200 W. DeVargas St., Ste. 9
Santa Fe, NM 87501

Pierre Levy, Esq.
Post Office Box 2084
Santa Fe, N.M. 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. N.W.
Albuquerque, NM 87120-3488

Edward G. Newville, Esq.
Lisa D. Brown, Esq.
P.O. Box 25102
Santa Fe, NM 87504-5102

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Jay R. Stein, Esq.
Post Office Box 5250
Santa Fe, N.M. 87502-5250

Lester K. Taylor, Esq.
500 Marquette, N.W. #1050
Albuquerque, NM 87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred Vigil
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

C. Mott Woolley, Esq.
112 W. San Francisco St.,
Suite 312D
Santa Fe, NM 87501