## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      **Plaintiff,**

      v.

RAMON ARAGON, *et al.*,

      **Defendants.**

**69cv07941 JC-ACE**

**RIO CHAMA STREAM SYSTEM**
**Rio Cebolla, Section 3**

## NOTICE OF PENDENCY OF SUIT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO TO THE

FOLLOWING NAMED OR DESIGNATED DEFENDANTS:

The following named persons, if living, if deceased, their unknown heirs:

**HEIRS OF GILBERTO MARTINEZ**

GREETINGS:

Please take note that there is pending in the United States District Court for the District of

New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights

to use the waters of the Rio Cebolla Section of the Rio Chama Stream System.

Unless you appear and defend in this matter on or before January 27, 2003, any right you may

have to use the waters of the Rio Cebolla Section of the Rio Chama Stream System may be

adjudicated by default judgment that conforms to the hydrographic survey filed herein on August 11,

2000, and amendments thereto.

The water rights that are the subject of the action are located in Rio Arriba County, New

6967

Mexico.

The name and address of the plaintiff's attorney is:

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(800) 928-3766
(505) 827-6150

WITNESS the hand and seal of the United States District Court for the District of New Mexico, this _____ 3rd _____ day of December 2002.

ROBERT M. MARCH
DISTRICT COURT CLERK

By: _____

Deputy Clerk

2