IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT

02 DEC -5 AM 8:30

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | 69- No. CIV 7941-JC RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. ) ) | Section 5  Rio Gallina |
| Defendants ) | Subfile No. 4-0004 |

## ENTRY OF APPEARANCE

COMES NOW Mary E. Humphrey and hereby enters her appearance in the above numbered cause for Defendant Abram Cordova, Sr.

Respectfully submitted,

MARY E. HUMPHREY
Attorney for Abram Cordova, Sr.
P. O. Box 1574
El Prado, NM 87529
(505) 758-2203

6968

## CERTIFICATE OF SERVICE

I certify that a copy of this Entry of Appearance was mailed to the following persons on the 3rd day of December, 2002.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM 87504

Darcy Bushnell, Esq.
USDC/DCNM
333 Lomas NE, Suite 210
Albuquerque, NM 87102

Special Master Vickie Gabin
U.S. District Court
P. O. Box 2384
Santa Fe, NM 87504-2384

Gallina-Capulin Acequia Association
P. O. Box 163
Gallina, NM 87017

Mary E. Humphrey