IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

DEC 5 – 2002

R... ... ...rk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Cebolla, Section 3

**Subfile No.: CHCB-003-0004**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

        **JOE M. MADRID**
        **PHYLLIS MADRID**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



RECEIVED

NOV 0 1 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6970

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  01133 - 01167

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** ALTO DITCH
   **Location X:** 1,578,556 feet  **Y:** 2,012,106 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 26, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 5.9 acres |

Section 35, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 13.7 acres |
| Total | 19.6 acres |

As shown on the 2000 Hydrographic Survey Map CHCB- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:**  MAES SOUTH DITCH
    **Location X:** 1,574,334  feet  **Y:**  2,016,180  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 26, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 3.3 acres |
| Total | 3.3 acres |

As shown on the 2000 Hydrographic Survey Map CHCB- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## C. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  0604

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
    **Ditch Name:**  ACEQUIA MADRE DE CEBOLLA
    **Location X:** 1,573,684  feet  **Y:**  2,017,953  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 26, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 0.2 acres |
| Pt. SE¼ | 10.6 acres |
| Pt. SW¼ | 0.4 acres |
| Pt. SW¼ | 1.0 acres |

    Section 35, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NW¼ | 2.0 acres |
| Total | 14.2 acres |

As shown on the 2000 Hydrographic Survey Map CHCB- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## D. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 01133 - 01167

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch Name:** MONTANO - MARTINEZ DITCH
    **Location X:** 1,572,702 feet  **Y:** 2,015,526 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 26, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 1.0 acres |

Section 35, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 0.8 acres |
| Pt. NW¼ | 3.8 acres |
| Total | 5.6 acres |

As shown on the 2000 Hydrographic Survey Map CHCB- 3.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## E. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:** MONTANO - MARTINEZ DITCH
    **Location X:** 1,572,702 feet  **Y:** 2,015,526 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

<u>Section 26, Township 27N, Range 04E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. SE¼ | | 1.3 acres |
| | Total | 1.3 acres |

As shown on the 2000 Hydrographic Survey Map CHCB- 3.
**Amount of Water:** NONE

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

                                                 UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: __Phyllis Madrid__   ACCEPTED: __Joe M Madrid__
                      PHYLLIS MADRID                              JOE M. MADRID

ADDRESS: P.O Box 574   ADDRESS: PO B1 574
                 Canjilon                                 Canjilon
                 New Mexico 87515                      New Mexico 87515
DATE: 10-25-02   DATE: 10-25-02

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

11-01-02
Date