IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

DEC 5 - 2002

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

Subfile No.: CHCJ-002-0002

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

**PEDRO P TRUJILLO**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

OCT 0 7 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

6972

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Canjilon Creek, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.
**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  Ditch Name: BORDO DITCH
  Location X: 1,595,945 feet  Y: 2,003,807 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
Section 09, Township 26N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 27.7 acres |
| Pt. NW¼ | 18.5 acres |
| Total | 46.2 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-002-0002.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** 0611
**Priority:** NONE
**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.
**Purpose of Use:** NO RIGHT

**Point of Diversion:**
  Ditch Name: BORDO DITCH
  Location X: 1,595,945 feet  Y: 2,003,807 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

Section 09, Township 05E, Range 05E, N.M.P.M.

    Pt. NW¼      3.9 acres

Section 09, Township 26N, Range 05E, N.M.P.M.

    Pt. NW¼      8.8 acres

    Total    12.7 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-002-0002.

**Amount of Water:** NONE

## C. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch Name:** EL LLANO DITCH

    **Location X:** 1,593,223 feet **Y:** 2,003,235 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 09, Township 26N, Range 05E, N.M.P.M.

    Pt. NW¼      12.9 acres

    Total    12.9 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-002-0002.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## D. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

   10·7·02
_____
Date

