IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO



| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.*, **State Engineer**<br><br>Plaintiff,<br><br>v.<br><br>**RAMON ARAGON,** *et al.*,<br><br>**Defendants.** | 69cv07941 JEC-ACE<br><br>**RIO CHAMA STREAM SYSTEM**<br>Section 7: Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canoñes Creek, Village of Chama<br><br>Subfile No(s):<br>**CHTA-004-0026**<br>**CHRU-002-0004**<br>**CHRU-004-0033**<br>**CHRU-004-0036**<br>**CHRB-004-0007A**<br>**CHRB-004-0007B**<br>**CHRB-004-0007C**<br>**CHRB-004-0007D** |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 5th day of December, 2002:

Subfile No. CHTA-004-0026
Docket No. 6953
Jose P. Gallegos
PO Box 387
Tierra Amarilla, NM  87575

Subfile No. CHRU-002-0004
Docket No. 6960
Ross Family Trust
HC-75 Box 1024
Rutheron, NM  87551

Subfile No. CHRU-004-0033
Docket No. 6957
Andrew S. Aragon
Dora L. Aragon
11100 Central SE
Albuquerque, NM  87123

Subfile No. CHRU-004-0036
Docket No. 6958
Tina Cordova
7518 2nd Street NW
Albuquerque, NM  87107

1



Subfile No. CHRB-004-0007A
Docket No. 6954
Roy C. Lopez
1735 Agua Fria Street
Santa Fe, NM 87505

Subfile No. CHRB-004-0007B
Docket No. 6955
David F. Baca
1715 Agua Fria Street
Santa Fe, NM 87505

Subfile No. CHRB-004-0007C
Docket No. 6956
David F. Baca
1715 Agua Fria Street
Santa Fe, NM 87505

Subfile No. CHRB-004-0007D
Docket No. 6959
Gloria F. Baca
1715 Agua Fria Street
Santa Fe, NM 87505

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 5th day of December, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

/s/ Edward G. Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150