IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 02 DEC -5 PM 1:56<br><br>69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Canjilon Creek<br>Rio Cebolla, Rio Nutrias<br><br>Subfile No(s): CHCJ-002-0001<br>CHCJ-003-0022E<br>CHCJ-003-0033B<br>CHCJ-003-0048<br>CHCJ-003-0049<br>CHCJ-003-0050<br>CHCJ-003-0061<br>CHCJ-004-0009<br>CHCJ-004-0031<br>CHCJ-004-0037 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 5th day of December, 2002:

Subfile No. CHCJ-002-0001
Docket No. 6943
Pedro P. Trujillo
PO Box 1215
San Juan Pueblo, NM  87566

Subfile No. CHCJ-003-0022E
Docket No. 6944
Jake Martinez
PO Box 453
Canjilon, NM  87515

Subfile No. CHCJ-003-0033B
Docket No. 6945
Victor Jaramillo
308 Glorieta NE
Albuquerque, NM  87123

Subfile No. CHCJ-003-0048
Docket No. 6946
Alonzo Gallegos
813 S. Mc Curdy Rd.
Espanola, NM  87532

Subfile No. CHCJ-003-0049
Docket No. 6947
Ralph Gallegos Jr.
813 S. Mc Curdy Rd.
Espanola, NM  87532

Subfile No. CHCJ-003-0050
Docket No. 6949
Stella Martinez
PO Box 583
Canjilon, NM  87515

Subfile No. CHCJ-003-0061
Docket No. 6948
Ralph Gallegos Jr.
813 S. Mc Curdy Rd.
Espanola, NM  87532

Subfile No. CHCJ-004-0009
Docket No. 6950
Dorothy Leyba
Leopoldo Leyba
PO Box 533
Canjilon, NM  87515

Subfile No. CHCJ-004-0031
Docket No. 6951
Jose Melisendro Martinez
PO Box 565
Canjilon, NM  87515

Subfile No. CHCJ-004-0037
Docket No. 6952
Adela Martinez
Eraldo Martinez
PO Box 507
Canjilon, NM  87515

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 5th day of December, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM  87102-2272

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM  87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  87567

*Ed Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150