IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

02 DEC -5 PM 1:56

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina,

Subfile Nos: CHGA-002-0048
CHGA-005-0003

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 5th day of December, 2002:

Subfile No. CHGA-002-0048
Docket No. 6914
Sam Chavez
Aurelia Chavez
PO Box 115
Gallina, NM  87017

Subfile No. CHGA-005-0003
Docket No. 6961
Richard T. Harvey
HC70 Box 412
Pecos, NM  87552

1



<u>Subfile No.CHGA-005-0003</u>
Docket No. 6961
Onofre Sanchez
Tomas Sanchez
PO Box 44
Gallina, NM  87017

True file stamped copies of the Order Granting Default Judgment for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 5th day of December, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Suite 270
Albuquerque, NM  87102-2272

Ronald J. Boyd, Esq.
208 Griffin Street
Santa Fe, NM  87501

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

*/s/ Ed Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150