IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>           Plaintiff,<br><br>    -v-<br><br>RAMON ARAGON *et al.,*<br><br>           Defendants. | )<br>)<br>)<br>)<br>)   69cv07941- JEC-ACE<br>)<br>)   RIO CHAMA STREAM SYSTEM<br>)   Tierra Amarilla, Section 7<br>)<br>)   Subfiles No. CHTA-004-0019,<br>)   CHTA-004-0024, CHRU-003-0006 |

ORDER VACATING CONSENT ORDERS AND
GRANTING LEAVE TO FILE NEW CONSENT ORDERS

THIS MATTER is before the Special Master on the November 21, 2002 Motion (Docket No. 6941) to Vacate Filed Consent Orders and for Leave to File New Consent Orders in Subfiles CHTA-004-0019, CHTA-004-0024, and CHRU-003-0006, filed by the State of New Mexico, *ex rel.* State Engineer ("State").

Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Orders in Subfiles No. CHTA-004-0019, CHTA-004-0024, and CHRU-003-0006 are vacated. The State shall prepare and serve new consent orders on the defendants associated with these subfiles.

                                                                   /electronic signature/
                                                SPECIAL MASTER VICKIE L. GABIN