IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
State Engineer,

      Plaintiff,

v.

RAMON ARAGON, et al.,

      Defendants.

02 DEC -9 PM 2: 15

69cv07941-JEC-ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

## ACEQUIA DEL RIO DE CHAMA PROGRESS REPORT

COMES NOW the Acequia del Rio de Chama, by and through its below-signed counsel, and pursuant to the Order (#6761) filed herein on July 1, 2002, submits the following progress report on the replacement of said acequia's measurement station.

The Watermaster met with Acequia officials on December 2, 2002 in Espanola, New Mexico to discuss the Parshall Flume and measurement installation plans that the Acequia mailed on November 22, 2002 for the Watermaster's approval. At the meeting there was a discussion about the best location for the installation of the flume and measurement station, but no decision was reached.

The Acequia agreed with the request of the Watermaster and other representatives of the New Mexico Interstate Stream Commission (I.S.C.) to provide a more detailed flume and gauge installation plan to be prepared by a licensed professional engineer at the Acequia's sole expense.

The Acequia on December 2, 2002 has retained such an expert, William Miller to prepare plans. Because of other commitments the earliest that Mr. Miller can submit such plans to the Watermaster and the I.S.C. is on December 17, 2002. The Watermaster and I.S.C. representatives have agreed to promptly review such plans for approval.

The tentative date now scheduled for installation of the flume and measurement station is December 21, 2002.

Respectfully submitted,

*(signature)*
Fred J. Waltz
Attorney for the Acequia del Rio de Chama
Box 6390
Taos, New Mexico 87571
(505) 758-0407

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to Ed Newville, Attorney for the State Engineer Office and to Darcy S. Bushnell, Esq. on this 6th day of December, 2002.

*(signature)*
Fred J. Waltz