IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla,<br>Canjilon Creek<br><br>Subfile No(s): CHNU-002-0012<br>CHCB-003-0004<br>CHCB-003-0005<br>CHCJ-002-0002<br>CHCJ-002-0031<br>CHCJ-003-0043<br>CHCJ-004-0026<br>CHCJ-004-0042A<br>CHCJ-004-0053 |

FILED
02 DEC -9 PM 3:15

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 9th day of December, 2002:

Subfile No. CHNU-002-0012
Docket No. 6969
Margie Atencio
Silviano Atencio
PO Box 302
Tierra Amarilla, NM 87575

Subfile No. CHCB-003-0004
Docket No. 6970
Joe M. Madrid
Phyllis Madrid
PO Box 574
Canjilon, NM 87515

Subfile No. CHCB-003-0005
Docket No. 6971
Joe M. Madrid
Phyllis Madrid
PO Box 574
Canjilon, NM 87515

Subfile No. CHCJ-002-0002
Docket No. 6972
Pedro P. Trujillo
PO Box 1215
San Juan Pueblo, NM 87566

1

6987

Subfile No. CHCJ-002-0031
Docket No. 6973
Amalia M. Baca
Paul R. Baca
PO Box 477
Canjilon, NM 87515

Subfile No. CHCJ-003-0043
Docket No. 6974
Carla Martinez
Tony M. Martinez
PO Box 553
Canjilon, NM 87515

Subfile No. CHCJ-004-0026
Docket No. 6975
Marcia H. Maestas
333 Montclaire Drive NE
Albuquerque, NM 87110

Subfile No. CHCJ-004-0042A
Docket No. 6976
Emilia Vigil
Rt. 1 Box 213
Santa Cruz, NM 87567

Subfile No. CHCJ-004-0053
Docket No. 6977
Theresita M. Trujillo
PO Box 28
Abiquiu, NM 87510

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 9th day of December, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW, Box 610
Albuquerque, NM 87102-2272

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

2

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

*Ed Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150