IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO



| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.*, <br> **State Engineer** <br><br> Plaintiff, <br><br> v. <br> **RAMON ARAGON,** *et al.*, <br><br> Defendants. | 69cv07941 JEC-ACE <br><br> **RIO CHAMA STREAM SYSTEM** <br> Section 7: Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canoñes Creek, Village of Chama <br><br> Subfile No(s): <br> CHTA-004-0020 <br> CHRB-007-0029 <br> CHRU-001-0002 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 9th day of December, 2002:

Subfile No. CHTA-004-0020
Docket No. 6978
Domie Ulibarri
Feliberto Ulibarri
PO Box 182
Tierra Amarilla, NM  87575

Subfile No. CHRB-007-0029
Docket No. 6979
Anthony L. Vigil
715 Tawney Eagle
Henderson, Nevada  89015

Subfile No. CHRU-001-0002
Docket No. 6980
Marla C. Ulibarri
Richard P. Ulibarri
PO Box 25
Los Ojos, NM  87551

1



True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

  Karla McCall, Data Manager     John W. Utton, Esq.
  1315 Sagebrush Drive, SW      P.O. Box 271
  Los Lunas, NM 87031        Albuquerque, NM 87103-0271

 A copy of this Certificate of Service was mailed to the following persons on this 9th day of December, 2002:

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW – Ste. 270
Albuquerque, NM 87102-2272

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Daniel Cleavinger, Esq.
Attorney for Defendant JR Martinez Estate
P.O. Box 339
Tierra Amarilla, NM 87575

Jay F. Stein, Esq.
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

Tessa T. Davidson,
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Wilfred Gutierrez, Chair
M Acequia Commission
P. Box 190
Velarde, NM 87582

2

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
500 Marquette, NW, Ste. 1050
Albuquerque, NM  87102

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM  87504-0787

Pierre Levy, Esq.
Daniel J. O'Friel, LTD.
P.O. Box 2084
Santa Fe, NM  87504-2084


*[signature]*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150