IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer,<br><br>    Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rutheron & Plaza Blanca, Section 7<br><br>**Subfile No.: CHRU-004-0028** |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

COMES NOW Stein & Brockmann, P.A., counsel for defendant Norm Vogt, and pursuant to LR-CV 83.8(a), moves this court for an Order allowing it to withdraw from these proceedings. Defendant Norm Vogt has requested this withdrawal in order that he may appear in these proceedings as a *pro se* defendant. Mr. Vogt's mailing information is: P.O. Box 488, Likely, CA 96116. His telephone number is (530) 233-4476. Mr. Vogt has been provided with copies of the Scheduling Orders containing relevant dates.

Dated this 10th day of December, 2002.

Respectfully submitted,

_____
Jay F. Stein
James C. Brockmann
STEIN & BROCKMANN, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250
Telephone   (505) 983-3880
Fax:           (505) 986-1028

Attorneys for Defendant Norm Vogt

**ORIGINAL**

## CERTIFICATE OF SERVICE

It is hereby certified that on the 10th day of December, 2002, a true and correct copy of the foregoing **Unopposed Motion for Withdrawal of Counsel** was served on the following parties by First Class Mail, postage prepaid:

| | | |
|---|---|---|
| Edward G. Newville<br>Special Assistant Attorney General<br>Office of the State Engineer<br>P.O. Box 25102<br>Santa Fe, NM 87504-5102 | | |
| Susan Jordan, Esq.<br>200 W. De Vargas, Suite 9<br>Santa Fe, NM 87501 | Frank Bond, Esq.<br>Joseph Van Clarke, Esq.<br>P.O. Box 4160<br>Santa Fe, NM 87502-4160 | Bradley Bridgewater, Esq.<br>U.S. Department of Justice<br>999 18th Street, Suite 945<br>Denver, CO 80202 |
| Steven Bunch, Esq.<br>Deputy General Counsel<br>P.O. Box 1149<br>Santa Fe, NM 87504-1149 | Darcy Bushnell, Esq.<br>Water Rights Attorney<br>USDC-DCNM<br>333 Lomas Blvd.<br>Albuquerque, NM 87102 | Annie Laurie Coogan, Esq.<br>1520 Paseo de Peralta<br>Santa Fe, NM 87501-3722 |
| John E. Farrow, Esq.<br>P.O. Box 35400<br>Albuquerque, NM 87176 | Randolph Felker, Esq.<br>911 Old Pecos Trail<br>Santa Fe, NM 87501 | Jeffery Fornaciari, Esq.<br>P.O. Box 2068<br>Santa Fe, NM 87504-2068 |
| Vickie Gabin, Special Master<br>United States District Court<br>P.O. Box 2384<br>Santa Fe, NM 87503-2384 | K. Janelle Haught, Esq.<br>NMSHTD<br>P.O. Box 1149<br>Santa Fe, NM 87504 | Mary Humphrey, Esq.<br>P.O. Box 1573<br>El Prado, NM 87529 |
| Mary Ann Joca, Esq.<br>U.S. Forest Service<br>Dept. of Agriculture<br>517 Gold Ave. SW, Room 4001<br>Albuquerque, NM 87102 | Randy Lovato, Esq.<br>8100 Rancho Sueno Ct., NW<br>Albuquerque, NM 87102-3488 | Karla McCall, Data Manager<br>Aqua Tek<br>1315 Sagebrush Dr., SW<br>Los Lunas, NM 87031 |
| Benjamin Phillips, Esq.<br>P.O. Box 787<br>Santa Fe, NM 87504 | Peter B. Shoenfeld, Esq.<br>P.O. Box 2421<br>Santa Fe, NM 87504-2421 | Lester K. Taylor, Esq.<br>Jessica R. Aberly, Esq.<br>500 Marquette NW, #1050<br>Albuquerque, NM 87102 |

| Lucas Trujillo<br>P.O. Box 57<br>El Rito, NM 87530 | John W. Utton, Esq.<br>Charles T. DuMars, Esq.<br>P.O. Box 271<br>Albuquerque, NM 87103 | Fred Vigil, *Pro Se*<br>P.O. Box 687<br>Medanales, NM 87548 |
|---|---|---|
| Fred Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571 | C. Mott Woolley, Esq.<br>112 W. San Francisco St.,<br>Suite 312-D<br>Santa Fe, NM 87501 | Paula Garcia<br>NM Acequia Association<br>P.O. Box 1229<br>Santa Cruz, NM 87567 |
| Wilfred Gutierrez, Chair<br>NM Acequia Association<br>P.O. Box 190<br>Velarde, NM 87582 | Tessa Davidson, Esq.<br>Swain, Schrantdt &<br>Davidson, P.C.<br>4830 Juan Tabo NE, #F<br>Albuquerque, NM 87111 | Marcus Rael<br>3208 Vista Maravillosa<br>Albuquerque, NM 87210 |

_____
Jay F. Stein