# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer,<br><br>      Plaintiff,<br>      v.<br><br>ROMAN ARAGON, *et al.*,<br><br>      Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rutheron & Plaza Blanca, Section 7<br><br>**Subfile No.: CHRU-004-0028** |

## ORDER GRANTING UNOPPOSED MOTION
## FOR WITHDRAWAL OF COUNSEL

THIS MATTER came on before the Special Master on the December 10, 2002, Unopposed Motion for Withdrawal of Counsel (Docket No.   ).

Being fully advised in the premises, and for good cause shown, I find that the motion is well taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED that Stein & Brockmann, P.A. is withdrawn from these proceedings as counsel for Defendant Norm Vogt.  It is further ordered that Defendant Norm Vogt shall participate in these proceedings on a *pro se* basis.  All further pleadings, correspondence, and orders shall be sent to Mr. Vogt at P.O. Box 488, Likely, CA. 96116.  It is further ordered that Stein & Brockmann, P.A. shall be removed from this Court's service list.

                                                  /electronic signature/

                                    JOHN EDWARDS CONWAY, DISTRICT JUDGE