IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

**Subfile No(s).**
**CHCB-003-0002**

## ORDER GRANTING DEFAULT JUDGMENT

This matter is before the Court upon the motion by the plaintiff, State of New Mexico, *ex rel.*, State Engineer's September 23, 2002 Motion for Default judgment (Docket No. 6881) in subfile CHCB 003-0002. The Court, being fully advised, finds that the State's motion is well taken and should be GRANTED.

The Court, being fully advised, finds:

1. The Court has jurisdiction of the parties and the subject matter herein.

2. The defendants named below have been legally served with process or have waived service of summons.

3. The defendants named below have failed to appear, answer, or otherwise defend in this cause, and are adjudged to be in default.

4. The State Engineer's hydrographic survey and report of the Rio Chama Stream System, Section 3, Rio Cebolla (August 11, 2000) relating to the defendants' water rights have been introduced into the record, and the same are hereby incorporated and made a part of this order.

5. The water rights of the defendants named below in the above-styled and captioned cause are as follows:

## JUAN ARCHULETA
## PABLO ARCHULETA JR

**Subfile No.: CHCB-003-0002**

### A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 01100

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   Ditch Name: ALTO DITCH
   Location X: 1,578,556 feet  Y: 2,012,106 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 35, Township 27N, Range 04E, N.M.P.M.

   | Pt. NE¼ | 6.5 acres |

   Section 36, Township 27N, Range 04E, N.M.P.M.

   | Pt. NW¼ | 0.4 acres |
   | | Total 6.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-003-0002

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### B. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   Ditch Name: ALTO DITCH
   Location X: 1,578,556 feet  Y: 2,012,106 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Section 26, Township 27N, Range 04E, N.M.P.M.

   | Pt. SE¼ | 0.5 acres |

<u>Section 35, Township 27N, Range 04E, N.M.P.M.</u>

    Pt. NE¼                                                                  19.0 acres

<u>Section 36, Township 27N, Range 04E, N.M.P.M.</u>

    Pt. NW¼                                                           0.5 acres

                                                                 Total    20.0 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-003-0002

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

C. **<u>NO RIGHT (Surface Water Only)</u>**

**Office of the State Engineer Files No(s):** 2631

**Priority:** NONE

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:** ALTO DITCH
    **Location X:** 1,578,556 feet   **Y:** 2,012,106 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

<u>Section 26, Township 27N, Range 04E, N.M.P.M.</u>

    Pt. SE¼                                                              0.2 acres

<u>Section 35, Township 27N, Range 04E, N.M.P.M.</u>

    Pt. NE¼                                                             4.9 acres

                                                                 Total    5.1 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-003-0002

**Amount of Water:** NONE

D. **<u>IRRIGATION (Surface Water Only)</u>**

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** ALTO DITCH
   **Location X:** 1,578,556 feet **Y:** 2,012,106 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
   Section 35, Township 27N, Range 04E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ |  | 1.4 acres |
|  | Total | 1.4 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-003-0002

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### E. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 01133 - 01167

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** ALTO DITCH
   **Location X:** 1,578,556 feet **Y:** 2,012,106 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
   Section 35, Township 27N, Range 04E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NE¼ |  | 0.4 acres |
| Pt. NW¼ |  | 3.3 acres |
|  | Total | 3.7 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-003-0002

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### F. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch Name:** ALTO DITCH
  **Location X:** 1,578,556 feet  **Y:** 2,012,106 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
  Section 35, Township 27N, Range 04E, N.M.P.M.

|  |  |
|---|---|
| Pt. NW¼ | 3.7 acres |
| Total | 3.7 acres |

  As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-003-0002

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

/s/ John Edwards Conway
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
SPECIAL MASTER

