# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.,*

      Defendants.

F I L E D
UNITED STATES DISTRICT C...
DISTRICT OF ...

02 DEC 16  PM 2: 36

69cv07941 JEC-ACE

CLERK-SANTA FE

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

**Subfile No(s).**
**CHCB-001-0001D**

## ORDER GRANTING DEFAULT JUDGMENT

This matter is before the Court upon the motion by the plaintiff, State of New Mexico, *ex rel.,*
State Engineer's September 23, 2002 Motion for Default judgment (Docket No. 6881) in subfile
CHCB 001-0001D. The Court, being fully advised, finds that the State's motion is well taken
and should be GRANTED.

    The Court, being fully advised, finds:

1.   The Court has jurisdiction of the parties and the subject matter herein.

2.   The defendants named below have been legally served with process or have waived
service of summons.

3.   The defendants named below have failed to appear, answer, or otherwise defend in this
cause, and are adjudged to be in default.

4.   The State Engineer's hydrographic survey and report of the Rio Chama Stream System,
Section 3, Rio Cebolla (August 11, 2000) relating to the defendants' water rights have
been introduced into the record, and the same are hereby incorporated and made a part of
this order.

5.   The water rights of the defendants named below in the above-styled and captioned cause
are as follows:

*6993*

GILBERT L. MAES

**Subfile No.: CHCB-001-0001D**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 0636, 2738

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** ACEQUIA DEL PINAVETAL
   **Location X:** 1,587,026  feet  **Y:** 2,028,083 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
   Section 18, Township 27N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NW¼ | 0.8 | acres |
| Total | 0.8 acres | |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001D

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s):** 2686,

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** ACEQUIA DEL PINAVETAL
   **Location X:** 1,587,026  feet  **Y:** 2,028,083 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
   Section 18, Township 27N, Range 05E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. NW¼ | 1.4 | acres |
| Pt. SW¼ | 0.7 | acres |
| Total | 2.1 acres | |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001D

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## C. <u>NO RIGHT (Surface Water Only)</u>

**Office of the State Engineer Files No(s):** NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:** ACEQUIA DEL PINAVETAL
    **Location X:** 1,587,026  feet  **Y:**  2,028,083  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
    <u>Section 18, Township 27N, Range 05E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. SW¼ | | 0.9 acres |
| | Total | 0.9 acres |

    As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001D

**Amount of Water:** NONE

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama  Stream System, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

_____
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER



Acequia Del Pinavetal

Acequia Del Pinavetal

001-0001D
A 0.8 ac.

001-0001D
B 1.4 ac.

001-0001D
B 0.7 ac.

NR

001-0001D
C 0.9 ac.

LEGEND
——— Irrigated Tract Boundary
—— No Right Tract Boundary
▶ Operable Ditch
– – Inoperable Ditch
— Stock Ponds / Reservoir
● Point of Diversion
Ⓕ Fallow
ⓃⓇ No Right

N

Scale
1 inch = 300 feet
150    0         150      300 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO CEBOLLA SECTION

Subfile Number
CHCB-001-0001D
Acequia Del Pinavetal
AMENDED Feb.5, 2002