IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  69cv07941- JEC - ACE<br>)<br>)  RIO CHAMA STREAM SYSTEM<br>)<br>)  Section 5 - Rio Gallina<br>)<br>) |

NOTICE OF FINAL PREHEARING CONFERENCE ON DISPUTED SUBFILES

To:   Jose P. Chavez, Piedad Chavez, Faye Davis, Jose Z. Chacon, Lucinda Chacon, Juan C. Chavez, Patsy L. Chavez, Julian Vigil, Mary Vigil, Robert Vigil

Pursuant to the May 3, 2002 Prehearing Order for Litigation of Remaining Individual Subfiles and Water Rights claims in Section 5 of the Rio Chama Stream System (Docket No. 6699), and Fed. R. Civ. P. 16(d), the Special Master will hold a final prehearing conference on Friday, January 3, 2003 at 10:30 a.m. in the Boardroom at the Coronado High School, State Highway 96, Gallina, N.M.

The purpose of the conference is to formulate a plan and schedule for trial, including a program for facilitating the admission of evidence, and stipulating to factual matters. Parties not represented by an attorney must attend this conference.

IT IS SO ORDERED.

       /electronic signature/
SPECIAL MASTER VICKIE L. GABIN