IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.*, | Section 4: Rio El Rito |
| Defendants. | |

**MOTION FOR ORDER PROVIDING FOR ADDITIONAL DUTIES
AND POWERS FOR RIO CHAMA WATER MASTER**

COMES NOW the plaintiff State of New Mexico on the relation of the State Engineer and requests the Court to enter its order providing for additional duties and powers for the Court-appointed Rio Chama Water Master as described below, and as grounds therefore plaintiff states as follows:

1.  On December 18, 2002, the Court entered its Order Granting Motion to Enforce Partial Final Decree and Enjoin Further Diversion of Water (Docket No. 6996).

2.  Pursuant to Paragraph 4 of the Order entered December 18, 2002 the Acequia Jaral and Rudy Martinez are required to consult with the Court-appointed Rio Chama Water Master in the event they are unable to resolve a disagreement concerning the supply of water in the Rio El Rito. The decision of the Rio Chama Water Master is binding on the Acequia Jaral and Rudy Martinez subject to review (if any) by the Court pursuant to paragraph 5 of the Order entered December 18, 2002.

3.  The State Engineer has approved the role of the Rio Chama Water Master in the

settlement of any dispute between the Acequia Jaral and Rudy Martinez, and states that the public interest is well served by that role as described in the Order entered December 18, 2002.

WHEREFORE, the State of New Mexico requests the Court to enter its Order to provide for additional duties and powers for the Court-appointed Rio Chama Water Master as described in paragraphs 4 and 5 of the Order entered December 18, 2002.

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

**CERTIFICATE OF SERVICE**

I certify that copies of the foregoing Motion for Order Providing for Additional Duties and Powers for Rio Chama Water Master were mailed to the following persons on December 27, 2002.

 /s/ Ed Newville
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

2

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave. S.W., Rm. 4017
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P.O. Box 2084
Santa Fe, NM 87504-2084

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523