IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO**, *ex rel.*
**State Engineer**

Plaintiff,

v.

**RAMON ARAGON**, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Cañones Creek

## NOTICE OF FILING OF THE RIO CHAMA STREAM SYSTEM CAÑONES CREEK SECTION HYDROGRAPHIC SURVEY

COMES NOW the plaintiff State of New Mexico *ex rel.* State Engineer and gives notice that the hydrographic survey report for the Cañones Creek Section of the Rio Chama Stream System was filed with the Court on December 26, 2002. Additional copies of the report are available for inspection by appointment during regular business hours at the Office of the State Engineer, Litigation and Adjudication Program, Santa Fe, New Mexico.

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

6999

## CERTIFICATE OF SERVICE

I certify that copies of the Notice of Filing of the Rio Chama Stream System Cañones Creek Section Hydrographic Survey were mailed to the following persons on December 26, 2002.

*Ed Newville*
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
Simmons, Cuddy & Friedman LLP

P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, NM 87125

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
517 Gold Ave. S.W., Rm. 4001
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.

2

P.O. Box 2421
Santa Fe, NM 87504

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW
Suite 1050
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P.O. Box 2084
Santa Fe, NM 87504-2084