IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM

Section 3
Rio Cebolla, Rio Nutrias

Subfile Nos.: CHCB–001-0001D
              CHCB-003-0002
              CHNU-002-0015

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for each of the subfiles listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 27th day of December, 2002:

Subfile No. CHCB-001-0001D
Docket No. 6993
Gilbert L. Maes
c/o Jose & Jesus Maes
Box 179
Lumberton, NM 87547

Subfile No. CHCB-003-0002
Docket No. 6992
Juan Archuleta
Pablo Archuleta, Jr.
P.O. Box 161
Cebolla, NM 87518

Subfile No. CHNU-002-0015
Docket No. 6994
Estanislao Roybal
Lucia Roybal
P.O. Box 297
Espanola, NM 87532

7000

True file stamped copies of the Orders Granting Default Judgment for the subfiles listed above were also mailed to the following on the same date:

| | |
|---|---|
| Karla McCall, Data Manager<br>1315 Sagebrush Drive, S.W.<br>Los Luna, NM  87031 | Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM  87529-1574 |

I also certify that a copy of this Certificate of Service was also mailed to the following this 27th day of December, 2002:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW, Suite 270
Albuquerque, NM  87102

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM  87529-1574

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  8756

Respectfully submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele:  (505) 827-6150
Fax:  (505) 827-3887