IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer**  Plaintiff,  v.  **RAMON ARAGON,** *et al.*,  Defendants. | 69cv07941 JEC-ACE  **RIO CHAMA STREAM SYSTEM** Rio Gallina, Section 5  CHGA-003-0006 |

### NEW MEXICO'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and respectfully requests the substitution of parties pursuant to Rule 25(a)(1), and in support of this motion states:

1.  By warranty deed filed July 8, 2002 with the County Clerk of Rio Arriba County, Defendants BERNIE and ESTHER VELASQUEZ have sold their interest in the land and water rights under Subfile No. CHGA-003-0006 to JOHNNY A.D. LOVATO and ANTONETTE B. LOVATO who address is Box 12, Guajolote Lane, Espanola, New Mexico 87532. .

WHEREFORE the State respectfully requests that JOHNNY A.D. LOVATO and ANTONETTE B. LOVATO be substituted as party defendants in this action for defendants BERNIE and ESTHER VELASQUEZ .

DATED: January 6, 2003

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer

P.O. Box 25102<br>
Santa Fe, NM 87504-5102<br>
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion for Substitution of Parties was mailed to the following persons on January 6, 2003

/s/ Ed Newville
Edward G. Newville

Johnny A.D. Lovato
Antonette B. Lovato
Box 12 Guajolote Lane
Espanola, NM 87532

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive., S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Ronald Boyd, Esq.
208 Griffin Street
Santa Fe, NM 87501