IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) Plaintiff, ) ) 69cv07941- JEC-ACE -v- ) ) RIO CHAMA STREAM SYSTEM RAMON ARAGON et al., ) ) Rio Gallina, Section 5 Defendants. ) ) | |

ORDER SETTING DISPUTED SUBFILES HEARINGS

THIS MATTER is before the Special Master following the January 3, 2003, Final Pretrial Conference in Gallina, New Mexico.

Mr. Ed Newville, counsel for the State of New Mexico, *ex rel.* State Engineer, and Ms. Mary Humphrey, counsel for Defendants, have agreed that disputed subfile hearings will be held January 28, 29 and 30, and February 6, 2003.  Hearings will begin at 9:30 a.m. in the Small Courtroom, 2nd Floor, United States District Court, Federal Place, Santa Fe.

Counsel will submit a jointly proposed pretrial order as soon as possible, which order will include the plan for admission of evidence, the sequencing of witnesses, short statements of the issues, short summaries of each witnesses' anticipated testimony, and any other matters deemed relevant to these proceedings.

IT IS SO ORDERED.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN