IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

03 JAN -8 PM 2: 23

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

Plaintiff,

vs.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

SECTION 7, Rito de Tierra Amarilla,
Rio Brazos, Rutheron/Plaza Blanca,
Cañones Creek, Village of Chama

### ENTRY OF APPEARANCE

COMES NOW White, Koch, Kelly & McCarthy, P.A., and enters its appearance on behalf of El Barranco, LLC, in the above-referenced matter.

WHITE, KOCH, KELLY & MCCARTHY, P.A.

By: _____
Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
Post Office Box 787
Santa Fe, New Mexico 87504-0787
(505) 982-4374
Attorneys for El Barranco, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Entry of Appearance" was mailed on January 7, 2003 to the following counsel and parties of record:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Daniel Cleavinger, Esq.
P. O. Box 339
Tierra Amarilla, NM 87575

*/* - #*

Entry of Appearance - Page 1 of 2

Darcy S. Bushnell, Esq.
Adjudication Staff
United States District Court
333 Lomas Blvd. NW, Box 610
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
Post Office Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87701

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Jay F. Stein, Esq.
Stein & Brockman, P.A.
P. O. Box 5250
Santa Fe, NM 87502-5250

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
500 Marquette, NW, Suite 1050
Albuquerque, NM 87102

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P. O. Box 2084
Santa Fe, NM 87504-2084

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

*/s/ Benjamin Phillips*
Benjamin Phillips