IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>CHGA-003-0006 |

## ORDER GRANTING NEW MEXICO'S MOTION
## FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on New Mexico's Motion for Substitution of Parties (Docket No. 7003) filed on January 6, 2003.  Being fully advised in the premises, the Court finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that for Subfile No. CHGA-003-0006, JOHNNY A.D. LOVATO and ANTONETTE B. LOVATO be substituted as party defendants in this action for defendants BERNIE VELASQUEZ and ESTHER VELASQUEZ.

IT IS FURTHER ORDERED that the State shall serve the defendants named herein.

                                              /electronic signature/
                                      JOHN EDWARDS CONWAY
                                  UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN