IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza<br>Blanca, Cañones Creek, Village of<br>Chama |

## CERTIFICATE OF MAILING

I hereby certify that pursuant to Paragraph I (B) of the procedural order entered November 19, 2002 (Docket No. 6939) the plaintiff State of New Mexico *ex rel.* State Engineer on or about January 9, 2003 mailed to the claimants in the Rito de Tierra Amarilla, Rio Brazos, Rutheron and Plaza Blanca subsections the materials omitted in the original service packets (Form Answer, Notice of Field Office) and a copy of the procedural order entered November 19, 2002. These materials were not mailed to Claimants who have already signed and approved a proposed consents order in connection with their water rights in Section 7 of the Rio Chama Stream System.

                                    Respectfully submitted,

                                     /electronic signature/
                                    EDWARD G. NEWVILLE
                                    Special Assistant Attorney General
                                    Office of the State Engineer
                                    P.O. Box 25102
                                    Santa Fe, NM 87504-5102
                                    (505) 827-6150

## CERTIFICATE OF SERVICE

      I certify that a copy of the above Certificate of Mailing was mailed to the following persons on January   10  , 2003.

                                                                                  /electronic signature/
                                                                                   Edward G. Newville

### RIO CHAMA SECTION 7
### DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
430 West Manhattan, Suite 5
Santa Fe, NM 87501

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787

Santa Fe, NM 87504-0787

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
500 Marquette, NW, Suite 1050
Albuquerque, NM 87102

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P.O. Box 2084
Santa Fe, NM 87504-2084