IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

03 JAN 10 PM 2: 23

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Cañones Creek

## NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

    1.    The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Cañones Creek subsection of Section 7 of the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

    2.    The persons or entities listed in Exhibit A are in Cañones Creek subsection of Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within the

Cañones Creek subsection Section 7 of the Rio Chama Stream System.

DATED: January 10, 2003

Respectfully submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on January __10__, 2003.

*[signature]*

Edward G. Newville

## RIO CHAMA SECTION 7
## DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271

Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
430 West Manhatten, Suite 5
Santa Fe, NM 87501

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Benjamin Philips, Esq.

John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
500 Marquette, NW, Suite 1050
Albuquerque, NM 87102

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P.O. Box 2084
Santa Fe, NM 87504-2084

3

## Attachment A

| | |
|---|---|
| ABEYTA, CLEOTILDE | P.O. BOX 102 LOS OJOS, NM 87551 |
| ABEYTA, ELVIRIA | P.O. BOX 102 LOS OJOS, NM 87551 |
| ABEYTA, ELVIRIA S. | P.O. BOX 102 LOS OJOS, NM 87551 |
| ABEYTA, JOSE M. | P.O. BOX 102 LOS OJOS, NM 87551 |
| ATROIKA INC., A NM CORPORATION, | 3801 WESTERFELD DRIVE NE ALBUQUERQUE, NM 87111 |
| BAXSTROM, JACQUELYN | P.O. BOX 768 CHAMA, NM 87520 |
| BINKLEY TRUST, JEB MCNEIL | 23007 BROTHER LUKE PLACE SANTA FE, NM 87505 |
| BINKLEY TRUST, MARGARET BURT | 23007 BROTHER LUKE PLACE SANTA FE, NM 87505 |
| BINKLEY TRUST, SARGENT MAC GREGOR | 23007 BROTHER LUKE PLACE SANTA FE, NM 87505 |
| BINKLEY, EDWARD L. III | P.O. BOX 70 CHAMA, NM 87520 |
| BLACKMER, FRANK S. | P.O. BOX 332 FRUITLAND, NM 87416 |
| BURNSIDE, DIANE O. | P.O. BOX 161 CHAMA, NM 87520 |
| BURNSIDE, DUANE C. | P.O. BOX 161 CHAMA, NM 87520 |
| CAUDILL, E. TRUMAN | 6303 DRISCOLL NE ALBUQUERQUE, NM 87109 |
| CAUDILL, JANE | 6303 DRISCOLL NE ALBUQUERQUE, NM 87109 |
| CLEMENS, CATHERINE | 1290 LEJANO LANE SANTA FE, NM 87501 |
| CLEMENS, JESS | 1290 LEJANO LANE SANTA FE, NM 87501 |
| DIAMOND S RANCH, | P.O. BOX 70 CHAMA, NM 87520 |
| DUNCAN FAMILY LTD. PARTNERSHIP, | 506 GALISTEO STREET SANTA FE, NM 87501 |
| E.M.N.R.D FORESTRY DIV., N.M. FOREST CONSERVATION | HC 75 BOX 81 CHAMA, NM 87520 |
| EL BARRANCO LLC, | P.O. BOX 1776 SANTA FE, NM 87501 |
| EZELL, CHARLES E. | P.O. BOX 485 CHAMA, NM 87520 |
| EZELL, DOROTHY W. | P.O. BOX 485 CHAMA, NM 87520 |
| EZELL, JUNE L. | P.O. BOX 485 CHAMA, NM 87520 |
| EZELL, MAURICE A. | P.O. BOX 485 CHAMA, NM 87520 |
| GALLEGOS, BENJAMIN A. JR. | 15241 CR 500 PAGOSA SPRINGS, CO 81147 |
| GALLEGOS, FRANK A. | P.O. BOX 97 LOS OJOS, NM 87551 |
| GALLEGOS, JOHN J. | 15241 CR 500 PAGOSA SPRINGS, CO 81147 |
| GALLEGOS, MARY | P.O. BOX 97 LOS OJOS, NM 87551 |
| GALLEGOS, URSULA GERMAINE VICENTI | P.O. BOX 131 LOS OJOS, NM 87551 |
| GARCIA, ANTONIO | P.O. BOX 87 LOS OJOS, NM 87551 |
| GARCIA, CHRISTINE H. | 20 COTTONWOOD LANE LOS LUNAS, NM 87031 |
| GARCIA, DAVE S. | 20 COTTONWOOD LANE LOS LUNAS, NM 87031 |
| GARDENHIRE, LEANNE M. | 711 JUNIPER SANTA FE, NM 87501 |
| GARDENHIRE, RALEIGH K. | 711 JUNIPER SANTA FE, NM 87501 |
| GARDENHIRE, RALEIGH KENT | 141 VALLEY ESTATES DRIVE ESPAÑOLA, NM 87532 |
| GARDENHIRE, ROBERT DEAN | 141 VALLEY ESTATES DRIVE ESPAÑOLA, NM 87532 |
| GONZALES, DONALD A. | P.O. BOX 5353 SANTA FE, NM 87505 |

