IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
       Plaintiff, )
 ) 69cv07941- JEC-ACE
   -v- )
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
 ) Rio Gallina, Section 5
    Defendants. )
 )

AMENDED ORDER SETTING DISPUTED SUBFILES HEARINGS

THIS MATTER is before the Special Master following the January 7, 2003, entry of the

Order Setting Disputed Subfiles Hearings (Docket No. 7005).

Pursuant to the request made by Mr. Ed Newville, counsel for the State of New Mexico, ex

rel. State Engineer, which request was agreed to by Ms. Mary Humphrey, counsel for Defendants,

the hearing previously scheduled for February 6, 2003, is re-scheduled for February 7.  Consequently,

disputed subfile hearings will be held January 28, 29 and 30, and February 7, 2003.  All other

provisions of the January 7 Order remain in effect.

IT IS SO ORDERED.

                             _____/electronic signature/_____
                             SPECIAL MASTER VICKIE L. GABIN