IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>Defendants | No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5   Rio Gallina<br>Subfile No. 3-0019 |

## ENTRY OF APPEARANCE

The undersigned counsel, Mary E. Humphrey, hereby enters her appearance for Defendants Jose Z. Chacon and Lucinda Chacon in proceedings concerning Subfile Number 3-00019.

Respectfully submitted,

_____
MARY E. HUMPHREY
Attorney for Jose Z. Chacon & Lucinda Chacon
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was mailed to the following persons on the 13th day of January, 2003.

| | | |
|---|---|---|
| Ed Newville, Esq.<br>P. O. Box 25102<br>Santa Fe, NM  87504 | Special Master Vickie Gabin<br>U.S. District Court<br>P. O. Box 2384<br>Santa Fe, NM  87504-2384 | Darcy Bushnell, Esq.<br>USDC/DNM<br>333 Lomas Blvd. NE<br>Albuquerque, NM  87102 |

_____
Mary E. Humphrey

7015