IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

03 JAN 14 PM 1:56

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>    Defendants | No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5   Rio Gallina<br>Subfile No. 3-0007 |

## ENTRY OF APPEARANCE

The undersigned counsel, Mary E. Humphrey, hereby enters her appearance for Defendants Juan C. Chavez, Patsy L. Chavez, Jose P. Chavez and Piedad Chavez in proceedings concerning Subfile Number 3-0007.

Respectfully submitted,

MARY E. HUMPHREY
Attorney for Juan C. & Patsy L. Chavez and
    Jose P. & Piedad Chavez
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was mailed to the following persons on the 13th day of January, 2003.

| | | |
|---|---|---|
| Ed Newville, Esq.<br>P. O. Box 25102<br>Santa Fe, NM  87504 | Special Master Vickie Gabin<br>U.S.District Court<br>P. O. Box 2384<br>Santa Fe, NM  87504-2384 | Darcy Bushnell, Esq.<br>USDC/DNM<br>333 Lomas Blvd. NE<br>Albuquerque, NM  87102 |

Mary E. Humphrey

7016