IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of the State Engineer, )
and THE UNITED STATES OF )
AMERICA, )
)
    Plaintiffs, )
)
v. ) No. CIV 7941-JC
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al. )
) Section 5  Rio Gallina
    Defendants ) Subfile No. 4-003

## ENTRY OF APPEARANCE

The undersigned counsel, Mary E. Humphrey, hereby enters her appearance for Defendant Faye Davis in proceedings concerning Subfile Number 4-0003.

Respectfully submitted,

MARY E. HUMPHREY
Attorney for Faye Davis
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was mailed to the following persons on the __13__ th day of January, 2003.

| Ed Newville, Esq. | Special Master Vickie Gabin | Darcy Bushnell, Esq. |
|---|---|---|
| P. O. Box 25102 | U.S. District Court | USDC/DNM |
| Santa Fe, NM  87504 | P. O. Box 2384 | 333 Lomas Blvd. NE |
| | Santa Fe, NM  87504-2384 | Albuquerque, NM  87102 |

Mary E. Humphrey