IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>    Defendants | No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5   Rio Gallina<br>Subfiles No. 3-0003A, B, C, D<br>    3-0004A & B, 3-0005 |

### ENTRY OF APPEARANCE

The undersigned counsel, Mary E. Humphrey, hereby enters her appearance for Defendant Faye Davis in proceedings concerning Subfile Numbers 3-0003A, 3-0003B, 3-0003 C, 3-0003D, 3-0004A, 3-0004B, and 3-0005.

Respectfully submitted,

_____
MARY E. HUMPHREY
Attorney for Faye Davis
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

### CERTIFICATE OF SERVICE

I certify that a copy of this pleading was mailed to the following persons on the ___th day of January, 2003.

| | | |
|---|---|---|
| Ed Newville, Esq.<br>P. O. Box 25102<br>Santa Fe, NM  87504 | Special Master Vickie Gabin<br>U.S.District Court<br>P. O. Box 2384<br>Santa Fe, NM  87504-2384 | Darcy Bushnell, Esq.<br>USDC/DNM<br>333 Lomas Blvd. NE<br>Albuquerque, NM  87102 |

_____
Mary E. Humphrey

7018