

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

JAN 2 2 2003

MARCH, Clerk
U... ...ES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Gallina, Section 5

**Subfile No.: CHGA-004-0006**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

             **JULIAN VIGIL**
             **MARY VIGIL**
             **ROBERT VIGIL**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System,  Rio Gallina, Section 5, and by their signatures appearing

    below, the State and the Defendant(s) have approved and accepted the elements of

    Defendant's water rights as set forth in paragraph 4 herein.

**RECEIVED**

**JAN 1 3 2003**

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION



3.      There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Gallina, Section 5, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered March 15, 2000.

**Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a
tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

       **Ditch Name:**   Unnamed Ditch No. 1

       **Location X:**  1,465,613  feet  **Y:**  1,907,703  feet

       New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 08, Township 23N, Range 01E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | | 12.3 acres |
| | Total | 12.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-004-0006

**Amount of Water:** Reserved for future determination by court order entered March 15, 2000.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Gallina,

Section 5, other than those set forth in this order and those other orders entered by this

Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                           3                    Subfile No.: CHGA-004-0006

ACCEPTED: _Julian Vigil_

JULIAN VIGIL

ADDRESS: _PO Box 122_
_Gallina, NM 87017_

DATE: _01/11/03_

ACCEPTED: _Mary E Vigil_

MARY VIGIL

ADDRESS: _PO Box 13_
_Gallina, NM 87017_

DATE: _01/11/03_

ACCEPTED: _Robert Vigil_

ROBERT VIGIL

ADDRESS: _PO Box 108_
_Gallina, NM 87017_

DATE: _01/11/03_


_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_1·15·03_

Date

Consent Order                    4                    Subfile No.: CHGA-004-0006



004-0006
A 11.6 ac.

Unnamed Ditch No. 1

004-0006
A 0.7 ac.



LEGEND

| | | |
|---|---|---|
| ▭ Irrigated Tract Boundary | ● Point of Diversion | |
| No Right Tract Boundary | Ⓕ Fallow | |
| Seeped Area | Ⓝⓡ No Right | |
| ▶ Operable Ditch | | |
| - - ▶ Inoperable Ditch | | |
| ── Stock Ponds / Reservoir | | |



N
W       E
S

1 inch = 300 feet

0  50 100   200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Thomas C. Turney, State Engineer**

**Rio Chama Hydrographic Survey**
**RIO GALLINA SECTION**

Subfile Number
CHGA 004-0006
Unnamed Ditch No. 1
AMENDED
October 28, 2002

