IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

JAN 22 2003

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Gallina, Section 5

**Subfile No.: CHGA-005-0004**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    **JULIAN VIGIL**
    **MARY VIGIL**
    **ROBERT VIGIL**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

RECEIVED

JAN 13 2003

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION


7025

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Gallina, Section 5, is set forth below:

## A. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rio Gallina, a tributary of the Rio Chama

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
   **Ditch Name:** Unnamed Ditch No. 2
   **Location X:** 1,461,126 feet  **Y:** 1,909,605 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**
   Section 32, Township 24N, Range 01E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 24.9 acres |
| Pt. SE¼ | 18.4 acres |
| Total | 43.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-005-0004

**Amount of Water:** NONE

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Gallina, Section 5, other than those set forth in this order and those other orders entered by this Court in this cause.

Consent Order                         2                    Subfile No.: CHGA-005-0004

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____  ACCEPTED: _____
                 JULIAN VIGIL                                ROBERT VIGIL

ADDRESS: PO Box 122                 ADDRESS: PO Box 108
         Gallina, NM 87017                   Gallina, NM 87017

DATE: 01/11/03                      DATE: 01/11/03

ACCEPTED: _____
                 MARY VIGIL

ADDRESS: PO Box 13
         Gallina, NM 87017

DATE: 01/11/03


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

1·15·03
Date



STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA 005-0004
Unnamed Ditch No. 2
July 2, 2002