IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe NM

JAN 2 2 2003

ROGER M MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Cebolla, Section 3

**Subfile No.: CHCB-002-0005**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### WILLIAM R. CLARK
### KAYE D. RAYMOND

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

MAR 1 2 2002

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION


7028

4.    The rights of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Cebolla, Section 3, are set forth below:

## A.  NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**  0636, 2738

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

   **Ditch Name:**  ACEQUIA DEL PINAVETAL

   **Location X:** 1,587,026  feet  **Y:**  2,028,083  feet

   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Acreage**

   Section 24, Township 27N, Range 04E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SW¼ | | 8.1  acres |
| | Total | 8.1  acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-002-0005.

**Amount of Water:** NONE

## B.  NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Medio, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

   **Ditch Name:**  ALFALFITA DITCH

   **Location X:** 1,577,714  feet  **Y:**  2,021,173  feet

   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Acreage**

   Section 24, Township 27N, Range 04E, N.M.P.M.

Pt. SW¼                                           0.3  acres

                                    Total      0.3 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHCB-002-0005.

**Amount of Water:** NONE

## C. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a
tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch Name:**  ACEQUIA DEL PINAVETAL

**Location X:** 1,587,026  feet  **Y:**  2,028,083  feet

New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Section 24, Township 27N, Range 04E, N.M.P.M.

Pt. SW¼                                           2.0  acres

                                    Total      2.0 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHCB-002-0005.

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla,

Section 3, other than those set forth in this order and those other orders entered by this

Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla,

Section 3, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.


IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla,

Section 3, except in strict accordance with the rights set forth herein or in other orders of the

Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _William R. Clark_    ACCEPTED: _____
       WILLIAM R. CLARK              KAYE D. RAYMOND

ADDRESS: _P.O. Box 267_      ADDRESS: _P.O. Box 267_
     _CEBOLLA, NM 87518_       _CEBOLLA, NM 87518_

DATE: _3/12/02_         DATE: _3/12/02_


Consent Order               4            Subfile No.: CHCB-002-0005

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

_____3.12.02_____
Date



002-0005
C 2.0 ac.

Acequia Del Pinavetal

002-0005
A 8.1 ac.
NR

Rio del Tanque

Alfalfita Ditch

002-0005
B 0.3 ac.
NR

Chacon Ditch

LEGEND
——— Irrigated Tract Boundary
——— No Right Tract Boundary
▶ Operable Ditch
- - - Inoperable Ditch
● Stock Ponds / Reservoir
● Point of Diversion
Ⓕ Fallow
Ⓝ No Right

N

Scale
1 inch = 300 feet
100  0  100  200  300 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO CEBOLLA SECTION

Subfile Number
CHCB-002-0005
Acequia del Pinavetal
& Alfalfita Ditch
AMENDED Nov. 27, 2001