IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. State Engineer, § § § | |
| Plaintiff § | 69cv07941 JEC-ACE |
| § | |
| vs. § § | RIO CHAMA STREAM SYSTEM Rio Gallina, Section 5 |
| RAMON ARAGON, et al., § § | |
| Defendants § | |

## DISPUTED SUBFILE HEARINGS
## DEFENDANTS' EXHIBIT LIST

**For all subfile hearings:**

    Defendants' Exhibit 1:    Expert Witness Report by Reed Bandeen dated September 5, 2002.

    Defendants' Exhibit 2:    Resume of Reed Bandeen.

                               Any or all exhibits identified by the State of New Mexico.

**Hearing on subfiles CHGA-004-0003 and CHGA-004-0004:**

    Defendants' Exhibit 3:    Aerial photographs taken in 1935 (4746), from Earth Data Analysis Center, University of New Mexico.

    Defendants' Exhibit 4:    Aerial photographs taken by New Mexico Highway in 1961 (21-Gallina-1)

    Defendants' Exhibit 5:    Aerial photographs taken in 1963 (EIZ-2-29, EIZ-2-129 and EIZ-2-130), from Earth Data Analysis Center, University of New Mexico.

    Defendants' Exhibit 6:    Aerial photographs taken in 1981 (24613100-281-90), from Earth Data Analysis Center, University of New Mexico.

7037

| | |
|---|---|
| Defendants' Exhibit 7: | Aerial photographs taken by New Mexico Highway in 1989 (004048, 004047). |
| Defendants' Exhibit 8: | Expert Witness Report by Reed Bandeen dated October 30, 2002. |
| Defendants' Exhibit 9: | Expert Witness Report by William Dunmire dated October 28, 2002. |
| Defendants' Exhibit 10: | Photographs submitted to the Office of the State Engineer on November 1, 2002 in connection with subfile 4-003, as reflected on Exhibit A attached to this Exhibit List. |
| Defendants' Exhibit 11: | Photographs submitted to the Office of the State Engineer on November 1, 2002 in connection with subfile 4-004, as reflected on Exhibit A attached to this Exhibit List. |

**Hearing on subfiles CHGA-003-0003A through CHGA-003-0005:**

| | |
|---|---|
| Defendants' Exhibit 12: | New Mexico State Engineer Files Declaration of Placitas Ditch. |
| Defendants' Exhibit 13: | Declaration Map of Placitas Ditch. |
| Defendants' Exhibit 14: | Application to Cuba Soil and Water Conservation District (9/19/97). |
| Defendants' Exhibit 15: | Invoice from Helena Chemical Company (10/10/95). |
| Defendants' Exhibit 16: | Aerial photographs taken in 1935 (4746), from Earth Data Analysis Center, University of New Mexico. |
| Defendants' Exhibit 17: | Aerial photographs taken in 1959. |
| Defendants' Exhibit 18: | Aerial photographs taken by New Mexico Highway in 1961 (21-Gallina-1). |
| Defendants' Exhibit 19: | Aerial photographs taken in 1963 (EIZ-2-129), from Earth Data Analysis Center, University of New Mexico. |

| | |
|---|---|
| Defendants' Exhibit 20: | Aerial photographs taken in 1981 (24613100-281-90), from Earth Data Analysis Center, University of New Mexico. |
| Defendants' Exhibit 21: | Aerial photographs taken by New Mexico Highway in 1989 (004048, 004047). |
| Defendants' Exhibit 22: | Aerial photographs taken in 1995. |

**Hearing on subfile CHGA-00-0019:**

| | |
|---|---|
| Defendants' Exhibit 23: | New Mexico State Engineer Files Declaration of Placitas Ditch. |
| Defendants' Exhibit 24: | Declaration Map of Placitas Ditch. |
| Defendants' Exhibit 25: | Aerial photographs taken in 1935 (4746), from Earth Data Analysis Center, University of New Mexico. |
| Defendants' Exhibit 26: | Aerial photographs taken by New Mexico Highway in 1961 (21-Gallina-1). |
| Defendants' Exhibit 27: | Aerial photographs taken in 1963 (EIZ-2-29), from Earth Data Analysis Center, University of New Mexico. |
| Defendants' Exhibit 28: | Aerial photographs taken in 1981 (24613100-281-90), from Earth Data Analysis Center, University of New Mexico. |
| Defendants' Exhibit 29: | Aerial photographs taken by New Mexico Highway in 1989 (004048). |

**Hearing on subfile CHGA-003-0007:**

| | |
|---|---|
| Defendants' Exhibit 30: | New Mexico State Engineer Files for Declaration No. 0462, Declaration No. 038, and Declaration No. 046. |
| Defendants' Exhibit 31: | Warranty deeds transferring property. |
| Defendants' Exhibit 32: | New Mexico State Engineer field notes, Hydrographic Survey field notes. |

| | |
|---|---|
| Defendants' Exhibit 33: | Aerial photographs taken by New Mexico Highway in 1961. |
| Defendants' Exhibit 34: | Aerial photographs taken in 1935, 1963, and 1981, from Earth Data Analysis Center, University of New Mexico. |
| Defendants' Exhibit 35: | Copies of Acequia Cordova-Martinez distribution schedules for 1992, 1995, 1996, 1998, 1999, 2000, and 2001. |
| Defendants' Exhibit 36: | 1996 New Mexico Hydrographic Survey. |
| Defendants' Exhibit 37: | Expert Witness Report by Dennis Cooper dated September 28, 2002. |

Respectfully submitted,

Mary E. Humphrey
P.O. Box 1574
El Prado, New Mexico 87529
(505) 758-2203
(505) 758-5129 FAX

Attorney for Defendants


## Certificate of Service

On this 22 day of January, 2002, I forwarded a copy of the foregoing pleading by first class mail to the following:

The Honorable Vickie L. Gabin
Special Master
P.O. Box 2384
Santa Fe, New Mexico 87504

Darcy Bushnell
United States District Court
333 Lomas NW
Albuquerque, New Mexico 87102

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102

Mary E. Humphrey


## Sanchez-Maestas Ditch - Rio Capulin

List of photographs submitted to Office of State Engineer on November 1, 2002

### Subfile 4-003  Faye Davis
1. 2002/07/19  16:13:14
2. 2002/07/19  16:15:54
3. 2002/07/19  16:16:14
4. 2002/08/30  13:47:42
5. 2002/08/30  14:05:50
6. 2002/10/14  12:51:58
7. 2002/10/14  12:39:58
8. 2002/10/14  12:41:22
9. 2002/10/14  13:20:30

### Subfile 4-004  Abram Cordova
1. 2002/07/19  11:09:10
2. 2002/07/19  16:13:58
3. 2002/07/19  16:15:54
4. 2002/08/30  13:35:58
5. 2002/08/30  14:10:48
6. 2002/08/30  14:23:58
7. 2002/10/14  12:01:44
8. 2002/10/14  13:35:00
9. 2002/10/14  14:28:36

Ex. A