IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

03 JAN 30 PM 1: 52



STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW _Darlene Tafoya Cleland and James Max Cleland_ (please print your full name)
DARLENE TAFOYA CLELAND

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHRB-009-0011 | ☒ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _7_ because _it doesn't take into account the property I have acquired since this mailing._

(over)

*The map of the acreage of land is not correct and it short changes my amount of acres which are allowed water rights —*

*Darlene Cleland*

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

In my mind, I don't think it can be resolved because the courts shouldn't have any authority in settling problems that properly elected officials of the aqueias have done for years.

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____
_____because

(Attach additional pages if necessary)

Answer to Complaint                2                DARLENE TAFOYA CLELAND

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 1/26/03

_Darlene Tafoya Cleland and_
(Signature - DARLENE TAFOYA CLELAND)

James Max Cleland

13511 Acapulco Dr.
Whittier, Ca 90605
(Address: Print Clearly)

562-693-7408
(Phone Number: Print Clearly)

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by December 31, 2003. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by December 31, 2003. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Litigation and Adjudication Program, P.O. Box 25102, Santa Fe, NM 87504-5102.

Answer to Complaint                    3                    DARLENE TAFOYA CLELAND