IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| RAMON ARAGON *et al.*, | ) ) ) |
| Defendants. | ) |

03 JAN 31  PM 2: 03

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

## NOTICE OF CHANGE OF ADDRESS

Effective December 30, 2002, Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP. counsel for the Jicarilla Apache Nation in the above stated matter, has changed its *Albuquerque* address. All communications in the above matter should be sent to the following two addressees:

Lester K. Taylor, Esq.
Nordhaus Law Firm
**405 Dr. Martin Luther King, Jr. Ave. NE**
Albuquerque, NM 87102
(505) 243-4275
(505) 243-4464 (facsimile)

Susan G. Jordan, Esq.
Nordhaus Law Firm
200 W. DeVargas Street, Suite 9
Santa Fe, NM 87501
(505) 982-3622
(505) 982-1827 (facsimile)

Respectfully submitted,

NORDHAUS, HALTOM, TAYLOR,
TARADASH, & BLADH, LLP

_____
Lester K. Taylor, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing "Notice of Change of Address" were served on all parties on the attached mailing list by placing the same in the United States mail, first-class postage prepaid, this  30th  day of January 2003.

*Carol S. Musrey*
Carol S. Musrey

Vickie L. Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Frank M Bond Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Steven Bunch, Esq.
N.M. Hwy. & Transp. Dept.
P.O. Box 1149
Santa Fe, NM 98504-1149

Joseph Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
Assistant Attorney General
6301 Indian School Rd NE Ste. 400
Albuquerque, NM 87110

Charles T. DuMars
John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

David Benavides
Northern NM Legal Services
P.O. Box 5175
Santa Fe, NM 87502-5175

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
U.S. Department of Justice
Suite 945, North Tower
999 Eighteenth Street
Denver, CO 80202

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas NW
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
Attorney for Defendant J.R. Martinez Estate
P. O. Box 339
Tierra Amarilla, NM 87575

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson P.C.
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504-2068

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

K. Janelle Haught, Esq.
N.M. Human Services Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca, Esq.
Office of General Counsel
517 Gold Ave. SW, Rm. 4017
Albuquerque, NM 87103

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. NW
Albuquerque, NM 87120

Ed Newville, Esq.
Lisa D. Brown, Esq.
Special Assistant Attorney General
State Engineer Office Legal Division
P.O. Box 25102
Santa Fe, NM 87504-5102

Marcus J. Rael, Esq.
3208 Vista Maravillosa NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Norm Vogt *pro se*
P. O. Box 488
Likely, CA 96116

C. Mott Woolley, Esq.
112 W. San Francisco St.
Suite 312 D
Santa Fe, NM 87501

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Pierre Levy, Esq.
Daniel J. O'Friel, Ltd.
P. O. Box 2084
Santa Fe, NM 87504-2084

Karla McCall
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Peter Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Fred Vigil, Pro Se
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz
P.O. Box 6390
Taos, NM 87571