**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

03 FEB -5 PM 1:51

69cv07941 JEC-ACE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW ___AUDREY M. EATON_____ (please print your full name)

      AUDREY M. EATON

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHRB-007-0036 | AME | |
| CHRB-007-0037 | AME | |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
CHRB-007-0036 and CHRB-007-0037 _____because
of a deficiency in the amount of irrigated acreage. This property is

7040

100% irrigable.   It contains 5.36 acres as shown on the Joseph C. Lujan

plat of survey (Tracts A & B) attached hereto.)

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by
my husband has been in contact with the State Engineer Office.

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s)  _____

_____because

_____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

Answer to Complaint                    2                    AUDREY M. EATON

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: _____January 24, 2003_____

_Audrey M. Eaton_
(Signature - AUDREY M. EATON)

_P.O. Box 404_

_Abiquiu, NM  87510_

_____

(Address: Print Clearly)

_(505) 685-4580_
(Phone Number: Print Clearly)

---

**IMPORTANT: If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by December 31, 2003. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by December 31, 2003. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Litigation and Adjudication Program, P.O. Box 25102, Santa Fe, NM 87504-5102.**

---

Answer to Complaint                    3                    AUDREY M. EATON

THE EXHIBITS ATTACHED TO THIS

PLEADING ARE TOO VOLUMINOUS TO

SCAN.  SAID EXHIBITS ARE ATTACHED

TO THE ORIGINAL PLEADING IN THE

CASE FILE WHICH IS LOCATED IN THE

RECORDS DEPARTMENT,  U.S.

DISTRICT COURT CLERK'S OFFICE.