## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

03 FEB -5 PM 3:07

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

CHGA-005-0004

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

We, ROBERT VIGIL, JULIAN VIGIL and MARY VIGIL by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-005-0004 which we signed and approved on or about ___12|12|02___, 2002 represents the resolution of all claims to water rights under the Statement of Water Rights Claim (6031) filed with the Court on November 20, 2000.

_____
ROBERT VIGIL

12-12-02
_____
date

_____
JULIAN VIGIL

12-12-02
_____
date

_____
MARY VIGIL

12|12|02

7044