## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

03 FEB -5 PM 3: 07

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.,*

      Defendants.

69cv07941 JEC-ACE

**RIO CHAMA STREAM SYSTEM**
Rio Gallina, Section 5

**CHGA-004-0006**

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

We, ROBERT VIGIL, JULIAN VIGIL and MARY VIGIL by our signatures appearing

below hereby acknowledge that the Consent Order for Subfile No. CHGA-004-0006 which we

signed and approved on or about __12|12|02__, 2002 represents the resolution of all

claims to water rights under the Statement of Water Rights Claim (6033) filed with the Court on

November 20, 2000.

_____   12-12-0C
ROBERT VIGIL                Date

_____   12-12-02
JULIAN VIGIL                Date

_____   12|12|02
MARY VIGIL                  Date

7045