IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *et rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

03 FEB -6 PM 12:09

69cv07941 JC

Rio Chama Stream System
Rio Gallina, Section 5

**Subfile no. CHGA-03-0006**

## UNOPPOSED
## MOTION TO WITHDRAW

Ronald Boyd moves the court for permission to withdraw as counsel for Defendant Bernie Velasquez, on the grounds that Mr. Velasquez has sold his property and my services as his attorney are no longer required. Counsel for Defendants do not oppose this motion.

**WHEREFORE**, Ronald Boyd prays for leave of court to withdraw as counsel of record for Defendant Velasquez.

                                RONALD BOYD
                                Attorney for Velasquez
                                208 Griffin Street
                                Santa Fe, NM 87501
                                (505) 984-0121

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing Motion To Withdraw was mailed to

| | |
|---|---|
| Vickie L. Gabin, Esq. | Ed Newville |
| USDC-DCNM | Assistant Attorney General |
| P.O. Box 2384 | Office of the State Engineer |
| Santa Fe, NM 87504-2384 | Bataan Memorial Building, Room 101 |
| | Santa Fe, NM 87501 |

on this __29__ day of __January__, 2003.

By: _____