# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FILED

STATE OF NEW MEXICO *et rel.*
State Engineer,

03 FEB -6  PM 12: 09

    Plaintiff,

v.

69cv07941 JC

ROMAN ARAGON, *et al.*,

Rio Chama Stream System
Rio Gallina, Section 5

    Defendants.

**Subfile no. CHGA-03-0006**

## STIPULATED
## ORDER ALLOWING WITHDRAWAL

    Motion To Withdraw by Ronald Boyd, attorney of record for Defendant Bernie
Velasquez, having been considered by the court, good cause appearing;

    **IT IS THEREFORE ORDERED** that Ronald Boyd, Esq. is hereby withdrawing as
attorney for  Defendant Bernie Velasquez whose address is, Route 3, Box 194-15, Espanola,
NM 87532.

_____
U.S. DISTRICT JUDGE

_____
RONALD BOYD
Attorney at Law
208 Griffin Street
Santa Fe, NM 87501
(505) 984-0121

_____
Vickie L. Gabin, Esq.
Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384
(505)955-0678

*Telephonic approval* 1/2003
Ed Newville
Assistant Attorney General
Office of the State Engineer
Bataan Memorial Building, Room 101
Santa Fe, NM 87501
(505) 827-6150

7047