IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla
Rutheron & Plaza Blanca

Subfile Nos: CHTA-004-0024, CHRU-003-0006

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 11th day of February, 2003:

Subfile No. CHTA-004-0024
Docket No. 7035
Ernesto Salazar
Esther H. Salazar
P.O. Box 375
Tierra Amarilla, NM 87575

Subfile No. CHRU-003-0006
Docket No. 7036
Jerroll L. Devers
Sharon Devers
HC 75
Box 1175
Rutheron, NM 87551

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-027

A copy of this Certificate of Service was mailed to the following on the 11th day of February, 2003:

7049

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM  87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  87567

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King , Jr.
   Avenue, N.E.
Albuquerque, NM  87102

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM  87501

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A
P.O. Box 787
Santa Fe, NM  87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM  87120

Tessa T. Davidson
Swaim, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM  87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD.
P.O. Box 2084
Santa Fe, NM   87504-2084

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM  87575

Jay F. Stein, Esq.
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM  87502-5250

Respectfully Submitted

*(signature)*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887