IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

03 FEB 11 PM 1:41

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5: Rio Gallina<br>Subfile No. CHGA-004-0006 & CHGA-005-0004 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 11th day of February, 2003:

Subfile No. CHGA-004-0006
Docket No. 7024
Julian Vigil
P.O. Box 122
Gallina, NM  87017

Subfile No. CHGA-005-0004
Docket No. 7025
Julian Vigil
P.O. Box 122
Gallina, NM  87017

Subfile No. CHGA-004-0006
Docket No. 7024
Mary Vigil
P.O. Box 13
Gallina, NM  87017

Subfile No. CHGA-005-0004
Docket No. 7025
Mary Vigil
P.O. Box 13
Gallina, NM  87017

Subfile No. CHGA-004-0006
Docket No. 7024
Robert Vigil
P.O. Box 108
Gallina, NM  87017

Subfile No. CHGA-005-0004
Docket No. 7025
Robert Vigil
P.O. Box 108
Gallina, NM  87017

7050

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

| | |
|---|---|
| Karla McCall, Data Manager<br>1315 Sagebrush Dr., S.W.<br>Los Lunas, NM  87031 | Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM  87529-1574 |

A copy of this Certificate of Service was mailed to the following on the 11th day of February, 2003:

| | |
|---|---|
| Vickie Gabin, Special Master<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM  87504-2384 | Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 Eighteenth Street, Suite 945<br>Denver, CO  80202 |
| Darcy S. Bushnell, Esq.<br>USDC-DCNM<br>333 Lomas Blvd., NW<br>Suite 270<br>Albuquerque, NM  87102-2272 | Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM  87529-1574 |
| | Karla McCall, Data Manager<br>1315 Sagebrush Dr., S.W.<br>Los Lunas, NM  87031 |
| John W. Utton, Esq.<br>P.O. Box 271<br>Albuquerque, NM  87103-0271 | Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM  87571 |

Respectfully Submitted,

*[signature]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele: (505) 827-6150
Fax:  (505) 827-3887