IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Rio Nutrias, Rio Cebolla, Canjillon Creek<br><br>Subfile Nos.: CHNU-002-0016, CHCB-002-0002B, CHCB-002-0005, CHCB-002-0006, CHCJ-001-0001 CHCJ-002-0020; CHCJ-003-0045, CHCJ-004-0004 & CHCJ-004-0025 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 11th day of February, 2003:

Subfile No. CHNU-002-0016
Docket No. 7026
Juan R. Montano
P.O. Box 247
Tierra Amarialla, NM 87575

Subfile No. CHCB-002-0002B
Docket No. 7027
Delfin O & Frances S. Quintana Trust
P.O. Box 156
Cebolla, NM 87518

Subfile No. CHCB-002-0005
Docket No. 7028
William R. Clark
Kaye D. Raymond
P.O. Box 267
Cebolla, NM 87518

Subfile No. CHCB-002-0006
Docket No. 7029
Maureen E. Havey
Edward L. McMillen
P.O. Box 241
Cebolla, NM 87518

Subfile No. CHCJ-001-0001
Docket No. 7030
Alfred J. Chavez
Sarah Chavez
P.O. Box 310
El Rito, NM 87530

Subfile No. CHCJ-002-0020
Docket No. 7031
Amalia M. Baca
Paul R. Baca
P.O. Box 477
Canjilon, NM 87515

Subfile No. CHCJ-003-0045
Docket No. 7032
Jake Martinez
Vangie Martinez
P.O. Box 453
Canjilon, NM  87515

Subfile No. CHCJ-004-0004
Docket No. 7033
Leopoldo Leyba
P.O. Box 533
Canjilon, NM  87515

Subfile No. CHCJ-004-0025
Docket No. 7034
Creolinda M. Martinez
1219 Tomasita, N.E.
Albuquerque, NM  87112

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 11th day of February, 2003:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM  87582

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  8756

Respectfully submitted,

*[signature]*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887