UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Jan 28, 29, 30, 2003
Feb. 6 + 7, 2003

TIME: 9:30 a.m.

## CLERK'S MINUTES OF HEARING

**HEARING BEFORE:**
( ) Senior Judge E L. Mechem
(✓) Vickie L. Gabin, Special Master

**CASE NAME & NUMBER:** STATE OF NM ex rel. STATE ENGINEER V. ARAGON

69cv07941-JEC-ACE, CHAMA ADJUDICATION
Sections, Rio Gallina Disputed Subfiles

**COUNSEL:**

PLAINTIFF:                          DEFENDANTS:
EDWARD G. NEWVILLE                  Mary E. Humphrey
                    SEE ATTACHED LIST

**NOTES:** Re: ORDER # 7005 filed 1-7-03 and Order # 7014 filed 1-13-03 (amending #7005). Hearings held at USDC-Santa Fe on dates as scheduled in Orders #7005 and #7014 with the additional date of February 6, 2003.
Hearings proceeded according to Pretrial Order #7023, filed 1-21-03, with some variations in schedule and changes in witnesses listed in that a few witnesses were not available to testify.
1) Testimony relevant to all the disputed subfiles was received from expert witnesses for defendants and the State on the matter of water availability for irrigation in the Rio Gallina and Rio Capulin area.
2) Claimants and irrigators testified as to conditions and historical practices on lands designated subfiles CHGA 004-0003 + 04-004.

**COURT REPORTERS:**
JAN 28, 2003.        JAN 29 + 30, FEB 6 + 7, 2003
IRENE DELGADO        CONNIE JURADO
PAUL BACA PROFESSIONAL COURT REPORTERS
500 4th ST. NW, SUITE 105
P.O. BOX 1868, ALBUQUERQUE, NM 87103
(505) 843-9241   FAX (505) 843-9242

**OTHERS ATTENDING:**
SEE ATTACHED LISTS

7052

STATE OF NM, OSE v. ARAGON, ET AL
RIO CHAMA ADJUDICATION, SECTION 5, RIO GALLINA
HEARINGS ON DISPUTED SUBFILES, JAN 28, 29, 30; FEB 6 + 7, 2003
PAGE 2

State witnesses presented findings from their investigations of subject properties; expert testimony from both plaintiff and defendants.

3) Claimant for Subfiles CHGA-004-0003 through CHGA-003-0005 testified as to conditions on tracts and as to efforts to repair irrigation structures. State presented testimony of OSE employees who investigated claimants' tracts; issue of possible abandonment of water rights.

4) On subfile CHGA-003-0019 testimony was presented on the issue of whether irrigation water was put to beneficial use.

5) The issues in regard to Subfile CHGA-003-0007 are the questions of whether a water right has been used to irrigate part of a single property; if there has been an illegal change in the point of diversion and if there has been abandonment of a water right.

6) Findings of fact and conclusions of law are due to be filed within 45 days after filing of trial transcript.

7) A list of witnesses who testified and exhibits admitted during the trial is attached to these minutes.

8) A list of attorneys and interested parties for Chama Section 5 is attached to these minutes; also attached are attendance sheets for each day of trial.

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE.