IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

03 FEB 18 PM 3: 14

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Tierra Amarilla,
Rio Brazos, Rutheron & Plaza
Blanca, Cañones Creek, Village of
Chama

## NEW MEXICO'S MOTION TO JOIN
## ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed in Exhibit A attached hereto are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2. The persons or entities listed in Exhibit A are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 7 of the Rio Chama

7054

Stream System.

DATED: February 17, 2003

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on February __18__, 2003.

*EGN*

Edward G. Newville

### RIO CHAMA SECTION 7
### DISTRIBUTION LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair

NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
430 West Manhattan, Suite 5
Santa Fe, NM 87501

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

2

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
200 West DeVargas
Suite 9
Santa Fe, NM 87501

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
405 Dr. Martin Luther King, Jr.
Albuquerque, NM 87102

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P.O. Box 2084
Santa Fe, NM 87504-2084

# EXHIBIT A

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Laguna Vista Townsite, Inc. | CHRB-009-0012 | c/o Gene Christiansen<br>HC-75 Box 1152, Los Ojos NM 87551 |
| Mary Alice Casados | CHRB-008-0004A | P.O. Box 128, Los Ojos NM 87551 |
| Russell Casados | CHRB-008-0004A | P.O. Box 128, Los Ojos NM 87551 |
| Justiniano A. Valdez | CHRB-003-0006 | P.O. Box 41, Tierra Amarilla NM 87575 |
| Eduardo T. Martinez | CHRB-006-0034A | P.O. Box 116, Los Ojos NM 87551 |
| Johnny C. Martinez | CHRB-006-0034B | P.O. Box 238, Chimayo NM 87522 |
| Gilbert Luna, Sr. | CHTA-003-0011<br>CHRB-005-0013 | 544 Carlane SW, ABQ NM 87101 |
| Hilario Luna | CHTA-003-0011<br>CHRB-005-0013 | c/o Denise Teach<br>16428 Martin Lane, Huntington Beach CA 92649 |
| Marcella Hansen | CHTA-003-0011<br>CHRB-005-0013 | 13148B La Joya Cir, La Mirada CA 90638 |
| Olivia Carmody | CHTA-003-0011<br>CHRB-005-0013 | 56254 Twenty Nine Palms SP120<br>Yucca Valley, CA 92284 |
| Mrs. Ether Bruno Estate | CHTA-003-0011<br>CHRB-005-0013 | c/o June Carpenter<br>850 Hillcrest, El Segundo CA 90245 |