IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rio Brazos, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| ATENCIO, MARGARITA V. | CHRB-003-0007 |
|  | CHRB-003-0007C |
| ATENCIO, SILVIANO | CHRB-003-0007C |
|  | CHRB-003-0007 |
| BUSTOS, PAULINE | CHRB-004-0004 |
| CASADOS, MARY ALICE | CHRB-008-0004B |
| GALLEGOS, ROSEANNE | CHRB-004-0004 |
| LAGUNA VISTA TOWNSITE INC., | CHRB-009-0012 |
| MARTINEZ, EDDIE | CHRB-004-0004 |
| MARTINEZ, GLORIA | CHRB-004-0004 |
| MARTINEZ, JOE E. | CHRB-007-0051 |
| MARTINEZ, POLLY | CHRB-007-0051 |
| MUNDY RANCH, INC.. | CHRB-002-0002 |
| VALDEZ, ABEL | CHRB-003-0007B |
|  | CHRB-003-0007 |



| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| VALDEZ, JUSTINIANO | CHRB-003-0006 |
| VALDEZ, PRESCILLA | CHRB-003-0007B |
| | CHRB-003-0007 |

Respectfully submitted

*En Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on 18 day of FEB., 2002 2003

*ELN*
Edward G. Newville

| | | |
|---|---|---|
| BRADLEY S. BRIDGEWATER, ESQ<br>USDOJ-ENRD<br>999 18TH ST. SUITE 945 N<br>DENVER, CO 80202 | DARCY S. BUSHNELL, ESQ.<br>ADJUDICATION STAFF ATTORNEY<br>USDC-DCNM<br>333 LOMAS BLVD NW, SUITE 270<br>ALBUQUERQUE, NM 87102-2272 | DANIEL CLEAVINGER, ESQ.<br>P.O. BOX 339<br>TIERRA AMARILLA, NM 87575 |
| TESSA T. DAVIDSON, ESQ.<br>4830 JUAN TABO NE, SUITE F<br>ALBUQUERQUE, NM 87111 | REBECCA DEMPSEY, ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87504-0787 | SPECIAL MASTER VICKIE L. GABIN<br>USDC-DCNM<br>P.O. BOX 2384<br>SANTA FE., NM 87504-2384 |
| PAULA GARCIA<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 1229<br>SANTA CRUZ, NM 87567 | DAVID W. GEHLERT, ESQ.<br>USDOJ-ENRD<br>999 18th STREET, SUITE 945 N<br>DENVER, CO 80202 | WILFRED GUTIERREZ, CHAIRMAN<br>NM ACEQUIA ASSOCIATION<br>P.O. BOX 190<br>VELARDE, NM 87582 |
| SUSAN G. JORDAN, ESQ.<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH<br>200 WEST DEVARGAS SUITE 9<br>SANTA FE, NM 87501 | PIERRE LEVY, ESQ.<br>DANIEL J. O'FRIEL, LTD.<br>P.O. BOX 2084<br>SANTA FE, NM 87504-2084 | KARLA McCALL<br>DATA MANAGER<br>1315 SAGEBRUSH DR., SW<br>LOS LUNAS, NM 87031 |
| JOHN F. JR McCARTHY<br>WHITE, KOCH,KELLY&McCARTHY<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87501 | BENJAMIN PHILLIPS, ESQ<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87504-0787 | MARCUS J. RAEL, ESQ<br>3208 VISTA MARAVILLOSA NW<br>ALBUQUERQUE, NM 87120 |

LESTER K. TAYLOR, ESQ.
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH, LLP
405 MARTIN LUTHER KING JR AVE NE
ALBUQUERQUE, NM 87102

JOHN UTTON, ESQ.
SHEEHAN, SHEEHAN & STELZNER
P. O. BOX 271
ALBUQUERQUE, NM 87103-0271