IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

03 FEB 18 PM 3: 14

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Cañones Creek, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Cañones Creek, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| BINKLEY, EDWARD L. III | CHCC-002-0002 |
| DIAMOND S RANCH, | CHCC-002-0003 |
| GALLEGOS, BENJAMIN A. JR. | CHCC-004-0004 |
| GALLEGOS, JOHN J. | CHCC-004-0004 |
| GALLEGOS, URSULA GERMAINE VICENTI | CHCC-004-0006 |
| GRIMES, CECILIA | CHCC-004-0011 |
| MARTINEZ & SUCCESSORS AS, GONZALO H. TRUSTEES | CHCC-003-0003 |
| MARTINEZ, EVANGELINE | CHCC-003-0005 |
| MARTINEZ, GONZALO H. | CHCC-003-0005 |
| MARTINEZ, IDA | CHCC-003-0007 |
| MARTINEZ, ROBERT | CHCC-003-0007 |
| MUNDY RANCH INC., | CHCC-004-0015 |
| RUTLEDGE, KYLE R. | CHCC-001-0010 |
| SANCHEZ FAMILY TRUST, | CHCC-004-0002 |
| SANCHEZ, CLEOFAS | CHCC-004-0003 |

7064

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| SANCHEZ, CLORINDA | CHCC-004-0008 |
| SANCHEZ, MEDARDO | CHCC-004-0008 |
| SANCHEZ, MIGUEL R. | CHCC-004-0003 |
| TRUJILLO, RITA | CHCC-004-0012 |
| WOOD, M. EDWINA | CHCC-001-0011 |
| WOOD, WARREN T. | CHCC-001-0011 |

Respectfully submitted

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on __18__ day of __February__, ~~2002~~ 2003

_____
Edward G. Newville

| | | |
|---|---|---|
| BRADLEY S. BRIDGEWATER, ESQ. USDOJ-ENRD 999 18TH ST. SUITE 945 N DENVER, CO 80202 | DARCY S. BUSHNELL, ESQ ADJUDICATION STAFF ATTORNEY USDC-DCNM 333 LOMAS BLVD. NW, SUITE 270 ALBUQUERQUE, NM 87102-2272 | DANIEL CLEAVINGER, ESQ P.O. BOX 339 TIERRA AMARILLA, NM 87575 |
| TESSA T. DAVIDSON, ESQ. 4830 JUAN TABO NE, SUITE F ALBUQUERQUE, NM 87111 | REBECCA DEMPSEY, ESQ. WHITE, KOCH, KELLY & McCARTHY P.O. BOX 787 433 PASEO DE PERALTA SANTA FE, NM 87504-0787 | SPECIAL MASTER VICKIE L. GABIN USDC-DCNM P.O. BOX 2384 SANTA FE, NM 87504-2384 |
| PAULA GARCIA NM ACEQUIA ASSOCIATION P.O. BOX 1229 SANTA CRUZ, NM 87567 | DAVID W. GEHLERT, ESQ. USDOJ-ENRD 999 18th STREET, SUITE 945 N DENVER, CO 80202 | WILFRED GUTIERREZ, CHAIRMAN NM ACEQUIA ASSOCIATION P.O. BOX 190 VELARDE, NM 87582 |
| SUSAN G. JORDAN, ESQ NORDHAUS, HALTOM, TAYLOR, TARADASH & BLADH 200 WEST DEVARGAS SUITE 9 SANTA FE, NM 87501 | PIERRE LEVY, ESQ. DANIEL J. O'FRIEL, LTD. P.O. BOX 2084 SANTA FE, NM 87504-2084 | KARLA MCCALL DATA MANAGER 1315 SAGEBRUSH DR., SW LOS LUNAS, NM 87031 |
| JOHN E. JR MCCARTHY WHITE, KOCH, KELLY & MCCARTHY 433 PASEO DE PERALTA SANTA FE, NM 87501 | BENJAMIN PHILLIPS, ESQ. WHITE, KOCH, KELLY & McCARTHY P.O. BOX 787 433 PASEO DE PERALTA SANTA FE, NM 87504-0787 | MARCUS J. RAEL, ESQ 3208 VISTA MARAVILLOSA NW ALBUQUERQUE, NM 87120 |

Page 3

LESTER K. TAYLOR, ESQ.
NORDHAUS, HAFTOM, TAYLOR,
TARADASH & BLADH, LLP
405 MARTIN LUTHER KING JR. AVE. NE
ALBUQUERQUE, NM 87102

JOHN UTTON, ESQ
SHEEHAN, SHEEHAN & STELZNER
P. O. BOX 271
ALBUQUERQUE, NM 87103-0271