IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer**<br><br>       Plaintiff,<br><br>    v.<br><br>**RAMON ARAGON,** *et al.***,**<br><br>       Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza<br>Blanca, Cañones Creek, Village of<br>Chama |

**ORDER GRANTING NEW MEXICO'S MOTION TO JOIN**
**ADDITIONAL PARTIES DEFENDANT**

THIS MATTER is before the Court on New Mexico's February 18, 2003 Motion to Join Additional Parties Defendant (Docket No. 7054).

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to this action.

| | | |
|---|---|---|
| Laguna Vista Townsite, Inc. | CHRB-009-0012 | c/o Gene Christiansen<br>HC-75 Box 1152, Los Ojos NM 87551 |
| Mary Alice Casados | CHRB-008-0004A | P.O. Box 128, Los Ojos NM 87551 |
| Russell Casados | CHRB-008-0004A | P.O. Box 128, Los Ojos NM 87551 |
| Justiniano A. Valdez | CHRB-003-0006 | P.O. Box 41, Tierra Amarilla NM 87575 |
| Eduardo T. Martinez | CHRB-006-0034A | P.O. Box 116, Los Ojos NM 87551 |
| Johnny C. Martinez | CHRB-006-0034B | P.O. Box 238, Chimayo NM 87522 |

| | | |
|---|---|---|
| Gilbert Luna, Sr. | CHTA-003-0011<br>CHRB-005-0013 | 544 Carlane SW, ABQ NM 87101 |
| Hilario Luna | CHTA-003-0011<br>CHRB-005-0013 | c/o Denise Teach<br>16428 Martin Lane, Huntington Beach CA 92649 |
| Marcella Hansen | CHTA-003-0011<br>CHRB-005-0013 | 13148B La Joya Cir, La Mirada CA 90638 |
| Olivia Carmody | CHTA-003-0011<br>CHRB-005-0013 | 56254 Twenty Nine Palms SP120<br>Yucca Valley, CA 92284 |
| Mrs. Ether Bruno Estate | CHTA-003-0011<br>CHRB-005-0013 | c/o June Carpenter<br>850 Hillcrest, El Segundo CA 90245 |

          /electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
VICKIE L. GABIN, SPECIAL MASTER