IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br>    Plaintiff, <br><br> -v- <br><br> RAMON ARAGON et al., <br>    Defendants. | 69cv07941-JEC-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Section 3: Rio Nutrias, Rio Cebolla <br> & Canjilon Creek <br> Subfile Nos. CHCJ-002-0044, <br> CHCJ-004-0030 |

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico *ex rel.* State Engineer s February 18, 2003 Motion to Join Additional Parties Defendant (Docket No. 7062).

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to this action.

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Victoria G. Lopez | CHCJ-004-0030 | Private Rd. 1326 Box 7 <br> Espanola, NM 87532 |
| Gilbert Leyba | CHCJ-002-0044 | RR 4 Box 69B <br> Santa Fe, NM 87501 |

              /electronic signature/
             JOHN EDWARDS CONWAY
           UNITED STATES DISTRICT JUDGE

Recommended for approval:

 /electronic signature/
SPECIAL MASTER VICKIE L. GABIN