IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON,** *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## ORDER CORRECTING DEFENDANTS' NAMES

This is before the Court upon State of New Mexico's February 18, 2003 Motion to Correct Defendant's Names (Docket No.7055). The Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be and hereby are corrected as follows:

| from | to | |
|---|---|---|
| Joe Valdez | Joe B. Valdez | CHRB-003-0007A |
| Roseanne Gallegos | Roseann Gallegos | CHRB-004-0004 |
| Anthony Vigil | Anthony L. Vigil | CHRB-007-0029 |
| Medardo Sanchez | Medardo Sanchez, Jr. | CHCC-004-0008 |

/electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/electronic signature/
VICKIE L. GABIN, SPECIAL MASTER