IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

03 FEB 26 PM 2: 36

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

Ramon Aragon, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

## MOTION TO CORRECT DITCH NAME

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his

attorneys, and moves the Court to issue its order correcting the name of the ditch identified below

located in the Canjilon subsection of Section 3 of the Rio Chama Stream System (point of diversion

location X: 1,614,444 feet; and Y: 2,010,229 feet) and to issue its order that any documents previously

filed in the above-styled and captioned cause are hereby corrected to read as follows:

    From   Pinavetal Ditch      to     Acequia el Pinabetal

    As grounds for this motion, the State sets forth that the commissioners and *parciantes* of Acequia

el Pinabetal have brought this error to the State's attention, and have requested this change.

    DATED February _26_, 2003

7069

Respectfully submitted,

LISA D. BROWN
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Correct Defendant's Name was mailed to the

following persons on February _26_, 2003.

LISA D. BROWN

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

2

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutierrez, Chair
N.M. Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
N.M. Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567