

FILED

03 FEB 27 PM 2:22

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Chama Mainstream Section |

## REPORT BY THE STATE OF NEW MEXICO
## AND THE RIO CHAMA WATER MASTER

Pursuant to the Stipulated Order filed January 7, 2003 (Docket No. 7004) the State of New Mexico, on the relation of the State Engineer, and the Rio Chama Water Master file this report on the replacement of the measurement station for the Acequia del Rio de Chama and other matters related the orders of the Court filed May 29, 2002 (No. 6714) and July 1, 2002 (No. 6771).

1.  Pursuant to the water diversion plan filed with the Court on June 28, 2002 (No. 6763) the Acequia del Rio de Chama was required to offset the depletion effect of its over diversion of water between April 4, 2002 and May 21, 2002, by closing its river diversion headgate for 24 hours periods until the over diversion was repaid. The Rio Chama Water Master reports that the Acequia del Rio de Chama accomplished the repayment of the over diversion amount (277 acre feet) by the end of the 2002 irrigation season as directed.

2.  On February 18, 2003, contractors hired by the State of New Mexico completed the reinstallation of the measurement station for the Acequia del Rio de Chama. The Rio Chama Water Master has inspected and approved the installation. The water master will install electronic

measurement equipment at the station prior to the beginning of the irrigation season on April 1, 2003.

*/s/ SM 'Buck' Wells*
Buck Wells, Rio Chama Water Master

*/s/ Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the forgoing report were mailed to the following persons on February __27__, 2003.

*/s/ EGN*
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Acequia del Rio de Chama
P.O. Box 687
Mendanales, NM 87548

Fred Vigil
P.O. Box 687
Mendanales, NM 87548

Carlos Salazar
P.O. Box 702
Mendanales, NM 87548

Gregorio Salazar
P.O. Box 747

Mendanales, NM 87548

Karla McCall, Data Manager,
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.

Simmons, Cuddy & Friedman LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
333 Broadway Blvd. SE
Albuquerque, NM 87102-3498

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P.O. Box 1149
Santa Fe, NM 87504

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM 87504

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Jr. Ave. N.E.
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P.O. Box 2084
Santa Fe, NM 87504-2084