FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

03 FEB 27 PM 3: 44

*[signature]*
CLERK-SANTA FE

STATE OF NEW MEXICO ex rel.
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, et. al.,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canones Creek, Section 7

### ENTRY OF APPEARANCE

Cassutt, Hays & Friedman, P.A. (John P. Hays, Esq.) hereby enters its appearance in this matter on behalf of Defendants VERNON RYAN and DIANA RYAN.

Respectfully submitted
CASSUTT, HAYS & FRIEDMAN, P.A.

By: _____
John P. Hays
530-B Harkle Road
Santa Fe, New Mexico 87505
(505) 989-1434

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was mailed by first class mail, postage prepaid, this 26th day of February, 2003 as follows:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, New Mexico 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., N.W., Ste. 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, New Mexico 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, New Mexico 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr. Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, New Mexico 87504-0787

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Ste. 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
500 Marquette, NW, Ste. 1050
Albuquerque, NM 87102

Tessa T. Davidson
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Ste. F
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, Ltd.
P.O. Box 2084
Santa Fe, New Mexico 87504-2084

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, New Mexico 87504-5102

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
200 W. DeVargas
Ste. 9
Santa Fe, New Mexico 87501

John P. Hays