# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,                                              69cv07941 JEC-ACE

    v.

ROMAN ARAGON, *et al.,*                                 <u>RIO CHAMA ADJUDICATION</u>

    Defendants.

## <u>NOTICE OF FILING OF TRANSCRIPT</u>

TO DISTRIBUTION:

All counsel of record and interested parties listed on the attached distribution list are hereby notified that the transcript of the Special Master's January 28, 2003 hearing on disputed subfiles for the Gallina claims in the Rio Chama adjudication was filed with the Clerk of the District Court on February 27, 2003.

                                                          /electronic signature/
                                         SPECIAL MASTER VICKIE L. GABIN

**DISTRIBUTION LIST**
**State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941 - JEC**
**Rio Chama Adjudication - Section 5: Rio Gallina**
**January 21, 2003**

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd. NW
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031
_____

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO  80202

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM  87529

Edward G. Newville, Esq.
Lisa D. Brown, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box  6390
Taos, NM 87571

Paula Garcia
NM Acequia Association
430 West Manhattan Street, Suite 5
Santa Fe, NM 87501

Wilfred Gutierrez, Chairman
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582