IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

03 MAR -3 PM 2:00

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio
Cebolla, Canjilon Creek

## PROOF OF PUBLICATION
## OF NOTICE OF PENDENCY OF SUIT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice of Pendency of Suit issued by the Clerk of this Court on 3 December 2002 for the purpose of service by publication on the following persons, if living, if deceased, their unknown heirs:

HEIRS OF GILBERTO MARTINEZ

Attached as Exhibit A is a 2 January 2003 Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

DATED: March 3, 2003

Respectfully submitted,

ED NEWVILLE

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

7072

(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Proof of Publication of Notice of Pendency of Suit were mailed to the following persons on March ____3____, 2003.

_____
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Las Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Wilfred Gutrierrez, Chair
NM Acequia Commission

P.O. Box 190
Velarde, NM 87582

Paula Garcia
New Mexico Acequia Association
430 West Manhattan, Suite 5
Santa Fe, NM 87501

## Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the Publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisons of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

## Publisher's Bill

__77__ lines one time at __33.89__

__77__ lines __ __ times at __81.30__

Affidavit __∅__

Subtotal __115.19__

Tax __7.63__

Total __122.82__

__4__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the __12__ day of __December__ and the last publication on the __2__ day of __January__ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_Robert Trapp_
Publisher

**Payment received at Rio Grande SUN**

Date_____

By_____

Subscribed and sworn to before me this __2__ day of __January__ A.D. __2003__

_Ruth S. Trapp_
Ruth S. Trapp/Notary Public
My commission expires 17 May 2005

EXHIBIT __A__

IN THE UNITED STATES
DISTRICT COURT
FOR THE STATE OF
NEW MEXICO

STATE OF NEW MEXICO,
ex rel.
State Engineer
Plaintiff,

69cv07941 JC-ACE

v.

RIO CHAMA STREAM
SYSTEM
Rio Cebolla, Section 3
RAMON ARAGON, et al.,
Defendants.

NOTICE OF
PENDENCY OF SUIT
UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF NEW MEXICO TO THE
FOLLOWING NAMED
OR DESIGNATED
DEFENDANTS:

The following named persons, if living, if deceased, their unknown heirs:

HEIRS OF GILBERTO MARTINEZ

GREETINGS:

Please take note that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the waters of the Rio Cebolla Section of the Rio Chama Stream System.

Unless you appear and defend in this matter on or before January 27, 2003, any right you may have to use the waters of the Rio Cebolla Section of the Rio Chama Stream System may be adjudicated by default judgment that conforms to the hydrographic survey filed herein on August 11, 2000, and amendments thereto.

The water rights that are the subject of the action are located in Rio Arriba County, New Mexico.

The name and address of the plaintiff's attorney is:
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(800) 928-3766
(505) 827-6150

WITNESS the hand and seal of the United States District Court for the District of New Mexico, this 3rd day of December, 2002.
ROBERT M. MARCH
DISTRICT COURT CLERK
BY:
JACQUELINE GONZALES
DEPUTY CLERK
(Published December 12, 19, 26, 2002, January 2, 2003)