IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-JEC-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | Section 3: Canjilon Creek |
| Defendants. | ) ) | |

ORDER CORRECTING DITCH NAME

This matter is before the Court upon the Motion to Correct Ditch Name filed on February 26, 2003 (Docket No. 7068), by the plaintiff, State of New Mexico, *ex rel.* State Engineer, for the correction of the name of the ditch identified below. The Court, being fully advised, finds the motion to correct the ditch name is well taken and should be granted.

IT IS ORDERED THEREFORE that the name of the ditch located in the Canjilon subsection of Section 3 of the Rio Chama Stream System (point of diversion location X: 1,614,444 feet; and Y: 2,010,229 feet) is hereby corrected, and any documents previously filed in the above-styled and captioned cause are hereby corrected to read as follows:

From:  Pinavetal Ditch        to:      Acequia el Pinabetal

/electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN