IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

03 MAR -6 PM 2: 55

STATE OF NEW MEXICO, *ex rel.*,
State Engineer,

    Plaintiff,

-vs-

RAMON ARAGON, *et al.*

    Defendant.

69CV07941 JEC-ACE
RIO CHAMA STREAM SYSTEM
Chama Mainstream Section

## NOTICE OF FIRM NAME CHANGE AND ADDRESS CHANGE

Notice is hereby given that service upon counsel for Mary Ellen Gonzales has changed as set forth below:

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, New Mexico 87502-5333
505-988-5600
Fax: 505-982-0185

THE SIMONS FIRM, LLP

By: /s/ Frank M. Bond
Frank M. Bond
Post Office Box 5333
Santa Fe, NM 87502-5600
(505) 988-5600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following 6th day of March, 2003:

Edward G. Newville
Office of the State Engineer
P. O. Box 25102
Santa Fe, NM 87504-5102

Special Master Vickie L. Gabin
USDC-DCNM
P. O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., NW - Box 270
Albuquerque, NM 87102-2272

Acequia del Rio de Chama
P. O. Box 687
Mendanales, NM 87548

Fred Vigil
P. O. Box 687
Mendanales, NM 87548

Carlos Salazar
P. O. Box 702
Mendanales, NM 87548

Gregorio Salazar
P. O. Box 747
Mendanales, NM 87548

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P. O. Box 1574
El Prado, NM 87529-1574

John W. Utton, Esq.
P. O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P. O. Box 6390
Taos, NM 87571

Annie Laurie Coogan, Esq.
1520 Paso de Peralta
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
P. O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Mary Ann Joca, Esq.
U.S. Forest Service
U.S. Department of Agriculture
333 Broadway Blvd., S.E.
Albuquerque, NM 87102-3498

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N.W.
Albuquerque, NM 87120

Steven Bunch, Esq.
N.M. State Hwy. & Trans.
P. O. Box 1149
Santa Fe, NM 87504

W: 2749\001\401-PLD Name Change 3-4-03_Aragon Case.doc

Peter B. Shoenfeld, Esq.
P. O. Box 2421
Santa Fe, NM 87504

Lucas O. Trujillo
P. O. Box 57
El Rito, NM 87530

Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312D
Ssanta Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P. O. Box 2068
Santa Fe, NM 87504

Wilfred Gutierrez, Chair
NM Acequia Commission
P. O. Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
P. O. Box 1229
Santa Cruz, NM 87567

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P.A.
P. O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Jr. Ave., N.E.
Albuquerque, NM 87102

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Marcus J. Rael, Esq.
3208 Vista Maravillosa, N.W.
Albuquerque, NM 87120

Daniel Clavinger, Esq.
P. O. Box 339
Tierra Amarilla, NM 87575

Pierre Levy, Esq.
Daniel J. O'Friel, LTD
P. O. Box 2084
Santa Fe, NM 87504-2084

W: 2749 00140\ PLD Name Change 3-4-03_Aragon Case.doc