IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

03 MAR -7 AM 9: 58

STATE OF NEW MEXICO on the )
relation of State Engineer, )
)
Plaintiff, )
) 69cv07941-JEC-ACE
-v- )
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
) Section 5, Rio Gallina
Defendants. )
)

## ORDER ACCEPTING WAIVERS OF CONFLICT OF INTEREST

THIS MATTER is before the Special Master on her motion and concerns the litigation of the disputed subfiles in Section 5, Rio Gallina. Mary E. Humphrey, Esq. is the attorney of record for the Gallina/Capulin Acequia Association. Before the subfile hearings in January and February, 2003, she entered her appearance on behalf of the individual defendants to represent them at trial. I required that the commissioners of the affected ditches execute waivers of conflict of interest for the record in this case.

These waivers have been executed, are accepted, and are attached hereto with the transmittal letter

_____
SPECIAL MASTER

7075

**Mary E. Humphrey**
**Attorney at Law**

P. O. Box 1574
El Prado, NM  87529

Tel. (505) 758-2203
Fax. 505) 758-5129

February 22, 2003

Special Master Vickie L. Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM  87504-2384

RE:   State of New Mexico *ex rel* State Engineer v. Aragon, *et. al.*, No. CV-7941 JC
         Rio Chama Stream System:  Section 5, Rio Gallina

Dear Special Master Gabin:

        In response to your letter of February 18, 2003, I have enclosed the following documents:

        1.        Minutes from 12/29/02 meeting of the Gallina/Capulin Acequia
Association.  The minutes reflect the Association's wiaver of conflict of interest
between the association and the individual parciantes involved in the disputed
subfile hearings.

        2.        Waiver of Conflict of Interest by the Placitas Ditch to allow
representation of Faye Davis.  Please note that Ms. Davis is a one of the
commissioners of the Placitas Ditch.  She did not vote concerning this waiver.

        3.        Waiver of Conflict of Interest by the Placitas Ditch to allow
representation of Jose Zebedeo Chacon.

        4.        Waiver of Conflict of Interest by the Maestas-Sanchez Ditch to
allow representation of Abram Cordova.  Please note that Abram Cordova is one
of the commissioners, and that he did not sign the waiver.

        5.        Waiver of Conflict of Interest by the Maestas-Sanchez Ditch to
allow representation of Faye Davis.  Please note that Ms. Davis is one of the
commissioners and that she did not sign the waiver.

        6.        Waiver of Conflict of Interest by the Cordova-Martinez Ditch to
allow representation of Juan C. & Patsy Chavez and Jose & Piedad Chavez.
Please note that the Cordova-Martinez Ditch does not have an elected three
person commission at this time.  The waiver was signed by six of the eleven
shareholders in the ditch.  Mr. Juan Chavez did not sign the waiver.

February 22, 2003
Special Master Vickie L. Gabin, page 2


These waivers are in addition to the Waivers of Conflict of Interest that the nine individual acequias signed when I entered an appearance on their behalf in February 2000. Those initial waivers waived possible conflicts between the individual acequias, should any arise, in the overall context of the adjudication.   I will be ready to discuss these and other issues concerning my representation during the priority and duty phase the next time we meet.

Please contact me if you have any questions.  Thank you.

Sincerely,

Mary E. Humphrey


xc:     Ed Newville
        Gallina-Capulin Acequia Association

GALLINA/CAPULIN ACEQUIA ASSOCIATION
MEETING MINUTES
DECEMBER 29, 2002

Meeting called to order at 2:15pm by Jeff Vigil, President

Roll call done by Juan Chavez. Board members present were Jeff Vigil, Frank Chacon, Abe Cordova, Dennis Suazo and Juan Chavez. Board members absent were Joe Chacon, Cosme S. Chacon, Vivian Suazo and Steve Velasquez. Juan Chavez stated we have a quorum and meeting continued.

Meeting continued with discussion on adjudication progress, process. Mary Humphrey attorney for Association informed association that there are five subfiles going to hearing beginning in January 2003. Mary Humphrey also reported the board that there will be a Pre-hearing conference at the Gallina High School Board Room on January 03, 2003 at 10:00am. Everyone was encouraged to attend.

