# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

03 MAR 14 PM 1:04

[signature]

69cv07941-JEC-ACE

STATE OF NEW MEXICO ex rel.
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, et al.,

    Defendants.

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW  **Jacob L Trujillo**  (please print your full name)
JACOB TRUJILLO

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHCJ-005-0006 | ☑ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
CHCJ-005-0006 _____ because
I disagree that the lands have not been irrigated from prior to 1907.

7086

I believe these are valid water rights. I would like to have an opportunity to meet with the State Engineer Staff during a field session this irrigation season (Attorney Present) I have evidence that there was water rights on this land in 1898 - I will provide witnesses that will testify that the property was water. My attorney would like to examine aerial photographs from 1935, 1958, 1966, 1975, 1981 & 1995.

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by Meeting with Lisa Brown and hydrographic staff on March 11, 2003, and I want to make an additional appointment to meet with them during the upcoming field sessions with my attorney present again. Document (Patent 2469), recorded in 1900 was provided indicating that there was water rights prior to 1907

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because
N/A

(Attach additional pages if necessary)

Answer to Complaint          2          JACOB TRUJILLO

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: *March 11, 2003*

*Jacob J Trujillo*
(Signature - JACOB TRUJILLO)

*P.O. Box 566*
*Clearfield, UTAH 84089*

(Address: Print Clearly)

*801 775-0825*
(Phone Number: Print Clearly)

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico within 20 days after being served with the summons and complaint, or if service of the summons has been timely waived on request under rule 4(d), within 60 days after the date when the request for waiver was sent, or within 90 days after that date if the defendant was addressed outside any judicial district of the Undited States. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.

Answer to Complaint	3	JACOB TRUJILLO



### LEGEND

- ▭ Irrigated Tract Boundary
- ● Point of Diversion
- ▭ No Right Tract Boundary
- Ⓕ Fallow
- ▭ Seeped Area
- Ⓝᴿ No Right
- ▶— Operable Ditch
- — — Inoperable Ditch
- —— Stock Ponds / Reservoir

1 inch = 300 feet
0  75  150   300 Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
**CANJILON CREEK SECTION**

Subfile Number
CHCJ-005-0006
Ditch ( None)
November 21, 2002

