IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

03 MAR 14 PM 1:04

[signature]
CLERK-SANTA FE

STATE OF NEW MEXICO ex rel.
State Engineer,

    Plaintiff,
v.

RAMON ARAGON, et al.,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW __Jacob L. Trujillo__ (please print your full name)
JACOB TRUJILLO

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHCJ-002-0056 | ☑ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
__CHCJ-002-0056_____because
__I disagree that the land have not been__
__irrigated from prior to 1907__

7087

I would like to have an opportunity to meet again with the State Engineer Staff during a field session this irrigation season with my attorney present.

I believe that my valid water rights I will provide witnesses that the property (CHCJ002-0056) was using water from the Bodo Ditch.

My attorney will like to examine aerial photographs from 1935, 1958, 1966, 1975, 1981 and 1995.

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by Meeting with Lisa Brown (Attorney) and hydrographic staff on March 11, 2003. Court documents was provided because of the ownership of this property (lawsuit). I want to make an additional appointment to meet the hydrographic staff again during the upcoming sessions.

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because

N/A

(Attach additional pages if necessary)

Answer to Complaint                    2                    JACOB TRUJILLO

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: *March 14, 2003*

*Jacob J. Trujillo*
(Signature - JACOB TRUJILLO)

*P.O. Box 566*
*CLEARFIELD, UTAH 84089*

(Address: Print Clearly)

*801-775-0925*
(Phone Number: Print Clearly)

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico within 20 days after being served with the summons and complaint, or if service of the summons has been timely waived on request under rule 4(d), within 60 days after the date when the request for waiver was sent, or within 90 days after that date if the defendant was addressed outside any judicial district of the Undited States. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, NM 87504-5102.



LEGEND
- ☐ Irrigated Tract Boundary
- ● Point of Diversion
- ▒ No Right Tract Boundary
- Ⓕ Fallow
- ▓ Seeped Area
- Ⓝℝ No Right
- ▶— Operable Ditch
- --- Inoperable Ditch
- — Stock Ponds / Reservoir

1 inch = 200 feet
0  50  100  200 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-002-0056
Bordo Ditch
November 21, 2002

