IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

03 MAR 17 PM 3: 23

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC/ACE

RIO CHAMA STREAM SYSTEM
Section 7: Tierra Amarilla, Rio
Brazos, Rutheron & Plaza Blanca,
Canones Creek, Village of Chama

Subfile No(s):
CHTA-003-0006
CHTA-004-0019
CHRB-007-0016
CHRU-001-0014
CHRU-002-0003
CHCC-001-0010
CHCC-002-0002
CHCC-002-0003

### CERTIFICATE OF MAILING

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 17th day of March, 2003:

Subfile No. CHTA-003-0006
Docket No. 7083
Salmon A. Luna
P.O. Box 85
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0019
Docket No. 7082
Shaun & Kelly Ward
826 Fairway Road N.E.
Albuquerque, NM 87107

Subfile No. CHRB-007-0016
Docket No. 7081
Henry A & Willa S. Palm
1732 Pine Valley St.
Las Cruces, NM 88011

Subfile No. CHRU-001-0014
Docket No. 7080
William Horn
HC 75 Box 1007
Ruhteron, NM 87551

1


7089

Subfile No. CHRU-002-0003
Docket No. 7079
William Horn & Associates
HC 75 Box 1007
Rutheron, NM 87551

Subfile No. CHCC-001-0010
Docket No. 7078
Kyle R. Rutledge
11000 Spain Road N.E.
Albuquerque, NM 87111

Subfile No. CHCC-002-0002
Docket No. 7077
Edward L. Binkley III
P.O. Box 70
Chama, NM 87520

Subfile No. CHCC-002-0003
Docket No. 7076
Diamond S. Ranch
P.O. Box 70
Chama, NM 87520

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone, Waters Project Manager
Office of the State Engineer
121 Tijeras, NE Suite 2000
Albuquerque, NM 87102

A copy of this Certificate of Mailing was mailed to the following persons on this 17th day of March, 2003:

Special Master, Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., NW – Ste. 270
Albuquerque, NM 87102-2272

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

2

Marcus J. Rael Jr., Esq.
French & Associates, PC
500 Marquette Ave. N.W.
Albuquerque, NM 87120

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Ave. N.E.
Albuquerque, NM 87103-0271

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

Rick DeSimone, Waters Project Manager
Office of the State Engineer
121 Tijeras, NE Suite
Albuquerque, NM 87102

_____
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150