# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer,** *et al.,*

    **Plaintiffs,**                                      **69cv07941 JEC-ACE**

    v.

**ROMAN ARAGON,** *et al.,*              **RIO CHAMA ADJUDICATION**

    **Defendants.**

### NOTICE OF FILING OF
### SPECIAL MASTER'S STATUS REPORT

All counsel of record and interested parties listed on the attached distribution list are hereby notified that the Special Master's status report for July 2002 through December 2002 was filed with the Clerk of the District Court on March , 2003.

                                                                     Darcy S. Bushnell,
                                                                 Water Rights Staff Attorney