IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer <br><br> Plaintiff, <br><br> v. <br><br> RAMON ARAGON, *et al.*, <br><br> Defendants. | 69cv07941 JEC-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Rio Gallina, Section 5 |

### SCHEDULING ORDER FOR PROPOSED FINDINGS AND CONCLUSIONS

This Order is entered pursuant to the January 21, 2003, Pretrial Order entered in the matter of the Gallina disputed subfiles hearings (Docket No. 7023). The Pretrial Order provides in pertinent part, "Following the completion of all hearings, the parties shall submit proposed findings of fact and conclusions of law no later than 45 days after transcripts of all hearings have been filed with the district court."

The transcripts of all hearings were filed March 18, 2003. Accordingly, proposed findings of fact and conclusions of law shall be filed no later than May 2, 2003.

IT IS SO ORDERED.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN