IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

03 APR -9 AM 11:34

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC+ACE

RIO CHAMA STREAM SYSTEM
Section 7: Cañones Creek

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's January 10, 2003 Motion to Join Additional Parties Defendant (Docket No. 7013) *including Clo+tkle Abeyta et al.*

Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed on Exhibit A, attached, are joined as parties defendant to this action.

JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN

7095

## Attachment A

| | |
|---|---|
| ABEYTA, CLEOTILDE | P.O. BOX 102 LOS OJOS, NM 87551 |
| ABEYTA, ELVIRIA | P.O. BOX 102 LOS OJOS, NM 87551 |
| ABEYTA, ELVIRIA S. | P.O. BOX 102 LOS OJOS, NM 87551 |
| ABEYTA, JOSE M. | P.O. BOX 102 LOS OJOS, NM 87551 |
| ATROIKA INC., A NM CORPORATION, | 3801 WESTERFELD DRIVE NE ALBUQUERQUE, NM 87111 |
| BAXSTROM, JACQUELYN | P.O. BOX 768 CHAMA, NM 87520 |
| BINKLEY TRUST, JEB MCNEIL | 23007 BROTHER LUKE PLACE SANTA FE, NM 87505 |
| BINKLEY TRUST, MARGARET BURT | 23007 BROTHER LUKE PLACE SANTA FE, NM 87505 |
| BINKLEY TRUST, SARGENT MAC GREGOR | 23007 BROTHER LUKE PLACE SANTA FE, NM 87505 |
| BINKLEY, EDWARD L. III | P.O. BOX 70 CHAMA, NM 87520 |
| BLACKMER, FRANK S. | P.O. BOX 332 FRUITLAND, NM 87416 |
| BURNSIDE, DIANE O. | P.O. BOX 161 CHAMA, NM 87520 |
| BURNSIDE, DUANE C. | P.O. BOX 161 CHAMA, NM 87520 |
| CAUDILL, E. TRUMAN | 6303 DRISCOLL NE ALBUQUERQUE, NM 87109 |
| CAUDILL, JANE | 6303 DRISCOLL NE ALBUQUERQUE, NM 87109 |
| CLEMENS, CATHERINE | 1290 LEJANO LANE SANTA FE, NM 87501 |
| CLEMENS, JESS | 1290 LEJANO LANE SANTA FE, NM 87501 |
| DIAMOND S RANCH, | P.O. BOX 70 CHAMA, NM 87520 |
| DUNCAN FAMILY LTD. PARTNERSHIP, | 506 GALISTEO STREET SANTA FE, NM 87501 |
| E.M.N.R.D FORESTRY DIV., N.M. FOREST CONSERVATION | HC 75 BOX 81 CHAMA, NM 87520 |
| EL BARRANCO LLC, | P.O. BOX 1776 SANTA FE, NM 87501 |
| EZELL, CHARLES E. | P.O. BOX 485 CHAMA, NM 87520 |
| EZELL, DOROTHY W. | P.O. BOX 485 CHAMA, NM 87520 |
| EZELL, JUNE L. | P.O. BOX 485 CHAMA, NM 87520 |
| EZELL, MAURICE A. | P.O. BOX 485 CHAMA, NM 87520 |
| GALLEGOS, BENJAMIN A. JR. | 15241 CR 500 PAGOSA SPRINGS, CO 81147 |
| GALLEGOS, FRANK A. | P.O. BOX 97 LOS OJOS, NM 87551 |
| GALLEGOS, JOHN J. | 15241 CR 500 PAGOSA SPRINGS, CO 81147 |
| GALLEGOS, MARY | P.O. BOX 97 LOS OJOS, NM 87551 |
| GALLEGOS, URSULA GERMAINE VICENTI | P.O. BOX 131 LOS OJOS, NM 87551 |
| GARCIA, ANTONIO | P.O. BOX 87 LOS OJOS, NM 87551 |
| GARCIA, CHRISTINE H. | 20 COTTONWOOD LANE LOS LUNAS, NM 87031 |
| GARCIA, DAVE S. | 20 COTTONWOOD LANE LOS LUNAS, NM 87031 |
| GARDENHIRE, LEANNE M. | 711 JUNIPER SANTA FE, NM 87501 |
| GARDENHIRE, RALEIGH K. | 711 JUNIPER SANTA FE, NM 87501 |
| GARDENHIRE, RALEIGH KENT | 141 VALLEY ESTATES DRIVE ESPAÑOLA, NM 87532 |
| GARDENHIRE, ROBERT DEAN | 141 VALLEY ESTATES DRIVE ESPAÑOLA, NM 87532 |
| GONZALES, DONALD A. | P.O. BOX 5353 SANTA FE, NM 87505 |

