IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

03 APR -9 AM 11: 33

69cv07941 JEC-ACE

STATE OF NEW MEXICO ex rel.
State Engineer,

Plaintiff,

v.

ROMAN ARAGON, et al.,

Defendants.

RIO CHAMA STREAM SYSTEM
Rio Cebolla, Section 3

Subfile No.: CHCB-004-0001

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

**DAVID E. ARCHULETA**
**LYDIA U. ARCHULETA**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the element of the claims of the Defendant(s) adjudicated by this order.

RECEIVED

MAR 2 4 2003

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

7107

4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, are set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 01133 - 01167

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** FELIPE ARCHULETA DITCH
   **Location X:** 1,567,980 feet **Y:** 2,011,868 feet
   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Township 27N, Range 04E, Section 34, N.M.P.M.
| | | |
|---|---|---|
| Pt. SW¼ | | 12.0 |
| Pt. SE¼ | | 8.9 |
| | Total | 20.9 acres |

As shown on the 2000 Hydrographic Survey Map CHCB-4.

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 01133, 01167

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch Name:** NICOMEDES TRUJILLO DITCH
   **Location X:** 1,564,448 feet **Y:** 2,010,550 feet
   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Irrigated Acreage:**

Township 27N, Range 04E, Section 33, N.M.P.M.
| | |
|---|---|
| Pt. SW¼ | 0.8 |
| Pt. SE¼ | 19.1 |

Consent Order      2      Subfile No.: CHCB-004-0001

                Total  19.9 acres

  As shown on the 2000 Hydrographic Survey Map CHCB- 4.

  **Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

C. **NO RIGHT (Surface Water Only):**

  **Office of the State Engineer Files No(s)** NONE

  **Priority:** NONE

  **Source of Water:** Surface waters of the Rio Cebolla, a tributary of the Rio Chama.

  **Purpose of Use:** NO RIGHT

  **Point of Diversion:**

    **Ditch Name:** NICOMEDES TRUJILLO DITCH

    **Location X:** 1,564,448 feet **Y:** 2,010,550 feet

    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

  **Location and Amount of Irrigated Acreage:**

    Township 27N, Range 04E, Section 33, N.M.P.M.

    Pt. SE¼               1.1

                 Total  1.1 acres

  As shown on the 2000 Hydrographic Survey Map CHCB- 4.

  **Amount of Water:** NONE

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L Gabin_
SPECIAL MASTER

ACCEPTED: _____   ACCEPTED: _____
            LYDIA U. ARCHULETA                    DAVID E. ARCHULETA

ADDRESS: PO Box 217              ADDRESS: PO Box 217
         Cebolla NM                       Cebolla NM
         87518                            87518
DATE:    3.24.03                 DATE:    3.24.03

Consent Order                    4                    Subfile No.: CHCB-004-0001

_____
EDWARD G. NEWVILLE
Special Assitant Attorney General

  3.24.03
—————
Date