**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO, ex rel.,
State Engineer,

        Plaintiff,                          No. 69cv07941-JEC-ACE

        v.

RAMON ARAGON, et al.,               RIO CHAMA ADJUDICATION
        Defendants.

## ADMINISTRATIVE ORDER

The Court finds that additional funds are required to cover fees, expenses, costs, and New Mexico gross receipts taxes incurred in connection with the above captioned water rights adjudication was entered.

IT IS THEREFORE ORDERED THAT:

The United States of America and the State of New Mexico shall each advance funds for deposit in the account established by the Court as follows:

        United States  $25,000.00      State  $25,000.00

The funds are due on July 1, 2003.  They shall be mailed to:

        Clerk of the Court, USDC-DCNM
        ATTN: Darcy S. Bushnell, Esq.
        333 Lomas Blvd. NW, Box 270
        Albuquerque, N.M.  87102

The check advancing the funds or the paperwork accompanying the check shall reference the account number 1:66cv6639-M.  The Clerk shall mail this Order to the United States and to the State.

                       /electronic signature/
                      JOHN EDWARDS CONWAY
           SENIOR UNITED STATES DISTRICT JUDGE