IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

03 APR 10 PM 2: 15

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina |
| RAMON ARAGON, *et al.*, | |
| Defendants. | Subfile No. CHGA-003-0031 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, JOSE L. CHACON, by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-003-0031 that I signed and approved on August 28, 2002 represents the resolution of all claims in connection with the Statement of Water Rights Claim (6097) filed with the Court on December 28, 2000.

_____
JOSE L. CHACON

_April 1-03_____
date

RECEIVED

APR 0 4 2003

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

7110