IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile No. CHGA-03-0050 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, ALVIN JACQUES by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0050 which I signed and approved on ___May 31, 2002___ (date) represents the resolution of all claims in connection with the Statement of Water Rights Claim (6011) filed with the Court on November 8, 2000, including specifically the claim for additional acreage to the Northeast of Tract 03-0013.

_____
ALVIN JACQUEZ

_____4/5/03_____
date

7111