IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

03 APR 10 PM 2:16 

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Cebolla, Section 3<br><br>CHCB-003-0015A |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

We, LYDIA U. ARCHULETA and DAVID E. ARCHULETA by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHCB-003-0015A which we signed and approved on March 24, 2003 represents the resolution of all claims to water rights under the Answer for subfile CHCB-003-0015A (6527) filed with the Court on February 5, 2002.

_____
LYDIA U. ARCHULETA

March 24, 2003
date

_____
DAVID E. ARCHULETA

March 24, 2003
date

7112

RECEIVED

MAR 24 2003

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION