IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

03 APR 10 PM 2: 16



| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Gallina, Section 5<br><br>Subfile No. CHGA-03-0027 |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

MAX A. MARTINEZ and NEIVES MARTINEZ by our signatures appearing below hereby acknowledge that the Consent Order for Subfile No. CHGA-03-0027 which we signed and approved on ____9-24-01____ represents the resolution of all claims to water rights in
(date)
connection with the Statement of Water Rights Claim (5960) filed with the Court on October 2, 2000.

_____
MAX A. MARTINEZ

__3-24-03__
date

_____
NEIVES MARTINEZ

__3-24-03__
date

RECEIVED

MAR 2 6 2003

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

7113