IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

03 APR 21 PM 2:45

STATE OF NEW MEXICO ex rel.
State Engineer,

Plaintiff,

vs.                                          No:   69cv07941 JEC-ACE

RAMON ARAGON, et al.,

Defendants.

### ENTRY OF APPEARANCE

**COMES NOW** Karen L. Townsend, and enters her appearance on behalf of the Defendants, Gene H. Gurule, Juan F. Gurule and Genevieve Mestas.

KAREN L. TOWNSEND, P.C.
120 East Chaco
Aztec, New Mexico 87410
(505) 334-5750

By: _____
Karen L. Townsend
Attorney for Defendants

I hereby certify that a true and correct
copy of the foregoing was mailed
to opposing party this 17th day of
April, 2003.

_____
Karen L. Townsend

7114