IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

03 APR 25 PM 2:06

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rio Brazos, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| MARTINEZ, EDUARDO T. | CHRB-006-0034A |
| MARTINEZ, JOHNNY C. | CHRB-006-0034B |
| MAYER, ELAINE L. | CHRB-009-0002 |
| MAYER, FREDERICK L. | CHRB-009-0002 |

7115

Respectfully submitted

*Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on **25** day of **April**, 2003.

*Edward G. Newville*

BRADLEY S. BRIDGEWATER, ESQ.
USDOJ-ENRD
999 18TH ST. SUITE 945
DENVER, CO 80202

DARCY S. BUSHNELL, ESQ.
ADJUDICATION STAFF ATTORNEY
USDC-DCNM
333 LOMAS BLVD. NW, SUITE 270
ALBUQUERQUE, NM 87102-2272

DANIEL CLEAVINGER, ESQ.
P.O. BOX 339
TIERRA AMARILLA, NM 87575

TESSA T. DAVIDSON, ESQ.
SWAIN, SCHRANDT & DAVIDSON, PC
4830 JUAN TABO NE, SUITE F
ALBUQUERQUE, NM 87111

REBECCA DEMPSEY, ESQ.
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE,, NM 87504-2384

PAULA GARCIA
NM ACEQUIA ASSOCIATION
430 W. MANHATTAN, STE. 5
SANTA FE, NM 87501

DAVID W. GEHLERT, ESQ
USDOJ-ENRD
999 18th STREET, SUITE 945
DENVER, CO 80202

JOHN P. HAYS, ESQ.
CASSUTT, HAYS & FRIEDMAN, P.A.
530-B HARKLE ROAD
SANTA FE, NM 87505

SUSAN G. JORDAN, ESQ.
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH
200 WEST DEVARGAS SUITE 9
SANTA FE, NM 87501

PIERRE LEVY, ESQ.
LAW OFFICES OF DANIEL J. O'FRIEL, LTD.
P.O. BOX 2084
SANTA FE, NM 87504-2084

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

JOHN F. JR. MCCARTHY
WHITE, KOCH, KELLY & MCCARTHY
433 PASEO DE PERALTA
SANTA FE, NM 87501

BENJAMIN PHILLIPS, ESQ
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

MARCUS J. RAEL, Jr., ESQ.
3208 VISTA MARAVILLOSA NW
ALBUQUERQUE, NM 87120

| | | |
|---|---|---|
| LESTER K. TAYLOR, ESQ.<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH, LLP<br>405 MARTIN LUTHER KING JR AVE. NE<br>ALBUQUERQUE, NM 87102 | TED J. TRUJILLO, ESQ.<br>P.O. BOX 2185<br>ESPANOLA, NM 87532 | JOHN UTTON, ESQ.<br>SHEEHAN, SHEEHAN & STELZNER<br>P. O. BOX 271<br>ALBUQUERQUE, NM 87103-0271 |