IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
03 APR 25 PM 2:05

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Cañones Creek, Section 7 |

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Cañones Creek, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| BAXSTROM, JACQUELYN | CHCC-002-0007 |
| BINKLEY TRUST, JEB MCNEIL | CHCC-001-0015 |
| | CHCC-002-0001 |
| BINKLEY TRUST, MARGARET BURT | CHCC-001-0015 |
| | CHCC-002-0001 |
| BINKLEY TRUST, SARGENT MAC GREGOR | CHCC-001-0015 |
| | CHCC-002-0001 |
| CLEMENS, CATHERINE | CHCC-001-0008 |
| CLEMENS, JESS | CHCC-001-0008 |
| GARDENHIRE, RALEIGH K. | CHCC-001-0002 |
| GARDENHIRE, ROBERT DEAN | CHCC-001-0001 |
| GONZALES, MARY ELLEN BURNS | CHCC-002-0009 |
| KARAM LIVING TRUST, | CHCC-001-0017 |
| KINSLOW-HERBERT LIVING TRUST, | CHCC-001-0009 |
| MARTINEZ, ANTONIO L. | CHCC-003-0006 |



| DEFENDANT NAME | SUBFILE No. |
|---|---|
| MARTINEZ, D.L. | CHCC-003-0004 |
| MARTINEZ, ELEUTERIO JR. | CHCC-003-0002 |
| MARTINEZ, JOSE ANTONIO | CHCC-002-0012 |
| MARTINEZ, JOSE ORLANDO | CHCC-002-0014 |
| MARTINEZ, L.M. | CHCC-003-0004 |
| MARTINEZ, LUCILLE E. | CHCC-003-0006 |
| MARTINEZ, M.A. | CHCC-003-0004 |
| MARTINEZ, M.J. | CHCC-003-0004 |
| MARTINEZ, PATRICK D. | CHCC-003-0011 |
| MARTINEZ, PAUL | CHCC-002-0014 |
| MARTINEZ, ROSE L. | CHCC-003-0011 |
| MARTINEZ, TED D. | CHCC-003-0010 |
| MARTINEZ, TERRY L. | CHCC-003-0010 |
| MORROW, JOHN | CHCC-001-0007 |
| NUNEZ, CLORINDA L. | CHCC-003-0008 |
| NUNEZ, RAMON R. | CHCC-003-0008 |
| RENKEN, JAMES H. | CHCC-001-0008 |
| RENKEN, PATRICIA | CHCC-001-0008 |
| RYAN, DIANA | CHCC-002-0016 |
| RYAN, VERNON | CHCC-002-0016 |
| SANDERS, CHARLES R. | CHCC-002-0006 |
| SANDERS, DARLENE | CHCC-002-0006 |
| TERRELL, PATTY S. | CHCC-001-0006 |
| TREGALLAS REVOCABLE TRUST, JACK AND PEARLINE | CHCC-001-0014 |
| WEAVER, JOHNNA | CHCC-001-0001 |

Respectfully submitted

*[signature]*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on 25 day of April, 2003.

*[signature]*
Edward G. Newville

BRADLEY S. BRIDGEWATER, ESQ.
USDOJ-ENRD
999 18TH ST. SUITE 945
DENVER, CO 80202

DARCY S. BUSHNELL, ESQ
ADJUDICATION STAFF ATTORNEY
USDC-DCNM
333 LOMAS BLVD. NW, SUITE 270
ALBUQUERQUE, NM 87102-2272

DANIEL CLEAVINGER, ESQ.
P.O. BOX 339
TIERRA AMARILLA, NM 87575

TESSA T. DAVIDSON, ESQ.
SWAIN, SCHRANDT & DAVIDSON, PC
4830 JUAN TABO NE, SUITE F
ALBUQUERQUE, NM 87111

REBECCA DEMPSEY, ESQ.
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE,, NM 87504-2384

PAULA GARCIA
NM ACEQUIA ASSOCIATION
430 W. MANHATTAN, STE. 5
SANTA FE, NM 87501

DAVID W. GEHLERT, ESQ
USDOJ-ENRD
999 18th STREET, SUITE 945
DENVER, CO 80202

JOHN P. HAYS, ESQ.
CASSUTT, HAYS & FRIEDMAN, P.A.
530-B HARKLE ROAD
SANTA FE, NM 87505

SUSAN G. JORDAN, ESQ
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH
200 WEST DEVARGAS SUITE 9
SANTA FE, NM 87501

PIERRE LEVY, ESQ.
LAW OFFICES OF DANIEL J. O'FRIEL, LTD.
P.O. BOX 2084
SANTA FE, NM 87504-2084

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

JOHN F. JR. MCCARTHY
WHITE, KOCH,KELLY&MCCARTHY
433 PASEO DE PERALTA
SANTA FE, NM 87501

BENJAMIN PHILLIPS, ESQ.
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

MARCUS J. RAEL, Jr., ESQ.
3208 VISTA MARAVILLOSA NW
ALBUQUERQUE, NM 87120

| LESTER K. TAYLOR, ESQ. | TED J. TRUJILLO, ESQ. | JOHN UTTON, ESQ. |
|---|---|---|
| NORDHAUS, HALTOM, TAYLOR, TARADASH & BLADH, LLP | P.O. BOX 2185 | SHEEHAN, SHEEHAN & STELZNER |
| 405 MARTIN LUTHER KING JR. AVE. NE | ESPANOLA, NM 87532 | P. O. BOX 271 |
| ALBUQUERQUE, NM 87102 | | ALBUQUERQUE, NM 87103-0271 |