IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

03 MAY -9 AM 8: 56

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer,<br><br>        **Plaintiff,**<br><br>    v.<br><br>RAMON ARAGON, *et al.*,<br><br>**Defendants.** | **69cv07941 JEC-ACE**<br>**RIO CHAMA STREAM SYSTEM**<br><br>**Section 7:  Rio Brazos, Rutheron & Plaza Blanca**<br>**& Canones Creek**<br><br>**Subfile Nos:  CHRB-006-0018, CHRB-006-0034B,**<br>**CHRB-007-0006, CHRU-001-0015,**<br>**CHCC-001-0015, CHCC-002-0012, CHCC-002-0014** |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above,

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to

each of the following Defendants on the 9th day of May, 2003:

Subfile No. CHRB-006-0018
Docket No. 7102
Horacio Trujillo
6604 Jade Park Avenue, N.E.
Albuquerque, NM  87109

Subfile No. CHRB-006-0034B
Docket No. 7099
Johnny C. Martinez
P.O. Box 238
Chimayo, NM  87522

Subfile No. CHRB-007-0006
Docket No. 7101
Bernadette Trujillo-Salazar
P.O. Box 13
Los Ojos, NM  87551

Subfile No. CHRU-001-0015
Docket No. 7100
Kathryn E. Mac Andrew
Paul R. Mac Andrew
1604 11th Avenue S. #101
Seattle WA  98134

Subfile No. CHCC-001-0015
Docket No. 7098
Jeg McNeil Binkley Trust
Margaret Burt Binkley Trust
Sargent Mac Gregor Binkley Trust
c/o Edward S. Binkley
305 Quinnhill Avenue
Los Altos, CA  94024

Subfile No. CHCC-002-0012
Docket No. 7097
Jose Antonio Martinez
P.O. Box 45
Los Ojos, NM  87551

7/26

Subfile No. CHCC-002-0014
Docket No. 7096
Jose Orlando Martinez
Paul Martinez
P.O. Box 111
Los Ojos, NM  87551

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-027

Rick DeSimone
WATERS Project Managers
121 Tijeras, Suite 3000
Albuquerque, NM  87102

A copy of this Certificate of Service was mailed to the following on the 9th day of May, 2003:

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530 –B Harkle Road
Santa Fe, NM  87505

Darcy S. Bushnell, Esq.
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM  87031

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM  87532-2185

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO  80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia,
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM  87567

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King , Jr.
   Avenue, N.E.
Albuquerque, NM  87102

2

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P.A
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
French & Associates, PC
500 Marquette Ave., NW #600
Albuquerque, NM 87120

Tessa T. Davidson
Swaim, Schrantdt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Pierre Levy, Esq.
Daniel J. O'Friel, LTD.
P.O. Box 2084
Santa Fe, NM 87504-2084

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Karen L. Townsend, Esq.
KAREN L. TOWNSEND, P.C.
120 East Chaco
Aztec, NM 87410

Respectfully Submitted

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Water Rights Protection & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887

3