

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

03 MAY -9 AM 8:56

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>**Plaintiff,**<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>**Defendants.** | 69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Rio Nutrias, Rio Cebolla, Canjillon Creek<br><br>Subfile Nos.: CHCB-003-0015A, CHCB-004-0001, CHCJ-002-0036, CHCJ-004-0021, CHCJ-004-0059 CHCJ-002-0009 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 9th day of May, 2003:

Subfile No. CHCB-003-0015A
Docket No. 7108
David E. Archuleta
Lydia U. Archuleta
P.O. Box 217
Cebolla, NM 87518

Subfile No. CHCB-004-0001
Docket No. 7107
David E. Archuleta
Lydia U. Archuleta
P.O. Box 217
Cebolla, NM 87518

Subfile No. CHCJ-002-0036
Docket No. 7105
Adriano G. Valdez
Valeria M. Valdez
P.O. Box 484
Canjilon, NM 87515

Subfile No. CHCJ-004-0021
Docket No. 7104
Leonor Martinez
Melisendro Martinez
Box 565
Canjilon, NM 87515

Subfile No. CHCJ-004-0059
Docket No. 7103
Jacob Trujillo
P.O. Box 566
Clearfield, Utah 84089

Subfile No. CHCJ-002-0009
Docket No. 7106
Flora M. Rivera
P.O. Box 29
Gypsum, CO 81637



<u>Subfile No. CHCJ-002-0009</u>
Docket No. 7106
Raymond Rivera
P.O. Box 1152
Gypsum, CO 81637

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 9th day of May, 2003:

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
333 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4014

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

2

Respectfully submitted,

*Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Tele: (505) 827-6150
Fax: (505) 827-3887