IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | |
| Plaintiff, | 69cv07941 JEC-ACE |
| v. | RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla |
| **RAMON ARAGON,** *et al.*, | |
| Defendants. | |

### REQUEST FOR PRETRIAL CONFERENCE

COMES NOW the plaintiff State of New Mexico *ex rel.* State Engineer and requests that the Special Master conduct a pretrial conference under Rule 16(b) for scheduling and planning purposes in connection with the water rights claims of the following defendants:

| | |
|---|---|
| FRANK C. SENA | CHTA-001-0001 |
| JOHN M. SENA | CHTA-001-0001 |
| AGRIPINA G. SALAZAR | CHTA-001-0002 |
| VICTOR SALAZAR, SR. | CHTA-001-0002 |
| ELLIS GORDON SCHLEGEL | CHTA-002-0001 |
| ASCENCION LABRIER | CHTA-002-0002 |
| HEIRS OF CARLOTA L. MARTINEZ | CHTA-002-0003, CHTA-003-0001 |

The Plaintiff State of New Mexico has declined to make an offer recognizing the existence of valid water rights on any of the various tracts of land under the above named subfiles. Research by the State's historian indicates that use of surface water on these tracts began after 1907, and in

the absence of a permit from the State Engineer. A determination of whether or not there are valid surface water rights appurtenant to these tracts of land raises common questions concerning the settlement of the Tierra Amarilla Land Grant. Consolidated proceedings for this group of subfiles may expedite resolution of these issues.

Wherefore, the Plaintiff requests the Court to enter an order under Rule 16(b) that requires the above-named defendants, or their representatives, to attend a scheduling and planning pretrial conference on June 4, 2003, at the Rio Arriba County Commissioners Chambers in Tierra Amarilla, New Mexico at 1:30 P.M.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the Request for Pretrial Conference were mailed to the following persons on May   12  , 2003.

  /s/ Ed Newville
Edward G. Newville

## DEFENDANTS

| | |
|---|---|
| Frank C. Sena | Victor Salazar, Sr. |
| John M. Sena | Agripina G. Salazar |
| 9709 Rio Grande NW | P.O. Box 324 |
| Albuquerque, NM 87114 | Tierra Amarilla, NM 87575 |

Ellis Gordon Schegel
P.O. Box 309
Tierra Amarilla, NM 87575

Ascension Labrier
P.O. Box 29 Ensenada Route
Tierra Amarilla, NM 87575

Heirs of Carlota L. Martinez
c/o Frank A. Martinez
Seven Springs Fish Hatchery
346 Forest Rd #34
Jemez Springs, NM 87025

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA

P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Dr. Martin Luther King, Jr.
Avenue, NE
Albuquerque, NM 87103-0271

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

3