IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> RAMON ARAGON et al., <br><br> Defendants. | 69cv07941-JEC-ACE <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 7: Rito de Tierra Amarilla |

ORDER SETTING PRETRIAL CONFERENCE

Pursuant to the Plaintiff State of New Mexico ex rel. State Engineer's May 12, 2003 Request for Pretrial Conference (Docket No. 7128), the Special Master will hold a Fed. R. Civ. P. 16(b) scheduling and planning pretrial conference with the following defendants, or their representatives, at 1:30 p.m. on June 4, 2003, at the Rio Arriba County Commissioners' Chambers, County Complex, State Road 162, in Tierra Amarilla, New Mexico:

| | |
|---|---|
| Frank C. Sena & John M. Sena | CHTA-001-0001 |
| Agripina G. Salazar & Victor Salazar, Sr. | CHTA-001-0002 |
| Ellis Gordon Schlegel | CHTA-002-0001 |
| Ascencion Labrier | CHTA-002-0002 |
| Heirs of Carlota L. Martinez | CHTA-002-0003, CHTA-003-0001 |

The purpose of the conference is to give these defendants and the State an opportunity to discuss their concerns with the Special Master, and to participate in planning the litigation of their water rights claims.

IT IS SO ORDERED.

                                                 /electronic signature/
                                    SPECIAL MASTER VICKIE L. GABIN