IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>-v-<br><br>RAMON ARAGON et al.,<br><br>        Defendants. | 69cv07941-JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Rio Nutrias, Rio Cebolla, & Canjilon Creek<br>Subfile No. CHJA-002-0041 |

## ORDER TO SET ASIDE ENTRY OF DEFAULT

This matter is before the Court upon State of New Mexico's September 17, 2002 Motion to Set Aside Entry of Default (Docket No. 6874) for an order to set aside the Clerk's February 11, 2002 Certificate of Default (Docket No. 6530).

The Court, being fully advised, finds the motion is well taken and should be granted.

It is therefore ORDERED that the Clerk's Certificate of Default is set aside for the following defendant:

    Felix DeJesus Baca Jr.       CHCJ-002-0041

                                       /electronic signature/
                                JOHN EDWARDS CONWAY
                             UNITED STATES DISTRICT JUDGE

Recommended for approval:

   /electronic signature/
Special Master Vickie L. Gabin