# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

    Plaintiffs,　　　　　　　　　　　　　　　　　　69cv07941 JEC-ACE

    v.

ROMAN ARAGON, *et al.*,　　　　　　　　　　　RIO CHAMA ADJUDICATION

    Defendants.

## **ORDER**

    This matter is before the Court *sua sponte.* By June 30, 2003 the parties are to file a joint status report on any negotiations or settlement talks regarding Pueblo or Tribal rights. To the extent possible, the parties are to report with specificity. The parties shall continue to file such reports each six months. The next report is due on December 31, 2003.

    　　　　　　　　　　　　　　　　　　　　/electronic signature/
    　　　　　　　　　　　　　　　　　　　　JOHN EDWARDS CONWAY
    　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE