UNITED STATE DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: June 4, 2003                        TIME: 1:30 p.m.

## CLERK'S MINUTES OF HEARING

HEARING BEFORE:    ( ) Senior Judge E L. Mechem
                   (✓) Vickie L. Gabin, Special Master

CASE NAME & NUMBER: State of NM v Aragon 69cv07941-JEC

Rio Chama Adjudication - Section 7

COUNSEL:

SEE ATTACHED LIST

NOTES: Re: Order No. 7129 filed 5-14-2003
Pretrial conference was held as scheduled in the Rio Arriba County Commission Chambers, County Complex, State Road 162, in Tierra Amarilla, NM. Matters discussed included concerns of claimants, planning, and scheduling for litigation and certain defendants water rights claims.

COURT REPORTER: NONE

7/55

# DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941 JEC-ACE
### Rio Chama Adjudication - Section 7: Rito de Tierra Amarilla and Rio Brazos
### May 13, 2003

Special Master Vickie L. Gabin
USDC-DCNM
P O Box 2384
Santa Fe, NM 87504-2384

Darcy S Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas Blvd NW, Ste 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr SW
Los Lunas, NM 87031

———  ———  ——  ————

Bradley S Bridgewater, Esq
David W Gehlert, Esq
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Daniel Cleavinger, Esq
P O Box 339
Tierra Amarilla, NM 87575

Tessa T Davidson, Esq.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

Paula Garcia
NM Acequia Association
430 West Manhattan St., Suite 5
Santa Fe, NM 87501

Wilfred Gutierrez, Chair
NM Acequia Commission
P O Box 190
Velarde, NM 87582

John P. Hays, Esq
530-B Harkle Road
Santa Fe, NM 87505

Susan G. Jordan, Esq.
200 West De Vargas, Suite 9
Santa Fe, NM 87501

Pierre Levy, Esq.
P O Box 2084
Santa Fe, NM 87504-2084

Edward G. Newville, Esq
Office of the State Engineer
Litigation & Adjudication Program
P O Box 25102
Santa Fe, NM 87504-5102

Liliosa G. Padilla, Executor
J R Martinez Estate
432 Parkland Drive
Aztec, NM 87410

Benjamin Phillips, Esq
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa NW
Albuquerque, NM 87120

Lester K. Taylor, Esq
405 Dr. Martin Luther King, Jr
Ave. NE
Albuquerque, NM 87102

Ted J Trujillo, Esq.
P O Box 2185
Española, NM 87532

Karen L. Townsend, Esq
120 East Chaco
Aztec, NM 87410

John W Utton, Esq.
P O Box 271
Albuquerque, NM 87103-0271

Norm Vogt, *Pro Se*
P.O Box 488
Likely, CA 96116