IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    Plaintiff,

    v.

**RAMON ARAGON,** *et al.***,**

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Sections 3, 4, 5 & 7

**JOINT MOTION TO ADOPT SCHEDULE
FOR COMPLETION AND EXCHANGE OF HISTORICAL REPORTS**

The State of New Mexico *ex rel.* State Engineer ("State"), Associación de Acèquias Norteñas de Rio Arriba, Gallina-Capulin Acequia Association, and El Rito Ditch Association ("the Acequias") jointly request the Court to enter an order scheduling the completion and exchange of historical reports as described below.  In support of this motion the parties state as follows:

    1.    The State's historian Dr. John O. Baxter has completed historical reports (4) for water uses in Sections 3 and 5 of the Rio Chama Stream system, and these reports have been provided to the Acequias.  Dr. Baxter has also completed a historical report for the Tierra Amarilla subsection of Section 7, and this report has also been provided to the Acequias.  The remainder of Dr. Baxter's historical reports in Section 7 will be complete by the end of 2003, and they will be provided to the Acequias as they are completed.

    2.    The Associación de Acèquias Norteñas de Rio Arriba, Gallina-Capulin Acequia Association, and El Rito Ditch Association are jointly working to complete a regional historic report on water uses in Sections 3, 4, 5 and 7 of the Rio Chama Stream System.  To date, no portions of the

reports have been completed and provided to the State and the regional project is ongoing.

3. In order that the State will be in a position to sequentially address issues of ditch priorities in Section 3, 5 and 7 in the regular course of these adjudication proceedings, the parties jointly request the Court to adopt the following schedule for the completion and exchange of reports by the Acequias on water uses in Sections 3, 5 and 7 of the Rio Chama Stream System.

(1) June 15, 2003 – Completion and exchange of the Acequias' historical report for water uses in Section 5 (Rio Gallina)

(2) March 1, 2004 – Completion and exchange of the Acequias' historical report for water uses in Section 3 (all subsections).

(3) November 1, 2004 – Completion and exchange of the Acequias' historical report for water uses in Section 7 (all subsections).

4. The scheduling of the completion and exchange of a historical report for water uses in Section 4, and a determination of when those issues should be addressed in these proceedings, should be left for later determination.

5. The parties request that the Court hold a status conference with the State and the Acequias in September of 2003 to address further scheduling and procedures for the determination of treaty issues and ditch priority dates in Section 3, 4, 5 and 7.

6. The Associación de Acèquias Norteñas de Rio Arriba hereby states its intent to present evidence and submit legal argument regarding the applicability of the Treaty of Guadalupe Hidalgo to these proceedings. The Associación requests that it have until June 1, 2004 to file a motion, argument and documentation in support of its position.

WHEREFORE the State of New Mexico *ex rel.* State Engineer, Associación de Acèquias

Norteñas de Rio Arriba, Gallina-Capulin Acequia Association, and El Rito Ditch Association jointly request the Court to enter an order scheduling the completion and exchange of historical reports as described above.

Respectfully submitted,

 /s/ Ed Newville   6/11/03
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150


   telephonic approval 6/09/03
JOHN W. UTTON
Attorney for Associación de Acèquias
Norteñas de Rio Arriba
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271


   telephonic approval 6/09/03
MARY E. HUMPHREY
Attorney for Gallina-Capulin Acequia
Association, and El Rito Ditch Association
P.O. 1574
El Prado, N.M.  87529-1574


**CERTIFICATE OF SERVICE**

I certify that copies of the Joint Motion to Adopt Schedule for Completion and Exchange of Historical Reports were mailed to the following persons on June   12  , 2003.

/s/ Ed Newville
Edward G. Newville

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.

Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie,
Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.

Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield &
Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr.
Avenue, NE
Albuquerque, NM 87103-0271

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

NM Acequia Commission
c/o Jessie Bopp
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

5