IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
03 JUN 13 PM 1: 35

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3:Rio Nutrias, Rio Cebolla,<br>Canjilon Creek<br><br>Subfile No(s): CHCJ-002-0006<br>CHCJ-004-0003A<br>CHCJ-004-0003D |

## CERTIFICATE OF MAILING

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 12th day of June, 2003:

Subfile No. CHCJ-002-0006
Docket No. 7135
Agripina Salazar
Victor Salazar
Tierra Amarilla, NM  87575

Subfile No. CHCJ-004-0003A
Docket No. 7134
Maria F.M. Leyba
P.O. Box 451
Canjilon, NM  87515

Subfile No. CHCJ-004-0003D
Docket No. 7133
Maria F.M. Leyba
P.O. Box 451
Canjilon, NM  87515

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

1

7157

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick Desimone, Waters Project Manager
Office of the State Engineer
121 Tijeras, N.E. Suite 2000
Albuquerque, NM 87102

    A copy of this Certificate of Mailing was mailed to the following persons on this 12th day of June, 2003:

Special Master, Vickie Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
USDC-DCNM
Adjudication Staff Attorney
333 Lomas Blvd., NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Rick DeSimone, Waters Project Manager
Office of the State Engineer
121 Tijeras, N.E. Suite
Albuquerque, NM 87102

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

Paula Garcia,
NM Accquia Association
430 W. Manhattan, Ste 5
Santa Fe, NM 87501

*/s/ Edward G. Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150