IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
03 JUN 13 PM 1:35

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canoñes Creek, Village of Chama<br><br>Subfile No(s):<br>CHTA-003-0047<br>CHTA-004-0013<br>CHTA-004-0029<br>CHRB-004-0014<br>CHRB-004-0038<br>CHRB-004-0056<br>CHRB-005-0008<br>CHRB-005-0009<br>CHRB-005-0024<br>CHRB-007-0005<br>CHRB-007-0041<br>CHRB-007-0043<br>CHRB-007-0049<br>CHRB-007-0061<br>CHRB-009-0015<br>CHRU-002-0002<br>CHRU-004-0034<br>CHCC-001-0009<br>CHCC-004-0008<br>CHCC-004-0013 |

### CERTIFICATE OF MAILING

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 12th day of June, 2003:

1

7158

Subfile No. CHTA-003-0047
Docket No. 7138
Alex Flores
HC 75 Box 131
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0013
Docket No. 7137
Melvin Montano
P. O. Box 214
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0029
Docket No. 7136
Antonio Luis Abeyta
P.O. Box 211
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0014
Docket No. 7151
Anthony R. Martinez
P.O. Box 43
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0038
Docket No. 7150
Casados Partnership
P.O. Box 186
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0056
Docket No. 7149
Ansencion "Chon" La Brier
HC 75 Box 24
Tierra Amarilla, NM 87575

Subfile No. CHRB-005-0008
Docket No. 7148
Jose B. Rivera & Oralia Rivera
HC 75 Box 16
Tierra Amarilla, NM 87575

Subfile No. CHRB-005-0009
Docket No. 7147
Tony Casados Sr. & Sons Partnership
P.O. Box 186
Tierra Amarilla, NM 87575

Subfile No. CHRB-005-0024
Docket No. 7146
Lionel E. Martinez II
P.O. Box 145
Parkview, NM 87551

Subfile No. CHRB-007-0005
Docket No. 7145
Jose Belarmino Archuleta
Box 154
Los Ojos, NM 87551

Subfile No. CHRB-007-0041
Docket No. 7144
Larry H. Martinez
P.O. Box 1124
Chama, NM 87520

Subfile No. CHRB-007-0043
Docket No. 7152
Larry H. Martinez
P.O. Box 1124
Chama, NM 87520

Subfile No. CHRB-007-0049
Docket No. 7143
Loide Martinez
P.O. Box 103
Los Ojos, NM 87551

Subfile No. CHRB-007-0061
Docket No. 7142
Los Ojos Dom. Water Cons. Assoc.
P.O. Box 168
Los Ojos, NM 87551

Subfile No. CHRB-009-0015
Docket No. 7141
Juan M. Aguilar
HC 75 Box 9
Tierra Amarilla, NM 87575

Subfile No. CHRU-004-0034
Docket No. 7140
Barbara C. Fernandez
Miguel M. Fernandez
5733 Chappparral Circle NW
Albuquerque, NM 87114

Subfile No. CHCC-004-0008
Docket No. 7132
Clorinda Sanchez
Medardo Sanchez
P. O. Box 96
Los Ojos, NM 87551

Subfile No. CHRU-002-0002
Docket No. 7139
Cruz Aguilar & Georgita Aguilar
P.O. Box 15
Los Ojos, NM 87551

Subfile No. CHCC-001-0009
Docket No. 7131
Kinslow-Herbert Living Trust
208 Harvard Lane
Seal Beach, CA 90740

Subfile No. CHCC-004-0013
Docket No. 7130
Elviria S. Abeyta
Jose M. Abeyta
P.O Box 102
Los Ojos, NM 87551

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone, Waters Project Manager
Office of the State Engineer
121 Tijeras, NE Suite 2000
Albuquerque, NM 87102

A copy of this Certificate of Mailing was mailed to the following persons on this 12th day of June, 2003:

Special Master, Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., NW – Ste. 270
Albuquerque, NM 87102-2272

Bradley S. Bridgewater, Esq.  
David W. Gehlert, Esq.  
USDOJ-ENRD  
999 18th Street, Suite 945  
Denver, CO 80202  

Susan G. Jordon, Esq.  
Nordhaus, Haltom, Taylor  
Taradash & Bladh, LLP  
200 West De Vargas, Ste. 9  
Santa Fe, NM 87501  

Marcus J. Rael Jr., Esq.  
French & Associates, PC  
500 Marquette Ave. N.W.  
Albuquerque, NM 87120  

Daniel Cleavinger, Esq.  
P.O. Box 339  
Tierra Amarilla, NM 87575  

Tessa T. Davidson, Esq.  
Swaim, Schrandt & Davidson, P.C.  
4830 Juan Tabo, N.E., Suite F  
Albuquerque, NM 87111  

Lester K. Taylor, Esq.  
Nordhaus, Haltom, Taylor,  
Taradash & Bladh, LLP  
405 Dr. Martin Luther King, Jr. Ave. N.E.  
Albuquerque, NM 87103-0271  

Benjamin Phillips, Esq.  
John F. McCarthy, Jr., Esq.  
Rebecca Dempsey, Esq.  
White, Kock, Kelly & McCarthy, P.A.  
P.O. Box 787  
Santa Fe, NM 87504-0787  

Pierre Levy, Esq.  
Law Offices of Daniel J. O'Friel, Ltd.  
P.O. Box 2084  
Santa Fe, NM 87504-2084  

Paula Garcia  
NM Acequia Association  
430 W. Manhattan, Ste. 5  
Santa Fe, NM 87501  

Karla McCall, Data Manager  
1315 Sagebrush Dr., SW  
Los Lunas, NM 87031  

John W. Utton, Esq.  
Sheehan, Sheehan & Stelzner PA  
P.O. Box 271  
Albuquerque, NM 87103-0271  

John P. Hays, Esq.  
Cassutt, Hays, & Friedman PA  
530-B Harkle Road  
Santa Fe, NM 87505  

Ted J. Trujillo, Esq.  
P.O. Box 2185  
Espanola, NM 87532-2185  

Rick DeSimone, Waters Project Manager  
Office of the State Engineer  
121 Tijeras, NE Suite  
Albuquerque, NM 87102  

Karen L. Townsend, P.C.  
120 East Chaco  
Aztec, NM 87410  

NM Acequia Commission  
c/o Jessie Bopp  
Depart. Of Finance & Admin.  
Local Government Division  
Bataan Memorial Building  
Santa Fe, NM 87503

*[Signature]*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150