# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, et al.,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rito de Tierra Amarilla, Section 7

03 JUN 20 AM 11:08

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rito de Tierra Amarilla, Section 7 of the

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| CAMPOS, CECILIA | CHTA-004-0002 |
| CAMPOS, TOMMY III | CHTA-004-0002 |
| FLORES, ALEX | CHTA-003-0047 |
| RIO ARRIBA, COUNTY OF | CHTA-003-0013 |
| SAMORA, PATRICK | CHTA-004-0001 |
| SAMORA, RENEE ROMERO | CHTA-004-0001 |


7162

Respectfully submitted

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on 20 day of June, 2003.

_Ed Newville_
Edward G. Newville

BRADLEY S. BRIDGEWATER, ESQ.
USDOJ-ENRD
999 18TH ST. SUITE 945
DENVER, CO 80202

DARCY S. BUSHNELL, ESQ.
ADJUDICATION STAFF ATTORNEY
USDC-DCNM
333 LOMAS BLVD. NW, SUITE 270
ALBUQUERQUE, NM 87102-2272

DANIEL CLEAVINGER, ESQ.
P.O. BOX 339
TIERRA AMARILLA, NM 87575

TESSA T. DAVIDSON, ESQ.
SWAIN, SCHRANDT & DAVIDSON, PC
4830 JUAN TABO NE, SUITE F
ALBUQUERQUE, NM 87111

REBECCA DEMPSEY, ESQ.
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE,, NM 87504-2384

PAULA GARCIA
NM ACEQUIA ASSOCIATION
430 W. MANHATTAN, STE. 5
SANTA FE, NM 87501

DAVID W. GEHLERT, ESQ.
USDOJ-ENRD
999 18th STREET, SUITE 945
DENVER, CO 80202

JOHN P. HAYS, ESQ.
CASSUTT, HAYS & FRIEDMAN, P.A.
530-B HARKLE ROAD
SANTA FE, NM 87505

SUSAN G. JORDAN, ESQ
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH
200 WEST DEVARGAS SUITE 9
SANTA FE, NM 87501

PIERRE LEVY, ESQ.
LAW OFFICES OF DANIEL J. O'FRIEL, LTD.
P.O. BOX 2084
SANTA FE, NM 87504-2084

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

JOHN E. JR. MCCARTHY
WHITE, KOCH,KELLY&MCCARTHY
433 PASEO DE PERALTA
SANTA FE, NM 87501

BENJAMIN PHILLIPS, ESQ
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
433 PASEO DE PERALTA
SANTA FE, NM 87504-0787

MARCUS J. RAEL, Jr., ESQ.
3208 VISTA MARAVILLOSA NW
ALBUQUERQUE, NM 87120

Page 2

LESTER K. TAYLOR, ESQ.
NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH, LLP
405 MARTIN LUTHER KING JR. AVE. NE
ALBUQUERQUE, NM 87102

JOHN UTTON, ESQ.
SHEEHAN, SHEEHAN & STELZNER
P. O. BOX 271
ALBUQUERQUE, NM 87103-0271

KAREN L. TOWNSEND
120 EAST CHACO
AZTEC, NM 87410

TED J. TRUJILLO, ESQ
P.O. BOX 2185
ESPANOLA, NM 87532