IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

03 JUN 20 AM 11:09

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Cañones Creek, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Cañones Creek, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| ABEYTA, JOSE M. | CHCC-004-0014 |
|  | CHCC-004-0013 |
| BLACKMER, FRANK S. | CHCC-003-0001 |
| CAUDILL, E. TRUMAN | CHCC-001-0003 |
| CAUDILL, JANE | CHCC-001-0003 |
| GONZALES, DONALD A. | CHCC-002-0010 |
| GONZALES, MARY E. | CHCC-002-0010 |
| WINGO, TURNER A. | CHCC-001-0004 |

7164

Respectfully submitted

*Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on **20** day of **June**, 2003.

_____
Edward G. Newville

| | | |
|---|---|---|
| BRADLEY S. BRIDGEWATER, ESQ.<br>USDOJ-ENRD<br>999 18TH ST. SUITE 945<br>DENVER, CO 80202 | DARCY S. BUSHNELL, ESQ<br>ADJUDICATION STAFF ATTORNEY<br>USDC-DCNM<br>333 LOMAS BLVD. NW, SUITE 270<br>ALBUQUERQUE, NM 87102-2272 | DANIEL CLEAVINGER, ESQ.<br>P.O. BOX 339<br>TIERRA AMARILLA, NM 87575 |
| TESSA T. DAVIDSON, ESQ<br>SWAIN, SCHRANDT & DAVIDSON, PC<br>4830 JUAN TABO NE, SUITE F<br>ALBUQUERQUE, NM 87111 | REBECCA DEMPSEY, ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87504-0787 | SPECIAL MASTER VICKIE L. GABIN<br>USDC-DCNM<br>P.O. BOX 2384<br>SANTA FE, NM 87504-2384 |
| PAULA GARCIA<br>NM ACEQUIA ASSOCIATION<br>430 W. MANHATTAN, STE. 5<br>SANTA FE, NM 87501 | DAVID W. GEHLERT, ESQ.<br>USDOJ-ENRD<br>999 18th STREET, SUITE 945<br>DENVER, CO 80202 | JOHN P. HAYS, ESQ.<br>CASSUTT, HAYS & FRIEDMAN, P.A.<br>530-B HARKLE ROAD<br>SANTA FE, NM 87505 |
| SUSAN G. JORDAN, ESQ.<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH<br>200 WEST DEVARGAS SUITE 9<br>SANTA FE, NM 87501 | PIERRE LEVY, ESQ.<br>LAW OFFICES OF DANIEL J. O'FRIEL, LTD.<br>P.O. BOX 2084<br>SANTA FE, NM 87504-2084 | KARLA MCCALL<br>DATA MANAGER<br>1315 SAGEBRUSH DR., SW<br>LOS LUNAS, NM 87031 |
| JOHN F. JR MCCARTHY<br>WHITE, KOCH,KELLY&MCCARTHY<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87501 | BENJAMIN PHILLIPS, ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>433 PASEO DE PERALTA<br>SANTA FE, NM 87504-0787 | MARCUS J. RAEL, Jr., ESQ.<br>3208 VISTA MARAVILLOSA NW<br>ALBUQUERQUE, NM 87120 |

| | | |
|---|---|---|
| LESTER K. TAYLOR, ESQ.<br>NORDHAUS, HALTOM, TAYLOR,<br>TARADASH & BLADH, LLP<br>405 MARTIN LUTHER KING JR. AVE., NE<br>ALBUQUERQUE, NM 87102<br><br>JOHN UTTON, ESQ<br>SHEEHAN, SHEEHAN & STELZNER<br>P. O. BOX 271<br>ALBUQUERQUE, NM 87103-0271 | KAREN L. TOWNSEND<br>120 EAST CHACO<br>AZTEC, NM 87410 | TED J. TRUJILLO, ESQ.<br>P.O. BOX 2185<br>ESPANOLA, NM 87532 |