IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    Plaintiff,

    v.

**RAMON ARAGON,** *et al.***,**

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-004-0003C

## ORDER JOINING ADDITIONAL PARTY DEFENDANT

THIS MATTER is before the Court on the June 20, 2003 Motion to Join Additional Parties [sic] Defendant (Docket No. 7165) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer.

The Court, being fully advised, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the person listed below is joined as a party defendant to this action.

    Alex A. Leyba        CHCJ-004-0003C     PO Box 415, Canjilon NM 87515

    /electronic signature/
    JOHN EDWARDS CONWAY
    UNITED STATES DISTRICT JUDGE

Recommended for Approval:

    /electronic signature/
VICKIE L. GABIN, SPECIAL MASTER