IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    Plaintiff,

    v.

**RAMON ARAGON,** *et al.*,

    Defendants.

69cv07941-JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza
Blanca, Cañones Creek, Village of
Chama

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's June 20, 2003 Motion to Join Additional Parties Defendant (Docket No. 7160). Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to this action.

| | | |
|---|---|---|
| Mikael Saunders | CHRB-004-0040 | PO Box 1457, Canjilon NM 87875 |
| Darby Revocable Living Family Trust | CHRB-004-0061 | 202 Yavapa, Wickenburg AZ 85390 |
| Eduardo T. Martinez | CHRB-006-0034A | PO Box 116, Los Ojos NM 87551 |
| Jack & Pearline Tregellas Revocable Trust | CHCC-001-0014 | HC 77 Box 61, Chama NM 87520 |

| | | |
|---|---|---|
| Larry E. Rivera | CHCC-004-0010 | 11485 Country Road, W. La Jara CO 81140 |

      /electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
VICKIE L. GABIN, SPECIAL MASTER