IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza
Blanca, Cañones Creek, Village of
Chama

## ORDER CORRECTING DEFENDANTS' NAMES

This is before the Court upon State of New Mexico's June 20, 2003 Motion to Correct Defendant's [sic] Names (Docket No. 7159). The Court having considered the motion and being otherwise fully advised in the premises, finds that the names of the defendants named below should be and hereby are corrected as follows:

| from | to | |
|---|---|---|
| Eudilia Estrada | Edulia Estrada | CHRB-005-0004 |
| Chris Martinez | Chris R. Martinez | CHRB-004-0004<br>CHRB-004-0043 |
| Lionel E. Martinez, Jr. | Lionel E. Martinez, II | CHTA-003-0043<br>CHTA-004-0037<br>CHRB-005-0023 |
| Justiniano Valdez | Justiniano A. Valdez | CHRB-003-0006 |

IT IS SO ORDERED.

      /electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
VICKIE L. GABIN, SPECIAL MASTER