# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.*<br>**State Engineer** | |
| **Plaintiff,** | **69cv07941 JEC-ACE** |
| **v.** | **RIO CHAMA STREAM SYSTEM**<br>**Sections 3, 4, 5 & 7** |
| **RAMON ARAGON,** *et al.*, | |
| **Defendants.** | |

## ORDER ADOPTING SCHEDULE FOR COMPLETION AND
## EXCHANGE OF HISTORICAL REPORTS

THIS MATTER is before the Special Master on the Joint Motion of the State of New Mexico *ex rel.* State Engineer ("State"), Asociación de Acèquias Norteñas de Rio Arriba, Gallina-Capulin Acequia Association, and El Rito Ditch Association ("the Acequias") filed June 11, 2003 (Docket No. 7156) requesting the Court to enter an order scheduling the completion and exchange of historical reports in Sections 3, 4, 5, and 7 of the Rio Chama Stream System.  The Court, being fully advised, finds that the motion is well taken and should be granted.

IT IS ORDERED, THEREFORE, that the schedule for the completion and exchange of reports by the Acequias on water uses in Sections 3, 5 and 7 of the Rio Chama Stream System shall be as follows:

(1)     June 15, 2003 – Completion and exchange of the Acequias' historical report for water uses in Section 5 (Rio Gallina)

(2)     March 1, 2004 – Completion and exchange of the Acequias' historical report for water uses in Section 3 (all subsections).

(3)     November 1, 2004 – Completion and exchange of the Acequias' historical report for water uses in Section 7 (all subsections).

IT IS FURTHER ORDERED that a schedule for the completion and exchange of a historical report for water uses in Section 4, and a determination of when those issues should be addressed in these proceedings, should be left for later determination.  The State and the Acequias shall hold a status conference with the Special Master in September of 2003 to address further scheduling and procedures for the determination of treaty issues and ditch priority dates in Section 3, 4, 5 and 7.

IT IS FURTHER ORDERED that the Acèquias Norteñas de Rio Arriba shall have until June 1, 2004 to file a motion, argument and documentation regarding the applicability of the Treaty of Guadalupe Hidalgo to water rights in Sections 3 and 7.

                          /electronic signature/
                          SPECIAL MASTER VICKIE L. GABIN

2