FILED
UNITED STATES DISTRICT COURT

JUN 2 5 2003

*(signature)*
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza<br>Blanca, Cañones Creek, Village of<br>Chama |

## NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties defendant the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed in Exhibit A attached hereto, including WILLIAM H. ALBERT et al, are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Basin. These waters belong to the public and are subject to appropriation in accordance with the laws of the state. This Court has exclusive jurisdiction of adjudicate all claims to the right to divert, store, or use public waters in the Rio Chama Basin.

2. The persons or entities listed in Exhibit A are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using and diverting surface or underground waters within Section 7 of the Rio Chama

7170

Stream System.

DATED: June 25, 2003

Respectfully submitted,

*/s/ Ed Newville/*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of New Mexico's Motion to Join Additional Parties Defendant was mailed to the following persons on June __25__, 2003.

*/s/ EGN/*
Edward G. Newville

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Dr. Martin Luther King, Jr.
Avenue, NE
Albuquerque, NM 87103-0271

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.

P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
c/o Jessie Bopp
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

## Attachment A

| | |
|---|---|
| ALBERT, WILLIAM H. | P.O. BOX 457 CHAMA, NM 87520 |
| ALCON, VERA | P.O. BOX 93 CHAMA, NM 87520 |
| ARCHDIOCESE OF SANTA FE, | 4000 ST. JOSEPH PLACE NW ALBUQUERQUE, NM 87120 |
| BEASLEY, ANN | P.O. BOX 276 CHAMA, NM 87520 |
| BEASLEY, O.C. | P.O. BOX 276 CHAMA, NM 87520 |
| BOYD FAMILY REVOCABLE TRUST, | P.O. BOX 346 BLANCO, NM 87412 |
| BRANCH, BENJAMIN F. | P.O. BOX 281 CHAMA, NM 87520 |
| BRAZOS LAND, INC., | P.O. BOX 245 CHAMA, NM 87520 |
| BROWN, CELINE M. | 2035 WILLIAMS RD. PLANT CITY, FL 33565 |
| BROWN, ORRIN G. | 2035 WILLIAMS RD. PLANT CITY, FL 33565 |
| BUSH, JOHN | P.O. BOX 536 CHAMA, NM 87520 |
| BUSH, VERLEEN | P.O. BOX 536 CHAMA, NM 87520 |
| CHAMA INVESTMENTS, CO., | 125 LINCOLN AVE. SUITE 223 SANTA FE, NM 87501 |
| CHAMA VALLEY SCHOOLS, | P.O. BOX 10 TIERRA AMARILLA, NM 87575 |
| CLARK, SUSAN J. | P.O. BOX 240 CHAMA, NM 87520 |
| CONDER, ANDREW JR. | 6844 E. HARVARD AVE. DENVER, CO 80224 |
| CONDER, JOHN | 6844 E. HARVARD AVE. DENVER, CO 80224 |
| CONDER, MIKE | 6844 E. HARVARD AVE. DENVER, CO 80224 |
| CONDER, PAUL | 6844 E. HARVARD AVE. DENVER, CO 80224 |
| CONDER, PETER | 6844 E. HARVARD AVE. DENVER, CO 80224 |
| CRANE, MARVIN R. | HC 75, BOX 48 CHAMA, NM 87520 |
| CRANE, MARVIN R. | P.O. BOX 100563 FLORENCE, SC 29501 |
| CRANE, SANDRA A. | HC 75, BOX 48 CHAMA, NM 87520 |
| CRANE, SANDRA A. | P.O. BOX 100563 FLORENCE, SC 29501 |
| CUMBRES TOLTEC SCENIC RR, CORP, | 317 6th NW ALBUQUERQUE, NM 87102 |
| DAGGETT, JEFF M. | P.O. BOX 497 CHAMA, NM 87520 |
| DAGGETT, MAXINE F. | P.O. BOX 497 CHAMA, NM 87520 |
| DEYAPP, ESTHER | P.O. BOX 741 CHAMA, NM 87520 |
| DEYAPP, FRANCES S. | P.O. BOX 573 CHAMA, NM 87520 |
| DEYAPP, HATTIE L. | P.O. BOX 537 CHAMA, NM 87520 |
| DEYAPP, LARRY | P.O. BOX 741 CHAMA, NM 87520 |
| DEYAPP, ROBERT M. | P.O. BOX 573 CHAMA, NM 87520 |
| DOAN, ROBERT E. | 13 NW 46TH STREET OKLAHOMA CITY, OK 73118 |
| ELWESS, ALFRED T. | 9 HATHAWAY CIRCLE LOS LUNAS, NM 87031 |
| ELWESS, KAI MARIE | 9 HATHAWAY CIRCLE LOS LUNAS, NM 87031 |
| EMERY, ANGELA R. | P.O. BOX 734 CHAMA, NM 87520 |
| EMPLOYEES' PENSION PLAN &. H & H MINERALS, INC., TRUST | P.O. BOX 107 FAIRFIELD, TX 75840 |
| FISHER, DELLA | P.O. BOX 545 CHAMA, NM 87520 |

