**FILED**

UNITED STATES DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JUN 2 6 2003

*Robert M. March*

**CLERK**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-003-0024**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### LEO E. RODELA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.   The Court has jurisdiction over the parties and the subject matter of this suit.

2.   The State of New Mexico and the above-named Defendant(s) are in agreement
     concerning certain elements of Defendant's right to divert and use the public waters of
     the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures
     appearing below, the State and the Defendant(s) have approved and accepted the elements
     of Defendant's water rights as set forth in paragraph 4 herein.

3.   There is no just reason for delay for the entry of a final judgment as to the elements
     of the claims of the Defendant(s) adjudicated by this order.

7172

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama
       Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0430

**Priority:** Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio
                      Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
       **Ditch Name:**  TIERRA AMARILLA COMMUNITY DITCH
       **Location X:** 1,557,188  feet  **Y:**  2,064,714  feet
       New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.8  acres |
| | Total | 1.8  acres |

       As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-
       003-0024.

**Amount of Water:** Reserved for future determination by court order entered November
                      26, 2001.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0430

**Priority:** Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio
                      Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
       **Ditch Name:**  TIERRA AMARILLA COMMUNITY DITCH
       **Location X:** 1,557,188  feet  **Y:**  2,064,714  feet
       New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

Within the Tierra Amarilla Grant                          0.3  acres
                                        Total        0.3 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-003-0024.

**Amount of Water:** Reserved for future determination by court order entered November 26, 2001.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System,

Rito de Tierra Amarilla, Section 7, other than those set forth in this order and those

other orders entered by this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra

Amarilla, Section 7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7,  are as set forth

herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined

from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito

de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in

other orders of the Court.

Consent Order                          3                    Subfile No.: CHTA-003-0024

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
LEO E. RODELA

ADDRESS: P.O. Box 115
Tierra Amarilla, NM 87575

DATE: 5/20/03

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

6·1·03
Date

Consent Order                     4                     Subfile No.: CHTA-003-0024



003-0024
A 0.9 ac.

003-0024
B 0.3 ac.

Ⓕ

003-0024
A 0.9 ac.

Out

Paderon Lateral

LEGEND
Irrigated Tract Boundary
No Right Tract Boundary
Seeped Area
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
● Point of Diversion
Ⓕ Fallow
Ⓝ No Right


1 inch = 200 feet

0  50  100        200
              Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Thomas C. Turney, State Engineer**

**Rio Chama Hydrographic Survey**
**Rito de Tierra Amarilla Section**

Subfile Number
**CHTA 003-0024**
Paderon Lateral off the Tierra
Amarilla Community Ditch
AMENDED
August 16, 2002

