FILED

UNITED STATES DISTRICT COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

JUN 2 5 2003

*Robertmmach*

CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

        Plaintiff,

        v.

RAMON ARAGON, *et al.*,

        Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rutheron & Plaza Blanca, Section 7

**Subfile No.: CHRU-001-0007B**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

CLAUDIA HERNANDEZ
TOMMY HERNANDEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.      The Court has jurisdiction over the parties and the subject matter of this suit.

2.      The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, and by their

signatures appearing below, the State and the Defendant(s) have approved and accepted the

elements of Defendant's water rights as set forth in paragraph 4 herein.

3.      There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

*7187*

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rutheron & Plaza Blanca, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   1545 & 1699
**Priority:** Reserved for future determination by court order entered November 26, 2001.
**Source of Water:** Surface water of the Rio Chama, a tributary of the Rio Grande.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:**        WILLOW CREEK MESA DITCH
    **Location X:**  1,548,909  feet  **Y:**  2,103,084  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 9.8 acres |
| | Total | 9.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRU-001-0007B

**Amount of Water:** Reserved for future determination by court order entered November 26, 2001.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Rutheron &

Plaza Blanca, Section 7, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rutheron & Plaza

Blanca, Section 7, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, are as set

forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are

enjoined from any diversion or use of the public surface waters of the Rio Chama Stream

System, Rutheron & Plaza Blanca, Section 7, except in strict accordance with the rights set

forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                                3                            Subfile No.: CHRU-001-0007B

ACCEPTED: _Tommy Hernandez_
TOMMY HERNANDEZ

ADDRESS: _P.O. Box 149_
_Los Ojos NM_
_87551_

DATE: _5-19-03_

ACCEPTED: _Claudia Hernandez_
CLAUDIA HERNANDEZ

ADDRESS: _157 Highway 95 West_
_Ruthern, NM_

DATE: _5-19-03_

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_5.19.03_
Date

Consent Order                    4                    Subfile No.: CHRU-001-0007B



East Lateral

001-0007B
A 9.8 ac.

LEGEND

Irrigation Tract Boundary
Subfile Tract Boundary
Mapped Area
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir

Point of Diversion
Well
Not Right

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

1 inch = 300 feet
0  50  100    200    300
Feet

Rio Chama Hydrographic Survey
Rutheron & Plaza Blanca Section

Subfile Number
CHRU 001-0007B
Willow Creek
Mesa Ditch
AMENDED
January 2, 2003