IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT

JUN 2 5 2003

Robert M March
CLERK

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

Ramon Aragon, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Section 1: Chama Mainstream

## MOTION REQUESTING AN ORDER SETTING FORTH PRIORITY DATES FOR PURPOSES OF PRIORITY ADMINISTRATION

COMES NOW the plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his attorneys, and moves the Court to issue its order setting forth priority dates for acequias below Abiquiu Dam for purposes of priority administration pending the completion of the Special Master's report on the redetermination of priority dates for these acequias. In support of this motion, Plaintiff states the following:

    1.    The Court issued its Amended Order on the Adjudication of Water Right Priorities (Docket No. 3496) on July 8, 1994. That Order stated that a Notice and Order to Show Cause setting forth the priority dates as determined in a report submitted by court-appointed expert witness, John O. Baxter should be served by the State on each defendant acequia or community ditch.

    2.    On October 21, 1994, the Court issued its Order Amending July 8, 1994 Order Re Adjudication of Water Rights Priorities (Docket No. 3956), granting certain extensions of time for the State to serve its notices to show cause pending the Court's approval of notice procedures for the same. The Court issued its Second Order Amending July 8, 1994 Order Re Adjudication of Water Rights

7194

Priorities (Docket No. 3971) on December 5, 1994. That Order approved the forms of the State's Notices and Orders to Show Cause, and the State offered amended priority dates to the acequias or community ditches within the mainstream of the Rio Chama stream system.

3. The Acequia de Chamita, Acequia de los Salazares, Acequia de Hernandez, and Acequia de Jose V. Martinez, filed objections to the amended priority dates as offered by the State Engineer; the State received no other objections. In their Joint Motion to Adopt Stipulation (Docket No. 4077), filed October 3, 1995, counsel for the State Engineer and for the acequias agreed and requested an order by the Court adjudicating the priority date of the Acequia de Jose V. Martinez as being 1735, subject to *inter se* proceedings. The court-appointed expert, John Baxter, and the acequias' expert, Dr. Stanley Hordes, also stipulated to certain facts relevant to the contested priority dates of the remaining three acequias (Acequia de Chamita, Acequia de los Salazares, and Acequia de Hernandez), which was attached as Exhibit "A" to that motion. The Court entered its order adopting these stipulations (Docket No. 4380) on November 17, 1995.

4. In its Pretrial Order on Mainstream Section Priority dates (Docket No. 5347), filed March 25, 1996, the Court stated: "Through the last months of 1994 and early months of 1995 the State served the Notices and Orders through regular mail and publication on all community acequia water rights owners known to the State in the Rio Chama reach between and including Abiquiu and Chamita. The State also served the acequia associations in that area." That Order set trial on the contested priority dates of Acequia de Chamita, Acequia de los Salazares, and Acequia de Hernandez ("acequias") for June 26, 1996. Following that hearing, the acequias filed requested findings of fact and conclusions of law and a memorandum of law in support thereof (Docket Nos. 5626 and 5627) on April 2, 1997. The State filed such documents April 3, 1997 (Docket Nos. 5628 and 5629). The Special Master has not yet

filed a report in connection with the hearing held in June of 1996, and there has been no final determination of the priority dates for the three remaining acequias.

5. Pending the Special Master's report on the remaining issues, for purposes of priority administration the State requests the Court to issue an order adjudicating the undisputed priority dates for the acequias and community ditches listed below as follows:

| Acequia | Date |
|---|---|
| Acequia de Abeyta y Trujillo | 1735 |
| Acequia del Pueblo de Abiquiu | 1734 |
| Acequia del Barranco | 1735 |
| Acequia de Karl Bode | 1734 |
| Acequia del Rio de Chama | 1724 |
| Acequia de Chili y la Cuchilla | 1715 |
| Acequia de los Duranes | 1724 |
| Acequia de los Gonzales | 1734 |
| Acequia de Maestas | 1734 |
| Acequia de Manzanres y Montoya | 1724 |
| Acequia Mariano | 1734 |
| Acequia de los Martinez | 1724 |
| Acequia de Jose V. Martinez | 1735 |
| Acequia Valentin Martinez | 1734 |
| Acequia de la Puente | 1734 |
| Acequia de Quintana | 1734 |
| Acequia de Suazo | 1735 |
| Acequia de los Ranchitos | 1735 |
| Acequia de la Tierra Azul | 1734 |
| Acequia de Jose Ferran | 1734 |

6. At the June 26, 1996 hearing on contested priority dates for the Acequia de Chamita, Acequia de los Salazares, and Acequia de Hernandez, the State requested a priority date for the three acequias of 1714. *See* State's Requested Findings of Fact and Conclusions of Law filed April 3, 1997 (Docket No. 5628). The acequias requested findings of a priority date of 1600 for the Acequia de Chamita and 1600 or at least 1680 for the Hernandez and Salazar acequias. *See* Acequias Requested Findings of Fact and Conclusions of Law filed April 2, 1997 (Docket No. 5626).

Pending the completion of the Special Master's report on contested priorities, and a final determination of those priority dates by the Court, the State and acequias request permission to treat these three acequias as having equal priority senior to all other Chama mainstream acequias for purposes of priority administration below Abiquiu Dam.

7. Counsel for the community ditches, including Acequia de Chamita, Acequia de los Salazares, and Acequia de Hernandez, concurs in this motion.

WHEREFORE, the plaintiff State of New Mexico requests the Court to issue an order adjudicating the priority dates for the acequias named herein as set forth in paragraph 5 above, and allowing the State to treat Acequia de Chamita, Acequia de los Salazares, and Acequia de Hernandez as having equal priority senior to all other acequias on the mainstream Chama for purposes of priority administration below Abiquiu Dam pending completion of the Special Master's report and a final determination as to the priority dates for these acequias.

Respectfully submitted,

LISA D. BROWN
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion Requesting an Order setting forth Priority Dates For Purposes of Priority Administration was mailed to the following persons on June __25__, 2003.

LISA D. BROWN

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Box 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie,
Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield &
Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr.
Avenue, NE
Albuquerque, NM 87103-0271

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel
Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.

P.O. Box 339
Tierra Amarilla, NM 87575

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington,
Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

NM Acequia Commission
c/o Jessie Bopp
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503