**FILED**

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUN 3 0 2003



CLERK

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, ) ) | |
| ) | |
| Plaintiff, ) | 69cv07941 JEC-ACE |
| ) | |
| v. ) | Rio Chama Adjudication |
| ) | |
| ROMAN ARAGON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STATUS REPORT ON SETTLEMENT OF INDIAN CLAIMS

Pursuant to the Court's *sua sponte* Order, dated May 30, 2003, the United

States hereby reports on the status of negotiations or settlement talks concerning Pueblo or

Tribal rights.

1.      As the Court is aware, proceedings on the settlement of the water

rights of the Jicarilla Apache Nation within the scope of this adjudication were concluded

by entry of the *Partial Final Judgment and Decree of the Water Rights of the Jicarilla*

*Apache Tribe* on April 5, 1998 (Docket No. 5797).

2.      The only other Indian water rights within the scope of this adjudication

are those of the San Juan Pueblo. Although the Pueblo and several other parties have, in the

past, expressed an interest in settlement, no negotiations are on-going at this time and no

Federal Negotiating Team has been appointed by the U.S. Department of the Interior.

3.      The United States circulated a draft of this report on June 18, 2003 and

has received no objections from other parties. Ms. Humphrey, Mr. Waltz, Mr. Taylor and

7195

Mr. Utton have indicated their concurrence.  Mr. Newville indicated his concurrence and

provided an updated service list.

Respectfully submitted this 27th day of June, 2003.


COUNSEL FOR THE UNITED STATES:

Bradley S. Bridgewater
Indian Resources Section
U.S. Department of Justice
Suite 945, North Tower
999 Eighteenth Street
Denver, CO 80202
Phone: (303) 312-7318

STATUS REPORT, PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2003, I mailed copies of the foregoing

*Status Report* to all persons on the attached service list.

**State of New Mexico v. Aragon**
**Service List**

Edward G. Newville
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM  87504-2421

AquaTek
Karla McCall
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Fred Vigil
P.O. Box 687
Mendanales, NM   87548-0687

Fred J. Waltz
Box 6390
Taos, NM  87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington, Alberta & Ives
LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Lester K. Taylor
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM  87103-0271

Susan G. Jordan
200 W. De Vargas Street
Suite 9
Santa Fe, NM 87501

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

K. Janelle Haught
NMHSTD
P.O. Box 2348
Albuquerque, NM  87504-2348

Darcy Bushnell
Water Adjudication  Office
USDC-DCNM - Box 270
333 Lomas Blvd. NW
Albuquerque, NM  87102-2272

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton,
Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM  87102

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM  87103-0271

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM  87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM  87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM  87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO  80202

Jay F. Stein
James C. Brockmann
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM  87575

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan
  & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Updated 6/25/03