IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer**

    Plaintiff,

    v.

**RAMON ARAGON,** *et al.***,**

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza
Blanca, Cañones Creek, Village of
Chama

**ORDER GRANTING NEW MEXICO'S MOTION TO JOIN
ADDITIONAL PARTIES DEFENDANT**

THIS MATTER is before the Court on the June 25, 2003 Motion to Join Additional Parties Defendant (Docket No. 7170) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the persons or entities listed in Exhibit A of the State's motion, including WILLIAM H. ALBERT, *et al*, are joined as parties defendant to this action.

                          /electronic signature/
                        JOHN EDWARDS CONWAY
                UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER