IN THE UNITED STATES DISTRICT COURT.
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Tierra Amarilla, Rio
 Brazos, Rutheron & Plaza Blanca,
Canones Creek, Village of Chama

Subfile No(s):
      CHTA-003-0024
      CHTA-003-0051
      CHRB-004-0043
      CHRB-004-0050
      CHRB-005-0004
      CHRB-005-0022
      CHRB-005-0029
      CHRB-006-0007
      CHRB-006-0011
      CHRB-006-0035
      CHRB-007-0004
      CHRB-007-0059
      CHRB-009-0012
      CHRB-009-0024
      CHRU-001-0001
      CHRU-001-007A
      CHRU-001-007B
      CHRU-004-0035
      CHCC-004-0014

## CERTIFICATE OF MAILING

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 2nd day of July, 2003:

1

7197

Subfile No. CHTA-003-0024
Docket No. 7172
Leo E. Rodela
P.O. Box 118
Tierra Amarilla, NM  87575

Subfile No. CHTA-003-0051
Docket No. 7173
Art Espinosa
HC 75 Box 126
Tierra Amarilla, NM  87575

Subfile No. CHRB-004-0043
Docket No. 7174
Chris R. Martinez & Laverne Martinez
P.O. Box 271
Tierra Amarilla, NM  87575

Subfile No. CHRB-004-0050
Docket No. 7175
Nancy Bell
HC 75 Box 29
Tierra Amarilla, NM  87575

Subfile No. CHRB-005-0004
Docket No. 7171
Edulia Estrada & Ramon Estrada
P.O. Box 222
Tierra Amarilla, NM  87575

Subfile No. CHRB-005-0022
Docket No. 7176
Loyda Rodela & Steven Rodela
P.O. Box 1
Tierra Amarilla, NM  87575

Subfile No. CHRB-005-0029
Docket No. 7177
Gumercindo F.C. Duran
HC 75 Box 20
Tierra Amarilla, NM  87575

Subfile No. CHRB-006-0007
Docket No. 7178
Gumercindo F.C. Duran
HC 75 Box 20
Tierra Amarilla, NM  87575

Subfile No. CHRB-006-0011
Docket No. 7179
Frutosa Duran
1805 Carte Adelina SW
Albuquerque, NM  87105-6007

Subfile No. CHRB-006-0035
Docket No. 7180
Candy S. Martinez & Jose L. Martinez
3048 Ole Ct.
Albuquerque NM  87111

Subfile No. CHRB-007-0004
Docket No. 7181
Walter Joseph Pina
P.O. Box 26
Los Ojos, NM  87551

Subfile No. CHRB-007-0059
Docket No. 7182
Reyes Salomon Torrez & Victoria M. Torrez
P.O. Box 115
Chama, NM  87520

Subfile No. CHRB-009-0012
Docket No. 7183
Laguna Vista Townsite Inc.
HC 75 Box 1152
Los Ojos, NM  87551

Subfile No. CHRB-009-0024
Docket No. 7184
Felicitas Trujillo
P.O. Box 574
Canjilon, NM  87515

2

Subfile No. CHRU-001-0001
Docket No. 7185
Gene M. Christiansen
HC 75 Box 1152
Los Ojos, NM 87551

Subfile No. CHRU-001-007A
Docket No. 7186
Claudia Hernandez & Tommy Hernandez
157 Highway 95 West
Rutheron, NM 87551

Subfile No. CHRU-001-007B
Docket No. 7187
Claudia Hernandez & Tommy Hernandez
157 Highway 95 West
Rutheron, NM 87551

Subfile No. CHCC-004-0014
Docket No. 7189
Elviria S. Abeyta & Jose M. Abeyta
P.O. Box 102
Los Ojos, NM 87551

Subfile No. CHRU-001-007A
Docket No. 7186
Claudia Hernandez & Tommy Hernandez
P.O. Box 149
Los Ojos, NM 87551

Subfile No. CHRU-001-007B
Docket No. 7187
Claudia Hernandez & Tommy Hernandez
P.O. Box 149
Los Ojos, NM 87551

Subfile No. CHRU-004-0035
Docket No. 7188
Barbara C. Fernandez
Miguel M. Fernandez
5733 Chaparral Circle NW
Albuquerque, NM 87114-4906

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Rick DeSimone, Waters Project Manager
Office of the State Engineer
121 Tijeras, NE Suite 2000
Albuquerque, NM 87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Mailing was mailed to the following persons on this 2nd day of July, 2003:

Special Master, Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor
Taradash & Bladh, LLP
200 West De Vargas, Ste. 9
Santa Fe, NM 87501

Marcus J. Rael Jr., Esq.
French & Associates, PC
500 Marquette Ave. N.W.
Albuquerque, NM 87120

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Ave. N.E.
Albuquerque, NM 87103-0271

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM 87504-0787

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., NW – Ste. 270
Albuquerque, NM 87102-2272

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

Rick DeSimone, Waters Project Manager
Office of the State Engineer
121 Tijeras, NE Suite
Albuquerque, NM 87102

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

4

Pierre Levy, Esq.
 Law Offices of Daniel J. O'Friel, Ltd.
 P.O. Box 2084
 Santa Fe, NM  87504-2084

NM Acequia Commission
c/o Jessie Bopp
Depart. Of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM  87503


_Ed Newville_
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe. NM  87504-5102
(505) 827-6150

5