IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-JEC-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court upon on the State of New Mexico's June 25, 2003 Motion Requesting an Order Setting Forth Priority Dates For Purposes of Priority Administration (Docket No. 7194). The Court, being fully advised, finds the motion is well taken and should be granted.

It is therefore ORDERED that the undisputed priority dates for the acequias and community ditches listed below are adjudicated as follows:

| | | |
|---|---|---|
| Acequia de Abeyta y Trujillo | | 1735 |
| Acequia del Pueblo de Abiquiu | | 1734 |
| Acequia del Barranco | | 1735 |
| Acequia de Karl Bode | | 1734 |
| Acequia del Rio de Chama | | 1724 |
| Acequia de Chili y la Cuchilla | 1715 | |
| Acequia de los Duranes | | 1724 |
| Acequia de los Gonzales | | 1734 |
| Acequia de Maestas | | 1734 |
| Acequia de Manzanres y Montoya | | 1724 |
| Acequia Mariano | | 1734 |
| Acequia de los Martinez | | 1724 |
| Acequia de Jose V. Martinez | | 1735 |
| Acequia Valentin Martinez | | 1734 |

| | |
|---|---|
| Acequia de la Puente | 1734 |
| Acequia de Quintana | 1734 |
| Acequia de Suazo | 1735 |
| Acequia de los Ranchitos | 1735 |
| Acequia de la Tierra Azul | 1734 |
| Acequia de Jose Ferran | 1734 |

It is further ORDERED that the State may treat Acequia de Chamita, Acequia de los Salazares, and Acequia de Hernandez as having equal priority senior to all other acequias on the mainstream of the Rio Chama for purposes of priority administration below Abiquiu Dam pending completion of the Special Master's report and a final determination as to the priority dates for these acequias.

          /electronic signature/
JOHN EDWARDS CONWAY
UNITED STATES DISTRICT JUDGE

Recommended for approval:

      /electronic signature/
Special Master Vickie L. Gabin