**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

03 JUL 16 AM 11: 23

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Cañones Creek, Section 7

## WAIVER OF SERVICE OF SUMMONS

To:    Edward G. Newville
       State Engineer Office
       P.O. Box 25102
       Santa Fe, NM 87504-5102

     I acknowledge receipt of your request that I waive service of a summons in the action
of State of New Mexico *ex rel.* State Engineer v. Aragon, which is case number 69cv07941
JEC-ACE in the United States District Court for the District of New Mexico. I have also
received a copy of the complaint in the action, two copies of this instrument, and a means by
which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be
served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil
Procedure.

     I (or the entity on whose behalf I am acting) will retain all defenses or objections to
the adjudication suit or to the jurisdiction or venue of the court except for objections based on
a defect in the summons or in the service of the summons.

     I understand that the time allowed within which I must answer the complaint was
extended pursuant to the procedural order entered by the court on November 19, 2002, and
that I am not obligated to file an answer until December 31, 2003.

Signature    N.M. FOREST
             CONSERVATION E.M.N.R.D
             FORESTRY DIV.

JOANNA PRUKOP

Printed or typed name

1220 S. St. Francis Dr.

07·14·03

Address Santa Fe, NM 87505

Date

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Waiver of Service of Summons                    2                    N.M. FOREST CONSERVATION
                                                                     E.M.N.R.D FORESTRY DIV.