IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Cañones Creek, Section 7

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW Joanna Prukop, Secretary, EMNRD and Arthur Blazer, Director, Forestry Division (please print your full name)
N.M. FOREST CONSERVATION E.M.N.R.D FORESTRY DIV.

and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHCC-004-0016 | ☐ | ☒ |

1. In answer to Complaint: For each subfile listed above, please initial in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
_____because
_____
_____

_____

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by
_____

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s)  __CHCC-004-0016__
_____because
The Energy, Minerals and Natural Resources Department, Forestry Division has no surface rights or use of surface water from the Rio Chama System, Canones Creek, Section 7. However, the Forestry Division does claim a right for a well RG-51679 declared on November 22, 1989. See attached Declaration of Owner of Underground Water Right and June 20, 2003 letter from Stermon M. Wells, Water Resource Allocation Program, New Mexico State Engineer Office.

(Attach additional pages if necessary)

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 7/14/03

_____
(Signature - N.M. FOREST CONSERVATION E.M.N.R.D FORESTRY DIV.)

_____

1220 South St. Francis Drive, Santa Fe, NM 87505
(Address: Print Clearly)

(505) 476-3200
(Phone Number: Print Clearly)

---

**IMPORTANT:** If you have been served with a summons and copy of the complaint in this action, or if you have waived service of process, you must file an answer in the United States District Court for the District of New Mexico by December 31, 2003. Any right you may have to use waters of the stream system may be adjudicated by default judgment in conformity with the State's proposed Consent Order if you fail to file an answer by December 31, 2003. The court's address is: 333 Lomas NW, Suite 270, Albuquerque, NM 87102, or P.O. Box 2384, Santa Fe, NM 87504. A copy of the answer filed with the district court must also be sent to the Office of the State Engineer, Litigation and Adjudication Program, P.O. Box 25102, Santa Fe, NM 87504-5102.

---

IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM.

# Declaration of Owner of Underground Water Right

BASIN NAME _____

Declaration No. _____  Date received _____

## STATEMENT

1. Name of Declarant **EMNRD - Forestry and Resources Conservation Division & See Co-Declarant**
   Mailing Address **P. O. Box 1948, 408 Galisteo, Santa Fe, NM  87504**
   County of **Santa Fe**, State of **New Mexico**

2. Source of water supply **Shallow Water Aquifer**
   (artesian or shallow water aquifer)

3. Describe well location under one of the following subheadings: Estimated
   a. **NE** ¼ **NW** ¼ **SW** ¼ of Sec. **6** Twp. **29N** Rge. **4E** N.M.P.M., in **Rio Arriba** County.
   b. Tract No. _____ of Map No. _____ of the _____
   c. X = **409,400** feet, Y = **2,095,600** feet, N. M. Coordinate System **Central** Zone
      in the **Tierra Amarilla** Grant.
   On land owned by **Frank G. and Natividad Chavez**.

4. Description of well: date drilled **9/63 (est.)** driller **unknown** depth **35** feet.
   outside diameter of casing **6½** inches; original capacity _____ gal. per min.; present capacity **15**
   gal. per min.; pumping lift _____ feet; static water level **10** feet (above) (below) land surface;
   make and type of pump **Gould, 10RJ, 1h.p.**
   make, type, horsepower, etc., of power plant _____
   Fractional or percentage interest claimed in well **50% Forestry and Resources Conservation Division**
   **50% Frank G. and Natividad Chavez**.

5. Quantity of water appropriated and beneficially used _____
   (acre feet per acre)   (acre feet per annum)
   for **indoor/outdoor domestic and fire suppression** purposes.

6. Acreage actually irrigated **.7** acres, located and described as follows (describe only lands actually irrigated):

| Subdivision | Sec. | Twp. | Range | Acres Irrigated | Owner |
|---|---|---|---|---|---|
|  | 6 | 29N | 4E | .5 | EMNRD - Forestry and Resources Conservation Division |
|  | 6 | 29N | 4E | .2 | Frank G. and Natividad Chavez |

(Note: location of well and acreage actually irrigated must be shown on plat on reverse side.)

7. Water was first applied to beneficial use **September** _____ **1963** and since that time
   month           day         year
   has been used fully and continuously on all of the above described lands or for the above described purposes except
   as follows: **no exceptions**

8. Additional statements or explanations **Well is located on land owned by Frank G. and Natividad Chavez. Payment for drilling of well, utilities and repairs have been the responsibility of the Forestry and Resources Conservation Division.**

I, **Anita Lockwood** being first duly sworn upon my oath, depose and say that the above is a full and complete statement prepared in accordance with the instructions on the reverse side of this form and submitted in evidence of ownership of a valid underground water right, that I have carefully read each and all of the items contained therein and that the same are true to the best of my knowledge and belief.

**Secretary**                **EMNRD-Forestry & Resources Cons. Div.**, declarant.

by: _____

Subscribed and sworn to before me this **4th** day of _____

My commission expires **Nov. 6, 1990**

OFFICIAL SEAL
ARMABELLE SANDOVAL
NOTARY PUBLIC - NEW MEXICO
NOTARY BOND FILED WITH SECRETARY OF STATE
My Commission Expires  11-6-____

* Name of Declarant: **Frank G. and Natividad Chavez**
  Mailing Address: **P. O. Box 131, Los Ojos, NM  87551**
  County of: **Rio Arriba**, State of: **New Mexico**



# STATE OF NEW MEXICO
## OFFICE OF THE STATE ENGINEER
### SANTA FE

John R. D'Antonio, Jr. P.E.
State Engineer

BATAAN MEMORIAL BUILDING, ROOM 101
POST OFFICE BOX 25102
SANTA FE, NEW MEXICO 87504-5102
(505) 827-6175
FAX: (505) 827-6138

June 20, 2003

Mr. Craig Daugherty
Timber Management Officer
New Mexico State Forestry / Chama District
HC 75, Box 100
Chama, New Mexico 87520

RE: State Forestry Division, Chama Well, File Number RG-51679

Dear Mr. Daugherty,

Thank you for your recent correspondence and copies from your files. After some review, we found that we already had a record of the well that the State Forestry Office in Chama is using. Our file number for that well is RG-51679, and our files reflect that it was declared by Frank and Natividad Chavez on November 22, 1989. The well is classified as a domestic well and is already permitted for maximum usage of 3.0 acre-feet per annum.

No further action is necessary at this time, it was a pleasure talking to you on the phone. If you have any other questions do not hesitate to call me at 827-6129.

Sincerely,

Stermon M. Wells
Water Resource Allocation Program
New Mexico State Engineer Office

Cc: District I Office, Albq.