IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO,

    Plaintiff,

vs.                                                                             No. CV-69-7941 JC

RAMON ARAGON et al.,

    Defendants

## **MINUTE ORDER**

Please be advised that the above captioned case has been reassigned from the Honorable John E. Conway, United States Senior Judge, to the Honorable Bruce D. Black, United States District Judge.

Kindly submit all further pleadings for the above captioned case as case number **CV-69-7941 BB, PER ORDER OF THE COURT.....**

                                                                                ROBERT M. MARCH, CLERK

                                                                          *(signature: Robert M March)*

                                                                          _____