IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941- JEC-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al., | ) ) | Sec. 3 - Canjilon, Cebolla, Las Nutrias |
| Defendants. | ) | Sec. 7 - Rito de Tierra Amarilla, Rio ) Brazos, Cañones Creek, Rutheron & |
| | ) ) | Plaza Blanca, Village of Chama |

NOTICE OF STATUS AND SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 53, and for the purpose of guiding the adjudication of non-federal, non-Pueblo water rights claims in Sections 3  (Canjilon Creek, Rio Cebolla, and Rio Nutrias) and 7 (Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama), a status conference is set for 9:30 a.m., Wednesday, September 10,  2003, in the Small Courtroom, second floor, United States District Court, South Federal Place, Santa Fe, N.M..   Involved counsel will report on the adjudication progress since the entry of the Procedural Orders for these Sections July 25, 2000, (Docket No. 5913), as amended, and November 19, 2002, (No. 6939), and propose appropriate procedural and scheduling orders.

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN