IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

03 JUL 28  AM II: 27

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

Subfile Nos.  CHGA-003-0003A
             CHGA-003-0003B
             CHGA-003-0003C
             CHGA-003-0003D
             CHGA-003-0004A
             CHGA-003-0004B
             CHGA-003-0005
             CHGA-004-0003
             CHGA-004-0004

## JOINT MOTION FOR EXTENSION OF TIME
## TO SERVE OBJECTIONS TO SPECIAL MASTER' REPORTS

Plaintiff State of New Mexico, *ex rel.* State Engineer and Defendants Abram Cordova and Faye Davis, by and through their attorneys, jointly move the Court to enter an Order extending the time in which to file objections to the Special Master's Reports filed July 20, 2003 and July 23, 2003. As grounds for this motion, movants state:

1.    Notice of Filing of Special Master's Report and Recommendations on disputed subfiles CHGA-003-0003A, CHGA-003-0003B, CHGA-003-0003C, CHGA-003-0003D, CHGA-003-0004A, CHGA-003-0004B, and CHGA-003-0005 was filed with the Court on July 20, 2003 (docket 7203).

2.    Notice of Filing of Special Master's Report and Recommendations on disputed subfiles CHGA-004-0003 and CHGA-004-0004 was filed with the Court on July 23, 2003 (docket

7207

7204).

     3.      Fed R. Civ. Pro. Rule 53(e)(1) provides that parties may serve written objections upon other parties within ten days after being served with notice of filing of the Special Master's Report and Reccomendations.

     4.      Counsel for the State and counsel for the defendants have both scheduled substantial vacation time during the month of August when the deadlines for filing objections will fall.

     5.      Counsel requests the Court to extend the deadlines for serving written objections to the Special Master's Report and Recommendations filed July 20 and July 23, 2003 until September 1, 2003.

DATED: July 28, 2003

                                    Respectfully submitted,

                                    *Ed Newville*

                                    EDWARD G. NEWVILLE
                                    Special Assistant Attorney General
                                    Office of the State Engineer
                                    P.O. Box 25102
                                    Santa Fe, NM 87504-5102
                                    (505) 827-6150

                                    telephonically approved 7/25/03
                                    MARY E. HUMPHREY
                                    Attorney for Defendants
                                    P.O. Box 1574
                                    El Prado, NM 87529-1574
                                    (505) 758-2203

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Motion for Extension of Time was mailed to the following persons on July **28**, 2003.

Edward G. Newville

## RIO CHAMA SECTION 5 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager,
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

NM Acequia Commission
c/o Jessie Bopp
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

3