IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

03 JUL 30 AM 10: 10

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
Plaintiff, )
 )  69cv07941-BDB-ACE
-v- )
 )  RIO CHAMA STREAM SYSTEM
RAMON ARAGON, et al., )
 )
Defendants. )
_____)

## NOTICE OF FILING

On July 28, 2003, the Special Master filed a Report summarizing the case management and the progress in the above captioned case and a Motion for approval of interim fees and expenses (Docket No. 7206).

_____
SPECIAL MASTER VICKIE L. GABIN

7208