IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

03 JUL 29 AM 10:28

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JC

RIO CHAMA STREAM SYSTEM

SECTION 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek
Subfile No. CHCB-003-00015B

ENTRY OF APPEARANCE

Comes not the undersigned duly licensed attorney and hereby makes his Entry of Appearance in behalf of the Defendants David Archuleta and Lydia Archuleta, his wife, in the above entitled cause and Subtile No. CHCB-003-0001B and hereby demand all corresponsence, pleadings and information that will help resolve the issues herein.

Dated this July 25, 2003.

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507
Telephone & FAX: 1-505-471-3053

I certify a copy of the foregoing pleading was served and mailed to Ed Newville, Special Assistant Attorney General, PO Box 25102, Santa Fe, NM 87504-5102, postage prepaid, on July 28, 2003.

7209