IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

STATE OF NEW MEXICO, ex rel.,
State Engineer,
    Plaintiff,

v.

Various Water Rights Claimants
in Stream System Adjudications
    Defendants.

03 JUL 30 AM 10:09

69cv07941-BDB (Rio Chama)
83cv01041-MV (Rio Jemez)
cv2074xx-BDB (Santa Cruz)
cv18650-BDB (Truchas)
69cv07896-BDB (Rio Taos)
cv0 7939-BDB (Rio Hondo)
01cv00072-BDB (Rio Zuni)

### AFFIDAVIT

I, Betty Jackson, being first duly sworn, depose and say:

1.    I am the Financial Administrator of the United States District Court of the District of New Mexico. I have personal knowledge of the operations and details of my department, including matters involving the operation and status of the court account maintained in order to manage the funds relating to the Special Masters and their contracted or appointed staff for services rendered and expenses incurred in connection with water adjudications in this District Court.

2.    The court account in which funds received from the United States Department of Justice and the New Mexico State Engineer Office are deposited and from which payments are made to the Special Masters and their contracted or appointed staff is numbered 1:66-CV-6639M;

3.    As of July 17, 2003 the court account numbered 1:66-CV-6639M contained $136,813.92

Further, affiant sayeth naught. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

                                                                         *Betty A. Jackson*
                                                         Betty Jackson, Financial Administrator

State of New Mexico
County of Bernalillo
Subscribed and sworn to before me this __30th__ day of July 2003 as an authorized Deputy Clerk authorized to administer oaths and pursuant to 28 U.S.C. Section 953.

*Evonne Romero*