IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Village of Chama, Section 7 |

## NOTICE OF FILING OF THE RIO CHAMA STREAM SYSTEM VILLAGE OF CHAMA SECTION HYDROGRAPHIC SURVEY

COMES NOW Plaintiff State of New Mexico *ex rel.* State Engineer and gives notice that the hydrographic survey report for the Village of Chama Section of the Rio Chama Stream System was filed with the Court on August 5, 2003. Additional copies of the report are available for inspection by appointment during regular business hours at the Office of the State Engineer, Water Rights Protection and Adjudication Program, Santa Fe, New Mexico. The completion of this hydrographic survey report completes the hydrographic survey of the Rio Chama Stream System by the Office of the State Engineer.

Respectfully submitted,

*/s/ Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the Notice of Filing of the Rio Chama Stream System Village of Chama Section Hydrographic Survey were mailed to the following persons on August __5__, 2003.

_____
Edward G. Newville

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE
Albuquerque, NM 87103-0271

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.

Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington,
Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

NM Acequia Commission
c/o Jessie Bopp
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507



New Mexico Office of the State Engineer
Litigation and Adjudication Program

Rio Chama Stream System
Section 7     Volume 5
Village of Chama
Hydrographic Survey

July 31, 2003



# STATE OF NEW MEXICO
## OFFICE OF THE STATE ENGINEER

John R. D'Antonio, Jr.  
State Engineer

LITIGATION & ADJUDICATION  
PROGRAM  
130 South Capitol  
Santa Fe, New Mexico 87501

Mailing Address:  
P.O. Box 25102  
Santa Fe, NM 87504-5102  
Telephone: (505) 827-6150  
Fax: (505) 827-3887

July 31, 2003

Patricia Madrid  
Attorney General, State of New Mexico

c/o Mr. D.L. Sanders  
Special Assistant Attorney General  
P.O. Box 25102  
Santa Fe, New Mexico 87504

Dear Attorney General:

    Transmitted herewith in accordance with NMSA § 72-4-15 is the completed Hydrographic Survey of the Village of Chama drainage area of the Chama River in Rio Arriba County, New Mexico.

    This survey was performed pursuant to NMSA § 72-4-13 and was completed on July 31st 2003. The survey includes an investigation of water rights appurtenant to 2934.9 acres of land within the Village of Chama area of the northern Rio Chama. Of the 2934.9 surveyed acres, 2119.4 were found to be presently irrigated and to have a water right, 49.1 acres were found to be presently fallow but to have an established water right and 766.4 acres were determined to have no valid water right.

    In my capacity as State Engineer and in compliance with the above cited statutes, I am requesting you proceed to a final adjudication of all rights to the use of the surface and ground water in the Village of Chama drainage area of the Rio Chama.

Sincerely,

John R. D'Antonio, Jr. PE,  
New Mexico State Engineer

New Mexico Office of the State Engineer
Litigation and Adjudication Program
Hydrographic Survey Bureau

Rio Chama Stream System
Section 7 Volume 5
Village of Chama
Hydrographic Survey

July 31, 2003

INTRODUCTION ........................................................................................................ iii
    Directive to Perform Rio Chama Hydrographic Surveys .................................. iii
    Status of Rio Chama Sub-basin Hydrographic Surveys .................................... iii

DESCRIPTION OF THE VILLAGE OF CHAMA HYDROGRAPHIC SURVEY ..... iv
    Description of the Village of Chama area ........................................................ iv
    Availability of Evidence of Water Use on the Village of Chama ..................... iv
    Aerial Photography ............................................................................................ iv
    Field Control ....................................................................................................... v
    Detailed Field Inspections .................................................................................. v
    Interpretation of 1958 and 1995 Evidence of Irrigated Status ........................... v
    Final Mapping ................................................................................................... vi
    Irrigated Acreage Surveyed and Water Right Status ........................................ vi

QUANTIFICATION OF IRRIGATION WATER REQUIREMENTS ....................... vi

DEFINITIONS USED IN QUANTIFYING IRRIGATION WATER
REQUIREMENTS ..................................................................................................... vi
    Consumptive Use .............................................................................................. vi
    Effective Rainfall .............................................................................................. vi
    Consumptive Irrigation Requirements ............................................................. vi
    On-farm Irrigation Efficiency .......................................................................... vi
    Farm Delivery Requirement ........................................................................... vii
    Off-farm Conveyance Efficiency ................................................................... vii
    Project Diversion Requirement or Off-farm Diversion Requirement ........... vii

GENERAL PROCEDURE FOR QUANTIFYING IRRIGATION WATER
REQUIREMENTS .................................................................................................... vii

QUANTIFYING WATER REQUIREMENTS FOR CROPLAND IRRIGATED WITH SURFACE WATER IN VILLAGE OF CHAMA AND VICINITY ............ ix

    Cropping Pattern ............ ix
    Weather Data ............ x
    Growing or Irrigation Seasons ............ xi
    Consumptive Use (U) or Evapotranspiration (ETc) Computed Using the Original Blaney-Criddle Method ............ xi
    Effective Rainfall (Re) Computed Using the USBR Method ............ xii
    Consumptive Irrigation Requirement (CIR) ............ xiii
    Crop Distribution Ratios (CDR) ............ xiii
    Weighted Consumptive Irrigation Requirement ............ xiii
    Farm Delivery Requirement ............ xiv
    Project Diversion Requirement ............ xiv

CONCLUSION ............ xv

REFERENCES ............ xvi

Findings of the Hydrographic Survey ............ 1

Appendix A: Blaney-Criddle Calculations ............ A-1

Appendix B: Abstracts of Surface Water Right Declaration Filings ............ B-1

Appendix C: Abstracts of Surface Water Right Permit Filings ............ C-1

Appendix D: Abstract of Declared Commercial/Domestic and Irrigation Well Water Right Filings ............ D-1

Appendix E: Alphabetical List of Water Right Claimants ............ E-1

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE.