IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

03 AUG -6 PM 2:26

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

### STATUS REPORT

COMES NOW the plaintiff State of New Mexico *ex rel.* State Engineer and files this status report in connection with settlement and historic use questions involving the following defendants and subfiles:

| | |
|---|---|
| FRANK C. SENA | CHTA-001-0001 |
| JOHN M. SENA | CHTA-001-0001 |
| AGRIPINA G. SALAZAR | CHTA-001-0002 |
| VICTOR SALAZAR, SR. | CHTA-001-0002 |
| ELLIS GORDON SCHLEGEL | CHTA-002-0001 |
| ASCENCION LABRIER | CHTA-002-0002 |
| HEIRS OF CARLOTA L. MARTINEZ | CHTA-002-0003, CHTA-003-0001 |

Following the pretrial conference held on June 4, 2003 (*see* order setting pretrial conference filed May 14, 2003 (docket 7129)), the above named defendants decided not to engage the services of a professional historian at this time to research settlement and historic use questions in connection

7212

with the land under the above listed subfiles. Instead, the defendants have asked Damián Eturriaga, a life-long resident of the area who was also present at the pretrial conference, to collect and assemble any information and documents that support the defendants' claims of pre-1907-use of water, and to present this information to the State's historian, John O. Baxter, for his evaluation and review.

Mr. Eturriaga has assembled a considerable amount of documentary information and he is in the process of organizing this information in an understandable format. Although he is presently engaged in various seasonal ranching activities, Mr. Eturriaga believes he will be able to complete the compilation of this information by the end of September. After he has been able to meet with the defendants in September to discuss the information he has compiled, he will provide all of the documents and information to John O. Baxter. Mr. Eturriaga has also suggested that it may be helpful for Dr. Baxter to see certain landmarks in order to understand the boundaries described in various deeds, and to correctly locate the land described in those deeds. The State agrees in principle with this proposal and will suggest to Dr. Baxter that such a field excursion may be helpful.

Until the State has had an opportunity to review and evaluate the information Mr. Eturriaga intends to submit, it is unable to state whether or not additional research by Dr. Baxter may be necessary, or estimate how long this may take. For this reason, the State makes no proposal for a hearing schedule in connection with these subfiles at this point in time.

Respectfully submitted,

*/s/ Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Status Report were mailed to the following persons on August __6__, 2003.

/s/ Edward G. Newville
Edward G. Newville

Frank C. Sena
John M. Sena
9700 Rio Grande NW
Albuquerque, NM 87114

Victor Salazar, Sr.
Agripina G. Salazar
P.O. Box 324
Tierra Amarilla, NM 87575

Ellis Gordon Schegel
P.O. Box 309
Tierra Amarilla, NM 87575

Ascension Labrier
P.O. Box 29 Ensenada Route
Tierra Amarilla, NM 87575

Heirs of Carlota L. Martinez
c/o Frank A. Martinez
Seven Springs Fish Hatchery
346 Forest Rd #34
Jemez Springs, NM 87025

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE
Albuquerque, NM 87103-0271

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
c/o Jessie Bopp
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

3