IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,

    Plaintiff,

  vs.                                                                    CV 69-7941 BB-ACE

RAMON ARAGON, et al.,

    Defendants.

## ORDER

The Plaintiff State of New Mexico, Defendant Abram Cordova and Defendant Faye Davis' Joint Motion for Extension of Time to Serve Objections to Special Master's Reports, filed July 28, 2003, is **GRANTED**.  The deadline for serving written objections to the Special Master's Report and Recommendations, filed July 20 and July 23, 2003, is hereby extended until September 1, 2003.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE