## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* | ) | **Filed electronically** |
| **State Engineer** | ) | **September 8, 2003** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **69cv07941 BB** |
| | ) | |
| **v.** | ) | **RIO CHAMA STREAM SYSTEM** |
| | ) | |
| **RAMON ARAGON** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND
### NOTICE OF APPOINTMENT OF SUBSTITUTE ATTORNEY

COMES NOW Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP, counsel for defendant **PUEBLO OF SAN JUAN** and pursuant to D.N.M. LR-Civ. 83.8(a) moves this court for an Order allowing it to withdraw from its representation of **PUEBLO OF SAN JUAN**. Defendant Pueblo of San Juan approves of this withdrawal and gives notice that it will be represented in these proceedings by the law firm of Sonosky, Chambers, Sachse, Endreson & Mielke, LLP, 500 Marquette Ave. NW #700, Albuquerque, NM 87102, Telephone number 505-247-0147; Fax number 505-843-6912.

*Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP, continues in its representation of the Jicarilla Apache Nation in this matter and, therefore, remains on the service list.*

A proposed form of Order accompanies this Motion.

Dated this 8th day of September 2003.

Respectfully submitted,

_____
Lester K. Taylor and Susan G. Jordan
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP


(Telephonically approved)_____
David Mielke
Sonosky, Chambers, Sachse, Endreson & Mielke, LLP

(Telephonically approved)_____
Earl Salazar, Governor
Pueblo of San Juan

## CERTIFICATE OF SERVICE

It is hereby certified that on the 8th day of September 2003, a true and correct copy of the

foregoing **UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND NOTICE**

**OF APPOINTMENT OF SUBSTITUTE ATTORNEY** was served upon the following parties

by First Class mail, postage prepaid:

Carol S. Musrey

Vickie L. Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Frank M Bond Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Steven Bunch, Esq.
N.M. Hwy. & Transp. Dept.
P.O. Box 1149
Santa Fe, NM 98504-1149

Joseph Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
Assistant Attorney General
6301 Indian School Rd NE Ste. 400
Albuquerque, NM 87110

Charles T. DuMars
John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103

David Benavides
Northern NM Legal Services
P.O. Box 5175
Santa Fe, NM 87502-5175

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
U.S. Department of Justice
Suite 945, North Tower
999 Eighteenth Street
Denver, CO 80202

Darcy S. Bushnell
Water Rights Attorney
USDC-DCNM
333 Lomas NW
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
Attorney for Defendant J.R. Martinez Estate
P. O. Box 339
Tierra Amarilla, NM 87575

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson P.C.
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

-3-

Randolf B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, NM  87504-2068

Paula Garcia
NM Acequia Association
P.O. Box 1229
Santa Cruz, NM 87567

Wilfred Gutierrez, Chair
NM Acequia Commission
P.O. Box 190
Velarde, NM 87582

K. Janelle Haught, Esq.
N.M. Human Services Dept.
P.O. Box 1149
Santa Fe, NM  87504-1149

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Mary Ann Joca, Esq.
Office of General Counsel
517 Gold Ave. SW, Rm. 4017
Albuquerque, NM  87103

Pierre Levy, Esq.
Daniel J. O'Friel, Ltd.
P. O. Box 2084
Santa Fe, NM 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. NW
Albuquerque, NM 87120

Kàrla McCall
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Ed Newville, Esq.
Lisa D. Brown, Esq.
Special Assistant Attorney General
State Engineer Office Legal Division
P.O. Box 25102
Santa Fe, NM  87504-5102

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy, P.A.
P.O. Box 787
Santa Fe, NM  87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa NW
Albuquerque, NM 87120

Peter Shoenfeld
P.O. Box 2421
Santa Fe, NM  87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Norm Vogt *pro se*
P. O. Box 488
Likely, CA 96116

Fred Vigil, Pro Se
P.O. Box 687
Mendanales, NM  87548-0687

Fred J. Waltz
P.O. Box 6390
Taos, NM  87571

C. Mott Woolley, Esq.
112 W. San Francisco St.
Suite 312 D
Santa Fe, NM  87501