IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) ) |
| Plaintiff, | ) ) ) 69cv07941 BB ) |
| v. | ) RIO CHAMA STREAM SYSTEM ) |
| RAMON ARAGON *et al.*, | ) ) |
| Defendants. | ) |

**ORDER APPROVING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTE COUNSEL FOR DEFENDANT PUEBLO OF SAN JUAN**

THIS MATTER is before the Court on the Unopposed Motion of Lester K. Taylor and Susan G. Jordan of Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP to withdraw as counsel for the Pueblo of San Juan and to substitute David Mielke of Sonosky, Chambers, Sachse, Endreson & Mielke, LLP. Having reviewed and considered the motion, and being otherwise fully advised, the motion is granted.

IT IS SO ORDERED.

                                                              Bruce D. Black
                                                              United States District Judge

Respectfully submitted by:

(Filed electronically 09/08/03)
Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP

Telephonically approved by:
David Mielke
Sonosky, Chambers, Sachse, Endreson & Mielke, LLP
and
Earl Salazar
Governor, Pueblo of San Juan