UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Sept 12, 2003

### CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of NM v Aragon 69cv07941-BB-ACE
Rio Chama Adjudication, Sec 3 & 7

DATE OF HEARING: September 10, 2003          TIME: 9:30 a.m.

COUNSEL:

SEE ATTACHED LISTS

NOTES: Re: Notice # 7205 filed 7-23-2003
Status Conference was held as scheduled at the USDC small courtroom in Santa Fe
Matters discussed:
1) adjudication procedure in Sections 3 and 7 since entry of July 25, 2000 procedural orders (# 5913)
2) and November 19, 2002 procedural order (# 6939)
2) Further appropriate procedures and scheduling

COURT REPORTER:
Connie Jurado
Paul Baca Professional Court Reporters
500 4th Street NW, Suite 105
PO Box 1868
Albuquerque, NM 87103
505/843-9241    Fax 505/843-9242

7220