IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

03 SEP 19 PM 2: 21

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

Subfile No.: CHRB-004-0039

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

        ERNESTINE GARCIA
        PETE GARCIA
        PETER GARCIA JR.

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

**RECEIVED**

JUN 2 0 2003

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

7238

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Brazos, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0436
**Priority:** Reserved for future determination by court order entered November 26, 2001.
**Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:**    ENSENADA DITCH
    **Location X:** 1,571,054 feet **Y:** 2,087,568 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.6 acres |
| | Total | 1.6 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-004-0039

**Amount of Water:** Reserved for future determination by court order entered November 26, 2001.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _Ernestine Garcia_  
ERNESTINE GARCIA  
ADDRESS: P.O. Box 123  
Tierra Amarilla, NM 87575  
DATE: 06-19-03

ACCEPTED: _Pete Garcia_  
PETE GARCIA  
ADDRESS: P.O. Box 123  
Tierra Amarilla N.M  
87575-123  
DATE: 06-19-03

ACCEPTED: _Peter Garcia Jr._  
PETER GARCIA JR.  
ADDRESS: P.O. Box 123  
Tierra Amarilla, NM 87575  
DATE: 6-19-03

_Ed Newville_  
EDWARD G. NEWVILLE  
Special Assistant Attorney General

6-20-03  
Date



| LEGEND | | STATE OF NEW MEXICO Office of the State Engineer John R. D'Antonio, Jr., P.E., State Engineer | Subfile Number **CHRB 004-0039** Ensenada Ditch AMENDED June 6, 2003 |
|---|---|---|---|
| Irrigated Tract Boundary | ● Point of Diversion | | |
| No Right Tract Boundary | ◐ Well | 1 inch = 200 feet | |
| Seeped Area | ✸ Spring | Rio Chama Hydrographic Survey Rio Brazos Section | |
| ▸ Operable Ditch | (F) Fallow | | |
| -- -- Inoperable Ditch | (NR) No Right | | |
| — Stock Ponds / Reservoir | | | |

004-0039
A 1.6 ac.