# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

03 SEP 19 PM 2: 22

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Cañones Creek, Section 7

**Subfile No.: CHCC-002-0007**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### JACQUELYN BAXSTROM

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

**RECEIVED**

JUL 1 5 2003

OFFICE OF THE STATE ENGINEER
LEGAL SERVICES DIVISION

7254

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Cañones Creek, Section 7, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  1975

**Priority:** Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
      **Ditch Name:**  SARGENT CAÑONES DITCH
      **Location X:** 1,551,185  feet  **Y:**  2,115,764  feet
      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 33.5  acres |
| | Total | 33.5  acres |

      As shown on the 2000 Hydrographic Survey Map CHCC- 2.

**Amount of Water:** Reserved for future determination by court order entered November
                26, 2001.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Cañones

Creek, Section 7, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Cañones Creek,

Section 7, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

Consent Order                         2                    Subfile No.: CHCC-002-0007

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____

UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____

SPECIAL MASTER

ACCEPTED: _Jacquelyn Baxstrom_
JACQUELYN BAXSTROM

ADDRESS: _Box 768_
_Chama N.M._
_87520_

DATE: _.7-14-03_

Consent Order                    3                    Subfile No.: CHCC-002-0007

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

7-21.03
Date

*Sargent Canones Ditch*

002-0007
A 14.8 ac.

002-0007
A 5.6 ac.

002-0007
A 13.1 ac.



LEGEND

☐ Irrigated Tract Boundary

▩▩ No Right Tract Boundary

■ Seeped Land

▶ Operable Ditch / Lateral

– – Inoperable Ditch / Lateral

— Reservoir / Stock Pond

● Point of Diversion

Ⓕ Fallow

Ⓝⓡ No Right

N
W — E
S

1 inch = 300 feet

0  50 100  200  300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Thomas C. Turney, State Engineer**

**Rio Chama Hydrographic Survey**
**Canones Creek Section**

Subfile Number
**CHCC 002-0007**
Sargent Canones Ditch
December 31, 2002

