IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.* )
State Engineer )
)
Plaintiff, )
) . 69cv07941 BB
)
v. )   RIO CHAMA STREAM SYSTEM *et al.*
)
RAMON ARAGON *et al.*, )
)
Defendants. )

FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 3 0 2003

CLERK

ORDER APPROVING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
AND ENTRY OF APPEARANCE OF SUBSTITUTE COUNSEL FOR DEFENDANT
PUEBLO OF SAN JUAN

THIS MATTER is before the Court on the Unopposed Motion of Lester K. Taylor and

Susan G. Jordan of Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP to withdraw as counsel

for the Pueblo of San Juan and to substitute David Mielke of Sonosky, Chambers, Sachse,

Endreson & Mielke, LLP.  Having reviewed and considered the motion, and being otherwise

fully advised, the motion is granted.

IT IS SO ORDERED.

Bruce D. Black
United States District Judge

Respectfully submitted by:

(Filed electronically 09/08/03)
Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP

Telephonically approved by:
David Mielke
Sonosky, Chambers, Sachse, Endreson & Mielke, LLP
and
Earl Salazar
Governor, Pueblo of San Juan

7258