IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.,*

    Defendants.

CV 69-7941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

Subfile Nos.  CHGA-003-0003A
    CHGA-003-0003B
    CHGA-003-0003C
    CHGA-003-0003D
    CHGA-003-0004A
    CHGA-003-0004B
    CHGA-003-0005

**MOTION FOR ACTION ON SPECIAL MASTER'S REPORT**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), and pursuant to Fed. R. Civ. Proc. 53(e)(2) moves this Court for action on the Special Master's Report and Recommendations on Disputed Subfiles ("Report") filed July 21, 2003 (Docket 7202). Defendant Faye Davis filed Objections to the Report on September 4, 2003 (Docket No. 7216), to which the State responded on September 22, 2003 (Docket No. 7256).

Counsel for Defendant Davis concurs in this motion.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the State of New Mexico's Motion for Action on Special Master's Report was mailed to following persons on September  30 , 2003.

                                                /s/ Ed Newville
                                                Edward G. Newville

## RIO CHAMA SECTION 5 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th ST., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Fred Vigil, NM Acequia Commission
c/o Jessie Bopp
Depart. Of Finance & Admin.
Bataan Memorial Building
Santa Fe, NM 87503