IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,                         CV 69-7941 BB-ACE

     vs.                              RIO CHAMA STREAM SYSTEM
                                      Section 5: Rio Gallina
RAMON ARAGON, *et al.,*

                                      Subfile Nos.   CHGA-004-0003
        Defendants.                       CHGA-004-0004

**MOTION FOR ACTION ON SPECIAL MASTER'S REPORT**

     COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), and pursuant to Fed. R. Civ. Proc. 53(e)(2) moves this Court for action on the Special Master's Report and Recommendations on Disputed Subfiles ("Report") filed July 23, 2003 (Docket 7203). The State filed Objections to the Report on September 2, 2003 (Docket No. 7215), to which Defendants Abram Cordova and Faye Davis responded on September 22, 2003 (Docket No. 7255).

     Counsel for the Defendants concurs in this motion.

                                                            Respectfully submitted,

                                                             /s/ Ed Newville
                                                         EDWARD G. NEWVILLE
                                                         Special Assistant Attorney General
                                                         Office of State Engineer
                                                         P.O. Box 25102
                                                         Santa Fe, NM 87504-5102
                                                         (505) 827-6150

## CERTIFICATE OF SERVICE

      I hereby certify that copies of the State of New Mexico's Motion for Action on Special Master's Report was mailed to following persons on September  30  , 2003.

                                                              /s/ Ed Newville
                                                               Edward G. Newville

## RIO CHAMA SECTION 5 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th ST., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Fred Vigil, NM Acequia Commission
c/o Jessie Bopp
Depart. Of Finance & Admin.
Bataan Memorial Building
Santa Fe, NM 87503