IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

    Plaintiff,

vs.

RAMON ARAGON, *et al.*

    Defendants.

03 OCT -1 PM 1:09

CLERK-ALBUQUERQUE

No. CV 07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Village of Chama, Section 7

## ENTRY OF APPEARANCE

COMES NOW Martin E. Threet and Associates (Martin E. Threet) and enters its appearance on behalf of Defendant, Cumbres and Toltec Scenic Railroad Corp.

Respectfully submitted,

MARTIN E. THREET AND ASSOCIATES

By: _____
Martin E. Threet by Joey B. Wright
Attorney for Cumbres and Toltec Scenic Railroad Corp.
6400 Uptown Blvd. NE, Suite 500 W
Albuquerque, New Mexico 87110
Telephone: (505) 881-5155

I HEREBY CERTIFY that a true and
correct copy of this Entry of Appearance
was mailed to Edward G. Newville,
Special Assistant Attorney General,
Office of the State Engineer, Post Office
Box 25102, Santa Fe, NM 87504-5102

_____ on 9/30/03
Joey B. Wright for Martin E. Threet