IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>             Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>             Defendants. | CV 69-7941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

### MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them.  In support of this motion, the State asserts:

1.      The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Joseph Valdez | CHTA-003-0045 | Rt 4 Box 23B, Hernandez NM 87537 |
| Rachel Valdez | CHTA-003-0045 | Rt 4 Box 23B, Hernandez NM 87537 |
| Berthina Romero | CHTA-003-0052 | PO Box 38, Tierra Amarilla NM 87575 |
| Roberto Romero | CHTA-003-0052 | PO Box 38, Tierra Amarilla NM 87575 |
| Patrick Samora | CHTA-004-0001B | P.O. Box 55, Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Renee Romero Samora | CHTA-004-0001B | P.O. Box 55, Tierra Amarilla NM 87575 |
| Andrew Romero | CHTA-004-0001C | 8115 Rancho Parizo, ABQ NM 87120 |
| Martin Romero | CHTA-004-0001D | 6599 Habra Lane NE, ABQ NM 87109 |
| Veronica Romero de Chavez | CHTA-004-0001E | 8401 Nampton NE, ABQ NM 87122 |
| Alajandro Chavez | CHTA-004-0001E | 8401 Nampton NE, ABQ NM 87122 |
| Dolores Rena Romero | CHTA-004-0001F | 4348 Cañada Place NW, ABQ NM 87114 |
| Roman Romero | CHTA-004-0001F | 4348 Cañada Place NW, ABQ NM 87114 |
| Rita Madrid | CHRB-003-0003 | 4817 Shallow Creek Drive, Kennesaw Georgia 30144 |
| Carla A. Vigil | CHRB-003-0003 | PO Box 79, Dulce NM 87528 |
| Carol Gomez | CHRB-003-0003 | PO Box 811, Dulce NM 87528 |
| Michael Gomez | CHRB-003-0003 | PO Box 93, Lumberton NM 87528 |
| George K. Galvan | CHRB-006-0023 | PO Box 155, Tierra Amarilla NM 87575 |
| Valentina V. Galvan | CHRB-006-0023 | PO Box 155, Tierra Amarilla NM 87575 |
| Beronice I. Arechuleta | CHRB-006-0025A | PO Box 413, Tierra Amarilla NM 87575 |
| Richard Archuleta | CHRB-006-0025C | PO Box 192, Los Ojos NM 87551 |
| Margarita R. Trujillo | CHRB-006-0026 CHRB-007-0008 | PO Box 13, Los Ojos NM 87551 |
| Ben and Lucy Maestas Trust | CHRU-004-0023 | c/o Mike Chavez, 14332 La Cueva NE, ABQ 87123 |
| Bonsall D. Johnson | CHCV-002-0025 | PO Box 967, Chama NM 87520 |
| Wenda L. Johnson | CHCV-002-0025 | PO Box 967, Chama NM 87520 |

| | | |
|---|---|---|
| Mary Phipps | CHCV-002-0046 | c/o Warren F. Phipps, PO Box 4913, Pagosa Springs CO 81157 |
| Warren Phipps | CHCV-002-0046 | c/o Warren F. Phipps, PO Box 4913, Pagosa Springs CO 81157 |
| Los Campos de Chama, LLC | CHCV-003-0009 CHCV-004-0002 | c/o C. Mott Woolley, Esq., 112 West San Francisco, Santa Fe NM 87501 |
| Andrew Hurd | CHCV-003-0029B | PO Box 745, Chama NM 87520 |
| Daniel Hurd | CHCV-003-0029B | PO Box 745, Chama NM 87520 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2.   The persons or entities listed above are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 7 of the Rio Chama Stream System. DATED: October 9, 2003.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Motion to Join Additional Parties Defendant were mailed to following persons on October __10__, 2003.

/s/ Ed Newville
Edward G. Newville

### RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE
Albuquerque, NM 87102-3541

Susan G. Jordan, Esq.

Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.

Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503