IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

03 OCT 14  AM 8:41

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,
Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias
Rio Cebolla, Canjilon Creek

Subfile Nos:  CHCJ-002-0010
CHCJ-002-0040
CHCJ-003-0060
CHCJ-004-0006A
CHCJ-007-0001

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 13th day of October, 2003:

Subfile No. CHCJ- 002-0010
Docket No. 7223
Melissa Martinez
Ray Martinez
P.O. Box 506
Canjilon, NM 87515

Subfile No. CHCJ-002-0040
Docket No. 7225
Amalia M. Baca
Paul R Baca
P.O. Box 477
Canjilon, NM 87515

Subfile No. CHCJ-003-0060
Docket No. 7226
Marcia H. Maestas
Mike Maestas
3333 Montclaire N.E.
Albuquerque, NM 87110

Subfile No. CHCJ-004-0006A
Docket No. 7227
Jean Childers
2546 S. Lewiston St.
Aurora, CO 80013

1

7266

<u>Subfile No. CHCJ-007-0001</u>
Docket No. 7219
Presbyterian Church (USA)
Ghost Ranch at Abiquiu
Box 6390
Taos, NM 87571

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 13th day of October, 2003:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

NM Acequia Commission,
Fred Vigil
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150