# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7:Tierra Amarilla, Rio
Brazos, Rutheron & Plaza Blanca,
Canoñes Creek, Village of Chama

Subfile No(s):
> CHTA-003-0042
> CHTA-003-0045
> CHTA-004-0008
> CHTA-004-0036
> CHTA-004-0038
> CHRU-001-0009
> CHRU-001-0012
> CHRU-003-0003
> CHRU-003-0010
> CHRU-004-0003
> CHRU-004-0005
> CHRU-004-0007
> CHRU-004-0021
> CHCC-001-0004
> CHCC-002-0007
> CHRB-009-0014
> CHRB-007-0012
> CHRB-006-0042
> CHRB-006-0028
> CHRB-006-0004
> CHRB-005-0002
> CHRB-004-0039
> CHRB-004-0008
> CHRB-003-0029
> CHRB-003-0019
> CHRB-003-0020
> CHRB-003-0012
> CHRB-007-0022
> CHRB-007-0057
> CHRB-003-0028

**FILED**
UNITED STATES DISTRICT COURT

OCT 1 4 2003

Robert M. March
CLERK

1

7267

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 13th day of October, 2003:

Subfile No. CHTA-003-0042
Docket No. 7229
Rosina L. Phillips
Route 1 Box 514 A
Las Vegas, NM  87701

Subfile No. CHTA-003-0045
Docket No. 7228
Joseph Valdez
Rachel Valdez
Route 4 Box 23B
Hernandez, NM  87537

Subfile No. CHTA-004-0008
Docket No. 7230
Angie Garcia
Tito Garcia
P.O. Box 63
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0036
Docket No. 7231
Rosina L. Phillips
Route 1 Box 514 A
Las Vegas, NM  87701

Subfile No. CHTA-004-0038
Docket No. 7233
Tony Casados Sr. & Sons. Prtn.
P.O. Box 186
Tierra Amarilla, NM  87575

Subfile No. CHRU-001-0009
Docket No. 7245
Sandra Sableman
P.O. Box 22
Lindrith, NM  87029

Subfile No. CHRU-001-0012
Docket No. 7246
David C. Beach
P.O. Box 864
Chama, NM  87520

Subfile No. CHRU-003-0003
Docket No. 7247
Frank S. Ulibarri
HC 75 Box 1030
Rutheron, NM  87551

Subfile No. CHRU-003-0010
Docket No. 7248
Martinez Trust
200 Roman's Lane
200 Bloomfield, NM 87413

Subfile No. CHRU-004-0005
Docket No. 7250
Pedro & Rose Torrez Trust
# 3 CR 5803
Farmington, NM 87401

Subfile No. CHRU-004-0021
Docket No. 7252
Catherine G. Martinez
Julio F. Martinez
P.O. Box 61
Tierra Amarilla, NM 87575

Subfile No. CHCC-002-0007
Docket No. 7254
Jacouelyn Baxtrom
Box 768
Chama, NM 87520

Subfile No. CHRB-007-0012
Docket No. 7243
Christie L. Spill
10225 Tuffs Ct.
Albuquerque, NM 87114

Subfile No. CHRB-006-0028
Docket No. 7241
Tito A. Rivera
P.O. Box 142
Chama, NM 87520

Subfile No. CHRU-004-0003
Docket No. 7249
Frank S. Ulibarri
HC 75 Box 1030
Rutheron, NM 87551

Subfile No. CHRU-004-0007
Docket No. 7251
Martinez Trust
200 Roman's Lane
Bloomfield, NM 87413

Subfile No. CHCC-001-0004
Docket No. 7253
Sherry D. Wingo
Turner A. Wingo
HC 75 Box 86 / 10 Canones Rd.
Chama, NM 87520

Subfile No. CHRB-009-0014
Docket No. 7244
Felix Madrid
Norma E. Madrid
10905 Farola Dr. NW
Albuquerque, NM 87114

Subfile No. CHRB-006-0042
Docket No. 7242
Bernie Ulibarri
P.O. Box 125
Las Ojos, NM 87551

Subfile No. CHRB-006-0004
Docket No. 7240
Tony Casados Sr. & Sons Partnership
P.O. Box 186
Tierra Amarilla, NM 87575

3

Subfile No. CHRB-005-0002
Docket No. 7239
Joseph A. Martinez
HC 75 Box 18
Tierra Amarilla, NM  87575

Subfile No. CHRB-004-0039
Docket No. 7238
Ernestine Garcia
Pete Garcia
Peter Garcia Jr.
P.O. Box 123
Tierra Amarilla, NM  87575-123

Subfile No. CHRB-004-0008
Docket No. 7237
Don Mell Mulder
5415 Murchison SW
Albuquerque, NM  87121

Subfile No. CHRB-003-0029
Docket No. 7236
Epimenia B. Gallegos
P.O. Box 93
Los Ojos, NM  87551

Subfile No. CHRB-003-0019
Docket No. 7235
Sanchez Family Trust
P.O. Box 131
Los Ojos, NM  87551

Subfile No. CHRB-003-0020
Docket No. 7234
Miguel Antonio Salazar
20298 E. Powers Place
Aurora, CO  80015

Subfile No. CHRB-003-0012
Docket No. 7232
Bidal A. Candelaria
P.O. Box 182
Los Ojos, NM  87551

Subfile No. CHRB-007-0022
Docket No. 7224
Bernie Ulibarri
P.O. Box 125
Los Ojos, NM  87551

Subfile No. CHRB-007-0057
Docket No. 7222
Philomena M. Martinez
P.O. Box 95
Los Ojos, NM  87551

Subfile No. CHRB-003-0028
Docket No. 6797
Medardo Sanchez
P.O. Box 96
Los Ojos, NM  87551

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

4

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 13th day of October, 2003:

Fred Vigil, Chaiman
New Mexico Acequia Association
DFA/LGD Bataan Memorial Bldg., Ste. 201
Santa Fe, NM 87503

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Martin Threet, Esq.
Martin Threet & Associates
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
430 W. Manhattan Ste. 5
Santa Fe, NM 87501

John P. Hays, Esq.
Cassutt, Hays & Friedman. P.A.
530-B Harkle Road
Santa Fe, NM 87505

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Karla McCall , Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Benjamin Phillips, Esq.
John F. McCarthy, Jr. & Rebecca Dempsey, Esquires
White, Koch, Kelly & McCarthy, PA
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
French & Associates, PC
500 Marquette Ave. NW #600
Albuquerque, NM 87102

Lester K. Taylor, Esq
Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE
Albuquerque, NM 87102

Karen L. Townsend, Esq.
KAREN L. TOWNSEND, P.C.
120 East Chaco
Aztec, NM 87410

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504

5