IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>RAMON ARAGON et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　69cv07941-BB-ACE<br>)<br>)　RIO CHAMA STREAM SYSTEM<br>)<br>)　Chama Mainstream Section<br>) |

ORDER DENYING REQUEST FOR TELEPHONE CONFERENCE

THIS MATTER is before the Special Master on the matter of the State of New Mexico, *ex rel.* State Engineer's December 20, 2002 Request for Telephone Conference (Docket No. 6997). Being fully advised in the premises, the Special Master finds that the matter was resolved previously, and is now moot.

IT IS ORDERED, THEREFORE, that the Request for Telephone Conference is DENIED as moot.

　　　　　　　　　　　　　　　　　　　　　　/electronic signature/
　　　　　　　　　　　　　　　　　　　　SPECIAL MASTER VICKIE L. GABIN