IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.,*

    Defendants.

CV 69-7941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the October 9, 2003 Motion to Join Additional Parties Defendant (Docket No. 7264) filed by the plaintiff, State of New Mexico *ex rel.* State Engineer.

The Court, being fully advised, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendants to this action.

| Name | Subfile | Address |
|---|---|---|
| Joseph Valdez | CHTA-003-0045 | Rt 4 Box 23B, Hernandez NM 87537 |
| Rachel Valdez | CHTA-003-0045 | Rt 4 Box 23B, Hernandez NM 87537 |
| Berthina Romero | CHTA-003-0052 | PO Box 38, Tierra Amarilla NM 87575 |
| Roberto Romero | CHTA-003-0052 | PO Box 38, Tierra Amarilla NM 87575 |
| Patrick Samora | CHTA-004-0001B | P.O. Box 55, Tierra Amarilla NM 87575 |
| Renee Romero Samora | CHTA-004-0001B | P.O. Box 55, Tierra Amarilla NM 87575 |
| Andrew Romero | CHTA-004-0001C | 8115 Rancho Parizo, ABQ NM 87120 |

| | | |
|---|---|---|
| Martin Romero | CHTA-004-0001D | 6589 Habra Lane NE, ABQ NM 87109 |
| Veronica Romero de Chavez | CHTA-004-0001E | 8401 Nampton NE, ABQ NM 87122 |
| Alajandro Chavez | CHTA-004-0001E | 8401 Nampton NE, ABQ NM 87122 |
| Dolores Rena Romero | CHTA-004-0001F | 4348 Cañada Place NW, ABQ NM 87114 |
| Roman Romero | CHTA-004-0001F | 4348 Cañada Place NW, ABQ NM 87114 |
| Rita Madrid | CHRB-003-0003 | 4817 Shallow Creek Drive, Kennesaw Georgia 30144 |
| Carla A. Vigil | CHRB-003-0003 | PO Box 79, Dulce NM 87528 |
| Carol Gomez | CHRB-003-0003 | PO Box 811, Dulce NM 87528 |
| Michael Gomez | CHRB-003-0003 | PO Box 93, Lumberton NM 87528 |
| George K. Galvan | CHRB-006-0023 | PO Box 155, Tierra Amarilla NM 87575 |
| Valentina V. Galvan | CHRB-006-0023 | PO Box 155, Tierra Amarilla NM 87575 |
| Beronice I. Arechuleta | CHRB-006-0025A | PO Box 413, Tierra Amarilla NM 87575 |
| Richard Archuleta | CHRB-006-0025C | PO Box 192, Los Ojos NM 87551 |
| Margarita R. Trujillo | CHRB-006-0026 CHRB-007-0008 | PO Box 13, Los Ojos NM 87551 |
| Ben and Lucy Maestas Trust | CHRU-004-0023 | c/o Mike Sanchez, 14332 La Cueva NE, ABQ 87123 |
| Bonsall D. Johnson | CHCV-002-0025 | PO Box 967, Chama NM 87520 |
| Wenda L. Johnson | CHCV-002-0025 | PO Box 967, Chama NM 87520 |

| | | |
|---|---|---|
| Mary Phipps | CHCV-002-0046 | c/o Warren F. Phipps, PO Box 4913, Pagosa Springs CO 81157 |
| Warren Phipps | CHCV-002-0046 | c/o Warren F. Phipps, PO Box 4913, Pagosa Springs CO 81157 |
| Los Campos de Chama, LLC | CHCV-003-0009 CHCV-004-0002 | c/o C. Mott Woolley, Esq., 112 West San Francisco, Santa Fe NM 87501 |
| Andrew Hurd | CHCV-003-0029B | PO Box 745, Chama NM 87520 |
| Daniel Hurd | CHCV-003-0029B | PO Box 745, Chama NM 87520 |

IT IS SO ORDERED.

*[signature: Bruce D. Black]*

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/es/
Special Master Vickie L. Gabin