IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>         Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>         Defendants. | CV 69-7941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

### ORDER CORRECTING DEFENDANTS' NAMES

This is before the Court upon State of New Mexico's October 9, 2003 Motion to Correct Defendants' Names (Docket No. 7263). The Court having considered the motion and being otherwise fully advised in the premises finds that the names of the defendants named below should be and hereby are corrected as follows:

| FROM | TO |
|---|---|
| Teresa Godwin Family Trust | Glenn Godwin & Theresa Godwin Family Trust<br>CHRB-006-0045 |
| Fernando Trujillo III | Fernando Trujillo, Sr.<br>CHRB-007-0008, CHRB-006-0026 |
| Mary E. Gonzales | Mary Ellen Burns Gonzales<br>CHCC-002-0010 |
| O.C. Beasley | Orlando Beasley<br>CHCV-001-0002 |

IT SO ORDERED.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____/es/_____
Special Master Vickie L. Gabin