IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

Subfile No. CHCJ-002-0017

## ORDER GRANTING NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on New Mexico's Motion to Join Additional Parties Defendant filed on October 16, 2003 (Docket No. 7268). Being fully advised in the premises, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the following persons or entities joined as parties defendant to this action:

| | |
|---|---|
| Kenneth Bowman | 445 Troy Dr., Corpus Christi, TX  78412 |
| Sheila Jolly | 2238 Kelly Ave., Ramona, CA  92065 |
| John Jolly | 2238 Kelly Ave., Ramona, CA  92065 |
| Betty Jolly | 142 Meander, Abilene, TX  79602 |
| James P. Jolly | 142 Meander, Abilene, TX  79602 |

                                                 /signature/
                                             UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
VICKIE L. GABIN, SPECIAL MASTER