IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) Plaintiff, ) ) -v- ) ) RAMON ARAGON, et al., ) ) Defendants. ) ) ) ) | 69cv07941- BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sec. 3 - Canjilon, Cebolla, Las Nutrias<br>Sec. 7 - Rito de Tierra Amarilla, Rio Brazos, Cañones Creek, Rutheron & Plaza Blanca, Village of Chama |

NOTICE OF FILING OF TRANSCRIPT

TO DISTRIBUTION:

All counsel of record and interested parties listed on the attached distribution list are hereby notified that the transcript of the Special Master's status and scheduling conference held on September 10, 2003 was filed with the Clerk of the District Court on October 6, 2003.


           /electronic signature/
SPECIAL MASTER VICKIE L. GABIN

**RIO CHAMA ACTIVE PARTICIPANTS DISTRIBUTION LIST**   October 21, 2003

Special Master Vickie L.Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM  87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM  87031

----------------------------------------

Frank Bond, Esq.
P.O. Box 5333
Santa Fe, NM 87502-5333

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 - 18th St., Suite 945
Denver, Colorado  80202

Steven Bunch, Esq.
NM State Highway &
 Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501

Chris D. Coppin, Esq.
NM State Game Commission
6301 Indian School Rd. # 400
Albuquerque, NM 87110

Tessa T. Davidson, Esq.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM  87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, N.M. 87504-2068

K. Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, N.M.  87125

John P. Hays, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Mary Humphrey, Esq.
P.O. Box 1574
El Prado, N.M.  87529

Mary Ann Joca
Assistant Regional Attorney
USDA-Ofc of the General Counsel
P.O. Box 586
Albuquerque, NM  87103-0586

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. N.W.
Albuquerque, NM 87120-3488

David Mielke, Esq.
500 Marquette Ave NW, #700
Albuquerque, NM 87102

Edward G. Newville, Esq.
Lisa D. Brown, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM  87504-5102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
3208 Vista Maravillosa NW
Albuquerque, NM 87120

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM  87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
405 Dr. Martin Luther King, Jr. NE
Albuquerque, NM 87102

Martin E. Threet, Esq.
6400 Uptown Blvd. NE, Ste. 500W
Albuquerque, NM 87110

Karen L. Townsend, Esq.
120 East Chaco
Aztec, NM  87410

Ted T. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Lucas O. Trujillo
P.O. Box  57
El Rito, NM 87530

John W. Utton, Esq.
Charles T. DuMars, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Fred Vigil
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz, Esq.
Box 6390
Taos, NM  87571

C. Mott Woolley, Esq.
112 W. San Francisco St., Ste 312D
Santa Fe, NM 87501