IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 03 OCT 22 PM 2: 03<br><br>CV 69-7941 BB (ACE)<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias, Rio Cebolla, Canjilon Creek |

## CLERK'S CERTIFICATE OF DEFAULT

I, Robert M. March, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendant to appear and defend this cause was made as follows:

| Defendant | Subfile |
|---|---|
| Heirs of Gilberto Martinez | CHCB-007-0005 |

Proof of Publication filed March 3, 2003 (Docket No. 7072); Notice of Pendency of Suit issued December 3, 2002 (6967); Affidavit for Publication filed December 3, 2002 (6966).

I further certify that the above-named defendant has failed to appear, answer, or otherwise file a responsive pleading in this cause.

WHEREFORE, I certify that the above-named defendant is in default.

DATED this __22__ day of October, 2003.

7277

ROBERT M. MARCH, Clerk

_____
Clerk of the United Stated District Court