# FILED

UNITED STATES DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

OCT 2 3 2003

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

*Robert M March*  **CLERK**

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-003-0052**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### BERTHINA ROMERO
### ROBERTO ROMERO

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

7281

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**    TIERRA AMARILLA COMMUNITY DITCH

    **Location X:** 1.557,188  feet  **Y:** 2,064,714  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.3  acres |
| | Total | 0.3  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-003-0052

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

## B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch:**    TIERRA AMARILLA COMMUNITY DITCH

    **Location X:** 1.557,188  feet  **Y:** 2,064,714  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Acreage

Within the Tierra Amarilla Grant                          0.2  acres

                                        Total      0.2  acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-003-0052

**Amount of Water:** NONE

5.  Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de Tierra

Amarilla, Section 7, other than those set forth in this order and those other orders entered

by this Court in this cause.

6.  Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra

Amarilla, Section 7, except in strict accordance with the water rights described herein.


7.  The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth

herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined

from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito

de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vikie L. Babin_
SPECIAL MASTER

ACCEPTED: _____     ACCEPTED: _____
ROBERTO ROMERO                                          BERTHINA ROMERO

ADDRESS: _PO Box 38_               ADDRESS: _PO Bx1 38_
_T. A._                                           _T. A._

DATE: _03 08 26_                   DATE: _8/25/03_

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_8·27·03_
Date



Tierra Amarilla Community Ditch

003-0052
B 0.1 ac.

003-0052
B 0.1 ac.

003-0052
A 0.3 ac.

LEGEND

▱ Irrigated Tract Boundary
□ No Right Tract Boundary
Seeped Area
▶ Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
● Point of Diversion
Ⓕ Fallow
Ⓝ No Right

1 inch = 200 feet

0    100    200 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio Jr. P. E., State Engineer**

**Rio Chama Hydrographic Survey**
**Rito de Tierra Amarilla Section**

Subfile Number
**CHTA-003-0052**
Tierra Amarilla Community
Ditch/Paderon Lateral
July 10, 2003

