**FILED**

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OCT 2 3 2003

*Robert M March*

**CLERK**

69cv07941 JEC-ACE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.,*

    Defendants.

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-004-0006**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### EUGENE B. FOOTE
### MARY V. FOOTE

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement
concerning certain elements of Defendant's right to divert and use the public waters of
the Rio Chama Stream System,  Rio Brazos, Section 7, and by their signatures appearing
below, the State and the Defendant(s) have approved and accepted the elements of
Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements
of the claims of the Defendant(s) adjudicated by this order.

*7286*

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

        Stream System, Rio Brazos, Section 7, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0436

**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:**        ENSENADA DITCH
    **Location X:**  1,571,054   feet  **Y:**   2,087,568   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.8 acres |
| | Total | 2.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-004-0006

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

        Section 7, other than those set forth in this order and those other orders entered by this

        Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

Consent Order                             3                    Subfile No.: CHRB-004-0006

ACCEPTED: _____     ACCEPTED: _____
                MARY V. FOOTE                                EUGENE B. FOOTE

ADDRESS: _____     ADDRESS: _____

DATE: _____         DATE: _____


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

_____
Date

Consent Order                          4                    Subfile No.: CHRB-004-0006



LEGEND

| | |
|---|---|
| Irrigated Tract Boundary | |
| No Right Tract Boundary | |
| Seeped Area | ●● Point of Diversion |
| Operable Ditch | ✳ Well |
| Inoperable Ditch | Ⓕ Spring |
| Stock Pond / Reservoir | Ⓑ Fallow |
| | No Right |

1 inch = 200 feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio Jr., P.E., State Engineer

Rio Chama Hydrographic Survey
Rio Brazos Section

Subfile Number
CHRB 004-0006
Ensenada Ditch
AMENDED July 9, 2003

004-0006
A 2.8 ac.

Ensenada Ditch