IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

UNITED STATES DISTRICT COURT

OCT 2 3 2003

69cv07941 BB~AGE

CLERK

RIO CHAMA STREAM SYSTEM

Village of Chama, Section 7

Subfile No.: CHCV-002-0030

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### ANGELA R. EMERY
### RAMON VIGIL

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Village of Chama, Section 7, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

7301

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Village of Chama, Section 7, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   967

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
          **Ditch:**          CHAMA TOWN DITCH
          **Location X:**   1,546,909   feet   **Y:**   2,155,273   feet
          New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2 acres |
| | Total | 0.2 acres |

     As shown on the 2003 Hydrographic Survey Map CHCV- 2.

**Amount of Water:** Reserved for future  determination by court order entered November
                  19, 2002.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of

Chama, Section 7, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Village of Chama, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                          3                          Subfile No.: CHCV-002-0030

ACCEPTED: _R̲a̲m̲ ̲W̲i̲g̲l̲_          ACCEPTED: _A̲n̲g̲e̲l̲a̲ ̲R̲.̲ ̲E̲m̲e̲r̲y̲ ̲-̲V̲i̲g̲i̲l̲_
RAMON VIGIL                                    ANGELA R. EMERY

ADDRESS: _P.O. Box 734_          ADDRESS: _P.O. Box 734_
_351 maple_                                  _351 maple_
_Chama, NM 87520_                     _Chama, NM 87520_
DATE: _08-27-03_                         DATE: _08·27·03_

_E̲d̲ ̲N̲e̲w̲v̲i̲l̲l̲e̲_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_9·3·03_
Date

Consent Order                          4                    Subfile No.: CHCV-002-0030