IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.*,

    Defendants.

CV 69-7941 BB (ACE)

RIO CHAMA STREAM SYSTEM
Sections 3 & 7:

Subfile Nos.  CHCB-003-0015B
                CHRB-002-0001
                CHRB-002-0002
                CHRB-003-0001
                CHRB-003-0002
                CHRB-004-0061

## REQUEST FOR PRETRIAL CONFERENCE

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Paragraph II (B)(2) of the Order Amending Procedural Order Filed November 19, 2002, filed October 20, 2003 (Docket No. 7272) requests the Court to hold a pretrial conference under Rule 16 of the Federal Rules of Civil Procedure for the defendants and associated subfiles listed below in Sections 3 and 7 of the Rio Chama Stream System:

| | |
|---|---|
| David Archuleta | CHCB-003-0015B |
| Lydia Archuleta | CHCB-003-0015B |
| Joe O. Garcia | CHRB-002-0001 |
| Mundy Ranch, Inc. | CHRB-002-0002 |
| J. Placido Garcia, Jr. | CHRB-003-0001 |
| Munira K. Garcia | CHRB-003-0001 |
| Debbie L. Garcia | CHRB-003-0001 |

7313

| | |
|---|---|
| Anthony T. Garcia | CHRB-003-0001 |
| J. Patrick Garcia | CHRB-003-0001 |
| Alvin Eversgerd | CHRB-003-0002 |
| Belva Eversgerd | CHRB-003-0002 |
| Darby Rev. Living Family Trust | CHRB-004-0061 |

This pretrial conference is requested for the purpose on entering a scheduling order to govern individual proceedings between the State and the above-named defendants prior to an evidentiary hearing on the defendants claims. The State reasonably believes that these defendants and the State will be unable to reach an agreement concerning the defendants' water rights claims.

The State has grouped these subfiles together because they all involve issues related to the issuance of permits by the New Mexico State Engineer for the appropriation and use of surface water.

Respectfully submitted.

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Request for Pretrial Conference was mailed to following persons on November __13__, 2003.

                                                      _Ed Newville_
                                                     Edward G. Newville

### **DEFENDANTS**

Alfonso G. Sanchez, Esq.
Attorney for David Archuleta & Lydia Archuleta
2853 Calle Princesa Juana
Santa Fe, NM 87507

Joe O. Garcia
P.O. Box 90398
Albuquerque, NM 87199

Mundy Ranch, Inc.
c/o James Munday
HC 75, Box 81
Chama, NM 87520

J. Placido Garcia, Jr.
Munira K. Garcia
5809 Royal Oak Dr. NE
Albuquerque, NM 87111

Debbie L. Garcia
Anthony T. Garcia
PO Box 250
Velarde, NM 87582

J. Patrick Garcia
8821 Harwood NE
Albuquerque, NM 97111

Alvin Eversgerd
Belva Eversgerd
P.O. Box 547
Chama, NM 87520

Darby Rev. Living Family Trust
c/o Samuel David Darby
30925 West Via Tortuga
Wickenburg, AZ 85390

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Martin Luther King, Ave. NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503