IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.*,

    Defendants.

03 NOV 13 AM 9:36

CV 69-7941 BB (ACE)

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias, Rio Cebolla &
Canjilon Creek

Subfile No.   CHCB-007-0005

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendant:

HEIRS OF GILBERTO MARTINEZ    CHCB-007-0005

and as grounds plaintiff states:

1. The Court has jurisdiction over the defendant named above as shown by the Proof of Publication filed March 3, 2003 (No. 7072); Notice of Pendency of Suit issued December 3, 2002 (No. 6967); and Affidavit for Publication filed December 3, 2002 (No. 6966).

2. The defendant is in default for failure to appear, answer or otherwise defend in this action as shown by the Clerk's Certificate of Default filed October 22, 2003 (No. 7277).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendant incorporating the terms of the State's proposed consent order in this subfile and in conformance with the August 11, 2000 Rio Cebolla Hydrographic Survey and Report, and revisions thereto, as shown on the attached revised color subfile

7314

map for subfile CHCB-007-0005.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Default Judgment was mailed to following persons on November **13**, 2003.

*Ed Newville*

Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5

Santa Fe, NM 87501

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507



Rincon Blanca Ditch

007-0005 A 0.8 ac.
007-0005 A 3.5 ac.
007-0005 A 0.5 ac.

Legend
— Irrigated Tract Boundary
— No Right Tract Boundary
▶ Operable Ditch
— Inoperable Ditch
— Stock Pond / Reservoir
● Point of Diversion
Ⓕ Fallow

Scale
1 inch = 300 feet
100  0  100  200  300 Feet

N

STATE OF NEW MEXICO
Office of the State Engineer
Thomas C. Turney, State Engineer

Rio Chama Hydrographic Survey
RIO CEBOLLA SECTION

Subfile Number
CHCB-007-0005
Rincon Blanca Ditch
AMENDED Jan. 3, 2002