IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

03 NOV 24  AM 11: 30

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,
    Defendants.

69cv07941 JEC-ACE
RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias,
Rio Cebolla, Canjilon Creek

Subfile Nos:   CHCJ-002-0017
                    CHCJ-003-0066

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 24th day of November, 2003:

Subfile No. CHCJ- 002-0017
Docket No. 7278
Sheila Jolly
John Jolly
2238 Kelly Ave.
Ramona CA, 92065

Subfile No. CHCJ-002-0017
Docket No. 7278
Betty Jolly
James P. Jolly
142 Meander
Abilene TX, 79602

Subfile No. CHCJ- 002-0017
Docket No. 7278
Kenneth Bowman
445 Troy Dr.
Corpus Christi, TX  78412

Subfile No. CHCJ- 002-0017
Docket No. 7278
Jerry C. Manning & Frances Manning
1374 Chestnut
Abilene TX  79602

Subfile No. CHCJ- 002-0066
Docket No. 7279
Gregorio Valdez
P.O. Box 445
Blanco, NM  87412

Subfile No. CHCJ- 002-0066
Docket No. 7279
Joseph S. Valdez
P.O. Box 552
Canjilon, NM 87515

1

7315

Subfile No. CHCJ- 002-0066
Docket No. 7279
Demecia Valdez
10200 Central SW
Albuquerque, NM  87121

Subfile No. CHCJ- 002-0066
Docket No. 7279
Lina Cordova
2400 Arroyo Dr. # 43
Durango CO, 81301

Subfile No. CHCJ- 002-0066
Felima Viarrael
P.O. Box 451
Alcalde, NM  87511

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Rick DeSimone
WATERS Project manager
121 Tijeras, Suite 3000
Albuquerque, NM  87102

A copy of this Certificate of Service was mailed to the following persons on this 24th day of November, 2003:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

NM Acequia Commission,
Fred Vigil
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

2

Ed Newville

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150