IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Tierra Amarilla, Rio
Brazos, Rutheron & Plaza Blanca,
Canoñes Creek, Village of Chama

Subfile No(s):
    CHTA-003-0016
    CHTA-003-0052
    CHTA-005-0003
    CHTA-005-0004

| | | |
|---|---|---|
| CHRB-003-0022 | CHRB-003-0023 | CHRB-004-0006 |
| CHRB-004-0022 | CHRB-004-0054 | CHRB-006-0025B |
| CHRB-006-0025C | CHRB-007-0031 | CHRB-007-0033 |
| CHCV-001-0001 | CHCV-002-0001 | CHCV-002-0010 |
| CHCV-002-0016 | CHCV-002-0018 | CHCV-002-0022 |
| CHCV-002-0024 | CHCV-002-0029 | CHCV-002-0030 |
| CHCV-002-0041 | CHCV-002-0042 | CHCV-002-0047 |
| CHCV-003-0010 | CHCV-003-0037 | CHCV-005-0001 |
| CHCV-005-0002 | CHCV-006-0001 | CHCV-007-0004 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 24th day of November, 2003:

Subfile No. CHTA-003-0016
Docket No. 7280
Agripina G. Salazar
Victor Salazar Sr.
P.O. Box 324
Tierra Amarilla, NM  87575

Subfile No. CHTA-003-0052
Docket No. 7281
Berthina Romero
Roberto Romero
P.O. Box 38
Tierra Amarilla, NM  87575

1

Subfile No. CHTA-005-0003
Docket No. 7282
Charles Dove & Louella Dove
P.O. Box 243
Tierra Amarilla, NM 87575

Subfile No. CHTA-005-0004
Docket No. 7283
Jamie Sams
45 Alondra Road
Santa Fe, NM 87508

Subfile No. CHRB-003-0022
Docket No. 7284
Jose A. Sanchez
P.O. Box 342
Chama, NM 87575

Subfile No. CHRB-003-0023
Docket No. 7285
Jose A. Sanchez
P.O. Box 342
Chama, NM 87575

Subfile No. CHRB-003-0023
Docket No. 7285
Pauline Sanchez
Box 8
Los Ojos, NM 87551

Subfile No. CHRB-004-0006
Docket No. 7286
Eugene B. Foote & Mary V. Foote
P.O. Box 434
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0022
Docket No. 7287
Donald P. Cordova
Route 4 Box 5
CR-140 Hernandez, NM 87537

Subfile No. CHRB-004-0022
Docket No. 7287
Nelda Cordova
P.O. Box 72
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0054
Docket No. 7288
Frank A. Maestas & Lucy P. Maestas
515 Middle San Pedro Rd.
Espanola, NM 87532

Subfile No. CHRB-006-0025B
Docket No. 7289
Jose Belarmino Archuleta
Box 154
Los Ojos, NM 87551

Subfile No. CHRB-006-0025C
Docket No. 7290
Richard Archuleta
P.O. Box 192
Los Ojos, NM 87551

Subfile No. CHRB-007-0031
Docket No. 7291
Juanita Torrez & Robert Torrez
8109 Corte de Viento
Albuquerque, NM 87120

Subfile No. CHRB-007-0033
Docket No. 7292
Dolores Torrez & Joe M. Torrez
P.O. Box 28
Chama, NM 87520

Subfile No. CHCV-001-0001
Docket No. 7293
Village of Chama
P.O. Box 794
Chama, NM 87520

2

Subfile No. CHCV-002-0001
Docket No. 7294
Cristella M. Gallegos
Martin A. Gallegos
101 Pine Ave. 1st St.
Chama, NM 87520

Subfile No. CHCV-002-0010
Docket No. 7295
Levi A. Sandoval
Rufina Gonzales Sandoval
P.O. Box 54
Chama, NM 87520

