IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 26 2003

CLERK

STATE OF NEW MEXICO *ex rel.*
NM State Engineer,

Plaintiff,

vs.   No.: 69 CV 07941 JEC-ACE

ROMAN ARAGON, *et al.*,

Defendants.   RIO CHAMA STREAM SYSTEM
Rito de Tierra Amarilla, Section 7

Notice of Attorney Change of Address

COMES NOW, the undersigned, Daniel Cleavinger, Esq., and hereby notifies the court and Plaintiff of a change of address, telephone number and e-mail. The undersigned represents the J.R. Martinez Estate, Defendant, and Liliosa G. Padilla, Executor, 432 Parkland Drive, Aztec, NM 87410, who also should remain on the Section 7 distribution list, in the foregoing action. The new information is: **Daniel Cleavinger, P.O. Box 2470, Farmington, N.M. 87499, 505-325-0708, dann@zianet.com**.

Daniel Cleavinger, Esq.
Attorney for Defendant,
  J.R. Martinez Estate
P.O. Box 2470
Farmington, N.M. 87499
505-325-0708
dann@zianet.com

Attorney's Certificate of Service

I hereby certify that I mailed a true copy of the foregoing Entry of Appearance to Edward G. Newville, attorney for Plaintiff, at State Engineer Office, PO Box 25102, Santa Fe, NM 87504 - 5102, and to the Rio Chama Stream Section 7 Distribution List, this 24th day of November, 2003.

Daniel Cleavinger, Esq.

7317