IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, <br><br> Plaintiff, <br> v. <br><br> RAMON ARAGON, *et al.*, <br><br> Defendants. | 69cv07941 BB-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canones Creek, Village of Chama |

## NOTICE OF FILING OF AFFIDAVITS OF PERSONAL SERVICE

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, and gives notice of the filing of original signed copies of affidavits of personal service for the defendants in Section 7 of the Rio Chama Stream System named below:

| | |
|---|---|
| BEGIEL, DEBORAH JANE | |
| | CHRB 0040059 |
| BELL, NANCY | |
| | CHRB 0040050 |
| BURBANK, BEATRICE | |
| | CHRB 0040058 |
| BURBANK, MARCELLA DOREEN | |
| | CHRB 0040055 |
| BURBANK, WILSON M. | |
| | CHRB 0040058 |
| DURAN, GUMERCINDO F.C. | |
| | CHRB 0050029 |
| | CHRB 0040040 |
| | CHRB 0060007 |
| DURELL, WHITNEY | |
| | CHRB 0070027 |
| EVERSGERD, ALVIN | |
| | CHRB 0030002 |


7319

| Name | Code |
|---|---|
| EVERSGERD, BELVA | CHRB 0030002 |
| MANZANARES, CARLOS JR. | CHRB 0080008 |
| MANZANARES, FERMIN P. | CHRB 0080008 |
| MANZANARES, J. FRANK SR. | CHRB 0080008 |
| MANZANARES, JUAN J. | CHRB 0080008 |
| MANZANARES, TONY J. SR. | CHRB 0080008 |
| MARTINEZ, DILIA MANZANARES | CHRB 0080008 |
| MARTINEZ, LUIS E. | CHRB 0040025 |
| MARTINEZ, REBECCA | CHRB 0040025 |
| POND, JAMES E. | CHRB 0080008 |
| RODELA, RONALD B. | CHRB 0050007 |
| SANCHEZ, ELOY | CHRB 0070054<br>CHRB 0060030<br>CHRB 0040019 |
| ULIBARRI, ERNESTO R. | CHRB 0090008 |
| MAESTAS, BEN T. | CHRU 0040023 |
| MAESTAS, LUCY | CHRU 0040023 |
| MARTINEZ, CATHERINE G. | CHRU 0040021 |
| MARTINEZ, JULIO F. | CHRU 0040021 |
| MARTINEZ, HARRY O. | CHTA 0030002 |
| MARTINEZ, MARGARET A. | CHTA 0030002 |
| MARTINEZ, MARIO R. | CHTA 0030005 |

| Name | Code |
|---|---|
| MARTINEZ, SOPHIA D. | CHTA 0030005 |
| MONTANO, VICENTE G. | CHTA 0040007 |
| SILVA, JOE E. | CHTA 0040027A |
| | CHTA 0040027B |
| SILVA, VICKI | CHTA 0040027A |
| | CHTA 0040027B |
| TRUJILLO, DORIS | CHTA 0040005C |
| TRUJILLO, JAIME | CHTA 0040005C |
| ULIBARRI, OCTAVIANO | CHTA 0030021 |
| VALDEZ, BENEDICT | CHTA 0030035 |
| VALDEZ, HELEN | CHTA 0030035 |

Respectfully submitted

*[signature: Ed Newville]*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons

On the 4 day of December, 2003.

*[signature]*
Edward G. Newville

NEW MEXICO ACEQUIA COMMISSION
FRED VIGIL, CHAIRMAN
DFA - LOCAL GOVERNMENT DIV.
BATAAN MEMORIAL BUILDING
SANTA FE, NM 87503

BRADLEY S. BRIDGEWATER, ESQ.
DAVID W. GEHLERT, ESQ.
USDOJ-ENRD
999 18TH ST. SUITE 945
DENVER, CO 80202

DANIEL CLEAVINGER, ESQ.
P.O. BOX 339
TIERRA AMARILLA, NM 87575

TESSA T. DAVIDSON, ESQ.
SWAIN, SCHRANDT & DAVIDSON, PC
4830 JUAN TABO NE, SUITE F
ALBUQUERQUE, NM 87111

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE, NM 87504-2384

PAULA GARCIA
NM ACEQUIA ASSOCIATION
430 W. MANHATTAN, SUITE 5
SANTA FE, NM 87501

JOHN P. HAYS, ESQ.
CASSUTT, HAYS & FRIEDMAN, P.A.
530-B HARKLE ROAD
SANTA FE, NM 87505

PIERRE LEVY, ESQ.
OFFICES OF DANIEL J. O'FRIEL, LTD
P.O. BOX 2084
SANTA FE, NM 87504-2084

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

JOHN F. MCCARTHY, JR. ESQ
REBECCA DEMPSEY, ESQ.
WHITE, KOCH, KELLY&MCCARTHY
P.O. BOX 787
SANTA FE, NM 87504-0787

LILIOSA G. PADILLA
432 PARKLAND DR.
AZTEC, NM 87410

BENJAMIN PHILLIPS, ESQ
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
SANTA FE, NM 87504-0787

MARCUS J. RAEL, JR., ESQ
FRENCH & ASSOCIATES, PC
500 MARQUETTE AVE., NW
ALBUQUERQUE, NM 87120

LESTER K. TAYLOR, ESQ
SUSAN G. JORDAN, ESQ.
NORDHAUS LAW FIRM
405 DR. MARTIN L. KING JR AVE NE
ALBUQUERQUE, NM 87102-3541

MARTIN E. THREET, ESQ
MARTIN E. THREET & ASSOCIATES
6400 UPTOWN BLVD. NE SUITE 500W
ALBUQUERQUE, NM 87110

| | | |
|---|---|---|
| KAREN L. TOWNSEND, PC<br>120 EAST CHACO<br>AZTEC, NM 87410 | TED J. TRUJILLO, ESQ<br>P.O. BOX 2185<br>ESPANOLA, NM 87532 | JOHN W. UTTON, ESQ.<br>SHEEHAN, SHEEHAN & STELZNER<br>P.O. BOX 271<br>ALBUQUERQUE, NM 87103-0271 |