IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON et al.,<br><br>Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Sections 3 & 7<br><br>Subfile Nos. CHCB-003-0015B;<br>  CHRB-002-0001, 002-0002,<br>  003-0001, 003-0002, 004-0061 |

ORDER GRANTING REQUEST FOR PRETRIAL CONFERENCE
AND SETTING PRETRIAL CONFERENCE

THIS MATTER is before the Special Master on the November 13, 2003 Request for Pretrial Conference (Docket No. 7313) filed by the State of New Mexico, ex rel. State Engineer (State).

The Special Master, being fully informed in the premises, finds that the request is well-taken, and should be granted. Pursuant to Fed. R. Civ. P. 16, there will be a pretrial conference on Thursday, January 22, 2004, at 9:30 a.m., in the Small Courtroom, second floor, United States District Court, South Federal Place, Santa Fe, N.M. for the following defendants and associated subfiles:

| | |
|---|---|
| David Archuleta | CHCB-003-0015B |
| Lydia Archuleta | CHCB-003-0015B |
| Joe O. Garcia | CHRB-002-0001 |
| Mundy Ranch, Inc. | CHRB-002-0002 |

| | |
|---|---|
| J. Placido Garcia, Jr. | CHRB-003-0001 |
| Munira K. Garcia | CHRB-003-0001 |
| Debbie L. Garcia | CHRB-003-0001 |
| Anthony T. Garcia | CHRB-003-0001 |
| J. Patrick Garcia | CHRB-003-0001 |
| Alvin Eversgerd | CHRB-003-0002 |
| Belva Eversgerd | CHRB-003-0002 |
| Darby Rev. Living Family Trust | CHRB-004-0061 |

The purposes of the conference are to discuss the issues implicated in these subfile disputes, and to formulate a scheduling order for individual subfile proceedings between the State and the defendants.

IT IS ORDERED, THEREFORE, that the State's Request is GRANTED.  The State shall serve this Order within 10 days of entry on the defendants listed above.

IT IS FURTHER ORDERED that defendants listed above, or their attorneys, shall appear at the pretrial conference.

      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN