IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*, State Engineer,   69cv07941-BB-ACE
    Plaintiff,   RIO CHAMA ADJUDICATION

-v-

RAMON ARAGON, *et al.*
    Defendants.

## ORDER VACATING JULY 14, 2003 ORDER ON PRIORITIES

THIS MATTER is before the Court *sua sponte*. In the process of reviewing the Court record, staff found the following:

A July 14, 2003 Order (Docket No. 7199) was entered confirming priority dates for twenty of the ditches in the Rio Chama Stream System. A review of the record revealed multiple clerical errors in the Order.

Being fully advised in the premises, the Court finds that the July 14, 2003 Order should be vacated on the grounds of clerical error.

IT IS THEREFORE ORDERED that the July 14, 2003 Order (7199) should be and hereby is, vacated.

                                                BRUCE D. BLACK
                                                UNITED STATES DISTRICT JUDGE

Approved:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN