IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | CV 69-7941 BB (ACE)<br><br>RIO CHAMA STREAM SYSTEM<br>Sections 3 & 7:<br><br>Subfile Nos.　CHCB-003-0015B<br>　　　　　　　　CHRB-002-0001<br>　　　　　　　　CHRB-002-0002<br>　　　　　　　　CHRB-003-0001<br>　　　　　　　　CHRB-003-0002<br>　　　　　　　　CHRB-004-0061 |

**CERTIFICATE OF SERVICE
OF ORDER SETTING PRETRIAL CONFERENCE**

Edward G. Newville, attorney for the Plaintiff State of New Mexico, certifies that he caused to mailed a copy of the Order Setting Pretrial Conference filed December 8, 2003 (Docket No. 7320), and a copy of this Certificate of Service of Order Setting Pretrial Conference, to the defendants, or their attorneys, at the addresses listed below on December 8, 2003.

　　Alfonso G. Sanchez, Esq.
　　Attorney for David Archuleta & Lydia Archuleta
　　2853 Calle Princesa Juana
　　Santa Fe, NM 87507

　　Joe O. Garcia
　　P.O. Box 90398
　　Albuquerque, NM 87199

　　Mundy Ranch, Inc.
　　c/o James Munday
　　HC 75, Box 81
　　Chama, NM 87520

　　J. Placido Garcia, Jr.

Munira K. Garcia
5809 Royal Oak Dr. NE
Albuquerque, NM 87111

Debbie L. Garcia
Anthony T. Garcia
PO Box 250
Velarde, NM 87582

J. Patrick Garcia
8821 Harwood NE
Albuquerque, NM 97111

Alvin Eversgerd
Belva Eversgerd
P.O. Box 547
Chama, NM 87520

Darby Rev. Living Family Trust
c/o Samuel David Darby
30925 West Via Tortuga
Wickenburg, AZ 85390

                                                  Respectfully submitted,

                                                  /electronic signature/
                                                EDWARD G. NEWVILLE
                                                Special Assistant Attorney General
                                                Office of State Engineer
                                                P.O. Box 25102
                                                Santa Fe, NM 87504-5102
                                                (505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Certificate of Service of Order Setting Pretrial Conference was mailed to following persons on December   11   , 2003.

/electronic signature/
Edward G. Newville

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410