FILED

DEC - 8 2003

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO


CLERK

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, et al.,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rito de Tierra Amarilla, Section 7 |

## WAIVER OF SERVICE OF SUMMONS

To:   Edward G. Newville
      State Engineer Office
      P.O. Box 25102
      Santa Fe, NM 87504-5102

    I acknowledge receipt of your request that I waive service of a summons in the action of State of New Mexico ex rel. State Engineer v. Aragon, which is case number 69cv07941 JEC-ACE in the United States District Court for the District of New Mexico. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the adjudication suit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that the time allowed within which I must answer the complaint was extended pursuant to the procedural order entered by the court on November 19, 2002, and that I am not obligated to file an answer until December 31, 2003.

| _Joseph Valdez_ (signature) | Joseph Valdez |
|---|---|
| Signature    JOSEPH VALDEZ | Printed or typed name |
| RT. 4 BX 23 B Hernandez, NM 87537 | 7-25-03 |
| Address | Date |

7328