FILED

UNITED STATES DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DEC - 8 2003

*Robert M March*

69cv07941 JEC-ACE CLERK

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

## WAIVER OF SERVICE OF SUMMONS

To:    Edward G. Newville
      State Engineer Office
      P.O. Box 25101
      Santa Fe, NM 87504-5102

    I acknowledge receipt of your request that I waive service of a summons in the action of State of New Mexico *ex rel.* State Engineer v. Aragon, which is case number 69cv07941 JEC-ACE in the United States District Court for the District of New Mexico. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the adjudication suit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that the time allowed within which I must answer the complaint was extended pursuant to the interim procedural order entered by the court on November 26, 2001, and that I am not obligated to file an answer until after the entry of a new procedural order that establishes a deadline for rejecting the terms of the State's proposed Consent Order.

Signature    JAIME TRUJILLO

Address  1B Blue Canyon Vista
Santa Fe, N.M. 87507

Printed or typed name  JAIME TRUJILLO

Date  06·12·03

7329