IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>            Plaintiff,<br><br>        vs.<br><br>RAMON ARAGON, *et al.,*<br><br>            Defendants. | CV 69-7941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>Subfile No. CHRU-004-0021 |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting JULIAN J. HERRERA, PATRICK J. HERRERA and JOSEPH M. HERRERA for defendants CATHERINE G. MARTINEZ and JULIO F. MARTINEZ in the proceedings, and as grounds states as follows:

1.      Julian J. Herrera, Patrick J. Herrera and Joseph M. Herrera acquired the interests of defendants Catherine G. Martinez and Julio F. Martinez in the property under subfile CHRU-004-0021 by warranty deed dated June 26, 2003.

2.      On November 18, 2003 Julian J. Herrera contacted the undersigned counsel for the State and expressed his desire to reopen certain subfile proceedings under subfile CHRU-004-0021. Defendants Catherine G. Martinez and Julio F. Martinez signed and approved a Consent Order in connection with subfile CHRU-004-0021 on June 16, 2003.  This Consent Order was filed with the Court on September 19, 2003.

3.      While taking no position on whether the Consent Order for subfile CHRU-004-0021

should be set aside or those proceedings reopened, the State requests the substitution of parties as described above.

4.  Julian Herrera, Patrick Herrera and Joseph Herrera do not oppose this motion.

WHEREFORE the State requests the Court to enter its order substituting JULIAN J. HERRERA, PATRICK J. HERRERA and JOSEPH M. HERRERA for defendants CATHERINE G. MARTINEZ and JULIO F. MARTINEZ in these proceedings.

Respectfully submitted,

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Motion for Substitution of Parties were mailed to following persons on December   11  , 2003.

   /s/ Ed Newville
Edward G. Newville

**DEFENDANTS**

Julian Herrera
Patrick J. Herrera
Joseph M. Herrera
P.O. Box 351
Española, NM 87532

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410