IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | CV 69-7941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>Subfile No. CHRU-004-0021 |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, for Substitution of Parties filed December 10, 2003 (Docket No. 7333).

Being fully advised in the premises, the Court finds that the motion is well-taken, and should be GRANTED pursuant to Fed R. Civ. P. 25(c).

IT IS THEREFORE ORDERED that JULIAN J. HERRERA, PATRICK J. HERRERA and JOSEPH M. HERRERA are substituted as parties for defendants CATHERINE G. MARTINEZ and JULIO F. MARTINEZ in these proceedings.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Bruce D. Black
　　　　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Approved:

　　/electronic signature/
Special Master Vickie L. Gabin