**FILED**

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEC 1 2 2003

*Robert M March*
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Village of Chama, Section 7

**Subfile No.: CHCV-004-0002**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### LOS CAMPOS DE CHAMA, LLC

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System,  Village of Chama, Section 7, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the elements

    of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

*7337*

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Village of Chama, Section 7, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** 1974

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Chama and the Rio Chamita, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**       M-B DITCH

    **Location X:**  1,540,798  feet  **Y:**  2,149,300  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

## Location and Amount of Irrigated Acreage:

Within the Tierra Amarilla Grant                167.6  acres

                           Total     167.6  acres

As shown on the 2003 Hydrographic Survey Map CHCV- 4.

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

## B. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** 1974

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Chama and the Rio Chamita, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**       M-B DITCH

    **Location X:**  1,540,798  feet  **Y:**  2,149,300  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

## Location and Amount of Irrigated Acreage:

Within the Tierra Amarilla Grant              3.2  acres

                                          Total        3.2 acres

As shown on the 2003 Hydrographic Survey Map CHCV-4.
**Amount of Water:** Reserved for future determination by court order entered November
                19, 2002.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of

      Chama, Section 7, other than those set forth in this order and those other orders entered by

      this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

      from any use of the surface waters of the Rio Chama Stream System, Village of Chama,

      Section 7, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

      any other water right claimant with standing to object prior to the entry of a final decree.

      IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Village of Chama, Section 7, are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from

any diversion or use of the public surface waters of the Rio Chama Stream System, Village of

Chama, Section 7, except in strict accordance with the rights set forth herein or in other orders

of the Court.

Consent Order                              3                    Subfile No.: CHCV-004-0002

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

ACCEPTED:

LOS CAMPOS DE CHAMA, LLC
MANAGING MEMBER

ADDRESS:

P. C. Box 420

CHAMA NM, 87520

DATE: 10/27/03

EDWARD G. NEWVILLE
Special Assistant Attorney General

11.6.03
Date