FILED
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEC 1 2 2003

Robert M. March
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7
**Subfile No.: CHRB-004-0051**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    ROBERT A. MARTINEZ
    ROSE M. MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

7352

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Brazos, Section 7, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

   **Office of the State Engineer Files No(s)** 0660

   **Priority:** Reserved for future determination by court order entered November 19, 2002.
   **Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.
   **Purpose of Use:** IRRIGATION

   **Point of Diversion:**
   Ditch:         PORVENIR DITCH
   Location X:  1,571,054  feet  Y:  2,087,568  feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

   **Location and Amount of Irrigated Acreage:**

   | | |
   |---|---|
   | Within the Tierra Amarilla Grant | 24.1 acres |
   | Total | 24.1 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-004-0051

   **Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

ACCEPTED: _____Rose Martinez_____   ACCEPTED: _____Robert Martinez_____
            ROSE M. MARTINEZ                    ROBERT A. MARTINEZ

ADDRESS: __PO Box 28__              ADDRESS: __PO Box 28__
         __Los Ojos, NM__                    __Los Ojos__
         __87551__                            __87551__
DATE: __11/4/03__                   DATE: __11-4-03__


_____Ed Newville_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

__11-4-03__
Date

**LEGEND**

- ☐ Irrigated Tract Boundary
- ☐ No Right Tract Boundary
- ▓ Seeped Area
- ▬ Operable Ditch
- ─ ─ Inoperable Ditch
- ▼ Stock Ponds / Reservoir
- ● Point of Diversion
- ● Well
- ✱ Spring
- Ⓕ Fallow
- Ⓝ No Right

Scale: 0 50 100 200 300 feet
1 inch = 300 feet

004-0051
A 16.0 ac.

004-0051
A 8.1 ac.

Porvenir Ditch

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

Rio Chama Hydrographic Survey
Rio Brazos Section

Subfile Number
**CHRB 004-0051**
Porvenir Ditch
AMENDED
September 10, 2003