FILED



UNITED STATES DISTRICT COURT

DEC 1 2 2003

*Robert M. March*

CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-004-0032**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### JACOB MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing

    below, the State and the Defendant(s) have approved and accepted the elements of

    Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

*7354*

4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama
     Stream System, Rio Brazos, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0436
**Priority:**  Reserved for future determination by court order entered November 26, 2001.
**Source of Water:**  Surface water of the Rio Brazos, a tributary of the Rio Chama.
**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
    **Ditch Name:**  ENSENADA DITCH
    **Location X:**  1,571,054  feet  **Y:**  2,087,568  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2  acres |
| | Total | 0.2  acres |

    As shown on the 2001 Hydrographic Survey Map CHRB- 4.
**Amount of Water:** Reserved for future determination by court order entered November
        26, 2001.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,
     Section 7, other than those set forth in this order and those other orders entered by this
     Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined
     from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section
     7, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of
     any other water right claimant with standing to object prior to the entry of a final decree.

Consent Order                              2                    Subfile No.: CHRB-004-0032

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
JACOB MARTINEZ

ADDRESS: P.O. Box 114
Tierra Amarilla,
New Mexico 87575

DATE: October 21, 2003

Consent Order                    3                    Subfile No.: CHRB-004-0032

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General

*11-21-03*

Date



Parkview Ditch

004-0032
A 0 1 ac

004-0032
A 0 1 ac

## LEGEND



| | | | |
|---|---|---|---|
| ☐ Irrigated Tract Boundary | ● Point of Diversion | | |
| ▦ No Right Tract Boundary | ● Well | | |
| ▦ Seeped Area | ✳ Spring | | |
| ▶ Operable Ditch | Ⓕ Fallow | | |
| – – Inoperable Ditch | ⓃⓇ No Right | | |
| ── Stock Ponds / Reservoir | | | |




1 inch = 200 feet


0   50   100   200 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Thomas C. Turney, State Engineer**

**Rio Chama Hydrographic Survey**
**Rio Brazos Section**

Subfile Number
**CHRB 004-0032**
Ensenada Ditch
December 18, 2001

