FILED
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEC 1 2 2003


CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-004-0001F**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### DOLORES RENA ROMERO
### ROMAN ROMERO

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the elements

    of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

7358

4.　　The right of the Defendant(s) to divert and use the public waters from the Rio Chama

　　　　Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0430

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio
　　　　　　　　Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

　　　　Ditch:　　　　TIERRA AMARILLA COMMUNITY DITCH

　　　　**Location X:**　1,557,188　feet　**Y:**　2,064,714　feet

　　　　New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.3 acres |
| | Total | 1.3 acres |

　　　　As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-
　　　　004-0001F

**Amount of Water:** Reserved for future determination by court order entered November
　　　　　　　　19, 2002.

5.　　Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de
　　　　Tierra

　　　　Amarilla, Section 7, other than those set forth in this order and those other orders entered

　　　　by this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra

Amarilla, Section 7, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth

herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined

from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito

de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in

other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

Consent Order                    3                    Subfile No.: CHTA-004-0001F

by Rena Romero, parents

ACCEPTED: _____   ACCEPTED: _____
ROMAN ROMERO, a minor         DOLORES RENA ROMERO

ADDRESS: 4348 Canada Pl NW   ADDRESS: 4348 Canada Pl NW
Alb. NM 87114                 Alb. NM 87114

DATE: 10/10/03               DATE: 10/10/03


Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General

10·21·03
Date

Consent Order          4          Subfile No.: CHTA-004-0001F

*Tierra Amarilla Community Ditch*

004-0001F
A 1.3 ac.

LEGEND
Irrigated Tract Boundary
No Right Tract Boundary
Seeped Area
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
Fallow
No Right



1 inch = 300 feet

0 _____ 300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio Jr., P.E., State Engineer**

**Rio Chama Hydrographic Survey**
**Rito de Tierra Amarilla Section**

Subfile Number
**CHTA- 004- 0001F**
Tierra Amarilla
Community Ditch
Amended August 22, 2003

