IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

            Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

            Defendants.

CV 69-7941 BB (ACE)

RIO CHAMA STREAM SYSTEM

---

**STATUS REPORT ON DETERMINATION OF *DE MINIMIS* USES**

    Pursuant to the Order filed October 20, 2003 (Docket No. 7271) the State of New Mexico, *ex rel.* State Engineer (State), files this status report describing its current position with respect to the scope of adjudication proceedings and domestic and livestock uses in the Rio Chama Stream System.

    1.    On May 5, 1995 the State filed its Motion for Approval of Procedure and Schedule for Determination of Effect of *De Minimis* Uses (Docket No. 4025).  In that motion the State proposed to make a series of hydrologic studies to identify *de minimis* domestic and livestock groundwater uses within the Chama basin.  The State proposed that these uses should not be included within the scope of the adjudication proceedings.  To the knowledge of the undersigned counsel, these studies were never completed.

    2.    As directed by the Order filed October 20, 2003, the State has reevaluated its position with respect to the scope of adjudication proceedings and relatively small domestic and livestock groundwater uses.  The State's current position is that all water uses should be included in the adjudication proceedings and that even small domestic and livestock groundwater uses cannot be

considered *de minimis*.

3.     Due to staffing limitations, the State will not be able to begin the survey and adjudication of any groundwater uses in the Chama basin, large or small, until after the completion of the present individual subfile proceedings that involve surface water use and diversion.  The 2003 New Mexico Water Plan calls for the completion of the Non-Indian individual subfile phase of the Rio Chama adjudication concerning surface water use by December 31, 2010.

4.     The State believes that in all sections of the Chama basin the question of how and when the survey and adjudication of domestic and livestock groundwater uses should proceed should remain at this point a matter to be discussed at regularly convened planning meetings with the Special Master, the State and interested counsel.  The State estimates that the survey and adjudication of domestic and livestock groundwater uses in this basin will require, at a minimum, 4 to 5 years of work.

5.     The Order entered by the Court on February 17, 1995 (Docket No. 3997) stayed the immediate adjudication of certain groundwater uses characterized by the State as *de minimis*, and also ordered the State to propose a plan and preliminary schedule for future proceedings for the remaining domestic and livestock uses.  Based on the State's reevaluation of its position with respect to domestic and livestock groundwater uses, the State withdraws the motion filed December 12, 1994 (Docket No. 3476) requesting the stay of the adjudication of certain groundwater rights described as having a *de minimis* effect on surface water flows.  For the same reason, the State also withdraws the motion filed May 5, 1995 (Docket No. 4025) for approval of procedure and schedule for the determination of the effect of *de minimis* water uses in the Rio Chama basin.

Respectfully submitted,

-2-

/s/ Ed Newville

EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Status Report on Determination of *De Minimis* Uses were mailed to following persons on December __30__, 2003.

/s/ Ed Newville
Edward G. Newville

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M.  87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Mary Ann Joca, Esq.
U.S. Department of Agriculture

Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.

-3-

Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.

Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507
Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503