# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO,** *ex rel.*, | ) | 69CV07941-BB (ACE) |
| | ) | |
| **State Engineer** | ) | |
| | ) | **RIO CHAMA STREAM SYSTEM** |
| Plaintiff, | ) | Section 7: Tierra Amarilla, Rio |
| | ) | Brazos, Rutheron & Plaza Blanca, |
| v. | ) | Cañones Creek, Village of Chama |
| | ) | |
| **RAMON ARAGON,** *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Subfile Nos:   CHTA-003-0035 |
| | | CHTA-004-0001B |
| | | CHTA-004-0001C |

| | | |
|---|---|---|
| CHTA-004-0001E | CHTA-004-0001E | CHTA-004-0001F |
| CHRB-003-0026 | CHRB-003-0030 | CHRB-004-0032 |
| CHRB-004-0049D | CHRB-004-0051 | CHRB-006-0024 |
| CHRB-006-0025A | CHRB-007-0032 | CHRU-004-0032 |
| CHCC-002-0010 | CHCV-001-0002 | CHCV-001-0003 |
| CHCV-002-0004 | CHCV-002-0045 | CHVC-003-0006 |
| CHCV-003-0008 | CHCV-003-0015 | CHCV-003-0029A |
| CHCV-003-0030 | CHCV-004-0002 | CHCV-004-0003 |
| CHCV-007-0005 | | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 30th day of December, 2003:

<u>Subfile No. CHTA-003-0035</u>
Docket No. 7355
Benedict Valdez
Helen Valdez
P.O. Box 5
Tierra Amarilla, NM  87575

<u>Subfile No. CHTA-004-001A</u>
Docket No. 7362
Dolores Romero
Juan A. Romero
P.O. Box 153
Tierra Amarilla, NM  87575

1

Subfile No. CHTA-004-0001B
Docket No. 7361
Patrick Samora
Renee Romero Samora
P.O. Box 55
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0001C
Docket No. 7360
Andrew Romero
8115 Rancho Pararso NW
Albuquerque, NM  87120

Subfile No. CHTA-004-0001E
Docket No. 7359
Alajandro Chavez
Veronica Romero De Chavez
8401 Hampton Ave NE
Albuquerque, NM  87122

Subfile No. CHTA-004-0001F
Docket No. 7358
Dolores Rena Romero
Roman Romero
4348 Canada Pl NW
Albuquerque, NM  87114

Subfile No. CHRB-003-0026
Docket No. 7357
Natividad Chavez
Ranch Properties, LLC
P.O. Box 131
Los Ojos, NM  87551

Subfile No. CHRB-003-0030
Docket No. 7356
Bidal A. Candelaria
Consuelo J. Candelaria
P.O. Box 182
Los Ojos, NM  87551

Subfile No. CHRB-004-0032
Docket No. 7354
Jacob Martinez
P.O. Box 114
Tierra Amarilla, NM  87575

Subfile No. CHRB-004-0049D
Docket No. 7353
Tony Casados, Sr. & Sons Partnership
P.O. Box 186
Tierra Amarilla, NM  87575

Subfile No. CHRB-004-0051
Docket No. 7352
Robert A. Martinez
Rose M. Martinez
P.O. Box 28
Los Ojos, NM  87551

Subfile No. CHRB- 006-0024
Docket No. 7351
Connie Byrd
579 Old Ferry Rd.
Shady Cove, OR  97539

Subfile No. CHRB-006-0025A
Docket No. 7350
Pedro Archuleta
P.O. Box 28
Chama, NM  87520

Subfile No. CHRB-007-0032
Docket No. 7349
Dolores TorrezP.O. Box 413
Tierra Amarilla, NM  87575

Subfile No. CHRU-004-0032
Docket No. 7348
Tony Cardenas, Desi Garcia
& Yvonne Garcia
1116 11th St SE

Subfile No. CHCC-002-0010
Docket No. 7347
Donald A. Gonzales
Mary E. Gonzales
P.O. Box 5353

