IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 (BB-ACE) |
| vs. | RIO CHAMA STREAM SYSTEM Section 5: Rio Gallina |
| RAMON ARAGON, *et al.,* | |
| Defendants. | Subfile No.   CHGA-001-0017 |

**MOTION TO CORRECT CLERICAL ERRORS AND OMISSIONS**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order correcting clerical errors and omissions in the Consent Order filed January 10, 2001 (Docket No. 6117) in connection with defendant URSULITA VIGIL and subfile CHGA-001-0017, and as grounds therefore plaintiff states:

1.      Under Fed. R. Civ. P. 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the court at any time on its own motion or on the motion of any party after such notice, if any, as the court orders.

2.      The 0.1 acre "no right" tract of land described in the Consent Order filed January 10, 2001 (Docket No. 6117) is located in the NW 1/4 of Section 13, Township 23 North, Range 1 East rather than the SW 1/4 of Section 13 as stated in the order.

3.      Correction of this error will only affect the description of the location of the 0.1 acre "no right" tract.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the clerical errors and omissions described above.

Respectfully submitted,

    /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Correct Clerical Errors and Omissions was mailed to following persons on January   12  , 2004.

    /electronic signature/
Edward G. Newville

### RIO CHAMA SECTION 5 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Ursulita Vigil
HC 78  Box 16
Gallina, NM 87017