IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>      Plaintiff,<br><br>   vs.<br><br>RAMON ARAGON, *et al.,*<br><br>      Defendants. | 69cv07941 (BB-ACE)<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>Subfile No.   CHGA-002-0027A |

### MOTION TO CORRECT CLERICAL ERRORS AND OMISSIONS

     COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order correcting clerical errors and omissions in the Consent Order filed October 29, 2001 (Docket No. 6398) in connection with defendants GABRIEL MAESTAS JR., MARY ANN MAESTAS, GENEVIEVE M. VELASQUEZ and LUIS TOBY MAESTAS and subfile CHGA-002-00027A, and as grounds therefore plaintiff states:

     1.    Under Fed. R. Civ. P. 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the court at any time on its own motion or on the motion of any party after such notice, if any, as the court orders.

     2.    The Consent Order and subfile map filed October 29, 2001 do not divide the "no right" tract described in the order into the correct 1/4 subsections of Section 15, Township 23 North, Range 1 East.  Both the order and the subfile map require correction.

     3.    Correction of these errors will not affect the total amount of irrigated acreage described in the Consent Order, only the description of the 1/4 subsections where the "no right" tract is located

and the subfile map will be corrected and changed.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the clerical errors and omissions described above.

        Respectfully submitted,

        /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Correct Clerical Errors and Omissions was mailed to following persons on January    12   , 2004.

        /electronic signature/
Edward G. Newville

### RIO CHAMA SECTION 5 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.

Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Luis Toby Maestas
Genevieve M. Velasquez
5505 Sicily Rd NW
Albuquerque, NM 87114

Mary Ann Maestas
Gabriel Maestas
P.O. Box 5
Gallina, NM 87501