IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 (BB-ACE)

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.    The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Orlando J. Martinez | CHTA-003-0012B | PO Box 111, Los Ojos NM 87551 |
| Clyde C. Cordova | CHRB-004-0018A | 1401 Pennslyvania NE, Apt. 1092, ABQ NM 87110 |
| Cynthia A. Cordova | CHRB-004-0018A | 1401 Pennslyvania NE, Apt. 1092, ABQ NM 87110 |
| Georgia M. Cordova | CHRB-004-0018B | PO Box 463, Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Paul M. Cordova | CHRB-004-0018B | PO Box 463, Tierra Amarilla NM 87575 |
| Manuel A. Martinez, Jr. | CHRB-004-0059 | 297 Don Fernando, Santa Fe NM 87505 |
| Hugh Walter Wilson | CHRB-005-0005 | 904 Glasser St., Rulling LA 90070 |
| Otilia Lopez | CHRB-007-0015 | 6501 San Antonio Dr NE, # 4302, ABQ NM 87109 |
| Ian W. Chamberlain | CHRU-004-0010 | PO Box 1570, San Juan Pueblo NM 87566 |
| Sarah E. Chamberlain | CHRU-004-0010 | PO Box 1570, San Juan Pueblo NM 87566 |
| Rancho Lobo LTD | CHRU-004-0042 | PO Box 6, Chama NM 87520 |
| Dale R. Elliott | CHCC-001-0016 | 2305 Calle de Sancho NW, ABQ NM 87104 |
| Virginia V. Elliott | CHCC-001-0016 | 2305 Calle de Sancho NW, ABQ NM 87104 |
| Deborah H. Williams | CHCV-002-0023 | 202 Pine St., Chama NM 87520 |
| John D. Beaver | CHCV-002-0009 | PO Box 240, Chama NM 87520 |
| Nathan G. Johnson | CHCV-002-0025 | 4457 S. Cathay Way, Aurora CO 80015 |
| Elizabeth G. Atencio | CHCV-002-0048 | 3501 E. Main St., Suite A, Farmington NM 87401 |
| Los Campos de Chama LLC | CHCV-003-0009<br>CHCV-004-0002 | c/o Mott Woolley 121 West San Francisco, Santa Fe NM 87501 |
| Cheryl Conder | CHCV-003-0024 | 110 E. Indiana Ave., Walsenburg CO 81089 |
| Kenneth Conder | CHCV-003-0024 | 6844 E. Harvard Ave., Denver CO 80224 |
| Russell Fink | CHCV-003-0024 | 6432 Utica St., Arvada CO 80003 |

| | | |
|---|---|---|
| Estate of Juan Gonzales | CHCV-003-0032<br>CVCV-003-0033 | c/o Sam Gonzales 3501 E. Main St.,<br>Suite A, Farmington NM 87402 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

  2. The persons or entities listed above are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 7 of the Rio Chama Stream System.

DATED: October 9, 2003.

                Respectfully submitted,

                  /s/ Ed Newville
                EDWARD G.  NEWVILLE
                Special Assistant Attorney General
                Office of State Engineer
                P.O. Box 25102
                Santa Fe, NM 87504-5102
                (505) 827-6150

## CERTIFICATE OF SERVICE

    I hereby certify that copies of the above Motion to Join Additional Parties Defendant were mailed to following persons on January __13__, 2004.

                                           /s/ Ed Newville
                                           Edward G. Newville

### RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates

6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410