IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 (BB-ACE)<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Rio Brazos</u>

| | |
|---|---|
| Orlando F. Cordova | CHRB-004-0018 |
| Deborah Jane Begel | CHRB-004-0059 |
| Rebecca Wilson | CHRB-005-0005 |
| Elaine Gaylor | CHRB-005-0001, CHRB-006-0002 |
| Floyd Martinez | CHRB-006-0005 |

<u>Rutheron & Plaza Blanca</u>

| | |
|---|---|
| Easide Group LTD | CHRU-004-0042 |

<u>Cañones Creek</u>

| | |
|---|---|
| Atroika Inc. | CHCC-001-0016 |

<u>Village of Chama</u>

| | |
|---|---|
| Sarah Elizabeth Graves | CHCV-002-0023 |
| John Conder | CHCV-003-0024 |
| Mike Conder | CHCV-003-0024 |
| Paul Conder | CHCV-003-0024 |
| Brandon Gonzales | CHCV-003-0032 |
| Sam Gonzales | CHCV-003-0033 |
| Jesus Gonzales | CHCV-003-0033 |

DATED: January 9, 2004

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Notice of Dismissal mailed to following persons on January   13  , 2004.

/s/ Ed Newville
Edward G. Newville

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.

USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association

430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410