IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br> vs.<br><br>RAMON ARAGON, *et al.,*<br><br>   Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>Subfile No. CHCC-002-0007 |

## MOTION FOR SUBSTITUTION OF PARTIES

 COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting DEREK STRAUCH for defendant JACQUELYN BAXSTROM in the proceedings, and as grounds states as follows:

 1. Dereck Strauch acquired the interests of defendant Jacquelyn Baxstrom in the property under subfile CHCC-002-0007 by warranty deed dated August 14, 2003.

 WHEREFORE the State requests the Court to enter its order substituting DEREK STRAUCH for defendant JACQUELYN BAXSTROM in these proceedings.

               Respectfully submitted,

                /s/ Ed Newville
               EDWARD G. NEWVILLE
               Special Assistant Attorney General
               Office of State Engineer
               P.O. Box 25102
               Santa Fe, NM 87504-5102
               (505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Substitution of Parties was mailed to following persons on January   13  , 2004.

                                                    /s/ Ed Newville
                                                  Edward G. Newville

**DEFENDANT**

Derek Strauch
2324 Brother Abdon Way
Santa Fe, NM 87505

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410