IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | Rio Gallina, Section 5 |
| Defendants. | ) ) | Subfile No. CHGA-003-0007 |

NOTICE OF FILING OF SPECIAL MASTER REPORT

Pursuant to Fed. R. Civ. P. 53(e), the Special Master files this Notice and states that the Special Master's Report and Recommendations on Disputed Subfile was filed this day.

      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN