IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

RAMON ARAGON, *et al.,*

      Defendants.

69cv07941 (BB-ACE)

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

Subfile No. CHGA-005-0003

## ORDER CORRECTING CLERICAL ERRORS AND OMISSIONS

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed January 8, 2004 (Docket No. 7377) to correct errors and omissions in the Order Granting Default Judgment filed November 25, 2002 (Docket No. 6961) in connection with defendants ONOFRE SANCHEZ, TOMAS SANCHEZ and RICHARD HARVEY and subfile CHGA-005-0003.

Being fully advised in the premises, the Court finds:

1.    The motion to correct clerical errors and omissions is well-taken and should be GRANTED.

2.    The location of the 8.5 acre "no right" tract of land in the Order Granting Default Judgment filed November 25, 2002 should be corrected to describe the location of that tract as the SE 1/4 of Section 32, Township 24 North, Range 1 East rather than Township 23 North as stated in the order.

IT IS THEREFORE ORDERED that the description of the location of the 8.5 acre "no right" tract of land in the Order Granting Default Judgment filed November 25, 2002 is corrected to describe the location of the 8.5 acre "no right" tract as the SE 1/4 of Section 13, Township 24 North, Range 1 East.

IT IS FURTHER ORDERED that all other provisions of the Consent Order filed November 25, 2002 (Docket No. 6961) shall remain in effect.

                                                                            BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

    /s electronic signature
Special Master Vickie L. Gabin