IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941 (BB-ACE)<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>Subfile No. CHGA-002-0049 |

## ORDER CORRECTING CLERICAL ERRORS AND OMISSIONS

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed January 8, 2004 (Docket No. 7374) to correct errors and omissions in the Consent Order filed February 26, 2002 (Docket No. 6560) in connection with defendants MANUEL S. ARELLANO and MARIA C. ARELLANO and subfile CHGA-002-0049..

Being fully advised in the premises, the Court finds:

1.　The motion to correct clerical errors and omissions is well-taken and should be GRANTED.

2.　The location of the 0.3 acre "no right" tract of land in the Consent Order filed February 26, 2002 should be corrected to describe the location of that tract as the NW 1/4 of Section 13, Township 23 North, Range 1 East rather than the SW 1/4 of Section 13 as stated in the order.

IT IS THEREFORE ORDERED that the description of the location of the 0.3 acre "no right" tract of land in the Consent Order filed February 26, 2002 (Docket No. 6560) is corrected to describe

the location of the 0.3 acre "no right" tract as the NW 1/4 of Section 13, Township 23 North, Range 1 East.

    IT IS FURTHER ORDERED that all other provisions of the Consent Order filed February 26, 2002 (Docket No. 6560) shall remain in effect.

                                                            /s/ Bruce D. Black  
                                                              BRUCE D. BLACK  
                                                              UNITED STATES DISTRICT JUDGE

Approved:

    /s electronic signature  
Special Master Vickie L. Gabin