IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                Plaintiff,

vs.

RAMON ARAGON, *et al.,*

                Defendants.

CV 69-7941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## ORDER CORRECTING DEFENDANTS' NAMES

This is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.*  State Engineer to Correct Defendants' Names filed January 9, 2004 (Docket No. 7380).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Carol Gomez | Carole Gomez<br>CHRB-003-0003 |
| Susan J. Clark | Susan J. Beaver<br>CHCV-002-0009 |
| Peter Conder | Peter J. Conder<br>CHCV-003-0024 |
| Florian Gonzales | Florian Gonzalez, Jr.<br>CHCV-003-0037, CHCV-003-0019 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Approved:


____/s electronic signature_____
Special Master Vickie L. Gabin