IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

        Defendants.

CV 69-07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

Subfile No. CHCC-002-0007

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, for Substitution of Parties filed January 9, 2004 (Docket No. 7381).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED pursuant to Fed R. Civ. Pro. 25(c).

IT IS THEREFORE ORDERED that DEREK STRAUCH is substituted for defendant JACQUELYN BAXSTROM in these proceedings.

                                                      /s/ Bruce D. Black
                                                      BRUCE D. BLACK
                                                      UNITED STATES DISTRICT JUDGE

Approved:

    s/ electronic signature
Special Master Vickie L. Gabin