IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>    vs.<br><br>RAMON ARAGON, *et al.,*<br><br>        Defendants. | CV 69-07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

### ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed January 9, 2004 (Docket No. 7378).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

| Name | ID | Address |
|---|---|---|
| Orlando J. Martinez | CHTA-003-0012B | PO Box 111, Los Ojos NM 87551 |
| Clyde C. Cordova | CHRB-004-0018A | 1401 Pennsylvania NE, Apt. 1092, ABQ NM 87110 |
| Cynthia A. Cordova | CHRB-004-0018A | 1401 Pennsylvania NE, Apt. 1092, AB. NM 87110 |
| Georgia M. Cordova | CHRB-004-0018B | PO Box 463, Tierra Amarilla NM 87575 |
| Paul M. Cordova | CHRB-004-0018B | PO Box 463, Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Manuel A. Martinez, Jr. | CHRB-004-0059 | 297 Don Fernando, Santa Fe NM 87505 |
| Hugh Walter Wilson | CHRB-005-0005 | 904 Glasser St., Rulling LA 90070 |
| Otilia Lopez | CHRB-007-0015 | 6501 San Antonio Dr NE, # 4302, AB. NM 87109 |
| Ian W. Chamberlain | CHRU-004-0010 | PO Box 1570, San Juan Pueblo NM 87566 |
| Sarah E. Chamberlain | CHRU-004-0010 | PO Box 1570, San Juan Pueblo NM 87566 |
| Rancho Lobo LTD | CHRU-004-0042 | PO Box 6, Chama NM 87520 |
| Dale R. Elliott | CHCC-001-0016 | 2305 Calle de Sancho NW, AB. NM 87104 |
| Virginia V. Elliott | CHCC-001-0016 | 2305 Calle de Sancho NW, AB. NM 87104 |
| Deborah H. Williams | CHCV-002-0023 | 202 Pine St., Chama NM 87520 |
| John D. Beaver | CHCV-002-0009 | PO Box 240, Chama NM 87520 |
| Nathan G. Johnson | CHCV-002-0025 | 4457 S. Cathay Way, Aurora CO 80015 |
| Elizabeth G. Atencio | CHCV-002-0048 | 3501 E. Main St., Suite A, Farmington NM 87401 |
| Los Campos de Chama LLC | CHCV-003-0009<br>CHCV-004-0002 | c/o Mott Woolley 121 West San Francisco, Santa Fe NM 87501 |
| Cheryl Conder | CHCV-003-0024 | 110 E. Indiana Ave., Walsenburg CO 81089 |
| Kenneth Conder | CHCV-003-0024 | 6844 E. Harvard Ave., Denver CO 80224 |
| Russell Fink | CHCV-003-0024 | 6432 Utica St., Arvada CO 80003 |

| | | |
|---|---|---|
| Estate of Juan Gonzales | CHCV-003-0032<br>CHCV-003-0033 | c/o Sam Gonzales 3501 E. Main St.,<br>Suite A, Farmington NM 87402 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

___s/ electronic signature___
Special Master Vickie L. Gabin