IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 (BB-ACE)

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

Subfile No. CHGA-001-0017

## ORDER CORRECTING CLERICAL ERRORS AND OMISSIONS

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed January 8, 2004 (Docket No. 7368) to correct errors and omissions in the Consent Order filed January 10, 2001 (Docket No. 6117) in connection with defendant URSULITA VIGIL and subfile CHGA-001-0017.

Being fully advised in the premises, the Court finds:

1.   The motion to correct clerical errors and omissions is well-taken and should be GRANTED.

2.   The location of the 0.1 acre "no right" tract of land in the Consent Order filed January 10, 2001 (Docket No. 6117) should be corrected to describe the location of that tract as the NW 1/4 of Section 13, Township 23 North, Range 1 East rather than the SW 1/4 of Section 13 as stated in the order.

IT IS THEREFORE ORDERED that the description of the location of the 0.1 acre "no right" tract of land in the Consent Order filed January 10, 2001 (Docket No. 6117) is corrected to describe

the location of the 0.1 acre "no right" tract as the NW 1/4 of Section 13, Township 23 North, Range 1 East.

    IT IS FURTHER ORDERED that all other provisions of the Consent Order filed January 10, 2001 (Docket No. 6117) shall remain in effect.

                                                                         BRUCE D. BLACK
                                                                         UNITED STATES DISTRICT JUDGE

Approved:

    s/ electronic signature
Special Master Vickie L. Gabin