UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Jan 27, 2004

CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of NM, et al. v. Aragon, 69cv07941-BB-ACE

Rio Chama Adjudication, Sections 3 & 7

DATE OF HEARING: Jan 22, 2004             TIME: 9:30 a.m.

COUNSEL:

PLAINTIFF:                              DEFENDANTS:

  Edward G. Newville, OSE                 See attached lists


NOTES: Re: Order (#7320 filed 12-8-2003) Granting Request for Pretrial Conference (State's Motion #7313 filed 11-13-2003) and Setting Pretrial Conference.

Pretrial Conference was held as scheduled at the U.S. district court in Santa Fe. Matters discussed included:

1) Issues in subfile disputes for subfiles listed in #7320;

2) Formulation of a scheduling order for individual subfile proceedings between the State and the defendants.


Court Reporter:
Julianne LaBadia
USDC -
120 S. Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
Tel: 505/992-3829  Fax 505/988-6332