IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>               Plaintiff,<br><br>    -v-<br><br>RAMON ARAGON et al.,<br><br>               Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Pueblo Claims Proceedings |

## NOTICE AND ORDER SETTING MULTI-CASE
## STATUS AND SCHEDULING CONFERENCE ON PUEBLO CLAIMS

This Order is entered pursuant to Fed. R. Civ. P. 16 and 53 for the purpose of guiding and controlling the course of this adjudication. A status conference will be held Tuesday, March 2, 2004, at 1:30 p.m. in the Small Courtroom, 2nd floor, United States District Court, South Federal Place, Santa Fe. The purposes of this conference are to assess the status of the Pueblo Indian water rights claims in the adjudications of the Rio Chama, No. 69cvO7941-BB, the Rios Truchas and Santa Cruz, Nos. 68cv07488-BB & 70cv08650-BB, consolidated, and the Rios Taos and Hondo, Nos. 69cv07896-BB & 69cv07939-BB, consolidated, and to produce reasonable deadlines for moving forward on these claims. Counsel for the State of New Mexico, ex rel. State Engineer, the United States of America, and the Pueblos of Taos, San Ildefonso, Santa Clara, San Juan, Pojoaque, and Nambé shall consult and submit outlines of jointly proposed scheduling orders for receipt by the Special Master no later than Friday, February 27.

    IT IS SO ORDERED.

                                                                    /electronic signature/
                                               SPECIAL MASTER VICKIE L. GABIN