IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, et al.,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of original signed copies of waivers of service by the defendants in Rio Brazos, Section 7 of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
| --- | --- |
| ARECHULETA, BERONICE I. | CHRB-006-0025A |
| CANDELARIA, CONSUELO J. | CHRB-003-0030 |
| GOMEZ, MICHAEL | CHRB-003-0003 |
| LOPEZ, OTILIA | CHRB-007-0015 |
| MARTINEZ, JACOB | CHRB-004-0032 |
| MARTINEZ, MANUEL A. JR. | CHRB-004-0059 |
| TRUJILLO, MARGARITA R. | CHRB-007-0008 |
|  | CHRB-006-0026 |
| VIGIL, CARLA A. | CHRB-003-0003 |

7396

Respectfully submitted

*[signature: Ed Newville]*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons on **29** day of **January**, 2004.

*[signature]*
Edward G. Newville

NEW MEXICO ACEQUIA COMMISSION
FRED VIGIL, CHAIRMAN
DFA - LOCAL GOVERNMENT DIV
BATAAN MEMORIAL BUILDING
SANTA FE, NM 87503

TESSA T. DAVIDSON, ESQ.
SWAIN, SCHRANDT & DAVIDSON, PC
4830 JUAN TABO NE, SUITE F
ALBUQUERQUE, NM 87111

JOHN P. HAYS, ESQ
CASSUTT, HAYS & FRIEDMAN, P.A.
530-B HARKLE ROAD
SANTA FE, NM 87505

JOHN F. MCCARTHY, JR. ESQ.
REBECCA DEMPSEY, ESQ.
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
SANTA FE, NM 87504-0787

MARCUS J. RAEL, JR., ESQ
FRENCH & ASSOCIATES, PC
500 MARQUETTE AVE., NW
ALBUQUERQUE, NM 87120

BRADLEY S. BRIDGEWATER, ESQ
DAVID W. GEHLERT, ESQ
USDOJ-ENRD
999 18TH ST. SUITE 945
DENVER, CO 80202

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE, NM 87504-2384

PIERRE LEVY, ESQ
OFFICES OF DANIEL J. O'FRIEL, LTD.
P.O. BOX 2084
SANTA FE, NM 87504-2084

LILIOSA G. PADILLA
432 PARKLAND DR.
AZTEC, NM 87410

LESTER K. TAYLOR, ESQ
SUSAN G. JORDAN, ESQ.
NORDHAUS LAW FIRM
405 DR. MARTIN L. KING JR AVE NE
ALBUQUERQUE, NM 87102-3541

DANIEL CLEAVINGER, ESQ.
P.O. BOX 2470
FARMINGTON, NM 87499

PAULA GARCIA
NM ACEQUIA ASSOCIATION
430 W. MANHATTAN, SUITE 5
SANTA FE, NM 87501

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

BENJAMIN PHILLIPS, ESQ.
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
SANTA FE, NM 87504-0787

MARTIN E. THREET, ESQ.
MARTIN E. THREET & ASSOCIATES
6400 UPTOWN BLVD. NE, SUITE 500W
ALBUQUERQUE, NM 87110

| | | |
|---|---|---|
| KAREN L. TOWNSEND, PC<br>120 EAST CHACO<br>AZTEC, NM 87410 | TED J. TRUJILLO, ESQ.<br>P.O. BOX 2185<br>ESPANOLA, NM 87532 | JOHN W. UTTON, ESQ<br>SHEEHAN, SHEEHAN & STELZNER<br>P.O. BOX 271<br>ALBUQUERQUE, NM 87103-0271 |

THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN THE RECORDS DEPARTMENT, U.S. DISTRICT COURT CLERK'S OFFICE.