# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO



STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Village of Chama, Section 7

## NOTICE OF FILING OF WAIVERS OF SERVICE

COMES NOW plaintiff State of New Mexico, ex rel. State Engineer, and gives notice of the filing of

original signed copies of waivers of service by the defendants in Village of Chama, Section 7

of the Rio Chama Stream System named below:

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| BEAVER, JOHN D. | CHCV-002-0009 |
| BEAVER, SUSAN J. | CHCV-002-0009 |
| CONDER, ANDREW JR. | CHCV-003-0024 |
| CONDER, CHERYL | CHCV-003-0024 |
| CONDER, KENNETH | CHCV-003-0024 |
| CONDER, PETER J. | CHCV-003-0024 |
| DAGGETT, JEFF M. | CHCV-003-0007 |
| DAGGETT, MAXINE F. | CHCV-003-0007 |
| ESTATE OF JUAN GONZALES, | CHCV-003-0032 |
|  | CHCV-003-0033 |
|  | CHCV-003-0033 |
|  | CHCV-003-0032 |
| FINK, RUSSELL | CHCV-003-0024 |

*7398*

| DEFENDANT NAME | SUBFILE No. |
|---|---|
| HALE, DR. PAT | CHCV-003-0005 |
| JOHNSON, BONSALL D. | CHCV-002-0025 |
| | CHCV-002-0045 |
| JOHNSON, NATHAN G. | CHCV-002-0025 |
| JOHNSON, WENDA L. | CHCV-002-0025 |
| | CHCV-002-0045 |
| LOS CAMPOS DE CHAMA, LLC, | CHCV-004-0002 |
| | CHCV-003-0009 |
| PHIPPS, MARY | CHCV-002-0046 |
| PHIPPS, WARREN | CHCV-002-0046 |
| SHOATS, DANIEL D. | CHCV-007-0005 |
| SHOATS, ELLEN J. | CHCV-007-0005 |
| UNSER, ALFRED | CHCV-007-0002 |
| WASHINGTON MUTUAL HOME LOANS, | CHCV-006-0003 |
| WILLIAMS, DEBORAH H. | CHCV-002-0023 |

Respectfully submitted

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. BOX 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that copies of the above Notice of Filing were mailed to the following persons
on __29__ day of __January__, 2004.

Edward G. Newville

NEW MEXICO ACEQUIA COMMISSION
FRED VIGIL, CHAIRMAN
DFA - LOCAL GOVERNMENT DIV.
BATAAN MEMFORIAL BUILDING
SANTA FE, NM 87503

TESSA T. DAVIDSON, ESQ
SWAIN, SCHRANDT & DAVIDSON, PC
4830 JUAN TABO NE, SUITE F
ALBUQUERQUE, NM 87111

JOHN P. HAYS, ESQ
CASSUTT, HAYS & FRIEDMAN, P.A.
530-B HARKLE ROAD
SANTA FE, NM 87505

JOHN E. MCCARTHY, JR. ESQ
REBECCA DEMPSEY, ESQ.
WHITE, KOCH, KELLY & MCCARTHY
P.O. BOX 787
SANTA FE, NM 87504-0787

MARCUS J. RAEL, JR., ESQ
FRENCH & ASSOCIATES, PC
500 MARQUETTE AVE., NW
ALBUQUERQUE, NM 87120

BRADLEY S. BRIDGEWATER, ESQ
DAVID W. GEHLERT, ESQ
USDOJ-ENRD
999 18TH ST. SUITE 945
DENVER, CO 80202

SPECIAL MASTER VICKIE L. GABIN
USDC-DCNM
P.O. BOX 2384
SANTA FE, NM 87504-2384

PIERRE LEVY, ESQ.
OFFICES OF DANIEL J. O'FRIEL, LTD.
P.O. BOX 2084
SANTA FE, NM 87504-2084

LILIOSA G. PADILLA
432 PARKLAND DR.
AZTEC, NM 87410

LESTER K. TAYLOR, ESQ
SUSAN G. JORDAN, ESQ.
NORDHAUS LAW FIRM
405 DR. MARTIN L. KING JR. AVE. NE
ALBUQUERQUE, NM 87102-3541

DANIEL CLEAVINGER, ESQ
P.O. BOX 2470
FARMINGTON, NM 87499

PAULA GARCIA
NM ACEQUIA ASSOCIATION
430 W. MANHATTAN, SUITE 5
SANTA FE, NM 87501

KARLA MCCALL
DATA MANAGER
1315 SAGEBRUSH DR., SW
LOS LUNAS, NM 87031

BENJAMIN PHILLIPS, ESQ
WHITE, KOCH, KELLY & McCARTHY
P.O. BOX 787
SANTA FE, NM 87504-0787

MARTIN E. THREET, ESQ
MARTIN E. THREET & ASSOCIATES
6400 UPTOWN BLVD. NE SUITE 500W
ALBUQUERQUE, NM 87110

KAREN L. TOWNSEND, PC
120 EAST CHACO
AZTEC, NM 87410

TED J. TRUJILLO, ESQ.
P.O. BOX 2185
ESPANOLA, NM 87532

JOHN W. UTTON, ESQ.
SHEEHAN, SHEEHAN & STELZNER
P.O. BOX 271
ALBUQUERQUE, NM 87103-0271

THE EXHIBITS ATTACHED TO THIS

PLEADING ARE TOO VOLUMINOUS TO

SCAN.  SAID EXHIBITS ARE ATTACHED

TO THE ORIGINAL PLEADING IN THE

CASE FILE WHICH IS LOCATED IN THE

RECORDS DEPARTMENT,  U.S.

DISTRICT COURT CLERK'S OFFICE.