IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

04 FEB -5 PM 4:29

**STATE OF NEW MEXICO ex rel.
State Engineer,**

           **Plaintiff,**

v.                    NO. CV-69-7941

**RAMON ARAGON, et al.,**

           **Defendants.**

## ENTRY OF APPEARANCE AND
## NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

Robles & Rael, P.C. (Marcus J. Rael, Jr., Esq.) hereby enters its appearance on behalf of defendants Ivan Corrales and Teresita Corrales, in the above-styled and numbered cause of action. Further, Robles & Rael, P.C. hereby give notice to this Court, the Court Clerk's office, and counsel of its new address, telephone number, and facsimile number as listed below.

           Respectfully submitted,

           ROBLES & RAEL, P.C.

           By: _____
           Marcus J. Rael, Jr.
           Attorneys for Defendants
           500 Oak Street, NE, Suite 201
           Albuquerque, New Mexico 87106
           (505) 242-2228
           (505) 242-1106 (fax)



I hereby certify that a true and
correct copy of the foregoing was
sent via U.S. Mail this __4th__ day of
February, 2004 to:

New Mexico Acequia Commission
Fred Vigil, Chairman
DFA - Local Government Div.
Bataan Memorial Building
Santa Fe, NM 87503

Tessa T. Davidson, Esq.
Swain, Schrandt, & Davidson, PC
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

John P. Hays, Esq.
Cassutt, Hays, & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Karla Mccall
Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St. Suite 945
Denver, CO 80202

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Pierre Levy, Esq.
Offices of Daniel J. O'friel, LTD.
P.O. Box 2084
Santa Fe, NM 87504-2084

John F. McCarthy, Jr. Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly, & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Benjamin Phillips, Esq.
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus Law Firm
405 Dr. Martin L. King Jr. Ave NE
Albuquerque, NM 87102-3541

Karen L. Townsend, PC
120 East Chaco
Aztec, NM 87410

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

Martin E. Threet, Esq.
Martin E. Threet & Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Ted J. Trujillo, Esq
P.O. Box 2185
Espanola, NM 87532

*[signature]*

Marcus J. Rael Jr.