IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>RAMON ARAGON et al.<br><br>Defendants | 04 FEB -9 AM 10:44<br><br>No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 5  Rio Gallina<br>Subfile No. CHGA-003-0019 |

## MOTION FOR ACTION ON SPECIAL MASTER'S REPORT

DEFENDANTS Jose Zebedeo and Lucinda Chacon, by and through their attorney of record, pursuant to Fed. R. Civ. Proc. 53(e)(2), move this Court for action on the Special Master's Report and Recommendations on Disputed Subfile, filed January 12, 2004 (Docket No. 7383), for Subfile No. CHGA 003-0019. The State of New Mexico filed Objections to Special Master's Report on January 23, 2004 (Docket No. 7393) regarding subfile number CHGA-003-0019. Defendants filed a Response to the State of New Mexico's Objections on February 5, 2004.

Counsel for Plaintiff State of New Mexico does not object to this motion.

Respectfully submitted,

MARY E. HUMPHREY
Attorney for Defendants
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

7402

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was mailed to the following persons on the 5th day of February, 2004.

Ed Newville, Esq.
P. O. Box 25102
Santa Fe, NM 87504

Special Master Vickie Gabin
U.S. District Court
P. O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton
Sheehan, Sheehan & Stelzner
P. O. Box 271
Albuquerque, NM 87103

Fred J. Waltz
P. O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Bradley S. Bridgewater
David Gehlert
USDOJ
999 18th St. Suite 945
Denver, CO 80202

NM Acequia Commission
Fred Vigil, Chairman
Dept. of Finance & Admin.
Bataan Memorial Building
Santa Fe, 87503

Mary E. Humphrey