IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                                          69cv07941 BB-ACE
                                                             Rio Chama Adjudication
RAMON ARAGON, *et al.*,                             Section 5: Rio Gallina

    Defendants.                                    Subfile Nos.  CHGA-003-0003A, B, C, D
                                                                             CHGA-003-0004A, B
                                                                             CHGA-003-0005

## ERRATUM

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order (Doc. No. 7404, filed February 9, 2004). A typographical error refers to Doc. No. 7260 in the first paragraph of the Order. The correct Doc. No. is 7259.

**IT IS SO ORDERED.**

                                                                             */s/ Bruce D. Black*
                                                                             BRUCE D. BLACK
                                                                             UNITED STATES DISTRICT JUDGE