*Page 9*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

RAMON ARAGON, *et al.*,

      Defendants.

**FILED**
at Santa Fe, NM

FEB 23 2004

MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Cañones Creek, Section 7

**Subfile No.: CHCC-001-0017**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### KARAM LIVING TRUST

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

*7412*

4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Cañones Creek, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0434 and 0434-A

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

### Point of Diversion:

**Ditch:**        DAGGETT DITCH NO. 5

**Location X:**   1,553,285   feet   **Y:**   2,116,895   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 21.9  acres |
| | Total | 21.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCC-001-0017

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0434 and 0434-A

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

### Point of Diversion:

**Ditch:**        DAGGETT DITCH NO. 2

**Location X:**   1,557,421   feet   **Y:**   2,118,196   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

Within the Tierra Amarilla Grant                              8.9  acres

Consent Order                          2                    Subfile No.: CHCC-001-0017

Page 10

Total       8.9 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCC-001-0017

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Cañones Creek, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the water rights described herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

*Page 11*

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____   *Trustee for Karam Living Trust*
KARAM LIVING TRUST

ADDRESS: _____
1895 Georgetown Rd
Talsburo, TX 75176

DATE: _____
12/19/03

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

___1-2-04___
Date



001-0017
A 21.9 ac.

001-0017
B 8.9 ac.

Daggett Ditch No. 5

Daggett Ditch No. 2

LEGEND

Irrigated Tract Boundary

No Right Tract Boundary

Seeped Land

Operable Ditch / Lateral

Inoperable Ditch / Lateral

Reservoir / Stock Pond

Point of Diversion

(F) Fallow

(NR) No Right

N
W E
S

1 inch = 300 feet

0  50 100    200    300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Canones Creek Section**

Subfile Number
**CHCC 001-0017**
Daggett Ditch No. 5
& Daggett Ditch No. 2
AMENDED
September 17, 2003