IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

FEB 23 2004

KOBER, M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rutheron & Plaza Blanca, Section 7

**Subfile No.: CHRU-004-0039**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### HOPE MINER

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, and by their

    signatures appearing below, the State and the Defendant(s) have approved and accepted

    the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

7418

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rutheron & Plaza Blanca, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   1545 & 1699

**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of the Rio Chama, a tributary of the Rio Grande.
**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
    **Ditch:**         WILLOW CREEK MESA DITCH
    **Location X:**   1,548.909   feet   **Y:**   2,103.084   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 5.1  acres |
| | Total | 5.1  acres |

    As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRU-004-0039

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rutheron &

Plaza Blanca, Section 7, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rutheron & Plaza

Blanca, Section 7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Rutheron & Plaza Blanca,

Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.


The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____

UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____

SPECIAL MASTER

ACCEPTED: _Hope Miner_

HOPE MINER

ADDRESS: _23 Cuchilla de Lupe._

_Placitas, NM 87043_

DATE: _12/13/03_


_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

12.17.03

Date

Consent Order                    4                    Subfile No.: CHRU-004-0039



004-0039
A 5.1 ac.

Seeped

## LEGEND

 Irrigated Tract Boundary    ● Point of Diversion

Nu Right Tract Boundary    Ⓕ Fallow

 'Seeped Area'     Nu Right

▶ Operable Ditch

– – Inoperable Ditch

 Stock Ponds / Reservoir




1 inch = 200 feet

0   50   100   200   Feet



**STATE OF NEW MEXICO**
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

**Rio Chama Hydrographic Survey**
**Rutheron & Plaza Blanca Section**

Subfile Number
**CHRU 004-0039**
Willow Creek
Mesa Ditch
AMENDED
November 24, 2003

