IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,  )<br>)<br>) | |
| Plaintiff,  )<br>) | 69cv07941- BB-ACE |
| -v-  )<br>) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al.,  )<br>) | Sections 3 & 7 |
| Defendants.  )<br>)<br>) | Subfile Nos. CHCB-003-0015B;<br>  CHRB-002-0001, 002-0002,<br>  003-0001, 003-0002, 004-0061 |

NOTICE OF FILING OF TRANSCRIPT

TO DISTRIBUTION:

All counsel of record and interested parties listed on the attached distribution list are hereby notified that the transcript of the Special Master's pretrial conference held on January 22, 2004 was filed with the Clerk of the District Court on February 17, 2004.

          /electronic signature/
SPECIAL MASTER VICKIE L. GABIN

**RIO CHAMA ACTIVE PARTICIPANTS DISTRIBUTION LIST**  **February 24, 2004**

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

---------------------------------------

Frank Bond, Esq.
P.O. Box 5333
Santa Fe, NM 87502-5333

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 - 18th St., Suite 945
Denver, Colorado 80202

Steven Bunch, Esq.
NM State Highway &
 Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501

Chris D. Coppin, Esq.
NM State Game Commission
6301 Indian School Rd. # 400
Albuquerque, NM 87110

Tessa T. Davidson, Esq.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

Charles T. DuMars, Esq.
201 Third Street NW, #1370
Albuquerque, NM 87102

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, N.M. 87504-2068

Paula Garcia
NM Acequia Association
430 West Manhattan St, Suite 5
Santa Fe, NM 87501

K. Janelle Haught, Esq.
P.O. Box 25944
Albuquerque, N.M. 87125

John P. Hays, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Mary Humphrey, Esq.
P.O. Box 1574
El Prado, N.M. 87529

Mary Ann Joca, Asst. Reg. Atty.
USDA-Ofc of the General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. N.W.
Albuquerque, NM 87120-3488

David Mielke, Esq.
500 Marquette Ave NW, #700
Albuquerque, NM 87102

Edward G. Newville, Esq.
Lisa D. Brown, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

NM Acequia Commission
Fred Vigil, Chairman
Dept. of Fin. & Adm., Local Gov. Div.
Bataan Memorial Bldg.
Santa Fe, NM 87501a

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 Oak St. NE, #201
Albuquerque, NM 87106

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
405 Dr. Martin Luther King, Jr. NE
Albuquerque, NM 87102

Martin E. Threet, Esq.
6400 Uptown Blvd. NE, Ste. 500W
Albuquerque, NM 87110

Karen L. Townsend, Esq.
120 East Chaco
Aztec, NM 87410

Ted T. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred Vigil
P.O. Box 687
Medanales, NM 87548-0687

Norm Vogt
P.O. Box 488
Likely, CA 96116

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

C. Mott Woolley, Esq.
112 W. San Francisco St., Ste 312D
Santa Fe, NM 87501