IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941 BB-ACE |
| v. | ) ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al., | ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT AND RECOMMENDATIONS CONCERNING SCHEDULING ORDERS ON INDIAN CLAIMS

Pursuant to the Special Master's *Notice and Order Setting Multi-Case Status and Scheduling Conference on Pueblo Claims*, entered January 28, 2004 in New Mexico ex rel. State Engineer v. Aragon, No. 69cv07941-BB [Doc. No. 7395], New Mexico ex rel. State Engineer v. Abbott, Nos. 68cv07488-BB & 70cv08650-BB consolidated [Doc. No. 2420], and New Mexico ex rel. State Engineer v. Abeyta, Nos. 69cv07896-BB & 69cv07939-BB [Doc. No. 4385], the United States, after consultation with counsel for the State of New Mexico, ex rel. State Engineer, and the Pueblos of Taos, San Ildefonso, Santa Clara, and San Juan,[1] hereby submits a recommended outline schedule for proceedings on Pueblo claims in the specified three adjudications.

1.  Although these three adjudications are not formally consolidated, they, and other pending water adjudications in the State of New Mexico, make competing

---

[1] Counsel for Pojoaque Pueblo was unavailable for comment on this document. The attorney contacted for Nambé Pueblo, which Pueblo has only a de minimis interest in the Abbott case which is already the subject of a settlement agreement, indicated that he does not represent the Pueblo in any of cases in which this document is submitted.

7424

demands on the available litigation and negotiation resources of the United States, the State of New Mexico ("State"), and, to a varying extent, the involved Indian Pueblos. Accordingly, the United States supports and recommends a process by which scheduling in each case may take account of the resource demands of the other cases and is this date filing an identical status report and recommendations in all three cases.

2. The governmental entities involved in these cases, including the United States, the State, and the Pueblos, must generally go through a legislative funding cycle in order to secure sufficient resources to respond to new active litigation deadlines imposed by the Court. When there are no such deadlines for a particular case, the limited resources available for water adjudications tend to be reallocated to more active cases. When new deadlines are established, it may take an extended period to obtain new funding through the legislative process. In the case of the United States, for example, and depending on the time of year when notice is given of the new deadline, it may take as much as 18 months for sufficient funding to be obtained from Congress, or re-allocated from other cases.

**Proposal to Defer Proceedings on Pueblo Claims in the Rio Chama Adjudication**

3. The United States, the State, and San Juan Pueblo report that their respective resources do not permit simultaneous litigation of that Pueblo's water rights in both New Mexico ex rel. State Engineer v. Aragon, the Rio Chama adjudication, and New Mexico ex rel. State Engineer v. Abbott, the Rio Santa Cruz/Rio Truchas adjudication. Since there is a pending scheduling order governing the adjudication of Pueblo claims in the Abbott case (*Scheduling Order on Pueblo Claims*, filed December 17, 1998 [Doc. No. 2215]), all three of these parties favor preparing to litigate San Juan Pueblo's water rights in

that case first, and to defer any scheduling of proceedings on the Pueblo's water rights in the Aragon case for the time being.

## Proposal Concerning Pueblo Claims Proceedings in the Santa Cruz/Truchas Adjudication

4. As reported in the *Status Report on Settlement of Indian Claims* filed December 31, 2003 [Doc. No. 2419], in the Abbott (Rio Santa Cruz/Rio Truchas) adjudication, the United States transmitted to other parties a proposal to settle the last remaining issue in Pueblo Claims Subproceeding 1 in that case in October of 2003. Paragraph 4.3 of the December 17, 1998, *Scheduling Order*, indicates that Pueblo Claims Subproceeding 2, which will adjudicate San Juan Pueblo's claimed water rights that are based on past or present uses of diverted water, should commence once Subproceeding 1 is completed. There have been some responses to the United States settlement proposal, however, to date, the State has been unable to allocate resources adequately to review the United States' proposal due to the demands of global negotiations to settle the water right claims of the Pueblos of San Ildefonso, Nambe, Pojoaque, and Tesuque in New Mexico ex rel. State Engineer v. Aamodt, No. 66cv06639 MV/LCS, and the intensive negotiation schedule to resolve the water right claims of Taos Pueblo in the Abeyta (Rio Pueblo de Taos/Rio Hondo) adjudication. Those competing resource demands from the Aamodt and Abeyta cases are on-going, but may permit the State to complete its review of the United States' Abbott Subproceeding 1 proposal in time for that Subproceeding to be completed within the next year. Toward that end, the United States, the State, and the Pueblo of San San Juan, propose that the Special Master establish the following schedule:

