UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: 3-3-04

### CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of NM v. Aragon   69cv07941-BB-ACE

Rio Chama Adjudication

DATE OF HEARING: March 2, 2004          TIME: 1:30 p.m

COUNSEL:

PLAINTIFF:                              DEFENDANTS:

GREGORY C. RIDGLEY                      SEE ATTACHED LIST

NOTES: RE: Notice and Order # 7395 filed 1-28-04. Multi case
Status and Scheduling conference on Pueblo claims
was held at USDC in Santa Fe. Matters discussed in
regard to the Rio Chama Adjudication included:
- Inability of Pueblo's (San Juan) resources to stretch over two
adjudications; Pueblo would need to do complete
review of previously filed claims; BIA work to be updated.
- Non-Indian claims: OSE proceeding rapidly prefers
to complete; then start Pueblo claims.
- Duty of water must be determined - should be the
same for entire adjudication.
- Omnibus scheduling proposal to be circulated to attys, then sent to SM

COURT REPORTER:                        Transcript of Multi case
Julianne LaBadia                       Status and Scheduling
United States District Court           Conference to be filed in:
P.O. Box 2384                          State of NM v Abbott, 68cv07488
Santa Fe, NM 87504-2384
Tel: 505/992-3829   Fax 505/988-6332

7426