IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canoñes Creek, Village of Chama<br><br>Subfile No(s): CHRB-007-0058<br>CHRB-007-0015<br>CHRB-004-0059<br>CHRB-006-0006<br>CHRU-004-0039<br>CHRU-004-0028<br>CHCV-002-0046<br>CHCV-002-0025<br>CHCV-002-0009<br>CHCV-001-0008<br>CHCC-001-0017<br>CHCV-003-0007 |

CHCV-003-0009
CHCV-003-0024
CHCV-003-0032
CHCV-003-0033

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on 5th day of March, 2004:

Subfile No. CHRB-007-0058
Docket No. 7422
Yolanda M. Montano
Anthony M. Romero
P.O. Box 247
Tierra Amarilla, NM 87575

Subfile No. CHRB-007-0015
Docket No. 7421
Anselmo Lopez
Otilia Lopez
6501 San Antonio Dr. NE, Unit 4302
Albuquerque, NM 87109

1


7429

<table>
<tr><td>

Subfile No. CHRB-004-0059
Docket No. 7420
Manuel A. Martinez Jr.
297 Don Fernando
Santa Fe, NM 87505

</td><td>

Subfile No. CHRB-006-0006
Docket No. 7419
Deborah Cordova
Genevieve Cordova
Hazel Cordova
Nelda Cordova
Orlando Cordova
Sharon Cordova
P.O. Box 72
Tierra Amarilla, NM 87575

</td></tr>
<tr><td>

Subfile No. CHRU-004-0039
Docket No. 7418
Hope Miner
23 Cuchilla de Lupe
Placitas, NM 87043

</td><td>

Subfile No. CHRU-004-0028
Docket No. 7417
Norm Vogt Inc.
Box 488
Likely, CA 96116

</td></tr>
<tr><td>

Subfile No. CHCV-002-0046
Docket No. 7416
Mary Phipps
Warren Phipps
P.O. Box 67
Chama, NM 87520

</td><td>

Subfile No. CHCV-002-0025
Docket No. 7415
Bonsall D. Johnson
Wenda L. Johnson
P.O. Box 967
Chama, NM 87520

</td></tr>
<tr><td>

Subfile No. CHCV-002-0025
Docket No. 7415
Nathan G. Johnson
4457 S.Cathayway
Aurora, CO 80015

</td><td>

Subfile No. CHCV-002-0009
Docket No. 7414
John D. Beaver
Susan J. Beaver
P.O. Box 240
357 Pine Ave.
Chama, NM 87520

</td></tr>
<tr><td>

Subfile No. CHCV-001-0008
Docket No. 7413
Roxanne M. Gonzales
832 Reid Ave.
Grants, NM 87020

</td><td>

Subfile No. CHCC- 001-0017
Docket No. 7412
Karam Living Trust
1895 Georgetown Rd.
Pottsboro, TX 75076

</td></tr>
</table>

Subfile No. CHCV-003-0007
Docket No. 7411
Jeff M. Daggett
Maxine F. Daggett
P.O. Box 497
Chama, NM 87520

Subfile No. CHCV-003-0009
Docket No. 7410
Los Campos De Chama, LLC
P.O. Box 430
Santa Fe, NM 87504

Subfile No. CHCV-003-0024
Docket No. 7409
Andrew Conder Jr.
1119 Belmont
Pueblo, CO 81004

Subfile No. CHCV-003-0024
Docket No. 7409
Cherly Conder
110 E. Indiana Ave.
Walsenburg, CO 81089

Subfile No. CHCV-003-0024
Docket No. 7409
Kenneth Conder
6844 E. Harvard Ave.
Denver, CO 80224

Subfile No. CHCV-003-0024
Docket No. 7409
Peter J. Conder
2908 Rice
Pueblo, CO 81005

Subfile No. CHCV-003-0024
Docket No. 7409
Russell Fink
6432 Utica St.
Arvada, CO 80003

Subfile No. CHCV-003-0032
Docket No. 7408
Estate of Juan Gonzales
3501 E. Main, Suite A
Farmington, NM 87402

Subfile No. CHCV-003-0033
Docket No. 7407
Estate of Juan Gonzales
3501 E. Main, Suite A
Farmington, NM 87402

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 5th day of March, 2004:

Fred Vigil, Chaiman
New Mexico Acequia Association
DFA/LGD Bataan Memorial Bldg., Ste. 201
Santa Fe, NM 87503

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Paula Garcia,
NM Acequia Association
430 W. Manhattan Ste. 5
Santa Fe, NM 87501

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Marcus J. Rael, Esq.
French & Associates, PC
500 Marquette Ave. NW #600
Albuquerque, NM 87102

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Martin Threet, Esq.
Martin Threet & Associates
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Lester K. Taylor, Esq
Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE
Albuquerque, NM 87102

Liliosa G. Padilla
432 Parkland dr.
Aztec, NM 87410

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Special Master Vickie L. Gabin,
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Benjamin Phillips, Esq.
John F. McCarthy, Jr. & Rebecca Dempsey, Esquires
White, Koch, Kelly & McCarthy, PA
P.O. Box 787
Santa Fe, NM 87504-0787

Karen L. Townsend, Esq.
KAREN L. TOWNSEND, P.C.
120 East Chaco
Aztec, NM 87410

_____
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504

4