# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

    Plaintiffs,

    v.                                                  69cv07941 BB-ACE
                                                          Rio Chama Adjudication
RAMON ARAGON, *et al.*,                   Section 5: Rio Gallina

    Defendants.                                Subfile No. CHGA-003-0007

## ORDER

**THIS MATTER** comes before the Court on Defendants' (Juan Chavez, Patsy Chavez, Jose Chavez and Piedad Chavez) Motion for Action on Special Master's Report (Doc. No. 7399, filed February 3, 2004) and the Special Master's Report and Recommendations on Disputed Subfile (Doc. No. 7382, filed January 12, 2004).

Counsel for Plaintiff State of New Mexico did not object to Defendants' Motion for Action on the Special Master's Report. Therefore, Defendants' (Juan Chavez, Patsy Chavez, Jose Chavez and Piedad Chavez) Motion for Action on Special Master's Report (Doc. No. 7399, filed February 3, 2004) shall be granted.

No objections to the Special Master's Report have been filed with the Court. *See* Fed. R. Civ. P. 53(g)(2) (a party may file objections to a master's report or recommendations no later than 20 days from the time the master's report and recommendations are served). After reviewing the Special Master's Report and Recommendations, and the transcript and exhibits from the hearing on this matter held before the Special Master on February 7, 2003, the Court is not left with a definite and firm conviction that a mistake has been made in the Special Master's Report and Recommendations.

*See* Fed. R. Civ. P. 72 advisory committee's notes (1983)(when no timely objection to a magistrate judge's report and recommendation is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation). Therefore, the Special Master's Report and Recommendations on Disputed Subfile (Doc. No. 7382, filed January 12, 2004) shall be adopted.

**IT IS SO ORDERED.**

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE