# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

04 APR -5 PM 3: 18

*Robert M. March*
CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex. rel. | ) | |
| State Engineer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No. CIV 7941-JC** |
| | ) | **RIO CHAMA STREAM SYSTEM** |
| RAMOND ARAGON, et. al. | ) | |
| | ) | **Section 7** |
| Defendants. | ) | **Subfile Nos . : CHCV-001-0010,** |
| | | **CHRV-004-0042** |

## ENTRY OF APPEARANCE

COMES NOW Hatch, Allen & Shepherd, P.A., and hereby enters its appearance on behalf of Defendant Rancho Lobo, Ltd, in the above-entitled cause of action, concerning Subfile No.: CHCV-001-0010 and CHRV-004-0042. Copies of all pleadings, Orders and any other documents filed or transmitted in this case should be served on counsel for Defendants.

Respectfully submitted,

HATCH, ALLEN & SHEPHERD, P.A.

By: _____
Kurt J. Van Deren
Attorneys for Defendant Rancho Lobo, Ltd.
P.O. Box 30488
Albuquerque, New Mexico 87190-0488
(505) 341-0110

7434

I hereby certify that a true and
correct copy of the foregoing
pleading was mailed to opposing
counsel of record.

**Rio Chama Section 7**
**Distribution List:**

Special Master Vickie L. Gabin
USDS-DSNM
PO Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
PO Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
PO Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
PO Box 1229
Santa Cruz, NM 87567

Marcus J. Rael, Esq.
3208 Vista Maravillosa, NW
Albuquerque, NM 87120

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.

2

PO Box 787
Santa Fe, NM  87504-0787

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash, & Bladh
200 West DeVargas, Suite 9
Santa Fe, NM  87501

Daniel Cleavinger, Esq.
PO Box 339
Tierra Amarillo, NM  87575

Jan F. Stein, Esq.
Stein & Brockman, P.A.
PO Box 5250
Santa Fe, NM  87502-5250

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
999 18th Street, Suite 945
Denver, CO  80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
500 Marquette NW, Suite 1050
Albuquerque, NM  87102

Tessa T. Davidson
Swain, Schrandt, & Davidson, P.C.
4830 Juan Tabo NE, Suite F
Albuquerque, NM  87111

Edward G. Newville, Esq.
Office of the State Engineer
PO Box 25102
Santa Fe, NM  87504-5102

on this 5th day of April, 2004.


Kurt J. Van Deren