IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rio Brazos |
| RAMON ARAGON, *et al.,* | |
| Defendants. | Subfile Nos.   CHRB-002-0001 CHRB-002-0002 CHRB-003-0001 CHRB-003-0002 |

### CERTIFICATE OF MAILING

The State of New Mexico, *ex rel.* State Engineer, certifies that pursuant to the Pretrail Order entered March 8, 2004 (Docket No. 7427), the State mailed its initial disclosures to the parties in the above referenced subfile proceedings on the 10th day of April, 2004.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

     I hereby certify that copies of the above Certificate of Mailing were mailed to following persons on April   13  , 2004.

                                       /s/ Ed Newville
                                  Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Joe O. Garcia
P.O. Box 90398
Albuquerque, NM 87199

Mundy Ranch, Inc.
c/o James Munday
HC 75, Box 81
Chama, NM 87520

J. Placido Garcia, Jr.
Munira K. Garcia
5809 Royal Oak Dr. NE
Albuquerque, NM 87111

Debbie L. Garcia
Anthony T. Garcia
5300 Canyon Bluff Tr NE
Albuquerque, NM 87111

J. Patrick Garcia
8821 Harwood NE
Albuquerque, NM 97111

Alvin Eversgerd
Belva Eversgerd
P.O. Box 547
Chama, NM 87520