IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 3: Rio Cebolla |
| RAMON ARAGON, *et al.,* | |
| Defendants. | Subfile Nos.   CHCB-003-0015B |

### CERTIFICATE OF MAILING

The State of New Mexico, *ex rel.* State Engineer, certifies that pursuant to the Pretrail Order entered March 8, 2004 (Docket No. 7428), the State mailed its initial disclosures to the parties in the above referenced subfile proceedings on the 12th day of April, 2004.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that  copies of the above Certificate of Mailing were mailed to following persons on April    13   , 2004.

                                                                  /s/ Ed Newville
                                                                  Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507-6513