FILED
at Santa Fe, NM

APR 16 2004

ROBERT M. MARCH, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer,

        Plaintiff,

vs.

Ramon Aragon, et al,

        Defendants.

69cv07941 JC
RIO CHAMA STREAM SYSTEM

Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

## CERTIFICATE OF MAILING

The undersigned certifies that on 4/14/04 he mailed to opposing counsel, Ed Newville, PO Box 25103, Santa Fe, NM 87102-5102, postage prepaid, a copy of Initial Disclosures.

*[signature]*
Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507
Attorney for David E. Archuleta
and Lydia Archuleta

I certify that a copy of foregoing was mailed & FAX'd to the Federal Court Clerk FAX: 958-6473 and PO Box 2384, Santa Fe, NM 87504-2384, postate prepaid on 4/16/2004.

*[signature]*

7437