IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer,

          Plaintiff,

vs.

Ramon Aragon, et al,

          Defendants.

69cv07941 JC
RIO CHAMA STREAM SYSTEM

Section 3: Rio Nutrias, Rio Cebolla
& Canjilon Creek

FILED
APR 20 AM 9: 31
CLERK-SANTA FE

CERTIFICATE OF MAILING

The undersigned certifies that on 4/14/04 he mailed to opposing

counsel, Ed Newville, PO Box 25103, Santa Fe, NM 87102-5102, postage

prepaid, a copy of Initial Disclosures.

Alfonso G. Sanchez, Esq.
2653 Calle Princesa Juana
Santa Fe, NM 57507
Attorney for David I. Archuleta
and Lydia Archuleta

I certify that a copy of foregoing was mailed & FAX'd to the Federal Court
Clerk FAX: 955-6473 and PO Box 2384, Santa Fe, NM 87504-2384, postate pre-
paid  on 4/16/2004.

7440