IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

04 MAY -5 AM 10:43

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

vs.

RAMON ARAGON, *et al.*,

   Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

Subfile Nos.   CHCB-003-0015B

## CERTIFICATE OF MAILING

The undersigned certifies that on   May  4 , 2004 the original and a copy
of Interrogatories and Request for Production of Documents was mailed to Plain-
tiff, c/o Edward G. Newvill, Esq., PO Box 25102, Santa Fe, New Mexico 87502,
postage prepaid.

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507
Phone/FAX 1-505-471-3053
Attorney for David & Lydia Archuleta

I certify a copy of the foregoing pleading was mailed to opposing counsel,
Edward Newville, Esq., PO Box 25102, Santa Fe, NM 87507 on May  4 , 2004.

Alfonso G. Sanchez