IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>Subfile Nos.  CHGA-001-0003<br>              CHGA-002-0006A<br>              CHGA-002-0015<br>              CHGA-002-0021A<br>              CHGA-002-0027A<br>              CHGA-002-0027B<br>              CHGA-004-0001A<br>              CHGA-002-0050 |

**NOTICE OF WITHDRAWAL OF MOTIONS (8)
TO CORRECT CLERICAL ERRORS AND OMISSIONS**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby withdraws its motions (8) to correct clerical errors and omissions in the above referenced subfiles filed January 8, 2004 (Docket Nos. 7367, 7369, 7370, 7371, 7372, 7373, 7375 and 7376).

Respectfully submitted,

  /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above Notice of Withdrawal of Motions to Correct Clerical Errors and Omissions was mailed to following persons on May   21  , 2004.

                                            /electronic signature/
                                            Edward G. Newville

**RIO CHAMA SECTION 5 SERVICE LIST**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Vivian Suazo
P.O. Box 17
Gallina, NM 87017

Henry L. Jacquez
1110 Maez Road
Santa Fe, NM 87505

Raymond Suazo
P.O. Box 6327 Mary todd Court
Centerville, VA 20121

David Chavez
P.O. Box 14
Gallina. NM 87017

Luis Toby Maestas
Genevieve M. Velasquez
5505 Sicily Rd NW
Albuquerque, NM 87114

Mary Ann Maestas
Gabriel Maestas
P.O. Box 5
Gallina, NM 87501

Robert M. Vigil
P.O. Box 108
Gallina, NM 87017

Mary Vigil
P.O. Box 13
Gallina, NM 87017

Julian Vigil
P.O. Box 122
Gallina, NM 87017

Mike Jacquez
906 N. Monterey Ave.
Farmington, NM 87401