IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>  vs.<br><br>RAMON ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

Rio Brazos

| | |
|---|---|
| Valerie Espinosa | CHRB-004-0009 |
| Rebecca M. Wilson | CHRB-005-0005 |
| Mrs. Amalia Valdez | CHRB-006-0008 |
| Manuel D. Archuleta | CHRB-007-0014 |

Cañones Creek

| | |
|---|---|
| Raleigh Kent Gardenhire | CHCC-001-0001 |
| D. L. Martinez | CHCC-003-0004 |
| L. M. Martinez | CHCC-003-0004 |
| M. A. Martinez | CHCC-003-0004 |
| M. J. Martinez | CHCC-003-0004 |
| Evangeline Martinez | CHCC-003-0005 |
| Gonzalo H. Martinez | CHCC-003-0005 |

<u>Village of Chama</u>

  Washington Mutual Home Loans    CHCV-006-0003
  a/k/a Washington Mutual Bank

  Randy A. Terrazas    CHCC-006-0004

DATED: June 1, 2004

            Respectfully submitted,

            /s/ Ed Newville
            EDWARD G. NEWVILLE
            Special Assistant Attorney General
            Office of State Engineer
            P.O. Box 25102
            Santa Fe, NM 87504-5102
            (505) 827-6150

## CERTIFICATE OF SERVICE

  I hereby certify that copies of the above Notice of Dismissal mailed to following persons on June __3__, 2004.

            /s/ Ed Newville
            Edward G. Newville

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.

White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F

Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates PC
500 Marquette NW #600
Albuquerque, NM 87102-5302

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488