IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>         Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>         Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them.  In support of this motion, the State asserts:

   1.   The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Michael D. Gonzales | CHRB-004-0009 | 112 Sam Street, Sante Fe NM 87501 |
| Grace G. Valdez | CHRB-006-0008 | PO Box 826, Alcalde NM 87511 |
| Frank J. Archuleta | CHRB-007-0014 | PO Box 181, Tierra Amarilla NM 87575 |
| Josephine Hays | CHRB-007-0014 | 1400 W. Marine Dr. #65, Astoria OR 97103 |

| | | |
|---|---|---|
| Dorothy Lemos | CHRB-007-0014 | c/o Frank J. Archuleta, PO Box 181 Tierra Amarilla NM 87575 |
| Priscilla Martinez | CHRB-007-0014 | 1312 North 1300 West, Salt Lake City, Utah 84116 |
| Lorraine E. Martinez | CHRB-007-0014 | Mineral Hill Rt. Box 190, Las Vegas NM 87701 |
| Juanita Archuleta | CHRB-007-0014 | c/o Frank J. Archuleta, PO Box 181 Tierra Amarilla NM 87575 |
| Lawrence Archuleta | CHRB-007-0014 | c/o Frank J. Archuleta, PO Box 181 Tierra Amarilla NM 87575 |
| Sammy Archuleta | CHRB-007-0014 | PO Box 42, Los Ojos NM 87551 |
| Theresa Galdean | CHRB-007-0014 | c/o Frank J. Archuleta, PO Box 181 Tierra Amarilla NM 87575 |
| Jack Cowan | CHRU-001-0019A CHRU-001-0019B | HC 75 Box 66, Los Ojos NM 87551 |
| Dustin Boyd | CHCV-003-0002B | PO Box 242, Chama NM 87520 |
| Lance Leyba | CHCV-006-0004 | HC 75 Box 50, Chama NM 87520 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 7 of the Rio Chama Stream System.

DATED: June 1, 2004.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Motion to Join Additional Parties Defendant were mailed to following persons on June   3  , 2004.

/s/ Ed Newville
Edward G. Newville

### RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates PC
500 Marquette NW #600
Albuquerque, NM 87102-5302

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488