IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

04 JUN -3 PM 2: 11

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

Plaintiff,

v.

No. 69cv07941 JEC-ACE

ROMAN ARAGON, *et al.*

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

Defendants.

## MOTION TO WITHDRAW

THE LAW OFFICES OF DANIEL J. O'FRIEL, Ltd., by Pierre Levy, Esquire, hereby moves to withdraw from the representation of the following parties and associated subfiles in this matter:

| | |
|---|---|
| Joyce Menninger | Subfile Number CHRB-009-0001 |
| Kathy R. Tafoya | Subfile Number CHRB-009-0001 |
| Lisa Tafoya | Subfile Number CHRB-009-0001 |
| Lorraine Tafoya | Subfile Number CHRB-009-0001 |
| Lucy Tafoya | Subfile Number CHRB-009-0001 |
| Jose P. Tafoya | Subfile Number CHRB-009-0021 |
| Lucy M. Tafoya | Subfile Number CHRB-009-0021 |

On information and belief, the parties may retain counsel for these claims at some time in the future. For the time being, the parties will proceed pro-se, and the contact person for the parties is

Ms. Lorraine Tafoya, Esq.
5842 E. Beverly Blvd.
Los Angeles, California 90022

Pursuant to Local Rule D.N.M.Lr. Civ. 83.8, the undersigned has attempted to

7450

confer with counsel for the Office of the State Engineer with respect to this motion. The undersigned has also attempted to confer with Ms. Tafoya. No response to inquiries has been received.

Respectfully Submitted by:

LAW OFFICES OF DANIEL J. O'FRIEL, LTD.
Attorneys for Defendants

By_____
Pierre Levy, Esquire
P.O. Box 2084
Santa Fe, New Mexico 87504-2084
(505) 982-5929

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing, by first class mail postage prepaid, on this 3rd day of June, 2004, to the following person(s):

> Bruce Frederick
> Special Assistant Attorney General
> New Mexico Office of the State Engineer
> P.O. Box 25102
> Santa Fe, New Mexico 87504-5102
>
> Ms. Lorraine Tafoya, Esq.
> 5842 E. Beverly Blvd.
> Los Angeles, California 90022

_____
Pierre Levy