IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　Defendants. | CV 69-7941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## ORDER CORRECTING DEFENDANTS' NAMES

This is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendants' Names filed June 2, 2004 (Docket No. 7449).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Floyd E. Smith Revocable Trust | Floyd E. Smith and Edna E. Smith Revocable Trust<br>CHCV-002-0026 |
| Gonzalo H. Martinez & Successors as Trustees | Gonzalo H. Martinez Family Trust<br>CHCC-003-0003 |

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Approved:

　　　　/electronic signature/
Special Master Vickie L. Gabin