IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>    Defendants. | CV 69-07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed June 2, 2004 (Docket No. 7448). Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

| Name | File No. | Address |
|---|---|---|
| Michael D. Gonzales | CHRB-004-0009 | 112 Sam Street, Sante Fe NM 87501 |
| Grace G. Valdez | CHRB-006-0008 | PO Box 826, Alcalde NM 87511 |
| Frank J. Archuleta | CHRB-007-0014 | PO Box 181, Tierra Amarilla NM 87575 |
| Josephine Hays | CHRB-007-0014 | 1400 W. Marine Dr. #65, Astoria OR 97103 |
| Dorothy Lemos | CHRB-007-0014 | c/o Frank J. Archuleta, PO Box 181 Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Priscilla Martinez | CHRB-007-0014 | 1312 North 1300 West, Salt Lake City, Utah 84116 |
| Lorraine E. Martinez | CHRB-007-0014 | Mineral Hill Rt. Box 190, Las Vegas NM 87701 |
| Juanita Archuleta | CHRB-007-0014 | c/o Frank J. Archuleta, PO Box 181 Tierra Amarilla NM 87575 |
| Lawrence Archuleta | CHRB-007-0014 | c/o Frank J. Archuleta, PO Box 181 Tierra Amarilla NM 87575 |
| Sammy Archuleta | CHRB-007-0014 | PO Box 42, Los Ojos NM 87551 |
| Theresa Galdean | CHRB-007-0014 | c/o Frank J. Archuleta, PO Box 181 Tierra Amarilla NM 87575 |
| Jack Cowan | CHRU-001-0019A CHRU-001-0019B | HC 75 Box 66, Los Ojos NM 87551 |
| Dustin Boyd | CHCV-003-0002B | PO Box 242, Chama NM 87520 |
| Lance Leyba | CHCV-006-0004 | HC 75 Box 50, Chama NM 87520 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

　　/electronic signature/　　
Special Master Vickie L. Gabin