IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

04 JUN -7 AM 11: 31

CLERKS SANTA FE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

  Plaintiff,

v.

RAMON ARAGON, *et al.*,

  Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Village of Chama, Section 7

## WAIVER OF SERVICE OF SUMMONS

To: Edward G. Newville
  State Engineer Office
  P.O. Box 25102
  Santa Fe, NM 87504-5102

  I acknowledge receipt of your request that I waive service of a summons in the action of State of New Mexico *ex rel.* State Engineer v. Aragon, which is case number 69cv07941 BB-ACE in the United States District Court for the District of New Mexico. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

  I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

  I (or the entity on whose behalf I am acting) will retain all defenses or objections to the adjudication suit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

  I understand that the time allowed within which I must answer the complaint was extended pursuant to the procedural order entered by the court on November 19, 2002, and that I am not obligated to file an answer until December 31, 2003.

_____  TAIT O. NORTON
Signature WASHINGTON MUTUAL BANK, FA  Printed or typed name

1201 3RD AVE. M/S WMT1706  12/05/03
Address SEATTLE, WA 98101  Date

7453  CHCV-006-0003