IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | |
| Plaintiff, v. | 69cv07941 BB-ACE |
| RAMON ARAGON, *et al.*, | RIO CHAMA STREAM SYSTEM Rio Brazos, Section 7 |
| Defendants. | |

## WAIVER OF SERVICE OF SUMMONS

To:  Edward G. Newville
     State Engineer Office
     P.O. Box 25102
     Santa Fe, NM 87504-5102

   I acknowledge receipt of your request that I waive service of a summons in the action of <u>State of New Mexico *ex rel.* State Engineer v. Aragon</u>, which is case number 69cv07941 BB-ACE in the United States District Court for the District of New Mexico. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the adjudication suit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that the time allowed within which I must answer the complaint was extended pursuant to the procedural order entered by the court on October 20, 2003 and that I am not obligated to file an answer until July 15, 2004.

_Lorraine E Montoya_      _Lorraine E Montoya_
Signature  LORRAINE MONTOYA     Printed or typed name

_Mineral Hill Rt Box 190_     _4-10-04_
Address     Date
_Las Vegas, NM 87701_

7464     CHRB-007-0014