IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

## WAIVER OF SERVICE OF SUMMONS

To:    Edward G. Newville
        State Engineer Office
        P.O. Box 25102
        Santa Fe, NM 87504-5102

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>State of New Mexico *ex rel.* State Engineer v. Aragon</u>, which is case number 69cv07941 BB-ACE in the United States District Court for the District of New Mexico. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the adjudication suit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that the time allowed within which I must answer the complaint was extended pursuant to the procedural order entered by the court on October 20, 2003 and that I am not obligated to file an answer until July 15, 2004.

_____
Signature    FRANK ARCHULETA

PO Box 181 Tierra Amarilla NM
Address    87575

Frank J. Archuleta
Printed or typed name

4-8-04
Date

7465