# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

vs.

RAMON ARAGON, *et al.*,

       Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

Subfile Nos. CHCB-003-0015B

04 JUN -7 PM 4:06

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the State of New Mexico ex rel. State Engineer's *Objections and Responses to Interrogatories and Request for Production of Documents* to be mailed to the following on this 7th day of June, 2004 via first-class mail postage prepaid:

    Alfonso G. Sanchez, Esq.
    Attorney for David and Lydia Archuleta
    2853 Calle Princessa Juana
    Santa Fe, NM 87505

*Stacy Goodwin, for*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

7467