IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla |

## **STATUS REPORT**

　　　COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and files this Status Report in connection with settlement and historic water use questions involving the following Defendants in Section 7 of the Rio Chama Stream System:

| | |
|---|---|
| FRANK C. SERNA | CHTA-001-0001 |
| JOHN M. SERNA | CHTA-001-0001 |
| AGRIPINA G. SALAZAR | CHTA-001-0002 |
| VICTOR SALAZAR, SR. | CHTA-001-0002 |
| ELLIS GORDON SCHLEGEL | CHTA-002-0001 |
| ASCENCION LABRIER | CHTA-002-0002 |
| HEIRS OF CARLOTA L. MARTINEZ | CHTA-002-0003, CHTA-003-0001 |

　　　The State's historian John O. Baxter has completed his review of materials received from José Damián Eturriaga. *See* Notice of Receipt of Historical Report (7363) filed December 19, 2003. Dr. Baxter expects to complete a report on these materials by the end of July 2004. Copies of the report

will be available at the Office of the State Engineer upon request to the undersigned counsel.

                Respectfully submitted,

                /s/ Ed Newville
                EDWARD G. NEWVILLE
                Special Assistant Attorney General
                Office of State Engineer
                P.O. Box 25102
                Santa Fe, NM 87504-5102
                (505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Status Report was mailed to following persons on June  14 , 2004.

                /s/ Ed Newville
                Edward G. Newville

**DEFENDANTS**

Frank C. Serna
John M. Serna
9709 Rio Grande NW
Albuquerque, NM 87114

Victor Salazar, Sr.
Agripina G. Salazar
P.O. Box 324
Tierra Amarilla, NM 87575

Ellis Gordon Schlegel
P.O. Box 309
Tierra Amarilla, NM 87575

Asencion LaBrier
P.O. Box 29 Ensenada Route
Tierra Amarilla, 87575

Heirs of Carlota L. Martinez
c/o Frank A. Martinez

Seven Springs Fish Hatchery
346 Forest Rd. #34
Jemez Springs, NM 87025

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates PC
500 Marquette NW #600
Albuquerque, NM 87102-5302

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Kurt J. Van Deren

Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488