IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

   v.                                                       69cv07941 BB-ACE
                                                                     Rio Chama Adjudication

RAMON ARAGON, *et al.*,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Status Reports on Settlement of Indian Claims (Doc. No. 7195, filed June 30, 2003; Doc. No. 7366, filed December 30, 2003). Those status reports stated, "Although [San Juan] Pueblo and several other parties have, in the past, expressed an interest in settlement, no negotiations are on-going at this time." At the March 2, 2004, status conference, counsel for the United States and the San Juan Pueblo indicated that the Pueblo did not have the resources to litigate San Juan Pueblo's claims this year. (Tr. at 30-31). Counsel for San Juan Pueblo also indicated that the Pueblo's claims previously filed in this case will likely need to be updated prior to litigation. (Tr. at 31-32). After consultation with the New Mexico Office of the State Engineer, counsel for the United States and San Juan Pueblo shall, by September 1, 2004, file a joint, proposed order identifying the activities required to resolve San Juan Pueblo's claims and a schedule of deadlines for completing those activities.

     The Court has a compelling interest in closing this adjudication which is now 35 years old. *See* FED. R. CIV. P. 1 advisory committee's note for 1993 amendments (the Court and counsel have an affirmative duty to ensure that this case is resolved not only fairly, but also without undue cost or

delay). The Court strongly encourages counsel to include in the proposed order sufficient discussion to convince the Court that the proposed schedule is reasonable.

**IT IS SO ORDERED.**

*/s/ Bruce D. Black*

**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**