IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,                                         69cv07941-BB-ACE

      v.                                              RIO CHAMA STREAM SYSTEM
                                                       Section 7: Rito de Tierra Amarilla

RAMON ARAGON, *et al.*,

      Defendants.

SCHEDULING ORDER FOR ADJUDICATION
OF WATER RIGHTS PRIORITIES

THIS MATTER is before the Special Master on her own motion, upon reviewing the June 11, 2004 Status Report filed by the State of New Mexico, ex rel. State Engineer ("State")(Docket No. 7469). The Status Report sets out the progress of historical research regarding the settlement and historic water use questions involving six water rights subfiles in the Rito de Tierra Amarilla subsection of Section 7 of the Rio Chama Stream System. This Scheduling Order is entered to ensure the timely completion of this research and all subsequent activities necessary for the adjudication of water rights priorities for these subfiles. Being fully advised in the premises,

IT IS ORDERED that the State's historian, Dr. John O. Baxter, shall complete his report on the materials received from José Damián Eturriaga no later than August 16, 2004.

IT IS FURTHER ORDERED that for the next general status conference which will be held at the end of this summer, counsel for the State shall be prepared with a proposed scheduling order on further adjudication activities for these six water rights subfiles.

                                                        /electronic signature/
                                              SPECIAL MASTER VICKIE L. GABIN