IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM
Sections 3, 4, 5 & 7

ORDER REQUIRING JOINT STATUS REPORT
AND PROPOSED SCHEDULING ORDER
REGARDING PRIORITIES AND HISTORICAL REPORTS

    THIS MATTER is before the Special Master on her own motion, upon reviewing the June 24, 2003 Order Adopting Schedule for Completion and Exchange of Historical Reports (Docket No. 7169). The Order sets out the initial scheduling for the completion and exchange of reports by the Associación de Acèquias Norteñas de Rio Arriba, Gallina-Capulin Acequia Association, and El Rito Ditch Association ("the Acequias") on historical water uses in Sections 3, 5, and 7 of the Rio Chama Stream System. The Order further requires that the Acèquias Norteñas de Rio Arriba file pleadings regarding the applicability of the Treaty of Guadalupe Hidalgo to water rights in Sections 3 and 7.

    Completing the adjudication of water rights priorities for these sections, and for Section 4, requires that counsel must identify future activities related to this goal, and propose a schedule of deadlines for completing those activities.

    IT IS ORDERED, THEREFORE that no later than July 9, 2004, counsel for the Acequias and the State of New Mexico, ex rel. State Engineer, shall confer and file a joint status report on the

progress of the activities outlined in the June 24 Order, and submit (not file) a proposed scheduling order to the Special Master, which order should include reasonable deadlines for completing all matters relating to priorities adjudication in Sections 3, 4, 5 and 7.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN
