IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

## NOTICE OF UNAVAILABILITY

EDWARD G. NEWVILLE, counsel for the Plaintiff State of New Mexico, *ex rel.* State

Engineer, hereby gives notice that he will be out-of-state and unavailable from June 23, 2004 until

July 12, 2004.  In his absence, please contact either Bruce Fredrick at the Office of the State Engineer

(827-4126) or Lisa Brown (897-1156) if you require immediate assistance.

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G.  NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 827-6150; (505) 867-7444

# CERTIFICATE OF SERVICE

I hereby certify that copies of the above Notice was mailed to following persons on June 17, 2004.

_/s/ Ed Newville_
Edward G. Newville

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz

P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687

Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.

French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel
Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington,
Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite
500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

David Mielke, Esq.
Sonosky, Chambers, Sachse,
Endersen & Mielke, LLP
500 Marquette Ave. #700
Albuquerque, NM 87102

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488