IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

04 JUN 18 PM 2:27

CLERK-SANTA FE

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Cebolla, Section 3

**Subfile No.: CHCB-002-0004**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### FELIX VALDEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement
concerning certain elements of Defendant's right to divert and use the public waters of
the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing
below, the State and the Defendant(s) have approved and accepted the elements of
Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements
of the claims of the Defendant(s) adjudicated by this order.

*7480*

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, is set forth below:

## A. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**   0636, 2738

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:**   ACEQUIA DEL PINAVETAL
    **Location X:** 1,587,026 feet  **Y:** 2,028,083 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**
    Section 24, Township 27N, Range 04E, N.M.P.M.

|  |  |  |
|---|---|---|
| Pt. SW¼ |  | 6.9 acres |
|  | Total | 6.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-002-0004

**Amount of Water:** NONE

## B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Medio, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:**   ALFALFITA DITCH
    **Location X:** 1,577,714 feet  **Y:** 2,021,173 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

Section 24, Township 27N, Range 04E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SW¼ | 2.1 | acres |
| Total | 2.1 | acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-002-0004

**Amount of Water:** NONE

## C. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch Name:**  ACEQUIA DEL PINAVETAL

**Location X:**  1,587,026  feet  **Y:**  2,028,083  feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 24, Township 27N, Range 04E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SW¼ | 2.0 | acres |
| Total | 2.0 | acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-002-0004

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla,

Section 3, other than those set forth in this order and those other orders entered by this

Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

ACCEPTED: _____
                     FELIX VALDEZ

ADDRESS: _1492 Calle Cielo Vista_
         _Bernalillo, N Mex 87004_

DATE: _03/06/04_


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

_4.7.04_
Date



002-0004
C 2.0 ac.

Acequia del Pinavetal

002-0004
A 6.9 ac.

NR

Alfalfita Ditch

002-0004
B 2.1 ac.

NR

LEGEND

☐ Irrigated Tract Boundary        ● Point of Diversion
No Right Tract Boundary           ● Well
☐ Seeped Area                     ✳ Spring
▶ Operable Ditch                  Ⓕ Fallow
— — Inoperable Ditch              ⓃⓇ No Right
— Stock Ponds / Reservoir

1 inch = 300 feet

0  50 100   200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Thomas C. Turney, State Engineer**

**Rio Chama Hydrographic Survey**
**Rio Cebolla Section**

Subfile Number
**CHCB 002-0004**
Acequia del Pinavetal
& Alfalfita Ditch
AMENDED
October 30, 2002