IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>  Plaintiff,<br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>  Defendants. | 04 JUN 18 PM 2: 27<br><br>CLERK-SANTA FE<br><br>69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rito de Tierra Amarilla, Section 7<br>**Subfile No.: CHTA-004-0006A** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

**EPIMENIO ULIBARRI**
**JULIA ULIBARRI**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

7482

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

### Office of the State Engineer Files No(s)   NONE

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

### Point of Diversion:
    **Ditch:**     TIERRA AMARILLA COMMUNITY DITCH
    **Location X:**  1,557,188   feet   **Y:**   2,064,714   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2 acres |
| | Total | 0.2 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-004-0006A

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

ACCEPTED: _Julia Ulibarri_          ACCEPTED: _Epimenio Ulibarri_
              JULIA ULIBARRI                                    EPIMENIO ULIBARRI

ADDRESS: _____   ADDRESS: _P.O. Box 3_
         _P.O. Box 3_                                                   _Tierra Amarilla_
         _Tierra Amarilla, N. Mex. 87575_        _New Mexico 87575_
DATE: _3-15-04_                                    DATE: _3-15-04_


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_4.4.04_
Date

Consent Order    4    Subfile No.: CHTA-004-0006A

Aerial map showing subfile 004-0006A, A 0.2 ac., Tierra Amarilla Community Ditch, Garapata Lateral.

**LEGEND**
- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Area
- Operable Ditch
- Inoperable Ditch
- Stock Ponds / Reservoir
- Point of Diversion
- (F) Fallow
- (NR) No Right



1 inch = 200 feet
0  100  200 Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

**Rio Chama Hydrographic Survey**
**Rito de Tierra Amarilla Section**

Subfile Number
**CHTA 004-0006A**
Tierra Amarilla
Community Ditch
December 17, 2003

