IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  69cv07941-BB-ACE<br>)<br>)  RIO CHAMA STREAM SYSTEM<br>)<br>)<br>) |

ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT

THIS MATTER is before the Special Master on the June 22, 2004, Motion for Extension of Time filed by the Plaintiff State of New Mexico, ex rel. State Engineer (Docket No. 7494). The Motion requests that the July 9 deadline set by the June 15, 2004, Order Requiring Joint Status Report and Proposed Scheduling Order Regarding Priorities and Historical Reports (No. 7472) be extended until August 2.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the joint status report on the progress of the historical reports and a proposed scheduling order for completing all matters relating to the priorities adjudication in Sections 3, 4, 5 and 7 shall be filed no later than August 2. The report and proposed schedules will be discussed at the upcoming status conference which will be set for the end of August.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN