IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      vs.

RAMON ARAGON, *et al.*,

      Defendants.

04 JUL -1  AM 10: 45

CLE... ... ... FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

## JOINT PROPOSAL FOR QUANTIFYING UNITED STATES' CLAIMS UNDER THE WILD AND SCENIC RIVERS ACT

Pursuant to the Court's Memorandum Opinion and Order (7331) dated March 16, 2004, the United States and the State of New Mexico hereby report on the status of settlement discussions concerning the United States' water rights claim under the Wild and Scenic Rivers Act, and jointly propose the following approach for quantifying those water rights.

    1.    Counsel for the United States and the State of New Mexico ("State") have conducted several telephonic conferences to discuss possible settlement of the United States' claims under the Wild and Scenic Rivers Act. In addition, the State has made a preliminary review and evaluation of materials and studies by the Bureau of Land Management in connection with an instream flow assessment of the Rio Chama intended to quantify flows necessary to accomplish the purposes for which the Rio Chama was designated a Wild and Scenic River. Counsel for the United States and the State are cautiously optimistic that the United States and the State of New Mexico can come to an agreement on the amount of water necessary to accomplish the purposes of the Wild and Scenic

7508

River designation and settle all matters associated with the United States' reserved water rights claim.

2.      Rather than schedule litigation related proceedings at this time, the United States and the State of New Mexico propose a period of approximately six months to diligently pursue settlement of the United States's claims.  Neither the United States nor the State of New Mexico has the resources to undertake simultaneous litigation proceedings and settlement discussions in this matter.

3.      The Rio Chama Acequia Association and the Associación de Acéquias Norteñas de Rio Arriba will be invited to participate in settlement discussions, as they participated in the original summary judgment briefing.

4.      The United States and the State of New Mexico propose the following schedule:

a.      The United States will submit to the State of New Mexico, the Rio Chama Acequia Association and the Associación de Acéquias Norteñas de Rio Arriba a written proposal for settlement of its water rights claims by August 14, 2004.  Materials provided to the State of New Mexico concerning the Rio Chama Management Plan and the Rio Chama Instream Flow Assessment, and any other materials upon which the United States' proposal is based, will be provided to the State, the Rio Chama Acequia Association and the Associación de Acéquias Norteñas de Rio Arriba.

b.      Representatives from the United States, the State of New Mexico, the Rio Chama Acequia Association and the Associación de Acéquias Norteñas de Rio Arriba will meet in Santa Fe beginning in August 2004, and at least monthly thereafter, to discuss settlement of the United States' claims.

c.      By November 1, 2004, the parties will file a joint status report with the Court

-2-

describing the progress to date in arriving at a settlement, or in the alternative, submit a proposed Consent Order for the Court's consideration.

d.  The State and the United States respectfully request that the Court schedule a Status Conference with the parties in February 2005, unless a Consent Order adjudicating the United States' claim has already been entered.  Two weeks prior to the scheduled Status Conference, the parties will file a Status Report.  If the parties have reached a settlement, the parties will submit a proposed Consent Order concerning the United States' reserved water rights under the Wild and Scenic Rivers Act.  If the parties have not reached a complete settlement at the time the Status Report is due, the parties will so inform the Court.

Respectfully submitted this _30TH_ day of June, 2004.

COUNSEL FOR THE UNITED STATES

DAVID W. GEHLERT
U.S. Department of Justice
999 18th ST., Suite 945
Denver, CO 80202
(303) 312-7352

COUNSEL FOR THE STATE OF NEW MEXICO

_____telephonic approval 6/22/04_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150; (505) 867-7444

-3-

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Joint Proposal for Quantifying United States' Claims Under the Wild and Scenic Rivers Act was mailed to following persons on June  30  , 2004.

### RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400

Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie,
Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield &
Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy
PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
French & Associates, PC
500 Marquette Ave. NW
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel
Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington,
Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite
500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

David Mielke, Esq.
Sonosky, Chambers, Sachse,
Endersen & Mielke, LLP
500 Marquette Ave. #700
Albuquerque, NM 87102

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488