IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>   Plaintiff,<br><br>   -v-<br><br>RAMON ARAGON et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)      69cv07941-BB-ACE<br>)<br>)      RIO CHAMA STREAM SYSTEM<br>)<br>)      Sections 3, 4, 5 and 7<br>)<br>) |

ORDER SETTING STATUS AND SCHEDULING CONFERENCE
AND FIELD INVESTIGATIONS FOR DISPUTED SUBFILES

THIS MATTER is before the Special Master pursuant to Fed. R. Civ. P. 16 and 53.  A status and scheduling conference, and necessary field inspections, are set for Tuesday, August 24, 2004.

1. The status and scheduling conference shall begin at 9:30 at the Rio Arriba County Commission Chambers in Tierra Amarilla, New Mexico, and include the following:

a. The progress of the adjudication of water rights claims in Section 3 (Rio Nutrias, Rio Cebolla, and Canjilon Creek), Section 5 (Rio Gallina) and Section 7 (Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek and Village of Chama);

b. A proposed scheduling order on further adjudication activities for water rights subfiles no. CHTA-001-0001 and -0002, CHTA-002-0001 and -0002, CHTA-002-0003 and CHTA-003-0001 in the Rito de Tierra Amarilla subsection as set forth in the June 15, 2004, Scheduling Order for Adjudication of Water Rights Priorities (Docket No. 7471);

c. The status of the litigation concerning water rights subfiles no. CHRB-002-0001 and -0002, CHRB-003-0001 and -0002, and CHCB-003-0015 set forth in the March 8, 2004, Pretrial Orders (Nos. 7427 and 7428) and any requested changes or amendments to the Pretrial Orders;

d. All matters relating to the priorities adjudication in Sections 3, 4, 5 and 7, as set forth in the June 15, 2004, Order Requiring Joint Status Report and Proposed Scheduling Order Regarding Priorities and Historical Reports (No. 7472), as amended June 24, 2004 (No. 7495);

e. Preliminary scheduling for the adjudication of irrigation water requirements (duty of water) in Sections 3, 5 and 7; and

f. Any other matters relevant to the adjudication of non-federal rights in Sections 3, 5, and 7.

2. Where appropriate, counsel for the State of New Mexico, ex rel. State Engineer, in cooperation with water rights claimants involved in active litigation, will arrange for field inspections pursuant to the Pretrial Orders referenced above in Paragraph 1(c). To the extent possible, the field inspections shall take place immediately following the status and scheduling conference.

3. Counsel for the State of New Mexico ex rel. State Engineer, shall distribute this Order to unrepresented defendants involved in the adjudication activities described above in Paragraphs 1(b) and (c).

IT IS SO ORDERED.

      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN