**IN THE UNITED STATES DISTRICT COURT** FILED
**FOR THE DISTRICT OF NEW MEXICO**

04 JUL 13 AM 10: 46

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel* ) | No. 69cv07941-BB-ACE |
| State Engineer, ) | |
| ) | CLER-ALBUQUERQUE |
| Plaintiff, ) | RIO CHAMA STREAM SYSTEM |
| vs. ) | Section 3: Rio Cebolla |
| ) | |
| RAMON ARAGON, *et al.*, ) | Subfile Nos.  CHRB-002-0001 |
| ) |              CHRB-002-0002 |
| Defendants. ) |              CHRB-003-0001 |
| ) |              CHRB-003-0002 |

## ASSOCIACIÓN DE ACÉQUIAS NORTEÑAS DE RIO ARRIBA'S MOTION TO INTERVENE

COMES NOW the Associación de Acéquias Norteñas de Rio Arriba (hereinafter "the Associación") and moves to intervene in the above-referenced subproceeding.  The Associación seeks intervention as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2) or permissive intervention pursuant to Fed. R. Civ. P. 24(b)(2).  As the Associación meets the requirements of both Rules, the court may enter intervention under either.  Furthermore, should there be any question about the issue, Rule 24 must be construed liberally and any doubts resolved in favor of the party seeking intervention.  *See e.g. United States v. Union Elec. Co.*, 64 F.3d 1152, 1158 (8th Cir. 1995).

## I. THE ASSOCIACIÓN IS ENTITLED TO INTERVENTION AS OF RIGHT

Rule 24(a)(2) provides in pertinent part:

Upon timely application anyone shall be permitted to intervene in an action:

. . .

(2) when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties.

7512

The Asociación meets all three requirements for intervention as a matter of right - interest in the subject matter litigation, possible impairment of such interest, and inadequate representation of the interest by existing parties. *See e.g. Coalition of Arizona/New Mexico Counties for Stable Economic Growth v. Dep't of Interior*, 100 F.3d 837, 840 (10th Cir. 1996). The Asociación claims an interest in the water rights that are the subject of this subproceeding as its members include acéquias, in particular the Acéquia de los Brazos, that are situated downstream from the existing parties. The disposition of the subproceeding could significantly impact the Asociación's rights to the water in Section 7 of the Rio Chama Stream System. The existing parties, based on their upstream location, cannot adequately represent the interests of the Asociación. Thus, the Association asks this court to find that the Asociación is entitled to an intervention as of right.

## II. IF INTERVENTION AS OF RIGHT IS DENIED THE ASOCIACIÓN SHOULD BE ALLOWED TO PERMISSIVELY INTERVENE

In the alternative, the Asociación asks the court to exercise its discretion and grant permissive intervention pursuant to Fed. R. Civ. P. 24(b)(2). The Asociación meets the requirements of Rule 24(b)(2) which provides that permissive intervention is allowed:

> [u]pon timely application . . . when an applicant's claim or defense and the main action have a question of law or fact in common . . . In exercising its discretion the court shall consider whether the intervention will unduly delay or prejudice the adjudication of the rights of the original parties.

None of the existing parties to the subproceeding will be prejudiced if the court exercises its discretion in allowing a permissive intervention on the part of the Asociación. Nor will a permissive intervention result in a delay in the proceedings. The Asociación should be allowed to protect its interest in the water that is the subject of the subproceeding involving the upstream

parties. Accordingly, this court should allow the Associación to permissively intervene in the subproceeding.

Ed Newville on behalf of the State supports this motion.

FOR THE FOREGOING REASONS, the Associación submits that it is entitled to intervene in this litigation both as a matter of right as provided in Rule 24(a)(2) as well as through the court's exercise of discretion pursuant to Rule 24(b)(2).

