IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
State Engineer,

           Plaintiff,         No. 69cv07941-BB-ACE

  -vs-                       RIO CHAMA STREAM SYSTEM
                                Section 7

ROMAN ARAGON, et al.,

           Defendants.

ENTRY OF APPEARANCE

    PETER B. SHOENFELD herewith enters his appearance for the following named persons, who were joined herein as "unknown claimants of interest in the waters of the Rio Chama Stream System": Timothy Andrews and Dianna Andrews, Steve A. Padilla, Kenneth E. Luhcs.

                              PETER B. SHOENFELD, P.A.
                              P.O. Box 2421
                              Santa Fe, New Mexico 87504-2421
                              (505) 982-3566; FAX: (505) 982-5520
                              peter.shoenfeld@gte.net

                              By:_____
                              Attorney for Tom Andrews, Dianna
                              Andrews, Steve Padilla

CERTIFICATE OF SERVICE

    On this July 15, 2004, I mailed a copy of the foregoing to Ed Newville, Special Assistant Attorney General, at New Mexico State Engineer Office, P.O. Box 25102, Santa Fe, New Mexico 87504-5102.

_____