```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW MEXICO
```

STATE OF NEW MEXICO ex rel.,
State Engineer,

                Plaintiff,        No. 69cv07941-BB-ACE

  -vs-                              RIO CHAMA STREAM SYSTEM
                                          Section 7

ROMAN ARAGON, et al.,

                Defendants.

<u>CLAIM OF WATER RIGHTS</u>

Dianna Andrews and Timothy Andrews, heretofore joined as "unknown claimants of interest in the waters of the Rio Chama" herewith claim the following water rights:

| | |
|---|---|
| SOURCE OF WATER: | Rio Chama, a tributary of the Rio Grande |
| POINT OF DIVERSION: | Willow Creek Mesa Ditch diversion, located where X = 1,548,909 feet, Y = 2,103,084 feet, New Mexico State Plane Coordinate System, Central Zone, NAD 1983 |
| PURPOSE OF USE: | Irrigation |
| PRIORITY: | Unknown |
| AMOUNT OF IRRIGATED ACREAGE: | Approximately 3.5 acres within tract CHRU 004-0044A, Rio Chama Hydrographic Survey Rutheron & Plaza Blanca Section. This claim is intended to be for all of that part of CHRU 004-0044A lying to the North of the centerline of that certain roadway within Fort Heron Preserve subdivision known as "Fort Heron Loop", and within Lots B, D, and F of Fort Heron Preserve Subdivision, which is more particularly shown on the plat thereof filed in the Office of the County Clerk of Rio Arriba County, New Mexico, at Book O-213, Page 3320. The irrigated acreage is subject to adjustment based on an accurate survey |

          allocating the acreage in tract CHRU 004-0044A between Lots B, C, D, E, and F of Fort Heron Preserve Subdivision. All of the 7.3 irrigated acres of tract CHRU 004-0044A lies within Lots B, C, D, E, and F of that subdivision.

AMOUNT OF WATER:    Consumptive Use of .88 acre feet per acre per year; Farm headgate delivery amount: unknown; Diversion amount: unknown.

WHEREFORE, Dianna Andrews and Timothy Andrews request the adjudication to them the foregoing water rights, and that they have such other and further relief to which they are entitled.

          PETER B. SHOENFELD, P.A.
          P.O. Box 2421
          Santa Fe, New Mexico 87504-2421
          (505) 982-3566; FAX: (505) 982-5520

          By:_____
             Attorney for Mr., Mrs. Andrews

### CERTIFICATE OF SERVICE

On this July 15, 2004, I mailed a copy of the foregoing to Ed Newville, Special Assistant Attorney General, at New Mexico State Engineer Office, P.O. Box 25102, Santa Fe, New Mexico 87504-5102.

_____