IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
State Engineer,

              Plaintiff,        No. 69cv07941-BB-ACE

  -vs-                             RIO CHAMA STREAM SYSTEM
                                      Section 7
ROMAN ARAGON, et al.,

              Defendants.

## CLAIM OF WATER RIGHTS

Kenneth E. Luhcs, heretofore joined as an "unknown claimant of interest in the waters of the Rio Chama" herewith claims the following water rights:

| | |
|---|---|
| SOURCE OF WATER: | Rio Chama, a tributary of the Rio Grande |
| POINT OF DIVERSION: | Willow Creek Mesa Ditch diversion, located where X = 1,548,909 feet, Y = 2,103,084 feet, New Mexico State Plane Coordinate System, Central Zone, NAD 1983 |
| PURPOSE OF USE: | Irrigation |
| PRIORITY: | Unknown |
| AMOUNT OF IRRIGATED ACREAGE: | Approximately 0.5 acres within tract CHRU 004-0044A, Rio Chama Hydrographic Survey Rutheron & Plaza Blanca Section. This claim is intended to be for all of that part of CHRU 004-0044A lying to the South of the centerline of that certain roadway within Fort Heron Preserve subdivision known as "Fort Heron Loop", and within Lot E of Fort Heron Preserve Subdivision, which is more particularly shown on the plat thereof filed in the Office of the County Clerk of Rio Arriba County, New Mexico, at Book O-213, Page 3320. The irrigated acreage is subject to adjustment based on an accurate survey allocating the acreage in tract |

                                CHRU 004-0044A between Lots B, C, D, E, and F of Fort Heron Preserve Subdivision. All of the 7.3 irrigated acres of tract CHRU 004-0044A lies within Lots B, C, D, E, and F of that subdivision.

AMOUNT OF WATER:    Consumptive Use of .88 acre feet per acre per year; Farm headgate delivery amount: unknown; Diversion amount: unknown.

    WHEREFORE, Kenneth E. Luhcs requests the adjudication to him of the foregoing water right, and that he have such other and further relief to which he is entitled.

                                PETER B. SHOENFELD, P.A.
                                P.O. Box 2421
                                Santa Fe, New Mexico 87504-2421
                                (505) 982-3566; FAX: (505) 982-5520

                                By:_____
                                  Attorney for Mr. Luhcs

### CERTIFICATE OF SERVICE

    On this July 15, 2004, I mailed a copy of the foregoing to Ed Newville, Special Assistant Attorney General, at New Mexico State Engineer Office, P.O. Box 25102, Santa Fe, New Mexico 87504-5102.

                                            _____