IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer

      Plaintiff,

v.

ROMAN ARAGON, *et. al.*,
      Defendants.

04 JUL 15 PM 3:58

CLERK-S. NTA FE

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rutheron & Plaza Blanca, Section 7
**Subfile No: CHRU-003-001**

## ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS

COMES NOW Cassutt, Hays & Friedman, P.A., and enters its appearance in this case on behalf of claimant, Norm Vogt and requests notice of all hearings and copies of all pleadings filed in this case after the date hereof.

Respectfully submitted,
CASSUTT, HAYS & FRIEDMAN, P.A.

By: _____ 7/15/04
Gary S. Friedman
Attorneys for Norm Vogt
530-B Harkle Road
Santa Fe, New Mexico 87505
(505) 989-1434

7520