## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FILED

04 JUL 20 PM 3: 44

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel* ) | | |
| State Engineer, ) | No. 69cv07941-BB-ACE | |
| ) | | |
| Plaintiff, ) | RIO CHAMA STREAM SYSTEM | |
| vs. ) | Section 7: Rio Brazos | |
| ) | | |
| RAMON ARAGON, *et al.*, ) | Subfile Nos. | CHRB-002-0001 |
| ) | | CHRB-002-0002 |
| Defendants. ) | | CHRB-003-0001 |
| ) | | CHRB-003-0002 |

### CERTIFICATE OF SERVICE

I hereby certify that I sent by first-class mail a copy of the *Asociación de Acéquias Norteñas de Rio Arriba's Motion to Intervene*, along with a copy of this pleading, to the following parties this  19th  day of July, 2004:

Joe O. Garcia, Jr.
P. O. Box 903998
Albuquerque, NM   87199

Mundy Ranch, Inc.
HC 75, Box 81
Chama, NM   87520

J. Placido Garcia, Jr.
Munira K. Garcia
5809 Royal Oak Drive, N.E.
Albuquerque, NM   87111

Debbie L. Garcia
Anthony T. Garcia
5300 Canyon Bluff Tr., N. E.
Albuquerque, NM   87111

J. Patrick Garcia
8821 Harwood, N. E.
Albuquerque, NM   87111

7524

Alvin Eversgerd
Belva Eversgerd
P. O. Box 547
Chama, NM 87520

Respectfully submitted,

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Associación de Acéquias
 Norteñas de Rio Arriba
707 Broadway, N.E., Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103
(505) 247-0411

BY: _____
       JOHN W. UTTON

I HEREBY CERTIFY that a true
and correct copy of the foregoing
pleading was mailed to all parties
of record this 19th day of July, 2004.

_____
John W. Utton

E:\DATA\TXTLIB\17296192\PLEADING\CertificateSevice.doc