IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-004-0001A** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed August 31, 2001 (Docket No. 6329) in connection with defendants JULIAN VIGIL, MARY VIGIL and ROBERT M. VIGIL ("Defendants") and subfile CHGA-004-0001A, and as grounds plaintiff states as follows:

　　1.　The Consent Order filed August 31, 2001 in subfile CHGA-004-0001A incorrectly describes the amount of the irrigated acreage in the 1/4 subsections of Sections 8, Township 23 North, Range 1 East. The total amount of irrigated acreage described in the Consent Order filed August 31, 2001 is correct (37.6 acres), but the division of that acreage into the 1/4 Sections of Section 8 is incorrectly described.

　　2.　The Consent Order filed August 31, 2001 in subfile CHGA-004-0001A should be vacated.

　　3.　The Defendants have signed and approved a revised Consent Order to be filed with the Court that corrects the errors described in paragraph one above.

4.  The Defendants support the granting of this motion.

WHEREFORE, the plaintiff State of New Mexico requests the Court to vacate the Consent Order filed August 31, 2001 (Docket No. 6329) in connection with defendants JULIAN VIGIL, MARY VIGIL and ROBERT M. VIGIL and subfile CHGA-004-0001A.

Respectfully submitted,

/electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to following persons on July   26  , 2004.

/electronic signature/
Edward G. Newville

**RIO CHAMA SECTION 5 SERVICE LIST**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

NM Acequia Commission

Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Robert M. Vigil
P.O. Box 108
Gallina, NM 87017

Mary Vigil
P.O. Box 13
Gallina, NM 87017

Julian Vigil
P.O. Box 122
Gallina, NM 87017