IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

**Subfile No. CHGA-004-0001A**

## ORDER

THIS MATTER is before the Court on the July 26, 2004, Motion to Vacate Consent Order by the Plaintiff State of New Mexico, *ex rel.* State Engineer filed January 8, 2004 (Docket No. 7526). The motion asks the Court to vacate the Consent Order filed August 31, 2001 (Docket No. 6329) in connection with defendants JULIAN VIGIL, MARY VIGIL and ROBERT M. VIGIL and subfile CHGA-004-0001A.  The defendants support the granting of the Motion.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed August 31, 2001 (Docket No. 6329) in connection with subfile CHGA-004-0001A is vacated.

IT IS FURTHER ORDERED that the State shall promptly file a revised Consent Order in connection with Subfile CHGA-004-0001A.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____/electronic signature/_____
Special Master Vickie L. Gabin