IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

RAMON ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

## JOINT STATUS REPORT

The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), on behalf of the State and the Associación de Acéquias Norteñas de Rio Arriba, Gallina-Capulin Acequia Association, and El Rito Ditch Association, files this Joint Status Report on matters relating to the adjudication of priority dates as required by the Order (7472) entered June 15, 2004.

    1.    The State's historian Dr. John Baxter completed his historical report for Section 5 of the Rio Chama Stream System (Rio Gallina) in 1998. The Gallina-Capulin Acequia Association submitted it preliminary historical report to the State for Section 5, prepared by Malcolm Ebright, on June 15, 2003. The State of New Mexico has not formally responded to the Acequia Association's report to date. Counsel for the State and for the Gallina-Capulin Acequia Association (Mary E. Humphrey) plan to schedule a meeting during the week of August 9, 2004 to discuss the information in the two reports and their positions with respect to priority dates in Section 5.

    2.    The State's historian completed historical reports for all of the subsections in Section

3 of the Rio Chama Stream System (Las Nutrias, Rio Cebolla and Canjilon Creek) in 1999 and 2000. The Associación de Acéquias Norteñas de Rio Arriba reports that it has recently received a draft historical report for the Canjilon Creek subsection from its historian Malcolm Ebright. The report has not yet been provided to the State for its review.

       3.        The State's historian, Dr. Baxter, completed a historical report for the Tierra Amarilla subsection of Section 7 in December 2001, and shortly thereafter the report was made available to the Associación de Acéquias Norteñas de Rio Arriba for review. Dr. Baxter has also completed draft reports for 3 of the 4 remaining subsections in Section 7: Rio Brazos, Rutheron-Plaza Blanca and Cañones Creek. These draft reports have not yet been finalized and provided to the Associación de Acéquias Norteñas de Rio Arriba for review. Dr. Baxter anticipates that he will complete a draft report for the final subsection in Section 7 (Village of Chama) within the next few weeks. All of the State's reports for Section 7 are expected to be finalized and made available for review by the end of the year at the latest.

       4.        The State's historian has also completed a preliminary review of a report and historical materials received in December 2003 from José Damián Eturriaga in connection with certain defendants and subfiles in Tierra Amarilla in Section 7 of the Rio Chama Stream System. *See* Notice of Receipt of Historical Report filed December 19, 2003 (Docket 7363). As of the date of the filing of this status report, the State has not yet received and circulated Dr. Baxter's review and comments on Mr. Eturriaga's report. The State expects to receive and circulate that review prior to the Status Conference scheduled for August 24, 2004 pursuant to the Order (7511) entered July 12, 2004.

                                                                 Respectfully submitted,

                                                                 /s/ Ed Newville

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Joint Status Report were mailed to following persons on August __3__, 2004.

       /s/ Ed Newville
       Edward G. Newville

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5

Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington, Alberta
& Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

David Mielke, Esq.
Sonosky, Chambers, Sachse, Endersen
& Mielke, LLP
500 Marquette Ave. #700
Albuquerque, NM 87102

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421