IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla |
| RAMON ARAGON, *et al.*, | |
| Defendants. | **Subfile No. CHCB-003-0015B** |

**JOINT MOTION TO STAY LITIGATION PROCEEDINGS**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and Defendants E. David and Lydia U. Archuleta ("Defendants") and jointly move the Court to stay the litigation proceedings between the State and Defendants in connection with Subfile CHCB-003-0015B, and as ground therefor state as follows:

1.  The State and Defendants wish to stay the litigation proceedings in order to pursue settlement negotiations that involve an expedited determination of the Defendants' stock watering rights in connection with impoundment structures (ponds) located on land associated with Subfile CHCB-003-0015B. If the State and Defendants are able to reach an agreement on Defendants' stock watering rights, the Defendants have agreed to withdraw their claim for irrigation water rights in connection with that land and subfile.

2.  The State and Defendants request the Court to allow the expedited determination of stock watering rights, if any, in connection with impoundment structures located on land associated with Subfile CHCB-003-0015B, and stay further litigation proceedings between the State and Defendants pursuant to the Pretrial Order filed March 8, 2004 (No. 7428).

3. If the State and Defendants are unable to reach an agreement on Defendants' stock watering rights, the present litigation proceedings would be reinstated.

WHEREFORE the State and Defendants request the Court to stay the present litigation proceedings subject to the Pretrial Order filed March 8, 2004, and allow the expedited determination of the Defendants' stock watering rights in connection with impoundment structures located on land associated with Subfile CHCB-003-0015B.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150


  telephonically approved 8/3/04
ALFONSO G. SANCHEZ
Attorney for Defendants
2853 Calle Princesa Juana
Santa Fe, NM 87507-6513

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Joint Motion to Stay Litigation Proceedings were mailed to the following persons on July __3__, 2004.

/s/ Ed Newville
Edward G. Newville

### RIO CHAMA SECTION 3 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division

Bataan Memorial Building
Santa Fe, NM 87503

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507