IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section7: Rito de Tierra Amarilla

## NOTICE OF RECEIPT OF HISTORICAL REPORT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and gives notice of

the receipt and mailing of the historical report of John O. Baxter in connection with historic water use

questions involving the following defendants and subfiles in Tierra Amarilla, in Section 7 of the Rio

Chama Stream System:

| | |
|---|---|
| FRANK C. SERNA | CHTA-001-0001 |
| JOHN M. SERNA | CHTA-001-0001 |
| AGRIPINA G. SALAZAR | CHTA-001-0002 |
| VICTOR SALAZAR, SR. | CHTA-001-0002 |
| ELLIS GORDON SCHLEGEL | CHTA-002-0001 |
| ASCENCION LABRIER | CHTA-002-0002 |
| HEIRS OF CARLOTA L. MARTINEZ | CHTA-002-0003, CHTA-003-0001 |

These materials were received on August 10, 2004. Copies of the report were mailed to the

above-named defendants on that same day.

Additional copies of the report are available from the undersigned counsel for the Office of

the State Engineer upon request.

Respectfully submitted,

   /electronic signature/
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Receipt of Historical Report was mailed
to following persons on August   12  , 2003.

   /electronic signature/
Edward G. Newville

## DEFENDANTS

Frank C. Serna
John M. Serna
9709 Rio Grande NW
Albuquerque, NM 87114

Victor Salazar, Sr.
Agripina G. Salazar
P.O. Box 324
Tierra Amarilla, NM 87575

Ellis Gordon Schlegel
P.O. Box 309
Tierra Amarilla, NM 87575

Asencion LaBrier
P.O. Box 29 Ensenada Route
Tierra Amarilla, 87575

Heirs of Carlota L. Martinez
c/o Frank A. Martinez
Seven Springs Fish Hatchery
346 Forest Rd. #34
Jemez Springs, NM 87025

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM 87501

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
Swain, Schrandt & Davidson, PC

4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Liliosa G. Padilla
432 Parkland Dr.
Aztec, NM 87410

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421