IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rio Brazos |
| RAMON ARAGON, *et al.*, | |
| Defendants. | Subfile Nos.   CHRB-002-0001 CHRB-002-0002 |

**CERTIFICATE OF MAILING**

The State of New Mexico, *ex rel.* State Engineer, certifies that pursuant to the Pretrail Order entered March 8, 2004 (Docket No. 7427), the State on August 13, 2004 mailed copies of the Expert Witness Report of Mark Salazar to the following persons or entities.

Subfile CHRB-002-0001
Joe O. Garcia, Jr.

Subfile CHRB-002-0002
Munday Ranch, Inc.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

CERTIFICATE OF SERVICE

    I hereby certify that copies of the above Certificate of Mailing were mailed to following persons on August __13__, 2004.

                                                                       /s/ Ed Newville
                                                                       Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Joe O. Garcia, Jr.
P.O. Box 90398
Albuquerque, NM 87199

Mundy Ranch, Inc.
c/o James Munday
HC 75, Box 81
Chama, NM 87520