IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla, Canjilon Creek<br>Section 7: Rito de Tierra Amarilla<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Canones Creek, Village of Chama<br><br>Subfile No(s): CHCB-002-0003<br>CHCB-002-0004<br>CHCB-005-0005<br>CHCB-006-0001 |

| | | |
|---|---|---|
| CHCJ-002-0012 | CHRB-006-0026 | CHCV-002-0026 |
| CHCJ-002-0044 | CHRB-007-0008 | CHCV-002-0031 |
| CHCJ-004-0056 | CHRB-009-0007 | CHCV-003-0001 |
| CHTA-004-0004 | CHRU-001-0019A | CHCV-003-0002B |
| CHTA-004-0006A | CHRU-003-0002 | CHCV-003-0004 |
| CHTA-004-0033 | CHRU-003-0011 | CHCV-003-0018 |
| CHRB-004-0013 | CHRU-004-0008 | CHCV-003-0020 |
| CHRB-004-0012 | CHRU-004-0023 | CHCV-003-0025 |
| CHRB-004-0047 | CHCC-001-0002 | CHCV-003-0031 |
| CHRB-004-0061 | CHCC-001-0011 | CHCV-006-0003 |
| CHRB-006-0002 | CHCC-002-0006 | CHCV-006-0005 |
| CHRB-006-0005 | CHCC-004-0010 | |
| CHRB-006-0019 | CHCV-001-0004 | |
| CHRB-006-0020 | CHCV-002-0002 | |
| CHRB-006-0021 | CHCV-002-0014 | |
| CHRB-006-0022 | CHCV-002-0015 | |
| CHRB-006-0023 | CHCV-002-0020 | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 13th day of August, 2004:



Subfile No. CHCB-002-0003
Docket No. 7474
Gabriel Valdez Jr.
1221 Parson NE
Albuquerque, NM  87112

Subfile No. CHCB-002-0004
Docket No. 7480
Felix Valdez
1492 Calle Cielo Vista
Bernalillo, NM  87004

Subfile No. CHCB-005-0005
Docket No. 7544
Arthur F. Hibner Rev Trust
210 Rivera Rd. SE
Deming, NM  88030

Subfile No. CHCB-006-0001
Docket No. 7543
Arthur F. Hibner Rev Trust
210 Rivera Rd. SE
Deming, NM  88030

Subfile No. CHCJ-002-0012
Docket No. 7542
Genoveva Montano
2205 Palomas Dr. NE
Albuquerque, NM  87110

Subfile No. CHCJ-002-0044
Docket No. 7500
Gilbert Leyba
19B Camino de Pastores
Santa Fe, NM  87506

Subfile No. CHCJ-004-0056
Docket No. 7499
Danny J. Garcia
Velma Garcia
P.O. Box 572
Canjilon, NM  87515

Subfile No. CHTA-004-0004
Docket No. 7481
Reynel O. Lucero
P.O. Box 213
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0006A
Docket No. 7482
Epimenio Ulibarri
Julia Ulibarri
P.O. Box 3
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0033
Docket No. 7541
Eva R. Vigil
Rt. 3 Box 167
Espanola, NM  87532

Subfile No. CHRB-003-0013
Docket No. 7498
Estefanita Abeyta Martinez
P.O. Box 212
Los Ojos, NM  87551

Subfile No. CHRB- 004-0012
Docket No. 7540
Olivia J. Cordova
Tomas R. Cordova
P.O. Box 68
Tierra Amarilla, NM  87575

Subfile No. CHRB-004-0047
Docket No. 7538
Rose Ellen Marquez Manning
2083 Placita de Vida
Santa Fe, NM 87505

Subfile No. CHRB-004-0061
Docket No. 7539
Darby Rev. Living Family Trust
30925 W. Viatortuga
Wickenburg, AZ 85390

Subfile No. CHRB-006-0002
Docket No. 7493
Ensenada Resources
1804 Camino Raso, NW
Albuquerque, NM 87107

Subfile No. CHRB-006-0005
Docket No. 7497
Cynthia Casados
P.O. Box 282
Tierra Amarilla, NM 87575

Subfile No. CHRB-006-0019
Docket No. 7492
Walter Joseph Pina
Box 26
Los Ojos, NM 87551

Subfile No. CHRB-006-0020
Docket No. 7537
Elaine Chavez
Fernando Chavez
P.O. Box 221
Tierra Amarilla, NM 87575

Subfile No. CHRB-006-0021
Docket No. 7536
Dennis R. Herrera
Vangie A. Herrera
P.O. Box 235
Los Ojos, NM 87551

Subfile No. CHRB-006-0022
Docket No. 7535
Vangie Cordova
P.O. Box 235
Los Ojos, NM 87551

Subfile No. CHRB-006-0023
Docket No. 7534
George K. Galvan
Valentina V. Galvan
P.O. Box 155
Tierra Amarilla, NM 87575

Subfile No. CHRB-006-0026
Docket No. 7491
Fernando Trujillo Sr.
Margarita R. Trujillo
P.O. Box 13
Los Ojos, NM 87571

Subfile No. CHRB-007-0008
Docket No. 7490
Fernando Trujillo Sr.
Margarita R. Trujillo
P.O. Box 13
Los Ojos, NM 87551

