IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

   v.                                                                             69cv07941 BB-ACE
                                                                                    Rio Chama Adjudication

RAMON ARAGON, *et al.*,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the United States' and the State of New Mexico's Joint Proposal for Quantifying United States' Claims under the Wild and Scenic Rivers Act (Doc. No. 7508, filed July 1, 2004). The other Parties had until August 2, 2004, to file comments on the proposed approach. (*See* Mem. Op. and Order at 8, Doc. No. 7431, filed March 16, 2004). No Parties filed comments. Therefore, the Court will adopt the Joint Proposal with the following modifications. The United States shall submit its written proposal for settlement of its water rights claims to the State of New Mexico, the Rio Chama Acequia Association and the Associacion de Acequias Nortenas de Rio Arriba by September 20, 2004. The Parties shall file a joint status report or proposed Consent Order by November 15, 2004. The Court will schedule a February, 2005 status conference with the Parties if requested in the November 15, 2004 status report.

    **IT IS SO ORDERED.**

                                                                                          **BRUCE D. BLACK**
                                                                                          **UNITED STATES DISTRICT JUDGE**