IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 2: Rio Ojo Caliente<br><br>Subfile No. 44.1<br>El Vadito Ditch |

## ORDER GRANTING MOTION TO VACATE

THIS MATTER is before the Court on August 13, 2004 Motion to Vacate Default Order as to Encarnacion Jaramillo in Ojo Caliente Subfile No. 44.1 by the Plaintiff State of New Mexico, *ex rel.* State Engineer (Docket No. 7556).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED THEREFORE that the Order filed November 1, 1971 (Docket No. 1812C) in connection with Ojo Caliente Subfile No. 44.1 is vacated as to Encarnacion Jaramillo. All other provisions of the Order filed November 1, 1971 as to all other defendants shall remain in effect.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Bruce D. Black*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Approved:

　　/electronic signature/
SPECIAL MASTER VICKIE L. GABIN