IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) ) 69cv07941-BB-ACE |
| -v- | ) ) RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, *et al.* | ) ) |
| Defendants. | ) ) ) |

ORDER

THIS MATTER is before me on the July 29, 2004 Motion of the Special Master for Interim Fees and Expenses (Docket No. 7545). Having reviewed the Special Master's Motion, status report and invoices, having received no objection thereto, and being otherwise fully advised in the premises,

I HEREBY APPROVE the payment of the invoices submitted by the Special Master, the Data Manager, the Judicial Clerk, and the Administrative Assistant for January 2004 through June 2004.

IT IS SO ORDERED.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE