IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC/ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla<br>Section 5: Rio Gallina<br>Section 7: Rio Brazos<br><br>Subfile No(s): CHCB-002-0011<br>CHCB-003-0003<br>CHGA-004-0001A<br>CHRB-003-0002 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 20th day of August, 2004:

Subfile No. CHCB-002-0011
Docket No. 7550
Jose Lucas Cordova
P.O. Box 87
Hernandez, NM 87537

Subfile No. CHCB-003-0003
Docket No. 7551
Jose Lucas Cordova
P.O. Box 87
Hernandez, NM 87537

1



<u>Subfile No. CHGA-004-0001A</u>
Docket No. 7552
Julian Vigil
P.O. Box 122
Gallina, NM 87017
Mary Vigil
P.O. Box 13
Gallina, NM 87017
Robert M. Vigil
P.O. Box 108
Gallina, NM 87017

<u>Subfile No. CHRB-003-0002</u>
Docket No. 7553
Alvin Eversgerd
Belva Eversgerd
HC 75 Box 161
Chama, NM 87520

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 20th day of August, 2004:

Fred Vigil, Chairman
New Mexico Acequia Association
DFA/LGD Bataan Memorial Bldg., Ste. 201
Santa Fe, NM 87503

Daniel Cleavinger, Esq.
P.O. Box 339
Tierra Amarilla, NM 87575

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Martin Threet, Esq.
Martin Threet & Associates
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

Special Master Vickie L. Gabin,
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
430 W. Manhattan Ste. 5
Santa Fe, NM 87501

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

| | | |
|---|---|---|
| Alfonso G. Sanchez, Esq.<br>2853 Calle Princessa Juana<br>Santa Fe, NM 87505 | Karla McCall, Data Manager<br>1315 Sagebrush Dr., SW<br>Los Lunas, NM 87031 | Benjamin Phillips, Esq.<br>John F. McCarthy, Jr. & Rebecca<br>Dempsey, Esquires<br>White, Koch, Kelly & McCarthy, PA<br>P.O. Box 787<br>Santa Fe, NM 87504-0787 |
| Marcus J. Rael, Esq.<br>French & Associates, PC<br>500 Marquette Ave. NW #600<br>Albuquerque, NM 87102 | Lester K. Taylor, Esq<br>Susan G. Jordon, Esq.<br>Nordhaus, Haltom, Taylor,<br>Taradash & Bladh, LLP<br>405 Dr. Martin Luther King, Jr. Avenue, NE<br>Albuquerque, NM 87102 | Karen L. Townsend, Esq.<br>KAREN L. TOWNSEND, P.C.<br>120 East Chaco<br>Aztec, NM 87410 |
| Ted J. Trujillo, Esq.<br>P.O. Box 2185<br>Espanola, NM 87532-2185 | Liliosa G. Padilla<br>432 Parkland dr.<br>Aztec, NM 87410 | Gary S. Friedman<br>Cassutt, Hays & Friedman, P.A.<br>530-B Harkle Road<br>Santa Fe, NM 87505 |
| Peter B. Shoenfeld, Esq.<br>P.O. Box 2421<br>Santa Fe, NM 87504-2421 | Kurt J. Van Deren<br>Hatch, Allen & Shepherd, P.A.<br>Albuquerque, NM 87190-0488 | Fred J. Waltz, Esq.<br>Box 6390<br>Taos, NM 87571 |
| Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM 87529 | | |

/s/ Edward G. Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504

3