FILED
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AUG 1 9 2004

STATE OF NEW MEXICO, ex rel.
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, et al.,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

Subfile No.   CHCB-003-0015B

## MOTION FOR EXCUSE FOR THE 8/24/04 STATUS CONFERENCE IN TA

Comes the undersigned who request he be excused from attending the 9:30AM Status Conference scheduled in Tierra Amarilla County Courthouse on 8/24/04 and requests a telephonic conference with all parties to resolve any matters and as grounds indicate that the undersigned is 76 years old, qualified and golfing since age 70 as a Northern New Mexico Super Senior Golf Association golfer and has already paid the required monetary fees to participate in said tournament, tee time 9:00AM on 8/24/04 at the Marty Sanchez Golf Course in Santa Fe, New Mexico; that the case herein has been expedited with SEO surveyors on 8/13/04 9:30AM surveyed David Archuleta's ponds for capacity, location, date built and ditches hoping for settlement; that depositions are being rescheduled; interrogatories and production of documents was completed; that all parties are interested in an early settlement or early hearing to resolve the issues herein; that Ed Newville agrees to excusal and to an early setting of telephonic conference in lieu of the TA hearing.

Alfonso G. Sanchez, Esq.
2953 Calle Princesa Juana
Santa Fe, NM 87507
Phone/FAX: 1-505-471-3053

I certify a copy of the foregoing pleading was FAX'D + mailed to the Court, Ed Newville and Vickie L. Gabin, Special Master on 8/19/04.

7563