IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> RAMON ARAGON et al., <br><br> Defendants. | 69cv07941-BB-ACE <br><br> RIO CHAMA STREAM SYSTEM |

ORDER GRANTING MOTION TO BE EXCUSED

THIS MATTER is before the Special Master on the August 19, 2004, Motion for Excuse for the 8/24/04 Status Conference in TA (Docket No. 7563), filed by Alfonso C. Sanchez, Esq., counsel for defendants who claim water rights under Subfile No. CHCB-003-0015.  Mr. Sanchez requests to be excused from attending the status conference at which, among other matters, the litigation of his clients' water rights claims were to be discussed.  See Orders entered March 8, 2004 (No. 7444) and August 5, 2004 (No. 7549).

Being fully advised in the premises, I find the Motion should be GRANTED.  Mr. Sanchez shall consult with Mr. Ed Newville, counsel for the State of New Mexico, ex rel. State Engineer, to set up a telephonic or in-person status and scheduling conference concerning Subfile No. CHCB-003-0015 at the earliest possible opportunity, but in any event no later than September 10.  Counsel shall submit the status report required by the August 5 Order prior to the conference.

IT IS SO ORDERED.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN