IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

          Plaintiff,

v.

ROMAN ARAGON, *et al.*

          Defendants.

04 AUG 24  PM 2: 19

CLER... ...A FE

No. 69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

Subfiles No. CHRB-009-0021
CHRB-009-0001

### DEFENDANTS' STATUS REPORT

DEFENDANTS in the above captioned subfiles, by and through their counsel of record, the Law Offices of Daniel J. O'Friel, Ltd., by Pierre Levy, Esquire, hereby provide this status report to the Court. A Consent Order has been prepared by Plaintiff and signed by Defendants, for subfile CHRB-009-0021. This signed order has been transmitted to the Office of the State Engineer. Defendants and Plaintiff have conferred with respect to conducting field inspections of the water rights at issue in subfile CHRB-009-0001. Plaintiff has informed Defendants that due to limited resources, field inspections will not be possible this year. Plaintiff has further informed Defendants that Plaintiff will contact them at the appropriate time to conduct a field inspection of the water rights at issue in subfile CHRB-009-0001.

7565

Respectfully Submitted by:


LAW OFFICES OF DANIEL J. O'FRIEL, LTD.
Attorneys for Defendants



By _____
    Pierre Levy, Esquire
    P.O. Box 2084
    Santa Fe, New Mexico 87504-2084
    (505) 982-5929



## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing, by first class mail postage prepaid, on this 24th day of August, 2004 to the following person(s):


Edward Newville, Esq.
Special Assistant Attorney General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, New Mexico 87504-5102


_____
Pierre Levy


2