IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-002-0006A** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed October 29, 2001 (Doc. No. 6391) in connection with defendant Henry L. Jacquez and subfile CHGA-002-0006A, and as grounds states as follows:

1.　The Consent Order filed October 29, 2001 in subfile CHGA-002-0006A does not correctly describe or map the location of the "no right" tracts in Section 11, Township 23 North, Range 1 East.

2.　The Consent Order filed October 29, 2001 in subfile CHGA-002-0006A should be vacated.

3.　Defendant Jacquez has signed and approved a revised Consent Order to be filed with the Court that corrects the errors described in paragraph one above.

4.　Defendant Jacquez supports the granting of this motion.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed October 29, 2001 (Doc. No. 6391) in connection with defendant Henry L. Jacquez and

subfile CHGA-002-0006A.

Respectfully submitted,

/electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to following persons on August   26  , 2004.

/electronic signature/
Edward G. Newville

**RIO CHAMA SECTION 5 SERVICE LIST**

| | |
|---|---|
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571-4010 |
| Karla McCall, Data Manager.<br>1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031 | Paula Garcia<br>NM Acequia Association<br>430 W. Manhattan, Ste. 5<br>Santa Fe, NM 87501 |
| Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM 87529-1574 | NM Acequia Commission<br>Fred Vigil, Chairman<br>Depart. of Finance & Admin.<br>Local Government Division |
| Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 | Bataan Memorial Building<br>Santa Fe, NM 87503<br><br>Henry L. Jacquez<br>1110 Maez Rd.<br>Santa Fe, NM 87505 |
| John W. Utton, Esq.<br>Sheehan, Sheehan & Stelzner PA<br>P.O. Box 271<br>Albuquerque, NM  87103-0271 | |