IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

        Defendants.

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

Subfile Nos.   CHRB-002-0001
                  CHRB-002-0002
                  CHRB-003-0001

## ORDER AMENDING PRETRIAL ORDER

This Order is entered following discussion with counsel for the State of New Mexico,  ex rel.

State Engineer (State), at the August 24, 2004 status and scheduling conference, and amends certain

deadlines set forth in the March 8, 2004 Pretrial Order (Docket No. 7427).  Being fully informed in

the premises, the Special Master orders the following:

1.  **Paragraph IV. Pretrial Disclosures** is amended as follows:

a.  Discovery materials which were to be exchanged by August 23, 2004, shall now be

exchanged no later than **September 30, 2004.**

 b. Identification of rebuttal witnesses which was to be provided September 27, 2004, shall

now provided no later than be **October 29, 2004.**

2.  **Paragraph V.  Motions/Objections** is amended as follows:

a. Dispositive motions or motions *in limine* which were to be filed and served by November

15, 2004, shall now be filed and served no later than **December 17, 2004.**

b.  Objections to proposed exhibits which were to be filed and served by November 15, 2004,

shall not be filed and served no later than **December 17, 2004.**

3.  **Paragraph VI.  Hearings** is amended as follows:

The requests for hearings on disputed subfiles which were to be submitted by December 3,

2004, shall now be submitted by **January 5, 2005.**

All other elements of the March 8 Pretrial Order shall remain in effect.

The State shall serve this Order on Defendants who claim water rights associated with the

subfiles listed above.

IT IS SO ORDERED.

_____/electronic signature/_____
VICKIE L. GABIN, SPECIAL MASTER