IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>  Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-002-0006A** |

## **ORDER**

THIS MATTER is before the Court on the August 26, 2004 Motion to Vacate Consent Order by the Plaintiff State of New Mexico, *ex rel.* State Engineer (Doc. No. 7566). The motion asks the Court to vacate the Consent Order filed October 29, 2001 (Doc. No. 6391) in connection with Defendant HENRY L. JACQUEZ and subfile CHGA-002-0006A. Defendant Jacquez supports the granting of the Motion.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed October 29, 2001 (Doc. No. 6391) in connection with subfile CHGA-002-0006A is vacated.

IT IS FURTHER ORDERED that the State shall promptly file a revised Consent Order in connection with Subfile CHGA-002-0006A.

  /s/ Bruce D. Black
  BRUCE D. BLACK
  UNITED STATES DISTRICT JUDGE

Approved:

      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN