IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, | ) ) ) |
| Plaintiff, | ) ) 69cv07941 BB-ACE |
| v. | ) Rio Chama Adjudication ) |
| ROMAN ARAGON, et al., | ) ) |
| Defendants. | ) ) |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER ON PUEBLO CLAIMS**

The United States of America ("United States") hereby moves the Court to extend until November 1, 2004 the date for submission of a proposed scheduling order to govern the adjudication in this case of San Juan Pueblo's water rights. In support of this motion, the United States asserts:

1. On June 14, 2004, the Court *sua sponte* entered an Order requiring that "[a]fter consultation with the New Mexico Office of the State Engineer, counsel for the United States and San Juan Pueblo shall, by September 1, 2004, file a joint, proposed order identifying the activities required to resolve San Juan Pueblo's claims and a schedule of activities for completing those activities."

2. Due to travel schedule and the press of other business in *United States v. A & R Productions*, No. 01cv00072 BB/WWD, *New Mexico ex rel. State Engineer v. Aamodt*, No. 66cv6639 MV/LCS, and *New Mexico ex rel. State Engineer v. Abbott*, Nos. 68cv07488 BB & 70cv8650 BB (consolidated), in this Court; *New Mexico ex rel. State Engineer v. Kerr-McGee Corp.*, Nos. CB-83-190-CV & CB-83-220-CV

(consolidated) in the Thirteenth Judicial District Court, Cibola County, New Mexico; and *New Mexico ex rel. State Engineer v. United States*, No. CV-75-184-1 in the Eleventh Judicial District Court, San Juan County, New Mexico, the undersigned counsel for the United States was unable to schedule a meeting to discuss this case with representatives of San Juan Pueblo before August 24, 2004.

3. After arranging the August 24, 2004 meeting through San Juan Pueblo's current counsel of record, Mr. David Mielke, counsel for the United States was informed that Pueblo has retained new counsel to represent its interests in this litigation. Accordingly, on August 24, undersigned counsel, and other representatives of the United States, met with the Governor and Lieutenant Governor of San Juan Pueblo and Mr. Lee Bergen of the Nordhaus, Haltom, Taylor, Taradash, & Bladh, LLP law firm. Mr. Bergen has advised that he is working with Mr. Mielke on a substitution of counsel, which will be filed shortly. The proposals concerning scheduling contained in the present motion, including the proposed extension of time for submitting a scheduling order, were discussed with and approved by the San Juan Pueblo representatives. However, due to the schedules of counsel involved, it is not feasible to prepare a joint filing by September 1, 2004.

4. On August 26, 2004, counsel for the United States met with Mr. Gregory C. Ridgley, counsel for the State of New Mexico ex rel. State Engineer ("State"), and discussed the proposed schedule set forth herein, including the proposed extension of time for submitting a scheduling order.

5. Based on consultations with representatives of San Juan Pueblo, the State, and the United States Bureau of Indian Affairs, the United States will propose

United States' Motion for Extension, Page 2

that the adjudication of the water rights of San Juan Pueblo within the geographical scope of this civil action be conducted through the creation of two subproceedings:

**Pueblo Claims Subproceeding 1**, to consist of the adjudication of all claims to water rights on behalf of San Juan Pueblo based on evidence of specific past and present uses of water by the Pueblo; and

**Pueblo Claims Subproceeding 2**, to consist of the adjudication of all claims to water rights on behalf of San Juan Pueblo based on asserted legal rights to use water in addition to any quantities used historically, including any such asserted rights under the holding in Winters v. United States, 207 U.S. 564 (1908).

6. Necessary preparations for Subproceeding 1 would include historical and archeological research, update of Pueblo land status and ownership information, and revision of the 1997 Water Use Survey previously submitted to the Court to current technology and standards of accuracy. Based on an assessment of these technical and research tasks the United States asserts that it would be feasible to file a subproceeding complaint for the above-described Pueblo Claims Subproceeding 1 by March 31, 2007, assuming sufficient funding is appropriated to the Bureau of Indian Affairs by Congress.

7. Due consideration for the resource limitations of all parties involved indicates Subproceeding 2 should not be commenced until Subproceeding 1 is completed or substantially completed. However, in the event the Court insists on a target date for initiation of the second subproceeding, and based on an assessment of the technical work necessary to prepare an evidentiary basis for the kinds of claims involved in Subproceeding 2, the United States asserts that it would be feasible to file this

subproceeding complaint by March 31, 2010, <u>assuming sufficient funding is appropriated to the Bureau of Indian Affairs by Congress</u>.

8. Counsel for the United States acknowledges a duty promptly to inform the Court if future funding limitations impair the United States' ability to meet the deadlines suggested herein.

9. Formal subproceedings to adjudicate Pueblo water rights have previously been approved by this Court in *New Mexico ex rel. State Engineer v. Abbott*, Nos. 68cv07488 BB & 70cv8650 BB (consolidated). The Special Master and parties to that case are currently considering revisions to the original scheduling order that created Pueblo claims subproceedings in that matter, based on experience gained under the original order and recent developments that may allow a more expeditious approach to the conduct of the subproceedings. The counsel involved in that case, many of whom are also counsel in the present matter, and the Special Master are currently scheduled to meet for a mandatory working session on the amended Pueblo Claims scheduling order on September 13, 2004, and, pursuant to the Special Master's June 28, 2004 Order [Doc. No. 2438 in the *Abbott* docket], there will be a status conference concerning one of the subproceedings in that case on October 14, 2004. The discussions at the September 13, 2004 working session and the October 14, 2004 status conference in *Abbott* may inform efforts to develop a scheduling and procedural order for the present matter.

Wherefore, the United States respectfully requests that the Court extend, until November 1, 2004, the deadline for submission of a proposed scheduling order for the adjudication of San Juan Pueblo's water rights in this case.

Dated this 27th day of August, 2004.

_____
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
999 Eighteenth Street, Suite 945N
Denver, CO 80202
Phone: (303) 312-7318
Fax: (303) 312-7379

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2004 copies of the foregoing *United States' Motion For Extension Of Time To Submit Proposed Scheduling Order On Pueblo Claims* were mailed to all persons on the attached distribution list.

_____

# State of New Mexico v. Aragon
## Service List

Edward G. Newville
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM  87504-2421

AquaTek
Karla McCall
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Fred Vigil
P.O. Box 687
Mendanales, NM   87548-0687

Fred J. Waltz
Box 6390
Taos, NM  87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash &
  Bladh, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM  87103-0271

Susan G. Jordan
Nordhaus, Haltom, Taylor, Taradash &
  Bladh, LLP
1239 Paseo De Peralta
Santa Fe, NM 87501

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

K. Janelle Haught
NMHSTD
P.O. Box 2348
Albuquerque, NM  87504-2348

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton,
Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM  87103-0586

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM  87103-0271

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM  87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM  87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM  87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO  80202

Jay F. Stein
James C. Brockmann
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM  87575

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan
 & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

David Mielke
Sonosky, Chambers, Sachse, Endreson & Mielke, LLP
500 Marquette Ave., NW, Ste. 700
Albuquerque, NM 87102

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
P.O. Box 30488
Albuquerque, NM 87190-0488

Updated 7/1/04