IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941 BB-ACE |
| v. | ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER ON PUEBLO CLAIMS**

This matter comes before the Court upon the *United States' Motion For Extension Of Time To Submit Proposed Scheduling Order On Pueblo Claims*, dated August 27, 2004. Having considered the United States' motion, and for good cause shown, IT IS HEREBY ORDERED that the United States' motion be GRANTED.

IT IS FURTHER ORDERED that, on or before November 1, 2004, the United States and San Juan Pueblo shall submit a proposed scheduling order to govern the adjudication of San Juan Pueblo's water rights in this case.

DATED this _____ day of _____, 2004.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE