# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                          69cv07941 BB-ACE
                                                  Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the United States' Motion for Extension of Time to Submit Proposed Scheduling Order on Pueblo Claims (Doc. No. 7571, filed August 27, 2004). The United States' Motion shall be granted. The September 1, 2004, deadline in the Court's Order of June 14, 2004, (Doc. No. 7470), for the United States and San Juan Pueblo to file a joint, proposed order identifying the activities required to resolve San Juan Pueblo's claims shall be extended to November 1, 2004.

    **IT IS SO ORDERED.**

                                                                       **BRUCE D. BLACK**
                                                                       **UNITED STATES DISTRICT JUDGE**