IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>    vs.<br><br>RAMON ARAGON, *et al.,*<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-001-0003** |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting VIVIAN SUAZO TRUST for defendant VIVIAN SUAZO in these proceedings, and as grounds states as follows:

1.  The State and defendant Vivian Suazo signed and approved a Consent Order in Subfile CHGA-001-0003 that was filed with the Court on October 16, 2001 (Doc. No. 6374). There are minor errors in the Consent Order that require correction  Title to the land mapped under Subfile CHGA-001-0003 is held in the name of the VIVIAN SUAZO TRUST. Vivian Suazo recently passed away, and the successor trustee to Mr. Suazo is his sister Porfiria Jaramillo. In order to correct the errors in the Consent Order, the State intends to obtain the consent and approval of the successor trustee, and to adjudicate the water rights under this subfile in the name of the trust.

2.  Porfiria Jaramillo, successor trustee of the Vivian Suazo Trust, supports the granting of the Motion.

WHEREFORE the State requests the Court to enter its order substituting VIVIAN SUAZO

TRUST for defendant VIVIAN SUAZO in these proceedings.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Substitution of Parties was mailed to following persons on September   1  , 2004.

/s/ Ed Newville
Edward G. Newville

**DEFENDANT**

Vivian Suazo Trust
c/o Porfiria Jaramillo
2991 Camino Piedra Lumbre
Santa Fe, NM 87505-5380

## RIO CHAMA SECTION 5 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.

David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503