IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
State Engineer,

                Plaintiff,         No. 69cv07941-BB-ACE
   -vs-                           RIO CHAMA STREAM SYSTEM
                                    Section 7
ROMAN ARAGON, et al.,

                Defendants.

## JOINT REQUEST FOR SCHEDULING CONFERENCE

Norm Vogt and Norm Vogt, Inc., represented by Gary S. Friedman, Esq.; Steve A. Padilla, Kenneth E. Luhcs, and Dianna Andrews and Timothy Andrews, represented by Peter B. Shoenfeld, Esq.; and the State Engineer, represented by Ed Newville, Special Assistant Attorney General, jointly request that the Special Master set a Scheduling Conference pursuant to F.R.Civ. P., Rule 16., in connection with common and related issues respecting subfiles in which the water rights at issue herein are claimed by more than one claimant.  September 20 and 21, 2004, are dates available for all movants for such a conference, at the convenience of the Special Master.  The names and addresses of all parties to whom notice of the scheduling conference should be given, and who should be required to attend, either in person or by counsel, are as follows:
Steve A. Padilla

-1-

Kenneth E. Luhcs
Dianna Andrews and Timothy Andrews
c/o Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, New Mexico 87504-2421

Norm Vogt and Norm Vogt, Inc.
c/o Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, New Mexico 87505-4739

Ed Newville, Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, New Mexico 87504-5102

Henry Coors
Judith Coors
163 Rainbow Drive
Livingston, Texas 77399-1063

Hope Miner
23 Cuchilla de Lupe
Placitas, New Mexico 87043

Alfred O. Peralta
Elizabeth T. Peralta
P.O. Box 4335
Taos, New Mexico 87571

                                                  PETER B. SHOENFELD, P.A.
                                                  P.O. Box 2421
                                                  Santa Fe, New Mexico 87504-2421
                                                  (505)982-3566; FAX:(505) 982-5520

                                                  By:_S/Peter Shoenfeld (e-filing)_
                                                      Attorney for Defendants
                                                      Padilla, Andrews, Luhcs

                                                  CASSUTT, HAYS & FRIEDMAN, P.A.
                                                  530-B Harkle Road
                                                  Santa Fe, New Mexico 87505-4739
                                                  (505)989-1434; FAX: (505) 992-8378

By: S/Gary S. Friedman (e-filing)
    Attorney for Defendants Norm
    Vogt & Norm Vogt, Inc.

S/Ed Newville (e-filing)
Ed Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, New Mexico 87504-5102

## Certificate of Service

On this __31__ day of August, 2004, I mailed a copy of the foregoing instrument to:

Henry Coors, Judith Coors
163 Rainbow Drive
Livingston, Texas 77399-1063

Hope Miner
23 Cuchilla de Lupe
Placitas, New Mexico 87043

Alfred O. Peralta
Elizabeth T. Peralta
P.O. Box 4335
Taos, New Mexico 87571

S/Peter B. Shoenfeld (e-filing)