IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | Section 7 |
| Defendants. | ) ) | |

ORDER GRANTING REQUEST FOR SCHEDULING CONFERENCE
AND SETTING SCHEDULING CONFERENCE

THIS MATTER is before the Special Master on the Joint Request for Scheduling Conference, filed August 31, 2004 (Docket No. 7574), by counsel for the State of New Mexico, ex rel. State Engineer (State), and counsel for various defendants claiming water rights in this stream system adjudication.

Being fully advised in the premises, I find the Request is well-taken and should be GRANTED. According, a scheduling conference will be held Monday, September 20, 2004, at 9:00 a.m. in the Jury Assembly Room of the United States District Court, South Federal Place, Santa Fe, NM. Counsel shall be prepared with a proposed scheduling order which includes relevant F. R. Civ. P. 16 provisions. **The failure of water rights claimants associated with this action to appear either in person or by counsel may result in the dismissal of their claims or any other relief appropriate under the circumstances.**

IT IS SO ORDERED.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN