IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>RAMON ARAGON et al.,<br><br>　　　　　Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7 |

AMENDED ORDER GRANTING REQUEST FOR SCHEDULING CONFERENCE
AND SETTING SCHEDULING CONFERENCE

THIS MATTER is before the Special Master on the Joint Request for Scheduling Conference, filed August 31, 2004 (Docket No. 7574), by counsel for the State of New Mexico, ex rel. State Engineer (State), and counsel for various individuals claiming water rights in this stream system adjudication. This Order amends the Order entered September 7, 2004 (No. 7583), and specifies that the defendants whose water rights claims are at issue for this proceeding are:

　　Steve A. Padilla
　　Kenneth E. Luhcs
　　Dianna Andrews and Timothy Andrews
　　Norm Vogt and Norm Vogt, Inc.
　　Henry Coors (pro se)
　　Hope Miner (pro se)
　　Alfred O. Peralta (pro se)

Being fully advised in the premises, I find the Request is well-taken and should be GRANTED. According, a scheduling conference will be held Monday, September 20, 2004, at 9:00 a.m. in the Jury Assembly Room of the United States District Court, South Federal Place, Santa Fe, NM. This scheduling conference involves only the water rights claims of the individuals listed above.

**The failure of a water rights claimant listed above to appear either in person or by counsel may result in the dismissal of the claim or any other relief appropriate under the circumstances.**

Counsel for the parties shall be prepared with a proposed scheduling order which includes relevant F. R. Civ. P. 16 provisions.

IT IS SO ORDERED.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN