IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel. )
State Engineer, )
 )
        Plaintiff, )
 ) 69cv07941-BB-ACE
v. )
 ) RIO CHAMA STREAM SYSTEM
ROMAN ARAGON, et al., )
 ) Section 7
        Defendants. )
 )

## ENTRY OF APPEARANCE

COMES NOW, Ernest L. Padilla, PADILLA LAW FIRM, P.A., and enters his appearance as counsel of record on behalf of Defendants, ALFRED O. PERALTA and ELIZABETH T. PERALTA.

Respectfully submitted,

PADILLA LAW FIRM, P.A.

By: _____
Ernest L. Padilla
P.O. Box 2523
Santa Fe, NM 87504-2523
(505) 988-7577

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Entry of Appearance to be mailed by U.S. Postage Paid to Gary S. Friedman, Esq., 530-B Harkle Road, Santa Fe, New Mexico, 87505 and Ed Newville, Special Assistant Attorney General, New Mexico State Engineer's Office, P O Box 25102, Santa Fe, New Mexico, 87504-5102, this 15th day of September, 2004.

_____
ERNEST L. PADILLA