IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
              Plaintiff, )
 )    69cv07941-BB-ACE
   -v- )
 )    RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
 )    Section 7
        Defendants. )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2004, a true, file-stamped copy of the

Amended Order Granting Request for Scheduling Conference and Setting Scheduling Conference

(Doc. No. 7587)  was served by United States Postal Service first class mail to the following

Defendants:


Henry Coors                Alfred O. Peralta
Judith Coors                 Elizabeth T. Peralta
163 Rainbow Drive         P.O. Box 4335
Livingston, Texas 77399-1063   Taos, NM 87571

Hope Miner
23 Cuchilla de Lupe
Placitas, NM 87043


                                      /electronic signature/
                                SPECIAL MASTER VICKIE L. GABIN