IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-001-0003** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed October 16, 2001 (Doc. No. 6374) in connection with defendant Vivian Suazo and subfile CHGA-001-0003, and as grounds states as follows:

1.  The Consent Order filed October 16, 2001 in subfile CHGA-001-0003 does not correctly describe or map the location of the irrigated tracts in Section 24, Township 23 North, Range 1 East, and in Section 19, Township 23 North, Range 2 East.

2.  The Consent Order filed October 16, 2001 in subfile CHGA-001-0003 should be vacated.

3.  By Order filed September 7, 2004 (Doc. No. 7584) Vivian Suazo Trust has been substituted for defendant Vivian Suazo in these proceedings.

4.  Porfiria Jaramilla, successor trustee of defendant Vivian Suazo Trust, has signed and approved a revised Consent Order to be filed with the Court that corrects the errors described in paragraph one above.

5. Defendant Vivian Suazo Trust supports the granting of this motion.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed October 16, 2001 (Doc. No. 6374) in connection with defendant Vivian Suazo and subfile CHGA-001-0003.

Respectfully submitted,

/electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to following persons on September   22  , 2004.

/electronic signature/
Edward G. Newville

**RIO CHAMA SECTION 5 SERVICE LIST**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

NM Acequia Commission

Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Vivian Suazo Trust
c/o Porfiria Jaramillo
2991 Camino Piedra Lumbre
Santa Fe, 87505-5380