IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| RAMON ARAGON *et al.*, | ) ) ) |
| Defendants. | ) |

04 SEP 21 PM 3: 44

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND NOTICE OF APPOINTMENT OF SUBSTITUTE ATTORNEY

COMES NOW Sonosky, Chambers, Sachse, Endreson & Mielke, LLP, counsel for Defendant **PUEBLO OF SAN JUAN,** and pursuant to D.N.M. LR-Civ. 83.8(a), moves this Court for an Order allowing it to withdraw from its representation of **PUEBLO OF SAN JUAN.** Defendant Pueblo of San Juan approves of this withdrawal and gives notice that it will be represented in these proceedings by Lee Bergen of the law firm of Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP, 405 Dr. Martin Luther King, Jr. Ave., NE, Albuquerque, NM 87102, Telephone number 505-243-4275; Fax number 505-243-4464.

Dated this _____ day of September, 2004

Respectfully submitted,

SONOSKY, CHAMBERS, SACHSE,
ENDRESON & MIELKE, LLP

By _____
David C. Mielke
500 Marquette Ave., NW, Suite 700
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Withdrawing Counsel

7599

NORDHAUS, HALTOM, TAYLOR,
TARADASH & BLADH, LLP


By _____
    Lee Bergen, Esq.
405 Dr. Martin Luther King, Jr. Ave., NE
Albuquerque, NM 87102
Phone: (505) 243-4275
Fax: (505) 243-4464
Substituting Counsel

PUEBLO OF SAN JUAN


By _____
    Earl Salazar
    Governor
Defendant