IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED

04 SEP 21 PM 3:23

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
    Plaintiff, )
 ) 69cv07941-BB-ACE
  -v- )
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
 ) Sections 3, 5, and 7
    Defendants. )
_____)

### ADMINISTRATIVE ORDER SETTING STATUS CONFERENCES

THIS MATTER is before the Special Master following requests for regularly scheduled status conferences in Sections 3, 5 and 7 of the Rio Chama Stream System adjudication: Sec. 3 - Canjilon Creek, Rio Cebolla, Rio Nutrias; Sec. 5 - Rio Gallina and Rio Capulin; Sec. 7 - Rito de Tierra Amarilla, Rio Brazos, Cañones Creek, Rutheron & Plaza Blanca, Village of Chama. The requests were discussed at a status conference held in Chama, NM August 24, 2004. It was agreed that bi-monthly status conferences would better inform the Court of the parties' progress in completing the great number of adjudication activities in these three sections, and would assist counsel of record in planning for their attendance.

By letter dated August 27, I proposed the dates below, none of which were opposed. Accordingly, status conferences are hereby scheduled for:

Santa Fe:

October 12, 2004
December 14, 2004
April 12, 2005
June 14, 2005

7601

Chama area:

February 10, 2005
August 9, 2005

Individual notices setting the time and place, and specifying the matters to be heard will be served by the court two to three weeks prior to each status conference. Counsel and parties *pro se* are required to attend the conferences which address issues relevant to their cases; attendance at other conferences is optional. Any party may submit a request to the Special Master to include a specific matter in the next-scheduled status conference. Additional status, pretrial and scheduling conferences will be added as needed at appropriate locations.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN