IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
04 SEP 21 PM 3: 22
CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) 69cv07941-BB-ACE |
| -v- | ) ) RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) Section 3: Rio Cebolla |
| Defendants. | ) Subfile No. CHCB-003-0015 ) |

### ORDER AMENDING PRETRIAL ORDER
### AND NOTICE OF STATUS CONFERENCE

THIS MATTER is before the Special Master following the September 20, 2004, Scheduling Conference.

Pursuant to the request of Mr. Alfonso G. Sanchez, counsel for Defendants David and Lydia Archuleta, and the comments of Mr. Ed Newville, counsel for the State of New Mexico, ex rel. State Engineer (State), "Paragraph IV. Filing of Dispositive Motions" of the March 8, 2004 Pretrial Order (Docket No. 7428) is amended to change the September 27, 2004 deadline for filing summary judgment motions to October 27, 2004. All other provisions of the March 8 Order remain in effect.

Counsel for the parties will report on the status of their discussions relating to the State's most recent consent order on stock ponds at the October 12, 2004, general status conference, and on the likelihood of proceeding on the trial schedule.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN

7602