IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO



| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br>Defendants. | 04 SEP 22 PM 1:13<br><br>69cv07941 JEC-ACE<br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias,<br>Rio Cebolla, Canjilon Creek<br><br>Subfile Nos: CHCJ-002-0011<br>CHCJ-003-0051<br>CHCJ-003-0069 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 22nd day of September, 2004:

Subfile No. CHCJ- 002-0011
Docket No. 7575
Ernestina V. Rivera
Leo E. Rivera
P.O. Box 585
Canjilon, NM  87515

Subfile No. CHCJ-003-0051
Docket No. 7582
Lena Sanchez
P.O. Box 1048
Espanola, NM  87532

Subfile No. CHCJ-003-0069
Docket No. 7581
Nickiann Scheurwater
William N. Scheurwater
35 Grant Street
Denver CO, 80203

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

1


7603

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Rick DeSimone
WATERS Project manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

John W. Utton, Esq.
P.O. Box 271
Sheehan, Sheehan & Stelzner
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was mailed to the following persons on this 22nd day of September, 2004:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

NM Acequia Commission,
Fred Vigil
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Paula Garcia
NM Acequia Association
607 Cerrillos Rd. Ste. F
Santa Fe, NM 87501

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

*By* /s/ Edward G. Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150