IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM Section 7: Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canoñes Creek, Village of Chama<br><br>Subfile No(s): CHRB-009-0017<br>CHCC-003-0008<br>CHCC-004-0006<br>CHCV-003-0003<br>CHCV-003-0013 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 22nd day of September 2004:

Subfile No. CHRB-009-0017
Docket No. 7580
Leroy J. Martinez
Teresa S. Martinez
P.O. Box 501
Santa Cruz, NM 87567

Subfile No. CHCC-003-0008
Docket No. 7579
Clorinda L. Nunez
Ramon R. Nunez
346 Garcia N.E.
Albuquerque, NM 87123-1115

Subfile No. CHCC-004-0006
Docket No. 7578
Ursula Germaine Vicenti Gallegos
P.O. Box 131
Los Ojos, NM 87551

1

7604

Subfile No. CHCV-003-0003  
Docket No. 7577  
Renee Martinez  
4932 Rio Cebolla Ct. N.W.  
Albuquerque, NM 87114

Subfile No. CHCV-003-0013  
Docket No. 7576  
Charles C. Hobbs  
1600 Febco Street  
Milan, NM 87021

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager  
1315 Sagebrush Drive, SW  
Los Lunas, NM 87031

John W. Utton, Esq.  
P.O. Box 271  
Albuquerque, NM 87103-0271

Rick DeSimone  
WATERS Project Manager  
121 Tijeras, Suite 3000  
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 22nd day of September, 2004:

Fred Vigil, Chairman  
New Mexico Acequia Assoc.  
DFA-LGD Bataan Memorial  
Bldg., Ste. 201  
Santa Fe, NM 87503

Daniel Cleavinger, Esq.  
P.O. Box 2470  
Farmington, NM 87499

Bradley S. Bridgewater, Esq.  
David W. Gehlert, Esq.  
USDOJ-ENRD  
999 18th Street, Suite 945  
Denver, CO 80202

Tessa T. Davidson, Esq.  
Swaim, Schrandt & Davidson, P.C.  
4830 Juan Tabo, N.E., Suite F  
Albuquerque, NM 87111

Martin Threet, Esq.  
Martin Threet & Associates  
6400 Uptown Blvd., NE, Ste. 500 W  
Albuquerque, NM 87110

Special Master Vickie L. Gabin,  
USDC-DCNM  
P.O. Box 2384  
Santa Fe, NM 87504-2384

Paula Garcia,  
NM Acequia Association  
607 Cerrillos Rd. Ste. F  
Santa Fe, NM 87501

John P. Hays, Esq.  
Cassutt, Hays & Friedman, P.A.  
530-B Harkle Road  
Santa Fe, NM 87505

John W. Utton, Esq.  
Sheehan, Sheehan & Stelzner, PA  
P.O. Box 271  
Albuquerque, NM 87103-0271

Pierre Levy, Esq.  
Law Offices of Daniel J. O'Friel, Ltd.  
P.O. Box 2084  
Santa Fe, NM 87504-2084

Karla McCall, Data Manager  
1315 Sagebrush Dr., SW  
Los Lunas, NM 87031

Benjamin Phillips, Esq.  
John F. McCarthy, Jr. & Rebecca Dempsey,  
Esquires  
White, Koch, Kelly & McCarthy, PA  
P.O. Box 787  
Santa Fe, NM 87504-0787

| | | |
|---|---|---|
| Marcus J. Rael, Esq.<br>Robles, Rael & Anaya, P.C.<br>500 4th Street Ste. 200<br>Albuquerque, NM 87102 | Lester K. Taylor, Esq<br>Susan G. Jordon, Esq.<br>Nordhaus, Haltom, Taylor,<br>Taradash & Bladh, LLP<br>405 Dr. Martin Luther King, Jr. Avenue, NE<br>Albuquerque, NM 87102 | Karen L. Townsend, Esq.<br>KAREN L. TOWNSEND, P.C.<br>120 East Chaco<br>Aztec, NM 87410 |
| Ted J. Trujillo, Esq.<br>P.O. Box 2185<br>Espanola, NM 87532-2185 | Liliosa G. Padilla<br>432 Parkland dr.<br>Aztec, NM 87410 | Gary S. Freidman<br>Cassutt, Hays & Freidman, P.A.<br>530-B Harkle Road<br>Santa Fe, NM 87505 |
| Ernest L. Padilla,<br>Padilla Law Firm, P.A.<br>P.O. Box 2523<br>Santa Fe, NM 87504-2523 | Peter B. Shoenfield, Esq.<br>P.O. Box 2421<br>Santa Fe, NM 87504-2421 | Kurt J. Van Deren<br>Hatch, Allen & Sheperd, P.A.<br>P.O. Box 30488<br>Albuquerque, NM 87190-0488 |

by /s/ Edward G. Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504