UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Sept 23, 2004

## CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of NM v Aragon, 69cv07941-BB-ACE

Rio Chama Adjudication, Section 7

DATE OF HEARING: September 20, 2004          TIME: 9:00 a.m.

COUNSEL:

See Attached List

NOTES: Re: Order Granting Request for Scheduling Conference and Setting Scheduling Conference (#7583 filed 9-7-04) & Amended Order (#7587 filed 9-13-04).

Scheduling conference was held on Sept 20, 2004 at the United States District Court in Santa Fe. Matters discussed included:

1) status of claims of individuals named in Amended Order

2) Proposed scheduling order

Court Reporter:
Jan Williams
Beane + Associates
500 Marquette NW, Suite 280
Albuquerque, NM 87102
505/843-9494

7605

# SPECIAL DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941 JEC-ACE
### Rio Chama Adjudication - Section 7: Rito de Tierra Amarilla and Rio Brazos
### September 7, 2004

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Tessa T. Davidson, Esq.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

John P. Hays, Esq.
Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Edward G. Newville, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

Liliosa G. Padilla, Executor
J.R. Martinez Estate
432 Parkland Drive
Aztec, NM 87410

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 4th Street NM, Suite 200
Albuquerque, NM 87102

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
405 Dr. Martin Luther King, Jr. NE
Albuquerque, NM 87102

Martin E. Threet, Esq.
6400 Uptown Blvd. NE, Suite 500 W
Albuquerque, NM 87110

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Karen L. Townsend, Esq.
120 East Chaco
Aztec, NM 87410

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Kurt J. Van Deren, Esq.
P.O. Box 30488
Albuquerque, NM 87190-0488