IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

**Subfile No. CHGA-001-0003**

## **ORDER**

THIS MATTER is before the Court on the September 21, 2004 Motion to Vacate Consent Order by the Plaintiff State of New Mexico, *ex rel.* State Engineer (Doc. No. 7598). The motion asks the Court to vacate the Consent Order filed October 16, 2001 (Doc. No. 6374) in connection with VIVIAN SUAZO and subfile CHGA-001-0003. Defendant VIVIAN SUAZO TRUST has been substituted for Vivian Suazo in these proceedings and supports the granting of the Motion.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed October 16, 2001 (Doc. No. 6374) in connection with subfile CHGA-001-0003 is vacated.

IT IS FURTHER ORDERED that the State shall promptly file a revised Consent Order in connection with Subfile CHGA-001-0003.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN