IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

  v.                                                 69cv07941 BB-ACE
                                                        Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Unopposed Motion for Withdrawal of Counsel and Notice of Appointment of Substitute Attorney (Doc. No. 7599, filed September 21, 2004). Sonosky, Chambers, Sachse, Endreson & Mielke, LLP, counsel for Defendant Pueblo of San Juan, seeks an order allowing it to withdraw from its representation of Pueblo of San Juan. The Motion indicates consent of Pueblo of San Juan and notice of appointment of Lee Bergen of the law firm of Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP, as substitute counsel. *See* D.N.M. LR-Civ. 83.8(a). Therefore, the Court shall grant the Motion.

    **IT IS SO ORDERED.**

                                                             **BRUCE D. BLACK**
                                                              **UNITED STATES DISTRICT JUDGE**