IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 04 OCT -7 AM 11:40<br><br>CLERK ... FE<br><br>69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla<br><br>Subfile No.   CHCB-003-0015B |

### MOTION FOR ORDER ALLOWING WITHDRAWAL AND TIME

Come now Alfonso G. Sanchez, Esq., as attorney for Defendants David I. Archuleta and Lydia U. Archuleta(Defendants), and moves for an Order ordering attorneys on both sides to withdraw as attorneys on both sides and for addition time for the parties to prepare and proceed herein, and as grounds shows the following:

1. On 10/4/04 Plaintiffs' Attorney Edward G. Newville filed a Motion To Enforce Settlement Agreement, incorporated by reference herein, which was not received until late 10/6/04 by mail.

2. That in view of said motion, the attorneys for the parties are necessary witnesses herein within the provisions of Rule 16-307., applying to lawyers as witnesses, which provide that a lawyer shall not act as advocate at a trial in which the lawyer is likely to be a necessary witness.

3. That the proceedings herein have been long, complicated and time consuming and additional time is required for Defendant to acquire substitute lawyer to adequately prepare and proceed herein.

_____
Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507
Phone/FAX: 1-505-471-3053
Attorney for Defendants

7612

I certify that a copy of the foregoing pleading was FAX'd and mailed to opposing counsel of record on October 7, 2004.

*Alfonso Sanchez*