IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer<br><br>Plaintiff,<br>v.<br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos<br>Section 5: Rio Gallina<br><br>Subfile No(s): CHRB-003-0001<br>                   CHGA-002-0006A |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 8th day of October 2004:

Subfile No. CHRB-003-0001
Docket No. 7608
Anthony T. Garcia
Debbie L. Garcia
5300 Canyon Bluff Trail NE
Albuquerque, NM 87111

Subfile No. CHRB-003-0001
Docket No. 7608
J. Placido Garcia
Munira K. Garcia
5809 Royal Oak Dr. NE
Albuquerque, NM 87111

Subfile No. CHRB-003-0001
Docket No. 7608
J. Patrick Garcia
2896 Tramway Place
Albuquerque, NM 87122

Subfile No. CHGA-002-0006A
Docket No. 7609
Henry L. Jacquez
1110 Macz Road
Santa Fe, NM 87502

1

7613

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

Gary S. Freidman
Cassutt, Hays & Freidman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 8th day of October, 2004:

Fred Vigil, Chairman
New Mexico Acequia Assoc.
DFA/LGD Bataan Memorial
Bldg., Ste. 201
Santa Fe, NM 87503

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson, P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Martin Threet, Esq.
Martin Threet & Associates
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

Special Master Vickie L. Gabin,
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
607 Cerrillos Rd. Ste. F
Santa Fe, NM 87501

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Pierre Levy, Esq.
Law Offices of Daniel J.
O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Karla McCall, Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Benjamin Phillips, Esq.
John F. McCarthy, Jr. & Rebecca Dempsey,
Esquires
White, Koch, Kelly & McCarthy, PA
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
Robles, Rael & Anaya, P.C.
500 4th Street Ste. 200
Albuquerque, NM 87102

Lester K. Taylor, Esq
Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE
Albuquerque, NM 87102

Karen L. Townsend, Esq.
KAREN L. TOWNSEND, P.C.
120 East Chaco
Aztec, NM 87410

2

| | | |
|---|---|---|
| Ted J. Trujillo, Esq.<br>P.O. Box 2185<br>Espanola, NM 87532-2185 | Ernest L. Padilla,<br>Padilla Law Firm, P.A.<br>P.O. Box 2523<br>Santa Fe, NM 87504-2523 | Gary S. Freidman<br>Cassutt, Hays & Freidman, P.A.<br>530-B Harkle Road<br>Santa Fe, NM 87505 |
| Peter B. Shoenfeld, Esq.<br>P.O. Box 2421<br>Santa Fe, NM 87504-2421 | Kurt J. Van Deren<br>Hatch, Allen & Sheperd, P.A.<br>P.O. Box 30488<br>Albuquerque, NM 87190-0488 | |

By *[signature: Charlene ...]*

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504