IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Sections 7: Rutheron & Plaza Blanca |
| RAMON ARAGON, *et al.*, | |
| Defendants. | **Subfile No. CHRU-004-0044** |

## CERTIFICATE OF SERVICE

The Plaintiff State of New Mexico, *ex rel.* State Engineer hereby certifies that, in addition to the persons listed on the Rio Chama Section 7 Service list, a copy of the Motion for Default Judgement filed October 11, 2004 (Doc. No. 7611) was mailed to Henry G. Coors on October 13, 2004 at the following address: 163 Rainbow Dr. #6313, Livingston, Texas 77399-1063.

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150