# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

DATE: 10-15-04

## CLERK'S MINUTES OF HEARING

### HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: NMv ARAGON, 69cv07941-BB-ACE

Rio Chama Adjudication, Sec 3, 5 & 7

DATE OF HEARING: October 12, 2004     TIME: 9:30 a.m.

COUNSEL:

See attached List

NOTES: RE: Order Setting Status Conference (#7600 filed 9-21-04). The Status Conference took place as scheduled at USDC in Santa Fe. Matters discussed included:
1) General status of adjudication of Sections 3, 5 & 7;
2) state law-based right of Jicarilla Apache Nation;
3) outstanding subfile issues in Section 5;
4) historical reports for Sections 3 & 7;
5) status of remaining disputed subfiles subject to Pretrial Order #7427 + #7428 filed 3-8-04;
6) agenda for next status conf. scheduled for December 14, 2004.

COURT REPORTER: NONE

7616

**RIO CHAMA COUNSEL OF RECORD**                                         September 29, 2004

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Frank Bond, Esq.
P.O Box 5333
Santa Fe, NM 87502-5333

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 - 18th St., Suite 945
Denver, Colorado 80202

Steven Bunch, Esq.
NM State Highway &
  Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Joe Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Daniel Cleavinger, Esq.
P.O Box 2470
Farmington, NM 87499

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501

Chris D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504

Tessa T. Davidson, Esq.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

Charles T. DuMars, Esq.
201 Third Street NW, #1370
Albuquerque, NM 87102

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, N.M. 87504-2068

K. Janelle Haught, Esq.
P.O. Box 1663, Mail Stop P121
Los Alamos, NM 87545-1663

John P. Hays, Esq.
Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Mary Humphrey, Esq.
P.O. Box 1574
El Prado, N.M. 87529

Mary Ann Joca, Asst. Reg. Atty.
USDA-Ofc of the General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct N W.
Albuquerque, NM 87120-3488

Edward G. Newville, Esq.
Lisa D. Brown, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, NM 87507

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Lee Bergen, Esq.
405 Dr Martin Luther King, Jr. NE
Albuquerque, NM 87102

Martin E. Threet, Esq.
6400 Uptown Blvd. NE, Ste. 500W
Albuquerque, NM 87110

Karen L. Townsend, Esq
120 East Chaco
Aztec, NM 87410

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

John W. Utton, Esq
P.O. Box 271
Albuquerque, NM 87103-0271

Kurt J. Van Deren, Esq.
P.O. Box 30488
Albuquerque, NM 87190-0488

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

C. Mott Woolley, Esq.
112 W. San Francisco St., Ste 312C
Santa Fe, NM 87501