IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

Subfile Nos. CHCB-003-0015B

## STATE OF NEW MEXICO'S ADDITIONAL ENTRY OF APPEARANCE

On behalf of the State of New Mexico *ex rel.* Office of the State Engineer, Stacey J. Goodwin hereby enters her appearance of counsel in this Subfile matter. Edward G. Newville also continues as counsel for the State in this proceeding. In addition to service on Edward G. Newville, all documents in this Subfile matter should be served on:

> Stacey J. Goodwin, Esq.
> Special Assistant Attorney General
> Law Offices of Randall W. Childress, P.C.
> 300 Galisteo Street, Suite 205
> Santa Fe, NM 87501
> (505) 982-4147 (telephone), (505) 982-4402 (fax)

Respectfully submitted,

*/s/ Stacey Goodwin*

Edward G. Newville Esq.
P.O. Box 25102
Santa Fe, New Mexico 87504-5102

Stacey J. Goodwin, Esq.
300 Galisteo Street, Suite 205
Santa Fe, NM 87501
Special Assistant Attorneys General
Office of the State Engineer

7617