IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 3: Rio Cebolla |
| RAMON ARAGON, *et al.*, | |
| Defendants. | Subfile Nos. CHCB-003-0015B |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the State of New Mexico ex rel. State Engineer's *Entry of Appearance of Additional Counsel* and *Response Objecting to Motion for Order Allowing Withdrawal and Time* to be mailed to the following on this 20th day of October, 2004 via first-class mail postage prepaid:

Alfonso G. Sanchez, Esq.
Attorney for David and Lydia Archuleta
2853 Calle Princessa Juana
Santa Fe, NM 87505

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

*Stacey Goodwin* (signature)
Stacey J. Goodwin, Esq.
Special Assistant Attorney General
Office of State Engineer
300 Galisteo Street, Suite 205
Santa Fe, NM 87501
(505) 982-4147

7619