IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rio Gallina, Section 5

**Subfile No.: CHGA-003-0007**

## SUBFILE ORDER

THIS MATTER having come before the Court on the Special Master's Report and Recommendations on Disputed Subfile filed January 12, 2004 (Doc. No. 7382), and the Court having adopted the Special Master's Report by Order entered March 15, 2004 (Doc. No. 7430), the Court, being fully advised in the premises, now FINDS:

1. The Court has jurisdiction over the State of New Mexico *ex rel.* State Engineer and the Defendants:

    JOSE P CHAVEZ
    JUAN C CHAVEZ
    PATSY L CHAVEZ
    PIEDAD CHAVEZ

    and the subject matter of this suit.

2. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendants adjudicated by this order.

7621

3.  The right of the Defendants to divert and use the public waters from the Rio Chama Stream System, Rio Gallina, Section 5, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered March 15, 2000.

**Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
 Ditch:   Cordova/Martinez Ditch
 Location: X= 1,481,451  feet  Y= 1,897,664  feet
 New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
Section 16, Township 23N, Range 01E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 24.2 acres |
| Total | 24.2 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0007

**Amount of Water:** Reserved for future determination by court order entered March 15, 2000.

## B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
 Ditch:   Cordova/Martinez Ditch
 Location: X= 1,481,451  feet  Y= 1,897,664  feet
 New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

<u>Section 16, Township 23N, Range 01E, N.M.P.M.</u>

    Pt. NE¼                                                     1.3 acres

                                                        Total     1.3 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0007

**Amount of Water:** NONE

4. Defendants have no surface water rights in the Rio Chama Stream System, Rio Gallina, Section 5, other than those set forth in this order and those other orders entered by this Court in this cause.

5. Defendants, his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

6. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendants to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein. The Defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

IT IS FURTHER ORDERED that the Court enters this Subfile Order as a final judgment as to the elements of the Defendants' water rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Approved

_____
VICKIE L. GABIN
SPECIAL MASTER


APPROVED AND ACCEPTED:

_____
MARY E. HUMPHREY
Attorney for Defendants


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General




