# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5

**Subfile No(s).**
    **CHGA-003-0003A**
    **CHGA-003-0003B**
    **CHGA-003-0003C**
    **CHGA-003-0003D**
    **CHGA-003-0004A**
    **CHGA-003-0004B**
    **CHGA-003-0005**

## SUBFILE ORDER

The Court, having set aside the Special Master's Report and Recommendations on Disputed Subfiles (Doc. No. 7259, filed September 30, 2003) by the Memorandum Opinion and Order filed February 9, 2004 (Doc. No. 7404), and being fully advised in the premises, now Finds:

1.    The Court has jurisdiction over the State of New Mexico *ex rel.* State Engineer, Defendant **FAYE DAVIS** and the subject matter of this suit.

2.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant adjudicated by this order.

3.    The right of the Defendant to divert and use the public waters from the Rio Chama Stream System, Rio Gallina, Section 5, is set forth below:

7622

# FAYE DAVIS

**Subfile No.: CHGA-003-0003A**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

Location:  X= 1,460,847   Y= 1,899,475

**Ditch:**        Placitas Ditch

**Location: X=**  1,460,847    feet  **Y=**  1,899,475   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

## Location and Amount of Irrigated Acreage:

Section 09, Township 23N, Range 01E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SW¼ | | 3.1 acres |
| | Total | 3.1 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0003A

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

FAYE DAVIS

**Subfile No.: CHGA-003-0003B**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

Location: X= 1,460,847   Y= 1,899,475

**Ditch:**      Placitas Ditch

**Location: X=** 1,460,847   feet   **Y=** 1,899,475   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 09, Township 23N, Range 01E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NW¼ | | 9.6 acres |
| Pt. SW¼ | | 16.7 acres |
| | Total | 26.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0003B

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

FAYE DAVIS

**Subfile No.: CHGA-003-0003C**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

Location: X=1,460,847   Y= 1,899,475

**Ditch:**       Placitas Ditch

**Location: X=**  1,460,847   feet  **Y=**  1,899,475   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 9 , Township 23N, Range 01E, N.M.P.M.

Pt. SW¼                                                    3.1  acres

Total       3.1 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0003C

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

Subfile Order                              Page 4

# FAYE DAVIS

**Subfile No.: CHGA-003-0003D**

## A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

Location: X= 1,460,847   Y= 1,899,475

**Ditch:**         Placitas Ditch

**Location: X=** 1,460,847   feet   **Y=** 1,899,475   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 09, Township 23N, Range 01E, N.M.P.M.

| | |
|---|---|
| Pt. SW¼ | 3.2 acres |
| Total | 3.2 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0003D

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

FAYE DAVIS

**Subfile No.: CHGA-003-0004A**

**A.  IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**  NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**  Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

Location:  X= 1,460,847   Y= 1,899,475

**Ditch:**        Placitas Ditch

**Location: X=** 1,460,847   feet  **Y=** 1,899,475   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 09, Township 23N, Range 01E, N.M.P.M.

Pt. SW¼                                                    3.5  acres

                                              Total       3.5 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0004A

**Amount of Water:**  Reserved for future determination by court order entered July 25, 2000.

FAYE DAVIS

**Subfile No.: CHGA-003-0004B**

**A. <u>IRRIGATION (Surface Water Only)</u>**

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

Location:  X= 1,460,847   Y= 1,899,475

Ditch:          Placitas Ditch

**Location: X=** 1,460,847   feet  **Y=** 1,899,475   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 09, Township 23N, Range 01E, N.M.P.M.

| | |
|---|---|
| Pt. SW¼ | 1.9  acres |
| Total | 1.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0004B

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

FAYE DAVIS

**Subfile No.: CHGA-003-0005**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**  NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface water of the Rio Gallina, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

Location:  X= 1,460,847   Y= 1,899,475

**Ditch:**        Placitas Ditch

**Location: X=**  1,460,847   feet  **Y=**  1,899,475   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 09, Township 23N, Range 01E, N.M.P.M.

Pt. SW¼                                        3.5  acres

Total      3.5 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-003-0005

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

4.    Defendant has no surface water rights in the Rio Chama Stream System, Rio Gallina, Section 5, other than those set forth in this order and those other orders entered by this Court in this cause.

