IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) | |
| Plaintiff, ) ) | 69cv07941- BB-ACE |
| -v- ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al., ) ) | Section 7 |
| Defendants. ) ) | |

NOTICE OF FILING OF TRANSCRIPT

TO DISTRIBUTION:

All counsel of record and interested parties listed on the attached distribution list are hereby notified that the transcript of the Special Master's September 20, 2004 scheduling conference, set by Order No. 7583 filed September 7, 2004 and Amended Order No. 7587 filed on September 13, 2004, was filed with the Clerk of the District Court on October 12, 2004.

                                              /electronic signature/
                                    SPECIAL MASTER VICKIE L. GABIN

**SPECIAL DISTRIBUTION LIST**
**State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE**
Rio Chama Adjudication - Section 7: Rito de Tierra Amarilla and Rio Brazos
**October 5, 2004**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

-----------------------------------------
_____
Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Tessa T. Davidson, Esq.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

John P. Hays, Esq.
Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084


NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Edward G. Newville, Esq.
Office of the State Engineer
Litigation & Adjudication Prog.
P.O. Box 25102
Santa Fe, NM 87504-5102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 4th Street NM, Suite 200
Albuquerque, NM 87102

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
405 Dr Martin Luther King, Jr NE
Albuquerque, NM 87102

Martin E. Threet, Esq.
6400 Uptown Blvd NE, Ste500W
Albuquerque, NM 87110

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Karen L. Townsend, Esq.
120 East Chaco
Aztec, NM 87410

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Kurt J. Van Deren, Esq.
P.O. Box 30488
Albuquerque, NM 87190-0488