IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

 vs.

RAMON ARAGON, *et al.,*

   Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Sections 7: Rutheron & Plaza Blanca

**Subfile No. CHRU-004-0044**

## CERTIFICATE OF SERVICE

 The Plaintiff State of New Mexico, *ex rel.* State Engineer hereby certifies that a copy of the Order Granting Default Judgment filed October 28, 2004 (Doc. No. 7626) was mailed to Henry G. Coors on October 28, 2004 at the following address: 163 Rainbow Dr. #6313, Livingston, Texas 77399-1063.

          /s/ Ed Newville
         EDWARD G. NEWVILLE
         Special Assistant Attorney General
         Office of State Engineer
         P.O. Box 25102
         Santa Fe, NM 87504-5102
         (505) 827-6150