# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

04 OCT 23 PM 3:16

CLERK SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RAMON ARAGON, et al., | ) ) |
| Defendants. | ) ) ) |

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM

Sections 3, 5, and 7

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**COMES NOW**, ERNEST L. PADILLA, Padilla Law Firm P.A., and enters an appearance as attorney, in substitution for ALFONSO SANCHEZ, on behalf of Defendants DAVID E. ARCHULETA and LYDIA U. ARCHULETA.

Respectfully submitted,

PADILLA LAW FIRM P.A.

By: /s/ Ernest L. Padilla
Ernest L. Padilla
P.O. Box 2523
Santa Fe, NM 87504
(505) 988-7577

7628

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Substitution of Counsel was mailed to the following:

Alfonso G. Sanchez, Esq.
2853 Calle Princessa Juana
Santa Fe, New Mexico 87505

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of State Engineer
P O Box 25102
Santa Fe, New Mexico 87504-5102

Stacey J. Goodwin, Esq.
Special Assistant Attorney General
Office of State Engineer
300 Galisteo Street, Suite 205
Santa Fe, New Mexico 87502

Subfile No. CHCJ-002-0011
Docket No. 7575
Ernestina V. Rivera
Leo E. Rivera
P.O. Box 585
Canjilon, NM 87515

Subfile No. CHCJ-003-0069
Docket No. 7581
Nickiann Scheurwater
William N. Scheurwater
35 Grant Street
Denver, CO 80203

Subfile No. CHCJ-003-0051
Docket No. 7582
Lena Sanchez
P.O. Box 1048
Espanola, NM 87532

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

NM Acequia Commission
Fred Vigil
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDCJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87501

Ted Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532

2

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

this ___ day of October, 2004.

ERNEST L. PADILLA