IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941 BB-ACE |
| v. | ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al., | ) ) | |
| Defendants. | ) ) ) | |

**Before Special Master Vickie L. Gabin**

**JOINT MOTION BY THE UNITED STATES AND THE PUEBLO OF SAN JUAN FOR ENTRY OF SCHEDULING ORDER ON PUEBLO CLAIMS**

Come now the United States of America ("United States") and the Pueblo of San Juan ("Pueblo"), by their undersigned counsel, and respectfully move the Special Master to enter the proposed *Scheduling Order on Pueblo Claims* submitted herewith. In support of this motion, the United States and the Pueblo state:

1. On June 14, 2004, the Court *sua sponte* entered an Order [Doc. No. 7470] requiring that "[a]fter consultation with the New Mexico Office of the State Engineer, counsel for the United States and San Juan Pueblo shall, by September 1, 2004, file a joint, proposed order identifying the activities required to resolve San Juan Pueblo's claims and a schedule of activities for completing those activities."

2. On August 30, 2004, the Court granted the *United States' Motion For Extension Of Time To Submit Proposed Scheduling Order On Pueblo Claims* [Doc. No. 7571] and extended the deadline established by the June 14, 2004 Order to November 1, 2004. [Doc. No. 7572]

3. The *United States' Motion For Extension Of Time To Submit Proposed Scheduling Order On Pueblo Claims* indicated the United States would propose to create two subproceedings to deal with separate aspects of the Pueblo's water rights, and establish March 31, 2007 and March 31, 2010 as the dates for initiating the first and second subproceeding, respectively.  No objections to this proposal have been filed or otherwise received by counsel for the United States or for the Pueblo.  The proposed *Scheduling Order on Pueblo Claims* submitted herewith incorporates this proposal, with the exception that the date for initiating Pueblo Claims Subproceeding 1 has been changed to the day before March 31, 2007, which will fall on a Saturday.

WHEREFORE, the United States and the Pueblo of San Juan respectfully move the Special Master to enter the *Scheduling Order on Pueblo Claims* submitted herewith.

Dated this 29th day of October, 2004.

COUNSEL FOR THE UNITED STATES

*/s/ Bradley S. Bridgewater*
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
999 Eighteenth St., Suite 945N
Denver, CO 80202
Phone: (303) 312-7318

COUNSEL FOR THE PUEBLO OF SAN JUAN

  Approved via email

_____
LEE BERGEN
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Jr. Avenue, N.W.
Albuquerque, NM 87102
Phone: (505) 243-4275

JOINT MOTION FOR SCHEDULING ORDER, Page 2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2004 copies of the foregoing *Joint Motion By The United States And The Pueblo Of San Juan For Entry Of Scheduling Order On Pueblo Claims* were mailed to all persons on the attached distribution list.

_____
BRADLEY S. BRIDGEWATER

# State of New Mexico v. Aragon
## Service List

Edward G. Newville
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM  87504-2421

AquaTek
Karla McCall
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Fred Vigil
P.O. Box 687
Mendanales, NM   87548-0687

Fred J. Waltz
Box 6390
Taos, NM  87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM  87103-0271

Susan G. Jordan
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
1239 Paseo De Peralta
Santa Fe, NM 87501

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

K. Janelle Haught
NMHSTD
P.O. Box 2348
Albuquerque, NM  87504-2348

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton, Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM  87103-0586

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM  87103-0271

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM  87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM  87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM  87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

David W. Gehlert
U.S. Dept.  of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO  80202

Jay F. Stein
James C. Brockmann
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM  87575

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan
 & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Lee Bergen
Nordhaus, Haltom, Taylor, Taradash &
 Bladh, LLP
405 Dr. Martin Luther King, Jr. Ave, NE
Albuquerque, NM 87103-0271

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
P.O. Box 30488
Albuquerque, NM 87190-0488

Updated 10/29/04