IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

04 OCT 29 PM 1:40

CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.*<br>State Engineer, | )<br>)<br>) |
| Plaintiff, | )    69cv07941 JEC-ACE |
| v. | )<br>)    RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, *et al.* | )    Section 7: Tierra Amarilla, Rio Brazos,<br>)    Rutheron & Plaza Blanca, Canones Creek, |
| Defendants. | )    Village of Chama |

### SUBSTITUTION OF COUNSEL

The firm of Swaim, Schrandt & Davidson, P.C., with the consent of its client, hereby withdraws as attorney for the Archdiocese of Santa Fe in the above-captioned cause. The Davidson Law Firm, LLC hereby enters its appearance on behalf of Archdiocese of Santa Fe.

SWAIM, SCHRANDT & DAVIDSON, P.C.
4830 Juan Tabo N.E., Suite F
Albuquerque, New Mexico 87111
(505) 237-0064
(505) 237-9440 (fax)

_____
Amy I. Haas

DAVIDSON LAW FIRM, LLC
P. O. Box 2240
Corrales, New Mexico 87048
(505) 792-3636
(505) 792-5166 (fax)

_____
Tessa T. Davidson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following persons on this ___28___ day of October, 2004:

Vickie L. Gabin, Special Master
U.S. District Court, U.S. Courthouse
P.O. Box 2384
Santa Fe, New Mexico 87504-2384

Jeff Minier, Water Rights Attorney
United States District Court
District of New Mexico
333 Lomas Blvd. NW, Suite 610
Albuquerque, New Mexico 87102-2276

Edward G. Newville
Special Assistant Attorney General
State of New Mexico
Office of the State Engineer
P. O. Box 25102
Santa Fe, New Mexico 87504-5102

John W. Utton
Sheehan, Sheehan & Stelzner, P.A.
P. O. Box 271
Albuquerque, NM 87103

Karla McCall, Data Manager
1315 Sagebrush Drive S.W.
Los Lunas, NM 87031

Rick DeSimone
WATERS Project Manager
121 Tijeras, N.E., Suite 3000
Albuquerque, NM 87102

Mary E. Humphrey, Esq.
P. O. Box 1574
El Prado, NM 87529-1574

Gary S. Freidman
Cassutt, Hays & Freidman, PA
530-B Harkle Road
Santa Fe, NM 87505

Fred Vigil, Chairman
NM Acequia Assoc.
DFA/LGD Bataan Memorial Bldg.
Suite 201
Santa Fe, NM 87503

Paula Garcia
NM Acequia Assoc.
607 Cerrillos Rd., Suite F
Santa Fe, NM 87501

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
P. O. Box 2084
Santa Fe, NM 87504-2084

Marcus J. Rael, Esq.
Robles, Rael & Anaya, PC
500 4th Street, Suite 200
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P. O. Box 2470
Farmington, NM 87499

Martin Threet, Esq.
Martin Threet & Assoc.
6400 Uptown Blvd. NE
Suite 500-W
Albuquerque, NM 87110

John P. Hays, Esq.
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM  87505

Lester K. Taylor, Esq.
Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
 Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr., Ave. NE
Albuquerque, NM  87102

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO  80202

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P. O. Box 787
Santa Fe, NM  87504-0787

Karen L. Townsend, Esq.
Karen L. Townsend, PC
120 East Chaco
Aztec, NM  87410

Ted J. Trujillo, Esq.
P. O. Box 2185
Espanola, NM  87532-2185

Ernest L. Padilla
Padilla Law Firm P.A.
P. O. Box 2523
Santa Fe, NM  87504-2523

Peter B. Shoenfeld, Esq.
P. O. Box 2421
Santa Fe, NM  87504-2421

Kurt J. Van Deren
Hatch, Allen & Shepherd, PA
P. O. Box 30488
Albuquerque, NM  87190-0488

TESSA T. DAVIDSON
Davidson Law Firm, LLC
P. O. Box 2240
Corrales, NM  87048
(505) 792-3636