IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

v.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina,

Subfile No:   CHGA-003-0003A
CHGA-003-0003B
CHGA-003-0003C
CHGA-003-0003D
CHGA-003-0004A
CHGA-003-0004B
CHGA-003-0005
CHGA-003-0019
CHGA-003-0007

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Subfile Order for each of the subfiles listed above, concerning the Defendants' right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 29th day of October, 2004:

Subfile No.CHGA-003-0003A
through Subfile No. CHGA-003-0005
Docket No. 7622
Faye Davis
PO Box 170
Gallina, NM 87017

Subfile No.CHGA-003-0007
Docket No. 7321
Jose P. Chavez
Piedad Chavez
506 Old Pecos Road
Espanola, NM 87532

Subfile No.CHGA-003-0019
Docket No. 7620
Jose Z. Chacon
Lucinda Chacon
PO Box 58
Gallina, NM 87017

Subfile No.CHGA-003-0007
Docket No. 7321
Juan C. Chavez
Patsy L Chavez
PO Box 152
Gallina, NM 87017

1

7635

True file stamped copies of the Subfile Orders for the subfiles listed above were also mailed to the following on the same date:

    Karla McCall, Data Manager      Rick DeSimone
    1315 Sagebrush Drive, SW      WATERS Project Manager
    Los Lunas, NM 87031      121 Tijeras, Suite 3000
         Albuquerque, NM 87102

    Mary E. Humphrey, Esq.
    P.O. Box 1574
    El Prado, NM 87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 29th day of October, 2004:

New Mexico Acequia Commission
Fred Vigil, Chairman
DFA-Local Government Div.
Bataan Memorial Building
Santa Fe, NM 87503

Paula Garcia
NM Acequia Association
607 Cerrillios Rd., Suite F
Santa Fe, NM 87505

Vickie Gabin, Special Master
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth Street, Suite 945
Denver, CO 80202

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

*Ed Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150