IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## ORDER CORRECTING DEFENDANTS' NAMES

This is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendants' Names filed November 2, 2004 (Docket No. 7637).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Lorraine Montoya | Lorraine E. Montoya<br>CHRB-007-0014 |
| Frank Archuleta | Frank J. Archuleta<br>CHRB-007-0014 |
| Theresa Garcia | Teresa Galdean<br>CHRB-007-0014 |
| Joyce Menninger | Joyce Nenninger<br>CHRB-009-0001 |

                                                BRUCE D. BLACK
                                    UNITED STATES DISTRICT JUDGE

Approved:

    /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER