IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>    vs.<br><br>RAMON ARAGON, *et al.,*<br><br>    Defendants. | CV 69-07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed November 2, 2004 (Docket No. 7638).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Frank D. Luna IV | CHTA-00-0011 | 24796 Surstar Lane, Dana Point CA 92629 |
| John P. Zamora | CHRB-003-0017B | P.O. Box 252, Los Ojos NM 87551 |
| Maria de la Luz Zamora | CHRB-003-0017B | P.O. Box 252, Los Ojos NM 87551 |
| Ashley D. Cordova | CHRB-004-0018C | c/o Orlando Cordova, P.O. Box 365, Tierra Amarilla NM 87575 |
| Hazel Ann Cordova | CHRB-004-0018C | c/o Orlando Cordova, P.O. Box 365, Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Harry Sanchez | CHRB-009-0026 | P.O. Box 114, Los Ojos NM 87551 |
| Patrick L. Hogan | CHCC-001-0006B | HC 75 Box 66, Chama NM 87520 |
| Angela Hughes | CHCV-002-0005<br>CHCV-002-0006B | P.O. Box 214, Chama NM 87520 |
| Susan Hammer | CHCV-002-0008 | P.O. Box 1171, Chama NM 87520 |
| Northern Rio Arriba Electric CO-OP | CHCV-003-0038 | c/o Benjamin Leyba<br>P.O. Box 217, Chama NM 87520 |

 

*(signature)*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

    /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER