IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM |

## STATUS REPORT

　　Pursuant to the Order filed August 16, 2004 (Doc. No. 7559), the United States, the State of New Mexico, the Rio Chama Acequia Association and the Associación de Acéquias Norteñas de Rio Arriba file this joint status report on negotiations between the Parties on the quantification of the United States' claims under the Wild and Scenic Rivers Act.

　　In early September, the United States submitted its written proposal for settlement to the other Parties, and the Parties met in Santa Fe to discuss the proposal on September 8, 2004. Since that time, technical staff from the United States and the State of New Mexico have been meeting to discuss river flow issues. Further meetings are needed before any agreement may be reached. The technical staff plan to spend two days in the field in early December to make a joint inspection of the Rio Chama at several points.

　　Technical staff for the State of New Mexico are preparing a technical report describing the State's position with respect to minimum flow requirements. A draft of this report will be completed

in January 2005 and the report will be made available to the Parties for discussion purposes.

Attorneys for the Parties are preparing draft language for circulation that would be included in a final order quantifying the United States' claims under the Wild & Scenic Rivers Act.

The Parties do not request a status conference with the Court in February, 2005. The Parties agree that this matter is an appropriate one for referral to Special Master Vickie L. Gabin. Accordingly, they request that the Court refer further proceedings on the United States' claims to Special Master. The Parties propose to report on the progress of settlement negotiations at the bi-monthly status conference with the Special Master scheduled for April 12, 2005 in Santa Fe.

Respectfully submitted,

  /s/ Ed Newville
Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150


  telephonic approval 11/15/04
David W. Gehlert
U.S. Department of Justice
Environment and Natural Resources
        Division
999 18th St., Suite 945
Denver, CO 80202
(303) 312-7352


  telephonic approval 11/10/04
John W. Utton
Attorney for Acequias Norteñas
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

(505) 247-0411

_telephonic approval 11/12/04_
Fred J. Waltz
Attorney for RCAA
P.O. Box 6390
Taos, NM 87571-6216
(505) 758-0407