IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

    Plaintiffs,

    v.                                                  69cv07941 BB-ACE
                                                         Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Joint Status Report, (Doc. No. 7644, filed November 15, 2004), on negotiations between the Parties (State of New Mexico, United States, Associación de Acequias Norteñas de Rio Arriba, and Rio Chama Acequia Association) on the quantification of the United States' claims under the Wild and Scenic Rivers Act. *See* 16 U.S.C.A. §§ 1271 *et seq.* (West 2000 & Supp. 2003). The Court shall grant the Parties' request to refer further proceedings on the United States' claims to the Special Master. The Parties shall report on the progress of settlement negotiations at the bimonthly status conference with Special Master Vickie L. Gabin scheduled for April 12, 2005 in Santa Fe. The State of New Mexico shall complete its draft technical report describing the State's position with respect to minimum flow requirements and provide copies of the report to the Parties by January 31, 2005.

    **IT IS SO ORDERED.**

                                                                               **BRUCE D. BLACK**
                                                                               **UNITED STATES DISTRICT JUDGE**