IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer <br><br> Plaintiff, <br><br> vs. <br><br> RAMON ARAGON, *et al.,* <br><br> Defendants. | 69cv07941 BB-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Section 1: Mainstream <br><br> SUAZO DITCH <br><br> Subfiles: 532, 535, 536, 537 & 538 |

**MOTION TO AMEND ORDERS
ENTERED IN CONNECTION WITH SUAZO DITCH**

COMES NOW the Plaintiff State of New Mexico *ex rel.* State Engineer, and requests the Court to enter its order amending multiple orders in the Chama Mainstream Section entered in connection with the Suazo Ditch, a community ditch association, and as grounds states as follows:

1.  The tracts of land having the right to be irrigated from the Suazo Ditch are set out in the Order filed March 30, 1971 (Docket No. 1678) adjudicating the rights of the Suazo Ditch to the use of the surface and underground waters of the Rio Chama Stream System.

2.  Approximately one-half of the tracts listed in the Order filed March 30, 1971 are not irrigated from the Suazo Ditch, rather those tracts are irrigated from the Ranchitos Ditch which is a separate and distinct community ditch association.

3.	The following tracts described in the Order filed March 30, 1971 are in fact irrigated from the Suazo Ditch.

| Owner | Subfile No. | Map & Tract | Irrigated Acreage |
|---|---|---|---|
| Enrique Garcia | 532 | 4.8 | 3.45 |
| Gilberto Martinez | 535 | 4.6 | 0.84 |
| Dometela S. Madrid | 536 | 4.7 | 1.73 |
| Jose Miguel Suazo | 537 | 4.9 | 9.64 |
| Jose Miguel Suazo | 537 | 4.9A | 1.20 |
| Jose Abedon Abeyta | 538 | 4.10 | 1.90 |

4.	The following tracts described in the Order filed March 30, 1971 are in fact irrigated from the Ranchitos Ditch.

| Owner | Subfile No. | Map & Tract | Irrigated Acreage |
|---|---|---|---|
| Gus Martinez | 530 | 4.1 | 2.70 |
| Gus Martinez | 530 | 4.1-A | 0.03 |
| Gus Martinez | 530 | 4.1-B | 0.33 |
| Gus Martinez | 530 | 4.1-C | 0.24 |
| Enrique Garcia | 532 | 4.3 | 0.66 |
| Anna Maria Madrid | 533 | 4.4 | 0.40 |
| Mrs. S. Duran | 534 | 4.5 | 0.12 |

In addition to the tracts listed above, there are other tracts that are irrigated from the Ranchitos Ditch, and the above list is not intended to be comprehensive.

5.	The following "No Right" tract described in the Order filed March 30, 1971 is also located under the Ranchitos Ditch:

| Owner | Subfile No. | Map & Tract | Acreage |
|---|---|---|---|
| Juan Lopez | 531 | 4.2 | 2.70 |

6.	The source of water and the point of diversion for the Suazo Ditch are incorrectly described in the Order filed March 30, 1971, and in all of the individual subfile orders entered in

connection with the Suazo Ditch.

  7.  The correct description of the source of water for tracts irrigated by the Suazo Ditch is the Arroyo Seco (including the waters of Ojito Seco), a tributary to the Rio Chama.

  8.  The Suazo Ditch diverts water from the Arroyo Seco in two places, and the correct description of the location of the point of diversion is as follows:

> New Mexico State Plane Coordinate System, Central Zone, NAD 1927
> $X = 473,534 \quad Y = 1,892,809$
> $X = 473,519 \quad Y = 1,892,888$

  9.  The Order adjudicating the water rights for Suazo Ditch filed March 30, 1971 (Doc. No. 1678), and the individual subfile orders entered in connection with the Suazo Ditch listed in paragraph 3 above (Subfiles 532, 535, 536, 537 & 538), should be amended to correct the errors described herein.  Correction of these errors is not intended to preclude any future errors and omissions claims ("E & O" claims) in connection with these subfiles.

  10.  Counsel for the Suazo Ditch, Fred J. Waltz, supports the granting of this motion.

WHEREFORE the Plaintiff State of New Mexico requests the Court to enter an order: (1) amending the Order filed March 30, 1971 adjudicating the water rights of the Suazo Ditch, and (2) amending the individual subfile orders entered in connection with the Suazo Ditch listed above in paragraph 3 (Subfiles 532, 535, 536, 537 & 538), to correctly list and set forth the tracts irrigated by the Suazo Ditch, and to correctly describe the source of water and the point of diversion of the Suazo Ditch.

                      Respectfully submitted,

                        /s/ Ed Newville
                       EDWARD G. NEWVILLE
                       Special Assistant Attorney General
                       Office of State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion to Amend Orders Entered in Connection with Suazo Ditch was mailed to following persons on November __23__, 2004.

/s/ Ed Newville
Edward G. Newville

**Counsel for Suazo Ditch**
Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

**Defendants:**

Enrique Garcia
General Delivery
Abiquiu, NM 87510

Gilberto Martinez
General Delivery
Abiquiu, NM 87510

Jose Miguel Suazo
340 Crestwood Drive
Florence, AL 35630

Dometela S. Madrid
General Delivery
Abiquiu, NM 87510

Jose Abedon Abeyta
Address Unknown

**RIO CHAMA GENERAL SERVICE LIST**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574

El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.

1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan
& Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663

-4-

Mail Stop P131
Los Alamos, NM 87545-1663

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Lee Bergen, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates

6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523