IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer<br><br>      Plaintiff,<br>v.<br>RAMON ARAGON, *et al.*,<br><br>      Defendants. | 69cv07941 JEC-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Canjilon Creek<br>Section 5: Rio Gallina<br>Section 7: Rutheron & Plaza Blanca,<br>Rito de Tierra Amarilla, Village of<br>Chama, Rio Brazos |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 1st day of December 2004:

Subfile No. CHCJ-003-0055
Docket No. 7658
Johnny D. Montoya
Juanita Montoya
P.O. Box 561
Canjilon, NM 87515

Subfile No. CHCJ-003-0078
Docket No. 7654
Gusman F. Montano
Mary Lou Montano
P.O. Box 502
Canjilon, NM 87515

Subfile No. CHGA-001-0003
Docket No. 7656
Vivian Suazo Trust
2991 Camino Piedra Lumbre
Santa Fe, NM 87505-5380

Subfile No. CHRU-001-0006
Docket No. 7646
Morrison Revocable Trust
HC 75 Box 1022
Los Ojos, NM 87551

Subfile No. CHRU-004-0014
Docket No. 7645
Pedro A. Ulibarri, JR.
Udilia Ulibarri
8269 Race Street
Denver, CO 80229

Subfile No. CHTA-003-0012A
Docket No. 7655
Chama Valley Independent Schools
P.O. Box 10
Tierra Amarilla, NM 87575

1

*7674*

Subfile No. CHCV-003-0035
Docket No. 7649
Jose G. Salazar
Mary Salazar
P.O. Box 593
Espanola, NM  87532

Subfile No. CHCV-003-0038
Docket No. 7659
Northern Rio Arriba Electric CO-OP
1135 Camino Escondido
P.O. Box 217
Chama, NM  87520

Subfile No. CHRB-004-0001
Docket No. 7657
Velasquez, Inc.
P.O. Box 205
Tierra Amarilla, NM  87575

Subfile No. CHRB-004-0013
Docket No. 7653
Amelia Montano
Vicente Montano
P.O. Box 32
Tierra Amarilla, NM  87575

Subfile No. CHRB-004-0040B
Docket No. 7652
Mikael Saunders
P.O. Box 1457
Magdalena, NM  87825

Subfile No. CHRB-004-0056A
Docket No. 7650
Acencion Labrier
HC 75 Box 24
Tierra Amarilla, NM  87575

Subfile No. CHRB-006-0038
Docket No. 7651
Joyce L. Sanchez
Ralph Sanchez
3615 Vista Del Sur N.W.
Albuquerque, NM  87120

Subfile No. CHRB-007-0003
Docket No. 7648
Bunny Peper
Douglas C. Peper
HC 75 Box 164
Chama, NM  87520

Subfile No. CHRB-009-0021
Docket No. 7647
Jose P. Tafoya
Lucy M. Tafoya
370 Calle Alcazar
Walnut, CA  91789

True file stamped copies of the **Consent Orders** for the subfiles listed above were also mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM  87102

Gary S. Freidman
Cassutt, Hays & Freidman, P.A.
530-B Harkle Road
Santa Fe, NM  87505

2

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

A copy of this Certificate of Service was mailed to the following persons on this 1st day of December, 2004:

Fred Vigil, Chaiman
New Mexico Acequia Assoc.
DFA LGD Bataan Memorial
Bldg., Ste. 201
Santa Fe, NM 87503

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Tessa T. Davidson, Esq.
Swaim, Schrandt & Davidson,
P.C.
4830 Juan Tabo, N.E., Suite F
Albuquerque, NM 87111

Martin Threet, Esq.
Martin Threet & Associates
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

Special Master Vickie L. Gabin,
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Paula Garcia,
NM Acequia Association
607 Cerrillos Rd. Ste. F
Santa Fe, NM 87501

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Pierre Levy, Esq.
Law Offices of Daniel J.
O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Karla McCall , Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Benjamin Phillips, Esq.
John F. McCarthy, Jr. & Rebecca Dempsey,
Esquires
White, Koch, Kelly & McCarthy, PA
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
Robles, Rael & Anaya, P.C.
500 4th Street Ste. 200
Albuquerque, NM 87102

Lester K. Taylor, Esq
Susan G. Jordon, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE
Albuquerque, NM 87102

Karen L. Townsend, Esq.
KAREN L. TOWNSEND, P.C.
120 East Chaco
Aztec, NM 87410

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

Ernest L. Padilla,
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Gary S. Freidman
Cassutt, Hays & Freidman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Kurt J. Van Deren
Hatch, Allen & Sheperd, P.A.
P.O. Box 30488
Albuquerque, NM 87190-0488

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

3

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM  87571-4010


Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504

4