IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

RAMON ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## AFFIDAVIT FOR PUBLICATION

EDWARD G. NEWVILLE, being duly sworn upon his oath, states:

1.     He is plaintiff's counsel of record in the above-styled and numbered cause.

2.     He files this Affidavit for Publication pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 1-004(H) of the Rules of Civil Procedure for the District Courts of the State of New Mexico, for the purpose of obtaining service by publication upon the defendants listed in paragraph 3 herein.

3.     The following named defendants in the above-styled and numbered cause reside out of the State of New Mexico, have gone out of the State of New Mexico, have concealed themselves within the State of New Mexico, have avoided service of process, their whereabouts cannot be discovered after due inquiry and search, or are so situated that process cannot be served upon them in the State of New Mexico:

     Carlota L. Martinez Estate     CHTA-002-0003

*7676*

Jose P. Gallegos Estate          CHTA-003-0037

Jose Vidal Ulibarri Estate        CHRU-003-0007, CHRU-004-0004

All unknown claimants of interest to surface waters for irrigation purposes in the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, and Village of Chama subsections of the Rio Chama Stream System (Section 7).

4.      Plaintiff is unaware of the appointment of a personal representative to either accept or waive service of process for the estate of the deceased persons listed in paragraph 3.

December 7, 2004

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

STATE OF NEW MEXICO  )
                      ) ss.
COUNTY OF SANDOVAL  )

SUBSCRIBED AND SWORN to before me this 8th day of December, 2004.

Notary Public

My Commission Expires: _9·23·06_

OFFICIAL SEAL
Charlene Urioste
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 9·23·06

-2-