IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 3: Rio Cebolla |
| RAMON ARAGON, *et al.,* | |
| Defendants. | **Subfile No. CHCB-003-0015B** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and moves the Court to grant an extension of time to reply to the response of Defendants David and Lydia Archuleta to the State's Motion for Summary Judgement filed October 27, 2004 (Doc. No. 7625), and as grounds states as follows:

1.   Stacey J. Goodwin, counsel for the State in this disputed subfile matter, has experienced a death in her family. As soon as possible, she plans to leave the State of New Mexico for several days. The State's reply is due by Monday December 13, 2004, and her work on this brief is presently incomplete. Counsel for the Defendants, Ernest L. Padilla, has agreed to a one week extension of time, until December 20, 2004, for the State to complete and file its reply.

WHEREFORE the State of New Mexico respectfully requests that the Court enter its order granting an extension of time until December 20, 2004, for the State to file its reply to the Defendants' response to the State's Motion for Summary Judgement filed October 27, 2004.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Unopposed Motion for Extension of Time was mailed to the following persons on December __9__, 2004.

  /s/ Ed Newville
Edward G. Newville

### RIO CHAMA SECTION 3 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia

NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523