IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,

  v.                                      69cv07941 BB-ACE
                                           Rio Chama Adjudication
RAMON ARAGON, *et al.*,            Section 3: Rio Cebolla

      Defendants.

                                          Subfile No.  CHCB-003-0015B

## ORDER

**THIS MATTER** comes before the Court on Plaintiff State of New Mexico's Unopposed Motion for Extension of Time (Doc. No. 7677, filed December 8, 2004).  The State seeks a one-week extension of time to file its Reply to Defendants' Response to the State's Motion for Summary Judgment (Doc. No. 7625, filed October 27, 2004) due to a death in Plaintiff Counsel's family.  Defendants' Counsel has agreed to a one-week extension of time, until December 20, 2004, for the State to file its Reply.  The Court shall GRANT Plaintiff's Unopposed Motion for Extension of Time.

**IT IS SO ORDERED.**

                                                          **BRUCE D. BLACK**
                                                          **UNITED STATES DISTRICT JUDGE**