IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla |

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | waiver of summons filed |
|---|---|---|
| Rose M. Romero | CHTA-003-0018 | February 19, 2002 (Doc. No. 6537) |
| Lucille A. Trujillo | CHTA-003-0023 | February 19, 2002 (Doc. No. 6537) |
| Tony Martinez | CHTA-003-0028 | July 22, 2002 (Doc. No. 6771) |
| Ramona Quintana | CHTA-003-0029 | April 10, 2002 (Doc. No. 6654) |
| Olivia Valdez | CHTA-003-0030 | February 19, 2002 (Doc. No. 6537) |
| Andrew Aragon | CHTA-003-0039B | May 21, 2002 (Doc. No. 6707) |
| Dora L. Aragon | CHTA-003-0039B | May 21, 2002 (Doc. No. 6707) |



| | | |
|---|---|---|
| Paul Trachtman | CHTA-003-0048 | February 19, 2002 (Doc. No. 6537) |
| Benjamin R. Trujillo | CHTA-003-0049<br>CHTA-004-0025 | February 19, 2002 (Doc. No. 6537) |
| Pablo Martinez | CHTA-004-0015 | February 19, 2002 (Doc. No. 6537) |
| Cecil Cox | CHTA-004-0030 | February 19, 2002 (Doc. No. 6537) |

I further certify, that the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | return of service filed |
|---|---|---|
| Joe E. Silva | CHTA-004-0027A | December 4, 2003 (Doc. No. 7319) |
| Vicki Silva | CHTA-004-0027A | December 4, 2003 (Doc. No. 7319) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this _17_ day of December, 2004.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _[signature]_
Deputy Clerk

-2-