IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel.<br>State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla |
| RAMON ARAGON, et al., | |
| Defendants. | Subfile Nos. CHCB-003-0015B |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the **State of New Mexico's Reply to Response to Motion for Summary Judgment** to be mailed to the following on this 20th day of December, 2004 via first-class mail postage prepaid:

Ernest L. Padilla, Esq.
Attorney for David and Lydia Archuleta
P.O. Box 2523
Santa Fe, NM 87504-2523

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

*Stacey Goodwin* (signature)

Stacey J. Goodwin, Esq.
Special Assistant Attorney General
Office of State Engineer
300 Galisteo Street, Suite 205
Santa Fe, NM 87501
(505) 982-4147

7682