IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al., <br><br> Defendants. | No. 69cv07941 BB-ACE <br> Rio Chama Stream Adjudication <br><br> Section 7 <br> Subfile Nos.: CHCV-001-006, <br> CHCV-005-0005, CHCV-006-0006, <br> CHCV-007-0007, CHCV-008-001 |

**STATUS REPORT ON SETTLEMENT DISCUSSIONS CONCERNING THE JICARILLA APACHE NATION'S CLAIMS**

The Jicarilla Apache Nation ("Nation"), pursuant to the direction of the Special Master at the status conference held on December 14, 2004, hereby reports on the status of the Nation's review of the State of New Mexico's proposed consent orders on the Nation's claims and the settlement discussions between the Nation and the State.

1. Since the previous status conference on October 12, 2004, the Nation's legal counsel, staff and expert hydrologist have continued to evaluate the proposed consent orders proffered by the State in subfiles CHCV-001-006, CHCV-005-0005, CHCV-006-0006, CHCV-007-0007, and CHCV-008-001, and to formulate a response to the State for consideration and approval by the Nation's Legislative Council, the governing body of the Nation. The Nation's legal counsel have also continued to confer with counsel for the State regarding elements of the proposed consent decrees.

2.  The Nation's legal counsel, Les Taylor, anticipated meeting with the Legislative Council in November or December 2004 to obtain approval of a response to the State. He accordingly advised counsel for the State that he expected to provide the State with the Nation's response by year end.

3.  In November, Mr. Taylor had to undergo unexpected extended hospitalization and surgery related to his cancer. Due to Mr. Taylor's unavailability for several weeks around the surgery and subsequent recovery, and his limited availability during ongoing treatment, Mr. Taylor will not be able to meet with the Legislative Council until some time in January 2005. To allow the participation of Mr. Taylor, who has a long history and familiarity with the claims at issue, the Nation has revised its estimate of the time frame in which the Nation will formally respond to the State's proposed consent orders. The Nation now anticipates responding to the State by the end of January or mid-February 2005.

4.  The Nation's Water Commission scheduled a meeting on December 16, 2004 to discuss with the Nation's legal counsel, Susan Jordan, the legal and technical review of the State's proposed consent orders. The Water Commission meeting was canceled for lack of a quorum and will be rescheduled for a day in January 2005 prior to, or in conjunction with, the meeting with the Legislative Council. The Water Commission consists of members of the Jicarilla Apache Nation appointed by the Legislative Council to provide recommendations to the Legislative Council on matters involving the Nation's water rights.

5.  The Nation's expectation that these subfiles can be resolved through discussions with the State has not changed. The Nation will submit to the Special Master a proposed scheduling order

for these subfiles by the beginning of February 2005 for consideration at the status conference on February 10, 2005, as directed by the Special Master.

Dated this 21st day of December, 2004

Respectfully submitted,

NORDHAUS, HALTOM, TAYLOR, TARADASH & BLADH, LLP

Lester K. Taylor, Esq.
405 Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102-3541
505-243-4275

*/s/ Susan G. Jordan*
Susan G. Jordan, Esq.
1239 Paseo de Peralta
Santa Fe, NM 87501
505-982-3622

COUNSEL FOR THE JICARILLA APACHE NATION

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Status Report on Settlement Discussions Concerning the Jicarilla Apache Nation's Claims were mailed by U.S. First Class mail to the following persons on December 21, 2004.

*/s/ Susan G. Jordan*
Susan G. Jordan, Esq.

### RIO CHAMA GENERAL SERVICE LIST

| | | |
|---|---|---|
| Special Master Vickie L. Gabin<br>U.S. District Court<br>District of New Mexico<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | Karla McCall, Data Manager.<br>1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031<br><br>Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571-4014 | Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>U.S. Dept. of Justice - ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 |

3

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie,
Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663, Mail Stop P131
Los Alamos, NM 87545

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NM Hwy & Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

C. Mott Wooley, Esq.
112 W. San Francisco St. #312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield &
Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
Robles, Rael & Anaya, PC
500 4 Street NW, Suite 200
Albuquerque, NM 87102

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

Charles T. DuMars, Esq.
Law & Resource Planning
Associates
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington,
Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6605 Uptown Blvd. NE, #280
Albuquerque, NM 87110

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Mendanales, NM 87548-687

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

4

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

David C. Mielke, Esq.
Sonosky, Chambers, Sachse,
Endreson & Mielke
500 Marquette NW, #700
Albuquerque, NM 87102

Lee Bergen, Esq.
Bergen Law Offices, LLC
4110 Wolcott Ave. NE, Suite A
Albuquerque, NM 87109

Henry Jacquez
1110 Maez Road
Santa Fe, NM 87501

5