UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Dec 16, 2004

## CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of NM v. Aragon, 69cv07941-BB

Rio Chama Adjudication, Sections 3, 5 & 7

DATE OF HEARING: December 14, 2004    TIME: 9:30 a.m.

COUNSEL:
PLAINTIFF:
EDWARD NEWVILLE, OSE

DEFENDANTS:
— SEE ATTACHED LISTS

NOTES: Re: Order Setting Status Conference #7615 filed 10-14-04. Status conference was held as scheduled at USDC in Santa Fe. Matters discussed included:

1) General status of the adjudication of Sections 3, 5 & 7: Sec 3 - 85 subfiles still open mostly in Canjilon; Sec 5 agreement on two remaining subfiles has been reached; Sec 7 - 50% closed.

2) Status of federal non-Indian claims in Sections 3 & 5: Counsel to confer on a detailed schedule for these federal claims, US & State to circulate proposed schedule to all parties by Feb 1, 2005.

3) Proposed scheduling and procedural order for CIR.

COURT REPORTER: NONE            OTHERS IN ATTENDANCE:
                                SEE ATTACHED LISTS

7686                    Page 1 of 2

OSE & interested parties to confer and send proposed scheduling order on duty of water and methodology to Special Master by February 1, 2005; the proposal will be on agenda for February 10 general status conference

4) Proposed scheduling order for E&O claims in Section 2: Counsel to compile list of task + proposed scheduling order and send to Special Master by Feb 1; the proposed order will be on agenda on February 10

5) Status of adjudication of state law-based water rights of Jicarilla Apache: Counsel is to prepare status report for Special Master as soon as possible and submit proposed scheduling order Feb 10.

6) Status of historical reports for Sections 3 & 7: parties to advise Special Master of possible changes to Order # 7567 filed 8-26-04

7) Status of litigation of remaining Rio Brazos disputed subfiles: Reasons for delays in progress discussed as were different problems with different subfiles; attys are to confer and submit to Special Master proposed amendments to pretrial orders as soon as possible. The status of these subfiles will be again on the agenda for the February 10 general status conference

## CHAMA ADJUDICATION
*State of New Mexico ex rel. State Engineer v. Aragon*, 69cv07941-BB-ACE
Sections 3, 5 & 7 General Status Conference

Tuesday, December 14, 2004

### ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Ernest L. Padilla | P.O. Box 2523 Santa Fe, NM | 87504 | (505) 988-7577 |
| Dave Gehlert | 999 18th St. #945 Denver, CO | 80202 | (303) 312-7352 |
| Dale Pontius | Dept. of the Interior, PO Box 1042 Santa Fe NM | 87504 | 505-988-6200 |
| John Utton | POB 271 Abq NM | 87103 | 505-699-1445 |
| Fred Waltz | Box 6390 NDCBU Taos, NM | 87571 | 505-758-0407 |
| Mary Humphrey | Box 1574 El Prado NM | 87571 | 505-758-2203 |
| Ed Newville | OSE | | 867-7444 |
| Bruce Frederick | OSE | | 827-4126 |
| Chris Rodriguez | OSE | | 827-6113 |
| Hilario Rubio | OSE | | 827-3822 |
| A. Wayne Rael | PO Box 603 Questa NM | 87556 | 586-1734 |
| Andrea Sandoval | P.O. Box 635 La Madera, NM | 87539 | (505) 583-9292 |
| Ruby D Chacon | P.O. Box 163 Gallina, NM | 87017 | 638-5386 |
| Eddie J Chacon | PO Box 163 Gallina NM | 87017 | 638 5386 |

**Please See Next Page**

SEE BACK

Joe Garcia        P.O. Box 90398            SZI-79171
                  Albuquerque, N.M.
                  87199                     298-0017
Don Diego Gonzalez  10 Sile Rd
Grant Porter        Peña Blanca 87041       465-0360
                  ShO Santa Fe              827-5756

# CHAMA ADJUDICATION
*State of New Mexico ex rel. State Engineer v. Aragon*, 69cv07941-BB-ACE
Sections 3, 5 & 7 General Status Conference

Tuesday, December 14, 2004

## ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| SUSAN JORDAN | NORDHAUS LAW FIRM | 1239 Paseo de Peralta, Santa Fe, NM 87501 | (505) 988-3622 |

Please See Next Page