IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | |
| Defendants. | ) ) | Section 3; Subfile CHCJ-002-0024 |

ORDER GRANTING MOTION TO VACATE CONSENT ORDER
AND GRANTING LEAVE TO FILE NEW CONSENT ORDER

This matter is before the Court upon the January 6, 2005, Motion to File Consent Order in Subfile CHCJ-002-0024 and for Leave to File New Consent Order (Docket No. 7687), filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well taken and should be GRANTED.

IT IS ORDERED, THEREFORE that the Consent Order in Subfile CHCJ-002-0024 is vacated.

IT IS FURTHER ORDERED that the State and Defendants Eliza J. and Leo Jaramillo shall file a new Consent Order concerning the Defendants' right to use the public waters of the Rio Chama Stream System within 60 days of this Order.

*(signature)*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN