IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rio Brrazos |
| RAMON ARAGON, *et al.*, | |
| Defendants. | **Subfile No. CHRB-006-0039** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed April 10, 2002 (Doc. No. 6612) in connection with defendants Alice Martinez and Manuel G. Martinez and subfile CHRB-006-0039, and as grounds therefore Plaintiff states as follows:

1.  Since the time Alice Martinez and Manuel G. Martinez (Defendants) signed and approved the Consent Order filed April 10, 2002 in subfile CHRB-006-0039, the State has received a plat of survey of the property under this subfile showing that the property boundaries as mapped by the State were incorrect. The State has now correctly mapped the boundaries of the land under this subfile.

2.  The Consent Order filed April 10, 2002 should be vacated.

3.  The Defendants have signed and approved a revised Consent Order to be filed with the Court that corrects the errors described in paragraph one above.

5.  Defendants support the granting of this motion.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed April 10, 2002 (Doc. No. 6612) in connection with defendants Alice Martinez and Manuel G. Martinez and subfile CHRB-006-0039.

Respectfully submitted,

/electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to following persons on January   10  , 2005.

/electronic signature/
Edward G. Newville

## RIO CHAMA SECTION 7 SERVICE LIST

| | | |
|---|---|---|
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | Paula Garcia<br>NM Acequia Association<br>607 Cerrillos Road, Suite F<br>Santa Fe, NM 87505 | Tessa T. Davidson, Esq.<br>The Davidson Law Firm<br>P.O. Box 2240<br>Corrales, NM 87048 |
| Karla McCall, Data Manager.<br>1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031 | Benjamin Philips, Esq.<br>John F. McCarthy, Jr., Esq.<br>Rebecca Dempsey, Esq.<br>White, Koch, Kelly & McCarthy PA | Marcus J. Rael, Jr. Esq.<br>500 4th Street NW, Suite 200<br>Albuquerque, NM 87102 |
| Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 | P.O. Box 787<br>Santa Fe, NM 87504-0787<br><br>Lester K. Taylor, Esq.<br>Susan G. Jordan, Esq.<br>Lee Bergen, Esq. | Pierre Levy, Esq.<br>Law Offices of Daniel J. O'Friel Ltd.<br>P.O. Box 2084<br>Santa Fe, NM 87504-2084<br><br>John P. Hays, Esq. |
| John W. Utton, Esq.<br>Sheehan, Sheehan & Stelzner PA<br>P.O. Box 271<br>Albuquerque, NM 87103-0271 | Nordhaus, Haltom, Taylor, Taradash<br>& Bladh, LLP<br>405 Dr. Martin Luther King Ave NE<br>Albuquerque, NM 87102-3541 | Cassutt, Hays, & Friedman PA<br>530-B Harkle Road<br>Santa Fe, NM 87505 |

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Alice Martinez
Manuel G. Martinez
PO Box 465
Belen, NM 87002