IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.* the )
State Engineer, )
 )
Plaintiffs, )
 )           No. 69cv07941 BB-ACE
v. )           Rio Chama Stream Adjudication
 )
RAMON ARAGON et al., )
 )
Defendants. )
_____ )

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND NOTICE OF CHANGE OF LAW FIRM

COMES NOW Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP, and pursuant to D.N.M. LR-Civ. 83.8(a), moves this Court for an Order allowing it to withdraw from representation of the Intervenor Pueblo of San Juan. Attorney Lee Bergen entered his appearance for the Pueblo of San Juan through a Motion for Withdrawal of Counsel and Notice of Appointment of Substitute Attorney filed on September 21, 2004 [Docket No. 7599]. At that time, Mr. Bergen was a member of the law firm of Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP. Mr. Bergen has left the law firm, but will continue to represent the Pueblo of San Juan. Intervenor Pueblo of San Juan approves of the withdrawal by Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP and gives notice that it will be represented by Lee Bergen through his new firm, Bergen Law Offices, LLC, 4110 Wolcott Avenue NE, Suite A, Albuquerque, New Mexico 87109, Office: (505) 798-0114, Fax: (505) 884-8344.

A proposed form of Order accompanies this Motion.

Dated this 10th day of January 2005.

Respectfully submitted,

NORDHAUS, HALTOM, TAYLOR,
TARADASH AND BLADH, LLP

By _____
Susan G. Jordan
1239 Paseo de Peralta
Santa Fe, New Mexico 87501
(505) 982-3622

Lester K. Taylor
405 Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102
(505) 243-4275

BERGEN LAW OFFICES, LLC

By _____
Lee Bergen
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109
(505) 798-0114

PUEBLO OF SAN JUAN

By _____
Joe A. Garcia
Governor

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the above Unopposed Motion for Withdrawal of Counsel and Notice of Change of Law Firm were mailed by U.S. First Class mail to the following persons on January 07, 2005.

_____
Susan G. Jordan

2

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
U.S. District Court
District of New Mexico
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4014

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
U.S. Dept. of Justice - ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan
& Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663, Mail Stop P131
Los Alamos, NM 87545

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NM Hwy & Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

C. Mott Wooley, Esq.
112 W. San Francisco St. #312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield &
Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy
PA
P.O. Box 787
Santa Fe, NM 87504-0787

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
Robles, Rael & Anaya, PC
500 4 Street NW, Suite 200
Albuquerque, NM 87102

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel
Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

Charles T. DuMars, Esq.
Law & Resource Planning
Associates
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington,
Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6605 Uptown Blvd. NE, #280
Albuquerque, NM 87110

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Mendanales, NM 87548-687

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

David C. Mielke, Esq.
Sonosky, Chambers, Sachse,
Endreson & Mielke
500 Marquette NW, #700
Albuquerque, NM 87102

Lee Bergen, Esq.
Bergen Law Offices, LLC
4110 Wolcott Ave. NE, Suite A
Albuquerque, NM 87109

Henry Jacquez
1110 Maez Road
Santa Fe, NM 87501

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.* the )
State Engineer, )
)
    Plaintiffs, )
) No. 69cv07941 BB-ACE
    v. ) Rio Chama Stream Adjudication
)
RAMON ARAGON et al., )
)
    Defendants. )
)

**ORDER APPROVING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

This matter is before the Court on the Unopposed Motion for the law firm of Nordhaus, Haltom, Taylor, Taradash, & Bladh, LLP to withdraw as counsel for the Pueblo of San Juan on the ground that Lee Bergen has left the firm, but will continue to represent the Pueblo of San Juan through his new firm, Bergen Law Offices, LLC. Having reviewed and considered the motion, and for good cause shown, the motion is granted.

**IT IS SO ORDERED.**

    **BRUCE D. BLACK**
    **UNITED STATES DISTRICT JUDGE**