**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 3 2005

(CLERK)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* the State Engineer, ) ) ) | |
| Plaintiffs, ) ) | No. 69cv07941 BB-ACE |
| v. ) ) | Rio Chama Stream Adjudication |
| RAMON ARAGON et al., ) ) | |
| Defendants. ) ) | |

### ORDER APPROVING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

This matter is before the Court on the Unopposed Motion for the law firm of Nordhaus, Haltom, Taylor, Taradash, & Bladh, LLP to withdraw as counsel for the Pueblo of San Juan on the ground that Lee Bergen has left the firm, but will continue to represent the Pueblo of San Juan through his new firm, Bergen Law Offices, LLC. Having reviewed and considered the motion, and for good cause shown, the motion is granted.

**IT IS SO ORDERED.**

BRUCE D. BLACK
**UNITED STATES DISTRICT JUDGE**