IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHTA-003-0032**

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, for Substitution of Parties filed January 10, 2005 (Doc. No. 7691).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that BRENT C. MORTENSEN is substituted for defendants HARRY ESPINOSA and OLIVIA ESPINOSA in these proceedings.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____/electronic signature/_____
VICKIE L. GABIN
SPECIAL MASTER