IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>  Defendants. | CV 69-07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed January 10, 2005 (Docket No. 7694).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Sixto L. Espinosa | CHTA-003-0034 | 1708 Callejon Zenaida, Santa Fe NM 87501 |
| Faustina Espinosa | CHTA-003-0034 | 1708 Callejon Zenaida, Santa Fe NM 87501 |
| Carmelita Chacon | CHTA-004-0031 | PO Box 23, Tierra Amarilla NM 87575 |
| Jose L. Martinez | CHTA-004-0031 | PO Box 23, Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Estate of Mrs. Jose Fermin Abeyta | CHTA-003-0053 | c/o Jose Fermin Abeyta Jr. PO Box 124, Tierra Amarilla NM 87575 |
| David Schwartz Bypass Trust | CHRB-007-0027B | PO Box 46, Los Ojos NM 87551 |
| Larry H. Deyapp Jr. | CHCV-002-0049 | PO Box 932, Chama NM 87520 |
| Trina S. Deyapp | CHCV-002-0049 | PO Box 932, Chama NM 87520 |

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

   /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER