IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON ARAGON, *et al.,*<br>　　　　　Defendants. | CV 69-07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla |

### ORDER  JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed January 10, 2005 (Docket No. 7690).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Estate of Julian Serrano, deceased | CHCB-005-0002 | c/o Flavio Gurule, personal rep.<br>53 Bouquet Lane<br>Santa Fe, NM 87506 |

　　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Approved:

　　　/electronic signature/
VICKIE L. GABIN
SPECIAL MASTER