IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>    vs.<br><br>RAMON ARAGON, *et al.,*<br><br>        Defendants. | CV 69-7941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

### **ORDER CORRECTING DEFENDANTS' NAMES**

This matter is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendants' Names filed January 10, 2005 (Docket No. 7692).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Patrick Hogan | Patrick S. Hogan<br>CHCC-001-0006B |
| Alberto Martinez | Albert M. Martinez<br>CHRB-004-0020 |
| Michael Ulibarri | Michael C. Ulibarri<br>CHRB-007-0017 |
| Manuel Tafoya Jr. | Manuel D. Tafoya Jr.<br>CHRB-009-0010 |

| | |
|---|---|
| John Morrow | John D. Morrow<br>CHCC-001-0007 |
| Kryan Kemper | Kryan B. Kemper<br>CHRU-001-0005 |
| Trudy Kemper | Trudy M. Kemper<br>CHRU-001-0005 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:


_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN