IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | CV 69-7941 BB-ACE |
| Plaintiff, | RIO CHAMA STREAM SYSTEM Section 7: Rio Brazos |
| vs. | |
| RAMON ARAGON, *et al.,* | Subfile CHRB-006-0039 |
| Defendants. | |

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

This matter is before the Court upon the January 10, 2005 Motion to Vacate Consent Order (Docket No. 7695), filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well taken and should be GRANTED.

IT IS ORDERED, THEREFORE that the Consent Order filed April 10, 2002 (Doc. No. 6612) in Subfile CHRB-006-0039 is vacated.

IT IS FURTHER ORDERED that the State and Defendants Alice Martinez and Manuel G. Martinez shall file a new Consent Order concerning the Defendants' right to use the public waters of the Rio Chama Stream System within 60 days of this Order.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN