IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 5: Rio Gallina |
| RAMON ARAGON, *et al.,* | |
| Defendants. | **Subfile No. CHGA-002-0027B** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed June 12, 2002 (Docket No. 6732) in connection with defendants GABRIEL MAESTAS JR. and MARY ANN MAESTAS ("Defendants") and subfile CHGA-002-0027B, and as grounds plaintiff states as follows:

1. The Consent Order filed June 12, 2002 in subfile CHGA-002-0027B incorrectly maps the location of the "no right" acreage described in the order. The amount and location of the irrigated acreage (10.7 acres) is correct.

2. The Consent Order filed June 12, 2002 in subfile CHGA-002-0027B should be vacated.

3. The Defendants have signed and approved a revised Consent Order to be filed with the Court that corrects the errors described in paragraph one above.

4. The Defendants support the granting of this motion.

WHEREFORE, the plaintiff State of New Mexico requests the Court to vacate the Consent

Order filed June 12, 2002 (Docket No. 6732) in connection with defendants GABRIEL MAESTAS JR. and MARY ANN MAESTAS and subfile CHGA-002-0027B .

                                              Respectfully submitted,

                                              /s/ Ed Newville  
                                              EDWARD G. NEWVILLE  
                                              Special Assistant Attorney General  
                                              Office of State Engineer  
                                              P.O. Box 25102  
                                              Santa Fe, NM 87504-5102  
                                              (505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to following persons on January   17  , 2005.

                                              /s/ Ed Newville  
                                              Edward G. Newville

### RIO CHAMA SECTION 5 SERVICE LIST

| | | |
|---|---|---|
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | Sheehan, Sheehan & Stelzner PA<br>P.O. Box 271<br>Albuquerque, NM 87103-0271 | Gabriel Maestas Jr.<br>Mary Ann Maestas<br>PO Box 5<br>Gallina, NM 87017 |
| Karla McCall, Data Manager.<br>1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031 | Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571-4010 | |
| Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM 87529-1574 | Paula Garcia<br>NM Acequia Association<br>607 Cerrillos Road, Suite F<br>Santa Fe, NM 87505 | |
| Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 | NM Acequia Commission<br>Fred Vigil, Chairman<br>Depart. of Finance & Admin.<br>Local Government Division<br>Bataan Memorial Building<br>Santa Fe, NM 87503 | |
| John W. Utton, Esq. | | |