IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

   vs.

RAMON ARAGON, *et al.,*

       Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

**Subfile No. CHGA-002-0027B**

## ORDER

THIS MATTER is before the Court upon the January 14, 2005, Motion to Vacate Consent Order (Doc. No. 7704), filed by the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed June 12, 2002 (Doc. No. 6732) in Subfile CHGA-002-0027B is vacated.

IT IS FURTHER ORDERED that the State and Defendants Gabriel Maestas Jr. and Mary Ann Maestas shall file a new Consent Order concerning the Defendants' right to use the public waters of the Rio Chama Stream System within 60 days of the entry of this Order.

                                              BRUCE D. BLACK
                                              UNITED STATES DISTRICT JUDGE

Recommended for approval:

       /electronic signature/
SPECIAL MASTER VICKIE L. GABIN