

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAN 1 8 2005

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Village of Chama |

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | waiver of summons filed |
|---|---|---|
| Jo Myrle Smith | CHCV-002-0027 | November 10, 2003 (Doc. No. 7312) |
| Perry D. Smith | CHCV-002-0027 | November 10, 2003 (Doc. No. 7312) |
| Marcella Trujillo | CHCV-002-0032 | November 10, 2003 (Doc. No. 7312) |
| Josefa Trujillo | CHCV-002-0033 | November 10, 2003 (Doc. No. 7312) |
| Jubencio Trujillo | CHCV-002-0033 | November 10, 2003 (Doc. No. 7312) |
| Betty M. Martin | CHCV-003-0012 | November 10, 2003 (Doc. No. 7312) |
| Julia A. Meston | CHCV-003-0016 | November 10, 2003 (Doc. No. 7312) |

7712

Russell D. Meston	CHCV-003-0016	November 10, 2003 (Doc. No. 7312)

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this ___18___ day of Janaury, 2005.

MATTHEW J. DYKMAN<br>
DISTRICT COURT CLERK<br>
By: *[signature]* Jocelyn Gonzales<br>
Deputy Clerk