Case 6:69-cv-07941-KWR-KK   Document 7713   Filed 01/18/05   Page 1 of 4



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAN 1 8 2005

STATE OF NEW MEXICO, *ex rel.*
State Engineer

  Plaintiff,

vs.

RAMON ARAGON, *et al.*,

  Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | waiver of summons filed |
|---|---|---|
| Theresa Valdez | CHRB-003-0010 | May 21, 2002 (Doc. No. 6710) |
| Manuel F. Valdez | CHRB-003-0010 | May 21, 2002 (Doc. No. 6710) |
| Gloria C. Valdez | CHRB-003-0010 | May 21, 2002 (Doc. No. 6710) |
| Lily Bateman | CHRB-003-0014 | April 9, 2002 (Doc. No. 6603) |
| Debra Patricia Martinez | CHRB-003-0016 | April 9, 2002 (Doc. No. 6603) |
| Joe Pino | CHRB-003-0024 | April 9, 2002 (Doc. No. 6603) |
| Juanita Pino | CHRB-003-0024 | April 9, 2002 (Doc. No. 6603) |

7713

| Name | Code | Date |
|---|---|---|
| Theodore Gonzales | CHRB-004-0005 | April 9, 2002 (Doc. No. 6603) |
| Maria Elena Gomez | CHRB-004-0005 | April 9, 2002 (Doc. No. 6603) |
| Larry Martinez | CHRB-004-0011 | June 7, 2004 (Doc. No. 7463) |
| Albert M. Martinez | CHRB-004-0020 | April 9, 2002 (Doc. No. 6603) |
| Gloria Martinez | CHRB-004-0020 | April 9, 2002 (Doc. No. 6603) |
| Orlando Martinez | CHRB-004-0021 | April 9, 2002 (Doc. No. 6603) |
| Socorro Martinez | CHRB-004-0021 | April 9, 2002 (Doc. No. 6603) |
| George A. Valdez | CHRB-004-0027 | April 9, 2002 (Doc. No. 6603) |
| Olivia M. Valdez | CHRB-004-0027 | April 9, 2002 (Doc. No. 6603) |
| Miguel Valdez | CHRB-004-0028 | April 9, 2002 (Doc. No. 6603) |
| Jose B. Cordova | CHRB-004-0029 | May 21, 2002 (Doc. No. 6710) |
| Esteban D. Martinez | CHRB-004-0035 | April 9, 2002 (Doc. No. 6603) |
| Margaret M. Valerio | CHRB-004-0036 | April 9, 2002 (Doc. No. 6603) |
| Raymond L. Martinez | CHRB-004-0037 | April 9, 2002 (Doc. No. 6603) |
| Rose Martinez | CHRB-004-0037 | April 9, 2002 (Doc. No. 6603) |
| James H. Davies | CHRB-004-0052 | April 9, 2002 (Doc. No. 6603) |
| Louisa Martinez | CHRB-004-0053 | April 9, 2002 (Doc. No. 6603) |
| Dorothy Wardlow | CHRB-004-0057 | April 9, 2002 (Doc. No. 6603) |
| T. J. Wardlow | CHRB-004-0057 | April 9, 2002 (Doc. No. 6603) |
| Pedro Romero | CHRB-005-0019 | April 9, 2002 (Doc. No. 6603) |
| Dolores L. Maez | CHRB-006-0032 | April 9, 2002 (Doc. No. 6603) |
| Emery Maez | CHRB-006-0032 | April 9, 2002 (Doc. No. 6603) |

| | | |
|---|---|---|
| Jose Lucas Martinez | CHRB-006-0041 | April 9, 2002 (Doc. No. 6603) |
| Michael C. Ulibarri | CHRB-007-0017 | April 9, 2002 (Doc. No. 6603) |
| Nicholas Martinez Estate | CHRB-007-0021 | April 9, 2002 (Doc. No. 6603) |
| Fernando Salazar | CHRB-007-0025 | April 9, 2002 (Doc. No. 6603) |
| Letitia Rhodes | CHRB-007-0034 | May 21, 2002 (Doc. No. 6710) |
| Margaret Abeyta | CHRB-007-0044 | April 9, 2002 (Doc. No. 6603) |
| Joyce Gallegos | CHRB-007-0046 | April 9, 2002 (Doc. No. 6603) |
| Diolinda M. Varoz | CHRB-007-0047 | May 21, 2002 (Doc. No. 6710) |
| Frances D. Garcia | CHRB-007-0048 | April 9, 2002 (Doc. No. 6603) |
| Joe E. Martinez | CHRB-007-0051 | February 18, 2003 (Doc. No. 7063) |
| Polly Martinez | CHRB-007-0051 | February 18, 2003 (Doc. No. 7063) |
| Rose L. Martinez | CHRB-007-0055 | April 9, 2002 (Doc. No. 6603) |
| Gilbert A. Martinez, Jr. | CHRB-007-0055 | April 9, 2002 (Doc. No. 6603) |
| Russell Casados | CHRB-008-0006<br>CHRB-008-0004B | April 9, 2002 (Doc. No. 6603) |
| Mary Alice Casados | CHRB-008-0004B | February 18, 2003 (Doc. No. 7063) |
| Emmanuelita "Amie" Casados | CHRB-008-0007 | April 9, 2002 (Doc. No. 6603) |
| Elaine L. Mayer | CHRB-009-0002 | April 25, 2003 (Doc. No. 7115) |
| Frederick L. Mayer | CHRB-009-0002 | April 25, 2003 (Doc. No. 7115) |
| Juan F. Manzanares | CHRB-009-0004 | April 9, 2002 (Doc. No. 6603) |
| Joann L. Manzanares | CHRB-009-0004 | April 9, 2002 (Doc. No. 6603) |
| Ernesto R. Ulibarri | CHRB-009-0008 | December 9, 2003 (Doc. No. 7326) |
| Manuel D. Tafoya, Jr. | CHRB-009-0010 | May 21, 2002 (Doc. No. 6710) |

Maria Varela          CHRB-009-0022     April 9, 2002 (Doc. No. 6603)

I further certify, that the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | return of service filed |
|---|---|---|
| Rebecca Martinez | CHRB-004-0025 | December 4, 2003 (Doc. No. 7319) |
| Luis E. Martinez | CHRB-004-0025 | December 4, 2003 (Doc. No. 7319) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this ___18___ day of Janaury, 2005.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK
By: _____
Deputy Clerk