

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAN 1 8 2005

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Cañones Creek

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | waiver of summons filed |
|---|---|---|
| John D. Morrow | CHCC-001-0007 | April 25, 2003 (Doc. No. 7116) |
| Jeb McNeil Binkley Trust | CHCC-002-0001 | April 25, 2003 (Doc. No. 7116) |
| Margaret Burt Binkley Trust | CHCC-002-0001 | April 25, 2003 (Doc. No. 7116) |
| Sargent MacGregor Binkley Trust | CHCC-002-0001 | April 25, 2003 (Doc. No. 7116) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

7714

DATED this \_\_\_18\_\_\_ day of Janaury, 2005.

MATTHEW J. DYKMAN  
DISTRICT COURT CLERK  

By: *[signature]*  
Deputy Clerk