

FILED
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAN 1 8 2005

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca |

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | waiver of summons filed |
|---|---|---|
| William N. Melton | CHRU-001-0003<br>CHRU-002-0001<br>CHRU-004-0027 | July 22, 2002 (Doc. No. 6774) |
| Louise W. Pape | CHRU-001-0003<br>CHRU-002-0001<br>CHRU-004-0027 | July 22, 2002 (Doc. No. 6774) |
| William R. Pape | CHRU-001-0003<br>CHRU-002-0001<br>CHRU-004-0027 | July 22, 2002 (Doc. No. 6774) |
| Kryan B. Kemper | CHRU-001-0005 | July 22, 2002 (Doc. No. 6774) |

7715

| Name | File No. | Date |
|---|---|---|
| Trudy M. Kemper | CHRU-001-0005 | July 22, 2002 (Doc. No. 6774) |
| Norbert C. Lopez | CHRU-003-0004<br>CHRU-004-0001 | July 22, 2002 (Doc. No. 6774) |
| Virginio R. Martinez | CHRU-003-0005<br>CHRU-004-0002 | July 22, 2002 (Doc. No. 6774) |
| Antonia Mercure | CHRU-004-0011 | October 24, 2002 (Doc. No. 6916) |
| Tony H. Martinez | CHRU-004-0019 | July 22, 2002 (Doc. No. 6774) |
| Della M. Martinez | CHRU-004-0019 | July 22, 2002 (Doc. No. 6774) |
| Jose de la Luz Mercure | CHRU-004-0024 | July 22, 2002 (Doc. No. 6774) |
| The Katchina Trust | CHRU-004-0030 | July 22, 2002 (Doc. No. 6774) |
| Linda DeMill | CHRU-004-0037 | July 22, 2002 (Doc. No. 6774) |
| Olga Arreguin | CHRU-004-0043 | July 22, 2002 (Doc. No. 6774) |
| Robert Arreguin | CHRU-004-0043 | July 22, 2002 (Doc. No. 6774) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this ___18___ day of Janaury, 2005.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK
By /s/ _____
Deputy Clerk