IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex. rel.<br>State Engineer,<br><br>Plaintiff,<br><br>vs.<br><br>RAMOND ARAGON, et. al.<br><br>Defendants. | 05 JAN 19 PM 3: 47<br><br>CLERK-ALBUQUERQUE<br><br>No. CIV 7941-JC<br>RIO CHAMA STREAM SYSTEM<br><br>Section 7<br>Subfile Nos.: CHCV-001-0010<br>                  CHRV-004-0042 |

## NOTICE OF CHANGE OF ADDRESS

Hatch, Allen & Shepherd, P.A., counsel for Rancho Lobo, Ltd., hereby notifies this honorable Court and all parties and counsel of record of the following change of address, effective February 7, 2005:

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
4801 Lang Avenue, N.E., Suite 200 (87109)
Post Office Box 94750
Albuquerque, New Mexico 87199-4750

*Please note that our telephone and fax numbers remain the same:*

Telephone: (505) 341-0110
Facsimile: (505) 341-3434

HATCH, ALLEN & SHEPHERD, P.A.

By _____
Kurt J. Van Deren
Attorneys for Rancho Lobo, Ltd.
Post Office Box 94750
Albuquerque, New Mexico 87199
Telephone: (505) 341-0110
Facsimile: (505) 341-3434

7716

THIS WILL CERTIFY that on January 19, 2005, a true and correct copy of the foregoing pleading was mailed to counsel of record as follows:

Special Master Vickie L. Gabin
USDS-DSNM
Post Office Box 2384
Santa Fe, New Mexico 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd., N.W., Suite 270
Albuquerque, New Mexico 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Drive, S.W.
Los Lunas, New Mexico 87031

John W. Utton, Esq.
Post Office Box 271
Albuquerque, New Mexico 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
Post Office Box 190
Velarde, New Mexico 87582

Paula Garcia
NM Acequia Association
Post Office Box 1229
Santa Cruz, New Mexico 87567

Marcus J. Rael, Esq.
6104 Sweetwater Drive, N.W.
Albuquerque, New Mexico 87120-4490

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
Post Office Box 787
Santa Fe, New Mexico 87504-0787

2

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash, & Bladh
200 West DeVargas, Suite 9
Santa Fe, New Mexico 87501

Daniel Cleavinger, Esq.
Post Office Box 339
Tierra Amarilla, New Mexico 87575

Jan F. Stein, Esq.
Stein & Brockman, P.A.
Post Office Box 5250
Santa Fe, New Mexico 87502-5250

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
999 18th Street, Suite 945
Denver, Colorado 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
405 Dr. Martin Luther King Jr. Ave., N.E.
Albuquerque, New Mexico 87102-3541

Tessa T. Davidson
Davidson Law Firm, LLC
Post Office Box 2240
Corrales, New Mexico 87048-2240

Edward G. Newville, Esq.
Office of the State Engineer
Post Office Box 25102
Santa Fe, New Mexico 87504-5102

HATCH, ALLEN & SHEPHERD, P.A.


By_____
    Kurt J. Van Deren

3