IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>     Plaintiff,<br><br>    vs.<br><br>RAMON ARAGON, *et al.,*<br><br>     Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron–Plaza Blanca,<br>Cañones Creek, Village of Chama |

### NOTICE OF COMPLETION OF HISTORICAL REPORT

The Plaintiff State of New Mexico, *ex rel.* State Engineer hereby gives notice of the completion of the historical report by John O. Baxter, Ph.D, *Settlement and Irrigation Practices at Tierra Amarilla, Section 7, Rio Chama Hydrographic Survey,* January 2005. The report encompasses all 5 subsections of Section 7 of the Rio Chama Stream Steam. The report is available for review in the library of the Office of the State Engineer, Litigation and Adjudication Program, 130 South Capital, Santa Fe, New Mexico. A copy of the report has also been provided to the Associación de Acéquias Norteñas de Rio Arriba as required by the Order Adopting Priorities Adjudication Schedule filed August 26, 2004 (Docket No. 7567).

DATED: January 22, 2005

                                                             Respectfully submitted,

                                                               /s/ Ed Newville
                                                             EDWARD G. NEWVILLE
                                                             Special Assistant Attorney General
                                                             Office of State Engineer
                                                             P.O. Box 25102

Santa Fe, NM 87504-5102<br>
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above notice were mailed to following persons on January 26, 2005.

/s/ Ed Newville<br>
Edward G. Newville

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663
Mail Stop P131
Los Alamos, NM 87545-1663

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Ave NE

Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Lee Bergen, Esq.
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109