

**FILED**
UNITED STATES DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAN 2 5 2005

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Village of Chama, Section 7
**Subfile No.: CHCV-007-0002A**

## <u>CONSENT ORDER</u>

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

            ALFRED UNSER

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Village of Chama, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

7718

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama
       Stream System, Village of Chama, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 1241

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
       **Ditch:**          RANCH 101 DITCH
       **Location: X=** 1,544,358   feet   **Y=** 2,126,566   feet
       New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

|  |  |  |
|---|---|---|
| Pt. Lots 11-12 Arlington Land Company's Subdivision No. 4 |  |  |
| Within the Tierra Amarilla Grant |  | 4.6 acres |
|  | Total | 4.6 acres |

       As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-007-0002A

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 1241

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
       **Ditch:**          RANCH 101 DITCH
       **Location: X=** 1,544,358   feet   **Y=** 2,126,566   feet
       New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Pt. Lot 13 Arlington Land Company's
Subdivision No. 4 Arlington Land
Company Subdivision No. 4

Within the Tierra Amarilla Grant                    1.2 acres
                                        Total       1.2 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-007-0002A

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of Chama, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Village of Chama, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

Consent Order                      3                 Subfile No.: CHCV-007-0002A

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER


SIGNATURE _____
                              ALFRED UNSER

ADDRESS:  7625 CENTRAL NW
          ALBUQUERQUE, NM 87121

DATE:     12/15/04


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

1·11·05
Date

Consent Order                    4                    Subfile No.: CHCV-007-0002A



64-84

Ranch 101 Ditch

007-0002A
B 4.6 ac.
F

007-0002A
A 1.2 ac.

Rio Chama

LEGEND

| | Irrigated Tract Boundary | ● | Point of Diversion |
| | No Right Tract Boundary | F | Fallow |
| ■ | Seeped Land | NR | No Right |
| ► | Operable Ditch / Lateral | | |
| | Pipeline | | |
| | Reservoir / Stock Pond | | |





N
W        E
S

1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

**Rio Chama Hydrographic Survey**
**Village of Chama Section**

Subfile Number
**CHCV 007-0002A**
Ranch 101 Ditch
AMENDED
October 28, 2004

