

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAN 2 5 2005

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-004-0005C**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

        DORIS TRUJILLO
        JAIME TRUJILLO

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

7740

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s):** 0430

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
    **Location:** X= 1,557,188 feet  Y= 2,064,714 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 5.8 acres |
| | Total | 5.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-004-0005C

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _Doris Trujillo_  
             DORIS TRUJILLO

SIGNATURE _[signature]_  
             JAIME TRUJILLO

ADDRESS: _18 Blue Canyon Vista_  
             _Santa Fe, N.M. 87507_

ADDRESS: _18 Blue Canyon Vista_  
             _Santa Fe, N.M. 87507_

DATE: _11-9-04_

DATE: _11-09-04_

_Ed Newville_  
EDWARD G. NEWVILLE  
Special Assistant Attorney General

_11·10·04_  
Date

Consent Order          4          Subfile No.: CHTA-004-0005C



| LEGEND | | |
|---|---|---|
| | | **STATE OF NEW MEXICO** |
| ▭ | Irrigated Tract Boundary | Office of the State Engineer |
| | No Right Tract Boundary | John R. D'Antonio, Jr., P.E., |
| | Seeped Area | State Engineer |
| ▶ | Operable Ditch | |
| -- | Inoperable Ditch | Rio Chama Hydrographic Survey |
| — | Stock Ponds / Reservoir | Rito de Tierra Amarilla Section |
| ● | Point of Diversion | |
| F | Fallow | |
| NR | No Right | |

Subfile Number
**CHTA-004-0005C**
Garapata Lateral off the Tierra Amarilla Community Ditch
Amended October 27, 2004

1 inch = 300 feet
0  50 100  200  300 Feet