IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO on the** | ) | |
| **Relation of State Engineer,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **69cv07941-BB-ACE** |
| | ) | |
| v. | ) | **RIO CHAMA STREAM SYSTEM** |
| | ) | |
| **RAMON ARAGON, et al.** | ) | Sections 3, 5, and 7 |
| | ) | |
| **Defendants** | ) | |

### ENTRY OF APPEARANCE

COMES NOW the law firm Lewis and Roca Jontz Dawe, LLP (Jeffrey H. Albright and Cynthia A. Loehr) and enters its appearance on behalf of Hope Miner (CHRU-004-0039) in the above-entitled matter.

> Respectfully submitted,
>
> **LEWIS and ROCA JONTZ DAWE, LLP**
>
>
> By_____
>    **Jeffrey H. Albright**
>    **Cynthia A. Loehr**
>    **Attorneys for Hope Miner**
>    **201 Third Street NW, Suite 1950**
>    **Albuquerque, New Mexico 87102**
>    **Phone:  505-764-5400**
>    **Fax:      505-764-5480**

I hereby certify that a true and correct copy of the foregoing was mailed to the following on this 1st day of February, 2005:

_____
Jeffrey H. Albright

Special Master Vickie L. Gabin
USDC-DCNM
PO Box 2384
Santa Fe NM  87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Ste. 945
Denver CO 80202

Daniel Cleavinger, Esq.
PO Box 2470
Farmington NM  87499

Tessa T. Davidson, Esq.
PO Box 2240
Corrales NM  87048

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Ste. F
Santa Fe NM  87505

John P. Hays, Esq.
Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe NM  87505

Pierre Levy, Esq.
PO Box 2084
Santa Fe NM  87504-2084

NM Acequia Commission
Fred Vigil, Chairman
PO Box 687
Medanales NM  87548

Edward G. Newville, Esq.
Office of the State Engineer
Litigation & Adjudication Program
PO Box 25102
Santa Fe NM  87504-5102

Ernest L. Padilla, Esq.
PO Box 2523
Santa Fe NM  87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
PO Box 787
Santa Fe NM  87504-0787

Marcus J. Rael, Esq.
500 4th Street NW, Suite 200
Albuquerque NM  87102

Peter B. Shoenfeld, Esq.
PO Box 2421
Santa Fe NM  87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
405 Dr. Martin Luther King, Jr. NE
Albuquerque NM  87102

Martin E. Threet, Esq.
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque NM  87110

Ted J. Trujillo, Esq.
PO Box 2185
Espanola NM  87532

Karen L. Townsend, Esq.
120 East Chaco
Aztec NM  87410

John W. Utton, Esq.
PO Box 271
Albuquerque NM  87103-0271

Kurt J. Van Deren, Esq.
PO Box 30488
Albuquerque NM  87190-0488