IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 69cv07941 BB-ACE <br> Rio Chama Stream Adjudication <br><br> Section 7 <br> Subfile Nos.: CHCV-001-006, <br> CHCV-005-0005, CHCV-006-0006, <br> CHCV-007-0007, CHCV-008-001 |

## STATUS REPORT ON SETTLEMENT DISCUSSIONS CONCERNING THE JICARILLA APACHE NATION'S CLAIMS

The Jicarilla Apache Nation ("Nation"), pursuant to the direction of the Special Master at the status conference held on December 14, 2004, hereby reports on the status of the Nation's review of the State of New Mexico's ("State's") proposed consent orders on the Nation's claims and the settlement discussions between the Nation and the State.

1.  The Nation reported at the status conference on December 14, 2004 and in the Status Report filed December 21, 2004 [Docket No. 7683] that the Nation's legal counsel planned to meet with the Nation's Legislative Council, the governing body of the Nation, in January 2005 to obtain approval of a response to the proposed consent orders proffered by the State in subfiles CHCV-001-006, CHCV-005-0005, CHCV-006-0006, CHCV-007-0007, and CHCV-008-001. This meeting occurred in January. The Nation's legal counsel have advised counsel for the State of the Nation's position. The Nation and the State appear to be in substantial agreement on terms. Details remain to be worked out through further discussions. Counsel for the State has advised the Nation that, based on the availability of staff in the Office of the State Engineer who would be involved in

resolving these details, the State believes that these discussions can be completed by the end of this summer. Therefore, the Nation anticipates reaching final agreement with the State on these proposed consent orders by the end of this summer.

2. The Nation continues to believe that these subfiles can be resolved timely through discussions with the State. At the last status conference, the Special Master expressed a desire for the Nation to submit a proposed schedule for these subfiles for consideration at the status conference on February 10, 2005. The Special Master's January 13, 2005 Order Setting Status Conference [Docket No. 7703], however, simply states that the status and "any required scheduling and procedural orders" shall be discussed at the status conference. Because of the substantial agreement between the Nation and the State, and the anticipated completion of our discussions by the end of this summer, the Nation believes that no scheduling order is required at this time.

3. The Nation wishes to bring to the Special Master's attention the fact that the subfiles listed above do not include the Nation's water rights claims for surface water use in connection with the Willow Creek Ranch. The Order Amending Procedural Order Filed November 19, 2002 [Docket No. 7272] (filed October 20, 2003) provided that these claims shall not be included in the remaining hydrographic survey reports and instead shall be investigated separately beginning in May 2004. That Order further provided that "The State Engineer shall also make all reasonable efforts to prepare proposed consent orders either recognizing or rejecting those claims prior to July 15, 2004." The State Engineer and the Nation's Water Administrator arranged for a field inspection during the 2004 field work season, but due to a miscommunication, their staffs did not meet on the appointed day. Consequently, the field work was not completed before winter weather precluded further field work in 2004 and the State did not proffer proposed consent orders on the Willow Creek claims. Counsel

for the Nation has conferred with counsel for the State about a schedule for these claims, and has been assured by counsel for the State that it is reasonable to anticipate that the State Engineer can complete field work and proposed consent orders for these claims prior to July 15, 2005. Accordingly, the Nation respectfully submits that the Special Master may wish to entertain at the February 10, 2005 status conference an amendment to the Order Amending Procedural Order Filed November 19, 2002 to change "July 15, 2004" to "July 15, 2005" in the sentence quoted above.

Dated this 1st day of February, 2005         Respectfully submitted,

NORDHAUS, HALTOM, TAYLOR, TARADASH & BLADH, LLP

Lester K. Taylor, Esq.
405 Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102-3541
505-243-4275

Susan G. Jordan, Esq.
1239 Paseo de Peralta
Santa Fe, NM 87501
505-982-3622

COUNSEL FOR THE JICARILLA APACHE NATION

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Status Report on Settlement Discussions Concerning the Jicarilla Apache Nation's Claims were mailed by U.S. First Class mail to the following persons on February 1, 2005.

Susan G. Jordan, Esq.

3

# RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
U.S. District Court
District of New Mexico
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4014

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
U.S. Dept. of Justice - ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie,
Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663, Mail Stop P131
Los Alamos, NM 87545

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NM Hwy & Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

C. Mott Wooley, Esq.
112 W. San Francisco St. #312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield &
Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
Robles, Rael & Anaya, PC
500 4 Street NW, Suite 200
Albuquerque, NM 87102

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel
Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

Charles T. DuMars, Esq.
Law & Resource Planning
Associates
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington,
Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6605 Uptown Blvd. NE, #280
Albuquerque, NM 87110

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Mendanales, NM 87548-687

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

David C. Mielke, Esq.
Sonosky, Chambers, Sachse,
Endreson & Mielke
500 Marquette NW, #700
Albuquerque, NM 87102

Lee Bergen, Esq.
Bergen Law Offices, LLC
4110 Wolcott Ave. NE, Suite A
Albuquerque, NM 87109

Henry Jacquez
1110 Maez Road
Santa Fe, NM 87501