# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO** on the **Relation of State Engineer,** | ) ) ) | |
| **Plaintiff,** | ) ) | 69cv07941-BB-ACE |
| v. | ) ) | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON, et al.** | ) ) | Sections 3, 5, and 7 |
| **Defendants** | ) | |

## AMENDED CERTIFICATE OF SERVICE FOR ENTRY OF APPEARANCE

I hereby certify that a true and correct copy of the Entry of Appearance was mailed to the following on February 1, 2005. A copy of the AMENDED CERTIFICATE OF SERVICE FOR ENTRY OF APPEARANCE is also being mailed on February 4, 2005 to the following:

Special Master Vickie L. Gabin
USDC-DCNM
PO Box 2384
Santa Fe NM  87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas NM  87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Ste. 945
Denver CO 80202

Daniel Cleavinger, Esq.
PO Box 2470
Farmington NM  87499

Tessa T. Davidson, Esq.
PO Box 2240
Corrales NM  87048

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Ste. F
Santa Fe NM  87505

John P. Hays, Esq.
Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe NM  87505

Pierre Levy, Esq.
PO Box 2084
Santa Fe NM  87504-2084

NM Acequia Commission
Fred Vigil, Chairman
PO Box 687
Medanales NM  87548

| | |
|---|---|
| Edward G. Newville, Esq.<br>Office of the State Engineer<br>Litigation & Adjudication Program<br>PO Box 25102<br>Santa Fe NM  87504-5102 | Lester K. Taylor, Esq.<br>Susan G. Jordan, Esq.<br>405 Dr. Martin Luther King, Jr. NE<br>Albuquerque NM  87102 |
| Ernest L. Padilla, Esq.<br>PO Box 2523<br>Santa Fe NM  87504-2523 | Martin E. Threet, Esq.<br>6400 Uptown Blvd., NE, Ste. 500 W<br>Albuquerque NM  87110 |
| Benjamin Phillips, Esq.<br>John F. McCarthy, Jr., Esq.<br>Rebecca Dempsey, Esq.<br>PO Box 787<br>Santa Fe NM  87504-0787 | Ted J. Trujillo, Esq.<br>PO Box 2185<br>Espanola NM  87532<br><br>Karen L. Townsend, Esq.<br>120 East Chaco<br>Aztec NM  87410 |
| Marcus J. Rael, Esq.<br>500 4th Street NW, Suite 200<br>Albuquerque NM  87102 | John W. Utton, Esq.<br>PO Box 271<br>Albuquerque NM  87103-0271 |
| Peter B. Shoenfeld, Esq.<br>PO Box 2421<br>Santa Fe NM  87504-2421 | Kurt J. Van Deren, Esq.<br>PO Box 30488<br>Albuquerque NM  87190-0488 |

I hereby certify that a true and correct copy of the Entry of Appearance was faxed and mailed to the following on February 4, 2005.

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505
(505) 992-8378 Fax

LEWIS AND ROCA JONTZ DAWE, LLP

By _____
    Jeffrey H. Albright
    Cynthia A. Loehr
    Attorneys for Hope Miner
    201 Third Street NW, Suite 1950
    Albuquerque, NM  87103-1027
    505-764-5400
    505-764-5480 fax