IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

05 FEB 10 PM 3:04

CLERK-SANTA FE



| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina |

## STIPULATION ON PRIORITY DATES IN SECTION 5

The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and the following Acequias or Community Ditches in Section 5 of the Rio Chama Stream System: Vigiles Ditch, Rincon Ditch, Placitas Ditch, Sanchez Maestas Ditch, Cordova–Martinez Ditch, Gonzales Gurule Ditch, Cecilia Ditch and the Valdez Ditch (collectively "Community Ditches in Section 5") are in agreement on the priority dates of the Community Ditches in Section 5 and hereby enter a stipulation on those dates as follows:

| | |
|---|---|
| Vigiles Ditch | 1876 |
| Rincon Ditch | 1876 |
| Placitas Ditch | 1876 |
| Sanchez Maestas Ditch | 1876 |
| Cordova–Martinez Ditch | 1878 |
| Gonzales–Gurule Ditch | 1878 |



| | |
|---|---|
| Cecilia Ditch | 1878 |
| Valdez Ditch | 1878 |

Each of the Community Ditches in Section 5 hereby stipulate not only as to their own priority date, but also to the priority dates for the other ditches listed above.

The State and the Community Ditches in Section 5 so stipulate.

DATED ~~January 10, 2005~~. February , 2005

**State of New Mexico** *ex rel.* **State Engineer**

_/s/ Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

**Commissioners of Vigiles Ditch**

_/s/ [signature]_
_/s/ [signature]_
_/s/ Julian Vigil_

**Attorney for Vigiles Ditch**

_/s/ Mary E. Humphrey_
MARY E. HUMPHREY
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

**Commissioners of Rincon Ditch**

_____
_____
Jose L. Chacon
_____
Andrew K. Chacon

**Attorney for Rincon Ditch**

_____
MARY E. HUMPHREY
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574


**Commissioners of Placitas Ditch**

_____
_____
Jose L. Chacon
_____
Andrew K. Chacon

**Attorney for Placitas Ditch**

_____
MARY E. HUMPHREY
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574


**Commissioners of Sanchez–Maestas Ditch**

_____
_____
Adrian Cordova
_____

-3-

**Attorney for Sanchez–Maestas Ditch**

_____
MARY E. HUMPHREY
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574


**Commissioners of Cordova–Martinez Ditch**

_____ 2-5-05
_____ 2-5-05
_____ 2/5/05

**Attorney for Cordova–Martinez Ditch**

_____
MARY E. HUMPHREY
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574


**Commissioners of Gonzales–Gurule Ditch**

_____
_____
_____

**Attorney for Gonzales–Gurule Ditch**

_____
MARY E. HUMPHREY
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

**Commissioners of Cecilia Ditch**

_____

_____

_____

**Attorney for Cecilia Ditch**

_____
MARY E. HUMPHREY
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574


**Commissioners of Valdez Ditch**

_____

_____

_____

**Attorney for Valdez Ditch**

_____
MARY E. HUMPHREY
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574