IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

FILED
05 FEB 16 PM 3:59
CLERK-SANTA FE

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB-ACE |
| v. | ) ) | RIO CHAMA ADJUDICATION |
| RAMON ARAGON, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### ENTRY OF APPEARANCE
### FOR STATE OF NEW MEXICO

Arianne Singer, Special Assistant Attorney General, hereby enters her appearance on behalf of the State of New Mexico *ex rel.* Office of the State Engineer.

Respectfully submitted,

Arianne Singer
Special Assistant Attorney General
Attorney for the State of New Mexico
*ex rel.* New Mexico State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 827-6150
Fax: (505) 827-3520

7764

## Certificate of Service

I certify that on ___February 16___, 2005, a true and correct copy of the foregoing pleading was mailed by first class mail to all counsel of record as shown on the service list attached as Exhibit A to this Entry of Appearance.

Arianne Singer

RIO CHAMA GENERAL SERVICE LIST

| | | |
|---|---|---|
| JEFFREY H. ALBRIGHT, ESQ.<br>CYNTHIA A. LOEHR, ESQ<br>LEWIS & ROCA JONTZ DAWE, LLP<br>201 THIRD ST. NW, SUITE 1950<br>ALBUQUERQUE, NM 87102 | LEE BERGEN, ESQ.<br>BERGEN LAW OFFICES, LLC<br>4110 WOLCOTT AVE. NE, SUITE A<br>ALBUQUERQUE, NM 87109 | FRANK M. BOND, ESQ.<br>THE SIMONS FIRM, LLP<br>P.O BOX 5333<br>SANTA FE, NM 87502-5333 |
| BRADLEY S. BRIDGEWATER, ESQ<br>DAVID W. GEHLERT, ESQ.<br>USDOJ-ENRD<br>999 18TH ST. SUITE 945<br>DENVER, CO 80202 | STEVEN L. BUNCH, ESQ.<br>NMSHTD<br>P.O. BOX 1149<br>SANTA FE, NM 87504-1149 | JOSEPH V.R. CLARK, ESQ<br>CUDY, KENNEDY, HETHERINGTON,<br>ALBERTA & IVES, LLP<br>P.O. BOX 4160<br>SANTA FE, NM 87502-4160 |
| DANIEL CLEAVINGER, ESQ<br>P.O. BOX 2470<br>FARMINGTON, NM 87499 | ANNIE-LAURIE COOGAN, ESQ<br>1520 PASEO DE PERALTA #E<br>SANTA FE, NM 87501-3722 | CHRISTOPHER D. COPPIN, ESQ.<br>NM ATTORNEY GENERAL'S OFFICE<br>P.O. DRAWER 1508<br>SANTA FE, NM 87504-1508 |
| TESSA T DAVIDSON, ESQ.<br>DAVIDSON LAW FIRM, LLC<br>P.O. BOX 2240<br>CORRALES, NM 87048 | CHARLES T. DUMARS, ESQ.<br>LAW & RESOURCE PLANNING ASSOC.<br>201 THIRD STREET, NW #1370<br>ALBUQUERQUE, NM 87102 | JOHN E. FARROW, ESQ.<br>FARROW,FARROW & STROTZ<br>P O BOX 35400<br>ALBUQUERQUE, NM 87176 |
| RANDOLPH B. FELKER, ESQ.<br>FELKER, ISH, HATCHER, RITCHIE,<br>SULLIVAN &GEER<br>911 OLD PECOS TRAIL<br>SANTA FE, NM 87501 | JEFFREY L FORNACIARI, ESQ.<br>HINKLE, COX, EATON, COFFIELD &<br>HENSLEY<br>P.O. BOX 2068<br>SANTA FE, NM 87504-2068 | GARY S. FRIEDMAN<br>CASSUTT, HAYS & FRIEDMAN, P.A<br>530-B HARKLE ROAD<br>SANTA FE, NM 87505 |
| SPECIAL MASTER VICKIE L. GABIN<br>USDC-DCNM<br>P.O. BOX 2384<br>SANTA FE, NM 87504-2384 | PAULA GARCIA<br>NM ACEQUIA ASSOCIATION<br>607 CERRILLOS RD., SUITE F<br>SANTA FE, NM 87505 | K. JANELLE HAUGHT, ESQ.<br>LOS ALAMOS NATIONAL LABORATORY<br>P.O. BOX 1663<br>MAIL STOP P131<br>LOS ALAMOS, NM 87545-1663 |
| JOHN P. HAYS, ESQ.<br>CASSUTT, HAYS & FRIEDMAN, P.A.<br>530-B HARKLE ROAD<br>SANTA FE, NM 87505 | MARY E. HUMPHREY, ESQ.<br>P.O BOX 1574<br>EL PRADO, NM 87529 | MARY ANN JOCA, ESQ.<br>US. DEPT. OF AGRICULTURE<br>OFFICE OF GENERAL COUNSEL<br>P.O. BOX 586<br>ALBUQUERQUE, NM 87103-0586 |
| PIERRE LEVY, ESQ.<br>OFFICES OF DANIEL J. O'FRIEL, LTD.<br>P.O. BOX 2084<br>SANTA FE, NM 87504-2084 | RANDY E LOVATO, ESQ.<br>8100 RANCHO SUENO CT. NW<br>ALBUQUERQUE, NM 87120-3488 | KARLA MCCALL<br>DATA MANAGER<br>1315 SAGEBRUSH DR., SW<br>LOS LUNAS, NM 87031 |

