IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.* the )
State Engineer, )
 )
    Plaintiffs, )
 )   No. 69cv07941 BB-ACE
    v. )   Rio Chama Stream Adjudication
 )   Section 7: Tierra Amarilla, Rio Brazos,
 )   Rutheron and Plaza Blanca, Cañones Creek,
 )   Village of Chama
RAMON ARAGON et al., )
 )
    Defendants. )
_____ )

**UNOPPOSED MOTION TO FURTHER AMEND PROCEDURAL ORDER FILED ON NOVEMBER 19, 2002**

COMES NOW the Jicarilla Apache Nation, through its undersigned counsel, and moves the court to further amend the Procedural Order filed November 19, 2002 [Docket No. 6939].

1.   The Special Master entered the Procedural Order for the adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System on November 19, 2002 [Docket No. 6939]. The Special Master subsequently amended that order to provide, in pertinent part, that the Nation's water rights claims for surface water use in connection with the Willow Creek Ranch shall not be included in the remaining hydrographic survey reports and instead shall be investigated separately beginning in May 2004. *See* Order Amending Procedural Order Filed November 19, 2002 (October 20, 2003, Docket No. 7272) (at 1-2 amending second paragraph of Paragraph I(A). The Order further provided that "The State Engineer shall also make all reasonable efforts to prepare proposed consent orders either recognizing or rejecting those claims prior to July 15, 2004." *Id.* at 2.

2.   The State Engineer and the Nation's Water Administrator arranged for a field inspection during the 2004 field work season, but due to a miscommunication, their staffs did not

meet on the appointed day. Consequently, the field work was not completed before winter weather precluded further field work in 2004 and the State did not proffer proposed consent orders on the Willow Creek claims.

3. Counsel for the Nation has conferred with counsel for the State about a schedule for these claims, and has been assured by counsel for the State that it is reasonable to anticipate that the State Engineer can complete field work and proposed consent orders for these claims prior to July 15, 2005. The State has also indicated that it concurs with that motion.

4. Accordingly, the Nation respectfully moves that the Special Master enter an Order further amending the Procedural Order filed November 19, 2002 to change "July 15, 2004 to July 15, 2005" in the sentence quoted above. A proposed order is submitted with this motion for this purpose.

Dated this 19th day of February 2005.

                    Respectfully submitted,

                    NORDHAUS, HALTOM, TAYLOR,
                    TARADASH AND BLADH, LLP

                    Lester K. Taylor, Esq.
                    405 Martin Luther King, Jr. Ave. NE
                    Albuquerque, NM 87102-3541
                    505-243-4275

                    By _____
                    Susan G. Jordan
                    1239 Paseo de Peralta
                    Santa Fe, New Mexico 87501
                    (505) 982-3622

                    COUNSEL FOR THE JICARILLA
                    APACHE NATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* the State Engineer,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>RAMON ARAGON et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 69cv07941 BB-ACE<br>)  Rio Chama Stream Adjudication<br>)  Section 7: Tierra Amarilla, Rio Brazos,<br>)  Rutheron and Plaza Blanca, Cañones Creek,<br>)  Village of Chama<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER FURTHER AMENDING PROCEDURAL ORDER FILED NOVEMBER 19, 2002

This matter is before the Special Master on February 11, 2005 Unopposed Motion to Amend the Procedural Order Filed November 19, 2002 [Docket No. _____] filed by the Defendant Jicarilla Apache Nation. The Special Master, being fully advised, finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, that the Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System, filed November 19, 2002 [Docket No. 6939], and amended by the Order Amending Procedural Order Filed November 19, 2002 (filed October 20, 2002, Docket No. 7272) is further amended by striking "July 15, 2004" and inserting "July 15, 2005" in the fifth sentence of the second paragraph of paragraph I (A) so that it shall read

3

"The State Engineer shall also make reasonable efforts to prepare proposed consent orders either recognizing or rejecting those claims prior to July 15, 2005."

**IT IS SO ORDERED**

                                                  **SPECIAL MASTER VICKIE L. GABIN**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* the State Engineer, ) ) ) | |
| Plaintiffs, ) ) | No. 69cv07941 BB-ACE |
| v. ) ) ) ) ) | Rio Chama Stream Adjudication Section 7: Tierra Amarilla, Rio Brazos, Rutheron and Plaza Blanca, Cañones Creek, Village of Chama |
| RAMON ARAGON et al., ) ) | |
| Defendants. ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the Unopposed Motion to Further Amend Procedural Order Filed November 19, 2002 and [Proposed] Order Further Amending Procedural Order Filed November 19, 2002 were mailed by U.S. First Class mail to the persons on the attached service list on February 15th 2005.

_____
Susan G. Jordan

5

## RIO CHAMA GENERAL SERVICE LIST

Special Master Vickie L. Gabin
U.S. District Court
District of New Mexico
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4014

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
U.S. Dept. of Justice - ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663, Mail Stop P131
Los Alamos, NM 87545

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NM Hwy & Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

C. Mott Wooley, Esq.
112 W. San Francisco St. #312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White Koch Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
Robles, Rael & Anaya, PC
500 4 Street NW, Suite 200
Albuquerque, NM 87102

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

Charles T. DuMars, Esq.
Law & Resource Planning
Associates
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington,
Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6605 Uptown Blvd. NE, #280
Albuquerque, NM 87110

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Mendanales, NM 87548-687

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 30488
Albuquerque, NM 87190-0488

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

David C. Mielke, Esq.
Sonosky, Chambers, Sachse,
Endreson & Mielke
500 Marquette NW, #700
Albuquerque, NM 87102

Lee Bergen, Esq.
Bergen Law Offices, LLC
4110 Wolcott Ave. NE, Suite A
Albuquerque, NM 87109

Henry Jacquez
1110 Maez Road
Santa Fe, NM 87501

Edward G. Newville
Lisa D. Brown
NM State Engineering Office
Legal Division,
PO Box 25102
Santa Fe, NM 87504-5102

Stacey J. Goodwin
300 Galisteo St., #205
Santa Fe, NM 87501

Jeffrey H. Albright
Cynthia A. Loehr
210 Third Street NW, Suite 1950
Albuquerque, NM 87102