IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>            Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>            Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Mainstream<br><br>RANCHITOS DITCH<br><br>Subfiles: 530, 531, 532, 533 and 534 |

**MOTION TO SUBSTITUTE AND JOIN PARTIES
AND TO VACATE INDIVIDUAL SUBFILE ORDERS**

COMES NOW the Plaintiff State of New Mexico *ex rel.* State Engineer (State) and requests the Court to substitute parties, to join additional parties defendant, and to vacate individual subfile orders entered in connection with the Ranchitos (formerly incorrectly Suazo) Ditch. This motion is intended to comply with the Order entered January 27, 2005 (Doc. No. 7754). In support of the motion Plaintiff states as follows:

1.   By Order entered January 27, 2005, the Court ordered the State to file and serve upon the current water rights owners of tracts served by the Ranchitos Ditch a motion to amend the Source of Water and Point of Diversion no later than February 21, 2005.

2.   Individual subfile orders entered in connection with tracts that are irrigated by the Ranchitos Ditch are as follows:

| Subfile | Map/Tract | Adjudicated owner | Date filed | Doc. No. |
|---|---|---|---|---|
| 530 | 4.1 | Gus Martinez | 9/10/70 | 1646 |
| 530 | 4.1-A | Gus Martinez | 9/10/70 | 1646 |

| | | | | |
|---|---|---|---|---|
| 530 | 4.1-B | Gus Martinez | 9/10/70 | 1646 |
| 530 | 4.1-C | Gus Martinez | 9/10/70 | 1646 |
| 531 | 4.2 | Juan Lopez | 9/10/70 | 1646 |
| 532 | 4.3 | Enrique Garcia | 9/10/70 | 1646 |
| 533 | 4.4 | Anna Maria Madrid | 4/29/70 | 1355 |
| 534 | 4.5 | Mrs. S. Duran | 4/29/70 | 1357 |

3. The individual subfile orders listed in paragraph 2 above incorrectly state that the above listed tracts are irrigated by the Suazo Ditch. The subfile orders contain additional incorrect information as well.

4. The Source of Water and Point of Diversion for tracts irrigated by the Ranchitos Ditch is as follows:

Source of Water:   La Cienega de Don Simon, a tributary of the Rio Chama

Point of Diversion:   X = 473,869      Y = 1,890,256

5. The current owners of the tracts listed in paragraph 2 above are as follows:

| Current owner | Map/Tract(s) |
|---|---|
| Frances A. Martinez | 4.1, 4.1-B, 4.1-C & 4.4 |
| Owen and Yuronna Aubrey | 4.1-A & 4.3 |
| Bobby Lopez | 4.2 |
| Juan Duran | 4.5 |

6. The current owners of the tracts listed in paragraph 5 should be substituted for the adjudicated owners of the those tracts under Fed. R. Civ. Pro. 25(C). The individual subfile orders entered in connection with those tracts should be vacated.

7. The State intends to conduct field work for tracts of land irrigated by the Ranchitos Ditch (including tracts of land not listed in paragraph 2 above) during the summer of 2005 and to prepare new proposed orders for all tracts irrigated by the Ranchitos Ditch

8. In addition to the persons listed in paragraph 5 above, the following persons may be

using water from the Ranchitos Ditch to irrigate lands owned by them:

    Daniel Martinez     PO Box 166, Abiquiu NM 87510
    Joseph Archuleta    PO Box 965, Espanola NM 87532

9.    Counsel for the Ranchitos Ditch, Fred J. Waltz, supports the granting of this motion.

WHEREFORE the Plaintiff State of New Mexico requests the Court to enter an Order that substitutes the persons listed in paragraph 5 above (current owners) for the adjudicated owners listed in paragraph 2, that vacates the individual subfile orders listed in paragraph 2 with respect to the tracts listed, and that joins the persons listed in paragraph 8 as additional parties defendant.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Substitute and Join Parties and to Vacate Individual Consent Orders was mailed to following persons on February 22, 2005.

/s/ Ed Newville
Edward G. Newville

**Counsel for Ranchitos Ditch**
Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

**Defendants**
Frances A. Martinez
Daniel Martinez
PO Box 166
Abiquiu, NM 87510

Owen Aubrey
Yuvonna Aubrey
PO Box 75
Abiquiu, NM 87510

Bobby Lopez
PO Box 1978
Espanola, NM 87532

Juan Duran
PO Box 1
Abiquiu, NM 87510

Joseph Archuleta
PO Box 965
Espanola, NM 87532

**RIO CHAMA GENERAL SERVICE LIST**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP

P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663
Mail Stop P131
Los Alamos, NM 87545-1663

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association

607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd. NE Suite 500W
Albuquerque, NM 87110

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Lee Bergen, Esq.
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87501