UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Feb 23, 2005

## CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of NM v. Aragon, 69cv07941-BB-ACE

Chama Adjudication, Sections 3, 5 & 7

DATE OF HEARING: February 10, 2005        TIME: 10:00 a.m.

COUNSEL:

PLAINTIFF:
EDWARD G. NEWVILLE, OSE
DAVID W. GEHLERT, USDOJ

DEFENDANTS:
MARY HUMPHREY
FRED WALTZ
JOHN UTTON; SUSAN JORDAN

NOTES: RE: Order Setting Status Conference (# 7703 filed 1-13-05) Status conference was held as scheduled in the City Council Chambers in Chama, N.M. Matters on the Agenda included:
1) General status of the adjudication of Sections 3, 5 & 7.
2) Proposed Procedural and Scheduling order for federal non-Indian claims; discussion of service to and intervention by acequias and/or augual Assoc; order possibly prejudicial to claims in other sections; pending US claims under Wilderness Act. These points to be clarified in proposed order;
3) Proposed scheduling and procedural order for adjudication of consumptive irrigation requirement; OSE attorney to prepare draft order;

COURT REPORTER: NONE

OTHERS IN ATTENDANCE:
SEE PAGES 3 + 4

7769

4) Proposed scheduling order for resolution of ex'o claims, other matters in Section 2; Special Master instructed opposing Counsel to meet with Court's Data Manager and to prepare a proposed scheduling order to present at next general status conference;

5) Status of adjudication of State law-based rights of Jicarilla Apache Nation; counsel for Jicarillas reported substantial agreement between client and State; counsel is to prepare motion to amend procedural order & proposed order;

6) Status of litigation on disputed subfiles: CHRU-004-0039 & CHRU-003-0001: Counsel for OSE is to prepare PTO; CHRB-002-0001 and CHRB-002-0002: Counsel for OSE is to prepare requiring Defendants to comply with legal and adjudication process — to file proper motions and answers;

7) Other relevant matters: El Barranco & Ranchitos Ditches — Questions re: source of water.

8) Next status conference: Tuesday, April 12 in Santa Fe; Agenda:
  a) Mundy & Garcia pretrial conf CHRB-002-0002 & CHRB-002-0001
  b) Progress on Section 2
  c) CIR - report on reaching agreement on methodology
  d) Report if parties can reach agreement on US Wild & Scenic Claims
  Order setting conference will be filed by mid-March.

# CHAMA ADJUDICATION
### State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
### Sections 3, 5 & 7 General Status Conference

Thursday, February 10, 2005

## ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Robert H. Martinez | P.O. Box 12, Los Ojos | 87551 | 588-7346 |
| Fernando Salazar | | 87551 | 588-7346 |
| Medardo Sanchez, Jr. | P.O. Box 96, Los Ojos | 87551 | 588-7858 |
| Hilario Rubio - OSE | P.O. Box 25102, Santa Fe | 87504 | 827-3822 |
| Miguel R Sanchez | P.O. Box 131, Los Ojos, N.M. | 87551 | 505-756-2463 |
| Cleo C. Sanchez | Box 131, Los Ojos, NM | 87551 | 756-2463 |
| Ruby S. Chacon | PO Box 163, Gallina, NM | 87017 | 638-5386 |
| James Quintana | OSE Santa Fe | | 827-4208 |
| Mak Salazar | OSE Santa Fe | | 827-3864 |
| Chris Rodriguez | OSE Santa Fe | | 827-6113 |
| Joe Garcia | P.O. Box 90398 Fbg. NM | | 298-0017 |

Please See Next Page

PAGE 3 OF 4

# CHAMA ADJUDICATION
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
### Sections 3, 5 & 7 General Status Conference

Thursday, February 10, 2005

## ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Don Diego Gonzalez | 10 S. 6 Ed Pena Blanca NM | 87041 | 505 465-0360 |
| James W. Mundy | HC 75 Box 81 Chama | 87520 | 505-756-2403 |

Please See Next Page

PAGE 4 of 4