IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* the State Engineer,<br><br>    Plaintiffs,<br><br>    v.<br><br><br><br>RAMON ARAGON et al.,<br><br>    Defendants. | No. 69cv07941 BB-ACE<br>Rio Chama Stream Adjudication<br>Section 7: Tierra Amarilla, Rio Brazos,<br>Rutheron and Plaza Blanca, Cañones Creek,<br>Village of Chama |

**ORDER FURTHER AMENDING**
**PROCEDURAL ORDER FILED NOVEMBER 19, 2002**

This matter is before the Special Master on February 11, 2005, Unopposed Motion to Amend the Procedural Order Filed November 19, 2002 (Docket No. 7766) filed by the Defendant Jicarilla Apache Nation. The Special Master, being fully advised, finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, that the Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System, filed November 19, 2002 (No. 6939), and amended by the Order Amending Procedural Order Filed November 19, 2002 (filed October 20, 2002, No. 7272) is further amended by striking "July 15, 2004" and inserting "July 15, 2005" in the fifth sentence of the second paragraph of paragraph I (A) so that it shall read

2

"The State Engineer shall prepare proposed consent orders either recognizing or rejecting those claims prior to July 15, 2005."

**IT IS SO ORDERED.**

>                     **/electronic signature/**
> **SPECIAL MASTER VICKIE L. GABIN**