IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

     vs.

RAMON ARAGON, *et al.,*

            Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 1: Mainstream

RANCHITOS DITCH

**NOTICE OF ERRATA**

COMES NOW the Plaintiff State of New Mexico *ex rel.* State Engineer (State) and gives notice of the following error in the State's February 18, 2005 Motion to Substitute and Join Parties and to Vacate Individual Subfile Orders (Doc. No. 7767).

1.      The correct names of the current owners of Tracts 4.1-A & 4.3 are Aubrey Owen and Yuvonnia Owen.

               Respectfully submitted,

                  /s/ Ed Newville
              EDWARD G.  NEWVILLE
              Special Assistant Attorney General
              Office of State Engineer
              P.O. Box 25102
              Santa Fe, NM 87504-5102
              (505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Errata was mailed to following persons on March 3, 2005.

/s/ Ed Newville
Edward G. Newville

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Aubrey Owen
Yuvonnia Owen
PO Box 75
Abiquiu, NM 87510

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031