IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>RAMON ARAGON, *et al.* )<br>)<br>Defendants. )<br>) | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM |

ORDER

THIS MATTER is before me on the February 8, 2005 Motion of the Special Master for Interim Fees and Expenses (Docket No. 7760). Having reviewed the Special Master's Motion, status report and invoices, having received no objection thereto, and being otherwise fully advised in the premises,

I HEREBY APPROVE the payment of the invoices submitted by the Special Master, the Data Manager, the Judicial Clerk, and the Administrative Assistant for July 2004 through December 2004.

IT IS SO ORDERED.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE