IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.*, State Engineer, <br> Plaintiff, | 69cv07941-BB-ACE <br> RIO CHAMA ADJUDICATION |
| -v- | Mainstream: Ranchitos Ditch |
| RAMON ARAGON, *et al.* <br> Defendants. | Subfiles: 530, 531, 532, 533 <br> 534 |

## ORDER VACATING INDIVIDUAL SUBFILE ORDERS

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Substitute and Join Parties and to Vacate Individual Subfile Orders filed February 18, 2005 (Docket No. 7767).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the individual subfile orders listed below are hereby vacated with respect to the map/tracts listed:

| Subfile | Map/Tract | Adjudicated Owner | Date Filed | Docket No. |
|---|---|---|---|---|
| 530 | 4.1 | Gus Martinez | 9/10/1970 | 1646 |
| 530 | 4.1-A | Gus Martinez | 9/10/1970 | 1646 |
| 530 | 4.1-B | Gus Martinez | 9/10/1970 | 1646 |
| 530 | 4.1-C | Gus Martinez | 9/10/1970 | 1646 |
| 531 | 4.2 | Juan Lopez | 9/10/1970 | 1646 |
| 532 [1] | 4.3 | Enrique Lopez | 9/10/1970 | 1646 |
| 533 | 4.4 | Ann Maria Madrid | 4/29/1970 | 1355 |
| 534 | 4.5 | Mrs. S Duran | 4/29/1970 | 1357 |

(1) The 9/10/1970 Subfile Order (Doc. No. 1646), with respect to subfile 532, remains in full effect for the elements adjudicated to map/tract 4.8 which is served by Acequia de Suazo.

IT IS FURTHER ORDERED that the State will serve this order on all current owners.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

___/electronic signature/___
SPECIAL MASTER VICKIE L. GABIN