IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*, State Engineer,          69cv07941-BB-ACE
    Plaintiff,         RIO CHAMA ADJUDICATION

    -v-         Mainstream: Ranchitos Ditch

RAMON ARAGON, *et al.*         Subfiles: 530, 531, 532, 533
    Defendants.         534

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Substitute and Join Parties and to Vacate Individual Subfile Orders filed February 18, 2005 (Docket No. 7767).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons listed below are substituted as parties to the proceedings for the original adjudicated owners:

| Subfile | Map/Tract | Original Adjudicated Owner | Substituted Party |
| --- | --- | --- | --- |
| 530 | 4.1 | Gus Martinez | Frances A. Martinez |
| 530 | 4.1-A | Gus Martinez | Yuvonnia and Aubrey Owen [1] |
| 530 | 4.1-B | Gus Martinez | Frances A. Martinez |
| 530 | 4.1-C | Gus Martinez | Frances A. Martinez |
| 531 | 4.2 | Juan Lopez | Bobby Lopez |
| 532 | 4.3 | Enrique Garcia | Yuvonnia and Aubrey Owen |
| 533 | 4.4 | Anna Maria Madrid | Frances A. Martinez |
| 534 | 4.5 | Mrs. S. Duran | Juan Duran |

[1] On the Motion the name was incorrectly stated as Owen and Yuronna Aubrey. See Notice of Errata filed March 2, 2005 (Doc. No. 7775).

      IT IS FURTHER ORDERED that the State will serve this order on all parties stated herein.

                                                                                             _____  
                                                                                             BRUCE D. BLACK  
                                                                                             UNITED STATES DISTRICT JUDGE


Approved:


      /electronic signature/      
SPECIAL MASTER VICKIE L. GABIN