IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*, State Engineer,   69cv07941-BB-ACE
    Plaintiff,   RIO CHAMA ADJUDICATION

    -v-   Mainstream: Ranchitos Ditch

RAMON ARAGON, *et al.*
    Defendants.

## ORDER JOINING ADDITIONAL PARTY DEFENDANTS

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Substitute and Join Parties and to Vacate Individual Subfile Orders filed February 18, 2005 (Docket No. 7767).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons listed below are joined as parties defendant to the proceedings:

Daniel Martinez    P.O. Box 166, Abiquiu NM 87510

Joseph Archuleta    P.O. Box 965, Espanola NM 87532

IT IS FURTHER ORDERED that the State serve this order on each individual named herein.

                                                        BRUCE D. BLACK
                                                        UNITED STATES DISTRICT JUDGE

Approved:

      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN