IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel., | 69cv07941 JES-ACE
State Engineer

Plaintiff,

v.

RAMON ARAGON, et al.,

Defendants.

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek
Section 5: Rio Gallina
Section 7: Rutheron & Plaza Blanca, Rito de Tierra Amarilla, Village of Chama, Rio Brazos

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 7th day of March 2005:

Subfile No. CHCB-004-0002
Docket No. 7752
Maclovio Gurule
53 Bouquet Lane
Santa Fe, NM 87506

Subfile No. CHCC-001-0006A
Docket No. 7724
Patty S. Terrell
P.O. Box 23856
Santa Fe, NM 87502

Subfile No. CHCC-003-0004
Docket No. 7723
Gonzalo H. Martinez Family Trust
4504 Stockbridge, Ave. NW
Albuquerque, NM 87120

Subfile No. CHCC-004-0004
Docket No. 7722
Benjamin A. Gallegos Jr.
15241 CR 500
Pogosa Springs, CO 81147

Subfile No. CHCC-004-0004
Docket No. 7722
John J. Gallegos
2245 Locust St.
Denver, CO 80207

Subfile No. CHCC-004-0011
Docket No. 7721
Cecilia Grimes
P.O. Box 129
Route 512, Uppermillstone Acres
#1753, #2
Los Ojos, NM 87557

Subfile No. CHCJ-002-0024
Docket No. 7753
Eliza J. Jaramillo
Leo Jaramillo
2724 Washington N.E.
Albuquerque, NM 87110

Subfile No. CHCJ-002-0025
Docket No. 7734
Jerry Castillo
Mary W. Castillo
250 Calle Vista Grande
Bernalillo, NM 87004

1



Subfile No. CHCJ-004-0055
Docket No. 7743
Miguel E. Gonzales
Docket No. 7735
P.O. Box 58
Abiquiu, NM 87510

Subfile No. CHCV-002-0006B
Docket No. 7720
Angela Hughes
Clifton M. Hughes
P.O. Box 214
Chama, NM 87520

Subfile No. CHCV-002-0049
Docket No. 7719
Larry H. Deyapp Jr.
Trina S. Deyapp
P.O. Box 932
Chama, NM 87520

Subfile No. CHCV-002-0051
Docket No. 7741
Cecilia O. Martinez
Diego R. Martinez
500 Ladd (Box 684)
Chama, NM 87520

Subfile No. CHCV-007-0002A
Docket No. 7718
Alfred Unser
7625 Central NW
Albuquerque, NM 87121

Subfile No. CHGA-002-0027B
Docket No. 7750
Gabriel Maestas Jr.
Mary Ann Maestas
P.O. Box 5
Gallina, NM 87017

Subfile No. CHGA-004-0003
Docket No. 7774
Faye Davis
P.O. Box 170
Gallina, NM 87017

Subfile No. CHGA-004-0004
Docket No. 7773
Abram Cordova
P.O. Box 91
Gallina, NM 87017

Subfile No. CHNU-002-0001
Docket No. 7751
Arturo Esquibel
632 Stagecoach Rd. S.E.
Albuquerque, NM 87123

Subfile No. CHRB-003-0004
Docket No. 7736
Charlie S. Vance
Lorraine T. Vance
P.O. Box 293
CR332 #110 A
Tierra Amarilla, NM 87575

Subfile No. CHRB-003-0017A
Docket No. 7732
Jose Damian Eturriaga
P.O. Box 57
Los Ojos, NM 87551

Subfile No. CHRB-003-0017B
Docket No. 7733
John P. Zamora
Maria De La Luz Zamora
P.O. Box 252
Los Ojos, NM 87551

Subfile No. CHRB-006-0039
Docket No. 7749
Alice Martinez
Manuel G. Martinez Jr.
P.O. Box 465
Belen, NM 87002

Subfile No. CHRB-007-0026
Docket No. 7727
Eloisa S. Abeyta
P.O. Box 27
Los Ojos, NM 87551

