IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

05 MAR 10 AM 10: 43

CLERK-SANTA FE

STATE OF NEW MEXICO, ex rel.
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, et al.,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

**Subfile No. CHGA-002-0021A**

## MOTION TO CORRECT CONSENT ORDER
## AND SUBSTITUTE SUBFILE MAP

COMES NOW the Plaintiff State of New Mexico, ex rel. State Engineer ("State") and moves the Court to issue its order correcting the Consent Order filed March 8, 2001 (Doc. No. 6207) in Subfile CHGA-002-0021A, and as grounds plaintiff states as follows:

1. The State and Defendant DAVID CHAVEZ signed and approved a Consent Order in Subfile CHGA-002-0021A that was filed with the Court on March 8, 2001.

2. The subfile map attached to the Consent Order filed March 8, 2001 failed to show the location of the 1.0 acre "no right" tract described in the order. The description of the water rights in the text of the order is correct and does not require correction.

3. A corrected subfile map showing the location of the 1.0 acre "no right" tract should be substituted for the map attached to the Consent Order filed March 8, 2001.

4. Counsel for the State has attempted to contact Defendant David Chavez to learn if he consents to this motion but Defendant has failed to respond.



WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the Consent Order filed March 8, 2001 and substituting the map attached hereto as Exhibit A for the map attached to the Consent Order filed March 8, 2001.

Respectfully submitted,

*[signature]*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Correct Consent Order and Substitute Subfile Map was mailed to following persons on February __8__, 2005.

*[signature]*
Edward G. Newville

**DEFENDANT**

David Chavez
PO Box 14
Gallina, NM 87107

## RIO CHAMA SECTION 5 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager,
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.

David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503



**LEGEND**
 Irrigated Tract Boundary
No Right Tract Boundary
 Pond
 Operable Ditch
 Point of Diversion
 No Right

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Thomas C. Turney, State Engineer

1 inch = 300 feet
0  50  100   200   300
Feet

**Rio Chama Hydrographic Survey**
**RIO GALLINA SECTION**

**Subfile Number**
**CHGA 002-0021A**

Cordova/Martinez Ditch
AMENDED Dec. 17, 2003

