IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

05 MAR 14 AM 10: 13

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 69cv07941-BB-ACE<br>)<br>) RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al., | ) Sections 3: Rio Cebolla<br>) |
| Defendants. | ) Subfile No. CHCB-003-0015B<br>) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**COME NOW**, Defendants David E. Archuleta and Lydia U. Archuleta and move the Court for an extension of time within which to respond to the State of New Mexico *ex rel.* State Engineer's Supplemental Brief in Support of State of New Mexico's Motion for Summary Judgment, and as grounds state as follows:

1. Undersigned counsel requires additional time within which to research court records and/or State of New Mexico Archives Center records to appropriately respond to the State's supplemental materials attached to its supplemental brief.

2. Counsel for the State has agreed to an extension of one week from March 14, 2005 to and including March 21, 2005

7784

Respectfully submitted,

PADILLA LAW FIRM P.A.

By: /s/ Ernest L. Padilla
Ernest L. Padilla
P.O. Box 2523
Santa Fe, NM 87504
(505) 988-7577

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time was mailed to the following persons on March 14, 2005:

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of State Engineer
P O Box 25102
Santa Fe, New Mexico 87504-5102

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

NM Acequia Commission
Fred Vigil
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDCJ-ENRD
999 18th St., Suite 945
Denver, CO 80202
Denver, CO 80203

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

2

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87501


Ted Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

*(signature)*
ERNEST L. PADILLA

3