IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                                69cv07941 BB-ACE
                                                        Rio Chama Adjudication
RAMON ARAGON, *et al.*,                  Section 3: Rio Cebolla
                                                        Subfile No. CHCB-003-0015B

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on Defendants' (David E. and Lydia U. Archuleta) Unopposed Motion for Extension of Time (Doc. No. 7784, filed March 14, 2005). The Court shall **GRANT** Defendants' Motion. Defendants shall have through March 21, 2005, to respond to the State of New Mexico *ex rel.* State Engineer's Supplemental Brief in Support of State of New Mexico's Motion for Summary Judgment.

    **IT IS SO ORDERED.**

                                                                           **BRUCE D. BLACK**
                                                                           **UNITED STATES DISTRICT JUDGE**