IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

         Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

         Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

**Subfile Nos.  CHRU-003-0001
              CHRU-004-0039**

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to the Pretrial Order entered February 17, 2005 (Docket No.

7765) I have caused the State of New Mexico *ex rel.* State Engineer's *Initial Disclosures* to be mailed

to the following on this 16th day of March, 2004 via first-class mail postage prepaid.

Subfile No. CHRU-003-0001
Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Attorneys for Hope Miner
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87102

Subfile No. CHRU-004-0039
Ernest L. Padilla, Esq.
Attorney for Elizabeth T. Peralta and Alfred Q. Peralta
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Subfile Nos. CHRU-003-0001 and CHRU-004-0039
Gary S. Friedman, Esq.
Attorney for Norm Vogt and Norm Vogt, Inc.
Cassutt, Hays & Friedman, P.A.

530-B Harkle Road
Santa Fe, NM 87505

     /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150