IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,  )<br>)<br>)<br>Plaintiff,   )<br>)<br>-v-   )<br>)<br>RAMON ARAGON et al.,   )<br>)<br>Defendants.   )<br>)   | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

ORDER SETTING STATUS CONFERENCE

THIS MATTER is before the Special Master to guide the course of the Rio Chama Stream System adjudication and pursuant to the Administrative Order Setting Status Conferences, entered September 21, 2004 (Docket No. 4601).

A status conference is set for Tuesday, April 12, 2005, at 10:00 a.m., at the Jury Assembly Room, United States District Court, 130 Federal Place, Santa Fe, New Mexico. The following matters will be discussed:

1. The general status of the adjudication of Sections 3, 5 and 7, by counsel for the State of New Mexico, ex rel. State Engineer (State).

2. Pursuant to the Order entered November 18, 2004 (Docket No. 7660), the progress of settlement negotiations on the quantification of the United States of America's claims under the Wild and Scenic Rivers Act. Counsel for the United States may file a status report in lieu of appearing or may appear via telephone, and should notify the Special Master of his decision at least one week prior to the conference.

3. Pursuant to the Scheduling Order on Irrigation Water Requirements entered February 15, 2005 (No. 7761), a status report on whether or not agreement has been reached regarding the methodology for determining consumptive irrigation requirements, and any required adjustments to the Scheduling Order.

6. Pursuant to the Orders entered February 8, 17 and 18, 2005 (Nos. 7759, 7763, and 7765), the status of the litigation on the following disputed subfiles, including a brief statement of the issues:

   a. CHRU-004-0039, Hope Miner and Norm Vogt, Inc.

   b. CHRU-003-0001, Elizabeth T. Peralta and Alfred Q. Peralta and Norm Vogt, Inc.

   c. CHRB-002-0001, Joe and Rosina Garcia Revocable Trust

   d. CHRB-002-0002, Joe Mundy

7. The January 4, 2005, amendments to Rule 1-004 of the New Mexico Rules of Civil Procedure for the District Courts regarding service of process, and the implications, if any, for federal court adjudications.

8. Any other relevant matters.

9. Items which should be included in the next status conference set for Tuesday, June 14, 2005, and to be held in Santa Fe.

Attendance by parties involved in the matters listed above is mandatory. Attendance by any other party is optional. The State shall serve this order on unrepresented individuals involved in Paragraph 6, above.

IT IS SO ORDERED.

           /electronic signature/
SPECIAL MASTER VICKIE L. GABIN