IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, *et al.,* | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that pursuant to the *Scheduling Order on Irrigation Water Requirements* entered February 15, 2005 (Docket No. 7761) I have caused the State of New Mexico's proposed Stipulation on Methodology Used to Determine Consumptive Use of Crops in Sections 3, 5 and 7 of the Rio Chama Stream System to be mailed to the following on March 11, 2005 via first-class mail postage prepaid.

Mary E. Humphrey
Attorney for Gallina-Capulin Acequia Association
P.O. Box 1574
El Prado, NM 87529-1574

John W. Utton
Attorney for Associación de Acéquias Norteñas de Rio Arriba
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Lester K. Taylor
Susan G. Jordan
Attorneys for Jicarilla Apache Nation
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP

405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Fred J. Waltz
Attorney for Rio Chama Acequia Association
P.O. Box 6390
Taos, NM 87571

I also certify that pursuant to the *Scheduling Order on Irrigation Water Requirements* entered February 15, 2005 (Docket No. 7761) I have caused the State of New Mexico's specific proposal with respect to the Weighted Consumptive Irrigation Requirement (CIR) and Farm Delivery Requirement (FDR) in Section 5 of the Rio Chama Stream to be mailed to the following on March 18, 2005 via first-class mail postage prepaid.

Mary E. Humphrey
Attorney for Gallina-Capulin Acequia Association
P.O. Box 1574
El Prado, NM 87529-1574

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150