IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>    Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-002-0027A** |

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court upon the March 6, 2005, Motion to Vacate Consent Order (Docket No. 7777), filed by the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed October 29, 2001 (No. 6398) in Subfile CHGA-002-0027A is vacated.

IT IS FURTHER ORDERED that within 60 days of the entry of this Order, the State and Defendants Gabriel Maestas Jr., Mary Ann Maestas, Genevieve M. Velasquez and Luis Toby Velasquez shall file a new Consent Order concerning the Defendants' right to use the public waters of the Rio Chama Stream System.

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

____/electronic signature/____
SPECIAL MASTER VICKIE L. GABIN