IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*, State Engineer,         69cv07941-BB-ACE
    Plaintiff,         RIO CHAMA ADJUDICATION

-v-

      Ranchitos Ditch

RAMON ARAGON, *et al.*
    Defendants.

## NOTICE OF ERRATA

Comes now the Court *sua sponte* and gives notice of the following error in the March 9, 2005 Order Vacating Individual Subfile Orders (Doc. No.7778).

The name of the Adjudicated Owner for subfile 532, Map/Tract 4.3 is incorrectly shown as Enrique Lopez. The correct name of the Adjudicated Owner is Enrique Garcia.

                                                                    /s/ Bruce D. Black
                                                                    BRUCE D. BLACK
                                                                    UNITED STATES DISTRICT JUDGE

Approved:

     /electronic signature/
SPECIAL MASTER VICKIE L. GABIN