IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.  The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Garcia Lazy J. Ranch Inc. | CHTA-001-0003 | 1200 Calle Sombra, Española NM 87532 |
| Olivia M. Cordova | CHRB-003-0008B | PO Box 68, Tierra Amarilla NM 87575 |
| Estate of Nicolas Martinez | CHRB-007-0062 | c/o Robert J. Torrez<br>8109 Corte del Viento NW, ABQ NM 87120 |
| Carlos R. Manzanares | CHRB-009-0003B<br>CHRB-009-0003C | PO Box 196, Tierra Amarilla NM 87575 |

| Name | ID | Address |
|---|---|---|
| Debbie Manzanares | CHRB-009-0003B | PO Box 196, Tierra Amarilla NM 87575 |
| Richard Padilla | CHRB-009-0028 | 1605 Caminito Monica, Sante Fe NM 87501 |
| Emma Padilla | CHRB-009-0028 | 1605 Caminito Monica, Sante Fe NM 87501 |
| Mary Alice Casados | CHRU-001-0020 | PO Box 128, Los Ojos NM 87551 |
| Russell Casados Jr. | CHRU-001-0020 | PO Box 128, Los Ojos NM 87551 |
| Natividad Manzanares | CHRU-003-0012 | PO Box 100, Tierra Amarilla NM 87575 |
| Patrick L. McGaughey | CHRU-004-0031 | 109 Sherwood Blvd., Los Alamos NM 87544 |
| Abel Armijo | CHRU-004-0047 | 513 Apodaca Hill, Santa Fe NM 87501 |
| Diana Armijo | CHRU-004-0047 | 513 Apodaca Hill, Santa Fe NM 87501 |
| Deborah L. Martinez | CHCC-003-0003 | 11407 Del Rey Ave. NE, ABQ NM 87122 |
| Michael A. Martinez | CHCC-003-0003 | 11407 Del Rey Ave. NE, ABQ NM 87122 |
| Marcus J. Martinez | CHCC-003-0003 | 10121 Signal NE, ABQ NM 87122 |
| Lizette M. Martinez | CHCC-003-0003 | 10121 Signal NE, ABQ NM 87122 |
| Cumbres & Toltec Scenic Railroad Commission | CHCV-001-0007 | PO Box 561, Antonito CO 81120 |
| Rebecca Hurd | CHCV-002-0017 | 355 West 6th Street, Chama NM 87520 |
| Robert Hurd | CHCV-002-0017 | 355 West 6th Street, Chama NM 87520 |
| Melvin E. Kurth, Jr. | CHCV-004-0001 | 235 Camino Del Norte, Santa Fe NM 87501 |
| Leonard Jensen | CHCV-005-0003<br>CHCV-005-0004 | PO Box 945, Chama NM 87520 |

| | | |
|---|---|---|
| Marilyn Jensen | CHCV-005-0003<br>CHCV-005-0004 | PO Box 945, Chama NM 87520 |

1.    These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico.  This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2.    The persons or entities listed above are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 7 of the Rio Chama Stream System.

DATED: March 25, 2005

Respectfully submitted,

 /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Motion to Join Additional Parties Defendant were mailed to following persons on March  29 , 2005.

 /s/ Ed Newville
Edward G. Newville

**RIO CHAMA SECTION 7 SERVICE LIST**

| | | |
|---|---|---|
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384<br><br>Karla McCall, Data Manager. | 1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031<br><br><br>Bradley  S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD | 999 18th St., Suite 945<br>Denver, CO 80202<br><br><br>John W. Utton, Esq.<br>Sheehan, Sheehan & Stelzner PA<br>P.O. Box 271 |

Albuquerque, NM  87103-0271

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash
& Bladh, LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted  J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission

Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6605 Uptown Blvd. NE Suite 280
Albuquerque, NM 87110

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027