IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## **NOTICE OF DISMISSAL**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Tierra Amarilla</u>

| | |
|---|---|
| Cecilia Campos | CHTA-004-0002 |
| Faustin Martinez | CHTA-003-0031 |

<u>Village of Chama</u>

| | |
|---|---|
| Cumbres & Toltec Scenic Railroad Corporation | CHCV-001-0007 |
| Hattie L. Deyapp | CHCV-002-0017 |
| Virginia Martinez | CHCV-002-0036 |
| H & H Minerals, Inc., Employees' Pension Plan & Trust | CHCV-004-0001 |
| George Fisher | CHCV-005-0004 |

Della Fisher                                           CHCV-005-0036

                                              Respectfully submitted,

                                              /s/ Ed Newville
                                          EDWARD G.  NEWVILLE
                                          Special Assistant Attorney General
                                          Office of State Engineer
                                          P.O. Box 25102
                                          Santa Fe, NM 87504-5102
                                          (505) 827-6150

## CERTIFICATE OF SERVICE

     I hereby certify that copies of the above Notice of Dismissal  mailed to following persons on March   29   , 2005.

                                            /s/ Ed Newville
                                            Edward G. Newville

## RIO CHAMA SECTION 7 SERVICE LIST

| | | |
|---|---|---|
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | Santa Fe, NM 87505<br><br>Benjamin Philips, Esq.<br>John F. McCarthy, Jr., Esq.<br>Rebecca Dempsey, Esq. | Albuquerque, NM 87102<br><br>Pierre Levy, Esq.<br>Law Offices of Daniel J. O'Friel Ltd.<br>P.O. Box 2084 |
| Karla McCall, Data Manager.<br>1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031 | White, Koch, Kelly & McCarthy PA<br>P.O. Box 787<br>Santa Fe, NM 87504-0787 | Santa Fe, NM 87504-2084<br><br>John P. Hays, Esq.<br>Cassutt, Hays, & Friedman PA |
| Bradley  S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 | Lester K. Taylor, Esq.<br>Susan G. Jordan, Esq.<br>Nordhaus, Haltom, Taylor, Taradash<br>& Bladh, LLP<br>405 Dr. Martin Luther King Ave NE<br>Albuquerque, NM 87102-3541 | 530-B Harkle Road<br>Santa Fe, NM 87505<br><br>Daniel Cleavinger, Esq.<br>P.O. Box 2470<br>Farmington, NM 87499 |
| John W. Utton, Esq.<br>Sheehan, Sheehan & Stelzner PA<br>P.O. Box 271<br>Albuquerque, NM  87103-0271 | Tessa T. Davidson, Esq.<br>The Davidson Law Firm<br>P.O. Box 2240<br>Corrales, NM 87048 | Ted  J. Trujillo, Esq.<br>P.O. Box 2185<br>Española, NM 87532-2185 |
| Paula Garcia<br>NM Acequia Association<br>607 Cerrillos Road, Suite F | Marcus J. Rael, Jr. Esq.<br>500 4th Street NW, Suite 200 | Karen L. Townsend, P.C.<br>120 East Chaco<br>Aztec, NM 87410 |

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, Esq.
Martin E. Threet and Associates
6605 Uptown Blvd. NE Suite 280
Albuquerque, NM 87110

Kurt J. Van Deren
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027