IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-002-0050** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed April 10, 2002 (Docket No. 6650) in connection with Defendant MIKE JACQUEZ and Subfile CHGA-002-0050, and as grounds Plaintiff states as follows:

1. The Consent Order filed April 10, 2002 in Subfile CHGA-002-0050 incorrectly describes the location of the irrigated acreage. The description of the amount of irrigated acreage (9.1 acres) is correct.

2. The Consent Order filed April 10, 2002 in Subfile CHGA-002-0050 should be vacated.

3. The Defendant has signed and approved a revised Consent Order to be filed with the Court that corrects the errors described in paragraph one above.

4. The Defendant supports the granting of this motion.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed April 10, 2002 (Docket No. 6650) in connection with Defendant Mike Suazo and Subfile CHGA-002-0050.

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to following persons on March   29  , 2005.

        /s/ Ed Newville
        Edward G. Newville

**RIO CHAMA SECTION 5 SERVICE LIST**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Mike Jacquez
906 N. Monterey Avenue
Farmington, NM 87401