IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
05 MAR 25 PM 3:57
CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

　　　　Plaintiff,

vs.

RAMON ARAGON, *et al.*,

　　　　Defendants.

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

Subfile No. CHGA-002-0021A

## ORDER CORRECTING CONSENT ORDER
## AND SUBSTITUTING SUBFILE MAP

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed March 10, 2005 (Docket No. 7783) to correct the Consent Order filed March 8, 2001 (No. 6207) in connection with defendant DAVID CHAVEZ and subfile CHGA-002-0021A.

Being fully advised in the premises, the Court finds that the Motion to Correct Consent Order and Substitute Subfile Map is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the subfile map attached as Exhibit A to the State's Motion and this Order is substituted for the subfile map attached to the Consent Order filed March 8, 2001.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce D. Black
　　　　　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Approved:

/s/ Vickie L. Gabin
Special Master Vickie L. Gabin



