IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

               Plaintiff,

       vs.

RAMON ARAGON, *et al.,*

            Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile Nos.  CHRB-002-0001**
**CHRB-002-0002**

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to the Pretrial Order entered March 8, 2004 (Docket No. 7427), amended February 8, 2005 (Doc. No. 7759),  I have caused the State of New Mexico *ex rel.* State Engineer's *Identification of Witnesses and Exhibits* to be mailed to the following defendants on this 4th day of April, 2005 via priority mail postage prepaid.

Subfile CHRB-002-0001
Joe and Rosina Garcia Revocable Trust
c/o Joe O. Garcia Jr., Trustee
P.O. Box 90398
Albuquerque, NM 87199

Subfile CHRB-002-0002
Mundy Ranch, Inc.
c/o James Mundy
HC 75, Box 81
Chama, NM 87520

      /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150