IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 APR 12 PM 2: 02

CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the Relation of State Engineer, | ) ) ) |
| Plaintiff, | ) 69cv07941-BB-ACE |
| v. | ) RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al. | ) Section 7 |
| | ) Subfiles   CHRU-004-0039 |
| Defendants. | )              CHRU-003-0001 |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED hereby certify that we caused Defendant Hope Miner's Initial Disclosures to be mailed via first class mail to the following counsel and parties on April 11, 2005.

THE UNDERSIGNED further state that this Certificate of Service replaces that Certificate of Service attached to Defendant Hope Miner's Initial Disclosures.

LEWIS and ROCA JONTZ DAWE, LLP

By _____
Jeffrey H. Albright
Cynthia A. Loehr
Attorneys for Hope Miner
201 Third Street NW, Suite 1950
Albuquerque, New Mexico 87102
Phone: 505-764-5400
Fax:    505-764-5480

7808

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 12th day of April, 2005:

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
PO Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Karla McCall
Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102-3541

Tessa T. Davidson, Esq.
The Davidson Law Firm
PO Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr., Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd
PO Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
PO Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
PO Box 2185
Espanola, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

2

Fred Vigil, Chairman
NM Acequia Commission
Department of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Kurt J. Van Deren, Esq.
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Peter B. Shoenfeld, Esq.
PO Box 2421
Santa Fe, NM 87504-2421

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of State Engineer
PO Box 25102
Santa Fe, NM 87504-5102

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P.A.
PO Box 787
Santa Fe, NM 87504-0787

Martin E. Threet, Esq.
Martin E. Three and Associates
6605 Uptown Blvd. NE, Suite 280
Albuquerque, NM 87110

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
PO Box 2523
Santa Fe, NM 87504-2523

_____
Jeffrey H. Albright