IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
05 APR 11 PM 4:21
CLERK-SANTA FE

STATE OF NEW MEXICO on the
Relation of the State Engineer,

        Plaintiff,

v.

RAMON ARAGON, et al.,

        Defendants.

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM

Subfile Nos. CHRU-004-0039
              CHRU-003-0001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Initial Disclosure of Documents and Witnesses of Defendants Alfred Q. Peralta and Elizabeth T. Peralta was sent via first class mail, postage prepaid, to the following persons on this 11th day of April, 2005.

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, New Mexico 87504-5102

Cynthia A. Loehr, Esq.
Lewis and Roca, L.L.P
201 Third Street N.W.
Albuquerque, New Mexico 87102

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, PA
530 B Harkle Road
Santa Fe, NM 87505

ERNEST L. PADILLA

