IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca |

## **ORDER**

THIS MATTER is before the Court on the State of New Mexico's April 8, 2005 Motion to Set Aside Entry of Default (Doc. No. 7805) of defendants in the Rutheron & Plaza Blanca subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the January 18, 2005 Clerk's entry of default (Docket No. 7715) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Kryan B. Kemper | CHRU-001-0005 |
| Trudy M. Kemper | CHRU-001-0005 |
| Olga Arreguin | CHRU-004-0043 |
| Robert Arreguin | CHRU-004-0043 |

*/s/ Bruce D. Black*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN