IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br>  vs.<br><br>RAMON ARAGON, *et al.*,<br><br>   Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla |

## **ORDER**

  THIS MATTER is before the Court on the State of New Mexico's April 8, 2005 Motion to Set Aside Entry of Default (Doc. No. 7803) of defendants in the Rito de Tierra Amarilla subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

  IT IS ORDERED, THEREFORE, that the December 12, 2004 Clerk's entry of default (Docket No. 7680) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Rose M. Romero | CHTA-003-0018 |
| Paul Trachtman | CHTA-003-0048 |
| Benjamin R. Trujillo | CHTA-003-0049<br>CHTA-004-0025 |
| Joe E. Silva | CHTA-004-0027A |
| Vicki Silva | CHTA-004-0027A |
| Cecil Cox | CHTA-004-0030 |

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

___/electronic signature/___
SPECIAL MASTER VICKIE L. GABIN