IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

## ORDER

  THIS MATTER is before the Court on the State of New Mexico's April 8, 2005 Motion to Set Aside Entry of Default (Doc. No. 7807) of defendants in the Village of Chama subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

  IT IS ORDERED, THEREFORE, that the January 18, 2005 Clerk's entry of default (Docket No. 7712) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Marcella Trujillo | CHCV-002-0032 |
| Josefa Trujillo | CHCV-002-0033 |
| Betty M. Martin | CHCV-003-0012 |

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN