IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

## **ORDER**

THIS MATTER is before the Court on the State of New Mexico's April 8, 2005 Motion to Set Aside Entry of Default (Doc. No. 7804) of defendants in the Rio Brazos subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the January 18, 2005 Clerk's entry of default (Docket No. 7713) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Theresa Valdez | CHRB-003-0010 |
| Manuel F. Valdez | CHRB-003-0010 |
| Gloria C. Valdez | CHRB-003-0010 |
| Joe Pino | CHRB-003-0024 |
| Juanita Pino | CHRB-003-0024 |
| Theodore Gonzales | CHRB-004-0005 |
| Maria Elena Gomez | CHRB-004-0005 |
| Albert M. Martinez | CHRB-004-0020 |

| | |
|---|---|
| Gloria Martinez | CHRB-004-0020 |
| Orlando Martinez | CHRB-004-0021 |
| Socorro Martinez | CHRB-004-0021 |
| Rebecca Martinez | CHRB-004-0025 |
| Luis E. Martinez | CHRB-004-0025 |
| George A. Valdez | CHRB-004-0027 |
| Olivia M. Valdez | CHRB-004-0027 |
| Esteban D. Martinez | CHRB-004-0035 |
| Margaret M. Valerio | CHRB-004-0036 |
| Raymond L. Martinez | CHRB-004-0037 |
| Rose Martinez | CHRB-004-0037 |
| Louisa Martinez | CHRB-004-0053 |
| Dorothy Wardlow | CHRB-004-0057 |
| T. J. Wardlow | CHRB-004-0057 |
| Michael C. Ulibarri | CHRB-007-0017 |
| Fernando Salazar | CHRB-007-0025 |
| Margaret Abeyta | CHRB-007-0044 |
| Frances D. Garcia | CHRB-007-0048 |
| Joe E. Martinez | CHRB-007-0051 |
| Polly Martinez | CHRB-007-0051 |
| Gilbert A. Martinez, Jr. | CHRB-007-0055 |

| | |
|---|---|
| Russell Casados | CHRB-008-0006 |
| | CHRB-008-0004B |
| Mary Alice Casados | CHRB-008-0004B |
| Emmanuelita "Amie" Casados | CHRB-008-0007 |
| Juan F. Manzanares | CHRB-009-0004 |
| Joann L. Manzanares | CHRB-009-0004 |
| Manuel D. Tafoya, Jr. | CHRB-009-0010 |
| Maria Varela | CHRB-009-0022 |

/s/ Bruce D. Black
UNITED STATES DISTRICT JUDGE

Recommended for approval:

   /electronic signature/
SPECIAL MASTER VICKIE L. GABIN