IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Cañones Creek |

## **ORDER**

THIS MATTER is before the Court on the State of New Mexico's April 8, 2005 Motion to Set Aside Entry of Default (Doc. No. 7806) of defendant in the Cañones Creek subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the January 18, 2005 Clerk's entry of default (Docket No. 7714) with respect to the following defendant is hereby set aside:

John D. Marrow             CHCC-001-0007

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

        /electronic signature/
SPECIAL MASTER VICKIE L. GABIN