IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv-07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed March 25, 2005 (Docket No. 7793).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Garcia Lazy J. Ranch Inc. | CHTA-001-0003 | 1200 Calle Sombra, Española NM 87532 |
| Olivia M. Cordova | CHRB-003-0008B | PO Box 68, Tierra Amarilla NM 87575 |
| Estate of Nicolas Martinez | CHRB-007-0062 | c/o Robert J. Torrez<br>8109 Corte del Viento NW, ABQ NM 87120 |
| Carlos R. Manzanares | CHRB-009-0003B<br>CHRB-009-0003C | PO Box 196, Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Debbie Manzanares | CHRB-009-0003B | PO Box 196, Tierra Amarilla NM 87575 |
| Richard Padilla | CHRB-009-0028 | 1605 Caminito Monica, Sante Fe NM 87501 |
| Emma Padilla | CHRB-009-0028 | 1605 Caminito Monica, Sante Fe NM 87501 |
| Mary Alice Casados | CHRU-001-0020 | PO Box 128, Los Ojos NM 87551 |
| Russell Casados Jr. | CHRU-001-0020 | PO Box 128, Los Ojos NM 87551 |
| Natividad Manzanares | CHRU-003-0012 | PO Box 100, Tierra Amarilla NM 87575 |
| Patrick L. McGaughey | CHRU-004-0031 | 109 Sherwood Blvd., Los Alamos NM 87544 |
| Abel Armijo | CHRU-004-0047 | 513 Apodaca Hill, Santa Fe NM 87501 |
| Diana Armijo | CHRU-004-0047 | 513 Apodaca Hill, Santa Fe NM 87501 |
| Deborah L. Martinez | CHCC-003-0003 | 11407 Del Rey Ave. NE, ABQ NM 87122 |
| Michael A. Martinez | CHCC-003-0003 | 11407 Del Rey Ave. NE, ABQ NM 87122 |
| Marcus J. Martinez | CHCC-003-0003 | 10121 Signal NE, ABQ NM 87122 |
| Lizette M. Martinez | CHCC-003-0003 | 10121 Signal NE, ABQ NM 87122 |
| Cumbres & Toltec Scenic Railroad Commission | CHCV-001-0007 | PO Box 561, Antonito CO 81120 |
| Rebecca Hurd | CHCV-002-0017 | 355 West 6th Street, Chama NM 87520 |
| Robert Hurd | CHCV-002-0017 | 355 West 6th Street, Chama NM 87520 |
| Melvin E. Kurth, Jr. | CHCV-004-0001 | 235 Camino Del Norte, Santa Fe NM 87501 |

| | | |
|---|---|---|
| Leonard Jensen | CHCV-005-0003<br>CHCV-005-0004 | PO Box 945, Chama NM 87520 |
| Marilyn Jensen | CHCV-005-0003<br>CHCV-005-0004 | PO Box 945, Chama NM 87520 |

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN