IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>     Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>     Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Cañones Creek<br><br>**Subfile No. CHCC-001-0014** |

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, for Substitution of Parties filed March 25, 2005 (Doc. No. 7797).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that JIM EWBANK and ORLINDA NARANJO are substituted for Defendant JACK & PEARLINE TREGELLIS REVOCABLE TRUST in these proceedings.

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

   /electronic signature/
SPECIAL MASTER VICKIE L. GABIN