IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>             Plaintiff,<br><br>     vs.<br><br>RAMON ARAGON, *et al.,*<br><br>             Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-002-0015** |

## ORDER

THIS MATTER is before the Court upon the March 25, 2005 Motion to Vacate Consent Order (Doc. No. 7796), filed by the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed January 18, 2001 (Doc. No. 6123) in Subfile CHGA-002-0015 is vacated.

IT IS FURTHER ORDERED that the State and Defendant Raymond Suazo shall file a new Consent Order concerning the Defendant's right to use the public waters of the Rio Chama Stream System within 60 days of this Order.

                                                                  /s/ Bruce D. Black
                                                         BRUCE D. BLACK
                                                         UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN