IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

**Subfile   No.   CHGA-002-0050**

## **ORDER**

THIS MATTER is before the Court upon the March 25, 2005 Motion to Vacate Consent Order (Doc. No. 7795), filed by the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed April 10, 2002 (Doc. No. 6650) in Subfile CHGA-002-0050 is vacated.

IT IS FURTHER ORDERED that the State and Defendant Mike Jacquez shall file a new Consent Order concerning the Defendant's right to use the public waters of the Rio Chama Stream System within 60 days of this Order.

                                                      /s/ Bruce D. Black
                                                      BRUCE D. BLACK
                                                      UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN