IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

05 APR 15 PM 2: 24

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO ex rel.<br>State Engineer, et al., | )<br>)<br>) |
| Plaintiffs, | ) 69cv07941-BB-ACE |
| v. | ) RIO CHAMA ADJUDICATION |
| RAMON ARAGON, et al., | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE
### FOR THE CITY OF ESPANOLA

COMES NOW Stein & Brockmann, P.A. (James C. Brockmann and Jay F. Stein) and enters its appearance on behalf of the City of Espanola.

Dated this 15th day of April, 2005.

Respectfully submitted,

_____
James C. Brockmann
Jay F. Stein
STEIN & BROCKMANN, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250
Telephone    (505) 983-3880
Fax:         (505) 986-1028

Attorneys for City of Espanola

## CERTIFICATE OF SERVICE

It is hereby certified that on the 15th day of April, 2005, a true and correct copy of the foregoing **Entry of Appearance** was served on the following parties by First Class Mail, postage prepaid:

Edward G. Newville
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, N.M. 87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Aqua Tek
Karla McCall
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Fred J. Waltz
Box 6390
Taos, NM 87571

Joseph V.R. Clarke
Cuddy, Kennedy, Alberta &
   Ives, LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash &
   Bladh, LLP
405 Dr. Martin Luther King, Jr., Ave. NE
Albuquerque, NM 87103-0271

Susan G. Jordan
Nordhaus, Haltom, Taylor, Taradash &
   Bladh, LLP
1239 Paseo de Peralta
Santa Fe, NM 87501

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

K. Janelle Haught
NMHSTD
P.O. Box 2348
Albuquerque, NM 87504-2348

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton,
Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM  87103-0586

C. Mott Wooley
112 W. San Francisco St.
Suite 312C
Santa Fe, NM  87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM  87502-5333

Benjamin Phillips
John f. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM  87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM  87504-1508

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM  87575

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM  87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM  87501-3722

John E. Farrow
Farrow, Farrow & Strozz
P.O. Box 35400
Albuquerque, NM  87176

Randolf B. Felker
Felker, Ish Ritchie & Geer
911 Old Pecos Trail
Santa Fe, NM  87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM  87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM  87530

Paula Garcia
NM Acequia Association
430 W. Manhattan, Suite 5
Santa Fe, NM  87501

David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO 80202

Ted J. Trujillo
P.O. Box 2185
Espanola, NM 87532

Pierre Levy
Law Office of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, Suite 1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Suite F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

David Mielke
Sonosky, Chambers, Sachse, Endreson &
   Mielke, LLP
500 Marquette Ave., NW, Suite 700

Kurt J. Van Deren
Hatch, Allen Shepherd, P.A.
P.O. Box 30488
Albuquerque, NM 87190-048

_____
James C. Brockmann