UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: 4-27-05

## CLERK'S MINUTES OF HEARING

### HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: STATE of NM v. ARAGON, 69cv07941-BB-ACE

RIO CHAMA ADJUDICATION; SECTIONS 3, 5 + 7

DATE OF HEARING: April 12, 2005     TIME: 10:00 a.m.

COUNSEL:

PLAINTIFF:
ED NEWVILLE
ARIANNE SINGER

DEFENDANTS:
MARY HUMPHREY, GARY FRIEDMAN
FRED WALTZ, JOHN UTTON
PETER SHOENFELD, PIERRE LEVY

NOTES: RE: ORDER SETTING STATUS CONFERENCE (# 7788 filed 3-17-05)
The Status Conference took place as scheduled at USDC in Santa Fe, N.M. Matters discussed included:

1) General status of adjudication of Sections 3, 5 + 7: Sec 5 almost completed; Sec 3 could be partly closed by end of year; Large number of consent orders + other orders to complete in Sec 7.

2) U.S. Wild + Scenic Review claims (pursuant to order # 7660 filed 11-18-04). US reported negotiations w/ State proceeding; req for additional time - until next status conference. Parties are to produce a detailed interim status report.

3) Irrigation Water Requirements (pursuant to order # 7761 filed 2-15-05) State reported presenting proposed modified

COURT REPORTER: NONE     OTHERS IN ATTENDANCE: SEE ATTACHED LIST

7823                                     PAGE 1 of 4

Blaney-Criddle) technology to determine consumptive use of water by grasses to Sections 3, 5 & 7; with specific proposals for determining CIR & PDR in Sec 5; there has been no response. Experts doing the calculation will meet soon with consultants for Acequia Assn to resolve any disagreements on how final numbers determined; when agreement is reached parties will advise the Court.

4) Priorities proceedings; discussion of coordinating priorities with orders to show cause; State is to write status report before next status conference & propose how to proceed if it has been worked out to coordinate the two or how to proceed if it has not been worked out.

5) Disputed Subfiles - CHRU-004-0039 & CHRU-003-0001. atty for one party presented statement of issues; discussing non-attendance of attys and late filings of disclosures.

CHRB-002-0001 & CHRB-002-0002. State will contact claimants to accomplish agreement on claims; if cannot agree will file motion to bring matter to close.

6) CHRB-009-0001 & CHRB-009-0021 - atty reported clients working on property and wishes to resolve claims; State reported that may be able to look at the property soon.

7) OSE: hydrosurvey team will be working in Sec 3 & Sec 7 this summer.

8) Amendments to NM Rules of Civil Procedure Rule 1-004, Jan 4, 2005, discussion of how changes in state procedural rules for service would be implemented in accordance with Fed.R.Civ.P.

9) Items for next status conference, June 14, 2005, in Santa Fe: Follow up on: CIR; matters having to do with property determination; procedure for orders to show cause; completing Sec 5; non-attendance of attys at status conference.

PAGE 2 of 4

# CHAMA ADJUDICATION
### State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
### Sections 3, 5 & 7 General Status Conference

### Tuesday, April 12, 2005

## ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Pierre Levy | P.O. Box 2084 Santa Fe | 87504-2084 | 982-5929 |
| Peter Shoenfeld | POB 2421 Santa Fe | 87504-2421 | 982-3566 |
| Fred Waltz | Box 2694 Taos, NM 87571 | | 758-0407 |
| Mary Humphrey | PO Box 1574 El Prado, NM 87529 | | 758-2203 |
| Gabriel Ruel | P.O. Box 603 Questa NM 87556 | | |
| A Wistful Rael | P.O. Box 603 Questa, NM 87556 | | 586-0734 |
| Eo Newville | OSE | | 867-7444 |
| Chris Rodriguez | OSE | | 827-6113 |
| Gary Friedman | 530-B Harkle Rd, Santa Fe, NM 05 | | 984-1434 |
| Aubrey Owen | Rio Chama Acequia PO Box 75 Abiquiu | 87510 | 685-4436 |
| Alfonso Martinez | P.O. Box 4 Abiquiu NM 87510 | | 685-4413 |

**Please See Next Page**

# CHAMA ADJUDICATION
### State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
#### Sections 3, 5 & 7 General Status Conference

Tuesday, April 12, 2005

## ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|------|---------|----------|-----------|
| Fred Vigil | Box 687 Medanales | 87548 | 685-4768 |
| John Utton | PO Box 271, Aby, NM | 87501 | 247-0411 |
| Arianne Singer | OSE | | 827-3866 |

**Please See Next Page**

PAGE 4 of 4