IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

05 MAY -6 AM 9: 35

CLERK SANTA FE

STATE OF NEW MEXICO *ex rel.* )
State Engineer, )
 )
    Plaintiff, )  No. CV 7941
 )
v. )  RIO CHAMA Stream System
 )
ROMAN ARAGON, *et al.*, )  Wild & Scenic River Section
 )
    Defendants. )
_____)

## UNITED STATES' INTERIM STATUS REPORT

The parties joint Status Report of November 15, 2004 explained that in the fall of 2004 the United States submitted a written proposal to the State and the Acequias participating in this matter addressing settlement of the United States' Wild and Scenic Rivers Act federal reserved water right on the Rio Chama and that both attorneys for the parties and technical representatives of the parties had met to discuss the United States' proposal.

Since that report the State has completed its technical analysis of the United States' proposal. In January of this year, a team of State employees with applicable resource expertise and an outside consultant reviewed the United States' proposal. Both produced reports which commented on the United States' analysis and proposed an alternative basis for a settlement of the water right.

The United States in turn had a an interdisciplinary team of resource experts review the State's reports and settlement proposal. The United States also independently re-assessed some of the work done as its claim was developed. This led the United States to re-evaluate its settlement proposal. Developing the new proposal required internal vetting both

locally and with the Forest Service's Washington office.

In early April, counsel for the United States sent Counsel for the State a letter which addressed technical issues raised in the State's report and presented a revised settlement offer. The United States also sent the letter to counsel for the Rio Chama Acequia Association and the Associacion de Acequia Nortenas de Rio Arriba. On April 19, counsel for the United States met with attorneys for the State and provided additional explanation of the United States' proposal.

The United States has been informed the State is evaluating the United States' revised settlement offer and is preparing a response to the United States' proposal that will also be made available to counsel for the Rio Chama Acequia Association and the Associacion de Acequia Nortenas de Rio Arriba. The United States anticipates that at the regularly schedule June status conference the parties will be able to inform the Special Master that they have either reached a conceptual settlement or will request a schedule for litigation of certain issues.

DATED this 4th day of May, 2005.

Respectfully Submitted,

[signature]

DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural
    Resources Division
General Litigation Section
999 18th Street, Suite 945
Denver, Colorado 80202
Phone:      (303)312-7352
Fax::       (303)312-7379

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **UNITED STATES INTERIM STATUS REPORT** was sent via First Class Mail, to the following on May 5, 2005.

*/s/ Jennifer S. Vaughn*

Jennifer S. Vaughn

### State of New Mexico v. Aragon
### Service List

Edward G. Newville/Bruce Frederick
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
Fax: (505) 827-6154
　　　(505) 827-6188

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421
Fax: (505) 982-5520

AquaTek
Karla McCall
1315 Sagebrush Dr., SW
Los Lunas, NM 87031
Fax: (505) 866-9456

Fred Vigil, Chairman
NM Acequia Assoc.
P.O. Box 687
Mendanales, NM 87548-0687
VIA USPS MAIL

Fred J. Waltz
Box 6390
Taos, NM 87571
Fax: (505) 758-0407

Joseph V. R. Clarke
Cuddy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160
Fax: (505) 954-7373

Lester K. Taylor
Lee Bergen
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87103-0271
Fax: (505) 247-3677

Susan G. Jordan
Nordhaus, Haltom, Taylor, Taradash & Bladh, LLP
1239 Paseo De Peralta
Santa Fe, NM 87501
Fax: (505) 982-1827

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384
Fax: (505) 988-6473

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton, Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068
Fax: (505) 982-8623

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149
Fax: (505) 827-5469

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM 87103-0586
Fax: (505) 248-6013

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271
Fax: (505) 842-8890

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM 87502-5333
Fax: (505) 982-0185

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787
Fax: (505) 984-8631

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574
Fax: (505) 758-5129

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Fax: (505) 827-5826

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM 87575
Fax: (505) 588-0301

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505
Fax: (505) 992-8378

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176
Fax: (505) 889-0553

Randolf B. Felker
Felker, Ish, Ritchie, Sullivan
 & Geer, P.A.
911 Old Pecos Trail
Santa Fe, NM 87501
Fax: (505) 983-4876

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120
VIA USPA

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530
VIA USPS

Paula Garcia
NM Acequia Association

430 W. Manhattan, Ste. 5
Santa Fe, NM 8750
VIA USPS

Tessa T. Davidson
Davidson Law Firm, LLC
PO Box 2240
Corrales, NM 87048
Fax: (505) 792-5166

Marcus J. Rael, Jr.
500 Oak Street, NE Suite 201
Albuquerque, NM 87106
Fax: (505) 242-1106

Ted J. Trujillo
Cebolla Mutual Domestic Water Users Assoc.
P.O. Box 2185
Española, NM 87532
Fax: (505) 753-5150

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084
Fax: (505) 988-5973

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102
Fax: (505) 346-0997

NM Acequia Commission
c/o B. Jessie Monfort Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503
Fax: (505) 827-4948

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
P.O. Box 30488

Albuquerque, NM 87190-0488
Fax: (505) 341-3434

Updated December 2004