IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAY 1 7 2005

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-003-0010**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**GLORIA C. VALDEZ**
**MANUEL F. VALDEZ**
**THERESA VALDEZ**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing

    below, the State and the Defendant(s) have approved and accepted the elements of

    Defendant's water rights as set forth in paragraph 4 herein.



3.   There is no just reason for delay for the entry of a final judgment as to the elements
     of the claims of the Defendant(s) adjudicated by this order.

4.   The right of the Defendant(s) to divert and use the public waters from the Rio Chama
     Stream System, Rio Brazos, Section 7, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** 04546

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
> **Ditch:**          LOS BRAZOS COMMUNITY DITCH
> **Location: X=** 1,555,511   feet  **Y=** 2,088,739  feet
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 11.1  acres |
| | Total | 11.1  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-003-0010

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,
     Section 7, other than those set forth in this order and those other orders entered by this
     Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

       from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

       7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

       any other water right claimant with standing to object prior to the entry of a final decree.

       IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rio Brazos, Section 7,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos,

Section 7, except in strict accordance with the rights set forth herein or in other orders of the

Court.

       The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                          3                    Subfile No.: CHRB-003-0010

ACCEPTED: _Theresa Valdez_     ACCEPTED: _Gloria C. Valdez_
THERESA VALDEZ                   GLORIA C. VALDEZ

ADDRESS: P.O. Box 782          ADDRESS: P.O. Box 56
Cuba, NM  87013                    Los Ojos, NM  87551

DATE: 2/17/05                DATE: 2/17/05

ACCEPTED: _Manl F Valdz_
MANUEL F. VALDEZ

ADDRESS: P.O. Box 87
Los Ojos, NM  87551

DATE: 2/17/05

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

2.24.05
Date

Consent Order              4              Subfile No.: CHRB-003-0010

003-0010
A 11.1 ac.

Los Brazos Community Ditch



LEGEND

Irrigated Tract Boundary          ● Point of Diversion
No Right Tract Boundary           ⊙ Well
Seeped Area                        ✳ Spring
Operable Ditch                     Ⓕ Fallow
Inoperable Ditch
Stock Ponds / Reservoir           ⓃⓇ No Right

1 inch = 300 feet

0  50 100        200        300
                              Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Thomas C. Turney, State Engineer**

**Rio Chama Hydrographic Survey**
**Rio Brazos Section**

Subfile Number
**CHRB 003-0010**
Los Brazos
Community Ditch
December 18, 2001

