IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAY 1 7 2005

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

  Plaintiff,

v.

ROMAN ARAGON, *et al.*,

  Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rio Cebolla, Section 3

**Subfile No.: CHCB-001-0001F**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

    AZALEA MAES
    CELESTE MAES
    IMMANUEL MAES
    JOSHUA MAES
    PETRA J. MAES
    LORIE MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.  The Court has jurisdiction over the parties and the subject matter of this suit.

2.  The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of



the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

   **Office of the State Engineer Files No(s)** 2686

   **Priority:** Reserved for future determination by court order entered July 25, 2000.

   **Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

   **Purpose of Use:** IRRIGATION

   **Point of Diversion:**
   Ditch Name: ACEQUIA DEL PINAVETAL
   Location X: 1,587,026 feet  Y: 2,028,083 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

   **Location and Amount of Irrigated Acreage:**
   Section 18, Township 27N, Range 05E, N.M.P.M.

   | | |
   |---|---|
   | Pt. NW¼ | 1.6 acres |
   | Pt. SW¼ | 9.0 acres |
   | Total | 10.6 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001F.

   **Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

B. **NO RIGHT (Surface Water Only):**

   **Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface waters of the Rito del Tanque, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch Name:** ACEQUIA DEL PINAVETAL
    **Location X:** 1,587,026 feet  **Y:** 2,028,083 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**
    Section 18, Township 27N, Range 05E, N.M.P.M.

| | |
|---|---|
| Pt. SW¼ | 1.9 acres |
| Total | 1.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-001-0001F.

**Amount of Water:** NONE

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

ACCEPTED: _____
CELESTE MAES

ADDRESS: 4301 Casa Way
#814
Oceanside Calif 92057

DATE: _____

ACCEPTED: _____
IMMANUEL MAES

ADDRESS: 2363 Botolph Rd.
Santa Fe, NM 87505

DATE: _____

ACCEPTED: _____
AZALEA MAES
ADDRESS: 4201 CASA NUA WAY #814
Oceanside CA
DATE: 7/05

ACCEPTED: _____
JOSHUA MAES
ADDRESS: 3535 Cameo Dr #118
Oceanside CA 92056
DATE:

ACCEPTED: _____
LORIE MARTINEZ
ADDRESS: 3 Desert Sky Rd SE
Albuquerque NM 87123
DATE:

ACCEPTED: _____
PETRA J. MAES
ADDRESS: 2363 Botulph
Santa Fe, NM 87505
DATE:

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

11.15.04
Date

