**FILED**
at Santa Fe, NM

MAY 1 8 2005

MATTHEW J. DYKMAN
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,
      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rutheron & Plaza Blanca, Section 7
Subfile No.: CHRU-004-0040

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

          **JOSEPH J. PIUMA**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.      The Court has jurisdiction over the parties and the subject matter of this suit.

2.      The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System,  Rutheron & Plaza Blanca, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.      There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama
        Stream System, Rutheron & Plaza Blanca, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s):** 1545 & 1699
**Priority:**  Reserved for future determination by court order entered November 26, 2001.
**Source of Water:** Surface water of the Rio Chama, a tributary of the Rio Grande.
**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
            **Ditch Name:**  WILLOW CREEK MESA DITCH
            **Location X:**  1,548,909  feet  **Y:**  2,103,084 feet
            New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2  acres |
| | Total | 0.2 acres |

        As shown on the 2002 Hydrographic Survey Map CHRU- 4.
**Amount of Water:** Reserved for future determination by court order entered November
                26, 2001.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Rutheron &
        Plaza Blanca, Section 7, other than those set forth in this order and those other orders
        entered by this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined
        from any use of the surface waters of the Rio Chama Stream System, Rutheron & Plaza
        Blanca, Section 7, except in strict accordance with the water rights described herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of
        any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the

waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, are as set

forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are

enjoined from any diversion or use of the public surface waters of the Rio Chama Stream

System, Rutheron & Plaza Blanca, Section 7, except in strict accordance with the rights set

forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____Vickie L. Gabin_____
SPECIAL MASTER

ACCEPTED: _____
                              JOSEPH J. PIUMA

ADDRESS: PO Box 100
              Chama NM 87520

DATE: 1/19/05

Consent Order                          3                          Subfile No.: CHRU-004-0040

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

3.28.05

Date