IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAY 1 8 2005

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

MATTHEW J. DYKMAN
CLERK

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Cañones Creek, Section 7

**Subfile No.: CHCC-003-0007**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

IDA MARTINEZ
ROBERT MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the elements

    of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.



4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

        Stream System, Cañones Creek, Section 7, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** 0640, 0641, and 0641-A

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

        **Ditch:**        CAÑONES DITCH NO. 1

        **Location:** X= 1,548,337   feet   Y= 2,114,510   feet

        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.9 acres |
| | Total | 2.9 acres |

   As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCC-003-0007

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Cañones

        Creek, Section 7, other than those set forth in this order and those other orders entered by

        this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

      from any use of the surface waters of the Rio Chama Stream System, Cañones Creek,

      Section 7, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

      any other water right claimant with standing to object prior to the entry of a final decree.

      IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7,

except in strict accordance with the rights set forth herein or in other orders of the Court.


      The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

                                        UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER


Consent Order                   3                   Subfile No.: CHCC-003-0007

SIGNATURE _Ida Martinez_          SIGNATURE _Robert Martinez_
            IDA MARTINEZ                       ROBERT MARTINEZ

ADDRESS: _P.C. Box 12_            ADDRESS: _P.O. Box 12_
         _Lia Ojen_                        _Los Ojos_
         _New Mexico 87551_                _New Mexico 87551_

DATE: _____            DATE: _____


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_3.16.05_
Date



Canones Ditch No. 1

Canones Ditch No. 2

003-0007
A 2.9 ac.

LEGEND

☐ Irrigated Tract Boundary
▨ No Right Tract Boundary
■ Seeped Land
►— Operable Ditch / Lateral
—⊢ Inoperable Ditch / Lateral
═ Reservoir / Stock Pond

● Point of Diversion
(F) Fallow
(NR) No Right

1 inch = 200 feet
0   50  100    200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Canones Creek Section**

Subfile Number
**CHCC 003-0007**
Canones Ditch No. 1
AMENDED
January 13, 2005