```
                                              FILED
                                           at Santa Fe, NM

   IN THE UNITED STATES DISTRICT COURT      MAY 1 8 2005
      FOR THE DISTRICT OF NEW MEXICO
                                           MATTHEW J. DYKMAN
                                                CLERK
```

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, <br><br> Plaintiff, <br> v. <br><br> RAMON ARAGON, *et al.*, <br><br> Defendants. | 69cv07941 BB-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Village of Chama, Section 7 <br> **Subfile No.: CHCV-007-0004** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

        LAWRENCE FAMILY, LLC

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Village of Chama, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Village of Chama, Section 7, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** 1241

**Priority:** Reserved for future determination by court order entered November 19, 2002.
Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** RANCH 101 DITCH: Surface water of the Rio Chama.
RANCH 101 DITCH B: Surface water of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:** RANCH 101 DITCH B
    **Location:** X= 1,546,127 feet Y= 2,124,052 feet
    **Ditch:** RANCH 101 DITCH
    **Location:** X= 1,544,358 feet Y= 2,126,566 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Pt. Lots 17-18 Arlington Land Company's Subdivision No. 4

| | |
|---|---|
| Within the Tierra Amarilla Grant | 28.4 acres |
| Total | 28.4 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-007-0004

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of Chama, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Village of Chama, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

*Bruce D. Black*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*
SPECIAL MASTER

SIGNATURE  *B. W. Lawrence*
LAWRENCE FAMILY, LLC

ADDRESS: 9522 Pebble Beach N.E.
Albuq., N. Mex
87111

DATE: 3-14-05

*Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General

3.28.05
Date

Consent Order                    4                    Subfile No.: CHCV-007-0004



| LEGEND | | STATE OF NEW MEXICO<br>Office of the State Engineer<br>John R. D'Antonio, Jr., P.E.,<br>State Engineer | Subfile Number<br>**CHCV 007-0004**<br>Ranch 101 Ditch &<br>Ranch 101 Ditch "B"<br>AMENDED<br>January 25, 2005 |
|---|---|---|---|
| ▢ Irrigated Tract Boundary | ● Point of Diversion | | |
| ▦ No Right Tract Boundary | (F) Fallow | | |
| ■ Seeped Land | (NR) No Right | | |
| ▶ Operable Ditch / Lateral | | 1 inch = 300 feet | Rio Chama Hydrographic Survey<br>Village of Chama Section |
| === Pipeline | | 0 50 100 200 300 Feet | |
| — Reservoir / Stock Pond | | | |