IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
State Engineer,

       Plaintiff,                            No. 69cv07941-BB-ACE
                                        RIO CHAMA STREAM SYSTEM
       vs.                               Section 7

ROMAN ARAGON, et al.,

       Defendants.

## **MOTION TO SET ASIDE DEFAULT JUDGMENT**

      Henry G. Coors moves the Court to set aside a Default Judgment filed October

11, 2004 (docket number 7611) on the grounds that said judgment appears to

adjudicate water rights which Petitioner had previously conveyed to the Rutheron Water

Association.  In support of this Motion, Petitioner would show the Court as follows:

      1.  In 1988, Petitioner purchased approximately 120 acres of land near

Rutheron, New Mexico.

      2.  On this land, 35.3 acres were irrigated with water rights in SEO file 1545 and

1699.

      3.  Petitioner subdivided the land, retained the water rights, and built two ponds.

      4.  Petitioner transferred water rights to two ponds on the property and after a

hearing before the SEO, said transfer was approved.

      5.  Petitioner transferred 10 acre feet of corruptive use water rights to the

Rutheron Water Association to provide property within his previously owned lands with

domestic water.

6.  After a hearing from before the State Engineer, Petitioner was allowed to transfer 10 acre feet to the Rutheron Water Association and Petitioner executed and recorded a deed for said 10 acre feet of water rights to the Rutheron Water Association.

7.  The State Engineer now claims that the Default Judgment filed October 11, 2004 cancels the transfer of water rights to Rutheron Water Association.

<u>Concurrence of Opposing Counsel</u>

Movant has consulted Mr. Ed Newville, counsel for the State and has been advised that the State does not oppose the Motion.  An approved order is not being submitted herewith at the request of Mr. Newville and it is movant's understanding that the matter must first be submitted to the Special Master for review.

WHEREFORE, Petitioner prays that the Default Judgment entered on October 11, 2004 be set aside and thereafter amended so that the transfer of 10 acre feet of water rights to the Rutheron Water Association can be adjudicated.

WALTER L. REARDON, JR., P.A.

_____
WALTER L. REARDON, JR., 2158
Attorney for Henry G. Coors
3733 Eubank Blvd., N.E.
Albuquerque, NM 87111-3536
Telephone: (505) 293-7000
Fax: (505) 293-0831
Email: walter@reardonlawnm.com

We hereby certify that a copy of the foregoing pleading was sent by the method(s) indicated below to the person(s) and indicated address(es) listed below on the 20th day of May, 2005.  If by facsimile or email, the transmission was reported as complete and without error.

_____

Special Master Vickie L. Gabin, sent via first class mail
USDC-DCNM
P. O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall
Data Manager, sent via first class mail
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater
David W. Gehlert, sent via first class mail
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

John W. Utton, sent via first class mail
Sheehan, Sheehan & Stelzner, PA
P. O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia, sent via first class mail
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Phillips
John F. McCarthy
Rebecca Dempsey, sent via first class mail
White, Koch, Kelly & McCarthy, PA
P. O. Box 787
Santa Fe, NM 87504-0787

3

Lester K. Taylor
Susan G. Jordan, sent via first class mail
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King Avenue, N.E.
Albuquerque, NM 87102-3541

Tessa T. Davidson, sent via first class mail
The Davidson Law Firm
P. O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr., sent via first class mail
500 4th Street, N.W., Suite 200
Albuquerque, NM 87102

Pierre Levy, sent via first class mail
Law Offices of Daniel J. O'Friel, Ltd.
P. O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, sent via first class mail
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, sent via first class mail
P. O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, sent via first class mail
P. O. Box 2185
Espanola, NM 87532-2185

Karen L. Townsend, sent via first class mail
120 East Chaco
Aztec, NM 87410

NM Acequia Commission, sent via first class mail
Fred Vigil, Chairman
Dept. of Finance & Administration
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

4

Martin E. Threet, sent via first class mail
Martin E. Threet and Associates
6605 Uptown Blvd., N.E., Suite 280
Albuquerque, NM 87110

Kurt J. Van Deren, sent via first class mail
P. O. Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman, sent via first class mail
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, sent via first class mail
P. O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, sent via first class mail
Padilla Law Firm, PA
P. O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright
Cynthia A. Loehr, sent via first class mail
Jontz, Dawe Gulley & Crown, PC
201 Third Street, N.W., Suite 1950
Albuquerque, NM 87103-1027

Sent By: Karen Madison
Sender's Fax: (505) 293-0545
Sender's Email: wreardon@flash.net