## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,                     69cv07941 JEC-ACE

      v.

ROMAN ARAGON, *et al.*,              RIO CHAMA STREAM SYSTEM
                                    Rutheron & Plaza Blanca, Section 7
      Defendants.                Subfile No.: CHRU-004-004

### AFFIDAVIT

Henry G. Coors being first duly sworn, deposes and states:

1. On November 14, 1988, my wife, Judith A. Coors and myself acquired 120 acres near Rutheron, New Mexico, on which there were sufficient water rights under State Engineer permit 1545 – 1699 to irrigate 35.3 acres from the Willow Creek Mesa ditch as show on Exhibit 1.

2. On January 31, 1992, Henry G. Coors and Judith A. Coors conveyed sufficient water rights to William Maudlin and Linda DeMill to irrigate 8 acres from the Willow Creek Mesa ditch.

3. In 1994, Henry G. Coors and Judith A. Coors subdivided the remaining land into 21 lots.

4. In 1993 and 1996, Henry G. Coors and Judith A. Coors transferred a total of 4.0 acre feet of water rights sufficient to irrigate 5.34 acres of land to the Rutheron Water Association to provide water to 16 lots in the subdivided land.

5. In order to clarify the ownership of all water rights, as shown on Exhibit 2, Henry G. Coors obtained Quitclaim Deeds and Disclaimers from the lot owners of all lots shown in the irrigated area of Exhibit 2. Said Disclaimers and Quitclaim of Water Rights are attached hereto as Exhibits 3 through 12.

1

| Exhibit | Lot No. | Grantor | Recording Information |
|---|---|---|---|
| 3 | B & D | Tim & Diana Andrews | Bk 232 pg 151 |
|  | C | Owned by Henry G. Coors |  |
| 4 | E – 1 | Malcolm & Marilyn Shoppe | Bk 232 pg 154 |
| 5 | F | Charles Moore & Sandra Zuschlag | Bk 232 pg 152 |
| 6 | G – 1 | R. Bruce & Blake French | Bk 232 pg 154 |
| 7 | H – 1 | NM Lifestyles – D Bratton | Bk 232 pg 155 |
|  | I – 1 | Owned by Henry G. Coors |  |
| 8 | J – 1 | Lisa Lopez | Bk 232 pg 156 |
| 9 | K | Jack LaBrier | Bk 232 pg 157 |
| 10 | L | Natalie Krosikov | Bk 232 pg 158 |
| 11 | M | Kenneth & Gloria Carpenter | Bk 232 pg 159 |
| 12 | N & O | Richard & Carol Maul | Bk 232 pg 160 |

6.  On December 7, 1998, Henry G. Coors filed an application for permit to change the point of diversion, place and purpose of use of water rights from irrigation to pond evaporation for water rights sufficient to irrigate 14.66 acres.

7.  After a hearing held on January 9, 2001, before Hearing Officers appointed by the State Engineer's Office, the application of Henry G. Coors was approved and the place and purpose of use was changed to make up losses for pond evaporation for 13.63 acre feet from 14.66 acres pursuant to a decision dated June 21, 2001.

8.  On October 22, 1999, Henry G. Coors filed an application to transfer 10 acre feet of water rights from 9.81 acres of land to the Rutheron Water Association to be used for domestic purposes.

9.  The Protestant Board of County Commission withdrew their protest on June 10, 2002, and Henry G. Coors was advised by S. M. "Buck" Wells of the State Engineer's office that an order approving the application consistent with the Memorandum dated May 17, 2002, to Arianne Singer from S. M. "Buck" Wells would be issued approving the transfer of 6.0 acre feet from 6.81 acres to the Rutheron Water Association from 6.81 acres of land.

10.  In reliance upon said representation, Henry G. Coors and Judith A. Coors executed a Water Rights Deed attached hereto as Exhibit 13 to the Rutheron Water Association.

11.  After deducting the water rights conveyed by Coors from the water rights sufficient to irrigate 35.3 acres, there remains water rights sufficient to irrigate 0.49 acres which should be divided among the owners of Lot D 0.32 acres, Lot F 0.08 acres and Lot G 0.09 acres.

12.  For reasons unknown to Henry G. Coors, the State Engineer never issued his final order resolving his application dated October 22, 1999.

13.  Henry G. Coors was not aware that anyone claimed any interest in the water rights, which were part of the water rights, which he acquired in 1988, and no one in this or any proceeding before the State Engineer gave Henry G. Coors notice of their adverse interest or claim in these water rights.

