IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Lilly Bateman | CHRB-003-0014 |
| Debra Patricia Martinez | CHRB-003-0016 |
| Larry Martinez | CHRB-004-0011 |
| Jose B. Cordova | CHRB-004-0029 |
| Pedro Romero | CHRB-005-0019 |
| Dolores L. Maez | CHRB-006-0032 |
| Emery Maez | CHRB-006-0032 |
| Jose Lucas Martinez | CHRB-006-0041 |
| Nicolas Martinez Estate | CHRB-007-0021 |
| Letitia Rhodes | CHRB-007-0034 |
| Diolinda Varoz | CHRB-007-0047 |

    Elaine L. Mayer          CHRB-009-0002

    Fredrick L. Mayer        CHRB-009-0002

    Ernesto R. Ulibarri       CHRB-009-0008

and as grounds therefore plaintiff states:

1.    The Court has jurisdiction over the above-named defendants as shown by waivers of service of summons by Lilly Bateman (Doc. No. 6603), Debra Patricia Martinez (Doc. No. 6603), Larry Martinez (Doc. No. 7463), Jose B. Cordova (Doc. No. 6710), Pedro Romero (Doc. No. 6603), Dolores L. Maez (Doc. No. 6603), Emery Maez (Doc. No. 6603) Jose Lucas Martinez (Doc. No. 6603), Nicolas Martinez Estate (Doc. No. 6603), Letitia Rhodes (Doc. No. 6710), Diolinda Varoz (Doc. No. 6710), Elaine L. Mayer (Doc. No. 7115), Fredrick L. Mayer (Doc. No. 7115), and Ernesto R. Ulibarri (Doc. No. 7326).

2.    The defendants named above are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed January 18, 2005 (Doc. No. 7713).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the December 18, 2001 Rio Chama Hydrographic Survey for Section 7, Rio Brazos.

                                        Respectfully submitted,

                                        /s/ Ed Newville
                                      EDWARD G. NEWVILLE
                                      Special Assistant Attorney General
                                      Office of State Engineer
                                      P.O. Box 25102

Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Motion for Default Judgment were mailed to following persons on May __27__, 2005.

        /s/ Ed Newville
        Edward G. Newville

Lilly Bateman
PO Box 263
Tierra Amarilla, NM 87575

Debra Patricia Martinez
Box 45
PO Los Ojos

Larry Martinez
4752 E. St. Catherine
Phoenix, AZ 85040

Jose B. Cordova
PO Box 303
Tierra Amarilla, NM 87575

Pedro Romero
PO Box 2043
Las Vegas, NM 87701

Dolores L. Maez
Emery Maez
PO Box 144
Abiquiu, NM 87510

Jose Lucas Martinez
c/o Esther Serna
200 Neat Lane SW
Albuquerque, NM 87105

Nicolas Martinez Estate
c/o Esther Serna
200 Neat Lane SW
Albuquerque, NM 87105

Letitia Rhodes
PO Box 87
Keams Canyon, AZ 86034

Diolinda Varoz

3220 Candlelight Drive NE
Albuquerque, NM 87111

Elaine L. Mayer
Fredrick L. Mayer
164 Aspen Lane
Opelousas, LA 70570

Ernesto R. Ulibarri
PO Box 747
La Madera, NM 87539

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.

White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus Law Firm LLP
405 Dr. Martin Luther King Ave NE Albuquerque, NM 87102-3541

Susan Jordan, Esq.
Nordhaus Law Firm, LLP
1239 Paseo de Peralta
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Davidson Law Firm, LLC
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.

P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Kurt J. Van Deren, Esq.
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333