# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

       Plaintiff,

  vs.

RAMON ARAGON, *et al.*,

      Defendants.

CV 69-07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla; Canjilon Creek
Section 5: Rio Gallina
Section 7: Rito de Tierra Amarilla; Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama

Subfile Nos:   CHGA-002-0015
                 CHGA-002-0050
                 CHGA-002-0027A

| | | |
|---|---|---|
| CHCB-001-0001F | CHCJ-004-0047 | CHTA-003-0012B |
| CHTA-004-0027A | CHRB-003-0010 | CHRB-003-0024 |
| CHRB-004-0020 | CHRB-004-0021 | CHRB-004-0025 |
| CHRB-004-0035 | CHRB-004-0049B | CHRB-004-0049C |
| CHRB-004-0057 | CHRB-006-0015 | CHRB-007-0001 |
| CHRB-007-0025 | CHRB-007-0044 | CHRB-007-0048 |
| CHRB-007-0051 | CHRB-007-0055 | CHRB-008-0004B |
| CHRB–009-0003A | CHRB-009-0003B | CHRB-009-0020 |
| CHRB-009-0026 | CHRB-009-0028 | CHRU-001-0005 |
| CHRU-001-0020 | CHRU-003-0012 | CHRU-004-0031A |
| CHRU-004-0040 | CHRU-004-0047 | CHCC-003-0002 |
| CHCC-003-0007 | CHCC-003-0010 | CHCC-003-0011 |
| CHCV-002-0006A | CHCV-002-0036 | CHCV-002-0050 |
| CHCV-003-0002A | CHCV-004-0001 | CHCV-005-0003 |
| CHCV-005-0004 | CHCV-005-0006 | CHCV-007-0004 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

was mailed to each of the following Defendants on the 28th day of May, 2005:

Subfile No. CHGA-002-0015
Docket No. 7864
Raymond Suazo
10212 Luz Del Dia NW
Albuquerque, NM 87114

Subfile No. CHGA-002-0050
Docket No. 7865
Mike Jacquez
906 N. Monteray Ave.
Farmington, NM 87401

Subfile No. CHGA-002-0027A
Docket No. 7866
Gabriel Maestas Jr
Mary Ann Maestas
Genevieve M Velasquez
Luis Toby Velasquez
5505 Sicily Rd NW
Albuquerque, NM 87114

Subfile No. CHCB-001-0001F
Docket No. 7867
Azalea Maes
Celeste Maes
Immanuel Maes
Joshua Maes
Petra J. Meas
Lorie Martinez
2363 Botulph Rd.
Santa Fe, NM 87505

Subfile No. CHCJ-004-0047
Docket No. 7868
Dolores Baca
PO Box 512
Canjilon, NM 87515

Subfile No. CHTA-003-0012B
Docket No. 7869
Orlando J. Martinez
PO Box 111
Los Ojos, NM 87551

Subfile No. CHTA-004-0027A
Docket No. 7863
Joe E. Silva
Vickie Silva
PO Box 1012
El Prado, NM 87529

Subfile No. CHRB-003-0010
Docket No. 7862
Gloria C. Valdez
Manuel F. Valdez
Theresa Valdez
PO Box 56
Los Ojos, NM 87551

Subfile No. CHRB-003-0024
Docket No. 7861
Joe Pino
Juanita Pino
PO Box 35
Los Ojos, NM 87551

Subfile No. CHRB-004-0020
Docket No. 7860
Alberto Martinez
Gloria Martinez
330 Charing Cross Loop
Bernalillo, NM 87004

Subfile No. CHRB-004-0021
Docket No. 7859
Orlando Martinez
Socorro Martinez
PO Box 111

Subfile No. CHRB-004-0025
Docket No. 7858
Luis E. Martinez
Rebecca Martinez
PO Box 813

Los Ojos, NM 87551

Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0035
Docket No. 7857
Esteban D. Martinez
1022 W. 400 So.
Salt Lake City, UT 84104

Subfile No. CHRB-004-0049B
Docket No. 7856
Tony Casados Sr. & Sons Partnership
PO Box 186
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0049C
Docket No. 7855
Tony Casados Sr. & Sons Partnership
PO Box 186
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0057
Docket No. 7854
Dorothy Wardlow
T.J. Wardlow
307 Rosedale Dr.
Belen, NM 87002

Subfile No. CHRB-006-0015
Docket No. 7853
Marron Family Partnership LLP
1111 Roadrunner Ln NW
Albuquerque, NM 87107

Subfile No. CHRB-007-0001
Docket No. 7886
Eloy S. Olivas
Juanita I. Olivas
PO Box 70
Los Ojos, NM 87551

Subfile No. CHRB-007-0025
Docket No. 7880
Fernando Salazar
PO Box 12
Los Ojos, NM 87551

Subfile No. CHRB-007-0044
Docket No. 7881
Margaret Abeyta
3108 Plaza Del Prado
Alamagordo, NM 88310

Subfile No. CHRB-007-0048
Docket No. 7882
Francis D. Garcia
502 Dewey Lane
Alamagordo, NM 88310

Subfile No. CHRB-007-0051
Docket No. 7883
Joe E. Martinez
PO Box 927
San Juan Pueblo, NM 87566

