File No. 000000901.JR    Chama Title Company, Inc.

# WARRANTY DEED

**Henry G. Coors and Judith Coors, husband and wife**
_____, for consideration paid, grant to
**Steve A. Padilla and Jemelle S. Padilla, husband and wife**
whose address is **1641 Speakman SE, Albuquerque, NM 87123**
the following described real estate in _____ **Rio Arriba** _____ County, New Mexico:

Lot C, Fort Heron Preserve, as shown on plat filed in the Office of the County Clerk, Rio Arriba County, New Mexico, on December 23, 1994, in Plat Book O-213, page 3320, as Document No. 114092.

207983

FILED IN THE COUNTY
CLERK'S OFFICE
AT 12:00 O'CLOCK P.M
Book 324 Page 703

NOV 14 2000

County Clerk RA County
New Mexico
By /s/ _____ Deputy

Subject to:   Reservations, restrictions and easements of record and taxes for the year 2000 and thereafter, with warranty covenants.

Witness my hand this **7th** day of **November**, **2000**.

_____    /s/ Henry G. Coors
                                    Henry G. Coors

_____    /s/ Judith A. Coors
                                    Judith Coors

ACKNOWLEDGEMENT FOR NATURAL PERSONS:

State of **New Mexico**    )
                           ) SS.
County of **Rio Arriba**   )

This instrument was acknowledged before me on the **7th** day of **November**, **2000**, by **Henry G. Coors and Judith Coors, husband and wife**.

My commission expires: _____    /s/ Janet K. Reis
                                          Notary Public
(Seal)

OFFICIAL SEAL
Janet K. Reis
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 5-6-02

SHORT FORM WARRANTY DEED
Form SDD01NM Rev. 02/10/98

703

# WARRANTY DEED (Joint Tenant)

HENRY G. COORS and JUDITH A. COORS, Husband and Wife

_____ for consideration paid, grant _____

to TIM ANDREWS, Husband

whose address is No. 5 Tierra Madre Rd.
Placitas, NM  87043

and DIANNA ANDREWS, Wife

whose address is No. 5 Tierra Madre Rd.
Placitas, NM  87043

as joint tenants the following described real estate in Rio Arriba County, New Mexico:

Lot Lettered "D" as the same is shown and designated on a Plat of Fort Heron Preserve Subdivision filed for record as Document No. 114092 in Book 0-213, Page 3320 of the records of the County Clerk for Rio Arriba County, New Mexico on December 23, 1994.

Subject to the Declaration of Restrictive Covenants and Conditions filed for record as Document No. 114093 in Book 199-A, Pages 153-173 of the records of the County Clerk for Rio Arriba County, New Mexico on December 23, 1994.

Subject to easements, restrictions and reservations of record.

Subject to taxes for 1996 and subsequent years.

with warranty covenants.

Witness our hand s and seal s this 12th day of July, 19 95.

_____ (Seal)    _____ (Seal)
HENRY G. COORS                JUDITH A. COORS
_____ (Seal)    _____ (Seal)

## ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF RIO ARRIBA   )

This instrument was acknowledged before me on July 12, 19 95

by Henry G. Coors and Judith A. Coors

My commission expires:  OFFICIAL SEAL
(Seal)                  CECELIA G. GARCIA  139216
7-23-95                 NOTARY PUBLIC - STATE OF NEW MEXICO
                        My Commission Expires: 7-23-95

_____ NOTARY PUBLIC

### FOR RECORDER'S USE ONLY

FILED IN THE COUNTY
CLERK'S OFFICE
AT 2:45 O'CLOCK P M
Book 193 Page 147

JUL 25 1997

DAVID S. CHAVEZ
County Clerk, RA County
New Mexico
By _____ Deputy

## ACKNOWLEDGEMENT FOR CORPORATION

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF _____)

This instrument was acknowledged before me on _____, 19___

by _____
   (NAME OF OFFICER)

of _____
   (CORPORATION ACKNOWLEDGEMENT)

corporation, on behalf of said corporation.

My commission expires:
(Seal)                                      _____ NOTARY PUBLIC

# WARRANTY DEED (Joint Tenant)

HENRY G. COORS and JUDITH A. COORS, Husband and Wife

_____, for consideration paid, grant _____

to TIM ANDREWS, Husband

whose address is No. 5 Tierra Madre Rd.
Placitas, NM  87043

and DIANNA ANDREWS, Wife

whose address is No. 5 Tierra Madre Rd.
Placitas, NM  87043

as joint tenants the following described real estate in _____ Rio Arriba _____ County, New Mexico

Lot lettered "B" as the same is shown and designated on a Plat of Fort Heron Preserve Subdivision filed for record as Document No. 114092 in Book 0-213, Page 3320 of the records of the County Clerk for Rio Arriba County, New Mexico on December 23, 1994.

Subject to the Declaration of Restrictive Covenants and Conditions filed for record as Document No. 114093 in Book 199-A, Pages 153-173 of the records of the County Clerk for Rio Arriba County, New Mexico on December 23, 1994.

Subject to easements, restrictions and reservations of record.

Subject to taxes for 1995 and subsequent years.

with warranty covenants.

Witness our hand s and seal s this 7th day of December 19 94

_Henry G. Coors_ (Seal)     _Judith A. Coors_ (Seal)
HENRY G. COORS                JUDITH A. COORS

## ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO  )
                     ) ss.
COUNTY OF RIO ARRIBA )

This instrument was acknowledged before me on _____ December 7, _____ 19 94
by Henry G. Coors and Judith A. Coors

My commission expires:
OFFICIAL SEAL
CECELIA C. GARCIA
NOTARY PUBLIC - STATE OF NEW MEXICO
Notary Bond Filed With Secretary of State
My Commission Expires 7-25-95

_Cecelia Garcia_
NOTARY PUBLIC

FOR RECORDER'S USE ONLY  1186 45
FILED IN THE COUNTY CLERK'S OFFICE
AT 4:25 O'CLOCK P M
Book 183  Page 371

## ACKNOWLEDGEMENT FOR CORPORATION

STATE OF NEW MEXICO  )
                     ) ss.
COUNTY OF _____ )

This instrument was acknowledged before me on _____, 19 __