## APPLICATION FOR PERMIT TO CHANGE POINT OF DIVISION AND PLACE AND/OR PURPOSE OF USE OF SURFACE WATERS

**DENIED**

1. Name of Applicant __Henry G. Coors__
   Mailing Address __HC 75, Box 1161__
   City and State __Rutheron, NM__  Zip Code __87551__

2. Water right is recorded with the State Engineer under File No. __1545-1699__
   and has a priority of __1922__ for __domestic, livestock & irrigation__ purposes.

3. Annual quantity of water claimed under right: __35.3 x 1.02 = 36.006__ acre-feet. Quantity of water stored: __2.226 for evaporation__ acre-feet. Name of ditch: __Willow Creek__
   Source of water supply: __Chama River__ (river, arroyo, spring, etc.), a tributary of __Rio Grande__
   Annual quantity of water to be transferred by this application: __10 which included 4 from prior applications__ acre-feet.

4. Point of diversion from which water right is to be changed: (a) ___ 1/4 ___ 1/4 ___ 1/4
   of Section ___, Township ___, Range ___, N.M.P.M. at a point whence the ___
   Range ___ bears, ___ of Section ___, Township ___ feet distant.
   (b) X= __408,600__ feet, Y= __2,103,000__ feet, N.M. Coordinate System
   Zone within the ___ Grant.

5. Area from which water right is to be severed: (a) __9.81__ acres, described as follows:

| Subdivision | Section | Township | Range | Acres | Owner |
|---|---|---|---|---|---|
| All or part of Lots B, C, D, E-1, F and G-1 of Ft. Heron Preserve Subdivision and a portion of the Mauldins property being east of the subdivision | 11 | 3 S. | 2 E. | 9.81 | Henry G. Coors |

   (b) If there are no other sources of water for these lands, describe by source and file No. ___

6. This water right is to be changed from __irrigation__ purposes.
   to __domestic__ purposes.

7. Location of proposed point of diversion: (a) ___ 1/4 ___ 1/4 ___ 1/4 of section
   ___, Township ___, Range ___, N.M.P.M. at a point whence the ___
   Range ___ bears, ___ of Section ___, Township ___ feet distant.
   Range ___ bears, ___ feet distant.
   (b) X= __395,045__ feet, Y= __2,073,664__ feet, N.M. Coordinate System
   Zone within the __Tierra Amarilla__ Grant.
   (c) Name of stream, spring, tributary, etc., from which diversion is proposed to be made __Chama River__

   (d) Description of new diversion system (give construction material, type, dimensions, hydraulic properties, pump information, etc.) __Infiltration gallery - See Rutheron Water Association diversion facility__

   (e) Additional data (give dimensions, capacity, etc., of new canal section; also data on any other proposed works)

8. Area to which water right is to be moved: (a) __120__ acres, described as follows:

| Subdivision | Section | Township | Range | Acres | Owner |
|---|---|---|---|---|---|
| Fort Heron Preserve Subdivision plus 60 acres south of the subdivison | 11 | 3 S. | 2 E. | 120 | Henry G. Coors |

   (b) Water to be used theron for __domestic__ purposes.
   (c) If there are no other sources of water for these lands, describe by source and file No. ___

**FOR STATE ENGINEER USE ONLY**

Date Received ___    File No. ___

9. Application is made to change point of diversion and place and/or purpose of use for the following reasons: Land is now being used for residential purposes rather than as a farm

10. Additional statements or explanations  See attached supplement and Plat for additional information

I, Henry G. Coors, affirm that the foregoing statements are true to the best of my knowledge and belief and that I am the ___sole___ owner.
(sole, partial, agent for, etc.)

_Henry G Coors_, Applicant

Subscribed and sworn to me before this  21st  day of  October, A.D., 19 99.

