```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW MEXICO
```

STATE OF NEW MEXICO ex rel.,
State Engineer,

                Plaintiff,        No. 69cv07941-BB-ACE

   -vs-                            RIO CHAMA STREAM SYSTEM
                                          Section 7
ROMAN ARAGON, et al.,           Subfile(s) CHRU 004-0044A

                Defendants.

<u>CERTIFICATE OF SERVICE</u>

     I certify that on June 14, 2005, I served a copy of Motion for Rule 11 Sanctions, on the following by mail, except those indicated with a "*" who I served by hand-delivery.

| | |
|---|---|
| Bradley S. Bridgewater<br>David W. Gehlert<br>USDOJ-ENRD<br>999 18th Street, Suite 945<br>Denver, CO 80202 | Albuquerque, NM 87102<br><br>Pierre Levy<br>Law Offices of Daniel J. O'Friel, Ltd.<br>P. O. Box 2084<br>Santa Fe, NM 87504-2084 |
| John W. Utton<br>Sheehan, Sheehan & Stelzner, PA<br>P. O. Box 271<br>Albuquerque, NM 87103-0271 | John P. Hays<br>Cassutt, Hays & Friedman, PA<br>530-B Harkle Road<br>Santa Fe, NM 87505 |
| Paula Garcia<br>NM Acequia Association<br>607 Cerrillos Road, Suite F<br>Santa Fe, NM 87505 | Daniel Cleavinger<br>P. O. Box 2470<br>Farmington, NM 87499 |
| Benjamin Phillips<br>John F. McCarthy<br>Rebecca Dempsey<br>White, Koch, Kelly & McCarthy, PA<br>P. O. Box 787<br>Santa Fe, NM 87504-0787 | Ted J. Trujillo<br>P. O. Box 2185<br>Espanola, NM 87532-2185 |
| Lester K. Taylor<br>Susan G. Jordan<br>Nordhaus, Haltom, Taylor,<br>Taradash & Bladh, LLP<br>405 Dr. Martin Luther King Ave. NE<br>Albuquerque, NM 87102-3541 | Karen L. Townsend<br>120 East Chaco<br>Aztec, NM 87410 |
| Tessa T. Davidson<br>The Davidson Law Firm<br>P. O. Box 2240<br>Corrales, NM 87048 | NM Acequia Commission<br>Fred Vigil, Chairman<br>D.F.A., Local Government Division<br>Bataan Memorial Building<br>Santa Fe, NM 87503 |
| Marcus J. Rael, Jr.<br>500 4th Street, N.W., Suite 200 | Martin E. Threet<br>Martin E. Threet and Associates |

6605 Uptown Blvd., N.E., Suite 280
Albuquerque, NM 87110

Kurt J. Van Deren
P. O. Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Ernest L. Padilla
Padilla Law Firm, PA
P. O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright
Cynthia A. Loehr
Jontz, Dawe Gulley & Crown, PC
201 Third Street, N.W., Suite 1950
Albuquerque, NM 87103-1027

Walter L. Reardon, Jr.
3733 Eubank Blvd., N.E.
Albuquerque, NM 87111-3536

Ed Newville, Special Assistant
Attorney General
State Engineer Office
P.O. Box 25102
Santa Fe, New Mexico 87504-5102

                                        PETER B. SHOENFELD, P.A.
P.O. Box 2421
Santa Fe, New Mexico 87504-2421
(505) 982-3566; FAX: (505) 982-5520

By: Peter B. Shoenfeld (e-filed)
    Attorney for Defendants Andrews,
    and Padilla