IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                    Plaintiff,

          vs.

RAMON ARAGON, *et al.,*

                    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

Subfile No. CHRU-004-0044

**REPLY BY STATE OF NEW MEXICO TO RESPONSE
TO MOTION (NO. 7901) TO SET ASIDE DEFAULT JUDGMENT**

At the Status Conference in Santa Fe on June 14, 2005 the undersigned counsel for the State of New Mexico, *ex rel.* State Engineer ("State") described its position and some of the circumstances surrounding filing of the Motion to Set Aside Default Judgment by Mr. Henry G. Coors ("Motion") (Doc. No. 7901).  The Motion was among the matters to be discussed at that Status Conference pursuant to the Addendum to Order Setting Status Conference filed June 1, 2005 (Doc. No. 7908). Counsel for Mr. Coors failed to attend the conference.  At the request of the Special Master at the conference, the State makes this Reply to the Response (Doc. No. 7909) filed by Steven Padilla, Timothy Andrews and Dianna Andrew ("Defendants") to the Motion to Set Aside Default Judgment filed by Mr. Coors.

          1.       The State does not oppose the Motion to Set Aside Default Judgment.  The State's takes this position based on the representation made to counsel that Mr. Coors was mistaken as to whether he had any water rights, that he believed the water rights had in fact been transferred and therefore was

willing to let things go by default.  The State takes no position on whether the Motion to Set Aside

Default Judgment that was filed by Mr. Coors meets the requirements of F. R. Civ. P. Rule 60.  The

State incorrectly assumed that an earlier draft of the Motion provided for review would be revised to

specifically assert grounds for setting the judgment aside under F. R. Civ. P. Rule 60(b)(1) (mistake,

inadvertence, surprise, or excusable neglect).

2.      The State agrees with Defendants that the State Engineer never issued a permit for the

transfer of water rights described in paragraph 5 of the Motion.  Further, the State agrees with the

Defendants that there was never a hearing before the State Engineer in connection with the proposed

transfer (OSE Application 1545 and 1699 into 4656), as asserted in paragraph 6 of the Motion.

3.      The State Engineer has never taken the position that the Default Judgment filed October

11, 2004 cancels a transfer of water rights to the Rutheron Water Association as asserted in paragraph

7 of the Motion.  Mr. Coor's proposed transfer application (OSE Application 1545 and 1699 into

4656) had neither been approved nor denied at the time the default order was entered, and the water

rights that were the subject of the application at all times remained appurtenant to their original place

of use.  The application was eventually denied on January 25, 2005.  (Exhibit 1 attached hereto).  The

stated reason for the denial was that

> Pursuant to an Order Granting Motion for Default Judgment filed
> October 11, 2004 (Doc. No. 7611) by the United States District Court
> for the District of New Mexico, Henry Coors has no interest in the
> irrigation water rights described in Subfile CHRU-004-0044 (move-
> from lands) of the Rutheron Section of the Rio Chama Hydrographic
> Survey.

(Exhibit 2 attached hereto).

4.      The State agrees with Defendants that the Court should grant sanctions under F. R. Civ.

P. 16(f) for Mr. Coors failure to appear at the scheduling conference in Santa Fe before Special Master

Gabin on September 20, 2004.

Respectfully submitted,

_/s/ Ed Newville_
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Reply by State of New Mexico to Response to Motion
(No. 7901) to Set Aside Default Judgment were mailed to following persons on June ___17___, 2005.

_/s/ Ed Newville_
Edward G. Newville

## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Paula Garcia

NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus Law Firm LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Susan Jordan, Esq.
Nordhaus Law Firm, LLP
1239 Paseo de Peralta
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Davidson Law Firm, LLC
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470

Farmington, NM 87499

Ted  J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Kurt J. Van Deren, Esq.
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027

Frank M. Bond, Esq.
The Simmons Law Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd., N.E.
Albuquerque, NM 87111-3536