IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>Subfile No. CHRU-004-0044 |

**ADDENDUM TO REPLY BY STATE OF NEW MEXICO TO RESPONSE
TO MOTION (NO. 7901) TO SET ASIDE DEFAULT JUDGMENT**

Attached are Exhibits 1 and 2 to the June 17, 2005 State of New Mexico's Reply to Response to Motion (No. 7901) to Set Aside Default Judgment.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150