IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) Plaintiff, ) ) -v- ) ) RAMON ARAGON et al., ) ) Defendants. ) ) | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

SECOND ADMINISTRATIVE ORDER SETTING STATUS CONFERENCES

THIS MATTER is before the Special Master and concerns the schedule for status conferences in Sections 3, 5 and 7 of the Rio Chama Stream System adjudication: Sec. 3 - Canjilon Creek, Rio Cebolla, Rio Nutrias; Sec. 5 - Rio Gallina and Rio Capulin; Sec. 7 - Rito de Tierra Amarilla, Rio Brazos, Cañones Creek, Rutheron & Plaza Blanca, Village of Chama.  Future conferences were discussed at the June 14, 2005, status conference, where it was agreed that the previously scheduled, bi-monthly status conferences[1] were useful in informing the Court of the parties' progress in completing the great number of adjudication activities in these three sections, and in assisting counsel in planning for their attendance.  The suggestion was made that general conferences held every three months probably would meet the needs of the Court and counsel.  I agree with that suggestion. Additional status, pretrial and scheduling conferences will be added as required at appropriate locations.

---

[1] See, September 21, 2004, Administrative Order Setting Status Conferences (Docket No. 7601).

Case 6:69-cv-07941-KWR-KK   Document 7918   Filed 06/21/05   Page 2 of 2

Accordingly, status conferences are hereby scheduled for:

<u>Santa Fe</u>:

November 8, 2005
May 8, 2006

<u>Chama area</u>:

February 14, 2006
August 8, 2006

Individual notices setting the time and place, and specifying the matters to be heard, will be served by the court at least three weeks prior to each status conference.  Counsel and parties *pro se* are required to attend the conferences which include  issues relevant to their cases; attendance at other conferences is optional.  Any party may submit a request to the Special Master to include a specific matter in the next-scheduled status conference.

IT IS SO ORDERED.

            /electronic signature/
SPECIAL MASTER VICKIE L. GABIN