IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer <br><br>  Plaintiff, <br><br> vs. <br><br> RAMON ARAGON, *et al.*, <br><br>  Defendants. | 69cv07941 BB-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Section 7: Rio Brazos |

## **ORDER**

THIS MATTER is before the Court on the State of New Mexico's June 21, 2005 Withdrawal of Motion for Default Judgment and Motion to Set Aside Entry of Default (Docket No. 7917) of certain defendants in the Rio Brazos subsection of Section 7.  Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the January 18, 2005 Clerk's entry of default (No. 7713) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Lilly Bateman | CHRB-003-0014 |
| Debra Patricia Martinez | CHRB-003-0016 |
| Larry Martinez | CHRB-004-0011 |
| Jose B. Cordova | CHRB-004-0029 |
| Pedro Romero | CHRB-005-0019 |

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN