IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

JUN 2 8 2005

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-002-0001**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

        JOE AND ROSINA GARCIA REVOCABLE TRUST

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

       concerning certain elements of Defendant's right to divert and use the public waters of

       the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing

       below, the State and the Defendant(s) have approved and accepted the elements of

       Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

       of the claims of the Defendant(s) adjudicated by this order.



4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Brazos, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files**          965

**Priority**  February 19, 1915

**Source of Water:** Surface water of the Chavez Creek, a tributary of the Rio Brazos, a
                    tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of**

> **Ditch:**        CHAVEZ CREEK DITCH NO. 2
> **Location:** X= 1,568,855   feet   Y= 2,093,836   feet
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 70.0 acres |
| | Total | 70.0 acres |

As shown on the 2001 Hydrographic Survey Map CHRB- 2.

**Amount of Water:** Reserved for future  determination by court order entered November
                   19, 2002.

## B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files**          1341

**Priority**  NONE

**Source of Water:** Surface water of the Chavez Creek, a tributary of the Rio Brazos, a
                    tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of**

> **Ditch:**        CHAVEZ CREEK DITCH NO. 2
> **Location:** X= 1,568,855   feet   Y= 2,093,836   feet
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Acreage

Within the Tierra Amarilla Grant                           39.8  acres

                                                    Total    39.8 acres

As shown on the 2001 Hydrographic Survey Map CHRB- 2.

**Amount of Water:** NONE

## C. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s):** 964  & 1341

**Priority:** NONE

**Source of Water:** Surface water of the Chavez Creek, a tributary of the Rio Brazos, a
tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch:**    CHAVEZ CREEK DITCH NO. 1

    **Location: X=** 1,569.231   feet  **Y=** 2,095.199   feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

Within the Tierra Amarilla Grant                           80.1  acres

                                                    Total    80.1 acres

As shown on the 2001 Hydrographic Survey Map CHRB- 2.

**Amount of Water:** NONE

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

Section 7, other than those set forth in this order and those other orders entered by this

Court in this cause.

Consent Order                              3                   Subfile No.: CHRB-002-0001

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his

or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the

public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict

accordance with the rights set forth herein or in other orders of the Court.


The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER


Consent Order                                          4                          Subfile No.: CHRB-002-0001

SIGNATURE _____

JOE AND ROSINA GARCIA REVOCABLE TRUST

ADDRESS: _P.O. Box 90398_

_Albuquerque, N.M. 87199_

DATE: _May 26, 2005_

_____

EDWARD G. NEWVILLE

Special Assistant Attorney General

_6.9.05_

Date

