**FILED**
at Santa Fe, NM

JUN 2 8 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla<br><br>Subfile No.   CHCB-003-0015B |

## SUBFILE ORDER

**THIS MATTER** comes before the Court on Plaintiff State of New Mexico *ex rel.* State Engineer's ("State Engineer") Motion for Summary Judgment and Memorandum in Support (Doc. No. 7615, filed October 27, 2004). On February 3, 2005, the Court granted part of Plaintiff's Motion and ordered the parties to file supplemental briefs. (Doc. No. 7757). On May 3, 2005, after review of the supplemental submissions of the parties and the relevant law, the Court granted the State Engineer's Motion in its entirety and ordered the State Engineer to prepare a Subfile Order adjudicating **DAVID E. ARCHULETA and LYDIA U. ARCHULETA** ("Defendants") a No Right for irrigation purposes under Subfile CHCB-003-0015B. (Doc. No. 7848).

The Court now Finds:

1. The Court has jurisdiction over the State of New Mexico *ex rel.* State Engineer and the Defendants and the subject matter of this suit.

2. There is no just reason for delay for the entry of a final judgment as to the claims of

the Defendants for irrigation water rights adjudicated by this order under Subfile CHCB-003-0015B.

3. The right of the Defendants to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, for irrigation purposes under Subfile CHCB-003-0015B is set forth below:

A. **NO RIGHT**

**Office of the State Engineer Files No.** NONE

**Priority:** NONE

**Source of Water:** Surface water of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
   **Ditch:** RINCON BLANCA
   **Location: X=** 1,578,548 feet      **Y=** 2,012,107 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
   Section 03, Township 26N, Range 04E, N.M.P.M.
      Pt. NE¼                            0.3 acres
      Pt. NW ¼                          13.0 acres

   Section 34, Township 27N, Range 04E, N.M.P.M.
      Pt. SE¼                           11.1 acres
      Pt. SW ¼                           0.1 acres
                                         ─────────
                                   Total  24.5 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCB-003-0015B

**Amount of Water:** NONE

4. Defendants have no irrigation water rights under Subfile CHCB-003-0015B other than those set forth in this order.

5. Defendants, their successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein and the other orders entered by this Court in this cause.

IT IS THEREFORE ORDERED that the rights of the Defendants to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, for irrigation purposes under Subfile CHCB-003-0015B are as set forth herein. The Defendants, their successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

IT IS FURTHER ORDERED that the Court enters this Subfile Order as a final judgment as to the Defendants' water rights set forth herein.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Submitted by:

STATE OF NEW MEXICO

*/s/ Edward G. Newville*

Edward G. Newville
Special Assistant Attorney General


Approved as to form:

PADILLA LAW FIRM

*/s/ Ernest L. Padilla*

Ernest L. Padilla
Attorney for David E. Archuleta and Lydia U. Archuleta

