IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

05 JUN 29 PM 2:27

CLERK SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | |
| State Engineer, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | 69cv07941-BB-ACE |
| ) | |
| v. ) | RIO CHAMA ADJUDICATION |
| ) | |
| RAMON ARAGON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**APPENDIX TO NO. 7912, REPLY BY STATE OF NEW MEXICO TO
RESPONSE TO MOTION TO SET ASIDE DEFAULT JUDGMENT**

Attached hereto as an appendix to the State of New Mexico, *ex rel.* State Engineer's ("State") Reply to Response to Motion to Set Aside Default Judgment are Exhibits 1 and 2 to the Reply (No. 7912). The exhibits were too large to be filed electronically with the Reply.

Exhibit 1:    Office of the State Engineer Application No. 1545 and 1699 into 4656, Denied.

Exhibit 2:    Letter from Jonathan Martinez, Water Rights Division, to Henry G. Coors dated February 2, 2005, *Re: Denial of Application 1545 and 1699 into 4656.*

Respectfully submitted,

_____
Arianne Singer
Special Assistant Attorney General
Office of the State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 827-6150
Fax: (505) 827-3520

## Certificate of Service

I certify that on June 27, 2005, a true and correct copy of the foregoing pleading was mailed by first class mail to the counsel of record and *pro se* parties shown on the attached service list.

_____
Arianne Singer

New Mexico Acequia Commission
Fred Vigil, Chairman
DFA - Local Government Div.
Bataan Memorial Building
Santa Fe, NM 87503

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St. Suite 945
Denver, CO 80202

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

John P. Hays, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Karla McCall
Data Manager
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Benjamin Phillips, Esq.
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus Law Firm, LLP
405 Dr. Martin L. King Jr. Ave. NE
Albuquerque, NM 87102-3541

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis & Roca Jontz Dawe, LLP
201 Third St. NW, Suite 1950
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Susan G. Jordan, Esq.
Nordhaus Law Firm, LLP
1239 Paseo De Peralta
Santa Fe, NM 87501

John F. McCarthy, Jr. Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Jr., Esq.
Robles, Rael & Anaya, P.C.
500 4th Street NW
Suite 200
Albuquerque, NM 87102

Martin E. Threet, Esq.
Martin E. Threet & Associates
6605 Uptown Blvd. NE. Suite 280
Albuquerque, NM 87110

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner
P. O. Box 271
Albuquerque, NM 87103-0271

Frank M. Bond, Esq.
The Simons Firm, LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Tessa T Davidson, Esq.
Davidson Law Firm, LLC
P.O. Box 2240
Corrales, NM 87048

Paula Garcia
Nm Acequia Association
607 Cerrillos Rd., Suite F
Santa Fe, NM 87505

Pierre Levy, Esq.
Offices Of Daniel J. O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Karen L. Townsend, PC
120 East Chaco
Aztec, NM 87410

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
4801 Lang Ave., NE, Suite 200
P.O. Box 94750
Albuquerque, NM 87199-4750

## APPLICATION FOR PERMIT TO CHANGE POINT OF DIVISION AND PLACE AND/OR PURPOSE OF USE OF SURFACE WATERS

**DENIED**

1. Name of Applicant: Henry G. Coors
   Mailing Address: HC 75, Box 1161
   City and State: Rutheron, NM    Zip Code: 87551
2. Water right is recorded with the State Engineer under File No. 1545-1699
   and has a priority of 1922 for domestic, livestock & irrigation purposes.
3. Annual quantity of water claimed under right: 35.3 x 1.02 = 36.006 acre-feet. Quantity of water stored: 2.226 for evaporation acre-feet. Name of ditch: Willow Creek
   Source of water supply: Chama River (river, arroyo, spring, etc.), a tributary of Rio Grande
   Annual quantity of water to be transferred by this application: 10 which included 4 from prior application acre-feet.
4. Point of diversion from which water right is to be changed: (a) ___ 1/4 ___ 1/4 ___ 1/4 of Section ___, Township ___, Range ___, N.M.P.M. at a point whence the ___ of Section ___, Township ___, Range ___ bears, ___ feet distant.
   (b) X= 405,500 feet, Y= 2,103,000 feet, N.M. Coordinate System Zone within the ___ Grant.
5. Area from which water right is to be severed: (a) 9.81 acres, described as follows:

| Subdivision | Section | Township | Range | Acres | Owner |
|---|---|---|---|---|---|
| All or part of Lots B, C, D, E-1, F and G-1 of Ft. Heron Preserve Subdivision and a portion of the Mauldins property being east of the subdivision | 11 | 3 S. | 2 E. | 9.81 | Henry G. Coors |

   (b) If there are no other sources of water for these lands, describe by source and file No. ___

6. This water right is to be changed from irrigation to domestic purposes.
7. Location of proposed point of diversion: (a) ___ 1/4 ___ 1/4 ___ 1/4 of section ___, Township ___, Range ___ N.M.P.M. at a point whence the ___ of Section ___, Township ___, Range ___ bears, ___ feet distant. Range ___ bears, ___ feet distant.
   (b) X= 395,045 feet, Y= 2,073,664 feet, N.M. Coordinate System Zone within the Tierra Amarilla Grant.
   (c) Name of stream, spring, tributary, etc., from which diversion is proposed to be made Chama River

   (d) Description of new diversion system (give construction material, type, dimensions, hydraulic properties, pump information, etc.) Infiltration gallery - See Rutheron Water Association diversion facility

   (e) Additional data (give dimensions, capacity, etc., of new canal section; also data on any other proposed works)

