IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) | | |
| Plaintiff, ) ) | 69cv07941-BB-ACE | |
| -v- ) ) | RIO CHAMA STREAM SYSTEM | |
| RAMON ARAGON et al., ) ) | Sections 3, 5, and 7 | |
| Defendants. ) ) | | |

ORDER SETTING STATUS CONFERENCE

THIS MATTER is before the Special Master to guide the course of the Rio Chama Stream System adjudication and pursuant to the Administrative Order Setting Status Conferences, entered September 21, 2004 (Docket No. 4601).

A status conference is set for Monday, August 8, 2005, at 2:00 p.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, New Mexico. The following matters will be discussed:

1. The general status of the adjudication of Sections 3, 5 and 7, by counsel for the State of New Mexico, ex rel. State Engineer (State), including the status of on-going field work.

2. The progress in reaching agreement on the consumptive irrigation requirements for Section 5, and the necessity, if any, for a supplemental scheduling order in this matter.

3. The status of settlement negotiations on the quantification of the United States of America's claims under the Wild and Scenic Rivers Act, pursuant to the Order entered November 18, 2004 (Docket No. 7660), as well as matters relating to the United States' claims for stockwatering. Counsel may file a status report in lieu of appearing, and should notify the Special Master of his

decision at least one week prior to the conference.

4. The November 19, 2002, Procedural Order (No. 6939, as amended, No. 7771) requires the State Engineer to prepare proposed consent orders regarding the Jicarilla Apache Nation's state law-based water rights claims by July 15, 2005. At the June 14 status conference, counsel reported that the necesssary field work had been completed two weeks previously. Counsel shall report on the progress of the consent order process, and be prepared with a proposed scheduling order for future proceedings.

5. The progress of the parties' priorities research and historical reports pursuant to the August 26, 2004, Order Adopting Priorities Adjudication Schedule (No. 7567); *see* the August 2, 2004, Joint Status Report (No. 7469).

6. Any other relevant matters.

7. Items which should be included in the next status conference set for Tuesday, November 8, 2005, in Santa Fe.

Attendance by parties involved in the matters listed above is mandatory. Attendance by any other party is optional.

IT IS SO ORDERED.

      /electronic signature/  
SPECIAL MASTER VICKIE L. GABIN