IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941 BB-ACE |
| v. | ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al., | ) ) | |
| Defendants. | ) ) ) | |

**STATUS REPORT ON SETTLEMENT OF INDIAN CLAIMS**

Pursuant to the Court's *sua sponte* Order, dated May 30, 2003, the United States hereby reports on the status of negotiations or settlement talks concerning Pueblo or Tribal rights.

1. There have been no changes in the status of this case, with regard to settlement of Pueblo or tribal rights, since the report submitted by the United States on December 22, 2004. Other than the Jicarilla Apache Nation's rights, which as reported previously have been decreed pursuant to a completed settlement, the only Indian water rights within the scope of this adjudication are those of the San Juan Pueblo. The Special Master's November 3, 2004 *Scheduling Order on Pueblo Claims* [Doc. No. 7639] established two subproceedings to adjudicate that Pueblo's water rights. Pursuant to that order, the United States and San Juan Pueblo are to file their subproceeding complaints for the first subproceeding in March and May of 2007, respectively. Although the Pueblo and several other parties have, in the past, expressed an interest in settlement, no negotiations are on-going at this time and no Federal Negotiating Team has been appointed by the U.S.

Department of the Interior. The United States has not received any communication concerning settlement of San Juan Pueblo's water rights since the December 22, 2004 status report.

   Respectfully submitted this 5th day of July, 2005.

              COUNSEL FOR THE UNITED STATES:

              _____
              Bradley S. Bridgewater
              Indian Resources Section
              U.S. Department of Justice
              Suite 945, North Tower
              999 Eighteenth Street
              Denver, CO 80202
              Phone: (303) 312-7318

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I mailed copies of the foregoing *Status Report* to all persons on the attached service list.

_____

## State of New Mexico v. Aragon
## Service List

Edward G. Newville
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

AquaTek
Karla McCall
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Fred Vigil
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz
Box 6390
Taos, NM 87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton, Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM 87103-0586

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM 87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO  80202

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM  87575

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan
 & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE,  Suite A
Albuquerque, NM 87109

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
4801 Lang Ave., N.E., Suite 200
P.O. Box 94750
Albuquerque, NM 87199-4750


Jeffrey H. Albright
Cynthia A. Loehr
201 Third Street, NW, Suite 1950
Albuquerque, NM 87102

Arianne Singer
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102

Updated 3/3/05