IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* STATE ENGINEER<br><br>      Plaintiff,<br><br>v.<br><br>RAMON ARAGON, *et al.,*<br><br>      Defendants. | 69cv07941-BB-ACE<br>Rio Chama Adjudication |

ENTRY OF APPEARANCE

  Tim Vollmann, a member of the Bar of this Court, NM Bar # 9262, hereby enters his appearance, alongside Lee Bergen of Bergen Law Offices, LLC, as co-counsel on behalf of the Pueblo of San Juan in the cause captioned above. Lee Bergen remains as lead counsel of record.

                Respectfully submitted,

                _____
                Tim Vollmann
                3301-R Coors Rd. N.W. #302
                Albuquerque, New Mexico 87120
                (505) 792-9168
                Tim_Vollmann@hotmail.com
                Attorney for Pueblo of San Juan

                _____
                Lee Bergen
                Bergen Law Offices, LLC
                4110 Wolcott Avenue N.E., Suite A
                Albuquerque, New Mexico 87109
                (505) 798-0114
July 5, 2005            Attorney for Pueblo of San Juan

CERTIFICATE OF SERVICE

      I, Tim Vollmann, hereby certify that I have served a copy of my Entry of Appearance on behalf of the Pueblo of San Juan by U.S. mail sent to the following addresses on the 5th day of July, 2005:

                                                                           _____
Tim Vollmann
3301-R Coors Rd. N.W. #302
Albuquerque, New Mexico 87120
(505) 792-9168
Tim_Vollmann@hotmail.com
Attorney for Pueblo of San Juan

| | |
|---|---|
| Special Master Vickie L. Gabin<br>C/o USDC-DNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | Bradley S. Bridgewater, Esq.<br>U.S. Department of Justice<br>999 18th Street, Suite 945N<br>Denver, CO |
| James C. Brockmann, Esq.<br>Jay F. Stein, Esq.<br>Stein & Brockmann, P.A.<br>P.O. Box 5250<br>Santa Fe, NM 87502-5250<br>Attorneys for the City of Española | Edward G. Newville, Legal Division<br>Office of the State Engineer<br>P.O. Box 25102<br>Santa Fe, New Mexico 87504-5102 |
| Benjamin Phillips, Esq.<br>White, Koch, Kelly & McCarthy, P.A.<br>P.O. Box 787<br>Santa Fe, NM 87504-0787 | Frank M. Bond, Esq.<br>Simmons & Slattery, LLP<br>P.O. Box 5333<br>Santa Fe, NM 87502-5333 |
| Stephen L. Bunch, Esq.<br>NM Highway & Transportation Dept.<br>P.O. Box 1149<br>Santa Fe, NM 87504-1149 | Charles T. DuMars, Esq.<br>Law & Resources Planning Associates<br>201 3rd Street NW, Suite 1370<br>Albuquerque, NM 87102 |

Fred Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

David W. Gehlert
U.S. Department of Justice
999 18th Street, Suite 945
Denver CO 80202

Karla McCall, Data Manager
1315 Sagebrush Dr., S.W.
Los Lunas, NM 87031

Mary E. Humphrey
Attorney at Law
P.O. Box 1574
El Prado, NM 87529

Eric Biggs
Eric Biggs, P.A.
60 Canada Village Road
Santa Fe, NM 87505

Mary Ann Joca, Esq.
P.O. Box 586
Albuquerque, NM 87103-0586

Ralph R. Trujillo, Pro Se
Box 5, Rancho Chonito
Chimayo, NM 87522

Michael Schoessler, Esq.
U.S. Dept. of the Interior
Office of the Regional Solicitor
505 Marquette Ave., NW, Suite 1800
Albuquerque, NM 87102

Ted J. Trujillo, Attorney
Board of County Commissioners
  Of the County of Rio Arriba
P.O. Box 2185
Española, NM 87532

John W. Utton
Sheehan, Sheehan & Stelzner, P.A.
Attorneys for Associación de Acéquias
  Norteñas de Rio Arriba
P.O. Box 271
Albuquerque, NM 87103

Jana C. Werner, General Counsel
Legal Dept.
Pueblo of Pojoaque
58 Cities of Gold Road
Santa Fe, NM 87506

Steve Ross, County Attorney
Grace Phillips
Asst. County Attorney
P.O. Box 276
Santa Fe, NM 87504-0276