JUN-03-2005 13:58 FROM:WRD          8276682                             TO:5059825520          P.4/6
10/20/99  16:07  FAX 505 827 6682              OSE/WRD/HYD                                    ☒01

## APPLICATION FOR PERMIT TO CHANGE POINT OF DIVISION AND PLACE AND/OR PURPOSE OF USE OF SURFACE WATERS

**DENIED**

1. Name of Applicant __Henry G. Coors__
   Mailing Address __HC 75, Box 1161__
   City and State __Rutheron, NM__ Zip Code __87551__

2. Water right is recorded with the State Engineer under File No. __1545-1699__
   and has a priority of __1922__ for __domestic, livestock & irrigation__ purposes.

3. Annual quantity of water claimed under right: __35.3 x 1.02 = 36.006__ acre-feet. Quantity of
   water stored: __2.226 for evaporation__ acre-feet. Name of ditch: __Willow Creek__
   Source of water supply: __Chama River__, a tributary of __Rio Grande__
   (river, arroyo, spring, etc.)
   Annual quantity of water to be transferred by this application: __10 which included 4 from prior applications__ acre-feet.

4. Point of diversion from which water right is to be changed: (a) ____ 1/4 ____ 1/4 ____ 1/4
   of Section ____, Township ____, Range ____, N.M.P.M. at a point
   whence the ____ bears, ____ of Section ____, Township ____ feet distant.
   Range ____
   (b) X= __408,600__ feet, Y= __2,103,000__ feet, N.M. Coordinate System
   Zone within the ____ Grant.

5. Area from which water right is to be severed: (a) __9.81__ acres, described as follows:

| Subdivision | Section | Township | Range | Acres | Owner |
|---|---|---|---|---|---|
| All or part of Lots B, C, D, E-1, F and G-1 of Ft. Heron Preserve Subdivision and a portion of the Mauldins property being east of the subdivision | 11 | 3 S. | 2 E. | 9.81 | Henry G. Coors |

   (b) If there are no other sources of water for these lands, describe by source and file No. ____

6. This water right is to be changed from __irrigation__ purposes.
   to __domestic__ purposes.

7. Location of proposed point of diversion: (a) ____ 1/4 ____ 1/4 ____ 1/4 of section
   ____, Township ____, Range ____, N.M.P.M. at a point whence
   the ____ of Section ____, Township ____ feet distant.
   Range ____ bears, ____ feet distant.
   Range ____ bears, ____ feet distant.
   (b) X= __395,045__ feet, Y= __2,073,664__ feet, N.M. Coordinate System
   Zone within the __Tierra Amarilla__ Grant.
   (c) Name of stream, spring, tributary, etc., from which diversion is proposed to be made __Chama River__

   (d) Description of new diversion system (give construction material, type, dimensions, hydraulic properties, pump information, etc.) __Infiltration gallery - See Rutheron Water Association diversion facility__

   (e) Additional data (give dimensions, capacity, etc., of new canal section; also data on any other proposed works)

8. Area to which water right is to be moved: (a) __120__ acres, described as follows:

| Subdivision | Section | Township | Range | Acres | Owner |
|---|---|---|---|---|---|
| Fort Heron Preserve Subdivision plus 60 acres south of the subdivison | 11 | 3 S. | 2 E. | 120 | Henry G. Coors |

   (b) Water to be used thereon for __domestic__ purposes.
   (c) If there are no other sources of water for these lands, describe by source and file No. ____

**FOR STATE ENGINEER USE ONLY**

Date Received ____                    File No. ____

9. Application is made to change point of diversion and place and/or purpose of use for the following reasons: Land is now being used for residential purposes rather than as a farm

10. Additional statements or explanations See attached supplement and Plat for additional information

I, Henry G. Coors, affirm that the foregoing statements are true to the best of my knowledge and belief and that I am the sole owner.
(sole, partial, agent for, etc.)

_Henry G. Coors_, Applicant

Subscribed and sworn to me before this 21st day of October, A.D., 19 99.

My commission expires 7-23-2003

OFFICIAL SEAL
CECELIA C. GARCIA
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires 7-23-2003

Notary Public

### ACTION OF STATE ENGINEER

This application is approved provided it is not exercised to the detriment of any others having prior and existing rights to the use of waters of this stream or to the detriment of any rights acquired prior to filing this application for permit to change point of diversion and place or purpose of use _____

**DENIED**

Proof of completion of works shall be filed on or before _____, 19___

Proof of application of water to beneficial use shall be filed on or before _____, 19___

Witness my hand and seal this ____ day of _____, A.D., 19___

STATE ENGINEER

By: _____

### INSTRUCTIONS

This form shall be executed, preferably typewritten, in triplicate and must be accompanied by a $50.00 filing fee. Each copy must be properly signed and attested. If applicant is not recorded owner of water right, Change of Ownership affidavit should accompany this application. DO NOT FILL IN the date received and file number listed at the bottom of first page of this form as this information will be entered by the State Engineer.

## SUPPLEMENT

**DENIED**

This application seeks to change the point of diversion, the place of beneficial use and the purpose of use for:

10 acre feet consumptive use, which includes 2 acre feet on the Applications of Henry G. Coors, dated May 7, 1993 and the 2 acre feet on the Application of Henry G. Coors dated March 12, 1996 plus an additional six (6) acre feet.

**Transferors:** The transferors will be Henry G. Coors and Judith A. Coors

**Transferee:** The transferee shall be Rutheron Water Association.

**Original Point of Diversion:** Willow Creek Mesa Ditch  X=408,600  Y=2,103,664

**New Point of Diversion:** Rutheron Water Association's Infiltration Gallery
X=395,045   Y=2,073,664

**Original area of use:** Parcels 1, 2 and 3, Section 11, T.3 S., R. 2 E., Tierra Amarilla Land Grant.

**New Area of Use:** Sections 1, 2, 11 of T. 3 S., R. 2 E., and Sections 31, 32, 33 T. 2 S., R. 2 E., being the service area of the Rutheron Water Association.

**Original Purpose of Use:** Irrigation.

**New Purpose of Use:** Domestic

**Plat:** Attached to this Application is a Plat which shows:

1. Original 35.3 acres of permitted water rights
2. 14.66 acres now being dedicated to offset evaporation in two ponds
3. 8.0 acres conveyed to William Mauldin and Linda DeMill
4. 9.81 acres subject to this application
5. 2.83 acres to remain under irrigation in Lots D, F and G, Fort Heron Preserve
6. Area to receive domestic water service from 10 acre feet of consumptive use water rights.

**Calculations:**

9.81 acres x 1.02 = 10.0 acre feet
Consumptive use = CIR x adjustment for historic supply
= 1.11 x .92
= 1.02