

# STATE OF NEW MEXICO
### OFFICE OF THE STATE ENGINEER
### Santa Fe

John R. D'Antonio Jr., P.E.
State Engineer

BATAAN MEMORIAL BUILDING, ROOM 102
SANTA FE, NEW MEXICO 87504-5102
(505) 827-6120
FAX. (505) 827-6682

February 2, 2005

Henry G. Coors
163 Rainbow Drive #613
Livingston, Texas 77399-1063

**CERTIFIED - RETURN
RECEIPT REQUESTED**
(#70001530000558307653)

Re:  Denial of Application 1545 and 1699 into 4656

Greetings:

The Office of the State Engineer denied application 1545 and 1699 into 4656 on January 25, 2005 for the following reason:

> Pursuant to an Order Granting Motion for Default Judgment filed October 11, 2004 (Docket No. 7611) by the United States District Court for the District of New Mexico, Henry G. Coors has no interest in the irrigation water rights described in Subfile CHRU-004-0044 (move-from lands) of the Rutheron Section of the Rio Chama Hydrographic Survey (see attached Order).

If you are aggrieved by this decision, you should so advise this office in writing before the expiration of thirty (30) days after receipt of this letter and request that the previous actions of the State Engineer be set aside and that a date for hearing be set by the State Engineer. Requests for hearing may be filed by facsimile, provided the original request is mailed and postmarked within 24 hours of the facsimile. The applicant must indicate the date and time of transmission of the facsimile and also provide a cover letter confirming that the original will be mailed within 24 hours.

Feel free to contact me if you have any questions or comments.

Sincerely,

Jonathan Martinez
Water Rights Division, Santa Fe
(505) 827-6120

Enclosure (3)