2005 MAR 11 PM 1:44

OFFICE OF THE
STATE ENGINEER
HEARINGS UNIT
SANTA FE, NM

March 10, 2005
105 N San Juan Trail
Casa Grande, AZ 85222

Office of the State Engineer
Hearings Unit
230 West Manhattan
Santa Fe, NM 87504

Attention: Mr. O'Dell

Re: Denial of Application 1545 and 1699 into 4656

Dear Mr. O'Dell:

I am aggrieved by the decision of the State Engineer in the above entitled cause. You have previously heard this matter and ruled in my favor. Water rights has now come up with another reason to deny my application and so I am filing this aggrieved letter to challenge their improper action.

In the two identical letters I received from Jonathan Martinez, I was advised that I had 30 days to respond to his letters. For the record, I received these letters February 25, 2005 so that this letter is timely.

Very truly yours,

Henry G. Coors

HGC/ksm
cc: Jonathan Martinez, Water Rights Division