```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW MEXICO
```

STATE OF NEW MEXICO ex rel.,
State Engineer,

                Plaintiff,         No. 69cv07941-BB-ACE
    -vs-                               RIO CHAMA STREAM SYSTEM
                                              Section 7
ROMAN ARAGON, et al.,            Subfile(s) CHRU 004-0044A

                Defendants.

<u>NOTICE OF COMPLETION OF BRIEFING ON
MOTION TO SET ASIDE DEFAULT (Doc. No. 7901</u>

    Movant having failed to do so, Defendants-Respondents Padilla and Andrews give notice pursuant to LR-CV 7.3 of the completion of briefing on the Motion of Henry Coors (Doc. No. 7901, filed May 20, 2005) to Set Aside Default.  Padilla and Andrews responded to the motion on June 3, 2005 (Doc. 7909) and the State of New Mexico ex rel., State Engineer replied on June 17, 2005, (Docs. Nos. 7912, 7913, 7924). Movant has filed no reply, thereby consenting under LR-CV 7.1(b) that briefing on the motion is complete.

    The briefs and other papers which have been filed relating to the motion consist of the motion itself (Doc. 7901), the Padilla and Andrews Response (Doc. No. 7901) and the State of New Mexico's Reply (Docs. Nos. 7912, 7913, 7924).

                                      PETER B. SHOENFELD, P.A.
                                      P.O. Box 2421
                                      Santa Fe, New Mexico 87504-2421
                                      (505) 982-3566; FAX: (505) 982-5520

                                      By:<u>S/Peter B. Shoenfeld (e-filed)</u>
                                          Attorney for Andrews, Padilla

CERTIFICATE OF SERVICE

I certify that on July 8, 2005, I served the foregoing on the following by mail:

Edward G. Newville
Lisa D. Brown
P.O. Box 25102
Santa Fe, NM 87504-5102

Karla McCall
1315 Sagebrush Dr., SW
Los Lunas, NM 87031

Fred Vigil
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz
Box 6390
Taos, NM 87571

Joseph V. R. Clarke
P.O. Box 4160
Santa Fe, NM 87502-4160

Vicki Gabin, Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Jeffrey L. Fornaciari
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch, NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S.D.A. Forest Service
P.O. Box 586
Albuquerque, NM 87103-0586

John W. Utton
P.O. Box 271
Albuquerque, NM 87103-0271

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Frank M. Bond
P.O. Box 5333
Santa Fe, NM 87502-5333

Benjamin Phillips, John F. McCarthy, Jr., Rebecca Dempsey
P.O. Box 787
Santa Fe, NM 87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Bradley S. Bridgewater
David W. Gehlert
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM 87575

John P. Hays, Gary Friedman
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, NM 87501

Tessa T. Davidson
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
LRPA
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
D.F.A., Local Government Div.
Bataan Memorial Building
Santa Fe, NM 87503

Lee Bergen
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109

Tim Vollmann
3301-R Coors Rd. N.W. #302
Albuquerque, NM 87120

Kurt J. Van Deren
P.O. Box 94750
Albuquerque, NM 87199-4750

James C. Brockmann, Esq.
Jay F. Stein, Esq.
P.O. Box 5250
Santa Fe, NM 87502-5250

Jeffrey H. Albright,
Cynthia A. Loehr
201 Third Street, N.W.,
Suite 1950
Albuquerque, NM 87103-1027

Ernest L. Padilla
Padilla Law Firm, PA
P. O. Box 2523
Santa Fe, NM 87504-2523

```
Lester K. Taylor, Susan G.
Jordan
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King
Avenue, N.E.
Albuquerque, NM 87102-3541
```

S/Peter B. Shoenfeld (e-filed)
Attorney for Defendants Andrews and Padilla