IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
State Engineer,

            Plaintiff,          No. 69cv07941-BB-ACE
   -vs-                             RIO CHAMA STREAM SYSTEM
                                       Section 7
ROMAN ARAGON, et al.,          Subfile(s) CHRU 004-0044A

           Defendants.

### SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICES OF COMPLETION OF BRIEFING

I certify that on this 8th day of July, 2005, I served a true copy of (1) Doc. No. 7930, the Notice of Completion of Briefing of Motion to Set Aside Default Judgment and (2) Doc. No. 7929, the Notice of Completion of Briefing of Motion for Rule 11 Sanctions on the following (in addition to the persons named in the certificates of service appended to those documents):

    Walter L. Reardon, Jr.
    3733 Eubank Blvd., N.E.
    Albuquerque, NM 87111-3536

and a true copy of this supplemental certificate of service on Mr. Reardon and all persons named in the certificates of service appended to Docs. Nos. 7929 and 7930.

                                      PETER B. SHOENFELD, P.A.
                                      P.O. Box 2421
                                      Santa Fe, New Mexico 87504-2421
                                      (505) 982-3566; FAX: (505) 982-5520

                                By:<u>S/Peter B. Shoenfeld (e-filed)</u>
                                    Attorney for Andrews, Padilla