IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
State Engineer,

       Plaintiff,                              No. 69cv07941-BB-ACE
                                                   RIO CHAMA STREAM SYSTEM
vs.                                              Section 7

ROMAN ARAGON, et al.,

       Defendants.

## RESPONSE TO MOTION FOR SANCTIONS

COMES NOW Henry Coors for his Response to Motion for Sanctions states:

1. The issue in this case appears to be whether Mr. Coors received effective notice of the hearing which resulted in a default judgment on October 11, 2004.

2. As shown by the Affidavit of Henry Coors (attached as Exhibit A), Mr. Coors was traveling in a motor home during the time period in question and did not receive actual notice of the hearing.

3. Accordingly, Coors and his counsel, Walter Reardon, believe that it would not be appropriate to grant sanctions against him or his counsel under the facts of this case.

WHEREFORE, Coors prays that the Motion for Sanctions be denied and for such further relief as is just and proper.

WALTER L. REARDON, JR., P.A.

*Electronically filed*

WALTER L. REARDON, JR., 2158
Attorney for Henry G. Coors
3733 Eubank Blvd., N.E.
Albuquerque, NM 87111-3536
Telephone: (505) 293-7000
Fax: (505) 293-0831
Email: walter@reardonlawnm.com

We hereby certify that a copy of the foregoing pleading was sent by the method(s) indicated below to the person(s) and indicated address(es) listed below on the 10th day of July, 2005. If by facsimile or email, the transmission was reported as complete and without error.

*S/ Walter L. Reardon, Jr.*

Special Master Vickie L. Gabin, sent via first class mail
USDC-DCNM
P. O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall
Data Manager, sent via first class mail
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater
David W. Gehlert, sent via first class mail
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

John W. Utton, sent via first class mail
Sheehan, Sheehan & Stelzner, PA
P. O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia, sent via first class mail
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Phillips
John F. McCarthy
Rebecca Dempsey, sent via first class mail
White, Koch, Kelly & McCarthy, PA
P. O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor
Susan G. Jordan, sent via first class mail
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King Avenue, N.E.
Albuquerque, NM 87102-3541

Tessa T. Davidson, sent via first class mail
The Davidson Law Firm
P. O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr., sent via first class mail
500 4th Street, N.W., Suite 200
Albuquerque, NM 87102

Pierre Levy, sent via first class mail
Law Offices of Daniel J. O'Friel, Ltd.
P. O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, sent via first class mail
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, sent via first class mail
P. O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, sent via first class mail
P. O. Box 2185
Espanola, NM 87532-2185

Karen L. Townsend, sent via first class mail
120 East Chaco
Aztec, NM 87410

NM Acequia Commission, sent via first class mail
Fred Vigil, Chairman
Dept. of Finance & Administration
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, sent via first class mail
Martin E. Threet and Associates
6605 Uptown Blvd., N.E., Suite 280
Albuquerque, NM 87110

Kurt J. Van Deren, sent via first class mail
P. O. Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman, sent via first class mail
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, sent via first class mail
P. O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, sent via first class mail
Padilla Law Firm, PA
P. O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright
Cynthia A. Loehr, sent via first class mail
Jontz, Dawe Gulley & Crown, PC
201 Third Street, N.W., Suite 1950
Albuquerque, NM 87103-1027

Sent By: Karen Madison
Sender's Fax: (505) 293-0545
Sender's Email: walter@reardonlawnm.com