IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                    Plaintiff,                          69cv07941 BB-ACE

            vs.                                         RIO CHAMA STREAM SYSTEM
                                                        Section 7: Village of Chama
RAMON ARAGON, *et al.,*

                    Defendants.                         **Subfile No. CHCV-003-0024**

_____

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed February 23, 2004 (Doc. No. 7409) in connection with defendants Andrew Conder, Jr., Cheryl Conder, Kenneth Conder, Peter J. Conder, Russell Fink and subfile CHCV-003-0024, and as grounds therefore Plaintiff states as follows:

1.      Since the time Andrew Conder, Jr., Cheryl Conder, Kenneth Conder, Peter J. Conder and Russell Fink ("Defendants") signed and approved the Consent Order filed February 23, 2004 in subfile CHCV-003-0024, the State has received a plat of survey of the adjacent property and determined that a small portion of that property (0.2 acres) had been incorrectly mapped under this subfile.  The State has now correctly mapped the boundaries of the land under subfile CHCV-003-0024.

2.      The Consent Order filed February 23, 2004 should be vacated.

3.      The Defendants have agreed to making the necessary correction and have signed and approved a revised Consent Order to be filed with the Court that corrects the error described in

paragraph one above.

5.      Defendants support the granting of this motion.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent

Order filed February 23, 2004 (Doc. No. 7409) in connection with defendants Andrew Conder, Jr.,

Cheryl Conder, Kenneth Conder, Peter J. Conder, Russell Fink and subfile CHRB-006-0039.

Respectfully submitted,


        /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to
following persons on July   13   , 2005.


        /electronic signature/
Edward G. Newville


## RIO CHAMA SECTION 7 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley  S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945

Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM  87103-0271

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.

John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus Law Firm LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Susan Jordan, Esq.

Nordhaus Law Firm, LLP
1239 Paseo de Peralta
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Davidson Law Firm, LLC
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Ted  J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Kurt J. Van Deren, Esq.
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027

Frank M. Bond, Esq.
The Simmons Law Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536