IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*  )
State Engineer,                )
                               )                               05 JUL -8 AM 10: 05
        Plaintiff,             )    No. CV 7941 *JC* BB
                               )                               CLERK-SANTA FE
    v.                         )    RIO CHAMA Stream System
                               )
ROMAN ARAGON, *et al.*,        )    Wild & Scenic River Section
                               )
        Defendants.            )
_____)

**UNITED STATES' PROPOSED SCHEDULING ORDER**

The Special Master has requested a scheduling order governing the adjudication of the quantification of the United States' federal reserved water right for the Rio Chama Wild and Scenic River through the end of 2005. The United States submitted the following proposed schedule to the other parties for their review on June 29, 2005. The State and the Rio Chama Acequias Association consent to the proposed schedule. No response was received from the Acequias Nortenas.

**August 5, 2005.**     The United States will inform the court and the other parties in writing whether the United States and the State have reached agreement on the flow numbers for the Rio Chama's federal reserved water right. If they have, there would be little reason to believe the case will not settle and, after consulting with the other parties, the United States and/or the other parties may move the Court to vacate or modify the schedule set below.

**September 16, 2005.** All parties are to serve initial disclosures pursuant to FRCP 26(a)(1).

**October 21, 2005.**     All parties are to serve initial disclosures of expert testimony pursuant to FRCP 26(a)(2).

**November 30, 2005.**  All parties are to disclose any rebuttal witnesses, either fact or expert, not disclosed above.  Discovery period opens.   All discovery shall be completed by February 10, 2006.

Finally, counsel for the United States advises the Special Master and the parties that he will be unavailable for the status conference set for August 8, 2005.

DATED this 7th day of July, 2005.

Respectfully Submitted,

DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural
         Resources Division
General Litigation Section
999 18th Street, Suite 945
Denver, Colorado 80202
Phone:        (303)312-7352
Fax::          (303)312-7379

## Certificate of Service

I hereby certify that a true and correct copy of the **PROPOSED SCHEDULING ORDER** was sent via United States First Class Mail on July 7, 2005 to the following:

Jennifer S. Vaughn

Arianne Singer
C/O Edward G.Newville
Special Assistant Attorney General
Office of the State Engineer
PO Box 25102
Santa Fe, NM 87504-5102

John W. Utton
Sheehan, Sheehan & Stelzner, PA
PO Box 271
Albuquerque, NM 87103-0271

Fred Waltz
PO Box 6390
Taos, NM 87571

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.* )
State Engineer, )
                )
          Plaintiff, )     No. 69cv7941 *JC* BB
                )
          v. )     RIO CHAMA Stream System
                )
ROMAN ARAGON, *et al.*, )     Wild & Scenic River Section
                )
        Defendants. )
_____ )

## SCHEDULING ORDER

IT IS ORDERED that the following schedule will guide the determination of the adjudication of the quantification of the United States' federal reserved water right for the Rio Chama Wild and Scenic River through the end of 2005.

**August 5, 2005.** The United States will inform the court and the other parties in writing whether the United States and the State have reached agreement on the flow numbers for the Rio Chama's federal reserved water right.

**September 16, 2005.** All parties are to serve initial disclosures pursuant to FRCP 26(a)(1).

**October 21, 2005.** All parties are to serve initial disclosures of expert testimony pursuant to FRCP 26(a)(2).

**November 30, 2005.** All parties are to disclose any rebuttal witnesses, either fact or expert, not disclosed above. Discovery period opens. All discovery shall be completed by **February 10, 2006.**

Nothing in this order is intended to prejudice legal or factual claims or objections.

IT IS SO ORDERED.

_____
SPECIAL MASTER VICKIE L. GABIN