IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>  Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Tierra Amarilla</u>

| | |
|---|---|
| Willis Cox | CHTA-004-0030 |
| Carlos E. Julien | CHTA-004-0032 |

<u>Rutheron & Plaza Blanca</u>

| | |
|---|---|
| Donald S. Beach | CHRU-001-0011 |

<u>Village of Chama</u>

| | |
|---|---|
| Manuel Quintana | CHCV-002-0019 |
| Rosabra Quintana | CHCV-002-0019 |
| Jubenico Trujillo | CHCV-002-0033 |

Dated: July 14, 2005

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Notice of Dismissal mailed to following persons on July  14 , 2005.

  /s/ Ed Newville
Edward G. Newville

**RIO CHAMA SECTION 7 SERVICE LIST**

| | | |
|---|---|---|
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 | John F. McCarthy, Jr., Esq.<br>Rebecca Dempsey, Esq.<br>White, Koch, Kelly & McCarthy PA<br>P.O. Box 787<br>Santa Fe, NM 87504-0787 | Law Offices of Daniel J. O'Friel Ltd.<br>P.O. Box 2084<br>Santa Fe, NM 87504-2084 |
| Karla McCall, Data Manager.<br>1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031 | Lester K. Taylor, Esq.<br>Nordhaus Law Firm LLP<br>405 Dr. Martin Luther King Ave NE | John P. Hays, Esq.<br>Cassutt, Hays, & Friedman PA<br>530-B Harkle Road<br>Santa Fe, NM 87505 |
| Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 | Albuquerque, NM 87102-3541<br><br>Susan Jordan, Esq.<br>Nordhaus Law Firm, LLP<br>1239 Paseo de Peralta<br>Santa Fe, NM 87501 | Daniel Cleavinger, Esq.<br>P.O. Box 2470<br>Farmington, NM 87499<br><br>Ted J. Trujillo, Esq.<br>P.O. Box 2185<br>Española, NM 87532-2185 |
| John W. Utton, Esq.<br>Sheehan, Sheehan & Stelzner PA<br>P.O. Box 271<br>Albuquerque, NM 87103-0271 | Tessa T. Davidson, Esq.<br>Davidson Law Firm, LLC<br>P.O. Box 2240<br>Corrales, NM 87048 | Karen L. Townsend, P.C.<br>120 East Chaco<br>Aztec, NM 87410 |
| Paula Garcia<br>NM Acequia Association<br>607 Cerrillos Road, Suite F<br>Santa Fe, NM 87505 | Marcus J. Rael, Jr. Esq.<br>500 4th Street NW, Suite 200<br>Albuquerque, NM 87102 | NM Acequia Commission<br>Fred Vigil, Chairman<br>Depart. of Finance & Admin.<br>Local Government Division |
| Benjamin Philips, Esq. | Pierre Levy, Esq. | Bataan Memorial Building |

Santa Fe, NM 87503

Kurt J. Van Deren, Esq.
Hatch, Allen & Shepherd PA
PO Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027

Frank M. Bond, Esq.
The Simmons Law Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536