VERIFICATION

STATE OF ARIZONA    )
                    ) ss.
COUNTY OF PINAL     )

Henry G. Coors, being first duly sworn upon his/her oath, deposes and states: That he/she is the Defendant in the above-entitled cause; that he/she has read over, knows, and understands the contents of the foregoing pleading; and that the statements therein made are true of his/her own knowledge, except those statements that are made upon information and belief, and as to those, believes them to be true.

*Henry G. Coors*

SUBSCRIBED AND SWORN TO before me this 14 day of July, 2005.

KATHLEEN M. CHRISTENSON
Notary Public, State of Arizona
Pinal County
My Commission Expires
March 10, 2009

*Kathleen Christenson*
NOTARY PUBLIC

My commission expires:
March 10, 2009