IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Village of Chama<br><br>Subfile No. CHCV-002-0027 |

## ORDER

THIS MATTER is before the Court on the State of New Mexico's July 12, 2005 Motion to Set Aside Entry of Default (Doc. No. 7934) of defendants in the Village of Chama subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the January 18, 2005 Clerk's entry of default (Docket No. 7712) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Jo Myrle Smith | CHCV-002-0027 |
| Perry D. Smith | CHCV-002-0027 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN