IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHRB-004-0052**

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, for Substitution of Parties filed July 14, 2005 (Doc. No. 7943).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that MICHAEL FONTE and BETH ROMERO are substituted for defendant JAMES H. DAVIES in these proceedings.

                                                  /s/ Bruce D. Black
                                                  BRUCE D. BLACK
                                                  UNITED STATES DISTRICT JUDGE

Approved:

      /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER