IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

      vs.

RAMON ARAGON, *et al.,*

          Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

Subfile Nos.:  CHRB-004-0028
CHRB-007-0046
CHRB-007-0055

**ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT**

    THIS MATTER is before the Court on the State of New Mexico's July 12, 2005 Motion to Set Aside Entry of Default (Doc. No. 7937) of defendants in the Rio Brazos subsection of Section 7.  Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

    IT IS ORDERED, THEREFORE, that the January 18, 2005 Clerk's entry of default (Docket No. 7713) with respect to the following defendants in the Rio Brazos subsection of Section 7 is hereby set aside:

    Miguel Valdez          CHRB-004-0028

    Joyce Gallegos        CHRB-007-0046

    Rose L. Martinez      CHRB-007-0055

                                                  *Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN