IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

Subfile Nos: CHRU-003-0004; 004-0001; -003-0005; -004-0002; -004-0011;-004-0024

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico's July 12, 2005 Motion to Set Aside Entry of Default (Doc. No. 7935) of defendants in the Rutheron & Plaza Blanca subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the January 18, 2005 Clerk's entry of default (Docket No. 7715) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Norbert C. Lopez | CHRU-003-0004 |
| | CHRU-004-0001 |
| Virginio R. Martinez | CHRU-003-0005 |
| | CHRU-004-0002 |
| Antonia Mecure | CHRU-004-0011 |
| Jose de la Luz Mecure | CHRU-004-0024 |

                                            BRUCE D. BLACK
                                            UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN