IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 JUL 27 PM 3:51

CLERK-SANTA FE

STATE OF NEW MEXICO on the )
relation of State Engineer, )
)
Plaintiff, )
)   69cv07941-BB-ACE
v. )
)   RIO CHAMA STREAM SYSTEM
RAMON ARAGON, et al., )   Sections 3: Rio Cebolla
)
Defendants. )   Subfile No. CHCB-003-0015B
)

## NOTICE OF APPEAL

Notice is hereby given that DAVID E. ARCHULETA and LYDIA U. ARCHULETA (defendants) in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from Subfile Order entered in this action on the 28th of June of 2005.

PADILLA LAW FIRM, P.A.

By: _____
Ernest L. Padilla
P.O. Box 2523
Santa Fe, NM 87504-2523
(505) 988-7577

7964

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was mailed to the following:

| | |
|---|---|
| Alfonso G. Sanchez, Esq<br>2853 Calle Princessa Juana<br>Santa Fe, New Mexico 87505 | Rick DeSimone<br>WATERS Project Manager<br>121 Tijeras, Suite 3000<br>Albuquerque, NM 87102 |
| Edward G. Newville, Esq.<br>Special Assistant Attorney General<br>Office of State Engineer<br>P O Box 25102<br>Santa Fe, New Mexico 87504-5102 | John W. Utton, Esq<br>Sheehan, Sheehan & Stelzner<br>P.O. Box 271<br>Albuquerque, NM 87103-0271 |
| Stacey J. Goodwin, Esq.<br>Special Assistant Attorney General<br>Office of State Engineer<br>300 Galisteo Street, Suite 205<br>Santa Fe, New Mexico 87502 | Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384 |
| Ernestina V. Rivera<br>Leo E. Rivera<br>P.O. Box 585<br>Canjilon, NM 87515 | NM Acequia Commission<br>Fred Vigil<br>Dept. of Finance & Admin.<br>Local Government Division<br>Bataan Memorial Building<br>Santa Fe, NM 87503 |
| Nickiann Scheurwater<br>William N. Scheurwater<br>35 Grant Street<br>Denver, CO 80203 | Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDCJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 |
| Lena Sanchez<br>P.O. Box 1048<br>Espanola, NM 87532 | Paula Garcia<br>NM Acequia Association<br>607 Cerrillos Road, Suite F<br>Santa Fe, NM 87501 |
| Karla McCall, Data Manager<br>1315 Sagebrush Drive, SW<br>Los Lunas, NM 87031 | Ted Trujillo, Esq.<br>P.O. Box 2185<br>Espanola, NM 87532 |
| Fred J. Waltz, Esq.<br>P.O. Box 6390<br>Taos, NM 87571 | |

this 27th day of July, 2005.

ERNEST L. PADILLA

2