IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | 69cv07941-BB-ACE |
| Plaintiff, | RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla |
| vs. | |
| RAMON ARAGON, *et al.,* | Subfile No: CHTA-003-0023 |
| Defendants. | |

## ORDER TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico's July 12, 2005 Motion to Set Aside Entry of Default (Doc. No. 7936) of defendants in the Rito de Tierra Amarilla subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the December 17, 2004 Clerk's entry of default (Docket No. 7680) with respect to the following defendant is hereby set aside:

Lucille A. Trujillo            CHTA-003-0023
P.O. Box 2615
Las Vegas, NM 87701

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN