IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

RAMON ARAGON, *et al.,*

        Defendants.

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

Subfile Nos:
CHTA-004-0002; CHTA-004-0032;
CHRB-003-0032; CHCV-002-0019

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed July 14, 2005 (Docket No. 7942). Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Celia Campos | CHTA-004-0002 | PO Box 131, Tierra Amarilla NM 87520 |
| Louis Trujillo | CHTA-004-0032 | 3115 Hughes SW, Albuquerque NM 87105 |
| Erlinda Trujillo | CHTA-004-0032 | 3115 Hughes SW, Albuquerque NM 87105 |
| Rita Trujillo | CHRB-003-0032 | PO Box 73, Los Ojos NM 87551 |
| Daphne Kim Tribble | CHCV-002-0019 | HC 75 Box 14 Cutter Road, Truth or Consequences NM 87901 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN