IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer

    Plaintiff,

v.

RAMON ARAGON, et al.,

    Defendants.

05 JUL 27 PM 4: 12

CLERK-SANTA FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek
Section 7: Canones Creek

Subfile Nos:  CHCB-003-0015B
              CHCC-002-0001
              CHCV-003-0016
              CHRB-002-0001
              CHRB-002-0002
              CHRB-006-0032

| | | |
|---|---|---|
| CHRB-006-0041 | CHRU-001-0003 | CHTA-003-0028 |
| CHRB-007-0021 | CHRU-002-0001 | CHTA-003-0029 |
| CHRB-007-0034 | CHRU-004-0019 | CHTA-003-0039B |
| CHRB-007-0047 | CHRU-004-0027 | CHTA-004-0015 |
| CHRB-009-0002 | CHRU-004-0030 | |
| CHRB-009-0008 | CHRU-004-0037 | |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Subfile Orders for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 23rd day of July 2005:

Subfile No. CHCB-003-0015B
Docket No. 7923
David E. Archuleta
Lydia U. Archuleta
c/o Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Subfile No. CHCC-002-0001
Docket No. 7947
Jeb McNeil Binkley Trust
Margaret Burt Binkley Trust
Sargent MacGregor Binkley Trust
305 Quinnhill Ave.
Los Altos, CA 94024

Subfile No. CHCV-003-0016
Docket No. 7948
Julia A. Meston
Russell D. Meston
P.O. Box 700
Chama, NM 87520

Subfile No. CHRB-002-0001
Docket No. 7922
Joe and Rosina Garcia
Revocable Trust
P.O. Box 90398
Albuquerque, NM 87199

1

Subfile No. CHRB-002-0002
Docket No. 7921
Mundy Ranch, Inc.
HC 75, Box 81
Chama, NM 87520

Subfile No. CHRB-006-0032
Docket No. 7946
Dolores L. Maez
Emery Maez
P.O. Box 144
Abiquiu, NM 87510

Subfile No. CHRB-006-0041
Docket No. 7946
Jose Lucas Martinez
2000 Neat Lane, SW
Albuquerque, NM 87015

Subfile No. CHRB-007-0021
Docket No. 7946
Nicholas Martinez Estate
2000 Neat Lane, SW
Albuquerque, NM 87105

Subfile No. CHRB-007-0034
Docket No. 7946
Letitia Rhodes
P.O. Box 87
Keams Canyon, AZ 86034

Subfile No. CHRB-007-0047
Docket No. 7946
Diolinda Varoz
3220 Candlelight Drive, NE
Albuquerque, NM 87111

Subfile No. CHRB-009-0002
Docket No. 7946
Elaine L. Mayer
Frederick L. Mayer
164 Aspen Lane
Opelousas, LA 70570

Subfile No. CHRB-009-0008
Docket No. 7946
Ernesto R. Ulibarri
P.O. Box 747
La Madera, NM 87539

Subfile No. CHRU-001-0003
Docket No. 7949
William N. Melton
Louise W. Pape
William R. Pape
Los Ojos, NM 87551

Subfile No. CHRU-002-0001
Docket No. 7949
William N. Melton
Louise W. Pape
William R. Pape
Los Ojos, NM 87551

Subfile No. CHRU-004-0019
Docket No. 7949
Della M. Martinez
Tony H. Martinez
1506 Wells Lane
Bloomfield, NM 87413

Subfile No. CHRU-004-0027
Docket No. 7949
William N. Melton
Louise W. Pape
William R. Pape
Los Ojos, NM 87551

Subfile No. CHRU-004-0030
Docket No. 7949
The Katchina Trust
Blaine D. Standage
P.O. Box 1764
Pinedale, WY 82941

Subfile No. CHRU-004-0037
Docket No. 7949
Linda DeMill
P.O. Box 21
Ontonsoon, MI 49953

<u>Subfile No. CHTA-003-0028</u>
Docket No. 7945
Tony Martinez
P.O. Box 626
Aztec, NM 87410-0626

<u>Subfile No. CHTA-003-0029</u>
Docket No. 7945
Ramona Quintana
P.O. Box 626
Aztec, NM 87410-0626

<u>Subfile No. CHTA-003-0039B</u>
Docket No. 7945
Andrew Aragon
Dora L. Aragon
616 Stagecoach, SE
Albuquerque, NM 87123

<u>Subfile No. CHTA-004-0015</u>
Docket No. 7945
Pablo Martinez
5364 West Tumbling F
Tucson, AZ 85713

    True file stamped copies of the Consent Orders, Order Granting Default Judgments and Subfile Orders for the subfiles listed above were mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87013-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

    A copy of this Certificate of Service was mailed to the following persons on this 23rd day of July 2005:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush, Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, PA
P.O. Box 787
Santa Fe, NM 87504-0787

3

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Marin Luther King Ave. NE
Albuquerque, NM 87102

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

John P. Hays, Esq.
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

NM Acequia Commission
Fred Vigil, Chairman
Depart. Of Finance & Admin.
Local Government Division
Santa Fe, NM 87503

Kurt J. Van Deren
Hatch, Allen & Shepherd, PA
P.O. Box 94750
Albuquerque, NM 87199-4750

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
2201 Third Street NW, Suite 1950
Albuquerque, NM 87103

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

Susan Jordan, Esq.
Nordhaus Law Firm LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530 B-Harkle Road
Santa Fe, NM 87505

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Frank M. Bond, Esq.
The Simmons Law Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd. NE
Albuquerque, NM 87111-5356

4

*[signature: Ed Newville]*

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

5