IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | 05 AUG -4 AM 9: 25 |
| Plaintiff, | ) ) | No. 69cv7941 BB-ACE |
| v. | ) ) | RIO CHAMA Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | Wild & Scenic River Section |
| Defendants. | ) ) ) | |

**UNITED STATES' STATUS REPORT**

Pursuant to the Initial Scheduling and Pretrial Order filed July 18, 2005 (Doc. No. 7952), the United States' files this Status Report on negotiations between the United States and the State of New Mexico, ex rel. State Engineer ("State") on flow numbers for the Rio Chama federal reserved right.

Although the United States and the State have yet to reach an agreement on the flow numbers for the water right, they have continued to hold discussions (most recently on August 2nd) and there has been progress toward reaching an agreement on both the flow numbers and the content of a Proposed Consent Order. Both the United States and the State remain optimistic that this matter will be resolved through settlement.

The Court has asked whether this subfile proceeding should be expanded into an expedited *inter se* proceeding. The United States sees no reason to do so at this time. It is not clear to the United States that any efficiency would be gained. In addition, substantial questions exit regarding the extent of service which would be required for an expedited *inter se* and the availability of accurate service lists for such service.

As counsel for the United States advised in the United States' Proposed Scheduling Order, he is unavailable for the status conference set for August 8, 2005. Counsel for the United States will be available to discuss whether this matter should be addressed as an expedited *inter se,* or any other matter related to this proceeding, at the next regularly scheduled status conference or at an earlier proceeding should the Court so desire.

DATED this 3rd day of August, 2005.

Respectfully Submitted,

*[signature]*

DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural
Resources Division
General Litigation Section
999 18th Street, Suite 945
Denver, Colorado 80202
Phone:   (303)312-7352
Fax::    (303)312-7379

Certificate of Service

I hereby certify that a true and correct copy of the **United States' Status Report** was sent via United States First Class Mail on August 3, 2005 to the following:

Jennifer S. Vaughn

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
PO Box 25102
Santa Fe, NM 87504-5102

John W. Utton
Sheehan, Sheehan & Stelzner, PA
PO Box 271
Albuquerque, NM 87103-0271

Fred Waltz
PO Box 6390
Taos, NM 87571