IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
State Engineer,

       Plaintiff,

       vs.

ROMAN ARAGON, et al.,

       Defendants.

No. 69cv07941-BB-ACE
RIO CHAMA STREAM SYSTEM
Section 7

## REPLY TO PADILLA AND ANDREW'S RESPONSE TO MOTION TO ALLOW CONSIDERATION OF LATE FILED RESPONSES

Henry G. Coors for his reply to the Padilla and Andrew's response to his Motion to Allow Consideration of Late Filed Claims (docket number 7950) states:

1. The undersigned as counsel for Mr. Coors received notice of a status conference setting for June 14, 2005 and simply mishandled it.

2. The undersigned offers no excuse.

3. Mr. Coors requests that the Court consider all of the facts in deciding the Motion to Set Aside Default Judgment (7901) and would point out that local rule 1.7 allows waiver of the rules if necessary to avoid injustice.

4. It is correct that a Motion for Extension of Time to Respond was not filed, however, Mr. Coor's through counsel did request concurrence in a Motion to allow an untimely response to be considered in which Padilla and Andrews refused to concur.

5. What is now clear from the various responses is that the Motion for Default Judgment and Notice of Status Conference were sent to Mr. Coors at his address care of "Escapees" in Livingston, Texas but were not able to be forwarded to him or,

alternatively, were not received by "Escapees".  This was determined from Mr. Coor's

review of his records regarding his whereabouts and his best recollection of what he

received when he finally did receive his mail on October 18, 2004.  The issue of

excusable neglect versus simply just non-receipt was not apparent initially to Mr. Coors

and he needed additional time to locate the documents establishing his whereabouts

during the times in question.

6.  Mr. Coors seeks merely to preserve rights which he believed he had

transferred to the Rutheron Water Association.  His Affidavit on the Motion to Set Aside

Default Judgment shows what he considered to have been the status of the State

Engineer proceedings and appears to be factually correct.

WHEREFORE, Mr. Coors prays that the Court consider all of the facts and

circumstances relevant to the Motion to Set Aside Default Judgment and the Motion for

Sanctions by including the late filed responses and for such further relief as is just and

proper.

WALTER L. REARDON, JR., P.A.

_____
WALTER L. REARDON, JR., 2158
Attorney for Henry G. Coors
3733 Eubank Blvd., N.E.
Albuquerque, NM 87111-3536
Telephone: (505) 293-7000
Fax: (505) 293-0831
Email: walter@reardonlawnm.com

We hereby certify that a copy of the foregoing pleading was sent by the method(s) indicated below to the person(s) and indicated address(es) listed below on the 8th day of August, 2005.  If by facsimile or email, the transmission was reported as complete and without error.

_____

Special Master Vickie L. Gabin, sent via first class mail
USDC-DCNM
P. O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall
Data Manager, sent via first class mail
1315 Sagebrush Drive, S.W.
Los Lunas, NM 87031

Bradley S. Bridgewater
David W. Gehlert, sent via first class mail
USDOJ-ENRD
999 18th Street, Suite 945
Denver, CO 80202

John W. Utton, sent via first class mail
Sheehan, Sheehan & Stelzner, PA
P. O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia, sent via first class mail
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Phillips
John F. McCarthy
Rebecca Dempsey, sent via first class mail
White, Koch, Kelly & McCarthy, PA
P. O. Box 787
Santa Fe, NM 87504-0787

3

Lester K. Taylor, sent via first class mail
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther King Avenue, N.E.
Albuquerque, NM 87102-3541

Susan Jordan, sent via first class mail
1239 Paseo de Peralta
Santa Fe, NM 87501

Tessa T. Davidson, sent via first class mail
The Davidson Law Firm
P. O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr., sent via first class mail
500 4th Street, N.W., Suite 200
Albuquerque, NM 87102

Pierre Levy, sent via first class mail
Law Offices of Daniel J. O'Friel, Ltd.
P. O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, sent via first class mail
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Daniel Cleavinger, sent via first class mail
P. O. Box 2470
Farmington, NM 87499

Ted J. Trujillo, sent via first class mail
P. O. Box 2185
Espanola, NM 87532-2185

Karen L. Townsend, sent via first class mail
120 East Chaco
Aztec, NM 87410

NM Acequia Commission, sent via first class mail
Fred Vigil, Chairman
Dept. of Finance & Administration
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Martin E. Threet, sent via first class mail
Martin E. Threet and Associates
6605 Uptown Blvd., N.E., Suite 280
Albuquerque, NM 87110

Kurt J. Van Deren, sent via first class mail
P. O. Box 94750
Albuquerque, NM 87199-4750

Gary S. Friedman, sent via first class mail
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, sent via first class mail
P. O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, sent via first class mail
Padilla Law Firm, PA
P. O. Box 2523
Santa Fe, NM 87504-2523

Jeffrey H. Albright
Cynthia A. Loehr, sent via first class mail
Jontz, Dawe Gulley & Crown, PC
201 Third Street, N.W., Suite 1950
Albuquerque, NM 87103-1027

Ed Newville, sent via first class mail
Special Assistant Attorney General
Office of the State Engineer
P. O. Box 25102
Santa Fe, NM 87504-5102

Sent By: Karen Madison
Sender's Fax: (505) 293-0545
Sender's Email: walter@reardonlawnm.com