UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Aug 9, 2005

## CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of NM v. Aragon, 69cv07941-BB-ACE

Rio Chama Adjudication, Sections 3, 5 & 7

DATE OF HEARING: August 8, 2005     TIME: 2:00 p.m.

COUNSEL:

Please see attached Special Distribution Lists

NOTES: RE: ORDER SETTING STATUS CONFERENCE (#7925 filed 6-30-05)
Conference was held as scheduled at the Rio Arriba County offices in Tierra Amarilla, NM. Matters discussed included:

1) General status of adjudication of Sections 3, 5 & 7, including ongoing field work;

2) Progress on agreement on consumptive irrigation requirement in Section 5;

3) Progress on settlement or quantification of United States' Wild & Scenic River claims, and stockwatering claims;

4) Status of consent order process on Jicarilla Apache state-law based water rights claims;

5) Progress on parties' priorities research and historical report pursuant to Order #7567 filed 8-26-04.

COURT REPORTER: NONE

7974                                          PAGE 1 of 4

# SPECIAL DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
### Rio Chama Adjudication - Section 3: Rio Nutrias, Rio Cebolla & Canjilon Creek
### February 3, 2005

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

---

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
201 Third St NW, Suite 1950
Albuquerque, NM 87102

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Stacey J. Goodwin, Esq.
300 Galisteo Street, Suite 205
Santa Fe, NM 87501

New Mexico Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Edward Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

Page 2 of 4

# DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941 - BB -ACE
### Rio Chama Adjudication - Section 5: Rio Gallina
### February 3, 2005

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

---

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
201 Third St NW, Suite 1950
Albuquerque, NM 87102

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Mary Humphrey, Esq.
P.O Box 1574
El Prado, NM 87529

Edward G. Newville, Esq.
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

# SPECIAL DISTRIBUTION LIST
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
### Rio Chama Adjudication - Section 7: Rito de Tierra Amarilla and Rio Brazos
### July 26, 2005

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

---

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
201 Third St NW, Suite 1950
Albuquerque, NM 87102

Frank Bond, Esq.
P.O. Box 5333
Santa Fe, NM 87502-5333

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Tessa T. Davidson, Esq.
P.O. Box 2240
Corrales, NM 87048

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

John P. Hays, Esq.
Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Edward G. Newville, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 4th Street NM, Suite 200
Albuquerque, NM 87102

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd NE
Albuquerque, NM 87111-3536

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
405 Dr. Martin Luther King, Jr. NE
Albuquerque, NM 87102

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Karen L. Townsend, Esq.
120 East Chaco
Aztec, NM 87410

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Kurt J. Van Deren, Esq.
P.O. Box 94750
Albuquerque, NM 87190-4750