IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

05 AUG 12 PM 3:06

CLERK-SANTA FE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Cañones Creek, Section 7

**Subfile No.: CHCC-002-0013**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    GENE H. GURULE
    JUAN F. GURULE
    GENEVIEVE MESTAS

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Cañones Creek, Section 7, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** 0640, 0641, and 0641-A
**Priority:** Reserved for future determination by court order entered November 26, 2001.
**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch Name:** CAÑONES DITCH NO. 1
  **Location X:** 1,548,337 feet **Y:** 2,114,510 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 8.4 acres |
| Total | 8.4 acres |

As shown on the 2000 Hydrographic Survey Map CHCC-2.
**Amount of Water:** Reserved for future determination by court order entered November 26, 2001.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Cañones Creek, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

*Bruce D. Black*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*
SPECIAL MASTER

Case 6:69-cv-07941-KWR-KK   Document 7992   Filed 08/12/05   Page 4 of 4

ACCEPTED: /s/ Genevieve Mestas
GENEVIEVE MESTAS

ADDRESS: 649 East 2nd St
Durango Colo
81301

DATE: 3/19/05

ACCEPTED: /s/ Juan F. Gurule
JUAN F. GURULE

ADDRESS: PO 21
Ignacio Co. 81137

DATE: 4-2-05

ACCEPTED: /s/ Gene H. Gurule
GENE H. GURULE

ADDRESS: #15 CR 2951
AZTEC N.M.

DATE: 3-10-05

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General

5.2.05
Date