IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



05 AUG 12 PM 3: 07

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>    Plaintiff,<br>v.<br><br>RAMON ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Village of Chama, Section 7<br>**Subfile No.: CHCV-001-0007** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

    CUMBRES & TOLTEC SCENIC RAILROAD COMMISSION

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Village of Chama, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama

    Stream System, Village of Chama, Section 7, is set forth below:

## A. COMMERCIAL (Groundwater & Surface Water Combined):

**Office of the State Engineer Files No(s)** 03092, 03357, 04511, and 04511 into 4885.

**Priority:** Reserved for future determination by court order entered November 19, 2002.
Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** CHAMA VALLEY DITCH: Surface water of the Rio Chama.
INFILTRATION GALLERY (04511 INTO 4885): Chama Valley Ditch, a tributary of the Rio Chama

**Purpose of Use:** COMMERCIAL

**Point of Diversion:**

**Infiltration Gallery:** INFILTRATION GALLERY (04511 INTO 4885)
**Location:** X= 1,544,679 feet  Y= 2,148,084 feet
**Ditch:** CHAMA VALLEY DITCH
**Location:** X= 1,545,085 feet  Y= 2,149,000 feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Place of Use:**

Steam engine trains at Cumbres & Toltec Railroad in Chama, New Mexico

**Amount of Water** Reserved for future determination by court order entered November 19, 2002.

5.  Defendant(s) have no surface or groundwater rights in the Rio Chama Stream System,

    Village of Chama, Section 7, other than those set forth in this order and those other

    orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Village of Chama, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

*Bruce D. Black*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*
SPECIAL MASTER

SIGNATURE _/s/ Carl M. Turner_
CUMBRES & TOLTEC SCENIC RAILROAD
COMMISSION

ADDRESS: P.O. Box 561
Antonito, Co. 81120

DATE: 4-26-05
Carl M Turner

_/s/ Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

5-2-05
Date

2005 APR 26 PM 3: 12
OFFICE OF STATE ENGINEER
SANTA FE, NEW MEXICO

