# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex. rel. )
State Engineer, )
 )
    Plaintiff, )
 )
v. ) No. CIV 69-7941-JC
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON, et. al. )
 ) Section 7
    Defendants. ) Subfile Nos. : CHCV-001-0010,
 ) CHRV-004-0042

FILED 05 AUG 17 PM 3:26 CLERK-ALBUQUERQUE

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Hatch, Allen & Shepherd, P.A., counsel for Applicant Rancho Lobo, Ltd., hereby moves the Court for an Order allowing it to withdraw from this matter and substituting the following counsel in its place:

> Brett J. Olsen
> Brett J. Olsen, P.C.
> 610 Gold Ave. SW, # 228
> Albuquerque, NM 87102-3188
> (505) 924-1800

Respectfully submitted,

HATCH, ALLEN & SHEPHERD, P.A.

By: _____
Kurt J. Van Deren
Attorney for Applicant
Rancho Lobo, LLC
P.O. Box 94750
Albuquerque, New Mexico 87199-4750
(505) 341-0110



I hereby certify that a true and
correct copy of the foregoing
pleading was mailed to opposing
counsel of record:

Special Master Vickie L. Gabin
USDS-DSNM
PO Box 2384
Santa Fe, NM 87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

John W. Utton, Esq.
PO Box 271
Albuquerque, NM 87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
PO Box 190
Velarde, NM 87582

Paula Garcia
NM Acequia Association
PO Box 1229
Santa Cruz, NM 87567

Marcus J. Rael, Esq.
6104 Sweetwater Dr. NW
Albuquerque, NM 87120-4490

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
PO Box 787
Santa Fe, NM 87504-0787

2

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash, & Bladh
200 West DeVargas, Suite 9
Santa Fe, NM 87501

Daniel Cleavinger, Esq.
PO Box 339
Tierra Amarillo, NM 87575

Jan F. Stein, Esq.
Stein & Brockman, P.A.
PO Box 5250
Santa Fe, NM 87502-5250

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
999 18th Street, Suite 945
Denver, CO 80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541

Tessa T. Davidson
Swaim, Schrandt, & Davidson, P.C.
4830 Juan Tabo NE, Suite F
Albuquerque, NM 87111

Edward G. Newville, Esq.
Office of the State Engineer
PO Box 25102
Santa Fe, NM 87504-5102

_____
Kurt J. VanDeren