**IN THE UNITED STATES DISTRICT COURT FILED**
**FOR THE DISTRICT OF NEW MEXICO**
UNITED STATES DISTRI⸻
ALBUQUERQUE, NEW⸻

|  |  |  |
|---|---|---|
| STATE OF NEW MEXICO ex. rel. | ) | AUG 2 2 2005 |
| State Engineer, | ) |  |
|  | ) |  |
| Plaintiff, | ) | MATTHEW J. D⸻ |
|  | ) | CLERK |
|  | ) | 69 |
| v. | ) | No. CIV 7941-JC |
|  | ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et. al. | ) |  |
|  | ) | Section 7 |
| Defendants. | ) | Subfile Nos . : CHCV-001-0010, |
|  | ) | CHRV-004-0042 |

## ORDER

THIS MATTER came before the Court on the Motion to Withdraw and Substitute

Counsel, filed by Hatch, Allen & Shepherd, P.A., attorney of record for Rancho Lobo, Ltd.  And

the Court, having read the Motion and being otherwise fully advised in the premises, hereby

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Hatch, Allen & Shepherd, P.A., withdraw from this

matter and Brett J. Olsen, P.C., become the attorney of record.

BRUCE D. BLACK
U.S. DISTRICT JUDGE

8004

APPROVED:

<u>Telephonically Approved 081705</u>
Brett J. Olsen
Brett J. Olsen, P.C.
610 Gold Ave. SW, # 228
Albuquerque, NM 87102-3188
(505) 924-1800

HATCH, ALLEN & SHEPHERD, P.A.

By: _____
Kurt J. Van Deren
Attorney for Applicant
*Rancho Lobo, LLC*
P.O. Box 94750
Albuquerque, New Mexico  87199-4750
(505) 341-0110

2