IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the Relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB-ACE |
| v. | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al. | ) ) ) | Section 7 Subfiles   CHRU-004-0039 |
| Defendants. | ) | CHRU-003-0001 |

## HOPE MINER'S EXHIBIT LIST AND WITNESS LIST

Defendant Hope Miner ("Defendant Miner"), by and through her attorneys, Lewis and Roca Jontz Dawe, LLP (Jeffrey H. Albright and Cynthia A. Loehr), and pursuant to the Pretrial Order entered by the Court on February 17, 2005, hereby submits her Exhibit List and Witness List expected to be offered into evidence at trial.

## EXHIBIT LIST:

1. Warranty Deed conveying certain property located in Rio Arriba County from Norm Vogt, Inc. to Hope Miner, recorded in the Rio Arriba County Clerk's Office on February 16, 1999, Book 238, Page 344;

2. Inchoate Purchase Agreement between Norm Vogt, Inc. and Hope Miner for certain property located in Rio Arriba County;

3. Executed Purchase Agreements between Norm Vogt, Inc. and Hope Miner for certain property located in Rio Arriba County;

4. Change of Ownership of Water Right, from Norm Vogt, Inc. to Hope Miner, New Mexico State Engineer's Office File Number 1545, filed August 10, 2000; and

5.	Consent Order entered by this Court on February 23, 2004, adjudicating the elements of Defendant Miner's water rights as set forth therein, subject to objections.

### WITNESS LIST:

Defendant Miner herewith submits her list of witnesses who may be called at trial.

1.	Hope Miner
	1107-A 2nd St. NW
	Albuquerque, NM  87107

Defendant Miner can be contacted through counsel.  She is expected to testify concerning the purchase of water rights obtained for property she purchased from Norm Vogt, Inc.

Defendant Miner reserves the right to call any witness testifying at trial on behalf of the Plaintiff or Defendants.

LEWIS AND ROCA JONTZ DAWE, LLP

By _____
Cynthia A. Loehr
Jeffrey H. Albright
201 Third Street NW, Suite 1950
Albuquerque, New Mexico 87102
Phone:  505-764-5400
Fax:	505-764-5485
Attorneys for Hope Miner
Electronically Filed

232117.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following on this 23rd day of August, 2005:

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of State Engineer
PO Box 25102
Santa Fe, NM  87504-5102

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM  87505

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
PO Box 2523
Santa Fe, NM  87504-2523


_____
Cynthia A. Loehr

232117.1