FILED
at Santa Fe, NM

AUG 2 4 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| STATE OF NEW MEXICO, ex rel., State Engineer | 69cv07941 BB-ACE |
|---|---|
| Plaintiff, | RIO CHAMA STREAM SYSTEM Section 7: Canones Creek, Village of Chama, Rio Brazos, Rutheron & Plaza Blanca, Rito de Tierra Amarilla |
| v. RAMON ARAGON, et al., | |
| Defendants. | Subfile Nos: CHCC-002-0013 CHCC-003-0006 CHCC-003-0008 CHCC-004-0016 CHCV-001-0007 CHCV-002-0027 |

| | | |
|---|---|---|
| CHCV-002-0032 | CHRB-009-0004 | CHTA-003-0023 |
| CHCV-002-0033 | CHRB-009-0027 | CHTA-004-0002 |
| CHCV-003-0024 | CHRU-003-0004 | CHTA-004-0012 |
| CHRB-003-0014 | CHRU-004-0011 | CHTA-004-0016A |
| CHRB-004-0036 | CHRU-004-0021 | CHTA-004-0025 |
| CHRB-006-0014A | CHRU-004-0024 | CHTA-004-0030 |
| CHRB-006-0014B | CHRU-004-0042 | CHTA-004-0032 |
| | | CHTA-005-0002 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Orders for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, was mailed to each of the following Defendants on the 24th day of August, 2005:

Subfile No. CHCC-002-0013
Docket No. 7992
Gene H. Gurule
Juan F. Gurule
Genevieve Mestas
c/o Karen L. Townsend, PC
120 East Chaco
Aztec, NM 87410

Subfile No. CHCC-003-0006
Docket No. 7993
Antonio L. Martinez
Lucille F. Martinez
1632 Via Sarita
San Lorenzo, CA 94580

Subfile No. CHCC-003-0008
Docket No. 7994
Clorinda L. Nunez
Ramon R. Nunez
346 Garcia, NE
Albuquerque, NM 87123-1115

Subfile No. CHCC-004-0016
Docket No. 7995
N.M. Forest Conservation
E.M.N.R.D Forestry Div.
1220 S. St. Francis Drive
Santa Fe, NM 87505

1

Subfile No. CHCV-001-0007
Docket No. 8001
Cumbres & Toltec Scenic
Railroad Commission
P.O. Box 561
Antonito, CO 81120

Subfile No. CHCV-002-0027
Docket No. 7996
Joy Myrle Smith
Perry D. Smith
P.O. Box 281
Chama, NM 87520

Subfile No. CHCV-002-0032
Docket No. 7997
Marcella Trujillo
P.O. Box 614
Chama, NM 87520

Subfile No. CHCV-002-0033
Docket No. 7998
Josefa Trujillo
P.O. Box 414
Chama, NM 87520

Subfile No. CHCV-003-0024
Docket No. 7999
Cheryl Conder
110 E. Indiana Ave.
Walsenburg, CO 81089

Subfile No. CHCV-003-0024
Docket No. 7999
Kenneth Conder
6844 E. Harvard Ave.
Denver, CO 80224

Subfile No. CHCV-003-0024
Docket No. 7999
Peter J. Conder
2908 Rice
Pueblo, CO 81004
Opelousas, LA 70570

Subfile No. CHCV-003-0024
Docket No. 7999
Russell Fink
6432 Utica St.
Arvada, CO 80003

Subfile No. CHCV-003-0024
Docket No. 7999
Andrew Conder, Jr.
1119 Belmont Ave.
Pueblo, CO 81004

Subfile No. CHRB-003-0014
Docket No. 7982
Lily Bateman
P.O. Box 263
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0036
Docket No. 7983
Margaret M. Valerio
P.O. Box 46
Tooele, UT 87074

Subfile No. CHRB-006-0014A
Docket No. 7984
Tito Jaramillo
P.O. Box 275
Tierra Amarilla, NM 87575

Subfile No. CHRB-006-0014B
Docket No. 7985
Tito Jaramillo
P.O. Box 275
Tierra Amarilla, NM 87575
Pinedale, WY 82941

