IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

05 AUG 30 PM 3:08

CLERK-SANTA FE

| | | |
|---|---|---|
| HORACIO CHACON, et al., | ) | C |
| Plaintiffs, | ) | O |
| v. | ) | N |
| | ) | S |
| REMEGIO CHACON, et al., | ) | O |
| Defendants | ) | L |
| and | ) | I |
| | ) | D |
| STATE OF NEW MEXICO, | ) | A |
| Plaintiff-in-Intervention, | ) | T |
| | ) | E |
| and | ) | D |
| | ) | |
| HORACIO CHACON, et al., | ) | |
| Defendants-in-Intervention, | ) | |
| | ) | No. 7941-Civil |
| and, | ) | Rio Chama Mainstream Section |
| | ) | Rio Chama Ditches |
| STATE OF NEW MEXICO, on the | ) | |
| relation of S.E. Reynolds, | ) | |
| State Engineer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROMAN ARAGON, et al., | ) | |
| Defendants | ) | |

## WATERMASTER   ORDER

WHEREAS, it is possible that there will be a shortage of native water to the demands of

1

ditches diverting from the Rio Chama during the months of September and October, and the natural flow in the Rio Chama may not be sufficient to satisfy all priorities of the Rio Chama Mainstream Section.

WHEREAS, the United States District Court, District of New Mexico in Cause No. 7941 Civil, Watermaster's Rules and Regulations 3-11 required that the natural flow of the Rio Chama be distributed in accordance with priorities.

THEREFORE, the Rio Chama Mainstream Ditches are HEREBY ORDERED under the Priority Administration.

Dated this 30th day of August, 2005

/S/ M Wells

S.M. "Buck" Wells
Rio Chama Watermaster