**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

August 30, 2005

*Civ-69- 7941 BB*

Mr. Matthew J. Dykman
Clerk
United States District Court for the District of New Mexico
333 Lomas NW, Suite 270
Albuquerque, NM 87102-2242

Steven L. Bunch
NM Highway & Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

**FILED**
At Albuquerque NM

SEP - 2 2005

MATTHEW J. DYKMAN
CLERK

Ms. Arianne C. Singer
New Mexico State Engineering Office
Legal Division
P.O. Box 25102
Bataan Memorial Building
Santa Fe, NM 87504-5102

Ms. Lisa D. Brown
New Mexico State Engineering Office
Legal Division
P.O. Box 25102
Bataan Memorial Building
Santa Fe, NM 87504-5102

Stacey J. Goodwin
Law Offices of Randall L. Childress, PC
300 Galisteo St.
Suite 206
Santa Fe, NM 87501

Mary Ann Joca
US Department of Agriculture
General Counsel
P.O. Box 586
Albuquerque, NM 87103

Mr. David William Gehlert
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
#945N
Denver, CO 80202

*8010*

Ms. Karla JaNelle Haught
Los Alamos National Lboratory Legal Office
P.O. Box 1663
Los Alamos, NM 87545

Ms. Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529

Mr. Lester K. Taylor
Nordhaus, Haltom, Taylor, Taradash & Bladh
405 Martin Luther King Jr. Ave. N.E.
Albuquerque, NM 87102

Ms. Susan G. Jordan
Nordhaus, Haltom, Taylor, Taradash & Bladh
1239 Paseo de Peralta
Santa Fe, NM 87501

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504

Mr. Bradley S. Bridgewater
United States Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945N
Denver, CO 80202

Ms. Annie L. Coogan
1520 Paseo de Peralta
#E
Santa Fe, NM 87501

Mr. Fred J. Waltz
P.O. Box 6390
Taos, NM 87571-4014

Mr. Joseph Van R. Clarke
Simons, Cuddy & Friedman
1701 Old Pecos Trail
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin
Asst. Attorney Gen.
Office of the Attorney General
State of New Mexico
P.O. Drawer 1508
Santa Fe, NM 87504-1508

John W. Utton
Sheehan, Sheehan & Stelzer

P.O. Box 271
Albuquerquw, NM 87103

Ms. Rebecca A. Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mr. John F. McCarthy, Jr.
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mr. Benjamin Phillips
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mr. Paul L. Bloom
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mr. Randolph B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Mr. John F. Farrow
Fairfield, Farrow, Hunt, Reecer & Strotz
P.O. Box 35400
Albuquerque, NM 87176

Mr. C. Mott Woolley
112 W. San Francisco
#312C
Santa Fe, NM 87501-2090

Charles T. DuMars
Law & Resource Planning Associates
201 Third Street, NW
13th Floor, #1370
Albuquerque, NM 87102

Frank M. Bond
The Simons Firm
1660 A Old Pecos Trail
P.O. Box 5333
Santa Fe, NM 87502

Mr. Marcus J. Rael
Robles, Rael & Anaya
500 4th Street, NW

Suite 200
Albuquerque, NM 87102

Ms. Karla McCall
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Ms. Paula Garcia
607 Cerrillos Rd.
#F
Santa Fe, NM 87505

NM Acequia Commission
NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548-0687

Ms. Tessa T. Davidson
P.O. Box 2240
Corrales, NM 87048

Mr. Pierre Levy
Law Offices of Daniel J. O'Friel, Ltd
P.O. Box 2084
Santa Fe, NM 87504-2084

Mr. Ted J. Trujillo
P.O. Box 2185
Espanola, NM 87532

Mr. Daniel Cleavinger
P.O. Box 2470
Farmington, NM 87499

Ernest L. Padilla
P.O. Box 2523
Santa Fe, NM 87501

John P. Hays
Cassutt, Hays & Friedman
530-B Harkle Road
Santa Fe, NM 87505

Karen L. Townsend
120 E. Chaco
Aztec, NM 87410-1910

Mr. Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

David C. Mielke
Sonosky, Chambers, Sachse, Enderson & Mielke
500 Marquette Ave. NW

