IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO ex. rel.** | ) | |
| **State Engineer,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | No. 69 CIV 7941-JC |
| | ) | RIO CHAMA STREAM SYSTEM |
| **RAMON ARAGON, et. al.** | ) | |
| | ) | Section 7 |
|     Defendants. | ) | Subfile Nos . : CHCV-001-0010, |
| | ) | CHRV-004-0042 |

## NOTICE OF ADDRESS CHANGE

    Brett J. Olsen, P.C. (Brett Olsen, Esq.), attorney of record for Rancho Lobo, Ltd., hereby gives notice of the firm's change of address effective immediately:

        Brett Olsen
        Brett J. Olsen, P.C.
        812 Marquette NW
        Albuquerque, NM  87102


        Respectfully submitted,

        BRETT J. OLSEN, P.C.


    By:  _____
        BRETT J. OLSEN
        Attorneys for Rancho Lobo, Ltd.
        812 Marquette Avenue NW
        Albuquerque, NM  87102
        (505) 924-1800 phone/fax

I hereby certify that a true and
correct copy of the foregoing
pleading was mailed to the individuals
identified below on September 15, 2005:

Special Master Vickie L. Gabin
USDS-DSNM
PO Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM  87031

John W. Utton, Esq.
PO Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
PO Box 190
Velarde, NM  87582

Paula Garcia
NM Acequia Association
PO Box 1229
Santa Cruz, NM  87567

Marcus J. Rael, Esq.
6104 Sweetwater Dr. NW
Albuquerque, NM  87120-4490

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
PO Box 787
Santa Fe, NM  87504-0787

Susan G. Jordan, Esq.
Nordhaus, Haltom, Taylor, Taradash, & Bladh
200 West DeVargas, Suite 9
Santa Fe, NM  87501

Daniel Cleavinger, Esq.
PO Box 339
Tierra Amarilla, NM  87575

Jay F. Stein, Esq.
Stein & Brockman, P.A.
PO Box 5250
Santa Fe, NM  87502-5250

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
999 18th Street, Suite 945
Denver, CO  80202

Lester K. Taylor, Esq.
Nordhaus, Haltom, Taylor, Taradash & Bladh
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM  87102-3541

Tessa T. Davidson
Davidson Law Firm LLC
P.O. Box 2240
Corrales, NM 87048-2240

Edward G. Newville, Esq.
Office of the State Engineer
PO Box 25102
Santa Fe, NM  87504-5102

_____

Brett J. Olsen