IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 05 SEP 22 AM 9:42<br><br>CLERK SANTA FE<br><br>69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla<br><br>**Subfile No. CHCBP-003-0015B-SP** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and Defendants:

**DAVID E. ARCHULETA**
**LYDIA U. ARCHULETA**

("Defendants") concerning the Defendants' right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the State of New Mexico *ex rel.* State Engineer, the Defendants and the subject matter of this suit.

2. The State and the Defendants are in agreement concerning the Defendants' right to divert and use the public waters of the Rio Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below, the State and the Defendants have approved and accepted the elements of Defendants' water rights as set forth in paragraph 4 herein.



3.  There is no just reason for delay for the entry of a final judgment as to elements of the claims of the Defendants adjudicated by this order.

4.  The right of the Defendants to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, is set forth below:

A.  **POND(S) (Surface Water Only):**

   **Office of the State Engineer Files No(s):** NONE

   **Priority:** 1912

   **Source of Water:**   Surface water of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

   **Purpose of Use:**   LIVESTOCK WATERING

   **Point of Diversion:**
   Ditch:   RINCON BLANCA
   Location: X= 1,578,548 feet    Y=   2,012,107 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

   **Pond Location and Surface Area:**
   Section 03, Township 26N, Range 04E, N.M.P.M.
   Pt. NW¼                                    1.1 acres
                                        Total  1.1 acres

   As shown on the attached Hydrographic Survey Map for Subfile No. CHCBP-003-0015B-SP

   **Pond Depth:** 1.4 feet

   **Pond Volume:** 0.9 acre-feet

   **Dam Height:** 5.3 feet

B.  **POND(S) (Surface Water Only):**

   **Office of the State Engineer Files No(s):** NONE

   **Priority:** 1958

**Source of Water:** Surface water of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** LIVESTOCK WATERING

**Point of Diversion:**
  Ditch: RINCON BLANCA
  Location: X= 1,578,548 feet    Y=   2,012,107 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Pond Location and Surface Area:**
  Section 34, Township 27N, Range 04E, N.M.P.M.
    Pt. SE¼                                               0.1 acres
                                                          ―――――――
                                                   Total   0.1 acres

As shown on the attached Hydrographic Survey Map for Subfile No. CHCBP-003-0015B-SP

**Pond Depth:** 1.5 feet

**Pond Volume:** 0.1 acre-feet

**Dam Height:** 3.2 feet

C. **POND(S) (Surface Water Only):**

**Office of the State Engineer Files No(s):** NONE

**Priority:** 1958

**Source of Water:** Surface water of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** LIVESTOCK WATERING

**Point of Diversion:**
  Ditch: RINCON BLANCA
  Location: X= 1,578,548 feet    Y=   2,012,107 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Pond Location and Surface Area:**
  Section 34, Township 27N, Range 04E, N.M.P.M.

|  |  |
|---|---|
| Pt. SE¼ | 0.3 acres |
|  | Total 0.3 acres |

As shown on the attached Hydrographic Survey Map for Subfile No. CHCBP-003-0015B-SP

**Pond Depth:** 5.0 feet

**Pond Volume:** 0.9 acre-feet

**Dam Height:** 6.1 feet

5. Defendants have no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendants, his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein are adjudicated subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendants to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein. The Defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

IT IS FURTHER ORDERED that the Court enters this Consent Order as a final judgment as to the elements of the Defendants' water rights set forth herein, subject to the right of other claimants

to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

/s/ Vickie L. Gabin
VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED: /s/ David E. Archuleta        ACCEPTED: /s/ Lydia U. Archuleta
DAVID E. ARCHULETA                      LYDIA U. ARCHULETA
ADDRESS: P.O. Box 217                   ADDRESS: P.O. Box 217
Cebolla, NM                             Cebolla, NM
DATE: 8-29-05                           8-29-05

/s/ Ernest L. Padilla
ERNEST L. PADILLA
Attorney for Defendants
PO Box 2523
Santa Fe, NM 87504-2523

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Case 6:69-cv-07941-KWR-KK   Document 8014   Filed 09/22/05   Page 6 of 6

