IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, et al.,

    Defendants.

05 SEP 23 AM 11: 27

CLERK-SANTA FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

**Subfile GAL 10.1**

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, ex rel. State Engineer ("State") and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting VISTA, LTD. for defendant CHRIST IN THE DESERT MONASTERY in these proceedings in connection with Subfile GAL 10.1, and as grounds states as follows:

1.    On April 11, 1997, the Court entered its Order (Doc. No. 5632) adjudicating the water rights of Christ in the Desert Monastery under Subfile GAL 10.1. These water rights, located on land west of the Rio Chama, are now owned by Vista, Ltd. (Robert D. Pearson). *See* OSE Change of Ownership of Water Right and Warranty Deed attached hereto as Exhibit A.

2.    The State requests that the Court substitute Vista, Ltd. for Christ of the Desert Monastery in these proceedings in connection with Subfile GAL 10.1 in order to make a determination of the priority date of these rights, a matter reserved in the Order entered on April 11, 1997. The State also proposes to include these rights in Section 1 (Chama Mainstream) rather than Section 5 (Rio Gallina Section) as indicated in the Order entered on April 11, 1997.



3. Christ in the Desert Monastery should remain a party defendant in these proceedings in connection with its land and water rights located east of the Rio Chama. These lands and water rights are located in Section 1.

4. Annie Laurie Coogan, counsel for Christ in the Desert Monastery, and Robert D. Pearson, president of Vista, Ltd., support the granting of this Motion.

WHEREFORE the State requests the Court to enter its order substituting Vista, Ltd. for defendant Christ in the Desert Monastery in these proceedings in connection with Subfile GAL 10.1.

Respectfully submitted,

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-7444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Substitution of Parties was mailed to following persons on September __26__, 2005.

Edward G. Newville

Vista, Ltd.
c/o Robert D. Pearson
255 Staab Street
Santa Fe, NM 87505

Annie Laurie Coogan
Coogan Law Offices
1520 Paseo de Peralta
Santa Fe, NM 87501-3793

Case 6:69-cv-07941-KWR-KK   Document 8015   Filed 09/23/05   Page 3 of 8

## RIO CHAMA SECTION 5 SERVICE LIST

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

NOTE: CONTACT JIM CORBIN
@ 466-4605 w/ ANY
QUESTIONS. MAIL ALL
COMPLETED DOCUMENTS
TO: JIM CORBIN   NEW MEXICO STATE ENGINEER OFFICE
8 DESCANSO RD CHANGE OF OWNERSHIP OF WATER RIGHT
SANTA FE, NM 87505

File Number: 0975

## 1. OWNER OF RECORD

Name: CHRIST IN THE DESERT MONASTERY
Contact: ABBOT PHILIP LAWRENCE   Work Phone: 470-5987
Address: MONASTERY OF CHRIST   Home Phone: 470-5987
IN THE DESERT
City: ABIQUIU   State: NM   Zip: 87510

### NEW OWNER

Name: VISTA LTD.
Contact: ROBERT D. PEARSON   Work Phone: 982-4411
Address: 255 STAAB STREET   Home Phone: 982-4411
City: SANTA FE   State: NM   Zip: 87505

## 2. AMOUNT CONVEYED

State Engineer File Number: 0975
Subfile Number GAL 10.1   of Cause Number CIV 7941-SC
Owner of record has conveyed   ALL   of said right. RIO CHAMA
                               (all or part)                  ADJUDICATION
                                                              SUIT, RIO GALLINA
Consumptive Use: 40.05 acre-feet per annum                    SECTION
Diversion Amount: 80.01 acre-feet per annum
Other: N/A (units)

## 3. PURPOSE OF USE

Domestic: ___ Livestock: ___ Irrigation: X  Municipal: ___ Industrial: ___
Commercial: ___ Other (specify): _____
Specific use: _____

## 4 PLACE OF USE

26.7 acres of land described as follows:

| Subdivision of Section (District or Hydrographic Survey) | Section (Map No.) | Township (Tract No.) | Range | Acres | Priority |
|---|---|---|---|---|---|
| TRACT GAL 10.1 ON MAP 8 OF THE RIO CHAMA HYDROGRAPHIC SURVEY, RIO GALLINA SECTION, IN SW 1/4 OF SEC 25, T25N, R2E | 25 | 25N | 2E | 26.7 | TBD |

File Number: 0975
Trn Number: _____

Form: wr-02                       page 1

EXHIBIT A

File Number: 0975

## NEW MEXICO STATE ENGINEER OFFICE
## CHANGE OF OWNERSHIP OF WATER RIGHT

### 5. WELLS TO ACCOMPANY CONVEYED RIGHT

Well File No.    Subdivision    Section    Township    Range

NO WELLS, LAND OR APPURTENANCES ACCOMPANY THE CONVEYED WATER RIGHT.

### 6. CONSENT TO LAWFUL CHANGE IN PLACE AND/OR PURPOSE OF USE

I, the above owner of record, hereby consent to a lawful change in the place and/or purpose of use of the above-described water right: (To be completed only if it is an irrigation water right and has been conveyed separate from the land to which it was appurtenant.)

_Robt. D. Pearson_    _Abbot Philip Lawrence_
ROBERT D. PEARSON    ABBOT PHILIP LAWRENCE
VISTA, LTD    FOR: MONASTERY OF CHRIST
IN THE DESERT.

