IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>    vs.<br><br>RAMON ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>**Subfile No. GAL 10.1** |

**MOTION TO INCLUDE SUBFILE GAL 10.1
IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and requests the Court to include land and water rights described in subfile GAL 10.1 in Section 1 of the Rio Chama Stream System.

1. The Court entered its Order adjudicating the water rights of Christ of the Desert Monastery in subfile GAL 10.1 on April 11, 1997 (Doc. No. 5632) and included this subfile in the "Rio Gallina Section" of the Rio Chama Stream System. The final and amended hydrographic survey of the Rio Gallina Section (Section 5), completed January 14, 2000, did not map or include these rights in Section 5.

2. The rights described in subfile GAL 10.1 are located about 20 miles downstream from all other surface water rights in Section 5 near the confluence of the Rio Gallina with the mainstream of the Rio Chama. The lands to which these rights are appurtenant, are also adjacent to lands of the United States that have been included in the Wild and Scenic River corridor of the Rio Chama.

3.      For administrative purposes, the Office of the State Engineer prefers to include the rights described in subfile GAL 10.1 in Section 1 (Chama Mainstream) rather than Section 5.

4.      Vista, Ltd., the current owner of the rights described in subfile GAL 10.1, does not oppose the granting of this Motion.

WHEREFORE the State requests the Court to enter an Order to include the land and water rights described in subfile GAL 10.1 in Section 1 (Chama Mainstream) of the Rio Chama Stream System.

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-7444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Include Subfile GAL 10.1 in Section 1 of the Rio Chama Stream System was mailed to following persons on September   27  , 2005.

    /s/ Ed Newville
Edward G. Newville

Vista, Ltd.
c/o Robert D. Pearson
255 Staab Street
Santa Fe, NM 87505

## RIO CHAMA SECTION 5 SERVICE LIST

| | | |
|---|---|---|
| Special Master Vickie L. Gabin<br>USDC-DCNM<br>P.O. Box 2384<br>Santa Fe, NM 87504-2384<br><br>Karla McCall, Data Manager. | 1315 Sagebrush Dr. SW<br>Los Lunas, NM 87031<br><br>Mary E. Humphrey, Esq.<br>P.O. Box 1574<br>El Prado, NM 87529-1574 | Bradley S. Bridgewater, Esq.<br>David W. Gehlert, Esq.<br>USDOJ-ENRD<br>999 18th St., Suite 945<br>Denver, CO 80202 |

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571-4010

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503