IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Village of Chama<br><br>**Subfile No. CHCV-004-0003** |

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

This matter is before the Court upon the September 6, 2005 Motion to Vacate Consent Order (Docket No. 8011) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well taken and should be GRANTED.

IT IS ORDERED, THEREFORE that the Consent Order filed December 12, 2003 (Doc. No. 7336) in Subfile CHCV-004-0003 is vacated.

IT IS FURTHER ORDERED that the State and Defendant Melvin E. Kurth, Jr., shall file a new Consent Order concerning the Defendant's right to use the public waters of the Rio Chama Stream System under Subfile CHCV-004-0003 within 60 days of this Order.

　　　　　　　　　　　　　　　　　　　　　/s/ Bruce D. Black
　　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for approval:

　　　/electronic signature/
SPECIAL MASTER VICKIE L. GABIN