IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>  vs.<br><br>RAMON ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>Subfile Nos. CHRU-001-0019A<br>       CHRU-001-0019B<br>       CHRU-003-0012<br>       CHRU-004-0042<br>       CHRU-004-0047 |

## MOTION TO CORRECT CLERICAL ERRORS AND OMISSIONS

  COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order correcting clerical errors in the Consent Orders filed in subfiles CHRU-001-0019A, CHRU-001-0019B, CHRU-003-0012, CHRU-004-0042 and CHRU-004-0047, and as grounds therefore plaintiff states:

  1. Under Fed. R. Civ. P. 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the Court at any time on its own motion or on the motion of any party after such notice, if any, as the Court orders.

  2. The Consent Orders filed with the Court in subfiles CHRU-001-0019A, CHRU-001-0019B, CHRU-003-0012, CHRU-004-0042 and CHRU-004-0047 failed to cross-reference Office of the State Engineer file numbers ("OSE Nos.") associated with the lands and water rights described in those orders. The water rights described in these orders, all of which are under the Willow Creek Mesa Ditch, are the subject of OSE Nos.1545 & 1699.

3. The Consent Orders filed with the Court in subfiles CHRU-001-0019A, CHRU-001-0019B, CHRU-003-0012, CHRU-004-0042 and CHRU-004-0047 should be amended to state that the associated OSE file numbers for the tracts of land and water rights described in the orders is "OSE Nos. 1545 & 1699" rather than "NONE."

3. The Consent Orders in these subfiles were filed with the Court as follows:

| | |
|---|---|
| CHRU-001-0019A | June 18, 2004 (Doc. 7489) |
| CHRU-001-0019B | January 25, 2005 (Doc. 7726) |
| CHRU-003-0012 | May 17, 2005 (Doc. 7877) |
| CHRU-004-0042 | August 22, 2005 (Doc. 8004) |
| CHRU-004-0047 | May 18, 2005 (Doc. 7893) |

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the clerical errors and omissions described above.

Respectfully submitted,

  /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above Motion to Correct Clerical Errors and Omissions was mailed to following persons on September __28__, 2005.

                                        /electronic signature/
                                        Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Jack Cowan
HC 75 Box 66
Los Ojos, NM 87551

Natividad Manzanares
PO Box 100
Tierra Amarilla, NM 87575

Brett J. Olsen, P.C.
812 Marquette Avenue NW
Albuquerque, NM 87102

Abel Armijo
Diana Armijo
513 Apodaca Hill
Santa Fe, NM 87501