IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rutheron & Plaza Blanca |
| RAMON ARAGON, *et al.*, | |
| Defendants. | Subfile Nos.   CHRU-001-0019A CHRU-001-0019B CHRU-003-0012 CHRU-004-0042 CHRU-004-0047 |

**ORDER CORRECTING CLERICAL ERRORS AND OMISSIONS**

This matter is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Clerical Errors and Omissions filed September 28, 2005 (Docket No. 8018).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that following Consent Orders are amended to state that the associated Office of the State Engineer file numbers for the tracts of land and water rights described in these Orders is "OSE Nos. 1545 & 1699" rather than "NONE":

| subfile | filing date |
|---|---|
| CHRU-001-0019A | June 18, 2004 (Doc. 7489) |
| CHRU-001-0019B | January 25, 2005 (Doc. 7726) |
| CHRU-003-0012 | May 17, 2005 (Doc. 7877) |
| CHRU-004-0042 | August 22, 2005 (Doc. 8004) |
| CHRU-004-0047 | May 18, 2005 (Doc. 7893) |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:


_____/electronic signaure/_____
SPECIAL MASTER VICKIE L. GABIN