IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



**FILED**
at Santa Fe, NM
SEP 29 2005
MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO, ex rel.
State Engineer

Plaintiff,

vs.

RAMON ARAGON, et al.,

Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants were served by publication as shown by Proof of Publication of Notice of Pendency of Suit (7782) filed March 9, 2005.

| Defendant | Subfile |
|---|---|
| Jose Vidal Ulibarri Estate | CHRU-003-0007 |
| | CHRU-004-0004 |

ALL UNKNOWN CLAIMANTS OF INTEREST TO SURFACE WATERS FOR IRRIGATION PURPOSES IN THE RITO DE TIERRA AMARILLA, RIO BRAZOS, RUTHERON & PLAZA BLANCA, CAÑONES CREEK, AND VILLAGE OF CHAMA SUBSECTIONS OF THE RIO CHAMA STREAM SYSTEM (SECTION 7).

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.



DATED this 29th day of September, 2005.

                                      MATTHEW J. DYKMAN
                                      DISTRICT COURT CLERK

                                      By: _____
                                              Deputy Clerk