IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. GAL 10.1** |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, for Substitution of Parties filed September 23, 2005 (Doc. No. 8015).  Both the adjudicated owner, Christ in the Desert Monastery, and the current owner, Vista, Ltd., support the granting of this Motion.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that VISTA, LTD. is substituted for defendant CHRIST OF THE DESERT MONASTERY in these proceedings in connection with Subfile GAL 10.1

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN