IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, *et al.,* | **Subfile No. GAL 10.1** |
| Defendants. | |

**ORDER GRANTING MOTION TO INCLUDE SUBFILE GAL 10.1
IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM**

THIS MATTER is before the Court on the Motion to Include Subfile GAL 10.1 in Section 1 of the Rio Chama Stream System, filed by the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") filed September 27, 2005 (Doc. No. 8016).

As grounds for the Motion, Plaintiff states that the water rights associated with Subfile No. GAL 10.1 were adjudicated to Christ in the Desert Monastery April 11, 1997 (No. 5632); and the subfile was included in the Rio Gallina Section of the Rio Chama Stream System.  The final and amended hydrographic survey of the Rio Gallina Section was completed January 14, 2000, and did not map or include these rights.  The rights are located about 20 miles downstream from all other surface water rights in the Rio Gallina Section near the confluence of the Rio Gallina with the mainstream of the Rio Chama.  The lands to which these rights are appurtenant are also adjacent to lands of the United States which have been included in the Wild and Scenic River corridor of the Rio Chama.  For administrative purposes, the State prefers to include the rights described in this subfile in Section 1, the Rio Chama Mainstream, rather than in the Rio Gallina Section.  Vista, Ltd., the

current owner of these rights, does not oppose the granting of the motion.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the land and water rights described in subfile GAL 10.1 shall be included in Section 1 (Chama Mainstream) of the Rio Chama Stream System.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____/electronic signature/_____
VICKIE L. GABIN
SPECIAL MASTER