IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, et al.,

    Defendants.

05 OCT -5 AM 9: 29

CLERK SANTA FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

**Subfile No. CHRU-004-0013**

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, ex. rel. State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendant for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

    Roberto Ulibarri        CHRU-004-0013

Dated: September 28, 2005

                              Respectfully submitted,

                              *Ed Newville*

                              EDWARD G. NEWVILLE
                              Special Assistant Attorney General
                              Office of State Engineer
                              P.O. Box 25102
                              Santa Fe, NM 87504-5102
                              (505) 867-7444



## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Application for Entry of Default were mailed to following persons on September __28__, 2005.

                                                 _/s/ Ed Newville_
                                                 Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Roberto Ulibarri
C.R. 4903-76B
Bloomfield, NM 87413