IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 05 OCT -6 AM 9: 29<br><br>CLERK-SANTA FE<br><br>69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca |

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendant waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | waiver of summons filed |
|---|---|---|
| Roberto Ulibarri | CHRU-004-0013 | July 22, 2002 (Doc. 6774) |

I further certify that the above-named defendant has failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendant is in default.

DATED this 6th day of October, 2005.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: Patricia S. ____
Deputy Clerk

