IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, *et al.,*<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>**Subfile No. CHRU-001-0012** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed September 19, 2003 (Doc. No. 7264) in connection with defendant David C. Beach and subfile CHRU-001-0012, and as grounds therefore Plaintiff states as follows:

1. The State has been provided with a plat of survey showing that the property boundaries for subfiles CHRU-001-0012 (David C. Beach), subfile CHRU-001-0010 (Charles R. & Leatrice H. Beach Trust) and subfile CHRU-001-0011 (Florence C. Beach) were incorrectly mapped. The mapping of all of these subfiles has been corrected. The defendants in all of these subfiles have signed and approved corrected and revised subfile orders.

2. The Consent Order filed September 19, 2003 in subfile CHRU-001-0012 should be vacated.

3. The Defendant David C. Beach does not oppose granting this motion.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed September 19, 2003 (Doc. No. 7264) in connection with defendant David C. Beach and

subfile CHRU-001-0012.

                              Respectfully submitted,

                              /electronic signature/
                              EDWARD G. NEWVILLE
                              Special Assistant Attorney General
                              Office of State Engineer
                              P.O. Box 25102
                              Santa Fe, NM 87504-5102
                              (505) 867-7444

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to following persons on October   13  , 2005.

                              /electronic signature/
                              Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

David C. Beach
P.O. Box 864
Chama, NM 87520