IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | |
| Defendants. | ) ) | Sections 3, 5 and 7 |

ORDER GRANTING STATE'S UNOPPOSED MOTION
FOR EXTENSION OF DEADLINES AND AMENDING
SCHEDULING ORDER FOR FEDERAL NON-INDIAN WATER RIGHT CLAIMS

THIS MATTER is before the Special Master on the State of New Mexico ex rel. State

Engineer's ("State's") Unopposed Motion for Extension of Certain Deadlines Relating to Federal

Non-Indian Water Rights Claims (Docket No. 8023). The Motion requests that I amend the March

1, 2005 Scheduling Order for Federal Non-Indian Water Rights Claims (Docket No. 7770) to extend

the deadlines for determining the federal non-Indian, non-Wild and Scenic River claims ("Federal

Proprietary Claims") made by the United States in Section 5 of this adjudication by 90 days, and to

extend the deadlines for the determination of the Federal Proprietary Claims made by the United

States in Section 3 by one year. Having considered the Motion and being otherwise fully advised in

the premises, I find the motion should be GRANTED.

THEREFORE, IT IS ORDERED that:

1. The State shall issue proposed Consent Orders to the United States addressing each of the

Federal Proprietary Claims made by the United States in **Section 5** of this adjudication, and also serve

a copy of the proposed Consent Orders on counsel for the Gallina-Capulin Acequia Association, by November 30, 2005.

2.  The United States shall file objections, if any, to the State's proposed Consent Orders, and any acequia within **Section 5**, if it has an objection, shall file a Motion to Intervene by February 28, 2006.

3.  The State shall complete field inspections of the United States' claim sites in **Section 3** by October 2, 2006.

4.  The State shall submit proposed Consent Orders to the United States addressing each of the Federal Proprietary Claims made by the United States in **Section 3** and also serve a copy of the proposed Consent Orders on counsel for the Associacion de Acequias Nortenas de Rio Arriba, by January 31, 2007.

5.  The United States shall file objections, if any, to the State's proposed Consent Orders, and any acequia within **Section 3**, if it has an objection, shall file a Motion to Intervene by February 28, 2007.

IT IS FURTHER ORDERED that the March 1, 2005 Scheduling Order for Federal Non-Indian Water Rights Claims (Docket No. 7770), as amended above, shall otherwise remain in full force and effect.

IT IS SO ORDERED.

/electronic signature/
SPECIAL MASTER VICKIE L. GABIN

2