IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer

    Plaintiff,

vs.

RAMON ARAGON, et al.,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 1: Chama Mainstream

**Subfile No. GAL 10.1**

05 OCT 18 PM 5:00
CLERK-SANTA FE

## STIPULATION ON PRIORITY DATE

The Plaintiff State of New Mexico, ex rel. State Engineer ("State") and defendant Vista, Ltd., are in agreement on the priority date on the water rights described in the Order filed April 11, 1997 (Doc. No. 5632) in subfile GAL 10.1, and enter into a stipulation on the priority date of those water rights as follows:

1.    Priority: **1897**

DATED September 27, 2005

State of New Mexico ex rel. State Engineer

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444



Vista, Ltd.

*[signature: Robert D. Pearson]*

ROBERT D. PEARSON, President
Vista, Ltd.
255 Staab Street
Santa Fe, NM 87510