IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>RAMON ARAGON et al., )<br>)<br>Defendants. )<br>) | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

ORDER SETTING STATUS CONFERENCE

THIS MATTER is before the Special Master to guide the course of the Rio Chama Stream System adjudication and pursuant to the Second Administrative Order Setting Status Conferences, entered June 21, 2005 (Docket No. 7918).

A status conference is set for Tuesday, November 8, 2005, at 9:30 a.m. at the United States District Court, 130 Federal Place, Santa Fe, New Mexico.  The following matters will be addressed:

1.  Counsel for the State of New Mexico, ex rel. State Engineer, shall:

a.  discuss the general status of the adjudication of Sections 3, 5 and 7, including an estimate of the number of consent orders still outstanding and subject to default;

b.  present a proposed scheduling order for the next group of disputed subfiles which should be placed on a trial track;

c.  present a proposed scheduling order for proceeding with the historic water use questions involving the following subfiles in Section 7, Rito de Tierra Amarilla:  CHTA-001-0001 and -0002, CHTA-002-0001 and -0002, CHTA-002-0003 and CHTA-003-0001.

    d. discuss the survey of lands associated with the Suazos and Ranchitos ditches;

    e. discuss the status of federal non-Indian, non-Wild and Scenic River claims in Section 5.

2. The status of the following disputed subfiles and readiness of the parties for trial:

CHRU-003-0001       Elizabeth T. Peralta and Alfred Q. Peralta and Norm Vogt, Inc.

CHRU-004-0039       Hope Miner and Norm Vogt, Inc.

Water rights claimants named in this paragraph must appear either in person or by counsel. Failure to appear may result in the dismissal of their claims or any other relief appropriate under the circumstances.

3. The progress in reaching agreement on the consumptive irrigation requirements for Section 5, and the necessity, if any, for a supplemental scheduling order in this matter.

4. The status of the quantification of the United States of America's claims under the Wild and Scenic Rivers Act, pursuant to the Initial Scheduling and Pretrial Order for the Adjudication of Wild and Scenic River Claims entered July 18, 2005 (Docket No. 7952). Counsel may file a status report in lieu of appearing, or may appear by telephone, and should notify the Special Master of his decision at least one week prior to the conference.

5. Counsel for the Jicarilla Apache Nation shall report on the progress of the consent order process, and be prepared with a proposed scheduling order for future proceedings.

6. The status of the parties' priorities research and historical reports pursuant to the August 26, 2004, Order Adopting Priorities Adjudication Schedule (No. 7567); *see* the August 2, 2004, Joint Status Report (No. 7469).

7. Any other relevant matters.

8. Items which should be included in the next status conference set for Tuesday, February 14, 2006, in the Chama area.

Attendance by parties involved in the matters listed above (with the exception of claimants associated with the subfiles listed in Paragraph 1.c.) is mandatory. Attendance by any other party is optional.

IT IS SO ORDERED.

>          /electronic signature/
> SPECIAL MASTER VICKIE L. GABIN