IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

        Defendants.

CV 69-7941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

**Subfile CHRU-001-0012**

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

This matter is before the Court upon the October 13, 2005 Motion to Vacate Consent Order (Docket No. 8028) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well taken and should be GRANTED.

IT IS ORDERED, THEREFORE that the Consent Order filed September 19, 2003 (Doc. No. 7264) in Subfile CHRU-001-0012 is vacated.

IT IS FURTHER ORDERED that the State and Defendant David C. Beach shall file a new Consent Order concerning the Defendant's right to use the public waters of the Rio Chama Stream System under Subfile CHRU-001-0012 within 60 days of this Order.

                                                                           BRUCE D. BLACK
                                                                           UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN