IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

**NOTICE OF UNAVAILABILITY**

EDWARD G. NEWVILLE, counsel for the Plaintiff State of New Mexico, *ex rel.* State Engineer, hereby gives notice that he will be unavailable from October 28, 2005 until November 7, 2005. In his absence, please contact either Bruce Frederick (827-4126) or Arianne Singer (827-3866) at the Office of the State Engineer.

Dated: October 19, 2005

Respectfully submitted,

/s/ Ed Newville

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the above Notice of Unavailability was mailed to following persons on October 19, 2005.

/s/ Ed Newville
Edward G. Newville

**RIO CHAMA GENERAL SERVICE LIST**

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 18th St., Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Fred J. Waltz, Esq.
P.O. Box 6390
Taos, NM 87571

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta # E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663
Mail Stop P131
Los Alamos, NM 87545-1663

Mary Ann Joca, Esq.
U.S. Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus Law Firm LLP
405 Dr. Martin Luther King Ave NE
Albuquerque, NM 87102-3541

Susan Jordan, Esq.
Nordhaus Law Firm, LLP
1239 Paseo de Peralta
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Davidson Law Firm, LLC
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr. Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Joseph V. R. Clark, Esq.
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Gary S. Friedman, Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Lee Bergen, Esq.
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027

James C. Brockmann, Esq.
Jay F. Stein, Esq.
Stein & Brockmann, P.A.
P.O.Box 5250
Santa Fe, NM 87502-5250

Frank M. Bond, Esq.
The Simmons Law Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536

Tim Vollman, Esq.
3301-R Coors Rd. N.W. #302
Albuquerque, NM 87120

Brett J. Olsen, P.C.
812 Marquette Avenue NW
Albuquerque, NM 87102