# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                                 69cv07941 BB-ACE

                                                            Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the hearing held before Special Master Vickie L. Gabin on October 14, 2005. Defendants Coors, Padilla and Andrews, and Plaintiff State Engineer shall have until thirty (30) days from the date of entry of the notice of filing of transcript for the October 14, 2005, hearing before the Special Master, to file supplemental briefs addressing their pending motions and any other issues arising during the hearing. The length of the briefs and the timing of responses and replies shall be those given in D.N.M.LR-Civ. 7.6 and 7.7.

    **IT IS SO ORDERED.**

                                                            **BRUCE D. BLACK**
                                                            **UNITED STATES DISTRICT JUDGE**