IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br><br>　　　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Tierra Amarilla</u>

| | |
|---|---|
| Jose P. Gallegos | CHTA-003-0037 |
| | CHTA-004-0026 |
| | |
| Estate of Jose P. Gallegos | CHTA-003-0037 |
| | CHTA-004-0026 |

<u>Rio Brazos</u>

| | |
|---|---|
| Arnold A. Chacon | CHRB-004-0033 |
| Michael Chacon | CHRB-004-0033 |
| Leopoldo L. Tafoya | CHRB-009-0009 |
| Manuel D. Tafoya, Jr. | CHRB-009-0010 |

<u>Rutheron & Plaza Blanca</u>

| | |
|---|---|
| Maria C. Manzanares | CHRU-004-0025 |
| Simon Carlos Manzanares | CHRU-004-0025 |

<u>Cañones Creek</u>

| | |
|---|---|
| Francis Karam | CHCC-001-0017 |
| Mary Karam | CHCC-001-0017 |

<u>Village of Chama</u>

| | |
|---|---|
| Fred Hiler | CHCV-004-0003 |
| John Hiler | CHCV-004-0003 |

Dated: October 26, 2005

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the above Notice of Dismissal mailed to following persons on October 25, 2005.

  /s/ Ed Newville
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Maria C. Manzanares
Simon Carlos Manzanares
6304 Summerwood Rd. NW
Albuquerque, NM 87120

Arnold A. Chacon

Michael Chacon
4680 Bryant St.
Denver, CO 80211

Fred Hiler
980 E. 11th North
Mountain Home, ID 83647

John Hiler
520 N. 10th East
Mountain Home, ID 83647

Manuel D. Tafoya, Jr.
10712 Woodberry Rd.
Garden Grove, CA 92843