UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Oct 25, 2005

## CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of NM v. Aragon, 69cv07941-BB-ACE
Rio Chama Adjudication

DATE OF HEARING: October 14, 2005         TIME: 9:30 am.

COUNSEL:

Plaintiff: Edward G. Newville; Movant: Walter L. Reardon, Jr.
Respondent: Peter B Shoenfeld

NOTES: Re Order Setting Hearing (#8012 filed 9-12-2005)
Hearing took place as scheduled at the USDC in Santa Fe.
1) Plaintiff: described maps of properties under Subfile CHRU-004-0044; described several applications to OSE regarding transfer of water rights associated with development of Ft Heron Preserve Subdivision; gave brief summary of events leading to Default Judgment filed October 11, 2004 (#7611).*
2) Movant: presented his understanding of his water rights; explained efforts to transfer water rights involved with the Ft Heron Preserve development; discussed reasons why the Default Judgment (#761)

COURT REPORTER:
Connie Jurado
Paul Baca Professional Court Reporters
500 4th Street NW, Suite 105
P.O. Box 1868
Albuquerque, NM 87103
(505) 843-9241  Fax (505) 843-9242

ATTENDANCE:
See Attached List

PAGE 1 of 5

8038

should be set aside). In regard to the Motion for Rule 11 Sanctions (#7928 filed 7-8-2005), Movant described events which delayed his response to OSE and failures to appear at scheduled status conferences *

3) Respondent: witnesses described certain documents presented regarding transfers of water rights and discussed their misunderstanding and confusion about the water rights associated with properties purchased in Ft Heron Preserve subdivision *

* See attached list for names of witnesses and Exhibits offered.

4) The Special Master instructed the OSE to submit post-trial copies of Movant Henry G. Caas' water rights permit applications and OSE's action on these applications Re: Subfile CHRU-004-0044.

