IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

**MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.　　The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| Name | Subfile | Address |
|---|---|---|
| Hortencia Martinez | CHTA-004-0016B | PO Box 297, Cebolla NM 87518 |
| Gustavo Martinez, Jr. | CHTA-004-0016B | PO Box 297, Cebolla NM 87518 |
| Roxanne H. Valdez | CHRB-003-0031 | PO Box 87, Los Ojos NM 87551 |
| Cleo B. Valdez | CHRB-003-0031 | PO Box 87, Los Ojos NM 87551 |
| Crystal H. Valdez | CHRB-003-0031 | PO Box 87, Los Ojos NM 87551 |
| Geraldine Valencia | CHRB-004-0033 | 2625 S. Zurich Ct., Denver CO 80219 |

| | | |
|---|---|---|
| Larry Velencia | CHRB-004-0033 | 2625 S. Zurich Ct., Denver CO 80219 |
| Lilliana R. Martinez | CHRB-004-0053B | HCR 77 Box 3½, Ojo Caliente NM 87549 |
| Max Cleland | CHRB-009-0009 | 1315 Acapulo, Whittier CA 90605 |
| Stella D. Tafoya | CHRB-009-0009 | 1315 Acapulo, Whittier CA 90605 |
| Andrew M. Tafoya | CHRB-009-0010 | PO Box 87, Tierra Amarilla NM 87575 |
| Theresa Sanchez | CHRB-009-0029 | PO Box 114, Los Ojos NM 87551 |
| Brian T. Mello | CHCV-002-0040 | PO Box 2591, Chinle AZ 86503 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 7 of the Rio Chama Stream System.

DATED: October 25, 2005

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that copies of the above Motion to Join Additional Parties Defendant were mailed to following persons on October 26, 2005.

                                        /s/ Ed Newville
                                    Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031