IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 5: Rio Gallina |
| RAMON ARAGON, *et al.*, | |
| Defendants. | **Subfile No. CHGA-004-0006** |

### MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed January 22, 2003 (Docket No. 7024) in connection with defendants JULIAN VIGIL, MARY VIGIL and ROBERT VIGIL ("Defendants") and subfile CHGA-004-0006, and as grounds plaintiff states as follows:

1. The Consent Order filed January 22, 2003 in subfile CHGA-004-0006 incorrectly described the name of the ditch and the coordinates for the point of diversion. Since this order was approved and filed, the Defendants have agreed to the priority date of the ditch (1876) and this element may be included in a revised Consent Order.

2. The Defendants have signed and approved a revised Consent Order to be filed with the Court that corrects the errors described in paragraph one above. The revised Consent Order includes the priority date of the Sanchez-Maestas Ditch (1876). The revised Consent Order also corrects Defendant Vigil's name ("Robert M. Vigil").

4. The Defendants support the granting of this motion.

WHEREFORE, the plaintiff State of New Mexico requests the Court to vacate the Consent Order filed January 22, 2003 (Docket No. 7024) in connection with defendants JULIAN VIGIL, MARY VIGIL and ROBERT VIGIL and subfile CHGA-004-0001A.

Respectfully submitted,

/electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to Vacate Consent Order was mailed to following persons on October  26 , 2005.

/electronic signature/
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87529-1574

Robert M. Vigil
P.O. Box 108
Gallina, NM 87017

Mary Vigil
P.O. Box 13
Gallina, NM 87017

Julian Vigil
P.O. Box 122
Gallina, NM 87017