IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION TO CORRECT DEFENDANTS' NAMES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue its order correcting the names of the defendants named below to read as follows:

| FROM | TO |
|---|---|
| Darlene Tafoya Cleland | Dorene Tafoya Cleland<br>CHRB-009-0011 |
| Nobert C. Lopez | Norbert C. Lopez<br>CHRU-003-0004<br>CHRU-004-0001 |
| Maria Varela | Lorenzo Zuniga, Jr. and Maria E. Varela Family Trust<br>CHRB-009-0022 |

Dated: October 26, 2005

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　  /s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102

(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

     I hereby certify that copies of the above Motion to Correct Defendants' Names were mailed to following persons on October  26 , 2005.

             /s/ Ed Newville
            Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Dorene Tafoya Cleland
13511 Acapulo Dr.
Whittier, CA 90605

Norbert C. Lopez
120 Ranchitos Rd. NW
Albuquerque, NM 87114

Lorenzo Zuniga, Jr. and Maria
E. Varela Family Trust
PO Box 7505
Albquerque, NM 87194