**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OCT 27 2005

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> RAMON ARAGON, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) 69cv07941- BB-ACE <br> ) <br> ) RIO CHAMA STREAM SYSTEM <br> ) <br> ) <br> ) Subfile No. CHRU-004-0044 <br> ) |

### NOTICE OF SUBMISSION OF POST-TRIAL EXHIBIT

Pursuant to the Special Master's instructions at the October 14, 2005 evidentiary hearing on issues remanded by the Memorandum Opinion and Order filed August 24, 2005 (Doc. No. 8006) as to whether the Court should set aside the existing default judgment on Subfile No. CHRU-004-0044 (Doc. No. 7611 filed October 11, 2005), notice is hereby given that on October 21, 2005 the Court received from the Office of the State Engineer documents related to permit applications by Henry Coors associated with the Fort Heron Preserve Subdivision near Chama.

The documents have been marked as Plaintiff's Post-Trial Exhibit 9 and have been placed in the Court Record as an attachment to this Notice.

for /s/ Aileen Gettman
SPECIAL MASTER VICKIE L. GABIN

8044

*THE EXHIBITS ATTACHED TO THIS PLEADING ARE TOO VOLUMINOUS TO SCAN.. SAID EXHIBITS ARE ATTACHED TO THE ORIGINAL PLEADING IN THE CASE FILE WHICH IS LOCATED IN :*

*THE RECORDS DEPARTMENT*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT......*