IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941- BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>**Subfile No. CHGA-004-0006** |

## **ORDER**

THIS MATTER is before the Court on the October 26, 2005, Motion to Vacate Consent Order (Doc. No. 8041) filed by the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State").

The Court, being fully advised in the premises, finds the motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed January 22, 2003 (Doc. 7024) in Subfile CHGA-004-0006 is vacated.

IT IS FURTHER ORDERED that the State and Defendants Julian Vigil, Mary Vigil and Robert Vigil shall file a new Consent Order concerning the Defendants' right to use the public waters of the Rio Chama Stream System under Subfile CHGA-004-0006 within 60 days of this Order.

IT IS FURTHER ORDERED that the new Consent Order shall include the priority date of the Sanchez–Maestas Ditch.

IT IS FURTHER ORDERED that the new Consent Order shall revise the name of Defendant Robert Vigil to Robert M. Vigil.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

_____/electronic signature/_____
SPECIAL MASTER VICKIE L. GABIN