IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | Subfile Nos. CHRB-009-0011, -0022; CHRU-003-0004; CHRU-004-0001 |

### ORDER CORRECTING DEFENDANTS' NAMES

This matter is before the Court upon the October 26, 2005 Motion to Correct Defendants' Names (Doc. No. 8042) of the Plaintiff State of New Mexico *ex rel.* State Engineer.

The Court, being fully advised in the premises, finds that the motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Darlene Tafoya Cleland | Dorene Tafoya Cleland<br>CHRB-009-0011 |
| Nobert C. Lopez | Norbert C. Lopez<br>CHRU-003-0004<br>CHRU-004-0001 |
| Maria Varela | Lorenzo Zuniga, Jr. and Maria E. Varela Family Trust<br>CHRB-009-0022 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for entry:


      /electronic signature/
SPECIAL MASTER VICKIE L. GABIN