IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

### ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed October 25, 2005 (Docket No.8039).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Hortencia Martinez | CHTA-004-0016B | PO Box 297, Cebolla NM 87518 |
| Gustavo Martinez, Jr. | CHTA-004-0016B | PO Box 297, Cebolla NM 87518 |
| Roxanne H. Valdez | CHRB-003-0031 | PO Box 87, Los Ojos NM 87551 |
| Cleo B. Valdez | CHRB-003-0031 | PO Box 87, Los Ojos NM 87551 |
| Crystal H. Valdez | CHRB-003-0031 | PO Box 87, Los Ojos NM 87551 |
| Geraldine Valencia | CHRB-004-0033 | 2625 S. Zurich Ct., Denver CO 80219 |
| Larry Velencia | CHRB-004-0033 | 2625 S. Zurich Ct., Denver CO 80219 |

| | | |
|---|---|---|
| Lilliana R. Martinez | CHRB-004-0053B | HCR 77 Box 3½, Ojo Caliente NM 87549 |
| Max Cleland | CHRB-009-0009 | 1315 Acapulo, Whittier CA 90605 |
| Stella D. Tafoya | CHRB-009-0009 | 1315 Acapulo, Whittier CA 90605 |
| Andrew M. Tafoya | CHRB-009-0010 | PO Box 87, Tierra Amarilla NM 87575 |
| Theresa Sanchez | CHRB-009-0029 | PO Box 114, Los Ojos NM 87551 |
| Brian T. Mello | CHCV-002-0040 | PO Box 2591, Chinle AZ 86503 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

   /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER