IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) Plaintiff, ) ) -v- ) ) RAMON ARAGON et al., ) ) Defendants. ) ) | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>CHRU-004-0039 |

ORDER DENYING MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Special Master on the October 25, 2005, Motion for Extension of Time (Docket No. 8040) filed by Defendant Hope Miner in Subfile No. CHRU-004-0039. Defendant requests a two-month extension of various deadlines set forth in the February 17, 2005, Pretrial Order (No. 7765).  Apparently, the failure of opposing counsel to comply with the discovery schedule has impaired Defendant's counsel's ability to timely complete her discovery, prepare dispositive motions, and prepare for trial.

Being fully advised in the premises, I find that the Motion should be DENIED at the present time.  This matter shall be heard at the status conference now set for November 8, 2005, when counsel shall be prepared to explain the delays in following the existing discovery and trial schedule. Until then, the November 15 deadlines for serving and filing dispositive motions or motions *in limine*, and objections to proposed exhibits, and the December 30 hearing deadline, are stayed.

IT IS SO ORDERED.

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN