IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, <br><br> Plaintiff, <br> v. <br><br> RAMON ARAGON, et al., <br><br> Defendants. | 05 OCT 31 AM 11: 35 <br><br> 69cv07941 BB-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Village of Chama, Section 7 |

### WAIVER OF SERVICE OF SUMMONS

To:   Edward G. Newville
      State Engineer Office
      P.O. Box 25102
      Santa Fe, NM 87504-5102

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>State of New Mexico ex rel. State Engineer v. Aragon</u>, which is case number 69cv07941 BB-ACE in the United States District Court for the District of New Mexico. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the adjudication suit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon the State within 60 days after the date when the request for waiver was sent, or within 90 days after that date if the defendant was addressed outside any judicial district of the United States.

| Signature: _Robert R Kissam_ | Printed or typed name: ROBERT R KISSAM |
|---|---|
| ROBERT R. KISSAM | |
| Address: PO Box 672 Chama NM 87520 | Date: 8/11/05 |


8059