IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

RAMON ARAGON, *et al.*,

Defendants.

05 NOV -8 PM 3:45

CLERK SANTA FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

**Subfile No. CHRU-004-0013**

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, for Default Judgment filed October 13, 2005 (Doc. 8030).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

The Court, being fully advised, finds:

1.  The Court has jurisdiction of the parties and subject matter herein.

2.  The defendant named below has been legally served with process or has waived service of process.

3.  The defendant named below has failed to appear, answer, or otherwise defend in this cause, and is adjudged to be in default.

4.  The State Engineer's hydrographic survey and report of the Rio Chama Stream System Section 7, Rutheron & Plaza Blanca (April 30, 2002), and the revisions to subfile CHRU-004-0013 relating to defendant's water rights, have been introduced into the



record, and the same are incorporated and made a part of this Order.

5. The water rights of the defendant named below in the above-styled and captioned cause are as follows:

ROBERTO ULIBARRI

**Subfile No. CHRU-004-0013**

    A. **IRRIGATION (Surface Water Only)**

    **Office of the State Engineer File No(s)** 03303

    **Priority:** Reserved for future determination by court order dated November 19, 2002.

    **Source of Water:** Surface waters of the Rio Chama, a tributary of Rio Grande.

    **Purpose of Use:** IRRIGATION

    **Point of Diversion:**

        **Ditch:** PLAZA BLANCA DITCH

        **Location:** $X = 1,541,189$ feet     $Y = 2,082,415$ feet
        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

    **Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.7 acres |
| | Total | 4.7 acres |

    As shown on the attached revised Hydrographic Survey Map for Subfile No. CHRU-004-0013

    **Amount of Water:** Reserved for future determination by court order dated November 19, 2002.

IT IS, THEREFORE, ORDERED that the above-named defendant be and hereby is, adjudicated to have the water rights set out herein above, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendant, his or her successors, representatives, heirs and assigns, are enjoined from any diversion of use of the public surface waters of the Rio Chama Stream System, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

VICKIE L. GABIN
SPECIAL MASTER

