IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>              Plaintiff,<br><br>    -v-<br><br>RAMON ARAGON et al.,<br><br>              Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>CHRU-004-0039 |

ORDER AMENDING PRETRIAL ORDER

THIS MATTER is before the Special Master on the October 25, 2005, Motion for Extension of Time (Docket No. 8040) filed by Defendant Hope Miner in Subfile No. CHRU-004-0039. On November 11, I denied the Motion and set the matter for hearing at the November 8, 2005, status conference (No. 8048).

Having heard the explanations of counsel, and otherwise being fully advised in the premises, I now find that the Motion should be GRANTED and the Pretrial Order entered February 17, 2005, in this matter (No. 7765) should be amended in relevant part.

IT IS ORDERED, THEREFORE,

1. That Paragraph V. Motions/Objections is amended to reflect that dispositive motions or *motions in limine*, and objections to proposed exhibits together with a brief statement of the grounds thereof and supporting authority, shall be served on opposing parties and filed with the Court by January 18, 2006.

2. That any hearings shall be completed no later than February 28, 2006.

IT IS SO ORDERED.

                                                      /electronic signature/<br>
                                          SPECIAL MASTER VICKIE L. GABIN