UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DATE: Nov 15, 2005

## CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: State of New Mexico v. Aragon, 69cv07941-BB

Rio Chama Adjudication, Sections 3, 5 & 7

DATE OF HEARING: November 8, 2005      TIME: 9:30 a.m.

COUNSEL:

Please see attached list

NOTES: RE: Order Setting Status Conference (#8032 filed 10-19-05). Matters addressed included the following:
1) general status of adjudication; - open subfiles in Sections 3 & 7; scheduling order for Section 7 subfiles CHTA-001-0001 & 0002, CHTA-002-0001 & 0002, CHTA-002-0003 & CHTA-003-0001 is delayed until after Special Master meets with persons from the community; disputed subfiles are not yet "ripe" for the trial track; Lujago ditch issues are nearly resolved; Ranchitos work is proceeding; OSE to report progress at next status conference; Federal non-Indian & non-hwrd and Scenic River claims; draft consent order and maps will be served to parties on November 30; technical

Court Reporter: None           Others attending: see attached list

Chama Sec[●]● 3, 5+7 Status Conference Nov 8, 2005

personnel have resolved mapping and some other issues.
2) Disputed Subfile, CHRU-004-0039: Dispositive Motion and Motions in Limine to be filed by Jan 15, 2006; Disputed Subfile, CHRU-003-0001: attorneys for parties and for the OSE agreed that this issue can be resolved.
3) CIR: Question of which weather station data to be used; Progress delayed by scheduling problems; parties are to report on this at next status conference.
4) Wild and Scenic River claims: difficulty in determining flow rates should be measured; the claim is in draft, which must be approved as to language by Sequinary authority; rest of schedule, including the leave for witnesses to come into the present, will be discussed at the next status conference in February 2006.
5) Jicarilla claims: the Chama Land & Cattle Company subfiles should be done by the end of the year; the Willow Creek issue will take 5-6 months.
6) Approximate dates for completion of historical research were given; the Special Master instructed the parties to present her with a new schedule with their best estimates on times to resolve these matters.
7) Notice regarding the February 14, 2006 status conference will be sent out by mid-January.

PAGE 2 of 4

# RIO CHAMA COUNSEL OF RECORD

September 19, 2005

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

--------------------------------------

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
201 Third St NW, Suite 1950
Albuquerque, NM 87102

Lee Bergen, Esq.
4110 Wolcott Ave NE, Suite A
Albuquerque, NM 87109

Frank Bond, Esq.
P.O. Box 5333
Santa Fe, NM 87502-5333

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 - 18th St., Suite 945
Denver, Colorado 80202

James C. Brockmann, Esq.
Jay F. Stein, Esq
P.O. Box 5250
Santa Fe, NM 87502-5250

Steven Bunch, Esq.
NM State Highway &
 Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Joe Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501

Chris D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504

Tessa T. Davidson, Esq.
P.O. Box 2240
Corrales, NM 87048

Charles T. DuMars, Esq.
201 Third Street NW, #1370
Albuquerque, NM 87102

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, N.M. 87504-2068

Stacey J. Goodwin, Esq.
300 Galisteo Street, Suite 205
Santa Fe, NM 87501

K. JaNelle Haught, Esq.
Los Alamos National Laboratory
P.O. Box 1663, Mail Stop P131
Los Alamos, NM 87545-1663

John P. Hays, Esq.
Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Mary Humphrey, Esq.
P.O. Box 1574
El Prado, N.M. 87529

Mary Ann Joca, Asst. Reg Atty.
USDA-Ofc of the General Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. N.W.
Albuquerque, NM 87120-3488

Edward G. Newville, Esq.
Lisa D. Brown, Esq.
Arianne Singer, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Brett J. Olsen, Esq.
812 Marquette NW
Albuquerque, NM 87102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd NE
Albuquerque, NM 87111-3536

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
405 Dr. Martin Luther King, Jr. NE
Albuquerque, NM 87102

Karen L. Townsend, Esq.
120 East Chaco
Aztec, NM 87410

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Tim Vollmann, Esq.
3301-R Coors Rd NW, #302
Albuquerque, NM 87120

Fred J. Waltz, Esq.
Box 6390
Taos, NM 87571

C. Mott Woolley, Esq.
112 W. San Francisco St., Ste 312C
Santa Fe, NM 87501

PAGE 3 of 4

# CHAMA ADJUDICATION
## State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
### Sections 3, 5 & 7 Status Conference

### Tuesday, November 8, 2005

## ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Susan Jordan | Nordhaus Law Firm, 1239 Paseo de Peralta, Santa Fe NM | 87506 | 982-3622 |
| Ed McQuire | OSE | 87501 | 867-7444 |
| Dave Gensler | USDOJ Denver, CO | 80202 | 303-312-7352 |
| Mary Humphrey | PO Box 1574, El Prado NM 87529 | | 505-758-2203 |
| Fred Waltz | Box 6390 Taos NM | 87571 | 505-758-0407 |
| John Utton | POB 271, Abq NM | 87103 | 505-247-0411 |
| Gary Friedman | Cossuth, Hays + Friedman Santa Fe, NM, 530-B Harkle Rd. | 87505 | 505-989-1434 |
| Ernest Padilla | PO Box 2523, Santa Fe NM | 87504 | 505-988-7577 |
| Arianne Singer | OSE | 87504 | 827-3860 |
| Aubrey Owen | POB 75, Abiquiu, RCAA, Ranchitos | 87510 | 685-4436 |
| Fred Vigil | PO Box 687 Medanales | | 685-4768 |

**Please See Next Page**

PAGE 4 of 4