IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
                                   )   69cv07941-BB-ACE
              Plaintiff, )   RIO CHAMA STREAM SYSTEM
                                     )   Section 7: Rito de Tierra Amarilla
  -v- )
                                       )   Subfile Nos.:
RAMON ARAGON et al., )   CHTA-001-0001, -0002, -0003;
                                       )   CHTA-002-0001, -0002, -0003.
      Defendants. )
                                       )

## ORDER SETTING STATUS CONFERENCE IN DISPUTED SUBFILES

A status conference is hereby set by the Special Master for Monday, December 12, 2005, at

10:00 a.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, New Mexico, for the

disputed water rights claims in the following subfiles:

1. CHTA-001-0001        John M. Serna
                                   Frank C. Serna
                                   9709 Rio Grande NW
                                   Albuquerque, NM   87114

2. CHTA-001-0002        Agripina G. Salazar
                                   Victor Salazar, Sr.
                                   P.O. Box 324
                                   Tierra Amarilla, NM 87575

3. CHTA-001-0003        Garcia Lazy J. Ranch, Inc.
                                   1200 Calle Sombra
                                   Española, NM 87532

4. CHTA-002-0001        Ellis Gordon Schlegel
                                   P.O. Box 309
                                   Tierra Amarilla, NM 87575

5.  CHTA-002-0002   Ascencion Labrier
           HC 75 Box 24
           Tierra Amarilla, NM 87575

6.  CHTA-002-0003   Estate of Carlota L. Martinez
           c/o Frank A. Martinez
           346 Forest Road 314
           Jemez Springs, NM 87025

The purpose of this status conference is to discuss a proposed litigation schedule for these claims.  Therefore, Mr. Newville will be prepared with a proposed pretrial order; and each of the Defendants listed above shall be prepared to state whether he or she intends to retain counsel, and/or employ the services of a professional historian, or other professional consultant or expert in connection with the water use claims.

At this time, the Defendants listed above are appearing *pro se*.  **Defendants must attend this status conference; failure to do so may result in the entry of default orders which adjudicate Defendants' water rights as proposed by the State of New Mexico, ex rel. State Engineer ("State").**  For this status conference, the Estate of Carlota L. Martinez may be represented by Mr. Martinez or another member of the family.   In any future proceedings, however, the Estate must appear through a court-appointed personal representative.  The State is represented in these subfile proceedings by Special Assistant Attorney General Edward G. Newville.

IT IS SO ORDERED.

              /electronic signature/
             SPECIAL MASTER VICKIE L. GABIN