IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

        vs.

RAMON ARAGON, *et al.,*

        Defendants.

05 NOV 21  PM 1: 10

CLE... SANTA FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

**Subfile No. CHCB-001-0001A**

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, SARA MAES BENEVIDES, by my signature appearing below hereby acknowledge that

the Consent Order for Subfile No. CHCB-001-0001A that I signed and approved on _____

*10/06/05* represents the resolution of all claims to water rights in connection with Subfile

No. CHCB-001-0001A under the Answer (Doc. No. 6599) filed with the Court on April 2, 2002.

*Sarah Maes Benevides*

SARA MAES BENEVIDES

10 - 6 - 05

date

8065