IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

RAMON ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Cañones Creek

**Subfile No. CHCC-003-0008**

## NOTICE OF ERRATA

COMES NOW the Plaintiff State of New Mexico *ex rel.* State Engineer (State) and gives

notice of the following error in the State's November 28, 2005 Motion to Vacate Consent Order (Doc.

No. 8066) ("Motion").

1.    The Consent Order filed September 3, 2004 (Doc. No. 7579) is in Subfile CHCC-003-

008 not Subfile CHCV-003-0024 as stated in paragraph one of the Motion.

Respectfully submitted,

    /electronic signature/
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Errata was mailed to following persons on November __28__, 2005.

_____/electronic signature/_____
Edward G. Newville

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager.
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Clorinda L. Nuñez
Ramon R. Nuñez
346 Garcia NE
Albuquerque, NM 87123