IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Cañones Creek

**Subfile CHCC-003-0008**

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

    This matter is before the Court upon the November 28, 2005, Motion to Vacate Consent Order (Docket No. 8066) filed by the plaintiff, State of New Mexico, *ex rel.* State Engineer, and the Notice of Errata filed the same day (No. 8067).

    The Court, being fully advised in the premises, finds the motion is well taken and should be GRANTED.  The Defendants' water right claims are correctly described in a revised Consent Order filed August 12, 2005 (No. 7994).

    IT IS ORDERED, THEREFORE that the Consent Order filed September 3, 2004 (No. 7579) in Subfile CHCC-003-0008 is vacated.

                                                                                   BRUCE D. BLACK
                                                             UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN