# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

05 NOV 16 PM 3:43

CLERK SANTA FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

**Subfile No(s).**
**CHRU-003-0007**
**CHRU-004-0004**

## ORDER GRANTING DEFAULT JUDGMENT

This matter is before the Court upon the motion by the plaintiff, State of New Mexico, *ex rel.*,

State Engineer's October 26, 2005 Motion for Default Judgment (Docket No. 8043) in the

Rutheron & Plaza Blanca subsection of the Rio Chama Stream System. The Court, being

fully advised, finds that the State's motion is well taken and should be GRANTED.

The Court, being fully advised, finds:

1.    The Court has jurisdiction of the parties and the subject matter herein.

2.    The defendants named below have been legally served with process or have waived

    service of summons.

3.    The defendants named below have failed to appear, answer, or otherwise defend in this

    cause, and are adjudged to be in default.



4. The State Engineer's hydrographic survey and report of the Rio Chama Stream System, Section 7, Rutheron & Plaza Blanca (April 30, 2002) relating to the defendants' water rights have been introduced into the record, and the same are hereby incorporated and made a part of this order.

5. The water rights of the defendants named below in the above-styled and captioned cause are as follows:

### ESTATE OF JOSE VIDAL ULIBARRI

**Subfile No.: CHRU-003-0007**

**A. NO RIGHT (Surface Water Only)**

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface water of the Rio Chama, a tributary of the Rio Grande.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

    **Ditch:**      WILLOW CREEK MESA DITCH

    **Location: X=** 1,548,909   feet **Y=** 2,103,084   feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.1 acres |
| | Total | 1.1 acres |

As shown on the 2002 Hydrographic Survey Map CHRU- 3.

**Amount of Water:** NONE

Page 2

ESTATE OF JOSE VIDAL ULIBARRI

**Subfile No.: CHRU-004-0004**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**   03303

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:**   Surface waters of the Rio Chama, a tributary of the Rio Grande.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch:**      PLAZA BLANCA DITCH
>
> **Location: X=** 1,541,189   feet   **Y=** 2,082,415   feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.4  acres |
| | Total | 4.4 acres |

As shown on the 2002 Hydrographic Survey Map CHRU- 4.

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

Page 3

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs

and assigns, are enjoined from any diversion or use of the public surface waters of the

Rio Chama Stream System, Section 7, except in strict accordance with the rights

set forth herein or in other orders of the Court.


BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Recommended for approval:

SPECIAL MASTER

Page 4