IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Chama Mainstream Section

## NOTICE OF DESIGNATION OF ASSISTANT WATERMASTER

The plaintiff State of New Mexico on relation of the State Engineer gives notice of the designation of MYRON P. SIMMONS as Assistant Watermaster of the Mainstream Section of the Rio Chama Stream System, and further states as follows:

Under the Order Appointing Watermaster (1789) filed August 9, 1971 the Watermaster shall designate in writing to the Court his assistants cooperating with him in the administration of the Mainstream Section of the Rio Chama Stream System and the Partial Final Judgment and Decree (1778) filed July 26, 1971.

Pursuant to the Order Appointing Watermaster (1789), the current court appointed Watermaster, Mr. Stermon Wells, has designated Myron P. Simmons as his assistant, by reason of Mr. Simmons' service as Mayordomo of the Acequia de Ferran, under the terms of the 1971 Partial Final Decree.

Respectfully submitted,

*/s/ S. Wells*
STERMON M. WELLS
Rio Chama Watermaster

