**FILED**
at Santa Fe, NM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEC 1 2 2005

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON. *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rio Nutrias, Section 3

**Subfile No.: CHNU-001-0002A**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

ANTONIO ESQUIBEL

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement
concerning certain elements of Defendant's right to divert and use the public waters of
the Rio Chama Stream System, Rio Nutrias, Section 3, and by their signatures appearing
below, the State and the Defendant(s) have approved and accepted the elements of
Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements
of the claims of the Defendant(s) adjudicated by this order.



4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Nutrias, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a
tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
      **Ditch:**         La Acequia Del Terrero
      **Location: X=** 1,583,595   feet   **Y=** 2,034,545   feet
      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:
      Section 06, Township 27N, Range 05E, N.M.P.M.

         Pt. SW¼                                        17.2  acres

                                          Total       17.2 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-
001-0002A

**Amount of Water:** Reserved for future determination by court order entered July 25,
2000.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a
tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
      **Ditch:**         La Acequia Del Gilberto
      **Location: X=** 1,582,287   feet   **Y=** 2,036,026   feet
      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

Section 06, Township 27N, Range 05E, N.M.P.M.

Pt. SW¼         19.7  acres

          Total   19.7 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-001-0002A

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## C. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch:**     Acequia Perfecto Esquibel

   **Location: X=** 1,587,164   feet   **Y=** 2,043,785   feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 01, Township 27N, Range 04E, N.M.P.M.

Pt. SW¼         71.9  acres

          Total   71.9 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-001-0002A

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## D. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE

**Priority:** NONE

**Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch:**         Acequia Perfecto Esquibel
    **Location: X=** 1,587,164  feet  **Y=** 2,043,785  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**
    Section 01, Township 27N, Range 04E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SW¼ | | 1.4 acres |
| | Total | 1.4 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHNU-001-0002A

**Amount of Water:** NONE

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Nutrias, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

    IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Nutrias, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Nutrias, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

Consent Order              4              Subfile No.: CHNU-001-0002A

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _____
ANTONIO ESQUIBEL

ADDRESS: _____
_____
_____

DATE: _____

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

_____
Date

Consent Order                        5                    Subfile No.: CHNU-001-0002A

# THE EXHIBITS ATTACHED TO THE COMPLAINT IN THIS CASE CANNOT BE SCANNED.  THE EXHIBITS ARE ATTACHED TO THE ORIGINAL COMPLAINT IN THE CASE FILE LOCATED IN THE RECORDS DEPARTMENT U. S. DISTRICT COURT CLERK'S OFFICE.