IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe NM

DEC 1 2 2005

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO ex rel.
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, et al.,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Rio Gallina, Section 5
**Subfile No.: CHGA-004-0006**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

    JULIAN VIGIL
    MARY VIGIL
    ROBERT M VIGIL

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Gallina, Section 5, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.



3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Gallina, Section 5, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** NONE

**Priority:** 1876

**Source of Water:** Surface waters of the Rio Gallina, a tributary of the Rio Chama

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch:** Sanchez-Maestas Ditch
   **Location:** X= 1,466,030 feet  Y= 1,907,424 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
   Section 08, Township 23N, Range 01E, N.M.P.M.

| | |
|---|---|
| Pt. NE¼ | 12.3 acres |
| Total | 12.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHGA-004-0006

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Gallina, Section 5, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Gallina, Section 5, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Gallina, Section 5, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_/s/ Bruce D. Black_
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_/s/ Vickie L. Gabin_
SPECIAL MASTER

SIGNATURE: _Robert M Vigil_
ROBERT M VIGIL
ADDRESS: P.O. Box 108
Gallina, NM 87017

DATE: 9-09-05

SIGNATURE: _Julian Vigil_
JULIAN VIGIL
ADDRESS: P.O. Box 122
Gallina, NM 87017

DATE: 9/25/05

SIGNATURE: _Mary Vigil_
MARY VIGIL
ADDRESS: P.O. Box 13
Gallina, NM 87017

DATE: 10-10-05

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

10·20·05
Date



LEGEND
- Irrigated Tract Boundary
- Pond
- Operable Ditch
- Point of Diversion



1 inch = 300 feet

0  75  150  300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E., State Engineer

Rio Chama Hydrographic Survey
**RIO GALLINA SECTION**

**Subfile Number
CHGA 004-0006**
Sanchez-Maestas Ditch
AMENDED
March 21, 2005

