# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

DATE: Dec 14, 2005

## CLERK'S MINUTES OF HEARING

HEARING BEFORE: SPECIAL MASTER VICKIE L. GABIN

CASE NAME & NUMBER: STATE of N.M. v. ARAGON, 69cv07941-BB
Rio Chama Adjudication, Section 7

DATE OF HEARING: December 12, 2005       TIME: 10:00 a.m.

COUNSEL:

SEE ATTACHED LIST

NOTES: RE: Order Setting Status Conference in Disputed Subfiles (#8063 filed 11-18-05) The status conference was held as scheduled in the Rio Arriba County Commission Chambers in Tierra Amarilla, NM. Matters discussed included: 1) proposed litigation schedule for subfiles CHTA-001-0001, -0002, -0003; CHTA-002-0001, -0002, -0003. 2) Defendant statements re: intention to retain counsel, employ professional historian or other professional consultant or expert.

COURT REPORTER: NONE




8102

## SPECIAL DISTRIBUTION LIST
### State of New Mexico ex rel. State Engineer v. Aragon, 69cv07941-BB-ACE
### Rio Chama Adjudication - Section 7: Rito de Tierra Amarilla and Rio Brazos
### September 19, 2005

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
AquaTek
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
201 Third St NW, Suite 1950
Albuquerque, NM 87102

Frank Bond, Esq.
P.O. Box 5333
Santa Fe, NM 87502-5333

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
999 Eighteenth St., Suite 945
Denver, CO 80202

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Tessa T. Davidson, Esq.
P.O. Box 2240
Corrales, NM 87048

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

John P. Hays, Esq.
Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Edward G. Newville, Esq.
Office of the State Engineer
Litigation & Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

Brett J. Olsen, Esq.
812 Marquette NW
Albuquerque, NM 87102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 4th Street NM, Suite 200
Albuquerque, NM 87102

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd NE
Albuquerque, NM 87111-3536

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Lester K. Taylor, Esq.
Susan G. Jordan, Esq.
405 Dr Martin Luther King Jr NE
Albuquerque, NM 87102

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Karen L. Townsend, Esq.
120 East Chaco
Aztec, NM 87410

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271