IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHRU-004-0044**

## ORDER

THIS MATTER is before the Court on the December 14, 2005 Motion (No. 8101) of the Plaintiff State of New Mexico, *ex rel.* State Engineer, for an extension of time to file supplemental briefs.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Defendants Coors, Padilla and Andrews, and Plaintiff State of New Mexico, shall have until January 16, 2006, to file supplemental briefs addressing their pending motions and any other issues arising during the hearing held before Special Master Vickie L. Gabin on October 14, 2005.

                                                            BRUCE D. BLACK
                                                            UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN