# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, et al.,

    Defendants.

05 DEC 22 PM 3: 10

69 CV 07941 BB-ACE

RIO CHAMA ADJUDICATION

Mainstream, Section 1

## CERTIFICATE OF ADDRESS CHANGE

Comes Now Fred J. Waltz, attorney for 27 Acequias, known as the Rio Chama Accquia Association and hereby notices this Court that his address has been changed to the following:

    Fred J. Waltz
    Attorney at Law
    214 B Kit Carson Road
    Taos, New Mexico 87571
    (505) 758-0407 (phone & facsimile)

Respectfully submitted,

*Fred J. Waltz*
Fred J. Waltz
Attorney at Law

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing pleading were mailed on this 20th day of December, 2005 to the hereinafter attached list of counsel of record and others.

*Fred J. Waltz*
Fred J. Waltz



Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Bradley S. Bridgewater, Esq
David W Gehlert, Esq.
USDOJ-ENRD
999 18th St, Suite 945
Denver, CO 80202

Mary E. Humphrey, Esq
P.O. Box 1574
El Prado, NM 87529-1574

John W. Utton, Esq
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Edward G. Newville, Esq.
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Frank M. Bond, Esq.
The Simmons Firm LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker, Esq
Felker, Ish, Hatcher, Ritchie,
 Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught, Esq.
Los Alamos National Laboratory
P.O Box 1663
Mail Stop P131
Los Alamos, NM 87545-1663

Mary Ann Joca, Esq.
U.S Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Steven L. Bunch, Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield &
 Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Road, Suite F
Santa Fe, NM 87505

Benjamin Phillips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy
PA
P.O. Box 787
Santa Fe, NM 87504-0787

Lester K. Taylor, Esq.
Nordhaus Laws Firm LLP
405 Dr. Martin Luther King Ave
NE
Albuquerque, NM 87102-3541

Susan Jordan, Esq.
Nordhaus Law Firm, LLP
1239 Paseo de Peralta
Santa Fe, NM 87501

Tessa T. Davidson, Esq.
Davidson Law Firm, LLC
P O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr., Esq
500 4th Street NW Suite 200
Albuquerque, NM 87120

Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel
Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

John P. Hays, Esq.
Cassutt, Hays, & Friedman, PA
530-B Harkle Road
Santa Fe, NM 87505

Charles T. DuMars, Esq.
Law & Resource Planning Assoc.
201 Third Street, NW #1370
Albuquerque, NM 87102

Daniel Cleavinger, Esq.
P.O Box 2470
Farmington, NM 87499

Joseph V. R Clark, Esq.
Cudy, Kennedy, Hetherington,
 Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Christopher D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Karen L. Townsend, P.C
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Gary S. Friedman, Esq.
Cassutt, Hays, & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla, Esq.
Padilla Law Firm, P.A.
P O. Box 2523
Santa Fe, NM 87504-2523

Lee Bergen, Esq
Bergen Law Offices, LLC
4110 Wolcott Avenue NE. Suite A
Albuquerque, NM 87109

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027

James C. Brockmann, Esq.
Jay F. Stein, Esq.
Stein & Brockmann, P A
P.O. Box 5250
Santa Fe, NM   87502-5250

Walter L Reardon, Jr., Esq
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536

Tim Vollman, Esq.
3301-R Coors Rd. N W. #302
Albuquerque, NM 87120

Brett J. Olsen, P C
812 Marquette Avenue NW
Albuquerque, NM 87102