IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  69cv07941-BB-ACE<br>)<br>)  RIO CHAMA STREAM SYSTEM<br>)  Section 7<br>)  CHRU-004-0039<br>)<br>) |

**ORDER GRANTING JOINT MOTION TO STAY
AND FURTHER AMENDING PRETRIAL ORDER**

THIS MATTER having come before the Special Master on Defendants Hope Miner and Norm Vogt, Inc.'s January 10, 2006, Joint Motion for Stay (Docket No. 8106). The Motion requests that the January 6, 2006, deadline for the filing of dispositive motions, motions *in limine* and objections to exhibits in the above-cited subfile, be extended until March 20, 2006, because the parties are currently engaged in settlement negotiations. This matter is controlled by the February 17, 2005, Pretrial Order (No. 7765), as amended (No. 8061). The Special Master, being fully apprised of the premises, finds that the Motion is well taken and should be GRANTED.

THEREFORE, it is ordered that no later than March 20, 2006, the parties shall file either:

    a. dispositive motions, motions *in limine*, and objections to exhibits; or
    b. with approval by counsel for the State of New Mexico, *ex rel.* State Engineer, a consent order and/or other appropriate document(s) resolving this subfile matter.

No further extensions of these deadlines will be granted.

IT IS SO ORDERED.

                                                /electronic signature/
                                      SPECIAL MASTER VICKIE L. GABIN