IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>   Plaintiff,<br><br> -v-<br><br>RAMON ARAGON et al.,<br><br>   Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

<u>ORDER SETTING STATUS CONFERENCE</u>

THIS MATTER is before the Special Master to guide the course of the Rio Chama Stream System adjudication and pursuant to the Second Administrative Order Setting Status Conferences, entered June 21, 2005 (Docket No. 7918).

A status conference is set for Tuesday, February 14, 2006, at 10:00 a.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, New Mexico, on the following matters:

 1. the general status of the adjudication of Sections 3, 5 and 7, including an estimate of the number of consent orders still outstanding and subject to default;

 2. the status of the state-law based claims of the Jicarilla Apache Nation;

 3. the status of the resolution of the Suazo and Ranchitos ditch issues;

 4. the status of federal non-Indian, non-Wild and Scenic River claims in Section 5, the Section 5 acequias' intentions regarding intervention pursuant to the March 1, 2005, Scheduling Order, as amended (Nos. 7770 and 8029), and any further amendments to the scheduling orders;

 5. the status of the quantification of the United States of America's claims under the Wild and Scenic Rivers Act, pursuant to the Initial Scheduling and Pretrial Order for the Adjudication of

Wild and Scenic River Claims entered July 18, 2005 (Docket No. 7952), the potential for intervention by interested acequias, and further scheduling requirements;

    6. the status of an agreement on the consumptive irrigation requirements for Section 5, the necessity, if any, for a scheduling order supplementing the Order entered February 15, 2005 (No. 7761), and a proposed schedule for notifying individuals of their priorities and CIR in order to complete the adjudication of individual water rights claims in Section 5.

    7. the status of work completed under the March 14, 2005, Procedural Order for Completion of Primary Subfile Work and Resolution of Errors and Omissions for Section 2 (No. 7785) and the necessity for further procedural and scheduling orders;

    8. any matters relating to the December 15, 2005, Scheduling Order for Subfile Nos. CHTA-001-0001, -0002, and -0003; CHTA-002-0001, -0002, and -0003; and CHTA-003-0001(No. 8103);

    9. any other relevant matters; and

    10. items which should be included in the next status conference set for Monday, May 8, 2006, in Santa Fe; and

Attendance by parties involved in the matters listed above (with the exception of claimants associated with the subfiles listed in Paragraph 8) is mandatory. Attendance by any other party is optional.

    IT IS SO ORDERED.

                                         /electronic signature/
                                    SPECIAL MASTER VICKIE L. GABIN