IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,                   69cv07941 BB-ACE
vs.                                RIO CHAMA STREAM SYSTEM

RAMON ARAGON, *et al.*,              Section 5: Gallina
                                       Subfile:  CHGA-005-0004
        Defendants.

## ORDER CORRECTING DEFENDANT'S NAME

THIS MATTER is before the Court *sua sponte*. In the process of reviewing the Court record staff identified the need to clarify the name of Robert M. Vigil.

On August 16, 2000 (Docket No. 5927) Robert M. Vigil was joined as a party to this cause. On October 2, 2000 (No. 5945) Robert M. Vigil filed a Waiver of Service. Since that time several subfile orders have been entered in his name. The Consent Order filed on January 22, 2003 (No. 7025) for subfile CHGA-005-0004 erroneously omitted Mr. Vigil's middle initial. His name should have been stated as Robert M. Vigil.

The Court finds that the defendant's name should be corrected.

IT IS THEREFORE ORDERED that the defendant's name is corrected from Robert Vigil to Robert M. Vigil for subfile CHGA-005-0004.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN