IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,
    Defendants.

CV 69-07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Section 3: Rio Nutrias, Rio Cebolla

Section 5: Rio Gallina

Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama

Subfile Nos.:

| | | |
|---|---|---|
| CHNU-001-0001 | CHNU-001-0002A | CHNU-002-0004 |
| CHNU-002-0005C | CHCB-001-0001A | CHGA-004-0006 |
| CHTA-003-0050 | CHTA-004-0016B | CHRB-003-0016 |
| CHRB-003-0031 | CHRB-003-0032 | CHRB-004-0011 |
| CHRB-004-0028 | CHRB-004-0033 | CHRB-004-0053B |
| CHRB-007-0042 | CHRB-007-0062 | CHRB-009-0012A |
| CHRU-001-0010 | CHRU-001-0011 | CHRU-001-0012 |
| CHRU-004-0001 | CHRU-004-0025 | CHRU-004-0043 |
| CHCC-001-0003 | CHCC-001-0014 | CHCC-004-0005 |
| CHCV-002-0040 | CHCV-004-0030 | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this Certificate of Service, was mailed to each of the following Defendants on the 19th day of January, 2006:

Subfile No. CHNU-001-0001
Docket No. 8083
Juan R. Montano

Subfile No. CHNU-001-002A
Docket No. 8082
Antonio Esquibel

P.O. Box 247  
Tierra Amarilla, NM 7575

P.O. Box 125  
Tierra Amarilla, NM  87575

Subfile No. CHNU-002-0004  
Docket No. 8081  
Juan R. Montano  
P.O. Box 247  
Tierra Amarilla, NM 87575

Subfile No. CHNU-002-0005C  
Docket No. 8080  
Chris E. Tafoya  
3375 La Ave De San Marcos  
Santa Fe, NM  87507

Subfile No. CHCB-001-0001A  
Docket No. 8079  
Sara Maes Benavidez  
1623 Saunders SW  
Albuquerque, NM  87105

Subfile No. CHGA-004-0006  
Docket No. 8084  
Julian Vigil  
Mary Vigil  
Robert M. Vigil  
P.O. Box 108  
P.O. Box 13  
P.O. Box 122  
Gallina, NM 87017

Subfile No. CHTA-003-0050  
Docket No. 8078  
Tony Casados Sr. & Sons Partnership  
P.O. Box 186  
Tierra Amarilla, NM  87575

Subfile No. CHTA-004-0016B  
Docket No. 8077  
Gustavo Martinez Jr.  
Hortencia Martinez  
P.O. Box 297  
Cebolla, NM 87518

Subfile No. CHRB-003-0016  
Docket No. 8076  
Debra Patricia Martinez  
P.O. Box 45  
Los Ojos, NM  87551

Subfile No. CHRB-003-0031  
Docket No. 8075  
Cleo B. Valdez  
Crystal H. Valdez  
Roxanne H. Valdez  
P.O. Box 87  
Los Ojos, NM 87551

Subfile No. CHRB-003-0032  
Docket No. 8074  
Rita Trujillo  
P.O. Box 73  
Los Ojos, NM  87551

Subfile No. CHRB-004-0011  
Docket No. 8073  
Larry Martinez  
4752 E. St. Catherine  
Phoenix, AZ 85040

Subfile No. CHRB-004-0028  
Docket No. 8072  
Miguel Valdez  
P.O. Box 62

Subfile No. CHRB-004-0033  
Docket No. 8100  
Geraldine Valencia  
Larry Valdez

Tierra Amarilla, NM 87575

2625 South Zurich Ct.
Denver, CO 80219

<u>Subfile No. CHRB-004-0053B</u>
Docket No. 8099
Lilliana R. Martinez
HCR 77 Box 3½
Ojo Caliente, NM 87549

<u>Subfile No. CHRB-007-0042</u>
Docket No. 8098
Gloria Jean Grasmick
14 Camino Quieto
Santa Fe, NM 87505

<u>Subfile No. CHRB-007-0062</u>
Docket No. 8097
Estate of Nicolas Martinez
8190 Corte del Viento NW
Albuquerque, NM 87120

<u>Subfile No. CHRB-009-0012A</u>
Docket No. 8096
Laguna Vista Townsite Inc.
HC 75 Box 1152
Los Ojos, NM 87551

<u>Subfile No. CHRU-001-0010</u>
Docket No. 8095
Charles R. & Leatrice H. Beach Trust
P.O. Box 1541
Bloomfield, NM 87413

<u>Subfile No. CHRU-001-0011</u>
Docket No. 8094
Florence C. Beach
HC 75 Box 1055
Rutheron, NM 87551

<u>Subfile No. CHRU-001-0012</u>
Docket No. 8093
David C. Beach
P.O. Box 864
Chama, NM  87520

<u>Subfile No. CHRU-004-0001</u>
Docket No. 8092
Norbert C. Lopez
120 Ranchitos Rd. NW
Albuquerque, NM 87114

<u>Subfile No. CHRU-004-0025</u>
Docket No. 8091
Jose de la Luz Mercure
HC 75 Box 1015
Rutheron, NM 87551

<u>Subfile No. CHRU-004-0043</u>
Docket No. 8090
Olga Arreguin
Robert Arreguin
1808 Algodones Ct. NE
Albuquerque, NM 87112-3502

<u>Subfile No. CHCC-001-0003</u>
Docket No. 8089
E. Truman Caudill
Jane Caudill
6308 Driscoll NE
Albuquerque, NM 87109

<u>Subfile No. CHCC-001-0014</u>
Docket No. 8088
Jim Ewbank
Orlinda Naranjo
2501 Crosswind Dr.
Spicewood, TX 78669

<u>Subfile No. CHCC-004-0005</u>
Docket No. 8087
Cleo B. Valdez
Crystal H. Valdez

<u>Subfile No. CHCV-002-0040</u>
Docket No. 8086
Brian T. Mello
P.O. Box 2591

Roxanne H. Valdez  Chinle, AZ 86503
P. O. Box 87
Los Ojos, NM 87551

<u>Subfile No. CHCV-004-0003</u>
Docket No. 8085
Melvin E. Kurth Jr.
235 Camino del Norte
Santa Fe, NM 87501

John S. Catron, Esq.
Catron, Catron & Pottow PA
2006 Botulph Rd.
Santa Fe, NM 87504-0788

True file stamped copies of each of the Consent Orders for the subfiles listed above were mailed to the following persons on the same date:

Karla McCall, Data Manager        John W. Utton, Esq.
1315 Sagebrush Drive, SW          P.O. Box 271
Los Lunas, NM  87031              Albuquerque, NM  87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM  87102

    /s/ electronic signature
Eward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444