IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, Defendants. | Section 7: Rutheron & Plaza Blanca |
| | Subfile Nos.  CHRU-003-0007 |
| | CHRU-004-0004 |
| | CHRU-004-0013 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for each subfile listed above, concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this certificate of service, was mailed to each of the following Defendants on the 20th day of January, 2006.

<u>Subfile No. CHRU-003-0007</u>
Docket No. 8069
Estate of Jose Vidal Ulibarri
c/o Jose Rafael Gallegos
PO Box 581
Chama, NM 87520

<u>Subfile No. CHRU-004-0004</u>
Docket No. 8069
Estate of Jose Vidal Ulibarri
c/o Jose Rafael Gallegos
PO Box 581
Chama, NM 87520

<u>Subfile No. CHRU-004-0013</u>
Docket No. 8060
Roberto Ulibarri
CR 4903-76B

Bloomfield, NM 87413

True file stamped copies of each of the default orders for the subfiles listed above were mailed to the following persons on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM  87031

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM  87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM  87103-0271

   /s/  electronic  signature
Eward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444