IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 FEB 10 AM 10: 45

CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) ) |
| RAMON ARAGON et al., | ) ) |
| Defendants. | ) ) |

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Joint Motion to Amend Priorities Adjudication Schedule for Sections 3 and 7 was served via first class mail to the persons on the list attached hereto on the 10th day of February, 2006.

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Associación de Acéquias Norteñas de Rio Arriba
707 Broadway, N. E., Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103
(505) 247-0411

for BY: _____
JOHN W. UTTON

Special Master Vickie L. Gabin
USDC-DCNM
Post Office Box 2384
Santa Fe, New Mexico 87504-2384

Bradley S. Bridgewater, Esq./David W. Gehlert, Esq.
USDOJ-ENRD
999 18th Street, Suite 945
Denver, Colorado 80202

Mary E. Humphrey, Esq.
Post Office Box 1574
El Prado, New Mexico 87529-1574

Frank M. Bond, Esq.
The Simmons Firm LLP
Post Office Box 5333
Santa Fe, New Mexico 87502-5333

John E. Farrow, Esq.
Farrow, Farrow & Stroz
Post Office Box 35400
Albuquerque, New Mexico 87176

K. Janelle Haught, Esq.
NMHSTD
Post Office Box 2348
Santa Fe, New Mexico 87504-2348

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N. W.
Albuquerque, New Mexico 87120

Peter B. Shoenfeld, Esq.
Post Office Box 2421
Santa Fe, New Mexico 87504-2421

Fred Vigil
Post Office Box 687
Medanales, New Mexico 87548

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
Post Office Box 2068
Santa Fe, New Mexico 87504-2068

Karla McCall, Data Manager
1315 Sagebrush Drive, S. W.
Los Lunas, New Mexico 87031

Edward G. Newville, Special Assistant Attorney General
Office of State Engineer
Post Office Box 25102
Santa Fe, New Mexico 87504-5102

Fred J. Waltz, Esq.
214 B Kit Carson Road
Taos, New Mexico 87571

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta #E
Santa Fe, New Mexico 87501-3722

Randolf B. Felker, Esq.
Felker Ish Hatcher Ritchie Sullivan & Geer
911 Old Pecos Trail
Santa Fe, New Mexico 87501

Mary Ann Joca, Esq.
US Department of Agriculture/Office of General Counsel
Post Office Box 586
Albuquerque, New Mexico 87102

Steven T. Bunch, Esq.
NM State Highway & Transportation Department
Post Office Box 1149
Santa Fe, New Mexico 87504-1149

Lucas O. Trujillo
Post Office Box 57
El Rito, New Mexico 87530

C. Mott Woolcy, Esq.
112 W. San Francisco Street, Suite 312C
Santa Fe, New Mexico 87501-2090

Paula Garcia
NM Acequia Association
430 W. Manhattan, Ste. 5
Santa Fe, New Mexico 87501

Benjamin Phillips, Esq./Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P. A.
Post Office Box 787
Santa Fe, New Mexico 87504-0787

Tessa T. Davidson, Esq.
Swaim Schrandt & Davidson, P.C.
4830 Juan Tabo, N. E., Suite F
Albuquerque, New Mexico 87111

Ted J. Trujillo, Esq.
Post Office Box 2185
Espanola, New Mexico 87532

John P. Hays, Esq.
Cassutt, Hays & Friedman, P. A.
530-B Harkle Road
Santa Fe, New Mexico 87505

Daniel Cleavinger, Esq.
Post Office Box 2470
Farmington, New Mexico 87499

Christopher D. Coppin, Esq.
Office of the Attorney General
Post Office Drawer 1508
Santa Fe, New Mexico 87504

Liliosa G. Padilla
432 Parkland Drive
Aztec, New Mexico 87410

Karen L. Townsend, P. C.
120 East Chaco
Aztec, New Mexico 87410

David Mielke, Esq.
Sonosky Chambers Sachse Endersen & Mielke LLP
500 Marquette Avenue, N. W., Suite 700
Albuquerque, New Mexico 87102

NM Acequia Commission
c/o Jessie Bopp, D.F.A., Local Government Div.
Bataan Memorial Building
Santa Fe, NM 87503

Lester K. Taylor, Esq./Susan G. Jordan, Esq.
Nordhaus Haltom Taylor Taradash & Bladh, LLP
405 Martin Luther King Avenue, N. E.
Albuquerque, New Mexico 87102-3541

Marcus J. Rael, Jr., Esq.
French & Associates, P. C.
500 Marquette Avenue, N. W.
Albuquerque, New Mexico 87120

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
Post Office Box 2084
Santa Fe, New Mexico 87504-2084

Charles T. DuMars, Esq.
Law & Resource Planning Associates, P. C.
201 Third Street, N. W., Suite 1370
Albuquerque, New Mexico 87102

Joseph V. R. Clark, Esq.
Cuddy Kennedy Hetherington Alberta & Ives LLP
Post Office Box 4160
Santa Fe, New Mexico 87502-4160

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd., N. E., Suite 500W
Albuquerque, New Mexico 87110

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, New Mexico 87507

NM Acequia Commission/Fred Vigil, Chairman
Department of Finance & Administration
Local Government Division/Bataan Memorial Building
Santa Fe, New Mexico 87503

Brett Olson
Brett J. Olsen PC
812 Marquette NW
Albuquerque, New Mexico 87102

Lee Bergen
4110 Wolcott Avenue NE
Suite A
Albuquerque, NM 87109

Tim Vollmann
3301-R Coors Rd. NW
#302
Albuquerque, NM 87120

Jeffrey H. Albright, Esq.
Cynthia Loehr, Esq.
201 3rd St. NW, Suite 1950
Albuquerque, NM 87102-1027

Vista, Ltd.
c/o Robert D. Pearson
255 Staab Street
Santa Fe, NM 87505

James C. Brockmann, Esq.
Jay F. Stein, Esq.
P. O. Box 5250
Santa Fe, NM 87502-5250

Ernest L. Padilla
Padilla Law Firm, PA
P. O. Box 2523
Santa Fe, NM 87504-2523