IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
06 FEB 10 AM 10: 45
CLERK-ALBUQUERQUE

STATE OF NEW MEXICO on the )
relation of State Engineer, )
Plaintiff, )
)           69cv07941-BB-ACE
-v- )
)           RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
)           Sections 3 & 7
Defendants. )
_____)

## JOINT MOTION TO AMEND PRIORITIES ADJUDICATION SCHEDULE FOR SECTIONS 3 AND 7

COMES NOW the State of New Mexico, ex rel. State Engineer (State), and the Associación de Acéquias Norteñas de Rio Arriba (the Acequias) and move to amend the Order Adopting Priorities Adjudication Schedule, entered August, 26, 2004 (Docket No. 7567), and in support thereof state the following:

The Acequias completed and provided to the State the Acequias' historical report for water uses in the Canjilon Creek subsection in November 2004. Since that time, the Acequias' historians have made substantial progress in completing the historical work for Cebolla and Las Nutrias subsections, but require additional time. The Acequias believe that they can complete and exchange reports by June 30, 2006 for the the Cebolla subsection of Section 3; by December 1, 2006 for Las Nutrias subsection of Section 3; and by June 30, 2007 for all subsections of Section 7. In addition by June 1, 2006, the Acequias will be prepared to file a statement of issues regarding the applicability of the Treaty of Guadalupe Hidalgo to water rights in Sections 3 and 7.

WHEREFORE, the State and the Acequias request that the Court enter an order granting this Motion.

8122

Respectfully submitted,

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Acequias
707 Broadway, N. E., Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103
(505) 247-0411

BY: _____
JOHN W. UTTON

*Electronically approved on February 8, 2006*
EDWARD E. NEWVILLE
Attorney for the State
Post Office Box 25102
Santa Fe, New Mexico 87504-5102
(505) 827-6150

2