SF-1 SHORT FORM WARRANTY DEED—Rev. 5-75—New Mexico Statutory Form                    THE VALLIANT CO.  ALBUQUERQUE, N.

# WARRANTY DEED

ADAN GARCIA, SR. and ANTONIA (TITA) GARCIA, husband and wife, _____, for consideration paid, grant

to ADAN GARCIA, JR., LEROY GARCIA, ARMANDO GARCIA, SAMUEL GARCIA, MIGUEL MARTINEZ, HEIR AT LAW OF MARTHA G. MARTINEZ, Deceased, VIOLA CHAVEZ, JOAN GARCIA, PAMELA MANZANARES and DONNA GARCIA, as their separate estates of inheritance,

whose address is _____,

the following described real estate in _____ RIO ARRIBA _____ County, New Mexico:

All that certain tract of land within the Tierra Amarilla Grnat, approximately six (6) miles East of the Village of Tierra Amarilla, being more particularly described as follows, to-wit:

Beginning at the Northeast corner of this tract from whence a monument marked "N.M.S.E.O., Brenda, 1973" bears S. 86° 34' 19" E., 3261.51 feet, N. 89° 15' 18" E., 2827.70 feet and N. 68° 09' 30" E., 8723.29 feet.

Frok said beginning point as follows, S. 00° 14' 23" E., 5567.32 feet, S. 87° 43' 33" W., 1415.55 feet, S. 01° 09' 16" W., 17,830.03 feet to the Southeast corner, N. 85° 20' 17" W., 1155.69 feet; N. 40° 02' 02" W., 555.66 feet; N. 87° 50' 04" W., 891.50 feet to the Southwest corner, N. 01° 22' 09" E., 17,400.79 feet; S. 86° 10' 43" E., 2028.32 feet; N. 07! 09' 00" W., 3443.32 feet; N. 17° 17' 48" E., 2413.94 feet to the Northwest corner and S. 86° 34' 19" E., 1424.36 feet to the point of beginning.

Containing 1205.6500 acres, more or less, As shown on Plat of Survey prepared by Cipriano Martinez, N.M.L.S. No. 3995 dated October, 1982.

The above described tract is to be divided among the heirs as per the following sketch.


EXHIBIT A

with warranty covenants.

WITNESS our hand S and seal S this 10th day of November, 19 92.

_____ (Seal) *Adan Garcia Sr.* (Seal)

_____ (Seal) *Antonia (Tita) M Garcia* (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO } ss.
COUNTY OF RIO ARRIBA }

The foregoing instrument was acknowledged before me this 10th day of November, 19 92, by ADAN GARCIA, SR. and ANTONIA (TITA) GARCIA, husband and wife.
(Name or Names of Person or Persons Acknowledging)

My commission expires: August 26, 1994
(Seal)

_____ Notary Public

96/36

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO } ss.
COUNTY OF _____ }

The foregoing instrument was acknowledged before me this _____ day of _____, 19 ___, by _____ (Name of Officer) _____ of _____ (Title of Officer) (Name of Corporation Acknowledging) _____ (State of Incorporation) corporation, on behalf of said corporation.

My commission expires:
(Seal)

_____ Notary Public

FOR RECORDER'S USE ONLY
FILED IN THE COUNTY CLERK'S OFFICE
AT 9:30 O'CLOCK A M
Book 172 Page 503-504

NOV 19 1992

ALEX M. NARANJO
County Clerk RA County
New Mexico
By *Rita Trujillo* Deputy

© COPYRIGHT WARNING: Reproduction of this form prior to legal use