IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Cañones Creek |
| ROMAN ARAGON, *et al.,* | Subfile Nos.   CHCC-002-0016 |
| Defendants. | CHCC-003-0001 |

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Joint Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, and River Bend Ranch LLC for Substitution of Parties filed February 8, 2006 (Doc. No. 8120).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that RIVER BEND RANCH LLC is substituted for Defendants VERNON RYAN, DIANA RYAN and FRANK S. BLACKMER in these proceedings.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
SPECIAL MASTER