IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>       Plaintiff,<br><br>-v-<br><br>RAMON ARAGON et al.,<br><br>       Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3 & 7 |

ORDER AMENDING PRIORITIES ADJUDICATION SCHEDULE

THIS MATTER is before the Special Master pursuant to the February, 10, 2006, Joint Motion to Amend Priorities Adjudication Schedule for Sections 3 and 7, filed by the State of New Mexico, ex rel. State Engineer (State), and the Associación de Acéquias Norteñas de Rio Arriba (the Acequias) (Docket No. 8122).  The motion proposes amending deadlines for completing all matters relating to the adjudication of priorities in Sections 3 and 7, as set forth in the August 26, 2004, Order Adopting Priorities Adjudication Schedule (No. 7567).  The Special Master has considered the joint motion and statements of counsel at the February 14, 2006, status and scheduling conference and finds the proposed amendments reasonable.

      IT IS ORDERED, THEREFORE,

      A.     That the schedule for the completion and exchange of reports on water uses in Sections 3  and 7 shall be as follows:

      1.     June 30, 2006 - Completion and exchange of the Acequias' historical report for water uses in the Rio Cebolla subsection of Section 3;

2.	December 1, 2006 - Completion and exchange of the Acequias' historical report for water uses in the Las Nutrias subsection of Section 3; and

3.	June 30, 2007 - Completion and exchange of the Acequias' historical report for water uses in all subsections of Section 7.

B.	June 1, 2006 - The Associación de Acéquias Norteñas de Rio Arriba shall file a statement of issues regarding the applicability of the Treaty of Guadalupe Hidalgo to water rights in Sections 3 and 7.  A process, and if necessary a briefing schedule, to resolve the issues shall be set at the regularly scheduled status and scheduling conference which follows the filing.

IT IS SO ORDERED.

*Vickie L. Gabin*

SPECIAL MASTER VICKIE L. GABIN

2