IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla<br><br>Subfile No. CHTA-001-0003 |

**MOTION FOR SUBSTITUTION OF PARTIES**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting Adan Garcia, Jr., Leroy Garcia, Armando Garcia, Samuel Garcia, Miguel Martinez, heir at law of Martha G. Martinez, Deceased, Viola Chavez, Joan Garcia, Pamela Manzanares and Donna Garcia for Defendant Garcia Lazy J. Ranch, Inc., in these proceedings, and as grounds states as follows:

1.   Defendant Garcia Lazy J. Ranch, Inc. (the Ranch) was joined as a party defendant to these proceedings on April 14, 2005 (Doc. 7816). *See also* Waiver of Service of Summons filed April 26, 2005 (Doc. 7825).

2.   On February 16, 2006, Todd M. Lopez, attorney for the Ranch, filed a Notice of Ownership in these proceedings stating the Ranch is not the owner of the property that is the subject of Subfile No. CHTA-001-0003, and requesting that Adan Garcia, Jr., Leroy Garcia, Armando Garcia, Samuel Garcia, Miguel Martinez, heir at law of Martha G. Martinez, Deceased, Viola Chavez, Joan Garcia, Pamela Manzanares and Donna Garcia be substituted as proper Defendants, and that the Ranch

be dismissed from this action.

3. Based on the representations of the Ranch's counsel and documents attached to the Notice filed February 16, 2006, Plaintiff State of New Mexico agrees that the individual parties named in paragraph 2 above should be substituted for Garcia Lazy J. Ranch, Inc. and that the Ranch should be dismissed from this action.

WHEREFORE the State requests the Court to enter its order Substituting Adan Garcia, Jr., Leroy Garcia, Armando Garcia, Samuel Garcia, Miguel Martinez, heir at law of Martha G. Martinez, Deceased, Viola Chavez, Joan Garcia, Pamela Manzanares and Donna Garcia for Defendant Garcia Lazy J. Ranch, Inc., in these proceedings, and dismissing Garcia Lazy J. Ranch, Inc. from this action.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Substitution was mailed to following this 23rd day of February 2006:

Adan Garcia, Jr.
PO Box 1284
Española, NM 87532

Leroy Garcia
PO Box 4416
Fairview, NM 87533

Armando Garcia
PO Box 4236
Fairview, NM 87532

Samuel Garcia

1200 Calle Sombra
Española, NM 87532

Miguel Martinez, Heir at Law of Martha G. Martinez, Deceased
2150 E. Cook Rd.
Grand Blanc, MI 48439

Viola Chavez
PO Box 1385
Española, NM 87532

Joan Garcia
3700 Aspen NE, Apt. 3R
Albuquerque, NM 87110

Pamela Manzanares
PO Box 1228
Española, NM 87532

Donna Garcia
PO Box 2056
Española, NM 87532

Todd M. Lopez, Esq.
Lopez, Sakura & Boyd, LLP
200 West De Vargas, Suite 3
Santa Fe, NM 87504-22464
*Attorney for Garcia Lazy J. Ranch, Inc.*

and transmitted by ACE filing to the following this 23rd day of February 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

       /s/ Ed Newville
      Edward G. Newville