IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

     vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

**Subfile Nos.   CHTA-001-0003**

## ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed February 23, 2006 (Doc. No. 8129).

Having reviewed the Motion and being otherwise fully advised in the premises, I  find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Adan Garcia, Jr., Leroy Garcia, Armando Garcia, Samuel Garcia, Miguel Martinez, heir at law of Martha G. Martinez, Deceased, Viola Chavez, Joan Garcia, Pamela Manzanares and Donna Garcia are substituted for Defendant Garcia Lazy J. Ranch, Inc. in these proceedings, and that Defendant Garcia Lazy J. Ranch, Inc. is dismissed from this action.

               _____
               BRUCE D. BLACK
               UNITED STATES DISTRICT JUDGE

Approved:

_____
SPECIAL MASTER