IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

**Subfile No. CHTA-004-0020**

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed December 5, 2002 (Doc. 6978) in connection with defendants Domie Ulibarri and Filiberto Ulibarri and subfile CHTA-004-0020, and as grounds therefore Plaintiff states as follows:

1. After Domie Ulibarri and Filiberto Ulibarri (Defendants) signed and approved the Consent Order filed December 5, 2002 in subfile CHTA-004-0020, the State received a plat of survey of the adjacent properties showing that portions of those properties had been erroneously included in this subfile. The State has now correctly mapped the boundaries of the land under this subfile.

2. The Consent Order filed December 5, 2002 (Doc. 6978) should be vacated.

3. The Defendants have signed and approved a revised Consent Order to be filed with the Court that corrects the errors described in paragraph one above.

4. Defendants support the granting of this motion.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent

Order filed December 5, 2002 (Doc. 6978) in connection with defendants Domie Ulibarri and Filiberto Ulibarri and subfile CHTA-004-0020.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion to Vacate Consent Order was mailed to following this 6th day of March 2006:

Domie Ulibarri
Filiberto Ulibarri
P.O. Box 423
Tierra Amarilla, NM 87575

and transmitted by ACE filing to the following this 6th day of March 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

/s/ Ed Newville
Edward G. Newville
