IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3: Rio Nutrias<br>Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

Rio Nutrias

    Bernie Ulibarri          CHNU-005-0002

Rito de Tierra Amarilla

    Carlos Ulibarri          CHTA-003-0025

Rio Brazos

    Dorothy Lemos        CHRB-007-0014

    Lawrence Archuleta    CHRB-007-0014

Cañones Creek

    Margarita T. Ulibarri    CHCC-002-0011

Dated: March 6, 2006

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444 phone
        (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Dismissal was mailed to following this 6th day of March 2006:

Bernie Ulibarri
P.O. Box 125
Los Ojos, NM 87551

Carlos Ulibarri
P.O. Box 150
Mesilla, NM 88046

Dorothy Lemos
1803 Grant Avenue
Ogden, Utah 84410

Lawrence Archuleta
c/o Frank J. Archuleta
P.O. Box 181
Tierra Amarilla, NM 87575

and transmitted by ACE filing to the following this 6th day of March 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW

Los Lunas, NM 87031

                                                      /s/ Ed Newville
                                                      Edward G. Newville