IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION TO CORRECT DEFENDANTS' NAMES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue its order correcting the names of the defendants named below to read as follows:

| FROM | TO |
|---|---|
| Teresita Corrales | Theresa M. Rael<br>CHTA-003-0036 |
| Manuel Salazar | Manuel S. Salazar<br>CHRB-006-0037 |

Dated: March 6, 2006

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　  /s/ Ed Newville
　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　(505) 867-7444 phone
　　　　　　　　　　　　　　　　　　　(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion to Correct Defendants' Names was mailed to following this 6th day of March 2006:

Manuel S. Salazar
1213 Cerrillos Rd SW
Albuquerque, NM 87121

Marcus J. Rael, Jr.
Robles, Rael, & Anaya, P.C.
500 4th Street NW, Suite 200
Albuquerque, NM 87102
*Attorney for Theresa M. Rael*

and transmitted by ACE filing to the following this 6th day of March 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                /s/ Ed Newville
                                                Edward G. Newville