IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos<br><br>**Subfile No. CHRB-004-0029** |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(c) moves the Court to issue its order substituting BEN R. CORDOVA and MONICA A. CORDOVA for JOSE B. CORDOVA in these proceedings, and as grounds states as follows:

1.　Jose B. Cordova deeded his interest in the land and water rights under subfile CHRB-004-0029 to Ben R. Cordova and Monica A. Cordova by deed dated May 21, 2004.

WHEREFORE the State of New Mexico requests the Court to enter its order Substituting Ben R. Cordova and Monica A. Cordova for defendant Jose B. Cordova in these proceedings.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Ed Newville
　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　(505) 867-7444

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Substitution of Parties was mailed to following this 6th day of March 2006:

Ben R. Cordova
Monica A. Cordova
P.O. box 59
Los Ojos, NM 87551

and transmitted by ACE filing to the following this 6th day of March 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

      /s/ Ed Newville
Edward G. Newville