IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Plaza Blanca & Rutheron,<br>Cañones Creek, Village of Chama |

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.    The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

Section 3

| | | |
|---|---|---|
| Napoleon L. Ulibarri | CHNU-005-0002 | P.O. Box 125, Los Ojos, NM 87551 |
| Patricia Ulibarri | CHNU-004-0003B | P.O. Box 165, Cebolla, NM 87518 |
| Robert J. Ulibarri | CHNU-004-0003B<br>CHNU-004-0006B | P.O. Box 165, Cebolla, NM 87518 |

Section 7

| Name | ID | Address |
|---|---|---|
| Jose Avalos | CHTA-004-0021B | P.O. Box 423, Tierra Amarilla, NM 87575 |
| Mariella Avalos | CHTA-004-0021B | P.O. Box 423, Tierra Amarilla, NM 87575 |
| Hope U. Martinez | CHTA-004-0027B | P.O. Box 1012, El Prado, NM 87529 |
| Juan I. Martinez | CHTA-004-0027B | P.O. Box 1012, El Prado, NM 87529 |
| Virginia McDermott | CHTA-004-0028 | PO Box 984, Santa Fe NM 87504 |
| Elisa M. Salazar MacKenzie | CHRB-007-0030 CHRB-006-0037A | 712 Grace St. NE, Albuquerque, NM 87123 |
| Robert A. Salazar | CHRB-006-0037C | 200 Algodones NE, Albuquerque, NM 87112 |
| Baudelia M. Mercure | CHRB-009-0031 CHRB-009-0032 | HC 75 Box 6, La Puente Rt., Tierra Amarilla, NM 87575 |
| Vincente Mercure | CHRB-009-0031 | HC 75 Box 6, La Puente Rt., Tierra Amarilla, NM 87575 |
| Christina Miller Veveris | CHRU-001-0021 | 188 Tesuque Village Rd., Santa Fe, NM 87506 |
| Juris L. Veveris | CHRU-001-0021 | 188 Tesuque Village Rd., Santa Fe, NM 87506 |
| Chama Valley Production Company, LLC | CHRU-001-0022 | P.O. Box 280, Chama, NM 87520 |
| Simon Carlos Manzanares | CHRU-004-0049 | 6304 Summerwood Rd. NW, Albuquerque, NM 87120 |
| Maria C. Manzanares | CHRU-004-0049 | 6304 Summerwood Rd. NW, Albuquerque, NM 87120 |
| Johnny A. Martinez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |

| | | |
|---|---|---|
| Lynette Martinez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Manuel Martinez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Raymond R. Martinez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Robert E. Martinez | CHCC-002-0011 | 02 Merlinda Ct., Los Lunas, NM 87031 |
| Darlene Moya | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Sadie Sanchez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Donnie Carillo | CHCV-002-0052 | 841 Capilene Ln., Chama, NM 87520 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Sections 3 and 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Sections 3 and 7 of the Rio Chama Stream System.

DATED: March 6, 2006

          Respectfully submitted,

           /s/ Ed Newville
          EDWARD G. NEWVILLE
          Special Assistant Attorney General
          Office of State Engineer
          P.O. Box 25102
          Santa Fe, NM 87504-5102

(505) 867-7444 phone<br>
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion to Correct Defendants' Names was transmitted by ACE filing to the following this 6th day of March 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

    /s/ Ed Newville
Edward G. Newville