IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHRB-004-0051**

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel* State Engineer, filed March 6, 2006 (Doc. No. 8132).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed December 12, 2003 (Doc. No. 7352) in subfile CHRB-004-0051 is vacated.

IT IS FURTHER ORDERED that the State and Defendants Robert A. Martinez and Rose M. Martinez shall file a new Consent Order concerning the Defendants' right to use the public waters of the Rio Chama Stream System within 60 days of this Order.

                                                                  BRUCE D. BLACK
                                                 UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN