IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed March 6, 2006 (Doc. No. 8139).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

<u>Section 3</u>

| | | |
|---|---|---|
| Napoleon L. Ulibarri | CHNU-005-0002 | P.O. Box 125, Los Ojos, NM 87551 |
| Patricia Ulibarri | CHNU-004-0003B | P.O. Box 165, Cebolla, NM 87518 |
| Robert J. Ulibarri | CHNU-004-0003B<br>CHNU-004-0006B | P.O. Box 165, Cebolla, NM 87518 |

<u>Section 7</u>

| | | |
|---|---|---|
| Jose Avalos | CHTA-004-0021B | P.O. Box 423, Tierra Amarilla, NM 87575 |

| | | |
|---|---|---|
| Mariella Avalos | CHTA-004-0021B | P.O. Box 423, Tierra Amarilla, NM 87575 |
| Hope U. Martinez | CHTA-004-0027B | P.O. Box 1012, El Prado, NM 87529 |
| Juan I. Martinez | CHTA-004-0027B | P.O. Box 1012, El Prado, NM 87529 |
| Virginia McDermott | CHTA-004-0028 | PO Box 984, Santa Fe NM 87504 |
| Elisa M. Salazar MacKenzie | CHRB-007-0030 CHRB-006-0037A | 712 Grace St. NE, Albuquerque, NM 87123 |
| Robert A. Salazar | CHRB-006-0037C | 200 Algodones NE, Albuquerque, NM 87112 |
| Baudelia M. Mercure | CHRB-009-0031 CHRB-009-0032 | HC 75 Box 6, La Puente Rt., Tierra Amarilla, NM 87575 |
| Vincente Mercure | CHRB-009-0031 | HC 75 Box 6, La Puente Rt., Tierra Amarilla, NM 87575 |
| Christina Miller Veveris | CHRU-001-0021 | 188 Tesuque Village Rd., Santa Fe, NM 87506 |
| Juris L. Veveris | CHRU-001-0021 | 188 Tesuque Village Rd., Santa Fe, NM 87506 |
| Chama Valley Production Company, LLC | CHRU-001-0022 | P.O. Box 280, Chama, NM 87520 |
| Simon Carlos Manzanares | CHRU-004-0049 | 6304 Summerwood Rd. NW, Albuquerque, NM 87120 |
| Maria C. Manzanares | CHRU-004-0049 | 6304 Summerwood Rd. NW, Albuquerque, NM 87120 |
| Johnny A. Martinez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Lynette Martinez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |

| | | |
|---|---|---|
| Manuel Martinez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Raymond R. Martinez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Robert E. Martinez | CHCC-002-0011 | 02 Merlinda Ct., Los Lunas, NM 87031 |
| Darlene Moya | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Sadie Sanchez | CHCC-002-0011 | c/o Robert E. Martinez, 02 Merlinda Ct., Los Lunas, NM 87031 |
| Donnie Carillo | CHCV-002-0052 | 841 Capilene Ln., Chama, NM 87520 |

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN