IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>  Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla<br><br>**Subfile No. CHTA-003-0024** |

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel* State Engineer, filed March 7, 2006 (Doc. No. 8140).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed June 26, 2003 (Doc. No. 7172) in subfile CHTA-003-0024 is vacated.

IT IS FURTHER ORDERED that the State and Defendant Leo E. Rodela shall file a new Consent Order concerning the Defendant's right to use the public waters of the Rio Chama Stream System within 60 days of this Order.

  _____
  BRUCE D. BLACK
  UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN