IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) ) | 69cv07941 BB-ACE |
| Plaintiff, | ) ) ) | RIO CHAMA STREAM SYSTEM Section 7: Rutheron & Plaza Blanca |
| vs. | ) ) | **Subfile CHRU-001-0012** |
| RAMON ARAGON, *et al.,* | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF ERRATA

The Special Master gives notice of the following error in the Court's Order Granting Motion to Vacate Consent Order filed October 19, 2005 (Docket No. 8033) for subfile CHRU-001-0012.

The Order incorrectly states the docket number of the Consent Order as 7264. The correct docket number is 7246.

_____
SPECIAL MASTER VICKIE L. GABIN