IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Tierra Amarilla

**APPLICATION FOR ENTRY OF DEFAULT**

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| | |
|---|---|
| Josie Sanchez Dubois | CHTA-003-0015 |
| Magdelene Sanchez | CHTA-003-0015 |
| Marcella Ulibarri | CHTA-003-0017 |
| Joseph Valdez | CHTA-003-0037 |
| Rachel Valdez | CHTA-003-0037 |
| Ronald J. Demasters | CHTA-003-0040 |
| Helen Moore | CHTA-004-0003 |

Dated: March 9, 2006

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Application for Entry of Default mailed to following this 10th day of March 2006:

Josie Sanchez-Dubois
Magdalene Sanchez
P.O. Box 691
Bailey, CO 80421

Marcella Ulibarri
P.O. Box 351
Tierra Amarilla, NM 87575

Joseph Valdez
Rachel Valdez
Rt. 4 Box 23B
Hernandez, NM 87537

Ronald J. Demasters
223 Desoto
Belen, NM 87002

Helen Moore
1505 North 10th Street
Wichita Falls, TX 76304

and transmitted by ACE filing to the following this 10th day of March 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384

Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

/s/ Ed Newville
Edward G. Newville