IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>           Plaintiff,<br><br>     vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>           Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos<br><br>**Subfile No. CHRB-004-0009** |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(c) moves the Court to issue its order substituting MICHAEL D. GONZALES for VALERIE ESPINOSA in these proceedings, and as grounds states as follows:

Defendant Valerie Espinosa has deeded her interest in the land and water rights under subfile CHRB-004-0009 to Michael D. Gonzales.  The State disputes the claim of water rights in connection with the land under this subfile.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting Michael D. Gonzales for Defendant Valerie Espinosa in these proceedings, and require Michael D. Gonzales to answer the State's complaint in this action.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Substitution of Parties was mailed to following this 10th day of March 2006:

Michael D. Gonzales
112 Sam Street
Santa Fe, NM 87501

and transmitted by ACE filing to the following this 10th day of March 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

      /s/ Ed Newville
Edward G. Newville