IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 5: Rio Gallina |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | Subfile No.  CHGA-002-0009A |

## WITHDRAWAL OF MOTION FILED MARCH 15, 2006

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby withdraws the Motion to Correct Clerical Error filed March 15, 2006 (Doc. No. 8158).

Respectfully submitted,

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Withdrawal of Motion filed March 15, 2006, was mailed to following this 16th day of March 2006:

Daniel K. Gonzales
P.O. Box 6
Gallina, NM 87017

and transmitted by ACE filing to the following this 16th day of March 2006:

Special Master Vickie L. Gabin

USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Mary E. Humphrey, Esq.
P.O. 1574
El Prado, N.M. 87529-1574

                                                   /s/ Ed Newville
                                                   Edward G. Newville