IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

06 MAR 17 PM 5: 15

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

## **CLERK'S CERTIFICATE OF DEFAULT**

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | waiver of summons filed |
|---|---|---|
| Josie Sanchez Dubois | CHTA-003-0015 | April 10, 2002 (Doc. No. 6654) |
| Magdelene Sanchez | CHTA-003-0015 | April 10, 2002 (Doc. No. 6654) |
| Marcella Ulibarri | CHTA-003-0017 | April 10, 2002 (Doc. No. 6654) |
| Joseph Valdez | CHTA-003-0037 | December 12, 2003 (Doc. No. 7328) |
| Rachel Valdez | CHTA-003-0037 | December 12, 2003 (Doc. No. 7327) |
| Ronald J. Demasters | CHTA-003-0040 | April 10, 2002 (Doc. No. 6654) |
| Helen Moore | CHTA-004-0003 | February 19, 2002 (Doc. No. 6537) |



I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this __17th__ day of March, 2006.

                        MATTHEW J. DYKMAN
                        DISTRICT COURT CLERK

                        By: _Patricia S. Judd_
                              Deputy Clerk