Case 6:69-cv-07941-KWR-KK   Document 8174   Filed 03/22/06   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) 69cv07941-BB-ACE |
| -v- | )<br>) |
| | ) RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | )<br>) |
| Defendants. | ) Section 7 |
| | ) Subfile No. CHRU-004-0039 |

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Special Master on the March 21, 2006, Joint Motion for Extension of Time in which to File Consent Orders (Docket No. 8173), and the Special Master being fully apprised of the premises, finds that the Joint Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that no later than April 10, 2006, the parties shall file consent orders and/or other appropriate documents resolving this subfile matter.

*Vickie L. Gabin*
SPECIAL MASTER