IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAR 2 4 2006

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO ex rel.
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, et al.,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Cañones Creek, Section 7

**Subfile No.: CHCC-002-0011**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):
    JOHNNY A. MARTINEZ
    LYNETTE MARTINEZ
    MANUEL MARTINEZ
    RAYMOND R. MARTINEZ
    ROBERT E. MARTINEZ
    DARLENE MOYA
    SADIE SANCHEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of



the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Cañones Creek, Section 7, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**  0640, 0641, and 0641-A
**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:**   CAÑONES DITCH NO. 1
    **Location: X=** 1,548,337   feet   **Y=** 2,114,510   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 8.7 acres |
| | Total | 8.7 acres |

As shown on the 2000 Hydrographic Survey Map CHCC- 2.

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Cañones Creek, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

/s/ Bruce D. Black
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
SPECIAL MASTER

SIGNATURE _Raymond R. Martinez_
RAYMOND R. MARTINEZ

ADDRESS: 4605 Valley Pk SW
Albuq, N.M.
87105

DATE: 2/11/06

SIGNATURE _Sadie Sanchez_
SADIE SANCHEZ

ADDRESS: 411 Pueblo
Aztec, NM
87031

DATE: 2-14-06

SIGNATURE _Robert E. Martinez_
ROBERT E. MARTINEZ

ADDRESS: 02 Mielnica Ct.
Los Lunas, New Mexico
87051

DATE: 2-27-06

SIGNATURE _Johnny Martinez_
JOHNNY A. MARTINEZ

ADDRESS: PO Box 60884
Las Vegas
Nevada 89160

DATE: 2/16/06

SIGNATURE _Darlene Moya_
DARLENE MOYA

ADDRESS: 1004 Sapphire SW
Albuq, N. Mexico
87121

DATE: 2-11-06

SIGNATURE _Lynette Martinez_
LYNETTE MARTINEZ

ADDRESS: 1325 Town Place
Albuq, N. Mex.
87121

DATE: 2-11-06

SIGNATURE _Manuel Martinez_
MANUEL MARTINEZ

ADDRESS: 6312 Prairie Sage LW
Alb. NM 87120

DATE: 2/25/06

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

3-8-06
Date