IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAR 2 4 2006

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Cañones Creek, Section 7

**Subfile No.: CHCC-004-0009**

## <u>CONSENT ORDER</u>

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

FRANK A. GALLEGOS
MARY GALLEGOS

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the elements

    of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

    of the claims of the Defendant(s) adjudicated by this order.

8179

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

       Stream System, Cañones Creek, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   02566 and 966
**Priority:**  Reserved for future determination by court order entered November 19, 2002.
**Source of Water:**  Surface water of the Rio Chama.
**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
   **Ditch:**   BARRANCO DITCH
   **Location: X=** 1,544,827   feet   **Y=** 2,109,686   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 9.2 acres |
| | Total | 9.2 acres |

 As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCC-004-0009

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Cañones

       Creek, Section 7, other than those set forth in this order and those other orders entered by

       this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

       from any use of the surface waters of the Rio Chama Stream System, Cañones Creek,

       Section 7, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7,

except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
Vickie L. Gabin
SPECIAL MASTER

SIGNATURE _____
                        MARY GALLEGOS

ADDRESS: _____
                _____
                _____

DATE: _____1-18-06_____

SIGNATURE _____
                        FRANK A. GALLEGOS

ADDRESS: _____PO Box 97_____
                _____Los Ojos, NM._____
                _____87551_____

DATE: _____1-18-06_____

Consent Order                    3                    Subfile No.: CHCC-004-0009

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

2-3-06

Date



STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E., State Engineer

Rio Chama Hydrographic Survey
Canones Creek Section

Subfile Number
CHCC 004-0009
Barranco Ditch
AMENDED
December 21, 2005

1 inch = 400 feet

0   100  200         400
Feet

LEGEND

Irrigated Tract Boundary
No Right Tract Boundary
Seeped Area
Operable Ditch / Lateral
Inoperable Ditch / Lateral
Reservoir / Stock Pond

● Point of Diversion
Ⓕ Fallow
Ⓝ No Right

