IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAR 2 4 2006

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rutheron & Plaza Blanca, Section 7

**Subfile No.: CHRU-001-0021**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

CHRISTINA MILLER VEVERIS
JURIS L. VEVERIS

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement
concerning certain elements of Defendant's right to divert and use the public waters of
the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, and by their
signatures appearing below, the State and the Defendant(s) have approved and accepted
the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements
of the claims of the Defendant(s) adjudicated by this order.

*8192*

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rutheron & Plaza Blanca, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE
**Priority:**  Reserved for future determination by court order entered November 19, 2002.
**Source of Water:**  Surface water of the Rio Chama, a tributary of the Rio Grande.
**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
    **Ditch:**    WILLOW CREEK MESA DITCH
    **Location:** X= 1,548,909  feet  Y= 2,103,084  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Township , Range , N.M.P.M.

|  |  |
|---|---|
|  | 0.57 acres |
| Total | 0.57 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRU-001-0021

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rutheron &

Plaza Blanca, Section 7, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rutheron & Plaza

Blanca, Section 7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of
any other water right claimant with standing to object prior to the entry of a final decree.

     IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters
of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, are as set forth herein. The
Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion
or use of the public surface waters of the Rio Chama Stream System, Rutheron & Plaza Blanca,
Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

     The Court enters this Consent Order as a final judgment as to the elements of
Defendant's waters rights set forth herein, subject to the right of other claimants to file
objections to individual adjudication orders, and to the entry of the final decree in this
proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

SIGNATURE _____        SIGNATURE _____
CHRISTINA MILLER VEVERIS                      JURIS L. VEVERIS

ADDRESS:  188 Tesuque Village Rd.   ADDRESS:  188 Tesuque Village Rd.
          Santa Fe, NM 87506                  Santa Fe, NM 87506

DATE:  MARCH 6, 2006            DATE:  MARCH 6, 2006

Consent Order                3              Subfile No.: CHRU-001-0021

_____

EDWARD G. NEWVILLE
Special Assistant Attorney General

_____  3·8·06_____
Date



001-0021
A 0.57 ac.

LEGEND

Irrigated Tract Boundary    ● Point of Diversion
No Right Tract Boundary     ① Fallow
Seeped Area                 Ⓝ No Right
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir



1 inch = 200 feet



**STATE OF NEW MEXICO**
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

**Rio Chama Hydrographic Survey**
**Rutheron & Plaza Blanca Section**

Subfile Number
**CHRU 001-0021**
Willow Creek
Mesa Ditch
AMENDED
January 31, 2006

