**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**FILED**
at Santa Fe NM

MAR 2 4 2006

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.*<br>State Engineer, | |
| Plaintiff,<br>v. | 69cv07941 BB-ACE |
| ROMAN ARAGON, *et al.*, | RIO CHAMA STREAM SYSTEM<br>Village of Chama, Section 7<br>**Subfile No.: CHCV-002-0054** |
| Defendants. | |

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

FAY L. HARRIS
JOHN P. HARRIS

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

       concerning certain elements of Defendant's right to divert and use the public waters of

       the Rio Chama Stream System, Village of Chama, Section 7, and by their signatures

       appearing below, the State and the Defendant(s) have approved and accepted the elements

       of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

       of the claims of the Defendant(s) adjudicated by this order.

8194

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Village of Chama, Section 7, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  none

**Priority:**  Reserved for future determination by court order entered November 19, 2002.

**Source of Water:**  Surface water of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

    **Ditch:**       CHAMA TOWN DITCH

    **Location: X=** 1,546,909   feet   **Y=** 2,155,273   feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Block 20, Pt. Lots 6-10 Original Townsite
    of Chama Subdivision

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.3  acres |
| | Total | 0.3  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-002-0054

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of

Chama, Section 7, other than those set forth in this order and those other orders entered

by this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Village of Chama,

Section 7, except in strict accordance with the water rights described herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Village of Chama, Section 7, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Village of Chama, Section 7,

except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _____       SIGNATURE _____
                    FAY L. HARRIS                                       JOHN P. HARRIS

ADDRESS: P.O. Box 997                     ADDRESS: PO Box 997
            Chama N.M.                                  CHAMA, NM
                    87520                                        87520

DATE: 01/10/06                            DATE: 01/10/06


Consent Order                    3                    Subfile No.: CHCV-002-0054

_En Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_1.13.06_
Date



002-0054
A 0.3 ac.

Chama Town Ditch

Rio Chama

17

**LEGEND**

☐ Irrigated Tract Boundary ● Point of Diversion
▨ No Right Tract Boundary Ⓕ Fallow
■ Seeped Land Ⓝⓡ No Right
▶ Operable Ditch / Lateral
- - - Inoperable Ditch / Lateral
— Reservoir / Stock Pond



1 inch = 200 feet
0 50 100 200
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

**Rio Chama Hydrographic Survey**
Village of Chama Section

Subfile Number
**CHCV 002-0054**
Chama Town Ditch
AMENDED
December 16, 2005

