IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM

MAR 24 2006

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-004-0051**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    ROBERT A. MARTINEZ
    ROSE M. MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama

   Stream System, Rio Brazos, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0660
**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:**    PORVENIR DITCH
    **Location:** X= 1,571,054   feet   Y= 2,087,568   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 23.6 acres |
| | Total | 23.6 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-004-0051

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

   Section 7, other than those set forth in this order and those other orders entered by this

   Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

   from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

   7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of

   any other water right claimant with standing to object prior to the entry of a final decree.

8. The approval and entry of this order shall have no effect upon any claim of ownership of water rights appurtenant to the land described in the deed from Ruis Sanchez and Reyes A. Sanchez to Maria Trinnie Garcia (a/k/a Mary Candelaria) filed May 27, 1955.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _Rose Martinez_  SIGNATURE _Robert Martinez_
ROSE M. MARTINEZ                ROBERT A. MARTINEZ

ADDRESS: PO Box 28              ADDRESS: PO Box 28
Los Ojos, NM                    Los Ojos NM
87551                           87551

DATE: 1-18-06                   DATE: 1-18-06

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

2-3-06
Date

