IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAR 2 4 2006

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-004-0021A**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

DEBORAH ULIBARRI
TEODORO D. ULIBARRI

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.



4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0430

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio
Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

**Location: X=** 1,557,188   feet   **Y=** 2,064,714   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

## Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.2 acres |
| | Total | 1.2 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-
004-0021A

**Amount of Water:** Reserved for future determination by court order entered November
19, 2002.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de

Tierra Amarilla, Section 7, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra

Amarilla, Section 7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section

7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _____
DEBORAH ULIBARRI

ADDRESS: _____

DATE: ___2/20/06_____

SIGNATURE _____
TEODORO D. ULIBARRI

ADDRESS: _____

DATE: ___2/20/06_____

Consent Order                3                Subfile No.: CHTA-004-0021A

EDWARD G. NEWVILLE
Special Assistant Attorney General

3-1-06
Date



004-0021A
A 1.2 ac.

Garapata Lateral

LEGEND
☐ Irrigated Tract Boundary
☐ No Right Tract Boundary
Scoped Area
▶ Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
● Point of Diversion
Ⓕ Fallow
Ⓝ No Right



1 inch = 200 feet
0      100      200
                 feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio Jr., PE, State Engineer**

**Rio Chama Hydrographic Survey**
**Rito de Tierra Amarilla Section**

Subfile
CHTA- 004- 0021A
Garapata Lateral off the Tierra
Amarilla Community Ditch
October 5, 2005

