IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>          Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>          Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 5: Rio Gallina<br><br>Subfile No. CHGA-002-0009A |

## ORDER CORRECTING CLERICAL ERROR

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed March 17, 2006 (Doc. No. 8161).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the point of diversion and name of the ditch in the Consent Order filed March 8, 2001 (Doc. No. 6210) in subfile CHGA-002-0009A is corrected as follows:

<u>From</u>

**Point of Diversion:**
    **Ditch Name:** Cordova/Martinez Ditch
    **Location X:** 1,481,451 feet   **Y:** 1,897,664 feet
    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

<u>To</u>

**Point of Diversion:**
    **Ditch Name:** Valdez Ditch

      **Location X:** 1,479,666 feet   **Y:** 1,900,246 feet
      New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

                                                    _____
                                                    BRUCE D. BLACK
                                                    UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN