IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON et al.,<br><br>Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

ORDER SETTING STATUS CONFERENCE

THIS MATTER is before the Special Master to guide the course of the Rio Chama Stream System adjudication and pursuant to the Second Administrative Order Setting Status Conferences, entered June 21, 2005 (Docket No. 7918).

A status conference is set for Monday, May 8, 2006, at 9:30 a.m. in the Jury Assembly Room, United States District Court, 130 Federal Place, Santa Fe, N.M., on the following matters:

1. the general status of the adjudication of Sections 3, 5 and 7;

2. the status of the resolution of the Suazo and Ranchitos ditch issues;

3. the status of federal non-Indian, non-Wild and Scenic River claims in Section 5, and any necessary amendments to the March 1, 2005, Scheduling Order, as amended (Nos. 7770 and 8029).

4. the status of the quantification of the United States of America's claims under the Wild and Scenic Rivers Act, pursuant to the Initial Scheduling and Pretrial Order for the Adjudication of Wild and Scenic River Claims entered July 18, 2005 (Docket No. 7952).

5. the status of an agreement on the consumptive irrigation requirements for Section 5, and the necessity, if any, for a scheduling order supplementing the Order entered February 15, 2005 (No. 7761).

6. the status of work completed under the March 14, 2005, Procedural Order for Completion of Primary Subfile Work and Resolution of Errors and Omissions for Section 2 (No. 7785) and the necessity for further procedural and scheduling orders;

7. the status of disputed Subfile No. CHRU-003-0001 (water rights claimants Peralta and Vogt);

8. other relevant matters, including any questions regarding the pending litigation of the water rights claims associated with Subfile Nos. CHTA-001-0001, -0002, -0003; CHTA-002-0001, -0002, and -0003; and CHTA-003-0001.

9. items which should be included in the next status conference set for Tuesday, August 8, 2006, in the Chama, New Mexico area.

Attendance by parties involved in the matters listed above is mandatory; counsel for the United States of America, if possible, may participate by telephone. Attendance by any other party is optional.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER