IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

                    Plaintiff,

v.

ROMAN ARAGON,  *et al.,*

                    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Section 3: Rio Nutrias, Rio Cebolla

Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

Subfile Nos.:

| | | |
|---|---|---|
| CHNU-002-0006 | CHTA-003-0054 | CHRB-007-0019 |
| CHNU-004-0003A | CHTA-004-0010 | CHRB-009-0025 |
| CHNU-004-0006A | CHTA-004-0012 | CHRU-001-0021 |
| CHNU-005-0001B | CHTA-004-0020 | CHRU-004-0010 |
| CHNU-005-0002 | CHTA-004-0021A | CHRU-004-0048 |
| CHCB-004-0003 | CHTA-004-0021B | CHRU-004-0049 |
| CHCB-005-0001 | CHTA-004-0040 | CHCC-002-0011 |
| CHTA-003-0002 | CHRB-003-0011A | CHCC-004-0048 |
| CHTA-003-0009 | CHRB-003-0011B | CHCV-002-0007 |
| CHTA-003-0018 | CHRB-004-0051 | CHCV-002-0054 |
| CHTA-003-0024 | CHRB-004-0052 | CHCV-003-0014 |
| CHTA-003-0031 | CHRB-007-0017 | CHCV-003-0021 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed

above concerning the Defendant's right to use the public waters of the Rio Chama Stream

System, and a copy of this Certificate of Service, was mailed to each of the following Defendants

on the 6th day of April 2006:

Subfile No. CHNU-002-0006
Docket No. 8188
Juan R. Montano
P.O. Box 247
Tierra Amarilla, NM 87575

Subfile No. CHNU-004-0003A
Docket No. 8177
Estate of Elsie Chang
1045A State Road 503
Cundiyo, NM 87522

Subfile No. CHNU-004-0006A
Docket No. 8189
Harold Ulibarri
P.O. Box 265
Tierra Amarilla, NM 87575

Subfile No. CHNU-005-0001B
Docket No. 8187
Harold Ulibarri
P.O. Box 265
Tierra Amarilla, NM 87575

Subfile No. CHNU-005-0002
Docket No. 8186
Napoleon L. Ulibarri
P.O. Box 125
Los Ojos, NM 87551

Subfile No. CHCB-004-0003
Docket No. 8185
Clorinda N. Sanchez
Medardo Sanchez Jr.
P.O. Box 96
Los Ojos, NM 87551

Subfile No. CHCB-005-0001
Docket No. 8184
Epifanio J. Trujillo
Rebecca D. Trujillo
4234A Fairway Dr.
Los Alamos, NM 87544

Subfile No. CHTA-003-0002
Docket No. 8183
Harry O. Martinez
Margaret A. Martinez
P.O. Box 192
Tierra Amarilla, NM 87575

Subfile No. CHTA-003-0009
Docket No. 8181
J.R. Martinez Estate
432 Parkland Dr.
Aztec, NM 87410

Subfile No. CHTA-003-0018
Docket No. 8180
Rose M. Romero
64 Camino Bajo
Santa Fe, NM 87508

Subfile No. CHTA-003-0024
Docket No. 8182
Leo E. Rodela
P.O. Box 118
Tierra Amarilla, NM 87575

Subfile No. CHTA-003-0031
Docket No. 8178
Brent C. Mortensen
664 E. 200 N.
Orem, UT 84097

Subfile No. CHTA-003-0054
Docket No. 8176
Archdiocese of Santa Fe
c/o Davidson Law Firm, LLC
P.O. Box 2240
Corrales, NM 87048

Subfile No.CHTA-004-0010
Docket No. 8208
Salomon A. Luna
P.O. Box 85
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0012
Docket No. 8205
Amabel Ulibarri
P.O. Box 429
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0020
Docket No. 8206
Domie Ulibarri
Feliberto Ulibarri
P.O. Box 182
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0021A
Docket No. 8207
Deborah Ulibarri
Teodoro D. Ulibarri
P.O. Box 276
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0021B
Docket No. 8204
Jose Avalos
Mariella Avalos
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0040
Docket No. 8203
La Clinica Foundation
P.O. Box 250
Tierra Amarilla, NM 87575

Subfile No. CHRB-003-0011A
Docket No. 8201
Frank A. Gallegos
Mary F. Gallegos
P.O. Box 97
Los Ojos, NM 87551

Subfile No. CHRB-003-0011B
Docket No. 8202
Frank A. Gallegos
Mary F. Gallegos

P.O. Box 97
Los Ojos, NM 87551

Subfile No. CHRB-004-0051
Docket No. 8200
Robert A. Martinez
Rose M. Martinez
P.O. Box 28
Los Ojos, NM 87551

Subfile No. CHRB-004-0052
Docket No. 8199
Michael Fonte
Berta J. Romero
8 Belmont Court
Silver Spring, MD 20910

Subfile No. CHRB-007-0017
Docket No. 8198
Michael C. Ulibarri
P.O. Box 992
Lakeville, MA 02347

Subfile No. CHRB-007-0019
Docket No. 8197
Maria Abeyta Garcia
P.O. Box 122
Los Ojos, NM 87551

Subfile No. CHRB-009-0025
Docket No. 8196
Willie Trujillo Jr.
1504 Finch Ave.
Farmington, NM 87401

Subfile No. CHRU-001-0021
Docket No. 8192
Christina Miller Veveris
Juris L. Veveris
188 Tesuque Village Road
Santa Fe, NM 87506

Subfile No. CHRU-004-0010

3

Docket No. 8191
Ian W. Chamberlain
Sarah E. Chamberlain
2997 County Road 215
Durango, CO 81303

Subfile No. CHRU-004-0048
Docket No. 8190
Andrew S. Aragon
Dora L. Aragon
11100 Central SE
Albuquerque, NM 87123

Subfile No. CHRU-004-0049
Docket No. 8193
Maria C. Manzanares
Simon Carlos Manzanares
6304 Summerwind Road NW
Albuquerque, NM 87120

Subfile No. CHCC-002-0011
Docket No. 8175
Johnny A. Martinez
P.O. Box 60884
Las Vegas, NM 89160

Lynette Martinez
1825 Tovar Place
Albuquerque, NM 87121

Manuel Martinez
6312 Prarie Sage NW
Albuquerque, NM 87120

Raymond R. Martinez
4605 Valley Place SW
Albuquerque, NM 87105

Robert E. Martinez
02 Merlinda Court
Los Lunas, NM 87031

Darlene Moya

1004 Sapphire SW
Albuqeurque, NM 87121

Sadie Sanchez
412 Pueblo
Aztec, NM 87031

Subfile No. CHCC-004-0009
Docket No. 8179
Frank A. Gallegos
Mary Gallegos
P.O. Box 97
Los Ojos, NM 87551

Subfile No. CHCB-002-0007
Docket No. 8195
Robert E. Doan
Lesia J. Foerster
299 S. Pine Ave.
Chama, NM 87520

Subfile No. CHCV-002-0054
Docket No. 8194
Fay L. Harris
John P. Harris
P.O. Box 997
Chama, NM 87520

Subfile No. CHCV-003-0014
Docket No. 8209
Celine M. Brown
Orrin G. Brown
13476 Highway 349N
Live Oak, FL 32060

Subfile No. CHCV-003-0021
Docket No. 8210
Robert R. Kissam
Susan L. Windeck
P.O. Box 672
Chama, NM 87520

True file stamped copies of each of the Consent Orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following persons on the same date:

Karla McCall, Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

A copy of this Certificate of Service was transmitted by ACE filing to Special Master Vickie L. Gabin on the same date.

_____
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444