IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB-ACE |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | Sections 3, 5, and 7 |
| Defendants. | ) ) | |

## ADDENDUM TO STATUS CONFERENCE

The following matter is hereby added to the agenda items to be addressed at the May 8, 2006, status conference, as set forth in the April 4, 2006, Order Setting Status Conference (Docket No. 8214):

a. Mr. Newville will discuss his February 21, 2006, proposals for streamlining service in this adjudication and ensuring that counsel are notified of appropriate service requirements.

_Vickie L. Gabin_
SPECIAL MASTER