IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

    Defendants.

06 ??? 13  ?? 4:23

CLE... ...A FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

**Subfile No. CHNU-002-0010**

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, JOE B. VALDEZ, by my signature appearing below hereby acknowledge that the Consent

Order for Subfile No. CHNU-002-0010 that I signed and approved on ___ *12-26-01* ___

_____ represents the resolution of all claims to water rights in connection with Subfile No.

CHNU-001-0010 under the Answer (Doc. No. 6474) filed with the Court on January 2, 2002.

_____
JOE B. VALDEZ

_____
4-3-06
date

