IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 06 APR 13 PM 4:23<br><br>CLERK ... FE<br><br>69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br><br>**Subfile No. CHNU-002-0008A** |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, JOE B. VALDEZ, by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHNU-002-0008A that I signed and approved on __2-15-02__ represents the resolution of all claims to water rights in connection with Subfile No. CHNU-002-0008A and the Answer (Doc. No. 6547) filed with the Court on February 20, 2002.

__Joe B Valdez__
JOE B. VALDEZ

__4-3-06__
date

