IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 06 APR 12 PM 4: 23<br><br>69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br><br>**Subfile No. CHNU-002-0008B** |

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS

I, JUSTINIANO VALDEZ, by my signature appearing below hereby acknowledge that the Consent Order for Subfile No. CHNU-002-0008B that I signed and approved on _March 23 2006_ represents the resolution of all claims to water rights in connection with Subfile No. CHNU-002-0008B and the Answer (Doc. No. 6548) filed with the Court on February 20, 2002.

_____
JUSTINIANO VALDEZ

_23 Mar. 06_
date

