IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
  )
      Plaintiff, )
  )     69cv07941-BB-ACE
  -v- )
  )     RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
  )
      Defendants. )     Section 7
_____ )     Subfile No. CHRU-004-0039

ORDER GRANTING JOINT MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the Joint Motion to Vacate Consent Order filed April 11, 2006 (Docket No. 8216).  The Consent Order was filed February 23, 2004 (No. 7418 ).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds:

1.  the Motion is well-taken and should be GRANTED,

2.  pursuant to the Special Master's March 22, 2006, Order Granting Joint Motion for Extension of Time (No. 8174), pleadings resolving this subfile matter were to have been filed no later than April 10, 2006, and

3.  Defendants Hope Miner and Norm Vogt, Inc. have signed and approved revised consent orders to be filed with the Court.

IT IS THEREFORE ORDERED that the Consent Order dated February 23, 2004, for Subfile No. CHRU-004-0039 is hereby vacated.

IT IS FURTHER ORDERED that the Defendants shall file the revised Consent Orders concerning the Defendants' rights to use the public waters of the Rio Chama Stream System within 10 days of this Order.

_____
DISTRICT JUDGE


Recommended for approval:

_____
SPECIAL MASTER