IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel. the )
State Engineer, )
 )
      Plaintiff, ) 69cv07941 BB-ACE
 )
      v. ) Rio Chama Adjudication
 )
ROMAN ARAGON, et al., )
 )
      Defendants. )
_____)

## NOTICE OF CHANGE OF ADDRESS

The United States of America ("United States") hereby gives notice that, **effective May 1, 2006** the mailing address and telephone numbers of its attorneys, Bradley S. Bridgewater and David W. Gehlert, will change to the following:

>Bradley S. Bridgewater
>U.S. Department of Justice
>1961 Stout Street - 8th Floor
>Denver, CO 80294
>Telephone: (303) 844-1359
>Fax: (303) 844-1350
>
>David W. Gehlert
>U.S. Department of Justice
>1961 Stout Street - 8th Floor
>Denver, CO 80294
>Telephone: (303) 844-1386
>Fax: (303) 844-1350

The stated mailing address should also be used for express deliveries.

Respectfully submitted this 18th day of April 2006.

_____
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
999 18th St., Suite 945
Denver, CO 80202
(303) 312-7318
Attorney for the United States

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2006 a copy of the foregoing *Notice Of Change Of Address* was mailed to all persons on the attached distribution lists.

                                            BRADLEY S. BRIDGEWATER

**State of New Mexico v. Aragon**
**Service List**

Edward G. Newville
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM  87504-2421

Fred Vigil
P.O. Box 687
Mendanales, NM   87548-0687

Fred J. Waltz
214 B Kit Carson Road
Taos, NM  87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton, Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM  87103-0586

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM  87103-0271

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM  87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM  87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM  87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO 80202

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM 87575

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan
 & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
607 Cerrillos Rd.
Suite F
Santa Fe, NM 87505-3799

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
4801 Lang Ave., N.E., Suite 200
P.O. Box 94750
Albuquerque, NM 87199-4750

Jeffrey H. Albright
Cynthia A. Loehr
201 Third Street, NW, Suite 1950
Albuquerque, NM 87102

Arianne Singer
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102

Brett Olsen
Brett J. Olsen, P.C.
812 Marquette Avenue NW
Albuquerque, NM 87102

Tim Vollmann
3301-R Coors Rd. N.W. #302
Albuquerque, NM 87120

Walter L. Reardon, JR., 2158
3733 Eubank Blvd., N.E.
Albuquerque, NM 87111-3536

F. Chester Miller III
907 West Apache Street
Farmington, NM 87401

Susan G. Jordan
1239 Paseo de Peralta
Santa Fe, NM 87501

Lester K. Taylor
405 Martin Luther King Jr. Ave., NE
Albuquerque, NM 87102

Updated 4/18/06

Aragon Section 3, 5 & 7 Mailing List:

Updated 4/18/2006

Special Master
Vicki Gabin
USDC-DCNM
PO Box 2384
Santa Fe, NM 87504-2384

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
PO Box 25102
Santa Fe, NM 87504-6150

Rick DiSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM  87103-0271

Gary S. Friedman
John P. Hays
Cassutt, hays & Friedman, P.A.
530-B harkle Road
Santa Fe, NM 87505

Jeffrey H. Albright
Cynthia A. Loehr
Lewis & Roca Jontz Dawe, LLP
201 Third Street NW
Suite 1950
Albuquerque, NM 87102

Fred Vigil
New Mexico Acequia Assoc.
DFA/LGD Bataan
Memorial Bldg. Ste. 201
Santa Fe, NM 87503

Tessa Davidson, Esq.
The Davidson Law Firm
PO Box 2240
Corrales, NM 87048

Paula Garcia
NM Acequia Association
607 Cerrillos Rd. Ste F
Santa Fe, NM 87501

Fred J. Waltz
Box 6390
Taos, NM  87571

Marcus J. Rael, Jr.
French & Associates, PC
500 4th Str., NW Suite 200
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM  87504-2421

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM 87575

Martin Threet, Esq.
Martin Threet & Assoc.
6400 Uptown Blvd., NE, Ste. 500 W
Albuquerque, NM 87110

Ernest L. Padilla
PO Box 2535
Santa Fe, NM 87504

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
P.O. Box 30488
Albuquerque, NM 87190-0488

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM  87504-0787

Karen L. Townsend, Esq.
Karen L. Townsend, PC
120 East Chaco
Aztec, NM 87410

Lester K. Taylor
Susan G. Jordan
Nordhaus, Haltom, Taylor,
Taradash & Bladh, LLP
405 Dr. Martin Luther
King Avenue, N.E.
Albuquerque, NM 87102-3541

Walter L. Reardon, JR.
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536

Brent J. Olsen
Brent J. Olsen, P.C.
812 Marquette NW
Albuquerque, NM 87102