IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. CIV 7941-BB-ACE RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | Section 5   Rio Gallina |
| Defendants | ) | |

**JOINT STATUS REPORT ON**
**CONSUMPTIVE IRRIGATION REQUIREMENTS**

Cecilia Ditch, Cordova-Martinez Ditch, Gonzales-Gurule Ditch, Sanchez-Maestas Ditch, Valdez Ditch, Rincon Ditch, Placitas Ditch and Vigiles Ditch  ("Gallina-Capulin Acequias") and the State of New Mexico ("State"), pursuant to the Special Master's instructions at the February 14 status conference, submit this status report on negotiations between the Gallina-Capulin Acequias and the State concerning the consumptive irrigation requirements for Section 5.   The parties continue to have productive discussions regarding the resolution of this issue and agree that a supplemental scheduling order is premature at this point.

Respectfully submitted,

  /s/ Mary E. Humphrey
MARY E. HUMPHREY
Attorney for Gallina-Capulin Acequias
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

Telephonically approved, 4/20/06
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P. O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this pleading via United States mail, first class, on the following persons on the 20th day of April, 2006.

| | |
|---|---|
| Fred Waltz<br>214 B Kit Carson Road<br>Taos, New Mexico 87571 | John Utton<br>Sheehan, Sheehan & Stelzner<br>P. O. Box 271<br>Albuquerque, NM  87103 |

David Gehlert
U.S. Dept. of Justice
999 18th St., Suite 945
Denver, CO 80302

Susan Jordan
Nordhaus Law Firm
1239 Paseo de Peralta
Santa Fe, NM  87501-2758

and transmitted by ACE filing to the following on the same date:

Karla McCall
AquaTek
1315 Sagebrush
Las Lunas, NM

Ed Newville
Office of the State Engineer
P. O. Box 25102
Santa Fe, NM  87504

Special Master Vickie Gabin
United States District Court
P. O. Box 2384
Santa Fe, NM  87504-2384

/s/ Mary E. Humphrey
Mary E. Humphrey
