IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Plaza Blanca & Rutheron,<br>Cañones Creek, Village of Chama |

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.　　The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

Section 3

| JoAnn Valdez | CHNU-002-0008A | P.O. Box 806, Tierra Amarilla NM 87575 |
|---|---|---|

Section 7

| Tomas A. Casados | CHRB-OMC | P.O. Box 184, Los Ojos NM 87551 |
|---|---|---|
| Estate of Manuelita U. Abeyta | CHTA-003-0053 | c/o Fermin Abeyta, Jr., P.O. Box 124, Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Hope R. Roybal | CHRB-004-0003A | 15 Thistle Ln., Santa Fe NM 87506 |
| Joseph G. Roybal | CHRB-004-0003A | 15 Thistle Ln., Santa Fe NM 87506 |
| Joseph David Sanchez | CHRB-004-0003B | 2521 So. Zinnia Way, Lakewood CO 80228 |
| Margret Royball | CHRB-004-0003B | 2521 So. Zinnia Way, Lakewood CO 80228 |
| Ben R. Cordova | CHRB-004-0029 | P.O. Box 59, Los Ojos NM 87551 |
| Monica A. Cordova | CHRB-004-0029 | P.O. Box 59, Los Ojos NM 87551 |
| Chris Martinez | CHRB-004-0042 | P.O. Box 271, Tierra Amarilla NM 87575 |
| Mabel C. Ulibarri | CHRB-004-0045 | P.O. Box 429, Tierra Amarilla NM 87575 |
| Emily Ulibarri Chavez | CHRB-004-0045 | P.O. Box 429, Tierra Amarilla NM 87575 |
| D. Marlo Chavez | CHRB-004-0045 | P.O. Box 429, Tierra Amarilla NM 87575 |
| Bruce R. Duran | CHRB-006-0003 | County Rd. 84-B #59, Santa Fe NM 87504 |
| Michelle L. Duran | CHRB-006-0003 | County Rd. 84-B #59, Santa Fe NM 87504 |
| Robert A. Gintowt | CHCC-001-0013 | 1802 Monterey Drive, Gallup NM 87301 |
| Kathleen Gintowt | CHCC-001-0013 | 1802 Monterey Drive, Gallup NM 87301 |
| Deborah I. Allison | CHCV-002-0003 | P.O. Box 541, Chama NM 87520 |
| Kathleen M. Fischer | CHCV-002-0043 | 7672 Calle Milan, Highland CA 92346 |

| | | |
|---|---|---|
| Estate of Carlotta Valdez | CHCV-003-0026 | c/o Gylen Aguilar, P.O. Box 922, Peñasco NM 87553 |
| Estate of Maximilo Valdez | CHCV-003-0026 | c/o Gylen Aguilar, P.O. Box 922, Peñasco NM 87553 |
| Juanita Gonzales | CHCV-003-0040 | P.O. Box 11, Chama NM 87520 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Sections 3 and 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Sections 3 and 7 of the Rio Chama Stream System.

DATED: April 21, 2006

Respectfully submitted,

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this   21   day of April 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384

Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                    /s/ Ed Newville
                                                    Edward G. Newville