IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*


    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama

**NOTICE OF DISMISSAL**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

Rio Brazos

    Juan J. Abeyta                  CHRB-003-0015

    Ensenada Resources       CHRB-006-0003

Cañones Creek

    Ann M. Whiteman            CHCC-001-0013

Village of Chama

    Homecoming Financial Network    CHCV-002-0043

    Davon Knackstedt             CHCV-002-0043

    Shirely Knackstedt            CHCV-002-0043

| | |
|---|---|
| Carlotta Valdez | CHCV-003-0026 |
| Maximilo Valdez | CHCV-003-0026 |

Dated: April 21, 2006

                                                    Respectfully submitted,

                                                    /s/ Ed Newville
                                                EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing Notice of Dismissal was transmitted by ACE filing to the following this   21   day of April 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                  /s/ Ed Newville
                                                Edward G. Newville