IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | **Subfile No. CHRU-001-0009** |

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel* State Engineer, filed April 19, 2006 (Doc. No. 8230).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed September 19, 2003 (Doc. No. 7245) in subfile CHRU-001-0009 is vacated.

IT IS FURTHER ORDERED that the State and Defendant Sandra Sableman shall file a new Consent Order concerning the Defendant's right to use the public waters of the Rio Chama Stream System within 60 days of this Order.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

     /electronic signature/
SPECIAL MASTER VICKIE L. GABIN