IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias |
| ROMAN ARAGON, *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed April 21, 2006 (Doc. No. 8232).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

Section 3

| | | |
|---|---|---|
| JoAnn Valdez | CHNU-002-0008A | P.O. Box 806, Tierra Amarilla NM 87575 |

Section 7

| | | |
|---|---|---|
| Tomas A. Casados | CHRB-OMC | P.O. Box 184, Los Ojos NM 87551 |
| Estate of Manuelita U. Abeyta | CHTA-003-0053 | c/o Fermin Abeyta, Jr., P.O. Box 124, Tierra Amarilla NM 87575 |
| Hope R. Roybal | CHRB-004-0003A | 15 Thistle Ln., Santa Fe NM 87506 |

| | | |
|---|---|---|
| Joseph G. Roybal | CHRB-004-0003A | 15 Thistle Ln., Santa Fe NM 87506 |
| Joseph David Sanchez | CHRB-004-0003B | 2521 So. Zinnia Way, Lakewood CO 80228 |
| Margret Royball | CHRB-004-0003B | 2521 So. Zinnia Way, Lakewood CO 80228 |
| Ben R. Cordova | CHRB-004-0029 | P.O. Box 59, Los Ojos NM 87551 |
| Monica A. Cordova | CHRB-004-0029 | P.O. Box 59, Los Ojos NM 87551 |
| Chris Martinez | CHRB-004-0042 | P.O. Box 271, Tierra Amarilla NM 87575 |
| Mabel C. Ulibarri | CHRB-004-0045 | P.O. Box 429, Tierra Amarilla NM 87575 |
| Emily Ulibarri Chavez | CHRB-004-0045 | P.O. Box 429, Tierra Amarilla NM 87575 |
| D. Mario Chavez | CHRB-004-0045 | P.O. Box 429, Tierra Amarilla NM 87575 |
| Bruce R. Duran | CHRB-006-0003 | County Rd. 84-B #59, Santa Fe NM 87504 |
| Michelle L. Duran | CHRB-006-0003 | County Rd. 84-B #59, Santa Fe NM 87504 |
| Robert A. Gintowt | CHCC-001-0013 | 1802 Monterey Drive, Gallup NM 87301 |
| Kathleen Gintowt | CHCC-001-0013 | 1802 Monterey Drive, Gallup NM 87301 |
| Deborah I. Allison | CHCV-002-0003 | P.O. Box 541, Chama NM 87520 |
| Kathleen M. Fischer | CHCV-002-0043 | 7672 Calle Milan, Highland CA 92346 |
| Estate of Carlotta Valdez | CHCV-003-0026 | c/o Gylen Aguilar, P.O. Box 922, Peñasco NM 87553 |

| | | |
|---|---|---|
| Estate of Maximilo Valdez | CHCV-003-0026 | c/o Gylen Aguilar, P.O. Box 922, Peñasco NM 87553 |
| Juanita Gonzales | CHCV-003-0040 | P.O. Box 11, Chama NM 87520 |

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:


  /electronic signature/
SPECIAL MASTER VICKIE L. GABIN