IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | 69cv07941 BB-ACE |
| | RIO CHAMA STREAM SYSTEM |
| Plaintiff, | Section 7: Village of Chama |
| v. | |
| ROMAN ARAGON, *et al.,* | Subfile Nos:   CHCV-001-0006 |
| | CHCV-005-0005 |
| Defendants. | CHCV-006-0006 |
| | CHCV-008-0001 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this Certificate of Service, was mailed to each of the following Defendants on the 25th day of April 2006:

Subfile No. CHCV-001-0006
Docket No.8238
Jicarilla Apache Nation
c/o Susan G. Jordan
Nordhaus Law Firm
1239 Paseo de Peralta
Santa Fe, NM 87501

Subfile No. CHCV-005-0005
Docket No. 8237
Jicarilla Apache Nation
c/o Susan G. Jordan
Nordhaus Law Firm
1239 Paseo de Peralta
Santa Fe, NM 87501

Subfile No. CHCV-006-0006
Docket No. 6236
Jicarilla Apache Nation
c/o Susan G. Jordan
Nordhaus Law Firm
1239 Paseo de Peralta
Santa Fe, NM 87501

Subfile No. CHCV-008-0001
Docket No. 8239
Jicarilla Apache Nation
c/o Susan G. Jordan
Nordhaus Law Firm
1239 Paseo de Peralta
Santa Fe, NM 87501

True file stamped copies of each of the Consent Orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following persons on the same date:

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this certificate of service was transmitted by ACE filing to Special Master Vickie L. Gabin and the Court's Data Manager, Karla McCall on the same date.

/s/ Ed Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444