## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

RAMON ARAGON, *et al.*,

      Defendants.

06 MAY -4  AM 0: 58

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-004-0065**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### NELDA CORDOVA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Brazos, Section 7, is set forth below:

## A.  **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
      **Ditch:**      ENSENADA DITCH
      **Location: X=** 1,571,054   feet  **Y=** 2,087,568   feet
      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.3  acres |
| | Total | 0.3 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-004-0065

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos.

Section 7, other than those set forth in this order and those other orders entered by this

Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his

or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the

public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict

accordance with the rights set forth herein or in other orders of the Court.


The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER


Consent Order                                        3                          Subfile No.: CHRB-004-0065

ACCEPTED: _Nelda S. Cordova_
NELDA CORDOVA

ADDRESS: _P.O. Box 72_
_Tierra Amarilla, NM_
_87575_

DATE:

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_4·6·06_
Date



004-0065
A 0.3 ac.

Ensenada Ditch

LEGEND



- ☐ Irrigated Tract Boundary
- § Subject Tract Boundary
- ▨ Surface Area
- ► Operable Ditch
- – – Inoperable Ditch
- —— Stock Ponds / Reservoir

- ● Point of Diversion
- ◉ Well
- ✳ Spring
- Ⓕ Fallow
- Ⓝ Non-Right



N
W    E
S

1 inch = 200 feet

0   50   100        200
Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

Rio Chama Hydrographic Survey
Rio Brazos Section

Subfile Number
**CHRB 004-0065**
Ensenada Ditch
AMENDED
August 16, 2004



