# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>    Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Cañones Creek, Section 7<br>**Subfile No.: CHCC-003-0001** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

### RIVER BEND RANCH, LLC.

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Cañones Creek, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 0640, 0641, and 0641-A
**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:** CAÑONES DITCH NO. 1
    **Location:** X= 1,548,337 feet  Y= 2,114,510 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 66.1 acres |
| | Total | 66.1 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCC-003-0001

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE
**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:** CAÑONES DITCH NO. 2
    **Location:** X= 1,546,783 feet  Y= 2,113,372 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Tierra Amarilla Grant      29.1 acres

                Total  29.1 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCC-003-0001

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

C. **IRRIGATED LANDS (Surface Water Only):**

 **Office of the State Engineer Files No(s)** 02566 and 966

 **Priority:** Reserved for future determination by court order entered November 19, 2002.

 **Source of Water:** Surface water of the Rio Chama.

 **Purpose of Use:** IRRIGATION

 **Point of Diversion:**
  **Ditch:**  BARRANCO DITCH
  **Location: X=** 1,544,827 feet **Y=** 2,109,686 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

 **Location and Amount of Irrigated Acreage:**

  Within the Tierra Amarilla Grant       46.3 acres
                Total  46.3 acres

 As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCC-003-0001

 **Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Cañones Creek, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

SIGNATURE _____ J.P.
RIVER BEND RANCH, LLC.

ADDRESS: _6353 State Highway 19N_
_Athens, TX.   75752_

DATE: _March 6, 2006_

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

 4-3-06
Date



Rio Chama Hydrographic Survey — Canones Creek Section
STATE OF NEW MEXICO, Office of the State Engineer, John R. D'Antonio, Jr., P.E., State Engineer
Subfile Number CHCC 003-0001 — Canones Ditch No. 1, Canones Ditch No. 2 & Barranco Ditch — AMENDED October 21, 2005
1 inch = 600 feet