IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | 69cv07941 BB-ACE |
| | RIO CHAMA STREAM SYSTEM |
| Plaintiff, | Section 3: Rio Nutrias |
| v. | |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, |
| Defendants. | Cañones Creek, Village of Chama |

Subfile Nos.:

| | | |
|---|---|---|
| CHNU-002-0008A | CHRB-004-0034 | CHRU-001-0009 |
| CHNU-002-0008B | CHRB-004-0053A | CHRU-003-0008 |
| CHNU-002-0010 | CHRB-004-0064 | CHCC-001-0006B |
| CHNU-002-0011 | CHRB-004-0065 | CHCC-002-0016 |
| CHTA-003-0017 | CHRB-005-0005 | CHCC-003-0001 |
| CHTA-003-0040 | CHRB-006-0034A | CHCC-004-0012 |
| CHTA-003-0048 | CHRB-006-0036 | CHCV-002-0003 |
| CHRB-002-0003 | CHRB-006-0045 | CHCV-002-0023 |
| CHRB-003-0003 | CHRB-008-0003 | CHCV003-0027A |
| CHRB-003-0015 | CHRB-009-0009 | CHCV-003-0040 |
| CHRB-004-0018C | CHRB-009-0011 | |
| CHRB-004-0029 | CHRB-009-0029 | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this Certificate of Service, was mailed to each of the following Defendants on the 12th day of May 206:

| | | |
|---|---|---|
| CHNU-002-0008A<br>Docket No. 8244<br>Joe B. & Joann Valdez<br>P.O. Box 806<br>Tierra Amarilla, NM 87575 | Docket No. 8251<br>Velasquez, Inc.<br>c/o Steve Polaco<br>P.O. Box 205<br>Tierra Amarilla, NM 87575 | CHRB-004-0034<br>Docket No. 8255<br>Joe L. & Mary Ida B. Martinez<br>2443 Del Norte SW<br>Albuquerque, NM 87105 |
| CHNU-002-0008B<br>Docket No. 8245<br>Justiano Valdez<br>P.O. Box 41<br>Tierra Amarilla, NM 87574 | CHRB-003-0003<br>Docket No. 8252<br>Carole Gomez<br>P.O. Box 811<br>Dulce, NM 87528 | CHRB-004-0053A<br>Docket No. 8256<br>Louisa Martinez<br>c/o Roger Martinez<br>Rt. 1, Box 27<br>Santa Cruz, NM 87567 |
| CHNU-002-0010<br>Docket No. 8246<br>Joe B. Valdez<br>P.O. Box 806<br>Tierra Amarilla, NM 87574 | Michael Gomez<br>P.O. Box 93<br>Lumberton, NM 87528<br><br>Rita Madrid<br>4817 Shallow Creek Drive<br>Kennesaw, Georgia 30144 | CHRB-004-0064<br>Docket No. 8258<br>Donald P. Cordova<br>P.O. Box 72<br>Tierra Amarilla, NM 87575 |
| CHNU-002-0011<br>Docket No. 8247<br>Abel Valdez<br>P.O. Box 2383<br>Bernalillo, NM 87004 | Carla A. Vigil<br>P.O. Box 79<br>Dulce, NM 87528 | CHRB-004-0065<br>Docket No. 8259<br>Nelda Cordova<br>P.O. Box 72<br>Tierra Amarilla, NM 87575 |
| CHTA-003-0017<br>Docket No. 8248<br>Marcella Ulibarri<br>P.O. Box 83<br>Tierra Amarilla, NM 87575 | CHRB-003-0015<br>Docket No. 8257<br>Elviria S. & Jose M. Abeyta<br>P.O. Box 102<br>Los Ojos, NM 87551 | CHRB-005-0005<br>Docket No. 8260<br>HughWalter Wilson<br>904 Gassen St.<br>Luling, LA 70070 |
| CHTA-003-0040<br>Docket No. 8249<br>Ronald J. DeMasters<br>223 Desoto<br>Belen, NM 87002 | CHRB-004-0018C<br>Docket No. 8253<br>Hazel Ann Cordova<br>Ashley D. Cordova<br>P.O. Box 365<br>Tierra Amarilla, NM 87575 | CHRB-006-0034A<br>Docket No. 8261<br>Eduardo T. Martinez<br>P.O. Box 116<br>Los Ojos, NM 87551 |
| CHTA-003-0048<br>Docket No. 8250<br>Paul Tractman<br>P.O. Box 148<br>Los Ojos, NM 87551<br><br>CHRB-002-0003 | CHRB-004-0029<br>Docket No. 8254<br>Ben R. & Monica A.<br>Cordova<br>P.O. Box 59<br>Los Ojos, NM 87551 | CHRB-006-0036<br>Docket No. 8262<br>William S. Hyman<br>Highland Ventures, Inc.<br>4 Juniper Road NE<br>Albuquerque, NM 87122 |

CHRB-006-0045
Docket No. 8263
Glenn & Teresa Godwin Trust
P.O. Box 36
Lumberton, NM 87528

CHRB-008-0003
Docket No. 8264
Marshall J. & Dorothy T.
Blanton Trust Agreement
P.O. Box 70
Aztec, NM 87410

CHRB-009-0009
Docket No. 8265
Max Cleland
Stella D. Tafoya
13511 Acapulco Dr.
Whittier, CA 90605

CHRB-009-0011
Docket No. 8266
Dorene Tafoya Cleland
13511 Acapulco Dr.
Whittier, CA 90605

CHRB-009-0029
Docket No. 8267
Harry & Theresa Sanchez
P.O. Box 114
Los Ojos, NM 87551

CHRU-001-0009
Docket No. 8268

Sandra Sableman
P.O. Box 22
Lindreth, NM 87029

CHRU-003-0008
Docket No. 8269
Pedro & Rose Torrez Trust
#3 County Road 5803
Farmington, NM 87401

CHCC-001-0006B
Docket No. 8270
Patrick S. Hogan
HC 75 Box 66
Chama, NM 87520

CHCC-002-0016
Docket No. 8271
River Bend Ranch, LLC
c/o Law & Resource
Planning
201 3rd St. NW #1750
Albuquerque, NM 87102-3368

CHCC-003-0001
Docket No. 8272
River Bend Ranch, LLC
c/o Law & Resource
Planning
201 3rd St. NW #1750
Albuquerque, NM 87102-3368

CHCC-004-0012
Docket No. 8273
Rita Trujillo
P.O. Box 73
Los Ojos, NM 87551

CHCV-002-0003
Docket No. 8274
Deborah I. Allison
Michael D. Roberson
P.O. Box 2501
Santa Fe, NM 87504

CHCV-002-0023
Docket No. 8275
Deborah H. Williams
202 Pine Street
P.O. Box 1264
Chama, NM 87520

CHCV-003-0027A
Docket No. 8276
Michael Montano
Peggy Montano
Steve Montano
Steven Montano
P.O. Box 124
Chama, NM 87520

CHCV-003-0040
Docket No. 8277
Juanita Gonzales
P.O. Box 11
Chama, NM 87520

True file stamped copies of each of the Consent Orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following persons on the same date:

   Rick DeSimone
   WATERS Project Manager
   121 Tijeras, Suite 3000
   Albuquerque, NM 87102

   John W. Utton, Esq.
   P.O. Box 271
   Albuquerque, NM 87103-0271

A copy of this Certificate of Service was transmitted by ACE filing to Special Master Vickie L. Gabin and the Court's Data Manager, Karla McCall, on the same date.

    /s/ Edward G. Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444