IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

Subfile Nos.  CHTA-001-0001
                CHTA-001-0002
                CHTA-001-0003
                CHTA-002-0001
                CHTA-002-0002
                CHTA-002-0003
                CHTA-003-0001

## ORDER GRANTING MOTION FOR STAY

THIS MATTER is before the Special Master on the Motion for Stay of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed May 15, 2006 (Doc. No. 8280).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the proceedings in connection with the subfiles and the Scheduling Order entered December 15, 2005 (Doc. No. 8103) are stayed until further order of the Court.

                                            /electronic signature/
                                      SPECIAL MASTER VICKIE L. GABIN