IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>**Subfile No. CHRU-003-0001** |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Special Master on the Joint Motion for Extension of Time filed by Defendants May 16, 2006 (Doc. No. 8281). Being fully advised in the premises, I find that the Motion should be GRANTED.

IT IS ORDERED, THEREFORE, that the Pretrial Order filed February 17, 2005 (No. 7765), is amended as follows:

1. No later than July 7, 2006, parties shall file any dispositive motions, motions *in limine*, and objections to proposed exhibits; and

2. No later than August 7, 2006, the State of New Mexico, *ex rel.* State Engineer, shall submit a request for pretrial conference if this matter continues to litigation.

IT IS FURTHER ORDERED that no further extensions of time may be sought without being accompanied by a request for hearing on the extension.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Vickie L. Gabin*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SPECIAL MASTER VICKIE L. GABIN