IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, <br><br> Plaintiff, <br><br> v. <br><br> ROMAN ARAGON, *et al.,* <br><br> Defendants | 69cv07941 BB-ACE <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 7: Rutheron & Plaza Blanca <br><br> Subfile Nos.: CHRU-004-0039A <br>               CHRU-004-0039B |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this Certificate of Service, was mailed to each of the following Defendants on the 23rd day of May 2006:

CHRU-004-0039A
Docket No. 8278
Hope Miner
c/o Cynthia A. Loehr, Esq.
201 Third Street N.W. Suite 1950
Albuquerque, NM 87102

CHRU-004-0039B
Docket No. 8284
Norm Vogt, Inc.
c/o Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

True file stamped copies of each of the Consent Orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following persons on the same date:

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-02

A copy of this Certificate of Service was transmitted by ACE filing to Special Master Vickie L. Gabin and the Court's Data Manager, Karla McCall, on the same date.

   /s/ Ed Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444