IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) ) |
| RAMON ARAGON et al., | ) ) |
| Defendants. | ) ) ) |

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM

## LIMITED ENTRY OF APPEARANCE

DAVID BENAVIDES and RYAN GOLTEN, New Mexico Legal Aid, hereby enter their limited appearance on behalf of the Associación de Acequias Norteñas de Rio Arriba. Appearance is limited to adjudication before this court of rights and protections under the Treaty of Guadalupe Hidalgo and related authority as set forth in the accompanying pleading ("Associación de Acequias Norteñas de Rio Arriba's Statement of Issues Regarding the Applicability of the Treaty of Guadalupe Hidalgo and/or Related Authority to Water Rights in Sections 3 and 7.")

Correspondence and pleadings relating to issues falling within the scope of appearance may be copied to New Mexico Legal Aid as follows:

    David Benavides
    Ryan Golten
    New Mexico Legal Aid
    P.O. Box 5175
    Santa Fé, NM 87502

/s/ David Benavides
DAVID BENAVIDES, ESQ.
New Mexico Legal Aid
P.O. Box 5175
Santa Fé, NM 87502
Tel: (505) 982-9886
Fax: (505) 982-6278



-AND-

_____
RYAN M. GOLTEN, ESQ.
New Mexico Legal Aid
P.O. Box 5175
Santa Fé, NM 87502
Tel: (505) 982-9886
Fax: (505) 982-6278

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Limited Entry of Appearance, and the accompanying pleading, entitled "Associación de Acequias Norteñas de Rio Arriba's Statement of Issues Regarding the Applicability of the Treaty of Guadalupe Hidalgo and/or Related Authority to Water Rights in Sections 3 and 7," was mailed on this 1st day of June, 2006, to the persons on the attached mailing list.

_____
DAVID BENAVIDES

Special Master Vickie L. Gabin
USDC-DCNM
Post Office Box 2384
Santa Fe, New Mexico  87504-2384

Karla McCall, Data Manager
1315 Sagebrush Drive, S. W.
Los Lunas, New Mexico  87031

Bradley S. Bridgewater, Esq./David W. Gehlert, Esq.
USDOJ-ENRD
1961 Stout Street, 8th Floor
Denver, Colorado  80294

Edward G. Newville, Special Assistant Attorney General
Office of State Engineer
Post Office Box 25102
Santa Fe, New Mexico  87504-5102

Mary E. Humphrey, Esq.
Post Office Box 1574
El Prado, New Mexico  87529-1574

Fred J. Waltz, Esq.
214 B Kit Carson Road
Taos, New Mexico  87571

Frank M. Bond, Esq.
The Simmons Firm LLP
Post Office Box 5333
Santa Fe, New Mexico  87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta #E
Santa Fe, New Mexico  87501-3722

John E. Farrow, Esq.
Farrow, Farrow & Stroz
Post Office Box 35400
Albuquerque, New Mexico  87176

Randolf B. Felker, Esq.
Felker Ish Hatcher Ritchie Sullivan & Geer
911 Old Pecos Trail
Santa Fe, New Mexico  87501

K. Janelle Haught, Esq.
NMHSTD
Post Office Box 2348
Santa Fe, New Mexico  87504-2348

Mary Ann Joca, Esq.
US Department of Agriculture/Office of General Counsel
Post Office Box 586
Albuquerque, New Mexico  87102

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct., N. W.
Albuquerque, New Mexico  87120

Steven T. Bunch, Esq.
NM State Highway & Transportation Department
Post Office Box 1149
Santa Fe, New Mexico  87504-1149

Peter B. Shoenfeld, Esq.
Post Office Box 2421
Santa Fe, New Mexico  87504-2421

Lucas O. Trujillo
Post Office Box 57
El Rito, New Mexico  87530

Fred Vigil
Post Office Box 687
Medanales, New Mexico  87548

C. Mott Wooley, Esq.
112 W. San Francisco Street, Suite 312C
Santa Fe, New Mexico  87501-2090

Jeffrey L. Fornaciari, Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
Post Office Box 2068
Santa Fe, New Mexico  87504-2068

Paula Garcia
NM Acequia Association
607 Cerrillos Rd., Suite F
Santa Fe, New Mexico  87505

Benjamin Phillips, Esq./Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P. A.
Post Office Box 787
Santa Fe, New Mexico   87504-0787

Tessa T. Davidson, Esq.
Davidson Law Firm
P. O. Box 2240
Corrales, NM 87048

Ted J. Trujillo, Esq.
Post Office Box 2185
Espanola, New Mexico   87532

John P. Hays, Esq.
Cassutt, Hays & Friedman, P. A.
530-B Harkle Road
Santa Fe, New Mexico   87505

Daniel Cleavinger, Esq.
Post Office Box 2470
Farmington, New Mexico   87499

Christopher D. Coppin, Esq.
Office of the Attorney General
Post Office Drawer 1508
Santa Fe, New Mexico   87504

Liliosa G. Padilla
432 Parkland Drive
Aztec, New Mexico   87410

Karen L. Townsend, P. C.
120 East Chaco
Aztec, New Mexico   87410

David Mielke, Esq.
Sonosky Chambers Sachse Endersen & Mielke LLP
500 Marquette Avenue, N. W., Suite 700
Albuquerque, New Mexico   87102

NM Acequia Commission
c/o Jessie Bopp, D.F.A., Local Government Div.
Bataan Memorial Building
Santa Fe, NM 87503

Susan G. Jordan, Esq.
Nordhaus Haltom Taylor Taradash & Bladh, LLP
405 Martin Luther King Avenue, N. E.
Albuquerque, New Mexico   87102-3541

Marcus J. Rael, Jr., Esq.
Robles & Rael PC
500 4th Street N.W., #200
Albuquerque, New Mexico   87102-2176

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
Post Office Box 2084
Santa Fe, New Mexico   87504-2084

Charles T. DuMars, Esq.
Law & Resource Planning Associates, P. C.
201 Third Street, N. W., Suite 1370
Albuquerque, New Mexico   87102

Joseph V. R. Clark, Esq.
Cuddy Kennedy Hetherington Alberta & Ives LLP
Post Office Box 4160
Santa Fe, New Mexico   87502-4160

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd., N. E., Suite 500W
Albuquerque, New Mexico   87110

Alfonso G. Sanchez, Esq.
2853 Calle Princesa Juana
Santa Fe, New Mexico   87507

NM Acequia Commission/Fred Vigil, Chairman
Department of Finance & Administration
Local Government Division/Bataan Memorial Building
Santa Fe, New Mexico   87503

Brett Olson
Brett J. Olsen PC
812 Marquette NW
Albuquerque, New Mexico   87102

Lee Bergen
4110 Wolcott Avenue NE
Suite A
Albuquerque, NM 87109

Tim Vollmann
3301-R Coors Rd. NW
#302
Albuquerque, NM 87120

Jeffrey H. Albright, Esq.
Cynthia Loehr, Esq.
201 3rd St. NW, Suite 1950
Albuquerque, NM 87102-1027

Vista, Ltd.
c/o Robert D. Pearson
255 Staab Street
Santa Fe, NM 87505

James C. Brockmann, Esq.
Jay F. Stein, Esq.
P. O. Box 5250
Santa Fe, NM 87502-5250

Ernest L. Padilla
Padilla Law Firm, PA
P. O. Box 2523
Santa Fe, NM 87504-2523