# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Chama Mainstream, Section 1
RANCHITOS DITCH
Subfile No. 4.3

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    AUBREY OWEN
    YUVONNIA OWEN

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Chama Mainstream, Section 1, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

Subfile No. 4.3



4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Chama Mainstream, Section 1, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** NONE
**Priority:** 1735
**Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:** RANCHITOS DITCH
    **Location:** X= 473,869   feet   Y= 1,890,256   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1927

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Town of Abiquiu Grant | 0.69 acres |
| Total | 0.69 acres |

As shown on the attached Hydrogrphic Survey Map for Subfile No. 4.3

**Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

5.  Defendant(s) have no surface water rights in the Rio Chama Stream System, Chama Mainstream, Section 1, other than those set forth in this order and those other orders entered by this Court in this cause.

6.  Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Chama Mainstream, Section 1, except in strict accordance with the water rights described herein.

7.  The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Chama Mainstream, Section 1, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Chama Mainstream, Section 1, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _____  SIGNATURE _____
           YUVONNIA OWEN                        AUBREY OWEN
ADDRESS: PO Box 75                  ADDRESS: P.O. Box 75
         Abiquiu NM                          Abiquiu, NM 87510
         87510
DATE: 4-29-2006                     DATE: 4/29/06

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

5/8/06
Date

