IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex. rel. )
State Engineer, )
 )
    Plaintiff, )
 )
v. )  No. 69 CIV 7941-JC
 )  RIO CHAMA STREAM SYSTEM
RAMON ARAGON, et. al. )
 )  Section 7
    Defendants. )  Subfile Nos . : CHCV-001-0010,
 )  CHRV-004-0042

## NOTICE OF ADDRESS CHANGE

Brett J. Olsen, P.C. (Brett Olsen, Esq.), attorney of record for Rancho Lobo, Ltd., hereby gives notice of the firm's change of address effective immediately:

    Brett Olsen
    Brett J. Olsen, P.C.
    7500 Montgomery Blvd., N.E., Suite A
    Albuquerque, NM 87109
    Phone: (505) 924-1800
    Fax: (505) 298-8778

Respectfully submitted,

BRETT J. OLSEN, P.C.

By: _/s/ Brett J. Olsen_____
BRETT J. OLSEN
Attorneys for Rancho Lobo, Ltd.
7500 Montgomery Blvd., N.E., Suite A
Albuquerque, NM 87109
Phone: (505) 924-1800
Fax: (505) 298-8778

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the individuals identified below on June  7 , 2006:

Special Master Vickie L. Gabin
USDS-DSNM
PO Box 2384
Santa Fe, NM  87504-2384

Darcy S. Bushnell, Esq.
Adjudication Staff Attorney
USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM  87102-2272

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM  87031

John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
PO Box 271
Albuquerque, NM  87103-0271

Wilfred Gutierrez, Chair
NM Acequia Commission
PO Box 190
Velarde, NM  87582

Paula Garcia
NM Acequia Association
607 Cerrillos, Suite F
Santa Fe, NM  87505

Marcus J. Rael, Esq.
500 4th Street NW, Suite 200
Albuquerque, NM  87120

Benjamin Philips, Esq.
John F. McCarthy, Jr., Esq.
Rebecca Dempsey, Esq.
White, Kock, Kelly & McCarthy, P.A.
PO Box 787
Santa Fe, NM  87504-0787

Susan G. Jordan, Esq.
Nordhaus Law Firm, LLP
1239 Paseo de Peralta
Santa Fe, NM  87501

Daniel Cleavinger, Esq.
PO Box 339
Tierra Amarilla, NM  87575

James C. Brockmann, Esq.
Jay F. Stein, Esq.
Stein & Brockman, P.A.
PO Box 5250
Santa Fe, NM  87502-5250

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
US Department of Justice
1961 Stout Street-8th Floor
Denver, CO 80294

Tessa T. Davidson
Davidson Law Firm LLC
P.O. Box 2240
Corrales, NM 87048-2240

Edward G. Newville, Esq.
Office of the State Engineer
PO Box 25102
Santa Fe, NM  87504-5102

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Fred J. Waltz Esq.
214 B Kit Carson Road
Taos, NM 87571

John E. Farrow Esq.
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker Esq.
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

K. Janelle Haught Esq.
Los Alamos National Laboratory
P.O. Box 1663
Mail Stop P131
Los Alamos, NM 87545-1663

Mary Ann Joca Esq.
US Department of Agriculture
Office of General Counsel
P.O. Box 586
Albuquerque, NM 87102

Randy E. Lovato Esq.
8100 Rancho Sueno, Ct., NW
Albuquerque, NM 87120

Steven L. Bunch Esq.
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Fred Vigil
P.O. Box 687
Medanales, NM 87548

C. Mott Wooley, Esq.
112 W. San Francisco St.
Suite 312 C
Santa Fe, NM 87501-2090

Jeffrey L. Fornaciari Esq.
Hinkle, Cox, Eaton, Coffield & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Ted J. Trujillo Esq.
PO Box 2185
Espanola, NM 87532-2185

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Joseph V. R. Clark Esq.
Cudy, Kennedy, Hetherington, Alberta & Ives, LLP
P.O. Box 4160
Santa Fe, NM 87504-4160

Christopher D. Coppin Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Karen L. Townsend, P.C.
120 East Chaco
Aztec, NM 87410

NM Acequia Commission
Fred Vigil, Chairman
Depart. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Gary S. Friedman Esq.
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Peter B. Shoenfeld Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Ernest L. Padilla Esq.
Padilla Law Firm, P.A.
P.O. Box 2523
Santa Fe, NM 87504-2523

Lee Bergen Esq.
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109

Jeffrey H. Albright Esq.
Cynthia A. Loehr, Esq.
Lewis and Roca Jontz Dawe, LLP
201 Third Street NW, Suite 1950
Albuquerque, NM 87103-1027

Frank M. Bond Esq.
Simmons & Slattery, LLP
P.O. Box 5333
Santa Fe, NM 87502-5333

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta #
Santa Fe, NM 87501-3722

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536

Tim Vollman Esq.
3301-R Coors Rd. NW #302
Albuquerque, NM 87120

Charles T. DuMars
Christina J. Bruff
Law & Resource Planning Associates, PC
201 Third St. NW #1750
Albuquerque, NM 87102-3368

*/s/ Brett J. Olsen*

Brett J. Olsen