IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT

JUN 1 6 2006

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | |
| Plaintiffs, | 69cv07941-BB-ACE |
| v. | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.*, | Canjilon Creek, Section 3 |
| Defendants. | Subfile No.: CHCJ-003-0044 |

## MOTION TO SUBSTITUTE PARTIES

Plaintiff, the State of New Mexico, *ex rel.* State Engineer ("State") pursuant to Fed. R. Civ. P. 25(c) moves the Court to issue its order substituting BILL DAVIS AND JACKIE WAGNER for defendant MODESTA M. VALENCIA in these proceedings. As grounds for this motion, Plaintiff states as follows:

1. Bill Davis and Jackie Wagner acquired the interest of defendant Modesta M. Valencia in the property under subfile CHCJ-003-0044 by warranty deed dated February 8, 2005, filed with the Rio Arriba County Clerk, reception number 200501127.

2. Bill Davis and Jackie Wagner do not oppose this motion.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting BILL DAVIS and JACKIE WAGNER for defendant MODESTA M. VALENCIA in these proceedings.

Respectfully submitted,

Arianne Singer
Special Assistant Attorney General



New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served on June 16, 2006, to the parties listed below by first class U.S. mail.

_____
Arianne Singer

Bill Davis
Jackie Wagner
P.O. Box 619
Canjilon, New Mexico 87515

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall
Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031