IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| PLAINTIFFS, | ) ) | 69cv07941-BB-ACE |
| v. | ) ) | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.*, | ) ) | Section 3 - Canjilon Creek |
| DEFENDANTS. | ) ) | **Subfile No.: CHCJ-003-0044** |

## ORDER GRANTING MOTION TO SUBSTITUTE

THIS MATTER is before the Court on the June 16, 2006, Motion to Substitute Parties filed by Plaintiff, State of New Mexico, *ex rel.* State Engineer (Doc. No. 8297). The Court finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that BILL DAVIS and JACKIE WAGNER be substituted as party defendant in these proceedings in place of MODESTA M. VALENCIA.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN