IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, Defendants. | Section 7: Rito de Tierra Amarilla |
| | Subfile Nos.  CHTA-003-0037 CHTA-004-0003 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for each subfile listed above concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this certificate of service, was mailed to each of the following Defendants on the 28th day of June, 2006.

Subfile No. CHTA-003-0037
Docket No. 8292
Joseph Valdez
Rachel Valdez
Rt. 4 Box 23B
Hernandez, NM 87002

Subfile No. CHTA-004-0003
Docket No. 8293
Helen Moore
1505 North 10th Street
Wichita Falls, TX 76304

True file stamped copies of each of the default orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following persons on the same date:

Rick DeSimone
WATERS Project Manager

121 Tijeras, Suite 3000
Albuquerque, NM  87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was transmitted by ACE filing to Special Master Vickie L. Gabin and the Court's Data Manager, Karla McCall, on the same date.

                                                           /s/ electronic signature
                                                           Edward G. Newville
                                                           Special Assistant Attorney General
                                                           Office of the State Engineer
                                                           P.O. Box 25102
                                                           Santa Fe, NM 87504
                                                           (505) 867-7444