IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, Defendants. | Section 1: Chama Mainstream |
| | Subfile Nos.: 4.2, 4.3 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this certificate of service, was mailed to each of the following Defendants on the 28th day of June, 2006.

<u>Subfile No. 4.2</u>
Docket No. 8294
Bobby Lopez
P.O. Box 1978
Española, NM 87532

<u>Subfile No. 4.3</u>
Docket No. 8295
Aubrey Owen
Yuvonnia Owen
P.O. Box 75
Abiquiu, NM 87510

True file stamped copies of each of the default orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following persons on the same date:

Rick DeSimone
WATERS Project Manager

    121 Tijeras, Suite 3000
    Albuquerque, NM  87102

    Fred J. Waltz, Esq.
    214 B Kit Carson Road
    Taos, NM 87571

A copy of this Certificate of Service was transmitted by ACE filing to Special Master Vickie L. Gabin and the Court's Data Manager, Karla McCall, on the same date.

                                                                                    /s/ electronic signature
                                                                      Edward G. Newville
                                                                      Special Assistant Attorney General
                                                                       Office of the State Engineer
                                                                       P.O. Box 25102
                                                                       Santa Fe, NM 87504
                                                                       (505) 867-7444