IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | waiver of service of summons filed |
|---|---|---|
| Louis K. Jaramillo | CHRB-004-0030 | May 21, 2002 (Doc. No. 6710) |
| Loyola Martinez | CHRB-005-0014 | April 9, 2002 (Doc. No. 6603) |
| Pedro Romero | CHRB-005-0019 | April 9, 2002 (Doc. No. 6603) |
| Lionel E. Martinez | CHRB-005-0023 | April 9, 2002 (Doc. No. 6603) |

| Defendant | Subfile No. | return of service filed |
|---|---|---|
| Ronald B. Rodella | CHRB-005-0007 | December 4, 2003 (Doc. No. 7319) |

Dated: June 28, 2006

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444
        (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed to the following this 28th day of June 2006:

| | | |
|---|---|---|
| Louis K Jaramillo<br>Rt. 1 Box 361<br>Espanola, NM 87532 | Loyola Martinez<br>Lionel E. Martinez<br>7028 South Bryant<br>Littleton, CO 80120 | Lionel E. Martinez<br>P.O. Box 145<br>Parkview, NM 87551 |
| Ronald B. Rodella<br>P.O. Box 187<br>Alcalde, NM 87511 | Pedro Romero<br>P.O. Box 2043<br>Las Vegas, NM 87701 | |

and transmitted by ACE filing to the following this same day:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031