IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                    Plaintiff,

        vs.

ROMAN ARAGON, *et al.,*

                    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla, Rio
Brazos,   Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## PROOF OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, states that pursuant to

Fed. R. Civ. P. 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following

Defendants were served with process in the above-captioned matter.  Service was made by certified

mail (restricted delivery) addressed to the named Defendants.  A copy of each Defendant's signature

receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Sopresa Corporation | CHRB-007-0060 | April 25, 2006 |
| Navora Martinez | CHRB-009-0012B | April 11, 2006 |
| Juan A. Martinez | CHRB-009-0012B | April 13, 2006 |
| Christine M. Cordova | CHRB-009-0019 | April 11, 2006 |
| Elipio G. Mecure | CHRU-001-0016 | April 20, 2006 |
| Rosita L. Valdez | CHRU-003-0009 CHRU-004-0006 | April 21, 2006 |

| | | |
|---|---|---|
| Diane O. Burnside | CHCC-001-0005 | May 9, 2006 |
| Duane C. Burnside | CHCC-001-0005 | April 24, 2006 |
| Duncan Family Ltd. Ptn. | CHCC-001-0012 | April 24, 2006 |
| Robert A. Gintowt | CHCC-001-0013 | April 24, 2006 |
| Arta C. Smith | CHCC-002-0008 | April 26, 2006 |
| Leo L. Smith | CHCC-002-0008 | April 25, 2006 |
| Antonio Garcia | CHCC-004-0007 | April 25, 2006 |
| Margaret Valdez | CHCV-002-0012 | May 9, 2006 |
| Esther Deyapp | CHCV-002-0013 | May 5, 2006 |
| Larry Deyapp | CHCV-002-0013 | April 25, 2006 |
| Lorraine T. Pacheco | CHCV-002-0034 | April 28, 2006 |
| Ruben Pacheco | CHCV-002-0034 | April 27, 2006 |
| Donnie Carillo | CHCV-002-0052 | April 25, 2006 |
| Napoleon R. Garcia | CHCV-003-0011 | May 10, 2006 |
| Lydia J. Garcia | CHCV-003-0011 | April 24, 2006 |
| James W. McElhaney | CHCV-003-0023 | April 24, 2006 |
| Maxine McElhaney | CHCV-003-0023 | April 24, 2006 |
| Lance Leyba | CHCV-006-0004 | April 27, 2006 |

Dated: June 29, 2006

Respectfully submitted,

 /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General

-2-

Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this __29__ day of June, 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

_/s/ Ed Newville_____
Edward G. Newville

-3-