## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sopresa Corp.
   c/o Art Rivera
   Box 250
   Chama, NM 87520

   CHRB-007-0060

2. Article Number (Transfer from service label): 7099 3400 0019 5292 3232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _A French_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): A French
C. Date of Delivery: 4-25-6
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Navora Martinez
   HC 75 Box 7
   Tierra Amarilla, NM 87575

   CHRB 009-0012B

2. Article Number (Transfer from service label): 7099 3400 0019 5292 2201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Navora Martinez_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Navora Martinez
C. Date of Delivery: 4/11/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Juan A. Martinez
   HC 75 Box 7
   Tierra Amarilla, NM 87575

   CHRB 009-0012B

2. Article Number (Transfer from service label): 7099 3400 0019 5292 3218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Juan C Mtz_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Juan A Mtz
C. Date of Delivery: 4-13-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Christine M. Cordova
   6317 Ponderosa Ct. NE
   Albuquerque, NM 87110

   CHRB 009-0019

2. Article Number (Transfer from service label)
   7099 3400 0019 5292 3171

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Christine Cordova — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Christine Cordova
C. Date of Delivery: 4-11-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elipio G. Mecure
   P.O. Box 104
   Los Ojos, NM 87551

   CHRU 001-0016

2. Article Number (Transfer from service label)
   7099 3400 0019 5292 3164

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X E. Mecure — ☐ Agent ☒ Addressee

B. Received by (Printed Name): Elipio Mecure
C. Date of Delivery: 4-20-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rosita L. Valdez
   HC 71 Box 83
   Dulce, NM 87528

   CHRU 003-0009/004-0006

2. Article Number (Transfer from service label)
   7099 3400 0019 5292 3140

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X — ☐ Agent ☒ Addressee

B. Received by (Printed Name): Rosita Valdez
C. Date of Delivery: 4/21/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Diane Burnside*  ☐ Agent  ☒ Addressee<br>B. Received by (*Printed Name*) DIANNE BURNSIDE  C. Date of Delivery 5-9-06<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>Diane O. Burnside<br>P.O. Box 161<br>Chama, NM 87520<br>**RESTRICTED DELIVERY**<br>CHCC C01-0005 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☒ Yes |
| 2. Article Number (*Transfer from service label*)  7099 3400 0019 5292 3058 | |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Duane Burnside*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) DUANE BURNSIDE  C. Date of Delivery 4/24/06<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>Duane C. Burnside<br>P.O. Box 161<br>Chama, NM 87520<br>**RESTRICTED DELIVERY**<br>CHCC 001-0005 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☒ Yes |
| 2. Article Number (*Transfer from service label*)  7099 3400 0019 5292 3041 | |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Terrell White*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) Terrell White  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>Duncan Family Ltd. Partnership<br>506 Galisteo Street<br>Santa Fe, NM 87501<br>CHCC 001-0012 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☒ Yes |
| 2. Article Number (*Transfer from service label*)  7099 3400 0019 5292 3065 | |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Robert A. Gintowt
    1802 Monterey Drive
    Gallup, NM 87301

    RESTRICTED DELIVERY

    CHCC 001-0013

2. Article Number (Transfer from service label): 7099 3400 0019 5292 [illegible] 3072

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   1802 Monterey
   Gallup NM

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Arta C. Smith
    86 Santa Maria Drive
    Edgewood, NM 87015

    CHCC-002-0008

2. Article Number (Transfer from service label): 7099 3400 0019 5292 3102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Arta Smith
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): ARTA SMITH
C. Date of Delivery: 4/24/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Leo L. Smith
    86 Santa Maria Drive
    Edgewood, NM 87015

    RESTRICTED DELIVERY

    CHCC-002-0008

2. Article Number (Transfer from service label): 7099 3400 0019 5292 3096

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Leo L. Smith
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): LEO L. SMITH
C. Date of Delivery: 4-25-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   [EDGEWOOD APR 25 2006 USPS postmark]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Antonio Garcia
P.O. Box 381
Espanola, NM 87532

