IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM
JUL - 3 2006
MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants have been served with process as follows:

| Defendant | Subfile No. | waiver of service of summons filed |
|---|---|---|
| Louis K. Jaramillo | CHRB-004-0030 | May 21, 2002 (Doc. No. 6710) |
| Loyola Martinez | CHRB-005-0014 | April 9, 2002 (Doc. No. 6603) |
| Pedro Romero | CHRB-005-0019 | April 9, 2002 (Doc. No. 6603) |
| Lionel E. Martinez | CHRB-005-0023 | April 9, 2002 (Doc. No. 6603) |

| Defendant | Subfile No. | return of service filed |
|---|---|---|
| Ronald B. Rodella | CHRB-005-0007 | December 4, 2003 (Doc. No. 7319) |



I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this ___JUL - 3 2006___, 2006.

                                          MATTHEW J. DYKMAN  
                                        DISTRICT COURT CLERK  
                                        By: *Patricia S. Zld* (signature)  
                                              Deputy Clerk