IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed June 29, 2006 (Doc. No. 8303).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Marcia Sue Vigil | CHRB-004-0003C | 29-A Camino Montoya, Santa Fe NM 87575 |
| Rudy Gilbert Vigil | CHRB-004-0003C | 29-A Camino Montoya, Santa Fe NM 87575 |
| Navora Martinez | CHRB-009-0012B | HC 75 Box 7, Tierra Amarilla NM 87575 |
| Juan A. Martinez | CHRB-009-0012B | HC 75 Box 7, Tierra Amarilla NM 87575 |
| Stephanie E. Martinez | CHRB-009-0012B | HC 75 Box 7, Tierra Amarilla NM 87575 |

| | | |
|---|---|---|
| Rice Living Trust | CHCC-002-0004A<br>CHCC-002-0005A | 145 Bosque Loop, Bernalillo NM<br>87004 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN