# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## CLERK'S MINUTES

*Before Special Master Vickie L. Gabin*

**Case No.:** 69cv07941-BB-ACE                **Date:** May 8th, 2006

**Title:** State of New Mexico, et al. v. Aragon, et al.

**Courtroom Clerk:** J. McCabe            **Court Reporter:** none

**Court in Session:** 9:36 a.m.             **Court in Recess:** 10:15 a.m.

**Type of Proceeding:** Status Conference for Sections 3, 5, and 7

**Attorneys:** See attached

**Proceedings:**

This was a status conference set by order no. 8214 to discuss the following:

1) **The general status of the adjudication of Sections 3, 5, and 7.** Mr. Newville (EN) reports on the general status for the three sections. The State is in the process of wrapping up loose ends on subfiles, serving people, and making contact with claimants who have not responded yet. The majority of individual subfiles open are in Section 7, there a few remaining in Section 3, and Section 5 should be complete by the year-end. (See attached chart for a detailed summary). The upcoming plans are for depositions and historical work in Tierra Amarilla (TA). There are no scheduled field sessions for this summer.
2) **The status of resolution of the Suazo and Ranchitos ditch issues.** EN reports the mapping has been completed. Of the five proposed orders two have been signed and approved. The Consent Orders have a priority date of 1735. Mr. Waltz (FW) appreciates the facilitation which occurred with the OSE HSR staff, this process could serve as a model for future resolutions. Within the month FW will move to re-enter the priority dates for the five consent orders. Due to the upcoming drought the priority dates will be important.
3) **The status of federal non-Indian, non-Wild and Scenic River claims in Section 5, and any necessary amendments to the March 1, 2005, Scheduling Order, as amended (Nos. 7770 and 8029).** SEE BELOW (one discussion)
4) **The status of the quantification of the United States of America's claims under the Wild and Scenic Rivers Act, pursuant to the Initial Scheduling and Pretrial Order for the Adjudication of Wild and Scenic River Claims entered July 18, 2005 (Docket No. 7952).** Ms. Singer (AS) and Mr. Gehlert (DG) are in correspondence over existing claims, new claims, and new errors. There is not an



agreement on how to address these claims yet. The priority is to complete Section 5 first then move to then Section 3 (per EN there is a scheduling order for these claims). AS will submit a status report to the Special Master (SM) on the Wild and Scenic Claims and on the stock water claims. MH requests the State and the U.S. notify the Acequia association when filed work will be conducted so the acequia association can have their technical person present too. DG agreed to MH's request.

5) **The status of an agreement on the consumptive irrigation requirements for Section 5, and the necessity, if any, for a scheduling order supplementing the Order entered February 15, 2005 (No. 7761).** Ms. Humphrey (MH) reports that she and the state are in negotiations with the State on one CIR element. EN says the Sec. 5 determination is an acceptable quantity amount. He has requested to do a survey to complete the fallow issue in the adjudication. This may take 2-3 months but it is a priority. MH is in agreement with this time frame. MH reports on Gallina (Section 5), there are 2 more Consent Orders on customs and CIR (if they come to an agreement), then the parties can move into *inter se*. FW comments that at the last status conference in TA, 2-14-06, he alerted the Court about the CIR issue. While he does not want to interrupt the process for the entire basin, any fallow land would have a direct impact on his clients. FW suggests the State and MH be open to a meeting to discuss this issue. Mr. Utton (JU), representing the Acequias Norteñas, does not share the same concern as FW but he does have a general concern of how CIR will be used throughout the basin. He has agreed with the modified the Blaney-Criddle method.

6) **The status of work completed under the March 14, 2005, Procedural Order for Completion of Primary Subfile Work and Resolution of Errors and Omissions for Section 2 (No. 7785) and the necessity for further procedural and scheduling orders.** MH continues to operate under the same Scheduling Order for Errors & Omissions and their data is not in order to request further procedural or scheduling orders.

7) **The status of disputed Subfile No. CHRU-003-0001 (water rights claimants Peralta and Vogt).** Mr. Padilla reports the dispute has been settled and he will work with the State on producing an accurate map and consent decree. Mr. Padilla expects to have a proposed order ready in 60 days or so. Mr. Padilla is excused from the Status Conference. Later in the status conference his co-counsel, Mr. Friedman arrives and reports he will file a joint motion for extension of time so everything will be ready for July 7th. He also adds the State's deadline to request a hearing is September 12, 2006. The need for the extension of time is to determine how many acres each party will agree to.

8) **Other relevant matters, including any questions regarding the pending litigation of the water rights claims associated with Subfile Nos. CHTA-001-0001,-0002,-0003; CHTA-002-0001,-0002, and -0003; and CHTA-003-0001.** EN reports that the historian work may be significant. EN will make a motion to set a general status conference in August to discuss the situation.

