IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Village of Chama<br><br>Subfile No. CHCV-002-0028 |

## **MOTION FOR SUBSTITUTION OF PARTIES**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting the Estate of Rose O. Martinez for Rose O. Martinez in these proceedings, and as grounds states as follows:

1.　Defendant Rose O. Martinez is now deceased.  The personal representative of the defendant's estate (Diego R. Martinez) has approved a proposed Consent Order for the water rights under this subfile (CHCV-002-0028) to be filed with the Court in the name of the Estate of Rose O. Martinez.

WHEREFORE the State requests the Court to enter its order substituting the Estate of Rose O. Martinez for defendant Rose O. Martinez in these proceedings.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　　EDWARD G.  NEWVILLE
　　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　　(505) 867-7444

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Motion for Substitution was mailed to following this 6th day of July 2006:

Estate of Rose O. Martinez
c/o Diego R. Martinez, personal representative
PO Box 684
Chama, NM 87520

and transmitted by ACE filing to the following on the same date:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                    /s/ Ed Newville
                                                    Edward G. Newville