IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> RAMON ARAGON et al., <br><br> Defendants. | 69cv07941-BB-ACE <br><br> RIO CHAMA STREAM SYSTEM <br><br> Sections 3, 5, and 7 |

ORDER SETTING STATUS CONFERENCE

THIS MATTER is before the Special Master to guide the course of the Rio Chama Stream System adjudication, and pursuant to the Second Administrative Order Setting Status Conferences, entered June 21, 2005 (Docket No. 7918).

A general status conference is set for Tuesday, August 8, 2006, at 10:00 a.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, New Mexico, on the following matters:

1. the status of the adjudication of Sections 3, 5 and 7;

2. scheduling for the next year of general status conferences;

3. mainstem priorities;

4. the June 23, 2006, Status Report for Federal Non-Indian Water Right Claims (No. 8299), and necessary further proceedings.

5. The adjudication of the Section 7 groundwater claims of the Jicarilla Apache Tribe (Tribe). Counsel for the State of New Mexico, *ex rel.* State Engineer (State) and the Tribe shall be prepared with a proposed scheduling and procedural order.

      6. the status of the pending determination regarding fallow lands by the State; and the necessity, if any, for a scheduling order supplementing the Order regarding CIR entered February 15, 2005 (No. 7761);

      7. the Associación de Acéquias Norteñas de Rio Arriba's Statement of Issues Regarding the Applicability of the Treaty of Guadalupe Hidalgo and/or Related Authority to Water Rights in Sections 3 and 7, filed June 1, 2006 (No. 8290). Counsel for the Acéquias and the State shall be prepared with a proposed procedural and scheduling order which includes consideration of the scope of these proceedings (the participation of interested parties in other sections of the Rio Chama adjudication);

      8. items which should be included in the next status conference.

Attendance by parties involved in the matters listed above is mandatory; counsel for the United States of America may participate by submitting a brief status report or through counsel for the State. Attendance by any other party is optional.

      IT IS SO ORDERED.

                                                    _/s/ Vickie L. Gabin_
                                                SPECIAL MASTER