IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

RAMON ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico, *ex rel.* State Engineer's April 21, 2006, Motion to Set Aside Entry of Default) of defendants in the Rito de Tierra Amarilla subsection of Section 7 (Doc. No. 8234). Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the March 17, 2006, Clerk's entry of default (Docket No. 8172) with respect to the following defendants is hereby set aside:

    Marcella Ulibarri        CHTA-003-0017
    Ronald J. Demasters    CHTA-003-0040

                                              BRUCE D. BLACK
                                              UNITED STATES DISTRICT JUDGE

Recommended for approval:

    SPECIAL MASTER