IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos<br><br>**Subfile No. CHRB-007-0013** |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES AND VACATING CONSENT ORDER

THIS MATTER is before the Court on the Plaintiff State of New Mexico, *ex rel.* State Engineer's Motion for Substitution of Parties and to Vacate the Consent Order Filed April 10, 2002, filed July 7, 2006 (Doc. No. 8309).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Fred Anderson is substituted for defendants Fred E. Salazar and Linda Salazar in these proceedings.

IT IS FURTHER ORDERED that the Consent Order filed April 10, 2002 (Doc. No. 6611) in subfile CHRB-007-0013 is vacated.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN