IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | |

## NOTICE OF ATTORNEY STATUS

COMES NOW, Susan G. Jordan, of the Nordhaus Law Firm, and with great sadness advises the Court of the recent passing of Lester K. Taylor, co-counsel for the Jicarilla Apache Nation in this matter. Susan G. Jordan remains counsel of record. Counsel respectfully requests that the Court and the parties note the passing of Mr. Taylor and that his name be removed from service lists in this matter.

Respectfully Submitted:

NORDHAUS LAW FIRM, LLP

Susan G. Jordan, Esq.
1239 Paseo de Peralta
Santa Fe, NM 87501
(505) 982-3622
Attorneys for the Jicarilla Apache Nation

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Attorney Status* was sent via first-class U.S. mail on this 14 day of July, 2006 to the persons on the attached service list.

Susan G. Jordan, Esq.

## State of New Mexico v. Aragon
### Service List

Edward G. Newville
Lisa D. Brown
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Fred Vigil
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz
214 B Kit Carson Road
Taos, NM 87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington, Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton, Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM 87103-0586

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM 87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM 87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO 80202

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM 87575

John P. Hays
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan
& Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
607 Cerrillos Rd.
Suite F
Santa Fe, NM 87505-3799

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
4801 Lang Ave., N.E., Suite 200
P.O. Box 94750
Albuquerque, NM 87199-4750

Jeffrey H. Albright
Cynthia A. Loehr
201 Third Street, NW, Suite 1950
Albuquerque, NM 87102

Arianne Singer
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102

Brett Olsen
Brett J. Olsen, P.C.
812 Marquette Avenue NW
Albuquerque, NM 87102

Tim Vollmann
3301-R Coors Rd. N.W. #302
Albuquerque, NM 87120

Walter L. Reardon, JR., 2158
3733 Eubank Blvd., N.E.
Albuquerque, NM 87111-3536

F. Chester Miller III
907 West Apache Street
Farmington, NM 87401

Susan G. Jordan
1239 Paseo de Peralta
Santa Fe, NM 87501