IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

Subfile Nos.  CHTA-001-0001
               CHTA-001-0002
               CHTA-001-0003
               CHTA-002-0001
               CHTA-002-0002
               CHTA-002-0003
               CHTA-003-0001

## ORDER SETTING PRETRIAL HEARING

To: Defendants

     This Order is entered pursuant to Fed.R.Civ.P. 16(b) and is issued following the entry of the

Order Granting Motion for Stay, May 16, 2006 (Docket No. 8283), and the December 15, 2005,

Scheduling Order (No. 8103), regarding the following subfiles in Section 7 of the Rio Chama Stream:

    1.    CHTA-001-0001     John M. Sena
                             9709 Rio Grande NW
                             Albuquerque, NM 87114

                             Frank C. Sena
                             59 County Rd. #84
                             Santa Fe, NM 87506

    2.    CHTA-001-0002     Agripina G. Salazar
                             Victor Salazar, Sr.
                             P.O. Box 324
                             Tierra Amarilla, NM 87575

3.   CHTA-001-0003          Adan Garcia, Jr.
                            P.O. Box 1284
                            Española, NM 87532

                            Leroy Garcia
                            P.O. Box 4416
                            Fairview, NM 87533

                            Armando Garcia
                            P.O. Box 4236
                            Fairview, NM 87533

                            Samuel Garcia
                            1200 Calle Sombra
                            Española, NM 87532

                            Miguel Garcia
                            c/o Mike Martinez
                            P.O. Box 216
                            Alcalde, NM 87511

                            Pamela Manzanares
                            P.O. Box 1228
                            Española, NM 87532

                            Donna Garcia
                            P.O. Box 2056
                            Española, NM 87532

                            Viola Chavez
                            P.O. Box 1385
                            Española, NM 87532

                            Joan Garcia
                            3700 Aspen NE, Apt. 3R
                            Albuquerque, NM 87110

4.   CHTA-002-0001          Ellis Gordan Schlegel
                            P.O. Box 309
                            Tierra Amarilla, NM 87575

5.   CHTA-002-0002          Acencion Labrier
                            HC 75 Box 24
                            Tierra Amarilla, NM 87575

2

6.    CHTA-002-0003              Estate of Carlota L. Martinez
      CHTA-003-0001              c/o Frank A. Martinez
                                 346 Forest Road 314
                                 Jemez Springs, NM 87025

A pretrial hearing will be held Tuesday, August 8, 2006, in the Rio Arriba County Commission Chambers in Tierra Amarilla, New Mexico, immediately following the general status conference which begins at 10:00 a.m.  The parties' compliance with the December 15, 2005, Scheduling Order will be discussed.  Counsel for the State of New Mexico, *ex rel.*  State Engineer shall be prepared with recommendations for future proceedings.

Attendance by Defendants, and/or their attorneys, is mandatory.   The failure to attend may result in a default judgment which incorporates the State's recommended disposition for these water right claims.

IT IS SO ORDERED.

_____
             SPECIAL MASTER