IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB-ACE |
| v. | ) ) | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.*, | ) ) | Canjilon Creek, Section 3 |
| Defendants. | ) ) | **Subfile No.: CHCJ-003-0044** |

ORDER GRANTING MOTION TO VACATE DEFAULT JUDGMENT

THIS MATTER is before the Court on the Motion to Vacate Default Judgment and to Enter Consent Order filed July 20, 2006, by Plaintiff, State of New Mexico, *ex rel.* State Engineer (Doc. No. 8316).  Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and it should be GRANTED.

IT IS ORDERED, THEREFORE, that the August 29, 2002, Order Granting Default Judgment (No. 6835) is VACATED with respect to Subfile No. CHCJ-003-0044, and only this subfile.  The consent order for Bill Davis and Jackie Wagner will be filed in due course.

                                                                                    */s/ Bruce D. Black*
                                                                  BRUCE D. BLACK
                                                                  UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*

SPECIAL MASTER