IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>                Plaintiff,<br><br>        vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>                Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos |

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Loyola Martinez | CHRB-005-0014 |
| Pedro Romero | CHRB-005-0019 |
| Ronald B. Rodella | CHRB-005-0007 |

and as grounds therefore plaintiff states:

1.      The Court has jurisdiction over the above-named defendants as shown by waivers of service of summons by Loyola Martinez (Doc. No. 6603), Pedro Romero (Doc. No. 6603) and return of service for Ronald B. Rodella (Doc. No. 7319).

2.      The defendants named above are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed July 3, 2006 (Doc. No. 8305).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the December 18, 2001 Rio Chama Hydrographic Survey for

Section 7, Rio Brazos, as amended.

                                          Respectfully submitted,

                                          /s/ Ed Newville
                                          EDWARD G. NEWVILLE
                                          Special Assistant Attorney General
                                          Office of State Engineer
                                          P.O. Box 25102
                                          Santa Fe, NM 87504-5102
                                          (505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed to following persons on August 3, 2006:

Loyola Martinez
7028 So. Bryant St.
Littleton, CO 80120

Pedro Romero
P.O. Box 2043
Las Vegas, NM 87701

Ronald B. Rodella
P.O. Box 187
Alcalde, NM 87511

transmitted by ACE filing to the following on the same date.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                          /s/ Ed Newville
                                          Edward G. Newville