IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>   Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos |

**MOTION TO SET ASIDE ENTRY OF DEFAULT**

  COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Fed. R. Civ. P. 55(c) respectfully requests the Court to set aside the entry of default for the following defendants in the Rio Brazos subsection of Section 7:

  Louis K. Jaramillo    CHRB-004-0030

  Lionel E. Martinez    CHRB-005-0023

  As grounds therefore Plaintiff states:

  1.  The Clerk's Certificate of Default with respect to the above-named defendants was entered on July 3, 2006 (Docket No. 8305).

  2.  The above-named defendants have recently contacted the State to discuss the State's offer concerning their water rights in Section 7.  They have signed the State's proposed Consent Order and forwarded the approved order to the State, or have requested that the State send them an additional copy of the proposed order to review.

  3.  Good cause exists to set aside the entry of default with respect to the defendants named

above.

WHEREFORE, the Plaintiff State of New Mexico *ex rel.* State Engineer requests the Court to set aside the entry of default for defendants Louis K. Jaramillo and Lionel E. Martinez.

DATED: August 3, 2006

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed to following persons on August 3, 2006:

Louis K. Jaramillo
Rt. 1, Box 361
Española, NM 87532

Lionel E. Martinez
P.O. Box 145
Parkview, NM 87551

transmitted by ACE filing to the following on the same date.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

 /s/ Ed Newville
Edward G. Newville
