IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | 69cv07941 BB-ACE |
| | RIO CHAMA STREAM SYSTEM |
| Plaintiff, | Section 3: Rio Nutrias |
| v. | |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, |
| Defendants. | Cañones Creek, Village of Chama |

Subfile Nos.:

| | | |
|---|---|---|
| CHNU-002-0009 | CHRB-007-0013 | CHCV-002-0028 |
| CHNU-004-0003B | CHRB-007-0036 | CHCV-002-0034 |
| CHNU-004-0006B | CHRB-007-0037 | CHCV-002-0037 |
| CHTA-005-0001 | CHRU-004-0015 | CHCV-002-0039A |
| CHRB-004-0003A | CHRU-004-0016 | CHCV-002-0039B |
| CHRB-004-0003B | CHRU-004-0045 | CHCV-003-0011 |
| CHRB-004-0003C | CHCC-001-0012 | CHCV-003-0019A |
| CHRB-005-0026 | CHCC-004-0007 | CHCV-003-0023 |
| CHRB-006-0009 | CHCV-002-0013 | CHCV-003-0036 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this Certificate of Service, was mailed to each of the following Defendants on the 9th day of August 2006:

CHNU-002-0009
Docket No. 8317
Joe B. Valdez
P.O. Box 806
Tierra Amarilla, NM 87575

CHNU-004-0003B
Docket No. 8318
Robert J. Ulibarri
P.O. Box 165
Cebolla, NM 87518

CHNU-004-0006B
Docket No. 8319
Robert J. Ulibarri
P.O. Box 165
Cebolla, NM 87518

CHTA-005-0001
Docket No. 8320
Miguel Trujillo
442 57th St. NW
Albuquerque, NM 87105-1422

CHRB-004-0003A
Docket No. 8321
Joseph G. Roybal
Hope R. Roybal
15 Thistle Lane
Santa Fe, NM 87506

CHRB-004-0003B
Docket No. 8322
Margret Royball
Joseph David Sanchez
2521 So. Zinnia Way
Lakewood, CO 80228

CHRB-004-0003C
Docket No. 8323
Rudy Gilbert Vigil
Marcia Sue Vigil
29-A Camino Montoya
Santa Fe, NM 87507

CHRB-005-0026
Docket No. 8324
Anna S. Rodela
P.O. Box 232
Tierra Amarilla, NM 87575

CHRB-006-0009
Docket No. 8325
Frank Valdez
Teofila Valdez
2310 Calle Brocha
Santa Fe, NM 87505

CHRB-007-0013
Docket No. 8326
Fred Anderson
P.O. Box 191
Los Ojos, NM 87551

CHRB-007-0036
Docket No. 8327
Hugh L. Eaton
One Irving Place #V17C
New York, NY 10003

Audrey M. Eaton
706 Stone Canyon Dr.
Las Cruces, NM 88011

Lisa H. Eaton
289 Queen Creek Cir.
Henderson, NV 89052

CHRB-007-0037
Docket No. 8328
Audrey M. Eaton
706 Stone Canyon Dr.
Las Cruces, NM 88011

CHRU-004-0015
Docket No. 8329

Hector M. Magallanes
Cecilia A. Magallanes
2015 Morning Glory Lane
Las Cruces, NM 88007

Donald L. Serrano
Juliann J. Serrano
1363 Santa Rosa Drive
Santa Fe, NM 87505

CHRU-004-0016
Docket No. 8330
Juliann J. Serrano
Donald L. Serrano
1363 Santa Rosa Drive
Santa Fe, NM 87505

Doris J. Serrano
Bernardo J. Serrano
P.O. Box 555
Chama, NM 87520

CHRU-004-0045
Docket No. 8343
Rutheron Mutual Domestic
Water Consumers Association
c/o Vernon Kerr
HC 75 Box 204
Los Ojos, NM 87551

CHCC-001-0012
Docket No. 8331
Duncan Family Ltd. Partnership
506 Galesteo Street
Santa Fe, NM 87501

CHCC-004-0007
Docket No. 8332
Antonio Garcia
P.O. Box 381
Española, NM 87532

CHCV-002-0013

2

| | | |
|---|---|---|
| Docket No. 8333<br>Esther Deyapp<br>Larry Deyapp<br>P.O. Box 741<br>Chama, NM 87520 | CHCV-002-0039A<br>Docket No. 8337<br>Anthony Rivas<br>217 So. Jefferson Ave.<br>Sioux Falls, SD 57104-3216 | CHCV-003-0019A<br>Docket No. 8340<br>Carmen Gonzales<br>Florian Gonzales, Jr.<br>P.O. Box 344<br>Chama, NM 87520 |
| CHCV-002-0028<br>Docket No. 8334<br>Estate of Rose O. Martinez<br>c/o Diego Martinez<br>P.O. Box 684<br>Chama, NM 87520 | CHCV-002-0039B<br>Docket No. 8338<br>Alex Rivas<br>P.O. Box 426<br>Antonito, CO 81120 | CHCV-003-0023<br>Docket No. 8341<br>Maxine McElhaney<br>James W. McElhaney<br>P.O. Box 367<br>Chama, NM 87520 |
| CHCV-002-0034<br>Docket No. 8335<br>Ruben Pacheco<br>Lorraine T. Pacheco<br>P.O. Box 414<br>Chama, NM 87520 | CHCV-003-0011<br>Docket No. 8339<br>Napoleon R. Garcia<br>Lydia J. Garcia<br>P.O. Box 652<br>#15955 US 64/84<br>Chama, NM 87520 | CHCV-003-0036<br>Docket No. 8342<br>Victoria B. Gonzales<br>P.O. Box 340<br>Chama, NM 87520 |
| CHCV-002-0037<br>Docket No. 8336<br>Carmen Gonzales<br>Florian Gonzales, Jr.<br>P.O. Box 344<br>Chama, NM 87520 | | |

True file stamped copies of each of the Consent Orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following persons on the same date:

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

     A copy of this Certificate of Service was transmitted by ACE filing to Special Master Vickie L. Gabin and the Court's Data Manager, Karla McCall, on the same date.

                                                 /s/ Ed Newville

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444