IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

Subfile Nos.  CHRB-004-0030
                CHRB-005-0023

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico's August 3, 2006, Motion to Set Aside Entry of Default (Doc. No. 8348) of certain defendants in the Rio Brazos subsection of Section 7.  Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the July 3, 2006, Clerk's Entry of Default (Doc. No. 8305) with respect to the following defendants in the Rio Brazos subsection of Section 7 is hereby set aside:

    Louis K. Jaramillo        CHRB-004-0030

    Lionel E. Martinez       CHRB-005-0023

                                               /s/ Bruce D. Black
                                               BRUCE D. BLACK
                                               UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN