IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br> vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>   Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7<br><br>Subfile No. CHRU-003-0001 |

## ORDER SETTING FINAL PRETRIAL CONFERENCE

  THIS MATTER is before the Special Master pursuant to Federal Rules of Civil Procedure 16(d) and 53, and the Pretrial Order entered February 17, 2005 (Docket No. 7765), as amended by Order entered May 22, 2006 (Nos. 8281, 8285). A pretrial conference for the purpose of planning and scheduling the trial in the litigation of the water rights associated with Subfile No. CHRU-003-0001 will be held Monday, August 21, 2006, at 9:30 a.m. in the Small Courtroom, second floor, United States District Court, 130 Federal Place, Santa Fe, New Mexico.

  IT IS ORDERED, that Mr. Ernest Padilla, counsel for Elizabeth T. and Alfred Q. Peralta, and Mr. Gary Friedman, counsel for Norm Vogt, shall be prepared with either a signed consent order approved by the State of New Mexico, ex rel. State Engineer (State) which resolves every issue raised in this matter, or a joint pretrial plan which includes suggested trial dates in September or October, 2006, an estimate of the amount of time necessary to try the case, a consolidated exhibit list, a program for facilitating the admission of evidence, and any other necessary matters. Mr. Ed Newville, counsel

for the State, shall be prepared to discuss the degree to which he anticipates the State will be participating in the trial.

    IT IS SO ORDERED.

                                                          */s/ Vickie L. Gabin*
                                                      SPECIAL MASTER