IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION

THIS MATTER is before the Court on the Motion to Allow Service by Publication of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed July 27, 2006 (Doc. No. 8344). Being fully advised in the premises, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that Plaintiff may serve the Defendants named below by publication pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 1-004(K) of the Rules of Civil Procedure for the District Courts of the State of New Mexico:

| Defendant | Subfile No. |
| --- | --- |
| Hope U. Martinez | CHTA-004-0027B |
| Juan I. Martinez | CHTA-004-0027B |
| Virginia McDermott | CHTA-004-0028 |
| Tracy T. Howell | CHTA-004-0028 |
| Joe I. Valdez | CHRB-004-0015 |
| Tive Valdez | CHRB-004-0015 |

| | |
|---|---|
| Clyde C. Cordova | CHRB-004-0018A |
| Cynthia A. Cordova | CHRB-004-0018A |
| Paul M. Cordova | CHRB-004-0018B |
| Georgia M. Cordova | CHRB-004-0018B |
| Daniel E. Valdez | CHRU-003-0009 |
| | CHRU-004-0006 |
| Johnny Valdez | CHRU-004-0009 |
| Robert G. Wells | CHCV-002-0038 |
| Verleen Bush | CHCV-002-0044 |
| John Bush | CHCV-002-0044 |
| Victoria L. Skrondahl | CHCV-003-0028 |
| Estate of Manuelita U. Abeyta | CHTA-003-0053 |

IT IS SO ORDERED.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN