IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>                    Plaintiff,<br><br>          -v-<br><br>RAMON ARAGON et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     69cv07941-BB-ACE<br><br>     RIO CHAMA STREAM SYSTEM<br><br>     Sections 3, 5, and 7 |

### THIRD ADMINISTRATIVE ORDER SETTING STATUS CONFERENCES

THIS MATTER is before the Special Master and concerns the schedule for quarterly status conferences in Sections 3, 5 and 7 of the Rio Chama Stream System adjudication:  Sec. 3 - Canjilon Creek, Rio Cebolla, Rio Nutrias; Sec. 5 - Rio Gallina and Rio Capulin; Sec. 7 - Rito de Tierra Amarilla, Rio Brazos, Cañones Creek, Rutheron & Plaza Blanca, Village of Chama.  The timing and sites for future conferences were discussed at the August 8, 2006, status conference.   Status conferences are hereby scheduled for:

Santa Fe:

November 6, 2006
May 1, 2007

Chama/Tierra Amarilla area:

February 6, 2007
August 7, 2007

Individual notices setting the time and place, and specifying the matters to be heard, will be served by the court at least three weeks prior to each status conference.  Counsel and parties *pro se*

are required to attend the conferences which include issues relevant to their cases; attendance at other conferences is optional. Any party may submit a request to the Special Master to include a specific matter in the next-scheduled status conference.

Additional status, pretrial and scheduling conferences will be scheduled as required at appropriate locations.

IT IS SO ORDERED.

_____
SPECIAL MASTER