IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7:Rio Brazos

Subfile No. CHRB-005-0014

## ORDER GRANTING MOTION
## TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico, *ex rel.* State Engineer's August 23, 2006, Withdrawal of Motion for Default Default Judgment and Motion to Set Aside Entry of Default (Doc. No. 8364). Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the July 3, 2006, Clerk's Entry of Default (Doc. No. 8305) with respect to the following defendant is hereby set aside:

    Loyola Martinez           CHRB-005-0014

IT IS FURTHER ORDERED that a signed Consent Order for this subfile be submitted to the Court for approval within 60 days of the entry of this Order.

                                              BRUCE D. BLACK
                                              UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN