IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
Plaintiff, )
 )
 ) 69cv07941-BB-ACE
-v- )
 ) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
 )
Defendants. )
 )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Settlement North of Abiquiú Leading to Settlement and Irrigation at Cebolla was served via first class mail to Edward E. Newville, Attorney for the State, Post Office Box 25102, Santa Fe, New Mexico 87504-5102, on the 8th day of September, 2006.

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Associación de Acéquias Norteñas de Rio Arriba
707 Broadway, N. E., Suite 300
Post Office Box 271
Albuquerque, New Mexico  87103
(505) 247-0411

BY: _____
    for JOHN W. UTTON

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Edward E. Newville, Attorney for the State, this 8th day of September, 2006.

_____
for John W. Utton