IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

STATE OF NEW MEXICO, *ex rel*,
State Engineer,

                        Plaintiff,

vs.

RAMON ARAGON, *et al*,

                        Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3:  Rio Cebolla
Section 5:  Rio Gallina
Section 7:  Rio Brazos

Subfile No(s):  CHCB-002-0011
                 CHCB-003-0003
                 CHGA-004-0001A
                 CHRB-003-0002

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

    **COMES NOW** Karen L. Townsend, and respectfully requests the Court that she be allowed to withdraw as counsel for Defendant Gene Gurule in the above entitled and numbered cause.

    As grounds for her Motion, counsel states that she was appointed as a District Court Judge for the Eleventh Judicial District Court, State of New Mexico, on August 8, 2006, and can no longer serve as counsel for the named defendant.

    **WHEREFORE,** Karen L. Townsend prays the Court to allow her to withdraw as counsel for Defendant Gene Gurule.

                              KAREN L. TOWNSEND, P.C.
                              120 East Chaco
                              Aztec, New Mexico  87410
                              (505) 334-5750

                      By: _____
                              Karen L. Townsend
                              Attorney for Defendant, Gene Gurule

8369

I hereby certify that a true and correct
copy of the foregoing was mailed to
all counsel of record this 6th day of
Sept _____, 2006.