IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*,
State Engineer,

    Plaintiff,

vs.

RAMON ARAGON, *et al*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla
Section 5: Rio Gallina
Section 7: Rio Brazos

Subfile No(s): CHCB-002-0011
CHCB-003-0003
CHGA-004-0001A
CHRB-003-0002

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

**THIS MATTER** came before the Court upon the Motion to Allow Withdrawal of Counsel filed by Karen L. Townsend, which the Court finds well taken.

**IT IS HEREBY ORDERED** that Karen L. Townsend is withdrawn as Counsel for Gene Gurule in the above entitled and numbered cause.

_____
DISTRICT JUDGE

Submitted by:

_____
Karen L. Townsend
Attorney for Defendant
Gene Gurule