IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla, Rio
Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

**NOTICE OF DISMISSAL**

    COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives

notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure

against the defendants heretofore joined in this cause, as follows:

Cañones Creek

    Rufus Whiteman           CHCC-001-0013

    Louise M. Moody         CHCC-002-0005

Village of Chama

    Ramon F. Rivas            CHCV-002-0039

    Alfred T. Elwess          CHCV-006-0002

    Kai Marie Elwess        CHCV-006-0002

Dated: September 18, 2006

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this ___18___ day of September 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

  /s/ Ed Newville
Edward G. Newville