IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

**MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.  The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Anthony Rivas | CHCV-002-0039A | 217 So. Jefferson Ave., Sioux Falls, SD 57104-3216 |
| Alex Rivas | CHCV-002-0039B | P.O. Box 426, Antonito CO 81120 |
| Maximiliano Rivas | CHCV-002-0039C | P.O. Box 634, Chama NM 87520 |
| Luis Lopez | CHCV-002-0039D | P.O. Box 182, Chama NM 87520 |
| Presley D. Rivas | CHCV-002-0039E | P.O. Box 634, Chama NM 87520 |

| | | |
|---|---|---|
| Angelo E. Rivas | CHCV-002-0039F | P.O. Box 634, Chama NM 87520 |
| Natasha Mattie Crusita Rivas | CHCV-002-0039G | P.O. Box 634, Chama NM 87520 |
| Estate of Maximilo Valdez | CHCV-003-0026 | PO Box 922, Peñasco NM 87553 |
| Estate of Carlotta Valdez | CHCV-003-0026 | PO Box 922, Peñasco NM 87553 |
| Valley National Bank | CHCV-006-0002 | P.O. Box 99, Española NM 87532 |
| Jay Kegel | CHCV-007-0002B | HC 75 Box 84, Chama NM 87520 |
| Katherine Kegel | CHCV-007-0002B | HC 75 Box 84, Chama NM 87520 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 7 of the Rio Chama Stream System.

Dated: September 18, 2006

        Respectfully submitted,

          /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444 phone
        (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this   18   day of September 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                    /s/ Ed Newville
                                                  Edward G. Newville