IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

Subfile No. CHRB-006-0003

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting Bruce R. Duran and Michelle L. Duran for defendant Ensenada Resources in these proceedings, and as grounds states as follows:

1.  Ensenada Resources has conveyed its interest in the land and water rights under subfile CHRB-006-0003 to Bruce R. Duran and Michelle L. Duran.

WHEREFORE the State requests the Court to enter its order substituting Bruce R. Duran and Michelle L. Duran for defendant Ensenada Resources in these proceedings.

Dated: September 18, 2006

                              Respectfully submitted,

                               /s/ Ed Newville
                              EDWARD G. NEWVILLE
                              Special Assistant Attorney General
                              Office of State Engineer
                              P.O. Box 25102
                              Santa Fe, NM 87504-5102
                              (505) 867-7444

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing was mailed to following this __18__ day of September 2006:

Bruce R. Duran
Michelle L. Duran
County Rd 84-B #59
Santa Fe, NM 87504

and transmitted by ACE filing to the following on the same date:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                 /s/ Ed Newville
                Edward G. Newville