IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | Subfile No. CHRB-009-0010 |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting Andrew M. Tafoya for defendant Manuel D. Tafoya Jr. in these proceedings, and as grounds states as follows:

1.  Manuel D. Tafoya Jr. has conveyed his interest in the land and water rights under subfile CHRB-009-0010 to his son, Andrew M. Tafoya.

WHEREFORE the State requests the Court to enter its order substituting Andrew M. Tafoya for defendant Manuel D. Tafoya Jr. in these proceedings.

Dated September 18, 2006

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

 I certify that a true and correct copy of the foregoing was mailed to following this __18__ day of September 2006:

Andrew M. Tafoya
P.O. Box 87
Tierra Amarilla, NM 87575

and transmitted by ACE filing to the following on the same date:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                __/s/ Ed Newville__
                Edward G. Newville