IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>         Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>         Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

### MOTION TO CORRECT DEFENDANT'S NAME

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue its order correcting the name of the defendant named below to read as follows:

FROM                                                    TO

Louis K. Jaramillo                                Louis R. Jaramillo
                                                              CHRB-004-0030

Dated: September 18, 2006

                                                                            Respectfully submitted,

                                                                              /s/ Ed Newville
                                                                            EDWARD G. NEWVILLE
                                                                            Special Assistant Attorney General
                                                                            Office of State Engineer
                                                                            P.O. Box 25102
                                                                            Santa Fe, NM 87504-5102
                                                                            (505) 867-7444 phone
                                                                            (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was mailed to following this __18__ day of September 2006:

Louis R. Jaramillo
Rt. 1 Box 361
Española, NM 87532

and transmitted by ACE filing to the following on the same date:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                              /s/ Ed Newville
                                                            Edward G. Newville