IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                                     69cv07941 BB-ACE
                                                          Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte*. On April 24, 2006, the Court entered an Administrative Order, (Doc. No. 8241), ordering the State of New Mexico, *ex rel.* State Engineer, to deposit funds in the amount of $10,700.00 by July 5, 2006, to cover the fees, expenses, etc. of the Special Master. The State of New Mexico has not deposited those funds and has not sought an extension of time to do so. The State Engineer shall, within 10 days of the date of entry of this Order, file a statement showing cause why it should not be held in contempt for failing to comply with, or otherwise respond to, the Court's Administrative Order. *See* 18 U.S.C. § 401(3) (authorizing federal courts to punish by fine contempt such as failing to comply with a court's order).

    **IT IS SO ORDERED.**

                                                                              */s/ Bruce D. Black*
                                                                     **BRUCE D. BLACK**
                                                                     **UNITED STATES DISTRICT JUDGE**