IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

           Plaintiff,

      vs.

ROMAN ARAGON, *et al.,*

           Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHRB-003-0012**

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the Motion to Vacate Consent Order filed by the Plaintiff State of New Mexico, *ex rel* State Engineer, filed August 3, 2006 (Doc. No. 8346).  No response has been filed by Defendant Bidal A.  Candelaria.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the Consent Order filed September 19, 2003 (Doc. No. 7232) is vacated.

IT IS FURTHER ORDERED that Defendant Bidal A. Candelaria either sign and approve the State's revised proposed Consent Order in subfile CHRB-003-0012, or file an Answer with the Court rejecting the State's proposed Consent Order within 30 days of the entry of this Order.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN