IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7

Subfile No.  CHRU-003-0001

### **ORDER**

  THIS MATTER is before the Special Master *sua sponte* following the August 21, 2006, final pretrial conference in the matter of the water rights associated with Subfile No. CHRU-003-0001.

  This matter has been pending since a Pretrial Order was entered February 17, 2005 (Docket No. 7765), as amended.  For the past ten months,  Mr. Ernest Padilla, counsel for Elizabeth T. and Alfred Q. Peralta, and Mr. Gary Friedman, counsel for Norm Vogt, have represented that the disputed claims regarding the water rights associated with this subfile would be solved quickly.  At the final pretrial conference, counsel were instructed to appear with either a signed consent order approved by the State of New Mexico, ex rel. State Engineer (State) resolving every issue raised in this matter, or a joint pretrial plan including suggested trial dates in September or October, 2006.  Instead, they appeared with a settlement agreement between the parties.  Mr. Ed Newville, counsel for the State, offered to have the maps and new consent orders prepared.  By letter dated September 15, Mr. Newville sent the final subfile maps and proposed consent orders to Mr. Padilla and Mr. Friedman.

IT IS ORDERED that no later than October 6, the completed and signed consent orders shall be submitted to me for approval.

IT IS SO ORDERED.

_____
SPECIAL MASTER