IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

**MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

    COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

    1.    The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| Name | Subfile | Address |
|---|---|---|
| Maria Elena Rodela | CHRB-005-0021A | P.O. Box 1, Tierra Amarilla NM 87575 |
| Evaristo D. Velasquez | CHRB-007-0060 | P.O. Box 315, Los Ojos NM 87520 |
| Mary G. Velasquez | CHRB-007-0060 | P.O. Box 315, Los Ojos NM 87520 |
| Penelope A. Velasquez | CHRB-007-0060 | P.O. Box 315, Los Ojos NM 87520 |
| Salvadore G. Velasquez | CHRB-007-0060 | P.O. Box 315, Los Ojos NM 87520 |
| Matthew M. Gallegos | CHCV-003-0017 | P.O. Box 323, Chama NM 87520 |

    These waters belong to the public and are subject to appropriation in accordance with laws of

the State of New Mexico.  This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2.	The persons or entities listed above are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 7 of the Rio Chama Stream System.

Dated: September 21, 2006

>Respectfully submitted,
>
>  /s/ Ed Newville
> EDWARD G.  NEWVILLE
> Special Assistant Attorney General
> Office of State Engineer
> P.O. Box 25102
> Santa Fe, NM 87504-5102
> (505) 867-7444 phone
> (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this    21    day of September 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

>  /s/ Ed Newville
> Edward G. Newville