IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

  v.                                                69cv07941 BB-ACE
                                                      Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court *sua sponte*. On September 18, 2006, the Court ordered, (Order to Show Cause, Doc. No. 8376), the State Engineer to file a statement showing cause why it should not be held in contempt for failing to comply with, or otherwise respond to, the Court's Administrative Order, (Doc. No. 8241, filed on April 24, 2006), which ordered the State of New Mexico, *ex rel*. State Engineer, to deposit funds to cover the fees and expenses of the Special Master. The Court received those funds on September 21, 2006. The Court now recalls its Order to Show Cause, (Doc. No. 8376, filed September 18, 2006).

    **IT IS SO ORDERED.**

                                                      */s/ Bruce D. Black*
                                                  **BRUCE D. BLACK**
                                                  **UNITED STATES DISTRICT JUDGE**