IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

**PROOF OF PUBLICATION
OF NOTICE OF PENDENCY OF SUIT**

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice of Pendency of Suit issued by the Clerk of this Court on August 28, 2006, for purpose of service by publication on the following persons, if living, if deceased, their unknown heirs:

| | |
|---|---|
| Hope U. Martinez | CHTA-004-0027B |
| Juan I. Martinez | CHTA-004-0027B |
| Virginia McDermott | CHTA-004-0028 |
| Tracy T. Howell | CHTA-004-0028 |
| Joe I. Valdez | CHRB-004-0015 |
| Tive Valdez | CHRB-004-0015 |
| Clyde C. Cordova | CHRB-004-0018A |
| Cynthia A. Cordova | CHRB-004-0018A |

| | |
|---|---|
| Paul M. Cordova | CHRB-004-0018B |
| Georgia M. Cordova | CHRB-004-0018B |
| Daniel E. Valdez | CHRU-003-0009<br>CHRU-004-0006 |
| Johnny Valdez | CHRU-004-0009 |
| Robert G. Wells | CHCV-002-0038 |
| Verleen Bush | CHCV-002-0044 |
| John Bush | CHCV-002-0044 |
| Victoria L. Skrondahl | CHCV-003-0028 |
| Estate of Manuelita U. Abeyta | CHTA-003-0053 |

Attached as Exhibit A is the September 21, 2006 Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

DATED: September 25, 2006

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this   25   day of September 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                                /s/ Ed Newville
                                                              Edward G. Newville