# Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

___3___ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

__7th__ day of __September, 2006__

and the last publication on the __21st__ day of

__September, 2006__ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_____Robert Trapp_____
/Publisher

Subscribed and sworn to before me this 21st day of __Sept__ A.D. __2006__

_____Maria V. Lopez-Garcia_____
Maria V. Lopez-Garcia/Notary Public
My commission expires 13 July 2009

---

The following named defendants, if living, if deceased, their unknown heirs

Defendant — Subfile No.

Hope U. Martinez — CHTA-004-0027B
Juan I. Martinez — CHTA-004-0027B
Virginia McDermott — CHTA-004-0028
Tracy T. Howell — CHTA-004-0028
Joe I. Valdez — CHRB-004-0015
Tive Valdez — CHRB-004-0015
Clyde C. Cordova — CHRB-004-0018A
Cynthia A. Cordova — CHRB-004-0018A
Paul M. Cordova — CHRB-004-0018B
Georgia M. Cordova — CHRB-004-0018B
Daniel E. Valdez — CHRU-003-0009
 — CHRU-004-0006
Johnny Valdez — CHRU-004-0009
Robert G. Wells — CHCV-002-0038
Verleen Bush — CHCV-002-0044
John Bush — CHCV-002-0044
Victoria L. Skrondahl — CHCV-003-0028
Estate of Manuelita U. Abeyta — CHTA-003-0053

GREETINGS.

Please take notice that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the waters of the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, and Village of Chama subsections of the Rio Chama Stream System (Section 7).

Unless you appear and defend in this matter on- or before October 31, 2006, any right you may have to use the surface waters of the Rio Chama Stream System (Section 7) for irrigation purposes may be adjudicated by default judgement that conforms to the State Engineer's hydrographic surveys of the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, and Village of Chama subsections of the Rio Chama Stream System, as amended.

The waters that are the subject of the action are located in Rio Arriba County, New Mexico.

The name and address of the plaintiff's attorney is:
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

WITNESS the hand seal of the United States District Court for the District of New Mexico this 28th day of August, 2006.
MATTHEW J. DYKMAN
DISTRICT COURT CLERK
By: Matthew J. Dykman
Deputy Clerk

(Published September 7, 14, 21, 2006)

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
STATE OF NEW MEXICO, ex rel.
State Engineer
Plaintiff,
69cv07941 BB-ACE
vs.
RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
ROMAN ARAGON, et al.,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek,
Village of Chama

---

**Publisher**

__116__ lines one 1
__116__ lines 2

**Payment received at Ri**

Date __9/1/06__

By __/s/__

EXHIBIT A