IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

06 SEP 25 AM 10:34

CLERK-SANTA FE

STATE OF NEW MEXICO, ex rel.
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, et al.,

Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 1: Mainstream

RANCHITOS DITCH

Subfile Nos. 4.1, 4.4, 4.5

## MOTION FOR APPROVAL OF FORM OF ORDER TO SHOW CAUSE

COMES NOW the Plaintiff State of New Mexico on the relation of the State Engineer ("State"), and moves the Court for an order approving a form of order to show cause to be served on Defendants Frances A. Martinez and Juan Duran. The form of order is attached hereto as Exhibits A and B and would require these Defendants to show if they disagree with the State's proposed determination of water rights in Subfiles 4.1 4.4 and 4.5 as described herein. The State submits the following as support for this motion.

1. Frances A. Martinez ("Martinez") and Juan Duran ("Duran") were substituted for Defendants Anna Maria Madrid and Gus Martinez by Order Substituting Parties entered March 9, 2005 (Doc. 7779). The original subfile orders in Section 1 entered in connection with Defendants Anna Maria Madrid and Gus Martinez have been vacated (Doc. 7778).

2. The State has reinspected and revised the mapping of the irrigated lands under the Ranchitos Ditch and has served all defendants having lands under this ditch with proposed revised Consent Orders.



3.  Defendant Martinez has not responded to the State's proposal for the revision of the mapping of the irrigated lands in connection with Subfiles 4.1 and 4.4.

4.  The State proposes to recognize the right of Defendant Martinez to divert and use the public waters from the Rio Chama Stream System, Chama Mainstream, Section 1, as follows:

## FRANCES A. MARTINEZ

**Subfile No. 4.1**

A.  **IRRIGATED LANDS (Surface Water Only):**

   **Office of the State Engineer Files No(s)**   NONE

   **Priority:** 1735

   **Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama

   **Purpose of Use:** IRRIGATION

   **Point of Diversion:**
   Ditch: RANCHITOS DITCH
   Location: X= 473,869 feet   Y= 1,890,256 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

   **Location and Amount of Irrigated Acreage:**
   Within the Town of Abiquiu Grant           9.6    acres
                                        Total 9.6    acres

   As shown on the Hydrographic Survey Map for Subfile No. 4.1

   **Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

**Subfile No. 4.4**

A.  **IRRIGATED LANDS (Surface Water Only):**

   **Office of the State Engineer Files No(s)**   NONE

   **Priority:** 1735

-2-

**Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
Ditch: RANCHITOS DITCH
**Location:** X= 473,869   feet   Y= 1,890,256   feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
Within the Town of Abiquiu Grant     0.4   acres
                                  Total  0.4   acres

As shown on the Hydrographic Survey Map for Subfile No. 4.4

**Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

5. Defendant Duran has not responded to the State's proposal for the revision of the mapping of the irrigated lands in connection with Subfile 4.5.

6. The State proposes to recognize the right of Defendant Duran to divert and use the public waters from the Rio Chama Stream System, Chama Mainstream, Section 1, as follows:

### JUAN DURAN

**Subfile No. 4.5**

**A.** <u>**IRRIGATED LANDS (Surface Water Only):**</u>

**Office of the State Engineer Files No(s)**   NONE

**Priority:** 1735

**Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
Ditch: RANCHITOS DITCH
**Location:** X= 473,869   feet   Y= 1,890,256   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
Within the Town of Abiquiu Grant     0.3    acres
                                   Total   0.3    acres

As shown on the Hydrographic Survey Map for Subfile No. 4.5

**Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

7.     The Court approved a procedure similar to the one proposed here in connection with the redetermination of priority dates for individual irrigation subfiles in Section 1 of the Rio Chama Stream System. *See Order Re Form of Notice and Form of Order to Show Cause Re Priority Dates for Individual Irrigation Subfiles* filed October 3, 1994 (Doc. 3521).

WHEREFORE the State requests the Court to approve and issue the form of notice and orders to show cause attached hereto as Exhibits A and B.

                                                             Respectfully submitted,

                                                              *Ed Newville*
                                                              EDWARD G. NEWVILLE
                                                              Special Assistant Attorney General
                                                              Office of State Engineer
                                                              P.O. Box 25102
                                                              Santa Fe, NM 87504-5102
                                                             (505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed to following persons on September _20_, 2006:

Fred J. Waltz, Esq.
214 B Kit Carson Road
Taos, NM 87571

Frances A. Martinez
P.O. Box 166
Abiquiu, NM 87501

Juan Duran
P.O. Box 1
Abiquiu, NM 87510

transmitted by ACE filing to the following on the same date.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

_/s/ Ed Newville_
Edward G. Newville

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Mainstream<br><br>RANCHITOS DITCH<br><br>Subfile Nos. 4.1, 4.4 |

## NOTICE AND ORDER TO SHOW CAUSE

To:   Frances A. Martinez
       P.O. Box 166
       Abiquiu, NM 87501

You are hereby notified that the Court has entered an order requiring you to show if you disagree with the State's proposed determination of your water rights as described herein. If you agree with the proposed determination and description of the elements of your water rights, you do not need to take any action, and the Court will enter a subfile order that recognizes your water rights as follows.

