IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed September 18, 2006 (Doc. No. 8372).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

| Name | File No. | Address |
| --- | --- | --- |
| Anthony Rivas | CHCV-002-0039A | 217 So. Jefferson Ave., Sioux Falls, SD 57104-3216 |
| Alex Rivas | CHCV-002-0039B | P.O. Box 426, Antonito CO 81120 |
| Maximiliano Rivas | CHCV-002-0039C | P.O. Box 634, Chama NM 87520 |
| Luis Lopez | CHCV-002-0039D | P.O. Box 182, Chama NM 87520 |
| Presley D. Rivas | CHCV-002-0039E | P.O. Box 634, Chama NM 87520 |
| Angelo E. Rivas | CHCV-002-0039F | P.O. Box 634, Chama NM 87520 |

| | | |
|---|---|---|
| Natasha Mattie Crusita Rivas | CHCV-002-0039G | P.O. Box 634, Chama NM 87520 |
| Estate of Maximilo Valdez | CHCV-003-0026 | PO Box 922, Peñasco NM 87553 |
| Estate of Carlotta Valdez | CHCV-003-0026 | PO Box 922, Peñasco NM 87553 |
| Valley National Bank | CHCV-006-0002 | P.O. Box 99, Española NM 87532 |
| Jay Kegel | CHCV-007-0002B | HC 75 Box 84, Chama NM 87520 |
| Katherine Kegel | CHCV-007-0002B | HC 75 Box 84, Chama NM 87520 |

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
SPECIAL MASTER VICKIE L. GABIN