IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rio Brazos |
| ROMAN ARAGON, *et al.,* | Subfile No.   CHRB-006-0003 |
| Defendants. | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 18, 2006 (Doc. No. 8373).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Bruce R. Duran and Michelle L. Duran are substituted for defendant Ensenada Resources in these proceedings.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN