IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | proof of service filed |
|---|---|---|
| Navora Martinez | CHRB-009-0012B | June 29, 2006 (Doc. No. 8304) |
| Juan A. Martinez | CHRB-009-0012B | June 29, 2006 (Doc. No. 8304) |
| Duane C. Burnside | CHCC-001-0005 | June 29, 2006 (Doc. No. 8304) |
| Diane O. Burnside | CHCC-001-0005 | June 29, 2006 (Doc. No. 8304) |
| Margaret Valdez | CHCV-002-0012 | June 29, 2006 (Doc. No. 8304) |
| Donnie Carillo | CHCV-002-0052 | June 29, 2006 (Doc. No. 8304) |
| Lance Leyba | CHCV-006-0004 | June 29, 2006 (Doc. No. 8304) |

| Defendant | Subfile No. | waiver of service of process filed |
|---|---|---|
| Leo E. Rodela | CHTA-003-0022 | April 10, 2002 (Doc. No. 6654) |
| Margaret Rodela | CHTA-003-0022<br>CHTA-004-0023 | April 10, 2002 (Doc. No. 6654) |
| Edna Ulibarri | CHTA-003-0025 | February 19, 2002 (Doc. No. 6537) |
| Ramon Sanchez | CHTA004-0014A | February 19, 2002 (Doc. No. 6537) |
| Harold M. Gallegos | CHRB-003-0009 | April 9, 2002 (Doc. No. 6603) |
| Jose B. Roybal Living Trust | CHRB-004-0002 | April 9, 2002 (Doc. No. 6603) |
| George A. Valdez | CHRB-004-0027A | April 9, 2002 (Doc. No. 6603) |
| Olivia M. Valdez | CHRB-004-0027A | April 9, 2002 (Doc. No. 6603) |
| James P. Cordova | CHRB-004-0031 | July 15, 2002 (Doc. No. 7963) |
| Joyce Gallegos | CHRB-007-0046 | April 9, 2002 (Doc. No. 6603) |
| Andrew M. Tafoya | CHRB-009-0010 | May 21, 2002 (Doc. No. 6710)[1] |
| Lorenzo Zuniga Jr. and Maria E. Varela Family Trust | CHRB-009-0022A | April 9, 2002 (Doc. No. 6603) |
| Rosina Martinez | CHRB-009-0022B | April 9, 2002 (Doc. No. 6603) |
| William Horn | CHRU-001-0007C | July 22, 2002 (Doc. No. 6774) |
| Virginio R. Martinez | CHRU-003-0005<br>CHRU-004-0002 | July 22, 2002 (Doc. No. 6774) |
| Jose Onesimo Martinez, Jr. | CHCC-002-0015 | December 9, 2003 (Doc. No. 7323) |
| Lizette M. Martinez | CHCC-003-0003 | April 26, 2005 (Doc. No. 7841) |

---

[1]   Andrew M. Tafoya was substituted as party defendant for Manuel D. Tafoya Jr. by Order dated September 26, 2006 (Docket No. 8391).

| | | |
|---|---|---|
| Marcus J. Martinez | CHCC-003-0003 | April 26, 2005 (Doc. No. 7840) |
| Michael A. Martinez | CHCC-003-0003 | April 26, 2005 (Doc. No. 7839) |
| Deborah L. Martinez | CHCC-003-0003 | April 26, 2005 (Doc. No. 7838) |
| Clifton M. Hughes | CHCV-002-0005 | September 15, 2004 (Doc. No. 7593) |
| Angela Hughes | CHCV-002-0005 | November 22, 2004 (Doc. No. 7666) |
| Delfino J. Trujillo | CHCV-002-0021 | November 10, 2003 (Doc. No. 7312) |
| Patricia C. Trujillo | CHCV-002-0021 | November 10, 2003 (Doc. No. 7312) |
| Betty Martin | CHCV-003-0012 | November 10, 2003 (Doc. No. 7312) |

Dated: September 26, 2006

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this 26th day of September 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

/s/ Ed Newville
Edward G. Newville