IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed September 21, 2006 (Doc. No. 8380).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Maria Elena Rodela | CHRB-005-0021A | P.O. Box 1, Tierra Amarilla NM 87575 |
| Evaristo D. Velasquez | CHRB-007-0060 | P.O. Box 315, Los Ojos NM 87520 |
| Mary G. Velasquez | CHRB-007-0060 | P.O. Box 315, Los Ojos NM 87520 |
| Penelope A. Velasquez | CHRB-007-0060 | P.O. Box 315, Los Ojos NM 87520 |
| Salvadore G. Velasquez | CHRB-007-0060 | P.O. Box 315, Los Ojos NM 87520 |
| Matthew M. Gallegos | CHCV-003-0017 | P.O. Box 323, Chama NM 87520 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN