IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

**Subfile No. CHNU-002-0002**

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

   THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel*

State Engineer ("State"), filed September 27, 2006 (Doc. No. 8395).

   Having reviewed the Motion and being otherwise fully advised in the premises, I find the

request to be well-taken, and that it should be GRANTED.

   IT IS ORDERED, THEREFORE, that the Consent Order filed February 26, 2002 (Docket No.

6574) in subfile CHNU-002-0002 is vacated.

   IT IS FURTHER ORDERED that the State and Defendants Lucia A. Montoya and Robert A.

Montoya shall file a new Consent Order concerning the Defendants' right to use the public waters of

the Rio Chama Stream System within 60 days of this Order.

                _____
                BRUCE D. BLACK
                UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN