IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

FILED

STATE OF NEW MEXICO, *ex rel.*
State Engineer

06 SEP 28 PM 2:43

Plaintiff,

69cv07941 CLERK-SANTA FE

v.

RIO CHAMA STREAM SYSTEM

RAMON ARAGON, *et al.*,

Chama Mainstream Section

Defendants.

## NOTICE OF DESIGNATION OF ASSISTANT WATERMASTER

The plaintiff State of New Mexico on relation of the State Engineer gives notice of the designation of LARRY VIGIL as Assistant Watermaster of the Mainstream Section of the Rio Chama Stream System, and further states as follows:

Under the Order Appointing Watermaster (1789) filed August 9, 1971 the Watermaster shall designate in writing to the Court his assistants cooperating with him in the administration of the Mainstream Section of the Rio Chama Stream System and the Partial Final Judgment and Decree (1778) filed July 26, 1971.

Pursuant to the Order Appointing Watermaster (1789), the current court appointed Watermaster, Mr. Stermon Wells, has designated LARRY VIGIL as his assistant, by reason of Mr. Vigil's service as Mayordomo of the Acequia del Rio de Chama, under the terms of the 1971 Partial Final Decree.

Respectfully submitted,

S/M Wells

STERMON M. WELLS
Rio Chama Watermaster

1

