IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

06 OCT -2 PM 4: 45

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | proof of service filed |
|---|---|---|
| Navora Martinez | CHRB-009-0012B | June 29, 2006 (Doc. 8304) |
| Juan A. Martinez | CHRB-009-0012B | June 29, 2006 (Doc. 8304) |
| Duane C. Burnside | CHCC-001-0005 | June 29, 2006 (Doc. 8304) |
| Diane O. Burnside | CHCC-001-0005 | June 29, 2006 (Doc. 8304) |
| Margaret Valdez | CHCV-002-0012 | June 29, 2006 (Doc. 8304) |
| Donnie Carillo | CHCV-002-0052 | June 29, 2006 (Doc. 8304) |
| Lance Leyba | CHCV-006-0004 | June 29, 2006 (Doc. 8304) |



I further certify, that the records of my office indicate the following defendants waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | waiver of summons filed |
|---|---|---|
| Leo E. Rodela | CHTA-003-0022 | April 10, 2002 (Doc. 6654) |
| Margaret Rodela | CHTA-003-0022　CHTA-004-0023 | April 10, 2002 (Doc. 6654) |
| Edna Ulibarri | CHTA-003-0025 | February 19, 2002 (Doc. 6537) |
| Ramon Sanchez | CHTA004-0014A | February 19, 2002 (Doc. 6537) |
| Harold M. Gallegos | CHRB-003-0009 | April 9, 2002 (Doc. 6603) |
| Jose B. Roybal Living Trust | CHRB-004-0002 | April 9, 2002 (Doc. 6603) |
| George A. Valdez | CHRB-004-0027A | April 9, 2002 (Doc. 6603) |
| Olivia M. Valdez | CHRB-004-0027A | April 9, 2002 (Doc. 6603) |
| James P. Cordova | CHRB-004-0031 | July 15, 2002 (Doc. 7963) |
| Joyce Gallegos | CHRB-007-0046 | April 9, 2002 (Doc. 6603) |
| Andrew M. Tafoya | CHRB-009-0010 | May 21, 2002 (Doc. 6710) |
| Lorenzo Zuniga Jr. and Maria E. Varela Family Trust | CHRB-009-0022A | April 9, 2002 (Doc. 6603) |
| Rosina Martinez | CHRB-009-0022B | April 9, 2002 (Doc. 6603) |
| William Horn | CHRU-001-0007C | July 22, 2002 (Doc. 6774) |
| Virginio R. Martinez | CHRU-003-0005　CHRU-004-0002 | July 22, 2002 (Doc. 6774) |

| | | |
|---|---|---|
| Jose Onesimo Martinez, Jr. | CHCC-002-0015 | December 9, 2003 (Doc. 7323) |
| Lizette M. Martinez | CHCC-003-0003 | April 26, 2005 (Doc. 7841) |
| Marcus J. Martinez | CHCC-003-0003 | April 26, 2005 (Doc. 7840) |
| Michael A. Martinez | CHCC-003-0003 | April 26, 2005 (Doc. 7839) |
| Deborah L. Martinez | CHCC-003-0003 | April 26, 2005 (Doc. 7838) |
| Clifton M. Hughes | CHCV-002-0005 | September 15, 2004 (Doc. 7593) |
| Angela Hughes | CHCV-002-0005 | November 22, 2004 (Doc. 7666) |
| Delfino J. Trujillo | CHCV-002-0021 | November 10, 2003 (Doc. 7312) |
| Patricia C. Trujillo | CHCV-002-0021 | November 10, 2003 (Doc. 7312) |
| Betty Martin | CHCV-003-0012 | November 10, 2003 (Doc. 7312) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 2nd day of October, 2006.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: Patricia S. Zld
Deputy Clerk