IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                                69cv07941 BB-ACE
                                                      Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

    **THIS MATTER** comes before the Court on Plaintiff State of New Mexico *ex rel.* State Engineer's Motion to Allow Withdrawal of Counsel (Doc. No. 8397, filed September 29, 2006). The State Engineer asks the Court to enter an order allowing withdrawal of Lisa D. Brown as counsel for the State Engineer. Other counsel continue to represent the State Engineer. The Court will grant the Motion.

    **IT IS SO ORDERED.**

                                                                          **BRUCE D. BLACK**
                                                                         **UNITED STATES DISTRICT JUDGE**