IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | 69cv07941-BB-ACE |
| ) | | |
| vs. ) | | RIO CHAMA ADJUDICATION |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | | Canjilon Creek, Section 3 |
| ) | | |
| Defendants. ) | | **Subfile No.: CHCJ-001-0004E** |
| _____) | | |

## ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTY DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Party Defendant, filed September 28, 2006 (Doc. No. 8398).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well taken, and therefore GRANTED.

IT IS ORDERED, THEREFORE, the person listed below is joined as a party defendant to these proceedings.

Kurt Gramoll   CHCJ-001-0004E   865 Asp Ave. #212, Norman OK 73019

IT IS SO ORDERED.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN