IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rutheron & Plaza Blanca |
| ROMAN ARAGON, *et al.,* | **Subfile No. CHRU-003-0001** |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the Joint Motion to Vacate Consent Order filed October 3, 2006 (Doc. No. 8401).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the Consent Order filed July 31, 2002 (Doc. No. 6803) is hereby vacated.

IT IS FURTHER ORDERED that the Defendants shall submit to the Special Master the current Consent Orders concerning the Defendants' rights to use the public waters of the Rio Chama Stream System no later than October 6, 2006, pursuant to the Special Master's Order entered September 18, 2006 (No. 8378).

*/s/ Bruce D. Black*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN