IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB-ACE |
| v. | ) ) | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.*, | ) ) | Canjilon Creek, Section 3 |
| Defendants. | ) ) ) | |

## NOTICE OF DISMISSAL

Plaintiff, the State of New Mexico, *ex rel.* State Engineer hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against defendants heretofore joined in this cause as follows:

Canjilon Creek

  Anne T. Cain    CHCJ-003-0059B

  Luis S. Torres    CHCJ-003-0059B

Dated: October 10, 2006

                Respectfully submitted,

                /s/ Chris Lindeen
                L. Christopher Lindeen
                Special Assistant Attorney General
                New Mexico Office of the State Engineer
                P.O. Box 25102
                Santa Fe, NM  87504-5102
                (505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was transmitted by ACE filing to the following this 10 day of October 2006:

/s/ Chris Lindeen
L. Christopher Lindeen


Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall
Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031