IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*  )
State Engineer, *et al.,*  )
                                  )
          Plaintiffs,    )          69cv07941-BB-ACE
                                  )
          vs.                  )          RIO CHAMA ADJUDICATION
                                  )
ROMAN ARAGON, *et al.*,    )          Canjilon Creek, Section 3
                                  )
          Defendants.   )
_____)

## ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed October 10, 2006 (Doc. No. 8406).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons listed below are joined as party defendants to these proceedings.

| | | |
|---|---|---|
| John Gregory Valdez | CHCJ-001-0004C | 15129 La Verde Ln.<br>Moreno Valley, CA 92551 |
| Zaqueo Salazar | CHCJ-003-0059B | P.O. Box 5217-USAFA<br>Colorado Springs, CO 80841 |

IT IS SO ORDERED.

                                                            /s/ Bruce D. Black
                                                   UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
SPECIAL MASTER