IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | | 69cv07941-BB-ACE |
| ) | | |
| v. ) | | RIO CHAMA ADJUDICATION |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | | Canjilon Creek, Section 3 |
| ) | | Subfile No.s: |
| Defendants. ) | | CHCJ-004-0045 |
| _____) | | CHCJ-005-0001 |

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW, the plaintiff State of New Mexico, *ex rel.* State Engineer, and requests the Clerk of the Court, pursuant to Rule 55(a) of the United States Rules of Civil Procedure to enter the default of the following named defendants for failure to answer or otherwise plead; the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | proof of service filed |
|---|---|---|
| Victor Salazar | CHCJ-004-0045 | April 10, 2001 (Doc. No. 6222) |
| | CHCJ-005-0001 | April 10, 2001 (Doc. No. 6222) |
| Agripina Salazar | CHCJ-004-0045 | April 10, 2001 (Doc. No. 6222) |
| | CHCJ-005-0001 | April 10, 2001 (Doc. No. 6222) |

Dated: October 12, 2006

Respectfully submitted,

 /s/ Chris Lindeen_____
L. Christopher Lindeen
Special Assistant Attorney General
New Mexico Office of the State Engineer

                P.O. Box 25102
                Santa Fe, NM  87504-5102
                (505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was transmitted by ACE filing to the following this 12th day of October 2006:

                 /s/ Chris Lindeen
                L. Christopher Lindeen


Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla McCall
Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031