IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

06 OCT 12 PM 1:30

CLERK-SANTA FE

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB-ACE |
| v. | ) ) | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.*, | ) ) | Canjilon Creek, Section 3 Subfile No.s: |
| Defendants. | ) ) | CHCJ-004-0045 CHCJ-005-0001 |

### CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | proof of service filed |
|---|---|---|
| Victor Salazar | CHCJ-004-0045 | April 10, 2001 (Doc. No. 6222) |
| | CHCJ-005-0001 | April 10, 2001 (Doc. No. 6222) |
| Agripina Salazar | CHCJ-004-0045 | April 10, 2001 (Doc. No. 6222) |
| | CHCJ-005-0001 | April 10, 2001 (Doc. No. 6222) |

I further certify that the above-named defendants have failed to appear, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.



DATED this 12th day of October, 2006

                        MATTHEW J. DYKMAN
                        DISTRICT COURT CLERK

                        By: _Patricia S. Zld_
                              Deputy Clerk

2