IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 1: Mainstream

RANCHITOS DITCH

Subfile Nos. 4.1, 4.4, 4.5

### ORDER GRANTING MOTION
### FOR APPROVAL OF FORM OF ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Motion For Approval of Form of Order to Show Cause by the Plaintiff State of New Mexico filed September 25, 2006 (Doc. No. 8388).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the State shall serve its form of notice and order to show cause on Defendants Frances A. Martinez (Subfiles 4.1 and 4.4) and Juan Duran (Subfile 4.5), true copies of the notice and orders attached as Exhibits A and B to the State's motion.

                                                  _____
                                                  BRUCE D. BLACK
                                                  UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN