IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

06 OCT 13 PM 4: 24

CLERK-SANTA FE

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 1: Mainstream

RANCHITOS DITCH

Subfile No. 4.5

## NOTICE AND ORDER TO SHOW CAUSE

To:    Juan Duran
       P.O. Box 1
       Abiquiu, NM 87510

You are hereby notified that the Court has entered an order requiring you to show if you disagree with the State's proposed determination of your water rights as described herein. If you agree with the proposed determination and description of the elements of your water rights, you do not need to take any action, and the Court will enter a subfile order that recognizes your water rights as follows.

**Subfile No. 4.5**

**A.**    **IRRIGATED LANDS (Surface Water Only):**

    **Office of the State Engineer Files No(s)**    NONE

    **Priority:** 1735

    **Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    Ditch: RANCHITOS DITCH
    **Location:** X= 473,869    feet    Y= 1,890,256    feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1927

**Location and Amount of Irrigated Acreage:**
    Within the Town of Abiquiu Grant    0.3    acres
    Total  0.3  acres

As shown on the attached Hydrographic Survey Map for Subfile No. 4.5

**Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

If you disagree with any of the elements of the foregoing description of your water rights, you must follow the instructions below.

IT IS THEREFORE ORDERED THAT if you object to the description of your water rights as described herein you must file a written objection with the Court. You must file your objection, if any, in person or by mail with the Federal District Court Clerk in Santa Fe (P.O. Box 2384, Santa Fe, NM 87504) or Albuquerque (333 Lomas Blvd. NW, Suite 270, Albuquerque, NM 87102) within 45 days after the date in this notice and order noted below by the signature of Judge Bruce D. Black. If you timely file an objection the Special Master will notify you of how to present your objections in Court.

If you have any questions you may call or write:

Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

DATED: 10.13.06

*(signature)*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

*(signature)*
VICKIE L. GABIN
SPECIAL MASTER

