# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, <br><br> Plaintiff, <br><br> v. <br><br> ROMAN ARAGON, *et al.*, <br><br> Defendants. | 06 OCT 13 PM 4:39 <br><br> 69cv07941-BB-ACE CLERK-SANTA FE <br><br> RIO CHAMA STREAM SYSTEM <br> Rutheron & Plaza Blanca, Section 7 <br> **Subfile No.: CHRU-003-0001A** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

> ALFRED O. PERALTA
> ELIZABETH T. PERALTA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** 1545 & 1699

**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of the Rio Chama, a tributary of the Rio Grande.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:** WILLOW CREEK MESA DITCH
    **Location:** X= 1,548,909 feet  Y= 2,103,084 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 5.0 acres |
| | Total | 5.0 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRU-003-0001A

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER
Vickie L. Gabin

SIGNATURE: _Elizabeth T. Peralta_    SIGNATURE: _Alfred Q. Peralta_
            ELIZABETH T. PERALTA                 ALFRED Q. PERALTA

ADDRESS: Box 4335 NDCBU           ADDRESS: Box 4335 NDCBU
         Taos, NM 87571                    Taos, NM 87571

DATE:    9-26-06                   DATE:    9-26-06


_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

10.9.06
Date

Consent Order                          3                    Subfile No.: CHRU-003-0001A



| LEGEND | | | STATE OF NEW MEXICO<br>Office of the State Engineer<br>John R. D'Antonio, Jr., P.E.,<br>State Engineer | Subfile Number<br>**CHRU 003-0001A**<br>Willow Creek<br>Mesa Ditch<br>AMENDED<br>September 5, 2006 |
|---|---|---|---|---|
| Irrigated Tract Boundary | ● Point of Diversion | N<br>W   E<br>S | | |
| No Right Tract Boundary | Ⓕ Fallow | | | |
| Seeped Area | Ⓝ No Right | | | |
| ▶ Operable Ditch | | 1 inch = 300 feet | Rio Chama Hydrographic Survey<br>Rutheron & Plaza Blanca Section | |
| Inoperable Ditch | |  | | |
| Stock Ponds / Reservoir | | | |  |