IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* )<br>State Engineer, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ROMAN ARAGON, *et al.*, )<br>)<br>Defendants. )<br>_____) | | 69cv07941-BB-ACE<br><br>RIO CHAMA ADJUDICATION<br><br>Canjilon Creek, Section 3 |

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons named below and order them to answer the State's Complaint in this action as required in any civil action in the United State District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.  The persons listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Jose R. Baldonado | CHCJ-003-0059A | P.O. Box 80852<br>Albuquerque, NM 80852 |
| Marilyn Baldonado | CHCJ-003-0059A | P.O. Box 80852<br>Albuquerque, NM 80852 |
| Carlos W. Lujan | CHCJ-001-0004D | 1846 Puye Road<br>Santa Fe, NM |
| Marcia Ortiz | CHCJ-001-0004D | 1846 Puye Road<br>Santa Fe, NM |

Chama – Mtn Join 10-16-06

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2.  The persons or entities listed above are in Section 3 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 3 of the Rio Chama Stream System.

Dated: October 16, 2006

                                      Respectfully submitted,

                                      /s/ Chris Lindeen_____
                                      L. Christopher Lindeen
                                      Special Assistant Attorney General
                                      New Mexico Office of the State Engineer
                                      P.O. Box 25102
                                      Santa Fe, NM  87504-5102
                                      (505) 827-6150

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was transmitted by ACE filing to the following this 16th day of October 2006.

                                       /s/ Chris Lindeen_____
                                       L. Christopher Lindeen

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner
Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

Chama – Mtn Join 10-16-06