IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 1: Mainstream |
| ROMAN ARAGON, *et al.,* | RANCHITOS DITCH |
| Defendants. | Subfile Nos. 4.1, 4.4, 4.5 |

**CERTIFICATE OF SERVICE
OF NOTICE AND ORDER TO SHOW CAUSE**

The Plaintiff State of New Mexico *ex rel.* State Engineer, by and through its undersigned counsel, certifies that pursuant to the Court's Order of October 13, 2006 (Doc. 8410), true copies of the Notice and Order to Show Cause in Chama Mainstream Subfiles 4.1 and 4.4 were mailed to Frances A. Martinez at the address listed below on October 18, 20004; true copies of the Notice and Order to Show Cause in Chama Mainstream Subfile 4.5 were mailed to Juan Duran at the address listed below on the same date.  The copies of the Court's Notice and Order to Show Cause were mailed the defendants by regular mail and by certified mail, return receipt requested.

    Respectfully submitted,

      /s/ Ed Newville
    EDWARD G.  NEWVILLE
    Special Assistant Attorney General
    Office of State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 867-7444

## CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing were mailed to following persons on October 18, 2006:

Fred J. Waltz, Esq.
214 B Kit Carson Road
Taos, NM 87571

Frances A. Martinez
P.O. Box 166
Abiquiu, NM 87510

Juan Duran
P.O. Box 1
Abiquiu, NM 87510

transmitted by ACE filing to the following on the same date.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                        /s/ Ed Newville
                                        Edward G. Newville