IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | 69cv07941-BB-ACE |
| Plaintiff, | ) ) | RIO CHAMA STREAM SYSTEM |
| -v- | ) ) ) | |
| ROMAN ARAGON et al., | ) ) | Sections 3, 5, and 7 |
| Defendants. | ) ) ) | |

ORDER SETTING STATUS CONFERENCE

Pursuant to the Fed. R. Civ. P. 53 and the Third Administrative Order Setting Status Conferences, entered by the Special Master August 17, 2006 (Docket No. 8362), a general status conference is hereby set for Monday, November 6, 2006, at 10:00 a.m. in the Small Courtroom, United States District Court, 130 Federal Place, Santa Fe, New Mexico, on the following matters:

1. The general status of the adjudication of Sections 3, 5, and 7.

2. The status of the determination of irrigation water requirements in Section 5, and a proposed schedule for amending or supplementing the Scheduling Order on Irrigation Water Requirements entered February 15, 2005 (No. 7761).

3. The status of the proceedings on the seven Rito de Tierra Amarilla disputed subfiles:

a.   CHTA-001-0001         John M. Sena
                           9709 Rio Grande NW
                           Albuquerque, NM 87114

                           Frank C. Sena
                           59 County Rd. #84
                           Santa Fe, NM 87506

b.  CHTA-001-0002        Agripina G. Salazar
                         Victor Salazar, Sr.
                         P.O. Box 324
                         Tierra Amarilla, NM 87575

c.  CHTA-001-0003        Adan Garcia, Jr.
                         P.O. Box 1284
                         Española, NM 87532

                         Leroy Garcia
                         P.O. Box 4416
                         Fairview, NM 87533

                         Armando Garcia
                         P.O. Box 4236
                         Fairview, NM 87533

                         Samuel Garcia
                         1200 Calle Sombra
                         Española, NM 87532

                         Miguel Garcia
                         c/o Mike Martinez
                         P.O. Box 216
                         Alcalde, NM 87511

                         Pamela Manzanares
                         P.O. Box 1228
                         Española, NM 875320

                         Donna Garcia
                         P.O. Box 2056
                         Española, NM 87532

                         Viola Chavez
                         P.O. Box 1385
                         Española, NM 87532

                         Joan Garcia
                         3700 Aspen NE, Apt. 3R
                         Albuquerque, NM 87110

      d.      CHTA-002-0001      Ellis Gordan Schlegel
                                                  P.O. Box 309
                                                  Tierra Amarilla, NM 87575

      e.      CHTA-002-0002      Acencion Labrier
                                                  HC 75 Box 24
                                                  Tierra Amarilla, NM 87575

      f.      CHTA-002-0003      Estate of Carlota L. Martinez
                    CHTA-003-0001      c/o Frank A. Martinez
                                                  346 Forest Road 314
                                                  Jemez Springs, NM 87025

Counsel for the State of New Mexico, ex rel. State Engineer shall be prepared with proposed amendments to the December 15, 2005, Scheduling Order (No. 8013) and the May 16, 2006, stay of proceedings (No. 8283). **The Defendants listed above are encouraged to attend this status conference, but in any event will be notified of all future scheduling changes.**

    4. Proposed proceedings for water allocation customs in Section 4, El Rito.

    5. Proposed proceedings for federal non-Indian water right claims; *see* the June 23, 2006, Status Report for Federal Non-Indian Water Right Claims (No. 8299).

    6. Counsel involved with Treaty of Guadalupe Hidalgo issues shall be prepared with a brief status report outlining their recommendations for handling, over the next several years, the matters implicated by the Statement of Issues filed June 1, 2006 (No. 8290).

    7. Any other matters, and items which should be included in the next status conference.

Following the discussion of the items above, Karla Bruner, the Court's Data Manager, will meet with Mr. Newville and any other interested party to discuss matters having to do with the Office of the State Engineer's file numbers in Section 5, as well as subfile numbering and ditch agreements in Section 1.

IT IS SO ORDERED.

_____
SPECIAL MASTER