IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.* the )
State Engineer, )
)
    Plaintiffs, )
)   No. 69cv07941 BB-ACE
    v. )   Rio Chama Stream Adjudication
)   Section 7: Tierra Amarilla, Rio Brazos,
)   Rutheron and Plaza Blanca, Cañones Creek,
)   Village of Chama
RAMON ARAGON et al., )
)
    Defendants. )
)

## ENTRY OF APPEARANCE

COMES NOW, Noelle Graney of Nordhaus Law Firm, LLP, and enters her appearance as counsel on behalf of the Jicarilla Apache Nation in the above-entitled cause of action. Susan G. Jordan remains as counsel for the Jicarilla Apache Nation. Correspondence to counsel for the Jicarilla Apache Nation should be sent as follows:

Susan G. Jordan
Noelle Graney
Nordhaus Law Firm, LLP
1239 Paseo de Peralta
Santa Fe, NM 87501
Fax: (505) 982-1827

Dated this 19th day of October 2006

                                          Respectfully submitted,

                                          NORDHAUS LAW FIRM, LLP

                                          By _/s/ Noelle Graney_
                                              Noelle Graney
                                          1239 Paseo de Peralta
                                          Santa Fe, New Mexico 87501
                                          (505) 982-3622

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above Notice of Appearance were mailed by U.S. First Class mail to the following persons on October 19, 2006.

*Noelle Graney* (signed)

Noelle Graney

**SERVICE LIST**
**(Counsel of Record)**

Edward G. Newville
Arianne Singer
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Fred Vigil, Chairman
New Mexico Acequia Association
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz
214 B Kit Carson Road
Taos, NM 87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington,
 Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton,
Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM 87103-0586

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

C. Mott Woolley
112 W San Francisco St., Suite 312C
Santa Fe, NM 87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM 87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Rebecca Dempsey
Paul Bloom
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Bradley S. Bridgewater
David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO 80202

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM 87575

John P. Hays
Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
607 Cerrillos Rd., Suite F
Santa Fe, NM 87505-3799

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Christina J. Bruff
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
4801 Lang Ave., NE, Suite 200
P.O. Box 94750
Albuquerque, NM 87199-4750

Jeffrey H. Albright
Cynthia A. Loehr
201 Third Street, NW, Suite 1950
Albuquerque, NM 87102

Brett Olsen
Brett J. Olsen, P.C.
812 Marquette Avenue NW
Albuquerque, NM 87102

Tim Vollmann
3301-R Coors Road, NW #302
Albuquerque, NM 87120

Walter L. Reardon, Jr., 2158
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536

F. Chester Miller III
907 West Apache Street
Farmington, NM 87401

Susan G. Jordan
Noelle Graney
1239 Paseo de Peralta
Santa Fe, NM 87501

L. Christopher Lindeen
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102

Karla McCall
Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

K. Janelle Haught
LANL Legal Office
P.O. Box 1663
Mail Stop P131
Los Alamos, NM 87545-1663

Ernest L. Padilla
Padilla Law Firm
P.O. Box 2523
Santa Fe, NM 87504-2523

James C. Brockmann
Jay F. Stein, Esq.
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

David A. Benavides
Ryan Golten
New Mexico Legal Aid
P.O. Box 5175
Santa Fe, NM 87502-5175

Henry Jacquez
1110 Maez Road
Santa Fe, NM 87501