IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | | 69cv07941-BB-ACE |
| ) | | |
| vs. ) | | RIO CHAMA ADJUDICATION |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | | Canjilon Creek, Section 3 |
| ) | | |
| Defendants. ) | | |
| _____) | | |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed October 16, 2006 (Doc. No. 8416).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons listed below are joined as party defendants to these proceedings.

| | | |
|---|---|---|
| Jose R. Baldonado | CHCJ-003-0059A | P.O. Box 80852<br>Albuquerque, NM 80852 |
| Marilyn Baldonado | CHCJ-003-0059A | P.O. Box 80852<br>Albuquerque, NM 80852 |
| Carlos W. Lujan | CHCJ-001-0004D | 1846 Puye Road<br>Santa Fe, NM |
| Marcia Ortiz | CHCJ-001-0004D | 1846 Puye Road<br>Santa Fe, NM |

IT IS SO ORDERED.

/s/ Bruce D. Black
_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
_____
SPECIAL MASTER VICKIE L. GABIN