IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | 69cv07941-BB-ACE |
| Plaintiff, | ) ) | RIO CHAMA STREAM SYSTEM |
| -v- | ) ) | |
| ROMAN ARAGON et al., | ) ) | Sections 3, 5, and 7 |
| Defendants. | ) ) | |

ORDER AMENDING ORDER SETTING STATUS CONFERENCE

THIS MATTER is before the Special Master. The Order Setting Status Conference entered October 18, 2006 (Docket No. 8418) is hereby amended.

The October 18 Order stated that Karla Bruner, the Court's Data Manager, would meet with Mr. Newville and any other interested party to discuss matters having to do with the Office of the State Engineer's file numbers in Section 5, as well as subfile numbering and ditch agreements in Section 1. Ms. Bruner will be unable to attend.

_____
SPECIAL MASTER