IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



06 NOV -2 PM 4: 07

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Canjilon Creek, Section 3<br>**Subfile No.: CHCJ-001-0004E** |

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

KURT GRAMOLL

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.



4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Canjilon Creek, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 02708

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of an unnamed tributary of Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:** ORTIZ DITCH NO.4
    **Location:** X= 1,609,570 feet  Y= 2,008,903 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
Section 01, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | | 2.7 acres |
| | Total | 2.7 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0004E

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 02708

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:** ORTIZ DITCH NO.5
    **Location:** X= 1,609,828 feet  Y= 2,007,161 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 01, Township 26N, Range 05E, N.M.P.M.

    Pt. NE¼                                                     2.7 acres

                                                               Total     2.7 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0004E

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## C. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)** 02708

**Priority:** NONE

**Source of Water:** Surface Waters of an unnamed tributary of Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
    **Ditch:**     ORTIZ DITCH NO.4
    **Location: X=** 1,609,570   feet   **Y=** 2,008,903   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**
Section 01, Township 26N, Range 05E, N.M.P.M.

    Pt. NE¼                                                     1.6 acres

                                                               Total     1.6 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0004E

**Amount of Water:** NONE

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon Creek, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

*[signature]*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*[signature]*
SPECIAL MASTER

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_[signature: Bruce D. Black]_
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_[signature: Vickie L. Gabin]_
SPECIAL MASTER

SIGNATURE _[signature]_
KURT GRAMOLL

ADDRESS: 865 Asp Ave. #212
Norman, OK 73019

DATE: 5 oct 06

_[signature]_ L. Christopher Lindeen
for EDWARD G. NEWVILLE
Special Assistant Attorney General

October 25, 2006
Date

