IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB-ACE |
| vs. | ) ) | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.*, | ) ) | Canjilon Creek, Section 3 |
| Defendants. | ) ) | Subfile Nos. CHCJ-004-0045 CHCJ-005-0001 |

### ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the court on the State of New Mexico, *ex rel.* State Engineer's October 31, 2006, Motion to Set Aside Entry of Default of defendants in the Canjilon Creek subsection of Section 3 (Doc. No. 8424). Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the October 12, 2006, Clerk's entry of default (Doc. No. 8409) with respect to the following defendants is hereby set aside:

Victor Salazar   CHCJ-004-0045
                 CHCJ-005-0001

Agripina Salazar   CHCJ-004-0045
                   CHCJ-005-0001

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER