IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,       )<br>)<br>)<br>Plaintiff,       )<br>)<br>-v-       )<br>)<br>ROMAN ARAGON et al.,       )<br>)<br>Defendants.       )<br>       ) | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM |

NOTICE OF JOINT WORKING SESSION

To: Counsel of Record

Please be advised that New Mexico District Court Judge Jerald A. Valentine and other judges and special masters who preside over state court stream system adjudications have set a Joint Working Session for Thursday, November 16, 2006, from 10:00 a.m. to 12:00 p.m., in Room 520, Judge Knowles' Courtroom, Bernalillo County District Courthouse, 400 Lomas N.W., Albuquerque, N.M.

The purpose of this Joint Working Session is to initiate a dialogue between the Stream Adjudication Courts collectively and the Office of the State Engineer ("OSE") regarding the OSE's allocation of resources among all pending adjudications and each Court's expectations and goals for the upcoming two years.  A second joint working session will be convened following the 2007 legislative session in order to discuss specific budgets.

Judge Bruce D. Black, the presiding judge for this adjudication, Special Master Vickie L. Gabin, and Settlement Judge Michael Nelson will attend.  Because this is an dialogue between the

Adjudication Courts and the OSE, and no Court will make any rulings at this joint hearing, attendance of attorneys of record and parties is at their discretion.

_____
SPECIAL MASTER