IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | | 69cv07941-BB-ACE |
| ) | | |
| vs. ) | | RIO CHAMA ADJUDICATION |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | | Canjilon Creek, Section 3 |
| ) | | |
| Defendants. ) | | |
| _____) | | |

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully requests the Court to join as additional parties the persons named below and order them to answer the State's Complaint in this action as required in any civil action in the United State District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Rubina V. Vailpando | CHCJ-006-0003A | P.O. Box 503<br>Canjilon, NM 87515 |
| Norman Vigil | CHCJ-006-0003B | 7312 Calle Montana, NE<br>Albuquerque, NM 87113 |
| Wayne A. Vigil | CHCJ-006-0003C | P.O. Box 454<br>Canjilon, NM 87515 |
| Theodore C. Lobato | CHCJ-006-0003D | P.O. Box 454<br>Canjilon, NM 87515 |
| Bernice Martinez | CHCJ-006-0003E | P.O. Box 507<br>Canjilon, NM 87515 |

| | | |
|---|---|---|
| Eraldo Martinez | CHCJ-006-0003E | P.O. Box 507 |
| | | Canjilon, NM 87515 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Section 3 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 3 of the Rio Chama Stream System.

Dated: November 9, 2006

Respectfully submitted,

 /s/ Chris Lindeen_____
L. Christopher Lindeen
Special Assistant Attorney General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150

### CERTIFICATE  OF SERVICE

I certify that a true and correct copy of the foregoing pleading was transmitted by ACE filing to the following this 9th day of November 2006.

  /s/ Chris Lindeen_____
L. Christopher Lindeen

| | |
|---|---|
| Special Master Vickie L. Gabin | Karla Bruner |
| USDC-DCNM | Data Manager |
| P.O. Box 2384 | 1315 Sagebrush Dr. SW |
| Santa Fe, NM 87504-2384 | Los Lunas, NM 87031 |