IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3: Rio Nutrias |
| Defendants. | |

### MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1. The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Juan R. Montaño Revocable Trust | CHNU-002-0003B | P.O. Box 247, Tierra Amarilla NM 87575 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Section 3 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be

using or diverting surface or underground waters within Section 3 of the Rio Chama Stream System.

DATED: November 9, 2006

                                                 Respectfully submitted,

                                                 /s/ Ed Newville
                                                EDWARD G. NEWVILLE
                                                Special Assistant Attorney General
                                                Office of State Engineer
                                                P.O. Box 25102
                                                Santa Fe, NM 87504-5102
                                                (505) 867-7444 phone
                                                (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this   9   day of November, 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                 /s/ Ed Newville
                                                Edward G. Newville