IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                    Plaintiff,                              69cv07941 BB-ACE

        vs.                                                RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.,*                                    Section 7: Rito de Tierra Amarilla, Rio
                                                           Brazos, Rutheron & Plaza Blanca,
                                                           Cañones Creek, Village of Chama

                    Defendants.

### NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives

notice of dismissal in accordance with Rule 41(a)(1)(i) of the United States Rules of Civil Procedure

against the defendants heretofore joined in this cause, as follows:

Rio Brazos

        Jose I. Salazar                    CHRB-004-0003

        Sorpresa Corporation               CHRB-007-0060

Cañones Creek

        Christine H. Garcia                CHCC-002-0004

        Dave S. Garcia                     CHCC-002-0004

        June L. Ezell                      CHCC-002-0008

        Margarita T. Martinez              CHCC-002-0011

Dated: November 9, 2006

Respectfully submitted,

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this ___9___ day of November 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

   /s/ Ed Newville
Edward G. Newville

-2-