IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla |
| ROMAN ARAGON, *et al.,* | Subfile No. CHTA-003-0021 |
| Defendants. | |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting the Estate of Octaviano Ulibarri for Octaviano Ulibarri in these proceedings, and as grounds states as follows:

1.  Plaintiff has been credibly informed that Defendant Octaviano is deceased. Plaintiff has also been informed that the estate may be disputed and there has been no appointment of a personal representative for the estate as of this date.

WHEREFORE the State requests the Court to enter its order substituting the Estate of Octaviano Ulibarri for Defendant Octaviano Ulibarri in these proceedings.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this   9   day of November, 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                    /s/ Ed Newville
                                                  Edward G. Newville