IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

Subfile Nos.  CHTA-001-0001
                      CHTA-001-0002
                      CHTA-001-0003
                      CHTA-002-0001
                      CHTA-002-0002
                      CHTA-002-0003
                      CHTA-003-0001

## ORDER MANDATING INITIAL DISCLOSURES

THIS ORDER is entered *sua sponte* by the Special Master following discussions with counsel for the State of New Mexico, ex rel. State Engineer (State) at the status conference held on November 6, 2006, at the United States District Court in Santa Fe, New Mexico, and discussions at the August 8, 2006, pretrial hearing conference in Tierra Amarilla, New Mexico.

The Special Master finds:

1. The Defendants listed below claim water rights in this proceeding:

   a.     CHTA-001-0001         John M. Sena
                                       9709 Rio Grande NW
                                       Albuquerque, NM 87114

                                       Frank C. Sena
                                       59 County Rd. 84
                                       Santa Fe, NM 87506

   b.     CHTA-001-0002         Agripina G. Salazar
                                       Victor Salazar, Sr.

|   |   |   |
|---|---|---|
|   |   | P.O. Box 324<br>Tierra Amarilla, NM 87575 |
| c. | CHTA-001-0003 | Adan Garcia, Jr.<br>P.O. Box 1284<br>Española, NM 87532 |

Leroy Garcia
P.O. Box 4416
Fairview, NM 87533

Armando Garcia
P.O. Box 4236
Fairview, N.M. 87533

Samuel Garcia
1200 Calle Sombra
Española, NM 87532

Miguel Martinez
c/o Mike Martinez
P.O. Box 216
Alcalde, NM 87511

Pamela Manzanares
P.O. Box 1228
Española, NM 87532

Donna Garcia
P.O. Box 2056
Española, NM 87532

Viola Chavez
P.O. Box 1385
Española, NM 87532

Joan Garcia
3700 Aspen NE, Apt. 3R
Albuquerque, NM 87110

d. CHTA-002-0001     Ellis Gordan Schlegel
P.O. Box 309
Tierra Amarilla, NM 87575

  e.  CHTA-002-0002        Acencion Labrier
                           HC 75 Box 24
                           Tierra Amarilla, NM 87575

  f.  CHTA-002-0003        Estate of Carlota L. Martinez
     CHTA-003-0001        c/o Frank A. Martinez
                           346 Forest Road 314
                           Jemez Springs, NM 87025

  2. This matter has been pending before the Court since 2003 (*see* Order Setting Pretrial Conference entered May 14, 2003; Status Report filed by the State August 6, 2003; and Scheduling Order for Adjudication of Water Rights Priorities entered June 15, 2004).

  3. Following a December 12, 2005, status conference with the Defendants, the Special Master entered a December 15, 2005, Scheduling Order (No. 8103) which required, among other things, that the parties exchange initial discovery disclosures by April 10, 2006.

  4. The State filed a Motion for Stay May 15, 2006 (No. 8280), stating in part that as of that date, no Defendants had provided the State with any of the required disclosures. A stay of proceedings was ordered May 16, 2006 (No. 8283).

  5. The Special Master held a pretrial hearing August 8, 2006 (No. 8315) and ordered Defendants and/or their attorneys to appear. The Special Master and Mr. Edward Newville, counsel for the State, discussed the initial disclosures requirement with the Defendants who appeared; and the Special Master requested that they provide the State with relevant items, and indicated that the stay of proceedings should be considered to be lifted with respect to the initial disclosures.

  6. At the November 6, 2006, status conference, Mr. Newville reported that as of that date, no disclosures had been made by Defendants. Subsequently, during the conference, Mr. Schlegel, who claims water rights associated with Subfile No. CHTA-002-0001, hand-delivered a packet of

materials to Mr. Newville. The Special Master ordered that the May 16 stay be lifted with respect to initial disclosures.

IT IS ORDERED, therefore,

1. that the stay of proceedings issued May 16 is lifted with respect to initial disclosures, which consist of the identity of persons likely to have discoverable information and documents that the defendants may use to support their claims or defenses as required by paragraphs III (B) (1) and (2) of the Scheduling Order entered December 15, 2005 (No. 8103). Defendants shall provide this information and copies of these documents to counsel for the State no later than December 11, 2006.

2. that the failure of Defendants to provide initial disclosures to the State by December 11, 2006, or to contact Mr. Newville regarding any infirmity which prevents them from doing so by December 11, shall suffer a default judgment which incorporates the State's recommended disposition for their disputed water rights claims.

3. No later than December 19, 2006, counsel for the State shall file a brief status report on Defendants' compliance with this Order.

4. All other provisions of the Scheduling Order entered December 15, 2005, remain subject to the stay of proceedings issued May 16.

IT IS SO ORDERED.

_____
VICKIE L. GABIN, SPECIAL MASTER