IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Village of Chama<br><br>Subfile No. CHCV-003-0026 |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting the Estate of Carlotta Valdez and the Estate of Maximilo Valdez for defendants Carlotta Valdez and Maximilo Valdez, and as grounds states as follows:

1.　The State has been credibly informed that defendants Carlotta Valdez and Maximilo Valdez are deceased.

WHEREFORE the State requests the Court to enter its order substituting the Estate of Carlotta Valdez and the Estate of Maximilo Valdez for Carlotta Valdez and Maximilo Valdez.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　(505) 867-7444

I hereby certify that copies of the foregoing were mailed to following persons on November 10, 2006:

Estate of Carlotta Valdez
Estate of Maximilo Valdez
c/o Gylen Aguilar
P.O. Box 922
Peñasco, NM 87553

transmitted by ACE filing to the following on the same date.

>Special Master Vickie L. Gabin
>USDC-DCNM
>P.O. Box 2384
>Santa Fe, NM 87504-2384
>
>Karla Bruner, Data Manager
>1315 Sagebrush Dr. SW
>Los Lunas, NM 87031

    /s/ Ed Newville
    Edward G. Newville