IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | Subfile No. CHRB-004-0023 |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting the Estate of Lupita Valerio Jaramillo for defendant Lupita Valerio Jaramillo, and as grounds states as follows:

1.　The State has been credibly informed that defendant Lupita Valerio Jaramillo is deceased.

WHEREFORE the State requests the Court to enter its order substituting the Estate of Lupita Valerio Jaramillo for defendant Lupita Valerio Jaramillo in these proceedings.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were mailed to following persons on November 10, 2006:

Estate of Lupita Valerio Jaramillo
c/o Tito Jaramillo
P.O. Box 245
Tierra Amarilla, NM 87575

transmitted by ACE filing to the following on the same date.

    Special Master Vickie L. Gabin
    USDC-DCNM
    P.O. Box 2384
    Santa Fe, NM 87504-2384

    Karla Bruner, Data Manager
    1315 Sagebrush Dr. SW
    Los Lunas, NM 87031

      /s/ Ed Newville
    Edward G. Newville