IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos |
| ROMAN ARAGON, *et al.,* | Subfile No. CHRB-009-0006 |
| Defendants. | |

**MOTION FOR SUBSTITUTION OF PARTIES**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Fed. R. Civ. Pro. 25(c) moves the Court to issue its order substituting Sherry J. Abeyta, Mark D. Abeyta, Gale A. Abeyta and Darlene A. Manuele for defendant Jenny R. Abeyta, and as grounds states as follows:

1.	Defendant Jenney R. Abeyta is deceased.  Title to the land and water rights under this subfle has been transferred to Sherry J. Abeyta, Mark D. Abeyta, Gale A. Abeyta and Darlene A. Manuele by Personal Representative Deed dated January 3, 2006.

WHEREFORE the State requests the Court to enter its order substituting Sherry J. Abeyta, Mark D. Abeyta, Gale A. Abeyta and Darlene A. Manuele for defendant Jenny R. Abeyta in these proceedings.

Dated: November 12, 2006

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer

P.O. Box 25102<br>
Santa Fe, NM 87504-5102<br>
(505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed to following persons on November  12  , 2006:

    Sherry J. Abeyta
    1550 Steele St.
    Denver, CO 80013

    Mark D. Abeyta
    2013 Cheyenne Ave.
    Loveland, CO 80538

    Gale A. Abeyta
    915 East 6th St.
    Loveland, CO 80537

    Darlene A. Manuele
    16918 East Eldorado Circle
    Denver, CO 80013

transmitted by ACE filing to the following on the same date.

    Special Master Vickie L. Gabin
    USDC-DCNM
    P.O. Box 2384
    Santa Fe, NM 87504-2384

    Karla Bruner, Data Manager
    1315 Sagebrush Dr. SW
    Los Lunas, NM 87031

    /s/ Ed Newville
    Edward G. Newville