IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>       Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>       Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br><br>**Subfile No. CHNU-002-0005A** |

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel* State Engineer (State), filed November 9, 2006 (Docket No. 8429) to vacate the Consent Order for Subfile No. CHNU-002-0005A filed January 25, 2002 (No. 6492) .

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order filed January 25, 2002, in subfile CHNU-002-0005A is vacated.

IT IS FURTHER ORDERED that the State and Defendant Anthony G. Tafoya shall file a new Consent Order concerning the Defendant's right to use the public waters of the Rio Chama Stream System within 60 days of this Order.

                                                              /s/ Bruce D. Black
                                                          BRUCE D. BLACK
                                                          UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN