IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | 69cv07941-BB-ACE | |
| ) | | |
| vs. ) | RIO CHAMA ADJUDICATION | |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | Canjilon Creek, Section 3 | |
| ) | | |
| Defendants. ) | **CHCJ-006-0003A, B, C, D, E** | |
| _____ ) | | |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

THIS MATTER is before the court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed November 9, 2006 (Docket No. 8430).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Rubina V. Vailpando | CHCJ-006-0003A | P.O. Box 503<br>Canjilon, NM 87515 |
| Norman Vigil | CHCJ-006-0003B | 7312 Calle Montana, NE<br>Albuquerque, NM 87113 |
| Wayne A. Vigil | CHCJ-006-0003C | P.O. Box 454<br>Canjilon, NM 87515 |
| Theodore C. Lobato | CHCJ-006-0003D | P.O. Box 454<br>Canjilon, NM 87515 |

| | | |
|---|---|---|
| Bernice Martinez | CHCJ-006-0003E | P.O. Box 507<br>Canjilon, NM 87515 |
| Eraldo Martinez | CHCJ-006-0003E | P.O. Box 507<br>Canjilon, NM 87515 |

IT IS SO ORDERED.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
VICKIE L. GABIN, SPECIAL MASTER