IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.,*<br>        Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br><br>CHNU-002-0003B |

## ORDER JOINING ADDITIONAL PARTY DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed November 9, 2006 (Docket No. 8431).

Being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the person or entity listed below is joined as a party defendant to these proceedings.

| | | |
|---|---|---|
| Juan R. Montaño Revocable Trust | CHNU-002-0003B | P.O. Box 247, Tierra Amarilla NM 87575 |

                                                   */s/ Bruce D. Black*
                                                   BRUCE D. BLACK
                                                   UNITED STATES DISTRICT JUDGE

Approved:

*/s/ Vickie L. Gabin*
VICKIE L. GABIN, SPECIAL MASTER