IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | CHCC-002-0004B & CHCC-002-0005B |

## ORDER JOINING ADDITIONAL PARTY DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed November 9, 2006(Doc. No. 8432).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the person or entity listed below is joined as a party defendant to these proceedings.

   Derek M. Strauch     CHCC-002-0004B     HC 75 Box 85, Chama NM 87575
                        CHCC-002-0005B

                                          _____
                                          BRUCE D. BLACK
                                          UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN