IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## MOTION TO CORRECT DEFENDANTS' NAMES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue its order correcting the names of the defendants named below to read as follows:

| FROM | TO |
|---|---|
| Mrs. Esther Bruno Estate | Estate of Esther Bruno<br>CHTA-003-0021 |
| Margret Roybal | Margaret Roybal<br>CHRB-004-0003B |
| Ramon Sanchez | Ramon E. Sanchez<br>CHTA-004-0014A |
| Louis K. Jaramillo | Louis R. Jaramillo<br>CHRB-004-0030 |
| Chama Valley Schools | Chama Valley Independent School District No. 19<br>CHCV-001-0005 |
| Chama Valley Independent Schools | Chama Valley Independent School District No. 19<br>CHTA-003-0012A<br>CHTA-004-0022 |

Dated: November 13, 2006

Respectfully submitted,

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed to the following this  13  day of November 2006.

Margaret Roybal
2521 S. Zinnia Way
Lakewood, CO 80228

Louis R. Jaramillo
#150 SR-399
Espanola, NM 87532

Ramon E. Sanchez
P.O. Box 242
Tierra Amarilla, NM 87575

Chama Valley Independent School District No. 19
P.O. Drawer 10
Tierra Amarilla, NM 87575

and transmitted by ACE filing to the following on the same date:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager

1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                                    /s/ Ed Newville
                                                    Edward G. Newville