IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

RAMON ARAGON, *et al.,*

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CERTIFICATE OF SERVICE

    Edward G. Newville, attorney for the Plaintiff State of New Mexico, states that pursuant to

Fed. R. Civ. P. 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following

Defendants were served with process in the above-captioned matter.  Service was made by certified

mail (restricted delivery) addressed to the named Defendants.  A copy of each Defendant's signature

receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Caroline Madrid | CHRB-004-0010<br>CHRB-006-0040<br>CHRB-007-0011 | April 10,2006 |
| Bernabe Madrid | CHRB-004-0010<br>CHRB-006-0040<br>CHRB-007-0011 | April 4, 2006 |
| Jose A. Candelaria | CHRB-006-0016<br>CHRB-007-0009 | September 28, 2006 |
| Evaristo D. Velasquez | CHRB-007-0060 | October 5, 2006 |

| | | |
|---|---|---|
| Penelope A. Velasquez | CHRB-007-0060 | October 20, 2006 |
| Salvador G. Velasquez | CHRB-007-0060 | October 20, 2006 |
| Mary G. Velasquez | CHRB-007-0060 | October 5, 2006 |
| Kathleen Gintowt | CHCC-001-0013 | September 22, 2006 |
| Charles E. Ezell | CHCC-002-0008 | August 29, 2006 |
| Susan M. Hammer | CHCV-002-0008 | October 4, 2006 |
| Andrew Hurd | CHCV-003-0029B | September 29,2006 |
| E.T. Riley Sr., Trustee | CHCV-003-0034 | August 4, 2006 |
| Richard M. Serna | CHCV-007-0006 | September 29, 2006 |
| Patricia Serna | CHCV-007-0006 | September 29, 2006 |

Date: November 14, 2006

Respectfully submitted,

    /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this   14   day of November, 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384

Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

_/s/ Ed Newville_____
Edward G. Newville
