**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Charles E. Ezell
   P.O. Box 133
   Chama, NM 87520

CHCC-002-0008

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____   ☐ Agent / ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☒ Yes

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Penelope A. Velasquez
P.O. Box 315
Los Ojos, NM 87551

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____   ☐ Agent / ☒ Addressee
B. Received by (Printed Name)   C. Date of Delivery 10/20/06
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☒ Yes

Article Number (Transfer from service label): 7041 3200 (005 0474 5063

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Salvador G. Velasquez
P.O. Box 315
Los Ojos, NM 87551

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____   ☐ Agent / ☒ Addressee
B. Received by (Printed Name)   C. Date of Delivery 10/20/06
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☒ Yes

Article Number (Transfer from service label): 7041 3200 0005 0474 5075

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Susan M. Hammer
P.O. Box 1143
Vernal, UT 84078-1143

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: ☐ Agent ☐ Addressee
B. Received by (Printed Name): Susan M. Hammer   C. Date of Delivery: 11-4-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

Article Number (Transfer from service label): 7099 3220 0005 9416 4(?) 

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Andrew Hurd
P.O. Box 745
Chama, NM 87520

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: ☐ Agent ☐ Addressee
B. Received by (Printed Name):    C. Date of Delivery: 9/29/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

Article Number (Transfer from service label): 7099 3220 0005 9416 4616

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

J.T. Reilly Sr., Trustee
3216 Crystral Path
San Antonio, TX 78259-3662

CHCV-003-0034

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: J T REILLY SR, TRUSTEE ☐ Agent ☐ Addressee
B. Received by (Printed Name): Sharon R. Deer   C. Date of Delivery: 8/04/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

Article Number (Transfer from service label): 7099 3220 0005 9416 4610

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Evaristo D. Velasquez
P.O. Box 315
Los Ojos, NM 87551

RESTRICTED DELIVERY

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): E. D. [illegible]
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

Article Number (Transfer from service label): 7099 3220 0059 9424 2891 CHKB 001-0013

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Mary G. Velasquez
P.O. Box 315
Los Ojos, NM 87551

RESTRICTED DELIVERY

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Mary V. Velasquez ☐ Agent ☐ Addressee
B. Received by (Printed Name): Mary G. Velasquez
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

Article Number (Transfer from service label): 7099 3220 0059 9424 2891 CHKB 001-0012

Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Kathleen Gintowt
1802 Monterey Drive
Gallup, NM 87301

CHCC-001-0013

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Kathleen Gintowt ☐ Agent ☐ Addressee
B. Received by (Printed Name): Kathleen Gintowt
C. Date of Delivery 9-20-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

Article Number (Transfer from service label): 7099 3220 0004 0716-7485

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Caroline Madrid   FWD TO:
1225 Soaring Eagle Dr.
Colorado Springs Co 80915

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _(illegible)_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): _(illegible)_
C. Date of Delivery: 4/10/06
D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No
   1285 Soaring Eagle Dr
   Colorado Springs Co 80915

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee) ☑ Yes

PS Form 3811, February 2004   Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

Article Addressed to:

Bernabe Madrid
P.O. Box 41
Los Ojos, NM 87551

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _(illegible)_ ☐ Agent ☑ Addressee
B. Received by (Printed Name): Bernabe Madrid
C. Date of Delivery: 4/04/04 _(approx)_
D. Is delivery address different from item 1? ☐ Yes ☑ No

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee) ☑ Yes

PS Form 3811, February 2004   Domestic Return Receipt

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

Article Addressed to:

Jose A. Candelaria
P.O. Box 85
Los Ojos, NM 87551

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _(illegible)_ ☐ Agent ☑ Addressee
B. Received by (Printed Name): _(illegible)_
C. Date of Delivery: _(illegible)_
D. Is delivery address different from item 1? ☐ Yes ☑ No

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee) ☑ Yes

Article Number: 7004 3320 0004 0167 6765

PS Form 3811, February 2004   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patricia Serna
P.O. Box 843
Chama, NM 87520

:HCV CC7]-CCCG

Article Number
(Transfer from service label) 7007 3400 0019 5292 2769

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Patricia Serna_    ☐ Agent  ☑ Addressee

B. Received by (Printed Name): Patricia Serna
C. Date of Delivery: 9-29-06

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard M. Serna
P.O. Box 843
Chama, NM 87520

:HCV CC7]-CCCG

Article Number
(Transfer from service label) 7099 3400 0019 5292 2769

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Richard M. Serna_    ☐ Agent  ☑ Addressee

B. Received by (Printed Name): Richard M. Serna
C. Date of Delivery: 9-24-06

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes