IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | 69cv07941 BB-ACE |
| Plaintiff, | RIO CHAMA STREAM SYSTEM |
| vs. | Section 7: Rio Brazos, Village of Chama |
| ROMAN ARAGON, *et al.,* Defendants. | Subfile Nos.   CHRB-009-0012B<br>CHCV-002-0021 |

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the court on the State of New Mexico, *ex rel.* State Engineer's November 10, 2006, Motion to Set Aside Entry of Default of defendants in the Rio Brazos and the Village of Chama subsections of Section 7 (Doc. No. 8436).  Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the October 2, 3006, Clerk's Certificate of Default (No. 8400) with respect to the following named defendants is hereby set aside:

| | |
|---|---|
| Navora Martinez | CHRB-009-0012B |
| Juan A. Martinez | CHRB-009-0012B |
| Delfino J. Trujillo | CHCV-002-0021 |
| Patricia C. Trujillo | CHCV-002-0021 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN