IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## ORDER GRANTING MOTION TO CORRECT DEFENDANTS' NAMES

THIS MATTER is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendants' Names filed November 13, 2006 (Doc. No. 8445).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the motion is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Mrs. Esther Bruno Estate | Estate of Esther Bruno<br>CHTA-003-0021 |
| Margret Roybal | Margaret Roybal<br>CHRB-004-0003B |
| Ramon Sanchez | Ramon E. Sanchez<br>CHTA-004-0014A |
| Louis K. Jaramillo | Louis R. Jaramillo<br>CHRB-004-0030 |

| | |
|---|---|
| Chama Valley Schools | Chama Valley Independent School District No. 19<br>CHCV-001-0005 |
| Chama Valley Independent Schools | Chama Valley Independent School District No. 19<br>CHTA-003-0012A<br>CHTA-004-0022 |

_/s/ Bruce D. Black_
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_/s/ Vickie L. Gabin_
SPECIAL MASTER VICKIE L. GABIN