IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

 vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

**Subfile No. CHCV-003-0026**

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed November 10, 2006 (Doc. No. 8437).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Estate of Carlotta Valdez and the Estate of Maximilo Valdez for defendants Carlotta Valdez and Maximilo Valdez in these proceedings.

            /s/ Bruce D. Black
            BRUCE D. BLACK
            UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
SPECIAL MASTER VICKIE L. GABIN