IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

   vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHRB-009-0006**

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed November 11, 2006 (Doc. No. 8440).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Sherry J. Abeyta, Mark D. Abeyta, Gale A. Abeyta, and Darlene A. Manuele are substituted for defendant Jenny R. Abeyta in these proceedings.

                                                BRUCE D. BLACK
                                                UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN