**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**FILED**
at Santa Fe, N.M.

NOV 2 1 2006

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-005-0001**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### AGRIPINA SALAZAR
### VICTOR SALAZAR

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.



4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s):** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:**      GARCIA DITCH NO.1

  **Location: X=** 1,582,319   feet  **Y=** 1,989,955   feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

  Section 30, Township 26N, Range 05E, N.M.P.M.

  Pt. NE¼                                                    4.4  acres

                                              Total      4.4 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-005-0001

**Amount of Water:** Reserved for future determination by court order entered July 25,
                2000.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon

Creek, Section 3, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek,

Section 3, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except

in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE: _____        SIGNATURE: _____
            AGRIPINA SALAZAR                            VICTOR SALAZAR

ADDRESS: P.O Box 324                       ADDRESS: P.O Box 324
         Tierra Amarilla                            Tierra Amarilla N.M.
         New Mexico 87575                           87575
DATE: 10-23-06                             DATE: 10-23-06

Consent Order                          3                    Subfile No.: CHCJ-005-0001

*L. Christopher Lindeen*

for EDWARD G. NEWVILLE
Special Assistant Attorney General

11/1/06
Date



Garcia Ditch No. 1

005-0001
A 4.4 ac.

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|

LEGEND

☐ Irrigated Tract Boundary

▪▪▪▪ No Right Tract Boundary

■ Seeped Land

▶— Operable Ditch / Lateral

– – Inoperable Ditch / Lateral

— Reservoir / Stock Pond

● Point of Diversion

Ⓕ Fallow

ⓃⓇ No Right



1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Canjilon Creek, Section 3**

Subfile Number
**CHCJ 005-0001**
Garcia Ditch No. 1
Amended
Dec. 14, 2001

