IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

NOV 21 2006

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-004-0037**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### LIONEL E. MARTINEZ II

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement
concerning certain elements of Defendant's right to divert and use the public waters of
the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures
appearing below, the State and the Defendant(s) have approved and accepted the elements
of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements
of the claims of the Defendant(s) adjudicated by this order.



4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

      Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  0430

**Priority:**  Reserved for future determination by court order entered November 26, 2001.

**Source of Water:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio
                    Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
      **Ditch:**       TIERRA AMARILLA COMMUNITY DITCH
      **Location X:**  1,557,188    feet  **Y:**  2,064,714   feet
      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Tierra Amarilla Grant                 11.7  acres
                                    Total      11.7  acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-
004-0037

**Amount of Water:** Reserved for future determination by court order entered November
                    26, 2001.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de
      Tierra

      Amarilla, Section 7, other than those set forth in this order and those other orders entered

      by this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

Consent Order                           3                      Subfile No.: CHTA-004-0037

ACCEPTED: _____
                    LIONEL E. MARTINEZ II

ADDRESS: ___P. O. Box 114____

                ___Chama  N.M____

                _____87520_____

DATE: ___July 13, 2006____


_Ed Newville_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

___7·19·06_____
Date



Tierra Amarilla
Community Ditch

004-0037
A 11.7 ac.

Paderon Lateral




LEGEND
▭ Irrigated Tract Boundary
▲▲▲ No Right Tract Boundary
▨▨ Seeped Area
▶▶ Operable Ditch
— — Inoperable Ditch
— Stock Ponds / Reservoir
● Point of Diversion
Ⓕ Fallow
Ⓝ No Right




1 inch = 300 feet

0   100   200   300 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Rito de Tierra Amarilla Section**

Subfile Number
**CHTA 004-0037**
Tierra Amarilla
Community Ditch
AMENDED June 10, 2003

