**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**FILED**
at Santa Fe, NM

NOV 2 2 2006

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-009-0032**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

              BAUDELIA M. MERCURE

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.      The Court has jurisdiction over the parties and the subject matter of this suit.

2.      The State of New Mexico and the above-named Defendant(s) are in agreement

      concerning certain elements of Defendant's right to divert and use the public waters of

      the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing

      below, the State and the Defendant(s) have approved and accepted the elements of

      Defendant's water rights as set forth in paragraph 4 herein.

3.      There is no just reason for delay for the entry of a final judgment as to the elements

      of the claims of the Defendant(s) adjudicated by this order.



4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Brazos, Section 7, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   NONE
**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
         **Ditch:**        LA PUENTE DITCH
         **Location: X=** 1,571,054   feet  **Y=** 2,087,568   feet
         New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.1  acres |
| | Total | 0.1  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-009-0032

**Amount of Water:** Reserved for future  determination by court order entered November
                19, 2002.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

Section 7, other than those set forth in this order and those other orders entered by this

Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his

or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the

public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict

accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER

SIGNATURE
BAUDELIA M. MERCURE

ADDRESS: HC 75   Box 6
Tierra Amarilla
New Mex  87575

DATE:      9-14-06

EDWARD G. NEWVILLE
Special Assistant Attorney General

9·28·06
Date

Consent Order                          3                   Subfile No.: CHRB-009-0032



009-0032
A 0.1 ac.
(F)

LEGEND

| | |
|---|---|
| Irrigated Tract Boundary | ● Point of Diversion |
| No Right Tract Boundary | ● Well |
| Seeped Area | ✳ Spring |
| ▶ Operable Ditch | (F) Fallow |
| Inoperable Ditch | (NR) No Right |
| Stock Ponds / Reservoir | |

1 inch = 150 feet

0   37.5   75        150

Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

**Rio Chama Hydrographic Survey**
**Rio Brazos Section**

Subfile Number
**CHRB 009-0032**
La Puente Ditch
AMENDED
January 6, 2006