IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

Subfile Nos.  CHTA-001-0001
CHTA-001-0002
CHTA-001-0003
CHTA-002-0001
CHTA-002-0002
CHTA-002-0003
CHTA-003-0001

## CORRECTION TO ORDER MANDATING INITIAL DISCLOSURES

THIS CORRECTION to the Order Mandating Initial Disclosures, entered November 9, 2006 (Docket No. 8435) is entered to correct and clarify a provision in the Order.

Paragraph 2 on p. 4 of the Order is stricken, and is hereby replaced by the following:

2. that the failure of any Defendant to provide initial disclosures to the State by December 11, 2006, or to contact Mr. Newville regarding any infirmity which prevents him or her from doing so by December 11, shall result in a default judgment which incorporates the State's recommended disposition for the disputed water rights claim(s).

IT IS SO ORDERED.

                            */s/ Vickie L. Gabin*
                          VICKIE L. GABIN, SPECIAL MASTER