IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ROMAN ARAGON, et. al., | ) ) |
| Defendants. | ) ) ) ) |

06 NOV 22 PM 1:19

CLERK-ALBUQUERQUE

69cv07941-BB-ACE

RIO CHAMA STREAM SYSTEM

Sections 3, 5, and 7

## NOTICE OF FILING TRANSCRIPT

TO DISTRIBUTION:

All counsel of record and interested parties listed on the attached distribution list are hereby notified that the transcript of the Special Master's November 6, 2006, status conference regarding the above mentioned sections of the Rio Chama Stream System, was filed with the Clerk of the District Court on November 22, 2006.

_____
VICKIE L. GABIN, SPECIAL MASTER

RIO CHAMA COUNSEL OF RECORD                                            *last updated* **November 3, 2006**

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

------------------------------------

Jeffrey H. Albright, Esq.
Cynthia A. Loehr, Esq.
P.O. Box 1027
Albuquerque, NM 87103-1027

Lee Bergen, Esq.
4110 Wolcott Ave NE, Suite A
Albuquerque, NM 87109

Frank Bond, Esq.
P.O. Box 5333
Santa Fe, NM 87502-5333

Bradley S. Bridgewater, Esq.
David W. Gehlert, Esq.
USDOJ-ENRD
1961 Stout Street 8th Floor
Denver, CO 80294

Steven Bunch, Esq.
NM State Highway &
Transportation Dept.
P.O. Box 1149
Santa Fe, NM 87504-1149

Joe Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM 87499

Annie Laurie Coogan, Esq.
1520 Paseo de Peralta
Santa Fe, NM 87501

Chris D. Coppin, Esq.
NM Attorney General Office
P.O. Drawer 1508
Santa Fe, NM 87504

Tessa T. Davidson, Esq.
P.O. Box 2240
Corrales, NM 87048

Charles T. DuMars, Esq.
Christina J. Bruff, Esq.
201 Third Street NW, #1750
Albuquerque, NM 87102

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176-5400

Randolph B. Felker, Esq.
911 Old Pecos Trail
Santa Fe, NM 87501

Jeffrey L. Fornaciari, Esq.
P.O. Box 2068
Santa Fe, N.M. 87504-2068

Stacey J. Goodwin, Esq.
300 Galisteo Street, Suite 205
Santa Fe, NM 87501

K. JaNelle Haught, Esq.
LANL
P.O. Box 1663, Mail Stop P131
Los Alamos, NM 87545-1663

Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

Mary Humphrey, Esq.
P.O. Box 1574
El Prado, N.M. 87529

Mary Ann Joca,
Asst. Reg. Atty.
USDA-Ofc of the General
Counsel
P.O. Box 586
Albuquerque, NM 87103-0586

Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Randy E. Lovato, Esq.
8100 Rancho Sueno Ct. N.W.
Albuquerque, NM 87120-3488

Edward G. Newville, Esq.
Arianne Singer, Esq.
L. Christopher Lindeen, Esq.
Office of the State Engineer
Litigation & Adjudication
Program
P.O. Box 25102
Santa Fe, NM 87504-5102

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548

Brett J. Olsen, Esq.
812 Marquette NW
Albuquerque, NM 87102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

Benjamin Phillips, Esq.
John F. McCarthy, Esq.
Paul L. Bloom, Esq.
Rebecca Dempsey, Esq.
P.O. Box 787
Santa Fe, NM 87504-0787

Marcus J. Rael, Esq.
500 4th Street NW, Suite 200
Albuquerque, NM 87102

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd NE
Albuquerque, NM 87111-3536

Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

Jay F. Stein, Esq.
James C. Brockmann, Esq.
P.O. Box 5250
Santa Fe, NM 87502-5250

Susan G. Jordan, Esq.
1239 Paseo de Peralta
Santa Fe, NM 87501

Karen L. Townsend, Esq.
120 East Chaco
Aztec, NM 87410-1910

Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

Tim Vollmann, Esq.
3301-R Coors Rd NW, #302
Albuquerque, NM 87120

Page 2
Chama COR
updated November 3, 2006

Fred J. Waltz, Esq.
214 B Kit Carson Road
Taos, NM 87571

C. Mott Woolley, Esq.
112 W. San Francisco St., Ste 312C
Santa Fe, NM 87501