IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

        Plaintiff,
v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Section 3: Rio Nutrias, Rio Cebolla, Canjilon Creek

Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama

Subfile Nos.:

| | | |
|---|---|---|
| CHNU-002-0002 | CHRB-005-0023 | CHRU-004-0044B |
| CHNU-002-0003A | CHRB-006-0037B | CHRU-004-0044C |
| CHNU-002-0003B | CHRB-007-0030 | CHRU-004-0044D |
| CHNU-002-0005A | CHRB-007-0038 | CHRU-004-0044E |
| CHCJ-003-0044 | CHRB-009-0012B | CHCC-001-0001A |
| CHCJ-004-0045 | CHRB-009-0019 | CHCC-001-0001B |
| CHCJ-005-0001 | CHRB-009-0031 | CHCC-002-0004A |
| CHTA-003-0043 | CHRB-009-0032 | CHCC-002-0004B |
| CHTA-004-0037 | CHRU-001-0007D | CHCC-002-0005A |
| CHRB-003-0012 | CHRU-001-0017 | CHCC-002-0005B |
| CHRB-004-0005 | CHRU-003-0001A | CHCV-002-0008 |
| CHRB-004-0018A | CHRU-003-0001A-SP | CHCV-002-0021 |
| CHRB-004-0018B | CHRU-003-0001B | CHCV-002-0038 |
| CHRB-004-0040A | CHRU-004-0017 | CHCV-002-0039G |
| CHRB-005-0014 | CHRU-004-0044A | CHCV-007-0006 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above concerning the Defendants' right to use the public waters of the Rio Chama Stream

System, and a copy of this Certificate of Service, was mailed to each of the following Defendants on the 29th day of November 2006:

CHNU-002-0002
Docket No. 8458
Lucia A. Montoya
Robert J. Montoya
P.O. Box 244
Tierra Amarilla, NM 87575

CHNU-002-0003A
Docket No. 8459
Anthony G. Tafoya II
3064 Jemez Rd.
Santa Fe, NM 87507

CHNU-002-0003B
Docket No. 8460
Juan R. Montano Revocable Trust
Ana Padilla Trustee
10405 Calle Contento NW
Albuquerque, NM 87114

CHNU-002-0005A
Docket No. 8461
Anthony G. Tafoya
3064 Jemez Rd.
Santa Fe, NM 87507

CHCJ-003-0044
Docket No. 8363
Bill Davis
Jackie Wagner
P.O. Box 619
Canjilon, NM 87515

CHCJ-004-0045
Docket No. 8462
Agripina Salazar
Victor Salazar
P.O. Box 324
Tierra Amarilla, NM 87575

CHCJ-005-0001
Docket No. 8463
Agripina Salazar
Victor Salazar
P.O. Box 324
Tierra Amarilla, NM 87575

CHTA-003-0043
Docket No. 8464
Lionel E. Martinez II
P.O. Box 114
Chama, NM 87520

CHTA-004-0037
Docket No. 8465
Lionel E. Martinez II
P.O. Box 114
Chama, NM 87520

CHRB-003-0012
Docket No. 8466
Bidal A. Candelaria
P.O. Box 182
Los Ojos, NM 87551

CHRB-004-0005
Docket No. 8467
Maria Elena Gomez
Theodore Gonzales
4175 Crestwood St.
Freemont, CA 94538

CHRB-004-0018A
Docket No. 8468
Clyde C. Cordova
Cynthia A. Cordova
6716 Ventana Hills Rd. NW
Albuquerque, NM 87114

CHRB-004-0018B
Docket No. 8469
Paul M. Cordova
Georgia M. Cordova
2332 E. 12th St
Farmington, NM 87401

CHRB-004-0040A
Docket No. 8470
Gumercindo F.C. Duran
HC 75 Box 20
Tierra Amarilla, NM 87575

CHRB-005-0014
Docket No. 8471
Loyola Martinez
7028 So. Bryant St.
Littleton, CO 80120

CHRB-005-0023
Docket No. 8472
Lionel E. Martinez II
P.O. Box 114
Chama, NM 87520

CHRB-006-0037B
Docket No. 8473
Elisa M. Salazar Mackenzie
712 Grace St NE
Albuquerque, NM 87123

CHRB 007-0030
Docket No. 8474
Elisa M. Salazar Mackenzie
712 Grace St NE
Albuquerque, NM 87123

CHRB-007-0038
Docket No. 8475
Archdiocese of Santa Fe
c/o Tessa Davidson, Esq.
P.O. Box 2240
Corrales, NM 87048

CHRB-009-0012B
Docket No. 8476
Juan A. Martinez
P.O. Box 266
Tierra Amarilla, NM 87575

Stephanie E. Martinez
P.O. Box 227
Tierra Amarilla, NM 87575

Navora Martinez
P.O. Box 842
Tierra Amarilla, NM 87575

CHRB-009-0019
Docket No. 8477
Joseph G. Cordova
Christine M. Cordova
6317 Ponderosa Ct. NE
Albuquerque, NM 87110

CHRB-009-0031
Docket No. 8497
Baudelia M. Mercure
Vincente Mercure
HC 75 Box 6 La Puente Rt.
Tierra Amarilla, NM 87575

CHRB-009-0032
Docket No. 8498
Baudelia M. Mercure
HC 75 Box 6 La Puente Rt.
Tierra Amarilla, NM 87575

CHRU-001-0007D
Docket No. 8496
Mike Ulibarri
Janelle Ulibarri
385 Aragon Ave.
White Rock, NM 87544

CHRU-001-0017
Docket No. 8495
Mike Ulibarri
Janelle Ulibarri
305 Aragon Ave.
White Rock, NM 87544

CHRU-003-0001A
Docket No. 8413
Alfred Q. Peralta
Elizabeth T. Peralta
c/o Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

CHRU-003-0001A-SP
Docket No. 8414
Alfred Q. Peralta
Elizabeth T. Peralta
c/o Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504-2523

CHRU-003-0001B
Docket No. 8415
Norm Vogt
c/o Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, NM 87505

CHRU-004-0017
Docket No. 8494
Rutheron Mutual Domestic
Water Consumers Assoc.
c/o Peter J. Holzem
P.O. Box 204
Los Ojos, NM 87551

CHRU-004-0044A
Docket No. 8493
Steve A. Padilla
c/o Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

CHRU-004-0044B
Docket No. 8492
Dianna Andrews
Timothy Andrews
c/o Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

CHRU-004-0044C
Docket No. 8491
Dianna Andrews
Timothy Andrews
c/o Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

CHRU-004-0044D
Docket No. 8490
Dianna Andrews
Timothy Andrews
c/o Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

CHRU-004-0044E
Docket No. 8489
Dianna Andrews
Timothy Andrews
c/o Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-2421

CHCC-001-0001A
Docket No. 8488
Raleigh K. Gardenhire
Johnna Weaver
P.O. Box 1155
Chama, NM 87520

CHCC-001-0001B
Docket No. 8487
Sherry D. Wingo
Turner A. Wingo
HC 75 Box 86
Chama, NM 87520

CHCC-002-0004A
Docket No. 8486
Rice Living Trust
c/o Gene F. Rice
Rita E. Griego Rice
145 Bosque Loop
Bernalillo, NM 87004

CHCC-002-0004B
Docket No. 8485
Derek Strauch
HC 75 Box 85
Chama, NM 87520

CHCC-002-0005A
Docket No. 8484
Rice Living Trust
c/o Gene F. Rice
Rita E. Griego Rice
145 Bosque Loop
Bernalillo, NM 87004

CHCC-002-0005B
Docket No. 8483
Derek Strauch
HC 75 Box 85
Chama, NM 87520

CHCV-002-0008
Docket No. 8482
Susan M. Hammer
P.O. Box 1143
Vernal, UT 84078-1143

CHCV-002-0021
Docket No. 8481
Patricia C. Trujillo
Delfino J. Trujillo
P.O. Box 643
Chama, NM 87520

CHCV-002-0038
Docket No. 8480
Robert G. Wells
1012 Calle Corvo NE
Albuquerque, NM 87113

CHCV-002-0039G
Docket No. 8479
Natasha Mattie Crusita Rivas
P.O. Box 634
Chama, NM 87520

CHCV-007-0006
Docket No. 8478
Richard M. Serna
Patricia Serna
P.O. Box 843
Chama, NM 87520

True file stamped copies of each of the Consent Orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following persons on the 29th day of November 2006:

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

John W. Utton, Esq.
P.O. Box 271
Albuquerque, NM 87103-0271

A copy of this Certificate of Service was transmitted by ACE filing to Special Master Vickie L. Gabin on the same date.

*/s/ Edward Newville*
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444

4