IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Mainstream<br><br>RANCHITOS DITCH<br><br>**Subfile Nos. 4.5** |

## MOTION TO AMEND NOTICE AND ORDER TO SHOW CAUSE

COMES NOW the Plaintiff State of New Mexico on the relation of the State Engineer and requests the Court to amend the Notice and Order to Show Cause filed October 13, 2006 (Doc. No. 8411) in connection with Defendant Juan Duran and Subfile 4.5 in Section 1 of the Rio Chama Stream Systrem, and as grounds states the following:

1. Defendant Juan Duran has filed no objection to the Notice and Order to Show Cause filed October 13, 2006 (Doc. No. 8411) within the time allowed under the Order (45 days).

2. The Notice and Order to Show Cause filed October 13, 2006 (Doc. No. 8411) contained a clerical error and incorrectly described the total amount of irrigated acreage under Subfile 4.5 as 0.3 acres. The correct amount of total irrigated acreage mapped under Subfile 4.5 is 0.27 acres, as shown on the color subfile map that was attached to the Order to Show Cause.

3. The description of the amount of irrigated acreage in the Notice and Order to Show Cause filed October 13, 2006 should be amended to describe 0.27 acres of land.

WHEREFORE the State of New Mexico respectfully requests the Court to enter its Order

amending the Notice and Order to Show Cause filed October 13, 2006 as described above. Further, in the absence of a timely objection to the granting of this Motion, the State requests that the Court determine that the amount of acreage with appurtenant irrigation water rights under this subfile is a total 0.27 acres.

> Respectfully submitted,
>
> */s/ Ed Newville*
> EDWARD G. NEWVILLE
> Special Assistant Attorney General
> Office of State Engineer
> P.O. Box 25102
> Santa Fe, NM 87504-5102
> (505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed to following persons on December __1__, 2006:

Fred J. Waltz, Esq.
214 B Kit Carson Road
Taos, NM 87571

Juan Duran
P.O. Box 1
Abiquiu, NM 87510

transmitted by ACE filing to the following on the same date.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

> */s/ Ed Newville*
> Edward G. Newville