IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION TO SET ASIDE ENTRY OF DEFAULT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Fed. R. Civ. P. 55(c) respectfully requests the Court to set aside the entry of default for the following defendants in the Rio Brazos subsection of Section 7:

| | |
|---|---|
| Leo Rodela | CHTA-003-0022 |
| Margaret Rodela | CHTA-003-0022<br>CHTA-004-0023 |
| Harold M. Gallegos | CHRB-003-0009 |
| George A. Valdez | CHRB-004-0027A |
| Olivia M. Valdez | CHRB-004-0027A |
| Lorenzo Zuniga Jr. and Maria E. Varela Family Trust | CHRB-009-0022A |
| Clifton M. Hughes | CHCV-002-0005 |
| Angela Hughes | CHCV-002-0005 |

As grounds therefore Plaintiff states:

1. The Clerk's Certificate of Default with respect to the above-named defendants was entered on October 2, 2006 (Docket No. 8400).

2. The above-named defendants have recently contacted the State and have approved the State's proposed Consent Orders with respect to the subfiles listed above.

3. Good cause exists to set aside the entry of default with respect to the defendants named above.

WHEREFORE, the Plaintiff State of New Mexico *ex rel.* State Engineer requests the Court to set aside the entry of default for the above-named defendants.

DATED: December 7, 2006

      Respectfully submitted,

        /s/ Ed Newville
      EDWARD G. NEWVILLE
      Special Assistant Attorney General
      Office of State Engineer
      P.O. Box 25102
      Santa Fe, NM 87504-5102
      (505) 867-7444

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were mailed to following persons on December 7, 2007.

Leo Rodela
Margaret Rodela
PO Box 38
Tierra Amarilla, NM 87575

Harold M. Gallegos
P.O. Box 142
Los Ojos, MN 87551

George A. Valdez
Olivia M. Valdez
PO Box 187
Tierra Amarilla, MN 87575

Lorenzo Zuniga Jr. And Maria E. Varela Family Trust
c/o Maria E. Varela, Trustee
PO Box 4
Los Ojos, NM 87551

Clifton M. Hughes
Angela Hughes
P.O. Box 214
Chama, NM 87520

and transmitted by ACE filing to the following on the same date.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

           /s/ Ed Newville
           Edward G. Newville