IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla, |
| ROMAN ARAGON, *et al.,* | Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## MOTION TO ALLOW SERVICE BY PUBLICATION

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and requests the Court to enter its order allowing service by publication on the Defendants named herein, and in support of this motion the undersigned counsel for the State of New Mexico states as follows:

1. The States seeks to serve the Defendants named herein by publication pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 1-004(K) of the Rules of Civil Procedure for the District Courts of the State of New Mexico.

2. Attempts by the State to serve the Defendants listed below by mail or commercial carrier as provided in Rule 1-0004(E)(3) of the Rules of Civil Procedure for the District Courts of the State of New Mexico have been unsuccessful. Certified mail (restricted delivery) addressed to the Defendants named below was either returned as unclaimed or not deliverable as addressed. In cases where mail was returned as not deliverable as addressed, the whereabouts of the Defendants cannot be discovered after due inquiry and search.

| Defendant | Subfile No. |
|---|---|
| Tira L. Ouellete | CHRB-004-0041 |
| Celia O. Lucero | CHCV-002-0011 |
| Rebecca Hurd | CHCV-002-0017 |
| Robert Hurd | CHCV-002-0017 |
| Daphne Kim Tribble | CHCV-002-0019 |
| Jose Salomon Lucero | CHCV-002-0035 |
| Presley D. Rivas | CHCV-002-0039E |
| Angelo E. Rivas | CHCV-002-0039F |
| Maria A. Martinez | CHCV-003-0017 |
| Robert Gallegos, Jr. | CHCV-003-0017 |

3.     The State is unaware of the appointment of a personal representative to accept or receive service of process on behalf of the estate of the deceased persons listed below.

| Defendant | Subfile |
|---|---|
| Estate of Octaviano Ulibarri | CHTA-003-0021 |
| Estate of Lupita Valerio Jaramillo | CHRB-004-0023 |

WHEREFORE, the plaintiff State of New Mexico *ex rel.* State Engineer requests the Court to enter its order allowing service of process by publication upon the above-named Defendants.

Dated: December 7, 2006

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General

Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

  I hereby certify that copies of the foregoing were transmitted by ACE filing to the following on December 7, 2006

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                /s/ Ed Newville
                Edward G. Newville