IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                    Plaintiff,

          vs.

ROMAN ARAGON, *et al.,*

                    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court

to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Edna Ulibarri | CHTA-003-0025 |
| Ramon E. Sanchez | CHTA004-0014A |
| James P. Cordova | CHRB-004-0031 |
| Joyce Gallegos | CHRB-007-0046 |
| Andrew M. Tafoya | CHRB-009-0010 |
| Rosina Martinez | CHRB-009-0022B |
| William Horn | CHRU-001-0007C |
| Virginio R. Martinez | CHRU-003-0005<br>CHRU-004-0002 |
| Duane C. Burnside | CHCC-001-0005 |
| Diane O. Burnside | CHCC-001-0005 |

Jose Onesimo Martinez, Jr.    CHCC-002-0015

Donnie Carillo                CHCV-002-0052

Betty M. Martin               CHCV-003-0012

Lance Leyba                   CHCV-006-0004

and as grounds therefore plaintiff states:

1.      The defendants named above are in default for failure to appear, answer, or otherwise

defend in this cause, as shown by the Clerk's Certificate of Default filed October 2, 2006 (Doc. No.

8400).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting

default judgment against the above-named defendants incorporating the terms of the State's proposed

consent orders and in conformance with the Office of the State Engineer Hydrographic Surveys for

Section 7 of the Rio Chama Stream, as amended.

Respectfully submitted,

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed to following persons on December 8, 2006:

Edna Ulibarri
P.O. Box 150
Mesilla, NM 88046

Ramon E. Sanchez
P.O. Box 242
Tierra Amarilla, NM 87575

James P. Cordova
# 23, CR 3181
Aztec, NM 87410

Joyce Gallegos
2201 Greenwich Cir. W.
Colorado Springs, CO 80909

Andrew M. Tafoya
PO Box 87
Tierra Amarilla, NM 87575

Rosina Martinez
1671 E. Kingsley Avenue
Pomona, CA 91767

William Horn
HC 75 Box 1007
Rutheron, NM 87551

Virginio R. Martinez
HC 75, Box 1020
Rutheron, NM 87551

Duane C. Burnside
Diane O. Burnside
P.O. Box 161
Chama, NM 87520

Jose Onesimo Martinez, Jr.

c/o Sara Howard
152 E. Helm Ave
Salt Lake City, Utah 84115

Donnie Carillo
841 Capilene Ln.
Chama, NM 87520

Betty M. Martin
P.O. Box 654
Chama, NM 87520

Lance Leyba
HC 75 Box 50
Chama, NM 87520

and transmitted by ACE filing to the following on the same date.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                    /s/ Ed Newville
                                    Edward G. Newville