IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

## STATUS REPORT

In compliance with the Order Mandating Initial Disclosures filed November 9, 2006 (Doc. No. 8435), the Plaintiff State of New Mexico *ex rel.* State Engineer files this Status Report in connection with the disclosure of discoverable information and documents by the following Defendants:

CHTA-001-0001
Frank C. Sena
John M. Sena

CHTA-001-0002
Agripina G. Salazar
Victor Salazar, Sr.

CHTA-001-0003
Adan Garcia, Jr.
Leroy Garcia
Armando Garcia
Samuel Garcia
Miguel Martinez
Pamela Manzanares
Donna Garcia
Viola Chavez

<u>CHTA-002-0001</u>
Ellis Gordon Schlegel

<u>CHTA-002-0002</u>
Ascencion Labrier

<u>CHTA-003-0001</u>
Heirs of Carlota L. Martinez

1. Defendants Agripina G. Salazar, Victor Salazar, Sr. (subfile CHTA-001-0002), Ellis Gordon Schlegel (subfile CHTA-002-0001), Ascencion Labrier (subfile CHTA-002-0002) and Heirs of Carlota L. Martinez (subfile CHTA-003-0001) have provided the State with the required information and documents.

2. Defendants in subfiles CHTA-001-0001 and CHTA-001-0003 have not provided initial discovery disclosures by December 11, 2006, as required by the Order Mandating Initial Disclosures, or contacted the undersigned counsel for the State of New Mexico to discuss any reasons that might prevent them from doing so.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Status Report was mailed to following persons on December  13  , 2004.

John M. Sena
9709 Rio Grande NW
Albuquerque, NM 87114

Frank C. Sena
59 County Road 84
Santa Fe, NM 87506

Victor Salazar, Sr.
Agripina G. Salazar
P.O. Box 324
Tierra Amarilla, NM 87575

Adan Garcia, Jr.
P.O. Box 1284
Española, NM 87532

Leroy Garcia
P.O. Box 4416
Fairview, NM 87533

Armando Garcia
P.O. Box 4236
Fairview, N.M. 87533

Samuel Garcia
1200 Calle Sombra
Española, NM 87532

Miguel Martinez
c/o Mike Martinez
P.O. Box 216
Alcalde, NM 87511

Pamela Manzanares
P.O. Box 1228
Española, NM 87532

Donna Garcia

P.O. Box 2056
Española, NM 87532

Viola Chavez
P.O. Box 1385
Española, NM 87532

Joan Garcia
3700 Aspen NE, Apt. 3R
Albuquerque, NM 87110

Ellis Gordon Schlegel
P.O. Box 309
Tierra Amarilla, NM 87575

Asencion Labrier
HC 75 Box 24
Tierra Amarilla, 87575

Heirs of Carlota L. Martinez
c/o Frank A. Martinez
Seven Springs Fish Hatchery
346 Forest Rd. #34
Jemez Springs, NM 87025

and transmitted by ACE filing to the following on the same date.

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

                                            /s/ Ed Newville
                                            Edward G. Newville