IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

      vs.

ROMAN ARAGON, *et al.,*

           Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## APPLICATION FOR ENTRY OF DEFAULT

    COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | Proof of service filed |
|---|---|---|
| Hope U. Martinez | CHTA-004-0027B | September 25, 2006 (Doc. No. 8386) |
| Juan I. Martinez | CHTA-004-0027B | September 25, 2006 (Doc. No. 8386) |
| Virginia McDermott | CHTA-004-0028 | September 25, 2006 (Doc. No. 8386) |
| Tracy T. Howell | CHTA-004-0028 | September 25, 2006 (Doc. No. 8386) |
| Joe I. Valdez | CHRB-004-0015 | September 25, 2006 (Doc. No. 8386) |
| Tive Valdez | CHRB-004-0015 | September 25, 2006 (Doc. No. 8386) |
| Daniel E. Valdez | CHRU-003-0009 CHRU-004-0006 | September 25, 2006 (Doc. No. 8386) |
| Johnny Valdez | CHRU-004-0009 | September 25, 2006 (Doc. No. 8386) |

| Verleen Bush | CHCV-002-0044 | September 25, 2006 (Doc. No. 8386) |
| John Bush | CHCV-002-0044 | September 25, 2006 (Doc. No. 8386) |
| Victoria L. Skrondahl | CHCV-003-0028 | September 25, 2006 (Doc. No. 8386) |
| Estate of Manuelita U. Abeyta | CHTA-003-0053 | September 25, 2006 (Doc. No. 8386) |

Dated: December 13, 2006

Respectfully submitted,

　/s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was transmitted by ACE filing to the following this 13th day of December 2006:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

　/s/ Ed Newville
Edward G. Newville