IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB-ACE |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's December 7, 2006, Motion to Set Aside Entry of Default of defendants in Section 7 in the Rio Chama Stream System (Doc. No. 8506).  Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

IT IS ORDERED, THEREFORE, that the October 2, 2006, Clerk's Entry of Default (Doc. No. 8400) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Leo Rodela | CHTA-003-0022 |
| Margaret Rodela | CHTA-003-0022<br>CHTA-004-0023 |
| Harold M. Gallegos | CHRB-003-0009 |
| George A. Valdez | CHRB-004-0027A |
| Olivia M. Valdez | CHRB-004-0027A |
| Lorenzo Zuniga Jr. and Maria E. Varela Family Trust | CHRB-009-0022A |

| | |
|---|---|
| Clifton M. Hughes | CHCV-002-0005 |
| Angela Hughes | CHCV-002-0005 |

*(signature)*

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*(signature)*

SPECIAL MASTER VICKIE L. GABIN