IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>     Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>     Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

### ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION

THIS MATTER is before the Court on the Motion for Order to Allow Service by Publication of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed December 7, 2006 (Doc. No 8507).

Being fully advised in the premises, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Plaintiff may serve the Defendants named below by publication pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 1-004(K) of the Rules of Civil Procedure for the District Courts of the State of New Mexico:

| Defendant | Subfile No. |
|---|---|
| Tira L. Ouellete | CHRB-004-0041 |
| Celia O. Lucero | CHCV-002-0011 |
| Rebecca Hurd | CHCV-002-0017 |
| Robert Hurd | CHCV-002-0017 |
| Daphne Kim Tribble | CHCV-002-0019 |

| | |
|---|---|
| Jose Salomon Lucero | CHCV-002-0035 |
| Presley D. Rivas | CHCV-002-0039E |
| Angelo E. Rivas | CHCV-002-0039F |
| Maria A. Martinez | CHCV-003-0017 |
| Estate of Octaviano Ulibarri | CHTA-003-0021 |
| Estate of Lupita Valerio Jaramillo | CHRB-004-0023 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN