IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* the State Engineer, <br><br> Plaintiffs, <br><br> v. <br><br> ROMAN ARAGON et al., <br><br> Defendants. | No. 69cv07941 BB-ACE <br> Rio Chama Stream Adjudication <br> Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron and Plaza Blanca, Cañones Creek, Village of Chama |

**JOINT MOTION PROPOSING INITIAL SCHEDULING ORDER GOVERNING ADDITIONAL ADJUDICATION ACTIVITY FOR OUTSTANDING WATER RIGHTS CLAIMS OF THE JICARILLA APACHE NATION**

Pursuant to the Special Master's Scheduling Order for Further Proceedings dated December 4, 2006, directing the Jicarilla Apache Nation ("the Nation") and the State of New Mexico, ex rel. State Engineer ("State") to file a joint motion for a schedule governing additional adjudication activity for outstanding water rights claims of the Nation, the Nation and the State respectfully move the Court to adopt the proposed initial schedule and target dates set forth below. The claims addressed in this initial schedule do not include the surface water irrigation claims that are the subject of previously filed subfile orders nor claims for surface water irrigation appurtenant to the Nation's Boyd Tract and Willow Creek Ranch for which the hydrographic survey work has been completed by the State and discussions between the Nation and the State are ongoing.

1. By March 31, 2007, the Nation shall provide to the hydrographic survey staff of the Office of the State Engineer ("OSE") a written description of the process to be followed for the planned hydrographic survey work.

2. By May 31, 2007, the hydrographic survey staff of the OSE shall provide the Nation with its comments and suggested changes to the process for conducting hydrographic survey work for consistency with the standards of the OSE.

3. By August 31, 2007, the Nation shall endeavor to complete the hydrographic survey work in accordance with the procedures developed by the Nation and reviewed by the OSE and deliver to the hydrographic survey staff of the OSE a Draft Hydrographic Survey Report for review and comment.

4. By December 31, 2007 the Nation will submit to the OSE a Preliminary Hydrographic Survey Report for review and comment.

5. By May 31, 2008, the OSE shall complete an initial review of the Preliminary Hydrographic Survey Report provided by the Nation.

6. By September 30, 2008, the OSE shall complete field inspections to the extent deemed necessary by the hydrographic survey staff of the State Engineer to complete the OSE's review of the Preliminary Hydrographic Survey Report.

7. The State and OSE shall not have responsibility for the completion of a hydrographic survey by the Nation that meets the standards of the OSE, and the Nation shall at all times retain this responsibility.

8. The Nation and the State shall make all reasonable efforts to meet these target dates and shall report progress at regular status conferences with the Special Master. As noted by the Special Master at the November 6, 2006, status conference, these target dates are subject to revision.

Respectfully submitted this 15th day of December, 2006.

By: /s/ *signature*

Susan G. Jordan
Noelle Graney
NORDHAUS LAW FIRM, LLP
1239 Paseo de Peralta
Santa Fe, NM 87505
(505) 982-3622
Attorneys for the Jicarilla Apache Nation



By: /electronically approved on 12/14/2006/

Edward G. Newville
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444
Attorney for the State of New Mexico

CERTIFICATE OF SERVICE

I hereby certify that copies of the above **JOINT MOTION PROPOSING INITIAL SCHEDULING ORDER GOVERNING ADDITIONAL ADJUDICATION ACTIVITY FOR OUTSTANDING WATER RIGHTS CLAIMS OF THE JICARILLA APACHE NATION** and **[PROPOSED] INITIAL SCHEDULING ORDER GOVERNING ADDITIONAL ADJUDICATION ACTIVITY FOR OUTSTANDING WATER RIGHTS CLAIMS OF THE JICARILLA APACHE NATION** were mailed by U.S. First Class mail to the following persons on December 15, 2006.

Susan G. Jordan

**SERVICE LIST**
**(Counsel of Record)**

Edward G. Newville
Arianne Singer
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Peter B. Shoenfeld
P.O. Box 2421
Santa Fe, NM 87504-2421

Fred Vigil, Chairman
New Mexico Acequia Association
P.O. Box 687
Mendanales, NM 87548-0687

Fred J. Waltz
214 B Kit Carson Road
Taos, NM 87571

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington,
 Alberta & Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Vicki Gabin
Special Master
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Jeffrey L. Fornaciari
Hinkle, Cox, Eaton,
Coffield, & Hensley
P.O. Box 2068
Santa Fe, NM 87504-2068

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM 87103-0586

John W. Utton
Sheehan, Sheehan & Stelzner
P.O. Box 271
Albuquerque, NM 87103-0271

C. Mott Woolley
112 W San Francisco St., Suite 312C
Santa Fe, NM 87501-2090

Frank M. Bond
The Simons Firm, LLP
P.O. Box 5333
1660A Old Pecos Trail
Santa Fe, NM 87502-5333

Benjamin Phillips
John F. McCarthy, Jr.
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Rebecca Dempsey
Paul Bloom
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM 87504-0787

Mary E. Humphrey
P.O. Box 1574
El Prado, NM 87529-1574

Christopher D. Coppin
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Bradley S. Bridgewater
David W. Gehlert
U.S. Dept. of Justice
ENRD, General Litigation Sec.
999 18th Street, Ste. 945
Denver, CO 80202

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM 87575

John P. Hays
Gary S. Friedman
Cassutt, Hays & Friedman, P.A.
530-B Harkle Road
Santa Fe, NM 87505

Annie Laurie Coogan
1520 Paseo de Peralta #E
Santa Fe, NM 87501-3722

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randolf B. Felker
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
607 Cerrillos Rd., Suite F
Santa Fe, NM 87505-3799

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
P.O. Box 2240
Corrales, NM 87048

Marcus J. Rael, Jr.
French & Associates, PC
500 Marquette Ave., NW
Albuquerque, NM 87120

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

Charles T. DuMars
Christina J. Bruff
Law & Resource Planning Assoc.
201 Third Street, NW, #1370
Albuquerque, NM 87102

NM Acequia Commission
c/o Jessie Bopp
Dept. of Finance & Admin.
Local Government Division
Bataan Memorial Building
Santa Fe, NM 87503

Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, NM 87109

Kurt J. Van Deren
Hatch, Allen & Shepherd, P.A.
4801 Lang Ave., NE, Suite 200
P.O. Box 94750
Albuquerque, NM 87199-4750

Jeffrey H. Albright
Cynthia A. Loehr
201 Third Street, NW, Suite 1950
Albuquerque, NM 87102

Brett Olsen
Brett J. Olsen, P.C.
812 Marquette Avenue NW
Albuquerque, NM 87102

Tim Vollmann
3301-R Coors Road, NW #302
Albuquerque, NM 87120

Walter L. Reardon, Jr., 2158
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536

F. Chester Miller III
907 West Apache Street
Farmington, NM 87401

Susan G. Jordan
Noelle Graney
1239 Paseo de Peralta
Santa Fe, NM 87501

L. Christopher Lindeen
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102

Karla McCall
Data Manager
1315 Sagebrush Drive, SW
Los Lunas, NM 87031

K. Janelle Haught
LANL Legal Office
P.O. Box 1663
Mail Stop P131
Los Alamos, NM 87545-1663

Ernest L. Padilla
Padilla Law Firm
P.O. Box 2523
Santa Fe, NM 87504-2523

James C. Brockmann
Jay F. Stein, Esq.
Stein & Brockmann, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

David A. Benavides
Ryan Golten
New Mexico Legal Aid
P.O. Box 5175
Santa Fe, NM 87502-5175

Henry Jacquez
1110 Maez Road
Santa Fe, NM 87501