IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer, ) ) ) | |
| Plaintiff, ) ) ) | 69cv07941-BB-ACE |
| -v- ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, et al., ) ) | Sections 3 & 7 |
| Defendants. ) ) | |

### JOINT MOTION TO AMEND PRIORITIES ADJUDICATION SCHEDULE FOR SECTIONS 3 AND 7

COMES NOW the State of New Mexico, ex rel. State Engineer (State), and the Associación de Acéquias Norteñas de Rio Arriba (the Acequias) and move to amend the Order Adopting Priorities Adjudication Schedule, entered August, 26, 2004 (Docket No. 7567) and amended by Order dated February 21, 2006 (Docket No. 8128), and in support thereof state the following:

The Acequias completed and provided to the State the Acequias' historical report for water uses in the Rio Cebolla subsection in September 2006. Since that time, the Acequias' historians have begun historical work for Las Nutrias subsections and require additional time. The Acequias believe that they can complete and exchange reports for Las Nutrias subsection by September 1, 2007 and by September 1, 2008 for all subsections of Section 7.

WHEREFORE, the State and the Acequias request that the Court enter an order granting an extension of time for the Acequias to submit reports for Las Nutrias subsection to September 1, 2007 and to September 1, 2008 for all subsections of Section 7 this Motion.

Respectfully submitted,

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Acequias
707 Broadway, N. E., Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103
(505) 247-0411

BY: *Craig T. Erick*
　　 JOHN W. UTTON

*Approved on December 12, 2006*
EDWARD E. NEWVILLE
Attorney for the State
PO Box 977
03 Homesteads Rd. #G
Placitas NM 87043-0977
(505) 867-7444