IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*     )
State Engineer,                    )
                                   )
                  Plaintiff,       )
                                   )            69cv07941-BB-ACE
        -v-                        )
                                   )            RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al.,               )
                                   )            Sections 3 & 7
                  Defendants.      )
_____    )

## ORDER AMENDING PRIORITIES ADJUDICATION SCHEDULE
## FOR SECTIONS 3 AND 7

THIS MATTER is before the Special Master pursuant to the December 15, 2006 Joint Motion to Amend Priorities Adjudication Schedule, filed by the State of New Mexico, ex rel. State Engineer (State), and the Associación de Acéquias Norteñas de Rio Arriba (the Acequias) (No. ____), proposing deadlines for completing submittal of historical reports by the Acequias for Las Nutrias subsection and all subsections of Section 7. The Special Master has considered the joint motion and statements of counsel at the November 6, 2006 status and scheduling conference and finds the proposed schedules reasonable.

IT IS ORDERED, THEREFORE,

That the schedule for the completion and exchange of reports on water uses in Sections 3 and 7 shall be as follows:

1.      September 1, 2007 - Completion and exchange of the Acequias' historical report for water uses in the Las Nutrias subsection of Section 3;

3.      September 1, 2008 - Completion and exchange of the Acequias' historical report for water uses in all subsections of Section 7;

IT IS SO ORDERED.

_____
SPECIAL MASTER VICKIE L. GABIN