IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
Plaintiff, )
 )     69cv07941-BB-ACE
-v- )
 )     RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
 )
Defendants. )
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Joint Motion to Amend Priorities Adjudication Schedule for Sections 3 and 7 was served via first class mail to the persons on the list attached hereto on the 18th day of December, 2006.

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Asociación de Acéquias Norteñas de
  Rio Arriba
707 Broadway, N. E., Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103
(505) 247-0411

BY: _____
        JOHN W. UTTON

Special Master Vickie L. Gabin  
USDC-DCNM  
Post Office Box 2384  
Santa Fe, New Mexico   87504-2384  

Karla McCall, Data Manager  
1315 Sagebrush Drive, S. W.  
Los Lunas, New Mexico   87031  

Bradley S. Bridgewater, Esq./David W. Gehlert, Esq.  
USDOJ-ENRD  
1961 Stout Street, 8th Floor  
Denver, Colorado   80294  

Edward G. Newville, Special Assistant Attorney General  
Office of State Engineer  
Post Office Box 25102  
Santa Fe, New Mexico   87504-5102  

Mary E. Humphrey, Esq.  
Post Office Box 1574  
El Prado, New Mexico   87529-1574  

Fred J. Waltz, Esq.  
214 B Kit Carson Road  
Taos, New Mexico   87571  

Frank M. Bond, Esq.  
The Simmons Firm LLP  
Post Office Box 5333  
Santa Fe, New Mexico   87502-5333  

Annie Laurie Coogan, Esq.  
1520 Paseo de Peralta #E  
Santa Fe, New Mexico   87501-3722  

John E. Farrow, Esq.  
Farrow, Farrow & Stroz  
Post Office Box 35400  
Albuquerque, New Mexico   87176  

Randolf B. Felker, Esq.  
Felker Ish Hatcher Ritchie Sullivan & Geer  
911 Old Pecos Trail  
Santa Fe, New Mexico   87501  

K. Janelle Haught, Esq.  
NMHSTD  
Post Office Box 2348  
Santa Fe, New Mexico   87504-2348  

Mary Ann Joca, Esq.  
US Department of Agriculture/Office of General Counsel  
Post Office Box 586  
Albuquerque, New Mexico   87102  

Randy E. Lovato, Esq.  
8100 Rancho Sueno Ct., N. W.  
Albuquerque, New Mexico   87120  

Steven T. Bunch, Esq.  
NM State Highway & Transportation Department  
Post Office Box 1149  
Santa Fe, New Mexico   87504-1149  

Peter B. Shoenfeld, Esq.  
Post Office Box 2421  
Santa Fe, New Mexico   87504-2421  

Lucas O. Trujillo  
Post Office Box 57  
El Rito, New Mexico   87530  

Fred Vigil, Chairman  
NM Acequia Commission  
Post Office Box 687  
Medanales, New Mexico   87548  

C. Mott Wooley, Esq.  
112 W. San Francisco Street, Suite 312C  
Santa Fe, New Mexico   87501-2090  

Jeffrey L. Fornaciari, Esq.  
Hinkle, Cox, Eaton, Coffield & Hensley  
Post Office Box 2068  
Santa Fe, New Mexico   87504-2068  

Paula Garcia  
NM Acequia Association  
607 Cerrillos Rd., Suite F  
Santa Fe, New Mexico   87505

Benjamin Phillips, Esq./Rebecca Dempsey, Esq.
White, Koch, Kelly & McCarthy, P. A.
Post Office Box 787
Santa Fe, New Mexico   87504-0787

Tessa T. Davidson, Esq.
Davidson Law Firm
P. O. Box 2240
Corrales, NM 87048

Ted J. Trujillo, Esq.
Post Office Box 2185
Espanola, New Mexico   87532

Gary S. Friedman, Esq.
530-B Harkle Road
Santa Fe, New Mexico   87505

Daniel Cleavinger, Esq.
Post Office Box 2470
Farmington, New Mexico   87499

Christopher D. Coppin, Esq.
Office of the Attorney General
Post Office Drawer 1508
Santa Fe, New Mexico   87504

Brett Olson
Brett J. Olsen PC
812 Marquette Ave. NW
Albuquerque, New Mexico   87102

Tim Vollmann
3301-R Coors Rd. NW
#302
Albuquerque, NM 87120

Jeffrey H. Albright, Esq.
Cynthia Loehr, Esq.
201 3rd St. NW, Suite 1950
Albuquerque, NM 87102-1027

Christopher Lindeen
Office of State Engineer
Post Office Box 25102
Santa Fe, New Mexico   87504-5102

Susan G. Jordan, Esq.
Nordhaus Haltom Taylor Taradash & Bladh, LLP
405 Martin Luther King Avenue, N. E.
Albuquerque, New Mexico   87102-3541

Marcus J. Rael, Jr., Esq.
Robles & Rael PC
500 4th Street N.W., #200
Albuquerque, New Mexico   87102-2176

Pierre Levy, Esq.
Law Offices of Daniel J. O'Friel, Ltd.
Post Office Box 2084
Santa Fe, New Mexico   87504-2084

Charles T. DuMars, Esq.
Law & Resource Planning Associates, P. C.
201 Third Street, N. W., Suite 1370
Albuquerque, New Mexico   87102

Joseph V. R. Clark, Esq.
Cuddy Kennedy Hetherington Alberta & Ives LLP
Post Office Box 4160
Santa Fe, New Mexico   87502-4160

Martin E. Threet, Esq.
Martin E. Threet and Associates
6400 Uptown Blvd., N. E., Suite 500W
Albuquerque, New Mexico   87110

Lee Bergen
4110 Wolcott Avenue NE
Suite A
Albuquerque, NM 87109

James C. Brockmann, Esq.
Jay F. Stein, Esq.
P. O. Box 5250
Santa Fe, NM 87502-5250

Ernest L. Padilla
Padilla Law Firm, PA
P. O. Box 2523
Santa Fe, NM 87504-2523

Stacey J. Goodwin, Esq.
300 Galisteo Street, Suite 205
Santa Fe, NM 87501

Walter L. Reardon, Jr., Esq.
3733 Eubank Blvd. NE
Albuquerque, NM 87111-3536

Henry Jacquez
1110 Maez Road
Santa Fe, NM 87501

David A. Benavides / Ryan Golten
New Mexico Legal Aid
P. O. Box 5175
Santa Fe, NM 87502-5175