FILED
UNITED STATES DISTRICT COURT

DEC 1 8 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants have been served with process as follows:

| Defendant | Subfile No. | Proof of service filed |
| --- | --- | --- |
| Hope U. Martinez | CHTA-004-0027B | September 25, 2006 (Doc. No. 8386) |
| Juan I. Martinez | CHTA-004-0027B | September 25, 2006 (Doc. No. 8386) |
| Virginia McDermott | CHTA-004-0028 | September 25, 2006 (Doc. No. 8386) |
| Tracy T. Howell | CHTA-004-0028 | September 25, 2006 (Doc. No. 8386) |
| Joe I. Valdez | CHRB-004-0015 | September 25, 2006 (Doc. No. 8386) |
| Tive Valdez | CHRB-004-0015 | September 25, 2006 (Doc. No. 8386) |
| Daniel E. Valdez | CHRU-003-0009<br>CHRU-004-0006 | September 25, 2006 (Doc. No. 8386) |

8519

| | | |
|---|---|---|
| Johnny Valdez | CHRU-004-0009 | September 25, 2006 (Doc. No. 8386) |
| Verleen Bush | CHCV-002-0044 | September 25, 2006 (Doc. No. 8386) |
| John Bush | CHCV-002-0044 | September 25, 2006 (Doc. No. 8386) |
| Victoria L. Skrondahl | CHCV-003-0028 | September 25, 2006 (Doc. No. 8386) |
| Estate of Manuelita U. Abeyta | CHTA-003-0053 | September 25, 2006 (Doc. No. 8386) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 18th day of December, 2006.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk