IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | |
| Plaintiff, | |
| -v- | 69cv07941-BB-ACE |
| ROMAN ARAGON et al., | RIO CHAMA STREAM SYSTEM |
| Defendants. | Canjilon Creek, Section 3<br>CHCJ-006-0003E |

ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTY DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, ex rel. State Engineer, to Join Additional Party Defendant filed December 18, 2006 (Doc. No. 8517).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the person listed below is joined as party defendant to these proceedings.

Adela Martinez     CHCJ-006-0003E     P.O. Box 507
                                      Canjilon, NM 87515

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER