IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

   vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

## ORDER AMENDING SCHEDULING ORDER ON
## IRRIGATION WATER REQUIREMENTS

THIS MATTER is before the Special Master on the Joint Motion to Amend Scheduling Order on Irrigation Water Requirements filed by the Gallina – Capulin Acequias (Acequias) and the State of New Mexico, *ex rel.* State Engineer (State), December 13, 2006 (Doc. No. 8512). The Joint Motion seeks an amendment of the February 15, 2005, Scheduling Order on Irrigation Water Requirements (No. 7761).

Being fully advised in the premises, the Special Master finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that no later than January 31, 2007, the State and Acequias shall submit to the Special Master either a signed and approved Stipulation and Settlement Agreement concerning irrigation water requirements in Section 5, or a status report (a) detailing why the Agreement is not complete, and (b) proposing a new procedural schedule for discussion at the February 6, 2007, status conference.

IT IS SO ORDERED.

_____
SPECIAL MASTER VICKIE L. GABIN