IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>-v-  )<br>)<br>ROMAN ARAGON et al.,  )<br>)<br>Defendants.  )<br>)  | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3 & 7 |

<u>ORDER GRANTING JOINT MOTION TO AMEND PRIORITIES SCHEDULE</u>

THIS MATTER is before the Special Master on the Joint Motion to Amend Priorities Adjudication Schedule for Sections 3 and 7, filed December 15, 2006 (Docket No. 8516). The State of New Mexico, ex rel. State Engineer (State), and the Associación de Acéquias Norteñas de Rio Arriba (Acéquias) request an amendment to the Order Adopting Priorities Adjudication Schedule entered August 26, 2004 (No. 7567), as amended by Order dated February 21, 2006 (No. 8128).

The Special Master has considered the Joint Motion and statements of counsel at the November 6, 2006, status and scheduling conference, finds the proposed schedules reasonable, and find that the Joint Motion should be GRANTED.

IT IS ORDERED, THEREFORE, that the schedule for the completion and exchange of historical reports on water uses in Sections 3 and 7 in the Rio Chama Stream System shall be as follows:

1. **September 3, 2007** - Completion and exchange of the Acéquias' historical report for water uses in the Las Nutrias subsection of Section 3; and

    2. **September 1, 2008** - Completion and exchange of the Acéquias' historical report for water uses in all subsections of Section 7.

_Vickie L. Gabin_
SPECIAL MASTER