IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB-ACE ) ) RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) Section 7 |
| Defendants. | ) ) |

ORDER GRANTING JOINT MOTION RE: SCHEDULING
ADDITIONAL WATER RIGHTS CLAIMS OF THE JICARILLA APACHE NATION

THIS MATTER is before the Special Master on the December 15, 2006, Joint Motion Proposing Initial Scheduling Order Governing Additional Adjudication Activity for Outstanding Water Rights Claims of the Jicarilla Apache Nation (Docket No. 8515), filed by the State of New Mexico, ex rel. State Engineer, and the Jicarilla Apache Nation.

The Special Master has considered the Joint Motion and statements of counsel at the November 6, 2006, status and scheduling conference, finds the proposed schedules reasonable, and finds that the Joint Motion should be GRANTED.

A Scheduling Order which adopts the recommended dates and proceedings will issue shortly.

IT IS SO ORDERED.

_Vickie L. Gabin_
SPECIAL MASTER