IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the Relation of State Engineer, | ) ) ) |
| Plaintiff, | ) 69cv07941-BB-ACE ) RIO CHAMA STREAM ) SYSTEM |
| v. | ) ) |
| RAMON ARAGON, et al. | ) Section 7 ) Subfile: CHRU-004-0039 |
| Defendants. | ) |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW Hope Miner, by and through her attorneys, and in accordance with Rule 83.8 of the Local Civil Rules of the United States District Court for the District of New Mexico, moves for the withdrawal of Lewis and Roca Jontz Dawe, LLP (Jeffrey H. Albright and Cynthia A. Loehr) as counsel for Hope Miner in the above-captioned case. In support thereof, the Statement of Intent of Hope Miner to Appear *Pro Se* is attached hereto as Exhibit A.

WHEREFORE, it is requested that the Court enter an order allowing for the withdrawal of counsel in the above-captioned matter with regards to the water rights of Hope Miner, Subfile No. CHRU-004-0039.

Respectfully submitted,

LEWIS and ROCA JONTZ DAWE, LLP

By: /s/ Jeffrey H. Albright
Jeffrey H. Albright
Cynthia A. Loehr
201 Third Street NW, Suite 1950
Albuquerque, New Mexico 87102
Phone: 505-764-5400
Fax: 505-764-5485
*Attorneys for Hope Miner*

242754.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion for Withdrawal of Counsel was mailed to the following on this __3rd__ day of January, 2007:

Vickie L. Gabin, Special Master
USDC-DCNM
PO Box 2384
Santa Fe, NM  87504-2384

Edward G. Newville, Esq.
Special Assistant Attorney General
Office of the State Engineer
PO Box 25102
Santa Fe, NM  87504-5102

Hope Miner
23 Cuchilla de Lupe
Placitas, NM  87043

_____
Cynthia A. Loehr

2