IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the Relation of State Engineer, <br><br> Plaintiff, <br> v. <br><br> RAMON ARAGON, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> )    69cv07941-BB-ACE <br> )    RIO CHAMA STREAM <br> )    SYSTEM <br> ) <br> )    Section 7 <br> )    Subfile: CHRU-004-0039 <br> ) |

### STATEMENT OF INTENT OF HOPE MINER TO APPEAR PRO SE

Hope Miner, having been informed of the status of this case and being aware that upon the withdrawal of counsel, she will be personally responsible for complying with all court orders and time limitations established, hereby gives her consent for Lewis and Roca Jontz Dawe, LLP (Jeffrey H. Albright and Cynthia A. Loehr) to withdraw as counsel of record in this action, and provides for the court's information and records her current address and telephone number as of the date of the signing of this statement:

                              Hope Miner
                              23 Cuchilla de Lupe
                              Placitas, New Mexico 87043

By: _____
       HOPE MINER

_12/20/06_____
DATE



242754.1