IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>              Plaintiff,<br><br>       vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>              Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION TO CORRECT DEFENDANTS' NAMES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue its order correcting the names of the defendants named below to read as follows:

| FROM | TO |
|---|---|
| Mary G. Velasquez | Mary E. Velazquez<br>CHRB-007-0060 |
| Evaristo D. Velasquez | Evaristo D. Velazquez<br>CHRB-007-0060 |
| Penelope A. Velasquez | Penelope A. Velazquez<br>CHRB-007-0060 |
| Salavador G. Velasquez | Salvador G. Velazquez<br>CHRB-007-0060 |

Dated: January 5, 2007

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the following this   5   day of January 2007.

Salvador G. Velazquez
Penelope A. Velazquez
Evaristo D. Velazquez
Mary G. Velazquez
PO Box 315
Los Ojos, NM 87551

and transmitted to the following by electronic filing through the CM/ECF system on the same date:

Special Master Vickie L. Gabin
USDC-DCNM
P.O. Box 2384
Santa Fe, NM 87504-2384

Karla Bruner, Data Manager
1315 Sagebrush Dr. SW
Los Lunas, NM 87031

   /s/ Ed Newville
Edward G. Newville