IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941 BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7<br>Subfile: CHRU-004-0039 |
| Defendants. | |

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

THIS MATTER having come before the Court on the Unopposed Motion for Withdrawal of Counsel, filed January 3, 2007 (Doc. No. 8526), and the Court being fully apprised of the premises, finds the motion should be granted.

IT IS THEREFORE ORDERED that Lewis and Roca Jontz Dawe, LLP (Jeffrey H. Albright and Cynthia A. Loehr) are withdrawn as counsel for Hope Miner in the above-captioned case; Ms. Miner will proceed *pro se* and all correspondence from the Court regarding this matter will be directed to her at: 23 Cuchilla de Lupe, Placitas, New Mexico 87043.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE