IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| | )  69cv07941-BB-ACE |
| -v- | ) |
| | )  RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) |
| | )  Section 7 |
| Defendants. | ) |

SCHEDULING AND PROCEDURAL ORDER GOVERNING
THE OUTSTANDING WATER RIGHTS CLAIMS OF THE JICARILLA APACHE NATION

THIS MATTER is before the Special Master on the December 15, 2006, Joint Motion Proposing Initial Scheduling Order Governing Additional Adjudication Activity for Outstanding Water Rights Claims of the Jicarilla Apache Nation (Docket No. 8515), filed by the State of New Mexico, ex rel. State Engineer (State), and the Jicarilla Apache Nation (Nation).

This Order shall guide the adjudication for the Nation's outstanding water rights claims.[1]

l. By **March 30, 2007**, the Nation shall provide to the hydrographic survey staff of the Office of the State Engineer (OSE) a written description of the process to be followed for the planned hydrographic survey work.

2. By **May 31, 2007**, the hydrographic survey staff of the OSE shall review the proposed process for consistency with the OSE's standards, and shall provide the Nation with its comments and suggested changes to the proposed process.

---

[1] Some surface water irrigation claims have been resolved in previously filed subfile orders, and claims for surface water irrigation appurtenant to the Nation's Boyd Tract and Willow Creek Ranch are the subfject of on-going discussions between the Nation and the State.

3. By **August 31, 2007**, the Nation shall endeavor to complete the hydrographic survey work in accordance with procedures developed by the Nation and reviewed by the OSE, and deliver to the OSE's hydrographic survey staff OSE a Draft Hydrographic Survey Report for review and comment.

4. By **October 31, 2007**, the OSE shall provide the Nation with its comments on the Draft Hydorgraphic Survey Report.

5. By **December 31, 2007**, the Nation will submit to the OSE a preliminary Hydrographic Survey Report for review and comment.

6. By **May 30, 2008**, the OSE shall complete an initial review of the Preliminary Hyddrographic Survey Report.

7. By **September 30, 2008**, the OSE shall complete field inspections to the extent deemed necessary by the OSE's hydrographic survey staff of the State Engineer to complete the OSE's review. Counsel for interested parties may participate in the field inspections. Accordingly, they shall inform the OSE and the Nation of their intent to participate no later than **May 30, 2008,** and shall thereafter be informed of the field inspection dates, if any.

8. The Nation shall at all times retain full responsibility for completing a hydrographic survey which meets the OSE's standards.

9. The Nation and the State shall make all reasonable efforts to meet these deadlines, and shall report their progress at regular status conferences to the Special Master.

10. Nothing in this Order is intended to prejudice any party's legal and/or factual claims or objections.

_/s/ Vickie L. Gabin_
SPECIAL MASTER