IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>ROMAN ARAGON et al.,<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53 and the Third Administrative Order Setting Status Conferences (August 17, 2006, Docket No. 8362), a general status conference is hereby set for Tuesday, February 6, 2007, at 10:00 a.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, New Mexico. The following matters will be discussed:

1. The general status of the adjudication of Sections 3 and 7, including proposals for adjudicating claims associated with the Acéquias Norteñas' water bank;

2. The completion of the adjudication of water rights claims in Section 5, Gallina (*see,* Scheduling Order for Further Proceedings, December 4, 2006, No. 8505):

   a. consumptive irrigation requirements (*see*, Order Amending Scheduling Order on Irrigation Water Requirements, December 27, 2006, No. 8522);

   b. the water rights claims of the United States of America;

   c. proposed schedules and procedures for *inter se* proceedings, including both non-federal and federal agency claims; and

      d. water allocation customs.

    3. The status of the negotiations regarding the United States' claims under the Wild and Scenic Rivers Act;

    4. The parties' progress in dealing with procedural issues relating to the Treaty of Guadalupe Hidalgo (*see*, Statement of Issues, June 1, 2006, No. 8290).

    5. Water allocation customs for Section 4, El Rito;

    6. Any other matters; and

    7. Items which should be included in the next status conference scheduled for May 1, 2007 in Santa Fe.

    IT IS SO ORDERED.

*/s/ Vickie L. Gabin*
_____
SPECIAL MASTER