IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 1: Mainstream |
| ROMAN ARAGON, *et al.*, | RANCHITOS DITCH |
| Defendants. | Subfile No. 4.5 |

### ORDER GRANTING MOTION TO AMEND NOTICE AND ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Motion to Amend Notice and Order to Show Cause of the Plaintiff State of New Mexico, *ex rel* State Engineer, filed December 1, 2006 (Doc. No. 8504).

Being fully advised in the premises, and there being no objection filed to the Motion, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Notice and Order to Show Cause filed October 13, 2006 (Doc. No. 8411) is amended to describe a total of 0.27 acres of irrigated land in Subfile 4.5.

                                                                              BRUCE D. BLACK
                                                                              UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER