IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) | |
| Plaintiff, ) ) | 69cv07941-BB |
| -v- ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., ) ) | |
| Defendants. ) ) | |

ORDER WITHDRAWING ADMINISTRATIVE ORDER

The Court, having been advised that Paragraph V. of the Administrative Order entered January 11, 2007 (Doc. No. 8529) is inaccurate, hereby WITHDRAWS the January 11 Order. A corrected Administrative Order will be entered in due course.

IT IS SO ORDERED.

*[signature: Bruce D. Black]*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*[signature: Vickie L. Gabin]*
SPECIAL MASTER