IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, states that pursuant to Fed. R. Civ. P. 4(c)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendants were served with process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to the named Defendants. A copy of each Defendant's signature receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Jose A. Candelaria | CHRB-006-0016<br>CHRB-007-0009 | September 28, 2006 |
| Kathleen Gintowt | CHCC-001-0013 | September 22, 2006 |
| Charles E. Ezell | CHCC-002-0008 | August 29, 2006 ca. |
| Maurice A. Ezell | CHCC-002-0008 | July 31, 2006 |
| Dorothy W. Ezell | CHCC-002-0008 | July 31, 2006 |

| | | |
|---|---|---|
| Tommy F. Valdez | CHCV-002-0012 | December 20, 2006 |
| Matthew M. Gallegos | CHCV-003-0017 | December 26, 2006 ca. |

Dated: January 18, 2007

                                                                      Respectfully submitted,

                                                                       /s/ Ed Newville
                                                  EDWARD G. NEWVILLE
                                                  Special Assistant Attorney General
                                                  Office of State Engineer
                                                  P.O. Box 25102
                                                  Santa Fe, NM 87504-5102
                                                  (505) 867-7444
                                                  (505) 867-2299 facsimile

I HEREBY CERTIFY that on the 18th day of January, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Jose A. Candelaria
P.O. Box 85
Los Ojos, NM 87551

Kathleen Gintowt
1802 Monterey Drive
Gallup, NM 87301

Charles E. Ezell
P.O. Box 133
Chama, NM 87520

Maurice A. Ezell
Dorothy W. Ezell
P.O. Box 1815
Santa Fe, NM 87504

Tommy F. Valdez
P.O. Box 1181
Cortez, CO 81321

Matthew M. Gallegos
P.O. Box 323
Chama, NM 87520

                                                     /s/ Ed Newville
                                                  Edward G. Newville, Attorney for Plaintiff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Jose A. Candelaria
    P.O. Box 85
    Los Ojos, NM 87551

    CHRB-CCG-CC16
    CHRB-CC7-CCC9

2. Article Number (Transfer from service label) 7099 3220 0004 0767 6795

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name): Jose A. Candelaria
C. Date of Delivery: 1/25/05

D. Is delivery address different from item 1? ☐ Yes ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Kathleen Gintowt
    1802 Monterey Drive
    Gallup, NM 87301

    CHCC-CCI-CC13

2. Article Number (Transfer from service label) 7099 3220 0004 0767 6835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Kathleen Gintowt  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kathleen Gintowt
C. Date of Delivery: 9-20-06

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Charles E. Ezell
   P.O. Box 133
   Chama, NM 87520

CHCC-002-0008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0005 9416 4573

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Maurice A. Ezell
   P.O. Box 1815
   Santa Fe, NM 87504

CHCC-002-0008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0005 9416 4597

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dorothy W. Ezell
   P.O. Box 1815
   Santa Fe, NM 87504

CHCC 002-0008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0005 9416 4580

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540


**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Tommy F. Valdez
P.O. Box 1181
Cortez, CO 81321

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 12/20/06

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0005 9424 2936 CHCV002-0012

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Matthew M. Gallegos
P.O. Box 323
Chama, NM 87520

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Matt ☐ Agent ☐ Addressee

B. Received by (Printed Name): Matthew Gallegos   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0005 9424 2882 CHCV003-0011

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540