IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) ) RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) |
| Defendants. | ) ) ) |

ORDER VACATING STATUS CONFERENCE
AND DETAILING FURTHER PROCEEDINGS

THIS MATTER is before the Special Master *sua sponte*. The general status conference set for Tuesday, February 6, 2007, at 10:00 a.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, NM, is hereby VACATED. The next scheduled general status conference remains set for Monday, May 7.

The January 16, 2007, Order Setting Status Conference (No. 8532) sets out a list of matters which were to be addressed at the status conference. In lieu of these discussions, no later than February 16, 2007:

1. Counsel for the State of New Mexico, *ex rel.* State Engineer (State) and counsel for the Acéquias Norteñas shall file a joint proposal and schedule (or proposals, if agreement cannot be reached) for adjudicating claims associated with the Acéquias Norteñas' water bank;

2. Counsel for the State and the Gallinas Acéquia Association shall file:

a. a joint proposal, complete with deadlines, for incorporating water allocation customs into the adjudication of Section 5 water rights claims; and

  b. in consultation with counsel for the United States of America (United States), a jointly proposed schedule for *inter se* proceedings for Section 5;

  3. Counsel for the State and for the United States shall file a status report on the negotiations regarding the resolution of the United States' claims under the Wild and Scenic Rivers Act; and

  4. Counsel for the El Rito Acéquia Association shall file a proposal for memorializing the water allocation customs in Section 4.

  Discussion of the remaining matters is stayed until May 7. Involved counsel are urged, however, to explore and address those matters prior to May 7.

  IT IS SO ORDERED.

*/s/ Vickie L. Gabin*

_____
SPECIAL MASTER