IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Hope U. Martinez | CHTA-004-0027B |
| Juan I. Martinez | CHTA-004-0027B |
| Virginia McDermott | CHTA-004-0028 |
| Tracy T. Howell | CHTA-004-0028 |
| Joe I. Valdez | CHRB-004-0015 |
| Tive Valdez | CHRB-004-0015 |
| Verleen Bush | CHCV-002-0044 |
| John Bush | CHCV-002-0044 |
| Victoria L. Skrondahl | CHCV-003-0028 |
| Estate of Manuelita U. Abeyta | CHTA-003-0053 |

and as grounds therefore plaintiff states:

1.      The defendants named above are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed December 18, 2006 (Doc. No. 8519).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the Office of the State Engineer Hydrographic Surveys for Section 7 of the Rio Chama Stream, as amended.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   1   day of February, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Hope U. Martinez
Juan I. Martinez
P.O. Box 1012
El Prado, NM 87529

Virginia McDermott
P.O. Box 984

Santa Fe, NM 87504

Tracy T. Howell
P.O. Box 984
Santa Fe, NM 87504

Joe I. Valdez
Tive Valdez
P.O. Box 454
Espanola, NM 87532

Verleen Bush
John Bush
890 West Cliff Dr. #12
Santa Cruz, CA 95060

Victoria L. Skrondahl
8401 Spain Rd. NE, Apt. 50D
Albuquerque, NM 87111

Estate of Manuelita U. Abeyta
P.O. Box 124
Tierra Amarilla, NM 87575

                                                              /s/ Ed Newville
                                                               Edward G. Newville