IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rio Brazos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | **Subfile No. CHRB-007-0060** |

## NOTICE OF ERRATA

The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following error in the State's Motion to Correct Defendants' Names filed January 5, 2007 (Doc. No. 8527).

The Motion incorrectly requested that the name of defendant Mary G. Velasquez be corrected to Mary E. Velazquez  The defendant's correct name is "Mary G. Velazquez".

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __7__ day of February, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participant in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Mary G. Velazquez
P.O. Box 315
Los Ojos, NM 87551

                                                  /s/ Ed Newville
                                                Edward G. Newville