IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | | 69cv07941-BB |
| ) | | |
| v. ) | | RIO CHAMA ADJUDICATION |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | | Canjilon Creek, Section 3 |
| ) | | |
| Defendants. ) | | Subfile No. CHCJ-003-0054 |
| _____ ) | | |

## NOTICE OF DISMISSAL

Plaintiff, the State of New Mexico, *ex rel.* State Engineer hereby gives notice of dismissal in accordance with Rule 41(a)(1)(I) of the United States Rules of Civil Procedure against the defendant heretofore joined in this cause as follows:

<u>Canjilon Creek</u>

    Marlene B. Vigil         CHCJ-003-0054

Dated: February 7, 2007

                              Respectfully submitted,

                              /s/ Chris Lindeen
                              L. Christopher Lindeen
                              Special Assistant Attorney General
                              State of New Mexico
                              P.O. Box 25102
                              Santa Fe, NM  87504-5102
                              (505) 827-6150

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of February, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participant in the manner indicated:

via U.S. Mail:

Charles Vigil, Jr.
P.O. Box 23204
Santa Fe, NM 87502

 /s/ Chris Lindeen_____
L. Christopher Lindeen