IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

                  Plaintiff,

v.

ROMAN ARAGON,  *et al.,*

              Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 3: Canjilon Creek

Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

**<u>CERTIFICATE OF SERVICE</u>**

Subfile Nos.:

| | | |
|---|---|---|
| CHTA-003-0025 | CHRB-009-0022B | CHCC-001-0005 |
| CHRB-004-0031 | CHRU-001-0007C | CHCC-002-0015 |
| CHRB-007-0046 | CHRU-003-0005 | CHCJ-001-0004C |
| CHRB-009-0010 | CHRU-004-0002 | |

      I hereby certify that a true copies of the Court's Order Granting Default Judgement or Consent

Order for each subfile listed above concerning the Defendants' right to use the public waters of the Rio

Chama Stream System, and a copy of this Certificate of Service, was mailed to each of the following

Defendants on the 8th day of February 2007, at the address indicated:

<u>CHTA-003-0025</u>
Docket No. 8546
Edna Ulibarri
c/o Linda Kleine
P.O. Box 150
Mesilla, NM 88046


<u>CHRB-004-0031</u>
Docket No. 8550
James P. Cordova

#23, CR 3181
Aztec, NM 87410


<u>CHRB-007-0046</u>
Docket No. 8550
Joyce Gallegos
2201 Greenwich Cir. W.
Colorado Springs, CO 80909


<u>CHRB-009-0010</u>

Docket No. 8550
Andrew M. Tafoya
P.O. Box 87
Tierra Amarilla, NM 87575


<u>CHRB-009-0022B</u>
Docket No. 8550
Rosina Martinez
1671 E. Kingsley Ave.
Unit B

Pomona, CA 91767

CHRU-001-0007C
Docket No. 8551
William Horn
HC 75 Box 1007
Rutheron, NM 87551

CHRU-003-0005
Docket No. 8551
Virginio R. Martinez
HC 75, Box 1020
Rutheron, NM 87551

CHRU-004-0002
Docket No. 8551
Virginio R. Martinez
HC 75, Box 1020
Rutheron, NM 87551

CHCC-001-0005
Docket No. 8547
Duane C. & Diane O.
Burnside
P.O. Box 161
Chama, NM 87520

CHCC-002-0015
Docket No. 8547
Jose Onesimo Martinez, Jr.
c/o Sara Howard
152 E. Helm Ave.
Salt Lake City, UT 84115

CHCV-002-0052
Docket No. 8549
Donnie Carillo
841 Capilene Lane
Chama, NM 87520

CHCV-003-0012
Docket No. 8549
Betty Martin
P.O. Box 654
Chama, NM 87520

CHCV-006-0004
Docket No. 8549
Lance Leyba
HC 75 Box 50
Chama, NM 87520

CHCJ-001-0004C
Docket No. 8521
John Gregory Valdez
15129 Laverda Lane
Moreno Valley, CA 92551

Copies of each of the Orders for the subfiles listed above, and a copy of this Certificate of Service,

were mailed to the following person on the same date:

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

I HEREBY CERTIFY that on the 8th day of February, 2007 I filed the foregoing electronically through the CM/ECF system.

      /s/ Ed Newville
      Edward G. Newville
      Special Assistant Attorney General
      Office of the State Engineer
      P.O. Box 25102
      Santa Fe, NM 87504
      (505) 867-7444