IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>　　　　Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1: Chama Mainstream<br><br>RANCHITOS DITCH<br><br>**Subfile No. 4.5** |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Subfile Order for the subfile listed above concerning the Defendant's right to use the public waters of the Rio Chama Stream System, and a copy of this Certificate of Service, was mailed to the following Defendant on the 9th day of February 2007, at the address indicated:

Subfile Order
Docket No. 8545
Juan Duran
P.O. Box 1
Abiquiu, NM 87510

A copy of the Subfile Order listed above, and a copy of this Certificate of Service, was mailed to the following person on the same date:

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

I HEREBY CERTIFY that on the 9th day of February, 2007 I filed the foregoing electronically through the CM/ECF system.

                                                /s/ Ed Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444