IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Village of Chama |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | **Subfile Nos. CHCV-002-0052** **CHCV-003-0012** **CHCV-006-0004** |

## MOTION TO VACATE ORDER GRANTING DEFAULT JUDGMENT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer (State) and moves the Court to vacate the Order Granting Default Judgment filed February 6, 2007 (Doc. No. 8549) in connection with subfiles CHCV-002-0052, CHCV-003-0012 and CHCV-006-0004 and as grounds therefore Plaintiff states as follows:

1. The Order Granting Default Judgment filed February 6, 2007 ("Default Order") contained certain clerical errors with respect to subfiles CHCV-002-0052 and CHCV-006-0004.

2. The Default Order should be vacated and a corrected Order Granting Default Judgment should be entered by the Court. A corrected Default Order will be submitted to the Court for approval.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Order Granting Default Judgment filed February 6, 2007 (Doc. No. 8549).

Respectfully submitted,

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   15   day of February, 2007 I filed the foregoing electronically through the CM/ECF system.