IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel. )
State Engineer )
  )
       Plaintiff, )     69cv07941-BB
  )
vs. )     RIO CHAMA STREAM SYSTEM
  )     Section 7: Rito de Tierra Amarilla,
ROMAN ARAGON, *et al.,* )     Rio Brazos, Rutheron & Plaza Blanca,
  )     Cañones Creek, Village of Chama
       Defendants. )
  )     Subfile No. CHRB-007-0060

## ORDER GRANTING MOTION TO CORRECT DEFENDANTS' NAMES

THIS MATTER is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendants' Names filed January 5, 2007 (Doc. No. 8527), as corrected by a Notice of Errata filed February 6, 2007 (No. 8548).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the motion is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Mary G. Velasquez | Mary G. Velazquez<br>CHRB-007-0060 |
| Evaristo D. Velasquez | Evaristo D. Velazquez<br>CHRB-007-0060 |
| Penelope A. Velasquez | Penelope A. Velazquez<br>CHRB-007-0060 |
| Salavador G. Velasquez | Salvador G. Velazquez<br>CHRB-007-0060 |

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN