IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) |
| Plaintiff, | ) No. 69cv7941 BB ) |
| v. | ) RIO CHAMA Stream System ) |
| ROMAN ARAGON, *et al.*, | ) Wild & Scenic River Section ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of January 31, 2007 (No. 8540), the United States and the State of New Mexico ("parties") file this Joint Status Report on the negotiations regarding the resolution of the United States' Wild and Scenic Rivers Act ("WSRA") claim for the Rio Chama. As the parties previously informed the court, after attempting to negotiate theWSRA claims for the Chama and Jemez Rivers simultaneously, the parties decided it would be more efficient to complete the Jemez process before turning their attention to the Chama. The United States and the State have agreed to a Consent Order for the Jemez that has been fully approved by all the parties to that proceeding. However, Judge Smith raised the question of whether an expedited *inter se* is need to complete that proceeding. The parties are currently researching several issues related to Judge Smith's request and have a scheduling conference with him on February 20.

The parties intend to renew their efforts on the Chama as soon as the Jemez proceedings are completed. Even assuming Judge Smith agrees no *inter se* is presently needed, the parties will not be able to begin their efforts until after the close of New Mexico's legislative

session as several of the State's personnel have commitments o the legislature that effectively prevent them from working on this.

Prior to the decision to concentrate on the Jemez, the parties made significant progress on the Chama. The parties anticipate being able to pick things up where they left off and to be able to bring this proceeding to a relatively prompt closure.

DATED this 16TH day of February, 2007.

Respectfully Submitted,

/s/ David W. Gehlert
DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural
    Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Phone: (303) 844-1386
Fax: (303) 844-1350
*Attorney for Plaintiff United States of America*

/s/ Arianne Singer
ARIANNE SINGER
Special Assistant Attorney General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
*Attorney for Plaintiff State of New Mexico*

## Certificate of Service

I hereby certify that on the 16th day of February, 2007 I filed the foregoing electronically through the CM/ECF system.

                                                                                   Jennifer S. Vaughn