IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

**Subfile No. CHTA-003-0003**

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) moves the Court to issue its order substituting ESTATE OF MARIA CASIAS for defendant MARIA CASIAS in these proceedings, and as grounds states as follows:

1. Plaintiff has been informed that Maria Casias is now deceased.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting the Estate of Maria Casias for defendant Maria Casias in these proceedings.

  Respectfully submitted,

   /s/ Ed Newville
  EDWARD G. NEWVILLE
  Special Assistant Attorney General
  Office of State Engineer
  P.O. Box 25102
  Santa Fe, NM 87504-5102
  (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __19__ day of February, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Estate of Maria Casias
c/o Amarante Casias
P.O. Box 84
Tierra Amarilla, NM 87575