IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION TO CORRECT DEFENDANTS' NAME

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue its order correcting the names of the defendants named below to read as follows:

| FROM | TO |
|---|---|
| Mrs. Esther Bruno Estate | Estate of Ether Bruno<br>CHTA-003-0011<br>CHRB-005-0013 |
| Olivia Carmody | Estate of Olivia Carmody<br>CHTA-003-0011<br>CHRB-005-0013 |
| Frank D. Luna IV | Estate of Frank D. Luna IV<br>CHTA-003-0011<br>CHRB-005-0013 |

Dated: February 22, 2007

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   22   day of February, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Estate of Esther Bruno
c/o June Carpenter
850 Hillcrest
El Segundo, CA 90245

Estate of Olivia Carmody
56254 29 Palms, Sp. 120
Yucca Valley, CA 92284

Estate of Frank D. Luna IV
24796 Surstar Lane
Dana Point, CA 92629

   /s/ Ed Newville   
EDWARD G.  NEWVILLE