IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca<br>Cañones Creek, Village of Chama |

### NOTICE OF ERRATA

The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following error in the State's Motion to Correct Defendants' Names filed February 22, 2007 (Doc. No. 8565).

The correct spelling of the codefendant's name in subfiles CHTA-003-0011 and CHRB-005-0013 is "Estate of Esther Bruno.".

                                                  Respectfully submitted,

                                                  /s/ Ed Newville
                                                EDWARD G. NEWVILLE
                                                Special Assistant Attorney General
                                                Office of State Engineer
                                                P.O. Box 25102
                                                Santa Fe, NM 87504-5102
                                                (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   22   day of February, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participant in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Estate of Esther Bruno
c/o June Carpenter
850 Hillcrest
El Segundo, CA 90245

    /s/ Ed Newville
Edward G. Newville