IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

   Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Section 1: Chama Mainstream

RANCHITOS DITCH

Subfile No. 4.1

## ORDER GRANTING MOTION TO AMEND NOTICE AND ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Motion to Amend Notice and Order to Show Cause of the Plaintiff State of New Mexico, *ex rel* State Engineer, filed January 19, 2007 (Doc. No. 8537).

Being fully advised in the premises, and there being no objection filed to the Motion, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Notice and Order to Show Cause filed October 13, 2006 (Doc. No. 8412) is amended to describe a total of 9.84 acres of irrigated land in Subfile 4.1.

                _____
                BRUCE D. BLACK
                UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
  SPECIAL MASTER