IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                Plaintiff,

        vs.

ROMAN ARAGON, *et al.,*

                Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

**ORDER GRANTING MOTION TO VACATE
ORDER GRANTING DEFAULT JUDGMENT**

      THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's February 15, 2007, Motion to Vacate Order Granting Default Judgment (Docket No. 8559).  Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

      IT IS ORDERED, THEREFORE, that the February 6, 2007 Order Granting Default Judgment (Docket No. 8549) with respect to subfiles CHCV-002-0052, CHCV-003-0012 and CHCV-006-0004 is hereby vacated and set aside.

                                           _____
                                           BRUCE D. BLACK
                                         UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER