IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,                    69cv07941-BB

       vs.                           RIO CHAMA STREAM SYSTEM
                                   Section 7: Rito de Tierra Amarilla,
ROMAN ARAGON, *et al.,*         Rio Brazos, Rutheron & Plaza Blanca,
                                   Cañones Creek, Village of Chama
           Defendants.         Subfiles CHTA-003-0011
                                        CHRB-005-0013

## ORDER GRANTING MOTION TO CORRECT DEFENDANTS' NAMES

THIS MATTER is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendants' Names filed February 22, 2007 (Doc. No. 8565), as corrected by a Notice of Errata filed February 22, 2007 (No. 8566).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the motion is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that name of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Mrs. Esther Bruno Estate | Estate of Esther Bruno<br>CHTA-003-0011<br>CHRB-005-0013 |
| Olivia Carmody | Estate of Olivia Carmody<br>CHTA-003-0011<br>CHRB-005-0013 |
| Frank D. Luna IV | Estate of Frank D. Luna IV<br>CHTA-003-0011<br>CHRB-005-0013 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN