*Vickie L. Gabin, Special Master*
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384
Tel. (505) 955-0678 // Fax (505) 988-6473

---

February 26, 2007

To:   Stream System Adjudications Counsel of Record and Parties *Pro Se*:
      Rio Chama, 69cv07941-BB; Rio Santa Cruz, 68cv07488-BB; Rio de Taos, 69cv07896 & Zuni River, 01cv00072-BB

Dear Counsel and Parties *Pro Se*,

As you know by now, users of the United States District Court's new electronic filing system, as well as the Court and Special Master staff, are experiencing some difficulties during the transition from ACE to CM/ECF. One of the most vexing problems in our cases has been ensuring that the limitations on service of pleadings which already exist in various procedural orders are adhered to. *See* the Court's Administrative Order entered January 17, 2007, in the cases listed above. An integral element of maintaining reasonable service requirements for all of you - particularly the requirement of serving pleadings by mail - is to maintain case captions which reflect a current and accurate list of counsel of record and parties *pro se* who have actually entered appearances.

I write to assure you that the Court's technical and administrative staff members are actively working on this task, a job which has proved to be much more complicated than anyone would have imagined. Until the work is completed, feel free to address any particular questions you may have about service in these cases to me at specialmastergabin@nmwaterrightsdata.org. I appreciate your patience.

Very truly yours,

Vickie L. Gabin