IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> ROMAN ARAGON et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br> 69cv07941-BB <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 5, Gallina |

ORDER SETTING WORKING SESSION

THIS MATTER is before the Special Master pursuant to Fed. R. Civ. P. 53, the February 22, 2007, Order Granting Motions for Reconsideration, and the February 27, 2007, request from counsel for the State of New Mexico, ex rel. State Engineer (State) for an informal working session to discuss further scheduling for Section 5 and the Court's priorities in these proceedings.

An off-the-record working session will be held beginning at 1:30 p.m. on Thursday, March 29, 2007, in the Jury Assembly Room, United States District Court, Santa Fe, NM. Counsel for parties in Section 5 and for other interested parties shall be prepared to discuss how the adjudication of individual water rights claims in Section 5 may be completed this year. Counsel for the State and the United States of America shall be prepared to explain their proposed schedule for the adjudication of federal proprietary claims in Section 5, which was presented in their February 1, 2007, Joint Motion to Amend Scheduling Order (Docket No. 8542).

IT IS SO ORDERED.

*/s/ Vickie L. Gabin*
SPECIAL MASTER