IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the        )
relation of State Engineer,        )
                                   )
                  Plaintiff,       )
                                   )        69cv07941-BB
        -v-                        )
                                   )        RIO CHAMA STREAM SYSTEM
ROMAN ARAGON et al.,               )
                                   )
                  Defendants.      )        Section 4: Rio El Rito
_____)

ORDER APPROVING PROPOSAL
FOR MEMORIALIZING WATER ALLOCATION CUSTOMS

THIS MATTER is before the Special Master on Defendant El Rito Community Ditch Association's February 16, 2007, Proposal for Memorializing Water Allocation Customs (Docket No. 8561).    The proposal is made pursuant to the January 31, 2007, Order Vacating Status Conference and Detailing Further Proceedings (No. 8540).  Having reviewed the relevant pleadings, and otherwise being fully informed in the premises, I find that the proposal set forth by the El Rito Community Ditch Association (Association) for proceeding on this matter should be approved.

IT IS ORDERED, THEREFORE, that no later than March 23, 2007, the Association shall file and serve on the State of New Mexico, ex rel. State Engineer (State), a Motion for Declaration of Water Allocation Customs, along with appropriate documentation.

IT IS FURTHER ORDERED that on May 1, 2007, the State shall be prepared to discuss whether it opposes the Motion, and if so, shall state the basis for its opposition.

IT IS SO ORDERED.

_Vickie L. Gabin_
SPECIAL MASTER