IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

       Plaintiff,

v.

ROMAN ARAGON,  *et al.,*

       Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CERTIFICATE OF SERVICE

Subfile Nos.:

| | | |
|---|---|---|
| CHTA-003-0022 | CHRB-004-0019 | CHRB-007-0054 |
| CHTA-003-0036 | CHRB-004-0027A | CHRB-007-0063 |
| CHTA-004-0014A | CHRB-004-0049A | CHRB-009-0006 |
| CHTA-004-0022 | CHRB-005-0017 | CHRB-009-0022A |
| CHTA-004-0023 | CHRB-006-0030 | CHCV-002-0005 |
| CHRB-003-0009 | CHRB-007-0009 | CHCV-003-0026 |
| CHRB-004-0004A | | |

      I hereby certify that a true copy of the Consent Order for each subfile listed above concerning

the Defendants' right to use the public waters of the Rio Chama Stream System, and a copy of this

Certificate of Service, was mailed to each of the following Defendants on the 20th day of March2007,

at the address indicated:

CHTA-003-0022
Docket No. 8575
Leo E. & Margaret Rodela
P.O. Box 118
Tierra Amarilla, NM 87575

CHTA-003-0036
Docket No. 8576

Ivan C. Corrales
Manuel E. Corrales
Marcella T. Corrales
Theresa M. Rael
500 4th St. NW #200
Albuquerque, NM 87102

CHTA-004-0014A

Docket No. 8574
Ramon E. Sanchez
P.O. Box 242
Tierra Amarilla, NM 87575

CHTA-004-0022
Docket No. 8583
Chama Valley Ind. School

District No. 19
P.O. Drawer 10
Tierra Amarilla, NM 87575

CHTA-004-0023
Docket No. 8582
Margaret Rodela
P.O. Box 118
Tierra Amarilla, NM 87575

CHRB-003-0009
Docket No. 8587
Harold M. Gallegos
P.O. Box 142
Los Ojos, NM 87551-0142

CHRB-004-0004A
Docket No. 8578
Eddie Martinez
P.O. Box 3463
Fairview, NM 87533

CHRB-004-0019
Docket No. 8579
Angelina & Eloy Sanchez
716 Tyler NE
Albuquerque, NM 87113

CHRB-004-0027A
Docket No. 8580
George A. & Olivia M.
Valdez
P.O. Box 187
Tierra Amarilla, NM 87575

CHRB-004-0049A
Docket No. 8586

Tony Casados, Sr. & Sons,
Partnership
P.O. Box 186
Tierra Amarilla, NM 87575

CHRB-005-0017
Docket No. 8581
Joseph Ray Rodela
P.O. Box 69
Tierra Amarilla, NM 87575

CHRB-006-0030
Docket No. 8588
Angelina & Eloy Sanchez
716 Tyler NE
Albuquerque, NM 87113

CHRB-007-0009
Docket No. 8589
Jose A. Candelaria
P.O. Box 85
Los Ojos, NM 87551

CHRB-007-0054
Docket No. 8590
Angelina & Eloy Sanchez
716 Tyler NE
Albuquerque, NM 87113

CHRB-007-0063
Docket No. 8591
Angelina & Eloy Sanchez
716 Tyler NE
Albuquerque, NM 87113

CHRB-009-0006
Docket No. 8592

Gale A. Abeyta
915 W. 6th
Loveland, CO 80537

Mark D. Abeyta
2013 Cheyenne Ave.
Loveland, CO 80538

Sherry J. Abeyta
1550 Steele St.
Denver, CO 80206

Darlene A. Manuele
16918 E. Eldorado Cr.
Aurora, CO 80013

CHRB-009-0022A
Docket No. 8577
Lorenzo Zuniga Jr. And
Maria E. Varela Family
Trust
P.O. Box 2505
Albuquerque, NM 87194

CHCV-002-0005
Docket No. 8584
Angela & Clifton M.
Hughes
P.O. Box 214
Chama, NM 87520

CHCV-003-0026
Docket No. 8585
Estate of Carlotta Valdez
Estate of Maximilo Valdez
P.O. Box 922
Peñasco, NM 87553

Copies of each of the Orders for the subfiles listed above, and a copy of this Certificate of

Service, were mailed to the following person on the same date:

2

Rick DeSimone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

I HEREBY CERTIFY that on the 20th day of March, 2007 I filed the foregoing electronically
through the CM/ECF system.

                                        /s/ Ed Newville
                                        Edward G. Newville
                                        Special Assistant Attorney General
                                        Office of the State Engineer
                                        P.O. Box 25102
                                        Santa Fe, NM 87504
                                        (505) 867-7444