IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. CIV 7941-BB <br> RIO CHAMA STREAM SYSTEM <br><br> Section 4: Rio El Rito |

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
DECLARATION OF WATER ALLOCATION CUSTOMS**

COMES NOW the El Rito Community Ditch Association ("Association"), through its undersigned attorney, and moves this Court for an extension of time in which to file its Motion for Declaration of Water Allocation Customs, as contemplated in the Special Master's *Order Approving Proposal for Memorializing Water Allocation Customs* filed March 9, 2007 (No. 8603). In support of this motion, the Association states:

1. On February 13, 2007, as the Association was finalizing its *Proposal for Memorializing Water Allocation Customs,* (No. 8561), Mr. A. Wilfred Rael, who had served as a technical adviser to the Association for several years, was unexpectedly killed in a construction accident.

2. Mr. Rael had been involved in collection of information and documentation concerning the custom of water allocation within the Community of El Rito, and had in his possession and care many of the original materials made the basis of a report on such customs by

Dr. Frances Levine, Ph.D., as well as other written documentation concerning the customs of water allocation in the community of El Rito.

3. AS a result of the complications arising from Mr. Rael's untimely death, the Association needs an additional thirty days, from March 23 to April 23, to locate and secure these Association records and to prepare its motion. The Association also requests an opportunity to discuss a schedule for further proceedings at the regularly scheduled status conference on May 7.

4. Counsel for the State of New Mexico has not been available to discuss this motion.

Respectfully submitted,

/s/ Mary E. Humphrey
MARY E. HUMPHREY
Attorney for El Rito Community Ditch Association
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March 2007, I filed the foregoing document electronically through the CM/ECF system.

/s/ Mary E. Humphrey