IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 4: El Rito |

## RESPONSE TO MOTION FOR EXTENSION OF TIME

COMES NOW the State of New Mexico, by and through its counsel of record Edward G. Newville, and states the following in connection with the Motion for Extension of Time to File Motion for Declaration of Water Allocation Customs filed by the El Rito Community Ditch Association on March 23, 2007 (Doc. No. 8605).

The State supports the granting of the motion described above.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　Edward G. Newville
　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26 day of February, 2007 I filed the foregoing electronically through the CM/ECF system.

                                                  /s/ Ed Newville
                                            Edward G. Newville