IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## PROOF OF PUBLICATION
## OF NOTICE OF PENDENCY OF SUIT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice of Pendency of Suit issued by the Clerk of this Court on January 11, 2007, for purpose of service by publication on the following persons, if living, if deceased, their unknown heirs:

| | |
|---|---|
| Tira L. Ouellete | CHRB-004-0041 |
| Celia O. Lucero | CHCV-002-0011 |
| Rebecca Hurd | CHCV-002-0017 |
| Robert Hurd | CHCV-002-0017 |
| Daphne Kim Tribble | CHCV-002-0019 |
| Jose Salomon Lucero | CHCV-002-0035 |
| Presley D. Rivas | CHCV-002-0039E |
| Angelo E. Rivas | CHCV-002-0039F |

| | |
|---|---|
| Maria A. Martinez | CHCV-003-0017 |
| Robert Gallegos, Jr. | CHCV-003-0017 |
| Estate of Octaviano Ulibarri | CHTA-003-0021 |
| Estate of Lupita Valerio Jaramillo | CHRB-004-0023 |

Attached as Exhibit A is the Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

DATED: March 30, 2007

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30 day of March, 2007 I filed the foregoing electronically through the CM/ECF system.

/s/ Ed Newville
Edward G. Newville

# Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the Publisher of the **Rio Grande SUN**, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

__3__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

__18th__ day of __January, 2007__

and the last publication on the __1st__ day of

__February, 2007__. Payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_____Robert Trapp_____ Publisher

Subscribed and sworn to before me this ____ day of _____ A.D. ____

_____Maria V. Lopez Garcia_____
Maria V. Lopez Garcia / Notary Public
My commission expires 13 July 2009

EXHIBIT A

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
STATE OF NEW MEXICO, ex rel. State Engineer
Plaintiff,
vs,
ROMAN ARAGON, et al.,
Defendants.
69cv07941 BB-ACE
RIO CHAMA STREAM SYSTEM Section 7:
Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canones Creek, Village of Chama

**NOTICE OF PENDENCY OF SUIT**

The following named persons, if living, if deceased, their unknown heirs:
Tira L. Ouellete CHRB-004-0041
Celia O. Lucero CHCV-002-0011
Rebecca Hurd CHCV-002-0017
Robert Hurd CHCV-002-0017
Daphne Kim Tribble CHCV-002-0019
Jose Salomon Lucero CHCV-002-0035
Presley D. Rivas CHCV-002-0039E
Angelo E. Rivas CHCV-002-0039F
Maria A. Martinez CHCV-003-0017
Robert Gallegos, Jr. CHCV-003-0017
Estate of Octaviano Ulibarri CHTA-003-0021
Estate of Lupita Valerio Jaramillo CHRB-004-0023

GREETINGS.
Please take notice that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the waters of the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canones Creek, and Village of Chama subsections of the Rio Chama Stream System (Section 7).

Unless you appear and defend in this matter on or before March 15, 2007, any right you may have to use the surface waters of the Rio Chama Stream System (Section 7) for irrigation purposes may be adjudicated by default judgment that conforms to the State Engineer's hydrographic surveys of the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Canones Creek, and Village of Chama subsections of the Rio Chama Stream System, as amended. The waters that are the subject of the action are located in Rio Arriba County, New Mexico.

The name and address of the plaintiff's attorney is:
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102\
(505) 867-7444

WITNESS the hand seal of the United States District Court for the District of New Mexico this 11th day of January, 2007.

Handwritten annotations:
103  72.10
103  123.60
       5.—
     200.70
      15.05
     215.75