IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, | ) ) ) | |
| Plaintiff, | ) | No. 69cv07941-BB |
| | ) | |
| v. | ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al., | ) ) | **Pueblo Claims Subproceeding 1** |
| Defendants. | ) ) | |

# UNITED STATES' SUBPROCEEDING COMPLAINT

Consistent with the *Scheduling Order on Pueblo Claims* entered by the Special Master on November 3, 2004 [Docket No. 7639], the United States of America, by and through its undersigned attorney, and in its capacity as trustee for the benefit of Ohkay Owingeh (Pueblo of San Juan), hereby submits its subproceeding complaint for an adjudication of water rights based on past or present uses of waters of the Rio Chama stream system on lands of Ohkay Owingeh.

      1.    Ohkay Owingeh is a federally recognized Indian tribe and a sovereign nation owning lands within the geographic scope of this adjudication. Ohkay Owingeh has made use of the waters of the Rio Chama stream system since time immemorial.

      2.    The sovereign right of Ohkay Owingeh to use and control water bordering, or running through or over, its lands has never been extinguished by any other sovereign.

3.      The priority of Ohkay Owingeh's right to use water, including the specific uses of water the United States seeks to adjudicate by this subproceeding complaint, is aboriginal, also known as time immemorial or first priority.

4.      Once Ohkay Owingeh's water rights are quantified by judicial decree, the Pueblo has the right, under federal law, to use such rights for any purpose.

## Impoundments

5.      Ohkay Owingeh has in the past used, or is at present using, for the indicated purposes, the impoundments of surface water identified in Table 1.  The United States claims for the benefit of Ohkay Owingeh the right to maintain each impoundment at its described location and dimensions, and to fill each impoundment up to the indicated capacity whenever the stated source of supply is available, and to use the impounded water for the purposes indicated in Table 1.  The source of supply for all impoundments, except SJI-10, is surface runoff.  SJI-10 fills from groundwater seepage as well as surface runoff.

**Table 1. Impoundments on Ohkay Owingeh (formerly San Juan Pueblo) within the Rio Chama Stream System**

| Impoundment Identifier | Location of Impoundment | | | | Point of Diversion | | Dimensions | | | Purpose of Use |
|---|---|---|---|---|---|---|---|---|---|---|
| | US Rectangular Surveys Description according to the New Mexico Principle Meridian | | | | NM State Plane Coordinates, Central Zone, 1983 NAD feet | | Maximum pool area | Depth of Impoundment* | Impoundment Capacity** | |
| | | | | | Northing | Easting | | | | |
| | Fraction of Section | Section | Township | Range | feet | feet | acres | feet | Acre-feet | |
| SJI-01 | NW1/4, SE 1/4, SE 1/4 | 4 | 21 North | 8 East | 1,849,326 | 1,684,721 | 0.80 | 3.4 | 1.63 | Livestock and wildlife watering; ground water recharge |
| SJI-02 | SW 1/4, NE 1/4, NE 1/4 | 4 | 21 North | 8 East | 1,848,581 | 1,684,907 | 1.12 | 8.3 | 5.58 | Livestock and wildlife watering; ground water recharge |
| SJI-03 | SE 1/4, NW 1/4, NW 1/4 | 4 | 21 North | 8East | 1,848,792 | 1,685,462 | 0.49 | 9.7 | 2.85 | Livestock and wildlife watering; ground water recharge |
| SJI-04 | SE 1/4, NW 1/4, SW 1/4 | 4 | 21 North | 8 East | 1,847,639 | 1,685,391 | 3.31 | 8.8 | 17.48 | Livestock and wildlife watering; ground water recharge |
| SJI-05 | SE 1/4, NE 1/4, SW 1/4 | 4 | 21 North | 8 East | 1,847,718 | 1,686,292 | 0.60 | 5.3 | 1.91 | Livestock and wildlife watering; ground water recharge |
| SJI-06 | NE 1/4, NE 1/4, NW 1/4 | 9 | 21 North | 8 East | 1,846,026 | 1,686,645 | 0.62 | 11.1 | 4.13 | Livestock and wildlife watering; ground water recharge |
| SJI-07 | SE 1/4, SE 1/4, SW 1/4 | 4 | 21 North | 8 East | 1,846,546 | 1,686,879 | 0.20 | 2.6 | 0.31 | Livestock and wildlife watering; ground water recharge |
| SJI-08 | SW 1/4, NW 1/4, SE 1/4 | 10 | 21 North | 8 East | 1,842,561 | 1,688,343 | 0.74 | 8.7 | 3.86 | Livestock and wildlife watering; ground water recharge |
| SJI-09 | NE 1/4, NE 1/4, SE 1/4 | 9 | 21 North | 8 East | 1,845,431 | 1,687,024 | 1.59 | 4.1 | 3.91 | Livestock and wildlife watering; ground water recharge |
| SJI-10 | NE 1/4, NE 1/4, SW 1/4 | 8 | 21 North | 8 East | 1,845,431 | 1,681,235 | 0.74 | 3.8 | 1.69 | Livestock and wildlife watering |
| Total | | | | | | | 10.21 | | 43.35 | |

*The Depth of Impoundment values for SJI-03 and SJI-06 are estimated because the impoundments are silted up. This estimate is determined by the difference between the downstream toe of the dam measurement and spillway measurement.

**Capacity calculated by multiplying maximum pool area by depth, and by a factor of 0.6, used to account for the irregularity of pond geometry.

**Wells**

6.      Ohkay Owingeh has in the past used, or is at present using, for the indicated purposes, the wells identified in Table 2.  The United States claims for the benefit of Ohkay Owingeh the right to divert and deplete from W-01, the Chama Windmill, one-half (.5) acre foot per year for livestock and wildlife watering purposes. For W-02, the Salazar Well #1, the United States claims the right to divert and deplete one (1) acre foot per year for household and other domestic purposes, and likewise for W-03, the Salazar Well # 2, the United States claims the right to divert and deplete one (1) acre foot per year for household and other domestic purposes.

| Table 2. Wells on Ohkay Owingeh (formerly San Juan Pueblo) within the Rio Chama Stream System | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Well Identifier | Well Name | Location NM State Plane Coordinates [1] | | Location – US Rectangular Surveys | | | | Well Use |
| | | Northing | Easting | Fraction of Section | Section | Township | Range | |
| W-01 | Chama Windmill | 1,848,630 | 1,685,220 | SE ¼, NW ¼, NW ¼ | 4 | 21 North | 8 East | Livestock & Wildlife Watering |
| W-02 | Salazar Well #1 | 1,839,440 | 1,688,700 | NW ¼, SW ¼ ,NE ¼ | 15 | 21 North | 8 East | Household and other Domestic |
| W-03 | Salazar Well #2 | 1,839,270 | 1,688,770 | NW ¼, SW ¼, NE ¼ | 15 | 21 North | 8 East | Household and other Domestic |

[1] Coordinates are estimated to the nearest 10 feet.

## Irrigated Lands

7.      Ohkay Owingeh has in the past irrigated, or is at present irrigating, the tracts of farm land under ditch shown on Map 1 and identified in Table 3, totaling 300.75 irrigated acres.[2]  Some of these tracts may also have been irrigated by others in trespass on Ohkay Owingeh lands.  These tracts are served by the ditches as indicated in Table 3.  All of the ditches divert from the Rio Chama, at the diversion points indicated in Table 4.  The United States anticipates that the methodology for determining the diversion and depletion amounts for irrigated lands within the scope of this adjudication will be determined by the Court in a future unified proceeding.  However, for purposes of this Subproceeding Complaint, the United States asserts that irrigated tracts under ditch on Ohkay Owingeh lands require a diversion of 5.94 acre feet per year per acre from the Rio Chama and a depletion of 2.08 acre feet per year per acre, for a total diversion requirement of 1,786.46 acre feet per year and a total depletion of 625.56 acre feet per year.[3]

**Table 3. Irrigated Fields Under Ditch on Ohkay Owingeh Lands Served by Diversions From the Rio Chama Stream System**

| Tract | Irrigated Acres | Location – US Rectangular Surveys | | | | Ditch Serving Tract |
|---|---|---|---|---|---|---|
| | | Fraction of Section (Tract occupies a portion of each 10 acres identified) | Sec. | Twn. | Rng | See Table 4 for Location and Points of Diversion associated with each ditch |
| 1 | 1.22 | NE1/4, SW1/4, SW1/4 SE1/4, NW1/4, NW1/4 | 5 | 21 N | 8 E | Chamita |

---

[2]  Differences between the acreages claimed in Table 3 and those claimed for similar tracts in the United States' March 4, 1997 preliminary statement of claims are primarily due to improved boundary description data and new technology available for the interpretation of aerial photography.
[3]  The difference between this water duty and that claimed in the United States' March 4, 1997 preliminary statement of claims is primarily due to new data concerning climate and the appropriate crop mix.

| Tract | Irrigated Acres | Location – US Rectangular Surveys | | | | Ditch Serving Tract |
|---|---|---|---|---|---|---|
| 2 | 1.98 | SE1/4, NW1/4, NW1/4<br>SE1/4, NW1/4, NE1/4 | 5 | 21 N | 8 E | Chamita |
| 3 | 6.00 | SW1/4, NE1/4, SE1/4<br>SE1/4, NW1/4, SW1/4<br>SE1/4, SW1/4, NW1/4 | 5 | 21 N | 8 E | Hernandez |
| 4 | 2.02 | SE1/4, SW1/4, NE1/4<br>SE1/4, SW1/4, SE1/4 | 5 | 21 N | 8 E | Chamita |
| 5 | 24.91 | SW1/4, SE1/4, NE1/4<br>SE1/4, SW1/4, NW1/4<br>SW1/4, SE1/4, SE1/4<br>SE1/4, SW1/4, SW1/4<br>SE1/4, SW1/4, SE1/4<br>NW1/4, NW1/4, NW1/4 | 5 | 21 N | 8 E | Hernandez |
| 6 | 12.58 | SE1/4, NE1/4, NE1/4,<br>SE1/4, NE1/4, SE1/4<br><br>SW1/4, NW1/4, NW1/4<br>SW1/4, NW1/4, SW1/4 | 8<br><br>9 | 21 N | 8 E | Chamita |
| 7 | 0.52 | SW1/4, NW1/4, SW1/4 | 9 | 21 N | 8 E | Chamita |
| 8 | 1.43 | SW1/4, SW1/4, SE1/4<br><br>NW1/4, NW1/4, NE1/4 | 9<br><br>16 | 21 N | 8 E | Chamita |
| 9 | 1.08 | SW1/4, SE1/4, SW1/4<br><br>NW1/4, NE1/4, NW1/4 | 9<br><br>16 | 21 N | 8 E | Chamita |
| 10 | 1.36 | NW1/4, NE1/4, NW1/4<br>NW1/4, NE1/4, SW1/4 | 16 | 21 N | 8 E | Chamita |

United States' Subproceeding Complaint, Page 7

| Tract | Irrigated Acres | Location – US Rectangular Surveys | | | | Ditch Serving Tract |
|---|---|---|---|---|---|---|
| 11 | 196.96 | SE1/4, SE1/4, NE1/4<br>SE1/4, SE1/4, SE1/4 | 9 | 21 N | 8 E | Chamita |
| | | SW1/4, SW1/4, SW1/4<br>SW1/4, SW1/4, SE1/4 | 10 | | | |
| | | NE1/4, NE1/4, NW1/4<br>NE1/4, NE1/4, NE1/4<br>NE1/4, NE1/4, SW1/4<br>NE1/4, NE1/4, SE1/4<br>NE1/4, SW1/4, NE1/4<br>NE1/4, SW1/4, SE1/4<br>NE1/4, SE1/4<br>SE1/4, NE1/4, NW1/4<br>SE1/4, NE1/4, NE1/4 | 16 | | | |
| | | NW1/4, NW1/4<br>NW1/4, NE1/4, NW1/4<br>NW1/4, NE1/4, SW1/4<br>NW1/4, SW1/4<br>NW1/4, SE1/4, NW1/4 | 15 | | | |
| 12 | 5.77 | NE1/4, SW1/4, NE1/4<br>NE1/4, SW1/4, SE1/4 | 16 | 21 N | 8 E | Chamita |
| 13 | 1.68 | SE1/4, NW1/4, NW1/4<br>SE1/4, NW1/4, NE1/4<br>SE1/4, NW1/4, SE1/4 | 16 | 21 N | 8 E | Chamita |
| 14 | 40.88 | NW1/4, SE1/4, NW1/4,<br>NW1/4, SE1/4, NE1/4<br>NW1/4, SE1/4, SW1/4<br>NW1/4, SW1/4, SE1/4<br>SW1/4, NW1/4<br>SW1/4, NE1/4. NW1/4<br>SW1/4, NE1/4, SW1/4<br>SW1/4, SE1/4, NW1/4<br>SW1/4, SW1/4, NE1/4 | 15 | 21 N | 8 E | Chamita |
| 15 | 0.79 | NW1/4, NW1/4, NW1/4<br>NW1/4, NW1/4, SW1/4 | 22 | 21 N | 8 E | Salazar |
| 16 | 0.27 | NW1/4, NW1/4, SW1/4 | 22 | 21 N | 8 E | Salazar |
| 17 | 1.30 | NW1/4, SW1/4, SE1/4<br>SW1/4, NW1/4, NE1/4 | 22 | 21 N | 8 E | Salazar |
| Total: | 300.75 | | | | | |

**Table 4. Points of Diversion on the Rio Chama for Irrigation Ditches that serve Fields on Ohkay Owingeh (formerly San Juan Pueblo)**

| Ditch Name | Northing* | Easting* |
|---|---|---|
| Salazar | 1,842,450 | 1,681,902 |
| Hernandez | 1,849,878 | 1,676,938 |
| Chamita | 1,850,008 | 1,677,060 |

(*NM State Plane Coordinates, Central Zone, 1983 NAD feet)

8.     Ohkay Owingeh has in the past diverted surface water within the Rio Chama Stream System to irrigate the traditional agricultural features indicated in Table 5 and on Map 2 on Ohkay Owingeh lands.  Points of diversion for these traditional agricultural features are located at the coordinates, and within the ¼, ¼, ¼, sections, indicated in Table 6.

**Table 5.   Traditional Irrigated Agriculture Features on Ohkay Owingeh Lands Served by Diversions Within the Rio Chama Stream System:**

| Service Area ID | Point of Diversion ID | Acres | **TWN. | RNG. | SEC. | QQSEC. | Water Source |
|---|---|---|---|---|---|---|---|
| 1 | 1,2,11,12 | 0.38 | 21N | 08E | 10 | NWSW | Unnamed Arroyo |
| 2 | 13,14 | 0.18 | 21N | 08E | 10 | NWSW | Unnamed Arroyo |
| 3 | 10,15,16,17 | 0.15 | 21N | 08E | 10 | NWSW | Unnamed Arroyo |
|  |  |  | 21N | 08E | 9 | NESE | Unnamed Arroyo |
| 4 | 9 | 0.02 | 21N | 08E | 10 | SWNW | Unnamed Arroyo |
| 5 | 25 | 0.14 | 21N | 08E | 9 | SENE | Unnamed Arroyo |
| 6 | 26 | 0.11 | 21N | 08E | 9 | NENE | Unnamed Arroyo |
| 7 | 18-24 | 0.54 | 21N | 08E | 9 | SENE | Unnamed Arroyo |
|  |  |  | 21N | 08E | 9 | NESE | Unnamed Arroyo |
| 8 | 29,30,31 | 0.11 | 21N | 08E | 9 | SENE | Unnamed Arroyo |
| 9 | 26,28 | 0.01 | 21N | 08E | 9 | NENE | Unnamed Arroyo |
| 10 | 35-39,77,78 | 0.08 | 21N | 08E | 9 | NENE | Unnamed Arroyo |
| 11 | 35,39,77 | 0.02 | 21N | 08E | 9 | NENE | Unnamed Arroyo |
| 12 | 40,41,42 | 0.01 | 21N | 08E | 9 | NENE | Unnamed Arroyo |
| 13 | 3,43-52 | 0.56 | 21N | 08E | 9 | NWNE | Unnamed Arroyo |
| 14 | 7,53 | 0.08 | 21N | 08E | 4 | SESW | Unnamed Arroyo |
| 15 | 54 | 0.01 | 22N | 08E | 33 | SWSW | Unnamed Arroyo |
| 16 | 8 | 0.08 | 22N | 08E | 33 | SWSW | Unnamed Arroyo |
| 17 | 55-60 | 0.39 | 22N | 08E | 33 | SWSW | Unnamed Arroyo |

| Service Area ID | Point of Diversion ID | Acres | **TWN. | RNG. | SEC. | QQSEC. | Water Source |
|---|---|---|---|---|---|---|---|
| | | | 21N | 08E | 4 | NWNW | Unnamed Arroyo |
| 18 | 65 | 0.01 | 21N | 08E | 5 | SENE | Unnamed Arroyo |
| 19 | 66 | 0.00 | 21N | 08E | 5 | SENE | Unnamed Arroyo |
| 20 | 67 | 0.01 | 21N | 08E | 5 | SENE | Unnamed Arroyo |
| 21 | 68-70 | 0.20 | 21N | 08E | 5 | SENE | Unnamed Arroyo |
| 22 | 6 | 0.06 | 21N | 08E | 5 | SENE | Unnamed Arroyo |
| 23 | 71 | 0.02 | 21N | 08E | 5 | SWNE | Unnamed Arroyo |
| 24 | 73-74 | 0.13 | 21N | 08E | 5 | SWNE | Unnamed Arroyo |
| 25 | 4,81 | 0.23 | 21N | 08E | 10 | NWSW | Unnamed Arroyo |
| 26 | 80 | 0.02 | 21N | 08E | 10 | NWSW | Unnamed Arroyo |
| 27 | 32,33,34 | 0.02 | 21N | 08E | 9 | NENE | Unnamed Arroyo |
| 28 | 75 | 0.02 | 21N | 08E | 5 | SENW | Unnamed Arroyo |
| 29 | 76 | 0.01 | 21N | 08E | 5 | SENW | Unnamed Arroyo |
| 30 | 79 | 0.03 | 21N | 08E | 10 | SWNW | Unnamed Arroyo |
| 31 | 27 | 0.01 | 21N | 08E | 4 | SWNW | Unnamed Arroyo |
| 32 | 72 | 0.01 | 21N | 08E | 5 | NWNE | Unnamed Arroyo |
| 33 | 5,61-64 | 0.05 | 21N | 08E | 4 | SWNW | Unnamed Arroyo |
| | | | | | | | |
| | Total Acres | 3.70 | | | | | |
| | | | | | | | |
| ** Based on PLSS data digitized by the Bureau of Land Management at the 1:24,000 scale pending revision of the BLM GCBD database. | | | | | | | |

**Table 6.  Points of Diversion Within the Rio Chama Stream Sytem for Traditional Irrigated Agriculture Features on Ohkay Owingeh Lands:**

| Point of Diversion ID | Northing* | Easting* | **TWN. | RNG. | SEC. | QQSEC. |
|---|---|---|---|---|---|---|
| 1 | 1842962 | 1688797 | 21N | 08E | 10 | NWSW |
| 2 | 1842958 | 1688785 | 21N | 08E | 10 | NWSW |
| 3 | 1845492 | 1686264 | 21N | 08E | 9 | NWNE |
| 4 | 1843630 | 1688210 | 21N | 08E | 10 | NWSW |
| 5 | 1849445 | 1682539 | 21N | 08E | 4 | SWNW |
| 6 | 1850082 | 1681129 | 21N | 08E | 5 | SENE |
| 7 | 1847151 | 1684354 | 21N | 08E | 4 | SESW |
| 8 | 1852117 | 1683305 | 22N | 08E | 33 | SWSW |
| 9 | 1843796 | 1687832 | 21N | 08E | 10 | SWNW |
| 10 | 1843687 | 1687735 | 21N | 08E | 10 | NWSW |
| 11 | 1842947 | 1688818 | 21N | 08E | 10 | NWSW |
| 12 | 1842843 | 1688895 | 21N | 08E | 10 | NWSW |
| 13 | 1843499 | 1687802 | 21N | 08E | 10 | NWSW |
| 14 | 1843484 | 1687753 | 21N | 08E | 10 | NWSW |

| Point of Diversion ID | Northing* | Easting* | **TWN. | RNG. | SEC. | QQSEC. |
|---|---|---|---|---|---|---|
| 15 | 1843742 | 1687654 | 21N | 08E | 10 | NWSW |
| 16 | 1843736 | 1687668 | 21N | 08E | 10 | NWSW |
| 17 | 1843724 | 1687686 | 21N | 08E | 10 | NWSW |
| 18 | 1843773 | 1687467 | 21N | 08E | 9 | SENE |
| 19 | 1843821 | 1687473 | 21N | 08E | 9 | SENE |
| 20 | 1843843 | 1687456 | 21N | 08E | 9 | SENE |
| 21 | 1843850 | 1687424 | 21N | 08E | 9 | SENE |
| 22 | 1843898 | 1687411 | 21N | 08E | 9 | SENE |
| 23 | 1843920 | 1687401 | 21N | 08E | 9 | SENE |
| 24 | 1843798 | 1687478 | 21N | 08E | 9 | SENE |
| 25 | 1844042 | 1687251 | 21N | 08E | 9 | SENE |
| 26 | 1845086 | 1686827 | 21N | 08E | 9 | NENE |
| 27 | 1849353 | 1682421 | 21N | 08E | 4 | SWNW |
| 28 | 1845177 | 1686817 | 21N | 08E | 9 | NENE |
| 29 | 1844875 | 1686503 | 21N | 08E | 9 | SENE |
| 30 | 1844856 | 1686505 | 21N | 08E | 9 | SENE |
| 31 | 1844899 | 1686503 | 21N | 08E | 9 | SENE |
| 32 | 1845179 | 1686970 | 21N | 08E | 9 | NENE |
| 33 | 1845214 | 1686945 | 21N | 08E | 9 | NENE |
| 34 | 1845203 | 1686975 | 21N | 08E | 9 | NENE |
| 35 | 1845451 | 1686513 | 21N | 08E | 9 | NENE |
| 36 | 1845381 | 1686463 | 21N | 08E | 9 | NENE |
| 37 | 1845353 | 1686457 | 21N | 08E | 9 | NENE |
| 38 | 1845335 | 1686461 | 21N | 08E | 9 | NENE |
| 39 | 1845438 | 1686540 | 21N | 08E | 9 | NENE |
| 40 | 1845222 | 1686460 | 21N | 08E | 9 | NENE |
| 41 | 1845196 | 1686447 | 21N | 08E | 9 | NENE |
| 42 | 1845183 | 1686441 | 21N | 08E | 9 | NENE |
| 43 | 1845467 | 1686205 | 21N | 08E | 9 | NWNE |
| 44 | 1845474 | 1686231 | 21N | 08E | 9 | NWNE |
| 45 | 1845481 | 1686243 | 21N | 08E | 9 | NWNE |
| 46 | 1845499 | 1686259 | 21N | 08E | 9 | NWNE |
| 47 | 1845511 | 1686245 | 21N | 08E | 9 | NWNE |
| 48 | 1845534 | 1686227 | 21N | 08E | 9 | NWNE |
| 49 | 1845515 | 1686119 | 21N | 08E | 9 | NWNE |
| 50 | 1845524 | 1686094 | 21N | 08E | 9 | NWNE |
| 51 | 1845558 | 1686061 | 21N | 08E | 9 | NWNE |
| 52 | 1845642 | 1686076 | 21N | 08E | 9 | NWNE |
| 53 | 1847132 | 1684368 | 21N | 08E | 4 | SESW |
| 54 | 1852189 | 1683351 | 22N | 08E | 33 | SWSW |
| 55 | 1851748 | 1683228 | 22N | 08E | 33 | SWSW |
| 56 | 1851738 | 1683220 | 22N | 08E | 33 | SWSW |
| 57 | 1851674 | 1683226 | 21N | 08E | 4 | NWNW |
| 58 | 1851752 | 1683240 | 22N | 08E | 33 | SWSW |

| Point of Diversion ID | Northing* | Easting* | **TWN. | RNG. | SEC. | QQSEC. |
|---|---|---|---|---|---|---|
| 59 | 1851831 | 1683258 | 22N | 08E | 33 | SWSW |
| 60 | 1851863 | 1683254 | 22N | 08E | 33 | SWSW |
| 61 | 1849449 | 1682563 | 21N | 08E | 4 | SWNW |
| 62 | 1849447 | 1682552 | 21N | 08E | 4 | SWNW |
| 63 | 1849430 | 1682536 | 21N | 08E | 4 | SWNW |
| 64 | 1849415 | 1682531 | 21N | 08E | 4 | SWNW |
| 65 | 1849280 | 1682333 | 21N | 08E | 5 | SENE |
| 66 | 1849236 | 1682275 | 21N | 08E | 5 | SENE |
| 67 | 1849268 | 1682094 | 21N | 08E | 5 | SENE |
| 68 | 1849315 | 1681794 | 21N | 08E | 5 | SENE |
| 69 | 1849274 | 1681818 | 21N | 08E | 5 | SENE |
| 70 | 1849331 | 1681776 | 21N | 08E | 5 | SENE |
| 71 | 1850045 | 1680925 | 21N | 08E | 5 | SWNE |
| 72 | 1850458 | 1680717 | 21N | 08E | 5 | NWNE |
| 73 | 1849449 | 1680705 | 21N | 08E | 5 | SWNE |
| 74 | 1849414 | 1680642 | 21N | 08E | 5 | SWNE |
| 75 | 1850072 | 1679647 | 21N | 08E | 5 | SENW |
| 76 | 1849969 | 1679590 | 21N | 08E | 5 | SENW |
| 77 | 1845409 | 1686566 | 21N | 08E | 9 | NENE |
| 78 | 1845421 | 1686553 | 21N | 08E | 9 | NENE |
| 79 | 1843847 | 1687889 | 21N | 08E | 10 | SWNW |
| 80 | 1843707 | 1688320 | 21N | 08E | 10 | NWSW |
| 81 | 1843491 | 1688208 | 21N | 08E | 10 | NWSW |
| | | | | | | |
| * NM State Plane Coordinates, Central Zone, 1983 NAD feet | | | | | | |
| ** Based on PLSS data digitized by the Bureau of Land Management at the 1:24,000 scale pending revision of the BLM GCBD database. | | | | | | |

The total irrigated acreage within these features is 3.70 acres. The United States anticipates that the methodology for determining the diversion and depletion amounts for irrigated lands within the scope of this adjudication will be determined by the Court in a future unified proceeding. However, for purposes of this Subproceeding Complaint, the United States asserts that the specified areas of irrigated traditional agricultural features on Ohkay Owingeh lands require a diversion of 3.26 acre feet per year per acre and a depletion of 1.63 acre feet per year per acre, for a total diversion requirement of 12.06 acre feet per year and a total depletion of 6.03 acre feet per year.

United States' Subproceeding Complaint, Page 12

## Religious and Ceremonial Use

### *Consumptive Use*

9.     The United States claims for the benefit of Ohkay Owingeh the right to divert and consume *de minimis* quantities of water to be used in the ancient and continuing religious and ceremonial practices of Ohkay Owingeh.  The claim is for ceremonial diversions of less than 100 gallons per event, which may be diverted from any surface water body within the Ohkay Owingeh lands.

### *Instream Flow Use*

10.     Ohkay Owingeh requires riparian species and nonconsumptive use of instream flows in the Rio Chama for its ancient and continuing religious and ceremonial practices.  For the benefit of Ohkay Owingeh, the United States claims a right to monthly flows averaging not less than 37 cubic feet per second (c.f./s.) in the Rio Chama, measured at the Rio Chama Near Chamita Gage, for these purposes.

11.     Ohkay Owingeh requires flows in the Chamita Ditch for certain religious and ceremonial purposes at various times.  For these purposes, the United States claims for the benefit of Ohkay Owingeh a right to flows in the Chamita Ditch of 4 c.f./s. during the month of June, and 2 c.f./s. during other months of the irrigation season.

WHEREFORE, the United States of America demands entry of a judgment decreeing:

1.     Ohkay Owingeh, and the United States for the benefit of the Ohkay Owingeh, have an aboriginal priority right to capture and impound surface runoff, including arroyo flow, at the locations of impoundments SJI-1 through SJI-9, and surface

United States' Subproceeding Complaint, Page 13

runoff and groundwater seepage at the location of impoundment SJI-10, to fill and refill said impoundments to their capacity, and to use such impounded waters for any purpose;

2.     Ohkay Owingeh, and the United States for the benefit of the Ohkay Owingeh, have an aboriginal priority right to divert and deplete one-half (.5) acre foot of water per year from well W-01 and one (1) acre foot of water per year from each of wells W-02 and W-03, for a total groundwater diversion and depletions of 2.5 acre feet per year, and to use such waters for any purpose;

3.     Ohkay Owingeh, and the United States for the benefit of the Ohkay Owingeh, have an aboriginal priority right to divert 1,786.46 acre feet of water per year from the Rio Chama and to deplete 625.56 acre feet of water per year to irrigate tracts 1 through 17, as shown on Map 1 and described in Table 3, or for any other purpose;

4.     Ohkay Owingeh, and the United States for the benefit of Ohkay Owingeh, have an aboriginal priority right to divert 12.06 acre feet of water per year from unnamed arroyos and to deplete 6.03 acre feet of water per year to irrigate the traditional agricultural features shown on Map 2, and described in Table 5, or for any other purpose;

5.     Ohkay Owingeh has the right, with aboriginal priority, to make ceremonial diversions and consumption of water of less than 100 gallons per event, which may be diverted from any surface water body within the Ohkay Owingeh lands at times within the sole discretion of Ohkay Owingeh;

6.     Ohkay Owingeh, and the United States for the benefit of Ohkay Owingeh, have an aboriginal priority right to instream flows in the Rio Chama of not less than a monthly average of 37 c.f./s, measured at the Rio Chama Near Chamita Gauge,

and to instream flows in the Chamita Ditch of not less than 4 c.f./s. during the month of June, and 2 c.f./s. during other months of the irrigation season; and

      7.    Such other relief as the Court deems just and proper.

Dated: March 30, 2007

Electronically Filed,

/s/Bradley S. Bridgewater

_____
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1359

COUNSEL FOR THE UNITED STATES

<u>Certificate of Service</u>

I HEREBY CERTIFY that, on March 30, 2007, I filed the foregoing *United States' Subproceeding Complaint* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**David A. Benavides**
davidb@nmlegalaid.org

**Lee Bergen**
lbergen@nativeamericanlawyers.com

**Frank M Bond**
fbond@simonsfirm.com,ssandoval@simonsfirm.com,
ggonzales@simonsfirm.com,fbond@mac.com

**James C. Brockmann**
jcbrockmann@newmexicowaterlaw.com

**Christopher D Coppin**
ccoppin@ago.state.nm.us,tmartinez@ago.state.nm.us

**Charles T. DuMars**
ctd@lrpa-usa.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com,mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Vickie L. Gabin**
vlgabin@earthlink.net,kbruner@hubwest.com,nef_cmecf@mac.com

**David W Gehlert**
david.gehlert@usdoj.gov,judy.tetreault@usdoj.gov,lori.montano@usdoj.gov

**Ryan Margaret Golten**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com,svelody@nordhauslaw.com

**Karla JaNelle Haught**
  janelle.haught@state.nm.us

**Mary E. Humphrey**
  humphrey@newmex.com

**Susan G Jordan**
  vruiz@nordhauslaw.com,mchavez@nordhauslaw.com,
  sjordan@nordhauslaw.com

**Christopher Lindeen**
  christopher.lindeen@state.nm.us

**John F. McCarthy , Jr**
  jfmc@wkkm.com

**David C Mielke**
  dmielke@abqsonosky.com,sdressler@abqsonosky.com

**Edward G. Newville**
  ednewville@ixpn.com,connie.flint@state.nm.us,
  fred.kipnes@state.nm.us,lawoffice@higherspeed.net

**Marcus J Rael , Jr**
  marcus@roblesrael.com,natalie@roblesrael.com,
  nicole@roblesrael.com,diane@roblesrael.com

**Walter L. Reardon , Jr**
  walter@reardonlawnm.com

**Peter B. Shoenfeld**
  petershoenfeld@qwest.net

**Arianne Singer**
  arianne.singer@state.nm.us,lula.valdez@state.nm.us,
  connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.kipnes@state.nm.us,
  vina.gallegos@state.nm.us

**John W. Utton**
  jwu@ssslawfirm.com,djs@ssslawfirm.com

**Timothy A Vollmann**
  tim_vollmann@hotmail.com

**Fred Waltz**
  fwaltz@kitcarson.net,cortega@kitcarson.net

AND I FURTHER CERTIFY that on such date I served the foregoing on the following

non-CM/ECF Participants in the manner indicated:

**Via first class mail, postage prepaid, addressed as follows:**

Fred Vigil
P.O. Box 687
Mendanales, NM   87548-0687

Joseph V. R. Clarke
Cudy, Kennedy, Hetherington, Alberta &
Ives LLP
P.O. Box 4160
Santa Fe, NM 87502-4160

Steven Bunch
NMSHTD
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
U.S. Forest Service
U.S. Dept. of Agriculture
P.O. Box 586
Albuquerque, NM  87103-0586

C. Mott Woolley
112 W San Francisco St.
Suite 312C
Santa Fe, NM  87501-2090

Benjamin Phillips
Rebecca Dempsey
White, Koch, Kelly & McCarthy
P.O. Box 787
Santa Fe, NM  87504-0787

Jay F. Stein
Stein & Brockman, P.A.
P.O. Box 5250
Santa Fe, NM 87502-5250

Daniel Cleavinger
P.O. Box 339
Tierra Amarilla, NM  87575

John E. Farrow
Farrow, Farrow & Stroz
P.O. Box 35400
Albuquerque, NM 87176

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Paula Garcia
NM Acequia Association
607 Cerrillos Rd. , Suite F
Santa Fe, NM 87505-3799

Tessa T. Davidson
Swain, Schrandt & Davidson, PC
4830 Juan Tabo, NE, Ste. F
Albuquerque, NM 87111

Ted J. Trujillo
P.O. Box 2185
Española, NM 87532

Pierre Levy
Law Offices of Daniel J. O'Friel Ltd.
P.O. Box 2084
Santa Fe, NM 87504-2084

_____/s/_____
Bradley S. Bridgewater
Attorney for the United States

United States' Subproceeding Complaint, Page 18