Map 1.
Overview of Irrigated Lands
Shown on the US Geological Survey San Juan Pueblo 7.5 Quadrangle



Map is displayed at 1:34,000 scale
Reproduced from National Geograhic TOPO! New Mexico 2004 Version 4.0.0
United States' Subproceeding Complaint, Map 1