

Pre-Columbian Irrigated Land Service Areas at Ohkay Owingeh for *NM v. Aragon*