IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>    -v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53 and the Third Administrative Order Setting Status Conferences (August 17, 2006, Docket No. 8362), a general status conference is hereby set for Tuesday, May 1, 2007, at 9:00 a.m. in the Auxiliary Courtroom, second floor, United States District Court, 120 South Federal Place, Santa Fe, NM. The following matters will be discussed:

1. The pending February 1, 2007, Joint Motion to Amend Scheduling Order for Federal Non-Indian Water Rights Claims (No. 8542), taken under advisement (8602). Mr. Gehlert may participate by telephone.

2. The status of the negotiations regarding the United States of America's claims under the Wild and Scenic Rivers Act.

3. The general status of the adjudication of Sections 3 and 7.

4. The parties' progress in dealing with procedural issues relating to the Treaty of Guadalupe Hidalgo (*see*, Statement of Issues, June 1, 2006, No. 8290).

5. An initial, proposed scheduling and procedural order for a partial final decree in Section 5, Gallina. Counsel for the State of New Mexico, ex rel. State Engineer, and the Gallina-Capulin

Acéquia Association shall be prepared with a first draft of the order.

6. Water allocation customs for Section 4, El Rito.

7. Any other matters.

8. Items which should be included in the next status conference scheduled for August 7, 2007, in the Tierra Amarilla/Chama area.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER