IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.*<br>State Engineer, | )<br>)<br>) | |
| Plaintiff, | )<br>) | 69cv07941-BB |
| vs. | )<br>)<br>) | RIO CHAMA STREAM SYSTEM |
| | ) | Section 7: Rito de Tierra Amarilla, |
| ROMAN ARAGON, *et al.*, | ) | Rio Brazos, Rutheron & Plaza Blanca, |
| | ) | Cañones Creek, Village of Chama |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, states that pursuant to Fed. R. Civ. P. 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendants were served with the process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to the named Defendants. A copy of the Defendant's signature receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Marcella Hanson | CHTA-003-0011<br>CHRB-005-0013 | March 13, 2007 |
| Gilbert Luna, Sr. | CHTA-003-0011<br>CHRB-005-0013 | February 26, 2007 |
| Salomon A. Luna | CHTA-003-0011<br>CHRB-005-0013 | February 27, 2007 |
| Chris R. Martinez | CHRB-004-0004B | April 1, 2006 |

Pauline Bustos          CHRB-004-0004D     February 23, 2007

Date: April 17, 2007

                                                Respectfully submitted,

                                                EDWARD G. NEWVILLE
                                                Special Assistant Attorney General
                                                Office of the State Engineer
                                                P.O. Box 25102
                                                Santa Fe, NM 87504-5102
                                                (505) 867-7444
                                                (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___17___ day of April, 2007, I filed the foregoing electronically through the CM/ECF system.

                                                Edward G. Newville

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Marcella Hanson
   ~~13488~~ La Joya Cir.
   La Mirada, CA 90___
   13148
   RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Marcella Hanson* ☐ Agent ☒ Addressee

B. Received by (Printed Name): MARCELLA HASSON
C. Date of Delivery: 3-13-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0004 0767 5401

CHTA 003-0011
CHRB 005-0013

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Gilbert Luna, Sr.
544 Carlane SW
Albuquerque, NM 871__
TRY BARLANE NW
RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Gilbert Luna* ☐ Agent ☒ Addressee

B. Received by (Printed Name):
C. Date of Delivery: 2-26-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7099 3220 0005 9417 4473

CHTA 003-0011
CHRB 005-0013

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Salomon A. Luna
P.O. Box 156
Tierra Amarilla, NM 87575

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2-27-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

CHTA 003-0011
CHRB 005-0013

2. Article Number
(Transfer from service label) 7099 3220 0005 9424 3018

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chris Martinez
P.O. Box 271
Tierra Amarilla, NM 87575

CHRB C04-C004B

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  4-1-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number
(Transfer from service label) 7099 3400 0019 5292 3324

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT A (pg. 2)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Pauli Bnb/ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Pauline Bustos   C. Date of Delivery 2/23/07<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>NM 02272 8296 |
| Pauline Bustos<br>P.O. Box 46<br>Santa Cruz, NM 87567 | |
| RESTRICTED DELIVERY<br>CHRB 004-0004 D | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label) 7099 3220 0005 9424 3001 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT A (pg. 3)