IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Village of Chama, Section 7

**Subfile No.: CHCV-007-0003**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    KEVIN YEAROUT
    LIAN YEAROUT

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Village of Chama, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Village of Chama, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 1241

**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch:** RANCH 101 DITCH
   **Location: X=** 1,544,358 feet **Y=** 2,126,566 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Pt. Lots 13-17 Arlington Land Company's
   Subdivision No. 4

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 37.5 acres |
| | Total | 37.5 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-007-0003

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

## B. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)** 1241

**Priority:** Reserved for future determination by court order entered November 19, 2002.
   Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** RANCH 101 DITCH: Surface water of the Rio Chama.
   RANCH 101 DITCH B: Surface water of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**    RANCH 101 DITCH
    **Location: X=** 1,544,358  feet  **Y=** 2,126,566  feet
    **Ditch:**    RANCH 101 DITCH B
    **Location: X=** 1,546,127  feet  **Y=** 2,124,052  feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Pt. Lot 16 Arlington Land Company's Subdivision No. 4

    Pt. Lots 13, 15-17 Arlington Land Company's Subdivision No. 4

    Pt. Lots 13-17 Arlington Land Company's Subdivision No. 4

    Within the Tierra Amarilla Grant        45.9 acres
                                  Total    45.9 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-007-0003

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of Chama, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Village of Chama, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

SIGNATURE _____   SIGNATURE _____
           LIAN YEAROUT                      KEVIN YEAROUT

ADDRESS: 10208 SAN BERNARDINO   ADDRESS: 10208 SAN BERNARDINO
ALBR. N.M. 87122                 ABQ. N.M 87122

DATE: 3/21/07                    DATE: 3/21/07


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

3-20-07
Date

Consent Order                  4                  Subfile No.: CHCV-007-0003

