IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| defendant | subfile No. | proof of service filed |
|---|---|---|
| Bernabe Madrid | CHRB-004-0010<br>CHRB-006-0040<br>CHRB-007-0011 | November 14, 2006 (Doc. No. 8446) |
| Caroline Madrid | CHRB-004-0010<br>CHRB-006-0040<br>CHRB-007-0011 | November 14, 2006 (Doc. No. 8446) |
| Chris R. Martinez | CHRB-004-0004B | April 17, 2007 (Doc. No 8616) |
| Pauline Bustos | CHRB-004-0004D | April 17, 2007 (Doc. No 8616) |
| Elipio G. Mecure | CHRU-001-0016 | June 29, 2006 (Doc. No. 8304) |
| Kathleen Gintowt | CHCC-001-0013 | January 18, 2007 (Doc. No.8536) |

| | | |
|---|---|---|
| Robert A. Gintowt | CHCC-001-0013 | June 29, 2006 (Doc. No. 8304) |

| **defendant** | **subfile No.** | **waiver of service of summons filed** |
|---|---|---|
| Estate of Maria Casias | CHTA-003-0003 | February 19, 2002 (Doc. No. 6537)[1] |
| Rio Arriba County | CHTA-003-0013A<br>CHTA-003-0014A | June 20, 2003 (Doc. No. 7162) |
| Roseann Gallegos | CHRB-004-0004C | February 18, 2003 (Doc. No. 7063) |
| Bruce R. Duran | CHRB-006-0003 | September 3, 2002 (Doc. No. 6839)[2] |
| Michelle L. Duran | CHRB-006-0003 | September 3, 2002 (Doc. No. 6839) |
| Michael D. Gonzales | CHRB-004-0009 | April 4, 2002 (Doc. No. 6603)[3] |
| John D. Morrow | CHCC-001-0007 | April 25, 2003 (Doc. No. 7116) |

| **defendant** | **subfile No.** | **proof of publication filed** |
|---|---|---|
| Tira L. Ouellete | CHRB-004-0041 | March 30, 2007 (Doc. No. 8608) |
| Celia O. Lucero | CHCV-002-0011 | March 30, 2007 (Doc. No. 8608) |
| Rebecca Hurd | CHCV-002-0017 | March 30, 2007 (Doc. No8608) |
| Robert Hurd | CHCV-002-0017 | March 30, 2007 (Doc. No. 8608) |
| Daphne Kim Tribble | CHCV-002-0019 | March 30, 2007 (Doc. No. 8608) |

---

[1] Defendant Estate of Maria Casias was substituted for defendant Maria Casais by Order dated February 22, 2007 (Docket No. 8570).

[2] Defendants Bruce R. Duran and Michelle L. Duran were substituted for defendant Ensenada Resources by Order dated September 26, 2006 (Docket No. 8390).

[3] Defendant Michael D. Gonzales was substituted for defendant Valerie Espinosa by Order dated March 15, 2006 (Docket No. 8159).

| | | |
|---|---|---|
| Jose Salomon Lucero | CHCV-002-0035 | March 30, 2007 (Doc. No. 8608) |
| Presley D. Rivas | CHCV-002-0039E | March 30, 2007 (Doc. No. 8608) |
| Angelo E. Rivas | CHCV-002-0039F | March 30, 2007 (Doc. No. 8608) |
| Estate of Octaviano Ulibarri | CHTA-003-0021 | March 30, 2007 (Doc. No. 8608) |
| Estate of Lupita Valerio Jaramillo | CHRB-004-0023 | March 30, 2007 (Doc. No. 8608) |

Dated: April 17, 2007

Respectfully submitted,

　/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17 day of April, 2007 I filed the foregoing electronically through the CM/ECF system.

　/s/ Ed Newville
Edward G. Newville

3