IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* ) <br> State Engineer, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ROMAN ARAGON, *et al.,* ) <br> ) <br> Defendants. ) <br> _____) | 69cv07941-BB <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 3: Canjilon Creek <br><br> Section 7: Rito de Tierra Amarilla, <br> Rio Brazos, Rutheron & Plaza Blanca, <br> Cañones Creek, Village of Chama |

**CERTIFICATE OF SERVICE**

Subfile Nos.:

| Section 3 | CHRB-003-0008A | CHTA-003-0053 |
| CHCJ-001-0004A | CHRB-004-0004E | CHTA-004-0027B |
| CHCJ-002-0015 | CHRB-005-0027 | CHTA-004-0028 |
| CHCJ-002-0056 | CHRB-006-0013 | CHRB-004-0015 |
| CHCJ-002-0057 | CHRB-009-0001 | CHCV-002-0044 |
| CHCJ-003-0024 | CHRU-003-0009 | CHCV-002-0052 |
| | CHRU-004-0006 | CHCV-003-0012 |
| Section 7 | CHRU-004-0009 | CHCV-003-0028 |
| CHTA-004-0007 | CHCV-001-0005 | CHCV-006-0004 |
| CHRB-003-0005 | CHCV-003-0017 | |
| CHRB-003-0006 | CHCV-007-0003 | |

I hereby certify that a true copy of the Consent Order or the Court's Order for Default Judgment for each subfile listed above concerning the Defendants' right to use the public waters of the Rio Chama Stream System, and a copy of this Certificate of Service, was mailed to each of the following Defendants on the 20th day of April 2007, at the address indicated:

CHCJ-001-0004A
Docket No. 8593
Augustine Ortiz
1556 Los Griegos Rd.
Jemez Springs, NM 87025

CHCJ-002-0015
Docket No. 8594
Pamela Garcia
Teodoro Garcia
RR 4 Box 368
Espanola, NM 87532

CHCJ-002-0056
Docket No. 8558
Jacob Trujillo
P.O. Box 566
Clearfield, UT 84089

CHCJ-002-0057
Docket No. 8557
Genoveva Montano
2205 Palomas Dr. NE
Albuquerque, NM 87110

CHCJ-003-0024
Docket No. 8595
Danny Sanchez
Priscilla Sanchez
P.O. Box 1342
San Juan Pueblo, NM 87566

CHTA-003-0053
Docket No. 8599
Estate of Manuelita U. Abeyta
c/o Fermin Abeyta, Jr.
P.O. Box 124
Tierra Amarilla, NM 87575

CHTA-004-0007
Docket No. 8622
Vicente Montaño
P.O. Box 32
Tierra Amarilla, NM 87575

CHTA-004-0027B
Docket No. 8599
Hope U. Martinez
Juan I. Martinez
P.O. Box 1012
El Prado, NM 87529

CHTA-004-0028
Docket No. 8599
Tracy T. Howell
Virginia McDermott
P.O. Box 984
Santa Fe, NM 87504

CHRB-003-0005
Docket No. 8613
Jose Maria Martinez, Jr.
88 N. Paseo de Angel
Santa Fe, NM 87507

CHRB-003-0006
Docket No. 8619
Justiniano A. Valdez
P.O. Box 41
Tierra Amarilla, NM 87575

CHRB-003-0008A
Docket No. 8614
Jose Maria Martinez, Jr.
88 N. Paseo de Angel
Santa Fe, NM 87507

CHRB-004-0004E
Docket No. 8620
Gloria Martinez
P.O. Box 933
Chama, NM 87520

CHRB-004-0015
Docket No. 8598
Joe I. Valdez
Tive Valdez
P.O. Box 454
Espanola, NM 87532

CHRB-005-0027
Docket No. 8621
Thomas Gaylor
P.O. Box 835
Tierra Amarilla, NM 87575

CHRB-006-0013
Docket No. 8617
Acencion Labrier
HC 75 Box 24
Tierra Amarilla, NM 87575

CHRB-009-0001
Docket No. 8623
Joyce Nenninger
3925 San Miguel Dr.
Fullerton, CA 92835

Kathy R. Tafoya
23510 Grand Rim Ct.
Diamond Bar, CA 91765

Lisa Tafoya
Lucy Tafoya
1505 Girard Dr.
Diamond Bar, CA 91765

Lorraine Tafoya
370 Calle Alcazar
Walnut, CA 91789

CHRU-003-0009
Docket No. 8624
Rosita L. Valdez
HC 71 Box 83
Lumberton, NM 87528

CHRU-004-0006
Docket No. 8625
Rosita L. Valdez
HC 71 Box 83
Lumberton, NM 87528

| | | |
|---|---|---|
| CHRU-004-0009<br>Docket No. 8626<br>Johnny Valdez<br>HC 75 Box 1011<br>Rutheron, NM 87551 | CHCV-007-0003<br>Docket No. 8618<br>Kevin Yearout<br>Lian Yearout<br>10208 San Bernardino<br>Albuquerque, NM 87122 | CHCV-003-0012<br>Docket No. 8596<br>Betty M. Martin<br>P.O. Box 654<br>Chama, NM 87520 |
| CHCV-001-0005<br>Docket No. 8611<br>Chama Valley Independent<br>School District No. 19<br>P.O. Box 10<br>Tierra Amarilla, NM 87575 | CHCV-002-0044<br>Docket No. 8597<br>John Bush<br>Verleen Bush<br>890 West Cliff Dr. #12<br>Santa Cruz, CA 95060 | CHCV-003-0028<br>Docket No. 8597<br>Victoria L. Skrondahl<br>8401 Spain Rd. NE<br>Apt. 50 D<br>Albuquerque, NM 87111 |
| CHCV-003-0017<br>Docket No. 8612<br>Matthew M. Gallegos<br>Robert Gallegos, Jr.<br>Maria A. Martinez<br>P.O. Box 323<br>Chama, NM 87520 | CHCV-002-0052<br>Docket No. 8596<br>Donnie Carillo<br>841 Capilene Lane<br>Chama, NM 87520 | CHCV-006-0004<br>Docket No. 8596<br>Lance Leyba<br>HC 75 Box 50<br>Chama, NM 87520 |

Copies of each of the Orders for the subfiles listed above, and a copy of this Certificate of Service, were mailed to the following person on the same date:

Rick De Simone
WATERS Project Manager
121 Tijeras, Suite 3000
Albuquerque, NM 87102

I HEREBY CERTIFY that on the 20th day of April, 2007 I filed the foregoing electronically through the CM/ECF system.

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile