IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* ) <br> State Engineer, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROMAN ARAGON,  *et al.,* ) <br> ) <br> Defendants. ) <br> _____) | 69cv07941-BB <br><br> RIO CHAMA STREAM SYSTEM <br> Section 1: Chama Mainstream <br><br> RANCHITOS DITCH <br><br> **Subfile Nos. 4.1, 4.2, 4.3, 4.4, & 4.5** |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for each subfile listed above concerning the Defendants' right to use the public waters of the Rio Chama Stream System, and a copy of this Certificate of Service, was mailed to each of the following Defendants on the 24th day of April 24, 2007 at the address indicated:

<u>Subfile Nos. 4.1, 4.4</u>
Frances A. Martinez
P.O. Box 166
Abiquiu, NM 87510

<u>Subfile No. 4.2</u>
Bobby Lopez
P.O. Box 1978
Espanola, NM 87532

<u>Subfile No. 4.3</u>
Yuvonnia Owen
Aubrey Owen
P.O. Box 75
Abiquiu, NM 87510

<u>Subfile No. 4.5</u>
Juan Duran
P.O. Box 1
Abiquiu, NM 87510

A copy of the Subfile Orders listed above, and a copy of this *CERTIFICATE OF SERVICE*, was mailed to the following person on the same date:

Rick DeSimone
WATERS Project Manager
121 Tijeras NE, Suite 2000
Albuquerque, NM 87102

I HEREBY CERTIFY that on the 24th day of April, 2007, I filed the foregoing electronically through the CM/ECF system.

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444