IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>     v.<br><br>RAMON ARAGON et al.<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 69cv07941 BB<br>)  RIO CHAMA STREAM SYSTEM<br>)<br>)  Section 4: Rio El Rito<br>)<br>)<br>) |

## NOTICE OF ERRATA

The El Rito Community Ditch Association ("Association"), through its undersigned attorney, files this Notice of Errata concerning its *Motion for Declaration of Water Allocation Custom* (No. 8629), filed on April 23, 2007. The Association states that the document attached as Docket No. 8629-2 was not Exhibit A to the Motion, "*Declaration of the Tiempo System of Water Allocation Customs.*" In order to correct this error, Exhibit A "*Declaration of the Tiempo System of Water Allocation Customs*" is attached to this notice.

                                        Respectfully submitted,


                                        /s/ Mary E. Humphrey
                                        MARY E. HUMPHREY
                                        Attorney for El Rito Community Ditch Association
                                        P. O. Box 1574
                                        El Prado, NM  87529-1574
                                        (505) 758-2203

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April 2007, I filed the foregoing document electronically through the CM/ECF system.

/s/ Mary E. Humphrey