FILED
at Santa Fe, NM

APR 30 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Proof of service filed |
|---|---|---|
| Bernabe Madrid | CHRB-004-0010<br>CHRB-006-0040<br>CHRB-007-0011 | November 14, 2006 (Doc. No. 8446) |
| Caroline Madrid | CHRB-004-0010<br>CHRB-006-0040<br>CHRB-007-0011 | November 14, 2006 (Doc. No. 8446) |
| Chris R. Martinez | CHRB-004-0004B | April 17, 2007 (Doc. No. 8616) |
| Pauline Bustos | CHRB-004-0004D | April 17, 2007 (Doc. No. 8616) |
| Elipio G. Mecure | CHRU-001-0016 | June 29, 2006 (Doc. No. 8304) |
| Kathleen Gintowt | CHCC-001-0013 | January 18, 2007 (Doc. No. 8536) |

| Robert A. Gintowt | CHCC-001-0013 | June 29, 2006 (Doc. No. 8304) |

| Defendant | Subfile No. | Proof of publication filed |
|---|---|---|
| Tira L. Ouellete | CHRB-004-0041 | March 30, 2007 (Doc. No. 8608) |
| Celia O. Lucero | CHCV-002-0011 | March 30, 2007 (Doc. No. 8608) |
| Rebecca Hurd | CHCV-002-0017 | March 30, 2007 (Doc. No. 8608) |
| Robert Hurd | CHCV-002-0017 | March 30, 2007 (Doc. No. 8608) |
| Daphne Kim Tribble | CHCV-002-0019 | March 30, 2007 (Doc. No. 8608) |
| Jose Salomon Lucero | CHCV-002-0035 | March 30, 2007 (Doc. No. 8608) |
| Presley D. Rivas | CHCV-002-0039E | March 30, 2007 (Doc. No. 8608) |
| Angelo E. Rivas | CHCV-002-0039F | March 30, 2007 (Doc. No. 8608) |
| Estate of Octaviano Ulibarri | CHTA-003-0021 | March 30, 2007 (Doc. No. 8608) |
| Estate of Lupita Valerio Jaramillo | CHRB-004-0023 | March 30, 2007 (Doc. No. 8608) |

I further certify, that the records of my office indicate the following defendants waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | Waiver of summons filed |
|---|---|---|
| Estate of Maria Casias | CHTA-003-0003 | February 19, 2002 (Doc. No. 6537) |
| Rio Arriba County | CHTA-003-0013A<br>CHTA-003-0014A | June 20, 2003 (Doc. No. 7162) |
| Roseann Gallegos | CHRB-004-0004C | February 18, 2003 (Doc. No. 7063) |
| Bruce R. Duran | CHRB-006-0003 | September 3, 2002 (Doc. No. 6839) |
| Michelle L. Duran | CHRB-006-0003 | September 3, 2002 (Doc. No. 6839) |
| Michael D. Gonzales | CHRB-004-0009 | April 9, 2002 (Doc. No. 6603) |

| | | |
|---|---|---|
| John D. Morrow | CHCC-001-0007 | April 25, 2003 (Doc. No. 7116) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 30th day of April, 2007.

                                          MATTHEW J. DYKMAN
                                        DISTRICT COURT CLERK

                                        By: _____
                                              Deputy Clerk