IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* STATE ENGINEER<br><br>Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB-ACE<br>Rio Chama Adjudication<br><br>Pueblo Claims Subproceeding 1 |

## AMENDED CERTIFICATE OF SERVICE

I, Tim Vollmann hereby amend the Certificate of Service appended to the Subproceeding Complaint of Ohkay Owingeh, filed today April 30, 2007, to further certify that I have served the following additional non-CM/ECF participants by U.S. mail, first class:

1

Karen L. Townsend
120 E Chaco
Aztec, NM 87410-1910

Ernest L. Padilla
Padilla Law Firm, PA
PO Box 2523
Santa Fe, NM 87504

Brett J Olsen
7500 Montgomery Blvd NE #A
Albuquerque, NM 87109

Hope Miner
23 Cuchilla de Lupe
Placitas, NM 87043

Henry Jacquez
1110 Maez Rd
Santa Fe, NM 87501

Stacey J. Goodwin
300 Galisteo St #205
Santa Fe, NM 87501

Christina J Bruff
Law & Resource Planning Associates
201 Third Street, NW #1750
Albuquerque, NM 87102

James C. Brockmann
Jay Stein
Stein & Brockmann, PA
PO Box 5250
Santa Fe, NM 87502-5250

Paul L Bloom
White, Koch, Kelly & McCarthy
PO Box 787
Santa Fe, NM 87504-0787

April 30, 2007

Tim Vollmann
3301-R Coors Rd. NW #302
Albuquerque, NM 87120
Phone: 505-792-9168
Tim_Vollmann@hotmail.com

2