IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al*., | ) ) | Section 3: Canjilon Creek Subfile No. CHCJ-006-0003A |
| Defendants. | ) ) | |

## **MOTION TO CORRECT DEFENDANT'S NAME**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully moves the Court to issue its order correcting the name of the defendant named below to read as follows:

FROM                                    TO

Rubina V. Vailpando                     Rubina Vigil
                                        CHCJ-006-0003A


Dated: May 1, 2007

                                        Respectfully submitted,

                                         /s/ Chris Lindeen_____
                                        L. Christopher Lindeen
                                        Special Assistant Attorney General
                                        New Mexico Office of the State Engineer
                                        P.O. Box 25102
                                        Santa Fe, NM  87504-5102
                                        (505) 827-6150

2

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of May, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Rubina Vigil
P.O. Box 503
Canjilon, NM 87515

                                              /s/ Chris Lindeen
                                              L. Christopher Lindeen