IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   69cv07941-BB-ACE<br>)<br>)   RIO CHAMA STREAM SYSTEM<br>)<br>)   Sections 3 and 7<br>)<br>)<br>) |

### ASSOCIACIÓN DE ACÉQUIAS NORTEÑAS DE RIO ARRIBA'S MOTION TO ADOPT ORDER FOR NON-WAIVER OF CLAIMS UNDER THE TREATY OF GUADALUPE HIDALGO

The Associación de Acéquias Norteñas de Rio Arriba ("Associación"), through its counsel New Mexico Legal Aid, hereby moves this court to adopt an order for non-waiver of claims under the Treaty of Guadalupe Hidalgo ("Treaty") and/or related authority for the above-referenced sections (Sections 3 and 7) of the Rio Chama Stream System, and as grounds therefor states:

1.  Claimants in Section 3 of the Rio Chama Stream System together with those in Section 7, since the commencement of proceedings in Sections 3 and 7 of this adjudication, have jointly pursued, through the Associación and the Associación's counsel, recognition of their Treaty-protected rights.

2.  The "Associación de Acéquias Norteñas de Rio Arriba's Statement of Issues Regarding the Applicability of the Treaty of Guadalupe Hidalgo and/or Related Authority to Water Rights in Sections 3 and 7", filed on June 1, 2006, docket # 8290, was

filed in order that issues pertaining to Treaty-protection of water rights could be raised and ultimately addressed for water rights in both Section 3 and in Section 7.

3.      Adoption of a non-waiver order would clarify the right of claimants in Sections 3 and 7 to pursue Treaty protections for their water rights.

4.      The State opposes this motion.

WHEREFORE MOVANT PRAYS for an Order making the following language applicable to Sections 3 and 7:

> By signing a Consent Order, a claimant does not waive any future claim of right which might arise under the Treaty of Guadalupe Hidalgo or related authority. A claimant who signs a Consent Order may, at the appropriate point in these proceedings, raise the question of the effect on, or the relevance of the Treaty of Guadalupe Hidalgo or related authority to, his or her water rights.

Respectfully submitted,

*Electronically Filed*

BY:   /s/ David Benavides, Esq.
        DAVID BENAVIDES
        New Mexico Legal Aid
        Attorney for Associación de Acéquias
        Norteñas de Rio Arriba
        P. O. Box 5175
        Santa Fe, NM  87502
        Tel:  (505) 982-9886
        Fax: (505) 982-6278

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of May, 2007, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Frank M Bond**
fbond@simonsfirm.com,ssandoval@simonsfirm.com,ggonzales@simonsfirm.com, fbond@mac.com

**Bradley S. Bridgewater**
jennifer.vaughn2@usdoj.gov,bradley.s.bridgewater@usdoj.gov,yvonne.marsh@usdoj.gov

**Christopher D. Coppin**
ccoppin@ago.state.nm.us,tmartinez@ago.state.nm.us

**Charles T. DuMars**
ctd@lrpa-usa.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com,mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Vickie L. Gabin**
kbruner@hubwest.com,vlgabin@nm.net

**David W Gehlert**
david.gehlert@usdoj.gov,jennifer.vaughn2@usdoj.gov,judy.tetreault@usdoj.gov,lori.montano@usdoj.gov

**Ryan Margaret Golten**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com,svelody@nordhauslaw.com

**Karla JaNelle Haught**
janelle.haught@state.nm.us

**Mary E. Humphrey**
humphrey@newmex.com

**Susan G Jordan**
vruiz@nordhauslaw.com,mchavez@nordhauslaw.com,sjordan@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com,melissa@danieljofriel.com,veronica@danieljofriel.com

**Christopher Lindeen**
christopher.lindeen@state.nm.us

**John F. McCarthy , Jr**
jfmc@wkkm.com

**David C. Mielke**
dmielke@abqsonosky.com,sdressler@abqsonosky.com

**Edward G. Newville**
ednewville@ixpn.com,connie.flint@state.nm.us,fred.kipnes@state.nm.us,lawoffice@higherspeed.net

**Marcus J. Rael, Jr.**
marcus@roblesrael.com,natalie@roblesrael.com,nicole@roblesrael.com,diane@roblesrael.com

**Walter L. Reardon, Jr.**
walter@reardonlawnm.com

**Peter B. Shoenfeld**
petershoenfeld@qwest.net

**Arianne Singer**
arianne.singer@state.nm.us,lula.valdez@state.nm.us,connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.kipnes@state.nm.us,vina.gallegos@state.nm.us

**John W. Utton**
jwu@ssslawfirm.com,djs@ssslawfirm.com

**Timothy A Vollmann**
tim_vollmann@hotmail.com

**Fred Waltz**
fwaltz@kitcarson.net,cortega@kitcarson.net

**AND I FURTHER CERTIFY** that on such date I served the foregoing pleading on the following non-CM/ECF Participants via first class mail, postage prepaid addressed as follows:

**Lee Bergen**
Bergen Law Offices
4110 Wolcott Ave NE, #A
Albuquerque, NM 87109

**Paul L. Bloom**
White, Koch, Kelly & McCarthy
PO Box 787
Santa Fe, NM 87504-0787

**James C. Brockmann**
Stein & Brockmann, PA
PO Box 5250
Santa Fe, NM 87502-5250

**Christina J. Bruff**
Law & Resource Planning Associates
201 Third Street, NW, #1750
Albuquerque, NM 87102

**Steven L. Bunch**
NM Highway & Transportation Dept.
PO Box 1149
Santa Fe, NM 87504-1149

**Joseph van R. Clarke**
Cuddy, Kennedy, Albetta & Ives, LLP
PO Box 4160
Santa Fe, NM 87502-4160

**Daniel Cleavinger**
PO Box 2470
Farmington, NM 87499

**Tessa T. Davidson**
PO Box 2240
Corrales, NM 87048

**Rebecca A. Dempsey**
White, Koch, Kelly & McCarthy
PO Box 787
Santa Fe, NM 87504-0787

**John E. Farrow**
Fairfield, Farrow & Strotz
PO Box 35400
Albuquerque, NM 87176-5400

**Paula Garcia**
607 Cerrillos Rd., #F
Santa Fe, NM 87505

**Stacey J. Goodwin**
300 Galisteo St., #205
Santa Fe, NM 87501

**Henry Jacquez**
1110 Maez Rd
Santa Fe, NM 87501

**Mary Ann Joca**
US Department of Agriculture
General Counsel
PO Box 586
Albuquerque, NM 87103

**Randy E. Lovato**
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120-3488

**Hope Miner**
23 Cuchilla de Lupe
Placitas, NM 87043

**Fred Vigil, Chairman**
NM Acequia Commission
PO Box 687
Medanales, NM 87548-0687

**Brett J. Olsen**
7500 Montgomery Blvd NE, #A
Albuquerque, NM 87109

5

**Ernest L. Padilla**
Padilla Law Firm, PA
PO Box 2523
Santa Fe, NM 87504

**Benjamin Phillips**
White, Koch, Kelly & McCarthy
PO Box 787
Santa Fe, NM 87504-0787

**Jay F. Stein**
Stein & Brockmann, PA
PO Box 5250
Santa Fe, NM 87502-5250

**Karen L. Townsend**
120 E. Chaco
Aztec, NM 87410-1910

**Lucas O. Trujillo**
PO Box 57
El Rito, NM 87530

**Ted J. Trujillo**
PO Box 2185
Espanola, NM 87532

**C. Mott Woolley**
112 W San Francisco, #312C
Santa Fe, NM 87501-2090

/s/  *David Benavides*
DAVID BENAVIDES