IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMAN ARAGON, *et al.,*<br><br>    Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## CERTIFICATE OF SERVICE

Subfile Nos.:

| | | |
|---|---|---|
| CHTA-003-0003 | CHRB-004-0010 | CHCV-002-0017 |
| CHTA-003-0013A | CHRB-004-0023 | CHCV-002-0019 |
| CHTA-003-0014A | CHRB-004-0041 | CHCV-002-0035 |
| CHTA-003-0021 | CHRB-006-0003 | CHCV-002-0039E |
| CHRB-004-0004B | CHRB-006-0040 | CHCV-002-0039F |
| CHRB-004-0004C | CHRB-007-0011 | CHCC-001-0007 |
| CHRB-004-0004D | CHRU-001-0016 | CHCC-001-0013 |
| CHRB-004-0009 | CHCV-002-0011 | |

   I hereby certify that a true, file-stamped copy of the April 30, 2007, Clerk's Certificate of

Default (Doc. No. 8635) was mailed to each of the following Defendants on the 2nd day of May,

2007:

| | | |
|---|---|---|
| CHTA-003-0003<br>Estate of Marie Casias<br>c/o Amarante Casias<br>P.O. Box 84<br>Tierra Amarilla, NM 87575 | CHTA-003-0013A &<br>CHTA-003-0014A<br>Rio Arriba County<br>c/o Ted Trujillo, Esq.<br>P.O. Box 2185<br>Española, NM 87532-2185 | CHTA-003-0021<br>Estate of Octaviano Ulibarri<br>c/o Linda Kleine<br>P.O. Box 150<br>Mesilla, NM 88046 |

CHRB-004-0004B
Chris R. Martinez
P.O. Box 271
Tierra Amarilla, NM 87575

CHRB-004-0004C
Roseann Gallegos
P.O. Box 859
Santa Cruz, NM 87567

CHRB-004-0004D
Pauline Bustos
P.O. Box 46
Santa Cruz, NM 87567

CHRB-004-0009
Michael D. Gonzales
112 Sam St.
Santa Fe, NM 87501

CHRB-004-0010,
CHRB-006-0040, &
CHRB-007-0011
Bernabe Madrid
P.O. Box 41
Los Ojos, NM 87551

CHRB-004-0010,
CHRB-006-0040, &
CHRB-007-0011
Caroline Madrid
1285 Soaring Eagle Dr.
Colorado Springs, CO 80915

CHRB-004-0023
Estate of Lupita Valerio Jaramillo
c/o Tito Jaramillo
P.O. Box 275
Tierra Amarilla, NM 87575

CHRB-004-0041
Tira L. Ouellete
356 32nd St.
Ogden, UT 84401

CHRB-006-0003
Bruce R. Duran
Michelle L. Duran
County Rd. 84-B #59
Santa Fe, NM 87504

CHRU-001-0016
Elipio G. Mercure
HC 75 Box 1018
Los Ojos, NM 87551

CHCV-002-0011
Celia O. Lucero
10701 Menual Blvd. NE
Albuquerque, NM 87112

CHCV-002-0017
Rebecca Hurd
Robert Hurd
206 E. 10th St.
Snohomish, WA 98290-2263

CHCV-002-0019
Daphne Kim Tribble
HC 32 Box 14 Cutter Rd.
Truth of Consequences, NM 87901

CHCV-002-0035
Jose Salomon Lucero
c/o Lucia Lucero
4209 El Conlan Ave.
Las Vegas, NV 89102

CHCV-002-0039E
Presely D. Rivas
P.O. Box 634
Chama, NM 87520

CHCV-002-0039F
Angelo E. Rivas
P.O. Box 634
Chama, NM 87520

CHCC-001-0007
John D. Morrow
203 Camino del Norte
Santa Fe, NM 87501-1035

CHCC-001-0013
Kathleen and Robert Gintowt
1802 Montrey Dr.
Gallup, NM 87301


   /s/ Ed Newville
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444

3

I HEREBY CERTIFY that on the 2nd day of May, 2007, I filed the foregoing electronically through the CM/ECF system.

                                                /s/ Ed Newville
                                                Edward G. Newville