

# STATE OF NEW MEXICO
## OFFICE OF THE STATE ENGINEER
### LITIGATION & ADJUDICATION PROGRAM
130 South Capitol
Santa Fe, New Mexico 87501

John R. D'Antonio, Jr. P.E.
State Engineer

DL Sanders
Chief Counsel

Mailing Address:
P.O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 827-6150
Fax: (505) 827-3887

April 23, 2007

Special Master Vickie L. Gabin
United States District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

**FILED**
at Santa Fe, NM

MAY - 4 2007

MATTHEW J. DYKMAN
CLERK

Re: State of New Mexico *ex rel.* State Engineer v. Aragon *et al.*
No. 69cv07941-BB

Dear Special Master Gabin:

During the recent working session in Santa Fe I mentioned that I had not considered up to that point the question of who would prepare the anticipated partial final decree in Section 5 (Rio Gallina). Since that time I've discussed the matter with the staff at the Office of State Engineer. We've decided to have the State Engineer's staff prepare the decree and associated appendices using the WRATS database. We will, of course, provide a draft of the decree to the Court's data manager for her technical review.

Please contact me if you have any questions.

Sincerely,

Ed Newville

Ed Newville
Special Assistant Attorney General