IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Chama Mainstream<br><br>**Acequia de los Ranchitos** |

## NOTICE OF ERRATA

Between November 24, 2004, and April 24, 2007, numerous court documents have been entered into the record with respect to the **"Ranchitos Ditch"** in Section 1 of the Rio Chama stream system including the following:

*Subfile Order* filed March 6, 2007 (Doc. 8600)
　　Defendant Frances A. Martinez, Subfiles 4.1, 4.4

*Subfile Order* filed February 2, 2007 (Doc. 8545)
　　Defendant Juan Duran, Subfile 4.5

*Consent Order* filed June 6, 2006 (Doc. 8294)
　　Defendant Bobby Lopez, Subfile 4.2

*Consent Order* filed June 6, 2006 (Doc. 8295)
　　Defendants Aubrey Owen and Yuvonnia Owen, Subfile 4.3

The correct name of the acequia or ditch in all of the documents described above is the **"Acequia de los Ranchitos."** This correction is consistent with the ditch name described in *New Mexico's Motion for Approval for Acequia Name Changes* filed June 27, 1995 (Doc. 4039) (motion granted by *Order* filed June 29, 1995 (Doc. 4038)).

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___9th___ day of May, 2007, I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Frances A. Martinez
PO Box 166
Abiquiu, NM 87510

Bobby Lopez
PO Box 1978
Espanola, NM 87532

Owen Aubrey
Yuvonnia Aubrey
PO Box 75
Abiquiu, NM 87510

Juan Duran
PO Box 1
Abiquiu, NM 87510

  /s/ Ed Newville
Edward G. Newville