IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      vs.

ROMAN ARAGON,  *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## MOTION TO SET ASIDE ENTRY OF DEFAULT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Fed. R. Civ. P. 55(c) respectfully requests the Court to set aside the entry of default for the following defendants in the Rito de Tierra Amarilla and the Rio Brazos subsections of Section 7:

| | |
|---|---|
| Rio Arriba County | CHTA-003-0013A |
| | CHTA-003-0014A |
| Chris R. Martinez | CHRB-004-0004B |
| Roseann Gallegos | CHRB-004-0004C |

As grounds therefore the Plaintiff states:

1.      The Clerk's Certificate of Default with respect to the above-named defendants was entered on April 30, 2007 (Docket No. 8635).

2.      The above-named defendants recently contacted the State and have signed the State's proposed Consent Orders in the above subfiles and have delivered the approved orders to the State.

3.      Good cause exists to set aside the entry of default with respect to the defendants named above.

WHEREFORE, the Plaintiff State of New Mexico *ex rel.* State Engineer requests the Court to set aside the entry of default for defendants Rio Arriba County, Chris R. Martinez, and Roseann Gallegos.

DATED: May 11, 2007

Respectfully submitted,


   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of May, 2007, I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Chris R. Martinez
P.O. Box 271
Tierra Amarilla, NM 87575

Roseann Gallegos
P.O. Box 859
Santa Cruz, NM 87567


   /s/ Ed Newville
Ed Newville

2