IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>ROMAN ARAGON et al., )<br>)<br>Defendants. )<br>) | )<br>69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM |

ORDER FOR FURTHER PROCEEDINGS

THIS MATTER is before the Special Master following the May 1, 2007, general status conference for Sections 3, 5 and 7 in the Rio Chama Stream System adjudication. Having heard the comments of counsel, and being otherwise fully advised in the premises, I find that further proceedings should be scheduled in this case.

IT IS ORDERED, THEREFORE, that

1. Wild and Scenic River Claim

No later than **June 4, 2007**, counsel for the State of New Mexico, ex rel. State Engineer (State) and the United States of America shall file a joint motion to amend the July 18, 2005, Initial Scheduling and Pretrial Order for the Adjudication of Wild and Scenic River Claims (Docket No. 7952).

2. CIR Agreement

No later than **June 18, 2007**, a stipulation and settlement agreement between the State and the Gallina-Capulin Acequias which defines irrigation water requirements in Section 5 shall be finalized and filed with the Court.

3. <u>Case management priorities</u>

Counsel discussed at length the September 22, 2006, Administrative Order on Case Management Priorities for three northern New Mexico stream system adjudications (No. 8384), and the conflicts which exist between the stated priorities for completing these cases and those matters which arise "out of priority," and which may require immediate attention. Counsel agreed to meet among themselves to discuss potential amendments to the Administrative Order, and further agreed that I would set a working session or hearing **June 11, 2007**, in the event that no agreement could be reached. Accordingly, as soon as possible, but no later than **May 25, 2007**, counsel for the State, the various acequia associations and any others interested in case management priorities shall file a joint motion requesting either agreed-upon amendments to the Administrative Order, an informal working session, or a hearing on the matter.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER