IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama<br><br>**Subfile No.:CHCV-002-0043** |

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, states that pursuant to Fed. R. Civ. P. 4(c)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendant was served with process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to the named Defendant. A copy the Defendant's signature receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Kathleen M. Fischer | CHCV-002-0043 | January 17, 2007 |

Respectfully submitted,

   /s/ Edward G. Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 867-7444

I HEREBY CERTIFY that on the 18th day of May, 2007, I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participant in the manner indicated:

via first class mail, postage pre-paid, addressed as follows:

Kathleen M. Fischer
7672 Calle Milan
Highland, CA 92346

                                                  /s/ Ed Newville
                                                  Edward G. Newville

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>Kathleen M. Fischer<br>7672 Calle Milan<br>Highland, CA 92346<br><br>RESTRICTED DELIVERY | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☒ Yes |

2. Article Number (Transfer from service label)  7099 3220 0005 9424 2981  CHCV002-0043

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540