IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Bernabe Madrid | CHRB-004-0010<br>CHRB-006-0040<br>CHRB-007-0011 |
| Caroline Madrid | CHRB-004-0010<br>CHRB-006-0040<br>CHRB-007-0011 |
| Pauline Bustos | CHRB-004-0004D |
| Elipio G. Mercure | CHRU-001-0016 |
| Kathleen Gintowt | CHCC-001-0013 |
| Robert A. Gintowt | CHCC-001-0013 |
| Tira L. Ouellete | CHRB-004-0041 |
| Celia O. Lucero | CHCV-002-0011 |
| Rebecca Hurd | CHCV-002-0017 |

| | |
|---|---|
| Robert Hurd | CHCV-002-0017 |
| Jose Salomon Lucero | CHCV-002-0035 |
| Presley D. Rivas | CHCV-002-0039E |
| Angelo E. Rivas | CHCV-002-0039F |
| Estate of Octaviano Ulibarri | CHTA-003-0021 |
| Estate of Maria Casias | CHTA-003-0003 |
| Bruce R. Duran | CHRB-006-0003 |
| Michelle L. Duran | CHRB-006-0003 |
| Michael D. Gonzales | CHRB-004-0009 |
| John D. Morrow | CHCC-001-0007 |
| Olivia Valdez | CHTA-003-0030 |

and as grounds therefore plaintiff states:

1.  The defendants named above are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed April 30, 2007 (Doc. No. 8635). The default of defendant Olivia Valdez is shown by the Clerk's Certificate of Default filed December 17, 2004 (Doc. No. 7680).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the Office of the State Engineer Hydrographic Surveys for Section 7 of the Rio Chama Stream, as amended.

Respectfully submitted,

/s/ Ed Newville

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___22rd___ day of May, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

    Bernabe Madrid
    P.O. Box 41
    Los Ojos, NM 87551

    Caroline Madrid
    1285 Soaring Eagle Dr.
    Colorado Springs, CO 80915

    Pauline Bustos
    P.O. Box 46
    Santa Cruz, NM 87567

    Elipio G. Mercure
    P.O. Box 104
    Los Ojos, NM 87551

    Kathleen Gintowt
    Robert A. Gintowt
    1802 Monterey Drive
    Gallup, NM 87301

    Tira L. Ouellete
    356 32nd Street
    Ogden, UT 84401

    Celia O. Lucero
    10701 Menual Blvd. NE
    Albuquerque, NM 87112

Rebecca Hurd
Robert Hurd
206 E. 10th St.
Snohomish, WA 98290-2263

Jose Salomon Lucero
c/o Lucia Lucero
4209 El Conlan Ave.
Las Vegas, NV 89102

Presley D. Rivas
P.O. Box 634
Chama, NM 87520

Angelo E. Rivas
P.O. Box 634
Chama, NM 87520

Estate of Octaviano Ulibarri
c/o Linda Kline
P.O. Box 150
Mesilla, NM 88046

Estate of Maria Casias
c/o Amarante Casias
P.O. Box 84
Tierra Amarilla, NM 87575

Bruce R. Duran
Michelle L. Duran
County Rd. 84-B #59
Santa Fe, NM 87504

Michael D. Gonzales
112 Sam St.
Santa Fe, NM 87501

John D. Morrow
333 E. Palace Ave.
Santa Fe, NM 87501-2275

Olivia Valdez
P.O. Box 187
Tierra Amarilla, NM 87575

                /s/ Ed Newville
               Edward G. Newville