# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, ) ) ) Plaintiff, ) Vs. ) ) ROMAN ARAGON, et al., ) ) Defendants. ) _____ ) | 69cv07941 BB-ACE RIO CHAMA STREAM SYSTEM |

## NOTICE OF UNAVAILABILITY

FRED J. WALTZ, counsel for the Rio de Chama Acequias Association and its member acequias, hereby gives notice that he will be unavailable from June 11 through June 14 and from June 19 through 22, 2007 because of out-of-state legal commitments. Please do not schedule any hearings on this cause that require my presence during these time periods.

Dated: May 23, 2007

Respectfully submitted,

_____/s/ Fred J. Waltz_____
FRED J. WALTZ
Attorney for Rio de Chama
  Acequia Association
214 B Kit Carson Road
Taos, New Mexico 87571
(505) 758-0407

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I filed the foregoing Notice of Unavailability electronically through the CM/ECF system, which caused the following

parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    David A. Benavides
        davidb@nmlegalaid.org

    Frank M. Bond
        fbond@simonsfirm.com, ssandoval@simonsfirm.com,
        ggonzales@simonsfirm.com, fbond@mac.com

    Bradley S. Bridgewater
        gary.durr@usdoj.gov, jennifer.vaughn2@usdoj.gov,
        bradley.s.bridgewater@usdoj.gov, yvonne.marsh@usdoj.gov

    Christopher D. Coppin
        ccoppin@ago.state.nm.us, tmartinez@ago.state.nm.us

    Tessa T. Davidson
        ttd@tessadavidson.com

    Rebecca A. Dempsey
        rdempsey@wkkm.com, fmtz@wkkm.com

    Charles T. DuMars
        ctd@lrpa-usa.com

    Randolph B. Felker
        randfelker@aol.com

    Jeffrey Fornaciari
        jfornaciari@hinklelawfirm.com, mlara@hinklelawfirm.com

    Gary S. Friedman
        gsf@chflaw.com

    Vickie L. Gabin
        kbruner@humwest.com, vlgabin@nm.net

    David W. Gehlert
        david.gehlert@usdoj.gov, jennifer.vaughn2@usdoj.gov,
        judy.tetreault@usdoj.gov, lori.montano@usdoj.gov

    Ryan Margaret Golten
        ryang@nmlegalaid.org

Noelle Graney
    ngraney@nordhauslaw.com, svelody@nordhauslaw.com

Karla JaNelle Haught
    janelle.haught@state.nm.us

Mary E. Humphrey
    humphrey@newmex.com

Susan G. Jordan
    vruiz@nordhauslaw.com, mchavez@nordhauslaw.com,
    sjordan@nordhauslaw.com

Pierre Levy
    pierre@danieljofriel.com, melissa@danieljofriel.com,
    veronica@danieljofriel.com

Christopher Lindeen
    christopher.lindeen@state.nm.us

John F. McCarthy, Jr
    jfmc@wkkm.com

David C. Mielke
    dmielke@abqsonosky.com, sdressler@abqsonosky.com

Edward G. Newville
    ednewville@ixpn.com, connie.flint@state.nm.us,
    marjorie.dryden@state.nm.us, fred.kipnes@state.nm.us,
    hilario.rubio@state.nm.us, lawoffice@higherspeed.net

Brett J. Olsen
    brett_olsen@msn.com

Marcus J. Rael, Jr.
    marcus@roblesrael.com, nataile@roblesrael.com, nicole@roblesrael.com,
    diane@roblesrael.com

Walter L. Reardon, Jr.
    walter@reardonlawnm.com

Peter B. Shoenfeld
    petershoenfeld@qwest.net

Arianne Singer
arianne.singer@state.nm.us, lula.valdez@state.nm.us,
connie.flint@state.nm.us, marjorie.dryden@state.nm.us,
fred.kipnes@state.nm.us, vina.gallegos@state.nm.us

John W. Utton
jwu@ssslawfirm.com, djs@ssslawfirm.com

Timothy A. Vollmann
tim_vollmann@hotmail.com

AND I FUTHER CERTIFY that on such date I served the foregoing pleading on the following non-CMF/ECF Participants via first class mail, postage prepaid addressed as follows:

Lee Bergen
Bergen Law Offices
4110 Wolcott Ave NE, #A
Albuquerque, NM  87109

Paul L. Bloom
White, Koch, Kelly & McCarthy
PO Box 787
Santa Fe, NM  87504-0787

James C. Brockmann
Stein & Brockmann, PA
PO Box 5250
Santa Fe, NM  87502-5250

Christina J Bruff
Law & Resource Planning Associates
201 Third Street, NW, #1750
Albuquerque, NM  87102

Steven L. Bunch
NM Highway & Transportation Dept.
PO Box 1149
Santa Fe, NM  87504-1149

Mary Ann Joca
US Department of Agriculture
General Counsel
PO Box 586
Albuquerque, NM  87103

Joseph van R. Clarke
Cuddy, Kennedy, Albetta & Ives, LLP
PO Box 4160
Santa Fe, NM 87502-4160

Daniel Cleavinger
PO Box 2470
Farmington, NM  87499

John E. Farrow
Fairfield, Farrow & Strotz
PO Box 35400
Albuquerque, NM  87176-5400

Paula Garcia
607 Cerrillos Rd, #F
Santa Fe, NM  87505

Stacey J. Goodwin
Galisteo St., #205
Santa Fe, NM  87501

Henry Jacquez
1110 Maez Rd
Santa Fe, NM  87501

Ted J. Trujillo
PO Box 2185
Espanola, NM  87532

Randy E. Lovato  
8100 Rancho Sueno Ct., NW  
Albuquerque, NM  87120-3488  

C. Mott Woolley  
112 W. San Francisco, #312C  
Santa Fe, NM  87501-2090  

Hope Miner  
23 Cuchilla de Lupe  
Placitas, NM  87043  

NM Acequia Commission  
Fred Vigil, Chairman  
PO Box 687  
Medanales, NM  87548-0687  

Ernest L. Padilla  
Padilla Law Firm, PA  
PO Box 2523  
Santa Fe, NM  87504  

Benjamin Phillips  
White, Koch, Kelly & McCarthy  
PO Box 787  
Santa Fe, NM  87504-0787  

Jay F. Stein  
Stein & Brockmann, PA  
PO Box 5250  
Santa Fe, NM  87502-5250  

Karen L. Townsend  
120 E Chaco  
Aztec, NM  87410-1910  

Lucas O. Trujillo  
PO Box 57  
El Rito, NM  87530