IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM |

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

COMES NOW the plaintiff State of New Mexico on the relation of the State Engineer ("State") and respectfully requests the Court to allow Stacey J. Goodwin to withdrawal as counsel for the State in the above-entitled cause, and as grounds therefore plaintiff states:

Stacey J. Goodwin entered an appearance in this cause in order to serve as co-counsel with Edward G. Newville with respect to the resolution of disputed claims associated with subfile CHCB-003-0015B (David and Lydia Archuleta). *See* Entry of Appearance filed October 10, 2005 (Doc. No. 7617. Those claims have been fully resolved.

WHEREFORE the State and requests the Court to enter its Order allowing Stacey J. Goodwin to withdrawal as counsel for the Plaintiff State of New Mexico *ex rel.* State Engineer in the above-entitled cause.

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General

        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444

        __telephonically approved 5/23/07__
        STACEY J. GOODWIN
        300 Galisteo St., #205
        Santa Fe, NM 87501-2607
        (505) 982-4147

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __24__ day of May, 2007 I filed the foregoing electronically through the CM/ECF system.