IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) | No. 69cv07941-BB |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| ROMAN ARAGON, et al., | ) ) | Rio Chama Adjudication |
| Defendants | ) | **Pueblo Claims Subproceeding 1** |

### EL RITO DITCH ASSOCIATION'S ANSWER
### TO SUBPROCEEDING COMPLAINT OF OHKAY OWINGEH

PURSUANT TO THE *Scheduling Order on Pueblo Claims* [Docket No. 7639] entered on November 3, 2004, Defendant El Rito Ditch Association, comprised of Acequia Alires, Acequia Viterbo Alires, Acequia Duranes, Acequia Monte, Acequia Camino, Acequia Medio, Acequia Madre, Acequia Estero, Acequia Otra Vanda (a.k.a Acequia Trujillo), Acequia de la Plaza, and Acequia Jaral, through undersigned counsel, hereby answers the *Subproceeding Complaint of Ohkay Owingeh* [Docket No. 8634].

1. The El Rito Ditch Association admits that Ohkay Owingeh is a federally recognized Indian tribe owing lands with the geographic scope of this adjudication. However, Defendant is without sufficient information or knowledge either to admit or deny that Ohkay Owingeh has aboriginal use rights.

2. The El Rito Ditch Association denies the allegations contained in Paragraph 2 of the Complaint.

3. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 3, and therefore denies the same.

4. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 4, and therefore denies the same.

5. The El Rito Ditch Association denies the allegations contained in Paragraph 5.

6. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 6, and therefore denies the same.

7. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 7, and therefore denies the same.

8. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 8 and therefore denies the same.

9. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 9 and therefore denies the same.

10. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 10 and therefore denies the same.

11. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 11 and therefore denies the same.

11. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 10 and therefore denies the same.

13. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 13 and therefore denies the same.

14. The El Rito Ditch Association denies the allegations contained in Paragraph 14.

15. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 15 and therefore denies the same.

16. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 16 and therefore denies the same.

17. The El Rito Ditch Association denies the allegations contained in Paragraph 17.

18. The El Rito Ditch Association denies the allegations contained in Paragraph 18.

19. The El Rito Ditch Association is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 19 and therefore denies the same.

## First Affirmative Defense

The claims of the Ohkay Owingeh contained within its Subproceeding Complaint are barred by the Treaty of Guadalupe Hidalgo.

## Second Affirmative Defense

The claims of Ohkay Owingeh contained within its Subproceeding Complaint are barred by the laws and customs of the prior sovereigns of Spain and Mexico.

## Third Affirmative Defense

The claims of Ohkay Owingeh contained within its Subproceeding Complaint are barred by abandonment.

## Fourth Affirmative Defense

The claims of Ohkay Owingeh contained within its Subproceeding Complaint are subject to the requirement of application of water to beneficial use.

## Fifth Affirmative Defense

The claims of Ohkay Owingeh contained within its Subproceeding Complaint are barred by the doctrine of laches.

## Sixth Affirmative Defense

The claims of the Ohkay Owingeh contained within its Subproceeding Complaint are barred to the extent that recognition of such claims would result in a violation of the Equal Protection Clause of the United States Constitution.

WHEREFORE, Defendant El Rito Ditch Association respectfully asks this Court to require Ohkay Owingeh to approve all elements of the water rights that it claims and to adjudicate the water rights of Ohkay Owingeh in accord with the laws, customs and judicial decisions of Spain, Mexico, the United States of America, and the Territory and State of New Mexico.

Respectfully submitted,

/s/ Mary E. Humphrey

_____
MARY E. HUMPHREY
Attorney for El Rito Ditch Association
P. O. Box 1574
El Prado, New Mexico  87529
(505) 758-2203

## CERTIFICATE OF SERVICE

I certify that on the 1st day of June day, 2007 that I filed the foregoing document electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic filed, to be served via electronic mail.

I also certify that I served the following persons via electronic mail:
Tim Vollman at Tim_Vollman@hotmail.com
Lee Bergen at Lbergen@nativeamericanlawyers.com

I further certify that I served the foregoing document on the following persons by U. S. mail:

Fred Vigil
P. O. Box 687
Medanales, NM  87548-0687

Randy E. Lovato
8100 Rancho Sueno Ct. NW
Albuquerque, NM 87120

Daniel Cleavinger
P. O. Box 339
Tierra Amarilla, NM  87576

Paula Garcia
607 Cerrillos Rd., Suite F
Santa Fe, NM  87505-3799

/s/ Mary E. Humphrey