IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) | No. 69cv07941-BB |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| ROMAN ARAGON, et al., | ) ) | Rio Chama Adjudication |
| Defendants | ) | **Pueblo Claims Subproceeding 1** |

### LA ASOCIACION DE LAS ACEQUIAS DEL RIO VALLECITOS, TUSAS Y OJO CALIENTE'S ANSWER TO UNITED STATES' SUBPROCEEDING COMPLAINT

PURSUANT TO THE *Scheduling Order on Pueblo Claims* [Docket No. 7639] entered on November 3, 2004, La Asociacion de las Acequias del Rio Vallecitos, Tusas y Ojo Caliente, ("La Asociacion"), comprised of thirty-four community acequias in Section 2 of the Rio Chama, through undersigned counsel, hereby answers the *United States' Subproceeding Complaint* [Docket No. 8609].

1. La Asociacion admits that Ohkay Owingeh is a federally recognized Indian tribe owing lands with the geographic scope of this adjudication. La Asociacion is without sufficient information or knowledge either to admit or deny that Ohkay Owingeh has made use of the waters of the Rio Chama stream system since time immemorial.

2. La Asociacion is without sufficient information or knowledge either to admit or deny the allegation contained in Paragraph 2, and therefore denies the same.

3. La Asociacion denies that the priority of Ohkay Owingeh's right to the specific uses set forth in the United States' subproceeding complaint is aboriginal, time immemorial or first priority, as stated in Paragraph 3 of the complaint.

4. La Asociacion denies the allegations contained in Paragraph 4 of the complaint.

5. La Asociacion is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 5, and therefore denies the same.

6. La Asociacion is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 6, and therefore denies the same.

7. La Asociacion is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 7, and therefore denies the same.

8. La Asociacion is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 8 and therefore denies the same.

9. La Asociacion is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 9 and therefore denies the same.

10. La Asociacion is without sufficient information or knowledge either to admit or deny the allegations contained in Paragraph 10 and therefore denies the same.

11. La Asociacion denies the allegations contained in Paragraph 11.

<u>First Affirmative Defense</u>

The claims of the United States of America contained within its Subproceeding Complaint are barred by the Treaty of Guadalupe Hidalgo.

<u>Second Affirmative Defense</u>

The claims of the United States of America contained within its Subproceeding Complaint are barred by the laws and customs of the prior sovereigns of Spain and Mexico.

### Third Affirmative Defense

The claims of the United States of America contained within its Subproceeding Complaint are barred by abandonment.

### Fourth Affirmative Defense

The claims of the United States of America contained within its Subproceeding Complaint are subject to the requirement of application of water to beneficial use.

### Fifth Affirmative Defense

The claims of the United States of America contained within its Subproceeding Complaint are barred by the doctrine of laches.

### Sixth Affirmative Defense

The claims of the United States of America contained within its Subproceeding Complaint are barred to the extent that recognition of such claims would result in a violation of the Equal Protection Clause of the United States Constitution.

WHEREFORE, La Asociacion de las Acequias del Rio Vallecitos, Tusas y Ojo Caliente respectfully asks this Court to require the United States to approve all elements of the water rights that it claims on behalf of the Pueblo of Ohkay Owingeh and to adjudicate the water rights of the Pueblo of Ohkay Owingeh in accord with the laws, customs and judicial decisions of Spain, Mexico, the United States of America, and the Territory and State of New Mexico.

Respectfully submitted,

/s/ Mary E. Humphrey
MARY E. HUMPHREY
Attorney for La Asociacion de las Acequias
del Rio Vallecitos, Tusas y Ojo Caliente
P. O. Box 1574
El Prado, New Mexico  87529
(505) 758-2203

## **CERTIFICATE OF SERVICE**

      I certify that on the 1st day of June day, 2007 that I filed the foregoing document electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic filed, to be served via electronic mail.

I also certify that I served the following persons via electronic mail:
      Tim Vollman at Tim_Vollman@hotmail.com
      Lee Bergen at Lbergen@nativeamericanlawyers.com.

I further certify that I served the foregoing document on the following persons by U. S. mail:

                                                           /s/ Mary E. Humphrey

| | |
|---|---|
| Fred Vigil | Randy E. Lovato |
| P. O. Box 687 | 8100 Rancho Sueno Ct. NW |
| Medanales, NM  87548-0687 | Albuquerque, NM 87120 |
| | |
| Daniel Cleavinger | Paula Garcia |
| P. O. Box 339 | 607 Cerrillos Rd., Suite F |
| Tierra Amarilla, NM  87576 | Santa Fe, NM 87502 |