IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 69cv07941 BB <br> ) RIO CHAMA STREAM SYSTEM <br> ) <br> ) Pueblo Claims Subproceeding I <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

The Gallina-Capulin Acequia Association ("Association"), through its undersigned attorney, files withdraws the document filed as Docket No. 8660, filed June 1, 2007. The Association states that the title of the document was incorrect. Attorney for the Gallina-Capulin Acequia Association regrets any confusion caused by this error.

Respectfully submitted,

/s/ Mary E. Humphrey
MARY E. HUMPHREY
Attorney for Gallina-Capulin Acequia Association
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June 2007, I filed the foregoing document electronically through the CM/ECF system.

/s/ Mary E. Humphrey