IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>     Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>     Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos<br><br>**Subfile No. CHRB-005-0027** |

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the State of New Mexico's Motion to Vacate Consent Order filed May 3, 2007 (Doc. No. 8643).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the Consent Order filed April 10, 2002 (Doc. No. 6616) is hereby vacated.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN