IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB |
| vs. | ) ) ) ) | RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla, |
| ROMAN ARAGON, *et al.*, | ) ) | Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | ) ) | Subfile No. CHRU-004-0009 |

**ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT**

THIS MATTER is before the Court on the State of New Mexico's May 17, 2007, Motion to Set Aside Entry of Default (Doc. 8650) for defendant Johnny Valdez in the Rutheron & Plaza Blanca subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the December 18, 2006, Clerk's Certificate of Default (Doc. 8519) with respect to the following defendant is hereby set aside:

Johnny Valdez          CHRU-004-0009

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN