# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel., the State Engineer, | ) ) ) |
| Plaintiff, | ) No. 69 cv07941-BB ) |
| v. | ) ) ) Rio Chama Adjudication |
| ROMAN ARAGON, et al., | ) ) Pueblo Claims Subproceeding 1 |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

The Rio de Chama Acequias Association ("Association"), through its undersigned attorney, hereby withdraws the document filed as Docket No. 8679, filed June 1, 2007. The Association states that the title of the document was incorrect. The attorney for the Rio de Chama Acequias Association regrets any confusion caused by this error.

Respectfully submitted,
Electronically Filed

/s/ Fred J. Waltz
Fred J. Waltz
214 B Kit Carson Road
Taos, New Mexico 87571
(505) 758-0407
Attorney for Rio de Chama Acequias Association

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, I filed the foregoing document electronically through the CM/ECF system.

/s/ Fred J. Waltz
Fred J. Waltz