IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, ) | | |
| ) | | |
| Plaintiff, ) | | 69cv07941-BB |
| ) | | |
| vs. ) | | RIO CHAMA STREAM SYSTEM |
| ) | | Section 7: Rito de Tierra Amarilla, |
| ) | | Rio Brazos |
| ROMAN ARAGON, *et al.,* ) | | Subfile Nos. CHTA-003-0013A, -0014A |
| ) | | CHRB-004-0004B, -0004C |
| Defendants ) | | |

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico's May 11, 2007, Motion to Set Aside Entry of Default (Doc. No. 8647) for the defendants in the Rito de Tierra Amarilla and Rio Brazos subsections of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the April 30, 2007, Clerk's Certificate of Default (Docket No. 8635) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Rio Arriba County | CHTA-003-0013A and CHTA-003-0014A |
| Chris R. Martinez | CHRB-004-0004B |
| Roseann Gallegos | CHRB-004-0004C |

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN