IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.*, | ) ) | Section 3: Canjilon Creek Subfile No. CHCJ-006-0003A |
| Defendants. | ) ) | |

### ORDER GRANTING MOTION TO CORRECT DEFENDANT'S NAME

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Correct Defendant's Name filed May 1, 2007 (Doc. No. 8639).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the name of the defendant listed below is corrected as follows:

FROM                                TO

Rubina V. Vailpando         Rubina Vigil
                                         CHCJ-006-0003A

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN