IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) ) | |
| Plaintiff; | ) ) | 69cv07941-BB-ACE |
| vs. | ) ) | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.* | ) ) | OHKAY OWINGEH CLAIMS |
| Defendants. | ) ) | |

### NOTICE OF ATTORNEY STATUS

COMES NOW, White, Koch, Kelly & McCarthy, P.A., and states as follows:

1. Effective December 4, 2006 Mr. Benjamin Phillips was no longer associated with White, Koch, Kelly & McCarthy, P.A.

2. Rebecca Dempsey continues to be counsel of record for the El Barranco, LLC. Please remove Mr. Phillips from your mailing lists and indicate Ms. Dempsey as the lead attorney of record.

Respectfully submitted,

WHITE, KOCH, KELLY & McCARTHY, P.A.

By: _____
REBECCA DEMPSEY
Attorneys for Defendants El Barranco, LLC
Post Office Box 787
Santa Fe, New Mexico 87504-0787
(505) 982-4374
rdempsey@wkkm.com

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2007, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Special Master Vickie L. Gabin
vlgabin@earthlink.net, kbruner@hubwest.com

David A. Benavides
davidb@nmlegalaid.org

Frank M. Bond, *et al.*
fbond@simonsfirm.com, ssandoval@simonsfirm.com, ggonzales@simonsfirm.com, fbond@mac.com

Bradley S. Bridgewater
gary.durr@usdoj.gov, jennifer.vaughn2@usdoj.gov, bradley.s.bridgewater@usdoj.gov, yvonne.marsh@usdoj.gov

Christopher D. Coppin
ccoppin@ago.state.nm.us, tmartinez@ago.state.nm.us

Tessa T. Davidson
ttd@tessadavidson.com

Charles T. DuMars
ctd@lrpa-usa.com

Randolph B. Felker
randfelker@aol.com

Jeffrey Fornaciari
jfornaciari@hinklelawfirm.com, mlara@hinklelawfirm.com

Gary S. Friedman
gsf@chflaw.com

David W. Gehlert
david.gehlert@usdoj.gov, jennifer.vaughn2@usdoj.gov, judy.tetreault@usdoj.gov, lori.montano@usdoj.gov

Ryan Margaret Golten, Esq.
ryang@nmlegalaid.org

Noelle Graney
ngraney@nordhauslaw.com, svelody@nordhauslaw.com

Karla JaNelle Haught
janelle.haught@state.nm.us

Mary E. Humphrey
humphrey@newmex.com

Susan Jordan
sjordan@nordhauslaw.com, vruiz@nordhauslaw.com, mchavez@nordhauslaw.com

Pierre Levy
pierre@danieljofriel.com, melissa@danieljofriel.com, veronica@danieljofriel.com

Christopher Lindeen
christopher.lindeen@state.nm.us

David C. Mielke
dmielke@abqsonosky.com, sdressler@abqsonosky.com

Edward C. Newville
ednewville@ixpn.com, connie.flint@state.nm.us, marjorie.dryden@state.nm.us,
fred.kipnes@state.nm.us, hilario.rubio@state.nm.us, lawoffice@)higherspeed.net

Brett J. Olsen
brett_olsen@msn.com

Marcus J. Rael, Jr.
marcus@roblesrael.com, natalie@roblesrael.com, nicole@roblesrael.com,
diane@roblesrael.com

Walter L. Reardon, Jr.
walter@reardonlawnm.com

Peter B. Shoenfeld
petershoenfeld@qwest.net

Arianne Singer
arianne.singer@state.nm.us, lula.valdez@state.nm.us, connie.flint@state.nm.us.,
marjorie.dryden@state.nm.us, fred.kipnes@state.nm.us, vina.gallegos@state.nm.us

John W. Utton
jwu@ssslawfirm.com, djs@ssslawfirm.com

3

Timothy A. Vollmann
tim_vollmann@hotmail.com

Fred Waltz
fwaltz@kitcarson.net, cortega@kitcarson.net

AND I FURTHER CERTIFY that on such date I served the foregoing pleading on the following non-CM/ECF Participants via first class mail, postage prepaid addressed as follows:

Lee Bergen, Esq.
Bergen Law Offices
4110 Wolcott Ave NE, #A
Albuquerque, NM 87109

James C. Brockmann, Esq.
Stein & Brockmann, PA
Post Office Box 5250
Santa Fe, NM 87502-5250

Christina J Bruff, Esq.
Law & Resource Planning Associates
201 Third Street, NW, #1750
Albuquerque, NM 87102

Steven L. Bunch
NM Highway & Transportation Dept.
Post Office Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
US Forest Service
General Counsel
Post Office Box 586
Albuquerque, NM 87103

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120-3488

Hope Miner
23 Cuchilla de Lupe
Placitas, NM 87043

NM Acequia Commission
Fred Vigil, Chairman
Post Office Box 687
Medanales, NM 87548-0687

Ernest L. Padilla, Esq.
Padilla Law Firm, PA
Post Office Box 2523
Santa Fe, NM 87504

Jay F. Stein, Esq.
Stein & Brockmann, PA
Post Office Box 5250
Santa Fe, NM 87502-5250

Karen L. Townsend
120 E. Chaco
Aztec, NM 87410-1910

Lucas O. Trujillo
Post Office Box 57
El Rito, NM 87530

Joseph van R. Clarke, Esq.
Cuddy, Kennedy, Albetta & Ives, LLP
Post Office Box 4160
Santa Fe, NM 87502-4160

Daniel Cleavinger
Post Office Box 2470
Farmington, NM 87499

John E. Farrow, Esq.
Fairfield, Farrow & Strotz
Post Office Box 35400
Albuquerque, NM 87176-5400

Paula Garcia
607 Cerrillos Rd, #F
Santa Fe, NM 87505

Stacey J. Goodwin, Esq.
Galisteo St., #205
Santa Fe, NM 87501

5

| | |
|---|---|
| Henry Jacquez<br>1110 Maez Rd<br>Santa Fe, NM 87501 | C. Mott Woolley, Esq.<br>112W. San Francisco, #312C<br>Santa Fe, NM 87501-2090 |
| Ted J, Trujillo, Esq.<br>Post Office Box 2185<br>Española, NM 87532 | |

*[signature]*

REBECCA DEMPSEY, Attorney for Defendants

RD/RIO CHAMA 7453-0/NOTICE OF ATTORNEY STATUS