IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>             Plaintiff,<br><br>     vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>             Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

**MOTION TO SET ASIDE ENTRY OF DEFAULT
AND WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and pursuant to Fed. R. Civ. P. 55(c) respectfully requests the Court to set aside the entry of default for the following defendant in the Tierra Amarilla subsection of Section 7:

   Jose Salomon Lucero          CHCV-002-0035

   As grounds therefore Plaintiff states:

   1.   The Clerk's Certificate of Default with respect to the above-named defendant was entered on April 30, 2007 (Docket No. 8635).

   2.   The above-named defendant has signed and approved the State's proposed Consent Order with respect to the subfile listed above and delivered the approved Consent Order to the State to be filed with the Court.

   3.   The State hereby withdraws the Motion for Default Judgment filed May 22, 2007 (Docket No. 8653) with respect to the above-named defendant and subfile CHCV-002-0035.

4. Good cause exists to set aside the entry of default with respect to the defendant named above.

WHEREFORE, the Plaintiff State of New Mexico *ex rel.* State Engineer requests the Court to set aside the entry of default for the above-named defendant.

DATED: June 14, 2007

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participant in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Jose Salomon Lucero
4209 El Conlan Avenue
Las Vegas, NV 89102

/s/ Ed Newville
Edward G. Newville