IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> RAMON ARAGON et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. CIV 7941-BB <br> RIO CHAMA STREAM SYSTEM <br><br> Section 5   Rio Gallina |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE STIPULATION ON CIR**

The GALLINA-CAPULIN ACEQUIA ASSOCIATION ("Association"), by and through its undersigned attorney, moves the Court to enter an Order extending the time from June 18 until June 26 in which to file a stipulation and settlement agreement, regarding the irrigation water requirements, between the State and the Gallina-Capulin Acequias, as required by the Special Master's Order for Further Proceedings (No. 8648), filed May 11, 2007.  As grounds for this motion, movant states:

1. The Gallina-Capulin Acequia Association approved the Stipulation and Settlement Agreement on March 29, 2007.

2. The Association is comprised of eight individual acequias, each of which must approve and sign the Stipulation and Settlement Agreement.

3. Due to unexpected technical difficulties, attorney for the Association has not received the original signature pages for each of the eight member acequias.

4.  In order to insure that the original signature pages can be incorporated as a part of the filing of the Stipulation and Settlement Agreement filed with the Court, the Association requests additional time until June 26, 2007.

5.  Counsel for the State of New Mexico has been contacted and does not oppose this motion.

WHEREFORE, for the reasons stated above, the Gallina-Capulin Acequia Association asked that the deadline for filing the Stipulation and Settlement Agreement be extended until June 26, 2007.

Respectfully submitted,

/s/ Mary E. Humphrey

_____
MARY E. HUMPHREY
Attorney for Gallina-Capulin Acequia
    Association
P. O. Box 1574
El Prado, New Mexico  87529
(505) 758-2203

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of June day, 2007 that I filed the foregoing document electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic filed, to be served via electronic mail.

/s/ Mary E. Humphrey