*Vickie L. Gabin, Special Master*
*United States District Court*
*P.O. Box 2384*
*Santa Fe, NM 87504-2384*
*(505) 955-0678*

_____

June 18, 2007

Ms. Arianne Singer
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

      Re: 2007 Planning meeting for Pueblo Indian water rights claims in:
          *State v. Aragon*, 69cv07941; *State v. Abbott*, 68cv07488 & 70cv08650 (consolidated);
          and *United States v. A. & R. Productions*, 01cv00072

Dear Ms. Singer:

   At the May 25 status conference for the Zuni River Basin adjudication, you requested that the Court hold a planning meeting for coordinating and prioritizing the litigation activities associated with the Pueblo Indian water rights claims which are pending in the Rio Chama, Rios Santa Cruz/Truchas and Zuni River Basin cases. I agreed that doing so would be beneficial to the parties and to the Court.

   Consequently, I will meet with attorneys representing the OSE, the United States of America, the involved Pueblos, and any interested counsel of record working in these adjudications, at 9:30 a.m. on Wednesday, July 11, 2007, in the Concha Ortiz y Pino Building, 130 S. Capital, in Santa Fe. The meeting is informal and off-the-record; attendance is voluntary. Representatives of the parties' technical staffs, and/or those who are responsible for the agencies' resource allocation decisions, may also attend. We will review existing scheduling orders[1] and draft an administrative order which sets out a workable framework for coordinating the adjudication of these claims.[2] No substantive matters will be discussed.

   Attorneys are encouraged to discuss these matters in advance of the working session, and come prepared with proposals for better overall coordination of these cases.

---

     [1]Rio Chama Scheduling Order on Pueblo Claims, November 3, 2004 (No. 7639); Rios Santa Cruz/Truchas Scheduling Order for Pueblo Claims Subproceeding II, October 13, 2005; Zuni River Basin Procedural and Scheduling Order for Federal and Indian Water Rights Claims, April 5, 2004 (No. 323), as amended (Nos. 920, 1118).

     [2]*See, e.g.,* the Administrative Order on Case Management Priorities filed September 22, 2006, for coordinating non-federal adjudication activities in the Rio de Taos, Rio Chama and Rios Santa Cruz/Truchas adjudications (Nos. 4813, 8384, and 2525, respectively).

Very truly yours,

*Vickie L. Gabin*

Vickie L. Gabin

xc: Counsel of Record:  <u>State v. Aragon</u>, No. 69cv07941; <u>State v. Abbott</u>, No. 68cv07488; <u>United States v. A. & R. Productions</u>, No. 01cv00072
   Karla Bruner/AquaTek, Court Data Manager
   Jeffrie Minier, Esq., Water Adjudication Law Clerk