IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,  )<br>  )<br>Plaintiff,  )<br>  )<br>-v-  )<br>  )<br>ROMAN ARAGON et al.,  )<br>  )<br>Defendants.  )<br>  ) | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5 and 7 |

AMENDMENT TO ORDER FOR FURTHER PROCEEDINGS
AND NOTICE OF WORKING SESSION ON CASE MANAGEMENT PRIORITIES

THIS MATTER is before the Special Master regarding the May 11, 2007, Order for Further Proceedings (Docket No. 8648). A working session on case management priorities was set for June 11, 2007, in the event the involved attorneys failed to reach agreement on potential amendments to the September 22, 2006, Administrative Order on Case Management Priorities (No. 8384).

I have since been advised that the attorneys are still discussing these matters. Consequently, if by **July 11, 2007**, there is no agreement on necessary amendments to the current Administrative Order, attorneys shall meet in a working session on July 11, immediately following the session on case management priorities for Pueblo water rights claims in the Rio Chama, Rios Santa Cruz/Truchas, and Zuni River Basin adjudications (*see* June 18, 2007, letter to Ms. Singer, No. 8693).

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER