IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed June 8, 2007 (Doc. No. 8689). Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| El Centro de los Niños | CHTA-003-0014B | P.O. Box 248, Tierra Amarilla NM 87575 |
| Edward Cowan | CHRU-001-0019C | HC 75 Box 67, Los Ojos NM 87551 |

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approved:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN