IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos<br><br>**Subfile No. CHRB-004-0023** |

## ORDER SUBSTITUTING PARTY
## AND SETTING ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed June 8, 2007 (Doc. No. 8690).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Tito Jaramillo is substituted for defendant Estate of Lupita Valerio Jaramillo in these proceedings.

IT IS FURTHER ORDERED, that the April 30, 2007, Clerk's Certificate of Default (Doc. No. 8635) with respect to the Estate of Lupita Valerio Jaramillo is hereby set aside.

　　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN