IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

Subfile No. CHCV-002-0035

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's June 14, 2007 Motion to Set Aside Entry of Default and Withdrawal of Motion for Default Judgment (Docket No. 8691).  Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

IT IS ORDERED, THEREFORE, that the May 22, 2007 Clerk's Entry of Default (Doc. No. 8635) with respect to the following defendant is hereby set aside:

   Jose Salomon Lucero      CHCV-002-0035

                                                  BRUCE D. BLACK
                                                  UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER