IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Brazos, Section 7<br><br>**Subfile No.: CHRB-007-0014** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):
>    FRANK J. ARCHULETA
>    JUANITA ARCHULETA
>    SAMMY ARCHULETA
>    TERESA GALDEAN
>    JOSEPHINE HAYS
>    PRISCILLA MARTINEZ
>    LORRAINE E. MONTOYA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.   The Court has jurisdiction over the parties and the subject matter of this suit.

2.   The State of New Mexico and the above-named Defendant(s) are in agreement

     concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Brazos, Section 7, is set forth below:

### A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  0477

**Priority:** Reserved for future determination by court order entered November 19, 2002.
Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** PARKVIEW DITCH: Surface water of the Rio Brazos, a tributary of the Rio Chama.
SPRING NO. 5A: Surface water of a spring, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Spring:**   SPRING NO. 5A
  **Location:** X= 1,546,200   feet   Y= 2,088,445   feet
  **Ditch:**    PARKVIEW DITCH
  **Location:** X= 1,571,054   feet   Y= 2,087,568   feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 5.7 acres |
| Total | 5.7 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-007-0014

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

*/s/ Bruce D. Black*
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
Vickie L. Gabin
SPECIAL MASTER

SIGNATURE _Teresa Galdean_____
TERESA GALDEAN

ADDRESS: 1312 N. 1300 W.
Salt Lake City, UT
84116
DATE: 4-17-07

SIGNATURE _Sammy Archuleta_____
SAMMY ARCHULETA

ADDRESS: P.O. Box 42
Los Ojos, NM
87551
DATE: 4-17-07

SIGNATURE _Priscilla Martinez_____
PRISCILLA MARTINEZ

ADDRESS: 2514 Columbine Dr.
Durango, CO
81301
DATE: 4-17-07

SIGNATURE _Juanita Archuleta_____
JUANITA ARCHULETA

ADDRESS: 1312 N. 1300 W.
S.L.C., UT
84116
DATE: 4-17-07

SIGNATURE _Josephine Hays_____
JOSEPHINE HAYS

ADDRESS: 1105 Commercial
Apt. 6
Astoria, OR 97103
DATE: 4-17-07

SIGNATURE _____
FRANK J. ARCHULETA

ADDRESS: PO Box 181
Tierra Amarilla
NM 87575
DATE: 4-14-07

SIGNATURE _Lorraine Montoya_____
LORRAINE E. MONTOYA

ADDRESS: Mineral Hill Rt.
Box 190
Las Vegas, NM 87701
DATE: 4-17-07

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

___4·23·07___
Date



Subfile Number **CHRB 007-0014** Parkview Ditch and Spring No. 5A Amended July 22, 2003

STATE OF NEW MEXICO Office of the State Engineer John R. D'Antonio, Jr., P.E., State Engineer

Rio Chama Hydrographic Survey Rio Brazos Section

1 inch = 300 feet