IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>  Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.,*<br><br>  Defendants. | 69cv07941 BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Brazos, Section 7<br>**Subfile No.: CHRB-004-0004C** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

ROSEANN GALLEGOS

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rio Brazos, Section 7, is set forth below:

### A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  0436
**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water**  Surface water of the Rio Brazos, a tributary of the Rio Chama.
**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
   **Ditch:**     ENSENADA DITCH
   **Location: X=** 1,571,054   feet  **Y=**  2,087,568   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

   Within the Tierra Amarilla Grant                    1.6  acres
                                            Total     1.6  acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-004-0004C

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

### B. NO RIGHT (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE
**Priority:** NONE
**Source of Water**  Surface water of the Rio Brazos, a tributary of the Rio Chama.
**Purpose of Use:**  NO RIGHT

**Point of Diversion:**
   **Ditch:**     ENSENADA DITCH
   **Location: X=** 1,571,054   feet  **Y=**  2,087,568   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

   Within the Tierra Amarilla Grant                    0.1  acres

|  |  |
|---|---|
| Total | 0.1 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-004-0004C

**Amount of Water:** NONE

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

SIGNATURE _Roseann Gallegos_
ROSEANN GALLEGOS

ADDRESS: P.O. Box 859
Santa Cruz
New Mexico 87567

DATE: 4-24-07

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

5-8-07
Date

