**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel*. the State Engineer, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>RAMON ARAGON et al., )<br>)<br>Defendants. )<br>_____ ) | No. 69cv07941 BB-ACE<br>Rio Chama Stream Adjudication<br><br>Section 7:  Tierra Amarilla, Rio Brazos, Rutheron and Plaza Blanca, Cañones Creek, Village of Chama |

**ENTRY OF APPEARANCE**

COMES NOW, Jennifer J. Dumas of the Nordhaus Law Firm, LLP, and enters her appearance as counsel on behalf of the Jicarilla Apache Nation in the above-entitled cause of action. Susan G. Jordan and Noelle Graney remain as co-counsel for the Jicarilla Apache Nation. Correspondence to counsel for the Jicarilla Apache Nation should be sent as follows:

| | |
|---|---|
| Susan G. Jordan<br>Noelle Graney<br>Nordhaus Law Firm, LLP<br>1239 Paseo de Peralta<br>Santa Fe, NM 87501<br>Fax: (505) 982-1827 | Jennifer J. Dumas<br>Nordhaus Law Firm, LLP<br>405 Dr. Martin Luther King, Jr. Ave. NE<br>Albuquerque, NM 87102<br>Fax: (505) 243-4275 |

Dated this 25th day of June 2007.

Respectfully submitted,

NORDHAUS LAW FIRM, LLP

/s/ Jennifer J. Dumas
Jennifer J. Dumas
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102
(505) 243-4275
*Attorney for Jicarilla Apache Nation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2007, I filed the foregoing Entry of Appearance electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**David A. Benavides**
davidb@nmlegalaid.org

**Frank M. Bond**
fbond@simonsfirm.com, ssandoval@simonsfirm.com, ggonzales@simonsfirm.com, fbond@mac.com

**Bradley S. Bridgewater**
gary.durr@usdoj.gov, jennifer.vaughn2@usdoj.gov, bradley.s.bridgewater@usdoj.gov, yvonne.marsh@usdoj.gov

**Christopher D. Coppin**
ccoppin@ago.state.nm.us, tmartinez@ago.state.nm.us

**Tessa T. Davidson**
ttd@tessadavidson.com

**Rebecca A. Dempsey**
rdempsey@wkkm.com, fmtz@wkkm.com

**Charles T. DuMars**
ctd@lrpa-usa.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com, mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Vickie L. Gabin**
vlgabin@nm.net

**Gallin-Capulin Acequia Association**
ernj_chacon@valornet.com

**David W. Gehlert**
david.gehlert@usdoj.gov, jennifer.vaughn2@usdoj.gov, judy.tetreault@usdoj.gov, lori.montano@usdoj.gov

**Noelle Graney**
ngraney@nordhauslaw.com, svelody@nordhauslaw.com

**Ryan Margaret Golten**
ryang@nmlegalaid.org

**Karla JaNelle Haught**
janelle.haught@state.nm.us

**Mary E. Humphrey**
humphrey@newmex.com

**Susan G. Jordan**
vruiz@nordhauslaw.com, mchavez@nordhauslaw.com, sjordan@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com, melissa@danieljofriel.com, veronica@danieljofriel.com

**Christopher Lindeen**
christopher.lindeen@state.nm.us

**John F. McCarthy , Jr.**
jfmc@wkkm.com

**David C. Mielke**
dmielke@abqsonosky.com, sdressler@abqsonosky.com

**Edward G. Newville**
ednewville@ixpn.com, connie.flint@state.nm.us, marjorie.dryden@state.nm.us, fred.kipnes@state.nm.us, hilario.rubio@state.nm.us, lawoffice@higherspeed.net

**Brett J. Olsen**
brett_olsen@msn.com

**Quinlan Ranches New Mexico, LLC**
dml@lrpa-usa.com

**Marcus J. Rael , Jr.**
marcus@roblesrael.com, natalie@roblesrael.com, nicole@roblesrael.com, diane@roblesrael.com

**Walter L. Reardon , Jr.**
walter@reardonlawnm.com

**Gregory C. Ridgley**
greg.ridgley@state.nm.us, marjorie.dryden@state.nm.us, vina.gallegos@state.nm.us

**Peter B. Shoenfeld**
petershoenfeld@qwest.net

**Arianne Singer**
arianne.singer@state.nm.us, lula.valdez@state.nm.us, connie.flint@state.nm.us, marjorie.dryden@state.nm.us, fred.kipnes@state.nm.us, vina.gallegos@state.nm.us

**John W. Utton**
jwu@ssslawfirm.com, djs@ssslawfirm.com

**Timothy A. Vollmann**
tim_vollmann@hotmail.com

**Fred Waltz**
fwaltz@kitcarson.net, cortega@kitcarson.net

AND I FURTHER CERTIFY that on such date the foregoing was served on the following non-CM/ECF Participants by first class mail:

Lee Bergen
Bergen Law Offices
4110 Wolcott Ave NE, #A
Albuquerque, NM 87109

Paul L. Bloom
White, Koch, Kelly & McCarthy
PO Box 787
Santa Fe, NM 87504-0787

James C. Brockmann
Stein & Brockmann, PA
PO Box 5250
Santa Fe, NM 87502-5250

Christina J. Bruff
Law & Resource Planning Associates
201 Third Street, NW
#1750
Albuquerque, NM 87102

Paul Garcia
607 Cerrillos Rd, #F
Santa Fe, NM 87505

Henry Jacquez
1110 Maez Rd
Santa Fe, NM 87501

Mary Ann Joca
US Department of Agriculture
General Counsel
P.O. Box 586
Albuquerque, NM 87103

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120-3488

Steven L. Bunch
NM Highway & Transportation Department
PO Box 1149
Santa Fe, NM 87504-1149

Joseph van R. Clarke
Cuddy, Kennedy, Albetta & Ives, LLP
PO Box 4160
Santa Fe, NM 87502-4160

Daniel Cleavinger
PO Box 2470
Farmington, NM 87499

John E. Farrow
Fairfield, Farrow & Strotz
PO Box 35400
Albuquerque, NM 87176-5400

Hope Miner
23 Cuchilla de Lupe
Placitas, NM 87043

NM Acequia Commission
Fred Vigil, Chairman
NM Acequia Commission
PO Box 687
Medanales, NM 87548-0687

Ernest L. Padilla
Padilla Law Firm, PA
PO Box 2523
Santa Fe, NM 87504

Jay F. Stein
Stein & Brockmann, PA
PO Box 5250
Santa Fe, NM 87502-5250

Lucas O Trujillo
PO Box 57
El Rito, NM 87530

Ted J Trujillo
PO Box 2185
Espanola, NM 87532

C. Mott Woolley
112 W San Francisco, #312C
Santa Fe, NM 87501-2090