IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

## STIPULATION AND SETTLEMENT AGREEMENT
## ON IRRIGATION WATER REQUIREMENTS IN SECTION 5

This Stipulation and Settlement Agreement ("Agreement") is entered into by the State of New Mexico, *ex rel.* State Engineer ("State"), the Gallina–Capulin Acequia Association, and 8 community acequias for the purpose of settling disputed issues arising out the determination of irrigation water requirements in Section 5 (Rio Gallina) of the Rio Chama Stream System.

### Agreement

NOW THEREFORE, in consideration of the mutual and dependent covenants and conditions contained herein, the Parties agree to the following:

    1.    <u>General Definitions.</u>    The following definitions apply to the terms used in this Agreement:

        a.    "Rio Gallina Section" means Section 5 of the Rio Chama Stream System.

        b.    "Acequias" means the Gallina–Capulin Acequia Association and the following community ditches in Section 5 of the Rio Chama Stream System, but does not mean

individual acequia members or parciantes:

    Vigiles Ditch
    Rincon Ditch
    Placitas Ditch
    Sanchez – Maestas Ditch
    Cordova – Martinez Ditch
    Gonzales – Gurule Ditch
    Cecilia Ditch
    Valdez Ditch

    c.    "Parties" means the State of New Mexico and Acequias.

    d.    The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The CIR may be calculated numerically by subtracting effective precipitation from consumptive use. The CIR is the measure of the depletion or beneficial consumptive use right. The CIR cited in the Stipulation and Settlement Agreement was derived by use of the Soil Conservation Service (SCS) Modified Blaney–Criddle Method pursuant to the Stipulation On Methodology Used to Determine Consumptive Use of Crops in Sections 3, 5 and 7 of the Rio Chama Stream System filed June 16, 2005 (Docket No. 7916). In determining the weighted CIR for a particular area, the cropping pattern is used to "weight" consumptive use, and the sum of the weighted CIRs for the cropping pattern is the total weighted CIR for the area.

    e.    The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops

grown on a farm in one calendar year. The FDR is computed by dividing the consumptive irrigation requirement, expressed as a depth or volume, by the on-farm irrigation efficiency expressed as a decimal.

    f.  When the source of irrigation water does not originate on the farm, the "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. An additional quantity of water must be diverted from the ultimate source of supply to make up for conveyance losses between the farm headgate and the source of water. Estimated off-farm conveyance losses are added to the farm delivery requirement to arrive at the project diversion requirement. The off-farm diversion requirement is computed by dividing the farm delivery requirement, expressed as a depth or volume, by the off-farm conveyance efficiency, expressed as a decimal.

    2.  <u>Geographic Scope of Agreement</u>: The agreements and stipulations contained herein apply only to irrigation water rights exercised with the geographic boundaries of Section 5 of the Rio Chama Stream System as described in the Rio Gallina Amended Hydrographic Survey (January 14, 2000).

    3.  <u>No Precedent</u>: With regard to the underlying analysis of the irrigation water requirements in the Rio Gallina Section, including the use of SCS modified Blaney–Criddle methodology, seasonal definitions, weather station data, cropping patterns and treatment of fallow acreage, this settlement establishes no precedent for use in other areas, agreements or stipulations, whether or not these areas, agreements or stipulations involve similar or dissimilar issues or geographic conditions.

    4.  <u>Irrigation Water Requirements</u>: The irrigation water requirements in Section 5 of

the Rio Chama Stream System are as follows:

    a. The weighted consumptive irrigation requirement (CIR) is 1.38 acre-feet per acre per annum.

    b. The farm delivery requirement (FDR) is 3.46 acre-feet per acre per annum.

    c. The project diversion requirement (PDR) is 5.77 acre-feet per acre per annum.

5. <u>Stockponds</u>: The irrigation water requirements set forth in this Agreement do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings (*State of New Mexico, ex rel. State Engineer v. Aragon et al.,* Civ. No. 69cv07941).

DATED: July 3, 2007

**State of New Mexico *ex rel.* State Engineer**

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

**Gallina–Capulin Acequia Association**

/s/ Mary E. Humphrey
MARY E. HUMPHREY
Attorney for Gallina-Capulin Acequia Association
Gallina–Capulin Acequia Association,
Vigiles Ditch, Rincon Ditch, Placitas Ditch,
Sanchez–Maestas Ditch, Cordova–Martinez Ditch,
Gonzales–Gurule Ditch, Cecilia Ditch, Valdez Ditch
P. O. Box 1574
El Prado, New Mexico 87529
(505) 758-2203

**Gallina–Capulin Acequia Association**

/s/ Mary Humphrey for Jeff Vigil
Jeff Vigil, President
P. O. Box 213
Gallina, NM 87017

**Commissioners of Vigiles Ditch**

_____
[signature]

_____
[signature] Juliam Vigil

_____
[signature] Robert M. _____

**Commissioners of Rincon Ditch**

Jose L. Chacon / Jose L. Chacon

Andrew K. Chacon / Andrew K Chacon

Cosme S. Chacon / Cosme S Chacon

**Commissioners of Placitas Ditch**

Andrew K. Chacon ~~Andrew K. Chacon~~
Andrew K. Chacon
Jose L. CHACON   Jose L. Chacon
Herman Jacquez  Foreman
Herman Jacquez
Reina Maestas   Reina MAestAS

**Commissioners of Sanchez/Maestas Ditch**

_____ JEFF VIGIL

_____ Abram Cordova

_____

**Commissioners of Cordova/Martinez Ditch**

Roger Corrales    _/s/ Roger Corrales_

Antonio Serrano   _/s/ Antonio Serrano_

Juan Chavez       _/s/ Juan Chavez_

Stipulation and Settlement Agreement on CIR in Section 5
Page 9 of 12

**Commissioners of Gonzales–Gurule Ditch**

Cosme S. Chacon        *Cosme S. Chacon*

Mark W Valdez          *Mark W Valdez*

Roy Jacquez            *Roy Jacquez*

**Commissioners of Cecilia Ditch**

_Pete Maestas_ — PETE MAESTAS — Mayordomo

_Alfonso Suazo_ — ALFONSO SUAZO — Commissioner

_Miguel Dennis Suazo_ — DENNIS SUAZO — Commissioner

_Victoria Suazo-Chavez_ — Secretary/Treasurer — Commissioner

**Commissioners of Valdez Ditch**

FRANK CHACON  */s/ Frank Chacón*

Sammy J Contre  */s/ Sammy J Contreras*

Alfonso Cordova  */s/ Alfonso Cordova*