IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> ROMAN ARAGON et al., <br><br> Defendants. | 69cv07941-BB <br><br> RIO CHAMA STREAM SYSTEM <br><br> Sections 3, 5 and 7 |

ORDER VACATING STATUS CONFERENCE

The quarterly status conference scheduled for Tuesday, August 7, 2007 in the Rio Chama adjudication (*See,* August 17, 2006, Third Administrative Order Setting Status Conferences, No. 8362) is hereby VACATED.   The next status conference will be set upon request of interested parties.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER