IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>ROMAN ARAGON et al., )<br>)<br>Defendants. )<br>) | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM |

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

THIS MATTER is before the Special Master on the June 4, 2007, Joint Motion to Amend Scheduling Order for Adjudication of Wild and Scenic River Claim (Docket No. 8685), filed by the State of New Mexico *ex rel*. State Engineer (State) and the United States of America (United States). The Motion requests that the July 18, 2005, Initial Scheduling and Pretrial Order for the Adjudication of Wild and Scenic River Claims (No. 7952) be amended to allow the parties to continue their negotiations. The parties state that they will report on their progress toward a final agreement at the scheduled August 7, 2007, status conference.

The August 7 status conference has been vacated. *See* July 12, 2007, Order Vacating Status Conference (No. 8728). Consequently,

1. the State and the United States shall file a joint status report no later than August 14, which should include the following:

a. a brief statement of the additional technical issues not present in the Rio Jemez Wild and Scenic settlement agreement;

b. a good-faith estimate of the time needed for resolving those issues and reaching a final

settlement agreement;

      c. a proposed litigation schedule in the event no final settlement agreement is reached;

and

      d. any other matters relevant to resolving these claims.

      2. Amendments to the July 18, 2005, Initial Order shall be based on the parties' status report.

      IT IS SO ORDERED.

_____
SPECIAL MASTER