IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> ROMAN ARAGON et al., <br><br> Defendants. | 69cv07941-BB <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 5 |

NOTICE OF WORKING SESSION

THIS MATTER is before the Special Master upon the request of Ed Newville, counsel for the State of New Mexico, *ex rel.* State Engineer, and Mary Humphrey, counsel for the Gallina-Capulin Acequia Association.

An informal, off-the-record working session will be held with the Special Master and the Court's Data Manager on Monday, July 23, at 10:00 a.m. in the Jury Assembly Room, U.S. District Court, 120 Federal Place, Santa Fe, NM. The purpose of this working session is to plan the *inter se* proceedings for Section 5, the Gallina Section of this adjudication.

_/s/ Vickie L. Gabin_
SPECIAL MASTER