IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) |
| ROMAN ARAGON et al., | ) RIO CHAMA STREAM SYSTEM ) ) |
| Defendants. | ) ) |

ORDER SETTING DEADLINES FOR PROPOSED CASE PRIORITIES ORDER

THIS MATTER is before the Special Master following the July 11, 2007, multi-case status and scheduling working session on Pueblo Indian water rights claims. At the working session, counsel discussed ways in which the litigation of all such claims in this adjudication and the adjudications of the Santa Cruz/Truchas and Zuni River Basin stream systems[1] could be coordinated to best meet the parties' available resources while moving the cases along.

Counsel agreed that Bradley S. Bridgewater, counsel for the United States of America, and Gregory Ridgley, counsel for the State of New Mexico, *ex rel.* State Engineer, would work on a first draft of a proposed order, which they would circulate to involved counsel no later than August 17, 2007. Mr. Bridgewater and Mr. Ridgley would also file a joint status report on that date. Involved counsel would then submit their comments on the proposed order to the drafters no later than September 7.

IT IS ORDERED, THEREFORE, that

---

[1] State v. Abbott, 68cv07488 & 70cv08650 (consolidated); and United States v. A. & R. Productions, 01cv00072

a. no later than August 17, counsel for the State and the United States shall file a joint status report on the progress of their proposed case management priorities order and circulate a draft of the proposed order to involved counsel;

b. Involved counsel shall submit their comments to the drafters no later than September 7; and

c. No later than September 28, the drafters (and involved counsel, if any) shall request any further proceedings appropriate to the circumstances.

IT IS SO ORDERED.

_____
SPECIAL MASTER