IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) | |
| Plaintiff, ) ) | 69cv07941-BB |
| -v- ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., ) ) | |
| Defendants. ) ) | Pueblo Claims Subproceeding 1 |

ORDER VACATING DEADLINE AND STAYING FURTHER PROCEEDINGS

THIS MATTER is before the Special Master following the July 11, 2007, multi-case status and scheduling working session on Pueblo Indian water rights claims. At the working session, counsel discussed ways in which the litigation of all such claims in this adjudication and the adjudications of the Santa Cruz/Truchas and Zuni River Basin stream systems[1] could be coordinated to best meet the parties' available resources.

Interested counsel continue to work toward drafting an administrative order on case management priorities (*see*, July 16, 2007, Order Setting Deadlines for Proposed Case Priorities Order, Docket No. 8733). Consequently, existing deadlines set forth in the November 3, 2004, Scheduling Order on Pueblo Claims (No. 7639) should be stayed. Specifically, the August 1, 2007, date for the Fed.R.Civ.P. 26(f) discovery planning conference, should be vacated; and the upcoming August, 2007, scheduling conference, should be stayed.

---

[1] State v. Abbott, 68cv07488 & 70cv08650 (consolidated); and United States v. A. & R. Productions, 01cv00072

IT IS ORDERED, THEREFORE, that the 2004 Scheduling Order on Pueblo Claims is amended as follows:

a. the August 1, 2007, date for the Fed.R.Civ.P. 26(f) discovery planning conference is hereby vacated; and

b. the August, 2007, scheduling conference, is hereby stayed indefinitely.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER