UNITED STATES DISTRICT COURT
Chambers of
JUDGE BRUCE D. BLACK
Post Office Box 2085
Santa Fe, NM 87504-2085

Thomas Gaylor
Ensenada Rt., Box 20
Tierra Amarilla, NM 87575

UNCLAIMED
RETURN TO SENDER

RECEIVED
AT SANTA FE
JUN 2 2 2007
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>   Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos<br><br>**Subfile No. CHRB-005-0027** |

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the State of New Mexico's Motion to Vacate Consent Order filed May 3, 2007 (Doc. No. 8643).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the Consent Order filed April 10, 2002 (Doc. No. 6616) is hereby vacated.

               _____
               BRUCE D. BLACK
               UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN