IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, <br><br> Plaintiff, <br> v. <br><br> ROMAN ARAGON, *et al.*, <br><br> Defendants. | 69cv07941 BB-ACE <br><br> RIO CHAMA STREAM SYSTEM <br> Rutheron & Plaza Blanca, Section 7 <br> **Subfile No.: CHRU-001-0022** |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

        CHAMA VALLEY PRODUCTION CO., LLC

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, is set forth below:

A. **NO RIGHT (Surface Water Only):**

**Office of the State Engineer Files No(s)** NONE
**Priority:** NONE
**Source of Water** Surface water of the Rio Chama, a tributary of the Rio Grande.
**Purpose of Use:** NO RIGHT

**Point of Diversion:**
   Ditch:   WILLOW CREEK MESA DITCH
   **Location:** X= 1,548,909  feet  Y= 2,103,084  feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

   Within the Tierra Amarilla Grant                    0.54  acres
                                              Total    0.54  acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRU-001-0022

**Amount of Water:** NONE

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rutheron & Plaza Blanca, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER
Vickie L. Gabin

SIGNATURE _____
CHAMA VALLEY PRODUCTION CO., LLC

ADDRESS: Kurt A. Sommer
Sommer, Udall, Hardwick, Ahern & Hyatt, LLP
P.O. Box 1984
Santa Fe, NM 87504-1984
505 982 4676

DATE: 6-14-07

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

6.25.07
Date



| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|
| Irrigated Tract Boundary — Point of Diversion | N | Office of the State Engineer | **CHRU 001-0022** |
| No Right Tract Boundary — F Fallow | 1 inch = 200 feet | John R. D'Antonio, Jr., P.E., State Engineer | Willow Creek Mesa Ditch AMENDED January 31, 2006 |
| Seeped Area — NR No Right | | | |
| Operable Ditch | | Rio Chama Hydrographic Survey | |
| Inoperable Ditch | 0 50 100 200 Feet | Rutheron & Plaza Blanca Section | |
| Stock Ponds / Reservoir | | | |

001-0022
A 0.54 ac.