IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

**Subfile No(s).**
CHCV-002-0039E

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER is before the Court upon the motion by the plaintiff, State of New Mexico, *ex rel.,* State Engineer's May 22, 2007 Motion for Default Judgment (Docket No. 8653). The Court, being fully advised, finds that the State's motion is well-taken and should be GRANTED. The Court, being fully advised, finds:

1. The Court has jurisdiction of the parties and the subject matter herein.

2. The defendants named below have been legally served with process or have waived service of summons.

3. The defendants named below have failed to appear, answer, or otherwise defend in this cause, and are adjudged to be in default.

4. The State Engineer's hydrographic survey and report of the Rio Chama Stream System, Section 7, Village of Chama (July 31, 2003) relating to the defendants' water rights have been introduced into the record, and the same are hereby incorporated and made a part of this order.

5. The water rights of the defendants named below in the above-styled and captioned cause are as follows:

## PRESLEY D. RIVAS

**Subfile No.: CHCV-002-0039E**

### A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)** 967

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:** CHAMA TOWN DITCH

    **Location:** X= 1,546,909 feet   Y= 2,155,273 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Block 20, Pt. Lot 5 Martin & Border's
    Addition No. 1 to the Village of Chama
    Subdivision Original Townsite of Chama
    Subdivision

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.03 acres |
| | Total | 0.03 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-002-0039E

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER









STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

Rio Chama Hydrographic Survey
Village of Chama Section

Subfile Number
**CHCV 002-0039E**
Chama Town Ditch
AMENDED
April 4, 2006

1 inch = 200 feet