IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Sections 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, *ex rel.* State Engineer states that pursuant to Fed. R. Civ. P 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendants were served with process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to the named Defendants. A copy of the Defendent's signature receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Olivia M. Cordova | CHRB-003-0008A | July 6, 2007 |
| Chris Martinez | CHRB-004-0042 | July 13, 2007 |

Dated: July 24, 2007

Respectfully submitted.

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102<br>
(505) 867-7444 phone<br>
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __24th__ day of July, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

__/s/ Ed Newville_____<br>
EDWARD G. NEWVILLE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Olivia M. Cordova*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  7-6-07 |
| 1. Article Addressed to:<br>OLIVIA M. CORDOVA<br>PO BOX 68<br>TIERRA AMARILLA, NM 87575<br>**RESTRICTED DELIVERY** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)  7099-3220-0004-0767-5456 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Chris M*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  7-13-07 |
| 1. Article Addressed to:<br>Chris Martinez<br>PO Box 271<br>Tierra Amarilla, NM 87575<br><br>**RESTRICTED DELIVERY** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)  7099 3220 0004 0767 5487 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |