IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Sections 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, *ex rel.* State Engineer states that pursuant to Fed. R. Civ. P 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendants were served with process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to the named Defendants. A copy of the Defendent's signature receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Daniel Hurd | CHCV-003-0029B | November 18, 2006 |

Dated: July 24, 2007

                                      Respectfully submitted.

                                      /s/ Ed Newville
                                    EDWARD G. NEWVILLE
                                    Special Assistant Attorney General
                                    Office of State Engineer
                                    P.O. Box 25102
                                    Santa Fe, NM 87504-5102
                                    (505) 867-7444 phone

(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __24th__ day of July, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                         /s/ Ed Newville
                                         EDWARD G. NEWVILLE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>Daniel Hurd<br>HURD547<br>NOTIFY SENDER OF NEW ADDRESS<br>HURD' DANIEL C<br>3400 LAKE MARY RD APT 20202<br>FLAGSTAFF AZ 86001-9235 | A. Signature  X _Dani Hurd_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Daniel Hurd   C. Date of Delivery 11/03/06<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 2. Article Number (Transfer from service label)  7099 3220 0005 9416 4684 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540