IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | proof of service filed |
|---|---|---|
| Salvador G. Velazquez | CHRB-007-0060 | November 14, 2006 (Doc. 8446) |
| Penelope A. Velazquez | CHRB-007-0060 | November 14, 2006 (Doc. 8446) |
| Tommy F. Valdez, Jr. | CHCV-002-0012 | January 18, 2007 (Doc. 8536) |
| Kathleen M. Fischer | CHCV-002-0043 | May 18, 2007 (Doc. 8651) |
| Andrew Hurd | CHCV-003-0029B | November 14, 2006 (Doc. 8446) |
| Daniel Hurd | CHCV-003-0029B | July 24, 2007 (Doc. 8746) |

| Defendant | Subfile No. | waiver of service of summons filed |
|---|---|---|
| HeimoTrathnigg | CHTA-003-0026 | February 19, 2002 (Doc. 6537) |

| Whitney Durrell | CHRB-007-0027A | December 4, 2003 (Doc. 7319) |

Dated: July 24, 2007

Respectfully submitted,

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __24th__ day of July, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Salvador G. Velazquez
Penelope A. Velazquez
P.O. Box 315
Los Ojos, NM 87551

Tommy F. Valdez, Jr.
P.O. Box 1181
Cortez, CO 81321

Kathleen M. Fischer
7672 Calle Milan
Highland, CA 92346

Andrew Hurd
P.O. Box 745
Chama, NM 87520

Daniel Hurd

2

3400 Lake Mary Rd, Apt. 20202
Flagstaff, AZ 86001-9235

HeimoTrathnigg
P.O. Box 1693
Farmington, NM 87499

Whitney Durrell
P.O. Box 295
Los Ojos, NM 87551

                                             /s/ Ed Newville
                                            EDWARD G.  NEWVILLE