FILED
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AUG 0 2 2007

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Proof of service filed |
|---|---|---|
| Salvador G. Velazquez | CHRB-007-0060 | November 14, 2006 (Doc. 8446) |
| Penelope A. Velazquez | CHRB-007-0060 | November 14, 2006 (Doc. 8446) |
| Tommy F. Valdez, Jr. | CHCV-002-0012 | January 18, 2007 (Doc. 8536) |
| Kathleen M. Fischer | CHCV-002-0043 | May 18, 2007 (Doc. 8651) |
| Andrew Hurd | CHCV-003-0029B | November 14, 2006 (Doc. 8446) |
| Daniel Hurd | CHCV-003-0029B | July 24, 2007 (Doc. 8746) |

I further certify, that the records of my office indicate the following defendants waived service

of summons in this proceedings as follows:

| Defendant | Subfile No. | Waiver of service of summons filed |
|---|---|---|
| Heimo Trathnigg | CHTA-003-0026 | February 19, 2002 (Doc. 6537) |
| Whitney Durrell | CHRB-007-0027A | December 4, 2003 (Doc. 7319) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 2nd day of August, 2007.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk