IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | 69cv07941-BB |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | |
| Defendants. | ) ) | |

MOTION OF SPECIAL MASTER
FOR INTERIM FEES AND EXPENSES

TO:  The Honorable Bruce D. Black          FROM:  Vickie L. Gabin
     United States District Judge                  Special Master

A Motion requesting the Court to approve interim fees and expenses, a brief summary of the work performed, and the Special Master's Declaration in support of Motion

This Motion is submitted pursuant to the Administrative Order entered February 23, 1995, regarding the manner in which the Special Master, data manager and other personnel required by the Special Master are paid for services, costs, expenses and New Mexico gross receipts taxes related to this adjudication. The Special Master hereby moves for an order of the Court approving the work performed in this case from January 1, 2007, through June 30, 2007, as described herein, and the manner by which fees and expenses have been paid from the trust account.

I.  WORK PERFORMED

   A.  Case management

The court's data manager continues to track all water rights information contained in newly filed consent orders for Sections 3 (Rios Cebolla, Canjilon and Las Nutrias), and Section 7 (Tierra

Amarilla). I continue to review and approve consent orders and acknowledgments, decide motions relevant to subfile activity in these sections, enter litigation and scheduling orders, and monitor the progress of the subfile activity. I held a status conference/working session March 29 to discuss current issues.

The adjudication activity in Section 5 (Gallina) is nearly completed, and the involved attorneys and I have been discussing plans for further proceedings for a show cause process to finalize CIR and priorities, and a final *inter se* proceeding which will lead to a partial final decree describing the non-federal water rights claims. In Section 7, the resolution of the state law-based claims of the Jicarilla Apache Nation is proceeding. Efforts to bring up to date and complete the reaches of the Rio Chama Stream System which were adjudicated in previous decades continue.

  B. <u>Federal and Indian water rights claims</u>

The adjudication of the Pueblo of Ohkay Owingeh's rights (previously San Juan Pueblo) which is governed by the November 11, 2004, Scheduling Order on Pueblo Claims, has been stayed. I have been discussing with attorneys involved in this and in other adjudications which include Indian water rights the possibility of entering a case management priorities order which would prioritize all related adjudication activity in the northern New Mexico cases. Work on the priorities order should be completed in August.

  The adjudication of Non-Indian and non-Wild and Scenic River claims are guided by the March 1, 2005, Scheduling Order for Federal Non-Indian Water Rights Claims in Sections 3, 5, and 7, as amended. The Wild and Scenic River claims matter, which was remanded to me by the Court, is governed by the July 18, 2005, Initial Scheduling and Pretrial Order for the Adjudication of Wild and Scenic River Claims, as amended. Now that the parties have reached a negotiated settlement of

similar claims in the Jemez River stream system, they are working on a proposed schedule for resolving outstanding matters in this case.

II. DECLARATION

### DECLARATION OF SPECIAL MASTER IN SUPPORT OF MOTION

I, Vickie L. Gabin, declare that the work described above is the basis for this Motion, and that the work of data manager, Karla Bruner/AquaTek, and Jennifer McCabe, administrative assistant, has been completed as described. Hourly records of work performed are available from the contractors if needed.

Dated: August 7, 2007

*Vickie L. Gabin*

SPECIAL MASTER VICKIE L. GABIN