IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> ROMAN ARAGON et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> 69cv07941-BB <br><br> RIO CHAMA STREAM SYSTEM |

<u>NOTICE OF FILING OF INTENTS TO RECEIVE GENERAL CASE PLEADINGS</u>

Pursuant to the Court's April 24, 2007, Administrative Order (Docket No. 8632), the following defendants timely completed and returned a Notice of Intent to Receive Service of General Pleadings in this case:

**No defendants timely completed and returned the Notice**.  Therefore, no pleadings of general application will be mailed to defendants *pro se* except for those who file entries of appearance following the entry of this Notice.  The entry of appearance shall include a statement notifying the Court Clerk of a desire to receive general case pleadings.

*Vickie L. Gabin*
_____
SPECIAL MASTER