IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | ) ) | Section 3: Canjilon Creek Subfile No. CHCJ-001-0003 |
| Defendants. | ) ) | |

## **MOTION FOR SUBSTITUTION OF PARTIES**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) respectfully moves the Court to issue its order substituting G.M. SCARBOROUGH for defendant SCARBOROUGH LIVING TRUST, George M. and Anita B. Scarborough, Trustees, in these proceedings, and as grounds states as follows:

1. Plaintiff has been informed that the defendant's share in the property has been transferred into trust.

WHEREFORE the State of New Mexico requests the Court enter its order substituting the Scarborough Living Trust, George M. and Anita B. Scarborough, Trustees, for defendant G.M. Scarborough in these proceedings.

<u>Dated</u>: August 9, 2007

Respectfully submitted,

 /s/ Chris Lindeen_____
L. Christopher Lindeen
Special Assistant Attorney General
New Mexico Office of the State Engineer

P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that on the 9th day of August, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Scarborough Living Trust
George M. Scarborough, Trustee
Anita B. Scarborough, Trustee
1404 Monterey Place
Santa Fe, NM 87505

　　　　　　　　　　　　　　　　　　　　　　  /s/ Chris Lindeen
　　　　　　　　　　　　　　　　　　　　　　L. Christopher Lindeen