IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) <br> State Engineer, *et al.,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ROMAN ARAGON, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | | 69cv07941-BB <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 3: Canjilon Creek <br> Subfile No. CHCJ-004-0040 |

## MOTION TO CORRECT DEFENDANT'S NAME

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully moves the Court to issue its order correcting the name of the defendant named below to read as follows:

FROM                             TO

Juanito E. Maes, Jr.             Juanito B. Maes, Jr.
                                 CHCJ-004-0040

and as grounds states as follows: Plaintiff has been informed that a clerical error was made in the Motion to Join Additional Parties Defendant (6187).

WHEREFORE the State of New Mexico requests the Court enter its order correcting defendant's name to Juanito B. Maes, Jr.

Dated: August 10, 2007                          Respectfully submitted,

  /s/ Chris Lindeen_____
L. Christopher Lindeen
Special Assistant Attorney General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that on the 10th day of August, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Juanito B. Maes, Jr.
P.O. Box 543
Canjilon, NM 87515

                                                  /s/ Chris Lindeen
                                                  L. Christopher Lindeen