IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*  )
State Engineer, *et al.*,             )
                                              )
                        Plaintiffs,      )                69cv07941-BB
                                              )
              vs.                         )                RIO CHAMA STREAM SYSTEM
                                              )
ROMAN ARAGON, *et al*.,          )                Section 3: Canjilon Creek
                                              )                Subfile No. CHCJ-003-0005
                        Defendants.    )
_____)

### NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and

hereby gives notice of dismissal in accordance with Rule 41(a)(1)(i) of the United States

Rules of Civil Procedure against the defendant heretofore joined in this cause, as follows:

<u>Canjilon Creek</u>

        Pat Blea                    CHCJ-003-0005

<u>Dated</u>: August 13, 2007

                                        Respectfully submitted,

                                         /s/ Chris Lindeen
                                        L. Christopher Lindeen
                                        Special Assistant Attorney General
                                        New Mexico Office of the State Engineer
                                        P.O. Box 25102
                                        Santa Fe, NM  87504-5102
                                        (505) 827-6150