IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | 69cv07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA STREAM SYSTEM | |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | Section 3: Canjilon Creek | |
| ) | Subfile No.   CHCJ-002-0008 | |
| Defendants. ) | CHCJ-002-0023 | |
| _____ ) | CHCJ-003-0080 | |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) respectfully moves the Court to issue its order substituting JOHN J. SERRANO for defendant PACOMIO SERRANO in these proceedings, and as grounds states as follows:

1. Plaintiff has been informed that the defendant, Pacomio Serrano, is deceased.

WHEREFORE the State of New Mexico requests the Court enter its order substituting John J. Serrano for defendant Pacomio Serrano in these proceedings.

Dated: August 15, 2007

                                          Respectfully submitted,

                                           /s/ Chris Lindeen_____
                                          L. Christopher Lindeen
                                          Special Assistant Attorney General
                                          New Mexico Office of the State Engineer
                                          P.O. Box 25102
                                          Santa Fe, NM  87504-5102
                                          (505) 827-6150

... 

2

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of August, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

John J. Serrano
P.O. Box 426
Canjilon, NM 87515

    /s/ Chris Lindeen
L. Christopher Lindeen

2