IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | ) ) | Section 3: Canjilon Creek Subfile No. CHCJ-002-0023 |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(i) of the United States Rules of Civil Procedure against the defendant heretofore joined in this cause, as follows:

<u>Canjilon Creek</u>

Rudulfo Serrano              CHCJ-002-0023

<u>Dated</u>: August 17, 2007

                                                                Respectfully submitted,

                                                                 /s/ Chris Lindeen_____
                                                                L. Christopher Lindeen
                                                                Special Assistant Attorney General
                                                                New Mexico Office of the State Engineer
                                                                P.O. Box 25102
                                                                Santa Fe, NM  87504-5102
                                                                (505) 827-6150