## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

RAMON ARAGON, *et al.,*

     Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM

Rio Brazos, Section 7

**Subfile No.: CHRB-003-0008B**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### OLIVIA M. CORDOVA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rio Brazos, Section 7, is set forth below:

**A. <u>IRRIGATED LANDS (Surface Water Only):</u>**

**Office of the State Engineer Files No(s)**  04546

**Priority:**  Reserved for future determination by court order entered November 19, 2002.

**Source of Water:**  Surface water of the Rio Brazos, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

   **Ditch:**     LOS BRAZOS COMMUNITY DITCH

   **Location: X=**  1,555,511   feet  **Y=**  2,088,739   feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Tierra Amarilla Grant                          18.0  acres

                                    Total     18.0  acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-003-0008B

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Rio Brazos,

Section 7, other than those set forth in this order and those other orders entered by this

Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rio Brazos, Section

7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Rio Brazos, Section 7,  are as set forth herein. The Defendant(s), his

or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the

public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict

accordance with the rights set forth herein or in other orders of the Court.


The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER


Consent Order                          3                     Subfile No.: CHRB-003-0008B

SIGNATURE *Olivia M. Cordova*

OLIVIA M. CORDOVA

ADDRESS: *P O Box 68*

*Tierra Amarilla, NM*

*87575*

DATE: *07-11-07*


*Ed Newville*

EDWARD G. NEWVILLE

Special Assistant Attorney General

*7-17-07*

Date

Consent Order                         4                    Subfile No.: CHRB-003-0008B



003-0008B
A 15.6 ac.

003-0008B
A 0.6 ac.

Los Brazos Community Ditch

003-0008B
A 1.8 ac.

Acequia de

## LEGEND



| | |
|---|---|
| ▭ Irrigated Tract Boundary | ● Point of Diversion |
| ▨ No Right Tract Boundary | ● Well |
| ▦ Seeped Area | ✳ Spring |
| ➤ Operable Ditch | Ⓟ Fallow |
| Inoperable Ditch | Ⓝⓡ No Right |
| ▬ Stock Ponds / Reservoir | |



N
W    E
S

1 inch = 300 feet

0  50 100    200      300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Rio Brazos Section**

Subfile Number
**CHRB 003-0008B**
Los Brazos Community
Ditch
AMENDED
February 28, 2005

