## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Village of Chama, Section 7

**Subfile No.: CHCV-002-0048A**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### ELIZABETH G. ATENCIO

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.      The Court has jurisdiction over the parties and the subject matter of this suit.

2.      The State of New Mexico and the above-named Defendant(s) are in agreement

      concerning certain elements of Defendant's right to divert and use the public waters of

      the Rio Chama Stream System,  Village of Chama, Section 7, and by their signatures

      appearing below, the State and the Defendant(s) have approved and accepted the elements

      of Defendant's water rights as set forth in paragraph 4 herein.

3.      There is no just reason for delay for the entry of a final judgment as to the elements

      of the claims of the Defendant(s) adjudicated by this order.

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Village of Chama, Section 7, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water**   Surface water of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**
>        **Ditch:**        CHAMA TOWN DITCH
>        **Location: X=** 1,546,909   feet **Y=** 2,155,273   feet
>        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
>        Block 17,
>        Pt. Lots 2-7
>        Martin & Border's Addition No. 1 to the
>        Village of Chama Subdivision

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2 acres |
| | Total | 0.2 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-002-0048A

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of

Chama, Section 7, other than those set forth in this order and those other orders entered

by this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Village of Chama,

Section 7, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Village of Chama, Section 7,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Village of Chama, Section 7,

except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____

UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____

SPECIAL MASTER

SIGNATURE _____

ELIZABETH G. ATENCIO

ADDRESS: _____

16875  US Hwy 550

Aztec, N. M. 87410

DATE: _____

7-18-07

Consent Order                                    3                      Subfile No.: CHCV-002-0048A

EDWARD G. NEWVILLE
Special Assistant Attorney General

7-23-07

Date

Chama Town Ditch

002-0048A
A 0.2 ac.

Pine Ave.

9th Street

## LEGEND



Irrigated Tract Boundary
No Right Tract Boundary
Seeped Land
Operable Ditch / Lateral
Inoperable Ditch / Lateral
Reservoir / Stock Pond

Point of Diversion
(F) Fallow
(NR) No Right



1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

**Rio Chama Hydrographic Survey**
Village of Chama Section

Subfile Number
**CHCV 002-0048A**
Chama Town Ditch
AMENDED
June 26, 2007

