## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.,*

     Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Village of Chama, Section 7

**Subfile No.: CHCV-003-0034**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

          ESTATE OF E.T. REILLY SR.

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

   concerning certain elements of Defendant's right to divert and use the public waters of

   the Rio Chama Stream System,  Village of Chama, Section 7, and by their signatures

   appearing below, the State and the Defendant(s) have approved and accepted the elements

   of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

   of the claims of the Defendant(s) adjudicated by this order.

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Village of Chama, Section 7, is set forth below:

**A. <u>NO RIGHT (Surface Water Only):</u>**

**Office of the State Engineer Files No(s)**   1974

**Priority:**  NONE

NONE

**Source of Water:**  M-B DITCH-RIO CHAMA: Surface water of the Rio Chama.

M-B DITCH-RIO CHAMITA: Surface water of the Rio Chama and the Rio Chamita, a tributary of the Rio Chama

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

Ditch:          M-B DITCH-RIO CHAMA

**Location: X=**  1,546,909   feet  **Y=**  2,155,273   feet

Ditch:          M-B DITCH-RIO CHAMITA

**Location: X=**  1,540,798   feet  **Y=**  2,149,302   feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

Within the Tierra Amarilla Grant                23.1  acres

Total    23.1  acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-003-0034

**Amount of Water:** NONE

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of

Chama, Section 7, other than those set forth in this order and those other orders entered

by this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Village of Chama,

Section 7, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Village of Chama, Section 7,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Village of Chama, Section 7,

except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                                3                    Subfile No.: CHCV-003-0034

SIGNATURE *Edwin Reilly Jr. Personal representative*
ESTATE OF E.T. REILLY SR.

ADDRESS:  2631 Con Con St
Sen Antonio TX 78251

DATE:  7-9-07


*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General

7.24.07
Date



003-0034
A 19.5 ac.
NR

003-0034
A 3.6 ac.
NR

LEGEND



| | |
|---|---|
| Irrigated Tract Boundary | Point of Diversion |
| No Right Tract Boundary | Fallow |
| Seeped Land | No Right |
| Operable Ditch / Lateral | |
| Pipeline | |
| Reservoir / Stock Pond | |

 

N
W    E
S

1 inch = 300 feet

0  50 100    200    300
Feet



**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Village of Chama Section**

Subfile Number
**CHCV 003-0034**
M-B Ditch
AMENDED
January 22, 2007

