IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Sections 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, *ex rel.* State Engineer states that pursuant to Fed. R. Civ. P 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendant was served with process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to the named Defendant. A copy of the Defendent's signature receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Sylvia Casados | CHRB-008-0004A | August 16, 2007 |

Dated: August 28, 2007

Respectfully submitted.

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone

(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __28th__ day of August, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                            /s/ Ed Newville
                                        EDWARD G. NEWVILLE

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sylvia M. Casados*  ☐ Agent  ☑ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Sylvia M. Casados  8/16/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| Syivia Casados<br>P.O. Box 196<br>Parkview, NM 87551 | |
| CHRB-008-0004A<br>**RESTRICTED DELIVERY** | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☑ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7099 3220 0004 0767 5500 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540