IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

        Plaintiff,            69cv07941-BB

  vs.                                     RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.*,            Sections 3 & 7
        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order or Order Granting Default Judgment for the subfiles listed below concerning the Defendants' right to the waters of the Rio Chama Stream System was mailed to each of the following Defendants on the 28th day of August, 2007.

<u>CHRB-007-0024</u>
Docket No. 8700
Elizabeth Chavez
7316 Aladdin Ct. NW
Albuquerque, NM 87121

Jonetta L. Martinez
917 Perez Rd. SW
Albuquerque, NM 87105

Robert Martinez, Jr.
5 Seda Place
Los Lunas, NM 87031

Robert A. Martinez
Ida S. Martinez
P.O. Box 12
Los Ojos, NM 87551-0012

CHTA-003-0013A
Docket No. 8701
Rio Arriba County
c/o Ted Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

CHCC-003-0009
Docket No. 8702
Earl James Martinez
P.O. Box 428
Chama, NM 87520

CHNU-004-0005
Docket No. 8703
Leroy Martinez
P.O. Box 202
Tierra Amarilla, NM 87575

CHRB-003-0007A
Docket No. 8704
Joe B. Valdez
P.O. Box 632
Tierra Amarilla, NM 87575

CHRB-003-0007B
Docket No. 8705
Abel Valdez
Prescilla Valdez
P.O. Box 2383
Bernalillo, NM 87004

CHRB-007-0014
Docket No. 8706
Teresa Galdean
Juanita Archuleta
1312 N 1300 W
Salt Lake City, UT 84116

Prescilla Martinez
2514 Columbine Dr.
Durango, CO 81301

Case 6:69-cv-07941-KWR-KK   Document 8774   Filed 08/28/07   Page 3 of 8

Josephine Hays
1105 Commercial, Apt. 6
Astoria, OR 97103

Lorraine E. Montoya
Mineral Hill Rt. Box 190
Las Vegas, NM 87701

Sammy Archuleta
P.O. Box 42
Los Ojos, NM 87551

Frank J. Archuleta
P.O. Box 181
Tierra Amarilla, NM 87575

<u>CHRB-004-0004B</u>
Docket No. 8707
Chris R. Martinez
P.O. Box 271
Tierra Amarilla, NM 87575

<u>CHRB-004-0004C</u>
Docket No. 8708
Roseann Gallegos
P.O. Box 859
Santa Cruz, NM 87567

<u>CHRB-006-0037A</u>
Docket No. 8709
Manuel S. Salazar
Maria D.M. Salazar
1213 Cerrillos Rd SW
Albuquerque, NM 87121

<u>CHTA-004-0013A</u>
Docket No. 8710
Melvin L. Montano
P.O. Box 214
Tierra Amarilla, NM 87575

CHTA-003-0014A
Docket No. 8711
Rio Arriba County
c/o Ted Trujillo, Esq.
P.O. Box 2185
Española, NM 87532

CHTA-003-0051A
Docket No. 8712
Art Espinosa
HC 75 Box 126
Tierra Amarilla, NM 87575

CHTA-003-0030
Docket No. 8713
Olivia Valdez
P.O. Box 187
Tierra Amarilla, NM 87575

CHCC-001-0007
Docket No. 8714
John D. Morrow
203 Camino del Norte
Santa Fe, NM 87501-1035

CHCC-001-0013
Docket No. 8715
Kathleen Gintowt
Robert A. Gintowt
1802 Monterey Drive
Gallup, NM 87301

CHCV-002-0017
Docket No. 8716
Rebecca Hurd
Robert Hurd
206 E. 10th St.
Snohomish, WA 98290-2263

CHCV-002-0011
Docket No. 8717
Celia O. Lucero
10701 Menual Blvd. NE
Albuquerque, NM 87112

CHRB-004-0041
Docket No. 8718
Tira L. Ouellete
356 32nd St.
Ogden, UT 84401

CHRB-004-0004D
Docket No. 8719
Pauline Bustos
P.O. Box 46
Santa Cruz, NM 87567

CHRB-004-0009
Docket No. 8720
Michael D. Gonzales
112 Sam Street
Santa Fe, NM 87501

CHRB-004-0010
CHRB-006-0040
CHRB-007-0011
Docket No. 8721
Bernabe Madrid
P.O. Box 41
Los Ojos, NM 87551

Caroline Madrid
1285 Soaring Eagle Dr.
Colorado Springs, CO 80915

CHTA-003-0003
Docket No. 8722
Estate of Maria Casias
c/o Amarante Casias
P.O. Box 84
Tierra Amarilla, NM 87575

CHRB-006-0003
Docket No. 8723
Bruce R. Duran
Michelle L. Duran
Country Rd. 84-B #59
Santa Fe, NM 87504

CHRU-001-0016
Docket No. 8724
Elipio G. Mercure
P.O. Box 104
Los Ojos, NM 87551

CHTA-003-0014B
Docket No. 8736
El Centro de los Niños
P.O. Box 248
Tierra Amarilla, NM 87575

CHCV-002-0035
Docket No. 8737
Jose Salomon Lucero
4209 El Conlan Ave.
Las Vegas, NV 89102

CHRB-003-0011C
Docket No. 8738
Mary F. Gallegos
Frank A. Gallegos
P.O. Box 97
Los Ojos, NM 87551

CHRB-004-0023
Docket No. 8739
Tito Jaramillo
P.O. Box 275
Tierra Amarilla, NM 87575

CHRB-006-0005A
Docket No. 8740
Cynthia Casados
P.O. Box 282
Tierra Amarilla, NM 87575

CHRU-001-0022
Docket No. 8741
Chama Valley Production Company
c/o Kurt A. Sommer, Esq.
P.O. Box 1984
Santa Fe, NM 87504

CHCV-002-0039F
Docket No. 8742
Angelo E. Rivas
P.O. Box 634
Chama, NM 87520

CHCV-002-0039E
Docket No. 8743
Presley D. Rivas
P.O. Box 634
Chama, NM 87520

CHRB-003-0008B
Docket No. 8763
Olivia M. Cordova
P.O. Box 68
Tierra Amarilla, NM 87575

CHRB-006-0037C
Docket No. 8764
Robert A. Salazar
2000 Algodones NE
Albuquerque, NM 87112

CHCV-002-0048A
Docket No. 8765
Elizabeth G. Atencio
16875 US Hwy 550
Aztec, NM 87410

CHCV-002-0048B
Docket No. 8766
Estate of Juan Gonzales
c/o Sam Gonzales
2400 W. Main
Farmington, NM 87401

CHCV-003-0034
Docket No. 8767
Estate of E. T. Reilly Sr.
c/o Jay F. Stein, Esq.
P.O. Box 5250
Santa Fe, NM 87502

CHTA-004-0035
Docket No. 8768
Joann C. Martinez
P.O. Box 332
Tierra Amarilla, NM 87575

CHTA-003-0041
Docket No. 8769
Eloy Sanchez
Angelina Sanchez
716 Tyler NE
Albuquerque, NM 87113

CHCJ-004-0003B
Docket No. 8770
Alfredo Montoya Jr.
Louise O. Montoya
529 Camino Solano
Santa Fe, NM 87575

CHCJ-001-0004B
Docket No. 8771
Placido Borrego
3056 Agua Fria Street
Santa Fe, NM 87507

Dated: August 28, 2007.

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile