IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>         Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>         Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Salvador G. Velazquez | CHRB-007-0060 |
| Penelope A. Velazquez | CHRB-007-0060 |
| Tommy F. Valdez, Jr. | CHCV-002-0012 |
| Margaret Valdez | CHCV-002-0012 |
| Kathleen M. Fischer | CHCV-002-0043 |
| Andrew Hurd | CHCV-003-0029B |
| Daniel Hurd | CHCV-003-0029B |
| HeimoTrathnigg | CHTA-003-0026 |
| Whitney Durell | CHRB-007-0027A |

and as grounds therefore plaintiff states:

    1.    The defendants named above are in default for failure to appear, answer, or otherwise

defend in this cause, as shown by the Clerk's Certificate of Default filed August 2, 2007 (Doc. No. 8748), and the Clerk's Certificate of Default filed October 2, 2006 (Doc. No. 8400).

    WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the Office of the State Engineer Hydrographic Surveys for Section 7 of the Rio Chama Stream, as amended.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __28__ day of August, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Salvador G. Velazquez
Penelope A. Velazquez
P.O. Box 315
Los Ojos, NM 87551

Tommy F. Valdez, Jr.
Margaret Valdez
P.O. Box 1181
Cortez, CO 81321

Kathleen M. Fischer
7672 Calle Milan

Highland, CA 92346

Andrew Hurd
P.O. Box 745
Chama, NM 87520

Daniel Hurd
3400 Lake Mary Rd, Apt. 20202
Flagstaff, AZ 86001-9235

HeimoTrathnigg
P.O. Box 1693
Farmington, NM 87499

Whitney Durell
P.O. Box 295
Los Ojos, NM 87551

                                                   /s/ Ed Newville
                                        EDWARD G. NEWVILLE