IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

**NOTICE OF DISMISSAL**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(i) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

| | |
|---|---|
| Rosenaldo Casados | CHRB-008-0004A |
| Daniel E. Valdez | CHRU-003-0009 |
| | CHRU-004-0006 |
| Rose M. Mercure | CHRU-001-0016 |
| | CHRU-004-0017 |
| Estate of Mrs. Jose Fermin Abeyta | CHTA-003-0053 |

Dated: August 29, 2007

Respectfully submitted,

/s/ Ed Newville

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of August, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Rosenaldo Casados
P.O. Box 22
Los Ojos, NM 87551

Rose M. Mercure
P.O. Box 104
Parkview, NM 87551