IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>           Plaintiff,<br><br>     vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>           Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Cañones Creek<br><br>**Subfile No. CHCC-001-0008** |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) moves the Court to issue its order substituting JAMES H. RENKEN IRREVOCABLE TRUST B for defendants JAMES H. RENKEN and PATRICIA RENKEN in these proceedings, and as grounds states as follows:

1.     Title to the property under subfile CHCC-001-0008 is held in the name of James H. Renken Irrevocable Trust B (Patricia Cazier Renken and Stephanie Skaggs, Trustees).

WHEREFORE the State of New Mexico requests the Court to enter its order substituting the James H. Renken Irrevocable Trust B for defendants James H. Renken and Patricia Renken in these proceedings.

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer

P.O. Box 25102<br>
Santa Fe, NM 87504-5102<br>
(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the  29th  day of August, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

James H. Renken Irrevocable Trust B
Patricia Cazier Renken, Trustee
Stephanie Skaggs, Trustee
3201 Texas Street, NE
Albuquerque, NM 87110

    /s/ Ed Newville
    EDWARD G.  NEWVILLE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __19__ day of February, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Estate of Maria Casias
c/o Amarante Casias
P.O. Box 84
Tierra Amarilla, NM 87575