IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | 69cv07941-BB |
| ) | | |
| vs. ) | | RIO CHAMA STREAM SYSTEM |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | | Section 3: Canjilon Creek |
| ) | | Subfile No. CHCJ-004-0040 |
| Defendants. ) | | |
| _____) | | |

## ORDER GRANTING MOTION TO CORRECT DEFENDANT'S NAME

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer to Correct Defendant's Name filed August 10, 2007 (Doc. No. 8756).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the name of the defendant listed below is corrected as follows:

FROM                              TO

Juanito E. Maes, Jr.              Juanito B. Maes, Jr.
                                  CHCJ-004-0040

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN