IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | ) ) | Section 3: Canjilon Creek Subfile No.   CHCJ-002-0008 |
| Defendants. | ) ) | CHCJ-002-0023 CHCJ-003-0080 |

## ORDER SUBSTITUTING PARTY

THIS MATTER is before the Court on Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed August 15, 2007 (8759).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that JOHN J. SERRANO is substituted for Defendant PACOMIO SERRANO in these proceedings.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN