IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | 69cv07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA STREAM SYSTEM | |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | Non-Indian Federal Claims | |
| ) | Section 5: Rio Gallina | |
| Defendants. ) | | |
| _____) | | |

## CERTIFICATE OF SERVICE

I certify that on the 29th day of August, 2007 the State of New Mexico mailed its proposed amended Consent Order to the United States concerning its additional non-Indian claims to water in the Santa Fe National Forest within Section 5 (Rio Gallina), under state and federal law, pursuant to the May 4, 2007 Order granting the Joint Motion to Amend Scheduling Order for Federal Non-Indian Water Rights Claims in the manner indicated:

via first class mail, postage prepaid addressed as follows:

David W. Gehlert, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street – 8th Floor
Denver, Colorado 80294
Attorney for the United States

Mary E. Humphrey, Esq.
Humphrey & Ode PC
P.O. Box 1574
El Prado, New Mexico 87529-1574
Attorney for Gallina/Capulin
Acequia Association

_/s/ Chris Lindeen_____
L. Christopher Lindeen
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-3825