IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | 69cv07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA STREAM SYSTEM | |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | Section 3: Canjilon Creek | |
| ) | Subfile No. CHCJ-001-0003 | |
| Defendants. ) | | |
| ) | | |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

THIS MATTER is before the Court on Motion for Substitution of Parties of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed August 9, 2007 (8754).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Scarborough Living Trust, George M. and Anita B. Scarborough, Trustees is substituted for Defendant G.M. Scarborough in these proceedings.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN