IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

      vs.

ROMAN ARAGON, *et al.,*

            Defendants.

69cv07941- BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION

THIS MATTER is before the Court on the Motion to Allow Service by Publication of the

Plaintiff State of New Mexico, *ex rel.* State Engineer, filed August 28, 2007 (Doc. No. 8775).

Being fully advised in the premises, the Court finds that the Motion is well-taken and should

be GRANTED.

IT IS ORDERED, THEREFORE, that the Plaintiff may serve the Defendants named below

by publication pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 1-004(K)

of the Rules of Civil Procedure for the District Courts of the State of New Mexico:

| Defendant | Subfile No. |
|---|---|
| Martin Romero | CHTA-004-0001D |
| David Maestas | CHRB-006-0027 |
| Roberto Martinez | CHRB-004-0042 |
| Luis Lopez | CHCV-002-0039D |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN