IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 4: El Rito

**MOTION FOR EXTENSION OF TIME**

    COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer (State), and respectfully requests the Court to grant an extension of time for the State to take a position on the Motion for Declaration of Water Allocation Customs filed by the El Rito Ditch Association (Doc. 8629) as required by the Special Master's Order Approving Proposal for Memorializing Water Allocation Customs filed March 9, 2007 (Doc. 8603). In support of this motion Plaintiff states:

    1.    The State and El Rito Ditch Association have been actively engaged in discussions on the issues raised by the motion for declaration water allocation customs in El Rito, and are in agreement that the parties should continue those discussions prior to the State taking a formal position on the Motion or scheduling further proceedings with respect to that Motion.

    2.    The El Rito Ditch Association supports the granting of an extension of time until January 31, 2008.

    WHEREFORE the Plaintiff State of New Mexico respectfully requests the Court to grant an

extension of time until January 31, 2008, for the State to take a position on the Motion for Declaration of Water Allocation Customs filed by the El Rito Ditch Association (Doc. 8629).

                                          Respectfully submitted,

                                          /s/ Ed Newville
                                          EDWARD G. NEWVILLE
                                          Special Assistant Attorney General
                                          Office of State Engineer
                                          P.O. Box 25102
                                          Santa Fe, NM 87504-5102
                                          (505) 867-7444

                                          approved 9/4/07
                                          MARY E. HUMPHREY
                                          Attorney for El Rito Ditch Association
                                          P.O. Box 1574
                                          El Prado, NM 87529-1574
                                          (505) 758-2203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  4th  day of September, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                          /s/ Ed Newville
                                          Edward G. Newville