IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

               Plaintiff,

      vs.

ROMAN ARAGON, *et al.,*

               Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

## MOTION FOR APPROVAL OF FORM OF NOTICE AND ORDERS TO SHOW CAUSE

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, and pursuant to the August 8, 2007 *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rio Gallina Section of the Rio Chama Stream System* (Doc. No. 8752), the States moves the Court to enter its order granting approval of the form of the notice and orders to show cause, attached hereto and described below, to be served on defendants with respect to the determination of priority dates and irrigation water requirements in Section 5 of the Rio Chama Stream System (Rio Gallina):

Exhibit A:  Notice and Order to Show Cause to be served on individual subfile defendants. The defendants' names, addresses and other defendant specific information will be added to the individual notice and orders submitted to the Court.

Exhibit B: Notice and Order to Show Cause to be served on the community ditches in Section 5 in connection with the priority dates of private ditches in Section 5.  The names and addresses of the

community ditches will be added to the individual notice and orders submitted to the Court.

Exhibit C: Notice and Order to Show Cause to be served on the United States of America.

Exhibit D: Notice and Order to Show Cause for publication.

Counsel for the United States of America, David W. Gehlert, and counsel for the Gallina–Capulin Acequia Association, Mary E. Humphrey, do not oppose the granting of this motion.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting approval of the form of the notice and orders to show cause attached hereto as Exhibits A through D.

Respectfully submitted,

_/s/ Ed Newville_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __6th__ day of September, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

_/s/ Ed Newville_____
EDWARD G. NEWVILLE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

Subfile No: XXXX

## NOTICE AND ORDER TO SHOW CAUSE

To:               [name or names]
                    [address]
                    [address]

Subfile No.       [XXXX]

Ditch or Acequia:   [XXXX]

**Priority Dates:**

      You are hereby notified that the Court has entered an order requiring you to file an objection

with the Court if you disagree with the State's proposed determination of the priority date of your

water right and ditch, or the priority date for any other community or private ditch in Section 5 (Rio

Gallina). The priority dates proposed for these ditches are:

      Vigiles Ditch               1876

      Rincon Ditch              1876

      Placitas Ditch             1876

*Ex. A.*

| | |
|---|---|
| Sanchez–Maestas Ditch | 1876 |
| Cordova–Martinez Ditch | 1878 |
| Gonzales–Gurule Ditch | 1878 |
| Cecilia Ditch | 1878 |
| Valdez Ditch | 1878 |
| Emilio Jacquez Ditch | 1902 |

These priority dates described above will apply to all individual irrigation water rights served by the ditches listed, unless individual water rights holders file objections.

**Irrigation Water Requirements:**

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in Section 5 (Rio Gallina) as described below:

a.   The weighted consumptive irrigation requirement (CIR) is 1.38 acre-feet per acre per annum.

b.   The farm delivery requirement (FDR) is 3.46 acre-feet per acre per annum.

c.   The project diversion requirement (PDR) is 5.77 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the

-2-

consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action, and the Court will enter an order that recognizes the elements of your water rights and the water rights of other surface water users in Section 5 as described above. If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in Section 5. Subsequent *inter se* proceedings in Section 5 will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in Section 5 as stated above, you must file the form entitled Objection and Response to Notice and Order to Show Cause with the Court, in person or my mail FOR RECEIPT NO LATER THAN DECEMBER 31, 2007:

> United States District Court clerk
> 120 South Federal Place
> Santa Fe, NM 87501

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights or any other water rights.

If you fail to timely object <u>and</u> to attend the scheduling and pretrial conference you may not raise

objections in the future.

      If you have any questions, call or write:

| | | |
|---|---|---|
| Edward G.  Newville | or, | Mary E. Humphrey |
| Special Assistant Attorney General | | Attorney for Gallina–Capulin Acequia |
| Office of State Engineer | | Association and Section 5 Acequias |
| P.O. Box 25102 | | P.O. Box 1574 |
| Santa Fe, NM 87504-5102 | | El Prado, NM 87529-1574 |
| (505) 867-7444 phone | | (505) 758-2203 phone |
| (505) 867-2299 facsimile | | (505) 758-5129 facsimile |


_____

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Approved:


_____

VICKIE L. GABIN
SPECIAL MASTER


-4-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

          Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

## NOTICE AND ORDER TO SHOW CAUSE

To:       [community ditch]
          [address]
          [address]

      You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date for the private ditch described below:

      Emilio Jacquez Ditch           1902

      The priority date described above will apply to all individual irrigation water rights served by the ditch listed, unless you or other parties file objections.

      If you agree with the priority date stated above, you do not need to take any action, and the Court will enter an order that recognizes the above priority date for this ditch.  If you disagree, you must follow the instructions below.

      In the absence of any objections, you will have no other opportunity in these proceedings to

*Ex. B*

object to the determination of the priority date for this ditch, and subsequent *inter se* proceedings in Section 5 will not include the opportunity to object to that determination.

IT IS THEREFORE ORDERED THAT if you object to the priority date for the private ditch stated above, you must file a written objection with the Court.  You must file your objection, if any, with the Federal District Court by December 31, 2007.  If you timely file an objection the Special Master will notify you of how to present your objections in Court.

_____

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____

VICKIE L. GABIN
SPECIAL MASTER

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

## NOTICE AND ORDER TO SHOW CAUSE

To:    United State of America
       David W. Gehlert, Esq.
       United States Department of Justice
       Environment and Natural Resources Section
       1961 Stout Street, Floor 8
       Denver, CO 80294

**Priority Dates:**

    You are hereby notified that the Court has entered an order requiring you to file an objection

with the Court if you disagree with the State's proposed determination of the priority dates for any

of the community or private ditches in Section 5 (Rio Gallina), including the priority date of any

individual irrigation water rights under those ditches, as described below:

| | |
|---|---|
| Vigiles Ditch | 1876 |
| Rincon Ditch | 1876 |
| Placitas Ditch | 1876 |

*Ex. C*

| | |
|---|---|
| Sanchez–Maestas Ditch | 1876 |
| Cordova–Martinez Ditch | 1878 |
| Gonzales–Gurule Ditch | 1878 |
| Cecilia Ditch | 1878 |
| Valdez Ditch | 1878 |
| Emilio Jacquez Ditch | 1902 |

The priority dates described will apply to all individual irrigation water rights served by the ditches listed, unless individual water rights holders file objections.

**Irrigation Water Requirements:**

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in Section 5 (Rio Gallina) as described below:

    a.      The weighted consumptive irrigation requirement (CIR) is 1.38 acre-feet per acre per annum.

    b.      The farm delivery requirement (FDR) is 3.46 acre-feet per acre per annum.

    c.      The project diversion requirement (PDR) is 5.77 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the

consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action, and the Court will enter an order that recognizes the elements of the water rights for surface water irrigation use in Section 5 as described above. If you disagree, you must follow the instructions below.

In the absence of any objections, you will have no other opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in Section 5, and subsequent *inter se* proceedings in Section 5 will not include the opportunity to object to those determinations.

Notwithstanding the above, the United States shall have no obligation to raise an objection to the determination of priority dates and irrigation water requirements described above in its capacity as trustee for the benefit of Ohkay Owingeh (Pueblo of San Juan) or any other Indian nation. Any such objection may be raised during stream system wide *inter se* proceedings or other applicable *inter se* proceedings as may be ordered by the Court.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in Section 5 as stated above, you must file a written objection with the Court. You must file your objection, if any, with the

Federal District Court by December 31, 2007. If you timely file an objection the Special Master will notify you of how to present your objections in Court.

 

_____

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____

VICKIE L. GABIN
SPECIAL MASTER

-4-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

        vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

## NOTICE AND ORDER TO SHOW CAUSE

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE SURFACE WATERS OF THE RIO CHAMA STREAM SYSTEM, RIO CHAMA SECTION 5 (RIO GALLINA)

AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE WATERS OF THE RIO CHAMA STREAM SYSTEM, SECTION 5 (RIO GALLINA), AND WHOSE NAMES APPEAR BELOW:

| DEFENDANT | ACEQUIA OR DITCH | PRIORITY |
|---|---|---|
| Helen Vigil | Vigiles Ditch | 1876 |
| Julian Vigil | Vigiles Ditch | 1876 |
| Linda Vigil | Vigiles Ditch | 1876 |
| Mary Vigil | Vigiles Ditch | 1876 |
| Olivia Vigil | Vigiles Ditch | 1876 |
| Robert M. Vigil | Vigiles Ditch | 1876 |
| Atilana Chacon | Rincon Ditch | 1876 |
| Cosme S. Chacon | Rincon Ditch | 1876 |
| Jose L. Chacon | Rincon Ditch | 1876 |
| Levi A. Sanchez | Rincon Ditch | 1876 |
| Lucinda Chacon | Rincon Ditch | 1876 |
| Mary Sanchez | Rincon Ditch | 1876 |
| Rodger F. Corrales | Rincon Ditch | 1876 |

EX. D

| | | |
|---|---|---|
| Rosalie F. Wilson | Rincon Ditch | 1876 |
| Ubaldo Jacquez | Rincon Ditch | 1876 |
| | | |
| Alice Jacquez | Placitas Ditch | 1876 |
| Alvin N. Jacquez | Placitas Ditch | 1876 |
| Arcelia Chacon | Placitas Ditch | 1876 |
| Cosme L. Chacon | Placitas Ditch | 1876 |
| Dorothy Jacquez | Placitas Ditch | 1876 |
| Eddie Garcia | Placitas Ditch | 1876 |
| Faye Davis | Placitas Ditch | 1876 |
| Fulgencio Jacquez | Placitas Ditch | 1876 |
| Herman Jacquez | Placitas Ditch | 1876 |
| Jose L. Chacon | Placitas Ditch | 1876 |
| Jose Z. Chacon | Placitas Ditch | 1876 |
| Juanita A. Jacquez | Placitas Ditch | 1876 |
| Lucinda Chacon | Placitas Ditch | 1876 |
| Mary Ann Jacquez | Placitas Ditch | 1876 |
| Max A. Martinez | Placitas Ditch | 1876 |
| Neives Martinez | Placitas Ditch | 1876 |
| Pauline Jacquez | Placitas Ditch | 1876 |
| Reina Maestas | Placitas Ditch | 1876 |
| Roger Jacquez | Placitas Ditch | 1876 |
| Rosalie F. Wilson | Placitas Ditch | 1876 |
| Tommy F. Chacon | Placitas Ditch | 1876 |
| | | |
| Abram Cordova | Sanchez–Maestas Ditch | 1876 |
| Faye Davis | Sanchez–Maestas Ditch | 1876 |
| Julian Vigil | Sanchez–Maestas Ditch | 1876 |
| Mary Vigil | Sanchez–Maestas Ditch | 1876 |
| Robert M. Vigil | Sanchez–Maestas Ditch | 1876 |
| | | |
| Abram Cordova | Cordova–Martinez Ditch | 1878 |
| Alfirio Maestas | Cordova–Martinez Ditch | 1878 |
| Alice Jacquez | Cordova–Martinez Ditch | 1878 |
| Alice Madrid | Cordova–Martinez Ditch | 1878 |
| Amanda Gonzales | Cordova–Martinez Ditch | 1878 |
| Andrew J. Leyba | Cordova–Martinez Ditch | 1878 |
| Anthony Leyba | Cordova–Martinez Ditch | 1878 |
| Antonette B. Lovato | Cordova–Martinez Ditch | 1878 |
| Aurelia Chavez | Cordova–Martinez Ditch | 1878 |
| Bonifacio W. Gonzales | Cordova–Martinez Ditch | 1878 |
| Cassilda Jacquez Serrano | Cordova–Martinez Ditch | 1878 |
| Clement L. Suazo | Cordova–Martinez Ditch | 1878 |

| | | |
|---|---|---|
| Cristobal Jacquez | Cordova–Martinez Ditch | 1878 |
| David Chavez | Cordova–Martinez Ditch | 1878 |
| Delfin Jacquez | Cordova–Martinez Ditch | 1878 |
| Diana Suazo | Cordova–Martinez Ditch | 1878 |
| Edward Leyba | Cordova–Martinez Ditch | 1878 |
| Eliseo Jacquez | Cordova–Martinez Ditch | 1878 |
| Estate of Odella Lovato | Cordova–Martinez Ditch | 1878 |
| Eugenio Sanchez Estate | Cordova–Martinez Ditch | 1878 |
| Ezequiel Cordova | Cordova–Martinez Ditch | 1878 |
| Frank Jacquez | Cordova–Martinez Ditch | 1878 |
| Gabriel Maestas, Jr. | Cordova–Martinez Ditch | 1878 |
| Genevieve M. Velasquez | Cordova–Martinez Ditch | 1878 |
| Gilbert Jacquez | Cordova–Martinez Ditch | 1878 |
| Isabel Lucero | Cordova–Martinez Ditch | 1878 |
| Jacobo Arellano | Cordova–Martinez Ditch | 1878 |
| Joe Velasquez | Cordova–Martinez Ditch | 1878 |
| Johnny A. D. Lovato | Cordova–Martinez Ditch | 1878 |
| Jose P. Chavez | Cordova–Martinez Ditch | 1878 |
| Juan C. Chavez | Cordova–Martinez Ditch | 1878 |
| Julie Pederson | Cordova–Martinez Ditch | 1878 |
| L. Marisa Rodriguez | Cordova–Martinez Ditch | 1878 |
| Laura A. Velasquez | Cordova–Martinez Ditch | 1878 |
| Leora Jacquez Lucero | Cordova–Martinez Ditch | 1878 |
| Luis Toby Velasquez | Cordova–Martinez Ditch | 1878 |
| Marino Jacquez | Cordova–Martinez Ditch | 1878 |
| Martha Cordova | Cordova–Martinez Ditch | 1878 |
| Mary Ann Maestas | Cordova–Martinez Ditch | 1878 |
| Mary L. Espinoza | Cordova–Martinez Ditch | 1878 |
| Max Maestas | Cordova–Martinez Ditch | 1878 |
| Mike Jacquez | Cordova–Martinez Ditch | 1878 |
| Monica T. Rodriguez | Cordova–Martinez Ditch | 1878 |
| Orlando Madrid | Cordova–Martinez Ditch | 1878 |
| Patrick Rodriguez | Cordova–Martinez Ditch | 1878 |
| Patsy L. Chavez | Cordova–Martinez Ditch | 1878 |
| Philip Jacquez | Cordova–Martinez Ditch | 1878 |
| Piedad Chavez | Cordova–Martinez Ditch | 1878 |
| Ramona Jacquez Estate | Cordova–Martinez Ditch | 1878 |
| Ramoncita Maestas | Cordova–Martinez Ditch | 1878 |
| Raymond Suazo | Cordova–Martinez Ditch | 1878 |
| Richard Cordova | Cordova–Martinez Ditch | 1878 |
| Rita Jacquez | Cordova–Martinez Ditch | 1878 |
| Rogelio Corrales | Cordova–Martinez Ditch | 1878 |
| Ronald Chavez | Cordova–Martinez Ditch | 1878 |
| Sam Chavez | Cordova–Martinez Ditch | 1878 |

| | | |
|---|---|---|
| Selustriano Gonzales, Sr. | Cordova–Martinez Ditch | 1878 |
| Steve E. Velasquez | Cordova–Martinez Ditch | 1878 |
| Sylvia Middleton | Cordova–Martinez Ditch | 1878 |
| Thelma Chavez | Cordova–Martinez Ditch | 1878 |
| Ubaldo Jacquez | Cordova–Martinez Ditch | 1878 |
| Vincente Jacquez | Cordova–Martinez Ditch | 1878 |
| Virginia Lewellen | Cordova–Martinez Ditch | 1878 |
| Vivian Salazar | Cordova–Martinez Ditch | 1878 |
| Willie Chavez | Cordova–Martinez Ditch | 1878 |
| | | |
| Alice Jacquez | Gonzales–Gurule Ditch | 1878 |
| Alvin Suazo | Gonzales–Gurule Ditch | 1878 |
| Amadeo Segura | Gonzales–Gurule Ditch | 1878 |
| Arturo R. Montoya | Gonzales–Gurule Ditch | 1878 |
| Cosme S. Chacon | Gonzales–Gurule Ditch | 1878 |
| Cruzita Segura | Gonzales–Gurule Ditch | 1878 |
| Edith Martinez | Gonzales–Gurule Ditch | 1878 |
| Elaine M. Valdez | Gonzales–Gurule Ditch | 1878 |
| Elvira Chavez | Gonzales–Gurule Ditch | 1878 |
| Ernesto J. Serrano, Jr. | Gonzales–Gurule Ditch | 1878 |
| Florence Shipley | Gonzales–Gurule Ditch | 1878 |
| Fulgencio Chacon | Gonzales–Gurule Ditch | 1878 |
| Henry L. Jacquez | Gonzales–Gurule Ditch | 1878 |
| Jose B. Chacon | Gonzales–Gurule Ditch | 1878 |
| Jose L. Chacon | Gonzales–Gurule Ditch | 1878 |
| Leonardo Chavez | Gonzales–Gurule Ditch | 1878 |
| Manuel Garcia | Gonzales–Gurule Ditch | 1878 |
| Mark W. Valdez | Gonzales–Gurule Ditch | 1878 |
| Maurice L. Serrano | Gonzales–Gurule Ditch | 1878 |
| Roberto Martinez | Gonzales–Gurule Ditch | 1878 |
| Sarita V. Montoya | Gonzales–Gurule Ditch | 1878 |
| Ursulita Vigil | Gonzales–Gurule Ditch | 1878 |
| Vivian Suazo Trust | Gonzales–Gurule Ditch | 1878 |
| Willie A. Suazo | Gonzales–Gurule Ditch | 1878 |
| | | |
| Joe O. Cordova | Cecilia Ditch | 1878 |
| Manuelita Cordova | Cecilia Ditch | 1878 |
| Miguel D. Suazo | Cecilia Ditch | 1878 |
| Porfiria Jaramillo | Cecilia Ditch | 1878 |
| Reducinda Maestas | Cecilia Ditch | 1878 |
| Simonita Maestas Estate | Cecilia Ditch | 1878 |
| Vivian Suazo Trust | Cecilia Ditch | 1878 |
| | | |
| Alfonzo Cordova, Jr. | Valdez Ditch | 1878 |

| | | |
|---|---|---|
| Daniel K. Gonzales | Valdez Ditch | 1878 |
| Elisaida Padilla | Valdez Ditch | 1878 |
| Jose Dolores Gonzales | Valdez Ditch | 1878 |
| Jose L. Chacon | Valdez Ditch | 1878 |
| Luz Gonzales | Valdez Ditch | 1878 |
| Miguel Lujan | Valdez Ditch | 1878 |
| Robert Fidel Arellano | Valdez Ditch | 1878 |
| Stella M. Gonzales | Valdez Ditch | 1878 |
| Vivian Suazo | Valdez Ditch | 1878 |
| | | |
| Henry L. Jacquez | Emilio Jacquez Ditch | 1902 |

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water right and ditch, or the priority dates for any other community or private ditch in Section 5 (Rio Gallina) as described above.

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in Section 5 (Rio Gallina) as described below:

a.    The weighted consumptive irrigation requirement (CIR) is 1.38 acre-feet per acre per annum.

b.    The farm delivery requirement (FDR) is 3.46 acre-feet per acre per annum.

c.    The project diversion requirement (PDR) is 5.77 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action, and the Court will enter an order that recognizes the elements of your water rights and the water rights of other surface water users in Section 5 as described above. If you

disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in Section 5. Subsequent *inter se* proceedings in Section 5 will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in Section 5 as stated above, you must file your objection with the Court, in person or my mail FOR RECEIPT NO LATER THAN DECEMBER 31, 2007:

> United States District Court clerk
> 120 South Federal Place
> Santa Fe, NM 87501

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights or any other water rights. If you fail to timely object <u>and</u> to attend the scheduling and pretrial conference you may not raise objections in the future.

If you have any questions, call or write:

Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

or,

Mary E. Humphrey
Attorney for Gallina–Capulin Acequia
Association and Section 5 Acequias
P.O. Box 1574
El Prado, NM 87529-1574
(505) 758-2203 phone
(505) 758-5129 facsimile

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Approved:


_____
VICKIE L. GABIN
SPECIAL MASTER