IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>-v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM |

ADMINISTRATIVE ORDER REGARDING ENTRIES OF APPEARANCE

This Order is entered *sua sponte* by the Court pursuant to Administrative Order Misc. No. 06-95, filed August 28, 2006, the Local Civil Rules of the United States District Court for the District of New Mexico, effective July 1, 2002, as amended through March 5, 2007, the Administrative Order filed January 17, 2007 (Docket No. 8535), and the CM/ECF Administrative Procedures Manual, as revised March 26, 2007 ("APM"). This Order supercedes conflicting provisions of any and all previous orders, policies and procedures adopted by this Court for stream system adjudications.

Over the years, numerous counsel and parties *pro se* have routinely entered appearances and/or have been added by the Clerk's Office to this case caption upon the filing of specific pleadings. The CM/ECF system now automatically adds counsel and parties *pro se* to the case caption when specific pleadings are filed. One purpose of the CM/ECF system is to "facilitate service of notices and orders from the Court" and meet the service requirements of the other parties. APM (3)(b). However, the automated inclusion of attorneys for service purposes does not equate with the entry of appearance which is required by D.N.M.LR-Civ. 83.4.

In these complex, multi-party adjudications, formal entries of appearance benefit the Court,

counsel and parties appearing *pro se* by ensuring that service of general pleadings, orders and notices is comprehensive and accurate. At the same time, provisions for limited service of pleadings which are found in existing scheduling and procedural orders lessen the burden of service.

IT IS ORDERED, therefore,

1. Attorneys shall file an entry of appearance for each client (or related group of clients) pursuant to D.N.M.LR-Civ. 83.4 at the time the first pleading is filed on behalf of a client. The failure to do so shall result in that attorney being stricken from the case caption.

2. A party appearing *pro se* may file an entry of appearance at any time to receive general pleadings, orders and notices. When a *pro se* party files a pleading or other document, the filing of which adds the party automatically to the case caption, that party shall have 15 days to enter an appearance or be stricken from the case caption. *Pro se* parties will continue to receive pleadings and other papers required to be served concerning their individual water rights.

3. All attorneys of record and parties *pro se* shall notify the Clerk in writing of any changes in their mailing addresses, telephone and/or facsimile numbers, and e-mail addresses, pursuant to D.N.M.LR-Civ. 83.6. The failure to do so shall result in that attorney or party being stricken from the case caption.

IT IS SO ORDERED.

/s/ Bruce D. Black
DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
SPECIAL MASTER