*Vickie L. Gabin, Special Master*
*United States District Court*
*120 South Federal Place*
*Santa Fe, NM 87501*

September 7, 2007

Re: <u>State v. Aragon</u>, 69cv07941, Rio Chama Adjudication, Rio Gallina Section

Dear Water Rights Claimant:

You are getting this letter, a Notice and Order to Show Cause, and a form Objection and Response to Notice and Order to Show Cause, because you have water rights in the Rio Gallina Section of the Rio Chama adjudication.  As you know, there is a court order that describes the following elements of your water rights:  source, purpose of use, point of diversion, and the location and amount of irrigated acreage.   Your order also states that the priority and amount of water are "reserved for future determination by court order entered July 25, 2000."

It is now the time to determine the priority and amount of water of your water right.  The enclosed Notice and Order to Show Cause, a document which the Court has approved, should be read carefully.   The purpose of this document is to describe the ditch-wide priority dates and section-wide irrigation water requirements that the State of New Mexico, *ex rel*. State Engineer ("State")  has proposed for the Rio Gallina Section.  The State and 8 community ditches in Gallina,[1] acting though their acequia commissioners, are in agreement on these priority dates and the irrigation water requirements.[2]

However, you have a right to come to court and object to these priority dates and irrigation water requirements being applied to your individual water right.  You also have a right at this time to object to the priority dates for other ditches.   After reading the enclosed Notice and Order to Show Cause, you must decide whether you agree with the State's proposed determination of:

    a. the priority dates of your water right and ditch
    b. the priority dates for other ditches,  and
    c. the irrigation water requirements for all water rights.

If you agree with the priority dates and irrigation water requirements as set out in the Notice and Order to Show Cause, you are not required to take any action.  However, if you disagree and wish to object to any of the proposed priority dates, including the priority date proposed for your

---

[1] Vigiles Ditch, Rincon Ditch, Placitas Ditch, Sanchez-Maestas Ditch, Cordova-Martinez Ditch, Gonzales-Gurule Ditch, Cecilia Ditch, Valdez Ditch

[2] Stipulation on Priority Dates in Section 5, entered into February 10, 2005, by the State and 8 community acequias; Stipulation and Settlement Agreement on Irrigation Water Requirements in Section 5, entered into July 3, 2007, by the State and the Gallina-Capulin Acequia Association and 8 community acequias.

water rights, or the priority date for the water rights of any other claimant, or the proposed irrigation water requirements for all water rights, **you MUST fill out and file the enclosed Objection and Response to Notice and Order to Show Cause no later than December 31, 2007**, with:

> United States District Court Clerk
> 120 S. Federal Place
> Santa Fe, NM 87501

To file the objections, you may either mail or hand-deliver the form to the Court. However, it must be <u>received</u> by the Court Clerk no later than December 31, 2007. You also must attend a mandatory scheduling and pretrial conference; you will receive a notice of the date, time and place of the mandatory conference after the date for the conference is set.

**This will be your only opportunity to object to the proposed priority date for your water rights, to the proposed priority date for any other claimant's water rights, or to the proposed irrigation water requirements. If you fail to timely object and to attend the mandatory scheduling and pretrial conference you will not be able to raise any objections to these elements in the future.**

If you have any questions, please call or write:

Edward G. Newville                          or          Mary E. Humphrey
Special Assistant Attorney General                      Attorney for Gallina-Capulin Acequia
Office of the State Engineer                             Association & Section 5 Acequias
P.O. Box 25102                                          P.O. Box 1574
Santa Fe, NM 87504-5102                                 El Prado, NM 87529-1574
(505) 867-7444 telephone                                (505) 758-2203 telephone
(505) 867-2299 facsimile                                (505) 758-5129 facsimile

Sincerely,

*Vickie L. Gabin*

Vickie L. Gabin
Special Master for the Rio Chama Adjudication

2