IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) | Section 5, Rio Gallina |
| Defendants. | ) ) | |

OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Gallina Section.  I object to (check all that apply):

_____  The priority date proposed for my water right.
_____  The priority date proposed for any other water right.
_____  The irrigation water requirements proposed for the water rights in the Rio Gallina system.

I understand that I will be notified of the mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): _____   Subfile No. _____

_____

MAILING ADDRESS: _____

_____

TELEPHONE NO.: _____   E-MAIL: _____

SIGNED: _____   DATE: _____

_____

MAIL OR HAND-DELIVER FOR RECEIPT NO **LATER THAN DECEMBER 31, 2007** TO:

United States District Court
120 South Federal Place
Santa Fe, NM 87501