IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5, Rio Gallina |

## NOTICE AND ORDER TO SHOW CAUSE

To:    Placitas Ditch
          c/o Mary E. Humphrey, Esq.
          P.O. box 1574
          El Prado, NM 87043

     You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date for the private ditch described below:

     Emilio Jacquez Ditch          1902

     The priority date described above will apply to all individual irrigation water rights served by the ditch listed, unless you or other parties file objections.

     If you agree with the priority date stated above, you do not need to take any action, and the Court will enter an order that recognizes the above priority date for this ditch. If you disagree, you must follow the instructions below.

     In the absence of any objections, you will have no other opportunity in these proceedings to

object to the determination of the priority date for this ditch, and subsequent *inter se* proceedings in Section 5 will not include the opportunity to object to that determination.

    IT IS THEREFORE ORDERED THAT if you object to the priority date for the private ditch stated above, you must file a written objection with the Court.  You must file your objection, if any, with the Federal District Court by December 31, 2007.  If you timely file an objection the Special Master will notify you of how to present your objections in Court.

*Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

  /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER