IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel., the State Engineer, | ) ) ) |
| Plaintiff, | ) ) No. 69 cv07941-BB ) |
| v. | ) ) Rio Chama Adjudication |
| ROMAN ARAGON, et al., | ) ) Mainstream, Section 1 |
| Defendants. | ) ) |

## NOTICE OF CLARIFICATION OF REPRESENTATION

This notice is filed to clarify that Fred J. Waltz, Attorney at Law, continues to represent the following Acequias, Defendants in Section 1 of this matter:

1. Acequia de Chamita,
2. Acequia de los Salazares,
3. Acequia de Hernandez,
4. Acequia de los Martinez,
5. Acequia de los Duranes,
6. Acequia de Chili y la Cuchilla,
7. Acequia de Rio Chama,
8. Acequia de Jose V. Martinez,
9. Acequia de la Tierra Azul,
10. Acequia de Montoya y Manzanares,
11. Acequia de Barranco,
12. Acequia de Suazo,
13. Acequia de Ranchitos,
14. Acequia de los Frijoles,
15. Acequia de la Puente,
16. Acequia de los Gonzales,
17. Acequia de J.P. Gonzales,
18. Acequia de Quintana,
19. Acequia de Mariano,
20. Acequia de Valentin Martinez,
21. Acequia de Pueblo de Abiquiu,
22. Acequia de Karl Bode,
23. Acequia de Maestas,
24. Acequia de Esquibel,
25. Acequia de Monastery of Christ in the Desert,

26. Acequia de Abeyta y Trujillo, and
27. Acequia de Ghost Ranch.

                                Electronically Filed

                                By: /s/ Fred J. Waltz
                                Attorney for 27 Acequias
                                214 B Kit Carson Road
                                Taos, New Mexico 87571
                                (505) 758-0407

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th of September, 2007, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.;

AND I FUTHER CERTIFY that on such date I served the foregoing pleading on the following non-CM/ECF Participant via first class mail, postage prepaid addressed as follows:

    Leander Bergen
    Bergen Law Offices
    4110 Wolcott Ave NE
    #A
    Albuquerque, NM  87109

                                /s/ Fred J. Waltz