IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

            Plaintiff,

-v-

RAMON ARAGON *et al.*

            Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

### NOTICE CLARIFYING REPRESENTATION OF ACEQUIAS

The Special Master enters this Notice to clarify that the 27 Acequias represented by Fred Waltz, Esq. will be listed as "Various Acequias" on the case caption in the above-named case. The specific acequias for which Mr. Waltz has entered his Appearance over the course of this adjudication are identified in the Notice of Clarification of Representation filed September 14, 2007 (Docket No. 8923).

*Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN