IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) | No. 69cv07941-BB |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| ROMAN ARAGON, et al., | ) ) | Rio Chama Adjudication |
| Defendants | ) | Section 4 El Rito |

## NOTICE OF CLARIFICATION OF REPRESENTATION

This notice is filed to clarify that Mary E. Humphrey of Humphrey & Odé, P.C. continues to represent the El Rito Ditch Association in Section 4 of the Rio Chama Adjudication:

>Respectfully submitted,
>
>/s/ Mary E. Humphrey
>Mary E. Humphrey
>HUMPHREY & ODÉ, P.C.
>Attorney for the El Rito Ditch Association
>P. O. Box 1574
>El Prado, NM  87529-1574
>(505) 758-2203

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2007, I filed the foregoing document electronically through the CM/ECF system.

>/s/ Mary E. Humphrey