IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, ) ) ) | No. 69cv07941-BB |
| Plaintiffs ) ) | |
| v. ) ) | |
| ROMAN ARAGON, et al., ) ) | Rio Chama Adjudication |
| Defendants ) | Section 5 Rio Gallina |

## NOTICE OF CLARIFICATION OF REPRESENTATION

This notice is filed to clarify that Mary E. Humphrey of Humphrey & Odé, P.C. continues to represent the following eight community acequias, members of the Gallina-Capulin Acequia Association, in the Rio Gallina, Section 5, of the Rio Chama Adjudication:

- Cecelia Ditch
- Cordova-Martinez Ditch
- Gonzales-Gurule Ditch
- Placitas Ditch
- Rincon Ditch
- Sanchez-Maestas Ditch
- Valdez Ditch
- Vigiles Ditch

Respectfully submitted,

/s/ Mary E. Humphrey
Mary E. Humphrey
HUMPHREY & ODÉ, P.C.
Attorney for the Gallina-Capulin Acequias
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of September, 2007, I filed the foregoing document electronically through the CM/ECF system.

                                                            <u>/s/ Mary E. Humphrey</u>