IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) No. 69cv07941-BB |
| Plaintiffs | ) ) |
| v. | ) ) |
| ROMAN ARAGON, et al., | ) Rio Chama Adjudication ) Section 2  Rio Ojo Caliente |
| Defendants | ) |

## NOTICE OF CLARIFICATION OF REPRESENTATION

This notice is filed to clarify that Mary E. Humphrey of Humphrey & Odé, P.C. continues to represent the following thirty-three community acequias defendants, being members of La Asociacion de las Acequias del Rio Vallecitos, Tusas y Ojo Caliente, ("La Asociacion"), in Section 2 in this matter:

1. Acequia de la Mesa Prieta
2. Acequia De Los Duranes
3. Acequia Del Gavilan
4. Ojo Caliente Ditch
5. Acequia De Los Gallegos
6. La Madera Ditch
7. Acequia Del Llanito
8. Acequia De La Cueva
9. Gallegos-Jaramillo Ditch
10. Sanchez-Lucero-Trujillo Ditch
11. Acequia De La Otra Banda
12. El Vadito Ditch
13. Acequia De Los Ancones
14. East/West Vallecitos Ditch

15. La Cienega East Ditch
16. Acequia De Chacon y Asociados
17. Marcos Chavez Ditch
18. Acequia De La Zorra Norte
19. La Cienega Ditch West
20. Tio Borrego Ditch
21. Acequia De La Plaza
22. Acequia De La Jarita
23. Acequia De Los Barriales
24. Acequia De Los Chavez
25. Acequia De Las Canovas
26. Acequia Del Molino
27. Velasquez-Romero Ditch
28. Manuel Griego Ditch
29. Acequia De Las Tablas
30. West Tusas Ditch
31. Acequia De Los Ancones
32. Las Tablas Ditch
**33.** La Ladera Ditch

Respectfully submitted,

/s/ Mary E. Humphrey
Mary E. Humphrey
HUMPHREY & ODÉ, P.C.
Attorney for 33 Community Acequias
P. O. Box 1574
El Prado, NM  87529-1574
(505) 758-2203

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2007, I filed the foregoing document electronically through the CM/ECF system.

/s/ Mary E. Humphrey

2