IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

                                                  69cv07941-BB

      Plaintiff,

                                             RIO CHAMA STREAM SYSTEM

  -v-

RAMON ARAGON *et al.*

      Defendants.

## NOTICE CLARIFYING REPRESENTATION OF ACEQUIAS

The Special Master enters this Notice to clarify that the 42 Acequias represented by Mary Humphrey, Esq. will be listed as "Various Acequias" on the case caption in the above-named case. The specific acequias for which Ms. Humphrey has entered her Appearance over the course of this adjudication are identified in the Notices of Clarification of Representation filed September 17, 2007 (Docket Nos. 8925, 8926, 8927).

                                              */s/ Vickie L. Gabin*
                                        SPECIAL MASTER VICKIE L. GABIN