IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | |
| Plaintiff, v. | 69cv07941-BB |
| ROMAN ARAGON, *et al.*, | RIO CHAMA STREAM SYSTEM |
| Defendants. | Section 5, Rio Gallina |

## CERTIFICATE OF SERVICE

I certify that pursuant to the August 8, 2007 *Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Rio Gallina Section of the Rio Chama Stream* System (Doc. 8752), I mailed to each of the persons or entities listed below on September 17, 2007, first class mail postage prepaid, the Court's Notice and Order to Show Cause in connection with the determination of priority dates and irrigation water requirements in Section 5 of the Rio Chama Stream System (Rio Gallina).

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**United States of America**
Dave W. Gehlert, Esq.
United States Department of Justice
Environment and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294

**Rincon Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Sanchez-Maestas Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Gonzales-Gurule Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Valdez Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Vigiles Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Placitas Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Cordova-Martinez Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Cecilia Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Subfile No.: CHGA-001-10001**
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA NM  87017

**Subfile No.: CHGA-001-10002**
REDUCINDA MAESTAS
P.O. BOX 12
COYOTE NM  87012

**Subfile No.: CHGA-001-10003**
VIVIAN SUAZO, TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE NM  875055380

**Subfile No.: CHGA-001-10004**
MANUELITA CORDOVA
P.O. BOX 73
GALLINA NM  87017

**Subfile No.: CHGA-001-10005**
JOE O CORDOVA
P.O. BOX 21
GALLINA NM  87017

**Subfile No.: CHGA-001-10006**
VIVIAN SUAZO, TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE NM  875055380

**Subfile No.: CHGA-001-10007**
SIMONITA MAESTAS, ESTATE
1007 HIGHWAY 550
AZTEC NM  87410

**Subfile No.: CHGA-001-0008A**
PORFIRIA JARAMILLO
2991 CM. PIEDRA LUMBRE
SANTA FE NM  87505

**Subfile No.: CHGA-001-0008B**
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA  NM  87017

**Subfile No.: CHGA-001-10010**
ELVIRA CHAVEZ
3503 SIERRA VISTA
FARMINGTON  NM  87402

LEONARDO CHAVEZ
3503 SIERRA VISTA
FARMINGTON  NM  87402

**Subfile No.: CHGA-001-10011**
AMADEO SEGURA
5309 VALLEY VIEW AVE
FARMINGTON  NM  87402

CRUZITA SEGURA
5309 VALLEY VIEW AVE
FARMINGTON  NM  87402

**Subfile No.: CHGA-001-10012**
ARTURO R MONTOYA
1005 BELLAS LANE
ESPANOLA  NM  87532

SARITA V MONTOYA
1005 BELLAS LANE
ESPANOLA  NM  87532

**Subfile No.: CHGA-001-10013**
URSULITA VIGIL
HR 78 BOX 16
GALLINA  NM  87017

**Subfile No.: CHGA-001-10014**
WILLIE A SUAZO
HC 78 BOX 15
GALLINA  NM  87017

**Subfile No.: CHGA-001-10015**
ALVIN SUAZO
P.O. BOX 1814
CUBA  NM  87013

**Subfile No.: CHGA-001-10016**
MANUEL GARCIA
P.O. BOX 544
CUBA  NM  87013

**Subfile No.: CHGA-002-20001**
EDITH MARTINEZ
P.O. BOX 70
GALLINA  NM  87017

ROBERTO MARTINEZ
P.O. BOX 70
GALLINA  NM  87017

**Subfile No.: CHGA-002-0003A**
ERNESTO J. SERRANO, JR.
P.O. BOX 146
GALLINA  NM  87017

**Subfile No.: CHGA-002-0003B**
ELAINE M VALDEZ
P.O. BOX 136
GALLINA  NM  87017

MARK W. VALDEZ
P.O. BOX 136
GALLINA  NM  87017

**Subfile No.: CHGA-002-0003C**
MAURICE L SERRANO
P.O. BOX 231
EL RITO  NM  87530

**Subfile No.: CHGA-002-20004**
FULGENCIO CHACON
P.O. BOX 24
GALLINA  NM  87017

JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO  NM  87124

COSME S CHACON
P.O. BOX 4
GALLINA  NM  87017

JOSE L CHACON
P.O. BOX 95
GALLINA  NM  87017

**Subfile No.: CHGA-002-20005**
FLORENCE SHIPLEY
#16 CO RD. 6403
KIRKLAND  NM  874179555

**Subfile No.: CHGA-002-0006A**
HENRY L JACQUEZ
1110 MAEZ RD
SANTA FE  NM  87501

**Subfile No.: CHGA-002-0006B**
FULGENCIO CHACON
P.O. BOX 24
GALLINA  NM  87017

JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO  NM  87124

COSME S CHACON
P.O. BOX 4
GALLINA  NM  87017

JOSE L CHACON
P.O. BOX 95
GALLINA  NM  87017

**Subfile No.: CHGA-002-20007**
ROBERT FIDEL ARELLANO
1100 KANSAS
GREEN RIVER  WY  82935

ELISAIDA PADILLA
P.O. BOX 12
GALLINA  NM  87017

**Subfile No.: CHGA-002-20008**
LUZ GONZALES
P.O. BOX 138
GALLINA  NM  87017

**Subfile No.: CHGA-002-0009A**
DANIEL K. GONZALES
P.O. BOX 6
GALLINA  NM  87017

**Subfile No.: CHGA-002-0009B**
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA  NM  87017

SELUSTRIANO GONZALES, SR.
P.O. BOX 102
GALLINA  NM  87017

AMANDA GONZALES
P.O. BOX 102
GALLINA  NM  87017

**Subfile No.: CHGA-002-0009C**
VIVIAN SUAZO
c/o PORFIRIA JARAMILLO
2991 CAMINO PIEDRA LUMBRE
SANAT FE  NM  875055380

**Subfile No.: CHGA-002-20010**
MIGUEL LUJAN
P.O. BOX 685
ESPANOLA  NM  87532

**Subfile No.: CHGA-002-20011**
JOSE DOLORES GONZALES
# 18 ROAD 5295
FARMINGTON NM  87401

STELLA M. GONZALES
# 18 ROAD 5295
FARMINGTON NM  87401

**Subfile No.: CHGA-002-20012**
ALFONSO CORDOVA, JR
HC 78, BOX 10
GALLINA NM  87017

**Subfile No.: CHGA-002-20013**
DIANA SUAZO
P.O. BOX 824
CUBA NM  87013

CLEMENT L. SUAZO
P.O. BOX 824
CUBA NM  87013

**Subfile No.: CHGA-002-20014**
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA NM  87017

SELUSTRIANO GONZALES, SR.
P.O. BOX 102
GALLINA NM  87017

AMANDA GONZALES
P.O. BOX 102
GALLINA NM  87017

**Subfile No.: CHGA-002-20015**
RAYMOND SUAZO
10212 LUZ DEL DIA, NW
ALBUQUERQUE NM  87114

**Subfile No.: CHGA-002-20016**
JULIE PEDERSON
P.O. BOX 142
GALLINA NM  870170142

**Subfile No.: CHGA-002-20017**
EZEQUIEL CORDOVA
P.O. BOX 53
EAST CARBON CITY UT  84520

**Subfile No.: CHGA-002-20018**
RAMONCITA MAESTAS
4205 HUDSON ST
FARMINGTON NM  87402

**Subfile No.: CHGA-002-20020**
ALFIRIO MAESTAS
3202 CORONADO AVE.
FARMINGTON NM  87401

MAX MAESTAS
801 E. SPRUCE
FARMINGTON NM  87401

**Subfile No.: CHGA-002-0021A**
DAVID CHAVEZ
P.O. BOX 14
GALLINA NM  87017

**Subfile No.: CHGA-002-0021B**
RONALD CHAVEZ
P.O. BOX 92
GALLINA NM  87017

**Subfile No.: CHGA-002-0021C**
THELMA CHAVEZ
P.O. BOX 184
GALLINA NM  87017

**Subfile No.: CHGA-002-20022**
MARTHA CORDOVA
P.O .BOX 57
GALLINA NM  87017

**Subfile No.: CHGA-002-20023**
FRANK JACQUEZ
P.O. BOX 78
GALLINA NM  87017

Subfile No.: CHGA-002-0024A
JOE VELASQUEZ
P.O. BOX 47
GALLINA NM  87017

Subfile No.: CHGA-002-0024B
LAURA A. VELASQUEZ
P.O. BOX 23
GALLINA NM  87017

STEVE E. VELASQUEZ
P.O. BOX 23
GALLINA NM  87017

Subfile No.: CHGA-002-20025
ROGELIO CORRALES
P.O. BOX 33
GALLINA NM  87017

Subfile No.: CHGA-002-20026
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

Subfile No.: CHGA-002-0027A
GABRIEL MAESTAS, JR.
P.O. BOX 5
GALLINA NM  87017

MARY ANN MAESTAS
P.O. BOX 5
GALLINA NM  87017

GENEVIEVE M. VELASQUEZ
5505 SICILY RD. NW
ALBYQUERQUE NM  87114

LUIS TOBY VELASQUEZ
5505 SICILY RD. NW
ALBYQUERQUE NM  87114

Subfile No.: CHGA-002-0027B
GABRIEL MAESTAS, JR.
P.O. BOX 5
GALLINA NM  87017

MARY ANN MAESTAS
P.O. BOX 5
GALLINA NM  87017

Subfile No.: CHGA-002-0028A
VINCENTE JACQUEZ
GENERAL DELIVERY
GALLINA NM  87017

Subfile No.: CHGA-002-0028B
MARY L ESPINOZA
P.O. BOX 164
GALLINA NM  87017

Subfile No.: CHGA-002-0028C
CRISTOBAL JACQUEZ
HC 78 BOX 1095
ZANONI MO  65784

Subfile No.: CHGA-002-0028D
SYLVIA MIDDLETON
P.O. BOX 46
GALLINA NM  87017

Subfile No.: CHGA-002-20029
VIVIAN SALAZAR
1118 CALLE LA RESOLANA
SANTA FE NM  875075115

Subfile No.: CHGA-002-0030A
PHILLIP JACQUEZ
P.O. BOX 191
GALLINA NM  87017

Subfile No.: CHGA-002-0030B
UBALDO JACQUEZ
P.O. BOX 181
GALLINA NM  87017

Subfile No.: CHGA-002-20031
RAMONA JACQUEZ, ESTATE
c/o SUSAN H. CAMRUD, ESQ.
P.O. BOX 749
FARMINGTON  NM  87499

Subfile No.: CHGA-002-20032
ALICE JACQUEZ
P.O. BOX 48
GALLINA  NM  87017

Subfile No.: CHGA-002-20033
DELFIN JACQUEZ
P.O. BOX 103
GALLINA  NM  87017

RITA JACQUEZ
P.O. BOX 103
GALLINA  NM  87017

Subfile No.: CHGA-002-20034
ISABEL LUCERO
401 LA VEGA RD, SW
ALBUQUERQUE  NM  87105

Subfile No.: CHGA-002-0035A
LEORA JACQUEZ LUCERO
1313 APODACA DR SW
ALBUQUERQUE  NM  87121

Subfile No.: CHGA-002-0035B
ANDREW J. LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE  NM  87105

ANTHONY LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE  NM  87105

EDWARD LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE  NM  87105

Subfile No.: CHGA-002-20036
CASSILDA JACQUEZ SERRANO
P.O. BOX 211
GALLINA  NM  87017

Subfile No.: CHGA-002-20037
GILBERT JACQUEZ
5101 SPINNING WHEEL NW
ALBUQUERQUE  NM  87120

Subfile No.: CHGA-002-20038
ESTATE OF ODELLA  LOVATO
132 ORCHARD GARDEN RD. SW
ALBUQUERQUE  NM  87105

Subfile No.: CHGA-002-20039
ELISEO JACQUEZ
P.O. BOX 82
GALLINA  NM  87017

Subfile No.: CHGA-002-20040
JACOBO ARELLANO
P.O. BOX 7
GALLINA  NM  87017

Subfile No.: CHGA-002-20041
JOSE L CHACON
P.O. BOX 95
GALLINA  NM  87017

Subfile No.: CHGA-002-20042
MARINO JACQUEZ
P.O. BOX 614
CUBA  NM  87013

Subfile No.: CHGA-002-20043
ORLANDO MADRID
P.O. BOX 147
GALLINA  NM  87107

ALICE MADRID
P.O. BOX 147
GALLINA  NM  87107

**Subfile No.: CHGA-002-20044**
SAM CHAVEZ
P.O. BOX 115
GALLINA  NM  87017

AURELIA CHAVEZ
P.O. BOX 115
GALLINA  NM  87017

**Subfile No.: CHGA-002-20046**
RICHARD CORDOVA
P.O. BOX 172
GALLINA  NM  87017

**Subfile No.: CHGA-002-20047**
ALICE JACQUEZ
P.O. BOX 48
GALLINA  NM  87017

**Subfile No.: CHGA-002-20050**
MIKE JACQUEZ
906 N. MONTEREY AVE.
FARMINGTON  NM  87401

**Subfile No.: CHGA-003-0001A**
EUGENIO SANCHEZ, ESTATE
c/o CORINE JACQUEZ GONZALES
843 OLD SANTA FE TRAIL
SANTA FE  NM  87501

**Subfile No.: CHGA-003-0001B**
WILLIE CHAVEZ
P.O. BOX 8
GALLINA  NM  87107

**Subfile No.: CHGA-003-30002**
WILLIE CHAVEZ
P.O. BOX 8
GALLINA  NM  87107

**Subfile No.: CHGA-003-0003A**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-0003B**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-0003C**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-0003D**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-0004A**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-0004B**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-30005**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-30006**
JOHNNY A.D. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA  NM  87532

ANTONETTE B. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA  NM  87532

Subfile No.: CHGA-003-30007
JOSE P CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

PIEDAD CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

PATSY L CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

JUAN C CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

Subfile No.: CHGA-003-30008
COSME L CHACON
P.O. BOX 43
GALLINA NM  87017

Subfile No.: CHGA-003-30009
REINA MAESTAS
P.O. BOX 131
GALLINA NM  87017

Subfile No.: CHGA-003-30010
FULGENCIO JACQUEZ
P.O. BOX 244
GALLINA NM  87017

JUANITA A JACQUEZ
P.O. BOX 244
GALLINA NM  87017

Subfile No.: CHGA-003-30011
ROGER JACQUEZ
c/o GARY JACQUEZ
P.O. BOX 2315
ESPANOLA, NM  87532

Subfile No.: CHGA-003-0012A
DOROTHY JACQUEZ
P.O. BOX 995
ESPANOLA NM  87532

Subfile No.: CHGA-003-0012B
EDDIE GARCIA
P.O. BOX 51109
ESPANOLA NM  87532

Subfile No.: CHGA-003-0012C
MARY ANN JACQUEZ
P.O. BOX 995
ESPANOLA NM  87532

Subfile No.: CHGA-003-30013
ALVIN N. JACQUEZ
P.O. BOX 27
GALLINA NM  87017

Subfile No.: CHGA-003-30014
PAULINE JACQUEZ
P.O. BOX 39
GALLINA NM  87017

HERMAN JACQUEZ
P.O. BOX 39
GALLINA NM  87017

Subfile No.: CHGA-003-30015
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND NM  87417

Subfile No.: CHGA-003-30016
REINA MAESTAS
P.O. BOX 131
GALLINA NM  87017

Subfile No.: CHGA-003-30017
JOSE L CHACON
P.O. BOX 95
GALLINA NM  87017

Subfile No.: CHGA-003-30018
COSME L CHACON
P.O. BOX 43
GALLINA  NM  87017

ARCELIA CHACON
P.O. BOX 43
GALLINA  NM  87017

Subfile No.: CHGA-003-30019
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

JOSE Z CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

Subfile No.: CHGA-003-30020
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND  NM  87417

Subfile No.: CHGA-003-30021
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

Subfile No.: CHGA-003-30022
RODGER F. CORRALES
P.O. BOX 194
GALLINA  NM  87017

Subfile No.: CHGA-003-30023
MARY SANCHEZ
P.O. BOX 1112
ABIQUIU  NM  87510

LEVI A. SANCHEZ
P.O. BOX 1112
ABIQUIU  NM  87510

Subfile No.: CHGA-003-0024A
COSME S CHACON
P.O. BOX 4
GALLINA  NM  87017

Subfile No.: CHGA-003-0024B
UBALDO JACQUEZ
4401 ROWE AVE
FARMINGTON  NM  87402

ATILANA JACQUEZ
4401 ROWE AVE
FARMINGTON  NM  87402

Subfile No.: CHGA-003-30025
JOSE L CHACON
P.O. BOX 95
GALLINA  NM  87017

Subfile No.: CHGA-003-30026
VIRGINIA LEWELLEN
309 N. 3RD ST.#46
BLOOMFIELD  NM  87413

Subfile No.: CHGA-003-30027
MAX A. MARTINEZ
P.O. BOX 145
GALLINA  NM  87017

NEIVES MARTINEZ
P.O. BOX 145
GALLINA  NM  87017

Subfile No.: CHGA-003-30028
ALICE JACQUEZ
P.O. BOX 48
GALLINA  NM  87017

**Subfile No.: CHGA-003-30029**
PATRICK RODRIGUEZ
228A SR 399
ESPANOLA  NM  87532

MONICA T. RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE  NM  87120

L. MARISA RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE  NM  87120

**Subfile No.: CHGA-004-0001A**
JULIAN VIGIL
P.O. BOX 122
GALLINA  NM  87017

MARY VIGIL
P.O. BOX 13
GALLINA  NM  87017

ROBERT M VIGIL
P.O. BOX 108
GALLINA  NM  87017

**Subfile No.: CHGA-004-0001B**
HELEN VIGIL
P.O. BOX 234
EL RITO  NM  87530

LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE  NM  87120

OLIVIA VIGIL
P.O. BOX 592
ESPANOLA  NM  87532

**Subfile No.: CHGA-004-0001C**
HELEN VIGIL
P.O. BOX 234
EL RITO  NM  87530

LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE  NM  87120

OLIVIA VIGIL
P.O. BOX 592
ESPANOLA  NM  87532

**Subfile No.: CHGA-004-40002**
TOMMY F. CHACON
P.O. BOX 106
GALLINA  NM  87017

**Subfile No.: CHGA-004-40003**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-004-40004**
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-004-40006**
JULIAN VIGIL
P.O. BOX 122
GALLINA  NM  87017

MARY VIGIL
P.O. BOX 13
GALLINA  NM  87017

ROBERT M VIGIL
P.O. BOX 108
GALLINA  NM  87017