IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5, Rio Gallina |

## CORRECTION OF CERTIFICATE OF SERVICE

Counsel for the Plaintiff State of New Mexico, *ex. rel.* State Engineer, Edward G. Newville, hereby files the corrected Certificate of Service attached hereto as Exhibit A in connection with the determination of priority dates and irrigation water requirements in Section 5 of the Rio Chama Stream System. The Certificate of Service filed September 17, 2007 (Doc. 8929) contains errors in the subfile numbering.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　(505) 867-7444
　　　　　　　　　　　　　　　　　　　　(505) 867-2299 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>    Plaintiff,<br>    v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5, Rio Gallina |

CERTIFICATE OF SERVICE

I certify that pursuant to the August 8, 2007 *Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Rio Gallina Section of the Rio Chama Stream* System (Doc. 8752), I mailed to each of the persons or entities listed below on September 17, 2007, first class mail postage prepaid, the Court's Notice and Order to Show Cause in connection with the determination of priority dates and irrigation water requirements in Section 5 of the Rio Chama Stream System (Rio Gallina).

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

Ex. A

**United States of America**
Dave W. Gehlert, Esq.
United States Department of Justice
Environment and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294

**Rincon Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Sanchez-Maestas Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Gonzales-Gurule Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Valdez Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Vigiles Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Placitas Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Cordova-Martinez Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Cecilia Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Subfile No.: CHGA-001-0001**
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA  NM  87017

**Subfile No.: CHGA-001-0002**
REDUCINDA MAESTAS
P.O. BOX 12
COYOTE  NM  87012

**Subfile No.: CHGA-001-0003**
VIVIAN SUAZO, TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE  NM  875055380

**Subfile No.: CHGA-001-0004**
MANUELITA CORDOVA
P.O. BOX 73
GALLINA  NM  87017

**Subfile No.: CHGA-001-0005**
JOE O CORDOVA
P.O. BOX 21
GALLINA  NM  87017

**Subfile No.: CHGA-001-0006**
VIVIAN SUAZO, TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE  NM  875055380

**Subfile No.: CHGA-001-0007**
SIMONITA MAESTAS, ESTATE
1007 HIGHWAY 550
AZTEC  NM  87410

**Subfile No.: CHGA-001-0008A**
PORFIRIA JARAMILLO
2991 CM. PIEDRA LUMBRE
SANTA FE  NM  87505

**Subfile No.: CHGA-001-0008B**
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA NM  87017

**Subfile No.: CHGA-001-0010**
ELVIRA CHAVEZ
3503 SIERRA VISTA
FARMINGTON NM  87402

LEONARDO CHAVEZ
3503 SIERRA VISTA
FARMINGTON NM  87402

**Subfile No.: CHGA-001-0011**
AMADEO SEGURA
5309 VALLEY VIEW AVE
FARMINGTON NM  87402

CRUZITA SEGURA
5309 VALLEY VIEW AVE
FARMINGTON NM  87402

**Subfile No.: CHGA-001-0012**
ARTURO R MONTOYA
1005 BELLAS LANE
ESPANOLA NM  87532

SARITA V MONTOYA
1005 BELLAS LANE
ESPANOLA NM  87532

**Subfile No.: CHGA-001-0013**
URSULITA VIGIL
HR 78 BOX 16
GALLINA NM  87017

**Subfile No.: CHGA-001-0014**
WILLIE A SUAZO
HC 78 BOX 15
GALLINA NM  87017

**Subfile No.: CHGA-001-0015**
ALVIN SUAZO
P.O. BOX 1814
CUBA NM  87013

**Subfile No.: CHGA-001-0016**
MANUEL GARCIA
P.O. BOX 544
CUBA NM  87013

**Subfile No.: CHGA-002-0001**
EDITH MARTINEZ
P.O. BOX 70
GALLINA NM  87017

ROBERTO MARTINEZ
P.O. BOX 70
GALLINA NM  87017

**Subfile No.: CHGA-002-0003A**
ERNESTO J. SERRANO, JR.
P.O. BOX 146
GALLINA NM  87017

**Subfile No.: CHGA-002-0003B**
ELAINE M VALDEZ
P.O. BOX 136
GALLINA NM  87017

MARK W. VALDEZ
P.O. BOX 136
GALLINA NM  87017

**Subfile No.: CHGA-002-0003C**
MAURICE L SERRANO
P.O. BOX 231
EL RITO NM  87530

**Subfile No.: CHGA-002-0004**
FULGENCIO CHACON
P.O. BOX 24
GALLINA  NM  87017

JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO  NM  87124

COSME S CHACON
P.O. BOX 4
GALLINA  NM  87017

JOSE L CHACON
P.O. BOX 95
GALLINA  NM  87017

**Subfile No.: CHGA-002-0005**
FLORENCE SHIPLEY
#16 CO RD. 6403
KIRKLAND  NM  874179555

**Subfile No.: CHGA-002-0006A**
HENRY L JACQUEZ
1110 MAEZ RD
SANTA FE  NM  87501

**Subfile No.: CHGA-002-0006B**
FULGENCIO CHACON
P.O. BOX 24
GALLINA  NM  87017

JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO  NM  87124

COSME S CHACON
P.O. BOX 4
GALLINA  NM  87017

JOSE L CHACON
P.O. BOX 95
GALLINA  NM  87017

**Subfile No.: CHGA-002-0007**
ROBERT FIDEL ARELLANO
1100 KANSAS
GREEN RIVER  WY  82935

ELISAIDA PADILLA
P.O. BOX 12
GALLINA  NM  87017

**Subfile No.: CHGA-002-0008**
LUZ GONZALES
P.O. BOX 138
GALLINA  NM  87017

**Subfile No.: CHGA-002-0009A**
DANIEL K. GONZALES
P.O. BOX 6
GALLINA  NM  87017

**Subfile No.: CHGA-002-0009B**
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA  NM  87017

SELUSTRIANO GONZALES, SR.
P.O. BOX 102
GALLINA  NM  87017

AMANDA GONZALES
P.O. BOX 102
GALLINA  NM  87017

**Subfile No.: CHGA-002-0009C**
VIVIAN SUAZO
c/o PORFIRIA JARAMILLO
2991 CAMINO PIEDRA LUMBRE
SANAT FE  NM  875055380

**Subfile No.: CHGA-002-0010**
MIGUEL LUJAN
P.O. BOX 685
ESPANOLA  NM  87532

Subfile No.: CHGA-002-0011
JOSE DOLORES GONZALES
# 18 ROAD 5295
FARMINGTON NM  87401

STELLA M. GONZALES
# 18 ROAD 5295
FARMINGTON NM  87401

Subfile No.: CHGA-002-0012
ALFONSO CORDOVA, JR
HC 78, BOX 10
GALLINA NM  87017

Subfile No.: CHGA-002-0013
DIANA SUAZO
P.O. BOX 824
CUBA NM  87013

CLEMENT L. SUAZO
P.O. BOX 824
CUBA NM  87013

Subfile No.: CHGA-002-0014
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA NM  87017

SELUSTRIANO GONZALES, SR.
P.O. BOX 102
GALLINA NM  87017

AMANDA GONZALES
P.O. BOX 102
GALLINA NM  87017

Subfile No.: CHGA-002-0015
RAYMOND SUAZO
10212 LUZ DEL DIA, NW
ALBUQUERQUE NM  87114

Subfile No.: CHGA-002-0016
JULIE PEDERSON
P.O. BOX 142
GALLINA NM  870170142

Subfile No.: CHGA-002-0017
EZEQUIEL CORDOVA
P.O. BOX 53
EAST CARBON CITY  UT  84520

Subfile No.: CHGA-002-0018
RAMONCITA MAESTAS
4205 HUDSON ST
FARMINGTON NM  87402

Subfile No.: CHGA-002-0020
ALFIRIO MAESTAS
3202 CORONADO AVE.
FARMINGTON NM  87401

MAX MAESTAS
801 E. SPRUCE
FARMINGTON NM  87401

Subfile No.: CHGA-002-0021A
DAVID CHAVEZ
P.O. BOX 14
GALLINA NM  87017

Subfile No.: CHGA-002-0021B
RONALD CHAVEZ
P.O. BOX 92
GALLINA NM  87017

Subfile No.: CHGA-002-0021C
THELMA CHAVEZ
P.O. BOX 184
GALLINA NM  87017

Subfile No.: CHGA-002-0022
MARTHA CORDOVA
P.O .BOX 57
GALLINA NM  87017

Subfile No.: CHGA-002-0023
FRANK JACQUEZ
P.O. BOX 78
GALLINA NM  87017

**Subfile No.: CHGA-002-0024A**
JOE VELASQUEZ
P.O. BOX 47
GALLINA NM  87017

**Subfile No.: CHGA-002-0024B**
LAURA A. VELASQUEZ
P.O. BOX 23
GALLINA NM  87017

STEVE E. VELASQUEZ
P.O. BOX 23
GALLINA NM  87017

**Subfile No.: CHGA-002-0025**
ROGELIO CORRALES
P.O. BOX 33
GALLINA NM  87017

**Subfile No.: CHGA-002-0026**
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

**Subfile No.: CHGA-002-0027A**
GABRIEL MAESTAS, JR.
P.O. BOX 5
GALLINA NM  87017

MARY ANN MAESTAS
P.O. BOX 5
GALLINA NM  87017

GENEVIEVE M. VELASQUEZ
5505 SICILY RD. NW
ALBYQUERQUE NM  87114

LUIS TOBY VELASQUEZ
5505 SICILY RD. NW
ALBYQUERQUE NM  87114

**Subfile No.: CHGA-002-0027B**
GABRIEL MAESTAS, JR.
P.O. BOX 5
GALLINA NM  87017

MARY ANN MAESTAS
P.O. BOX 5
GALLINA NM  87017

**Subfile No.: CHGA-002-0028A**
VINCENTE JACQUEZ
GENERAL DELIVERY
GALLINA NM  87017

**Subfile No.: CHGA-002-0028B**
MARY L ESPINOZA
P.O. BOX 164
GALLINA NM  87017

**Subfile No.: CHGA-002-0028C**
CRISTOBAL JACQUEZ
HC 78 BOX 1095
ZANONI MO  65784

**Subfile No.: CHGA-002-0028D**
SYLVIA MIDDLETON
P.O. BOX 46
GALLINA NM  87017

**Subfile No.: CHGA-002-0029**
VIVIAN SALAZAR
1118 CALLE LA RESOLANA
SANTA FE NM  875075115

**Subfile No.: CHGA-002-0030A**
PHILLIP JACQUEZ
P.O. BOX 191
GALLINA NM  87017

**Subfile No.: CHGA-002-0030B**
UBALDO JACQUEZ
P.O. BOX 181
GALLINA NM  87017

Subfile No.: CHGA-002-0031
RAMONA JACQUEZ, ESTATE
c/o SUSAN H. CAMRUD, ESQ.
P.O. BOX 749
FARMINGTON NM 87499

Subfile No.: CHGA-002-0032
ALICE JACQUEZ
P.O. BOX 48
GALLINA NM 87017

Subfile No.: CHGA-002-0033
DELFIN JACQUEZ
P.O. BOX 103
GALLINA NM 87017

RITA JACQUEZ
P.O. BOX 103
GALLINA NM 87017

Subfile No.: CHGA-002-0034
ISABEL LUCERO
401 LA VEGA RD, SW
ALBUQUERQUE NM 87105

Subfile No.: CHGA-002-0035A
LEORA JACQUEZ LUCERO
1313 APODACA DR SW
ALBUQUERQUE NM 87121

Subfile No.: CHGA-002-0035B
ANDREW J. LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM 87105

ANTHONY LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM 87105

EDWARD LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM 87105

Subfile No.: CHGA-002-0036
CASSILDA JACQUEZ SERRANO
P.O. BOX 211
GALLINA NM 87017

Subfile No.: CHGA-002-0037
GILBERT JACQUEZ
5101 SPINNING WHEEL NW
ALBUQUERQUE NM 87120

Subfile No.: CHGA-002-0038
ESTATE OF ODELLA LOVATO
132 ORCHARD GARDEN RD. SW
ALBUQUERQUE NM 87105

Subfile No.: CHGA-002-0039
ELISEO JACQUEZ
P.O. BOX 82
GALLINA NM 87017

Subfile No.: CHGA-002-0040
JACOBO ARELLANO
P.O. BOX 7
GALLINA NM 87017

Subfile No.: CHGA-002-0041
JOSE L CHACON
P.O. BOX 95
GALLINA NM 87017

Subfile No.: CHGA-002-0042
MARINO JACQUEZ
P.O. BOX 614
CUBA NM 87013

Subfile No.: CHGA-002-0043
ORLANDO MADRID
P.O. BOX 147
GALLINA NM 87107

ALICE MADRID
P.O. BOX 147
GALLINA NM 87107

Subfile No.: CHGA-002-0044
SAM CHAVEZ
P.O. BOX 115
GALLINA NM 87017

AURELIA CHAVEZ
P.O. BOX 115
GALLINA NM 87017

Subfile No.: CHGA-002-0046
RICHARD CORDOVA
P.O. BOX 172
GALLINA NM 87017

Subfile No.: CHGA-002-0047
ALICE JACQUEZ
P.O. BOX 48
GALLINA NM 87017

Subfile No.: CHGA-002-0050
MIKE JACQUEZ
906 N. MONTEREY AVE.
FARMINGTON NM 87401

Subfile No.: CHGA-003-0001A
EUGENIO SANCHEZ, ESTATE
c/o CORINE JACQUEZ GONZALES
843 OLD SANTA FE TRAIL
SANTA FE NM 87501

Subfile No.: CHGA-003-0001B
WILLIE CHAVEZ
P.O. BOX 8
GALLINA NM 87107

Subfile No.: CHGA-003-0002
WILLIE CHAVEZ
P.O. BOX 8
GALLINA NM 87107

Subfile No.: CHGA-003-0003A
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0003B
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0003C
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0003D
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0004A
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0004B
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0005
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0006
JOHNNY A.D. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA NM 87532

ANTONETTE B. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA NM 87532

**Subfile No.: CHGA-003-0007**
JOSE P CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

PIEDAD CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

PATSY L CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

JUAN C CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

**Subfile No.: CHGA-003-0008**
COSME L CHACON
P.O. BOX 43
GALLINA NM  87017

**Subfile No.: CHGA-003-0009**
REINA MAESTAS
P.O. BOX 131
GALLINA NM  87017

**Subfile No.: CHGA-003-0010**
FULGENCIO JACQUEZ
P.O. BOX 244
GALLINA NM  87017

JUANITA A JACQUEZ
P.O. BOX 244
GALLINA NM  87017

**Subfile No.: CHGA-003-0011**
ROGER JACQUEZ
c/o GARY JACQUEZ
P.O. BOX 2315
ESPANOLA, NM  87532

**Subfile No.: CHGA-003-0012A**
DOROTHY JACQUEZ
P.O. BOX 995
ESPANOLA NM  87532

**Subfile No.: CHGA-003-0012B**
EDDIE GARCIA
P.O. BOX 51109
ESPANOLA NM  87532

**Subfile No.: CHGA-003-0012C**
MARY ANN JACQUEZ
P.O. BOX 995
ESPANOLA NM  87532

**Subfile No.: CHGA-003-0013**
ALVIN N. JACQUEZ
P.O. BOX 27
GALLINA NM  87017

**Subfile No.: CHGA-003-0014**
PAULINE JACQUEZ
P.O. BOX 39
GALLINA NM  87017

HERMAN JACQUEZ
P.O. BOX 39
GALLINA NM  87017

**Subfile No.: CHGA-003-0015**
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND NM  87417

**Subfile No.: CHGA-003-0016**
REINA MAESTAS
P.O. BOX 131
GALLINA NM  87017

**Subfile No.: CHGA-003-0017**
JOSE L CHACON
P.O. BOX 95
GALLINA NM  87017

**Subfile No.: CHGA-003-0018**
COSME L CHACON
P.O. BOX 43
GALLINA NM 87017

ARCELIA CHACON
P.O. BOX 43
GALLINA NM 87017

**Subfile No.: CHGA-003-0019**
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

JOSE Z CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-0020**
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND NM 87417

**Subfile No.: CHGA-003-0021**
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-0022**
RODGER F. CORRALES
P.O. BOX 194
GALLINA NM 87017

**Subfile No.: CHGA-003-0023**
MARY SANCHEZ
P.O. BOX 1112
ABIQUIU NM 87510

LEVI A. SANCHEZ
P.O. BOX 1112
ABIQUIU NM 87510

**Subfile No.: CHGA-003-0024A**
COSME S CHACON
P.O. BOX 4
GALLINA NM 87017

**Subfile No.: CHGA-003-0024B**
UBALDO JACQUEZ
4401 ROWE AVE
FARMINGTON NM 87402

ATILANA JACQUEZ
4401 ROWE AVE
FARMINGTON NM 87402

**Subfile No.: CHGA-003-0025**
JOSE L CHACON
P.O. BOX 95
GALLINA NM 87017

**Subfile No.: CHGA-003-0026**
VIRGINIA LEWELLEN
309 N. 3RD ST.#46
BLOOMFIELD NM 87413

**Subfile No.: CHGA-003-0027**
MAX A. MARTINEZ
P.O. BOX 145
GALLINA NM 87017

NEIVES MARTINEZ
P.O. BOX 145
GALLINA NM 87017

**Subfile No.: CHGA-003-0028**
ALICE JACQUEZ
P.O. BOX 48
GALLINA NM 87017

**Subfile No.: CHGA-003-0029**
PATRICK RODRIGUEZ
228A SR 399
ESPANOLA NM  87532

MONICA T. RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE NM  87120

L. MARISA RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE NM  87120

**Subfile No.: CHGA-004-0001A**
JULIAN VIGIL
P.O. BOX 122
GALLINA NM  87017

MARY VIGIL
P.O. BOX 13
GALLINA NM  87017

ROBERT M VIGIL
P.O. BOX 108
GALLINA NM  87017

**Subfile No.: CHGA-004-0001B**
HELEN VIGIL
P.O. BOX 234
EL RITO NM  87530

LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE NM  87120

OLIVIA VIGIL
P.O. BOX 592
ESPANOLA NM  87532

**Subfile No.: CHGA-004-0001C**
HELEN VIGIL
P.O. BOX 234
EL RITO NM  87530

LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE NM  87120

OLIVIA VIGIL
P.O. BOX 592
ESPANOLA NM  87532

**Subfile No.: CHGA-004-0002**
TOMMY F. CHACON
P.O. BOX 106
GALLINA NM  87017

**Subfile No.: CHGA-004-0003**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

**Subfile No.: CHGA-004-0004**
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

**Subfile No.: CHGA-004-0006**
JULIAN VIGIL
P.O. BOX 122
GALLINA NM  87017

MARY VIGIL
P.O. BOX 13
GALLINA NM  87017

ROBERT M VIGIL
P.O. BOX 108
GALLINA NM  87017