IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | 69cv07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA STREAM SYSTEM | |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | Section 3: Canjilon Creek | |
| ) | Subfile No. CHCJ-003-0027 | |
| Defendants. ) | CHCJ-003-0033A | |
| _____ ) | | |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(c) respectfully moves the Court to issue its order substituting as follows:

| Subfile No. | Previously Joined Defendant | New Defendant |
|---|---|---|
| CHCJ-003-0027 | Evaristo C. Montano | Tammy M. Baca |
| CHCJ-003-0033A | Evaristo C. Montano<br>Hortance Montano | Jacob D. Montano<br>Lawrence G. Montano<br>Robert M. Montano<br>Ortance Garcia |

in these proceedings, and as grounds states as follows:

1. Plaintiff has been informed that defendant, Evaristo C. Montano, has transferred the property associated with CHCJ-003-0027 to Tammy M. Baca.

2. Plaintiff has been informed that defendants, Evaristo C. Montano and Hortance Montano, have transferred the property associated with

CHCJ-003-0033A to Jacob D. Montano, Lawrence G. Montano, Robert M. Montano and Ortance Garcia.

WHEREFORE the State of New Mexico requests the Court enter its order substituting Tammy M. Baca, Jacob D. Montano, Lawrence G. Montano, Robert M. Montano and Ortance Garcia for defendants, Evaristo C. Montano and Hortance Montano in these proceedings.

Dated: September 20, 2007

Respectfully submitted,

 /s/ Chris Lindeen_____
L. Christopher Lindeen
Special Assistant Attorney General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150

## CERTIFICATE OF SERVICE

I certify that on the 20th day of September, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

| | |
|---|---|
| Evaristo C. Montano<br>Hortance Montano<br>4401 Douglas MacAurthur Rd. NE<br>Albuquerque, NM 87109 | Lawrence G. Montano<br>2609 Naramis NE<br>Albuquerque, NM 87112 |
| Tammy M. Baca<br>5654 N. Division St.<br>Fort Lewis, WA 98433-1123 | Robert M. Montano<br>5009 Montego Pl. NE<br>Albuquerque, NM 87111 |
| Jacob D. Montano<br>434 Reeves<br>Las Cruces, NM 88005 | Ortance Garcia<br>308 Glorieta NE<br>Albuquerque, NM 87123 |

  /s/ Chris Lindeen
L. Christopher Lindeen