IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

### NOTICE OF PENDENCY OF SUIT

The following named persons, if living, if deceased, their unknown heirs:

| | |
|---|---|
| Martin Romero | CHTA-004-0001D |
| David Maestas | CHRB-006-0027 |
| Roberto Martinez | CHRB-004-0042 |
| Luis Lopez | CHCV-002-0039D |

GREETINGS.

Please take notice that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the waters of the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, and Village of Chama subsections of the Rio Chama Stream System (Section 7).

Unless you appear and defend in this matter on or before November 15, 2007, any right you may have to use the surface waters of the Rio Chama Stream System (Section 7) for irrigation purposes may be adjudicated by default judgement that conforms to the State Engineer's

hydrographic surveys of the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, and Village of Chama subsections of the Rio Chama Stream System, as amended.

The waters that are the subject of the action are located in Rio Arriba County, New Mexico.

The name and address of the plaintiff's attorney is:

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

WITNESS the hand seal of the United States District Court for the District of New Mexico this   25th   day of September, 2007.

                                      MATTHEW J. DYKMAN
                                      DISTRICT COURT CLERK

                                      _____