IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | 69cv07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA STREAM SYSTEM | |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | Section 3: Canjilon Creek | |
| ) | Subfile No.   CHCJ-003-0005 | |
| Defendants. ) | CHCJ-003-0001 | |
| _____) | | |

## MOTION TO CORRECT DEFENDANT'S NAME

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and respectfully moves the Court to issue its order correcting the name of the defendants named below to read as follows:

| FROM | TO |
|---|---|
| Judy Blea | Judy Morales<br>CHCJ-003-0005 |
| Cindy Redwine | Cindy Garcia<br>CHCJ-003-0001 |

and as grounds states as follows: Plaintiff has been informed that the defendants named above have changed their last names since being joined to this suit.

WHEREFORE the State of New Mexico requests the Court enter its order correcting defendants' names to Judy Morales and Cindy Garcia respectively.

Dated: September 25, 2007            Respectfully submitted,

 /s/ Chris Lindeen_____
L. Christopher Lindeen
Special Assistant Attorney General
New Mexico Office of the State Engineer

>P.O. Box 25102
>Santa Fe, NM  87504-5102
>(505) 827-6150

### CERTIFICATE OF SERVICE

I certify that on the 25th day of September, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Judy Morales
P.O. Box 494
Canjilon, NM 87515

Cindy Garcia
P.O. Box 462
Canjilon, NM 87515

>_/s/ Chris Lindeen_____
>L. Christopher Lindeen