IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

**Subfile No. CHCV-006-0002**

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) moves the Court to issue its order substituting SKY MOUNTAIN RESORT RV PARK, LLC for defendant VALLEY NATIONAL BANK in these proceedings, and as grounds states the following:

1.    The land and water rights under subfile CHCV-006-0002 is now owned by Sky Mountain Resort RV Park, LLC.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting Sky Mountain Resort RV Park, LLC for defendant Valley National Bank in these proceedings.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __27th__ day of September, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Sky Mountain Resort RV Park, LLC
P.O. Box 735
Chama, NM 87520

    /s/ Ed Newville
EDWARD G.  NEWVILLE