IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

07 OCT -2 PM 1: 33

CLERK-SANTA FE

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB |
| v. | ) ) | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, *et al.*, | ) ) | Canjilon Creek, Section 3 |
| Defendants. | ) ) ) | |

**CLERK'S CERTIFICATE OF DEFAULT**

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | proof of service filed |
|---|---|---|
| Andrew Valdez | CHCJ-002-0035 | April 10, 2001 (Doc. No. 6222) |
| Agapito Sanchez | CHCJ-003-0026 | August 3, 2001 (Doc. No. 6311) |
| Beulah Sanchez | CHCJ-003-0026 | August 3, 2001 (Doc. No. 6311) |
| Abraham A. Chavez | CHCJ-003-0058 | July 17, 2001 (Doc. No. 6283) |
| Lena E. Chavez | CHCJ-003-0058 | July 17, 2001 (Doc. No. 6283) |

| Defendant | Subfile No. | Proof of publication filed |
|---|---|---|
| Ralph Baca | CHCJ-003-0068 | December 26, 2001 (Doc. No. 6470) |

I further certify, that the records of my office indicate the following defendants waived service of summons in this proceeding as follows:

| Defendant | Subfile No. | Waiver of summons filed |
|---|---|---|
| Lorenzo Martinez | CHCJ-003-0053 | January 29, 2001 (Doc. No. 6140) |
| Charles Vigil, Jr. | CHCJ-003-0054 | January 29, 2001 (Doc. No. 6140) |

I further certify that the above-named defendants have failed to appear, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 2nd day of October, 2007

        MATTHEW J. DYKMAN
        DISTRICT COURT CLERK

By: *Maryann Richman*
    Deputy Clerk