IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

COMES NOW L. Christopher Lindeen and respectfully requests the Court to allow him to withdrawal as counsel for the Plaintiff State of New Mexico *ex rel.* State Engineer in the above-entitled cause.

As grounds for this Motion, counsel states that he will be working in the Administrative Litigation Unit of the Office of the State Engineer and will no longer be engaged in these proceedings. The State of New Mexico will continue to be represented by attorneys Arianne Singer and Edward G. Newville.

WHEREFORE  L. Christopher Lindeen requests the Court to enter its Order allowing him to withdrawal as counsel for the Plaintiff State of New Mexico *ex rel.* State Engineer in the above-entitled cause.

Respectfully submitted,

/s/ Chris Lindeen
L. Christopher Lindeen
Special Assistant Attorney General

Office of State Engineer  
P.O. Box 25102  
Santa Fe, NM 87504-5102  
(505) 867-6150

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __3rd__ day of October, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Chris Lindeen_____  
L. Christopher Lindeen