IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7, Rio Brazos

## MOTION TO CORRECT DEFENDANT'S NAME

   COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court

to issue its order correcting the name of the defendant listed below to read as follows:

| FROM | TO |
|---|---|
| El Llano Company | The El Llano Co., Inc.<br>CHRB-007-0002 |

Dated: October 3, 2007

           Respectfully submitted,

           ___/s/ Ed Newville_____
           EDWARD G.  NEWVILLE
           Special Assistant Attorney General
           Office of State Engineer
           P.O. Box 25102
           Santa Fe, NM 87504-5102
           (505) 867-7444 phone
           (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   3rd   day of October, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

The El Llano co., Inc.
Richard P. Cook
100 Oñate St.
Española, NM 87532

     /s/ Ed Newville
EDWARD G.  NEWVILLE

-2-