IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rio Brazos |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | **Subfile No. CHRB-006-0011** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed June 26, 2003 (Doc. 7179) in connection with defendant Frutosa Duran and subfile CHRB-006-0011 and as grounds therefore Plaintiff states as follows:

1. Frutosa Duran signed and approved a Consent Order in subfile CHRB-006-0011 that was filed with the Court on June 26, 2003. The State has determined that the tract of land mapped under this subfile was in fact part of a larger tract of land owned by Acencion LaBrier. The land owned by Frutosa Duran is another location, and the owner of that tract is now Thomas Gaylor. Frutosa Duran passed away in 2004. The State has recently sent a proposed revised Consent Order to Mr. Gaylor concerning this property and has mapped this tract of land under a new subfile, CHRB-006-0008A. The land originally mapped under CHRB-006-0011 is now included in subfile CHRB-006-0013 (Acencion LaBrier). The Consent Order filed June 26, 2003 in subfile CHRB-006-0011 should be vacated.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent

Order filed June 26, 2003 (Doc. 7179) in connection with defendant Frutosa Duran and subfile CHRB-006-0011.

                                                        Respectfully submitted,

                                             /s/ Ed Newville
                                          EDWARD G. NEWVILLE
                                          Special Assistant Attorney General
                                          Office of State Engineer
                                          P.O. Box 25102
                                          Santa Fe, NM 87504-5102
                                          (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __5rd__ day of October, 2007 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participant in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Thomas Gaylor
P.O. Box 835
Tierra Amarilla, NM 87575

Nelson Fresquez
Veronica Byrd
1805 Corte Adelina SW
Albuquerque, NM 87105-6007

Acencion LaBrier
HC 75, Box 24
Tierra Amarilla, NM 87575

                                               /s/ Ed Newville
                                          Edward G. Newville