IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | | 69cv07941-BB |
| ) | | |
| vs. ) | | RIO CHAMA STREAM SYSTEM |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | | Section 3: Canjilon Creek |
| ) | | Subfile No. CHCJ-003-0027 |
| Defendants. ) | | CHCJ-003-0033A |
| ) | | |

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 20, 2007 (8931).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that TAMMY M. BACA, JACOB D. MONTANO, LAWRENCE G. MONTANO, ROBERT M. MONTANO, and ORTANCE GARCIA are substituted for Defendants EVARISTO C. MONTANO and HORTANCE MONTANO in these proceedings.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

__Vickie L. Gabin_____
SPECIAL MASTER VICKIE L. GABIN