IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs, ) | 69cv07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA ADJUDICATION | |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | Canjilon Creek, Section 3 | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

THIS MATTER is before the court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 21, 2007 (8932).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons listed below are joined as party defendants to these proceedings.

| | | |
|---|---|---|
| Alfredo J. Trujillo | CHCJ-004-0028 | P.O. Box 563<br>Canjilon, NM 87515 |
| Mae C. Trujillo | CHCJ-004-0028 | P.O. Box 563<br>Canjilon, NM 87515 |

IT IS SO ORDERED.

_____
BRUCE BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

___Vickie L. Gabin_____
SPECIAL MASTER VICKIE L. GABIN