IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7, Rio Brazos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

## ORDER GRANTING MOTION TO CORRECT DEFENDANT'S NAME

THIS MATTER is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendant's Name filed October 3, 2007 (Doc. No. 8943).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the motion is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that name of the defendant listed below is corrected as follows:

FROM                             TO

El Llano Company                 The El Llano Co., Inc.
                                 CHRB-007-0002

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN