IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Cañones Creek

**Subfile No. CHCC-001-0008**

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed August 29, 2007 (Doc. No. 8779).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that James H. Renken Irrevocable Trust B is substituted for defendants James H. Renken and Patricia Renken in these proceedings.

                                      BRUCE D. BLACK
                                      UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN