IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | ) ) | Section 3:   Canjilon Creek Subfile No.   CHCJ-003-0005 |
| Defendants. | ) ) | CHCJ-003-0001 |

## ORDER GRANTING MOTION TO CORRECT DEFENDANTS' NAMES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer to Correct Defendant's Name filed September 25, 2007 (8934).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Judy Blea | Judy Morales CHCJ-003-0005 |
| Cindy Redwine | Cindy Garcia CHCJ-003-0001 |

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN