IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer<br><br>         Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.*,<br>         Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza<br>Blanca, Cañones Creek, Village of<br>Chama |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order or Order Granting Default Judgment for the subfiles listed below was mailed to each of the following Defendants on the 16th day of October, 2007.

Subfile No. CHTA-003-0013B
Docket No. 88959
Rio Arriba County
c/o Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532-2185

Subfile No. CHTA-004-0039A
Docket No. 8950
Ernesto L. Ulibarri Jr.
Celia S. Ulibarri
61 Valle Vista
Los Alamos, NM 87544

Subfile No. CHRB-004-0002
Docket No. 8954
Jose B. Roybal Living Trust
c/o Fred Delgado
P.O. Box 238
Tierra Amarilla, 87575

Subfile No. CHRB-004-0063
Docket No. 8955
Tierra Grande, Inc.
William M. Wilson, President
P.O. Box 9336
Albuquerque, NM 87199

Subfile No. CHRB-006-0004A
Docket No. 8956
Tony Casados Sr & Sons Partnership
P.O. Box 186
Tierra Amarilla, NM 87575

Subfile No. CHRB-007-0064
Docket No. 8957
Joann C. Martinez
PO Box 843
Tierra Amarilla, NM 87575

Subfile No. CHRB-007-0065
Docket No. 8958
Tomas A. Casados
P.O. Box 186
Los Ojos, NM 87551

CHCC-001-0008
Docket No. 8951
Catherine Clemens
793 Camino del Poniente
Santa Fe, NM 87505

James R. Clemens
1290 Legano Lane
Santa Fe, NM 87501

James H. Clemens Irrevocable Trust B
Patricia Renken, Trustee
3201 Texas St. NE
Albuquerque, NM 87110

CHCV-002-0019
Docket No. 8953
Daphne Kim Tribble
139 Solana Dr.
Santa Fe, NM 87501

Dated: October 16, 2007

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile