IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, Plaza Blanca & Rutheron, Cañones Creek, Village of Chama |
| Defendants. | |

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and requests the Court to join as additional parties the persons or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default judgment against them. In support of this motion, the State asserts:

1.  The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Chama Stream System.

| | | |
|---|---|---|
| Manuel De Atocha Trujillo | CHRB-004-0058 | Ensenada Rt. 1, Box 23, Tierra Amarilla NM 87575 |
| Manuel D. Trujillo | CHRB-004-0055<br>CHRB-004-0055B | Ensenada Rt. 1, Box 23, Tierra Amarilla 87575 |
| Robert F. Sanchez | CHRB-005-0003A<br>CHRB-005-0003B | P.O. Box 695, Las Vegas NM 87701 |
| Joe R. Sanchez | CHRB-005-0003A<br>CHRB-005-0003B | P.O. Box 147, Los Ojos NM 87551 |
| Emelia Duran | CHRB-005-0003A | HRC 75, Box 17, Tierra Amarilla NM 87575 |

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico. This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Section 7 of the Rio Chama Stream System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 7 of the Rio Chama Stream System.

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444 phone
        (505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   16th   day of October, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

        /s/ Ed Newville
        Edward G. Newville