## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-001-0003**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**SCARBOROUGH LIVING TRUST**
**ANITA B. SCARBOROUGH TRUSTEE**
**GEORGE M. SCARBOROUGH TRUSTEE**
**TONY SCARBOROUGH**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.      The Court has jurisdiction over the parties and the subject matter of this suit.

2.      The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System,  Canjilon Creek, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Canjilon Creek, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**
       **Ditch:**          UNKNOWN DITCH
       **Location: X=** 1,619,950   feet   **Y=** 2,014,061   feet
       New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Township 27N, Range 06E, N.M.P.M.

| | |
|---|---|
| Pt. of HES No. 441 | 5.5 acres |
| Total | 5.5 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0003

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon Creek, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6.  Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the water rights described herein.

7.  The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

Consent Order                     3                     Subfile No.: CHCJ-001-0003

SIGNATURE _George M. Scarborough, Trustee_   SIGNATURE _Anita B. Scar, Trustee_

GEORGE M. SCARBOROUGH TRUSTEE   ANITA B. SCARBOROUGH TRUSTEE

ADDRESS: _1404 Monterey Place_   ADDRESS: _1404 Monterey Place_

_Santa Fe, NM 87505_   _Santa Fe New Mexico 87505_

DATE: _8/20/07_   DATE: _8/20/07_

SIGNATURE _____   SIGNATURE _Tony Scarborough_

TONY SCARBOROUGH

ADDRESS: _____   ADDRESS: _P.O. Box 268_

_____   _Aspenvale, NM 87532_

DATE: _____   DATE: _06/18/2007_


_C. Christopher Lindeen_
_For_

EDWARD G. NEWVILLE
Special Assistant Attorney General

_9-26-07_
Date

Consent Order                    4                    Subfile No.: CHCJ-001-0003



LEGEND

Irrigated Tract Boundary
No Right Tract Boundary
Seeped Area
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir

Point of Diversion
Well
Spring
Fallow
No Right

001-0003
A 5.5 ac.

1 inch = 200 feet

0    100    200
Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio Jr., P. E.

Rio Chama Hydrographic Survey
Canjilon Creek Section

Subfile Number
CHCJ 001-0003
Unknown Ditch
AMENDED August 1, 2007