IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>  -v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM |

ADMINISTRATIVE ORDER REGARDING *PRO SE* FILINGS

This Order is entered *sua sponte* pursuant to Administrative Order Misc. No. 06-95, filed August 28, 2006, the Local Civil Rules of the United States District Court for the District of New Mexico, effective July 1, 2002, as amended through March 5, 2007, the Administrative Order filed January 17, 2007 (Docket No. 8535), and the CM/ECF Administrative Procedures Manual, as revised March 26, 2007 ("APM").  This Order supplements the Administrative Order Regarding Entries of Appearance filed April 24, 2007 (No. 8632).   The purpose of this Order is to describe the process by which pleadings filed by parties appearing *pro se* are to be docketed.

    A.  Docketing in the Lead Case

In the lead case, an entry of appearance by a party *pro se* will permit the individual to be added to the case caption; and all subsequent pleadings filed by that party will be docketed and associated with the party's name.  All pleadings filed by a party *pro se* who has not entered an appearance will be docketed and associated generally to the "Roman Aragon, et al." defendant category on the case caption.

B. <u>Docketing in a Member Case</u>

In a member case, procedural and scheduling orders will clearly define the circumstances under which a party *pro se* is to be added to the case caption.

IT IS ORDERED, therefore,

1. In the lead case, a party *pro se* who files an entry of appearance shall be added to the case caption; and all subsequent filings shall be docketed under the party's name.

2. In the lead case, all documents filed by a party *pro se* who has not entered an appearance shall be associated to the Roman Aragon, *et al.* defendant category on the case caption.

IT IS SO ORDERED.

                                                                                         DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER