IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

        Plaintiff,                       69cv07941-BB

   vs.                                 RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.*,             Sections 3 and 7
       Defendants.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following Defendants on the 18th day of October, 2007.

Subfile No. CHCJ-001-0003
Docket No. 8966
Scarborough Living Trust
George M. Scarborough Trustee
Anita B. Scarborough Trustee
1404 Monterey Place
Santa Fe, NM 87505

Tony Scarborough
P.O. Box 268
Española, NM 87532

Subfile No. CHRB-003-0007C
Docket No. 8965
Margarita V. Atencio
Silviano Atencio
P.O. Box 302
Tierra Amarilla, NM 87575

Subfile No. CHCV-006-0002
Docket No. 8967
Sky Mountain Resort RV Park, LLC

P.O. Box 735
Chama, NM 87520

Dated: October 18 2007

                                                          /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile