IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

   vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Sections 3 and 7

## MOTION TO CORRECT DEFENDANTS' NAMES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court

to issue its order correcting the names of the defendants listed below to read as follows:

| FROM | TO |
|---|---|
| Max Martinez | Max D. Martinez<br>CHCB-007-0007 |
| Estate of Frank D. Luna IV | Frank D. Luna IV<br>CHTA-003-0011<br>CHRB-005-0013 |
| Marcella Hansen | Marcella Hasson<br>CHTA-003-0011<br>CHRB-005-0013 |
| Marcella Doreen Burbank | Marcella Doreen Burbank Trujillo<br>CHRB-004-0055<br>CHRB-004-0055A |

Dated: October 19, 2007

Respectfully submitted,

/s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __19th__ day of October, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Marcella Doreen Burbank Trujillo
Ensenada Rt. 1, Box 23
Tierra Amarilla, NM 87575

Max D. Martinez
P.O. Box 235
Cebolla, NM 87518

Frank D. Luna IV
24796 Sunstar Ln.
Dana Point, CA 92629

Marcella Hasson
13148 La Joya Cir., Unit B
La Mirada,CA 90638-3306

/s/ Ed Newville
EDWARD G.  NEWVILLE

-2-