IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Village of Chama |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | **Subfile No. CHCV-007-0004** |

**MOTION TO VACATE CONSENT ORDER**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed October 23, 2003 (Docket No. 7310) in connection with defendant Lawrence Family, LLC and subfile CHCV-007-0004 and as grounds therefore Plaintiff states as follows:

1. The State revised the mapping of the water rights on the tract of land under this subfile (CHCV-007-0004) to correct certain errors at the request of the Defendant, and the State and the Defendant submitted a revised Consent Order to the Court in this subfile that was filed with the Court on May 18, 2005 ((Docket No. 7899). A earlier filed Consent Order in this subfile, one filed October 23, 2003 (Docket No. 7310), was not vacated prior to the filing of the revised Consent Order and should be vacated at this time in order to clear the record.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed October 23, 2003 (Doc. 7310) in connection with defendant Lawrence Family, LLC and subfile CHCV-007-0004.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the  19th  day of October, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Lawrence Family, LLC
9522 Pebble Beach NE
Albuquerque, NM 87111

/s/ Ed Newville
EDWARD G.  NEWVILLE