IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## PROOF OF PUBLICATION
## OF NOTICE OF PENDENCY OF SUIT

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice of Pendency of Suit issued by the Clerk of this Court on September 25, 2007, for purpose of service by publication on the following persons, if living, if deceased, their unknown heirs:

| | |
|---|---|
| Martin Romero | CHTA-004-0001D |
| David Maestas | CHRB-006-0027 |
| Roberto Martinez | CHRB-004-0042 |
| Luis Lopez | CHCV-002-0039D |

Attached as Exhibit 1 is the Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

DATED: October 31, 2007

Respectfully submitted,

                                                /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __31th__ day of October, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                /s/ Ed Newville
EDWARD G. NEWVILLE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO STATE OF NEW MEXICO, EX REL. STATE ENGINEER PLAINTIFF, 69CV07941-BB VS. RIO CHAMA STREAM SYSTEM SECTION 7: RITO DE TIERRA AMARILLA, ROMAN ARAGON, ET AL., RIO BRAZOS, RUTHERON & PLAZA BLANCA, CAZONES CREEK, VILLAGE OF CHAMA DEFENDANTS. NOTICE OF PENDENCY OF SUIT

The following named persons, if living, if deceased, their unknown heirs:
Martin Romero CHTA-004-0001D
David Maestas CHRB-006-0027
Roberto Martinez CHRB-004-0042
Luis Lopez CHCV-002-0039D
GREETINGS.
Please take notice that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the waters of the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, CaZones Creek, and Village of Chama subsections of the Rio Chama Stream System (Section 7).
Unless you appear and defend in this matter on or before November 15, 2007, any right you may have to use the surface waters of the Rio Chama Stream System (Section 7) for irrigation purposes may be adjudicated by default judgement that conforms to the State Engineer's hydrographic surveys of the Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, CaZones Creek, and Village of Chama subsections of the Rio Chama Stream System, as amended.
The waters that are the subject of the action are located in Rio Arriba County, New Mexico.
The name and address of the plaintiff's attorney is:
Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
WITNESS the hand seal of the United States District Court for the District of New Mexico this 25th day of September, 2007.
MATTHEW J. DYKMAN
DISTRICT COURT CLERK
By: /s/ Matthew J. Dykman
(Published October 4, 11, 18, 25, 2007)
By _____

**Publisher's Bill**

1 time at 58.10
3 times at 149.40

at Rio Grande SUN

Affidavit 5.00

Subtotal 212.50

Tax 15.94

Total 228.44

Date _____

## Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

__4__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

__4th__ day of __October, 2007__

and the last publication on the __25th__ day of

__October, 2007__ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_Robert Trapp_
Publisher

Subscribed and sworn to before me this __25th__
day of __Oct__ A.D. __2007__

_Maria V. Lopez-Garcia_
Maria V. Lopez-Garcia, Notary Public
My commission expires 13 July 2009

Ex. 1