IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

## PROOF OF PUBLICATION
## OF NOTICE AND ORDER TO SHOW CAUSE

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice and Order to Show Cause issued by the United States District Court in connection with the determination of priority dates and irrigation water requirements in Section 5 of the Rio Chama Stream System.

Attached as Exhibit 1 is the Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

DATED: October 31, 2007

                                                                           Respectfully submitted,

                                                                          /s/ Ed Newville
                                                                    EDWARD G. NEWVILLE
                                                                    Special Assistant Attorney General
                                                                    Office of State Engineer
                                                                    P.O. Box 25102
                                                                    Santa Fe, NM 87504-5102
                                                                    (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __31th__ day of October, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

>         /s/ Ed Newville
>     EDWARD G. NEWVILLE

## Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

__4__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

__4th__ day of __October, 2007__

and the last publication on the __25th__ day of __October, 2007__ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_Robert Trapp_
Publisher

Subscribed and sworn to before me this __25th__ day of __Oct__ A.D. __2007__

_Maria V. Lopez-Garcia_
Maria V. Lopez-Garcia, Notary Public
My commission expires 13 July 2009

## Publisher's Bill

__384__ lines one time at __268.80__
__384__ lines __3__ times at __691.20__

Affidavit __5.00__

Subtotal __965.00__

Tax __72.38__

Total __1,037.38__

**Payment received at Rio Grande SUN**

Date __9/27/07__

By _____

Ex. 1


Case 6:69-cv-07941-KWR-KK   Document 8980   Filed 10/31/07   Page 4 of 7

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
STATE OF NEW MEXICO, *ex rel.* State Engineer Plaintiff, 69cv07941-BB vs. RIO CHAMA STREAM SYSTEM ROMAN ARAGON, *et al.*, Section 5, Rio Gallina Defendants.

**NOTICE AND ORDER TO SHOW CAUSE**

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE SURFACE WATERS OF THE RIO CHAMA STREAM SYSTEM, RIO CHAMA SECTION 5 (RIO GALLINA) AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE WATERS OF THE RIO CHAMA STREAM SYSTEM, SECTION 5 (RIO GALLINA), AND WHOSE NAMES APPEAR BELOW:

| DEFENDANT | ACEQUIA OR DITCH | PRIORITY |
|---|---|---|
| Helen Vigil | Vigiles Ditch | 1876 |
| Julian Vigil | Vigiles Ditch | 1876 |
| Linda Vigil | Vigiles Ditch | 1876 |
| Mary Vigil | Vigiles Ditch | 1876 |
| Olivia Vigil | Vigiles Ditch | 1876 |
| Robert M. Vigil | Vigiles Ditch | 1876 |
| Atilana Jacquez | Rincon Ditch | 1876 |
| Cosme S. Chacon | Rincon Ditch | 1876 |
| Jose L. Chacon | Rincon Ditch | 1876 |
| Levi A. Sanchez | Rincon Ditch | 1876 |
| Lucinda Chacon | Rincon Ditch | 1876 |
| Mary Sanchez | Rincon Ditch | 1876 |
| Rodger F. Corrales | Rincon Ditch | 1876 |
| Rosalie F. Wilson | Rincon Ditch | 1876 |
| Ubaldo Jacquez | Rincon Ditch | 1876 |
| Alice Jacquez | Placitas Ditch | 1876 |
| Alvin N. Jacquez | Placitas Ditch | 1876 |
| Arcelia Chacon | Placitas Ditch | 1876 |
| Cosme L. Chacon | Placitas Ditch | 1876 |
| Dorothy Jacquez | Placitas Ditch | 1876 |
| Eddie Garcia | Placitas Ditch | 1876 |
| Faye Davis | Placitas Ditch | 1876 |
| Fulgencio Jacquez | Placitas Ditch | 1876 |
| Herman Jacquez | Placitas Ditch | 1876 |
| Jose L. Chacon | Placitas Ditch | 1876 |
| Jose Z. Chacon | Placitas Ditch | 1876 |
| Juanita A. Jacquez | Placitas Ditch | 1876 |
| Lucinda Chacon | Placitas Ditch | 1876 |
| Mary Ann Jacquez | Placitas Ditch | 1876 |
| Max A. Martinez | Placitas Ditch | 1876 |
| Neives Martinez | Placitas Ditch | 1876 |
| Pauline Jacquez | Placitas Ditch | 1876 |
| Reina Maestas | Placitas Ditch | 1876 |
| Roger Jacquez | Placitas Ditch | 1876 |
| Rosalie F. Wilson | Placitas Ditch | 1876 |
| Tommy F. Chacon | Placitas Ditch | 1876 |
| Abram Cordova | Sanchez-Maestas Ditch | 1876 |
| Faye Davis | Sanchez-Maestas Ditch | 1876 |
| Julian Vigil | Sanchez-Maestas Ditch | 1876 |
| Mary Vigil | Sanchez-Maestas Ditch | 1876 |
| Robert M. Vigil | Sanchez-Maestas Ditch | 1876 |
| Abram Cordova | Cordova-Martinez Ditch | 1878 |
| Alfirio Maestas | Cordova-Martinez Ditch | 1878 |
| Alice Jacquez | Cordova-Martinez Ditch | 1878 |
| Alice Madrid | Cordova-Martinez Ditch | 1878 |
| Amanda Gonzales | Cordova-Martinez Ditch | 1878 |
| Andrew J. Leyba | Cordova-Martinez Ditch | 1878 |
| Anthony Leyba | Cordova-Martinez Ditch | 1878 |
| Antonette B. Lovato | Cordova-Martinez Ditch | 1878 |
| Aurelia Chavez | Cordova-Martinez Ditch | 1878 |
| Bonifacio W. Gonzales | Cordova-Martinez Ditch | 1878 |
| Cassilda Jacquez Serrano | Cordova-Martinez Ditch | 1878 |
| Clement L. Suazo | Cordova-Martinez Ditch | 1878 |
| Cristobal Jacquez | Cordova-Martinez Ditch | 1878 |
| David Chavez | Cordova-Martinez Ditch | 1878 |
| Delfin Jacquez | Cordova-Martinez Ditch | 1878 |
| Diana Suazo | Cordova-Martinez Ditch | 1878 |
| Edward Leyba | Cordova-Martinez Ditch | 1878 |
| Eliseo Jacquez | Cordova-Martinez Ditch | 1878 |
| Estate of Odella Lovato | Cordova-Martinez Ditch | 1878 |
| Eugenio Sanchez Estate | Cordova-Martinez Ditch | 1878 |
| Ezequiel Cordova | Cordova-Martinez Ditch | 1878 |
| Frank Jacquez | Cordova-Martinez Ditch | 1878 |
| Gabriel Maestas, Jr. | Cordova-Martinez Ditch | 1878 |
| Genevieve M. Velasquez | Cordova-Martinez Ditch | 1878 |
| Gilbert Jacquez | Cordova-Martinez Ditch | 1878 |
| Isabel Lucero | Cordova-Martinez Ditch | 1878 |
| Jacobo Arellano | Cordova-Martinez Ditch | 1878 |
| Joe Velasquez | Cordova-Martinez Ditch | 1878 |
| Johhny A. D. Lovato | Cordova-Martinez Ditch | 1878 |
| Jose P. Chavez | Cordova-Martinez Ditch | 1878 |
| Juan C. Chavez | Cordova-Martinez Ditch | 1878 |
| Julie Pederson | Cordova-Martinez Ditch | 1878 |
| L. Marisa Rodriguez | Cordova-Martinez Ditch | 1878 |
| Laura A. Velasquez | Cordova-Martinez Ditch | 1878 |
| Leora Jacquez Lucero | Cordova-Martinez Ditch | 1878 |
| Luis Toby Velasquez | Cordova-Martinez Ditch | 1878 |
| Marino Jacquez | Cordova-Martinez Ditch | 1878 |
| Martha Cordova | Cordova-Martinez Ditch | 1878 |
| Mary Ann Maestas | Cordova-Martinez Ditch | 1878 |
| Mary L. Espinoza | Cordova-Martinez Ditch | 1878 |
| Max Maestas | Cordova-Martinez Ditch | 1878 |
| Mike Jacquez | Cordova-Martinez Ditch | 1878 |
| Monica T. Rodriguez | Cordova-Martinez Ditch | 1878 |
| Orlando Madrid | Cordova-Martinez Ditch | 1878 |
| Patrick Rodriguez | Cordova-Martinez Ditch | 1878 |
| Patsy L. Chavez | Cordova-Martinez Ditch | 1878 |
| Philip Jacquez | Cordova-Martinez Ditch | 1878 |
| Piedad Chavez | Cordova-Martinez Ditch | 1878 |
| Ramona Jacquez Estate | Cordova-Martinez Ditch | 1878 |

| Name | Ditch | Year |
|---|---|---|
| Alvin N. Jacquez | Placitas Ditch | 1876 |
| Arcelia Chacon | Placitas Ditch | 1876 |
| Cosme L. Chacon | Placitas Ditch | 1876 |
| Dorothy Jacquez | Placitas Ditch | 1876 |
| Eddie Garcia | Placitas Ditch | 1876 |
| Faye Davis | Placitas Ditch | 1876 |
| Fulgencio Jacquez | Placitas Ditch | 1876 |
| Herman Jacquez | Placitas Ditch | 1876 |
| Jose L. Chacon | Placitas Ditch | 1876 |
| Jose Z. Chacon | Placitas Ditch | 1876 |
| Juanita A. Jacquez | Placitas Ditch | 1876 |
| Lucinda Chacon | Placitas Ditch | 1876 |
| Mary Ann Jacquez | Placitas Ditch | 1876 |
| Max A. Martinez | Placitas Ditch | 1876 |
| Neives Martinez | Placitas Ditch | 1876 |
| Pauline Jacquez | Placitas Ditch | 1876 |
| Reina Maestas | Placitas Ditch | 1876 |
| Roger Jacquez | Placitas Ditch | 1876 |
| Rosalie F. Wilson | Placitas Ditch | 1876 |
| Tommy F. Chacon | Placitas Ditch | 1876 |
| Abram Cordova | Sanchez-Maestas Ditch | 1876 |
| Faye Davis | Sanchez-Maestas Ditch | 1876 |
| Julian Vigil | Sanchez-Maestas Ditch | 1876 |
| Mary Vigil | Sanchez-Maestas Ditch | 1876 |
| Robert M. Vigil | Sanchez-Maestas Ditch | 1876 |
| Abram Cordova | Cordova-Martinez Ditch | 1878 |
| Alfirio Maestas | Cordova-Martinez Ditch | 1878 |
| Alice Jacquez | Cordova-Martinez Ditch | 1878 |
| Alice Madrid | Cordova-Martinez Ditch | 1878 |
| Amanda Gonzales | Cordova-Martinez Ditch | 1878 |
| Andrew J. Leyba | Cordova-Martinez Ditch | 1878 |
| Anthony Leyba | Cordova-Martinez Ditch | 1878 |
| Antonette B. Lovato | Cordova-Martinez Ditch | 1878 |
| Aurelia Chavez | Cordova-Martinez Ditch | 1878 |
| Bonifacio W. Gonzales | Cordova-Martinez Ditch | 1878 |
| Cassilda Jacquez Serrano | Cordova-Martinez Ditch | 1878 |
| Clement L. Suazo | Cordova-Martinez Ditch | 1878 |
| Cristobal Jacquez | Cordova-Martinez Ditch | 1878 |
| David Chavez | Cordova-Martinez Ditch | 1878 |
| Delfin Jacquez | Cordova-Martinez Ditch | 1878 |
| Diana Suazo | Cordova-Martinez Ditch | 1878 |
| Edward Leyba | Cordova-Martinez Ditch | 1878 |
| Eliseo Jacquez | Cordova-Martinez Ditch | 1878 |
| Estate of Odella Lovato | Cordova-Martinez Ditch | 1878 |
| Eugenio Sanchez Estate | Cordova-Martinez Ditch | 1878 |
| Ezequiel Cordova | Cordova-Martinez Ditch | 1878 |
| Frank Jacquez | Cordova-Martinez Ditch | 1878 |
| Gabriel Maestas, Jr. | Cordova-Martinez Ditch | 1878 |
| Genevieve M. Velasquez | Cordova-Martinez Ditch | 1878 |
| Gilbert Jacquez | Cordova-Martinez Ditch | 1878 |
| Isabel Lucero | Cordova-Martinez Ditch | 1878 |
| Jacobo Arellano | Cordova-Martinez Ditch | 1878 |
| Joe Velasquez | Cordova-Martinez Ditch | 1878 |
| Johhny A. D. Lovato | Cordova-Martinez Ditch | 1878 |
| Jose P. Chavez | Cordova-Martinez Ditch | 1878 |
| Juan C. Chavez | Cordova-Martinez Ditch | 1878 |
| Julie Pederson | Cordova-Martinez Ditch | 1878 |
| L. Marisa Rodriguez | Cordova-Martinez Ditch | 1878 |
| Laura A. Velasquez | Cordova-Martinez Ditch | 1878 |
| Leora Jacquez Lucero | Cordova-Martinez Ditch | 1878 |
| Luis Toby Velasquez | Cordova-Martinez Ditch | 1878 |
| Marino Jacquez | Cordova-Martinez Ditch | 1878 |
| Martha Cordova | Cordova-Martinez Ditch | 1878 |
| Mary Ann Maestas | Cordova-Martinez Ditch | 1878 |
| Mary L. Espinoza | Cordova-Martinez Ditch | 1878 |
| Max Maestas | Cordova-Martinez Ditch | 1878 |
| Mike Jacquez | Cordova-Martinez Ditch | 1878 |
| Monica T. Rodriguez | Cordova-Martinez Ditch | 1878 |
| Orlando Madrid | Cordova-Martinez Ditch | 1878 |
| Patrick Rodriguez | Cordova-Martinez Ditch | 1878 |
| Patsy L. Chavez | Cordova-Martinez Ditch | 1878 |
| Philip Jacquez | Cordova-Martinez Ditch | 1878 |
| Piedad Chavez | Cordova-Martinez Ditch | 1878 |
| Ramona Jacquez Estate | Cordova-Martinez Ditch | 1878 |
| Ramoncita Maestas | Cordova-Martinez Ditch | 1878 |
| Raymond Suazo | Cordova-Martinez Ditch | 1878 |
| Richard Cordova | Cordova-Martinez Ditch | 1878 |
| Rita Jacquez | Cordova-Martinez Ditch | 1878 |
| Rogelio Corrales | Cordova-Martinez Ditch | 1878 |
| Ronald Chavez | Cordova-Martinez Ditch | 1878 |
| Sam Chavez | Cordova-Martinez Ditch | 1878 |
| Selustriano Gonzales, Sr. | Cordova-Martinez Ditch | 1878 |

Continued to page C25

## Publisher's Bill

___368___ lines one time at ___257.60___

___368___ lines ___3___ times at ___662.40___

Affidavit _____

Subtotal ___920.00___

Tax ___69.00___

Total ___989.00___

**Payment received at Rio Grande SUN**

Date ___9/27/07___

By _____

## Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

___4___ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

___4th___ day of ___October, 2007___

and the last publication on the ___25th___ day of

___October, 2007___ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_____Robert Trapp_____
Publisher

Subscribed and sworn to before me this ___25th___ day of ___Oct.___ A.D. ___2007___

_____Maria V. Lopez-Garcia_____
Maria V. Lopez-Garcia/Notary Public
My commission expires 13 July 2009

Continued from Page C-24

| Name | Ditch | Priority |
|---|---|---|
| Steve E. Velasquez | Cordova–Martinez Ditch | 1878 |
| Sylvia Middleton | Cordova–Martinez Ditch | 1878 |
| Thelma Chavez | Cordova–Martinez Ditch | 1878 |
| Ubaldo Jacquez | Cordova–Martinez Ditch | 1878 |
| Vincente Jacquez | Cordova–Martinez Ditch | 1878 |
| Virginia Lewellen | Cordova–Martinez Ditch | 1878 |
| Vivian Salazar | Cordova–Martinez Ditch | 1878 |
| Willie Chavez | Gonzales–Gurule Ditch | 1878 |
| Alice Jacquez | Gonzales–Gurule Ditch | 1878 |
| Alvin Suazo | Gonzales–Gurule Ditch | 1878 |
| Amadeo Segura | Gonzales–Gurule Ditch | 1878 |
| Arturo R. Montoya | Gonzales–Gurule Ditch | 1878 |
| Cosme S. Chacon | Gonzales–Gurule Ditch | 1878 |
| Cruzita Segura | Gonzales–Gurule Ditch | 1878 |
| Edith Martinez | Gonzales–Gurule Ditch | 1878 |
| Elaine M. Valdez | Gonzales–Gurule Ditch | 1878 |
| Elvira Chavez | Gonzales–Gurule Ditch | 1878 |
| Ernesto J. Serrano, Jr. | Gonzales–Gurule Ditch | 1878 |
| Florence Shipley | Gonzales–Gurule Ditch | 1878 |
| Fulgencio Chacon | Gonzales–Gurule Ditch | 1878 |
| Henry L. Jacquez | Gonzales–Gurule Ditch | 1878 |
| Jose B. Chacon | Gonzales–Gurule Ditch | 1878 |
| Jose L. Chacon | Gonzales–Gurule Ditch | 1878 |
| Leonardo Chavez | Gonzales–Gurule Ditch | 1878 |
| Manuel Garcia | Gonzales–Gurule Ditch | 1878 |
| Mark W. Valdez | Gonzales–Gurule Ditch | 1878 |
| Maurice L. Serrano | Gonzales–Gurule Ditch | 1878 |
| Roberto Martinez | Gonzales–Gurule Ditch | 1878 |
| Sarita V. Montoya | Gonzales–Gurule Ditch | 1878 |
| Ursulita Vigil | Gonzales–Gurule Ditch | 1878 |
| Vivian Suazo Trust | Gonzales–Gurule Ditch | 1878 |
| Willie A. Suazo | Gonzales–Gurule Ditch | 1878 |
| Joe O. Cordova | Cecilia Ditch | 1878 |
| Manuelita Cordova | Cecilia Ditch | 1878 |
| Miguel D. Suazo | Cecilia Ditch | 1878 |
| Porfiria Jaramillo | Cecilia Ditch | 1878 |
| Reducinda Maestas | Cecilia Ditch | 1878 |
| Simonita Maestas Estate | Cecilia Ditch | 1878 |
| Vivian Suazo Trust | Cecilia Ditch | 1878 |
| Alfonzo Cordova, Jr. | Valdez Ditch | 1878 |
| Daniel K. Gonzales | Valdez Ditch | 1878 |
| Elisaida Padilla | Valdez Ditch | 1878 |
| Jose Dolores Gonzales | Valdez Ditch | 1878 |
| Jose L. Chacon | Valdez Ditch | 1878 |
| Luz Gonzales | Valdez Ditch | 1878 |
| Miguel Lujan | Valdez Ditch | 1878 |
| Robert Fidel Arellano | Valdez Ditch | 1878 |
| Stella M. Gonzales | Valdez Ditch | 1878 |
| Vivian Suazo | Valdez Ditch | 1902 |
| Henry L. Jacquez | Emilio Jacquez Ditch | |

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water right and ditch, or the priority dates for any other community or private ditch in Section 5 (Rio Gallina) as described above.

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in Section 5 (Rio Gallina) as described below:

    a.    The weighted consumptive irrigation requirement (CIR) is 1.38 acre-feet per acre per annum.
    b.    The farm delivery requirement (FDR) is 3.46 acre-feet per acre per annum.
    c.    The project diversion requirement (PDR) is 5.77 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action, and the Court will enter an order that recognizes the elements of your water rights and the water rights of other surface water users in Section 5 as described above. If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in Section 5. Subsequent *inter se* proceedings in Section 5 will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in Section 5 as stated above, you must file your objection with the Court, in person or my mail FOR RECEIPT NO LATER THAN DECEMBER 31, 2007:

United States District Court clerk 120 South Federal Place Santa Fe, NM 87501

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights or any other water rights. If you fail to timely object <u>and</u> to attend the scheduling and pretrial conference you may not raise objections in the future.

If you have any questions, call or write:

Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102 Santa Fe, NM 87504-5102
(505) 867-7444 phone (505) 867-2299 facsimile

or,

Mary E. Humphrey
Attorney for Gallina–Capulin Acequia
Association and Section 5 Acequias.
P.O. Box 1574 El Prado, NM 87529-1574.
(505) 758-2203 phone (505) 758-5129 facsimile

/s/ Bruce D. Black
BRUCE D. BLACK,
UNITED STATES DISTRICT JUDGE
Approved: /s/ Vickie L. Gabin.
VICKIE L. GABIN,
SPECIAL MASTER
(Published October 4, 11, 18, 25, 2007)