IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

**Subfile No(s).**
    **CHCV-002-0012**
    **CHCV-002-0043**
    **CHCV-003-0029B**

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER is before the Court upon the motion by the plaintiff, State of New Mexico, *ex rel.*, State Engineer's August 28, 2007 Motion for Default Judgment (Docket No. 8776). The Court, being fully advised, finds that the State's motion is well-taken and should be GRANTED. The Court, being fully advised, finds:

1. The Court has jurisdiction of the parties and the subject matter herein.

2. The defendants named below have been legally served with process or have waived service of summons.

3. The defendants named below have failed to appear, answer, or otherwise defend in this cause, and are adjudged to be in default.

4. The State Engineer's hydrographic survey and report of the Rio Chama Stream System, Section 7, Village of Chama (July 31, 2003) relating to the defendants' water rights have been introduced into the record, and the same are hereby incorporated and made a part of this order.

5. The water rights of the defendants named below in the above-styled and captioned cause are as follows:

MARGARET VALDEZ
TOMMY F. VALDEZ JR.

Subfile No.: CHCV-002-0012

A. **IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 967

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**    CHAMA TOWN DITCH

    **Location: X=** 1,546,909   feet   **Y=** 2,155,273   feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Block 15, Pt. Lots 20-22 Original Townsite
    of Chama Subdivision

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2 acres |
| | Total | 0.2 acres |

As shown on the 2003 Hydrographic Survey Map CHCV- 2.

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

## KATHLEEN M. FISCHER

**Subfile No.: CHCV-002-0043**

### A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)** 967

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:** CHAMA TOWN DITCH

    **Location: X=** 1,546,909 feet **Y=** 2,155,273 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Block 6, Pt. Lots 19-22 Original Townsite of Chama Subdivision

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.1 acres |
| | Total | 0.1 acres |

As shown on the 2003 Hydrographic Survey Map CHCV- 2.

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

## ANDREW HURD
## DANIEL HURD

**Subfile No.: CHCV-003-0029B**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 1974

**Priority:** Reserved for future determination by court order entered November 19, 2002.
Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** M-B DITCH-RIO CHAMA: Surface water of the Rio Chama.
M-B DITCH-RIO CHAMITA: Surface water of the Rio Chama and the Rio Chamita, a tributary of the Rio Chama

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch:**        M-B DITCH-RIO CHAMA
   **Location: X=** 1,546,909   feet  **Y=** 2,155,273   feet
   **Ditch:**        M-B DITCH-RIO CHAMITA
   **Location: X=** 1,540,798   feet  **Y=** 2,149,302   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 21.5 acres |
| | Total | 21.5 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-003-0029B

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER



**Rio Chama Hydrographic Survey
Village of Chama Section**

State of New Mexico
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

Subfile Number **CHCV 003-0029B**
M-B Ditch
AMENDED
August 28, 2003

1 inch = 300 feet