# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No(s).**
**CHRB-007-0027A**
**CHRB-007-0060**

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER is before the Court upon the motion by the plaintiff, State of New Mexico,

*ex rel.,* State Engineer's August 28, 2007 Motion for Default Judgment (Docket No. 8776).  The

Court, being fully advised, finds that the State's motion is well-taken and should be GRANTED.

The Court, being fully advised, finds:

1.   The Court has jurisdiction of the parties and the subject matter herein.

2.   The defendants named below have been legally served with process or have waived

     service of summons.

3.   The defendants named below have failed to appear, answer, or otherwise defend in this

     cause, and are adjudged to be in default.

4.   The State Engineer's hydrographic survey and report of the Rio Chama Stream System,

     Section 7, Rio Brazos (December 18, 2001) relating to the defendants' water rights have

     been introduced into the record, and the same are hereby incorporated and made a part of

     this order.

5.   The water rights of the defendants named below in the above-styled and captioned cause

     are as follows:

**WHITNEY DURELL**

**Subfile No.: CHRB-007-0027A**

## A. **IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)**  NONE

**Priority:**  Reserved for future determination by court order entered November 19, 2002.

Reserved for future determination by court order entered November 19, 2002.

Reserved for future determination by court order entered November 19, 2002.

**Source of Water:**  MARTINEZ DITCH: Surface water of a spring, a tributary of the Rio Chama.

OJITOS DITCH: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 7: Surface water of a spring, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

| | | | | | |
|---|---|---|---|---|---|
| **Spring:** | MARTINEZ DITCH | | | | |
| **Location: X=** | 1,546,247 | feet | **Y=** | 2,086,181 | feet |
| **Spring:** | OJITOS DITCH | | | | |
| **Location: X=** | 1,546,572 | feet | **Y=** | 2,087,696 | feet |
| **Spring:** | SPRING NO. 7 | | | | |
| **Location: X=** | 1,546,029 | feet | **Y=** | 2,086,298 | feet |

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.7 acres |
| | Total | 4.7 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRB-007-0027A

**Amount of Water:**  Reserved for future determination by court order entered November 19, 2002.

## PENELOPE A. VELAZQUEZ
## SALVADOR G. VELAZQUEZ

**Subfile No.:  CHRB-007-0060**

**A.  <u>NO RIGHT (Surface Water Only)</u>**

**Office of the State Engineer Files No(s)**  1545, 1699 & RG-26560

**Priority:** NONE

**Source of Water:**

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

    **Ditch:**        NONE

    **Location: X=**  1,571,054   feet  **Y=**  2,087,568  feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.7  acres |
| | Total | 3.7 acres |

As shown on the 2001 Hydrographic Survey Map CHRB- 7.

**Amount of Water:** NONE

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama  Stream System, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER



Spring No. 7

Ojitos Ditch

Martinez Ditch

007-0027A
A 4.7 ac.
Ⓕ

## LEGEND

| | |
|---|---|
| ▭ Irrigated Tract Boundary | ◉ Point of Diversion |
| ▨ No Right Tract Boundary | ⦿ Well |
| ▨ Seeped Area | ✳ Spring |
| ► Operable Ditch | Ⓟ Fallow |
| – – Inoperable Ditch | Ⓝ No Right |
| ━ Stock Ponds / Reservoir | |





1 inch = 300 feet

0   100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Rio Brazos Section**

Subfile Number
**CHRB 007-0027A**
Ojitos Ditch,
Martinez Ditch
& Spring No. 7
AMENDED
January 20, 2006

