IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla,<br>Rio Brazos, Rutheron & Plaza Blanca,<br>Cañones Creek, Village of Chama |

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's October 19, 2007 Motion to Set Aside Entry of Default (Docket No. 8970). Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

IT IS ORDERED, THEREFORE, that the April 30, 2007 Clerk's Entry of Default (Doc. No. 8635) with respect to Daphne Kim Tribble is hereby set aside.

IT IS FURTHER ORDERED, that the October 6, 2006 Clerk's Entry of Default (Doc. No. 8400) with respect to Jose B. Roybal Living Trust is hereby set aside.

　　　　　　　　　　　　　　　　　　　　*/s/ Bruce D. Black*
　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER