IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.*,
    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza
Blanca, Cañones Creek, Village of
Chama

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for

the subfiles listed below was mailed to each of the following Defendants on the 1st day of November,

2007.

CHTA-003-0021
Docket No. 8983
Estate of Octaviano Ulibarri
P.O. Box 150
Mesilla, NM 88046

CHTA-003-0026
Docket No. 8984
Heimo Trathnigg
P.O. Box 1693
Farmington, NM 87499

CHRB-007-0027A
Docket No. 8982
Whitney Durell
P.O. Box 295
Los Ojos, NM 87551

CHRB-007-0060
Docket No. 8982
Salvador G. Velazquez
Penelope A. Velazquez
P.O. Box 315
Los Ojos, NM 87551

CHCV-002-0012
Docket No. 8981
Tommy F. Valdez, Jr.
Margaret Valdez
P.O. Box 1181
Cortez, CO 81321

CHCV-002-0043
Docket No. 8981
Kathleen M. Fischer
7672 Calle Milan
Highland, CA 92346

CHCV-003-0029B
Docket No. 8981
Andrew Hurd
P.O. Box 745
Chama, NM 87520

CHCV-003-0029B
Docket No. 8981
Daniel Hurd
3400 Lake Mary Rd, Apt. 20202
Flagstaff, AZ 86001-9235

Dated: November 1, 2007

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile

-2-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __1st__ day of November, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                            /s/ Ed Newville
                                    EDWARD G.  NEWVILLE