IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br> vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>    Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7, Rio Brazos |

## ORDER GRANTING MOTION TO CORRECT DEFENDANTS' NAMES

THIS MATTER is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendants' Names filed October 19, 2007 (Doc. No. 8972).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the motion is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that names of the defendants listed below are corrected as follows:

| FROM | TO |
|---|---|
| Max Martinez | Max D. Martinez<br>CHCB-007-0007 |
| Estate of Frank D. Luna IV | Frank D. Luna IV<br>CHTA-003-0011<br>CHRB-005-0013 |
| Marcella Hansen | Marcella Hasson<br>CHTA-003-0011<br>CHRB-005-0013 |

Marcella Doreen Burbank		Marcella Doreen Burbank Trujillo
				CHRB-004-0055
				CHRB-004-0055A


_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN