IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                                                                  69cv07941 BB-ACE
                                                                                        Rio Chama Adjudication
RAMON ARAGON, *et al.*,

    Defendants.

### ORDER

**THIS MATTER** comes before the Court on Plaintiff State of New Mexico *ex rel.* State Engineer's Motion to Allow Withdrawal of Counsel (Doc. No. 8942, filed October 3, 2007). The State Engineer asks the Court to enter an order allowing withdrawal of L. Christopher Lindeen as counsel for the State Engineer. Other counsel continue to represent the State Engineer. The Court will grant the Motion.

    **IT IS SO ORDERED.**

                                                     **BRUCE D. BLACK**
                                                   **UNITED STATES DISTRICT JUDGE**