IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, |
| Defendants. | Cañones Creek, Village of Chama |

### ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed October 16, 2007 (Doc. No. 8964).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

| Name | Subfile | Address |
|---|---|---|
| Manuel De Atocha Trujillo | CHRB-004-0058 | Ensenada Rt. 1, Box 23, Tierra Amarilla NM 87575 |
| Manuel D. Trujillo | CHRB-004-0055<br>CHRB-004-0055B | Ensenada Rt. 1, Box 23, Tierra Amarilla 87575 |
| Robert F. Sanchez | CHRB-005-0003A<br>CHRB-005-0003B | P.O. Box 695, Las Vegas NM 87701 |
| Joe R. Sanchez | CHRB-005-0003A<br>CHRB-005-0003B | P.O. Box 147, Los Ojos NM 87551 |

| | | |
|---|---|---|
| Emelia Duran | CHRB-005-0003A | HRC 75, Box 17, Tierra Amarilla NM 87575 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN