IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, Defendants. | Sections 3 and 7 |

### **CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following Defendants on the 5th day of November, 2007.

<u>Subfile No. CHCJ-003-0068</u>
Docket No. 8995
Ralph Baca
122 Arvilla NW
ABQ, NM 87101

<u>Subfile No. CHTA-003-0038</u>
Docket No. 8996
JoAnn C. Martinez
P.O. Box 843
Tierra Amarilla, NM 87575

<u>Subfile No. CHTA-003-0049</u>
Docket No. 8997
Benjamin R. Trujillo
P.O. Box 1533
Española, NM 87532

<u>Subfile No. CHRB-004-0001A</u>
Docket No. 8998
Velasquez, Inc.
P.O. Box 205
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0030
Docket No. 8999
Louis R. Jaramillo
150 St. Rd. 3999
Española, NM 87532

Subfile No. CHRB-004-0037
Docket No. 9000
Raymond L. Martinez
Rose Martinez
P.O. Box 301
Bernalillo, NM 87004

Subfile No. CHRB-006-0008B
Docket No. 9001
Ascencion D. Martinez
P.O. Box 41
Chama, NM 87520

Subfile No. CHCC-004-0008A
Docket No. 9002
Clorinda Sanchez
Medardo Sanchez Jr.
P.O. Box 96
Los Ojos, NM 87551

Subfile No. CHCJ-003-0001
Docket No. 9003
Cindy Garcia
Francisco Leroy Garcia
Rafael Garcia
P.O. Box 462
Canjilon, NM 87515

Subfile No. CHCJ-003-0005
Docket No. 9004
Judy Morales
P.O. Box 494
Canjilon, NM 87515

Subfile No. CHRB-006-0008C
Docket No. 9005
Leo V. Valdez

1702 E Highland Ave. Suite 301
Phoenix, AZ 85016

Subfile No. CHRB-006-0008D
Docket No. 9006
Leo V. Valdez
1702 E Highland Ave. Suite 301
Phoenix, AZ 85016

Subfile No. CHRB-006-0008E
Docket No. 9007
Grace G. Valdez
2220 Brooke Place
Farmington, NM 87401

Subfile No. CHRB-006-016C
Docket No. 9008
Jose A. Candelaria
P.O. Box 85
Los Ojos, NM 87551

Subfile No. CHRB-006-016B
Docket No. 9009
Jose A. Candelaria
P.O. Box 85
Los Ojos, NM 87551

Subfile No. CHRU-004-0031B
Docket No. 9010
Birgit McGaughey
HC 75 Box 1224
Los Ojos, NM 87551

Patrick L. McGaughey
109 Sherwood Blvd.
Los Alamos, NM 87544

Subfile No. CHTA-003-0015
Docket No. 9011
Josie Sanchez Dubois
Magdalene Sanchez
5102 Foothills Dr.
Farmington, NM 87402

Subfile No. CHTA-004-0014B

Docket No. 9012
Ramon E. Sanchez
P.O. Box 242
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0039B
Docket No. 9013
Rio Arriba County
c/o Ted J. Trujillo, Esq.
P.O. Box 2185
Espanola, NM 87532

Dated: November 4, 2007

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile