IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Sections 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, *ex rel.* State Engineer states that pursuant to Fed. R. Civ. P 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendant was served with process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to Richard P. Cook, registered agent for Defendant El Llano Co., Inc. A copy of the Defendant's signature receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| The El Llano Co., Inc. | CHRB-007-0002 | November 2, 2007 |

Dated: November 12, 2007

Respectfully submitted.

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102<br>
(505) 867-7444 phone<br>
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __12th__ day of November, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following nonCM/ECF participant in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

The El Llano Co., Inc.
P.O. Box 38
Española, NM 87532

/s/ Ed Newville<br>
EDWARD G. NEWVILLE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Richard P. Cook
P.O. Box 38
Española, NM 87532

**RESTRICTED DELIVERY**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Richard P. Cook
☐ Agent
☐ Addressee

B. Received by (Printed Name): Richard P. Cook
C. Date of Delivery: 11-2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label): 7099 3220 0004 0767 5524

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540