IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | proof of service filed |
|---|---|---|
| David Maestas | CHRB-006-0027 | October 31, 2007 (Doc. 8979) |
| Roberto Martinez | CHRB-004-0042 | October 31, 2007 (Doc. 8979) |
| Luis Lopez | CHCV-002-0039D | October 31, 2007 (Doc. 8979) |
| Maximiliano Rivas | CHCV-002-0039C | August 7, 2007 (Doc. 8749) |

| Defendant | Subfile No. | waiver of service of summons filed |
|---|---|---|
| Dr. Pat Hale | CHCV-003-0005A<br>CHCV-003-0005B | January 28, 2004 (Doc. 7398) |

Dated: November 16, 2007

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   16   day of November, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

David Maestas
P.O. Box 224
Tierra Amarilla, NM 87575

Roberto Martinez
P.O. Box 271
Tierra Amarilla, NM 87575

Luis Lopez
P.O. Box 182
Chama, NM 87520

Maxililiano Rivas
P.O. Box 634
Chama, NM 87520

Dr. Pat Hale
7100 Menual NE
Albuquerque, NM 87110

  /s/ Ed Newville
EDWARD G.  NEWVILLE