IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

07 NOV 26 AM 10: 41

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

### CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Proof of service filed |
| --- | --- | --- |
| David Maestas | CHRB-006-0027 | October 31, 2007 (Doc. 8979) |
| Roberto Martinez | CHRB-004-0042 | October 31, 2007 (Doc. 8979) |
| Luis Lopez | CHCV-002-0039D | October 31, 2007 (Doc. 8979) |
| Maximiliano Rivas | CHCV-002-0039C | August 7, 2007 (Doc. 8749) |

I further certify, that the records of my office indicate the following defendant waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | Waiver of service of summons filed |
| --- | --- | --- |
| Dr. Pat Hale | CHCV-003-0005A | January 28, 2004 (Doc. 7398) |

CHCV-003-0005B

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 26th day of November, 2007.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk