IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, Defendants. | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following Defendants on the 4th day of December, 2007.

Subfile No. CHCC-003-0003
Docket No. 9024
Deborah L. Martinez
Michael A. Martinez
11407 Del Rey Ave., NE
ABQ, NM 87122

Marcus J. Martinez
Lizette M. Martinez
10121 Signal Ave., NE
ABQ, NM 87122

Subfile No. CHRB-004-0027B
Docket No. 9025
George A. Valdez
Olivia M. Valdez
P.O. Box 187
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0045
Docket No. 9026
D. Mario Chavez

Emily Ulibarri Chavez
No. 110 Road 3000
Aztec, NM 87410

Mabel C. Ulibarri
Henry Ulibarri
P.O. Box 429, Building 17342
Hwy 84/64 North
Tierra Amarilla, NM 87575

<u>Subfile No. CHRB-006-0008A</u>
Docket No. 9027
Thomas Gaylor
P.O. Box 835
Tierra Amarilla, NM 87575

<u>Subfile No. CHRB-007-0002</u>
Docket No. 9028
The El Llano Co., Inc.
Richard P. Cook
P.O. Box 38
Española, NM 87532

<u>Subfile No. CHRU-001-0019</u>A
Docket No. 9029
Cary Daugherty
Craig Daugherty
HC 75 Box 119
Chama, NM 87520

Dated:  December 4, 2007

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile