IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rito de Tierra Amarilla, |
| ROMAN ARAGON, *et al.,* | Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |
| Defendants. | |

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's November 15, 2007 Motion to Set Aside Entry of Default (Doc. No. 9017). Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

IT IS ORDERED, THEREFORE, that the October 2, 2006 Clerk's Entry of Default (Doc. No. 8400) with respect to the following defendants is hereby set aside:

| | |
|---|---|
| Lizette M. Martinez | CHCC-003-0003 |
| Marcus J. Martinez | CHCC-003-0003 |
| Michael A. Martinez | CHCC-003-0003 |
| Deborah L. Martinez | CHCC-003-0003 |

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
_____
SPECIAL MASTER