IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

Subfile No. CHTA-003-0015

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico's November 15, 2007 Withdrawal of Motion for Default Judgment and Motion to Set Aside Entry of Default (Doc. No. 9018) of defendants Josie Sanchez Dubois and Magdalene Sanchez in the Rito de Tierra Amarilla subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the March 17, 2006 Clerk's Entry of Default (Doc. No. 8172) with respect to the following defendants is hereby set aside:

    Josie Sanchez Dubois     CHTA-003-0015

    Magdalene Sanchez       CHTA-003-0015

                          BRUCE D. BLACK
                          UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
_____
SPECIAL MASTER VICKIE L. GABIN

_Vickie L. Gabin_
_____
SPECIAL MASTER VICKIE L. GABIN