IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* | ) | |
| State Engineer, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV 07941 BB |
| | ) | |
| | ) | RIO CHAMA Stream System |
| | ) | |
| ROMAN ARAGON, *et al.*, | ) | Sections 3, 5 and 7 |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT ON WILD AND SCENIC RIVER ACT CLAIM**

Pursuant to the Court's Order Granting Joint Motion to Amend Scheduling Order of July 12, 2007 (No. 8730), the State of New Mexico *ex rel.* State Engineer ("State") and the United States file this joint status report regarding the status of their progress in the past 90 days toward a final agreement for resolving the United States' Wild and Scenic Rivers Act reserved right claim for the Rio Chama ("Rio Chama WSRA Claim").

The State has provided the United States with a revised proposal on December 4, 2007, incorporating the language agreed by both parties in the Consent Order on the Rio Jemez WSRA claim, and proposing a resolution of the technical issues presented in the United States' Rio Chama WSRA claim.

The parties anticipate that a proposed agreement can be reached between the attorneys for the United States and the State by the end of February 2008. As before, an additional 2 to 3 months may still be required to address any concerns of the Rio Chama Acequias Association ("RCAA") and the Associacion de Acequias Norteñas de Rio Arriba ("Acequias Norteñas") which may have not been resolved in the agreement

between the United States and the State.  Final approval by the United States will then

require a further 1 to 3 months after the attorneys reach a final form of agreement.

The parties will file an additional status report with the Court in 90 days.

Respectfully Submitted,


____/s/Arianne Singer_____
Special Assistant Attorney General
NM Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-6150


_____telephonically approved_____
David Gehlert, Esq.
U.S. Dept. of Justice
1961 Stout Street, 8th Floor
Denver, CO  80294
(303) 844-1386


## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December 2007, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

__/s/_____
Arianne Singer

2