IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Andrew Valdez | CHCJ-002-0035 |
| Agapito Sanchez | CHCJ-003-0026 |
| Beulah Sanchez | CHCJ-003-0026 |
| Abraham A. Chavez | CHCJ-003-0058 |
| Lena E. Chavez | CHCJ-003-0058 |
| Charles Vigil, Jr. | CHCJ-003-0054 |

and as grounds therefore plaintiff states:

1.    The above-named defendants are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed October 2, 2007 (Doc. No. 8940).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting

...

default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the Office of the State Engineer Hydrographic Survey for Section 3 of the Rio Chama Stream, Canjilon Creek, as amended.

DATED: December 5, 2007

                                       Respectfully submitted,

                                        /s/ Ed Newville
                                       EDWARD G.  NEWVILLE
                                       Special Assistant Attorney General
                                       Office of State Engineer
                                       P.O. Box 25102
                                       Santa Fe, NM 87504-5102
                                       (505) 867-7444 phone
                                       (505) 867-2299 facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   5th   day of December, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Andrew Valdez
P.O. Box 605
Canjilon, NM 87515

Agapito Sanchez
Beulah Sanchez
6501 Avalon Rd., NW
Albuquerque, NM 87105

Abraham A. Chavez
Lena E. Chavez
815 N. Aztec Blvd.
Aztec, NM 87410

Charles Vigil, Jr.
1120 Industrial Park Rd., Ste. 302
Española, NM 87532

                                                     /s/ Ed Newville
                                              EDWARD G. NEWVILLE