IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

          Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 3: Canjilon Creek

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and requests the Court

to join as additional parties the persons or entities named below and order them to answer the State's

Complaint in this action as required in any civil action in the United States District Court or suffer

default judgment against them.  In support of this motion, the State asserts:

1.    The persons or entities listed below are diverting and using or may claim the right to

divert and use surface or underground waters within the Rio Chama Stream System.

Joseph D. Montoya    CHCJ-003-0053     P.O. Box 561, Canjilon NM 87515

David Manuel Maes    CHCJ-002-0049B    P.O. Box 634, Canjilon NM 87515

These waters belong to the public and are subject to appropriation in accordance with laws of

the State of New Mexico.  This Court has exclusive jurisdiction to adjudicate all claims to the right to

divert, store, or use public waters of the Rio Chama Stream System.

2.    The persons or entities listed above are in Section 3 of the Rio Chama Stream System,

and may be diverting and using water associated with the subfile numbers listed, or may otherwise be

using or diverting surface or underground waters within Section 3 of the Rio Chama Stream System.

DATED: December 5, 2007

Respectfully submitted,

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___5___ day of December, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.