IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Sections 3 and 7 |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

### APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | proof of service filed |
|---|---|---|
| Chris Martinez | CHRB-004-0042 | July 24, 2007 (Doc. 8745) |
| Chris Montaño | CHCJ-002-0050<br>CHCJ-003-0030 | December 26, 2001 (Doc. 6470) |

| Defendant | Subfile No. | waiver of service of summons filed |
|---|---|---|
| Ensenada MDWCA | CHRB-004-0062 | April 9, 2002 (Doc. 6603) |

Dated: December 5, 2007

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General

                                            Office of State Engineer
                                            P.O. Box 25102
                                            Santa Fe, NM 87504-5102
                                            (505) 867-7444 phone
                                            (505) 867-2299 facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   5   day of December, 2007 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Chris Martinez
P.O. Box 271
Tierra Amarilla, NM 87575

Chris Montaño
5454 Monterey Cove NW
Albuquerque, NM 87114

Ensenada Mutual Water Consumers' Association
Tess Casados
P.O. Box 32
Tierra Amarilla, NM 87575

                                              /s/ Ed Newville
                                            EDWARD G.  NEWVILLE