IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

07 DEC -7 AM 10: 19

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 3 and 7

## CLERK'S CERTIFICATE OF DEFAULT

    I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico,
certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State
of New Mexico, and the records of my office indicate that service of process commanding the
following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Proof of Service Filed |
|---|---|---|
| Chris Martinez | CHRB-004-0042 | July 24, 2007, 2007 (Doc. 8745) |
| Chris Montaño | CHCJ-002-0050 | December 26, 2001 (doc. 6470) |

    I further certify, that the records of my office indicate the following defendant waived service
of summons in this proceedings as follows:

| Defendant | Subfile No. | Waiver of Service of Summons Filed |
|---|---|---|
| Ensenada MDWCA | CHRB-004-0062 | April 9, 2002 (Doc. 6603) |

    I further certify that the above-named defendants have failed to appear, answer, or otherwise
file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this _____ day of December, 2007.

MATTHEW J. DYKMAN,
DISTRICT COURT CLERK

By: _____
Deputy Clerk