IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

        Plaintiff,

   vs.

ROMAN ARAGON, *et al.*,
       Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Sections 3 and 7

## CERTIFICATE OF SERVICE

    I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following defendants on the 13th day of December, 2007.

Subfile No. CHTA-004-0021C
Docket No. 9044
Deborah Ulibarri
Teodoro D. Ulibarri
P.O. Box 526
Tierra Amarilla, NM 87575

Subfile No. CHCC-004-0003
Docket No. 9045
Cleofas Sanchez
Miguel R. Sanchez
P.O. Box 131
Los Ojos, NM 87551

Subfile No. CHCJ-004-0028
Docket No. 9046
Alfredo J. Trujillo
Mae C. Trujillo
P.O. Box 563
St Rd 115 House 15
Canjilon, NM 87515

Subfile No. CHCJ-003-0027
Docket No. 9047
Tammy Baca
7186 Ordway Blvd. #B
Fort Lewis, WA 9433-1123

Subfile No. CHCJ-006-0003A
Docket No. 9048
Rubina Vigil
P.O. Box 91556
ABQ,NM 87199

Subfile No. CHCJ-006-0003C
Docket No. 9049
Wayne A. Vigil
P.O. Box 454
Canjilon, NM 87515

Subfile No. CHCJ-006-0003D
Docket No. 9050
Theodore C. Lobato
P.O. Box 503
Canjilon, NM 87515

Subfile No. CHCV-003-0005A
Docket No. 9051
Dr. Pat Hale
7100 Menual NE
ABQ, NM 87110

Subfile No. CHCV-003-0005B
Docket No. 9052
Dr. Pat Hale
7100 Menual NE
ABQ, NM 87110

Subfile No. CHRB-009-0030
Docket No. 9053
Willie Trujillo Jr.
1504 Finch Ave.
Farmington, NM 87401

Subfile No. CHRU-001-0019C
Docket No. 9054
Edward Cowan

HC 75 Box 67
Los Ojos, NM 87551

Subfile No. CHRU-002-0004A
Docket No. 9055
Ross Family Trust
HC 75 Box 1024
Rutheron, NM 87551

Subfile No. CHTA-003-0024A
Docket No. 9056
Leo E. Rodela
P.O. Box 118
Tierra Amarilla, NM 87575

Dated:  December 13, 2007

    /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile