IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 and 7 |
| Defendants. | |

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Chris Martinez | CHRB-004-0042 |
| Roberto Martinez | |
| Chris Montaño | CHCJ-002-0050 |
| | CHCJ-003-0030 |
| Ensenada MDWCA | CHRB-004-0062 |

and as grounds therefore plaintiff states:

1.      Defendants Chris Martinez, Chris Montaño and Ensenada MDWCA are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed December 7, 2007 (Doc. No. 9043). Defendant Roberto Martinez is in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed November 26, 2007 (Doc. No. 9021).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting

default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the Office of the State Engineer Hydrographic Surveys for Sections 3 and 7 of the Rio Chama Stream, as amended.

                                                   Respectfully submitted,

                                                   /s/ Ed Newville
                                                 EDWARD G. NEWVILLE
                                                 Special Assistant Attorney General
                                                 Office of State Engineer
                                                 P.O. Box 25102
                                                 Santa Fe, NM 87504-5102
                                                 (505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___3___ day of January, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Chris Martinez
Roberto Martinez
P.O. Box 271
Tierra Amarilla, NM 87575

Chris Montaño
5404 Monterey Cove NW
Albuquerque, NM 87114

Ensenada Mutual Water Consumers' Association
Tess Casados
P.O. Box 32
Tierra Amarilla, NM 87575

                                                 /s/ Ed Newville
                                                 EDWARD G. NEWVILLE