**Robert F. Sanchez**
ATTORNEY AT LAW
P.O. Box 695
Las Vegas, New Mexico 87701
Telephone: (505) 425-3211
Facsimile: (505) 425-3571

MEMORANDUM

**TO:**  Edward G. Newville, Special Assistant Attorney General, Office
of the State Engineer

**FROM:**  Robert F. Sanchez

**DATE:**  April 11, 2006

**RE:**  Adjudication of Water Rights Claims in Section 7 of Rio Chama
Stream System; Subfile Number CHRB-005-0003A and Subfile
Number CHRB-005-0003B

Enclosed for your review and approval is the form of the Consent
Order on Subfile Number CHRB-005-0003A.

The form of the Consent Order conforms in all material respects to
the one you last sent for my review and approval.  I did, however,
add language to the Consent Order recognizing that the priority date
for the water rights appurtenant to the land and the quantity of
surface water to which each water right is entitled - both elements
of the water rights under Subfile Number CHRB-005-0003A - will be
determined later, in accordance with the procedural order issued by
Vickie L. Gabin on November 19, 2002.

I also added language to the original Consent Order that clarifies
some textual ambiguities present in it.  I suspect those sort of
uncertainties in meaning are inevitable when one drafts a legal
document that in substance will be used to address a large number
of separate legal claims.

The form of the Consent Order for Subfile Number CHRB-005-0003B will
be the same as the enclosed one.  The contents of the other subfile
will, of course, differ with respect to the names of the landowners
(Joe R. Sanchez and Robert F. Sanchez) and the amount of the
irrigated acreage (1.0 acres).

Please let me know whether the form of the Consent Order is
acceptable to you, or whether you will require changes to it.  After
you and I have agreed on the form of the Consent Order for each
Subfile Number CHRB-005-0003A and Subfile Number CHRB-005-0003B, I
will have the particular landowners sign and date the individual
orders and then forward them to your office for presentation to the
presiding judge.

Thank you for your attention to this memorandum.

RFS/ljp

**Exhibit A**

**MEMORANDUM**
Edward G. Newville
April 11, 2006
Page 2

Enclosure:  as stated

xc:  Joe R. Sanchez
     Emilia Duran