**Robert F. Sanchez**
ATTORNEY AT LAW
P.O. Box 695
Las Vegas, New Mexico 87701
Telephone: (505) 425-3211
Facsimile: (505) 425-3571

**MEMORANDUM**

**TO**: Edward G. Newville

**FROM**: Robert F. Sanchez

**DATE**: August 9, 2006

**RE**: Memorandum dated May 29, 2006


I have yet to hear back from you on my memorandum to you dated May 29, 2006, which I sent you in response to your letter to me dated April 20, 2006, regarding your comments on the form of the Consent Order that I prepared for Subfile Number CHRB-005-0003A. I would appreciate a response from you on that item of correspondence, a copy of which is enclosed for your reference.

Thank you for your attention to this memorandum.

RFS/ljp

Enclosure: as stated

xc: Joe R. Sanchez (w/o enclosure)

Exhibit D