

# S T A T E   O F   N E W   M E X I C O
## OFFICE OF THE STATE ENGINEER

| | | |
|---|---|---|
| John R. D'Antonio, Jr. P.E.<br>State Engineer | **LITIGATION & ADJUDICATION**<br>**PROGRAM**<br>130 South Capitol<br>Santa Fe, New Mexico 87501 | Mailing Address:<br>P.O. Box 25102<br>Santa Fe, NM 87504-5102<br>Telephone: (505) 827-6150<br>Fax: (505) 827-3887 |

August 30, 2006

Robert F. Sanchez
P.O. Box 695
Las Vegas, NM 87701

Re:     Adjudication of water rights, Section 7 of the Rio Chama Stream System
**Subfile CHRB-005-0003A and CHRB-005-0003B**

Dear Mr. Sanchez:

I again request that you approve the original form of the proposed orders that I have sent to you. Unfortunately, I cannot agree to the changes you propose.

For example, the language in the Consent Orders that the defendants should be enjoined from the use of water except in <u>strict</u> accordance with the water rights set forth in the order (or in other orders that might be entered by the Court) has been used in hundreds if not thousands of orders that have been entered by the Court in this and other stream system adjudications. To delete the word "strict" as you propose suggests a different standard, perhaps one of mere substantial compliance, which would not acceptable for purposes of administration. I do not believe it necessary to cite to any authority for the proposition that all water rights must be exercised in strict compliance with the adjudication orders of the Court.

Please call me if you would like to discuss the matter further.

Sincerely,

Ed Newville
Special Assistance Attorney General

**Exhibit E**