FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

08 JAN -3 PM 3: 45

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

    Plaintiff,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

## CERTIFICATE OF SERVICE

I hereby certify that I mailed first-class, postage prepaid a copy of Defendant Robert F. Sanchez's Answer to Complaint for Adjudication of Surface Water Rights to Edward G. Newville, Special Assistant Attorney General, Office of the State Engineer, Legal Services Division, P.O. Box 25102, Santa Fe, New Mexico 87504-5102, on January 3, 2008.

Robert F. Sanchez, Defendant *pro se*
P.O. Box 695
Las Vegas, New Mexico 87701
Telephone: (505) 425-3211