IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

Subfile Nos. CHCV-003-0005A
                CHCV-003-0005B

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

THIS MATTER is before the Court on the State of New Mexico's December 4, 2007 Motion to Set Aside Entry of Default (Doc. No. 9033) of defendant Dr. Pat Hale in the Village of Chama subsection of Section 7.  Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the November 26, 2007 Clerk's Entry of Default (Doc. No. 9021) with respect to the following defendant is hereby set aside:

    Dr. Pat Hale        CHCV-003-0005A
                              CHCV-003-0005B

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN