IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Chama Mainstream<br><br>Subfile No. 529 |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed December 6, 2007 (Doc. No. 9042).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that DELVIN L. GARCIA and SARAH L. GARCIA are substituted for defendant CLEOFAS ESQUIBEL in these proceedings with respect to the water rights under Subfile 529 in the Chama Mainstream Section.

　　　　　　　　　　　　　　　　　　*/s/ Bruce D. Black*
　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN