IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Chama Mainstream<br><br>Acequia de Esquibel<br>Subfile No. 529 |

## STIPULATION ON PRIORITY DATE

The Plaintiff State of New Mexico, *ex rel.* State Engineer and defendants Delvin L. Garcia and Sarah L. Garcia are in agreement on the priority date on the water rights described in the Order filed March 10, 1971 (Doc. No. 1670) in Subfile 529 (Tract 4.52) and enter into a stipulation on the priority date of those water rights as follows:

1. Priority: **1734**

Dated: December 6, 2007


State of New Mexico *ex rel.* State Engineer

*/s/ Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

_____
DELVIN L. GARCIA
P.O. Box 701
Abiquiu, NM 87510

_____
SARAH L. GARCIA
P.O. Box 701
Abiquiu, NM 87510