IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) ) RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) Sections 3, 5, and 7 |
| Defendants. | ) ) ) |

ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53, a general status conference is hereby set for Monday, February 18, 2008, at 9:30 a.m. in the Auxiliary Courtroom, second floor, United States District Court, 120 South Federal Place, Santa Fe, NM.

Counsel should submit agenda items to the Special Master no later than Monday, February 4; the agenda for discussion will be filed that week.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER