IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) |
| ROMAN ARAGON et al., | ) RIO CHAMA STREAM SYSTEM ) ) |
| Defendants. | ) ) |

### NOTICE AND ORDER SETTING MULTI-CASE
### STATUS AND SCHEDULING CONFERENCE ON PUEBLO CLAIMS

THIS MATTER is before the Special Master following the July 11, 2007, multi-case status and scheduling working session on Pueblo Indian water rights claims, the entry of the July 16, 2007, Order Setting Deadlines for Proposed Case Priorities Order, and the filing of various Joint Status reports by the involved parties.

An off-the-record status and scheduling conference is scheduled for Tuesday, February 19, 2008, at 9:30 a.m in the Auxiliary Courtroom, second floor, United States District Court, 120 South Federal Place, Santa Fe, NM.

Parties shall come prepared with proposed amendments to existing scheduling orders.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER