IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

        Plaintiff,

   v.

ROMAN ARAGON et al,

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 4: Rio El Rito

## ENTRY OF APPEARANCE

I, Peter Thomas White, hereby enter my appearance as the attorney for Roberta Orona-Cordova, successor-in-interest by mesne conveyance to approximately three acres with irrigation water rights under the Acequia del Medio adjudicated to the defendant Amarante Varos in Subfile No. 12B.42. This entry of appearance is limited to the Rio El Rito section of this adjudication suit for the purpose of allowing Ms. Orona-Cordova to file a response in opposition to the defendant El Rito Community Ditch Association's Motion for Declaration of Water Allocation Customs (Doc. No. 8629, filed April 23, 2007). The undersigned attorney shall take no position regarding prior adjudication of water rights that is contrary to any position taken by the plaintiff State of New Mexico on the relation of State Engineer in the prior proceedings in this case.

Dated: January 18, 2008.

                                               /s/
                                    PETER THOMAS WHITE
                                    Sena Plaza, Suite 50
                                    125 East Palace Avenue
                                    Santa Fe, New Mexico 87501
                                    Telephone: 505-984-2690

Facsimile: 505-216-0021

## CERTIFICATE OF SERVICE

I certify that on January 18, 2008, I filed the forgoing electronically through the CM/ECF system, which caused the parties and counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

_____/s/_____
Peter Thomas White