IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

Plaintiff,

v.

ROMAN ARAGON et al,

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 4: Rio El Rito

## MOTION FOR PARTIAL SUBSTITUTION OF PARTY

**COMES NOW** Roberta Orona-Cordova and requests the court pursuant to Rule 25(C), Fed.R.Civ.P., to enter an order substituting her, in part, for defendant Amarante Varoz. Ms. Orona-Cordova has acquired part of the water right acreage adjudicated to Amarante Varoz in Subfile Order No. 12B.42. In support of this motion Ms. Orona-Cordova states:

1. The defendant Amarante Varoz was adjudicated water rights for 6.7 acres of land irrigated from the Acequia del Medio in tract 12B.42.

2. By Warranty Deed dated March 18, 1988, Amarante Varoz and Magdalena Varoz, his wife, conveyed to their daughter Sencionita Jaramillo approximately 3 acres of land which includes lands with adjudicated water rights in tract 12B.42.

3. By Warranty Deed dated March 11, 2005, Sencionita Jaramillo and Jose R.V. Jaramillo, her husband, conveyed to Ms. Orona-Cordova 3.019 acres of land which includes lands with adjudicated water rights in tract 12B.42.

4. Ms. Orona-Cordova filed a Change of Ownership of Water Right with the State Engineer Office for 3.019 acres with irrigation water rights in tract 12B.42 on March 22, 2005.

**WHEREFORE** the movant Roberta Orona-Cordova requests the court to grant this request to partially substitute her, in part, for Amarante Varoz as a defendant in the El Rito Section of the Rio Chama adjudication suit. This motion is not opposed by the plaintiff State of New Mexico on the relation of the State Engineer.

Dated: January 18, 2008.

/s/
PETER THOMAS WHITE
Sena Plaza, Suite 50
125 East Palace Avenue
Santa Fe, New Mexico 87501
Telephone: 505-984-2690
Facsimile: 505-216-0021

## CERTIFICATE OF SERVICE

I certify that on January 18, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the parties and counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

/s/
Peter Thomas White