IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, |
| Defendants. | Cañones Creek, Village of Chama |

## ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed January 21, 2008 (Doc. No. 9075). Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

| | | |
|---|---|---|
| Herman Candelaria | CHCV-003-0022 CHCV-003-0041 CHCV-003-0042 CHCV-003-0043 | P.O. Box 39, Chama NM 87520 |
| Michael J. Roundy | CHCV-003-0022 CHCV-003-0043 | 10404 Las Palmas, NW Albuquerque, NM 87114 |
| Puanani Kauaihilo | CHCV-003-0022 CHCV-003-0043 | 10404 Las Palmas, NW Albuquerque, NM 87114 |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approved:

*Vickie L. Gabin*

_____
SPECIAL MASTER VICKIE L. GABIN