IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>  Plaintiff,<br><br>-v-<br><br>ROMAN ARAGON et al.,<br><br>  Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

## ORDER VACATING AND RESETTING STATUS CONFERENCE

The status conference set for Monday, February 18, 2008 (Docket No. 9071) is hereby vacated. The status conference is re-set for March 10, 2008 at 9:30 a.m. in the Auxiliary Courtroom, second floor, United States District Court, 120 South Federal Place, Santa Fe, NM..

Counsel should submit agenda items to the Special Master no later than Monday, February 18; the agenda for discussion will then be filed.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER