IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

      vs.

ROMAN ARAGON, *et al.,*

            Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

**NOTICE OF FILING OF CROSS REFERENCE AND INDEX
FOR INDIVIDUAL SUBFILES IN SECTION 5, RIO GALLINA**

      The State of New Mexico on the relation of the State Engineer gives notice of the filing of the attached cross reference and index of Rio Chama Section 5 adjudication subfile numbering to file numbers assigned by the Office of the State Engineer (OSE) for administrative purposes to individual water uses described in Section 5 subfile orders. The OSE file numbers in the attached cross reference and index represent the indexing of Section 5 subfile orders as abstracted by the OSE in WATERS (Water Administration Technical Engineering Resource System) and supercedes all previously assigned OSE file numbers, including those described in individual subfile orders entered by the Court.

Dated: January 28, 2008

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __28th__ day of January, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:


     /s/ Ed Newville
EDWARD G.  NEWVILLE

-2-

**CROSS REFERENCE AND INDEX OF RIO CHAMA SECTION 5
ADJUDICATION SUBFILE NUMBERING
TO OSE FILE NUMBERS AS ABSTRACTED IN W.A.T.E.R.S.**

| Rio Chama Adjudication Subfile Number | subfile header | acreage | OSE File Number |
|---|---|---|---|
| CHGA-001-0001 | A | 19.0 | SD 06108-1 |
| CHGA-001-0002 | A | 27.9 | SD 06108-2 |
| CHGA-001-0003 | A | 63.6 | SD 06108-3 |
| CHGA-001-0004 | A | 3.2 | SD 06108-4 |
| CHGA-001-0005 | A | 3.2 | SD 06108-5 |
| CHGA-001-0006 | A | 7.2 | SD 06108-6 |
|  | B | 21.3 | SD 00466-1 |
| CHGA-001-0007 | A | 15.3 | SD 06108-7 |
| CHGA-001-0008A | A | 47.8 | SD 06108-8 |
| CHGA-001-0008B | A | 39.6 | SD 06108-9 |
| CHGA-001-0009 | A | 1.5 (NR) | SD 00466-2 |
| CHGA-001-0010 | A | 1.9 | SD 00466-3 |
| CHGA-001-0011 | A | 2.5 | SD 00466-4 |
| CHGA-001-0012 | A | 1.6 | SD 00466-5 |
| CHGA-001-0013 | A | 0.6 | SD 00466-6 |
| CHGA-001-0014 | A | 2.8 | SD 00466-7 |
| CHGA-001-0015 | A | 14.0 | SD 00466-8 |
| CHGA-001-0016 | A | 5.8 | SD 00466-9 |

| | | | |
|---|---|---|---|
| CHGA-001-0017 | A | 0.1 (NR) | SD 00466-10 |
| CHGA-001-0018 | A | 0.1 (NR) | SD 01126-1 |
| CHGA-002-0001 | A | 5.7 | SD 00466-11 |
| | B | 24.7 (NR) | SD 00466-22 |
| CHGA-002-0002 | A | 4.2 (NR) | SD 00466-12 |
| CHGA-002-0003A | A | 0.5 | SD 00466-13 |
| CHGA-002-0003B | A | 2.3 | SD 00466-14 |
| CHGA-002-0003C | A | 2.1 | SD 00466-15 |
| CHGA-002-0004 | A | 25.1 | SD 00466-16 |
| CHGA-002-0005 | A | 12.3 | SD 00466-17 |
| CHGA-002-0006A | A | 43.2 | SD 00466-18 |
| | B | 10.2 | SD 03370-1 |
| | C | 47.9 (NR) | SD 00466-23 |
| CHGA-002-0006B | A | 5.6 | SD 00466-19 |
| | B | 2.4 (NR) | SD 00466-24 |
| CHGA-002-0007 | A | 3.2 | SD 01126-2 |
| CHGA-002-0008 | A | 0.5 | SD 01126-3 |
| CHGA-002-0009A | A | 1.2 | SD 01126-10 |
| CHGA-002-0009B | A | 1.3 | SD 00462-2 |
| CHGA-002-0009C | A | 0.3 | SD 001126-4 |
| CHGA-002-0010 | A | 1.1 | SD 01126-5 |
| CHGA-002-0011 | A | 2.8 | SD 01126-6 |

| | | | |
|---|---|---|---|
| CHGA-002-0012 | A | 2.4 | SD 01126-7 |
| CHGA-002-0013 | A | 18.2 | SD 00462-3 |
| | B | 0.8 (NR) | SD 00462-52 |
| CHGA-002-0014 | A | 15.2 | SD 00462-4 |
| CHGA-002-0015 | A | 14.0 | SD 00462-5 |
| CHGA-002-0016 | A | 8.6 | SD 00462-6 |
| CHGA-002-0017 | A | 2.4 | SD 00462-7 |
| CHGA-002-0018 | A | 7.3 | SD 00462-8 |
| | B | 0.5 (NR) | SD 00462-53 |
| CHGA-002-0020 | A | 8.7 | SD 00462-9 |
| CHGA-002-0021A | A | 6.5 | SD 00462-10 |
| | B | 1.0 (NR) | SD 00462-54 |
| CHGA-002-0021B | A | 2.5 | SD 00462-11 |
| CHGA-002-0021C | A | 1.1 | SD 00462-12 |
| CHGA-002-0022 | A | 2.7 | SD 00462-13 |
| CHGA-002-0023 | A | 1.0 | SD 00462-14 |
| CHGA-002-0024A | A | 1.4 | SD 00462-15 |
| CHGA-002-0024B | A | 2.4 | SD 00462-16 |
| CHGA-002-0025 | A | 36.8 | SD 00462-17 |
| | B | 19.7 | SD 00462-55 |
| CHGA-002-0026 | A | 6.6 | SD 00462-18 |
| | B | 0.3 (NR) | SD 00462-56 |

| | | | |
|---|---|---|---|
| CHGA-002-0027A | A | 11.4 | SD 00462-19 |
| | B | 0.9 (NR) | SD 00462-57 |
| CHGA-002-0027B | A | 10.7 | SD 00462-20 |
| | B | 0.8 (NR) | SD 00462-58 |
| CHGA-002-0028A | A | 1.3 | SD 00462-21 |
| CHGA-002-0028B | A | 1.3 | SD 00462-22 |
| CHGA-002-0028C | A | 1.2 | SD 00462-23 |
| CHGA-002-0028D | A | 1.3 | SD 00462-24 |
| CHGA-002-0029 | A | 1.1 | SD 00462-25 |
| CHGA-002-0030A | A | 1.2 | SD 00462-26 |
| CHGA-002-0030B | A | 1.1 | SD 00462-27 |
| CHGA-002-0031 | A | 2.3 | SD 00462-28 |
| CHGA-002-0032 | A | 1.8 | SD 00462-29 |
| CHGA-002-0033 | A | 1.7 | SD 00462-30 |
| CHGA-002-0034 | A | 1.2 | SD 00462-31 |
| CHGA-002-0035A | A | 0.6 | SD 00462-32 |
| | B | 0.2 (NR) | SD 00462-59 |
| CHGA-002-0035B | A | 0.3 | SD 00462-33 |
| CHGA-002-0036 | A | 0.9 | SD 00462-34 |
| CHGA-002-0037 | A | 1.4 | SD 00462-35 |
| CHGA-002-0038 | A | 2.4 | SD 00462-36 |
| CHGA-002-0039 | A | 2.7 | SD 00462-37 |

| | | | |
|---|---|---|---|
| CHGA-002-0040 | A | 1.0 | SD 00462-38 |
| CHGA-002-0041 | A | 6.6 | SD 01126-8 |
| CHGA-002-0042 | A | 10.8 | SD 00462-39 |
| | B | 5.2 | SD 00462-60 |
| CHGA-002-0043 | A | 1.0 | SD 00462-40 |
| | B | 0.8 (NR) | SD 00462-61 |
| CHGA-002-0044 | A | 0.7 | SD 00462-41 |
| | B | 1.0 (NR) | SD 00462-62 |
| CHGA-002-0045 | A | 0.8 (NR) | SD 01126-9 |
| CHGA-002-0046 | A | 1.4 | SD 00462-42 |
| CHGA-002-0047 | A | 16.0 | SD 00466-20 |
| | B | 2.9 | SD 00466-25 |
| CHGA-002-0048 | A | 14.9 (NR) | SD 00462-43 |
| CHGA-002-0049 | A | 0.5 (NR) | SD 00466-21 |
| CHGA-002-0050 | A | 9.1 | SD 00462-44 |
| | B | 0.5 (NR) | SD 00462-63 |
| CHGA-002-0051 | A | 4.0 (NR) | SD 06136-1 |
| CHGA-003-0001A | A | 27.2 | SD 00462-45 |
| | B | 8.2 (NR) | SD 00462-64 |
| CHGA-003-0001B | A | 2.3 | SD 00462-46 |
| CHGA-003-0002 | A | 9.3 | SD 00462-47 |
| | B | 7.4 (NR) | SD 00462-65 |

| | | | |
|---|---|---|---|
| CHGA-003-0003A | A | 3.1 | SD 06129-1 |
| CHGA-003-0003B | A | 26.3 | SD 06129-2 |
| CHGA-003-0003C | A | 3.1 | SD 06129-3 |
| CHGA-003-0003D | A | 3.2 | SD 06129-4 |
| CHGA-003-0004A | A | 3.5 | SD 06129-5 |
| CHGA-003-0004B | A | 1.9 | SD 06129-6 |
| CHGA-003-0005 | A | 3.5 | SD 06129-7 |
| CHGA-003-0006 | A | 8.7 | SD 00462-48 |
| CHGA-003-0007 | A | 24.2 | SD 00462-49 |
| | B | 1.3 (NR) | SD 00462-66 |
| CHGA-003-0008 | A | 5.0 | SD 06129-8 |
| CHGA-003-0009 | A | 2.8 | SD 06129-9 |
| CHGA-003-0010 | A | 1.9 | SD 06129-10 |
| | B | 0.2 (NR) | SD 06129-29 |
| CHGA-003-0011 | A | 0.8 | SD 06129-11 |
| CHGA-003-0012A | A | 0.2 | SD 06129-12 |
| | B | 0.8 (NR) | SD 06129-30 |
| CHGA-003-0012B | A | 1.7 | SD 06129-13 |
| CHGA-003-0012C | A | 2.3 | SD 06129-14 |
| CHGA-003-0013 | A | 1.9 | SD 06129-15 |
| CHGA-003-0014 | A | 1.9 | SD 06129-16 |

| | | | |
|---|---|---|---|
| CHGA-003-0015 | A | 8.3 | SD 06129-17 |
| CHGA-003-0016 | A | 4.8 | SD 06129-18 |
| | B | 0.3 (NR) | SD 06129-31 |
| CHGA-003-0017 | A | 3.5 | SD 06129-19 |
| CHGA-003-0018 | A | 1.2 | SD 06129-20 |
| CHGA-003-0019 | A | 1.8 | SD 06129-21 |
| CHGA-003-0020 | A | 13.2 | SD 03247-1 |
| | B | 0.2 (NR) | SD 03247-9 |
| | C | 0.4 | SD 06129-22 |
| CHGA-003-0021 | A | 11.6 | SD 03247-2 |
| CHGA-003-0022 | A | 8.8 | SD 03247-3 |
| CHGA-003-0023 | A | 30.9 | SD 03247-4 |
| CHGA-003-0024A | A | 7.0 | SD 03247-5 |
| CHGA-003-0024B | A | 5.0 | SD 03247-6 |
| CHGA-003-0025 | A | 2.8 | SD 03247-7 |
| | B | 1.7 | SD 06129-23 |
| | C | 0.5 (NR) | SD 03247-8 |
| CHGA-003-0026 | A | 1.0 | SD 00462-50 |
| CHGA-003-0027 | A | 0.2 | SD 06129-24 |
| CHGA-003-0028 | A | 0.1 | SD 06129-25 |
| CHGA-003-0029 | A | 19.1 | SD 00462-51 |
| CHGA-003-0030 | A | 1.7 (NR) | SD 06129-26 |

| CHGA-003-0031 | A | 0.8 (NR) | SD 06129-27 |
| CHGA-004-0001A | A | 37.6 | SD 06127-1 |
| | B | 0.5 (NR) | SD 06127-4 |
| CHGA-004-0001B | A | 1.9 | SD 06127-2 |
| CHGA-004-0001C | A | 3.2 | SD 06127-3 |
| CHGA-004-0002 | A | 0.7 | SD 06129-28 |
| CHGA-004-0003 | A | 2.8 | SD 06134-2 |
| | B | 3.2 (NR) | SD 06134-3 |
| CHGA-004-0004 | A | 6.2 | SD 06134-4 |
| CHGA-004-0005 | A | 7.6 (NR) | SD 06136-2 |
| CHGA-004-0006 | A | 12.3 | SD 06134-1 |
| CHGA-005-0003 | A | 8.5 (NR) | SD 06135-1 |
| CHGA-005-0004 | A | 43.3 (NR) | SD 06135-2 |