IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) |
| ROMAN ARAGON et al., | ) RIO CHAMA STREAM SYSTEM ) ) Section 4, El Rito |
| Defendants. | ) ) |

ORDER TAKING UNDER ADVISEMENT MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Special Master on the January 28, 2008, Motion for Extension of Time (Docket No. 9083) filed by Plaintiff State of New Mexico ex rel. State Engineer (State). The Motion requests an extension of time for the State to take a position on the Motion for Declaration of Water Allocation Customs filed April 23, 2007 by the El Rito Ditch Association (No. 8629).

This matter should be the subject of a scheduling order which details an orderly and efficient proceeding. Accordingly, Mr. Ed Newville, counsel for the State, Ms. Mary Humphrey, counsel for the El Rito Ditch Association, Mr. Peter White, counsel for Defendant Roberta Orona-Cordova, and any other counsel involved in this issue will be prepared with a proposed scheduling and procedural order for discussion at the March 10, 2008, general status conference for Sections 3, 5, and 7.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER