IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*  )
State Engineer,                )
                               )
            Plaintiff,         )        No. 69cv7941 BB
                               )
        v.                     )        RIO CHAMA Stream System
                               )
ROMAN ARAGON, *et al.*,        )        Wild & Scenic River Section
                               )
            Defendants.        )
_____)

**JOINT STATUS REPORT**

Pursuant to the Special Master's *Second Amendment to Scheduling Order for Adjudication of Wild and Scenic River Claim* (Doc. No. 8790) filed September 7, 2007, the United States and the State of New Mexico ("parties") file this Joint Status Report on negotiations regarding the United States' federal reserved water right for the Rio Chama.   The State made a settlement offer to the United States shortly before the holidays.  The United States has reviewed that offer and finds the flows proposed to be acceptable.  The United States has asked the State to agree to clarify the wording of a couple of sections of the proposed decree.  The United States and the State anticipate the clarifications can be done in time to provide an agreed upon proposed decree to the other parties prior to the scheduling conference set for March 10, 2008.  The Court's order directed the United States and the State to request a status conference to discuss future proceedings in this matter.  The parties respectfully suggest that this matter be discussed at the March 10 scheduling conference.

DATED this 6th day of February, 2008.


Respectfully Submitted,


DAVID W. GEHLERT
U.S. Department of Justice
Environment & Natural
        Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Phone:  (303) 844-1386
Fax:  (303) 844-1350
*Attorney for Plaintiff United
States of America*

ARIANNE SINGER
Special Assistant Attorney General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
*Attorney for Plaintiff State of
New Mexico*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2008 I filed the foregoing electronically through the CM/ECF system which cased the following parties on the electronic service list, set forth in the Notice of Electronic Filing, to be served via email.

David W. Gehlert

Arianne Singer
Special Assistant Attorney General
Office of the State Engineer
PO Box 25102
Santa Fe, NM 87504-5102

John W. Utton
Sheehan, Sheehan & Stelzner, PA
PO Box 271
Albuquerque, NM 87103-0271

Fred Waltz
PO Box 6390
Taos, NM 87571