IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7:Rito de Tierra Amarilla

**Subfile No. CHTA-003-0008**

### ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES AND TO VACATE CONSENT ORDER FILED APRIL 10, 2002

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed January 22, 2008 (Doc. No. 9076).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Patricia A. Alvarado, Juanita Atencio, Richard Atencio, Frances Castellano, Lawrence Castellano, Margie Atencio, Silviano Atencio, Anna Atencio Ferrell and Carmella Atencio Varos are substituted for Defendant Viola M. Atencio in these proceedings.

FURTHER, IT IS ORDERED that the Consent Order filed April 10, 2002 (Doc. No. 6634) in subfile CHTA-003-0008 is hereby vacated.

                                                         */s/ Bruce D. Black*_____
                                                         BRUCE D. BLACK
                                                         UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN