IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

　　　　　　　Plaintiff,

　　vs.

ROMAN ARAGON, *et al.,*

　　　　　　　Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Cañones Creek, Section 7

**Subfile No. CHCC-001-0016**

## <u>CONSENT ORDER</u>

　　The Court, having considered the agreement between the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and Defendants:

### DALE R. ELLIOTT
### VIRGINIA V. ELLIOTT

("Defendants") concerning the Defendants' right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1.　The Court has jurisdiction over the State of New Mexico *ex rel.* State Engineer, the Defendants and the subject matter of this suit.

2.　The State and the Defendants are in agreement concerning the Defendants' right to divert and use the public waters of the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures appearing below, the State and the Defendants have approved and accepted the elements of Defendants' water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to elements of the claims of the Defendants adjudicated by this order.

4.     The right of the Defendants to divert and use the public waters from the Rio Chama Stream System, Cañones Creek, Section 7, is set forth below:

A.     **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s):** NONE

**Priority:**     Reserved for future determination by court order entered November 19, 2002.

**Source of Water:**     Surface water of Cañones Creek, a tributary of the Rio Chama.

**Purpose of Use:**     IRRIGATION

**Point of Diversion:**
     **Ditch:**        DAGGET DITCH NO. 2
     **Location: X=** 1,557,421 feet        **Y=**     2,118,196 feet
     New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
     Within the Tierra Amarilla Grant                    3.9acres
                                                         _____
                                         Total     3.9 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCC-001-0016

**Amount of Water:**     Reserved for future determination by court order entered November 19, 2002.


B.     **NO RIGHT (Surface Water Irrigation Use Only):**

**Office of the State Engineer Files No(s):** 0434, 0434-C and 0434-F

**Priority:**     NONE

**Source of Water:**     Surface water of Cañones Creek, a tributary of the Rio Chama.

**Purpose of Use:**     NO RIGHT

**Point of Diversion:**
    **Ditch:**        DAGGET DITCH NO. 2
    **Location: X=** 1,557,421 feet        **Y=**     2,118,196 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
    Within the Tierra Amarilla Grant            2.8 acres

                           Total   2.8 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCC-001-0016

**Amount of Water:**   NONE

5.    The description of the surface water rights of the defendants in this order, and the "No Right" acreage in paragraph 4 above, shall have no effect on Defendants' right to impound surface water in the pond located within the "No Right" acreage pursuant to the permit approved by the Office of State Engineer on April 13, 1998, under OSE Permit No. 0434-F.

6.    Defendants have no surface water irrigation rights in the Rio Chama Stream System, Cañones Creek, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

7.    Defendants, his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the water rights described herein.

8.    The water rights described herein are adjudicated subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendants to divert and use the waters of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein.  The Defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of the Defendants' water rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER


ACCEPTED: _____     ACCEPTED: _____
           DALE R. ELLIOTT                         VIRGINIA V. ELLIOTT

ADDRESS: 2305 CALLE DE SANCHO N   ADDRESS: 2305 CALLE DE SANCHO US
          ABQ, NM 87104                    ABQ NEW MEXICO 87104

DATE: 12-20-07                     DATE: 12-20-07


Consent Order                    -4-                    Subfile No. CHCC-001-0016

_Eo Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

1/07/08
Date

001-0016
A 3.9 ac.

Daggett Ditch No. 2

001-0016
B 2.8 ac.

NR



LEGEND

Irrigated Tract Boundary
No Right Tract Boundary
Seeped Land
Operable Ditch / Lateral
Inoperable Ditch / Lateral
Reservoir / Stock Pond

Point of Diversion
F   Fallow
NR   No Right



N
W   E
S

1 inch = 200 feet

0   50  100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Canones Creek Section**

Subfile Number
**CHCC 001-0016**
Daggett Ditch No. 2
AMENDED
November 19, 2007

