# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-006-0003E**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### ADELA MARTINEZ
### ERALDO MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System,  Canjilon Creek, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   NONE

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

> **Ditch:**        RUMALDITA MARTINEZ/A.A. GARCIA DITCH
>
> **Location: X=**  1,583,072   feet   **Y=**  1,978,364   feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

> Section 01, Township 25N, Range 04E, N.M.P.M.
>
> Pt. SE¼                                     5.8  acres
>
> Section 06, Township 25N, Range 05E, N.M.P.M.
>
> Pt. SW¼                                     0.1  acres
>
>                                   Total     5.9 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-006-0003E

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon

Creek, Section 3, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek,

Section 3, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Canjilon Creek, Section 3,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3,

except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _____   SIGNATURE _____
         ADELA MARTINEZ                      ERALDO MARTINEZ

ADDRESS:  P.O. Box 513              ADDRESS:  P.O. Box 513
          Canjilon N.M                       Canjilon N.M.
          87515                              87515
DATE:     12-26-07                  DATE:     12-26-07

Consent Order                3                Subfile No.: CHCJ-006-0003E

EDWARD G. NEWVILLE
Special Assistant Attorney General

1.23.08
Date



RUMALDITA MARTINEZ / A.A. GARCIA DITCH

006-0003E
A 0.1 ac.
F

006-0003E
A 3.4 ac.
F

006-0003E
A 2.4 ac.
F

Carson National Forest

LEGEND

| | |
|---|---|
| Irrigated Tract Boundary | Point of Diversion |
| No Right Tract Boundary | F  Fallow |
| Seeped Area | NR  No Right |
| ▶ Operable Ditch | |
| - - - Inoperable Ditch | |
| Stock Ponds / Reservoir | |

N
W    E
S

1 inch = 300 feet

0  50 100    200    300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E., State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-006-0003E
Rumaldita Martinez /
A.A. Garcia Ditch
AMENDED
October 20, 2006