IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

**Subfile No.: CHTA-003-0011**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    **EMILIE LUNA ANTHONY**
    **ESTATE OF ESTHER BRUNO**
    **ESTATE OF OLIVIA CARMODY**
    **MARCELLA HASSON**
    **FRANK D. LUNA IV**
    **GILBERT LUNA SR.**
    **HILARIO LUNA**
    **SALOMON A. LUNA**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch:** NUTRITAS DITCH NO. 2
   **Location: X=** 1,564,319   feet   **Y=** 2,071,785   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 5.6 acres |
| Total | 5.6 acres |

As shown on the 2001 Hydrographic Survey Map CHTA- 3.
**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE: _[signature]_ SALOMON A. LUNA
ADDRESS: PO Box 85, Tierra Amarilla, NM 87575
DATE: 10-2-07

SIGNATURE: _[signature]_ ESTATE OF ESTHER BRUNO
ADDRESS: 31623 Meadow Ln, Winchester, CA 92596
DATE: 10.9.07

SIGNATURE: _Debbie Jensen_ ESTATE OF OLIVIA CARMODY
ADDRESS: 7952 Palm Ave, Yucca Valley, Ca 92284
DATE: 10-25-07

SIGNATURE: _Marcella Hasson_ MARCELLA HASSON
ADDRESS: 13148 La Jolla Cir 303B, La Mirada, Calif 90638
DATE: 12-30-07

SIGNATURE: _Marie D. Luna Leach, Power of Attorney_ HILARIO LUNA
ADDRESS: ~~16488 Montana Lane~~ Huntington Bch, Ca. 92649
DATE: ~~11-10-07~~ 1-18-08

SIGNATURE: _Gilbert Luna_ SR. GILBERT LUNA SR.
ADDRESS: 544 Barlane Pl, N.W., Albuq, N. Mex. 87107
DATE: 1-18-08

SIGNATURE: _[signature]_ FRANK D. LUNA IV
ADDRESS: 24796 Sun Star Ln, Dana Point, CA 92629
DATE: 11-10-07

SIGNATURE: _Emily Luna Anthony_ EMILIE LUNA ANTHONY
ADDRESS: 1456 S Highland Ave, Fullerton CA 92832
DATE: 11-10-07

SIGNATURE: _Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

Date: 1.30.08