IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

             Plaintiff,

    vs.

ROMAN ARAGON, *et al.*,
      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza
Blanca, Cañones Creek, Village of
Chama

## CERTIFICATE OF SERVICE

       I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for

the subfiles listed below was mailed to each of the following Defendants on the 10th day of February,

2008.

Subfile No. CHCV-002-0039C
Docket No. 9077
Maximiliano Rivas
P.O. Box 634
Chama, NM 87520

Subfile No. CHCV-002-0039D
Docket No. 9077
Luis Lopez
P.O. Box 182
Chama, NM 87520

Subfile No. CHRB-005-0007A
Docket No. 9077
Ronald B. Rodela
P.O. Box 437
Chimayo, NM 87522

Subfile No. CHRB-006-0027
Docket No. 9077
David Maestas

P.O. Box 224
Tierra Amarilla, NM 87575

Dated: February 10, 2008

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile
