IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, Defendants. | Sections 3 and 7 |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the filed Consent Order for the subfiles listed below was mailed to each of the following Defendants on the 10th day of February, 2008.

Subfile No. CHCC-003-0012
Docket No. 9090
El Barranco LLC
P.O. Box 2706
Durango, CO 81302

Subfile No. CHCJ-002-0008
Docket No. 9091
John J. Serrano
P.O. Box 426
Canjilon, NM 87515

Subfile No. CHCC-001-0016
Docket No. 9092
Dale R. Elliott
Virginia V. Elliott
2305 Calle de Sancho NW
Albuquerque, NM 87104

Subfile No. CHCC-002-0006A
Docket No. 9093
Charles R. Sanders
Darlene Sanders

HC 75 Box 83
Chama, NM 87520

Subfile No. CHCC-004-0001
Docket No. 9096
El Barranco LLC
P.O. Box 2706
Durango, CO 81302

Subfile No. CHCC-004-0017
Docket No. 9097
Jose A. Sanchez
HC 75 Box 1313
Los Ojos, NM 87551

Subfile No. CHCJ-002-0023
Docket No. 9098
John J. Serrano
P.O. Box 426
Canjilon, NM 87515

Subfile No. CHCJ-002-0049A
Docket No. 9099
Fermin Maes
P.O. Box 543
Canjilon, NM 87515

Subfile No. CHCJ-006-0003B
Docket No. 9100
Norman D. Vigil
P.O. Box 623
Canjilon, NM 87515

Subfile No. CHCJ-006-0003E
Docket No. 9101
Adela Martinez
Eraldo Martinez
P.O. Box 513
Canjilon, NM 87515

Subfile Nos. CHRB-005-0013 and CHTA-003-0011
Docket Nos. 9102 and 9103
Estate of Esther Bruno
31623 Meadow Ln.
Winchester, CA 92596.

Estate of Olivia Carmody
7952 Palm Avenue
Yucca Valley, CA 92284

Marcella Hasson
13148 La Jolla Cir., Unit B
La Mirada, CA 90638-3306

Hilario Luna
16428 Martin Lane
Huntington Beach, CA 92649

Gilbert Luna, Sr.
544 Barlane Pl. NW
Albuquerque, NM 87107-5447

Salomon A. Luna
P.O. Box 85
Tierra Amarilla, NM 87575

Frank D. Luna IV
24796 Sun Star Ln.
Dana Point, CA 92629

Emilie Luna Anthony
1456 South Highland Ave. # J108
Fullerton, CA 92832

<u>Subfile No. CHTA-003-0055</u>
Docket No. 9104
Felipe C. Atencio
P.O. Box 801
Tierra Amarilla, NM 87575

<u>Subfile Nos. CHTA-004-0009A & CHTA-004-0009B</u>
Docket Nos. 9105 & 9106
Kim Montaño
Mark L. Montaño
6101 Picture Rock Pl. NW
Albuquerque, NM 87120

Dated: February 12, 2008

                                                        /s/ Ed Newville
                                               EDWARD G. NEWVILLE

Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile