IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.*,
    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Sections 3 and 7

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Default Order for the subfiles listed below was mailed to each of the following defendants on the 19th day of February, 2007.

Subfile No. CHRB-004-0042
Docket No. 9109
Chris Martinez
Roberto Martinez
P.O. Box 271
Tierra Amarilla, NM 87575

Subfile No. CHCJ-002-0035
Docket No. 9110
Andrew Valdez
P.O. Box 605
Canjilon, NM 87515

Subfile No. CHCJ-003-0026
Docket No. 9110
Agapito Sanchez
Beulah Sanchez
6501 Avalon Rd., NW
Albuquerque, NM 87105

Subfile No. CHCJ-003-0054
Docket No. 9110

Charles Vigil, Jr.
1120 Industrial Park Rd., Ste. 302
Española, NM 87532
(last known address)

Subfile No. CHCJ-003-0058
Docket No. 9110
Abraham A. Chavez
Lena E. Chavez
815 N. Aztec Blvd.
Aztec, NM 87410

Subfile No. CHCJ-002-0050
Docket No. 9111
Chris Montaño
5404 Monterey Cove NW
Albuquerque, NM 87114
(last known address)

Subfile No. CHCJ-003-0030
Docket No. 9111
Chris Montaño
5404 Monterey Cove NW
Albuquerque, NM 87114
(last known address)

Dated: February 19, 2008

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile