IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Sections 3 and 7 |
| Defendants. | |

### APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | Waiver of Service of Summons Filed |
|---|---|---|
| Jacob D. Montaño | CHCJ-003-0033A | Party substituted for defendants Evaristo C. Montaño and Hortance Montaño by Order filed October 9, 2007 (Docket No. 8945); original waivers of service of summons filed January 29, 2001 (Docket No. 6140) |
| Lawrence G. Montaño | CHCJ003-0033A CHCJ-003-0033C | Party substituted for defendants Evaristo C. Montaño and Hortance Montaño by Order filed October 9, 2007 (Docket No. 8945); original waivers of service of summons filed January 29, 2001 (Docket No. 6140) |
| Robert M. Montaño | CHCJ003-0033A | Party substituted for defendants |

| | | |
|---|---|---|
| | CHCJ-003-0033D | Evaristo C. Montaño and Hortance Montaño by Order filed October 9, 2007 (Docket No. 8945); original waivers of service of summons filed January 29, 2001 (Docket No. 6140) |
| Ortance Garcia | CHCJ003-0033A<br>CHCJ-003-0033E | Party substituted for defendants Evaristo C. Montaño and Hortance Montaño by Order filed October 9, 2007 (Docket No. 8945); original waivers of service of summons filed January 29, 2001 (Docket No. 6140) |
| Isidoro Manzanares | CHTA-005-0005 | February 19, 2002 (Docket No. 6537) |
| Andrews Living Trust | CHRB-004-0048 | April 9, 2002 (Docket No. 6603) |

| Defendant | Subfile No. | Proof of Service Filed |
|---|---|---|
| Martin Romero | CHTA-004-0001D | October 31, 2007 (Docket No. 8979) |

Dated: February 22, 2008

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __22st__ day of February, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Jacob D. Montaño
434 Reeves
Las Cruces, NM 88005

Lawrence G. Montaño
2609 Naramis NE
Albuquerque, NM 87112

Robert M. Montaño
5009 Montego Pl. NE
Albuquerque, NM 87111

Ortance Garcia
308 Glorieta NE
Albuquerque, NM 87123

Isidoro Manzanares
P.O. Box 642
Tierra Amarilla, NM 87575
(last known address)

Andrews Living Trust
c/o J. Lance Andrews
P.O. Box 97
Tierra Amarilla, NM 87575

Martin Romero
7329 Yorktown Ave. NE
Albuquerque, NM 87109

                                                      /s/ Ed Newville
                                                      EDWARD G. NEWVILLE