IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Subfile No. X-2 |

### MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) moves the Court to issue its order substituting the United States of America ("United States") for defendant Guy Scull Estate in these proceedings with respect to the water rights under Subfile X-2 in the Chama Mainstream Section, and as grounds states the following:

1.      The United States is the current owner of the land and water rights described in the subfile order entered on January 5, 1970 (Doc. No. 769) in connection with defendant Guy Scull Estate and subfile X-2 in the Chama Mainstream Section.

2.      The State of New Mexico and the United States wish to enter into a stipulation to be filed with Court on the priority date of those water rights.

3.      The United States does not oppose the granting of this motion.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting the United States of America for defendant Guy Scull Estate in these proceedings.

                                                                Respectfully submitted,

>   /s/ Ed Newville
> EDWARD G. NEWVILLE
> Special Assistant Attorney General
> Office of State Engineer
> P.O. Box 25102
> Santa Fe, NM 87504-5102
> (505) 867-7444 phone
> (505) 867-7444 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __22nd__ day of February, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

>   /s/ Ed Newville
> EDWARD G. NEWVILLE