IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>ROMAN ARAGON et al., )<br>)<br>Defendants. )<br>) | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5, and 7 |

NOTICE OF AGENDA FOR STATUS CONFERENCE

A general status conference has been set for Monday, March 10, 2008 at 9:30 a.m. in the Auxiliary Courtroom, second floor, United States District Court, 120 South Federal Place, Santa Fe, NM (Docket No. 9082). Agenda items are as follows:

1. the status of individual subfile work in Sections 3 and 7;
2. the redetermination of priority dates in Section 1: status of State's work on private ditches, status of report by Special Master on disputed priority dates of community ditches;
3. Section 5: priority dates and irrigation water requirements; non-federal stockwatering uses; timing of section *inter se* proceedings;
4. federal stockwatering uses in Section 3 and 5;
5. customs claims in Section 4;
6. the status of Wild & Scenic River Acts claims by the United States;
7. the Jicarilla Apache Tribe's survey on recently acquired lands;
8. historical reports by Acequia Norteñas; and
9. any other matter relevant to these proceedings.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER