IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

08 MAR -3 PM 2:56

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 3 and 7

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Proof of Service Filed |
|---|---|---|
| Martin Romero | CHTA-004-0001D | October 31, 2007 (Docket No. 8979) |

I further certify, that the records of my office indicate the following defendant waived service of summons in this proceedings as follows:

| Defendant | Subfile No. | Waiver of Service of Summons Filed |
|---|---|---|
| Jacob D. Montaño | CHCJ-003-0033A | Party substituted for defendants Evaristo C. Montaño and Hortance Montaño by Order filed October 9, 2007 (Docket No. 8945); original waivers of service of summons filed January 29, 2001 (Docket No. 6140) |

| | | |
|---|---|---|
| Lawrence G. Montaño | CHCJ003-0033A<br>CHCJ-003-0033C | Party substituted for defendants Evaristo C. Montaño and Hortance Montaño by Order filed October 9, 2007 (Docket No. 8945); original waivers of service of summons filed January 29, 2001 (Docket No. 6140) |
| Robert M. Montaño | CHCJ003-0033A<br>CHCJ-003-0033D | Party substituted for defendants Evaristo C. Montaño and Hortance Montaño by Order filed October 9, 2007 (Docket No. 8945); original waivers of service of summons filed January 29, 2001 (Docket No. 6140) |
| Ortance Garcia | CHCJ003-0033A<br>CHCJ-003-0033E | Party substituted for defendants Evaristo C. Montaño and Hortance Montaño by Order filed October 9, 2007 (Docket No. 8945); original waivers of service of summons filed January 29, 2001 (Docket No. 6140) |
| Isidoro Manzanares | CHTA-005-0005 | February 19, 2002 (Docket No. 6537) |
| Andrews Living Trust | CHRB-004-0048 | April 9, 2002 (Docket No. 6603) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 3rd day of ~~February~~ March, 2008.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk