IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer, ) | | |
| ) | | |
| Plaintiff, ) | 69cv07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA STREAM SYSTEM | |
| ) | | |
| ROMAN ARAGON, et al., ) | Section 3:  Canjilon Creek | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

## MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

COMES NOW the Plaintiff State of New Mexico, ex rel. State Engineer and requests the Court to join as additional parties the person or entities named below and order them to answer the State's Complaint in this action as required in any civil action in the United States District Court or suffer default against them.  In support of this motion, the State asserts:

1. The persons or entities listed below are diverting and using or may claim the right to divert and use surface or underground waters within the Rio Arriba Stream System.

    Jose Lorenzo Martinez, Jr.    CHCJ-003-0056    P.O. Box 411, Canjilon, NM 87515
                                                CHCJ-003-0057

These waters belong to the public and are subject to appropriation in accordance with laws of the State of New Mexico.  This Court has exclusive jurisdiction to adjudicate all claims to the right to divert, store, or use public waters of the Rio Chama Stream System.

2. The persons or entities listed above are in Section 3 of the Rio Chama Stream

System, and may be diverting and using water associated with the subfile numbers listed, or may otherwise be using or diverting surface or underground waters within Section 3 of the Rio Chama Stream System.

                                  Respectfully Submitted

                                  ____/s/_____
                                  ARIANNE SINGER
                                  Special Assistant Attorney General
                                  New Mexico Office of the State Engineer
                                  P.O. Box 25102
                                  Santa Fe, NM 87504-5102
                                  (505) 827-6150 phone
                                  Attorney for Plaintiff State of New Mexico

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of March, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                  __/s/_____
                                     Arianne Singer