IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>**Subfile X-2** |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed February 22, 2008 (Doc. No. 9116).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the United States of America is substituted for defendant Guy Scull Estate in these proceedings with respect to the water rights under subfile X-2 (Section 1, Chama Mainstream).

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN