IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 1, Chama Mainstream

Subfile No. X-2

## STIPULATION ON PRIORITY DATE

The Plaintiff State of New Mexico, *ex rel.* State Engineer and the United States of America are in agreement that there is no basis to redetermine or reconsider the priority date (January 26, 1948) of the water rights described in the Order filed January 5, 1970 (Doc. No. 769) in subfile X-2, Chama Mainstream Section, and hereby enter into a stipulation on the priority date of those water rights as follows:

1.  Priority: **January 26, 1948**

Dated: January 17, 2008

State of New Mexico *ex rel.* State Engineer

*Eo Newville* 2·27·08

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

2/14/08

DAVID W. GEHLERT
United States Department of Justice
Environment and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294
(303) 844-1386