IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer, ) | | |
| ) | | |
| Plaintiff, ) | | 69cv07941-BB |
| ) | | |
| vs. ) | | RIO CHAMA STREAM SYSTEM |
| ) | | |
| ROMAN ARAGON, et al., ) | | Section 3:  Canjilon Creek |
| ) | | |
| Defendants. ) | | |
| _____) | | Subfile No. CHCJ-002-0055 |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P.25(c) moves the Court to issue its order substituting RICHARD MARTINEZ and DOLORES MARTINEZ for ERMALINDA INTINI in these proceedings, and as grounds states as follows:

1. The current owners of the land and water rights under subfile CHCJ-002-0055 are Richard Martinez and Dolores Martinez.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting Richard Martinez and Dolores Martinez for Ermalinda Intini in these proceedings.

                                                                     _____/s/_____
                                                                       ARIANNE SINGER
                                                                       Special Assistant Attorney General
                                                                       New Mexico Office of the State Engineer
                                                                       P.O. Box 25102
                                                                       Santa Fe, NM 87504-5102
                                                                       (505) 827-6150
                                                                       Attorney for Plaintiff State of New Mexico

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of March 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Richard Martinez
Dolores Martinez
8606 Paseo Alegre, S.W.
Albuquerque, NM 87105