IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) CIVIL ACTION FILE NO. 6:69-CV-07941-BB RIO CHAMA STREAM SYSTEM |
| Plaintiff, | ) ) Village of Chama, Section 7 Subfile No. CHCV-004-0004A |
| v. | ) ) **NOTICE OF APPEARANCE BY** |
| ROMAN ARAGON, et al., | ) ) ) **RICHARD S. MACKENZIE AS ATTORNEY FOR JAMES A. HEATH AND DOS RIOS RANCH, LLC** |
| Defendants. | ) ) |

The undersigned Richard S. Mackenzie respectfully gives notice of his appearance as attorney of record for James A. Heath and Dos Rios Ranch, LLC.

Respectfully submitted this 6th day of March, 2008.

*/s/ Richard S. Mackenzie*
Richard S. Mackenzie
Attorney for JAMES HEATH
1127 Paseo de Peralta
Santa Fe, NM 87501
(505) 982-9823
fax (505) 982-8329
rmlaw202@aol.com

**Certificate of Service**
I hereby certify by my signature above that on the above date I served a true copy of the foregoing document upon the parties as follows:

| by CM/ECF notice to: | by CM/ECF notice and regular mail to: |
|---|---|
| Hon. Edward G. Newville | Dos Rios Development LLC |
| Special Assistant Attorney General | Chama Investments, Inc. |
|    for the Office of the State Engineer | Attn: Mr. Dan Terrell, President |
| Post Office Box 977 | Post Office Box 116 |
| Placitas, NM 87043 | Chama, New Mexico 87520 |
| ednewville@ixpn.com | |