IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel.<br>State Engineer,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.<br>6:69-CV-07941-BB<br>RIO CHAMA STREAM SYSTEM<br>Village of Chama, Section 7<br>Subfile No. CHCV-004-0004A<br><br>**NOTICE OF APPEARANCE BY**<br>**RICHARD S. MACKENZIE AS**<br>**ATTORNEY FOR JAMES A. HEATH**<br>**AND DOS RIOS RANCH, LLC** |

　　　　The undersigned Richard S. Mackenzie respectfully gives notice of his appearance as attorney of record for James A. Heath and Dos Rios Ranch, LLC.

　　　　Respectfully submitted this 6th day of March, 2008.

　　　　　　　　　　　　　　　　　　Richard S. Mackenzie
　　　　　　　　　　　　　　　　　　Attorney for JAMES HEATH
　　　　　　　　　　　　　　　　　　1127 Paseo de Peralta
　　　　　　　　　　　　　　　　　　Santa Fe, NM 87501
　　　　　　　　　　　　　　　　　　(505) 982-9823
　　　　　　　　　　　　　　　　　　fax (505) 982-8329
　　　　　　　　　　　　　　　　　　rmlaw202@aol.com

**Certificate of Service**
I hereby certify by my signature above
that on the above date I served a true copy
of the foregoing document upon the parties
as follows:

| by CM/ECF notice to: | by CM/ECF notice and regular mail to: |
|---|---|
| Hon. Edward G. Newville<br>Special Assistant Attorney General<br>　　for the Office of the State Engineer<br>Post Office Box 977<br>Placitas, NM 87043<br>ednewville@ixpn.com | Dos Rios Development LLC<br>Chama Investments, Inc.<br>Attn: Mr. Dan Terrell, President<br>Post Office Box 116<br>Chama, New Mexico 87520 |