IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) | CIVIL ACTION FILE NO. 6:69-CV-07941-BB RIO CHAMA STREAM SYSTEM |
| Plaintiff, | ) ) | Village of Chama, Section 7 Subfile No. CHCV-004-0004A |
| v. | ) ) | **AMENDED STATEMENT OF WATER** |
| ROMAN ARAGON, et al., | ) ) | **RIGHT CLAIM BY JAMES A. HEATH AND DOS RIOS RANCH, LLC** |
| Defendants. | ) ) | |

James A. Heath, a resident of Santa Fe, New Mexico ("James Heath") and Dos Rios Ranch, LLC, a New Mexico limited liability company ("Dos Rios Ranch, LLC") (together, sometimes, "James Heath"), hereby submits this amended statement of water rights claim to the water rights appurtenant to a certain 24.5 acres of land, as described in more detail below. As support for his water rights claim, James Heath respectfully states as follows:

1. This amended statement of claim amends the claim originally filed on October 9, 2007, and seeks an adjudication in favor of James Heath for water rights described in Chamita Valley Ditch File No. SP-968, subfile CHCV-004-0004A (the "968-0004A Subfile"), in the Office of the State Engineer, the same being part of the water rights subject to the present adjudication.

2. On May 30, 2003, James Heath, as grantee, from Dos Rios Development, LLC and its manager Chama Investments, Inc., as grantor (separately or together, "Grantor"), obtained fee simple title by a Warranty Deed (the "2003 Deed") to that certain real property, part

of the Historic Hall Ranch, more particularly described in Exhibit A attached hereto ("Dos Rios Ranch").

3. At the same time James Heath acquired title to Dos Rios Ranch by the 2003 Deed, he simultaneously acquired from Grantor all right, title and interest in and to 140 acres of surface water, those being all water rights of the Historic Hall Tract as of that date (the "Historic Hall Water Rights") (together, the "Transaction"). Some of the Historic Hall Water Rights purchased by James Heath were appurtenant to a certain 24.5 acres adjacent to Dos Rios Ranch, the 24.5 acres being described in that certain plat of survey made on or about May 8, 2003 and attached hereto as Exhibit C, and identified by the portion that is cross-hatched.

4. Based on the 2003 Deed and the Transaction, Grantor had all right, title and interest in and to the Historic Hall Water Rights, which included the 24.5 acres at the time of the Transaction, the same having been acquired by Grantor prior to May 30, 2003.

5. James Heath transferred fee simple title and the Historic Hall Water Rights to Dos Rios Ranch, LLC, a New Mexico LLC, by Grant Deed, attached hereto as Exhibit D.

6. The 24.5 acres is displayed on the map attached hereto as Exhibit E. The subfile designation within the 968-0004 Subfile, 004-0004A, suggests that Grantor may purport to own the water rights on the 24.5 acres.

7. The water rights appurtenant to the 24.5 acres were severed therefrom by their transfer to James Heath in the 2003 Deed and in the Transaction, and by Grantor's failure to reserve water rights in the 2003 Deed or otherwise in the Transaction. To the extent that any of

the Historic Hall Water Rights were held by Grantor at the time of the Transaction, any such water rights are included within this claim.

8. On information and belief, there are no deeds, permits, or licenses that create any water rights superior to this claim by James Heath.

WHEREFORE, James Heath respectfully asks the Court to accept this Amended Statement of Water Rights Claim; to award to James Heath and/or Dos Rios Ranch, LLC, the water rights on the 24.5 acres; and for such other and further relief in law and equity arising from the water rights on the 24.5 acres as he may be entitled to in the premises.

Respectfully submitted this 6th day of March, 2008.

Richard S. Mackenzie
Attorney for JAMES HEATH
1127 Paseo de Peralta
Santa Fe, NM 87501
(505) 982-9823
fax (505) 982-8329
rmlaw202@aol.com

**Certificate of Service**

I hereby certify by my signature above
that on the above date I served a true copy
of the foregoing document upon the parties
as follows:

by CM/ECF notice to:
Hon. Edward G. Newville
Special Assistant Attorney General
    for the Office of the State Engineer
Post Office Box 977
Placitas, NM 87043
ednewville@ixpn.com

by CM/ECF notice and regular mail to:
Dos Rios Development LLC
Chama Investments, Inc.
Attn: Mr. Dan Terrell, President
Post Office Box 116
Chama, New Mexico 87520

File No. 00303021 JR / Chama Title Company, Inc.

## WARRANTY DEED

<u>Dos Rios Development LLC, a New Mexico limited liability company</u>
_____, for consideration paid, grants to
<u>James A. Heath, a single man</u>
whose address is <u>438 San Pasqual, Santa Fe, NM 87501</u>
the following described real estate in _____<u>Rio Arriba</u>_____ County, New Mexico:

North Tract, containing 35.00 acres and South Tract, containing 327.77 acres, as shown on plat entitled "PLAT OF BOUNDARY SURVEY OF TWO PARCELS FOR DOS RIOS DEVELOPMENT, LLC A PORTION OF THE HISTORIC HALL TRACT... LYING WEST OF THE VILLAGE OF CHAMA...", filed in the Office of the County Clerk, Rio Arriba County, New Mexico, on May 29, 2003, in Plat Book A1, page 161, as Document No. 233446.

**233541**

FILED IN THE COUNTY CLERK'S OFFICE
AT __7__ O'CLOCK __P__ M
Book __447__ Page __525__
MAY 30 2003

County Clerk RA County
New Mexico
By _____ Deputy

Subject to: Reservations, restrictions and easements of record and taxes for the year 2003 and thereafter,

with warranty covenants.

Witness my hand this __30th__ day of __May__, __2003__.

_____
Dos Rios Development, LLC

### ACKNOWLEDGEMENT FOR CORPORATION

State of New Mexico )
                    ) SS.
County of Rio Arriba )

This instrument was acknowledged before me on this __30th__ day of __May__, __2003__., by __Richard R. Terrell__, Vice President, of <u>Chama Investments, Inc.</u>, a <u>New Mexico</u> corporation, as managing partner of Dos Rios Development, LLC, a New Mexico limited liability company, on behalf of said corporation.

My commission expires: _____
                                    Notary Public

(Seal)

OFFICIAL SEAL
Janet K. Reis
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 5-6-06

**EXHIBIT A**

SHORT FORM WARRANTY DEED
Form SD001NM Rev. 02/10/98

File No. 00310022 JR2   /   Chama Title Company, Inc.

## WARRANTY DEED

Dos Rios Development L.L.C., a New Mexico limited liability company
_____, for consideration paid, grants to
James A. Heath, a single man
whose address is 428 San Pasqual, Santa Fe, NM 87501
the following described real estate in _____RIO ARRIBA_____ County, New Mexico:

SOUTH TRACT, containing, 13.156 acres, as shown on plat entitled "SURVEY FOR DOS RIOS DEVELOPMENT, LLC WITHIN THE VILLAGE OF CHAMA A PORTION OF THE HISTORIC HALL TRACT...", filed in the Office of the County Clerk, Rio Arriba County, New Mexico, on December 30, 1999, in Plat Book S-022, page 6552, as Document No. 164430.

RIO ARRIBA
J. FRED VIGIL, COUNTY CLERK
200508226
Book 528 Page 8226
1 of 1
10/28/2005 01:09:48 PM
BY DELORA

Subject to:  Reservations, restrictions and easements of record and taxes for the year 2004 and thereafter.

with warranty covenants.

Witness my hand this 15th day of June 2004.

Dos Rios Development L.L.C., a New Mexico limited
liability company, by: Chama Investments, a New
Mexico corporation, as Managing Partner

### ACKNOWLEDGEMENT FOR CORPORATION

State of New Mexico   )
                     ) ss.
County of Rio Arriba )

This instrument was acknowledged before me on this 15th day of June 2004, by Richard R. Terrell, Vice President, of Chama Investments, a New Mexico corporation, on behalf of said corporation.

My commission expires: _____

(Seal)   OFFICIAL SEAL
         Janet K. Reis
         NOTARY PUBLIC
         STATE OF NEW MEXICO
         My Commission Expires 6-6-06

Notary Public


EXHIBIT B



## GRANT DEED

JAMES A. HEATH, a married man dealing in his sole and separate property, for love and affection and for no other consideration, grants to DOS RIOS RANCH, LLC, a New Mexico limited liability company, whose address is P. O. Box 535, Chama, New Mexico 87520 the following described real property located in the county of Rio Arriba, state of New Mexico, to wit:

North Tract, containing 35.00 acres and South tract, containing 327.77 acres, as shown on plat entitled "PLAT OF BOUNDARY SURVEY OF TWO PARCELS FOR DOS RIOS DEVELOPMENT, LLC A PORTION OF THE HISTORIC HALL TRACT...LYING WEST ON THE VILLAGE OF CHAMA...", filed in the Office of the County Clerk Rio Arriba County, New Mexico on May 29, 2003, in Plat Book A1, page 161, as Document No. 233446.

Subject to easements and rights of way, to ad valorem real estate taxes for the year 2006 and subsequent years, to rights of redemption and to encumbrances, covenants, protective covenants, indentures, patents or other reservations, restrictions and conditions of record.

IN WITNESS WHEREOF, JAMES A. HEATH has set his hand and seal this 27th day of January, 2006.

JAMES A. HEATH

STATE OF NEW MEXICO  } ss.
COUNTY OF BERNALILLO }

This instrument was acknowledged before me on January 27, 2006, by James A. Heath, a married man dealing in his sole and separate property.

Notary Public

My Commission Expires: Jul 8, 2006

This instrument was prepared by M. Dwight Hurst, Attorney at Law, Albuquerque, New Mexico.

RIO ARRIBA
J. FRED VIGIL, COUNTY CLERK
200600927
Book 529 Page 927
1 of 1
02/03/2006 10:10: AM
BY SHIRLEYK

EXHIBIT D

