IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 and 7 |
| Defendants. | |

**MOTION FOR DEFAULT JUDGMENT**

  COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Jacob D. Montaño | CHCJ-003-0033A |
| Lawrence G. Montaño | CHCJ003-0033A |
| | CHCJ-003-0033C |
| Robert M. Montaño | CHCJ003-0033A |
| | CHCJ-003-0033D |
| Ortance Garcia | CHCJ003-0033A |
| | CHCJ-003-0033E |
| Isidoro Manzanares | CHTA-005-0005 |
| Andrews Living Trust | CHRB-004-0048 |

and as grounds therefore plaintiff states:

  1.  The defendants named above are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed March 3, 2008 (Docket No.

9120).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the Office of the State Engineer Hydrographic Surveys for Sections 3 and 7 of the Rio Chama Stream, as amended.

                                  Respectfully submitted,

                                    /s/ Ed Newville
                                EDWARD G. NEWVILLE
                                Special Assistant Attorney General
                                Office of State Engineer
                                P.O. Box 25102
                                Santa Fe, NM 87504-5102
                                (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___12th___ day of March, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Jacob D. Montaño
434 Reeves
Las Cruces, NM 88005

Lawrence G. Montaño
2609 Naramis NE
Albuquerque, NM 87112

Robert M. Montaño
5009 Montego Pl. NE
Albuquerque, NM 87111

Ortance Garcia
308 Glorieta NE
Albuquerque, NM 87123

Isidoro Manzanares
P.O. Box 642
Tierra Amarilla, NM 87575
(last known address)

Andrews Living Trust
c/o J. Lance Andrews
P.O. Box 97
Tierra Amarilla, NM 87575

                                                                               /s/ Ed Newville
                                                                              EDWARD G.  NEWVILLE