IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 5, Rio Gallina |
| Defendants. | |

**NOTICE OF ERRATA**

The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following error in the Notice by State of New Mexico of Filing of Cross Reference and Index for Individual Subfiles in Section 5, Rio Gallina filed January 28, 2008 (Docket No. 9084).

The correct OSE file number for subfile CHGA-002-0009C (subfile header A, 0.3 acres) is "SD 01126-4" not "SD 001126-4" as stated in the cross reference and index on page 4.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___12th___ day of March, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.