IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, Defendants. | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the filed Consent Order for the subfiles listed below was mailed to each of the following Defendants on the 19th day of March, 2008.

Subfile No. CHTA-003-0008A
Docket No. 9112
Frances Castellano
Lawrence Castellano
County Rd 19 #43
Española, NM 87532

Subfile No. CHCC-004-0002
Docket No. 9135
Sanchez Family Trust
P.O. Box 131
Los Ojos, NM 87551

Subfile No. CHRB-004-0060
Docket No. 9136
Frank A. Martinez
Tracy Martinez
346 Forest Rd. 314
Jemez Springs, NM 87025

Subfile No. CHRB-006-0016C
Docket No. 9137
Jose A. Candelaria

P.O. Box 85
Los Ojos, NM 87551

Subfile No. CHRB-009-0003C
Docket No. 9138
Carlos R. Manzanares
Debbie Manzanares
P.O. Box 196
Tierra Amarilla, NM 87575

Subfile No. CHTA-003-0008A
Docket No. 9139
Patricia A. Alvarado
P.O. Box 1200
Santa Cruz, NM 87567

Subfile No. CHTA-003-0008B
Docket No. 9140
Juanita Atencio
Richard Atencio
P.O. Box 701
Chama, NM 87520

Dated: March 18, 2008

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile