IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

## CERTIFICATE OF SERVICE

I certify that on March 20, 2008, I mailed a true and correct copy of the March 19, 2008 *Motion for Order Making Final Determination of Priority Dates and Irrigation Water Requirements in Section 5 of the Rio Chama Stream System, Rio Gallina* (with exhibits) (Docket No. 9141) to each of the persons or entities listed on pages two through eleven herein.

                /s/ Ed Newville
                EDWARD G. NEWVILLE
                Special Assistant Attorney General
                Office of State Engineer
                P.O. Box 25102
                Santa Fe, NM 87504-5102
                (505) 867-7444

**United States of America**
Dave W. Gehlert, Esq.
United States Department of Justice
Environment and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294

**Rincon Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Sanchez-Maestas Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Gonzales-Gurule Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Valdez Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Vigiles Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Placitas Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Cordova-Martinez Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Cecilia Ditch**
Mary E. Humphrey, Esq.
P.O. Box 1574
El Prado, NM 87043

**Subfile No.: CHGA-001-10001**
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA  NM  87017

**Subfile No.: CHGA-001-10002**
REDUCINDA MAESTAS
P.O. BOX 12
COYOTE  NM  87012

**Subfile No.: CHGA-001-10003**
VIVIAN SUAZO, TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE  NM  875055380

**Subfile No.: CHGA-001-10004**
MANUELITA CORDOVA
P.O. BOX 73
GALLINA  NM  87017

**Subfile No.: CHGA-001-10005**
JOE O CORDOVA
P.O. BOX 21
GALLINA  NM  87017

**Subfile No.: CHGA-001-10006**
VIVIAN SUAZO, TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE  NM  875055380

**Subfile No.: CHGA-001-10007**
SIMONITA MAESTAS, ESTATE
1007 HIGHWAY 550
AZTEC  NM  87410

**Subfile No.: CHGA-001-0008A**
PORFIRIA JARAMILLO
2991 CM. PIEDRA LUMBRE
SANTA FE  NM  87505

**Subfile No.: CHGA-001-0008B**
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA NM  87017

**Subfile No.: CHGA-001-10010**
ELVIRA CHAVEZ
3503 SIERRA VISTA
FARMINGTON NM  87402

LEONARDO CHAVEZ
3503 SIERRA VISTA
FARMINGTON NM  87402

**Subfile No.: CHGA-001-10011**
AMADEO SEGURA
5309 VALLEY VIEW AVE
FARMINGTON NM  87402

CRUZITA SEGURA
5309 VALLEY VIEW AVE
FARMINGTON NM  87402

**Subfile No.: CHGA-001-10012**
ARTURO R MONTOYA
1005 BELLAS LANE
ESPANOLA NM  87532

SARITA V MONTOYA
1005 BELLAS LANE
ESPANOLA NM  87532

**Subfile No.: CHGA-001-10013**
URSULITA VIGIL
HR 78 BOX 16
GALLINA NM  87017

**Subfile No.: CHGA-001-10014**
WILLIE A SUAZO
HC 78 BOX 15
GALLINA NM  87017

**Subfile No.: CHGA-001-10015**
ALVIN SUAZO
P.O. BOX 1814
CUBA NM  87013

**Subfile No.: CHGA-001-10016**
MANUEL GARCIA
P.O. BOX 544
CUBA NM  87013

**Subfile No.: CHGA-002-20001**
EDITH MARTINEZ
P.O. BOX 70
GALLINA NM  87017

ROBERTO MARTINEZ
P.O. BOX 70
GALLINA NM  87017

**Subfile No.: CHGA-002-0003A**
ERNESTO J. SERRANO, JR.
P.O. BOX 146
GALLINA NM  87017

**Subfile No.: CHGA-002-0003B**
ELAINE M VALDEZ
P.O. BOX 136
GALLINA NM  87017

MARK W. VALDEZ
P.O. BOX 136
GALLINA NM  87017

**Subfile No.: CHGA-002-0003C**
MAURICE L SERRANO
P.O. BOX 231
EL RITO NM  87530

**Subfile No.: CHGA-002-20004**
FULGENCIO CHACON
P.O. BOX 24
GALLINA NM 87017

JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO NM 87124

COSME S CHACON
P.O. BOX 4
GALLINA NM 87017

JOSE L CHACON
P.O. BOX 95
GALLINA NM 87017

**Subfile No.: CHGA-002-20005**
FLORENCE SHIPLEY
#16 CO RD. 6403
KIRKLAND NM 874179555

**Subfile No.: CHGA-002-0006A**
HENRY L JACQUEZ
1110 MAEZ RD
SANTA FE NM 87501

**Subfile No.: CHGA-002-0006B**
FULGENCIO CHACON
P.O. BOX 24
GALLINA NM 87017

JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO NM 87124

COSME S CHACON
P.O. BOX 4
GALLINA NM 87017

JOSE L CHACON
P.O. BOX 95
GALLINA NM 87017

**Subfile No.: CHGA-002-20007**
ROBERT FIDEL ARELLANO
1100 KANSAS
GREEN RIVER WY 82935

ELISAIDA PADILLA
P.O. BOX 12
GALLINA NM 87017

**Subfile No.: CHGA-002-20008**
LUZ GONZALES
P.O. BOX 138
GALLINA NM 87017

**Subfile No.: CHGA-002-0009A**
DANIEL K. GONZALES
P.O. BOX 6
GALLINA NM 87017

**Subfile No.: CHGA-002-0009B**
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA NM 87017

SELUSTRIANO GONZALES, SR.
P.O. BOX 102
GALLINA NM 87017

AMANDA GONZALES
P.O. BOX 102
GALLINA NM 87017

**Subfile No.: CHGA-002-0009C**
VIVIAN SUAZO
c/o PORFIRIA JARAMILLO
2991 CAMINO PIEDRA LUMBRE
SANAT FE NM 875055380

**Subfile No.: CHGA-002-20010**
MIGUEL LUJAN
P.O. BOX 685
ESPANOLA NM 87532

**Subfile No.: CHGA-002-20011**
JOSE DOLORES GONZALES
# 18 ROAD 5295
FARMINGTON NM  87401

STELLA M. GONZALES
# 18 ROAD 5295
FARMINGTON NM  87401

**Subfile No.: CHGA-002-20012**
ALFONSO CORDOVA, JR
HC 78, BOX 10
GALLINA NM  87017

**Subfile No.: CHGA-002-20013**
DIANA SUAZO
P.O. BOX 824
CUBA NM  87013

CLEMENT L. SUAZO
P.O. BOX 824
CUBA NM  87013

**Subfile No.: CHGA-002-20014**
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA NM  87017

SELUSTRIANO GONZALES, SR.
P.O. BOX 102
GALLINA NM  87017

AMANDA GONZALES
P.O. BOX 102
GALLINA NM  87017

**Subfile No.: CHGA-002-20015**
RAYMOND SUAZO
10212 LUZ DEL DIA, NW
ALBUQUERQUE NM  87114

**Subfile No.: CHGA-002-20016**
JULIE PEDERSON
P.O. BOX 142
GALLINA NM  870170142

**Subfile No.: CHGA-002-20017**
EZEQUIEL CORDOVA
P.O. BOX 53
EAST CARBON CITY UT  84520

**Subfile No.: CHGA-002-20018**
RAMONCITA MAESTAS
4205 HUDSON ST
FARMINGTON NM  87402

**Subfile No.: CHGA-002-20020**
ALFIRIO MAESTAS
3202 CORONADO AVE.
FARMINGTON NM  87401

MAX MAESTAS
801 E. SPRUCE
FARMINGTON NM  87401

**Subfile No.: CHGA-002-0021A**
DAVID CHAVEZ
P.O. BOX 14
GALLINA NM  87017

**Subfile No.: CHGA-002-0021B**
RONALD CHAVEZ
P.O. BOX 92
GALLINA NM  87017

**Subfile No.: CHGA-002-0021C**
THELMA CHAVEZ
P.O. BOX 184
GALLINA NM  87017

**Subfile No.: CHGA-002-20022**
MARTHA CORDOVA
P.O .BOX 57
GALLINA NM  87017

**Subfile No.: CHGA-002-20023**
FRANK JACQUEZ
P.O. BOX 78
GALLINA NM  87017

**Subfile No.: CHGA-002-0024A**
JOE VELASQUEZ
P.O. BOX 47
GALLINA NM  87017

**Subfile No.: CHGA-002-0024B**
LAURA  A. VELASQUEZ
P.O. BOX 23
GALLINA NM  87017

STEVE E. VELASQUEZ
P.O. BOX 23
GALLINA NM  87017

**Subfile No.: CHGA-002-20025**
ROGELIO CORRALES
P.O. BOX 33
GALLINA NM  87017

**Subfile No.: CHGA-002-20026**
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

**Subfile No.: CHGA-002-0027A**
GABRIEL MAESTAS, JR.
P.O. BOX 5
GALLINA NM  87017

MARY ANN MAESTAS
P.O. BOX 5
GALLINA NM  87017

GENEVIEVE M. VELASQUEZ
5505 SICILY RD. NW
ALBYQUERQUE NM  87114

LUIS TOBY VELASQUEZ
5505 SICILY RD. NW
ALBYQUERQUE NM  87114

**Subfile No.: CHGA-002-0027B**
GABRIEL MAESTAS, JR.
P.O. BOX 5
GALLINA NM  87017

MARY ANN MAESTAS
P.O. BOX 5
GALLINA NM  87017

**Subfile No.: CHGA-002-0028A**
VINCENTE JACQUEZ
GENERAL DELIVERY
GALLINA NM  87017

**Subfile No.: CHGA-002-0028B**
MARY L ESPINOZA
P.O. BOX 164
GALLINA NM  87017

**Subfile No.: CHGA-002-0028C**
CRISTOBAL JACQUEZ
HC 78 BOX 1095
ZANONI MO  65784

**Subfile No.: CHGA-002-0028D**
SYLVIA MIDDLETON
P.O. BOX 46
GALLINA NM  87017

**Subfile No.: CHGA-002-20029**
VIVIAN SALAZAR
1118 CALLE LA RESOLANA
SANTA FE NM  875075115

**Subfile No.: CHGA-002-0030A**
PHILLIP JACQUEZ
P.O. BOX 191
GALLINA  NM  87017

**Subfile No.: CHGA-002-0030B**
UBALDO JACQUEZ
P.O. BOX 181
GALLINA  NM  87017

**Subfile No.: CHGA-002-20031**
RAMONA JACQUEZ, ESTATE
c/o SUSAN H. CAMRUD, ESQ.
P.O. BOX 749
FARMINGTON NM  87499

**Subfile No.: CHGA-002-20032**
ALICE JACQUEZ
P.O. BOX 48
GALLINA NM  87017

**Subfile No.: CHGA-002-20033**
DELFIN JACQUEZ
P.O. BOX 103
GALLINA NM  87017

RITA JACQUEZ
P.O. BOX 103
GALLINA NM  87017

**Subfile No.: CHGA-002-20034**
ISABEL LUCERO
401 LA VEGA RD, SW
ALBUQUERQUE NM  87105

**Subfile No.: CHGA-002-0035A**
LEORA JACQUEZ LUCERO
1313 APODACA DR SW
ALBUQUERQUE NM  87121

**Subfile No.: CHGA-002-0035B**
ANDREW J. LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM  87105

ANTHONY LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM  87105

EDWARD LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM  87105

**Subfile No.: CHGA-002-20036**
CASSILDA JACQUEZ SERRANO
P.O. BOX 211
GALLINA NM  87017

**Subfile No.: CHGA-002-20037**
GILBERT JACQUEZ
5101 SPINNING WHEEL NW
ALBUQUERQUE NM  87120

**Subfile No.: CHGA-002-20038**
ESTATE OF ODELLA  LOVATO
132 ORCHARD GARDEN RD. SW
ALBUQUERQUE NM  87105

**Subfile No.: CHGA-002-20039**
ELISEO JACQUEZ
P.O. BOX 82
GALLINA NM  87017

**Subfile No.: CHGA-002-20040**
JACOBO ARELLANO
P.O. BOX 7
GALLINA NM  87017

**Subfile No.: CHGA-002-20041**
JOSE L CHACON
P.O. BOX 95
GALLINA NM  87017

**Subfile No.: CHGA-002-20042**
MARINO JACQUEZ
P.O. BOX 614
CUBA NM  87013

**Subfile No.: CHGA-002-20043**
ORLANDO MADRID
P.O. BOX 147
GALLINA NM  87107

ALICE MADRID
P.O. BOX 147
GALLINA NM  87107

**Subfile No.: CHGA-002-20044**
SAM CHAVEZ
P.O. BOX 115
GALLINA NM 87017

AURELIA CHAVEZ
P.O. BOX 115
GALLINA NM 87017

**Subfile No.: CHGA-002-20046**
RICHARD CORDOVA
P.O. BOX 172
GALLINA NM 87017

**Subfile No.: CHGA-002-20047**
ALICE JACQUEZ
P.O. BOX 48
GALLINA NM 87017

**Subfile No.: CHGA-002-20050**
MIKE JACQUEZ
906 N. MONTEREY AVE.
FARMINGTON NM 87401

**Subfile No.: CHGA-003-0001A**
EUGENIO SANCHEZ, ESTATE
c/o CORINE JACQUEZ GONZALES
843 OLD SANTA FE TRAIL
SANTA FE NM 87501

**Subfile No.: CHGA-003-0001B**
WILLIE CHAVEZ
P.O. BOX 8
GALLINA NM 87107

**Subfile No.: CHGA-003-30002**
WILLIE CHAVEZ
P.O. BOX 8
GALLINA NM 87107

**Subfile No.: CHGA-003-0003A**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-0003B**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-0003C**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-0003D**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-0004A**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-0004B**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-30005**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

**Subfile No.: CHGA-003-30006**
JOHNNY A.D. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA NM 87532

ANTONETTE B. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA NM 87532

**Subfile No.: CHGA-003-30007**
JOSE P CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

PIEDAD CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

PATSY L CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

JUAN C CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

**Subfile No.: CHGA-003-30008**
COSME L CHACON
P.O. BOX 43
GALLINA NM  87017

**Subfile No.: CHGA-003-30009**
REINA MAESTAS
P.O. BOX 131
GALLINA NM  87017

**Subfile No.: CHGA-003-30010**
FULGENCIO JACQUEZ
P.O. BOX 244
GALLINA NM  87017

JUANITA A JACQUEZ
P.O. BOX 244
GALLINA NM  87017

**Subfile No.: CHGA-003-30011**
ROGER JACQUEZ
c/o GARY JACQUEZ
P.O. BOX 2315
ESPANOLA, NM  87532

**Subfile No.: CHGA-003-0012A**
DOROTHY JACQUEZ
P.O. BOX 995
ESPANOLA NM  87532

**Subfile No.: CHGA-003-0012B**
EDDIE GARCIA
P.O. BOX 51109
ESPANOLA NM  87532

**Subfile No.: CHGA-003-0012C**
MARY ANN JACQUEZ
P.O. BOX 995
ESPANOLA NM  87532

**Subfile No.: CHGA-003-30013**
ALVIN N. JACQUEZ
P.O. BOX 27
GALLINA NM  87017

**Subfile No.: CHGA-003-30014**
PAULINE JACQUEZ
P.O. BOX 39
GALLINA NM  87017

HERMAN JACQUEZ
P.O. BOX 39
GALLINA NM  87017

**Subfile No.: CHGA-003-30015**
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND NM  87417

**Subfile No.: CHGA-003-30016**
REINA MAESTAS
P.O. BOX 131
GALLINA NM  87017

**Subfile No.: CHGA-003-30017**
JOSE L CHACON
P.O. BOX 95
GALLINA NM  87017

**Subfile No.: CHGA-003-30018**
COSME L CHACON
P.O. BOX 43
GALLINA  NM  87017

ARCELIA CHACON
P.O. BOX 43
GALLINA  NM  87017

**Subfile No.: CHGA-003-30019**
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

JOSE Z CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-30020**
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND  NM  87417

**Subfile No.: CHGA-003-30021**
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM  87529

**Subfile No.: CHGA-003-30022**
RODGER F. CORRALES
P.O. BOX 194
GALLINA  NM  87017

**Subfile No.: CHGA-003-30023**
MARY SANCHEZ
P.O. BOX 1112
ABIQUIU  NM  87510

LEVI A. SANCHEZ
P.O. BOX 1112
ABIQUIU  NM  87510

**Subfile No.: CHGA-003-0024A**
COSME S CHACON
P.O. BOX 4
GALLINA  NM  87017

**Subfile No.: CHGA-003-0024B**
UBALDO JACQUEZ
4401 ROWE AVE
FARMINGTON  NM  87402

ATILANA JACQUEZ
4401 ROWE AVE
FARMINGTON  NM  87402

**Subfile No.: CHGA-003-30025**
JOSE L CHACON
P.O. BOX 95
GALLINA  NM  87017

**Subfile No.: CHGA-003-30026**
VIRGINIA LEWELLEN
309 N. 3RD ST.#46
BLOOMFIELD  NM  87413

**Subfile No.: CHGA-003-30027**
MAX A. MARTINEZ
P.O. BOX 145
GALLINA  NM  87017

NEIVES MARTINEZ
P.O. BOX 145
GALLINA  NM  87017

**Subfile No.: CHGA-003-30028**
ALICE JACQUEZ
P.O. BOX 48
GALLINA  NM  87017

**Subfile No.: CHGA-003-30029**
PATRICK RODRIGUEZ
228A SR 399
ESPANOLA NM  87532

MONICA T. RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE NM  87120

L. MARISA RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE NM  87120

**Subfile No.: CHGA-004-0001A**
JULIAN VIGIL
P.O. BOX 122
GALLINA NM  87017

MARY VIGIL
P.O. BOX 13
GALLINA NM  87017

ROBERT M VIGIL
P.O. BOX 108
GALLINA NM  87017

**Subfile No.: CHGA-004-0001B**
HELEN VIGIL
P.O. BOX 234
EL RITO NM  87530

LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE NM  87120

OLIVIA VIGIL
P.O. BOX 592
ESPANOLA NM  87532

**Subfile No.: CHGA-004-0001C**
HELEN VIGIL
P.O. BOX 234
EL RITO NM  87530

LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE NM  87120

OLIVIA VIGIL
P.O. BOX 592
ESPANOLA NM  87532

**Subfile No.: CHGA-004-40002**
TOMMY F. CHACON
P.O. BOX 106
GALLINA NM  87017

**Subfile No.: CHGA-004-40003**
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

**Subfile No.: CHGA-004-40004**
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

**Subfile No.: CHGA-004-40006**
JULIAN VIGIL
P.O. BOX 122
GALLINA NM  87017

MARY VIGIL
P.O. BOX 13
GALLINA NM  87017

ROBERT M VIGIL
P.O. BOX 108
GALLINA NM  87017