IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer, ) | | |
| ) | | |
| Plaintiff, ) | 69cv07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA STREAM SYSTEM | |
| ) | | |
| ROMAN ARAGON, et al., ) | Section 3:  Canjilon Creek | |
| ) | | |
| Defendants. ) | Subfile No. CHCJ-002-0055 | |
| _____) | | |

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel*. State Engineer, filed March 6, 2008 (Doc. No. 9125).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Richard Martinez and Dolores Martinez are substituted for Defendant Ermalinda Intini in these proceedings.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT COURT

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN