IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*   )
State Engineer,                  )
                                 )
       Plaintiff,             )       69cv07941-BB
                                 )
vs.                              )       RIO CHAMA STREAM SYSTEM
                                 )
ROMAN ARAGON, et al.,            )       Section 3:  Canjilon Creek
                                 )
       Defendants.            )
_____ )

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel*. State Engineer, to Join Additional Parties Defendant filed March 4, 2008 (Docket No. 9121).  Being fully advised in the premises, the Court finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as parties defendant to these proceedings.

    Jose Lorenzo Martinez, Jr.   CHCJ-003-0056   P.O. Box 561, Canjilon, NM 87515
                                        CHCJ-003-0057

                                        _____
                                        BRUCE D. BLACK
                                        UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER