IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Tierra Amarilla

Subfile No. CHTA-004-0001D

## ORDER GRANTING MOTION TO SET ASIDE DEFAULT

THIS MATTER is before the Court on the State of New Mexico's March 12, 2008 Motion to Set Aside Entry of Default (Docket No. 9130) of defendant Martin Romero in the Tierra Amarilla subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the March 3, 2008 Clerk's Entry of Default (Doc. No. 9120) with respect to the following defendant is hereby set aside:

    Martin Romero        CHTA-004-0001D

                                        BRUCE D. BLACK
                                      UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN