IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel., ) | | |
| STATE ENGINEER, ) | | |
| Plaintiff , ) | No. 6:69cv07941-BB |
| ) | Rio Chama Stream System |
| -vs- ) | Village of Chama, Section 7 |
| ) | Subfile CHCV-004-0004A |
| ROMAN ARAGON, et al., ) | | |
| Defendants. ) | | |

ENTRY OF APPEARANCE

COMES NOW Peter B. Shoenfeld and enters his appearance on behalf of Dos Rios Development, LLC, and Chama Investments, Inc., a New Mexico corporation, which claim interests in the waters of the Rio Chama Stream System, as shown in the captioned subfile.

PETER B. SHOENFELD, P.A.
P.O. Box 2421
Santa Fe, New Mexico 87504-2421
(505) 982-3566; FAX (505) 982-5520

By:/S/Peter B. Shoenfeld (e-filed)

Certificate of Service

On April 2, 2008, I served the foregoing entry of appearance on all persons entitled to notice by means of the Court's digital filing and service system.

/S/Peter B. Shoenfeld (e-filed)