IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 2: Ojo Caliente |
| Defendants. | Subfile No. 36.4-A |

## ORDER AMENDING SUBFILE ORDER FILED AUGUST 6, 1975

THIS MATTER is before the Court upon the March 12, 2008 Motion (Docket No. 9129) of the Plaintiff State of New Mexico *ex rel.* State Engineer to Amend Subfile Order Filed August 6, 1975.

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the motion is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Order entered August 6, 1975 (Docket No. 2739-40) in subfile 36.4-A should be amended as follows:

Paragraph I (B) of the Order entered August 6, 1975 is deleted;

The following paragraph III is added to the Order:

    III.    Purpose – Hot Springs Use (including bathing, heating and medicinal uses)

        A.    State Engineer File No.: 02263
                Priority:   September 11, 1793

           Points of Diversion:

           Spring No. 1, located on the New Mexico State Plane Coordinate System Central Zone, as follows: $X = 558,150$ and $Y = 1,930,140$.

           Spring No. 2, located on the New Mexico State Plane Coordinate

System Central Zone, as follows: X = 558,170 and Y = 1,930,120.

Spring No. 3, located on the New Mexico State Plane Coordinate System Central Zone, as follows: X = 558,200 and Y = 1,930,180.

Spring No. 4, located on the New Mexico State Plane Coordinate System Central Zone, as follows: X = 558,220 and Y = 1,930,090.

Spring No. 5, located on the New Mexico State Plane Coordinate System Central Zone, as follows: X = 558,130 and Y = 1,930,140.

Within the Ojo Caliente Grant, as shown on hydrographic survey map sheet No. 36.

Amount of Water:   Amount of water necessary for bathing, heating and medicinal purposes not to exceed 0.52 acre-feet consumptive use per year; the remainder of the waters diverted shall be returned undiminished in quantity and quality to the natural water course of the Rio Chama Stream System.

IT IS SO ORDERED.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN