IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

Subfile No. CHRB-004-0048

## **ORDER**

THIS MATTER is before the Court on the State of New Mexico's March 25, 2008 Motion to Set Aside Entry of Default and Withdrawal of Motion for Default Judgment (Docket No. 9145) of defendant Andrews Living Trust in the Rio Brazos subsection of Section 7. Being fully advised in the premises, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the March 3, 2008 Clerk's Entry of Default (Doc. No. 9120) with respect to the following defendant is hereby set aside:

    Andrews Living Trust          CHRB-004-0048

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN