IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-004-0040**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**FERMIN MAES**
**JOSEPH M. MAES**
**JUANITO B. MAES JR.**
**TOMAS MAES**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

    concerning certain elements of Defendant's right to divert and use the public waters of

    the Rio Chama Stream System,  Canjilon Creek, Section 3, and by their signatures

    appearing below, the State and the Defendant(s) have approved and accepted the elements

    of Defendant's water rights as set forth in paragraph 4 herein.

3.      There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Canjilon Creek, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   0611
**Priority:** Reserved for future determination by court order entered July 25, 2000.
**Source of Water**  Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.
**Purpose of Use:**  IRRIGATION
**Point of Diversion:**
        **Ditch:**      EL LLANO DITCH
        **Location: X=** 1,593,224    feet  **Y=**  2,003,235   feet
        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
    Section 19, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. NE¼ | 4.7 acres |
| Total | 4.7 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-004-0040

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon Creek, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Canjilon Creek, Section 3,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3,

except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_Bruce D. Black_
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
SPECIAL MASTER

SIGNATURE _Joseph Maes_
JOSEPH M. MAES

ADDRESS: _PO Box 543_
_Canjilon N.M._
_87515_

DATE: _12-30-07_

SIGNATURE _Fermin Maes_
FERMIN MAES

ADDRESS: _PO Box 543_
_Canjilon NM_
_87515_

DATE: _12-30-07_

Consent Order                         3                    Subfile No.: CHCJ-004-0040

SIGNATURE _Juanito B Maes_          SIGNATURE _Tommy Maes_
JUANITO B. MAES JR.                           TOMAS MAES

ADDRESS: _810 County RD 122_ ADDRESS: _Box 2357 Athena_
_Espanolo N.M._                       _Bernalillo N.M._
_87532_                                    _87004_

DATE: _12 30-07_               DATE: _12 30-07_


_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General


_3.24.08_
Date



El Llano Ditch

004-0040
A 4.7 ac.



## LEGEND

☐ Irrigated Tract Boundary

▨ No Right Tract Boundary

☐ Seeped Area

▶— Operable Ditch

—— Inoperable Ditch

—— Stock Ponds / Reservoir

◉ Point of Diversion

Ⓕ Fallow

ⓃⓇ No Right

N
W E
S

1 inch = 300 feet

0     150     300
━━━━━━━━━━━ Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**CANJILON CREEK SECTION**

Subfile Number
CHCJ-004-0040
Bordo Ditch
AMENDED
February 6, 2008

