IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>  Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.,*<br><br>  Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Rito de Tierra Amarilla, Section 7<br>**Subfile No.: CHTA-001-0003** |

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

>VIOLA CHAVEZ
>ARMANDO GARCIA
>DONNA GARCIA
>JOAN GARCIA
>LEROY GARCIA
>SAMUEL GARCIA
>ADAN GARCIA, JR.
>PAMELA MANZANARES
>MIGUEL MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1. The Court has jurisdiction over the parties and the subject matter of this suit.

2. The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** NONE

**Priority:** 1870

**Source of Water** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch:**     ISMAEL ULIBARRI DITCH
   **Location:** X= 1,575,407   feet   Y= 2,055,003   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 6.4 acres |
| Total | 6.4 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-001-0003

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

Consent Order                              2                         Subfile No.: CHTA-001-0003

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

*Bruce D. Black*

UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*
SPECIAL MASTER

SIGNATURE: *Donna Garcia*
DONNA GARCIA
ADDRESS: PO Box 323
Española NM
87532
DATE: 03-16-2008

SIGNATURE: *Pamela Manzanares*
PAMELA MANZANARES
ADDRESS: PO Box 1228
Española, NM
87532
DATE: 3-16-08

SIGNATURE: *JoAnn Garcia*
JOAN GARCIA
ADDRESS: 3700 Aspen NE #3R
Albuquerque
NM 87110
DATE: 3-17-08

SIGNATURE: *Viola Chavez*
VIOLA CHAVEZ
ADDRESS: P.O. Box 1385
Española, NM
87532
DATE: 3/16/08

SIGNATURE: *Miguel Martinez* by *Michael A Garcia*
MIGUEL MARTINEZ
ADDRESS: 10409 Calle Hermosa Ct. NW
Albuquerque, NM
87114
DATE: 3/16/08

SIGNATURE: *Samuel Garcia*
SAMUEL GARCIA
ADDRESS: 1141 Calle Sombra
Espanola NM
87532
DATE: 3/16/08

SIGNATURE: *Armando Garcia*
ARMANDO GARCIA
ADDRESS: PO Box 4236
Fairview NM
87533
DATE: 3/16/08

SIGNATURE: *Leroy Garcia*
LEROY GARCIA
ADDRESS: P.O. Box 4416 F.S.
Esp NM
87533
DATE: 3/17/08

SIGNATURE _Adan Garcia, Jr._
ADAN GARCIA, JR.

ADDRESS: HCR 77 Box 38
Ojo Caliente NM
87549

DATE: 3-16-08

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

3-24-08
Date



