IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,  )<br>)<br>Plaintiff,   )<br>)<br>  -v-   )<br>)<br>RAMON ARAGON et al.,   )<br>)<br>Defendants.   )<br>  ) | 69cv07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3 & 7 |

MOTION TO AMEND PRIORITIES ADJUDICATION SCHEDULE
FOR SECTIONS 3 AND 7

COMES NOW the Associación de Acéquias Norteñas de Rio Arriba (the Acequias) and moves to amend the Order Adopting Priorities Adjudication Schedule, entered December 27, 2006 (Docket No. 8523), and in support thereof states the following:

The Acequias need additional time to complete pending historical analyses. The Acequias believe that they can complete and exchange reports for the Rio Nutrias subsection of Section 3 by May 1, 2008; for all subsections of Section 7 except Chama by November 1, 2008; and for the Chama subsection by April 1, 2009.

The State does not oppose extensions to the first two proposed dates above but does object to extension of the Chama subsection date to April 1, 2009. Rather than any briefing of this issue, the parties propose to discuss setting of a date for the Chama subsection at the next status conference.

WHEREFORE, the Acequias request that the Court enter an order granting an extension of time for the Acequias to submit reports for the Rio Nutrias subsection to May 1, 2008 and to November 1, 2008 for all subsections of Section 7 except Chama and hold in abeyance setting of a deadline for the Chama subsection until the next status conference.

    Respectfully Submitted,

    SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Acéquias Norteñas
707 Broadway, N. E., Suite 300
Post Office Box 271
Albuquerque, New Mexico  87103
(505) 247-0411
*jwu@ssslawfirm.com*

    ***Electronically Filed***

BY:   /s/ John W. Utton, Esq.
       JOHN W. UTTON

*Approved on April 7, 2008*
EDWARD E. NEWVILLE
Attorney for the State
Post Office Box 25102
Santa Fe, New Mexico   87504-5102
(505) 827-6150

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 7th day of April, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Kimberly Bannerman**
kbannerman@newmexicowaterlaw.com

**David A. Benavides**
davidb@nmlegalaid.org

**Leander Bergen**
lbergen@nativeamericanlawyers.com

**Frank M. Bond**
fbond@simonsfirm.com
ssandoval@simonsfirm.com
ggonzales@simonsfirm.com
fbond@mac.com

**Bradley S. Bridgewater**
bradley.s.bridgewater@usdoj.gov
gary.durr@usdoj.gov
jennifer.vaughn2@usdoj.gov
yvonne.marsh@usdoj.gov

**James C. Brockmann**
jcbrockmann@newmexicowaterlaw.com

**Christina J. Bruff**
cjb@lrpa-usa.com

**Chama Investments, Inc.**
aaa@aaa.com

**Tessa T. Davidson**
ttd@tessadavidson.com

**Rebecca A. Dempsey**
rdempsey@wkkm.com
fmtz@wkkm.com

**Dos Rios Development, LLC**
aaaa@aaa.com

**Dos Rios Ranch, LLC**
rmlaw202@aol.com

**Charles T. DuMars**
ctd@lrpa-usa.com

**Jennifer J. Dumas**
jdumas@nordhauslaw.com
mchavez@nordhauslaw.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com
mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Special Master Vickie L. Gabin**
vlgabin@nm.net

**David W Gehlert**
david.gehlert@usdoj.gov
susan.middagh@usdoj.gov
efile_nrs.enrd@usdoj.gov
jennifer.vaughn2@usdoj.gov
lori.montano@usdoj.gov

**Ryan Margaret Golten**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com
svelody@nordhauslaw.com

**Karla JaNelle Haught**
janelle.haught@state.nm.us

**James A. Heath**
rmlaw202@aol.com

**Mary E. Humphrey**
humphrey@newmex.com

**Susan G. Jordan**
sjordan@nordhauslaw.com
vruiz@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com
melissa@danieljofriel.com
veronica@danieljofriel.com

**Richard S. Mackenzie**
rmlaw202@aol.com

**John F. McCarthy, Jr.**
jfmc@wkkm.com

**David C. Mielke**
dmielke@abqsonosky.com
sdressler@abqsonosky.com

**Edward G. Newville**
ednewville@rgunwired.net
connie.flint@state.nm.us
marjorie.dryden@state.nm.us
fred.kipnes@state.nm.us
hilario.rubio@state.nm.us

**Brett J. Olsen**
brett_olsen@msn.com

**Roberta Orona-Cordova**
pwhite9098@aol.com

**Marcus J. Rael, Jr.**
marcus@roblesrael.com
nicole@roblesrael.com
diane@roblesrael.com
candace@roblesrael.com

**Walter L. Reardon, Jr.**
walter@reardonlawnm.com

**Gregory C. Ridgley**
greg.ridgley@state.nm.us
marjorie.dryden@state.nm.us
vina.gallegos@state.nm.us

**Arianne Singer**
arianne.singer@state.nm.us
lula.valdez@state.nm.us
connie.flint@state.nm.us
marjorie.dryden@state.nm.us
fred.kipnes@state.nm.us
vina.gallegos@state.nm.us

**Jay F. Stein**
jfstein@newmexicowaterlaw.com

**Timothy A. Vollmann**
tim_vollmann@hotmail.com

**Fred Waltz**
fwaltz@kitcarson.net
cortega@kitcarson.net

**Peter Thomas White**
pwhite9098@aol.com

/s/ *John W. Utton*
JOHN W. UTTON