IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
Plaintiff, )
 )          69cv07941-BB
   -v- )
 )          RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
 )          Sections 3 & 7
Defendants. )
_____)

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

**PLEASE TAKE NOTICE** as of April 11, 2008, the law firm of Sheehan, Sheehan &

Stelzner, P.A., counsel for Associación de Acéquias Norteñas de Rio Arriba, will be moving its

office to a new location.  The new physical address will be as follows:

<u>**Physical Address**</u>**:**
**Sheehan, Sheehan & Stelzner, P.A.**
**40 First Plaza, N.W., Suite 740**
**Albuquerque, New Mexico  87102**

The current mailing address, telephone and facsimile number will remain the same.

<u>**Mailing Address**</u>**:**

Sheehan, Sheehan & Stelzner, P.A.
Post Office Box 271
Albuquerque, New Mexico 87103
Phone: (505) 247-0411
Facsimile: (505) 842-8890

Respectfully Submitted,

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Acéquias Norteñas
707 Broadway, N. E., Suite 300
Post Office Box 271
Albuquerque, New Mexico  87103
(505) 247-0411
*jwu@ssslawfirm.com*

***Electronically Filed***

BY:   _/s/ John W. Utton, Esq._____
       JOHN W. UTTON

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 8th day of April, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Kimberly Bannerman**
kbannerman@newmexicowaterlaw.com

**David A. Benavides**
davidb@nmlegalaid.org

**Leander Bergen**
lbergen@nativeamericanlawyers.com

**Frank M. Bond**
fbond@simonsfirm.com
ssandoval@simonsfirm.com
ggonzales@simonsfirm.com
fbond@mac.com

**Bradley S. Bridgewater**
bradley.s.bridgewater@usdoj.gov
gary.durr@usdoj.gov
jennifer.vaughn2@usdoj.gov
yvonne.marsh@usdoj.gov

**James C. Brockmann**
jcbrockmann@newmexicowaterlaw.com

**Christina J. Bruff**
cjb@lrpa-usa.com

**Chama Investments, Inc.**
aaa@aaa.com

**Tessa T. Davidson**
ttd@tessadavidson.com

**Rebecca A. Dempsey**
rdempsey@wkkm.com
fmtz@wkkm.com

**Dos Rios Development, LLC**
aaaa@aaa.com

**Dos Rios Ranch, LLC**
rmlaw202@aol.com

**Charles T. DuMars**
ctd@lrpa-usa.com

**Jennifer J. Dumas**
jdumas@nordhauslaw.com
mchavez@nordhauslaw.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com
mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Special Master Vickie L. Gabin**
vlgabin@nm.net

**David W Gehlert**
david.gehlert@usdoj.gov
susan.middagh@usdoj.gov
efile_nrs.enrd@usdoj.gov
jennifer.vaughn2@usdoj.gov
lori.montano@usdoj.gov

**Ryan Margaret Golten**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com
svelody@nordhauslaw.com

**Karla JaNelle Haught**
janelle.haught@state.nm.us

**James A. Heath**
rmlaw202@aol.com

**Mary E. Humphrey**
humphrey@newmex.com

**Susan G. Jordan**
sjordan@nordhauslaw.com
vruiz@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com
melissa@danieljofriel.com
veronica@danieljofriel.com

**Richard S. Mackenzie**
rmlaw202@aol.com

**John F. McCarthy, Jr.**
jfmc@wkkm.com

**David C. Mielke**
dmielke@abqsonosky.com
sdressler@abqsonosky.com

**Edward G. Newville**
ednewville@rgunwired.net
connie.flint@state.nm.us
marjorie.dryden@state.nm.us
fred.kipnes@state.nm.us
hilario.rubio@state.nm.us

**Brett J. Olsen**
brett_olsen@msn.com

**Roberta Orona-Cordova**
pwhite9098@aol.com

**Marcus J. Rael, Jr.**
marcus@roblesrael.com
nicole@roblesrael.com
diane@roblesrael.com
candace@roblesrael.com

**Walter L. Reardon, Jr.**
walter@reardonlawnm.com

**Gregory C. Ridgley**
greg.ridgley@state.nm.us
marjorie.dryden@state.nm.us
vina.gallegos@state.nm.us

**Arianne Singer**
arianne.singer@state.nm.us
lula.valdez@state.nm.us
connie.flint@state.nm.us
marjorie.dryden@state.nm.us
fred.kipnes@state.nm.us
vina.gallegos@state.nm.us

**Jay F. Stein**
jfstein@newmexicowaterlaw.com

**Timothy A. Vollmann**
tim_vollmann@hotmail.com

**Fred Waltz**
fwaltz@kitcarson.net
cortega@kitcarson.net

**Peter Thomas White**
pwhite9098@aol.com

/s/  *John W. Utton*
JOHN W. UTTON