**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer,

Plaintiff,
v.

ROMAN ARAGON, *et al.,*

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Canjilon Creek, Section 3
**Subfile No(s).**
**CHCJ-003-0033A**
**CHCJ-003-0033C**
**CHCJ-003-0033D**
**CHCJ-003-0033E**

**ORDER GRANTING DEFAULT JUDGMENT**

THIS MATTER is before the Court upon the motion by the plaintiff, State of New Mexico, *ex rel.,* State Engineer's March 12, 2008 Motion for Default Judgment (Docket No. 9131). The Court, being fully advised, finds that the State's motion is well-taken and should be GRANTED.

The Court, being fully advised, finds:

1. The Court has jurisdiction of the parties and the subject matter herein.
2. The defendants named below have been legally served with process or have waived service of summons.
3. The defendants named below have failed to appear, answer, or otherwise defend in this cause, and are adjudged to be in default.
4. The State Engineer's hydrographic survey and report of the Rio Chama Stream System, Section 3, Canjilon Creek (July 14, 2000) relating to the defendants' water rights have been introduced into the record, and the same are hereby incorporated and made a part of this order.
5. The water rights of the defendants named below in the above-styled and captioned cause are as follows:

**ORTANCE GARCIA**
**JACOB D. MONTANO**
**LAWRENCE G. MONTANO**
**ROBERT M. MONTANO**

**Subfile No.: CHCJ-003-0033A**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** BORDO DITCH

**Location: X=** 1,595,945 feet **Y=** 2,003,807 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | | 1.5 acres |
| | Total | 1.5 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0033A

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

**LAWRENCE G. MONTANO**

**Subfile No.: CHCJ-003-0033C**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** BORDO DITCH

**Location: X=** 1,595,945 feet **Y=** 2,003,807 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | | 1.5 acres |
| | Total | 1.5 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0033C

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

**ROBERT M. MONTANO**

**Subfile No.: CHCJ-003-0033D**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** BORDO DITCH

**Location: X=** 1,595,945 feet **Y=** 2,003,807 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | | 0.9 acres |
| | Total | 0.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0033D

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

**ORTANCE GARCIA**

**Subfile No.: CHCJ-003-0033E**

**A. IRRIGATION (Surface Water Only)**

**Office of the State Engineer Files No(s)** 0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** BORDO DITCH

**Location: X=** 1,595,945 feet **Y=** 2,003,807 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 18, Township 26N, Range 05E, N.M.P.M.

| | | |
|---|---|---|
| Pt. SE¼ | | 0.8 acres |
| | Total | 0.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0033E

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

IT IS, THEREFORE, ORDERED that the above-named defendants be and hereby are, adjudicated to have the water rights set out hereinabove, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendants, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

Bruce D. Black

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

Vickie L. Gabin

SPECIAL MASTER

LEGEND

Irrigated Tract Boundary

No Right Tract Boundary

Seeped Area

Operable Ditch

Inoperable Ditch

Stock Ponds / Reservoir

Point of Diversion

Fallow

No Right

1 inch = 200 feet

200 0

Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio Jr. P.E., State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-003-0033A
Bordo Ditch
AMENDED
August 22, 2007