IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, Defendants. | Sections 3 and 7 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the filed Consent Order for the subfiles listed below was mailed to each of the following defendants on the 10th day of April, 2008.

Subfile No. CHCJ-003-0019
Docket No. 9156
Fermin Maes
P.O. Box 543
Canjilon, NM 87515

Subfile No. CHCJ-004-0040
Docket No. 9157
Fermin Maes
Joseph M. Maes
Juanito B. Maes, Jr.
P.O. Box 543
Canjilon, NM 87515

Tomas Maes
Box 2357 Athena
Bernalillo, NM 87004

Subfile No. CHTA-001-0001
Docket No. 9159
Frank C. Sena
59 CR 84
Santa Fe, NM 87506

John Sena
9709 Rio Grande NW
Albuquerque, NM 87114

<u>Subfile No. CHTA-001-0002</u>
Docket No. 9160
Agripina G. Salazar
Victor Salazar, Sr.
P.O. Box 324
Tierra Amarilla, NM 87575

<u>Subfile No. CHTA-001-0003</u>
Docket No. 9158
Viola Chavez
P.O. Box 1385
Española, NM 87532

Armando Garcia
P.O. Box 4236
Fairview, NM 87533

Donna Garcia
P.O. Box 323
Española, NM 87532

Adan Garcia, Jr.
HCR 77 Box 38
Ojo Caliente, NM 87549

Leroy Garcia
P.O. Box 4416
Española, NM 87533

Miguel Martinez
10409 Calle Hermosa Ct., NW
Albuquerque, NM 87114

Samuel Garcia
1141 Calle Sombra
Española, NM 87532

Pamela Manzanares
P.O. Box 1228
Española, NM 87532

Joan Garcia
3700 Aspen NE, Apt. 3R
Albuquerque, NM 87110

Subfile No. CHTA-001-0005
Docket No. 9162
Benjamin Trujillo
P.O. Box 1533
Española, NM 87532

Subfile No. CHTA-002-0001
Docket No. 9161
Ellis Gordon Schlegel
P.O. Box 309
Tierra Amarilla, NM 87575

Subfile No. CHTA-002-0002
Docket No. 9164
Acencion La Brier
P.O. Box 24
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0001D
Docket No. 9163
Martin Romero
7329 Yorktown Ave.
Albuquerque, NM 87109

Subfile No. CHRB-004-0048
Docket No. 9155
Andrews Living Trust
P.O. Box 97
Tierra Amarilla, NM 87575

Dated: April 10, 2008

　　/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile