IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

          Plaintiff,

   vs.

ROMAN ARAGON, *et al.*,
       Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Sections 3 and 7

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Default Order for the subfiles listed below was mailed to each of the following defendants on the 10th day of April, 2008.

Subfile No. CHTA-005-0005
Docket No. 9153
Isidoro Manzanares
P.O. Box 642
Tierra Amarilla, NM 87575
(last known address)

Subfile No. CHCJ-003-0033A
Docket No. 9168
Jacob D. Montaño
434 Reeves
Las Cruces, NM 88005

Lawrence G. Montaño
2609 Naramis NE
Albuquerque, NM 87112

Robert M. Montaño
5009 Montego Pl. NE
Albuquerque, NM 87111

Ortance Garcia

308 Glorieta NE
Albuquerque, NM 87123

Subfile No. CHCJ-003-0033C
Docket No. 9168
Lawrence G. Montaño
2609 Naramis NE
Albuquerque, NM 87112

Subfile No. CHCJ-003-0033D
Docket No. 9168
Robert M. Montaño
5009 Montego Pl. NE
Albuquerque, NM 87111

Subfile No. CHCJ-003-0033E
Docket No. 9168
Ortance Garcia
308 Glorieta NE
Albuquerque, NM 87123

Dated: April 10, 2008

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
(505) 867-2299 facsimile