*Vickie L. Gabin, Special Master*
*United States District Court*
*106 South Federal Place*
*Santa Fe, NM 87501*
*(505) 955-0678 voice & facsimile*
*vlgabin@nm.net*

___

April 11, 2008

To: Counsel of Record
    <u>State v. Aragon</u>, 69cv07941, Rio Chama Stream System Adjudication

Dear Counsel:

    As you may know, at the last general status conference on March 10, involved attorneys and I agreed that the next status conference would be held Monday, June 16 at 10:00 a.m. in the Village of Chama. Since we'll all be in the area, that week may be appropriate for your planning any other meetings, field inspections, or similar activities that I should attend.

    Please let me know at your earliest convenience if there is anything which should be scheduled following the status conference.

    Thank you for your attention to this matter.

                                            Very truly yours,

                                            Vickie L. Gabin