IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> RAMON ARAGON et al., <br><br> Defendants. | 69cv07941-BB <br><br> RIO CHAMA STREAM SYSTEM <br><br> Sections 3 & 7 |

## ORDER AMENDING PRIORITIES ADJUDICATION SCHEDULE
## FOR SECTIONS 3 AND 7

THIS MATTER is before the Special Master pursuant to the April 7, 2008, Motion to Amend Priorities Adjudication Schedule for Sections 3 and 7, filed by the Associación de Acéquias Norteñas de Rio Arriba (the Acequias) (Docket No. 9165), proposing deadlines for completing submittal of historical reports by the Acequias for the Rio Nutrias subsection and all subsections of Section 7. The Special Master has considered the motion and statements of counsel at the March 10, 2008, status and scheduling conference and finds the proposed schedules reasonable.

IT IS ORDERED, THEREFORE, that the Order Adopting Priorities Adjudication Schedule, entered August 26, 2004 (No. 7567), as amended (Nos. 8128, 8523), is hereby further amended. The completion and exchange of reports on water uses in Sections 3 and 7 shall be as follows:

1. May 1, 2008 - Completion and exchange of the Acequias' historical report for water uses in the Rio Nutrias subsection of Section 3;

2. November 1, 2008 - Completion and exchange of the Acequias' historical report for water uses in all subsections of Section 7 except the Village of Chama subsection; and

3.  The deadline for completion and exchange of the Acequias' historical report for water uses in the Village of Chama subsection of Section 7 shall be set at the next status conference.

IT IS SO ORDERED.

*Vickie L. Gabin*
_____
SPECIAL MASTER VICKIE L. GABIN