IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

           Plaintiff,

   -v-

RAMON ARAGON *et al.*
  .
           Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

## NOTICE OF MAILING

    This Notice is filed by the Court to certify that the persons listed on Exhibit A attached hereto were sent a copy of the *Order Making Final Determination of Priority Dates and Irrigation Water Requirements in Section 5 of the Rio Chama Stream System, Rio Gallina* filed April 10, 2008 (Docket No. 9167) by first class mail on April 17, 2008.  The subfile numbers, names and addresses listed in Exhibit A were provided by the Office of the State Engineer.

                                                      /s/ Vickie L. Gabin
                                           Special Master Vickie L. Gabin

**United States of America**
Dave W. Gehlert, Esq.
United States Department of Justice
Environment and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294

**Rincon Ditch**
Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87043

**Sanchez-Maestas Ditch**
Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87043

**Gonzales-Gurule Ditch**
Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87043

**Valdez Ditch**
Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87043

**Vigiles Ditch**
Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87043

**Placitas Ditch**
Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87043

**Cordova-Martinez Ditch**
Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87043

**Cecilia Ditch**
Mary E. Humphrey
P.O. Box 1574
El Prado, NM  87043

Subfile No.: CHGA-001-0001
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA NM  87017

Subfile No.: CHGA-001-0002
RECUNDA MAESTAS
P.O. BOX 12
COYOTE NM  87012

Subfile No.: CHGA-001-0003
VIVIAN SUAZO, TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE  NM  875055380

Subfile No.: CHGA-001-0004
MANUELITA CORDOVA
P.O. BOX 73
GALLINA NM  87017

Subfile No.: CHGA-001-0005
JOE O CORDOVA
P.O. BOX 21
GALLINA NM  87017

Subfile No.: CHGA-001-0006
VIVIAN SUAZO, TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE  NM  875055380

Subfile No.: CHGA-001-0007
SIMONITA MAESTAS, ESTATE
1007 HIGHWAY 550
AZTEC NM  87410

Subfile No.: CHGA-001-0008A
PORFIRIA JARAMILLO
2991 CM. PIEDRA LUMBRE
SANTA FE  NM  87505

Subfile No.: CHGA-001-0008B
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA  NM  87017

Subfile No.: CHGA-001-0010
ELVIRA CHAVEZ
3503 SIERRA VISTA
FARMINGTON  NM  87402

LEONARDO CHAVEZ
3503 SIERRA VISTA
FARMINGTON  NM  87402

Subfile No.: CHGA-001-0011
AMADEO SEGURA
5309 VALLEY VIEW AVE
FARMINGTON  NM  87402

CRUZITA SEGURA
5309 VALLEY VIEW AVE
FARMINGTON  NM  87402

Subfile No.: CHGA-001-0012
ARTURO R MONTOYA
1005 BELLAS LANE
ESPANOLA  NM  87532

SARITA V MONTOYA
1005 BELLAS LANE
ESPANOLA  NM  87532

Subfile No.: CHGA-001-0013
URSULITA VIGIL
HR 78 BOX 16
GALLINA  NM  87017

Subfile No.: CHGA-001-0014
WILLIE A SUAZO
HC 78 BOX 15
GALLINA  NM  87017

Subfile No.: CHGA-001-0015
ALVIN SUAZO
P.O. BOX 1814
CUBA  NM  87013

Subfile No.: CHGA-001-0016
MANUEL GARCIA
P.O. BOX 544
CUBA  NM  87013

Subfile No.: CHGA-002-0001
EDITH MARTINEZ
P.O. BOX 70
GALLINA  NM  87017

ROBERTO MARTINEZ
P.O. BOX 70
GALLINA  NM  87017

Subfile No.: CHGA-002-0003A
ERNESTO J. SERRANO, JR.
P.O. BOX 146
GALLINA  NM  87017

Subfile No.: CHGA-002-0003B
ELAINE M VALDEZ
P.O. BOX 136
GALLINA  NM  87017

MARK W. VALDEZ
P.O. BOX 136
GALLINA  NM  87017

Subfile No.: CHGA-002-0003C
MAURICE L SERRANO
P.O. BOX 231
EL RITO  NM  87530

**Subfile No.: CHGA-002-0004**
FULGENCIO CHACON
P.O. BOX 24
GALLINA NM  87017

JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO NM  87124

COSME S CHACON
P.O. BOX 4
GALLINA NM  87017

JOSE L CHACON
P.O. BOX 95
GALLINA NM  87017

**Subfile No.: CHGA-002-0005**
FLORENCE SHIPLEY
#16 CO RD. 6403
KIRKLAND NM  874179555

**Subfile No.: CHGA-002-0006A**
HENRY L JACQUEZ
1110 MAEZ RD
SANTA FE NM  87501

**Subfile No.: CHGA-002-0006B**
FULGENCIO CHACON
P.O. BOX 24
GALLINA NM  87017

JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO NM  87124

COSME S CHACON
P.O. BOX 4
GALLINA NM  87017

JOSE L CHACON
P.O. BOX 95
GALLINA NM  87017

**Subfile No.: CHGA-002-0007**
ROBERT FIDEL ARELLANO
1100 KANSAS
GREEN RIVER WY  82935

ELISAIDA PADILLA
P.O. BOX 12
GALLINA NM  87017

**Subfile No.: CHGA-002-0008**
LUZ GONZALES
P.O. BOX 138
GALLINA NM  87017

**Subfile No.: CHGA-002-0009A**
DANIEL K. GONZALES
P.O. BOX 6
GALLINA NM  87017

**Subfile No.: CHGA-002-0009B**
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA NM  87017

SELUSTRIANO GONZALES, SR.
P.O. BOX 102
GALLINA NM  87017

AMANDA GONZALES
P.O. BOX 102
GALLINA NM  87017

**Subfile No.: CHGA-002-0009C**
VIVIAN SUAZO
c/o PORFIRIA JARAMILLO
2991 CAMINO PIEDRA LUMBRE
SANAT FE NM  875055380

**Subfile No.: CHGA-002-0010**
MIGUEL LUJAN
P.O. BOX 685
ESPANOLA NM  87532

Subfile No.: CHGA-002-0011
JOSE DOLORES GONZALES
# 18 ROAD 5295
FARMINGTON NM  87401

STELLA M. GONZALES
# 18 ROAD 5295
FARMINGTON NM  87401

Subfile No.: CHGA-002-0012
ALFONSO CORDOVA, JR
HC 78, BOX 10
GALLINA NM  87017

Subfile No.: CHGA-002-0013
DIANA SUAZO
P.O. BOX 824
CUBA NM  87013

CLEMENT L. SUAZO
P.O. BOX 824
CUBA NM  87013

Subfile No.: CHGA-002-0014
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA NM  87017

SELUSTRIANO GONZALES, SR.
P.O. BOX 102
GALLINA NM  87017

AMANDA GONZALES
P.O. BOX 102
GALLINA NM  87017

Subfile No.: CHGA-002-0015
RAYMOND SUAZO
10212 LUZ DEL DIA, NW
ALBUQUERQUE NM  87114

Subfile No.: CHGA-002-0016
JULIE PEDERSON
P.O. BOX 142
GALLINA NM  870170142

Subfile No.: CHGA-002-0017
EZEQUIEL CORDOVA
P.O. BOX 53
EAST CARBON CITY UT  84520

Subfile No.: CHGA-002-0018
RAMONCITA MAESTAS
4205 HUDSON ST
FARMINGTON NM  87402

Subfile No.: CHGA-002-0020
ALFIRIO MAESTAS
3202 CORONADO AVE.
FARMINGTON NM  87401

MAX MAESTAS
801 E. SPRUCE
FARMINGTON NM  87401

Subfile No.: CHGA-002-0021A
DAVID CHAVEZ
P.O. BOX 14
GALLINA NM  87017

Subfile No.: CHGA-002-0021B
RONALD CHAVEZ
P.O. BOX 92
GALLINA NM  87017

Subfile No.: CHGA-002-0021C
THELMA CHAVEZ
P.O. BOX 184
GALLINA NM  87017

Subfile No.: CHGA-002-0022
MARTHA CORDOVA
P.O .BOX 57
GALLINA NM  87017

Subfile No.: CHGA-002-0023
FRANK JACQUEZ
P.O. BOX 78
GALLINA NM  87017

Subfile No.: CHGA-002-0024A
JOE VELASQUEZ
P.O. BOX 47
GALLINA  NM   87017

Subfile No.: CHGA-002-0024B
LAURA A. VELASQUEZ
P.O. BOX 23
GALLINA  NM   87017

STEVE E. VELASQUEZ
P.O. BOX 23
GALLINA  NM   87017

Subfile No.: CHGA-002-0025
ROGELIO CORRALES
P.O. BOX 33
GALLINA  NM   87017

Subfile No.: CHGA-002-0026
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO  NM   87529

Subfile No.: CHGA-002-0027A
GABRIEL MAESTAS, JR.
P.O. BOX 5
GALLINA  NM   87017

MARY ANN MAESTAS
P.O. BOX 5
GALLINA  NM   87017

GENEVIEVE M. VELASQUEZ
5505 SICILY RD. NW
ALBYQUERQUE  NM   87114

LUIS TOBY VELASQUEZ
5505 SICILY RD. NW
ALBYQUERQUE  NM   87114

Subfile No.: CHGA-002-0027B
GABRIEL MAESTAS, JR.
P.O. BOX 5
GALLINA  NM   87017

MARY ANN MAESTAS
P.O. BOX 5
GALLINA  NM   87017

Subfile No.: CHGA-002-0028A
VINCENTE JACQUEZ
GENERAL DELIVERY
GALLINA  NM   87017

Subfile No.: CHGA-002-0028B
MARY L ESPINOZA
P.O. BOX 164
GALLINA  NM   87017

Subfile No.: CHGA-002-0028C
CRISTOBAL JACQUEZ
HC 78 BOX 1095
ZANONI  MO   65784

Subfile No.: CHGA-002-0028D
SYLVIA MIDDLETON
P.O. BOX 46
GALLINA  NM   87017

Subfile No.: CHGA-002-0029
VIVIAN SALAZAR
1118 CALLE LA RESOLANA
SANTA FE  NM   875075115

Subfile No.: CHGA-002-0030A
PHILLIP JACQUEZ
P.O. BOX 191
GALLINA  NM   87017

Subfile No.: CHGA-002-0030B
UBALDO JACQUEZ
P.O. BOX 181
GALLINA  NM   87017

Subfile No.: CHGA-002-0031
RAMONA JACQUEZ, ESTATE
c/o SUSAN H. CAMRUD, ESQ.
P.O. BOX 749
FARMINGTON NM  87499

Subfile No.: CHGA-002-0032
ALICE JACQUEZ
P.O. BOX 48
GALLINA NM  87017

Subfile No.: CHGA-002-0033
DELFIN JACQUEZ
P.O. BOX 103
GALLINA NM  87017

RITA JACQUEZ
P.O. BOX 103
GALLINA NM  87017

Subfile No.: CHGA-002-0034
ISABEL LUCERO
401 LA VEGA RD, SW
ALBUQUERQUE NM  87105

Subfile No.: CHGA-002-0035A
LEORA JACQUEZ LUCERO
1313 APODACA DR SW
ALBUQUERQUE NM  87121

Subfile No.: CHGA-002-0035B
ANDREW J. LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM  87105

ANTHONY LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM  87105

EDWARD LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE NM  87105

Subfile No.: CHGA-002-0036
CASSILDA JACQUEZ SERRANO
P.O. BOX 211
GALLINA NM  87017

Subfile No.: CHGA-002-0037
GILBERT JACQUEZ
5101 SPINNING WHEEL NW
ALBUQUERQUE NM  87120

Subfile No.: CHGA-002-0038
ESTATE OF ODELLA LOVATO
132 ORCHARD GARDEN RD. SW
ALBUQUERQUE NM  87105

Subfile No.: CHGA-002-0039
ELISEO JACQUEZ
P.O. BOX 82
GALLINA NM  87017

Subfile No.: CHGA-002-0040
JACOBO ARELLANO
P.O. BOX 7
GALLINA NM  87017

Subfile No.: CHGA-002-0041
JOSE L CHACON
P.O. BOX 95
GALLINA NM  87017

Subfile No.: CHGA-002-0042
MARINO JACQUEZ
P.O. BOX 614
CUBA NM  87013

Subfile No.: CHGA-002-0043
ORLANDO MADRID
P.O. BOX 147
GALLINA NM  87107

ALICE MADRID
P.O. BOX 147
GALLINA NM  87107

Subfile No.: CHGA-002-0044
SAM CHAVEZ
P.O. BOX 115
GALLINA NM 87017

AURELIA CHAVEZ
P.O. BOX 115
GALLINA NM 87017

Subfile No.: CHGA-002-0046
RICHARD CORDOVA
P.O. BOX 172
GALLINA NM 87017

Subfile No.: CHGA-002-0047
ALICE JACQUEZ
P.O. BOX 48
GALLINA NM 87017

Subfile No.: CHGA-002-0050
MIKE JACQUEZ
906 N. MONTEREY AVE.
FARMINGTON NM 87401

Subfile No.: CHGA-003-0001A
EUGENIO SANCHEZ, ESTATE
c/o CORINE JACQUEZ GONZALES
843 OLD SANTA FE TRAIL
SANTA FE NM 87501

Subfile No.: CHGA-003-0001B
WILLIE CHAVEZ
P.O. BOX 8
GALLINA NM 87107

Subfile No.: CHGA-003-0002
WILLIE CHAVEZ
P.O. BOX 8
GALLINA NM 87107

Subfile No.: CHGA-003-0003A
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0003B
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0003C
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0003D
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0004A
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0004B
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0005
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0006
JOHNNY A.D. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA NM 87532

ANTONETTE B. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA NM 87532

Subfile No.: CHGA-003-0007
JOSE P CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

PIEDAD CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

PATSY L CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

JUAN C CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM 87529

Subfile No.: CHGA-003-0008
COSME L CHACON
P.O. BOX 43
GALLINA NM 87017

Subfile No.: CHGA-003-0009
REINA MAESTAS
P.O. BOX 131
GALLINA NM 87017

Subfile No.: CHGA-003-0010
FULGENCIO JACQUEZ
P.O. BOX 244
GALLINA NM 87017

JUANITA A JACQUEZ
P.O. BOX 244
GALLINA NM 87017

Subfile No.: CHGA-003-0011
ROGER JACQUEZ
c/o GARY JACQUEZ
P.O. BOX 2315
ESPANOLA, NM 87532

Subfile No.: CHGA-003-0012A
DOROTHY JACQUEZ
P.O. BOX 995
ESPANOLA NM 87532

Subfile No.: CHGA-003-0012B
EDDIE GARCIA
P.O. BOX 51109
ESPANOLA NM 87532

Subfile No.: CHGA-003-0012C
MARY ANN JACQUEZ
P.O. BOX 995
ESPANOLA NM 87532

Subfile No.: CHGA-003-0013
ALVIN N. JACQUEZ
P.O. BOX 27
GALLINA NM 87017

Subfile No.: CHGA-003-0014
PAULINE JACQUEZ
P.O. BOX 39
GALLINA NM 87017

HERMAN JACQUEZ
P.O. BOX 39
GALLINA NM 87017

Subfile No.: CHGA-003-0015
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND NM 87417

Subfile No.: CHGA-003-0016
REINA MAESTAS
P.O. BOX 131
GALLINA NM 87017

Subfile No.: CHGA-003-0017
JOSE L CHACON
P.O. BOX 95
GALLINA NM 87017

Subfile No.: CHGA-003-0018
COSME L CHACON
P.O. BOX 43
GALLINA NM  87017

ARCELIA CHACON
P.O. BOX 43
GALLINA NM  87017

Subfile No.: CHGA-003-0019
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

JOSE Z CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

Subfile No.: CHGA-003-0020
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND NM  87417

Subfile No.: CHGA-003-0021
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

Subfile No.: CHGA-003-0022
ROGER F. CORRALES
P.O. BOX 194
GALLINA NM  87017

Subfile No.: CHGA-003-0023
MARY SANCHEZ
P.O. BOX 1112
ABIQUIU NM  87510

LEVI A. SANCHEZ
P.O. BOX 1112
ABIQUIU NM  87510

Subfile No.: CHGA-003-0024A
COSME S CHACON
P.O. BOX 4
GALLINA NM  87017

Subfile No.: CHGA-003-0024B
UBALDO JACQUEZ
4401 ROWE AVE
FARMINGTON NM  87402

ATILANA JACQUEZ
4401 ROWE AVE
FARMINGTON NM  87402

Subfile No.: CHGA-003-0025
JOSE L CHACON
P.O. BOX 95
GALLINA NM  87017

Subfile No.: CHGA-003-0026
VIRGINIA LEWELLEN
309 N. 3RD ST. #46
BLOOMFIELD NM  87413

Subfile No.: CHGA-003-0027
MAX A. MARTINEZ
P.O. BOX 145
GALLINA NM  87017

NEIVES MARTINEZ
P.O. BOX 145
GALLINA NM  87017

Subfile No.: CHGA-003-0028
ALICE JACQUEZ
P.O. BOX 48
GALLINA NM  87017

Subfile No.: CHGA-003-0029
PATRICK RODRIGUEZ
228A SR 399
ESPANOLA NM  87532

MONICA T. RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE NM  87120

L. MARISA RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE NM  87120

Subfile No.: CHGA-004-0001A
JULIAN VIGIL
P.O. BOX 122
GALLINA NM  87017

MARY VIGIL
P.O. BOX 13
GALLINA NM  87017

ROBERT M VIGIL
P.O. BOX 108
GALLINA NM  87017

Subfile No.: CHGA-004-0001B
HELEN VIGIL
P.O. BOX 234
EL RITO NM  87530

LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE NM  87120

OLIVIA VIGIL
P.O. BOX 592
ESPANOLA NM  87532

Subfile No.: CHGA-004-0001C
HELEN VIGIL
P.O. BOX 234
EL RITO NM  87530

LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE NM  87120

OLIVIA VIGIL
P.O. BOX 592
ESPANOLA NM  87532

Subfile No.: CHGA-004-0002
TOMMY F. CHACON
P.O. BOX 106
GALLINA NM  87017

Subfile No.: CHGA-004-0003
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

Subfile No.: CHGA-004-0004
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO NM  87529

Subfile No.: CHGA-004-0006
JULIAN VIGIL
P.O. BOX 122
GALLINA NM  87017

MARY VIGIL
P.O. BOX 13
GALLINA NM  87017

ROBERT M VIGIL
P.O. BOX 108
GALLINA NM  87017