IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941–BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

**Subfile No. CHTA-004-0005B**

## ORDER SUBSTITUTING PARTIES AND VACATING CONSENT ORDER

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed March 27, 2008 (Docket No. 9149).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Mark Noel Rowe is substituted for defendant Josephine U. Kiser in these proceedings.

FURTHER, IT IS ORDERED that the Consent Order filed June 12, 2002, (Docket No. 6735) in subfile CHTA-004-0005B is vacated.

                                                */s/ Bruce D. Black*
                                                BRUCE D. BLACK
                                                UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN