IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) ) RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON, *et al.* | ) ) |
| Defendants. | ) ) ) |

ADMINISTRATIVE ORDER

THIS MATTER is before the Court *sua sponte*. The Court entered its last Order for deposit of funds to cover fees, expenses, costs, and New Mexico gross receipts taxes in connection with the above captioned water rights adjudication on November 2, 2007 (Docket No. 9014). The Court finds that additional funds are required.

IT IS THEREFORE ORDERED that the United States of America and the State of New Mexico shall advance funds for deposit in the account established by the Court as follows:

United States $3,400.00       State $3,400.00

The funds are due on July 7, 2008. They shall be mailed to:

Clerk of the Court, USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, N.M. 87102

The check advancing the funds or the paperwork accompanying the check shall cite the following reference number: 66-CV-6639.

*[signature]*

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

*[signature]*

Vickie L. Gabin
SPECIAL MASTER