IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*    )
State Engineer,    )
    )
    Plaintiffs,    )
    )    No. 69cv07941 BB-ACE
    v.    )    Rio Chama Stream Adjudication
    )    Section 7: Tierra Amarilla, Rio Brazos,
    )    Rutheron and Plaza Blanca, Cañones Creek,
    )    Village of Chama
ROMAN ARAGON et al.,    )
    )
    Defendants.    )
_____ )

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Nordhaus Law Firm, LLP ("the Firm"), and respectfully requests that the Court allow the Firm to withdraw from its representation of the Jicarilla Apache Nation in the above-captioned matter. As grounds, the Firm states that the Jicarilla Apache Nation has terminated its attorney-client relationship with the Firm and has retained the law firm of Holland & Knight to represent the Nation in this proceeding. The Firm has asked Holland & Knight to enter an appearance on behalf of the Jicarilla Apache Nation in this matter.

WHEREFORE, the Nordhaus Law Firm, LLP, respectfully requests that the Court enter an Order granting the Firm's Motion to Withdraw as Counsel for the Jicarilla Apache Nation.

Dated: April 28, 2008.

Respectfully submitted,

/s/Noelle Graney_____
Susan G. Jordan
Noelle Graney
NORDHAUS LAW FIRM, LLP
1239 Paseo de Peralta
Santa Fe, NM 87505
(505) 982-3622

Jennifer J. Dumas
NORDHAUS LAW FIRM, LLP
405 Dr. Martin Luther King, Jr., NE
Albuquerque, NM 87102
(505) 243-4275

## CERTIFICATE OF SERVICE

I hereby certify that, on April 28, 2008, I filed the foregoing ***Motion to Withdraw as Counsel*** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**David A. Benavides**
   davidb@nmlegalaid.org

**Leander Bergen**
   lbergen@nativeamericanlawyers.com

**Frank M Bond**
   fbond@simonsfirm.com,ssandoval@simonsfirm.com,ggonzales@simonsfirm.com,fbond
   @mac.com

**Bradley S. Bridgewater**
   bradley.s.bridgewater@usdoj.gov,gary.durr@usdoj.gov,jennifer.vaughn2@usdoj.gov,yvo
   nne.marsh@usdoj.gov

**James C. Brockmann**
   jcbrockmann@newmexicowaterlaw.com

**Christina J Bruff**
   cjb@lrpa-usa.com

**Tessa T. Davidson**
   ttd@tessadavidson.com

**Rebecca A. Dempsey**
   rdempsey@wkkm.com,fmtz@wkkm.com

**Charles T. DuMars**
   ctd@lrpa-usa.com

**Jennifer J Dumas**
   jdumas@nordhauslaw.com,mchavez@nordhauslaw.com

**Randolph B. Felker**
   randfelker@aol.com

**Jeffrey Fornaciari**
   jfornaciari@hinklelawfirm.com,mlara@hinklelawfirm.com

**Gary S. Friedman**
   gsf@chflaw.com

3

**Vickie L. Gabin**
vlgabin@nm.net

**David W Gehlert**
david.gehlert@usdoj.gov,efile_nrs.enrd@usdoj.gov,jennifer.vaughn2@usdoj.gov,judy.tet
reault@usdoj.gov,lori.montano@usdoj.gov

**Ryan Margaret Golten**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com,svelody@nordhauslaw.com

**Karla JaNelle Haught**
janelle.haught@state.nm.us

**Mary E. Humphrey**
humphrey@newmex.com

**Susan G Jordan**
sjordan@nordhauslaw.com,vruiz@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com,melissa@danieljofriel.com,veronica@danieljofriel.com

**John F. McCarthy , Jr**
jfmc@wkkm.com

**David C Mielke**
dmielke@abqsonosky.com,sdressler@abqsonosky.com

**Edward G. Newville**
ednewville@rgunwired.net,connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.k
ipnes@state.nm.us,hilario.rubio@state.nm.us

**Brett J Olsen**
brett_olsen@msn.com

**Marcus J Rael , Jr**
marcus@roblesrael.com,nicole@roblesrael.com,diane@roblesrael.com

**Walter L. Reardon , Jr**
walter@reardonlawnm.com

**Gregory C. Ridgley**
greg.ridgley@state.nm.us,marjorie.dryden@state.nm.us,vina.gallegos@state.nm.us

**Arianne Singer**
    arianne.singer@state.nm.us,lula.valdez@state.nm.us,connie.flint@state.nm.us,marjorie.d
    ryden@state.nm.us,fred.kipnes@state.nm.us,vina.gallegos@state.nm.us

**Jay F Stein**
    jfstein@newmexicowaterlaw.com

**John W. Utton**
    jwu@ssslawfirm.com,lb@ssslawfirm.com,vaa@ssslawfirm.com,djs@ssslawfirm.com

**Timothy A Vollmann**
    tim_vollmann@hotmail.com

**Fred Waltz**
    fwaltz@kitcarson.net,cortega@kitcarson.net


I further certify that on April 29, 2008, the following non-CM/ECF participants were served
    by U.S. Mail, postage prepaid:


Shenan R. Attcity

Holland & Knight LLP

2099 Pennsylvania Avenue, N.W.

Suite 100

Washington, D.C. 20006

(202) 457-7128



President Levi Pesata

Jicarilla Apache Nation

P.O. Box 507

Dulce, NM 87528


                          /s/Noelle Graney