IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7, Rio Brazos

Subfile Nos. CHRB-005-0003A
              CHRB-005-0003B

## MOTION FOR ACTION ON SPECIAL MASTER'S REPORT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court

for action on the report of the Special Master filed April 1, 2008 (Docket No. 9150).

In support of this motion, plaintiff states that defendant Robert R. Sanchez has filed no

objection to the report within the time allowed by Fed. R. Civ. P. 53(g)(2).  The Court should not

consider defendant Sanchez' *ex parte* Memorandum addressed to Special Master Gabin that was filed

by the Special Master in the court docket on April 23, 2008 (Docket No. 9175).

        Respectfully submitted,

         /s/ Ed Newville
        EDWARD G.  NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __1st__ day of May, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participant in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Robert F. Sanchez, Esq.
P.O. Box 695
Las Vegas, NM 87701

___/s/ Ed Newville_____
EDWARD G.  NEWVILLE