IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-003-0067**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**ANGEL B COLLADO**
**ESTHER J COLLADO**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.      The Court has jurisdiction over the parties and the subject matter of this suit.

2.      The State of New Mexico and the above-named Defendant(s) are in agreement

      concerning certain elements of Defendant's right to divert and use the public waters of

      the Rio Chama Stream System,  Canjilon Creek, Section 3, and by their signatures

      appearing below, the State and the Defendant(s) have approved and accepted the elements

      of Defendant's water rights as set forth in paragraph 4 herein.

3.      There is no just reason for delay for the entry of a final judgment as to the elements

      of the claims of the Defendant(s) adjudicated by this order.

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, is set forth below:

**A. <u>IRRIGATED LANDS (Surface Water Only):</u>**

**Office of the State Engineer Files No(s)**   0611

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water**   Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
        **Ditch:**        EL LLANO DITCH
        **Location: X=**  1,593,224    feet   **Y=**  2,003,235   feet
        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
        <u>Section 17, Township 26N, Range 05E, N.M.P.M.</u>

| | | |
|---|---|---|
| Pt. SW¼ | | 5.9  acres |
| | Total | 5.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-003-0067

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon

Creek, Section 3, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek,

Section 3, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Canjilon Creek, Section 3,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3,

except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _____  SIGNATURE _____
           ESTHER J COLLADO                              ANGEL B COLLADO

ADDRESS: _1331 Park Ave SW #1501_  ADDRESS: _1331 Park Ave SW #1501_
         _Albuquerque, N.M. 87102_          _Alb. N.M. 87102_

DATE: _March 26, 2008_   DATE: _Mar 26, 2008_

Consent Order                    3                    Subfile No.: CHCJ-003-0067

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General

_____
4.4.08
Date

**LEGEND**

- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Area
- Fallow
- Operable Ditch
- Inoperable Ditch
- Stock Ponds / Reservoir
- ● Point of Diversion
- (F) Fallow
- (NR) No Right

1 inch = 200 feet

0  50  100    200 Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

Rio Chama Hydrographic Survey
CANJILON CREEK SECTION

Subfile Number
CHCJ-003-0067
El Llano Ditch
AMENDED
February 2, 2007

003-0067
A  5.9 ac.

El Llano Ditch