-cv-07941-KWR-KK   Document 9188   Filed 05/07/08   P

6900794188
#9167

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

ALVIN SUAZO
P.O. BOX 1644
CUBA, NM 87013

NIXIE   871   CC 1   70   05/06/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 8710227470   *2255-00024-17-37

MAY 07 2008
MATTHEW J. DYKMAN
CLERK

RECEIVED
At Albuquerque NM
MAILED FROM ZIPCODE
UNITED STATES POSTAGE
$ 00.58°