*Vickie L. Gabin, Special Master*
*United States District Court*
*106 South Federal Place*
*Santa Fe, NM 87501*
*(505) 955-0678 voice & facsimile*
*vlgabin@nm.net*

_____

May 9, 2008

To: Counsel of Record
<u>State v. Aragon</u>, 69cv07941, Rio Chama Stream System Adjudication

Dear Counsel:

    I will be setting the next status conference for Monday, June 16 at 10:00 a.m. in the Tierra Amarilla County Commission Chambers. Please submit requests for agenda items to be included in the order no later than Friday, May 16.

    Thank you for your attention to this matter.

                                     Very truly yours,

                                       Vickie L. Gabin