IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **State of New Mexico,** ) | |
| **ex rel State Engineer** ) | |
| ) | |
| **plaintiff,** ) | |
| ) | Number 6:69-cv-7941 |
| **v.** ) | Rio Chama Stream adjudication |
| ) | |
| **Aragon, et al.** ) | |
| ) | |
| **defendants** ) | |
| _____ ) | |

## ENTRY OF APPEARANCE

Comes now Shenan Atcitty, attorney at law, and hereby enters her appearance on behalf of Jicarilla Apache Nation.

*[signature]*
SHENAN R. ATCITTY (BAR No. NM 8034)
Holland and Knight
2309 Renard SE
Suite 200
Albuquerque, NM 87106
Email: shenan.atcitty@hklaw.com
Telephone: 505-242-2214
Facsimile: 505-242-2236

I hereby certify that the foregoing entry of appearance was served on Counsel of record on this /2 day of May 2008,

Dion Killsback