IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| State of New Mexico, ex rel State Engineer,<br><br>plaintiff,<br><br>v.<br><br>Aragon, et al.<br><br>defendants | Number 6:69-cv-7941<br>Rio Chama Stream adjudication |

### ENTRY OF APPEARANCE

Comes now Shenan Atcitty, attorney at law, and hereby enters her appearance on behalf of Jicarilla Apache Nation.

*Shenan R. Atcitty*
SHENAN R. ATCITTY (BAR No. NM 8034)
Holland and Knight
2309 Renard SE
Suite 200
Albuquerque, NM 87106
Email: shenan.atcitty@hklaw.com
Telephone: 505-242-2214
Facsimile: 505-242-2236

I hereby certify that the foregoing entry of appearance was served on Counsel of record on this /2 day of May 2008,

Dion Killsback