IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following defendants on the 19th day of May, 2008.

Subfile No. CHCJ-001-0004D
Docket No. 9193
Carlos W. Lujan
Marcia Ortiz
1846 Puye Rd.
Santa Fe, NM 87505

Subfile No. CHCJ-001-0004E
Docket No. 9194
Kurt Gramoll
865 Asp Ave. 212
Norman, OK 73019

Subfile No. CHCJ-002-0055
Docket No. 9192
Dolores Martinez
Richard Martinez
8606 Paseo Alegre SW
Albuquerque, NM 87105

Subfile No. CHCJ-003-0056
Docket No. 9183
Jose Lorenzo Martinez, Jr.
P.O. Box 411
Canjilon, NM 87515

Subfile No. CHCJ-003-0057
Docket No. 9184
Jose Lorenzo Martinez, Jr.
P.O. Box 411
Canjilon, NM 87515

Subfile No. CHCJ-003-0067
Docket No. 9186
Angel B. Collado
Esther J. Collado
1331 Park Ave. SW #1501
Albuquerque, NM 87102

Subfile No. CHNU-005-0001A
Docket No. 9195
Jose Damian Eturriaga
P.O. Box 57
Los Ojos, NM 87551

Subfile No. CHNU-006-0001
Docket No. 9196
Jose Damian Eturriaga
P.O. Box 57
Los Ojos, NM 87551

Subfile No. CHTA-003-0008D
Docket No. 9199
Margie E. Atencio
Silviano A. Atencio
P.O. Box 302
Tierra Amarilla, NM 87575

Subfile No. CHTA-004-0005B
Docket No. 9182
Mark Noel Rowe
9128 Modesto Ave. NE
Albuquerque, NM 87122

<u>Subfile No. CHRU-003-0013</u>
Docket No. 9198
Joyce Nenninger
Kathy R. Tafoya
Lisa Tafoya
Lorraine Tafoya
c/o Pierre Levy, Esq.
P.O. Box 2084
Santa Fe, NM 87504-2084

Dated: May 19, 2008

        /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile