IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69-cv-07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca |
| Defendants. | Cañones Creek, Village of Chama |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following defendants on the 19th day of May, 2008.

<u>Subfile No. CHCV-003-0027B</u>
Docket No. 9187
Michael Montaño
Peggy Montaño
Steve Montaño
Steven Montaño
P.O. Box 124
Chama, NM 87520

<u>Subfile No. CHCV-007-0001A</u>
Docket No. 9185
Oso Ranch and Lodge, LLC
c/o Timothy J. DeYoung
Modrall Sperling Roehl Harris & Sisk PA
P.O. Box 2168
Albuquerque, NM 87103-2168

Dated: May 19, 2008

    /s/ Ed Newville
EDWARD G. NEWVILLE

Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile