IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>   -v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5 and 7 |

ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53, a status conference is hereby set for Monday, June 16, 2008, at 10:00 a.m. at the Rio Arriba County Commission Chambers in Tierra Amarilla, NM. Agenda items include:

1. the status of individual subfile work in Sections 3 and 7;

2. further proceedings in Section 5, including a continuing discussion of non-federal stockwatering uses;

3. possibility of adjudicating the water rights of the Mutual Domestic Water Consumer Associations in Sections 3, 5, and 7;

4. pursuant to the Order for Further Proceedings filed March 14, 2008 (Docket No. 9134), submission of a draft decree describing the United States of America's claims under the Wild and Scenic Rivers Act;

5. the progress of discussions between Dr. Stanley Hordes and Dr. John Baxter regarding additional evidence on disputed priority dates;

6. pursuant to the Order for Further Proceedings, the progress of discussions relating to the Motion for Declaration of Water Allocation Customs filed by the El Rito Ditch Association April

23, 2007 (No. 8629);

7. any changes to the current schedule for adjudicating the state law-based water rights claims of the Jicarilla Apache Tribe, as described in the Nation's Unopposed Motion for Extension of Time ... (December 21, 2007, No. 9059, granted No. 9060);

8. pursuant to the Order Amending Priorities Adjudication Schedule for Sections 3 and 7 (April 11, 2008, No. 9172), the status of the Acequias' historical reports for water uses in the Rio Nutrias subsection of Section 3, and subsections of Section 7; and

9. any other matter relevant to these proceedings.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER