IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>    -v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3, Rio Cebolla<br>Subfile No. CHCB-005-0004 |

### ORDER GRANTING REQUEST FOR PRETRIAL CONFERENCE

THIS MATTER is before the Special Master on the Request for Pretrial Conference filed by the Plaintiff State of New Mexico ex rel. State Engineer (State) on May 1, 2008 (Docket No. 9181). The State requests a F. R. Civ. P. 16 conference for the following defendants and associated subfile:

    Mario R. Martinez     CHCB-005-0004

    Sophia D. Martinez    CHCB-005-0004

Having reviewed the Request and otherwise being fully advised in the premises, I find the Request should be GRANTED, and that a pretrial conference should be set.

IT IS ORDERED, THEREFORE, that a pretrial conference for the purpose of entering a scheduling order to govern proceedings in this disputed subfile is set for June 16, 2008, at the Rio Arriba County Commission Chambers in Tierra Amarilla, N.M., immediately following the general status conference, which is scheduled to begin at 10:00 a.m. **Attendance at this pretrial conference is mandatory for defendants, their attorneys, if they have them, and counsel from the Office of the State Engineer. Failure to appear will result in an order which incorporates the State's proposed Consent Order in this subfile, pursuant to the Procedural Order for the**

**Adjudication of Water Rights Claims in the Rio Nutrias, Rio Cebolla and Canjilon Creek Sections of the Rio Chama Stream System, filed July 25, 2000 (No. 5913), as amended August 7, 2001.**

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER