IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

    Plaintiffs,

  v.                                                      69cv07941 BB-ACE
                                                               Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Nordhaus Law Firm's Motion to Withdraw as Counsel (Doc. No. 9179, filed April 28, 2008). The Nordhaus Law Firm asks the Court to enter an order granting its Motion to withdraw from its representation of the Jicarilla Apache Nation on the grounds that the Jicarilla Apache Nation has terminated its attorney-client relationship with the Nordhaus Law Firm and has retained the law firm of Holland & Knight. Ms. Shenan Atcitty, with Holland & Knight, has entered her appearance in this case on behalf of Jicarilla Apache Nation. (Doc. No. 9191, filed May 12, 2008). The Court will grant the Motion.

    **IT IS SO ORDERED.**

                                                               **BRUCE D. BLACK**
                                                               **UNITED STATES DISTRICT JUDGE**