Vickie L. Gabin, Special Master<br>
United States District Court<br>
106 South Federal Place<br>
Santa Fe, NM 87501<br>
(505) 955-0678<br>
<u>vlgabin@nm.net</u>

June 3, 2008

Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Dos Rio Development, LLC
Chama Investments, Inc.
c/o Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-5520

James A. Heath
Dos Rios Ranch, LLC
c/o Richard S. Mackenzie, Esq.
1127 Paseo de Peralta
Santa Fe, NM 87501

  Re: <u>State v. Aragon</u>, No. 69cv07941; Subfile No. CHCV-004-0004A

Dear Mr. Newville, Mr. Shoenfeld, and Mr. Mackenzie:

  The May 30, 2008, Request for Scheduling Conference (Docket No. 9206) indicates that counsel for the State of New Mexico, ex rel. State Engineer, and the parties are available for a Rule 16 scheduling conference the week of June 23. Unfortunately, I will be out of town that entire week. I could be available any time the week of June 30, July 7 - 10, or July 14 - 17. Please let me know the date(s) you will be available, and whether this scheduling conference should be recorded.

  Thank you for your attention to this matter.

Very truly yours,<br>
<br>
<i>Vickie L. Gabin</i><br>
Vickie L. Gabin