IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

        Plaintiff,

                                                                                          69cv07941-BB

v.

                                                           RIO CHAMA STREAM SYSTEM

ROMAN ARAGON et al,

                                                          Section 4: Rio El Rito

        Defendants.

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Peter Thomas White and withdraws as counsel for the defendant Roberta Orona-Cordova, partial successor-in-interest to the water rights adjudicated to Amarante Varos in Subfile No. 12B.42. The Entry of Appearance (Doc. No. 9073, filed January 18, 2008) was filed for the limited purpose of allowing Ms. Orona-Cordova to file a response in opposition to the defendant El Rito Community Ditch Association's Motion for Declaration of Water Allocation Customs (Doc. No. 8629, filed April 23, 2007). The matters in dispute have been resolved with the Ditch Association and her continued representation is no longer required. A proposed form of Order Granting Motion to Withdraw is attached.

        Dated: June 11, 2008.

                                                      _____/s/_____
                                                      PETER THOMAS WHITE
                                                      Sena Plaza, Suite 50
                                                      125 East Palace Avenue
                                                      Santa Fe, New Mexico 87501
                                                      Telephone: 505-984-2690
                                                      Facsimile: 505-216-0021

2

## CERTIFICATE OF SERVICE

      I certify that on June 11, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the parties and counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

                                                          _____/s/_____
                                                          Peter Thomas White