IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

      Plaintiff,

                                                                 69cv07941-BB

v.

ROMAN ARAGON et al,                         RIO CHAMA STREAM SYSTEM

                                                  Section 4: Rio El Rito

      Defendants.

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** having come before the Court upon the Motion filed by Peter Thomas White to withdraw as counsel for Roberta Orona-Cordova and it appearing that good cause exists:

**IT IS ORDERED** that Peter Thomas White is allowed to withdraw from the representation of Roberta Orona-Cordova.

                                                              _____
                                                              DISTRICT COURT JUDGE

Submitted by:

_____
PETER THOMAS WHITE
Sena Plaza, Suite 50
125 East Palace Avenue
Santa Fe, New Mexico 8750
(505) 984-2690