IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
          Plaintiff, )
 ) 69cv07941-BB
   -v- )
 ) RIO CHAMA STREAM SYSTEM
ROMAN ARAGON et al., )
 ) Section 7, Village of Chama
      Defendants. ) Subfile No. CHCV-004-0004A
 )

ORDER SETTING SCHEDULING CONFERENCE

THIS MATTER is before the Special Master on the Request for Scheduling Conference

filed by the Plaintiff State of New Mexico ex rel. State Engineer (State) on May 30, 2008 (Docket

No. 9206).  The State requests a scheduling conference under F. R. Civ. P. 16 for the following

defendants and the associated subfile, CHCV-004-0004A:

| | |
|---|---|
| Dos Rios Development, LLC | James A. Heath |
| Chama Investments, Inc. | Dos Rios Ranch, LLC |
| c/o Peter B. Shoenfeld, Esq. | c/o Richard S. Mackenzie, Esq. |
| P.O. Box 2421 | 1127 Paseo de Peralta |
| Santa Fe, NM 87504-5520 | Santa Fe, NM 87501 |

Being fully advised in the premises, I find that the request should be granted.  A scheduling

conference is hereby set for Monday, July 14, 2008, at 1:30 p.m., in the Auxiliary Courtroom,

United States District Court, 106 South Federal Place, Santa Fe, N.M..  Counsel shall be prepared

with a proposed scheduling order for further proceedings.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER