IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) ) | 69cv07941-BB |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) | Section 1, Chama Mainstream |
| Defendants. | ) ) ) | Subfile No. 571 |

ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed June 6, 2008 (Docket No. 9209).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Seledon Garcia and Alice Garcia are substituted for defendant Benjamin Garcia, Sr. in these proceedings with respect to the water rights under Subfile No. 571 (Section 1, Chama Mainstream).

_____
DISTRICT COURT JUDGE

Recommended for approval:


_____/s/_____
SPECIAL MASTER