**UNITED STATES DISTRICT COURT**
District of New Mexico
Office of the Clerk
P. O. Box 2384
U. S. Courthouse
Santa Fe, New Mexico 87504-2384
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

doc. 9153

ATTEMPTED NOT K(NOWN)

RETURN TO SENDER

Isidoro Manzanares
Post Office Box 642
Tierra Amarilla, NM 87575

69cv7941

ANK