UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES DISTRICT COURT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

doc. 9167
69cv7941

I. MARISA RODRIGUEZ
MONICA T. RODRIGUEZ
8518 WYNVIEW CT NW
ALBUQUERQUE, NM 87120

RECEIVED
AT Albuquerque NM
APR 28 2008
MATTHEW J. DYKMAN
CLERK

Not at the address

NIXIE   871   DC  1       00 04/25/08
       RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 8710222747O        *1855-06745-25-19