**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941
ANK
doc. 9167

VINCENTE JACQUEZ
GENERAL DELIVERY
GALLINA, NM 87017

RECEIVED
At Albuquerque NM

APR 21 2008

MATTHEW J. DYKMAN
CLERK

NIXIE        871   DC 1           00   04/19/08
         RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 87102227470        *2255-12396-17-35*