UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941

doc. 9167

JACOBO ARELLANO
#10 CR 5251
Bloomfield

RECEIVED
At Albuquerque NM
APR 21 2008
MATTHEW J. DYKMAN
CLERK

NIXIE    871  DC  1    00 04/19/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 87102227470    *2255-00451-17-37