UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941

doc. 9167

RECEIVED
At Albuquerque NM

APR 2 1 2008

MATTHEW J. DYKMAN
CLERK

Sylvia Middleton
5517 Calle Nuestra NW
Albuquerque NM 87120

NIXIE   871   DC 1        00  04/19/08
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 8710222747O    *2255-13240-17-35