UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941

doc. 9167

GILBERT JACQUEZ
5101 SPINNING WHEEL NW
ALBUQUERQUE, NM 87120

RECEIVED
At Albuquerque NM

APR 21 2008

MATTHEW J. DYKMAN
CLERK

NIXIE       871   DE  1         00  04/20/08
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 8710227470          *2255-12969-17-36