UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

doc. 9167

69cv7941

RAMONCITA MAESTAS
4205 HUDSON ST
FARMINGTON, NM 87402

RECEIVED
At Albuquerque NM

APR 21 2008

MATTHEW J. DYKMAN
CLERK

NIXIE    871  DE  1         00  04/20/08
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 87102227470    *2255-12393-17-36