UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

doc. 9167

69cv7941

RAYMOND SUAZO
10212 LUZ DEL DIA, NW
ALBUQUERQUE, NM 87114

RECEIVED
At Albuquerque NM

APR 21 2008

MATTHEW J. DYKMAN
CLERK

NIXIE   871   DC  1         00 04/20/08
            RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD

BC: 87102227470    *2255-00498-17-37