IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) CIVIL ACTION FILE NO.<br>) 6:69-CV-07941-BB<br>) RIO CHAMA STREAM SYSTEM |
| Plaintiff, | ) Village of Chama, Section 7<br>) Subfile No. CHCV-004-0004A |
| v. | )<br>) **REQUEST FOR CONTINUANCE** |
| ROMAN ARAGON, et al., | ) **OF STATUS CONFERENCE**<br>) **SCHEDULED FOR MONDAY,**<br>) **JULY 14, 2008** |
| Defendants. | ) |

COMES NOW Richard S. Mackenzie, the attorney of record for James A. Heath and Dos Rios Ranch, LLC, and respectfully requests that the status conference set for Monday, July 14, 2008, be rescheduled to a date to be determined. As grounds for this request, Mr. Mackenzie shows that on Monday, July 7, 2008, he was called to Kansas to care for his mother, and that the trip has been extended indefinitely due to her condition. Mr. Mackenzie will be available beginning the third week in August, and will report to the Court more specifically on his availability upon his return from Kansas.

Both Edward G. Newville, counsel for the Office of the State Engineer, and Peter B. Shoenfeld, counsel for Dos Rios Ranch, LLC, have indicated that they have no opposition to this request. No other parties have a direct interest in this matter.

Respectfully submitted this 11th day of July, 2008.

*Richard S. Mackenzie*
Richard S. Mackenzie
(by Edward C. Brewer, III
by express instruction)

Attorney for JAMES HEATH

1127 Paseo de Peralta
Santa Fe, NM 87501
(505) 982-9823
fax (505) 982-8329
rmlaw202@aol.com

**Certificate of Service**

I hereby certify by my signature above that on the above date I served a true copy of the foregoing document upon the parties as follows:

by CM/ECF notice to:

Hon. Edward G. Newville
Special Assistant Attorney General
    for the Office of the State Engineer
Post Office Box 977
Placitas, NM 87043
ednewville@ixpn.com

by CM/ECF notice:

Peter B. Shoenfeld
Law Offices of Peter B. Shoenfeld, P.A.
Post Office Box 2421
Santa Fe, NM 87504-2421
(505) 982-3566
fax (505) 982-5520
petershoenfeld@gwest.com