IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | **Subfile No. CHRB-005-0022** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to vacate the Consent Order filed June 26, 2003 (Doc. 7176) in connection with defendants Loyda Rodela and Steven Rodela and subfile CHRB-005-0022 and as grounds therefore Plaintiff states as follows:

1. Loyda Rodela and Steven Rodela signed and approved a Consent Order in subfile CHRB-005-0022 that was filed with the Court on June 26, 2003. The State has corrected the boundaries and irrigated acreage of the land under this subfile, and the boundaries of several other neighboring tracts of land, after review of a plat of survey showing the tracts of land in this general area. The Consent Order filed June 26, 2003 in subfile CHRB-005-0022 should be vacated. Defendants have signed and approved a corrected proposed Consent Order in this subfile to be filed with the Court.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed June 26, 2003 (Doc. 7176) in connection with defendants Loyda Rodela and Steven

Rodela and subfile CHRB-005-0022.

>Respectfully submitted,

>/s/ Ed Newville
>EDWARD G. NEWVILLE
>Special Assistant Attorney General
>Office of State Engineer
>P.O. Box 25102
>Santa Fe, NM 87504-5102
>(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___16th___ day of July, 2008 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participant in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Loyda Rodela
Steven Rodela
P.O. Box 1
Tierra Amarilla, NM 87575

>/s/ Ed Newville
>Edward G. Newville