IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

      vs.

ROMAN ARAGON, *et al.,*

              Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## <u>ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT</u>

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.*
State Engineer, to Join Additional Parties Defendant filed July 21, 2008 (Doc. No. 9236).  Having

reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-

taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the person listed below is  joined as a party defendant

to these proceedings.

      Charles E. Knapp                    CHRB-008-0004D

                                         BRUCE D. BLACK
                                         UNITED STATES DISTRICT JUDGE

Recommended for approved:

SPECIAL MASTER VICKIE L. GABIN