IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>   -v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Village of Chama<br>Subfile No. CHCV-004-0004A |

ORDER SETTING SCHEDULING CONFERENCE

THIS MATTER is before the Special Master, following the vacation of the original scheduling conference in this matter (see Docket Nos. 9212, 9226).  The State of New Mexico, ex rel. State Engineer, and the defendant parties named below have agreed to another date for a scheduling conference pursuant to  F. R. Civ. P. 16:

Dos Rios Development, LLC
Chama Investments, Inc.
c/o Peter B. Shoenfeld, Esq.
P.O. Box 2421
Santa Fe, NM 87504-5520

James A. Heath
Dos Rios Ranch, LLC
c/o Richard S. Mackenzie, Esq.
1127 Paseo de Peralta
Santa Fe, NM 87501

Accordingly, the scheduling conference is hereby set for Tuesday, September 2, 2008, at 11:00 a.m. in the Auxiliary Courtroom, United States District Court, 106 South Federal Place, Santa Fe, N.M..  Counsel shall be prepared with a proposed scheduling order for further proceedings.

IT IS SO ORDERED.

                                                               _/s/ Vickie L. Gabin_
                                                              SPECIAL MASTER