IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                                            69cv07941 BB-ACE
                                                                   Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on Peter Thomas White's Motion to Withdraw as Counsel (Doc. No. 9211, filed June 11, 2008) for Defendant Roberta Orona-Cordova. Mr. White entered his appearance for the limited purpose of allowing Ms. Orona-Cordova to file a response to a motion filed by Defendant El Rito Community Ditch Association. (*Id.*). Mr. White seeks to withdraw on the ground that the matters in dispute have been resolved with the Ditch Association and Ms. Orona-Cordova's representation is no longer required. (*Id.*). The Court will grant the Motion.

    **IT IS SO ORDERED.**

                                                          _____
                                                          **BRUCE D. BLACK**
                                                          **UNITED STATES DISTRICT JUDGE**