IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br> vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>   Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Rio Cebolla<br><br>Subfile No. CHCB-005-0004 |

ORDER TO SHOW CAUSE

To:  **Mario R. Martinez**
    **Sophia D. Martinez**
    **P.O. Box 217**
    **Tierra Amarilla, NM 87575**

Subfile No. CHCB-005-0004

  You are hereby ordered to show cause why the Court should not adjudicate your water rights under Subfile CHCB-005-0004 in the Rio Cebolla subsection of the Rio Chama Stream System as follows:

  A. **IRRIGATED LANDS (Surface Water Only):**

    **Office of the State Engineer File No(s)** 01133 - 01167

    **Priority:** Reserved for future determination by court order entered July 25, 2000

    **Source of Water:** Surface waters of the Rio Cebolla, a tributary of the Rio Chama.

    **Purpose of Use:** IRRIGATION

    **Point of Diversion:**
      **Ditch Name:** EMILIANA MAES SOUTH DITCH

      **Location X:** 1,549,456 feet   **Y:** 1,999,854 feet
      New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

  **Location and Amount of Acreage:**

      <u>Township 26N, Range 03E, Section 12, N.M.P.M.</u>
      Pt. SE¼                                                                0.9 acres

      <u>Township 26N, Range 04E, Section 07, N.M.P.M.</u>
      Pt. SW¼                                                               5.3 acres

                                                                    Total       6.2 acres

  As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCB-005-0004

  **Amount of Water:**  Reserved for future determination by court order entered July 25, 2000

**B.**     **<u>IRRIGATED LANDS (Surface Water Only):</u>**

  **Office of the State Engineer File No(s)** 01133 - 01167

  **Priority:** Reserved for future determination by court order entered July 25, 2000

  **Source of Water:** Surface waters of the Rio Cebolla, a tributary of the Rio Chama

  **Purpose of Use:** IRRIGATION

  **Point of Diversion:**
      **Ditch Name:** ATENCIO NORTH DITCH

      **Location X:** 1,551,652 feet   **Y:** 2,000,325 feet
      New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

  **Location and Amount of Acreage:**

      <u>Township 26N, Range 04E, Section 07, N.M.P.M.</u>
      Pt. SW¼                                                               2.5 acres

                                                                    Total       2.5 acres

  As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCB-005-0004

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000

C. **NO RIGHT (Surface Water Only):**

**Office of the State Engineer File No(s)** 01133 - 01167

**Priority:** NONE

**Source of Water:** Surface waters of the Rio Cebolla, a tributary of the Rio Chama

**Purpose of Use:** NO RIGHT

**Point of Diversion:**
   **Ditch Name:** TRUJILLO - LOPEZ DITCH

   **Location X:** 1,558,976 feet   **Y:** 2,007,053 feet
   New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

**Location and Amount of Acreage:**

| Township 26N, Range 03E, Section 12, N.M.P.M. | |
|---|---|
| Pt. SE¼ | 6.5 acres |
| Township 26N, Range 04E, Section 07, N.M.P.M. | |
| Pt. SW¼ | 16.4 acres |
| Total | 22.9 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCB-005-0004

**Amount of Water:** NONE

If you agree with the above description of your water rights, you do not need to take any action.

If you object to the above description of your water rights, you must file an Objection and Request for Hearing with the United States District Court within 20 days of the receipt of this notice, at: 120 South Federal Place, Santa Fe, NM 87501.  If your request is timely, the Court will notify

you of the date and time of hearing.

                                                                                                                                  */s/ Bruce D. Black*
                                                                                                                 United States District Judge

Recommended for approval:

*/s/ Vickie L. Gabin*
  SPECIAL MASTER