

Trujillo-Lopez Ditch

005-0004
C 16.4 ac.
NR

005-0004
C 6.5 ac.
NR

Atencio North Ditch

D

005-0004
B 2.5 ac.

005-0004
A 2.2 ac.

005-0004
A 0.9 ac.

005-0004
A 3.1 ac.

Emiliana Maes South Ditch

**LEGEND**

- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Area
- Operable Ditch
- Inoperable Ditch
- Stock Ponds / Reservoir

- ◎ Point of Diversion
- ● Well
- ✳ Spring
- Ⓕ Fallow
- ⓃⓇ No Right

N
W    E
S

1 inch = 400 feet

0   100   200   400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P. E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Rio Cebolla Section**

Subfile Number
**CHCB 005-0004**
Emiliana Maes South,
Atencio North and
Trujillo-Lopez Ditches
AMENDED
July 1, 2008