IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

        Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Sections 3 & 7

**CERTIFICATE OF SERVICE**

    I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following defendants on the 22nd day of August, 2008.

Subfile No. CHRU-001-0007E
Docket No. 9245
Claudia Hernandez
400 Rover Blvd.
Los Alamos, NM 87544

Subfile No. CHRB-004-0055B
Docket No. 9246
Manuel D. Trujillo
Marcella Doreen Burbank Trujillo
HC 75 Box 23
St. Rt. 573, #436
Tierra Amarilla, NM 87575

Subfile No. CHRB-005-0020
Docket No. 9247
Steven Rodela
P.O. Box 1
Tierra Amarilla, 87575

Subfile No. CHRB-005-0021A
Docket No. 9248
Maria Elena Rodela
P.O. Box 1
Tierra Amarilla, NM 87575

Subfile No. CHCJ-005-0004
Docket No. 9249
Abelardo E. Garcia
Geraldine E. Garcia
P.O. Box 447
Canjilon, NM 87515

Subfile No. CHRB-004-0055A
Docket No. 9250
Manuel D. Trujillo
Marcella Doreen Burbank Trujillo
HC 75 Box 23
St. Rt. 573, #436
Tierra Amarilla, NM 87575

Subfile No. CHTA-003-0008E
Docket No. 9251
Anna Atencio Ferrell
P.O. Box 453
Tierra Amarilla, NM 87575

Carmela Atencia Varos
3800 San Ignacio Rd. SW
Albuquerque, NM 87121

Subfile No. CHRB-005-0022
Docket No. 9252
Loyda Rodela
Steven Rodela
P.O. Box 1
Tierra Amarilla, NM 87575

Subfile No. CHRB-006-0019A
Docket No. 9253
Walter Joseph Piña
P.O. Box 26
Los Ojos, NM 87551

<u>Subfile No. CHRB-008-0004D</u>
Docket No. 9254
Charles E. Knapp
430 Louise
Los Alamos, NM 87544

<u>Subfile No. CHRB-005-0021B</u>
Docket No. 9255
Loyda Rodela
Steven Rodela
P.O. Box 1
Tierra Amarilla, NM 87575

Dated: August 22, 2008

                                          /s/ Ed Newville
                                 EDWARD G. NEWVILLE
                                 Special Assistant Attorney General
                                 Office of State Engineer
                                 P.O. Box 25102
                                 Santa Fe, NM 87504-5102
                                 (505) 867-7444 telephone
                                 (505) 867-2299 facsimile