IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Chama Mainstream<br><br>Acequia del Rito de los Frijoles<br>Subfile No. 571 |

**STIPULATION ON PRIORITY DATE**

The Plaintiff State of New Mexico, *ex rel.* State Engineer and defendants Seledon Garcia and Alice Garcia are in agreement on the priority date on the water rights described in the Order filed July 23, 1971 (Doc. No. 1768-9) in Subfile 571 (Tract 3.48) and enter into a stipulation on the priority date of those water rights as follows:

　　1.　　Priority: **1735**

Dated: April 3, 2008

State of New Mexico *ex rel.* State Engineer

*/s/ Ed Newville*
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

_____
SELEDON GARCIA

Address: P.O. Box 63
Abiquiu, New Mexico 87510

Date: 5-27-08

_____
ALICE GARCIA

Address: P.O. Box 63
Abiquiu, New Mexico 87510

Date: 5-27-08