IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following defendants on the 3rd day of September, 2008.

Subfile No. CHRB-009-0015A
Docket No. 9276
Rosemary Ulibarri
P.O. Box 64
Tierra Amarilla, NM 87575

Subfile No. CHRB-004-0058
Docket No. 9275
Manuel de Atocha Trujillo
HC 75 Box 23
Tierra Amarilla, NM 87575

Subfile No. CHRB-008-0004A
Docket No. 9274
Sylvia Casados
P.O. Box 196
CR 340 #145
Los Ojos, NM 87551

Subfile No. CHCV-007-0007
Docket No. 9273
Jicarilla Apache Nation
c/o Shenan Atcitty
Holland & Knight LLP
2309 Renard, Suite 200
Albuquerque, NM 87106

Subfile No. CHRB-005-0018
Docket No. 9272
Carlos J. Romero, Jr.
2120 Sheraton Dr.
Santa Clara, CA 95050

Subfile No. CHCV-003-0041
Docket No. 9271
Herman Candelaria
P.O. Box 39
Chama, NM 87520

Subfile No. CHCJ-004-0006C
Docket No. 9270
Adriana Martinez
5427 Raglin SW
Albuquerque, NM 87121-6949

Subfile No. CHCV-003-0042
Docket No. 9269
Herman Candelaria
P.O. Box 39
Chama, NM 87520

Dated: September 3, 2008

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile