IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rito de Tierra Amarilla, Rio Brazos, rutheron & Plaza Blanca, |
| Defendants. | Cañones Creek, Village of Chama |

### ORDER JOINING ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed August 28, 2008 (Doc. No. 9267). Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

Heirs of Lucas Martinez        CHTA-002-0003
                               CHTA-003-0001

JTB Holdings, LLC              CHCV-005-0007

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approved:

SPECIAL MASTER VICKIE L. GABIN