IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
08 SEP -4 AM 11: 05
CLERK-SANTA FE

STATE OF NEW MEXICO, ex rel.

State Engineer

    Plaintiff,

    Vs.

ROMAN ARAGON, et al.,

    Defendants,

6:69cv07941-BB

RIO CHAMA STREAM SYESTEM
Section 3, Rio Cebolla

Subfile No. CHCB-005-0004

## REQUEST FOR HEARING AND RESPONSE TO ORDER TO SHOW CAUSE, AND OBJECTION TO SUBFILE CHCB-005-0004 SURVEY OF IRRIGATED LAND MAP AND THE POSITION OR DELINIATION OF THE TRUJILLO LOPEZ DITCH AS OPPOSED TO THE ORIGINAL SUBPOENA.

Comes now Mario R Martinez in his own proper person with response to order to show cause and to

Object to Subfile No. CHCB-005-0004 Hydrographic Survey Map. Reference the Trujillo Lopez ditch.

Respectfully submitted,

*/s/ Mario R Martinez*

Mario R Martinez
P. O. Box 217
Tierra Amarilla, N.M. 87575
Phone: 505- 929-3078