**FILED**
at Santa Fe, NM

SEP 0 8 2008

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.

State Engineer

       Plaintiff,

    Vs.

ROMAN ARAGON, et al.,

       Defendants,

6:69cv07941-BB

RIO CHAMA STREAM SYESTEM
Section 3, Rio Cebolla

Subfile No. CHCB-005-0004

*Mario R Martinez*
Signature
Mario Raul Martinez
Printed name
P.O. Box 217
Mailing address
Tierra Amarilla, NM. 87575
City, State & Zip
(505) 929-3078
Telephone

## CERTIFICATE OF SERVICE

I hereby certify, that I mailed / hand-delivered / faxed (circle one) a copy of this pleading to: (provide name, address and phone number of all other parties and/or their attorneys.)

Edmund G Newville
PO Box 25102
Santa Fe, NM. 87504-5102
Phone: 867-7444

Vickie L. Gabin
U.S. Court House
Santa Fe NM. 87504-2384

this 4th day of September, 2008.