IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Village of Chama |

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, *ex rel.* State Engineer states that pursuant to Fed. R. Civ. P 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendant was served with process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to Jay Kegel. A copy of the Defendant's signature receipt is attached as an exhibit hereto.

| Defendant | Subfile | Date of Signed Receipt |
|---|---|---|
| Jay Kegel | CHCV-007-0002B | September 8, 2008 |

Dated: September 15, 2008

Respectfully submitted.

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone

(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __15th__ day of September, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non CM/ECF participant in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Jay Kegel
HC 75 84
Chama, NM 87520

/s/ Ed Newville
EDWARD G. NEWVILLE

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jay Kegel*  ☐ Agent  ☒ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Jay Kegel                    8-8-08 |
| 1. Article Addressed to:<br><br>Jay Kegel<br>HC 75 Box 84<br>Chama, NM 87520<br><br>RESTRICTED DELIVERY | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☒ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)      ☒ Yes |
| 2. Article Number<br>   (*Transfer from service label*)  7019 3220 0004 5767 5306 | |
| PS Form 3811, February 2004       Domestic Return Receipt                102595-02-M-1540 | |