IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla

Subfile Nos.   CHTA-002-0003
                    CHTA-003-0001

## ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION

THIS MATTER is before the Court on the Motion for Order to Allow Service by Publication of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 16, 2008 (Doc. No. 9288).

Being fully advised in the premises, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Plaintiff may serve the unknown heirs of Lucas Martinez, Carlota L. Martinez and Levi Martinez by publication pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 1-004(K) of the Rules of Civil Procedure for the District Courts of the State of New Mexico.

                                                           _____
                                                           BRUCE D. BLACK
                                                          UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN