IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Rio Brazos |
| Defendants. | |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following defendants on the 26rd day of September, 2008.

Subfile No. CHRB-005-0003A
Docket No. 9294
Robert F. Sanchez
P.O. Box 695
Las Vegas, NM 87701

Joe R. Sanchez
P.O. Box 147
Los Ojos, NM 87551

Subfile No. CHRB-005-0003B
Docket No. 9294
Robert F. Sanchez
P.O. Box 695
Las Vegas, NM 87701

Joe R. Sanchez
P.O. Box 147
Los Ojos, NM 87551

Dated: September 29, 2008

      /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile