IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*<br>State Engineer, | )<br>)<br>) |
| Plaintiff, | )   69cv07941-BB<br>) |
| vs. | )   RIO CHAMA STREAM SYSTEM<br>)   Section 3:  Canjilon Creek |
| ROMAN ARAGON, et al., | )<br>) |
| Defendants. | )<br>) |

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, *ex rel.* State Engineer states that pursuant to Fed. R. Civ. P 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendant was served with process in the above-captioned matter.  Service was made by certified mail (restricted delivery) addressed to Defendant listed below.  A copy of the Defendant's signature receipt is attached as Exhibit "A" hereto.

| Defendant | Subfile No. | Date of Signed Receipt |
|---|---|---|
| Leroy Lopez | CHCJ-002-0014 | September 11, 2008 |

Dated:  October 1, 2008.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 8504-5102
(505) 867-7444

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of October, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non CM/ECF participant in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Leroy Lopez
P.O. Box 82
Los Ojos, NM 87551

                                                  /s/ Ed Newville
                                                  EDWARD G. NEWVILLE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Leroy Lopez  C. Date of Delivery: 9/11/08 |
| 1. Article Addressed to:<br><br>**Leroy Lopez**<br>**P.O. Box 82**<br>**Los Ojos, NM 87551** | D. Is delivery address different from item 1? ☐ Yes ☑ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number (Transfer from service label)  7003 3110 0000 5006 0361  CHCJ-002-004 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |



EXHIBIT A