IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>    Plaintiff,<br><br>-v-<br><br>ROMAN ARAGON et al.,<br><br>    Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Subfile No. CHCB-005-0004 |

<u>ORDER SETTING HEARING ON RESPONSE TO ORDER TO SHOW CAUSE</u>

THIS MATTER is before the Special Master pursuant to the Orders entered September 23 and 24, 2008 (Docket Nos. 9292, 9293).

Accordingly, a hearing on Defendant Mario R. Martinez's Request for Hearing and Response to Order to Show Cause (No. 9286) is hereby set for Wednesday, **October 29, 2008,** from 1:30 p.m. to 4:30 p.m. in the Auxiliary Courtroom, Second Floor, United States District Court, 106 S. Federal Place, Santa Fe, NM

The parties to this hearing are Mr. Martinez, appearing *pro se*, and the State of New Mexico, ex rel. State Engineer, represented by Mr. Edward Newville, Special Assistant Attorney General. The parties are cautioned that no exhibits or other evidence, including the testimony of expert witnesses, may be introduced at the hearing unless disclosed pursuant to the terms of the September 24 Order.

IT IS SO ORDERED.

                     _/s/ Vickie L. Gabin_
                       SPECIAL MASTER