IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE

RIO CHAMA STREAM SYSTEM
Cañones Creek, Section 7
Subfile No.: CHCC-002-0008

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    CHARLES E. EZELL
    DOROTHY W. EZELL
    MAURICE A. EZELL
    ARTA C. SMITH
    LEO L. SMITH

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement concerning certain elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Cañones Creek, Section 7, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.  There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Cañones Creek, Section 7, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** 1609
**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of Cañones Creek, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch:**   NORTH CAÑONES DITCH
  **Location: X=** 1,548,895   feet   **Y=** 2,114,859   feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---:|---|
| Within the Tierra Amarilla Grant | 8.3 | acres |
| Total | 8.3 | acres |

As shown on the 2000 Hydrographic Survey Map CHCC- 2.
**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

B. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** NONE
**Priority:** Reserved for future determination by court order entered November 19, 2002.
**Source of Water:** Surface water of the north branch of Cañones Creek, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch:**   UNNAMED DITCH NO. 3
  **Location: X=** 1,546,520   feet   **Y=** 2,116,124   feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 12.9 acres |
| | Total | 12.9 acres |

As shown on the 2000 Hydrographic Survey Map CHCC- 2.

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

C. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the north branch of Cañones Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
   **Ditch:**   UNNAMED DITCH NO. 4
   **Location: X=** 1,545,983   feet   **Y=** 2,116,157   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 6.2 acres |
| | Total | 6.2 acres |

As shown on the 2000 Hydrographic Survey Map CHCC- 2.

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

5.  Defendant(s) have no surface water rights in the Rio Chama Stream System, Cañones Creek, Section 7, other than those set forth in this order and those other orders entered by this Court in this cause.

6.  Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Cañones Creek, Section 7, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Cañones Creek, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

/s/ Bruce D. Black
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
SPECIFIC MASTER

SIGNATURE: _Charles E. Ezell_  
CHARLES E. EZELL  
ADDRESS: 587 Rock Rd  
New Braunfels  
Texas 78130  
DATE: 9-3-08

SIGNATURE: _Dorothy W. Ezell_  
DOROTHY W. EZELL  
ADDRESS: Box 1815  
SF NM 87504  
DATE: 9/12/08

SIGNATURE _Maurice A. Ezell_  
MAURICE A. EZELL

ADDRESS: PO Box 1815
Santa Fe NM 87504

DATE: 9-8-08

SIGNATURE _Leo L. Smith_  
LEO L. SMITH

ADDRESS: 86 Santa Maria Dr.
Edgewood,
NM 87015

DATE: 8-7-08

SIGNATURE _Arta C. Smith_  
ARTA C. SMITH

ADDRESS: 86 Santa Maria Dr.
Edgewood,
NM 87015

DATE: 8-7-08

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

9.19.08
Date