**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69 cv 7941 doc. 9294
BB

RECEIVED
At Albuquerque NM
OCT 02 2008
MATTHEW J. DYKMAN
CLERK

Robert F. Sanchez, Esq.
Post Office Box 696
Las Vegas, NM 87701

WATTS

NIXIE            871    DE 1         00    10/01/08
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 8710222747 0          *0269-02151-24-41

8710180696 8005
8710202274