IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Orders for the subfiles listed below was mailed to each of the following defendants on the 6th day of October, 2008.

Subfile No. CHCJ-002-0041
Docket No. 9300
Bertha Baca
1115 Ocate Rd. #54
Santa Fe, NM 87505

Subfile No. CHCJ-002-0048
Docket No. 9299
Jose Lorenzo Martinez
P.O. Box 532
Canjilon, NM 87515

Subfile No. CHCJ-002-0049B
Docket No. 9302
David Manuel Maes
P.O. Box 634
Canjilon, NM 87515

Subfile No. CHCC-002-0008
Docket No. 9301
Charles E. Ezell

P.O. Box 133
Chama, NM 87520

Dorothy W. Ezell
Maurice A. Ezell
P.O. Box 1815
Santa Fe, NM 87504

Arta C. Smith
Leo L. Smith
86 Santa Maria Drive
Edgewood, NM 87015

Dated:October 6, 2008

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile