IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) ) RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) Sections 3, 5 and 7 |
| Defendants. | ) ) ) |

ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53, a status conference is hereby set for Wednesday, October 29, 2008, at 9:30 a.m., in the Auxiliary Courtroom, United States District Court, 106 Federal Place, Santa Fe, N.M..   Agenda items include:

1.  the status of individual subfile work in Sections 3 and 7;

2.  pursuant to the Order Amending Priorities Adjudication Schedule for Sections 3 and 7 (April 11, 2008, No. 9172), the status of the Acequias' historical reports for water uses in the Rio Nutrias subsection of Section 3, and subsections of Section 7;

3. the potential request by the acequias for enforcement against upstream junior users in sections 3 and 7;

4. pursuant to the Order for Further Proceedings filed March 14, 2008 (Docket No. 9134), submission of a draft decree describing the United States of America's claims under the Wild and Scenic Rivers Act;

5. the status of the tasks and schedules set forth in the December 3, 2007, Joint Motion to Amend Scheduling Order for Federal Non-Indian Water Rights Claims, granted March 12, 2008 (Nos. 9030, 9133);

6. pursuant to the Order for Further Proceedings, the progress of discussions relating to the Motion for Declaration of Water Allocation Customs filed by the El Rito Ditch Association April 23, 2007 (No. 8629);

7. any changes to the current schedule for adjudicating the state law-based water rights claims of the Jicarilla Apache Tribe, as described in the Nation's Unopposed Motion for Extension of Time ... (December 21, 2007, No. 9059, granted No. 9060);

8. the status of the dispute between Defendants Dos Rios Development, LLC and James A. Heath, Dos Rio Ranch, LLC, in Subfile No. CHCV-004-0004A, as discussed at the September 2, 2008, Scheduling Conference (see No. 9257); and

9. any other matter relevant to these proceedings.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER