IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

6:69-cv-07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHRB-005-0019**

### ORDER GRANTING MOTION TO AMEND DEFAULT ORDER

THIS MATTER is before the Court on the State of New Mexico's Motion to Amend Default Order filed July 25, 2008 (Docket No. 9239). Defendant Pedro Romero did not file a response in opposition to the State's motion.

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the Order Granting Default Judgment entered in connection with Defendant Pedro Romero and subfile CHRB-005-0019 on September 20, 2006 (Docket No. 8379) is amended as follows:

1.    The amount and location of irrigated acreage under subfile CHRB-005-0019 is revised from 3.8 acres to 3.4 acres as shown and described in Exhibit 1 of the Motion to Amend Default Order filed July 25, 2008 (Docket No. 9239), also attached hereto.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*
———————————————
SPECIAL MASTER VICKIE L. GABIN

