IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Rio Cebolla<br><br>Subfile No. CHCB-005-0004 |

**LIST OF WITNESSES EXPECTED TO BE CALLED
BY STATE OF NEW MEXICO WITH RESPECT TO
WATER RIGHTS CLAIMS UNDER SUBFILE CHCB-005-0004**

　　COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and in compliance with the Order entered September 24, 2008 (Docket No. 9293) in connection with subfile CHCB-005-0004 and the hearing scheduled for October 29, 2008, states the following:

　　1.　　The State expects to call the following witness at the hearing scheduled for October 29, 2008.

　　Lorenzo Romero
　　Office of the Sate Engineer
　　P.O. Box 25201
　　Santa Fe, NM 87504

　　Chris Rodriguez
　　Office of the Sate Engineer
　　P.O. Box 25201
　　Santa Fe, NM 87504

Dr. John O. Baxter
c/o Office of the Sate Engineer
P.O. Box 25201
Santa Fe, NM 87504

          Respectfully submitted,

           /s/ Ed Newville
          EDWARD G. NEWVILLE
          Special Assistant Attorney General
          Office of State Engineer
          P.O. Box 25102
          Santa Fe, NM 87504-5102
          (505) 867-7444 phone
          (505) 867-2299 facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___11th___ day of October, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Mario R. Martinez
Sophia D. Martinez
P.O. Box 217
Tierra Amarilla, NM 87575