IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>    Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Rio Cebolla<br><br>Subfile No. CHCB-005-0004 |

## CERTIFICATE OF SERVICE

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and in compliance with the Order entered September 24, 2008 (Docket No. 9293) in connection with subfile CHCB-005-0004 and the hearing scheduled for October 29, 2008, states the following:

1. The undersigned certifies that true and correct copies of the documentary evidence intended to be introduced at the hearing scheduled for October 29, 2008, and identified in the statement of the position of the State of New Mexico filed October 10, 20008 (Doc. No. 9307), were mailed to Defendant Mario R. Martinez on October 11, 2008 by express overnight mail.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __11th__ day of October, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Mario R. Martinez
Sophia D. Martinez
P.O. Box 217
Tierra Amarilla, NM 87575