IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

        Plaintiff,

v.

ROMAN ARAGON, *et al.*

        Defendants.

No. 69cv07941 JEC-ACE

RIO CHAMA STREAM SYSTEM
Rio Brazos, Section 7

**UNOPPOSED MOTION TO WITHDRAW**
**PURSUANT TO D.N.M. LR.-Civ. 83.8(a)**

PIERRE LEVY, of O'Friel and Levy, P.C., counsel of record for the following

claimants, hereby moves to withdraw pursuant to D.N.M. LR.-Civ. 83.8(a) from the

representation of the following parties and associated subfiles in this matter:

| | |
|---|---|
| **Joyce Menninger** | **Subfile Number CHRB-009-0001** |
| **Kathy R. Tafoya** | **Subfile Number CHRB-009-0001** |
| **Lisa Tafoya** | **Subfile Number CHRB-009-0001** |
| **Lorraine Tafoya** | **Subfile Number CHRB-009-0001** |
| **Lucy Tafoya** | **Subfile Number CHRB-009-0001** |
| **Jose P. Tafoya** | **Subfile Number CHRB-009-0021** |
| **Lucy M. Tafoya** | **Subfile Number CHRB-009-0021** |
| **Lorraine Tafoya** | **Subfile Number CHRU-003-0013** |

Ms. Lorraine Tafoya, Esq., speaking for all represented parties, hereby consents to

the granting of this motion.  Pursuant to D.N.M. LR.-Civ. 83.8(a) (effective September 9,

2008), the parties intend to proceed *pro-se* for the remainder of this action.  The contact

information for the parties is

Ms. Lorraine Tafoya, Esq.
5842 E. Beverly Blvd.
Los Angeles, California 90022
(323) 888-1993

Pursuant to Local Rule D.N.M.LR. Civ. 83.8, the undersigned has conferred with Ms.

Tafoya with respect to this motion.   Ms. Tafoya concurs in and does not oppose the

motion.

Respectfully Submitted by:

O'FRIEL and LEVY, P.C.
Attorneys for Defendants

By_____
Pierre Levy, Esquire
P.O. Box 2084
Santa Fe, New Mexico 87504-2084
(505) 982-5929

2

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing using the Court's CM/ECF system, and have served a copy of the foregoing, by first class mail postage prepaid, on this 14th day of October, 2008, to the following person:

Ms. Lorraine Tafoya, Esq.
5842 E. Beverly Blvd.
Los Angeles, California 90022

_____
Pierre Levy