IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

    Plaintiffs,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB-ACE
Rio Chama Adjudication

## ORDER

**THIS MATTER** comes before the Court on Pierre Levy's Unopposed Motion to Withdraw Pursuant to D.N.M. LR-Civ. 83.8(a). (Doc. No. 9310, filed June 11, 2008). The Court will **GRANT** the Motion.

**IT IS SO ORDERED.**

_____
**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**