IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rito de Tierra Amarilla,
Rio Brazos, Rutheron & Plaza Blanca,
Cañones Creek, Village of Chama

**PROOF OF PUBLICATION
OF NOTICE OF PENDENCY OF SUIT**

COMES NOW plaintiff State of New Mexico, *ex rel.* State Engineer, and hereby files proof of publication of the Notice of Pendency of Suit issued by the Clerk of this Court on September 22, 2008, for purpose of service by publication on the following unknown persons:

Heirs of Lucas Martinez          CHTA-002-0003, CHTA-003-0001

Heirs of Carlota L. Martinez     CHTA-002-0003, CHTA-003-0001

Heirs of Levi Martinez           CHTA-002-0003, CHTA-003-0001

Attached as Exhibit A is the Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

DATED: October 27, 2008

Respectfully submitted,

  _/s/ Ed Newville_____
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __27th__ day of October, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Ken Martinez
Walter K. Martinez Law Office
P.O. Box 730
Grants, NM 87020

Frank A. Martinez
346 Forest Rd. 314
Jemez Springs, NM 87025


   /s/ Ed Newville_____
EDWARD G.  NEWVILLE

-2-

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO
STATE OF NEW MEXICO,
EX REL. STATE ENGINEER
PLAINTIFF, VS. ROMAN
ARAGON, ET AL.,
DEFENDANTS,
69CV07941-BB RIO CHAMA
STREAM SYSTEM SECTION
7: RITO DE TIERRA
AMARILLA, RIO BRAZOS,
RUTHERON & PLAZA
BLANCA, CAÑONES
CREEK, VILLAGE OF
CHAMA.

NOTICE OF PENDENCY OF
SUIT

The following unknown per-
sons:
Heirs of Lucas Martinez
CHTA-002-0003, CHTA-003-
0001
Heirs of Carlota L. Martinez
CHTA-002-0003, CHTA-003-
0001
Heirs of Levi Martinez CHTA-
002-0003, CHTA-003-0001
GREETINGS:
Please take notice that there
is pending in the United
States District Court for the
District of New Mexico an ac-
tion against you, the general
purpose of which is to adjudi-
cate all claims to rights to use
the waters of the Rito de Tier-
ra Amarilla, Rio Brazos, Ruth-
eron & Plaza Blanca, Cañ-
ones Creek, and Village of
Chama subsections of the Rio
Chama Stream System (Sec-
tion 7). Unless you appear
and defend in this matter on
or before December 1, 2008,
any right you may have to use
the surface waters of the Rio
Chama Stream System (Sec-
tion 7) for irrigation purposes
may be adjudicated by default
judgement that conforms to
the State Engineer's hydro-
graphic surveys of the Rito de
Tierra Amarilla, Rio Brazos,
Rutheron & Plaza Blanca,
Cañones Creek, and Village
of Chama subsections of the
Rio Chama Stream System,
as amended. The waters that
are the subject of the action
are located in Rio Arriba
County, New Mexico.
The name and address of the
plaintiff's attorney is:
Edward G. Newville
Special Assistant Attorney
General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444
WITNESS the hand seal of
the United States District
Court for the District of New
Mexico this 22nd day of Sep-
tember, 2008.
MATTHEW J. DYKMAN
DISTRICT COURT CLERK
By: /s/ Matthew J. Dykman
(Published October 2, 9, 16,
23, 2008)

**...isher's Bill**

...es one time at 56.70

3 times at 145.80

Affidavit 5.00

Subtotal 207.50

Tax 16.08

Total 223.58

**...eived at Rio Grande SUN**

By _Donnil Martin_

# Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn,
declare and say I am the publisher of the Rio
Grande SUN, a weekly newspaper published in
the English language and having a general circu-
lation in the County of Rio Arriba, State of New
Mexico, and being a newspaper duly qualified to
publish legal notices and advertisements under
the provisions of Chapter 167 of the Session
Laws of 1937. The publication, a copy of which is
hereto attached, was published in said paper
once each week for

4 consecutive weeks and on the same day
of each week in the regular issue of the paper
during the time of publication and the notice was
published in the newspaper proper, and not in any
supplement. The first publication being on the

2 day of October 2008

and the last publication on the 23 day of

October 2008 payment for said
advertisement has been duly made, or assessed
as court costs. The undersigned has personal
knowledge of the matters and things set forth in
this affidavit.

_Robert Trapp_
Publisher

Subscribed and sworn to before me this 23
day of Oct A.D. 2008

_Maria V. Lopez Garcia_

Maria V. Lopez-Garcia/Notary Public
My commission expires 13 July 2009