IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. | ) | CIVIL ACTION FILE NO. |
| State Engineer, | ) | 6:69-CV-07941-BB |
| | ) | RIO CHAMA STREAM SYSTEM |
| Plaintiff, | ) | Village of Chama, Section 7 |
| | ) | Subfile No. CHCV-004-0004A |
| v. | ) | |
| | ) | **NOTICE OF WITHDRAWAL** |
| | **)** | **OF CLAIM** |
| ROMAN ARAGON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽ | ) | |

COME NOW James Heath and Dos Rios Ranch, LLC, by and through their undersigned

attorney, and respectfully move the Court to withdraw the claim submitted by James Heath and

Dos Rios Ranch, LLC against water rights adjudicated to Dos Rios Development, LLC.

WHEREFORE, it is respectfully requested that the Court enter an order dismissing James

Heath and Dos Rios Development, LLC's claim without prejudice.

Respectfully submitted,


 /s/ Richard S. Mackenzie
RICHARD S. MACKENZIE
1127 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 982-9823
Fax: (505) 982-8239
RMLaw202@aol.com
Attorney for Defendants James Heath and
Dos Rios Ranch, LLC

Approved:                           LAW OFFICES OF PETER B. SHOENFELD, P.A.


                               By: Telephonically approved on 10/28/08
                                        Peter B. Shoenfeld
                                        Post Office Box 2421
                                        Santa Fe, NM 87504-2421
                                        Telephone: (505) 982-3566
                                        Fax: (505) 982-5520
                                        petershoenfeld@qwest.com
                                        Attorneys for Dos Rios Development, LLC


## CERTIFICATE OF SERVICE

       I hereby certify that on this 28th day of October, 2008, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.



          /s/ Richard S. Mackenzie
          RICHARD S. MACKENZIE