IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>   -v-<br><br>RAMON ARAGON et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)    69cv07941-BB-ACE<br>)<br>)    RIO CHAMA STREAM SYSTEM<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the historical report by Malcolm Ebright entitled *Settlement and Irrigation at Chama* was served on Edward G. Newville, counsel for the State of New Mexico, *ex rel.* State Engineer, on the 31st day of October, 2008.

          Respectfully Submitted,

          SHEEHAN, SHEEHAN & STELZNER, P.A.
          Attorneys for Acéquias Norteñas
          40 First Plaza N.W., Suite 740 (87102)
          Post Office Box 271
          Albuquerque, New Mexico 87103
          (505) 247-0411
          *jwu@ssslawfirm.com*

          *Electronically Filed*

     BY:   */s/ John W. Utton*
              JOHN W. UTTON

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on the 3rd day of November, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Shenan Rae Atcitty**
shenan.atcitty@hklaw.com

- **Kimberly Bannerman**
kbannerman@newmexicowaterlaw.com

- **David A. Benavides**
davidb@nmlegalaid.org

- **Leander Bergen**
lbergen@nativeamericanlawyers.com,bmeyerson@nativeamericanlawyers.com

- **Frank M. Bond**
fbond@simonsfirm.com,ggonzales@simonsfirm.com,sgarcia@simonsfirm.com,fbond@mac.com

- **Bradley S. Bridgewater**
bradley.s.bridgewater@usdoj.gov,gary.durr@usdoj.gov,jennifer.vaughn2@usdoj.gov,yvonne.marsh@usdoj.gov

- **James C. Brockmann**
jcbrockmann@newmexicowaterlaw.com

- **Christina J. Bruff**
cjb@lrpa-usa.com

- **Chama Investments, Inc.**
aaa@aaa.com

- **Tessa T. Davidson**
ttd@tessadavidson.com

- **Rebecca A. Dempsey**
rdempsey@wkkm.com,fmtz@wkkm.com

- **Dos Rios Development, LLC**
aaaa@aaa.com

- **Dos Rios Development, LLC**
aaaa@aaa.com

- **Dos Rios Ranch, LLC**
rmlaw202@aol.com

- **Charles T. DuMars**
ctd@lrpa-usa.com

- **Randolph B. Felker**
randfelker@aol.com

- **Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com,mlara@hinklelawfirm.com

- **Gary S. Friedman**
gsf@chflaw.com

- **Vickie L. Gabin**
vlgabin@nm.net

- **David W Gehlert**
david.gehlert@usdoj.gov,efile_nrs.enrd@usdoj.gov,jennifer.vaughn2@usdoj.gov,lori.montano@usdoj.gov

- **Ryan Margaret Golten**
ryang@nmlegalaid.org

- **Karla JaNelle Haught**
janelle.haught@state.nm.us

- **James A. Heath**
rmlaw202@aol.com

- **Mary E. Humphrey**
humphrey@newmex.com

- **Richard S. Mackenzie**
rmlaw202@aol.com

- **John F. McCarthy, Jr.**
jfmc@wkkm.com

- **David C. Mielke**
dmielke@abqsonosky.com,sdressler@abqsonosky.com

- **Edward G. Newville**
ednewville@rgunwired.net,connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.kipnes@state.nm.us,hilario.rubio@state.nm.us

- **Brett J. Olsen**
brett_olsen@msn.com

- **Roberta Orona-Cordova**
pwhite9098@aol.com

- **Marcus J. Rael, Jr.**
marcus@roblesrael.com,nicole@roblesrael.com,diane@roblesrael.com,candace@roblesrael.com

- **Walter L. Reardon, Jr.**
walter@reardonlawnm.com

- **Gregory C. Ridgley**
greg.ridgley@state.nm.us,marjorie.dryden@state.nm.us,vina.gallegos@state.nm.us

- **Peter B. Shoenfeld**
petershoenfeld@qwestoffice.net

- **Arianne Singer**
arianne.singer@state.nm.us,connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.kipnes@state.nm.us,vina.gallegos@state.nm.us,bushnell@law.unm.edu

- **Jay F. Stein**
jfstein@newmexicowaterlaw.com

- **Timothy A. Vollmann**
tim_vollmann@hotmail.com

- **Fred Waltz**
fwaltz@kitcarson.net,cortega@kitcarson.net

/s/ *John W. Utton*
JOHN W. UTTON