IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Sections 3 & 7

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Orders for the subfiles listed below, and the Subfile Order for subfile CHCB-005-0004, were mailed to each of the following defendants or their representatives on the 5th day of November, 2008.

Subfile No. CHCJ-003-0025
Docket No. 9318
Carlos A. Garcia
4009 Donald Rd. SW
Albuquerque, NM 87105

Subfile No. CHCV-004-0004A
Docket No. 9319
Chama Investments, Co.
William H. Albert
PO Box 116
Chama, NM 87520

Peter B. Shoenfeld, Esq.
100 La Salle Cir. #A
Santa Fe, NM 87504-2421

Subfile No. CHRB-008-0007
Docket No. 9320
Emmanuelita "Amie" Casados

P.O. Box 369
Tierra Amarilla, NM 87575

<u>Subfile No. CHTA-003-0056</u>
Docket No. 9321
Manuel D. Trujillo
Marcella D. Burbank Trujillo
HC 75 Box 23
Tierra Amarilla, NM 87575

<u>Subfile No. CHCB-005-0004</u>
Docket No. 9322
Mario R. Martinez
Sophia D. Martinez
P.O. Box 217
Tierra Amarilla, NM 87575

Dated: November 5, 2008

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile