IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ROMAN ARAGON, et al., | ) ) |
| Defendants. | ) ) ) |

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, *ex rel.* State Engineer states that pursuant to Fed. R. Civ. P 4(e)(1) and the New Mexico Rules of Civil Procedure 1-0004(E)(3) the following Defendant was served with process in the above-captioned matter. Service was made by certified mail (restricted delivery) addressed to Defendant listed below. A copy of the Defendant's signature receipt is attached as Exhibit "A" hereto.

| Defendant | Subfile No. | Date of Signed Receipt |
|---|---|---|
| Marilyn Baldonado | CHCJ-003-0059A | October 16, 2008 |

Dated: November 18, 2008.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of November 2008, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Marilyn Baldonado
P.O. Box 80852
Albuquerque, NM 87198-0852

_____
Ed Newville

2



EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marilyn Baldonado
P.O. Box 80852
Albuquerque, NM 87198-0852

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Marilyn Baldonado   ☐ Agent   ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Marilyn Baldonado

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

[Postmark: ALBUQUERQUE NM 87108 OCT 16]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number: 7005 1820 0006 3409 5028

CHCJ-003-0059A

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540