IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*  )
State Engineer,                 )
                                )
            Plaintiff,          )          69cv07941-BB
                                )
      vs.                       )          RIO CHAMA STREAM SYSTEM
                                )          Section 3:  Canjilon Creek
ROMAN ARAGON, et al.,           )
                                )
            Defendants.         )
_____)

## CERTIFICATE OF SERVICE

Edward G. Newville, attorney for the Plaintiff State of New Mexico, *ex rel.* State

Engineer states that pursuant to Fed. R. Civ. P 4(e)(1) and the New Mexico Rules of Civil

Procedure 1-0004(E)(3) the following Defendants were served with process in the above-

captioned matter.  Service was made by certified mail (restricted delivery) addressed to

Defendants listed below.  A copy of the Defendants' signature receipt is attached as

Exhibit "A" hereto.

| Defendant | Subfile No. | Date of Signed Receipt |
|---|---|---|
| Joseph D. Montoya | CHCJ-003-0053 | August 26, 2008 |
| David Manuel Maes | CHCJ-002-0049B | August 19, 2008 |

Dated:  September 11th, 2008.

Respectfully submitted,

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 8504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ~~11th day of September~~, 20th day of November, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Joseph D. Montoya        David Manuel Maes
P.O. Box 561             P.O. Box 634
Canjilon, NM 87515       Canjilon, NM 87515


                          /s/ Ed Newville_____
                         EDWARD G. NEWVILLE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Joseph D. Montoya**
**P.O. Box 561**
**Canjilon, NM 87515**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph D M___  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Joseph D. Montoya_   8/22/08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from :   7003 3110 0000 5006 0385   *CHCJ-003-0053*

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**David Manuel Maes**
**P.O. Box 634**
**Canjilon, NM 87515**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_David Maes_   8/19/08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from :   7003 3110 0000 5006 0378   *CHCJ-002-0049B*

PS Form 3811, Feb     4      Domestic Return Receipt



**EXHIBIT**

**"A"**