IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,           6:69cv07941-BB

vs.                RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.*,       Section 3: Canjilon Creek

   Defendants.

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(i) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

<u>Canjilon Creek</u>

Jose R. Baldonado            CHCJ-003-0059A

Dated: November 21, 2008

                Respectfully submitted,

                 /s/ Ed Newville
                EDWARD G. NEWVILLE
                Special Assistant Attorney General
                Office of State Engineer
                P.O. Box 25102
                Santa Fe, NM 87504-5102
                (505) 867-7444 phone
                (505) 867-2299 facsimile