IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

08 NOV 26 AM 11: 52

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 3, Canjilon Creek

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico,

certify that the above-entitled cause was filed in the United States District Court at Albuquerque,

State of New Mexico, and the records of my office indicate that service of process commanding the

following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Proof of Service Filed |
|---|---|---|
| Marilyn Baldonado | CHCJ-003-0059A | Certificate of Service filed November 17, 2008 (Doc. 9324) |
| Joseph D. Montoya | CHCJ-003-0053 | Certificate of Service filed November 20, 2008 (Doc. 9325) |
| Luggie Montaño | CHCJ-003-0039 | Waiver of Service of Process filed January 29, 2001 (Doc. 6140) |
| Thomas Montaño | CHCJ-003-0039 | Waiver of Service of Process filed January 29, 2001 (Doc. 6140) |
| Zaqueo Salazar | CHCJ-003-0059B | Certificate of Service filed September 26, 2007 (Doc. 8935) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this _26_ day of _November_, 2008.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk

-2-