IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

08 NOV 26 AM 11:52

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Village of Chama |

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendant to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Proof of Service Filed |
|---|---|---|
| JTB Holdings, LLC | CHCV-005-0007 | September 22, 2008 (Doc. No. 9290) |

I further certify that the above-named defendant has failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendant is in default.

DATED this _26_ day of _November_, 2008.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk