IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    vs.

ROMAN ARAGON, *et al.*,

    Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rito de Tierra Amarilla

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | Proof of Publication Filed |
|---|---|---|
| Heirs of Lucas Martinez | CHTA-002-0003<br>CHTA-003-0001 | October 27, 2008 (Doc. No. 9313) |
| Heirs of Carlota L. Martinez | CHTA-002-0003<br>CHTA-003-0001 | October 27, 2008 (Doc. No. 9313) |
| Heirs of Levi Martinez | CHTA-002-0003<br>CHTA-003-0001 | October 27, 2008 (Doc. No. 9313) |

Dated: December 2, 2008

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General

> Office of State Engineer
> P.O. Box 25102
> Santa Fe, NM 87504-5102
> (505) 867-7444 phone
> (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __2nd__ day of December, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Peter F. Wirth, Esq.
Sawtell, Wirth & Biedscheid, P.C.
708 Paseo de Peralta
Santa Fe, NM 87501

Ken Martinez, Esq.
Walter K. Martinez Law Office
P.O. Box 730
310 W High St. 87020
Grants, NM 87020-0730

Frank A. Martinez
346 Forest Rd. 314
Jemez Springs, NM 87025

> /s/ Ed Newville
> EDWARD G. NEWVILLE