IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

          Plaintiff,

   -v-

RAMON ARAGON *et al.*

          Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Mainstream

## **NOTICE OF INTENT TO FILE WATER RIGHTS PLEADINGS**

The Special Master enters this Notice to inform current water rights owners of the Court's intent to file pleadings which were originally filed in the District Court of Rio Arriba County, State of New Mexico (Cause No. 8294) but which were never transferred to the United States District Court.  These pleadings should be part of the federal docket and will be made part of the record unless objections are timely filed.  This notice is being sent to the individuals listed in Attachment A along with a copy of the pleading that relates to the individual's subfile which the Court intends to file in the federal record.

BACKGROUND

While researching the records room at the United States District Court in Albuquerque, New Mexico, staff discovered that certain pleadings had not been transferred at the time the case was removed from state court to federal court.   At the same time, staff found that files at the New Mexico Office of the State Engineer contain true copies of the original state court pleadings, certified by the clerk of the state court with original ink signatures and embossed with the seal of the court.  These are the pleadings that should be filed with the federal court.

OBJECTIONS

**THE PARTIES ARE NOTIFIED THAT WITHIN 20 DAYS OF SERVICE** of a copy of this Notice, they may file written objections with the Clerk of the Court pursuant to Federal Rule of Civil Procedures 53(f)(2). A party must file any objections with the Clerk of the Court within the twenty-day period if that party wants the District Judge to hear objections to the proposed filing of water rights pleadings described in Attachment A. If no objections are filed within the twenty-day period, the Court will proceed to file the referenced pleadings.

                                        */s/ Vickie L. Gabin*
                                  SPECIAL MASTER VICKIE L. GABIN

ATTACHMENT A

| Defendant/Address | Subfile No. | Date Consent Order Filed In State Court |
|---|---|---|
| LITA ESPINOZA<br>11813 PALO DURO, NE<br>ALBUQUERQUE, NM 87171 | 261 | 4/15/1963 |
| AGNES JARAMILLO<br>P.O. BOX 634<br>ESPAÑOLA, NM 87532 | 310 | 4/3/1963 |
| ANGELINA MAESTAS DURAN<br>P.O. BOX 975<br>ESPAÑOLA, NM 87532 | 316 | 4/3/1963 |
| JOE A. MASCARENAS<br>P.O. BOX 687<br>ESPAÑOLA, NM 87532 | 250 | 4/15/1963 |
| JOE A. MASCARENAS<br>P.O. BOX 687<br>ESPAÑOLA, NM 87532 | 252 | 4/15/1963 |
| SOSTENES MASCARENAS<br>P.O. BOX 1204<br>SAN JUAN PUEBLO, NM 87566 | 254 | 4/15/1963 |
| LUIS E. MOYA<br>P.O. BOX 17-A<br>HERNANDEZ, NM 87537 | 323 | 4/3/1963 |
| RICK L. ROMERO<br>ROUTE 4, BOX 179<br>ESPANOLA, NM 87532 | 262 | 8/7/1969 |
| JOSE E. ROYBAL<br>P.O. BOX 999<br>SAN JUAN PUEBLO, NM 87566 | 265 | 4/15/1963 |
| STEPHEN SMITH<br>RT. 1 BOX 5<br>HERNANDEZ, NM 87537 | 331 | 4/3/1963 |
| JAMES SPEARS<br>P.O. BOX 1331<br>ESPAÑOLA, NM 87532 | 281 | 4/15/1963 |
| A.B. VALDEZ<br>P.O. BOX 4425<br>FAIRVIEW, NM 87533 | 252 | 4/15/1963 |