STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rito de Tierra Amarilla

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Proof of Publication Filed |
|---|---|---|
| Heirs of Lucas Martinez | CHTA-002-0003<br>CHTA-003-0001 | October 27, 2008 (Doc. No. 9313) |
| Heirs of Carlota L. Martinez | CHTA-002-0003<br>CHTA-003-0001 | October 27, 2008 (Doc. No. 9313) |
| Heirs of Levi Martinez | CHTA-002-0003<br>CHTA-003-0001 | October 27, 2008 (Doc. No. 9313) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 3rd day of December, 2008.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk