UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD., N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69CV 7941 BB
Re: DOC. #9334

RECEIVED At Albuquerque NM
DEC 0 5 2008
MATTHEW J. DYKMAN
CLERK

STEPHEN SMITH
RT. 1 BOX 5
HERNANDEZ, NM 87537

NIXIE        871    DC 1        00  12/04/08
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 8710227470            *0268-09864-02-44


