UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69 CV 7941 BB
Re Document #9334

LUIS E. MOYA
P.O. BOX 17-A
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM
DEC 0 5 2008
MATTHEW J. DYKMAN
CLERK

NIXIE   871   SC 1   84   12/04/08
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 87102227470   *1855-02314-04-15