IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Rito de Tierra Amarilla |
| Defendants. | |

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order granting default judgment against the following defendants:

| | |
|---|---|
| Heirs of Lucas Martinez | CHTA-002-0003 |
| | CHTA-003-0001 |
| Heirs of Carlota L. Martinez | CHTA-002-0003 |
| | CHTA-003-0001 |
| Heirs of Levi Martinez | CHTA-002-0003 |
| | CHTA-003-0001 |

and as grounds therefore plaintiff states:

1.   Defendants Heirs of Lucas Martinez, Heirs of Carlota L. Martinez and Heirs of Levi Martinez are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed December 3, 2008 (Doc. No. 9336).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed

consent orders and in conformance with the Office of the State Engineer Hydrographic Survey for Section 7 of the Rio Chama Stream, as amended.

                                        Respectfully submitted,

                                        /s/ Ed Newville
                                      EDWARD G. NEWVILLE
                                      Special Assistant Attorney General
                                      Office of State Engineer
                                      P.O. Box 25102
                                      Santa Fe, NM 87504-5102
                                      (505) 867-7444 telephone
                                      (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __8__ day of December, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Peter F. Wirth, Esq.
Sawtell, Wirth & Biedscheid, P.C.
708 Paseo de Peralta
Santa Fe, NM 87501

Ken Martinez, Esq.
Walter K. Martinez Law Office
P.O. Box 730
310 W High St. 87020
Grants, NM 87020-0730

Frank A. Martinez
346 Forest Rd. 314
Jemez Springs, NM 87025

                                        /s/ Ed Newville
                                      EDWARD G. NEWVILLE