UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69CV7941 BB
Re: DOC # 9334

MATTHEW J. DYKMAN
CLERK

RECEIVED
At Albuquerque NM

DEC 1 2 2008

JOE A MASCARENAS
BOX 687
PANOLA, NM 87532

NIXIE        871    DE  1          00  12/11/08
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 87102227470       *0289-05785-02-41

