IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
Relation of State Engineer

69CV07941-BB

Plaintiff,

RIO CHAMA STREAM SYSTEM

-v-

Mainstream

RAMON ARAGON, et al

## OBJECTION TO NOTICE OF INTENT TO
## FILE WATER RIGHTS PLEADINGS

COMES NOW one of the defendants in the above entitled cause and hereby files its objections with the findings of the State of New Mexico on the relation of State Engineer as to the priority date of 1724. My objection is timely filed because the Notice of Priority was wrongly filed in the District Court of Rio Arriba, State of New Mexico (Cause No. 8294) and only recently property filed. The date I received said notice was on about December 5, 2008.

THEREFORE, the Acequia de Chamita Commission, myself included, recognize the priority date being 1598

RAFAELITA M. ESPINOZA,
a/k/a Lita Espinoza
Appearing Pro Se
11813 Palo Duro Ave NE
Albuquerque, NM 87111