IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO** *ex rel.* **State Engineer,** | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| **ROMAN ARAGON,** *et al.*, | Section 7 |
| Defendants. | |

## ENTRY OF APPEARANCE

**COMES NOW,** Charles T. DuMars and Tanya L. Scott (Law & Resource Planning Associates, P.C.) and hereby enters their appearance as counsel of record on behalf of the following defendant in the above-captioned matter:

**Name and Address of Participant**

Quinlan Ranches New Mexico, LLC
1101 Paseo de Peralta F
Santa Fe, NM 87501

Respectfully submitted,

LAW & RESOURCE PLANNING ASSOCIATES,
*A Professional Corporation*

By: _____
    Charles T. DuMars
    Tanya L. Scott
    Attorneys at Law
    Albuquerque Plaza, 201 3rd Street NW, Ste. 1750
    Albuquerque, NM 87102
    (505) 346-0998 / FAX: (505) 346-0997

**CERTIFICATE OF MAILING**

    **I HEREBY CERTIFY** that, on December 23, 2008, I filed the foregoing Entry of Appearance electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Filing to be served by electronic means.

                                                              Charles T. DuMars