IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## WITHDRAWAL OF APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and hereby withdraws the Application of Entry of Default filed December 3, 2008 (Doc. No. 9335) in connection with defendant Russell Casados and subfile CHRB-008-0006.  Defendant Casados has signed and approved the State's proposed Consent Order in this subfile and has delivered the Consent Order to the State to be filed with the Court.

Dated: December 30, 2008

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __30nd__ day of December, 2008 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Russell Casados
P.O. Box 13124
Las Cruces, NM 88013-3124


    /s/ Ed Newville
EDWARD G.  NEWVILLE

2