IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rio Brazos |
| Defendants. | |

**APPLICATION FOR ENTRY OF DEFAULT**

COMES NOW the plaintiff State of New Mexico, *ex. rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | Return of Service or Waiver Filed |
|---|---|---|
| Amelia C. Manzanares Pond | CHRB-008-0008 | July 22, 2002 (Doc. 6774) |
| Carlos Manzanares, Jr. | CHRB-008-0008 | December 4, 2003 (Doc. 7319) |
| J. Frank Manzanares, Sr. | CHRB-008-0008 | December 4, 2003 (Doc. 7319) |
| Dilia Manzanares Martinez | CHRB-008-0008 | December 4, 2003 (Doc. 7319) |
| Fermin P. Manzanares | CHRB-008-0008 | December 4, 2003 (Doc. 7319) |
| Tony J. Manzanares, Sr. | CHRB-008-0008 | December 4, 2003 (Doc. 7319) |
| Juan J. Manzanares | CHRB-008-0008 | December 4, 2003 (Doc. 7319) |

Dated: January 2, 2009

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444 phone
        (505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __2nd__ day of January, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Carlos Manzanares, Jr.
P.O. Box 307
Tierra Amarilla, NM 87575

Amelia C. Manzanares Pond
P.O. Box 307
Tierra Amarilla, NM 87575

J. Frank Manzanares, Sr.
P.O. Box 307
Tierra Amarilla, NM 87575

Dilia Manzanares Martinez
P.O. Box 307
Tierra Amarilla, NM 87575

Fermin P. Manzanares
P.O. Box 307
Tierra Amarilla, NM 87575

Tony J. Manzanares, Sr.
P.O. Box 307

Tierra Amarilla, NM 87575

Juan J.. Manzanares
P.O. Box 307
Tierra Amarilla, NM 87575

        /s/ Ed Newville
    EDWARD G. NEWVILLE