Vickie L. Gabin, Special Master
United States District Court
106 South Federal Place
Santa Fe, NM 87501
(505) 955-0678
*vlgabin@nm.net*

January 2, 2009

Ed Newville, Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

      Re: <u>State v. Aragon</u>, 69cv07941-BB; Section 1, Chama Mainstream

Dear Mr. Newville,

      This is a response to your letter dated December 19, 2008. I agree that a meeting regarding the priority date of Winfield Morten Ditch is appropriate at this time, and have scheduled the meeting for Wednesday, January 21, 2009, at 2:00 p.m. The Jury Assembly Room at the United States District Courthouse, 106 S. Federal Place, Santa Fe, NM., is reserved for us.

      The property owners listed below, and any other person or entity who may have claims to water rights served by the Winfield Morten Ditch, are welcome to attend. I would request the property owners to direct any questions regarding the substance of this meeting to Mr. Newville at (505) 867-7444.

      Thank you for your attention to this matter.

                                            Very truly yours,

                                            Vickie L. Gabin

cc:    Counsel of Record via CM/ECF
        Stanley P. Bader, Arlene Bader, Susanne E. Vertel, Jack L. Kerr, Janis C. Kerr, Samuel R. Grey, Helen Grey, Donald K. Willis, Virginia Gabaldo, Ellen Arntz (Lange), David A. Swindle, Dan Medina, Mickie Medina, Scott Paul Markman, Toshiyuki Kawahara, Jean A. Archer