IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel.<br>State Engineer | ) <br>) <br>) | |
| Plaintiff, | ) <br>) | 69cv07941-BB |
| vs. | ) <br>) | RIO CHAMA STREAM SYSTEM<br>Section 1: Mainstream |
| RAMON ARAGON, *et al.,* | ) <br>) | Winfield Morten Ditch |
| Defendants. | ) <br>) | Subfiles: 3.27 and 4.11 |

### NOTICE OF MAILING

    The Special Master enters this Notice to confirm that her January 2, 2009, letter to Mr. Newville (Docket No. 9349) and the December 19, 2008, letter from Mr. Newville to the Special Master (No. 9344) were mailed to recipients listed on Attachment A on January 5, 2009.

*Vickie L. Gabin*
---
SPECIAL MASTER VICKIE L. GABIN

ATTACHMENT A

Stanley P. Bader
Arlene M. Bader
P.O. Box 738
Abiquiu, NM 87510

Susanne E. Vertel
1500 Wilderness Gate Rd.
Santa Fe, NM 87505

Jack L. Kerr
Janis C. Kerr
1327 Declovina
Santa Fe, NM 87505

Samuel R. Grey
Helen Grey
Grey Revocable Living Trust
2515 S. Solano Dr.
Las Cruces, NM 88001

Donld K. Willis
Virginia Gabaldo
58379 Vera Lane
Yucca Valley, CA 92284

Ellen Arntz (Lange)
P.O. Box 733
Abiquiu, NM 87510

David A. Swindle
P.O. Box 155
Abiquiu, NM 87510

Dan Medina
Mickie Medina
HC 64 Box 6-A
Chimayo, NM 87522

Scott Paul Markman
Toshiyuki Kawahara
P.O. Box 169
Abiquiu, NM 87510

Jean A. Archer
P.O. Box 197
Abiquiu, NM 87510