IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

09 JAN -6 AM 9: 45

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Village of Chama |
| Defendants. | |

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Waiver of Summons Filed |
|---|---|---|
| Herman Candelaria | CHCV-003-0022<br>CHCV-003-0043 | January 24, 2008 (Doc. 9081) |
| Michael J. Roundy | CHCV-003-0022<br>CHCV-003-0043 | February 8, 2008 (Doc. 9095) |
| Puanani Kauaihilo | CHCV-003-0022<br>CHCV-003-0043 | February 8, 2008 (Doc. 9094) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

DATED this 6th day of January, 2009.



MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk