IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order or Order Granting Default Judgment for the subfiles listed below was mailed to each of the following defendants on the 6th day of January, 2009.

Subfile No. CHCJ-002-0014
Docket No. 9351
Leroy Lopez
P.O. Box 82
Los Ojos, NM 87551

Subfile No. CHRB-008-0004C
Docket No. 9350
Joysree B. Aubrey
P.O. Box 351
Los Alamos, NM 87544

Subfile No. CHRB-004-0036
Docket No. 9352
Margret M. Valerio
P.O. Box 46
Tooele, Utah 87074

<u>Subfile No. CHCC-004-0015</u>
Docket No. 9353
Mundy Ranch, Inc.
P.O. Box 1087
Chama, NM 87520

<u>Subfile No. CHCV-005-0007</u>
Docket No. 9354
JTB Holdings, LLC
P.O. Box 743
Chama, NM 87520

Dated: January 6, 2009

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile