IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Village of Chama |
| Defendants. | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(i) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

    Brazos Land, Inc.          CHCV-001-0009
                                         CHCV-005-0003

Dated: January 7, 2009

                                                                             Respectfully submitted,

                                                                             /s/ Ed Newville
                                                                        EDWARD G. NEWVILLE
                                                                        Special Assistant Attorney General
                                                                        Office of State Engineer
                                                                        P.O. Box 25102
                                                                        Santa Fe, NM 87504-5102
                                                                        (505) 867-7444 phone
                                                                        (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __7th__ day of January, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Brazos Land, Inc.
P.O. Box 245
Chama, NM 87520