IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Village of Chama |

## NOTICE OF ERRATA

The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following error in the State's Motion to Join Additional Parties Defendant filed January 7, 2009 (Doc. No. 9360).

The correct subfiles associated with the persons listed in the Motion are as follows:

| | |
|---|---|
| Ella D. Koontz | CHCV-001-0009A |
| J. F. Koontz | CHCV-001-0009A |
| Anne Marie Koontz | CHCV-001-0009B |
| John Courtney Koontz | CHCV-001-0009B |
| James W. Mundy | CHCV-001-0009C |
| Susan J. Mundy | CHCV-001-0009C |

Respectfully submitted,

  /s/ Ed Newville

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __7th__ day of January, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                                                              /s/ Ed Newville
                                                                                              Edward G. Newville