IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 3, Canjilon Creek |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for the subfiles listed below was mailed to each of the following defendants on the 7th day of January, 2009.

Subfile No. CHCJ-003-0039
Docket No. 9363
Luggie Montaño
Thomas Montaño
5140 Lomas de Atrisco Rd., NW
Albuquerque, NM 87105

Subfile No. CHCJ-003-0053
Docket No. 9363
Joseph D. Montoya
P.O. Box 561
Canjilon, NM 87515

Subfile No. CHCJ-003-0059A
Docket No. 9363
Marilyn Baldonado
P.O. Box 80852
Albuquerque, NM 87198-0852

<u>Subfile No. CHCJ-003-0059B</u>
Docket No. 9363
Zaqueo Salazar
P.O. Box 37
Cañones, NM 87516

Dated: January 7, 2009

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile