IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Village of Chama |
| Defendants. | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and hereby gives notice of dismissal in accordance with Rule 41(a)(1)(i) of the United States Rules of Civil Procedure against the defendants heretofore joined in this cause, as follows:

Al Unser, Jr.          CHCV-007-0001

Dated: January 8, 2009

      Respectfully submitted,

      /s/ Ed Newville
      EDWARD G. NEWVILLE
      Special Assistant Attorney General
      Office of State Engineer
      P.O. Box 25102
      Santa Fe, NM 87504-5102
      (505) 867-7444 phone
      (505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___8th___ day of January, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Al Unser, Jr.
311 E. Country Club Dr.
Henderson, Nevada 89015