IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

09 JAN -9 PM 2:38

CLERK SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Village of Chama

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendant to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Waiver of Summons Filed |
|---|---|---|
| Alfred Unser | CHCV-007-0001B | January 28, 2004 (Doc. No. 7398) |

I further certify that the above-named defendant has failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendant is in default.

DATED this ___9th___ day of January, 2009.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk

