IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 4, Rio El Rito |
| Defendants. | |

### APPENDIX TO JOINT MOTION FOR SUPPLEMENTAL ORDER ON IRRIGATION WATER REQUIREMENTS IN SECTION 4 OF THE RIO CHAMA STREAM SYSTEM FILED JANUARY 8, 2009 (DOC. NO. 9369)

The State of New Mexico, *ex rel.* State Engineer, hereby files the El Rito Ditch Association Bylaws adopted on January 15, 2007, attached hereto as Exhibit A, as an Appendix to the *Joint Motion for Supplemental Order on Irrigation Water Requirements in Section 4 of the Rio Chama Stream System* filed January 8, 2009 (Docket No. 9369).

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __9th__ day of January, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

__/s/ Ed Newville_____

Edward G. Newville
