# El Rito Ditch Association
## Bylaws

2007 JAN 23 PM 2:45

### Article 1. Purpose and Membership

#### Section 1. Purpose Statement

The purpose of the El Rito Ditch Association is to 1) promote the agricultural uses of water on the lands served by the acequias, 2) promote the efficient and beneficial use of water, 3) sustain customs and traditions of providing water to parciantes in a manner that is fair and equitable, 4) protect and defend the rights and interests of the Acequias and the parciantes, and 5) maintain the infrastructure and easements of the acequias.

#### Section 2: Compliance with New Mexico Law

The management and operation of the El Rito Ditch Association, a political subdivision of the State of New Mexico, shall be in compliance with the laws of the State of New Mexico and the customs of the Acequia.

#### Section 3: Description

The eleven El Rito Acequias are all tied together not only by the river, but also by one another. They form a single, intricate system that commands wonder and admiration. An informal survey of the land would determine the best point for diversion from the river. The ditches are totally dependent upon gravity flow and therefore, meandered down the valley taking a winding course much like a natural stream. Designed by trial and error and dug by shovels, picks and hoes all of the acequias are scarcely models of engineering, but for the most part, they are simple and extremely efficient.

There are eleven (11) acequias that serve the El Rito Community Ditch system. The community is divided into two plazas: Plaza Arriba and Plaza Abajo.

Plaza Arriba ditches include: Acequia Alires, Acequia Viterbo Alires, Acequia Duranes, Acequia Monte, Acequia Camino, Acequia Medio, Acequia Madre, Acequia Estero and Acequia Otra Vanda (a.k.a Acequia Trujillo).

Plaza Abajo ditches include: Acequia de la Plaza, Acequia Madre Abajo, Acequia Medio Abajo, Acequia del Alto and Acequia Jaral.

#### Section 4: Membership – Parciantes

The members or parciantes of the El Rito Ditch Association are those persons who own irrigated farmland with Tiempos from any of the eleven Community acequias.

### Article 2. Officers

#### Section 1: Types of Officers

The officers of El Rito Ditch Association shall consist of three Commissioners and one Mayordomo, each of whom shall be a member of the Acequias, as defined in Article 1. The Commissioners shall consist of a Chairman, Secretary and a Treasurer.

Persons serving on the Commission will receive their water fees for free for the year in which they serve.

EXHIBIT A

#### Section 2: Term of Office

The elected officers shall assume their office not later than the first Monday following the month they are elected. The terms of office for the Mayordomo and Commissioners is two years. The Commissioners will meet on a

quarterly basis. The Commissioners have the authority to call additional meetings whenever they deem necessary. Suggested meeting dates are: Annual and Election: December, quarterly meetings: January, April, July and October.

### Section 3: Duty of Commission.

a. *The Commission is responsible for the management and operation of the ditch. The Commission has the authority to hire and pay help for emergency situations and/or to avoid damage. In case of extensive repairs or maintenance the Commission shall offer such work on contract basis to the lowest bidder.*

b. *The Commission has the authority to accept and review any application for a change in point of diversion or place and purpose of use of a water right served by any of the acequias which comprise the El Rito Community Ditch Association and any application for any change in any water right so that it is move into and then served by any acequia that is a part of the El Rito Community Ditch Association. The procedures for review of application are set forth in Article 9 below.*

### Section 4: Duties of Officers

Chairman: Responsibilities of the Chairman will be to direct the activities of the Acequia jointly with the other commissioners and call and preside at all Acequia meetings. In the event the Chairman is unable to preside at a meeting, he/she will appoint one of the other Commissioners to preside over the meeting.

Secretary: *The Secretary is responsible for keeping complete and accurate records, minutes of meetings,* reading the minutes of the previous meeting and assisting the other Commissioners in running the business affairs of the Acequia.

Treasurer: The Treasurer shall be responsible for management of the finances of the Acequia including the following:

Send notices to parciantes for billing of and collection of assessments and fines.
Maintain accurate records for each parciante including assessments due, hours worked and fines due in coordination with the Mayordomo.
Make payments for labor and materials as necessary.
In coordination with the Mayordomo, prepare an annual financial report to be presented to the membership.

Mayordomo: The Mayordomo shall work under the direct supervision of the Commissioners. His or her responsibilities shall be as follows:

Coordinate and supervise all work on the Acequia including the annual Spring cleaning, day-to-day maintenance, and emergency repairs.
Distribute water to parciantes in a manner that is equitable and is consistent with the customs of the Acequia.
Collect delinquencies from parciantes as reported to him by the Treasurer.
Supervise the Acequia to ensure that delinquent parciantes do not take water illegally. The Mayordomo has full authority to shut the individual headgate along the banks of the Acequia of those parciantes who are delinquent and to secure the headgates by any available means.

### Section 5: Vacancy of Mayordomo

In the event of a vacancy in the office of a Mayordomo, the Commissioners shall appoint a Mayordomo to hold office for the remainder of the term or until his successor is elected at a meeting of the membership.

### Section 6: Vacancy of Commissioners

In the event of a vacancy in the office of Commissioner, the remaining Commissioners shall appoint a Commissioner

to hold office for the remainder of the term or until his successor is elected at a meeting of the membership. If there are two vacancies for Commissioner, the remaining Commissioner shall convene a special meeting of the membership to fill the vacancies for the remainder of the term of office.

*Section 7: Committees*
*The Commission shall have the authority to establish committees as needed. The membership of which shall be selected from the general membership of the association. Committees or subcommittees will work under the supervision of the Commissioners.*

Article 3. Meetings of Membership

Section 1: Annual Membership Meeting
The Annual Membership Meeting shall be held at least every odd numbered year on the first Monday of December or as soon as practicable thereafter.

Section 2: Notice of Annual Membership Meetings
Notice shall be posted in a public place ten days in advance of the meeting. Notice of the meeting shall include the agenda or information about where to obtain a copy of the agenda.

Section 3: Purpose of Annual Membership Meetings
At each Annual Meeting, the Secretary shall present the minutes from the previous Annual Meeting. The Mayordomo shall report on the management and operations of the acequia and the Treasurer shall provide a financial report.

Section 4: Location of Annual Membership Meeting
The annual meeting shall be held at a public place in the county in which the Acequia is located.

Section 5: Quorum of Membership
A quorum for conducting any business shall be 5 % of the membership except as otherwise provided in this section. A quorum, once established for that particular meeting, shall remain in effect to transact all business set on the agenda even though members shall voluntarily leave the meeting.

In the event that a quorum is not established at a meeting duly called, those assembled shall recess for a period of not more than 10 days wherein the meeting shall resume at the time and place specified at the call of the recess and all business listed on the agenda shall be transacted whether or not the prescribed number of members are present.

Section 6: Special Membership Meetings
Special meetings of the Acequia may be called by the Commissioners or upon written petition to the Commission Chairman signed by 40% of the members. Notice for special meetings shall be the same as for annual meetings.

**Article 4. Elections and Voting**

Section 1: Election of Officers
The Commissioners and Mayordomos shall be elected at the Annual Meeting by a vote of membership. The elections shall be conducted by the outgoing Commissioners.

Section 2: Voting Rights of Parciantes
Only those members who are not delinquent in the payment of their assessments nor who have defaulted on their work assignments will be in good standing and shall be allowed to vote. Voting may be done by written proxy. Each member shall have one vote.

3. Nomination of Officers
Nomination of officers may be made by any parciante. The nomination and voting for each office Chairman, Secretary and Treasurer shall be conducted separately. The person receiving the highest number of votes cast for that office shall be declared the officer elected.

Section 4: Terms of Office
The elected officers shall assume their office not later than the first Monday following the month they are elected. The term of office for the Mayordomo and Commissioners is two years.

Article 5. Management and Operations

*The management of water diverted from the acequias that comprise the El Rito Community Ditch Association is governed by a local custom known as the tiempo system.* The tiempo system in use today in the community of El Rito *has* been in place for a considerable length of time. The tradition of water sharing has been modified through time to meet the social and economic dynamics of the community. The underlying traditions of sharing water, of rotating the water between the upper and lower acequias, and of requiring community labor to maintain the ditch continue to be the operating rules for the community ditch system. Below is a summary of the tiempo system as described in composite from the interviews conducted with men and women who are currently parciantes on El Rito community acequias. The tiempo system represents a community based structure for water sharing and distribution. The system does not anticipate that any ditch or user has priority over another. The system does not attempt to fix quantity to a particular place, but anticipates that the available water will be shared by all parciantes making efficient use of water during chronically short periods.

Section 1. The tiempo system serves many functions: it is a book-keeping system to ensure the collection of adequate acequia dues; a means of determining the amount of water that each parciante is entitled to during times of shortage; and a system of assessing the labor each parciante is required to provide to the association for maintenance of the ditch. Labor assessments are called limpias.

Section 2. When there is an abundance of water (tiempo de abundancia) water is not distributed on a rotation basis. Parciantes in good standing are allowed to use water as needed.

Section 3. When, in the judgment of the elected Commissioners, the amount of water in the stream decreases, the tiempo system is implemented according to local custom.

Section 4. When the elected Commission implements the tiempos system, parciantes receive water according to a system of rotation as follows:
    Daytime tiempos run for six hours: from 6:a.m. to 12:00 p.m. or from 12:00 p.m. to 6:00 p.m.
    Nighttime tiempos run for twelve hours, from 6:00 p.m. to 6:00 a.m.

Section 5. The time that parciantes receive their water is determined by their place on the ditch and the flow of the stream.

Section 6. Parciantes can own one or more tiempos:
    a. Tiempos do not correspond to the number of acres owned;
    b. Over the years, in some cases, parciantes have purchased and sold tiempos separately from the land for use within El Rito's Community Ditches;
    Parciantes pay dues in accordance with the number of tiempos owned;
    Parciantes cannot irrigate if they fail to pay dues or are otherwise not in good standing with the acequia as specified in the Association bylaws.
    All parciantes in good standing are permitted one vote per member; the number of tiempos owned does not determine the number of votes.

Section 7. Tiempos shall not be broken into units less than one (1) tiempo.

Section 8. Historically, the number of days that the tiempos rotate between Plaza Arriba and Plaza Abajo ditches has changed. The Commission can elect to rotate the delivery schedule between the plazas according to their determination of available water.

Section 9. The Commissioners can alternate the rotation schedule, beginning either in the Plaza Arriba or Plaza Abajo.

Section 10. The rotation is not necessarily completed in one plaza before the water is rotated to the other plaza. When water is returned to the first plaza, watering continues from the point at which it ceased on the previous rotation.

Section 11. When the tiempo system is in place more than one parciante can irrigate at the same time, depending on how much water is available.

Section 12. When the water is insufficient for irrigation, in the judgment of the elected Commissioners, water is allocated for (a) small gardens (b) orchards (c) livestock use and (d) for other domestic use including recharge of community wells (e) Any member taking water during this time shall notify the Mayordomo and acquire his/her permission..

*Section 13: The State of New Mexico, on the relation of the State Engineer has stipulated that to the extent that local or community customs have been incorporated into the bylaws of the El Rito Community Ditch Association and have for their object the economical use of water and are not detrimental to the public welfare, that such customs shall govern the distribution of water from the ditch to persons entitled to water from the ditch. A copy of this Stipulation is attached as Exhibit ___.*

### Article 6. Rights and Obligations of Parciantes

Section 1: Maintenance of Headgates
All members shall maintain their individual headgates in good condition and keep their ditch sections free of trash and other obstructions. If a member fails to comply the Commissioners will assess fees for additional work. Repairs and construction of headgates and other works should be completed before the start of the irrigation season. As soon as a parciante receives water at the headgate, he/she will be responsible for any damage caused by such water.

Section 2: Parciante Assessments
Labor assessments are called limpias. The fees for tiempos and limpias will be determined by the Commissioners at the annual meeting.

Section 3: Payment of Assessments
All members shall pay assessments as required by the Commission. *All monies assessed by the El Rito Ditch Association must be paid by December 1ˢᵗ, prior to the annual meeting.* No water will be distributed to a delinquent member until fees are paid to the treasurer.

Section 4: Participation in Acequia Cleaning
All members shall contribute peones for the annual Spring cleaning or for emergency repairs as required by the Mayordomo. Commissioners will have power to delegate Mayordomo to hire additional help to clean the acequia as needed. The Chairman of the Commission shall be notified in advance of all hired work, except when such work is immediately urgent to prevent serious damage.

Section 5: Compliance with Bylaws
All members shall abide by Acequia Bylaws, Rules and Regulations and shall comply with decisions adopted by the Commission for the common good.

Section 6: Public Inspection of Acequia Records
All records of proceedings by Commissioners and financial records of the Acequia shall always remain public property and shall be subject to inspection by any concerned person, pursuant to the provisions of the inspection of public records act.

### Section 7: Copy of Bylaws
Each parciante shall be provided with a copy of the current by-laws of the Acequia and amendments thereafter adopted.

### Section 8: Name and Address in Acequia Records
Each parciante shall keep current on the records of the Commission of the Acequia the name(s) of the owner(s) of the property, the owner's mailing address and the telephone number, and the exact amount of irrigated acreage & tiempos claimed by the parciante.

### Section 9: Conveyance of Property
It shall be the responsibility of both the seller and purchaser of any irrigation right hereunder to report in writing such conveyance to the Commission not later than 30 days after said conveyance. Delinquencies, if any, must be paid prior to a registration of a new owner and prior to use rights in the Acequia.

## Article 7. Easements

### Section 1: Definition of Easement
Each parciante recognizes that the Acequia possesses a historical permanent easement for purposes of maintenance, operations, and improvements. No parciante may build within the easement or otherwise obstruct or limit access to this easement. The easement is as wide as is necessary for maintenance, use and improvements.

### Section 2: Use of Easement
Each parciante agrees that it must be possible to walk the full length of the ditch along its banks. Therefore, if a fence or other obstruction crosses the ditch, there must be a gate or crossover.

### Section 3: Access to Easement
El Rito Community Acequias have the right to use the historic and customary points of access to the ditch across members' property and other such points of access as may be necessary to afford convenient access to the ditch for maintenance, operations and improvements.

### Section 4: Changes to Acequia
Any material changes to the Acequia, including any crossings, shall be approved in advance by the Commission.

## Article 8. Enforcement

### Section 1: Delinquencies
The Mayordomo has the authority to suspend the right to use the acequia and the water therein of a parciante who is delinquent in the payment of his or her assessment or fails to perform required work. This shall remain in effect until the assessments and fines are paid. The Mayordomo has the authority to collect delinquent assessments through appropriate legal action. Officers of the Acequia may file a civil action for the collection of any *assessment, fine or penalty, which, after due notice to the member, the member has failed to pay.*

### Section 2: Illegal Use of Water or Acequia Interference
Any person who interferes with the acequia in any manner, cuts the berm and uses such ditch for personal irrigation, takes water without permission of the Mayordomo or Commission shall be guilty of a misdemeanor and *may be prosecuted in accordance with the laws of New Mexico.*

### Section 3: Violation of Easement Rights
Any person who interferes with the acequia easement or access to the easement shall be guilty of a misdemeanor and may be prosecuted in accordance with the laws of New Mexico.

### Section 4: Acequia Pollution
Emptying sewage, disposing of trash, dead animals or carcasses, or any substance such as but not limited to oil and gasoline that pollutes the water of the acequia is prohibited. Anyone guilty of such an infraction will be reported to

the New Mexico Environment Department and law enforcement officials and fined by the Commissioners. All legal fees incurred in regard to such infractions will be charged to the offender. To recover fines and legal expenses a legal complaint will be filed with the proper judicial authorities to recover the cost of all damages and fines.

### Article 9. Water Transfers
General

>The members of El Rito Acequia Association declare that a transfer of a water right served by the Acequia, or a transfer of a water right into the area served by the Acequia, may be detrimental to both the Acequia and its members. Therefore, any such proposed transfer by any person or entity *must be formally approved by the Commissioners, using the procedure in this Article, prior to* application for the transfer to the Office of the State Engineer. As used in this Article, "transfer" means a change in point of diversion, and/or place of use and/or purpose of use of a water right, including temporary transfers and water use leases.
>Without formal consent of the Commissioners to such a transfer, any attempt to obtain approval of the transfer from the State Engineer, or any other effort to implement the transfer, is unlawful and void.
>This Article is adopted under Section 73-2-21(E) NMSA 1978.

Approval Procedure

>A request for approval of a transfer of a water right served by the Acequia or a transfer of a water right into the area served by the Acequia must be made by the owner of the water right in writing, delivered by certified mail to each Commissioner. It must be on a written form prepared by the Commissioners requiring any information about the proposed transfer.
>Within 90 days of receipt of the written request, the Commissioners will hold a public meeting to allow members who support and oppose the request to be heard or submit additional information.
>Notice of the meeting will be given in the same manner required for the Acequia's annual meeting.

In addition, notice will be given 1) by mail to the applicant at the address on the request form, and 2) by posting a notice of the request and meeting date, at least 10 days before the meeting, at a prominent public place near the site of the proposed change.

>The conduct of the meeting, such as its location, length, and other matters will be decided by the Commissioners. The Commissioners will accept and consider any documents, written or oral statements, or arguments offered by the applicant or any Acequia member, as well as any information from individuals who may be presented by the applicant or any Acequia member. The applicant or any Acequia member may have an attorney or other representative present his or her information to the Commission in his or her place. The applicant or any Acequia member, or their representative, may respond to evidence or arguments offered at the meeting, directing such response to the Commission. The rules of civil procedure and the rules of evidence shall not apply to the meeting.

>The Commissioners may ask any questions they believe may help in their decision. The Commission is not required, prior to recessing the meeting, to make any decisions or answer any questions on issues raised, before the final decision is announced publicly. The Commission may be represented by an attorney or other representative, and may be assisted in the conduct of the meeting by other such persons as it may designate. Except as provided in this section, only the applicant, other Acequia members and the Commissioners may speak at the meeting.

>The request may be denied, in whole or in part, if the Commissioners find it would be detrimental to the Acequia or its members. The burden is on the applicant to prove that the proposed transfer will *not have a detrimental impact. The Commission will base its decision on the presentations,* documents and arguments made at the meeting; provided that the Commission may take notice of facts and circumstances generally known with respect to the Acequia and its operation. Approval requires a majority vote of the Commissioners.

Following the presentation of the evidence or arguments at the meeting, the Commissioners will recess for a period of no longer than 30 days. Within 30 days of the recessed meeting, the Commissioners will reconvene at the date, time, and location announced prior to recessing. At the reconvened meeting, the Commissioners will approve or deny the request, in whole or in part, and render their decision in writing explaining the reasons for their decision. This will constitute a decision of the Acequia in compliance with the 120-day deadline set forth in Section 72-5-24.1 (D) NMSA 1978.

### Appeal to Court

If the applicant or a member of the Acequia is aggrieved by the Commission's decision, he or she may appeal to the District Court under the provisions of Section 73-2-21(E) NMSA 1978.

*The appeal must be filed within 30 days of the Commissioners' written decision.*

## Article 10. Water Banking

El Rito Community Ditch Association hereby forms a Water Bank under its powers as a political subdivision of the State of New Mexico, and under Section 73-2-55.1 NMSA 1978 (2003).

Nothing in the formation of the Water Bank or its operation will affect the traditional and recognized lawful authority of the Acequia's Commissioners and Mayordomos. Issues of daily water use, periodic allocation, water issues between parciantes, and all other matters normally managed by the Acequia's officers will continue without change. Use of the Water Bank will not affect existing vested water rights, priority dates or any existing lawful use of water by parciantes. No action of the Water Bank will be considered an adjudication of any person's water rights.

### Section 1: Purpose

The purpose of the Water Bank is to promote conservation and beneficial use of Acequia water through a locally managed system of temporarily reallocating water for beneficial use within the area served by the Acequia. The Water Bank will also allow water right owners who are temporarily not using some or all of their water rights to benefit by protecting those rights from loss for non-use.

### Section 2: Protection from Loss for Non-Use

As provided in Section 73-2-55.1 NMSA (2003), water rights deposited in the Water Bank are not subject to loss for non-use during the time they are placed in the bank.

### Section 3: Water Bank Procedures

   a) Water Bank Record Keeping

   The Commissioners may delegate to the Mayordomo or any officer of the Acequia the responsibility to maintain records on all Water Bank deposits, contact logs, and other information required to achieve the purposes of the Water Bank. These records shall be maintained permanently in the records of the Acequia.

   Depositing Water Rights

   Any person or entity owning a water right on the Acequia may submit a water right deposit to the Water Bank. A deposit is made by completing a deposit form prepared by the Acequia, and giving the form to the Water Bank's designated record keeper. The record keeper may require proof of ownership and extent of the water right being deposited. The record keeper will use the Map and Tract Number of the most recent Hydrographic Survey or, in the absence of that, the Acequia's traditional identification system to correctly identify the right being deposited. The deposit shall become effective upon signing of the deposit form by a

Commissioner or by the Mayordomo.

A deposit will be for one year, renewable annually. At the end of the deposit period, the Acequia shall notify each depositor by written notice or otherwise that the depositor must contact the Acequia if the depositor desires to withdraw his or her water right from the Water Bank, and that if the depositor does not contact the Acequia to withdraw the water right from the Water Bank, the deposit will be deemed to be renewed for another year. Non-response by the depositor to the notice will be deemed to be consent to renewal of the deposit for another year, if the depositor does not otherwise communicate his or her intentions to the Acequia.

c) Water Right Reallocation

Temporary reallocation of water rights from the bank shall be done by the Mayordomo, provided that the Mayordomo will apply traditional, accepted methods of managing the reallocation and provided further that the reallocation must be done without change of purpose of use or point of diversion of the water rights, to augment shortfalls of available water for the existing places of use served by the Acequia. Such reallocations do not require Commission approval.

The water rights may also be reallocated in any other lawful manner which, in the judgment of the Commissioners, will benefit the Acequia, subject to all applicable procedures, rules and laws.

Reallocation of water rights on deposit in any particular year must occur in that year and may not accumulate or carry over to be reallocated in future years.

Section 4: Ditch Dues and Fees

Ditch dues or fees owed the Acequia by a water right owner who has deposited water rights in the Water Bank will continue to be paid by the water right owner.

See Appendix B: Water Banking for forms

### Article 11. Amendments to Bylaws

#### Section 1: Amendments to Bylaws
These bylaws may be enacted, amended, or modified by a 3/4 majority vote of the members present and voting at any duly called meeting.

#### Section 2: Applicability of State Law
Where not otherwise covered by these bylaws, the requirements of state law shall be applicable. These bylaws are supplemental to any applicable provisions of state law.

#### Section 3: Severability Clause
If any part or application of these bylaws is held invalid, the remainder or its application to other situations or persons shall not be affected.

THE FORGOING BYLAWS WERE ADOPTED BY THE PARCIANTES OF THE El RITO ACEQUIA ASSOCIATION AT A MEETING DULY CALLED AND HELD ON

1/15/07

_____
Chairman

_____
Secretary

_____
Treasurer

# APPENDIX A: WATER TRANSFERS

This Appendix contains three items:
> Outline of Water Transfer Application Process
> Water Transfer Bylaw
> Water Transfer Application Form

## Water Transfer Application Process

Processing an application for a water right transfer should take place as follows:

> Applicant submits a Water Right Transfer Application to each of the Commissioners of the Acequia by certified mail. See attached application form.

> The Commission calls a special meeting within 90 days of receiving the application and provides notice in accordance with Article 9 (Water Transfers).

The agenda of the meeting should include the following items:
   Call to Order
   Presentation of Arguments in Favor of the Transfer
   *Presentation of Arguments Opposed to the Transfer*
   Vote by the Commission to Approve or Deny the Transfer (Note that this should be on the agenda even if the Commission intends to recess the meeting and vote on the transfer at the reconvened meeting.)

Before taking a vote on the Water Transfer Application, the Commissioners will recess for a period of no more than 30 days. At the reconvened meeting, the Commissioners will vote on the proposed water transfer and render a decision in writing explaining their decision. The written decision must be rendered within 120 days of the date of the submission of the Water Right Transfer Application by the applicant to the Commission.

The Commissioners of the Acequia will deliver their written decision to the applicant and to the State Engineer.

## **WATER RIGHT TRANSFER APPLICATION FORM**

*A copy of this form should be delivered by certified mail to each of the three commissioners of the acequia.*

Name of Applicant: _____

Address: _____

_____

Phone No.: _____

*Current point of diversion of water right:* _____

Current place of use of water right: (If a Hydrographic Survey if available, provide map name, map number, and tract number. Otherwise, provide a legal description of the tract of land. Attach map.)

_____

_____

   Number of acres: _____

   Number of acre-feet per year: _____

Current purpose of use of water right: _____

Proposed new point of diversion of water right: _____

Proposed new place of use of water right: _____

Proposed new purpose of use of water right: _____

_____        _____
Signature of Applicant                                                  Date

---

FOR ACEQUIA USE ONLY

Received by_____        Date_____

# APPENDIX B: WATER BANKING

This Appendix contains the Water Banking Bylaw and the Water Banking Deposit Form. An acequia can approve an Acequia Water Bank as a regulation of the Commissioners or as a bylaw amendment by a vote of the membership.

## WATER BANK DEPOSIT FORM

Water Right Owner:_____

Contact Person (If Different):_____

Mailing Address:_____

_____

Phone Number:_____

Acreage of water hereby deposited:_____

If a hydrographic survey is available, provide the map name, map number, and tract number:

_____

Otherwise, please provide a description of the tract of land and a map if available:

_____

Deposited for the year:_____

_____           _____
Signature of Depositor                                              Date

_____           _____
Signature of Commissioner or Mayordomo                              Date

---

**FOR ACEQUIA USE ONLY**
**CONTACT LOG**

For the Year _____

Contacted by: _____    Date: _____ By: ___Letter ___Phone

Renewed _____    Not Renewed _____

**WATER BANKING CONTACT LOG CONTINUED...**                    Page _____

For the Year _____

Contacted by: _____    Date: _____ By: ___Letter ___Phone

Renewed _____    Not Renewed _____

For the Year _____

Contacted by: _____    Date: _____ By: ___Letter ___Phone

Renewed _____    Not Renewed _____

For the Year _____

Contacted by: _____    Date: _____ By: ___Letter ___Phone

Renewed _____    Not Renewed _____

For the Year _____

Contacted by: _____    Date: _____ By: ___Letter ___Phone

Renewed_____   Not Renewed_____

For the Year_____

Contacted by: _____   Date:_____ By: ___Letter ___Phone


Renewed_____   Not Renewed_____

For the Year_____

Contacted by: _____   Date:_____ By: ___Letter ___Phone


Renewed_____   Not Renewed_____

For the Year_____

Contacted by: _____   Date:_____ By: ___Letter ___Phone

Renewed_____   Not Renewed_____

Renewed_____   Not Renewed_____

For the Year_____

Contacted by: _____   Date:_____ By: ___Letter ___Phone


Renewed_____   Not Renewed_____

For the Year_____

Contacted by: _____   Date:_____ By: ___Letter ___Phone


Renewed_____   Not Renewed_____

For the Year_____

Contacted by: _____   Date:_____ By: ___Letter ___Phone

Renewed_____   Not Renewed_____