IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Rito de Tierra Amarilla |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for the subfiles listed below was mailed to each of the following persons on the 10th day of January, 2009.

Subfile No. CHTA-002-0003
Docket No. 9372
Peter F. Wirth, Esq.
Sawtell, Wirth & Biedscheid, P.C.
708 Paseo de Peralta
Santa Fe, NM 87501

Ken Martinez, Esq.
Walter K. Martinez Law Office
P.O. Box 730
310 W High St. 87020
Grants, NM 87020-0730

Frank A. Martinez
346 Forest Rd. 314
Jemez Springs, NM 87025

<u>Subfile No. CHTA-003-0001</u>
Docket No. 9372
Peter F. Wirth, Esq.
Sawtell, Wirth & Biedscheid, P.C.
708 Paseo de Peralta
Santa Fe, NM 87501

Ken Martinez, Esq.
Walter K. Martinez Law Office
P.O. Box 730
310 W High St. 87020
Grants, NM 87020-0730

Frank A. Martinez
346 Forest Rd. 314
Jemez Springs, NM 87025

Dated: January 10, 2009

                                                                                                                           /s/ Ed Newville
                                                  EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile