IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Village of Chama |
| Defendants. | |

## ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Join Additional Parties Defendant filed January 7, 2009 (Doc. No. 9360; Notice of Errata, No. 9362).  Having reviewed the Motion and being otherwise fully advised in the premises, I find that the request is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the persons or entities listed below are joined as parties defendant to these proceedings.

| | |
|---|---|
| Ella D. Koontz | CHCV-001-0009A |
| J. F. Koontz | CHCV-001-0009A |
| Anne Marie Koontz | CHCV-001-0009B |
| John Courtney Koontz | CHCV-001-0009B |
| James W. Mundy | CHCV-001-0009C |
| Susan J. Mundy | CHCV-001-0009C |

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN