IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rio Brazos |
| Defendants. | Subfile No. CHRB-008-0006 |

## MOTION TO CORRECT DEFENDANT'S NAME

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue its order correcting the name of the defendant listed below to read as follows:

FROM                                    TO

Russel Casados                          Russell Casados

Dated: January 13, 2009

                                                         Respectfully submitted,

                                                         /s/ Ed Newville
                                                    EDWARD G. NEWVILLE
                                                    Special Assistant Attorney General
                                                    Office of State Engineer
                                                    P.O. Box 25102
                                                    Santa Fe, NM 87504-5102
                                                    (505) 867-7444 phone
                                                    (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___13th___ day of January, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Russell Casados
P.O. Box 13124
Las Cruces, NM 88013

                                                /s/ Ed Newville
                                                EDWARD G. NEWVILLE