IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7, Rio Brazos |
| ROMAN ARAGON, *et al.,* | Subfile No. CHRB-004-0035 |
| Defendants. | |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) moves the Court to issue its order substituting Ben R. Cordova and Monica A. Cordova for defendant Esteban D. Martinez in these proceedings, and as grounds Plaintiff states the following:

1.  The Consent Order filed May 13, 2005 in Subfile CHRB-004-0035 filed has been vacated by the Order filed September 4, 2008 (Doc. 9279). Ben R. Cordova and Monica A. Cordova have purchased the property under this subfile, and they have signed and approved a new Consent Order in this subfile to be filed with the Court.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting Ben R. Cordova and Monica A. Cordova for defendant Esteban D. Martinez in these proceedings.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General

Office of State Engineer<br>
P.O. Box 25102<br>
Santa Fe, NM 87504-5102<br>
(505) 867-7444 phone<br>
(505) 867-7444 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___16th___ day of January 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Ben R. Cordova
Monica A. Cordova
P.O. Box 59
Los Ojos, NM 87551

                                                 /s/ Ed Newville
                                                 EDWARD G. NEWVILLE