IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

09 JAN 16 AM 11:39

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

RAMON ARAGON, *et al.*,

Defendants.

69cv07941 BB

RIO CHAMA STREAM SYSTEM
Section 1: Mainstream

ACEQUIA DE CHAMITA

Subfile: 261

## WITHDRAWAL OF OBJECTION

I hereby withdraw the *Objection to Notice of Intent to File Water Rights Pleadings* I filed with the Court for Rio Chama Stream System Section, Subfile 261, on December 19, 2008 (Docket No. 9341). I understand that priorities are still pending in the court at this time and that the objection period for priorities has passed.

Respectfully submitted,

Rafaelita M. Espinoza,
a/k/a Lita Espinoza
11813 Palo Duro Ave. NE
Albuquerque, NM 87111