IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69-cv-07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 7: Rio Brazos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | **Subfile No. CHRB-004-0014** |

### MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and moves the Court to vacate the Consent Order filed May 15, 2003 (Doc. 7151) in connection with defendant Anthony R. Martinez and subfile CHRB-004-0014 and as grounds therefore Plaintiff states as follows:

1. Defendant Anthony R. Martinez signed and approved a Consent Order in subfile CHRB-004-0014 that was filed with the Court on May 15, 2003. The State has corrected errors in the boundaries and irrigated acreage of the land under this subfile, and defendant Romero has signed and approved a corrected proposed Consent Order in this subfile to be filed with the Court.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed May 15, 2003 (Doc. 7151) in subfile CHRB-004-0014.

Respectfully submitted,

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102<br>
(505) 867-7444 telephone<br>
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  19th  day of January, 2009 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participant in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Anthony R. Martinez
P.O. Box 43
Tierra Amarilla, NM 87575

 /s/ Ed Newville<br>
Edward G. Newville