# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* **State Engineer** | ) ) ) | |
| Plaintiff; | ) ) | 69cv07941-BB-ACE |
| vs. | ) ) | RIO CHAMA ADJUDICATION |
| **ROMAN ARAGON,** *et al.* | ) ) | OHKAY OWINGEH CLAIMS |
| Defendants. | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Cuddy & McCarthy, LLP hereby substitutes its appearance for White, Koch, Kelly & McCarthy, P.A. as counsel for El Barranco, LLC in the above-captioned matter effective January 1, 2009.

Counsel, Rebecca Dempsey's, email address will remain at rdempsey@wkkm.com until February 1, 2009, after which the email address will be rdempsey@cuddymccarthy.com.

CUDDY & McCARTHY, LLP

By: *Electronically filed 01-21-09*
REBECCA DEMPSEY
Attorneys for Defendants El Barranco, LLC
1701 Old Pecos Trail
Post Office Box 4160
Santa Fe, New Mexico 87502-4160
(505) 988-4476
(866) 679-4476 (toll free)
(505) 954-7373 (Fax)

CERTIFICATE OF SERVICE

  I hereby certify that on January  21 , 2009, I filed the foregoing *Notice of Substitution of Counsel* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Special Master Vickie L. Gabin**
vlgabin@earthlink.net, kbruner@hubwest.com

**David A. Benavides**
davidb@nmlegalaid.org

**Frank M. Bond**
fbond@simonsfirm.com, ssandoval@simonsfirn.com, ggonzales@simonsfirm.com, fbond@mac.com

**Bradley S. Bridgewater**
gary.durr@usdoj.gov, jennifer.vaughn2@usdoj.gov, bradley.s.bridgewater@usdoj.gov, yvonne.marsh@usdoj.gov

**Christopher D. Coppin**
ccoppin@ago.state.nm.us, tmartinez@ago.state.nm.us

**Tessa T. Davidson**
ttd@tessadavidson.com

**Charles T. DuMars**
ctd@lrpa-usa.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com, mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Gallin-Capulin Acequia Association**
ernj_chacon@valornet.com

**David W. Gehlert**
david.gehlert@usdoj.gov, jennifer.vaughn2@usdoj.gov, judy.tetreault@usdoj.gov, lori.montano@usdoj.gov

**Ryan Margaret Golten, Esq.**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com, svelody@nordhauslaw.com

**Karla JaNelle Haught**
janelle.haught@state.nm.us

**Mary E. Humphrey**
humphrey @ newmex.com

**Susan Jordan**
sjordan@nordhauslaw.com, vruiz@nordhauslaw.com, mchavez@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com, melissa@danieljofriel.com, veronica@danieljofriel.com

**Christopher Lindeen**
christopher.lindeen@state.nm.us

**David C. Mielke**
dmielke@abqsonosky.com, sdressler@abqsonosky.com

**Edward C. Newville**
ednewville@ixpn.com, connie.flint@state.nm.us, marjorie.dryden@state.nm.us, fred.kipnes@state.nm.us, hilario.rubio@state.nm.us, lawoffice@)higherspeed.net

**Brett J. Olsen**
brett_olsen@msn.com

**Quinlan Ranches New Mexico, LLC**
dml@lrpa-usa.com

**Marcus J. Rael, Jr.**
marcus@roblesrael.com, natalie@roblesrael.com, nicole@roblesrael.com, diane@roblesrael.com

**Walter L. Reardon, Jr.**
walter@reardonlawnm.com

**Gregory C. Ridgley**
greg.ridgley@state.nm.us, marjorie.dryden@state.nm.us, vina.gallegos@state.nm.us

**Peter B. Shoenfeld**
petershoenfeld@qwest.net

**Arianne Singer**
arianne.singer@state.nm.us, lula.valdez@state.nm.us, connie.flint@state.nm.us., marjorie.dryden@state.nm.us, fred.kipnes@state.nm.us, vina.gallegos@state.nm.us

**John W. Utton**
jwu@ssslawfirm.com, djs@ssslawfirm.com

**Timothy A. Vollmann**
tim_vollmann@hotmail.com

**Fred Waltz**
fwaltz@kitcarson.net, cortega@kitcarson.net

AND I FURTHER CERTIFY that on such date I served the foregoing pleading on the following non-CM/ECF Participants via first class mail, postage prepaid addressed as follows:

Lee Bergen, Esq.
Bergen Law Offices
4110 Wolcott Ave NE, #A
Albuquerque, NM  87109

James C. Brockmann, Esq.
Stein & Brockmann, PA
Post Office Box 5250
Santa Fe, NM  87502-5250

Christina J Bruff, Esq.
Law & Resource Planning Associates
201 Third Street, NW, #1750
Albuquerque, NM  87102

Steven L. Bunch
NM Highway & Transportation Dept.
Post Office Box 1149
Santa Fe, NM  87504-1149

Mary Ann Joca
US Forest Service
General Counsel
Post Office Box 586
Albuquerque, NM  87103

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM  87120-3488

Hope Miner
23 Cuchilla de Lupe
Placitas, NM  87043

NM Acequia Commission
Fred Vigil, Chairman
Post Office Box 687
Medanales, NM  87548-0687

Ernest L. Padilla, Esq.
Padilla Law Firm, PA
Post Office Box 2523
Santa Fe, NM  87504

Jay F. Stein, Esq.
Stein & Brockmann, PA
Post Office Box 5250
Santa Fe, NM  87502-5250

Karen L. Townsend
120 E. Chaco
Aztec, NM  87410-1910

Lucas O. Trujillo
Post Office Box 57
El Rito, NM  87530

4

Joseph van R. Clarke, Esq.
Cuddy, Kennedy, Albetta & Ives, LLP
Post Office Box 4160
Santa Fe, NM  87502-4160
Daniel Cleavinger
Post Office Box 2470
Farmington, NM  87499

John E. Farrow, Esq.
Fairfield, Farrow & Strotz
Post Office Box 35400
Albuquerque, NM  87176-5400

Paula Garcia
607 Cerrillos Rd, #F
Santa Fe, NM  87505

Henry Jacquez
1110 Maez Rd
Santa Fe, NM  87501

Ted J, Trujillo, Esq.
Post Office Box 2185
Española, NM  87532

C. Mott Woolley, Esq.
112W. San Francisco, #312C
Santa Fe, NM  87501-2090

Jennifer J. Dumas, Esq.
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr., Ave. NE
Albuquerque, New Mexico 87102

*Electronically filed 01-21-09*
REBECCA DEMPSEY

RD/RIO CHAMA/NOTICE SUBSTITUTION