IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7, Rio Brazos<br><br>**Subfile No. CHRB-004-0035** |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed January 16, 2009 (Doc. No. 9377).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Ben R. Cordova and Monica A. Cordova are substituted for defendant Esteban D. Martinez in these proceedings.

　　　　　　　　　　　　　　　　　　　　*/s/ Bruce D. Black*
　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN