IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rio Brazos |
| Defendants. | Subfile No. CHRB-008-0006 |

**ORDER GRANTING MOTION TO CORRECT DEFENDANT'S NAME**

THIS MATTER is before the Court upon the Motion of the Plaintiff State of New Mexico *ex rel.* State Engineer to Correct Defendant's Name filed January 13, 2009 (Docket No. 9375). The Defendant's name was spelled incorrectly in the appendix to the Motion to Join Additional Parties Defendant (December 26, 2001, No. 6466).

Having reviewed the Motion and being otherwise fully advised in the premises, I find that the motion is well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that name of the Defendant listed below is corrected as follows:

FROM                                TO

Russel Casados                      Russell Casados

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*
_____
SPECIAL MASTER VICKIE L. GABIN