IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of S. E. REYNOLDS, )
State Engineer, )
                              )
            Plaintiff,        )
                              )
    vs.                       )    No. 8294
                              )
ROMAN ARAGON, et al.,         )
                              )    Sub-File No. 261
            Defendants.       )
                              
                                   Acequia de Chamita

## ORDER

THIS MATTER having come before the Court and after having heard the testimony, considered the evidence, and being fully advised in the premises, now finds:

1. Name of defendant: Tomas Maestas

2. Defendant has been legally served with process, has not filed an answer, certificates of non-appearance and default have been filed, and the defendant is adjudged to be in default.

3. The Court has jurisdiction of the parties and the subject matter herein.

4. State Engineer's hydrographic survey and report relating to the defendant's water rights have been introduced into the record and the same hereby are incorporated and made a part of this Order; that said hydrographic survey and report contain a true and correct summary of the contents of the instruments referred to therein.

Sub-File No. 261

5.  The defendant **Tomas Maestas**
    has a right to withdraw public, surface and/or
    underground waters from the Rio Chama Stream
    System for irrigation purposes as follows:

State Engineer's File No. --
Priority: **1724**
Source of water: **Surface waters of the Rio Chama**
Point of diversion: **Through and by means of the
Acequia de Chamita (also known as Guique Ditch) which
diverts out of the north bank of the Rio Chama, located
in the northwest part of the Bartolome Sanchez Grant,
New Mexico Coordinate System, Central Zone:
X = 536,680 and Y = 1,850,010, Rio Arriba County, New Mexico.**

Location & Amount of Acreage: **2.73 acres irrigated in
part of P.C. 227, P. 2, Exception 1, Section 9, T. 21 N.,
R. 8 E., within the San Juan Pueblo Grant, Rio Arriba County,
New Mexico.**

Duty of water: Not to exceed **three** acre feet
per acre per annum delivered at the
farm head gate.

-2-

Sub-File No. 261

The defendant __Tomas Maestas__
ha s  no other surface/ground water irrigation rights

in the aforesaid section.

That the defendant __Tomas Maestas__
his  agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having a constructive knowledge of the restraining Order should be enjoined from any use of the surface/ground water

in the aforesaid section
for irrigation, except in strict accordance with the water rights set out hereinabove.

IT IS, THEREFORE, ORDERED that the defendant, _____

__Tomas Maestas__

be and hereby is adjudicated to have a good and valid water right as set forth above.

IT IS FURTHER ORDERED that the defendant, _____

__Tomas Maestas__

his  agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having constructive knowledge of the restraining order, be and they hereby are, enjoined from any use of the surface/ground water in    the aforesaid section

except in strict accordance with the water rights set out hereinabove.

DATED, this _15_ day of _April_, 1963.

A TRUE COPY OF
ORIGINAL _Order on file_
ENTERED _April 15_ 19_63_
SUSIE M. MONTOYA
CLERK
By _O. Valdez_ Deputy

J. M. SCARBOROUGH
DISTRICT JUDGE

-3-          Sub-File No. 261