IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of S. E. REYNOLDS, )
State Engineer, )
                        )
            Plaintiff   )
                        )
    vs.                 )   No. 8294
                        )   Sub-file No. 316
ROMAN ARAGON, et al.,   )
                        )   Chili Ditch
            Defendants. )   (Tr. 16.4)

ORDER

THIS MATTER having come before the Court and after

having heard the testimony, considered the evidence, and

being fully advised in the premises, now finds:

1.    Name of defendant:   JOSE BENITO MAESTAS


2.    The parties hereto have accepted an Offer of
      Judgment concerning the defendant's rights;
      said Offer of Judgment is hereby approved.


3.    The Court has jurisdiction of the parties
      and the subject matter herein.


4.    State Engineer's hydrographic survey and report
      relating to the defendant's water rights
      have been introduced into the record and the
      same hereby are incorporated and made a part
      of this Order; that said hydrographic survey
      and report contain a true and correct summary
      of the contents of the instruments referred to
      therein.

Sub-File No. 16x 316

-1-

5.   The defendant  JOSE BENITO MAESTAS
        has a right to withdraw public, surface and/or
        underground waters from the Rio Chama Stream
        System for irrigation purposes as follows:

State Engineer's File No.   1498
Priority:             May 5, 1937
Source of water:      Surface waters of the Rio Chama
Point of Diversion:   Through and by means of the Chili
Ditch diverted out of the South Bank of the j Rio Chama,
located in the SE¼NW¼SW¼ Section 24, Township 22 North,
Range 7 East, N.M. .M., New Mexico Coordinate System
Central Zone: X = 529,195 and Y = 1,863,370, Rio Arriba
County, New Mexico.

Location & Amount of Acreage:      3.35 acres irrigated
in Section 25, Township 22 North, Range 7 East, N.M.P.M.,
Rio Arriba County, New Mexico, as shown on hydrographic
survey map sheet 16, tract 4.

Duty of water:   Not to exceed   three   acre feet per
                 acre per annum delivered at the farm
                 head gate.

-2-

Sub-File No.316

The defendant ___Jose Benito Maestas___
ha s      no other surface/ground water irrigation rights

**in the aforesaid section.**

That the defendant __Jose Benito Maestas__
his    agents, employees, privies, co-tenants, tenants,
assigns, attorneys, and any and all other persons having
a constructive knowledge of the restraining Order should
be enjoined from any use of the surface/ground water

in the aforesaid section

for irrigation, except in strict accordance with the
water rights set out hereinabove.

IT IS, THEREFORE, ORDERED that the defendant,_____

_____Jose Benito Maestas_____

be and hereby is adjudicated to have a good and valid water

right as set forth above.

IT IS FURTHER ORDERED that the defendant_____

_____Jose Benito Maestas_____

his    agents, employees, privies, co-tenants, tenants, assigns,

attorneys, and any and all other persons having constructive

knowledge of the restraining order, be and they hereby are,

enjoined from any use of the surface/ground water in

**the aforesaid section**

except in strict accordance with the water rights set out

hereinabove.

DATED, this ___3rd___ day of ___April_____,1963.

_____
DISTRICT JUDGE

Sub-File No. 316

-3-