IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of S. E. REYNOLDS, )
State Engineer, )
)
        Plaintiff, )
)
vs. ) No. 8294
)
ROMAN ARAGON, et al., ) Sub-File No. 250
) Acequia de Chamita
        Defendants. )

## ORDER

THIS MATTER having come before the Court and after having heard the testimony, considered the evidence, and being fully advised in the premises, now finds:

1. Name of defendant: AMABILIS MASCAREÑAS

2. Defendant has been legally served with process, has not filed an answer, certificates of non-appearance and default have been filed, and the defendant is adjudged to be in default.

3. The Court has jurisdiction of the parties and the subject matter herein.

4. State Engineer's hydrographic survey and report relating to the defendant's water rights have been introduced into the record and the same hereby are incorporated and made a part of this Order; that said hydrographic survey and report contain a true and correct summary of the contents of the instruments referred to therein.

Sub-File No. 250

-1-

5. The defendant __AMABELIS MASCARENAS__
   has a right to withdraw public, surface and/or underground waters from the Rio Chama Stream System for irrigation purposes as follows:

State Engineer's File No.     --
Priority: 1728
Source of water:     Surface waters of the Rio Chama
Point of Diversion:     Through and by means of the Acequia de Chamita (also known as Guique Ditch) which diverts out of the north bank of the Rio Chama, located in the northwest part of the Bartolome Sanchez Grant, New Mexico, Coordinate System, Central Zone: X = 536,680 and Y = 1,850,010, Rio Arriba County, New Mexico.

Location & Amount of Acreage:     10.05 acres irrigated; 1.24 acres in part of P.C. 259, P. 2, Exception 11 and 8.81 acres in part of P.C. 265, P. 1, Exception 1, all in Sections 8 & 9, T. 21 N., R. 8 E., within the San Juan Pueblo Grant, Rio Arriba County, New Mexico.

Duty of water:     Not to exceed __three__ acre feet per acre per annum delivered at the farm head gate.

-2-

Sub-File No. 250

The defendant _____AMABELIS MASCARENAS_____
ha s   no other surface/ground water irrigation rights
**in the aforesaid sections.**

That the defendant _____Amabelis Mascarenas_____
his   agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having a constructive knowledge of the restraining Order should be enjoined from any use of the surface/ground water

**in the aforesaid sections**

for irrigation, except in strict accordance with the water rights set out hereinabove.

IT IS, THEREFORE, ORDERED that the defendant, _____
Amabelis Mascarenas

be and hereby is adjudicated to have a good and valid water right as set forth above.

IT IS FURTHER ORDERED that the defendant, _____
Amabelis Mascarenas

his   agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having constructive knowledge of the restraining order, be and they hereby are, enjoined from any use of the surface/ground water in   **the aforesaid sections**

except in strict accordance with the water rights set out hereinabove.

DATED, this _15_ day of _April_, 1963.

J. M. SCARBOROUGH
DISTRICT JUDGE

A TRUE COPY OF
ORIGINAL _Order on file_
ENTERED _April 15_ 19_63_
SUSIE M. MONTOYA
CLERK
By _S Valdez_ Deputy

-3-   Sub-File No. 250