IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of S. E. REYNOLDS, State Engineer,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 8294<br>)<br>)  Sub-File No. 252<br>)<br>)  Acequia de Chamita |

## ORDER

THIS MATTER having come before the Court and after having heard the testimony, considered the evidence, and being fully advised in the premises, now finds:

1. Name of defendant:  CASIMERO MASCARENAS

2. Defendant  ha s been legally served with process, ha s not filed an answer, certificates of non-appearance and default have been filed, and the defendant  is  adjudged to be in default.

3. The Court has jurisdiction of the parties and the subject matter herein.

4. State Engineer's hydrographic survey and report relating to the  defendant's  water rights have been introduced into the record and the same hereby are incorporated and made a part of this Order; that said hydrographic survey and report contain a true and correct summary of the contents of the instruments referred to therein.

Sub-File No. 252

-1-

5. The defendant __CASIMERO MASCARENAS__
has a right to withdraw public, surface and/or
underground waters from the Rio Chama Stream
System for irrigation purposes as follows:

State Engineer's File No. --
Priority: 1724
Source of water: Surface waters of the Rio Chama
Point of diversion: Through and by means of the
Acequia de Chamita (also known as Guique Ditch) which
diverts out of the north bank of the Rio Chama, located
in the northwest part of the Bartolome Sanchez Grant,
New Mexico Coordinate System, Central Zone:
X = 536,680 and Y = 1,850,010, Rio Arriba County, New
Mexico.

Location & Amount of Acreage: 8.94 acres irrigated.
2.28 acres in part of P.C. 261, P. 1, Exception 1.
1.51 acres in part of P.C. 172, P. 3, Exception 1.
3.86 acres in part of P.C. 259, P. 1, Exception 1.
1.29 acres in Rio Chama Bed, as shown on G.L.O. Plat 16 AAA
survey of 1915
All in Sections 8 & 9, T. 21 N., R. 8 E., within the San
Juan Pueblo Grant, Rio Arriba County, New Mexico.

Duty of water: Not to exceed __three__ acre feet
per acre per annum delivered at the
farm head gate.

Sub-File No. 252

-2-

The defendant __Casimero Mascarenas__
ha<sup>s</sup> no other surface/ground water irrigation rights

in the aforesaid sections.

That the defendant __Casimero Mascarenas__
his agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having a constructive knowledge of the restraining Order should be enjoined from any use of the surface/ground water

in the aforesaid sections

for irrigation, except in strict accordance with the water rights set out hereinabove.

IT IS, THEREFORE, ORDERED that the defendant, _____
__Casimero Mascarenas__

be and hereby is adjudicated to have a good and valid water right as set forth above.

IT IS FURTHER ORDERED that the defendant, _____
__Casimero Mascarenas__

his agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having constructive knowledge of the restraining order, be and they hereby are, enjoined from any use of the surface/ground water in

the aforesaid sections

except in strict accordance with the water rights set out hereinabove.

DATED, this _15_ day of _April_, 1963.

A TRUE COPY OF
ORIGINAL _Order on file_
ENTERED _April 15_ 19_63_
SUSIE M. MONTOYA
CLERK
By _I H _____ Deputy

J. M. SCARBOROUGH
DISTRICT JUDGE

-3-

Sub-File No. 252