IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of S. E. REYNOLDS, )
State Engineer, )
 )
         Plaintiff )
 )
vs. ) No. 8294
 )
ROMAN ARAGON, et al., ) Sub-File No. 323
 )
         Defendants. ) Chili Ditch
                                       (Tr. 17.8)

ORDER

THIS MATTER having come before the Court and after having heard the testimony, considered the evidence, and being fully advised in the premises, now finds:

1. Name of defendant:   LUIS E. MOYA

2. The parties hereto have accepted an Offer of Judgment concerning the defendant's rights; said Offer of Judgment is hereby approved.

3. The Court has jurisdiction of the parties and the subject matter herein.

4. State Engineer's hydrographic survey and report relating to the defendant's water rights have been introduced into the record and the same hereby are incorporated and made a part of this Order; that said hydrographic survey and report contain a true and correct summary of the contents of the instruments referred to therein.

5.  The defendant _____LUIS E. MOYA_____
    has a right to withdraw public, surface and/or underground waters from the Rio Chama Stream System for irrigation purposes as follows:

State Engineer's File No. 0427
Priority: 1821
Source of water: Surface waters of the Rio Chama
Point of Diversion: Through and by means of the Chili Ditch diverted out of the South Bank of the Rio Chama, located in the SE¼NW¼SW¼ Section 24, Township 22 North, Range 7 East, N.M.P.M., New Mexico Coordinate System, Central Zone: X = 529,195 and Y = 1,863,370, Rio Arriba County, New Mexico.

Location & Amount of Acreage: 4.99 acres irrigated in part of S.H.C. 1507, Tract 2, Section 25, Township 22 North, Range 7 East N.M.P.M., Rio Arriba County, New Mexico as shown on hydrographic survey map 17, tract 8.

Duty of water: Not to exceed ___three___ acre feet per acre per annum delivered at the farm head gate.

-2-

Sub-File No. 323

The defendant    Luis E. Moya
ha  s    no other surface/ground water irrigation rights

in the aforesaid section.

That the defendant    Luis E. Moya
his    agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having a constructive knowledge of the restraining Order should be enjoined from any use of the surface/ground water

in the aforesaid section

for irrigation, except in strict accordance with the water rights set out hereinabove.

IT IS, THEREFORE, ORDERED that the defendant, _____

_____Luis E. Moya_____

be and hereby is adjudicated to have a good and valid water right as set forth above.

IT IS FURTHER ORDERED that the defendant _____

_____Luis E. Moya_____

his agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having constructive knowledge of the restraining order, be and they hereby are, enjoined from any use of the surface/ground water in

the aforesaid section

except in strict accordance with the water rights set out hereinabove.

DATED, this _3rd_ day of _April_, 1963.

A TRUE COPY OF
ORIGINAL Order
ENTERED April 3, 1963

J. M. SCARBOROUGH
DISTRICT JUDGE

CLERK
By _____, Deputy

Sub-File No. 323

-3-