IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of S. E. REYNOLDS, )
State Engineer, )
                          Plaintiff, )
                          vs. )   No. 8294
ROMAN ARAGON, et al., )   Sub-File No. 265
                          Defendants. )   Acequia de Chamita

## ORDER

THIS MATTER having come before the Court and after having heard the testimony, considered the evidence, and being fully advised in the premises, now finds:

1. Name of defendant: JOSE E. ROYBAL AND WIFE

2. Defendants have been legally served with process, have not filed an answer, certificates of non-appearance and default have been filed, and the defendant are adjudged to be in default.

3. The Court has jurisdiction of the parties and the subject matter herein.

4. State Engineer's hydrographic survey and report relating to the defendant's water rights have been introduced into the record and the same hereby are incorporated and made a part of this Order; that said hydrographic survey and report contain a true and correct summary of the contents of the instruments referred to therein.

-1-                          Sub-File No. 265

5. The defendant **Jose E. Roybal & wife**
   has a right to withdraw public, surface and/or
   underground waters from the Rio Chama Stream
   System for irrigation purposes as follows:

State Engineer's File No. --
Priority: 1724
Source of water: Surface waters of the Rio Chama
Point of diversion: Through and by means of the
Acequia de Chamita (also known as Guique Ditch) which diverts
out of the north bank of the Rio Chama, located in the
northwest part of the Bartolome Sanchez Grant, New Mexico
Coordinate System, Central Zone: X = 536,680 and
Y = 1,850,010, Rio Arriba County, New Mexico.

Location & Amount of Acreage: **5.30 acres irrigated
in part of P.C. 183, P. 4, Exception 1, Section 5,
T. 21 N., R. 8 E., within the San Juan Pueblo Grant,
Rio Arriba County, New Mexico.**

Duty of water: Not to exceed **three** acre feet
per acre per annum delivered at the
farm head gate.

-2-                    Sub-File No. 265

The defendant **Jose E. Roybal & wife**
ha **ve** no other surface/ground water irrigation rights

in the aforesaid section.

That the defendant **Jose E. Roybal & wife**
**their** agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having a constructive knowledge of the restraining Order should be enjoined from any use of the surface/ground water

in the aforesaid section

for irrigation, except in strict accordance with the water rights set out hereinabove.

IT IS, THEREFORE, ORDERED that the defendant, **Jose E. Roybal & wife**

be and hereby is adjudicated to have a good and valid water right as set forth above.

IT IS FURTHER ORDERED that the defendant, **Jose E. Roybal & wife**

**their** agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having constructive knowledge of the restraining order, be and they hereby are, enjoined from any use of the surface/ground water in **the aforesaid section**

except in strict accordance with the water rights set out hereinabove.

DATED, this _15_ day of _April_, 1963.

A TRUE COPY OF
ORIGINAL _Order_
ENTERED _April 15_ 19_63_
SUSIE M. MONTOYA
CLERK

By: _____, Deputy

J. M. SCARBOROUGH
DISTRICT JUDGE

-3-

Sub-File No. 265