IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of S. E. REYNOLDS, )
State Engineer, )
)
        Plaintiff )
)
   vs. ) No. 8294
)
ROMAN ARAGON, et al., ) Sub-File No. 331
)
        Defendants. ) Chili Ditch

ORDER

THIS MATTER having come before the Court and after having heard the testimony, considered the evidence, and being fully advised in the premises, now finds:

1. Name of defendant: **ESPANOLA MERCANTILE COMPANY**

2. The parties hereto have accepted an Offer of Judgment concerning the defendant's rights; said Offer of Judgment is hereby approved.

3. The Court has jurisdiction of the parties and the subject matter herein.

4. State Engineer's hydrographic survey and report relating to the defendant's water rights have been introduced into the record and the same hereby are incorporated and made a part of this Order; that said hydrographic survey and report contain a true and correct summary of the contents of the instruments referred to therein.

-1-

Sub-File No. 331
Espanola Mercantile Co.

5.  The defendant  <u>ESPANOLA MERCANTILE COMPANY</u>
    has a right to withdraw public, surface and/or
    underground waters from the Rio Chama Stream
    System for irrigation purposes as follows:

State Engineer's File No. 0427
Priority:  --  1821
Source of water: Surface waters of the Rio Chama
Point of Diversion: Through and by means of the Chili
Ditch diverted out of the South Bank of the Rio Chama,
located in the SE¼NW¼SW¼ Section 24, Township 22 North,
Range 7 East, N.M.P.M., New Mexico Coordinate System,
Central Zone: X = 529,195 and Y = 1,863,370, Rio Arriba
County, New Mexico.



Location & Amount of Acreage:    1.76 acres irrigated
in part of S.H.C. 1499, Tract 1, in Section 36,
Township 22 North, Range 7 East, N.M.P.M., Rio Arriba
County, New Mexico, as shown on hydrographic survey
map sheet 18, tract 5.

Duty of water:   Not to exceed __three__ acre feet per
                 acre per annum delivered at the farm
                 head gate.

-2-

Sub-File No. 331
Espanola Mercantile Co.

The defendant  ESPANOLA MERCANTILE COMPANY
ha s    no other surface/ground water irrigation rights

in the aforesaid section.

That the defendant  ESPANOLA MERCANTILE COMPANY
their agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having a constructive knowledge of the restraining Order should be enjoined from any use of the surface/ground water

in the aforesaid section

for irrigation, except in strict accordance with the water rights set out hereinabove.

IT IS, THEREFORE, ORDERED that the defendant,

ESPANOLA MERCANTILE COMPANY

be and hereby is adjudicated to have a good and valid water right as set forth above.

IT IS FURTHER ORDERED that the defendant

ESPANOLA MERCANTILE COMPANY

their agents, employees, privies, co-tenants, tenants, assigns, attorneys, and any and all other persons having constructive knowledge of the restraining order, be and they hereby are, enjoined from any use of the surface/ground water in

the aforesaid section

except in strict accordance with the water rights set out hereinabove.

DATED, this 3rd day of April ,1963.

A TRUE COPY OF
ORIGINAL Order
ENTERED April 3, 1963

CLERK _____ Sub-File No. 331

J. M. SCARBOROUGH
DISTRICT JUDGE

-3-