**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

69 cv 7941 BB
Re: Document # 9393

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

FEB 02 2009

MATTHEW J. DYKMAN
CLERK

26 JAN 2009 PM 2 L

STEPHEN SMITH
RT. 1 BOX 5
HERNANDEZ, NM 87537

NIXIE        871        DC 1              00  01/30/09
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 87102227470           *0568-19772-28-39

87102@2274