UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 BB
Re: Document #9388
and Document #9387

MATTHEW J. DYKMAN
CLERK

RECEIVED
At Albuquerque NM
FEB 02 2009

JOE A. MASCARENAS
P.O. BOX 185
ESPAÑOLA, NM 87532

NIXIE     871     SC  1         84   01/30/09
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 87102227470        *2255-04935-20-42



USA FIRST-CLASS FOREVER