**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 BB
Re: Document #9390

RECEIVED
At Albuquerque NM
FEB 02 2009
MATTHEW J. DYKMAN
CLERK

CLETUS E. MOYA
P.O. BOX 17-A
HERNANDEZ, NM 87537

NIXIE          871  DC  1          00  01/30/09
         RETURN TO SENDER
         INSUFFICIENT ADDRESS
         UNABLE TO FORWARD

BC: 87102227470          *0468-21283-28-39

87102@2274