IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

        Plaintiff,

   -v-

RAMON ARAGON *et al.*
   .

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Mainstream

## <u>NOTICE OF MAILING</u>

The Special Master enters this Notice to confirm that the subfile Orders filed  January 28,

2009  were mailed to recipients listed on Attachment A on January 28, 2009.

*Vickie L. Gabin*
_____
    SPECIAL MASTER VICKIE L. GABIN

ATTACHMENT A

| Defendant/Address | Subfile No. | Docket Number |
|---|---|---|
| LITA ESPINOZA<br>11813 PALO DURO, NE<br>ALBUQUERQUE, NM 87171 | 261 | 9384 |
| AGNES JARAMILLO<br>P.O. BOX 634<br>ESPAÑOLA, NM 87532 | 310 | 9385 |
| ANGELINA MAESTAS DURAN<br>P.O. BOX 975<br>ESPAÑOLA, NM 87532 | 316 | 9386 |
| JOE A. MASCARENAS<br>P.O. BOX 687<br>ESPAÑOLA, NM 87532 | 250 | 9387 |
| JOE A. MASCARENAS<br>P.O. BOX 687<br>ESPAÑOLA, NM 87532 | 252 | 9388 |
| SOSTENES MASCARENAS<br>P.O. BOX 1204<br>SAN JUAN PUEBLO, NM 87566 | 254 | 9389 |
| LUIS E. MOYA<br>P.O. BOX 17-A<br>HERNANDEZ, NM 87537 | 323 | 9390 |
| RICK L. ROMERO<br>ROUTE 4, BOX 179<br>ESPANOLA, NM 87532 | 262 | 9391 |
| JOSE E. ROYBAL<br>P.O. BOX 999<br>SAN JUAN PUEBLO, NM 87566 | 265 | 9392 |
| STEPHEN SMITH<br>RT. 1 BOX 5<br>HERNANDEZ, NM 87537 | 331 | 9393 |
| JAMES SPEARS<br>P.O. BOX 1331<br>ESPAÑOLA, NM 87532 | 281 | 9394 |
| A.B. VALDEZ<br>P.O. BOX 4425<br>FAIRVIEW, NM 87533 | 252 | 9388 |