IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1: Chama Mainstream

Acequia de Jose Ferran
Subfile Nos. 431 & 432

## STIPULATION ON PRIORITY DATE

The Plaintiff State of New Mexico, *ex rel.* State Engineer, the Commissioners of the Acequia de Jose Ferran and John M. Cranor, Catherine B. Cranor, Myron P. Simmons, Candice Bone, Robert M. Adams, Jack Oldham, Linda Oldham, Michael Trupiano and Martha Jo Trupiano, who are all of the members and current owners of water rights under the Acequia de Jose Ferran, are in agreement on the correct priority date of the water rights described in the Order filed November 12, 1968 (Doc. No. 626) Subfiles 431 & 432 (Tracts 8.16-A, 8-16-B, 8.17 & 9.1) and hereby, as shown by their signatures below, enter into a stipulation on the priority date of those water rights as follows:

    1.    Priority: **1734**

Dated: December 5, 2008

State of New Mexico *ex rel.* State Engineer

*/s/ Ed Newville*
EDWARD G. NEWVILLE

Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

_____
JACK OLDHAM, President Acequia de Jose Ferran
P.O. Box 81
Abiquiu, NM 87510

_____
CANDICE BONE, Secretary/Treasurer Acequia de Jose Ferran
811 46th St.
Los Alamos, NM 87544

_____
MYRON P. SIMMONS, Mayordomo
P.O. Box 162
Abiquiu, NM 87510

_____
LINDA OLDHAM
P.O. Box 81
Abiquiu, NM 87510

_____
MICHAEL TRUPIANO
P.O. Box 1238
Abiquiu, NM 87510

_____
MARTHA JO TRUPIANO
P.O. Box 1238
Abiquiu, NM 87510

_____
JOHN M. CRANOR
1400 Peregrine Point
Sarasota, FL 34231

_____
CATHERINE B. CRANOR
1400 Peregrine Point
Sarasota, FL 34231

_____
ROBERT M. ADAMS
R & C FAMILY TRUST
181 Paramont Dr.
Sedona, AZ 86336