**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 BB
Re: Document #9392

RECEIVED
At Albuquerque NM
FEB 04 2009

JOSE E. ROYBAL
MATTHEW MARTINEZ/AN
SAN JUAN PUEBLO, NM 87566

NIXIE     871     DE 1          00  02/03/09
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

BC: 8710222747O          *0668-22291-28-39

