IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*,<br>State Engineer<br><br>        Plaintiff,<br><br>        vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>        Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7 |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following defendants on the 6th day of February, 2009.

Subfile No. CHTA-003-0057
Docket No. 9383
Josefita Trujillo
P.O. Box 614
Tierra Amarilla, NM 87520

Subfile No. CHCC-002-0009
Docket No. 9395
Mary Ellen Burns Gonzales
2806 Calle Campeon
Santa Fe, NM 87405

Frank M. Bond, Esq.
Simons & Slattery, LLP
1660 Old Pecos Trail #A
Santa Fe, NM 87505

Subfile No. CHRB-004-0014
Docket No. 9406
Anthony R. Martinez
P.O. Box 43
Tierra Amarilla, NM 87520

Subfile No. CHRB-008-0006
Docket No. 9405
Russell Casados
P.O. Box 13124
Las Cruces, NM 88013

Dated: February 6, 2009

                                                /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile