IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>                Plaintiff,<br><br>        vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>                Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7, Village of Chama<br><br>**Subfile No. CHCV-007-0002B** |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Substitute Parties, filed February 4, 2009 (Doc. No. 9402).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Touraey, LLC is substituted for defendants Jay Kegel and Katherine Kegel in these proceedings.

                                    BRUCE D. BLACK
                                    UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN