IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Canjilon Creek<br><br>Subfile Nos. CHCJ-003-0049<br>　　　　　　　　CHCJ-003-0061 |

## MOTION FOR SUBSTITUTION OF PARTIES
## AND TO VACATE CONSENT ORDER

　　　　COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) moves the Court to issue its order substituting Norman D. Vigil and Rosalie E. Vigil for defendant Ralph Gallegos Jr. in these proceedings, and vacating the Consent Order filed November 25, 2002 (Docket No. 6948) in Subfile CHCJ-003-0061, and as grounds Plaintiff states the following:

　　　　1.　　Norman D. Vigil and Rosalie E. Vigil ("Vigils") recently purchased the land and water rights adjudicated to defendant Ralph Gallegos Jr. in these proceedings under subfiles CHCJ-003-0049 and CHCJ-003-0061.  There is an error in the mapping of the irrigated lands under subfile CHCJ-003-0061 in the Consent Order filed November 25, 2002, that the Vigils and the State wish to correct.  The Vigils have signed a revised Consent Order that will correct the error.

　　　　WHEREFORE the State of New Mexico requests the Court to enter its order substituting Norman D. Vigil and Rosalie E. Vigil for defendant Ralph Gallegos Jr. in these proceedings, and

vacating the Consent Order filed November 25, 2002 in Subfile CHCJ-003-0061.

                                          Respectfully submitted,

                                          /s/ Ed Newville
                                        EDWARD G. NEWVILLE
                                        Special Assistant Attorney General
                                        Office of State Engineer
                                        P.O. Box 25102
                                        Santa Fe, NM 87504-5102
                                        (505) 867-7444 phone
                                        (505) 867-7444 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __12th__ day of February 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Norman D. Vigil
Rosalie E. Vigil
7312 Calle Montana NE
Albuquerque, NM 87113

                                          /s/ Ed Newville
                                          EDWARD G. NEWVILLE