IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Canjilon Creek<br><br>Subfile Nos. CHCJ-003-0049<br>　　　　　　　　CHCJ-003-0061 |

## <u>WITHDRAWAL OF MOTION FOR SUBSTITUTION OF PARTIES<br>AND TO VACATE CONSENT ORDER</u>

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and hereby withdraws the February 13, 2009 Motion for Substitution of Parties and to Vacate Consent Order (Doc. 9413). The Court informs counsel for the State that under the Administrative Order No. 92-88, filed May 4, 1992, attorneys may not file a single motion regarding two separate matters. The State will therefore file separate pleadings for the requests to substitute parties and to vacate the Consent Order in subfile CHCJ-003-0061.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　　　　　　(505) 867-7444 phone
　　　　　　　　　　　　　　　　　　　　　　　　　(505) 867-7444 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   26th   day of February 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Norman D. Vigil
Rosalie E. Vigil
7312 Calle Montana NE
Albuquerque, NM 87113

                                                                      /s/ Ed Newville
                                                                   EDWARD G.  NEWVILLE