IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>         Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>         Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7, Rio Brazos<br><br>**Subfile No. CHCV-001-0009A** |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion for Substitution of Parties filed by Plaintiff State of New Mexico, *ex rel.* State Engineer, February 23, 2009 (Doc. No. 9414).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Debra K. Zimbelman is substituted for defendants J. F. Koontz and Ella D. Koontz in these proceedings.

                                                                  BRUCE D. BLACK
                                                                  UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN