IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

     vs.

ROMAN ARAGON, *et al.,*

          Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile Nos.   CHCJ-003-0049
                 CHCJ-003-0061

## <u>ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES</u>

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed February 26, 2009 (Doc. No. 9416), to substitute parties in these proceedings.

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Norman D. Vigil and Rosalie E. Vigil are substituted for defendant Ralph Gallegos Jr. in these proceedings.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN