IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Consent Order or Order Granting Default Judgment for the subfiles listed below was mailed to each of the following defendants on the 9th day of March, 2009.

Subfile No. CHCJ-003-0061
Docket No. 9420
Norman D. Vigil
Rosalie E. Vigil
7312 Calle Montana NE
Albuquerque, NM 87113

Subfile No. CHCJ-006-0002
Docket No. 9419
Abran Augustine Garcia
Box 51108, NBU11
Española, NM 87532

Subfile No. CHCV-001-0009B
Docket No. 9421
Anne Marie Koontz
John Courtney Koontz
P.O. Box 1326
Corrales, NM 87048

<u>Subfile No. CHCV-007-0001B</u>
Docket No. 9423
Alfred Unser
7625 Central NW
Albuquerque, NM 87121

<u>Subfile No. CHCV-010-0001</u>
Docket No. 9418
Quinlan Ranches NM LLC
c/o Charles T. DuMars
Law & Resource Planning Associates
201 Third Street NW, Suite 1750
Albuquerque, NM 87102

Dated: March 9, 2009

      /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile