IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69-cv-07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 3: Canjilon Creek |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | **Subfile No. CHCJ-003-0061** |

## MOTION TO VACATE CONSENT ORDER

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and moves the Court to vacate the Consent Order filed November 25, 2002 (Doc. 6948) in subfile CHCJ-003-0061 and as grounds therefore Plaintiff states as follows:

1. Ralph Gallegos Jr., signed and approved a Consent Order filed November 25, 2002 (Doc. 6948) in subfile CHCJ-003-0061 that incorrectly mapped the irrigated lands in that subfile. Defendants Norman D. Vigil and Rosalie E. Vigil have been substituted for Ralph Gallegos, Jr. by Order filed March 5, 2009 (Doc. 9425). The Vigils have approved a revised Consent Order in this subfile that was filed with the Court on March 3, 2009 (Doc. 9420). The Consent Order filed November 25, 2002, should be vacated.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to vacate the Consent Order filed November 25, 2002 (Doc. 6948) in subfile CHCJ-003-0061.

Respectfully submitted,

/s/ Ed Newville

EDWARD G. NEWVILLE<br>
Special Assistant Attorney General<br>
Office of State Engineer<br>
P.O. Box 25102<br>
Santa Fe, NM 87504-5102<br>
(505) 867-7444 telephone<br>
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __11th__ day of March, 2009 I filed the foregoing electronically through the CM/ECF system and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Norman D. Vigil
Rosalie E. Vigil
7312 Calle Montana NE
Albuquerque, NM 87113

    /s/ Ed Newville
    Edward G. Newville

-2-