IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Village of Chama |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for the subfiles listed below was mailed to each of the following defendants on the 11th day of March, 2009.

<u>Subfile No. CHCV-003-0022</u>
Docket No. 9422
Herman Candelaria
P.O. Box 39
Chama, NM 87520

Michael J. Roundy
Puanani Kauaihilo
10404 Las Palmas St., NW
Albuquerque, NM 87114

<u>Subfile No. CHCV-003-0043</u>
Docket No. 9422
Herman Candelaria
P.O. Box 39
Chama, NM 87520

Michael J. Roundy
Puanani Kauaihilo

10404 Las Palmas St., NW
Albuquerque, NM 87114

Dated: March 11, 2009

       /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile