Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.,* ) | | |
| ) | | |
| Plaintiffs,  ) | | 69cv07941-BB |
| ) | | |
| v.  ) | | RIO CHAMA ADJUDICATION |
| ) | | |
| RAMON ARAGON, *et al*.,  ) | | |
| ) | | |
| Defendants.  ) | | |
| _____) | | |

## ENTRY OF APPEARANCE
## FOR STATE OF NEW MEXICO

Gabriel Wade, Special Assistant Attorney General, hereby enters his appearance on behalf of the State of New Mexico *ex rel.* Office of the State Engineer.

Respectfully submitted,

__/s/ Gabriel Wade_____
Gabriel Wade
Special Assistant Attorney General
Attorney for the State of New Mexico
*ex rel.* New Mexico State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 827-7844
Fax:  (505) 827-3520

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 13th day of March 2009, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.


__/s/_ Gabriel Wade_____