IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) ) ) |
| RAMON ARAGON et al., | ) ) |
| Defendants. | ) ) |

69cv07941-BB

RIO CHAMA STREAM SYSTEM

MOTION OF SPECIAL MASTER
FOR INTERIM FEES AND EXPENSES

TO:  The Honorable Bruce D. Black          FROM:  Vickie L. Gabin
       United States District Judge                      Special Master

A Motion requesting the Court to approve interim fees and expenses, a brief summary of the work performed, and the Special Master's Declaration in support of Motion

This Motion is submitted pursuant to the Administrative Order entered February 23, 1995, regarding the manner in which the Special Master, data manager and other personnel required by the Special Master are paid for services, costs, expenses and New Mexico gross receipts taxes related to this adjudication. The Special Master hereby moves for an order of the Court approving the work performed in this case from July 1, 2008, through December 31, 2008, as described herein, and the manner by which fees and expenses have been paid from the trust account.

I.  WORK PERFORMED

   A.  Case management

   The court's data manager continues to track all water rights information contained in newly filed consent orders for Sections 3 (Rios Cebolla, Canjilon and Las Nutrias), and Section 7 (Tierra Amarilla). I continue to review and approve consent orders and acknowledgments, decide motions

relevant to subfile activity in these sections, and enter litigation and scheduling orders. I held a status conference October 29 to monitor the progress of the adjudication activities.

Yet to be completed in the adjudication of Section 5 (Gallina) are: identifying stock watering uses from surface water sources; determining groundwater rights (including several mutual domestic water user associations); and adjudicating domestic well rights. The parties have agreed to include federal, non-Indian claims in the partial final decree for Section 5, so that the final *inter se* proceeding will encompass a larger range of rights. As a result, the partial final decree for Section 5 is still on the horizon. In Section 7, the resolution of the state law-based claims of the Jicarilla Apache Nation is proceeding. Work on the historical reports continues. Efforts to bring up to date and complete the reaches of the Rio Chama Stream System which were adjudicated in previous decades continue.

B. <u>Federal and Indian water rights claims</u>

The adjudication of the water rights claims of the Pueblo of Ohkay Owingeh is stayed for several reasons, most significantly because Pueblo claims in other federal adjudications are moving forward and the same attorney and court resources are dedicated to those proceedings.

The Wild and Scenic River claims matter, which was remanded to me by the Court, is governed by the July 18, 2005, Initial Scheduling and Pretrial Order for the Adjudication of Wild and Scenic River Claims, as amended. The parties, having reached a negotiated settlement of similar claims in the Jemez River stream system, are continuing to work on a proposed consent order, and the strategies for subsequent *inter se* proceedings.

II. DECLARATION

## DECLARATION OF SPECIAL MASTER IN SUPPORT OF MOTION

I, Vickie L. Gabin, declare that the work described above is the basis for this Motion, and that the work of data manager, Karla Bruner/AquaTek has been completed as described. Hourly records of work performed are available from the contractor if needed.

Dated: March 24, 2009

*Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN