IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| State of New Mexico, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 3, Canjillon Creek |
| Defendants. | |

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, and requests the Clerk of the Court, pursuant to F. R. Civ. P. 55(a) to enter the default of the following named defendants and each of them for failure to answer or otherwise plead; and the undersigned certifies that no answer, appearance, or other pleading has been served upon plaintiff's attorneys.

| Defendant | Subfile No. | Certificate of Service Filed |
|---|---|---|
| Geraldine E. Garcia | CHCJ-006-0001 | April 10, 2001 (Doc. 6222) |
| Abelardo E. Garcia | CHCJ-006-0001 | April 10, 2001 (Doc. 6222) |

Dated:  March 31, 2009

Respectfully Submitted,

/s/  Gabriel Wade
GABRIEL WADE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Phone: (505) 827-7844
Fax:    (505) 827-3887

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of March, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served vial electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, post prepaid addressed as follows:

Abelardo E. Garcia
Geraldine E. Garcia
P.O. BOX 447
Canjillon, New Mexico 87515

`

/s/  Gabriel Wade
GABRIEL WADE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Phone: (505) 827-7844
Fax:    (505) 827-3887