IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

09 APR -3 AM 10: 20

CLERK-SANTA FE

| | |
|---|---|
| State of New Mexico, *ex rel.* State Engineer | 6:69cv07941-BB |
| Plaintiff, | RIO CHAMA STREAM SYSTEM |
| vs. | Section 3, Canjilon Creek |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | |

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendants to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Certificate of Service Filed |
|---|---|---|
| Geraldine E. Garcia | CHCJ-006-0001 | April 10, 2001 (Doc. 6222) |
| Abelardo E. Garcia | CHCJ-006-0001 | April 10, 2001 (Doc. 6222) |

I further certify that the above-named defendants have failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendants are in default.

Dated this April 3, 2009.

DISTRICT COURT CLERK

By: _____
Deputy Clerk