IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.,*<br>Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3, Canjilon Creek |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, and moves the Court to enter its order granting default judgment against the following defendants:

    Geraldine E. Garcia        CHCJ-006-0001

    Abelardo E. Garcia         CHCJ-006-0001

and as grounds therefore plaintiff states:

    1.    The Court has jurisdiction over the above-named defendants as shown by the certificate of service of summons dated April 10, 2001 (Doc. 6222) for both defendants.

    2.    The defendants named above are in default for failure to appear, answer, or otherwise defend in this cause, as shown by the Clerk's Certificate of Default filed April 3, 2009 (Doc. No. 9434).

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting default judgment against the above-named defendants incorporating the terms of the State's proposed consent orders and in conformance with the July 14, 2000 Rio Chama Hydrographic Survey for Section 3, Canjilon Creek.

                                              Respectfully Submitted,

                                              /s/  Gabriel Wade
                                              GABRIEL WADE
                                              Special Assistant Attorney General
                                              Office of State Engineer
                                              P.O. Box 25102
`                                             Santa Fe, NM  87504-5102
                                              Phone: (505) 827-7844
                                              Fax:    (505) 827-3887

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of April, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served vial electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, post prepaid addressed as follows:

Abelardo E. Garcia
Geraldine E. Garcia
P.O. BOX 447
Canjillon, New Mexico 87515

                                              /s/  Gabriel Wade
                                              GABRIEL WADE
                                              Special Assistant Attorney General
                                              Office of State Engineer
                                              P.O. Box 25102
`                                             Santa Fe, NM  87504-5102
                                              Phone: (505) 827-7844
                                              Fax:    (505) 827-3887