IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*
      Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM
Sections 3 and 7

## REQUEST FOR SCHEDULING CONFERENCE

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and requests the Court to hold a scheduling conference under Rule 16 of the Federal Rules of Civil Procedure for the defendants and associated sub-files listed below in Sections 3 and 7 of the Rio Chama Stream System to discuss scheduling and entry of a pre-trial order.

The names and addresses of all parties to whom notice of the conference should be given, and who should be required to attend, either in person by counsel, are as follows:

Charlie Chacon
1007A South Prince Drive
Espanola, NM 87532
Subfile Nos. CHCB-001-0007, CHCB-002-0001, and CHCB-002-0009

Geralda M. Chacon
1007A South Prince Drive
Espanola, NM 87532
Subfile Nos. CHCB-001-0007, CHCB-002-0001, and CHCB-002-0009

Delfin O. and Frances S. Quintana Trust

PO Box 156
Cebolla, NM 87518
Subfile Nos. CHCB-002-0002C

Alex Sisneros
PO Box 243
San Juan Pueblo, NM 87566
Subfile Nos. CHCB-002-00012

Juanita Sisneros
PO Box 243
San Juan Pueblo, NM 87566
Subfile Nos. CHCB-002-00012

Joe R. Maestas
P.O. Box 1024
Espanola, NM 87532
Subfile Nos. CHTA-001-0004

The above Defendants have all filed answers with the Court rejecting the State's proposed Consent Order in the subfiles listed:

| Subfile | Answer filed |
| --- | --- |
| CHCB-001-0007 | 07/14/2008 Doc. 9231 |
|  | 07/14/2008 Doc. 9232 |
| CHCB-002-0001 | 07/14/2008 Doc. 9233 |
|  | 07/14/2008 Doc. 9234 |
| CHCB-002-0009 | 07/14/2008 Doc. 9229 |
|  | 07/14/2008 Doc. 9230 |
| CHCB-002-0002C | 07/17/2008 Doc. |
| CHCB-002-00012 | 01/10/2002 Doc. 6482 |
|  | 01/10/2002 Doc. 6482 |
| CHTA-001-0004 | 09/04/2008 Doc. 9284 |

Counsel for the State will be unavailable from June 18 through June 25, 2009.

Respectfully submitted,

/s/  Gabriel Wade
GABRIEL WADE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Phone: (505) 827-7844
Fax:    (505) 827-3887

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of April, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served vial electronic mail, and served the following non-CM-ECF participants via first class mail, post prepaid addressed as follows:

Charlie Chacon
1007A South Prince Drive
Espanola, NM 87532

Geralda M. Chacon
1007A South Prince Drive
Espanola, NM 87532

Delfin O. and Frances S. Quintana Trust
PO Box 156
Cebolla, NM 87518

Alex Sisneros
PO Box 243
San Juan Pueblo, NM 87566

Juanita Sisneros
PO Box 243
San Juan Pueblo, NM 87566
Subfile Nos. CHCB-002-00012


Joe R. Maestas
P.O. Box 1024
Espanola, NM 87532

                                  /s/  Gabriel Wade
                                  GABRIEL WADE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
` Santa Fe, NM  87504-5102
Phone: (505) 827-7844
Fax:    (505) 827-3887