IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
  )
          Plaintiff, )
  ) 69cv07941-BB
-v- )
  ) RIO CHAMA STREAM SYSTEM
ROMAN ARAGON et al., )
  ) Sections 3, Rio Cebolla
  ) Section 7, Rito de Tierra Amarilla
  )
          Defendants. )
  )

## ORDER SETTING PRETRIAL SCHEDULING CONFERENCE

TO:

| | |
|---|---|
| Charlie Chacon<br>1007A South Prince Drive<br>Española, NM  87532 | Subfile Nos. CHCB-001-0007, CHCB-002-0001,<br>CHCB-002-0009 |
| Geralda M. Chacon<br>1007A South Prince Drive<br>Española, NM  87532 | Subfile Nos. CHCB-001-0007, CHCB-002-0001,<br>CHCB-002-0009 |
| Delfin O. and Frances S. Quintana Trust<br>P.O. Box 156<br>Cebolla, NM  87518 | Subfile No. CHCB-002-0002C |
| Alex Sisneros<br>P.O. Box 243<br>San Juan Pueblo, NM  87566 | Subfile No. CHCB-002-0012 |
| Juanita Sisneros<br>P.O. Box 243<br>San Juan Pueblo, NM  87566 | Subfile No. CHCB-002-0012 |

  Joe R. Maestas         Subfile No.  CHTA-001-0004
  P.O. Box 1024
  Española, NM  87532

  **THIS MATTER** is before the Special Master on the Request for Scheduling Conference filed by the Plaintiff State of New Mexico, *ex rel*. State Engineer (State) on April 14, 2009 (Doc. No. 9439).  The State requests a Fed. R. Civ. P. 16 scheduling conference for the defendants listed above who have filed answers rejecting the State's proposed consent orders:

  Having reviewed the Request and otherwise being fully advised in the premises, I find the Request should be GRANTED, and that a pretrial conference should be set.

  IT IS ORDERED, THEREFORE, that a pretrial conference for the purpose of discussing these disputed subfiles and entering a scheduling order to govern further proceedings is set for 9:00 a.m., Monday, May 18, 2009, in the Second Floor Auxiliary Courtroom, United States District Court, 106 South Federal Place, Santa Fe, NM  87501.  **Attendance at this pretrial conference is mandatory for defendants, their attorneys, if they have them, and counsel from the Office of the State Engineer.  Failure to appear may result in a default order which incorporates the State's proposed consent order(s), pursuant to the Procedural Order for the Adjudication of Water Rights Claims in the Rio Nutrias, Rio Cebolla and Canjilon Creek Sections of the Rio Chama Stream System (July 25, 2000; Doc. No. 5913), as amended August 7, 2001, and the Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System (November 19, 2002; Doc. No. 6939), as amended October 20, 2003.**

  IT IS FURTHER ORDERED that defendants should be prepared to discuss their objections to the State's proposed consent orders, and the State shall be prepared with a proposed scheduling order for further proceedings.

IT IS SO ORDERED.

*Vickie L. Gabin*
_____
SPECIAL MASTER