Vickie L. Gabin, Special Master
United States District Court
106 South Federal Place
Santa Fe, NM 87501
(505) 955-0678
*vlgabin@nm.net*

April 23, 2009

Counsel of Record
<u>State v. Aragon</u>, 69cv07941; The Rio Chama Adjudication

    Re:  Status conference, Sections 3, 5, and 7

Dear Counsel:

    It is time for a quarterly status and scheduling conference in this adjudication. As you may remember, in lieu of what would have been the last status conference, involved counsel filed a Joint Status Report on February 12, 2009.

    To involved counsel: by May 1, please submit your available dates during the first two weeks of June (with the exception of June 2) to me at the e-mail address above, as well as suggested agenda items. I will then arrange for a venue in Tierra Amarilla and file an order setting the conference.

    Thank you for your attention to this matter.

                                                  Very truly yours,

                                                 Vickie L. Gabin