IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Village of Chama |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the filed Consent Order for the subfiles listed below was mailed to each of the following defendants on the 27th day of April, 2009.

<u>Subfile No. CHCV-001-0009C</u>
Docket No. 9438
James W. Mundy
Susan J. Mundy
P.O. Box 245
Chama, NM 87520

<u>Subfile No. CHCV-001-0009A</u>
Docket No. 9435
2 Ronnie Rd.
Golden, CO 80403

Dated: April 27, 2009

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile