IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) | |
| ) | 69cv07941-BB |
| Plaintiff, ) | |
| ) | RIO CHAMA STREAM SYSTEM |
| -v- ) ) | |
| RAMON ARAGON *et al.* ) . ) | |
| Defendants ) ) | |

NOTICE OF JOINT WORKING SESSION

To: Counsel of Record

Please be advised that New Mexico District Court Judge Jerald A. Valentine and other judges and special masters who preside over New Mexico stream system adjudications have set a Joint Working Session for Tuesday, June 2, 2009, from 10:00 a.m. to 2:00 p.m., in the Ceremonial Courtroom, Room 338, Bernalillo County District Courthouse, 400 Lomas N.W., Albuquerque, N.M.   The purpose of this Joint Working Session is to initiate a dialogue between the stream adjudication courts collectively and the Office of the State Engineer ("OSE") regarding the OSE's allocation of resources among all pending adjudications and each Court's expectations and goals for the upcoming two years.

Judge Bruce D. Black, the presiding judge for this adjudication and Special Master Vickie L. Gabin, will attend.

Because this is a dialogue between the adjudication courts and the OSE, and no court will make any rulings at this joint hearing, attendance of attorneys of record and parties is at their discretion.

_Vickie L. Gabin_
SPECIAL MASTER