UNITED STATES DISTRICT COURT
District of New Mexico
Office of the Clerk
P. O. Box 2384
U. S. Courthouse
Santa Fe, New Mexico 87504-2384

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CV 69-7941 BB

Re; # 9443

RECEIVED AT SANTA FE

APR 27 2009

MATTHEW J. DYKMAN
CLERK

Roxanne M. Gonzales
832 Reid Ave.
Grants, NM 87020

NIXIE        871   DE 1         00   04/23/09
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 87504238484        *0568-10078-21-41