IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | 6:69cv07941-BB |
| Plaintiff, | |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the filed Consent Order or Order Granting Default Judgment for the subfiles listed below was mailed to each of the following defendants on the 29th day of April, 2009.

<u>Subfile No. CHCB-005-0002</u>
Docket No. 9449
Estate of Julian Serrano, Deceased
Flavio Gurule, PR
53 Bouquet Lane
Santa Fe, NM 87506

<u>Subfile No. CHCV-001-0009A</u>
Docket No. 9435
Debra K. Zimbelman
2 Ronnie Rd.
Golden, CO 80403

Dated: April 30, 2009

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile