IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>-v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5 and 7 |

ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53, a status conference is hereby set for Monday, June 29, 2009, at 10:00 a.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, N.M. Involved counsel shall submit desired agenda items to the Special Master no later than Monday, June 15, for inclusion in a subsequent notice.

    IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER