IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69-cv-07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 4, Rio El Rito |
| Defendants. | |

**CERTIFICATE OF SERVICE**

The Plaintiff State of New Mexico, *ex rel.* State Engineer, and the El Rito Ditch Association, by and through their undersigned counsel, certify that the persons or entities named on the attached service list were sent a copy of the May 4, 2009 *Supplemental Order to Partial Final Decree in El Rito Section, Rio Chama Stream System* (Doc. No. 9451), with Appendixes 1 and 2, on May 8, 2009, by first class mail, postage prepaid.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile


  /s/ Mary E. Humphrey
MARY E. HUMPHREY
*Counsel for El Rito Ditch Association*

Special Assistant Attorney General
P.O. Box 1574
El Prado, NM 87529-1574
(575) 758-2203 phone
(575) 758-5129 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of March, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

    /s/ Ed Newville
Edward G. Newville