## Attachment A

| | |
|---|---|
| GONZALES, MARY E. | P.O. BOX 5353 SANTA FE, NM 87505 |
| GONZALES, MARY ELLEN BURNS | 2806 CALLE CAMPEON SANTA FE, NM 87505 |
| GRIMES, CECILIA | P.O. BOX 129 LOS OJOS, NM 87551 |
| GURULE, GENE H. | P.O. BOX 21 IGNACIO, CO 81137 |
| GURULE, JUAN F. | P.O. BOX 21 IGNACIO, CO 81137 |
| KARAM LIVING TRUST, | 1895 GEORGETOWN ROAD POTTSBURO, TX 75076 |
| KARAM, FRANCIS | 1895 GEORGETOWN ROAD POTTSBURO, TX 75076 |
| KARAM, MARY | 1895 GEORGETOWN ROAD POTTSBURO, TX 75076 |
| KINSLOW-HERBERT LIVING TRUST, | 208 HARVARD LANE SEAL BEACH, CA 90740 |
| MARTINEZ & SUCCESSORS AS, GONZALO H. TRUSTEES | 4504 STOCKBRIDGE NW ALBUQUERQUE, NM 87120 |
| MARTINEZ, ANTONIO L. | 1632 VIA SARITA SAN LORENZO, CA 94580 |
| MARTINEZ, D.L. | 4920 NOREEN CT. NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, EARL JAMES | 1317 ARCADIAN TRAIL NW ALBUQUERQUE, NM 87107 |
| MARTINEZ, ELEUTERIO JR. | 5505 DRAYTON NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, EVANGELINE | 4504 STOCKBRIDGE AVE. NW ALBUQUERQUE, NM 87120 |
| MARTINEZ, GONZALO H. | 4504 STOCKBRIDGE AVE. NW ALBUQUERQUE, NM 87120 |
| MARTINEZ, IDA | P.O. BOX 12 LOS OJOS, NM 87551 |
| MARTINEZ, JOSE ANTONIO | P.O. BOX 45 LOS OJOS, NM 87551 |
| MARTINEZ, JOSE ONESIMO JR. | 152 HELM AVE SALT LAKE CITY, UT 84115 |
| MARTINEZ, JOSE ORLANDO | P.O. BOX 111 LOS OJOS, NM 87551 |
| MARTINEZ, L.M. | 4920 NOREEN CT. NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, LUCILLE E. | 1632 VIA SARITA SAN LORENZO, CA 94580 |
| MARTINEZ, M.A. | 4920 NOREEN CT. NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, M.J. | 4920 NOREEN CT. NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, MARGARITA T. | 2818 PAJARITO ROAD SW ALBUQUERQUE, NM 87105 |
| MARTINEZ, PATRICK D. | P.O. BOX 404 QUESTA, NM 87556 |
| MARTINEZ, PAUL | P.O. BOX 111 LOS OJOS, NM 87551 |
| MARTINEZ, ROBERT | P.O. BOX 12 LOS OJOS, NM 87551 |
| MARTINEZ, ROSE L. | P.O. BOX 404 QUESTA, NM 87556 |
| MARTINEZ, TED D. | 5192 POSTON DRIVE SAN JOSE, CA 95136 |
| MARTINEZ, TERRY L. | 5192 POSTON DRIVE SAN JOSE, CA 95136 |
| MESTAS, GENEVIEVE | P.O. BOX 21 IGNACIO, CO 81137 |
| MOODY, LOUISE M. | P.O. BOX 680 CHAMA, NM 87520 |
| MORROW, JOHN | 276 CHULA VISTA STREET SANTA FE, NM 87501 |
| MUNDY RANCH INC., | HC 75 BOX 81 CHAMA, NM 87520 |
| NUNEZ, CLORINDA L. | 346 GARCIA NE ALBUQUERQUE, NM 87123 |
| NUNEZ, RAMON R. | 346 GARCIA NE ALBUQUERQUE, NM 87123 |
| RENKEN, JAMES H. | 1290 LEJANO LANE SANTA FE, NM 87501 |

## Attachment A

| | |
|---|---|
| RENKEN, PATRICIA | 1290 LEJANO LANE SANTA FE, NM 87501 |
| RIVERA, VEVA | P.O. BOX 100 LOS OJOS, NM 87551 |
| RUTLEDGE, KYLE R. | 1000 A SPAIN RD. NE ALBUQUERQUE, NM 87111 |
| RYAN, DIANA | 1829 CRISTOVAL SAN ANGELO, TX 76903 |
| RYAN, VERNON | 1829 CRISTOVAL SAN ANGELO, TX 76903 |
| SANCHEZ FAMILY TRUST, | P.O. BOX 131 LOS OJOS, NM 87551 |
| SANCHEZ, CLEOFAS | P.O. BOX 131 LOS OJOS, NM 87551 |
| SANCHEZ, CLORINDA | P.O. BOX 21 PARKVIEW, NM 87551 |
| SANCHEZ, MEDARDO | P.O. BOX 21 PARKVIEW, NM 87551 |
| SANCHEZ, MIGUEL R. | P.O. BOX 131 LOS OJOS, NM 87551 |
| SANDERS, CHARLES R. | HC 75 BOX 83 CHAMA, NM 87520 |
| SANDERS, DARLENE | HC 75 BOX 83 CHAMA, NM 87520 |
| SMITH, ARTA C. | P.O. BOX 485 CHAMA, NM 87520 |
| SMITH, LEO L. | P.O. BOX 485 CHAMA, NM 87520 |
| TERRELL, PATTY S. | 6 MORNING CIRCLE SANTA FE, NM 87506 |
| TREGALLAS, JACKSON | RT. 1 HC 75 BOX 61 CHAMA, NM 87520 |
| TRUJILLO, RITA | P.O. BOX 73 LOS OJOS, NM 87551 |
| VALDEZ, MANUEL | P.O. BOX 87 LOS OJOS, NM 87551 |
| WEAVER, JOHNNA | 141 VALLEY ESTATES DRIVE ESPAÑOLA, NM 87532 |
| WHITEMAN, ANN M. | P.O. BOX 336 GALLUP, NM 87301 |
| WHITEMAN, RUFUS | P.O. BOX 336 GALLUP, NM 87301 |
| WINGO, SHERRY D. | HC 75 BOX 86 CHAMA, NM 87520 |
| WINGO, TURNER A. | HC 75 BOX 86 CHAMA, NM 87520 |
| WOOD, M. EDWINA | 119 SUNFLOWER DRIVE SANTA FE, NM 87501 |
| WOOD, WARREN T. | 119 SUNFLOWER DRIVE SANTA FE, NM 87501 |