Motion made by Frank Chacon to waive any conflict of interest and authorize Mary Humphrey, Attorney for Association, to enter an appearance and represent individual parciantes in disputed subfile proceedings, on condition that individual acequias waive any conflict of interest, second by Abe Cordova, all in favor, motion passed.

Association is currently working on closing 2001/2002 grant from NMDA. Discussion followed on contracts for the 2002/2003 grant. Motion made by Frank Chacon to enter into a new contract with Mary Humphrey from 2002/2003 funding appropriation, second by Dennis Suazo, all in favor, motion passed.

Motion made by Frank Chacon that we raise mileage allowance as per State Guidelines - from $.25 to $.36 per mile, second by Abe Cordova, all in favor, motion passed.

Motion made by Juan Chavez to adjourn at 3:30 p.m., second by Frank Chacon, all in favor, motion passed.


President                                        Secretary

## WAIVER OF CONFLICT OF INTEREST

This Acequia, the Placitas Ditch, is a member of the Gallina-Capulin Acequia Association. The Association and this acequia have retained Mary E. Humphrey as its attorney in the lawsuit, State of New Mexico ex rel. Reynolds v. Aragon, et al, U.S. District Court No. CV-7941 JC, Section 5 adjudicating the water rights in the Rio Gallina basin of the Rio Chama Basin. One phase of the adjudication suit is the adjudication of water rights specific to individual tracts of land that receive water from the Rio Gallina. The Placitas Ditch recognizes water rights for certain individual tracts that are being disputed by the Office of the State Engineer. Because of the nature of the dispute in question regarding the water rights appurtenant to lands owned by Faye Davis, identified as Sub-file Nos. 3-003A, 3-003B, 3-003C, 3-003D, 3-004A, 3-004B and 3-005 has far reaching implications, the acequia does not object to its attorney's representation of the individual subfile owner, Faye Davis, in proceedings concerning the disputed subfiles. The acequia, through its authorized representatives, agrees to this waiver of conflict of interest to allow its attorney to represent the individual subfile owner in proceedings conducted by the United States District Court.

Commissioners or authorized representatives of the Placitas Ditch:

| Eddie Garcia | _Eddie Garcia_ (signature) | 1-2-03 |
| Name | Signature | Date |

| Faye Davis — did not vote | | |
| Name | Signature | Date |

| Jose L. Chacon | _Jose L. Chacon_ (signature) | 1-2-03 |
| Name | Signature | Date |

## WAIVER OF CONFLICT OF INTEREST

This Acequia, the Placitas Ditch, is a member of the Gallina-Capulin Acequia Association. The Association and this acequia have retained Mary E. Humphrey as its attorney in the lawsuit, State of New Mexico ex rel. Reynolds v. Aragon, et al. U.S. District Court No. CV-7941 JC, Section 5 adjudicating the water rights in the Rio Gallina basin of the Rio Chama Basin. One phase of the adjudication suit is the adjudication of water rights specific to individual tracts of land that receive water from the Rio Gallina. The Placitas Ditch recognizes water rights for certain individual tracts that are being disputed by the Office of the State Engineer. Because of the nature of the dispute in question regarding the water rights appurtenant to lands owned by Jose Z. Chacon, identified as Sub-file Nos. 3-0019 has far reaching implications, the acequia does not object to its attorney's representation of the individual subfile owner, Jose Z. Chacon, in proceedings concerning the disputed subfiles. The acequia, through its authorized representatives, agrees to this waiver of conflict of interest to allow its attorney to represent the individual subfile owner in proceedings conducted by the United States District Court.

Commissioners or authorized representatives of the Placitas Ditch:

Faye Davis / Sage Davis / 12/31/02
Name / Signature / Date

Eddie Gracia / Eddie Gracia / 1-2-03
Name / Signature / Date

Jose L. Chacon / Jose L. Chacon / 1-2-03
Name / Signature / Date

## WAIVER OF CONFLICT OF INTEREST

This Acequia, the Maestas-Sanchez Ditch, is a member of the Gallina-Capulin Acequia Association. The Association and this acequia have retained Mary E. Humphrey as its attorney in the lawsuit, State of New Mexico ex rel. Reynolds v. Aragon, et al. U.S. District Court No. CV-7941 JC, Section 5 adjudicating the water rights in the Rio Gallina-Rio Capulin basin of the Rio Chama Basin. One phase of the adjudication suit is the adjudication of water rights specific to individual tracts of land that receive water from the Rio Capulin. The Maestas-Sanchez Ditch recognizes water rights for certain individual tracts that are being disputed by the Office of the State Engineer. Because of the nature of the dispute in question regarding the water rights appurtenant to lands owned by Abram Cordova, identified as Sub-file Nos. 4-004 has far reaching implications, the acequia does not object to its attorney's representation of the individual subfile owner in proceedings concerning the disputed subfiles. The acequia, through its authorized representatives, agrees to this waiver of conflict of interest to allow its attorney to represent the individual subfile owner in proceedings conducted by the United States District Court.

Commissioners or authorized representatives of the Maestas-Sanchez Ditch:

| | | |
|---|---|---|
| Jeff C Vigil | | 12/31/02 |
| Name | Signature | Date |
| Faye Davis | | 12/9/02 |
| Name | Signature | Date |
| | | |
| Name | Signature | Date |

## WAIVER OF CONFLICT OF INTEREST

This Acequia, the Maestas-Sanchez Ditch, is a member of the Gallina-Capulin Acequia Association. The Association and this acequia have retained Mary E. Humphrey as its attorney in the lawsuit, State of New Mexico ex rel. Reynolds v. Aragon, et al. U.S. District Court No. CV-7941 JC, Section 5 adjudicating the water rights in the Rio Gallina-Rio Capulin basin of the Rio Chama Basin. One phase of the adjudication suit is the adjudication of water rights specific to individual tracts of land that receive water from the Rio Capulin. The Maestas-Sanchez Ditch recognizes water rights for certain individual tracts that are being disputed by the Office of the State Engineer. Because of the nature of the dispute in question regarding the water rights appurtenant to lands owned by Faye Davis, identified as Sub-file Nos. 4-003 has far reaching implications, the acequia does not object to its attorney's representation of the individual subfile owner in proceedings concerning the disputed subfiles. The acequia, through its authorized representatives, agrees to this waiver of conflict of interest to allow its attorney to represent the individual subfile owner in proceedings conducted by the United States District Court.

Commissioners or authorized representatives of the Maestas-Sanchez Ditch:

| | | |
|---|---|---|
| JEFF C VIGIL | | 12/31/02 |
| Name | Signature | Date |
| | | 12/31/02 |
| Name | Signature | Date |
| | | |
| Name | Signature | Date |

## WAIVER OF CONFLICT OF INTEREST

This Acequia, the Cordova-Martinez Ditch, is a member of the Gallina-Capulin Acequia Association. The Association and this acequia have retained Mary E. Humphrey as its attorney in the lawsuit, State of New Mexico ex rel. Reynolds v. Aragon, et al, U .S. District Court No. CV-7941 JC. Section 5 adjudicating the water rights in the Rio Capulin-Rio Gallina basin of the Rio Chama Basin.   One phase of the adjudication suit is the adjudication of water rights specific to individual tracts of land that receive water from the Rio Capulin.   The Cordova-Martinez Ditch recognizes water rights for certain individual tracts that are being disputed by the Office of the State Engineer.   Because of the nature of the dispute in question regarding the water rights appurtenant to lands owned by Juan C. & Patsy Chavez and Jose & Piedad Chavez, identified as Sub-file Nos. 3-007 has far reaching implications, the acequia does not object to its attorney's representation of the individual subfile owners in proceedings concerning the disputed subfiles. The acequia, through its authorized representatives, agrees to this waiver of conflict of interest to allow its attorney to represent the individual subfile owner in proceedings conducted by the United States District Court.

Commissioners or authorized representatives of the Cordova-Martinez Ditch:

| Name | Signature | Date |
|------|-----------|------|
| Gabriel Maestas Jr | Gabriel Maestas Jr | 1-2/03 |
| Steve Velasquez | | 1-2-03 |
| Antonio Secearo | | 1-2-03  — DOS DERECHOS |
| ABRAM CORDOVA | Abram Cordova | 2-2-03 |
| David Chavez | David Chavez | 01-03-03 |
| ROGELIO CORRALES | Angela Comey | 1/3/03 -DOS DERECHOS |
| | | |
| | | |