## Attachment A

| | |
|---|---|
| GONZALES, MARY E. | P.O. BOX 5353 SANTA FE, NM 87505 |
| GONZALES, MARY ELLEN BURNS | 2806 CALLE CAMPEON SANTA FE, NM 87505 |
| GRIMES, CECILIA | P.O. BOX 129 LOS OJOS, NM 87551 |
| GURULE, GENE H. | P.O. BOX 21 IGNACIO, CO 81137 |
| GURULE, JUAN F. | P.O. BOX 21 IGNACIO, CO 81137 |
| KARAM LIVING TRUST, | 1895 GEORGETOWN ROAD POTTSBURO, TX 75076 |
| KARAM, FRANCIS | 1895 GEORGETOWN ROAD POTTSBURO, TX 75076 |
| KARAM, MARY | 1895 GEORGETOWN ROAD POTTSBURO, TX 75076 |
| KINSLOW-HERBERT LIVING TRUST, | 208 HARVARD LANE SEAL BEACH, CA 90740 |
| MARTINEZ & SUCCESSORS AS, GONZALO H. TRUSTEES | 4504 STOCKBRIDGE NW ALBUQUERQUE, NM 87120 |
| MARTINEZ, ANTONIO L. | 1632 VIA SARITA SAN LORENZO, CA 94580 |
| MARTINEZ, D.L. | 4920 NOREEN CT. NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, EARL JAMES | 1317 ARCADIAN TRAIL NW ALBUQUERQUE, NM 87107 |
| MARTINEZ, ELEUTERIO JR. | 5505 DRAYTON NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, EVANGELINE | 4504 STOCKBRIDGE AVE. NW ALBUQUERQUE, NM 87120 |
| MARTINEZ, GONZALO H. | 4504 STOCKBRIDGE AVE. NW ALBUQUERQUE, NM 87120 |
| MARTINEZ, IDA | P.O. BOX 12 LOS OJOS, NM 87551 |
| MARTINEZ, JOSE ANTONIO | P.O. BOX 45 LOS OJOS, NM 87551 |
| MARTINEZ, JOSE ONESIMO JR. | 152 HELM AVE SALT LAKE CITY, UT 84115 |
| MARTINEZ, JOSE ORLANDO | P.O. BOX 111 LOS OJOS, NM 87551 |
| MARTINEZ, L.M. | 4920 NOREEN CT. NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, LUCILLE E. | 1632 VIA SARITA SAN LORENZO, CA 94580 |
| MARTINEZ, M.A. | 4920 NOREEN CT. NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, M.J. | 4920 NOREEN CT. NE ALBUQUERQUE, NM 87111 |
| MARTINEZ, MARGARITA T. | 2818 PAJARITO ROAD SW ALBUQUERQUE, NM 87105 |
| MARTINEZ, PATRICK D. | P.O. BOX 404 QUESTA, NM 87556 |
| MARTINEZ, PAUL | P.O. BOX 111 LOS OJOS, NM 87551 |
| MARTINEZ, ROBERT | P.O. BOX 12 LOS OJOS, NM 87551 |
| MARTINEZ, ROSE L. | P.O. BOX 404 QUESTA, NM 87556 |
| MARTINEZ, TED D. | 5192 POSTON DRIVE SAN JOSE, CA 95136 |
| MARTINEZ, TERRY L. | 5192 POSTON DRIVE SAN JOSE, CA 95136 |
| MESTAS, GENEVIEVE | P.O. BOX 21 IGNACIO, CO 81137 |
| MOODY, LOUISE M. | P.O. BOX 680 CHAMA, NM 87520 |
| MORROW, JOHN | 276 CHULA VISTA STREET SANTA FE, NM 87501 |
| MUNDY RANCH INC., | HC 75 BOX 81 CHAMA, NM 87520 |
| NUNEZ, CLORINDA L. | 346 GARCIA NE ALBUQUERQUE, NM 87123 |
| NUNEZ, RAMON R. | 346 GARCIA NE ALBUQUERQUE, NM 87123 |
| RENKEN, JAMES H. | 1290 LEJANO LANE SANTA FE, NM 87501 |

## Attachment A

| | |
|---|---|
| RENKEN, PATRICIA | 1290 LEJANO LANE SANTA FE, NM 87501 |
| RIVERA, VEVA | P.O. BOX 100 LOS OJOS, NM 87551 |
| RUTLEDGE, KYLE R. | 1000 A SPAIN RD. NE ALBUQUERQUE, NM 87111 |
| RYAN, DIANA | 1829 CRISTOVAL SAN ANGELO, TX 76903 |
| RYAN, VERNON | 1829 CRISTOVAL SAN ANGELO, TX 76903 |
| SANCHEZ FAMILY TRUST, | P.O. BOX 131 LOS OJOS, NM 87551 |
| SANCHEZ, CLEOFAS | P.O. BOX 131 LOS OJOS, NM 87551 |
| SANCHEZ, CLORINDA | P.O. BOX 21 PARKVIEW, NM 87551 |
| SANCHEZ, MEDARDO | P.O. BOX 21 PARKVIEW, NM 87551 |
| SANCHEZ, MIGUEL R. | P.O. BOX 131 LOS OJOS, NM 87551 |
| SANDERS, CHARLES R. | HC 75 BOX 83 CHAMA, NM 87520 |
| SANDERS, DARLENE | HC 75 BOX 83 CHAMA, NM 87520 |
| SMITH, ARTA C. | P.O. BOX 485 CHAMA, NM 87520 |
| SMITH, LEO L. | P.O. BOX 485 CHAMA, NM 87520 |
| TERRELL, PATTY S. | 6 MORNING CIRCLE SANTA FE, NM 87506 |
| TREGALLAS, JACKSON | RT. 1 HC 75 BOX 61 CHAMA, NM 87520 |
| TRUJILLO, RITA | P.O. BOX 73 LOS OJOS, NM 87551 |
| VALDEZ, MANUEL | P.O. BOX 87 LOS OJOS, NM 87551 |
| WEAVER, JOHNNA | 141 VALLEY ESTATES DRIVE ESPAÑOLA, NM 87532 |
| WHITEMAN, ANN M. | P.O. BOX 336 GALLUP, NM 87301 |
| WHITEMAN, RUFUS | P.O. BOX 336 GALLUP, NM 87301 |
| WINGO, SHERRY D. | HC 75 BOX 86 CHAMA, NM 87520 |
| WINGO, TURNER A. | HC 75 BOX 86 CHAMA, NM 87520 |
| WOOD, M. EDWINA | 119 SUNFLOWER DRIVE SANTA FE, NM 87501 |
| WOOD, WARREN T. | 119 SUNFLOWER DRIVE SANTA FE, NM 87501 |