## Attachment A

| | |
|---|---|
| FISHER, GEORGE | P.O. BOX 545 CHAMA, NM 87520 |
| FISHER, JESSIE | P.O. BOX 487 CHAMA, NM 87520 |
| FOERSTER, LESIA J. | 13 NW 46TH STREET OKLAHOMA CITY, OK 73118 |
| GALLEGOS FAMILY TRUST, | P.O. BOX 275 CHAMA, NM 87520 |
| GALLEGOS, AURELIA | P.O. BOX 581 CHAMA, NM 87520 |
| GALLEGOS, CRISTELLA M. | P.O. BOX 1 CHAMA, NM 87520 |
| GALLEGOS, DONALD L. SR. | P.O. BOX 303 CHAMA, NM 87520 |
| GALLEGOS, JOSE R. | P.O. BOX 581 CHAMA, NM 87520 |
| GALLEGOS, MARTIN A. | P.O. BOX 1 CHAMA, NM 87520 |
| GALLEGOS, MARY J. | P.O. BOX 303 CHAMA, NM 87520 |
| GALLEGOS, NICKIE | P.O. BOX 275 CHAMA, NM 87520 |
| GALLEGOS, ROBERT JR. | P.O. BOX 323 CHAMA, NM 87520 |
| GARCIA, LYDIA J. | P.O. BOX 654 CHAMA, NM 87520 |
| GARCIA, NAPOLEON R. | P.O. BOX 654 CHAMA, NM 87520 |
| GARDENHIRE, RALEIGH | P.O. BOX 5080 SANTA FE, NM 87502 |
| GONZALES, BRANDON | 3501 EAST MAIN STREET FARMINGTON, NM 87401 |
| GONZALES, CARMEN | P.O. BOX 344 CHAMA, NM 87520 |
| GONZALES, FLORIAN | P.O. BOX 344 CHAMA, NM 87520 |
| GONZALES, JESUS | 3501 EAST MAIN STREET FARMINGTON, NM 87401 |
| GONZALES, ROSALIE ANN | P.O. BOX 1062 ESPAÑOLA, NM 87532 |
| GONZALES, ROXANNE M. | 354 E. SACKEH AVE. SALIDA, CO 81201 |
| GONZALES, SAM | 3501 EAST MAIN STREET FARMINGTON, NM 87401 |
| GONZALES, VICTORIA B. | P.O. BOX 340 CHAMA, NM 87520 |
| GRAHAM, DONALD M. | RT. 1, BOX 47 CHAMA, NM 87520 |
| GRAHAM, JANICE | RT. 1, BOX 47 CHAMA, NM 87520 |
| GRAVES, SARAH ELIZABETH | P.O. BOX 1027 CHAMA, NM 87520 |
| HALE, DR. PAT | 7100 MENAUL NE ALBUQUERQUE, NM 87110 |
| HARRIS, B.J. | P.O. BOX 774 CHAMA, NM 87520 |
| HARRIS, ELIZABETH ANN | P.O. BOX 600 CHAMA, NM 87520 |
| HARRIS, FAY L. | P.O. BOX 997 CHAMA, NM 87520 |
| HARRIS, FLOYD | P.O. BOX 600 CHAMA, NM 87520 |
| HARRIS, JOHN P. | P.O. BOX 997 CHAMA, NM 87520 |
| HILER, FRED | P.O. BOX 688 MOUNTAIN HOME, ID 83647 |
| HILER, JOHN | P.O. BOX 688 MOUNTAIN HOME, ID 83647 |
| HOBBS, CHARLES C. | P.O. BOX 2277 MILAN, NM 87020 |
| HOBBS, HELEN | P.O. BOX 2277 MILAN, NM 87020 |
| HOMECOMING FINANCIAL NETWORK, | P.O. BOX 890037 DALLAS, TX 75389 |
| HUGHES, CLIFTON M. | P.O. BOX 214 CHAMA, NM 87520 |
| HUGHES, MILDRED | P.O. BOX 221 CHAMA, NM 87520 |

## Attachment A

| | |
|---|---|
| HUGHES, OSCAR | P.O. BOX 221 CHAMA, NM 87520 |
| JICARILLA APACHE NATION, | P.O. BOX 507 DULCE, NM 87528 |
| JOHNSON, BONSALL D. | P.O. BOX 967 CHAMA, NM 87520 |
| JOHNSON, WENDA L. | P.O. BOX 967 CHAMA, NM 87520 |
| KISSAM, ROBERT R. | P.O. BOX 672 CHAMA, NM 87520 |
| KNACKSTEDT, DAVON | P.O. BOX 890037 DALLAS, TX 75389 |
| KNACKSTEDT, SHIRLEY | P.O. BOX 890037 DALLAS, TX 75389 |
| LAWRENCE FAMILY, LLC, | 11000 COSTA DEL SOL, NE ALBUQUERQUE, NM 87111 |
| LUCERO, CELIA O. | P.O. BOX 724 CHAMA, NM 87520 |
| LUCERO, JOSE SALOMON | 4209 EL CONLAN AVE. LAS VEGAS, NV 89102 |
| MARTIN, BETTY M. | P.O. BOX 654 CHAMA, NM 87520 |
| MARTINEZ, GERALD G. | P.O. BOX 801 CHAMA, NM 87520 |
| MARTINEZ, HIGINIO JR. | P.O. BOX 81 CHAMA, NM 87520 |
| MARTINEZ, JOSE H. | P.O. BOX 683 CHAMA, NM 87520 |
| MARTINEZ, MARIA MATHEWS | P.O. BOX 323 CHAMA, NM 87520 |
| MARTINEZ, RENEE | P.O. BOX 351 CHAMA, NM 87520 |
| MARTINEZ, ROSE Q. | P.O. BOX 194 CHAMA, NM 87520 |
| MARTINEZ, TINA D. | P.O. BOX 801 CHAMA, NM 87520 |
| MARTINEZ, VIRGINIA | P.O. BOX 81 CHAMA, NM 87520 |
| MC ELHANEY, JAMES W. | 2842 E. OVERLOOK RD. CLEVELAND, OH 44118 |
| MC ELHANEY, MAXINE | 2842 E. OVERLOOK RD. CLEVELAND, OH 44118 |
| MESTON, JULIA A. | P.O. BOX 700 CHAMA, NM 87520 |
| MESTON, RUSSELL D. | P.O. BOX 700 CHAMA, NM 87520 |
| MILLER, JOHN L. | P.O. BOX 156 CHAMA, NM 87520 |
| MILLER, MARY JEAN | P.O. BOX 156 CHAMA, NM 87520 |
| MONTAÑO, MICHAEL | P.O. BOX 124 CHAMA, NM 87520 |
| MONTAÑO, PEGGY | P.O. BOX 124 CHAMA, NM 87520 |
| MONTAÑO, STEVE | P.O. BOX 124 CHAMA, NM 87520 |
| MONTAÑO, STEVEN | P.O. BOX 124 CHAMA, NM 87520 |
| MUNDY & MUNDY, INC., | HC 75, BOX 81 CHAMA, NM 875209705 |
| OVERLY LIVING TRUST, JUNE J. | 4203 DAWN AVE. ODESSA, TX 79762 |
| PACHECO, LORRAINE T. | P.O. BOX 414 CHAMA, NM 87520 |
| PACHECO, RUBEN | P.O. BOX 414 CHAMA, NM 87520 |
| PETTINGILL, AMY | P.O. BOX 885 CHAMA, NM 87520 |
| PETTINGILL, RANDY | P.O. BOX 885 CHAMA, NM 87520 |
| PHIPPS, LESHA | P.O. BOX 493 PAGOSA SPRINGS, CO 81157 |
| PHIPPS, WARREN F. | P.O. BOX 493 PAGOSA SPRINGS, CO 81157 |
| PORTER FAMILY TRUST, | P.O. BOX 394 CHAMA, NM 87520 |
| QUINTANA, MANUEL | P.O. BOX 503 CHAMA, NM 87520 |

## Attachment A

| | |
|---|---|
| QUINTANA, ROSABRA | P.O. BOX 503 CHAMA, NM 87520 |
| RAEL, JOHNNY | P.O. BOX 453 CHAMA, NM 87520 |
| RANCHO LOBO, LTD., | P.O. BOX 6 CHAMA, NM 87520 |
| REILLY SR., TRUSTEE, E.T. | 9445 HILDBRANDT SAN ANTONIO, TX 78222 |
| RIVAS, CONRAD L. | P.O. BOX 284 CHAMA, NM 87520 |
| RIVAS, RAMON F. | P.O. BOX 634 CHAMA, NM 87520 |
| ROBERSON, MICHAEL D. | P.O. BOX 541 CHAMA, NM 87520 |
| RUSSOM, DAN | BOX 103 CHAMA, NM 87520 |
| RUSSOM, MARY | BOX 103 CHAMA, NM 87520 |
| SALAZAR, JOSE G. | P.O. BOX 593 ESPAÑOLA, NM 87532 |
| SALAZAR, MARY | P.O. BOX 593 ESPAÑOLA, NM 87532 |
| SANDOVAL, DAVID JOE SR. | P.O. BOX 404 CHAMA, NM 87520 |
| SANDOVAL, LEVI A. | P.O. BOX 583 CHAMA, NM 87520 |
| SANDOVAL, RUFINA GONZALES | P.O. BOX 583 CHAMA, NM 87520 |
| SERNA, PATRICIA | P.O. BOX 1563 FLORENCE, SC 295010563 |
| SERNA, RICHARD M. | P.O. BOX 1563 FLORENCE, SC 295010563 |
| SHOATS, DANIEL D. | 9626 4TH, NW ALBUQUERQUE, NM 87114 |
| SHOATS, ELLEN J. | 9626 4TH, NW ALBUQUERQUE, NM 87114 |
| SKRONDAHL, VICTORIA L. | P.O. BOX 153 CHAMA, NM 87520 |
| SMITH, JO MYRLE | P.O. BOX 281 CHAMA, NM 87520 |
| SMITH, PERRY D. | P.O. BOX 281 CHAMA, NM 87520 |
| SMITH, REVOCABLE TRUST, FLOYD E. | P.O. BOX 32 CHAMA, NM 87520 |
| SWAG CORPORATION, | P.O. BOX 234 CHAMA, NM 87520 |
| TERRAZAS, RANDY A. | HC 75, BOX 51 CHAMA, NM 87520 |
| TORREZ TRUST, PEDRO & ROSE | #3 ROAD 5803 FARMINGTON, NM 87401 |
| TORREZ, EMMA | P.O. BOX 66 CHAMA, NM 87520 |
| TORREZ, JOSEPH VICENTE III | P.O. BOX 66 CHAMA, NM 87520 |
| TORREZ, YVONNE | 97 RANCH RD. WOODSIDE, CA 94062 |
| TRUJILLO, DELFINO J. | P.O. BOX 233 CHAMA, NM 87520 |
| TRUJILLO, JOSEFA | P.O. BOX 414 CHAMA, NM 87520 |
| TRUJILLO, JUBENCIO | P.O. BOX 414 CHAMA, NM 87520 |
| TRUJILLO, MARCELLA | P.O. BOX 614 CHAMA, NM 87520 |
| TRUJILLO, PATRICIA C. | P.O. BOX 233 CHAMA, NM 87520 |
| UNSER, AL JR. | 6847 RIO GRANDE NW ALBUQUERQUE, NM 87107 |
| UNSER, ALFRED | 7625 CENTRAL NW ALBUQUERQUE, NM 87105 |
| VALDEZ, ANGIE | P.O. BOX 733 CHAMA, NM 87520 |
| VALDEZ, CARLOTTA | P.O. BOX 391 CHAMA, NM 87520 |
| VALDEZ, DON | P.O. BOX 733 CHAMA, NM 87520 |
| VALDEZ, MARGARET | P.O. BOX 431 CHAMA, NM 87520 |

## Attachment A

| | |
|---|---|
| VALDEZ, MAXIMILO | P.O. BOX 391 CHAMA, NM 87520 |
| VALDEZ, TOMMY F. JR. | P.O. BOX 431 CHAMA, NM 87520 |
| VIGIL FAMILY TRUST, | P.O. BOX 395 CHAMA, NM 87520 |
| VIGIL, RAMON | P.O. BOX 734 CHAMA, NM 87520 |
| VILLAGE OF CHAMA, | P.O. BOX 794 CHAMA, NM 87520 |
| WASHINGTON MUTUAL HOME LOANS, | P.O. BOX 100563 FLORENCE, SC 29501 |
| WELLS, ROBERT G. | P.O. BOX 55 CHAMA, NM 87520 |
| WHITT, MRS. R.E. | P.O. BOX 688 MOUNTAIN HOME, ID 83647 |
| WINDECK, SUSAN L. | P.O. BOX 672 CHAMA, NM 87520 |
| WINTERS JUNCTION B & B, | 3012 A. FRANCISCAN NE ALBUQUERQUE, NM 87107 |
| WINTERS, RICHARDS M. | 3012 A. FRANCISCAN NE ALBUQUERQUE, NM 87107 |
| WOOLLEY REVOCABLE LIVING TRUST, JOHN C. & DOROTHY B. | P.O. BOX 430 SANTA FE, NM 87501 |
| WOOLRIDGE, ANDREA | P.O. BOX 1533 CHAMA, NM 87520 |
| WOOLRIDGE, KEVIN | P.O. BOX 1533 CHAMA, NM 87520 |
| ZEMKE, F. RICHARD | 7313 RIO GRANDE BLVD. NW ALBUQUERQUE, NM 87105 |
| ZEMKE, PAULINE L. | 7313 RIO GRANDE BLVD. NW ALBUQUERQUE, NM 87105 |