Subfile No. CHCV-002-0016
Docket No. 7296
Vera Alcon
P.O. Box 93
Chama, NM 87520

Subfile No. CHCV-002-0018
Docket No. 7297
David Joe Sandoval Sr.
P.O. Box 404
Chama, NM 87520

Subfile No. CHCV-002-0022
Docket No. 7298
Vigil Family Trust
P.O. Box 395
Chama, NM 87520

Subfile No. CHCV-002-0024
Docket No. 7299
Gerald G. Martinez & Tina D. Martinez
234 N. Pine Ave.
Chama, NM 87520

Subfile No. CHCV-002-0029
Docket No. 7300
Andrea Woolridge & Kevin Woolridge
367 Maple Ave.
Chama, NM 87520

Subfile No. CHCV-002-0030
Docket No. 7301
Angela R. Emery & Ramon Vigil
P.O. Box 734/351 Maple
Chama, NM 87520

Subfile No. CHCV-002-0041
Docket No. 7302
Fay L. Harris & John P. Harris
P.O. Box 997/142 Maple St.
Chama, NM 87520

Subfile No. CHCV-002-0042
Docket No. 7303
Benjamin F. Branch
P.O. Box 231
Chama, NM 87520

Subfile No. CHCV-002-0047
Docket No. 7304
Nickie Gallegos
P.O. Box 275
Chama, NM 87520

Subfile No. CHCV-003-0010
Docket No. 7305
Vigil Family Trust
P.O. Box 395
Chama, NM 87520

Subfile No. CHCV-003-0037
Docket No. 7306
William H. Albert
P.O. Box 457
Chama, NM 87520

Subfile No. CHCV-005-0001
Docket No. 7307
SWAG Corporation
P.O. Box 457
Chama, NM 87520

Subfile No. CHCV-005-0002
Docket No. 7308
Donald L. Gallegos Sr.
Mary J. Gallegos
P.O. Box 303
Chama, NM 87521

Subfile No. CHCV-006-0001
Docket No. 7309
Donald M. Graaham
Janice Graham
HC 75 Box 47
Chama, NM 87521

Subfile No. CHCV-007-0004
Docket No. 7310
Lawrence Family LLC.
11000 Costa Del Sol N.E.
Albuquerque, NM 87111

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 24th day of November, 2003:

Fred Vigil, Chairman
New Mexico Acequia Association
DFA/LGD Bataan Memorial Bldg., Ste. 201
Santa Fe, NM 87503

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Martin Threet, Esq.
Martin Threet & Associates
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

Vickie L. Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
430 W. Manhattan Ste. 5
Santa Fe, NM 87501

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, P.
P.O. Box 271
Albuquerque, NM 87103-0271

4

| | | |
|---|---|---|
| Pierre Levy, Esq.<br>Law Offices of Daniel J. O'Friel, Ltd.<br>P.O. Box 2084<br>Santa Fe, NM 87504-2084 | Karla McCall, Data Manager<br>1315 Sagebrush Dr., SW<br>Los Lunas, NM 87031 | Benjamin Phillips, Esq.<br>John F. McCarthy, Jr. & Rebecca Dempsey, Esquires<br>White, Koch, Kelly & McCarthy, PA<br>P.O. Box 787<br>Santa Fe, NM 87504-0787 |
| Marcus J. Rael, Esq.<br>French & Associates, PC<br>500 Marquette Ave. NW #600<br>Albuquerque, NM 87102 | Lester K. Taylor, Esq<br>Susan G. Jordon, Esq.<br>Nordhaus, Haltom, Taylor,<br>Taradash & Bladh, LLP<br>405 Dr. Martin Luther King, Jr. Avenue, NE<br>Albuquerque, NM 87102 | Karen L. Townsend, Esq.<br>KAREN L. TOWNSEND, P.C.<br>120 East Chaco<br>Aztec, NM 87410 |
| Ted J. Trujillo, Esq.<br>P.O. Box 2185<br>Espanola, NM 87532-2185 | | |

*/s/ E. O. Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504

5