Rio Rancho NM  87124                          Santa Fe. NM  87502

Subfile No. CHCC-002-0010
Docket No. 7347
Mary E. Gonzales
2806 Calle Campton
Santa Fe. NM  87502

Subfile No. CHCV-001-0002                     Subfile No. CHCV-001-0003
Docket No. 7346                               Docket No. 7345
Orlando C. Beasley                            Mary Jean Miller
P.O. Box 276                                  P.O. 605
Chama, NM  87520                              Chama, NM  87520

Subfile No. CHCV-002-0004                     Subfile No. CHCV-002-0045
Docket No. 7344                               Docket No. 7343
Mildred Hughes                                Bonsall D. Johnson.& Wenda L. Johnson
P.O. Box 221                                  P.O. Box 967
Chama, NM  87520                              Chama, NM  87520

Subfile No. CHCV-003-0006                     Subfile No. CHCV-003-0008
Docket No. 7342                               Docket No. 7341
Johnny Rael                                   Pedro & Rose Torrez Trust
P.O. Box 453                                  # 3 Road 5803
16053 Highway 64-84                           Farmington, NM  87401
Chama, NM  87520

Subfile No. CHCV-003-0015                     Subfile No. CHCV-003-29A
Docket No. 7340                               Docket No. 7339
Angie Valdez & Don Valdez                     Dan Russom & Mary Russom
P.O. Box 733                                  P.O. Box 103
Chama, NM  87520                              Chama, NM  87520

Subfile No. CHCV-003-0030                     Subfile No. CHCV-004-0002
Docket No. 7338                               Docket No. 7337
Randy Pettingill                              Los Campos De Chama, LLC
P. O. Box 885                                 P.O. Box 430
Chama, NM  87520                              Santa Fe, NM  87504

Subfile No. CHCV-004-0003                     Subfile No. CHCV-04-0030
Docket No. 7336                               Docket No. 7336
Fred Hiler                                    John Hiler
980 E. 11th                                   520 N. 10 East
Mountain Home, ID  83647                      Mountain Home, ID  83647

3

<u>Subfile No. CHCV-007-0005</u>
Docket No. 7335
Daniel D. Shoats
Ellen J. Shoats
9627 4th St. NW
Albuquerque, NM  87114

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM  87102

A copy of this Certificate of Service was mailed to the following persons on this 30th day of December, 2003:

Fred Vigil, Chaiman
New Mexico Acequia Association
DFA/LGD Bataan Memorial Bldg., Ste. 201
Santa Fe, NM  87503

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM  87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO  80202

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM  87111

Martin Threet, Esq.
Martin Threet & Associates
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

Special Master Vickie L. Gabin,
USDC-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384

Paula Garcia,
NM Acequia Association
430 W. Manhattan Ste. 5
Santa Fe, NM  87501

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM  87505

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM  87103-0271

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM  87504-2084

Karla McCall , Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM  87031

Benjamin Phillips, Esq.
John F. McCarthy, Jr. & Rebecca Dempsey, Esquires
White, Koch, Kelly & McCarthy, PA
P.O. Box 787

4

| | | |
|---|---|---|
| Marcus J. Rael, Esq.<br>French & Associates, PC<br>500 Marquette Ave. NW #600<br>Albuquerque, NM  87102 | Lester K. Taylor, Esq<br>Susan G. Jordon, Esq.<br>Nordhaus, Haltom, Taylor,<br>Taradash & Bladh, LLP<br>405 Dr. Martin Luther King, Jr. Avenue, NE<br>Albuquerque, NM  87102 | Karen L. Townsend, Esq.<br>KAREN L. TOWNSEND, P.C.<br>120 East Chaco<br>Aztec, NM  87410 |
| Ted J. Trujillo, Esq.<br>P.O. Box 2185<br>Espanola, NM  87532-2185 | Liliosa G. Padilla<br>432 Parkland dr.<br>Aztec, NM  87410 | |

                                                                                              /s/ electronic signature
                                                Eward G. Newville
                                                Special Assistant Attorney General
                                                Office of the State Engineer
                                                P.O. Box 25102
                                                Santa Fe, NM 87504