STATUS REPORT AND RECOMMENDATIONS, PAGE 3

| | |
|---|---|
| August 31, 2004 | Deadline for parties to <u>Abbott</u> Pueblo Claims Subproceeding 1 to provide the United States with written comments on the October 2003 settlement proposal. |
| October 14, 2004 | Status Conference before the Special Master to address the status of the settlement negotiations and whether the appointment of a United States Magistrate Judge as mediator would help to conclude the matter. |
| March 1, 2005 | Deadline, subject to reconsideration by the Special Master upon motion for good cause, for the United States and San Juan Pueblo to file subproceeding complaints, pursuant to Part 3 of the Special Master's December 17, 1998, *Scheduling Order*, stating the water rights to be claimed on behalf of San Juan Pueblo in Pueblo Claims Subproceeding 2. |

The Pueblos of Santa Clara and San Ildefonso urge that the deadline for comments on the United States' October 2003 proposal be established earlier than August 31, 2004.

**Proposal Concerning Pueblo Claims Proceedings in the Taos/Hondo Adjudication**

     5.    The United States, the State, and Taos Pueblo report that the intensive negotiations to settle Pueblo Claims in the <u>Abeyta</u> case are on-going, occasionally volatile, and highly sensitive to pressures that could be created by a resumption of active litigation. These three parties reserve their respective rights to petition the Special Master to establish a litigation schedule at any time, but respectfully recommend that no such schedule be established at present.

     Dated this 27th day of February, 2004.

STATUS REPORT AND RECOMMENDATIONS, PAGE 4

COUNSEL FOR THE UNITED STATES:

*[signature]*

Bradley S. Bridgewater
Indian Resources Section
U.S. Department of Justice
Suite 945, North Tower
999 Eighteenth Street
Denver, CO 80202
Phone: (303) 312-7318

Approved via telephone or email:

Gregory C. Ridgley
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
*Counsel for the State of New Mexico*

Edward G. Newville
Office of the State Engineer
P.O. Box 25012
Santa Fe, NM 87504-5102
*Counsel for the State of New Mexico*

Jessica R. Aberly
Rothstein, Donatelli, Hughes, Dahlstrom,
  Schoenburg, LLP
500 Fourth Street, N.W., Suite 400
Albuquerque, NM 87102
*Counsel for Santa Clara Pueblo*

Peter C. Chestnut
P.O. Box 27190
Albuquerque, NM 87125-7190
*Counsel for San Ildefonso Pueblo*

Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash
  & Bladh, LLP
405 Dr. Martin Luther King Jr., Ave., NE

STATUS REPORT AND RECOMMENDATIONS, PAGE 5

Albuquerque, NM 87103-0271
*Counsel for Taos Pueblo*

David Mielke
Sonosky, Chambers, Sachse, Eenreson
 & Mielke, LLP
500 Marquette Ave., NW, Suite 700
Albuquerque, NM   87102
*Counsel for San Juan Pueblo*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2004, I mailed copies of the foregoing *Status Report* to all persons on the attached service list.

*Yvonne M. Mensch*

## State of New Mexico v. Aragon
### Service List

Edward G. Newville
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

AquaTek
Karla McCall
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Fred Vigil
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz
Box 6390
Taos, NM 87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87103-0271

Susan G. Jordan
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
1239 Paseo De Peralta
Santa Fe, NM 87501

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

K. Janelle Haught
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton, Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM 87103-0586

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM 87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO 80202

Jay F. Stein
James C. Brockmann
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM 87575

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan
 & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

David Mielke
Sonosky, Chambers, Sachse, Endreson &
Mielke, LLP
500 Marquette Ave., NW, Ste. 700
Albuquerque, NM 87102

Updated 1/5/04