Respectfully submitted,

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Associación de Acéquias
  Norteñas de Rio Arriba
707 Broadway, N.E., Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103
(505) 247-0411

for: BY: _____
           JOHN W. UTTON

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was mailed to all parties of record this 12 day of June, 2004.

for John W. Utton

E:\DATA\TXTLIB\17296192\PLEADING\Motion^Intervene.doc

Special Master Vickie L. Gabin
USDC-DCNM
Post Office Box 2384
Santa Fe, New Mexico  87504-2384

Bradley S. Bridgewater, Esq./David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, Colorado  80202

Mary E. Humphrey, Esq.
Post Office Box 1574
El Prado, New Mexico  87529-1574

Frank M. Bond, Esq.
The Simmons Firm LLP
Post Office Box 5333
Santa Fe, New Mexico  87502-5333

John E. Farrow, Esq.
Farrow, Farrow & Stroz
Post Office Box 35400
Albuquerque, New Mexico  87176

K. Janelle Haught, Esq.
NMHSTD
Post Office Box 2348
Santa Fe, New Mexico  87504-2348

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N. W.
Albuquerque, New Mexico  87120

Peter B. Shoenfeld, Esq.
Post Office Box 2421
Santa Fe, New Mexico  87504-2421

Fred Vigil
Post Office Box 687
Medanales, New Mexico  87548

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
Post Office Box 2068
Santa Fe, New Mexico  87504-2068

Karla McCall, Data Manager
1315 Sagebrush Drive, S. W.
Los Lunas, New Mexico  87031

Edward G. Newville, Special Assistant Attorney General
Office of State Engineer
Post Office Box 25102
Santa Fe, New Mexico  87504-5102

Fred J. Waltz, Esq.
Post Office Box 6390
Taos, New Mexico  87571

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta #E
Santa Fe, New Mexico  87501-3722

Randolf B. Felker, Esq.
Felker Ish Hatcher Ritchie Sullivan & Geer
911 Old Pecos Trail
Santa Fe, New Mexico  87501

Mary Ann Joca, Esq.
US Department of Agriculture/Office of General Counsel
Post Office Box 586
Albuquerque, New Mexico  87102

Steven T. Bunch, Esq.
NM State Highway & Transportation Department
Post Office Box 1149
Santa Fe, New Mexico  87504-1149

Lucas O. Trujillo
Post Office Box 57
El Rito, New Mexico  87530

C. Mott Wooley, Esq.
112 W. San Francisco Street, Suite 312C
Santa Fe, New Mexico  87501-2090

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, New Mexico  87501

Benjamin Phillips, Esq./Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P. A.
Post Office Box 787
Santa Fe, New Mexico   87504-0787

Tessa T. Davidson, Esq.
Swaim Schrandt & Davidson, P.C.
4830 Juan Tabo, N. E., Suite F
Albuquerque, New Mexico   87111

Ted J. Trujillo, Esq.
Post Office Box 2185
Espanola, New Mexico   87532

John P. Hays, Esq.
Cassutt, Hays & Friedman, P. A.
530-B Harkle Road
Santa Fe, New Mexico   87505

Daniel Cleavinger, Esq.
Post Office Box 2470
Farmington, New Mexico   87499

Christopher D. Coppin, Esq.
Office of the Attorney General
Post Office Drawer 1508
Santa Fe, New Mexico   87504

Liliosa G. Padilla
432 Parkland Drive
Aztec, New Mexico   87410

Karen L. Townsend, P. C.
120 East Chaco
Aztec, New Mexico   87410

David Mielke, Esq.
Sonosky Chambers Sachse Endersen & Mielke LLP
500 Marquette Avenue, N. W., Suite 700
Albuquerque, New Mexico   87102

Lester K. Taylor, Esq./Susan G. Jordan, Esq.
Nordhaus Haltom Taylor Taradash & Bladh, LLP
405 Martin Luther King Avenue, N. E.
Albuquerque, New Mexico   87102-3541

Marcus J. Rael, Jr., Esq.
French & Associates, P. C.
500 Marquette Avenue, N. W.
Albuquerque, New Mexico   87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
Post Office Box 2084
Santa Fe, New Mexico   87504-2084

Charles T. DuMars, Esq.
Law & Resource Planning Associates, P. C.
201 Third Street, N. W., Suite 1370
Albuquerque, New Mexico   87102

Joseph V. R. Clark, Esq.
Cuddy Kennedy Hetherington Alberta & Ives LLP
Post Office Box 4160
Santa Fe, New Mexico   87502-4160

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd., N. E., Suite 500W
Albuquerque, New Mexico   87110

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, New Mexico   87507

NM Acequia Commission/Fred Vigil, Chairman
Department of Finance & Administration
Local Government Division/Bataan Memorial Building
Santa Fe, New Mexico   87503

Kurt J. Van Deren
Hatch Allan & Shepherd P. A.
Post Office Box 30488
Albuquerque, New Mexico   87190-0488