Subfile No. CHRB-009-0007
Docket No. 7528
Phillip G. Trujillo
2603 Fox
Farmington, NM

3

Subfile No. CHRU-001-0019A
Docket No. 7489
Jack Cowan
HC 75 Box 66
Los Ojos, NM  87551

Subfile No. CHRU-003-0011
Docket No. 7478
Louisa Ulibarri
Octaviano R. Ulibarri
P.O. Box 51
Los Ojos, NM  87551

Subfile No. CHRU-004-0023
Docket No. 7476
Ben and Lucy Maestas Trust
14332 La Cueva NE
Albuquerque, NM  87123

Subfile No. CHCC-001-0011
Docket No. 7529
M. Edwina Wood
Warren T. Wood
119 Sunflower Dr.
Santa Fe, NM  87506

Subfile No. CHCC-004-0010
Docket No. 7486
Larry E. Rivera
11485 Co. Rd. W.
La Jara, CO  81140

Subfile No. CHRU-003-0002
Docket No. 7479
Calvin Curt
HC 75 Box 1305
Rutheron, NM  87551

Subfile No. CHRU-004-0008
Docket No. 7477
Louisa Ulibarri
Octaviano R. Ulibarri
P.O. Box 51
Los Ojos, NM  87551

Subfile No. CHCC-001-0002
Docket No. 7475
Raleigh K. Gardenhire
P.O. Box 1155
Chama, NM  87520

Subfile No. CHCC-002-0006
Docket No. 7487
Charles R. Sanders
Darlene Sanders
HC 75 Box 83
County Rd. 342 #24
Chama, NM  87520

Subfile No. CHCV-001-0004
Docket No. 7496
Jessie Fisher
P.O. Box 487
332 N. Pine
Chama, NM  87520

4

Subfile No. CHCV-002-0002
Docket No. 7501
Aurelia Gallegos
Jose R. Gallegos
P.O. Box 581
141 Pine
Chama, NM  87520

Subfile No. CHCV-002-0014
Docket No. 7530
Joseph Vicente Torrez III
4806 San Timoteo NW
Albuquerque, NM  87114

Subfile No. CHCV-002-0020
Docket No. 7503
Frances S. Deyapp
Robert M. Deyapp
P.O. Box 573
701 Pine St.
Chama, NM  87520

Subfile No. CHCV-002-0031
Docket No. 7504
Gallegos Family Trust
P.O. Box 275
Chama, NM  87520

Subfile No. CHCV-003-0002B
Docket No. 7531
Dustin Boyd
P.O. Box 242
Chama, NM  87520

Subfile No. CHCV-003-0018
Docket No. 7532
Marvin R. Crane
Sandra A. Crane
HC 75 Box 48
Chama, NM  87520

Subfile No. CHCV-002-0014
Docket No. 7530
Emma Torrez
P.O. Box 273
Chama, NM  87520

Subfile No. CHCV-002-0015
Docket No. 7502
Conrad L. Rivas
P.O. Box 284
Chama, NM  87520

Subfile No. CHCV-002-0026
Docket No. 7488
Floyd E. Smith Revocable Trust
16159 Oakwood Drive
P.O. Box 485
Chama, NM  87520

Subfile No. CHCV-003-0001
Docket No. 7485
Porter Family Trust
Box 394
Chama, NM  87520

Subfile No. CHCV-003-0004
Docket No. 7505
Yvonne Torrez
140 Boyd Way
Carmel, CA  93923

Subfile No. CHCV-003-0020
Docket No. 7506
June J. Overley Living Trust
18 Antebellum
Odessa, TX  79762

Subfile No. CHCV-003-0025
Docket No. 7527
Elizabeth Ann Harris
Floyd Harris
15950 W. Hwy 64184
P.O. Box 600
Chama, NM 87520-0600

Subfile No. CHCV-003-0031
Docket No. 7484
Rosalie Ann Gonzales
P.O. Box 1062
Espanola, NM 87532

Subfile No. CHCV-006-0003
Docket No. 7533
Marvin R. Crane
Sandra A. Crane
HC 75 Box 48
Chama, NM 87520

Subfile No. CHCV-006-0005
Docket No. 7483
B.J. Harris
P.O. Box 774
Chama, NM 87520

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 11th day of August, 2004:

Fred Vigil, Chaiman
New Mexico Acequia Association
DFA/LGD Bataan Memorial Bldg., Ste. 201
Santa Fe, NM 87503

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Martin Threet, Esq.
Martin Threet & Associates
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
430 W. Manhattan Ste. 5
Santa Fe, NM 87501

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Marcus J. Rael, Esq.
French & Associates, PC
500 Marquette Ave. NW #600
Albuquerque, NM 87102

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Lester K. Taylor, Esq
Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE
Albuquerque, NM 87102

Liliosa G. Padilla
432 Parkland dr.
Aztec, NM 87410

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
Albuquerque, NM 87190-0488

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Benjamin Phillips, Esq.
John F. McCarthy, Jr. & Rebecca
Dempsey, Esquires
White, Koch, Kelly & McCarthy, PA
P.O. Box 787
Santa Fe, NM 87504-0787

Karen L. Townsend, Esq.
KAREN L. TOWNSEND, P.C.
120 East Chaco
Aztec, NM 87410

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

_____
Edward G. Newville by Annette Martinez
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504

7