5.    Defendant, her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

6.    The water rights described herein are adjudicated subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right of the Defendant to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, is as set forth herein. The Defendant, her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

IT IS FURTHER ORDERED that the Court enters this Subfile Order as a final judgment as to the elements of the Defendant's water rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

VICKIE L. GABIN
SPECIAL MASTER

Approved and accepted:

MARY E. HUMPHREY
Attorney for Defendants

Approved as to form only:

EDWARD G. NEWVILLE
Special Assistant Attorney General



003-0003A
A 1.8 ac.

003-0003A
A 1.3 ac.

96

Placitas Ditch



LEGEND

| | Irrigated Tract Boundary |
| | Pond |
| ► | Operable Ditch |
| - - | Inoperable Ditch |
| ● | Point of Diversion |
| Ⓕ | Fallow |



1 inch = 300 feet

0   75   150        300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
John R. D'Antonio, Jr., P.E., State Engineer

**Rio Chama Hydrographic Survey**
**RIO GALLINA SECTION**

**Subfile Number**
**CHGA 003-0003A**
Placitas Ditch
AMENDED
August 18, 2004





003-0003B
A 9.6 ac.
F

003-0003B
A 16.7 ac.
F

96

Placitas Ditch

LEGEND

☐ Irrigated Tract Boundary

■ Pond

▶ Operable Ditch

- - Inoperable Ditch

● Point of Diversion

Ⓕ Fallow



1 inch = 300 feet

0   75   150        300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E., State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA 003-0003B

Placitas Ditch
AMENDED
August 18, 2004





003-0003C
A 3.1 ac.
96
Placitas Ditch

| LEGEND | | |
|---|---|---|
|  | | |

Irrigated Tract Boundary
Pond
Operable Ditch
Inoperable Ditch
Point of Diversion
Fallow



1 inch = 300 feet

0   75   150   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
John R. D'Antonio, Jr., P.E., State Engineer

**Rio Chama Hydrographic Survey**
**RIO GALLINA SECTION**

**Subfile Number**
**CHGA 003-0003C**

Placitas Ditch
AMENDED
August 18, 2004





003-0003D
A 1.8 ac.   F

003-0003D
A 1.4 ac.   F

96

Placitas Ditch

LEGEND



▢  Irrigated Tract Boundary
■  Pond
▶  Operable Ditch
- -  Inoperable Ditch
●  Point of Diversion
Ⓕ  Fallow



1 inch = 300 feet

0    75   150        300
        Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E., State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA 003-0003D
Placitas Ditch
AMENDED
August 18, 2004





LEGEND

▭ Irrigated Tract Boundary
■ Pond
▸ Operable Ditch
- - Inoperable Ditch
● Point of Diversion
Ⓕ Fallow



1 inch = 300 feet

0    75    150    300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E., State Engineer

Rio Chama Hydrographic Survey
RIO GALLINA SECTION

Subfile Number
CHGA 003-0004A
Placitas Ditch
AMENDED
August 18, 2004





003-0004B
A 1.9 ac.
(F)

Placitas Ditch

96



LEGEND

☐ Irrigated Tract Boundary
■ Pond
▶ Operable Ditch
- - Inoperable Ditch
● Point of Diversion
(F) Fallow



1 inch = 300 feet

0   75   150      300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
John R. D'Antonio, Jr., P.E., State Engineer

**Rio Chama Hydrographic Survey**
**RIO GALLINA SECTION**

**Subfile Number**
**CHGA 003-0004B**

Placitas Ditch
AMENDED
August 18, 2004





003-0005
A 1.8 ac.
Ⓕ

003-0005
A 1.7 ac.
Ⓕ

96

Placitas Ditch

LEGEND
 Irrigated Tract Boundary
 Pond
 Operable Ditch
 Inoperable Ditch
● Point of Diversion
Ⓕ Fallow

N
W        E
S

1 inch = 300 feet

0   75   150        300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
John R. D'Antonio, Jr., P.E., State Engineer

**Rio Chama Hydrographic Survey**
**RIO GALLINA SECTION**

**Subfile Number**
**CHGA 003-0005**
Placitas Ditch
AMENDED
August 18, 2004