Exhibit A

RIO CHAMA GENERAL SERVICE LIST

| | | |
|---|---|---|
| JOHN F. MCCARTHY, JR. ESQ.<br>REBECCA DEMPSEY, ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>SANTA FE, NM 87504-0787 | DAVID C. MIELKE ESQ.<br>500 MARQUETTE AVE #700<br>ALBUQUERQUE, NM 87102 | ERNEST L. PADILLA, ESQ.<br>PADILLA LAW FIRM, P.A.<br>P.O BOX 2523<br>SANTA FE, NM 87504-2523 |
| BENJAMIN PHILLIPS, ESQ.<br>WHITE, KOCH, KELLY & McCARTHY<br>P.O. BOX 787<br>SANTA FE, NM 87504-0787 | MARCUS J. RAEL, JR., ESQ.<br>ROBLES, RAEL & ANAYA, P.C.<br>500 4th STREET NW<br>SUITE 200<br>ALBUQUERQUE, NM 87102 | PETER B. SHOENFELD, ESQ.<br>P.O. BOX 2421<br>SANTA FE, NM 87504-2421 |
| LESTER K. TAYLOR, ESQ.<br>SUSAN G. JORDAN, ESQ.<br>NORDHAUS LAW FIRM<br>405 DR. MARTIN L. KING JR. AVE NE<br>ALBUQUERQUE, NM 87102-3541 | MARTIN E. THREET, ESQ.<br>MARTIN E. THREET & ASSOCIATES<br>6605 UPTOWN BLVD. NE, SUITE 280<br>ALBUQUERQUE, NM 87110 | KAREN I. TOWNSEND, PC<br>120 EAST CHACO<br>AZTEC, NM 87410 |
| LUCAS O. TRUJILLO<br>P.O. BOX 57<br>EL RITO, NM 87530 | TED J. TRUJILLO, ESQ.<br>P.O. BOX 2185<br>ESPANOLA, NM 87532 | JOHN W. UTTON, ESQ.<br>SHEEHAN, SHEEHAN & STELZNER<br>P. O. BOX 271<br>ALBUQUERQUE, NM 87103-0271 |
| KURT J. VAN DEREN<br>HATCH, ALLEN & SHEPHERD, P.A.<br>4801 LANG AVE., NE, SUITE 200<br>P.O. BOX 94750<br>ALBUQUERQUE, NM 87199-4750 | FRED VIGIL, CHAIRMAN<br>NM ACEQUIA COMMISSION<br>P.O. BOX 687<br>MEDANALES, NM 87548-0687 | FRED J. WALTZ, ESQ.<br>BOX 6390<br>TAOS, NM 87571 |
| C. MOTT WOOLLEY, ESQ.<br>112 W. SAN FRANCISCO ST.<br>SUITE 312C<br>SANTA FE, NM 87501-2090 | | |