2

Subfile No. CHRB-007-0027B
Docket No. 7728
David Schwartz Bypass Trust
P.O. Box 46
Los Ojos, NM 87551

Subfile No. CHRB-007-0027C
Docket No. 7729
Eloisa S. Abeyta
P.O. Box 27
Los Ojos, NM 87551

Subfile No. CHRB-009-0005
Docket No. 7730
Ruben Manzanares Jr.
20614 Budlong Ave.
Torrance, CA 90502

Subfile No. CHRB-009-0005
Subfile No. 7730
Mariano Manzanares
P.O. Box 100
Gallina, NM 87017

Subfile No. CHRB-009-0018
Docket No. 7731
Mariano S. Manzanares
P.O. Box 100
Gallina, NM 87017

Subfile No. CHRB-009-0018
Docket No. 7731
Mary Leah Manzanares
23525 Arlington Ave #117
Torrance, CA 90501

Subfile No. CHRB-009-0018
Docket No. 7731
Ruben Manzanares, Jr.
20614 Budlong Ave.
Torrance, CA 90502

Subfile No. CHRU-001-0019B
Docket No. 7726
Jack Cowan
HC75 Box 66
Los Ojos, NM 87551

Subfile No. CHRU-004-0020
Docket No. 7725
Mariano S. Manzanares
P.O. Box 100
Gallina, NM 87017

Subfile No. CHRU-004-0020
Docket No. 7725
Mary Leah Manzanares
23525 Arlington Ave. #117
Torrance, CA 90501

Subfile No. CHRU-004-0020
Docket No. 7725
Ruben Manzanares, Jr.
20614 Budlong Ave.
Torrance, CA 90502

Subfile No. CHTA-003-0005
Docket No. 7744
Mario R. Martinez
Sophia D. Martinez
P.O. Box 217
Tierra Amarilla, NM 87575

Subfile No. CHTA-003-0020
Docket No. 7745
Celia S. Ulibarri
Ernesto L. Ulibarri
61 Valle Vista
Los Alamos, NM 87544

Subfile No. CHTA-003-0032
Docket No. 7746
Brent C. Mortensen
664 E. 200 N.
Orem, UT 84097

3

Subfile No. CHTA-003-0034
Docket No. 7748
Faustina Espinosa
Sixto L. Espinosa
1708 Callejon Zenaida
Santa Fe, NM 87501

Subfile No. CHTA-003-0044
Docket No. 7747
Eliseo M. Valdez
Josephine Valdez
P.O. Box 255
Espanola, NM 87532

Subfile No. CHTA-004-0005A
Docket No. 7742
Simonita U. Trujillo
910 Rio Vista
Santa Fe, NM 87501

Subfile No. CHTA-004-0005C
Docket No. 7740
Doris Trujillo
Jaime Trujillo
18 Blue Canyon Vista
Santa Fe, NM 87507

Subfile No. CHTA-004-0011
Docket No. 7739
Henry Ulibarri
Mable Ulibarri
Hwy 84 North #17342
P.O. Box 429
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0031
Docket No. 7738
Carmelita Chacon
Jose L. Martinez
P.O. Box 23
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0034
Docket No. 7737
Eric Willard
701 Broadway St., Suite 317
Plainview, TX 79072

    True file stamped copies of the Consent Orders for the subfiles listed above were mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87013-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

Gary S. Freidman
Cassutt, Hays & Freidman, P.A.
530 B-Harkle Road
Santa Fe, NM 87505

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

4

A copy of this Certificate of Service was mailed to the following persons on this 7th day of March 2005:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush, Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Marin Luther King Ave. NE
Albuquerque, NM 87102

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. Of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6605 Uptown Blvd. NE Suite 280
Albuquerque, NM 87110

5

Kurt J. Van Deren
Hatch, Allen & Shepherd, PA
P.O. Box 94750
Albuquerque, NM 87199-4750

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
2201 Third Street NW, Suite 1950
Albuquerque, NM 87103

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530 B-Harkle Road
Santa Fe, NM 87505

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

*Ed Newville* (signature)
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

6