2

14.    Henry G. Coors and Judith A. Coors do not claim to be the present owners of any water rights from the water rights sufficient to irrigate 35.3 acres except for water right sufficient to irrigate 0.49 acres, which they are willing to convey to the owners of Lots D, F and G.

_____
HENRY G. COORS

STATE OF NEW MEXICO          )
                             ) ss.
COUNTY OF BERNALILLO         )

       SUBSCRIBED AND SWORN to me by Henry G. Coors this 31 day of March, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

_____



OFFICIAL SEAL
KAREN SUE MADISON
NOTARY PUBLIC-STATE OF NEW MEXICO
My commission expires: 7-7-08

READ INSTRUCTIONS BEFORE FILLING OUT THIS FORM

## CHANGE OF OWNERSHIP OF WATER RIGHT

1. NAME OF WATER RIGHT OWNER OF RECORD  Norbert D. Dunham

Mailing Address  13108 Sandstone N.E.

City and State  Albuquerque, New Mexico

the owner and holder of a water right set forth in file number  1545

of record in the office of the State Engineer has conveyed  All  of said right to:
(all or part)

Name  Henry G. Coors

Mailing Address  5600 Wyoming N.E., Suite 250

City and State  Albuquerque, New Mexico  87109

2. IRRIGATION:  The conveyed water right is appurtenant to lands described as follows (describe only lands with actual water right and diversion as that amount of water measured at the well and/or farm headgate):

| SUBDIVISION (District or Hydrographic Survey) | SECTION (Map No.) | TOWNSHIP (Map No.) | RANGE (Tract No.) | ACREAGE | DIVERSION (Acre Feet Per Annum) | PRIORITY |
|---|---|---|---|---|---|---|
| Arlington Land Co. | II | T 3 S | R 2 E | 35.3 | 52.95 | Willow Creek Ditch |
| Tierra Amarilla Grant | | | | | | |
| | | | | TOTAL  35.3 | 52.95 | |

OTHER: Purpose _____ ; Amount _____ (acre feet per annum of diversion); Priority _____

3. DESIGNATE WELLS TO ACCOMPANY THE CONVEYED RIGHT: (To be executed if conveyance involves only a part of a ground water right):

| WELL FILE NO. | SUBDIVISION (District or Hydrographic Survey) | SECTION | TOWNSHIP (Map No.) | RANGE (Tract No.) |
|---|---|---|---|---|
| | | | | |

4. I HEREBY CONSENT TO A LAWFUL CHANGE IN THE PLACE AND/OR PURPOSE OF USE OF THE ABOVE-DESCRIBED WATER RIGHT: (To be executed if water right described above is a right for irrigation purposes and has been conveyed separate from the land to which it is appurtenant.)

The undersigned, being first duly sworn upon oath, deposes and says that he has read the foregoing statements and that the same are true to the best of his knowledge and belief.

_____
Signature

**OFFICIAL SEAL**
A. D. Clarine R. Roche
NOTARY PUBLIC  NEW MEXICO
My bond filed Notary Public State

Subscribed and sworn to before me this  10th  day of  November

My commission expires:  7-24-92     Clarine R. Roche

## INSTRUCTIONS

Change of ownership shall be filed in triplicate and executed either by conveyor (seller) or by the new owner and shall be accompanied by a filing fee of $1.00. If executed by the new owner it shall be accompanied by a certified copy of the deed or other instrument of conveyance.

## FOR STATE ENGINEER USE ONLY

A _____ from _____ to _____
(warranty deed, other)

was found by me to be recorded on the _____ day of _____ A.D. 19 ____ on page

_____ of Book No. _____ of record of _____ County.

By: _____     Date: _____

Date Received  November 14, 1988     File No.  1545-A

*Exhibit 1*



Exhibit 2

## DISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned of Lots B and D, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book O-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lots B and D but only included the obligation on behalf of the grantors to transfer 1/4 acre foot of domestic water rights to an appropriate entity which will provide our lots with domestic water service.

I do further disclaim any water rights appurtenant to Lots B and D, Fort Heron Preserve Subdivision and quticlaim any interest I may have to any water right appurtenant to Lots B and D, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

_____  10/24/98       _____
TIM ANDREWS                              DIANA ANDREWS


## ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO        )
                           )ss.
COUNTY OF Rio Arriba       )

The foregoing instrument was acknowledged before me this 24th day of October, 1998 by Tim Andrews and Diana Andrews.

My commission expires:
7-23-99
                                    _____
                                         Notary Public

OFFICIAL SEAL
CECELIA C. GARCIA
NOTARY PUBLIC - STATE OF NEW MEXICO
Notary Bond Filed With Secretary of State
My Commission Expires 7-23-99

152672
FILED IN THE COUNTY
CLERK'S OFFICE
AT 3:76 O'CLOCK P M
Book 232 Page 151

NOV 19 1998

County Clerk RA County
New Mexico

By _____ Deputy

151

Exhibit 3

## DISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledge that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned dated October 21, 1996, of Lot E-1, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book 0-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lot E-1 but only included the obligation on behalf of the grantors to transfer ¼ acre foot of domestic water rights to an appropriate entity which will provide our lots with domestic water service.

We do further disclaim any water rights appurtenant to Lot E-1, Fort Heron Preserve Subdivision and quitclaim any interest we may have in any water right appurtenant to Lot E-1, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

152674

FILED IN THE COUNTY
CLERK'S OFFICE
AT 3:34 O'CLOCK P M
Book 282 Page 153

MALCOLM SCHOPPE

MARILYN SCHOPPE

NOV 19 1998

County Clark RA County
New Mexico
Deput

### ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO    )
                       )ss.
COUNTY OF RIO ARRIBA   )

The foregoing instrument was acknowledged before me this 13th day of November, 1998 by Malcolm Schoppe and Marilyn Schoppe.

My commission expires:
7-23-99

Notary Public

OFFICIAL SEAL
CECELIA C. GARCIA
NOTARY PUBLIC - STATE OF NEW MEXICO
Notary Bond Filed With Secretary of State
MY Commission Expires 7-23-99

Exhibit 4

## DISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned of Lot F, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book O-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lot F but only included the obligation on behalf of the grantors to transfer 1/4 acre foot of domestic water rights to an appropriate entity which will provide our lot with domestic water service.

I do further disclaim any water rights appurtenant to Lot F, Fort Heron Preserve Subdivision and quitclaim any interest I may have to any water right appurtenant to Lot F, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.


_____         _____
CHARLES MOORE                                    SANDRA ZUSCHLAG


### ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO          )
                             )ss.
COUNTY OF BERNALILLO         )

The foregoing instrument was acknowledged before me this 19th day of October, 1998 by Charles Moore and Sandra Zuschlag.

My commission expires:

_____
                                         Notary Public

10 - 16 - 99

**OFFICIAL SEAL**
JUDITH A. COORS
NOTARY PUBLIC - STATE OF NEW MEXICO
Notary Bond Filed with Secretary of State
My Commission Expires 10 - 16 - 99

152673
FILED IN THE COUNTY
CLERK'S OFFICE
AT 3:30 O'CLOCK P M
Book 232 Page 152

NOV 19 1998

County Clerk RA County
New Mexico
_____ Deputy

152

Exhibit 5

## DISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned of Lot G-1, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book O-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lot G-1 but only included the obligation on behalf of the grantors to transfer 1/4 acre foot of domestic water rights to an appropriate entity which will provide our lot with domestic water service.

I do further disclaim any water rights appurtenant to Lot G-1, Fort Heron Preserve Subdivision and quitclaim any interest I may have to any water right appurtenant to Lot G-1, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

_____          _____
R. BRUCE FRENCH                                      BLAKE FRENCH


## ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO          )
                                                  )ss.
COUNTY OF BERNALILLO        )

The foregoing instrument was acknowledged before me this 30th day of October, 1998 by R. Bruce French and Blake French.

My commission expires:

_____          _____
May 11, 2002                                           Notary Public

152675

FILED IN THE COUNTY
CLERK'S OFFICE
AT 3:30 O'CLOCK P M
Book 232 Page 254

NOV 19 1998

County Clerk RA County
New Mexico
_____ Deputy

*Exhibit 6*

## DISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned dated April 20, 1998 of Lot H-1, Fort Heron Preserve Subdivision as the same is shown and designated on a Replat thereof filed in Book 0-356, Page 3468 of the office of the County Clerk for Rio Arriba County, New Mexico on the 5th day of April, 1995 did not include the right to irrigate all or any portion of said Lot H-1 but only included the obligation on behalf of the grantors to transfer ¼ acre foot of domestic water rights to an appropriate entity which will provide our lot with domestic water service.

We do further disclaim any water rights appurtenant to Lot H-1, Fort Heron Preserve Subdivision and quitclaim any interest we may have in any water right appurtenant to Lot H-1, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

NEW MEXICO LIFESTYLES, INC.

BY: _____
DIANE BRATTON, PRESIDENT

### ACKNOWLEDGEMENT FOR CORPORATION

STATE OF NEW MEXICO    )
                       )ss.
COUNTY OF BERNALILLO   )

The foregoing instrument was acknowledged before me this _16_ day of June, 1998 by Diane Bratton, President of New Mexico Lifestyles corporation, on behalf of said corporation.

OFFICIAL SEAL
Elizabeth Kanla
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _____

_____
Notary Public

FILED IN THE COUNTY
CLERK'S OFFICE
AT 3:4 O'CLOCK _P_ M.
Book ___ Page ___

NOV 19 1998

County Clerk RA County
New Mexico
By _____ Deputy

*Exhibit 7*

## DISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned dated August 7, 1994 of Lot J-1, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book 0-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lot J-1 but only included the obligation on behalf of the grantors to transfer ¼ acre foot of domestic water rights to an appropriate entity which will provide our lots with domestic water service.

I do further disclaim any water rights appurtenant to Lot J-1, Fort Heron Preserve Subdivision and quitclaim any interest I may have in any water right appurtenant to Lot J-1, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

_Lisa Y. Lopez_
LISA Y. LOPEZ

152677
FILED IN THE COUNTY
CLERK'S OFFICE
AT 2:44 O'CLOCK P M
Book 232 Page 156

NOV 19 1998

County Clerk RA County
New Mexico
_____ Deputy

### ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO )
                     )ss.
COUNTY OF RIO ARRIBA )

The foregoing instrument was acknowledged before me this 14th day of November, 1998 by Lisa Y. Lopez.

My commission expires:

7-23-99

OFFICIAL SEAL
CECELIA C. GARCIA
NOTARY PUBLIC - STATE OF NEW MEXICO
Notary Bond Filed With Secretary of State
MY Commission Expires 7-23-99

_Cecelia C. Garcia_
Notary Public

_Exhibit 8_

## DISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned dated August 7, 1994 of Lot K, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book B-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lot K but only included the obligation on behalf of the grantors to transfer 1 acre foot of domestic water rights to an appropriate entity which will provide our lots with domestic water service.

I do further disclaim any water rights appurtenant to Lot K, Fort Heron Preserve Subdivision and quitclaim any interest I may have in any water right appurtenant to Lot K, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

_____
JACK W. LABRIER

152678
FILED IN THE COUNTY
CLERK'S OFFICE
AT 3.41 O'CLOCK P. M
Book 232 Page 157

NOV 19 1998

County Clerk RA County
New Mexico
By _____ Deput

### ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO   )
                      )ss.
COUNTY OF RIO ARRIBA  )

The foregoing instrument was acknowledged before me this 13th day of November, 1998 by Jack W. LaBrier

My commission expires:        _____
7-23-99                       Notary Public

OFFICIAL SEAL
CECELIA C. GARCIA
NOTARY PUBLIC - STATE OF NEW MEXICO
Notary Bond Filed With Secretary of State
My Commission Expires 7-23-99

Exhibit 9

## DISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned dated September 25, 1994 of Lot L, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book 0-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lot L but only included the obligation on behalf of the grantors to transfer 1 acre foot of domestic water rights to an appropriate entity which will provide my lot with domestic water service.

I do further disclaim any water rights appurtenant to Lot L, Fort Heron Preserve Subdivision and quitclaim any interest I may have in any water right appurtenant to Lot L, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

*152679*

FILED IN THE CO
CLERK'S OFFICE
AT 3:36 O'CLOCK
Book 232 Page 258

NOV 19 1998

_Natalie Krasikov_
NATALIE KRASIKOV

County Clerk RA County
New Mexico

## ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO    )
                       )ss.
COUNTY OF              )

The foregoing instrument was acknowledged before me this 16th day of June, 1998 by Natalie Krasikov.

My commission expires:
5/23/00

_Annette Tapia_
Notary Public



OFFICIAL SEAL
ANNETTE TAPIA
Notary Public · New Mexico
My Commission Expires 5/23/00

*Exhibit 10*

*158*

## <u>DISCLAIMER AND QUITCLAIM OF WATER RIGHT</u>

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned dated March 24, 1995 of Lot M, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book 0-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lot M but only included the obligation on behalf of the grantors to transfer ¼ acre foot of domestic water rights to an appropriate entity which will provide our lot with domestic water service.

We do further disclaim any water rights appurtenant to Lot M, Fort Heron Preserve Subdivision and quitclaim any interest we may have in any water right appurtenant to Lot M, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

_____              _____
KENNETH CARPENTER                       GLORIA CARPENTER

152680
FILED IN THE COUNTY
CLERK'S OFFICE
AT 3:40 O'CLOCK P. M
Book 232 Page 159
NOV 19 1998
County Clerk RA County
New Mexico
By _____ Dep

### **ACKNOWLEDGEMENT FOR NATURAL PERSONS**

STATE OF TEXAS        )
                      )ss.
COUNTY OF             )

The foregoing instrument was acknowledged before me this 2 day of June, 1998 by Kenneth Carpenter and Gloria Carpenter.

My commission expires:              _____
8-5-2000                            Notary Public

WILLIAM JOHN TRODICK
NOTARY PUBLIC
State of Texas
Comm. Exp. 08-05-2000

159
Exhibit 11

## *c16535DDISCLAIMER AND QUITCLAIM OF WATER RIGHT

FOR AND IN CONSIDERATION of ten dollars ($10.00) receipt of which is hereby acknowledged, the undersigned hereby acknowledges that the conveyances from Henry G. Coors and Judith A. Coors to the undersigned dated January 10, 1995 of Lots N and O, Fort Heron Preserve Subdivision as the same is shown and designated on a plat thereof filed in Book 0-213, Page 3320 of the office of the County Clerk for Rio Arriba County, New Mexico on the 23rd day of December, 1994 did not include the right to irrigate all or any portion of said Lots N and O but only included the obligation on behalf of the grantors to transfer ¼ acre foot of domestic water rights to an appropriate entity which will provide our lots with domestic water service.

We do further disclaim any water rights appurtenant to Lots N and O, Fort Heron Preserve Subdivision and quitclaim any interest we may have in any water right appurtenant to Lots N and O, Fort Heron Preserve Subdivision to Henry G. Coors and Judith A. Coors.

_____          _____
RICHARD MAUL                                              CAROL MAUL

152681

FILED IN THE COUNTY
CLERK'S OFFICE
AT 3:41 O'CLOCK P.M
Book 232 Page 160

NOV 19 1998

### ACKNOWLEDGEMENT FOR NATURAL PERSONS

County Clerk RA County
New Mexico
Deput

STATE OF COLORADO           )
                                              )ss.
COUNTY OF Denver             )

The foregoing instrument was acknowledged before me this 17th day of June, 1998 by Richard Maul and Carol Maul.

My commission expires:
Sept 5, 1999                              _____
                                                        Notary Public

160

Exhibit 12



15.⁰⁰

# WATER RIGHTS DEED

For and in consideration of One Dollar ($1.00) and other valuable consideration receipt of which is hereby acknowledged, HENRY G. COORS and JUDITH A. COORS, husband and wife, grant to RUTHERON MUTUAL DOMESTIC WATER ASSOCIATION, INC. ten (10) acre feet of consumptive use water rights from State Engineer's Permit 1545-1699 for the purpose of supplying domestic water to the following property:

- **Lot A**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- **Lot B**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- **Lot E-1**    Fort Heron Preserve Subdivision.    Re-plat recorded in Plat Book 0-356, Page 3468, Rio Arriba County, New Mexico.

- **Lot F**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- **Lot G-1**    Fort Heron Preserve Subdivision.    Re-plat recorded in Plat Book 0-356, Page 3468, Rio Arriba County, New Mexico.

- **Lot H-1**    Fort Heron Preserve Subdivision.    Re-plat recorded in Plat Book 0-356, Page 3468, Rio Arriba County, New Mexico.

- **Lot I-1**    Fort Heron Preserve Subdivision.    Re-plat recorded in Plat Book 0-356, Page 3468, Rio Arriba County, New Mexico.

- **Lot J-1**    Fort Heron Preserve Subdivision.    Re-plat recorded in Plat Book 0-356, Page 3468, Rio Arriba County, New Mexico.

- **Lot K**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- **Lot L**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- **Lot M**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- **Lot N**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- **Lot O**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- **Lot P**    Fort Heron Preserve Subdivision.    Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

170

Exhibit 13

- Lot Q     Fort Heron Preserve Subdivision.  Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- Lot R     Fort Heron Preserve Subdivision.  Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- Lot S     Fort Heron Preserve Subdivision.  Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- Lot T     Fort Heron Preserve Subdivision.  Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- Lot U     Fort Heron Preserve Subdivision.  Recorded in Plat Book 0-213, Page 3320, Rio Arriba County, New Mexico.

- Larry's Tract     Coors Family Division.  Recorded in Plat Book T-92, Page 6822, Rio Arriba County, New Mexico.

- Judy's Tract     Coors Family Division.  Recorded in Plat Book T-92, Page 6822, Rio Arriba County, New Mexico.

- Muriel's Tract     Coors Family Division.  Recorded in Plat Book P-1355, Page 6094, Rio Arriba County, New Mexico.

- Henry L.'s Tract     Coors Family Division.  Recorded in Plat Book P-1355, Page 6094, Rio Arriba County, New Mexico.

- Elizabeth's Tract     Coors Family Division.  Recorded in Plat Book P-1355, Page 6094, Rio Arriba County, New Mexico.

- Kathleen's Tract     Coors Family Division.  Recorded in Plat Book P-734 Page 5273, Rio Arriba County, New Mexico.

- Shelly's Tract     Coors Family Division.  Recorded in Plat Book P-355, Page 4894, Rio Arriba County, New Mexico.

- Robert's Tract     Coors Family Division.  Recorded in Plat Book P-355, Page 4894, Rio Arriba County, New Mexico.

- Lori's Tract     Coors Family Division.  Recorded in Plat Book P-355, Page 4894, Rio Arriba County, New Mexico.

- Kirsten's Tract     Coors Family Division.  Recorded in Plat Book P-355, Page 4894, Rio Arriba County, New Mexico.

- Joey's Tract     Coors Family Division.  Recorded in Plat Book P-1354, Page 6093, Rio Arriba County, New Mexico.

- Peter's Tract     Coors Family Division.  Recorded in Plat Book P-1354, Page 6093, Rio Arriba County, New Mexico.

- Kim's Tract     Coors Family Division.  Recorded in Plat Book P-1354, Page 6093, Rio Arriba County, New Mexico.

- Henry's West Tract     Coors Family Division.  Recorded in Plat Book Q-162, Page 6292, Rio Arriba County, New Mexico.

- **Henry's East Tract**     Coors Family Division.     Recorded in Plat Book Q-162, Page 6292, Rio Arriba County, New Mexico.

- **Parcel 1**     Recorded in Plat Book 0-417, Page 3529 Rio Arriba County, New Mexico. (Coors to Lara)

- **Parcel 2**     Coors to Forbes as described in Real Estate Contract recorded in Book 225, Page 536.

- And such other parcels in Fort Heron Preserve Subdivision and Coors Family Division as may hereafter be designated by Henry G. Coors or Judith A. Coors.

This deed includes the water rights covered by the following Application to the State Engineer's Office (SEO):

1.     Application filed in SEO File 1545 and 1699 into 3448 dated May 7, 1992 and approved by the SEO on January 3, 1994 for two (2) acre-feet of consumptive use.

2.     Application filed in SEO File 1545 and 1699 into 4656 dated March 12, 1996 and approved by the SEO on October 4, 1996 for two (2) acre-feet of consumptive use.

3.     Application filed in SEO file 1545 and 1699 into 4656 dated October 22, 1999 now pending before the SEO for an additional six (6) acre feet of consumptive use.

IN WITNESS WHEREOF the parties hereto have signed and executed this _____20th_____ day of ~~September~~ August, 2002.

_____
HENRY G. COORS

_____
JUDITH A. COORS

3

## ACKNOWLEDGMENT FOR NATURAL PERSONS

PROVINCE OF NOVA SCOTIA )
*County of Lunenburg* ) ss.
                                                     )

The foregoing Water Rights Deed was acknowledged before me this _20th_ day of

_August_, 2002 by Henry G. Coors and Judith A. Coors, husband and wife.

                                                                    Notary Public

My Commission Expires:

_at pleasure_

**PATRICK A. BURKE**
A NOTARY PUBLIC IN AND FOR
THE PROVINCE OF NOVA SCOTIA

**226823**

FILED IN THE COUNTY
CLERK'S OFFICE
AT 2:27 O'CLOCK P M
Book 410 Page 170-173

OCT 23 2002

County Clerk RA County
New Mexico
By _____ Deputy

SEAL

4

173