Subfile No. CHRB-007-0055
Docket No. 7884
Gilbert A. Martinez
Rose L. Martinez
County Road 340 # 45
Los Ojos, NM 87551

Subfile No. CHRB-008-0004B
Docket No. 7885
Mary Alice Casados
Russell Casados
PO Box 128
Los Ojos, NM 87551

Subfile No. CHRB-009-0003A
Docket No. 7870
Tony J & Natividad M Manzanares
Family Trust

Subfile No. CHRB-009-0003B
Docket No. 7871
Carlos R. Manzanares
Debbie Manzanares

PO Box 100
Tierra Amarilla, NM 87575

PO Box 196
Tierra Amarilla, NM 87575

Subfile No. CHRB-009-0020
Docket No. 7872
Prescilla Hunnel
12023 Rocksberg St.NE
Albuquerque, NM 87111

Subfile No. CHRB-009-0026
Docket No. 7873
Harry Sanchez
PO Box 114
Los Ojos, NM 87551

Subfile No. CHRB-009-0028
Docket No. 7874
Emma Padilla
Richard Padilla
1605 Caminito Monica
Santa Fe, NM 87501

Subfile No. CHRU-001-0005
Docket No. 7875
Kryan Kemper
Trudy Kemper
303 Potrillo Dr.
Los Alamos, NM 87544

Subfile No. CHRU-001-0020
Docket No. 7876
Mary Alcie Casados
Russell Casados Jr
PO Box 128
Los Ojos, NM 87551

Subfile No. CHRU-003-0012
Docket No. 7877
Natividad Manzanares
PO Box 100
Tierra Amarilla, NM 87575

Subfile No. CHRU-004-0031A
Docket No. 7878
Birgit McGaughey
Patrick L. McGaughey
HC 75 Box 1224
Los Ojos, NM 87551

Subfile No. CHRU-004-0040
Docket No. 7879
Joseph J. Piuma
PO Box 100
Chama, NM 87520

Subfile No. CHRU-004-0047
Docket No. 7893
Abel Armijo
Diana Armijo
513 Apodaca Hill
Santa Fe, NM 87501

Subfile No. CHCC-003-0002
Docket No. 7892
Eleuterio Martinez, Jr.
5505 Drayton NE
Albuquerque, NM 87111

Subfile No. CHCC-003-0007
Docket No. 7891
Ida Martinez
Robert Martinez
PO Box 12
Los Ojos, NM 87551

Subfile No. CHCC-003-0010
Docket No. 7890
Ted D. Martinez
Terry L. Martinez
4211 Crazy Horse Rd.
Cameron Park, CA 95682

Subfile No. CHCC-003-0011
Docket No. 7889
Patrick D. Martinez
Rose L. Martinez
PO Box 404
Questa, NM 87556

Subfile No. CHCV-002-0006A
Docket No. 7888
Archdiocese of Santa Fe
Davidson Law Firm
PO Box 2240
Corrales, NM 87048

Subfile No. CHCV-002-00036
Docket No. 7887
Hignio Martinez Jr.
PO Box 81
Chama, NM 87520

Subfile No. CHCV-002-0050
Docket No. 7894
Arletta M. Hogan
Vincenta Neher
PO Box 622
Chama, NM 87520

Subfile No. CHCV-003-0002A
Docket No. 7895
Boyd Family Revocable Trust
PO Box 346
Blanca, NM 87412

Subfile No. CHCV-004-0001
Docket No. 7896
Melvin E. Kurth, Jr.
235 Camino Del Norte
Santa Fe, NM 87501

Subfile No. CHCV-005-0003
Docket No. 7897
Leonard Jensen
Marilyn Jensen
PO Box 945
Chama, NM 87520

Subfile No. CHCV-005-0004
Docket No. 7900
Leonard Jensen
Marilyn Jensen
PO Box 945
Chama, NM 87520

Subfile No. CHCV-005-0006
Docket No. 7898
Joseph J. Piuma
PO Box 100
Chama, NM 87520

Subfile No. CHCV-007-0004
Docket No. 7899
Lawrence Family LLC
9522 Pebble Beach NE
Albuquerque, NM 87111

True file stamped copies of the Consent Orders for the subfiles listed above were also mailed

to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

Mary E. Humprhrey, Esq.
PO Box 1574
El Prado, NM 87529-1574

Gary S. Freidman, Esq.
Cassut, Hays & Freidman, P.A.
530 B-Harkle Road
Santa Fe, NM 87505

                                              /s/ electronic signature
                                         Eward G. Newville
                                         Special Assistant Attorney General
                                         Office of the State Engineer
                                         P.O. Box 25102
                                         Santa Fe, NM 87504


A copy of this Certificate of Service was mailed to the above-named persons and following persons on the same date:


### RIO CHAMA SECTION 7 SERVICE LIST


Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787

Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus Law Firm LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Susan Jordan, Esq.
Nordhaus Law Firm, LLP
1239 Paseo de Peralta
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Davidson Law Firm, LLC
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road

Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Kurt J. Van Deren, Esq.
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027

Frank M. Bond, Esq.
The Simmons Law Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333