My commission expires  7-23-2003

OFFICIAL SEAL
CECELIA C. GARCIA
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires 7-23-2003

_Cecelia C. Garcia_, Notary Public

## ACTION OF STATE ENGINEER

This application is approved provided it is not exercised to the detriment of any others having prior and existing rights to the use of waters of this stream or to the detriment of any rights acquired prior to filing this application for permit to change point of diversion and place or purpose of use _____

**DENIED**

Proof of completion of works shall be filed on or before _____, 19___

Proof of application of water to beneficial use shall be filed on or before _____, 19___

Witness my hand and seal this ____ day of _____, A.D., 19___

STATE ENGINEER

By: _____

## INSTRUCTIONS

This form shall be executed, preferably typewritten, in triplicate and must be accompanied by a $50.00 filing fee. Each copy must be properly signed and attested. If applicant is not recorded owner of water right, Change of Ownership affidavit should accompany this application. DO NOT FILL IN the date received and file number listed at the bottom of first page of this form as this information will be entered by the State Engineer.

## SUPPLEMENT

**DENIED**

This application seeks to change the point of diversion, the place of beneficial use and the purpose of use for:

10 acre feet consumptive use, which includes 2 acre feet on the Applications of Henry G. Coors, dated May 7, 1993 and the 2 acre feet on the Application of Henry G. Coors dated March 12, 1996 plus an additional six (6) acre feet.

**Transferors:** The transferors will be Henry G. Coors and Judith A. Coors

**Transferee:** The transferee shall be Rutheron Water Association.

**Original Point of Diversion:** Willow Creek Mesa Ditch  X=408,600  Y=2,103,664

**New Point of Diversion:** Rutheron Water Association's Infiltration Gallery
  X=395,045    Y=2,073,664

**Original area of use:** Parcels 1, 2 and 3, Section 11, T.3 S., R. 2 E., Tierra Amarilla Land Grant.

**New Area of Use:** Sections 1, 2, 11 of T. 3 S., R. 2 E., and Sections 31, 32, 33 T. 2 S., R. 2 E., being the service area of the Rutheron Water Association.

**Original Purpose of Use:** Irrigation.

**New Purpose of Use:** Domestic

**Plat:** Attached to this Application is a Plat which shows:

1. Original 35.3 acres of permitted water rights
2. 14.66 acres now being dedicated to offset evaporation in two ponds
3. 8.0 acres conveyed to William Mauldin and Linda DeMill
4. 9.81 acres subject to this application
5. 2.83 acres to remain under irrigation in Lots D, F and G, Fort Heron Preserve
6. Area to receive domestic water service from 10 acre feet of consumptive use water rights.

**Calculations:**

9.81 acres x 1.02 = 10.0 acre feet
Consumptive use = CIR x adjustment for historic supply
        = 1.11 x .92
        = 1.02



# STATE OF NEW MEXICO
## OFFICE OF THE STATE ENGINEER
### Santa Fe

John R. D'Antonio Jr., P.E.
State Engineer

BATAAN MEMORIAL BUILDING, ROOM 102
SANTA FE, NEW MEXICO 87504-5102
(505) 827-6120
FAX: (505) 827-6682

February 2, 2005

Henry G. Coors
163 Rainbow Drive #613
Livingston, Texas 77399-1063

**CERTIFIED - RETURN
RECEIPT REQUESTED**
(#70001530000558307653)

Re: *Denial of Application 1545 and 1699 into 4656*

Greetings:

The Office of the State Engineer denied application 1545 and 1699 into 4656 on January 25, 2005 for the following reason:

> Pursuant to an Order Granting Motion for Default Judgment filed October 11, 2004 (Docket No. 7611) by the United States District Court for the District of New Mexico, Henry G. Coors has no interest in the irrigation water rights described in Subfile CHRU-004-0044 (move-from lands) of the Rutheron Section of the Rio Chama Hydrographic Survey (see attached Order).

If you are aggrieved by this decision, you should so advise this office in writing before the expiration of thirty (30) days after receipt of this letter and request that the previous actions of the State Engineer be set aside and that a date for hearing be set by the State Engineer. Requests for hearing may be filed by facsimile, provided the original request is mailed and postmarked within 24 hours of the facsimile. The applicant must indicate the date and time of transmission of the facsimile and also provide a cover letter confirming that the original will be mailed within 24 hours.

Feel free to contact me if you have any questions or comments.

Sincerely,

Jonathan Martinez
Water Rights Division, Santa Fe
(505) 827-6120

Enclosure (3)