8. Area to which water right is to be moved: (a) 120 acres, described as follows:

| Subdivision | Section | Township | Range | Acres | Owner |
|---|---|---|---|---|---|
| Fort Heron Preserve Subdivision plus 3 acres south of the subdivision | 11 | 3 S. | 2 E. | 120 | Henry G. Coors |

   (b) Water to be used thereon for domestic purposes.
   (c) If there are no other sources of water for these lands, describe by source and file No. ___

FOR STATE ENGINEER USE ONLY

Date Received ___    File No. ___

**EXHIBIT 1**

9. Application is made to change point of diversion and place and/or purpose of use for the following reasons: Land is now being used for residential purposes rather than as a farm

10. Additional statements or explanations See attached supplement and Plat for additional information

I, Henry G. Coors, affirm that the foregoing statements are true to the best of my knowledge and belief and that I am the sole owner.
(sole, partial, agent for, etc.)

_____Henry G. Coors_____, Applicant

Subscribed and sworn to me before this 21st day of October, A.D., 19 99.

My commission expires 1-23-2003

OFFICIAL SEAL
CECELIA C. GARCIA
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 1-23-2003

_____Cecelia C. _____
Notary Public

**ACTION OF STATE ENGINEER**

This application is approved provided it is not exercised to the detriment of any others having prior and existing rights to the use of waters of this stream or to the detriment of any rights acquired prior to filing this application for permit to change point of diversion and place or purpose of use

DENIED

Proof of completion of works shall be filed on or before _____, 19____

Proof of application of water to beneficial use shall be filed on or before _____, 19____

Witness my hand and seal this _____ day of _____, A.D., 19____

**STATE ENGINEER**

By: _____

**INSTRUCTIONS**

This form shall be executed, preferably typewritten, in triplicate and must be accompanied by a $50.00 filing fee. Each copy must be properly signed and attested. If applicant is not recorded owner of water right, Change of Ownership affidavit should accompany this application. DO NOT FILL IN the date received and file number listed at the bottom of first page of this form as this information will be entered by the State Engineer.

## SUPPLEMENT

**DENIED**

This application seeks to change the point of diversion, the place of beneficial use and the purpose of use for:

10 acre feet consumptive use, which includes 2 acre feet on the Applications of Henry G. Coors, dated May 7, 1993 and the 2 acre feet on the Application of Henry G. Coors dated March 12, 1996 plus an additional six (6) acre feet.

**Transferors:** The transferors will be Henry G. Coors and Judith A. Coors

**Transferee:** The transferee shall be Rutheron Water Association.

**Original Point of Diversion:** Willow Creek Mesa Ditch  X=408,600  Y=2,103,664

**New Point of Diversion:** Rutheron Water Association's Infiltration Gallery
    X=395,045    Y=2,073,664

**Original area of use:** Parcels 1, 2 and 3, Section 11, T.3 S., R. 2 E., Tierra Amarilla Land Grant.

**New Area of Use:** Sections 1, 2, 11 of T. 3 S., R. 2 E., and Sections 31, 32, 33 T. 2 S., R. 2 E., being the service area of the Rutheron Water Association.

**Original Purpose of Use:** Irrigation.

**New Purpose of Use:** Domestic

**Plat:** Attached to this Application is a Plat which shows:

1. Original 35.3 acres of permitted water rights
2. 14.66 acres now being dedicated to offset evaporation in two ponds
3. 8.0 acres conveyed to William Mauldin and Linda DeMill
4. 9.81 acres subject to this application
5. 2.83 acres to remain under irrigation in Lots D, F and G, Fort Heron Preserve
6. Area to receive domestic water service from 10 acre feet of consumptive use water rights.

**Calculations:**

9.81 acres x 1.02 = 10.0 acre feet
Consumptive use = CIR x adjustment for historic supply
        = 1.11 x .92
        = 1.02

# STATE OF NEW MEXICO
## OFFICE OF THE STATE ENGINEER
Santa Fe

John R. D'Antonio Jr., P.E.
State Engineer

BATAAN MEMORIAL BUILDING, ROOM 102
SANTA FE, NEW MEXICO 87504-5102
(505) 827-6120
FAX (505) 827-0682

February 2, 2005

Henry G. Coors
163 Rainbow Drive #613
Livingston, Texas 77399-1063

**CERTIFIED - RETURN RECEIPT REQUESTED**
(#70001530000558307653)

Re: *Denial of Application 1545 and 1699 into 4656*

Greetings:

The Office of the State Engineer denied application 1545 and 1699 into 4656 on January 25, 2005 for the following reason:

> Pursuant to an Order Granting Motion for Default Judgment filed October 11, 2004 (Docket No. 7611) by the United States District Court for the District of New Mexico, Henry G. Coors has no interest in the irrigation water rights described in Subfile CHRU-004-0044 (move-from lands) of the Rutheron Section of the Rio Chama Hydrographic Survey (see attached Order).

If you are aggrieved by this decision, you should so advise this office in writing before the expiration of thirty (30) days after receipt of this letter and request that the previous actions of the State Engineer be set aside and that a date for hearing be set by the State Engineer. Requests for hearing may be filed by facsimile, provided the original request is mailed and postmarked within 24 hours of the facsimile. The applicant must indicate the date and time of transmission of the facsimile and also provide a cover letter confirming that the original will be mailed within 24 hours.

Feel free to contact me if you have any questions or comments.

Sincerely,

Jonathan Martinez
Water Rights Division, Santa Fe
(505) 827-6120

Enclosure (3)

**EXHIBIT 2**