Subfile No. CHRB-009-0004
Docket No. 7986
JoAnn L. Manzanares
Juan F. Manzanares
139 Hummingbird Lane
Opelousas, LA 70570

2

Subfile No. CHRB-009-0027
Docket No. 7987
Beronice Ignacita Archuleta
Beverely Ann Archuleta
Pedro Antonio Archuleta IV
P.O. Box 413
Tierra Amarilla, NM  87575

Subfile No. CHRU-003-0004
Docket No. 8002
Norbert C. Lopez
120 Ranchitos Road
Albuquerque, NM  87114

Subfile No. CHRU-004-0011
Docket No. 7988
Antonia Mercure
HC 75 Box 1016
Rutheron, NM  87563

Subfile No. CHRU-004-0021
Docket No. 7989
Joseph M. Herrera
Julian J. Herrera
Patrick J. Herrera
P.O. Box 351
Espanola, NM  87532

Subfile No. CHRU-004-0024
Docket No. 7990
Jose De La Luz Mercure
HCR 75 Box 1015
Rutheron, NM  87563

Subfile No. CHRU-004-0042
Docket No. 7991
Rancho Lobo Ltd.
Kurt Van Deren, Esq.
P.O. Box 94750
Albuquerque, NM  87199-4750

Subfile No. CHTA-003-0023
Docket No. 8000
Lucille A. Trujillo
P.O. Box 2615
Las Vegas, NM  87701

Subfile No. CHTA-004-0002
Docket No. 7975
Cecilia Campos
Tommy Campos III
P.O. Box 238
Chama, NM  87520

Subfile No. CHTA-004-0012
Docket No. 7976
Amabel Ulibarri
P.O. Box 42
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0016A
Docket No. 7977
Eliseo M. Valdez
Josephine Valdez
P.O. Box 255
Espanola, NM  87532

Subfile No. CHTA-004-0025
Docket No. 7978
Benjamin R. Trujillo
P.O. Box 1533
Espanola, NM  87532

Subfile No. CHTA-004-0030
Docket No. 7979
Cecil L. Cox
P.O. Box 10
Los Ojos, NM  87551

Subfile No. CHTA-004-0032
Docket No. 7980
Erlinda Trujillo
Louis Trujillo
3150 Hughes SW
Albuquerque, NM 87105

Subfile No. CHTA-005-0002
Docket No. 7981
Mariano S. Manzanares
P.O. Box 100
Gallina, NM 87017

Subfile No. CHTA-005-0002
Docket No. 7981
Mary L. Manzanares
23525 Arlington Ave
Terrance, CA 90501

Subfile No. CHTA-005-0002
Docket No. 7981
Ruben Manzanares
20614 SO. Budlong Ave.
Terrance, CA 90502

True file stamped copies of the Consent Orders, for the subfiles listed above were mailed to the following on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87013-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was mailed to the following persons on this 24th day of August 2005:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush, Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, PA
P.O. Box 787
Santa Fe, NM 87504-0787

4

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Marin Luther King Ave. NE
Albuquerque, NM 87102

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

John P. Hays, Esq.
Cassutt, Hays & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532-2185

NM Acequia Commission
Fred Vigil, Chairman
Depart. Of Finance & Admin.
Local Government Division
Santa Fe, NM 87503

Kurt J. Van Deren
Hatch, Allen & Shepherd, PA
P.O. Box 94750
Albuquerque, NM 87199-4750

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
2201 Third Street NW, Suite 1950
Albuquerque, NM 87103

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Tessa T. Davidson, Esq.
The Davidson Law Firm
P.O. Box 2240
Corrales, NM 87048

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

Susan Jordan, Esq.
Nordhaus Law Firm LLP
405 Dr. Martin Luther King Ave. NE
Albuquerque, NM 87102

Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530 B-Harkle Road
Santa Fe, NM 87505

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Frank M. Bond, Esq.
The Simmons Law Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd. NE
Albuquerque, NM 87111-5356

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

6