#700
Albuquerque, NM 87102

Mr. Tim Vollmann
3301 R Coors Rd, NW
Suite 302
Albuquerque, NM 87120

Mr. Lee Bergen
4110 Wolcott Ave., N.E., Suite A
Albuquerque, NM 87109

Mr. Kurt J. Van Deren
Hatch, Allen & Shepherd
4801 Lang Ave NE
#200
Albuquerque, NM 87109

Ms. Cynthia A. Loehr
Jontz Dawe Gulley & Crown
P.O. Box 1027
Albuquerque, NM 87103-1027

Mr. Jeffrey H. Albright
Jontz Dawe Gulley & Crown
P.O. Box 1027
Albuquerque, NM 87103-1027

Mr. James C. Brockmann
Stein & Brockmann
P.O. Box 5250
Santa Fe, NM 87502

Mr. Jay F. Stein
Sims & Stein
P.O. Box 5250
Santa Fe, NM 87502-5250

       Re:     05-2242, State of NM, ex rel v. Aragon
               Dist/Ag docket:  CIV-69-7941 BB

Dear Parties:

     The court filed an order today dismissing this case.  A copy of
the order is enclosed for all parties.

     Also enclosed for the district court clerk or for the named
agency, is a certified copy of the dismissal order which is issued
as the mandate of the court.  Please file it in the records of the
district court or agency.

Please contact this office if you have questions.

Sincerely,

PATRICK FISHER
            Clerk

By: _____
            Deputy Clerk

PF:jmm

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

STATE OF NEW MEXICO, EX REL
STATE ENGINEER; USA,

*Plaintiffs - Appellees,*

v.

RAMON ARAGON; INTERESTED
PARTIES; KARLA MCCALL, Data
Manager, Aqua Tech; PAULA GARCIA,
NM Acequia Association; NM ACEQUIA
COMMISSION; SANTA FE
ARCHDIOCESE; PRESBYTERIAN
CHURCH AT GHOST RANCH; JOYCE
MENNINGER; KATHY R. TAFOYA;
LISA TAFOYA; LORRAINE TAFOYA;
LUCY TAFOYA; JOSE P. TAFOYA;
LUCY M. TAFOYA; CEBOLLA
MUTUAL DOMESTIC WATER
CONSUMERS ASSOCIATION; J.R.
MARTINEZ ESTATE, Liliosa G. Padilla,
Executor; EL RITO DITCH
ASSOCIATION; RUDY MARTINEZ;
RIO DE CHAMA ACEQUIA; ABRAM
CORDOVA, SR.; EL BARRANCO,
LLC; JOSE Z. CHACON; LUCINDA
CHACON; JUAN C. CHAVEZ; PATSY
L. CHAVEZ; JOSE P. CHAVEZ;
PIEDAD CHAVEZ; FAYE DAVIS;
VERNON RYAN; DIANA RYAN;
MARY ELLEN GONZALES; GENE H.
GURULE; JUAN F. GURULE;
GENEVIEVE MESTAS; LUCAS O.
TRUJILLO; SAN JUAN PUEBLO;
JOSE ZEBEDEO; RANCHO LOBO,
LTD; ALFRED O. PERALTA;

No. 05-2242
DC No. CIV-69-7941 BB

A true copy
Teste
Patrick Fisher
Clerk, U. S. Court of
Appeals, Tenth Circuit
By
Deputy Clerk

ELIZABETH T. PERALTA; HOPE
MINER; THE CITY OF ESPANOLA,

      Defendants,

  and

DAVID ARCHULETA; LYDIA
ARCHULETA,

      Defendants - Appellants,

------------------------------

DITCH MAESTAS-SANCHEZ,

      Intervenor.

ORDER

Filed August 30, 2005

Appellants' motion to dismiss is granted.   10th Cir. R. 27.3(A)(9).

A certified copy of this order shall stand as and for the mandate of the court.

Entered for the Court
Patrick Fisher, Clerk of Court

by:
Deputy Clerk

2