### 7. ADDITIONAL STATEMENTS OR EXPLANATIONS:
N/A

NOTE: WATER RIGHT IS BEING CONVEYED SEPARATE FROM THE LAND. PLACE AND TYPE OF USE REMAIN THE SAME.

### ACKNOWLEDGEMENT FOR NATURAL PERSONS

I, ROBERT D. PEARSON affirm that the foregoing statements are true to
   (Please Print)
the best of my knowledge and belief, By: ROBERT D. PEARSON.

_____    _Robt. D. Pearson_
       Signature                    Signature

### NOTARY

This instrument was acknowledged before me this 29 day of July,
A.D., 99, By ROBERT D. PEARSON
                 Name of Applicant

My commission expires 8-26-2002    _Donna A. W. Carrasco_
                                              Notary Public

File Number: 0975
Trn Number: _____

Form: wr-02              page 2

NEW MEXICO STATE ENGINEER OFFICE
CHANGE OF OWNERSHIP OF WATER RIGHT

ACKNOWLEDGMENT FOR CORPORATION

_____
Signature of Officer

State of ( _____ )
                                          ss.
County of ( _____ )

This instrument was acknowledged before me this _____ day of _____,
A.D., _____, By _____, _____
             (Name of Officer)              (Title of Officer)

of _____, a _____ corporation,
   (Name of Corporation Acknowledging)   (State of Corporation)

on behalf of said corporation.

My commission expires _____   _____
                                                    Notary Public

**ACTION OF STATE ENGINEER**

This Change of Ownership form is hereby accepted for filing in accordance with Section 72-1-2.1, NMSA-1978 (1985 Repl. Pamp), as amended. The acceptance by the State Engineer Office does not constitute validation of the right conveyed.

*SMWelb*

'99 AUG 16 PM 3:00
STATE ENGINEER OFFICE

File Number: 0975

Form: wr-02                    page 3 of 4

## NEW MEXICO STATE ENGINEER OFFICE
## CHANGE OF OWNERSHIP OF WATER RIGHT

### CHANGE OF OWNERSHIP INSTRUCTIONS

a. The "Owner of Record" of a water right is the current owner recorded in the State Engineer Office.
b. This form shall be completed by the new owner and shall be accompanied by a warranty deed or other instrument of conveyance.
c. A separate Change of Ownership of Water Right form shall be filed for each water right recorded in the State Engineer Office by either Permit, License, Declaration or Court Adjudication.
d. This form shall be filed in triplicate (three) and must be accompanied by a $2.00 filing fee. Each form must be signed and notarized.
e. An original will be forwarded to the new owner with instructions to file it with the county clerk in the county in which the water right is located. Acceptance of the form for filing by the State Engineer does not constitute verification of the right conveyed.

### LINE BY LINE INSTRUCTIONS

1. Name and address of new owner is required.
2. If for irrigation, "Diversion Amount" is the diversion at the farm (turnout) headgate. State Engineer file number is required.
3. State purpose of use of the existing water right of the owner of record.
4. A legal description of the land with the water right or place of use is required. If possible, a copy of the survey plat shall accompany this document.
5. If the ownership of a well is being changed, the State Engineer file number of the well is required.
6. If the water rights are being conveyed without the land a verification (signature) from the seller is required.

Assistance in completing this form is available, and filing of the form may be done, at the State Engineer Office in Santa Fe and the District Offices located as follows:

Santa Fe, Room 102, Bataan Memorial Building, P.O. Box 25102,
    Santa Fe, NM 87504-5102. Phone # 505-827-6120
District 1, 3311 Candelaria, NE, Suite A,
    Albuquerque, NM 87107, Phone # 505-841-9480
District 2, 1900 West Second Street,
    Roswell, NM 88201, Phone # 505-622-6467
District 3, 215 South Silver, P.O. Box 844,
    Deming, NM 88031, Phone # 505-546-2851
District 4, 133 Wyatt Drive, Suite 2,
    Las Cruces, NM 88005, Phone # 505-524-6161
Aztec Sub-Office, 112 South Mesa Verde,
    Aztec, NM 87410, Phone # 505-334-9481

File Number: 0975

Form: WR-02          page 4 of 4

## WARRANTY DEED
## (SECOND CONVEYANCE OF WATER RIGHTS)

Christ in the Desert Monastery ("Grantor") warrants that the Grantor is the owner of 40.05 acre-feet of consumptive use water rights (80.1 acre-feet of diversion) in the Upper Rio Grande Basin located in the Rio Chama sub-basin and more particularly in the Gallina Drainage ("Water Rights"), which Water Rights are a part of the surface waters that are appurtenant to 26.7 acres of land as described in the attached adjudication order (Attachment) State Engineer File Number 0975, Subfile Number GAL 10.1 of Cause Number CIV 7941-SC, RIO CHAMA ADJUDICATION SUIT, RIO GALLINA SECTION, located in Rio Arriba County, New Mexico. For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Grantor grants to Vista, Ltd. (Robert D Pearson) whose address is 255 Staab Street, Santa Fe, New Mexico 87505, a fee simple interest in the water rights, with warranty covenants

DATED: August  12 , 1999

BY: _____
Abbot Philip Lawrence
For Christ in the Desert Monastery

STATE OF NEW MEXICO )
) ss.
COUNTY OF SANTA FE )

This instrument was acknowledged before me on August 12 , 1999, by Abbot Philip Lawrence for Christ in the Desert Monastery (their duly designated agent).

SEAL

_____
NOTARY PUBLIC

My Commission Expires:

July 27, 2000