# United States District Court

DISTRICT OF __NEW MEXICO__

STATE of New Mexico v. ARAGON, ET AL.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 69cv07941-BB-ACE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Special Master Vickie L. Gabin | Edward G. Newville | Movant's: Walter L. Reardon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY Respondent's |
| October 14, 2005 | Connie Jurado | Attorney: Peter B. Shoenfeld |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10-14-05 | | | PLAINTIFF |
| 1 | | " | | ✓ | Rio Chama Hydrographic Survey Map - Rutheron + Plaza Blanca Section; Subfile CHRU-004-0044 |
| 2 | | " | | ✓ | Report by OSE on Subfile CHRU-004-0044; subfile CHRU-004-0036 + CHRU-004-0037 included |
| 3 | | " | | ✓ | Rio Chama Hydrographic Survey Map - Rutheron + Plaza Blanca Section  April 30, 2002 |
| 4 | | " | | ✓ | Rio Chama Hydrographic Survey map: Subfile CHRU-004-0044, Header A - Ft Heron Preserve Subdiv. |
| 5 | | " | | ✓ | Order Withdrawing Protest and Remanding Application by OSE, June 10, 2002  OSE File No. 1545-0699-4656 |
| | | " | | | MOVANT  Witness: Henry G. Coors |
| | 14 | " | | ✓ | Map of 36.3A irrigated by laterals; admitted for limited purpose of showing when Coors understood his water rights were |
| | 15 | " | | ✓ | Map: overlay of Exh 14 showing planned subdivision Ft Heron Preserve |
| | 16 | " | | ✓ | State Engineer Report and Recommendation of the Hearing Examiner  June 27, 2001 |
| | 17 | " | | ✓ | Coors' Application for Permit to Change Point of Diversion and Place and/or Purpose of use of Surface Water; signed 10-21-99 |
| | 18 | " | | ✓ | Letter from Coors to State Engineering Office - Louis O'Dell; July 13, 2001 |
| | | " | | | RESPONDENT (cross of Witness Coors) |
| | 1 | " | | ✓ | Letter from Schoenfeld to Coors mailed to his address Sept 24, 2001; Certified mail; four receipts attached |
| | 2 | " | | ✓ | Letter from Coors to Schoenfeld October 3, 2001 |
| | 3 | " | | ✓ | Receipt for letter to Coors by certified mail Sept 21, 2001 Receipt signed by employee of Escapures (copy of 2 in Exh 1) |
| | 4 | " | | ✓ | Water Service Agreement Sept 3, 1999, Copy and Rutheron |
| | 5 | " | | ✓ | Warranty Deed; sale of Lot C Ft Heron Preserve Subdiv to Padilla, November 7, 2000 |
| | 6 | " | | ✓ | Warranty Deed, Sale of Lot B Ft Heron Preserve Subdiv to Andrews December 7, 1994 |
| | 7 | " | | ✓ | Warranty Deed Sale of Lot D Ft Heron Preserve Subdiv to Andrews July 12, 1995 |
| | 8 | " | | ✓ | Warranty Deed Sale of Lot F Ft Heron Preserve Subdiv to Andrews October 15, 2003 |
| | 9 | " | | ✓ | Letter from Coors to Andrews, French, Moore June 28, 2002 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | STATE of New Mexico vs. ARAGON, et al.   CASE NO. 69cv07941-BB-ACE |
| | | 10-14-05 | | | RESPONDENT (CONTINUED CROSS OF WITNESS COORS) |
| | 10 | " | | ✓ | Letter from Coors to Andrews June 11, 1998 |
| | 11 | " | | ✓ | Letter from Coors to Andrews July 19, 2001 |
| | 12 | " | | ✓ | USPS Fax to Jackie Martinez October 6, 2005 MOVANT: No objection of admitted subject to fact witness stated had not seen this before |
| | | " | | | PLAINTIFF (Cross of Witness Coors) |
| 6 | | " | | ✓ | Application for Permit to Change Place or Purpose of Use of Surface Waters by Coors November 30, 1998 |
| | | " | | | PLAINTIFF Witness: James McNeece |
| 7 | | " | | ✓ | Map: Water Peak for Henry G. Coors |
| 8 | | " | | ✓ | OSE Report and Recommendations after Hearing Examiner OSE file No 1545-1699 June 27, 2001 |
| | | " | | | PLAINTIFF witness Arianne Singer |
| | | " | | | RESPONDENT witness Dianna Andrews |
| | 13 | " | | | withdrawn (Water Rights Deed previously submitted Aug. 20, 2002 as exh. 13 attach. to Motion 7901) |
| | 14 | " | | ✓ | Letter from Coors to Andrews October 26, 1998 |
| | | " | | | MOVANT (Cross of Witness Dianna Andrews) |
| | 19 | " | | ✓ | Confirmation of agreement signed by Timothy and Dianna Andrews January 10, 1998 |
| | | " | | | RESPONDENT Witness Steve Padilla |
| | | " | | | RESPONDENT Witness Timothy Andrews |
| | | " | | | MOVANT Witness Coors recalled to stand |
| | | " | | | RESPONDENT (Re-Cross of Witness Coors) |
| | | " | | | PLAINTIFF (Re-Cross of Witness Coors) |
| | | | | | Special Master Gobin instructed OSE attorney to submit post-trial copies of mot. Henry G. Coors' Water Right Permit applications and OSE's actions on the applications Re: Subfile No CHRU-004-0044 |

# CHAMA ADJUDICATION
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
### Evidentiary Hearing: Subfile No. CHRU-004-0044

### Friday, October 14, 2005

### ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Dianna Andrews | HC75, Box 1233, Rutheron, N.M. | 87551 | 505-588-0443 |
| Tim Andrews | HC75 Box 1233, Rutheron, NM | 87551 | 505-588-0443 |
| Steve Padilla | HC75 Box 1228, Rutheron, NM | 87551 | |
| Peter B. Shoenfeld | PO Box 2421, Santa Fe, NM | 87504 | 982-3566 |
| Ed Newville | OSE Santa Fe | | 867-7444 |

Please See Next Page

PAGE 5 of 5