RESTRICTED DELIVERY

CHCC 004-0007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Antonio Garcia — ☐ Agent ☒ Addressee

B. Received by (Printed Name): Antonio Garcia
C. Date of Delivery: [Espanola, NM 87532-9998 APR 25 2006 USPS postmark]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7099 3400 0019 5292 3119

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Margaret Valdez
DOB 4/11/81
Cortez, CO 81321

CHCV 002-0012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Margaret Valdez — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Margaret Valdez
C. Date of Delivery: 5/5/6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0005 9416 4504

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Esther Deyapp
P.O. Box 741
Chama, NM 87520

CHCV 002-0013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Esther Deyapp
C. Date of Delivery: 5.5.06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0005 9416 4467

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Larry H DeYapp_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): L.H.D.    C. Date of Delivery: 4/25/06 |
| 1. Article Addressed to:<br><br>Larry Deyapp<br>P.O. Box 741<br>Chama, NM 87520<br><br>CHCV-002-0013 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7099 3220 0005 9416 4450 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lorraine Pacheco_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Lorraine Pacheco   C. Date of Delivery: 4/28/06 |
| 1. Article Addressed to:<br><br>Lorraine T. Pacheco<br>P.O. Box 414<br>Chama, NM 87520<br><br>CHCV 002-0034 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7099 3220 0005 9416 4436 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ruben Pacheco_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Ruben Pacheco   C. Date of Delivery: 4/27/06 |
| 1. Article Addressed to:<br><br>Ruben Pacheco<br>P.O. Box 414<br>Chama, NM 87520<br><br>CHCV 002-0034 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7099 3220 0005 9416 4443 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donnie Carillo
   841 Capilene Lane
   Chama, NM 87520

   CHCV 002-0052

2. Article Number (Transfer from service label): 7099 3400 0019 5292 2877

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

- A. Signature: X [signature] — ☐ Agent ☑ Addressee
- B. Received by (Printed Name): Donny Carrillo
- C. Date of Delivery: 4-25-06
- D. Is delivery address different from item 1? ☐ Yes ☑ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Napoleon R. Garcia
   P.O. Box 654
   Chama, NM 87520

   CHCV 003-0011

2. Article Number (Transfer from service label): 7099 3400 0019 5292 2884

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

- A. Signature: X Napoleon R. Garcia — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Napoleon R. Garcia
- C. Date of Delivery: 5/10/06
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lydia J. Garcia
   P.O. Box 654
   Chama, NM 87520

   CHCV 003-0011

2. Article Number (Transfer from service label): 7099 3400 0019 5292 2891

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

- A. Signature: X [signature] — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Lydia Garcia
- C. Date of Delivery: 4/24/06
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James W. McElhaney
   P.O. Box 367
   Chama, NM 87520

CHCV 003-0023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X James W. McElhaney — ☐ Agent / ☒ Addressee

B. Received by (Printed Name): James W. McElhaney

C. Date of Delivery: 4.24.06

D. Is delivery address different from item 1? ☐ Yes  ☒ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee): ☒ Yes

2. Article Number (Transfer from service label): 7099 3400 0019 5292 2914

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Maxine McElhaney
   P.O. Box 367
   Chama, NM 87520

CHCV 003-0023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Maxine J. McElhaney — ☐ Agent / ☒ Addressee

B. Received by (Printed Name): 

C. Date of Delivery: 4.24.06

D. Is delivery address different from item 1? ☐ Yes  ☒ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee): ☒ Yes

2. Article Number (Transfer from service label): 7099 3400 0019 5292 2907

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lance Leyba
   HC 75 Box 50
   Chama, NM 87520

CHCV 006-0004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _____ — ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LANCE LEYBA

C. Date of Delivery: 4/27/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below: LANCE L____

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee): ☒ Yes

2. Article Number (Transfer from service label): 7099 3400 0019 5292 2952

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540