9) **Discussion of streamlining service in this adjudication and ensuring that counsel are notified of appropriate service requirements.** The Special Master agreed to write a letter to counsel reminding them of existing service requirements and of the electronic options.

*05-08-06_Chama_Status_Conference_Clerk's Minuteswpd.wpd*

10) **Items which should be included in the next status conference set for Tuesday, August 8, 2006, in Chama New Mexico area.** 1) service for *Pro Se's* in the electronic filing system, 2) Section 7, Jicarilla and Willow Creek Ranch claims. This is a groundwater claim, not a surface water claim, and outside the 2002 procedural order



## CHAMA TOTALS 1/1/06 to 5/1/06

| SECTION | TOTAL SUBFILES | ORDERS SENT | ORDERS APPROVED | OPEN SUBFILES |
|---|---|---|---|---|
| Rio Gallina | 133 | 0 | 0 | 0 |
| Rio Nutrias | 45 | 10 | 5 | 10 |
| Rio Cebolla | 71 | 4 | 2 | 8 |
| Canjilon Creek | 238 | 1 | 0 | 55 |
| Tierra Amarilla | 124 | 14 | 12 | 47 |
| Rio Brazos | 320 | 66 | 7 | 100 |
| Rutheron/Plaza Blanca | 93 | 15 | 5 | 17 |
| Canones Creek | 65 | 14 | 2 | 23 |
| Chama Village | 142 | 26 | 9 | 52 |
| TOTALS | 1231 | 150 | 42 | 312 |
| Total Acres | 18,869 | | 1,657 | 4,815 |

## RIO CHAMA COUNSEL OF RECORD

May 1, 2006

✓ Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

-------------------------------------

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
P.O. Box 1027
Albuquerque, NM 87103-1027

Lee Bergen, Esq.
4110 Wolcott Ave NE, Suite A
Albuquerque, NM 87109

Frank Bond, Esq.
P.O. Box 5333
Santa Fe, NM 87502-5333

Bradley S. Bridgewater, Esq.
tele conference David W. Gehlert, Esq.
USDOJ-ENRD
1961 Stout Street – 8th Floor
Denver, CO 80294

Steven Bunch, Esq.
NM State Highway &
 Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Joe Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501

Chris D. Coppin, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504

Tessa T. Davidson, Esq.
P.O. Box 2240
Corrales, NM 87048

Charles T. DuMars, Esq.
Christina J. Bruff, Esq.
201 Third Street NW, #1750
Albuquerque, NM 87102

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176-5400

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, N.M. 87504-2068

Stacey J. Goodwin, Esq.
300 Galisteo Street, Suite 205
Santa Fe, NM 87501

K. JaNelle Haught, Esq.
LANL
P.O. Box 1663, Mail Stop
P131
Los Alamos, NM 87545-1663

✓ Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

✓ Mary Humphrey, Esq.
P.O. Box 1574
El Prado, N.M. 87529

Mary Ann Joca,
Asst. Reg. Atty.
USDA-Ofc of the General
Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. N.W.
Albuquerque, NM 87120-3488

✓ Edward G. Newville, Esq.
Lisa D. Brown, Esq.
✓ Arianne Singer, Esq.
Office of the State Engineer
Litigation & Adjudication
Program
P.O. Box 25102
Santa Fe, NM 87504-5102

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Brett J. Olsen, Esq.
812 Marquette NW
Albuquerque, NM 87102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

✓ Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd NE
Albuquerque, NM 87111-3536

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Page 1 of 2

# RIO CHAMA STREAM SYSTEM
## Status Conference – Order #8214

### Monday, May 8, 2006

### ATTENDANCE

**Please Print**

| NAME | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| ERNEST L. PADILLA | P.O Box 2523, Santa Fe, NM | 87504 | (505) 988-7577 |
| Chon LaBrier | HC 75 Box 24 Tierra Amarilla, N.M. | 87575 | |
| Ed Newville | OSE | | |
| Ruby Duncan | PO Box 163, Gallina, NM | 87017 | 638-5386 |
| Mary Humphrey | PO Box 1574 El Prado | 87572 | 758-2203 |
| Gary Friedman | 530 B Harkle Rd, SF, NM | 87505 | 989-1434 |
| Arianne Singer | P.O. Box 275 | | 827-6150 |
| [illegible] | RCHA | | |
| Fidel [illegible] | RCAA | | |
| Aubrey Owen | RCAA + Ranchitos Ditch | | (928) 32-11 |
| Robert F Sanchez | P.O. Box 6075, Las Vegas, NM | 87701 | |
| Fred J. Waltz | 1214 B Kit Carson Rd, Taos | 87571 | 758-0407 |