**Subfile No. 4.1**

**A.**   **IRRIGATED LANDS (Surface Water Only):**

    **Office of the State Engineer Files No(s)**   NONE

    **Priority:** 1735

    **Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama


EXHIBIT A

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    Ditch: RANCHITOS DITCH
    **Location:** X– 473,869 feet   Y– 1,890,256 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Within the Town of Abiquiu Grant    9.6   acres
                                            Total  9.6   acres

As shown on the attached Hydrographic Survey Map for Subfile No. 4.1

**Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

**Subfile No. 4.4**

**A.**   <u>**IRRIGATED LANDS (Surface Water Only):**</u>

**Office of the State Engineer Files No(s)**   NONE

**Priority:** 1735

**Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    Ditch: RANCHITOS DITCH
    **Location:** X= 473,869 feet   Y– 1,890,256 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Within the Town of Abiquiu Grant    0.4   acres
                                            Total  0.4   acres

As shown on the attached Hydrographic Survey Map for Subfile No. 4.4

**Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

If you disagree with any of the elements of the foregoing description of your water rights, you must follow the instructions below.

IT IS THEREFORE ORDERED THAT if you object to the description of your water rights as described herein you must file a written objection with the Court. You must file your objection, if any, in person or by mail with the Federal District Court Clerk in Santa Fe (P.O. Box 2384, Santa Fe, NM 87504) or Albuquerque (333 Lomas Blvd. NW, Suite 270, Albuquerque, NM 87102) within 45 days after the date in this notice and order noted below by the signature of Judge Bruce D. Black. If you timely file an objection the Special Master will notify you of how to present your objections in Court.

If you have any questions you may call or write:

Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444


DATED: _____

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER

LEGEND

Irrigated Tract Boundary
No Right Tract Boundary
Seeped Area
Operable Ditch
Inoperable Ditch
Point of Diversion
Well
Spring
Fallow
No Right

N
W E
S

1 inch = 400 feet

0 200 400 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Section 1, Chama Mainstream**

Portion of
Map Sheet 4
Tr.1
Ranchitos Ditch
AMENDED
January 10, 2006



| LEGEND | | STATE OF NEW MEXICO Office of the State Engineer John R. D'Antonio, Jr., P.E., State Engineer | Portion of Map Sheet 4 Tr.4 Ranchitos Ditch AMENDED January 10, 2006 |
|---|---|---|---|
| Irrigated Tract Boundary — Point of Diversion ● / No Right Tract Boundary — Well ● / Seeped Area — Spring ✳ / Operable Ditch ▶ — Fallow (F) / Inoperable Ditch — — No Right (NR) | N / W—E / S  <br>1 inch = 300 feet  <br>0  150  300 Feet | Rio Chama Hydrographic Survey Section 1, Chama Mainstream | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Mainstream<br><br>RANCHITOS DITCH<br><br>Subfile No. 4.5 |

## NOTICE AND ORDER TO SHOW CAUSE

To:　Juan Duran
　　　P.O. Box 1
　　　Abiquiu, NM 87510

You are hereby notified that the Court has entered an order requiring you to show if you disagree with the State's proposed determination of your water rights as described herein. If you agree with the proposed determination and description of the elements of your water rights, you do not need to take any action, and the Court will enter a subfile order that recognizes your water rights as follows.

**Subfile No. 4.5**

**A.**　**IRRIGATED LANDS (Surface Water Only):**

　　**Office of the State Engineer Files No(s)**　NONE

　　**Priority:** 1735

　　**Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama

EXHIBIT B

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    Ditch: RANCHITOS DITCH
    **Location:** X– 473,869    feet    Y– 1,890.256    feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Within the Town of Abiquiu Grant    0.3    acres
                                          Total 0.3    acres

As shown on the attached Hydrographic Survey Map for Subfile No. 4.5

**Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

If you disagree with any of the elements of the foregoing description of your water rights, you must follow the instructions below.

IT IS THEREFORE ORDERED THAT if you object to the description of your water rights as described herein you must file a written objection with the Court. You must file your objection, if any, in person or by mail with the Federal District Court Clerk in Santa Fe (P.O. Box 2384, Santa Fe, NM 87504) or Albuquerque (333 Lomas Blvd. NW, Suite 270, Albuquerque, NM 87102) within 45 days after the date in this notice and order noted below by the signature of Judge Bruce D. Black. If you timely file an objection the Special Master will notify you of how to present your objections in Court.

If you have any questions you may call or write:

Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

DATED: _____

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER






