**SERVICE LIST**

| | | |
|---|---|---|
| NARCISO ALIRE<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | ANDREW ALIRE<br>RT. 1, BOX 24<br>EL RITO, NM  87530 | DONALD ALIRE<br>RT. 1, BOX 52<br>EL RITO, NM  87530 |
| HORACIO ALIRE<br>P.O. BOX 211<br>EL RITO, NM  87530 | JOSE G. ALIRE<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | ISABEL ALIRE<br>PETE ALIRE<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| ROBERT D. ALIRE<br>P.O. BOX 163<br>EL RITO, NM  87530 | ARTURO ALIRE<br>P.O. BOX 182<br>EL RITO, NM  87530 | DAVID PAUL ALIRE<br>JIMMY ALIRE<br>VICTORIA ALIRE<br>P.O. BOX 211<br>EL RITO, NM  87530 |
| ANICETO ALIRE<br>JUANITA ALIRE<br>RT. 1 BOX 24<br>EL RITO, NM  87530 | ALICIA F.S. ALLEN<br>P.O. BOX 681<br>EL RITO, NM  87530 | ALMAR CORPORATION<br>P.O. BOX 453<br>SANTA FE, NM  87501 |
| JAY DENNIS AMON<br>P.O. BOX 157<br>EL RITO, NM  87530 | SILVERIO ARCHULETA<br>c/o BEATRICE BARELA<br>4606 SORREL LN. SW<br>ALBUQUERQUE, NM  87105 | MOISES ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| ELSIE ARCHULETA<br>SAMMY ARCHULETA<br>HCR 77 BOX 335<br>EL RITO, NM  87530 | BERNICE ARCHULETA<br>MELISENDRO ARCHULETA<br>P.O. BOX 785<br>EL RITO, NM  87530 | FRANCES ARCHULETA<br>GEORGE ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| LILLIE ARCHULETA<br>ROBERT J. ARCHULETA<br>P.O. BOX 773<br>EL RITO, NM  87530 | FRANCES ARCHULETA<br>TED ARCHULETA<br>P.O. BOX 133<br>EL RITO, NM  87530 | ESTELLA ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| ELAINE ARCHULETA<br>RUDY U. ARCHULETA<br>P.O. BOX 697<br>EL RITO, NM  87530 | JOSE C. ARCHULETA<br>725 WILLIAM WAY<br>SALT LAKE CITY, UT  84107--3030 | GLORIA M. ARCHULETA<br>JOSE B. ARCHULETA<br>c/o FLORA ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| FAUSTINA ARCHULETA<br>FLORENCIO ARCHULETA<br>P.O. BOX 3<br>EL RITO, NM  87530 | FELIMON ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | MRS. SALOMON ARCHULETA<br>SALOMON ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |

MARGARITO ARCHULETA
GENERAL DELIVERY
EL RITO, NM  87530

GLADYS ARCHULETA
1316 WOODLAND CT.
SAN MARCOS, CA  92068

JOSE ARTURO ARCHULETA
PAULINE L. ARCHULETA
P.O. BOX 4593
FAIRVIEW, NM  87533

CELESTINO ARCHULETA
P.O. BOX 23
EL RITO, NM  87530

JUAN C. ARCHULETA
GENERAL DELIVERY
EL RITO, NM  87530

GEORGE ARCHULETA
PETE ARCHULETA
P.O. BOX 38
EL RITO, NM  87530

ADONAIS ARCHULETA
644 MONTE VISTA
LOS LUNAS, NM  87031

PRECILLANO ARCHULETA
P.O. BOX 74
EL RITO, NM  87530

BERNABE ARCHULETA
P.O. BOX 993
GRANTS, NM  87020--0993

CHRISTINE ARCHULETA
DENNIS S. ARCHULETA
P.O. BOX 776
EL RITO, NM  87530

JOSE PEDRO ARCHULETA
GENERAL DELIVERY
VALLECITOS, NM  87581--9999

FLORA ARCHULETA
MERCEDES ARCHULETA
GENERAL DELIVERY
EL RITO, NM  87530

CELERINO A. ARCHULETA
PEDRO ARCHULETA
PETER A ARCHULETA
P.O. BOX 35
EL RITO, NM  87530

COLLEEN ATKINSON
WILLIAM ATKINSON
P.O. BOX 144
EL RITO, NM  87530

JOSE V. AVILA
2511 SANTA ANA
HUNTINGTON PARK, CA  90255

ALEX AVILA
2517 SANTA ANA ST.
HUNTINGTON PARK, CA  90255

MANUEL ALFONSO BACA
ROUTE 3
EL RITO, NM  87530

LUPE BACA
c/o MARY M. JARAMILLO
GENERAL DELIVERY
EL RITO, NM  87530

ERINITA BACA
GENERAL DELIVERY
EL RITO, NM  87530

MARILYN BACA
11156 LOMA ROJA
EL PASO, TX  79934

ARCELIA BACA
P.O. BOX 144
EL RITO, NM  87530

IRENE V. BACA ESTATE
c/o MANUEL BACA
P.O. BOX 213
EL RITO, NM  87530

LINDA BALDONADO JR.
RUBEL BALDONADO JR.
P.O. BOX 755
EL RITO, NM  87530

HORACIO BALDONADO
P.O. BOX 194
EL RITO, NM  87530

BENITA BALDONADO
RUBEL BALDONADO
P.O. BOX 183
EL RITO, NM  87530

JOSE BALDONADO
GENERAL DELIVERY
MONTE VISTA, CO  81144--9999

MANUEL BALDONADO
GENERAL DELIVERY
EL RITO, NM  87530

HILARY BELSKY
320 CASINO AVE.
CRANFORD, NJ  07016

BARBARA M. BERGER
P.O. BOX 155
EL RITO, NM  87530

KAYE KELLY BOGUSLAWSKI
D.K. KELLY
GEORGIA KELLY
P.O. BOX 4872
SANTA FE, NM  87501

| | | |
|---|---|---|
| FRANCES T. BROWN<br>ROBERT D. TAICHERT<br>P.O. BOX 1888<br>ALBUQUERQUE, NM 87103 | EDWARD P. BUCKLIN<br>1801 NEAT LN. SW<br>ALBUQUERQUE, NM 87105 | FRED BURLESON<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| LUCILLE V. BUSTAMANTE<br>P.O. BOX 510<br>ESPANOLA, NM 87532 | REBECCA CACACE<br>515 HIGHLAND VIEW RD.<br>KNOXVILLE, TN 37920 | CADUCEUS COMPANY LTD<br>P.O. BOX T<br>EL RITO, NM 87530 |
| AUDORO CAMPOS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | EDNA CAMPOS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | CARMEN CAMPOS<br>EDDIE CAMPOS<br>P.O. BOX 142<br>EL RITO, NM 87530 |
| VERONICA CAMPOS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | VERONICA CAMPOS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | VINCENT A. CARROZZA<br>2714 ROUTH ST.<br>DALLAS, TX 75201 |
| COREEN CASSADY<br>JAMES CASSADY<br>RT. 1, BOX 42<br>EL RITO, NM 87530 | MATILDA CHACON<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | GERALDINE CHACON<br>JERRY CHACON<br>P.O. BOX 80 ST. RD. 73<br>RODARTE, NM 87553 |
| ANNA MARIA CHACON<br>P.O. BOX 21<br>EL RITO, NM 87530 | PRUDENCIO CHACON<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | WALTER CHAPELL<br>P.O. BOX 181<br>EL RITO, NM 87530 |
| ALFRED J CHAVEZ<br>RT. 1, BOX 14<br>EL RITO, NM 87530 | MAURICIO L. CHAVEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | MAURICIO CHAVEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| MAURICIO CHAVEZ<br>RT. 1, BOX 14<br>EL RITO, NM 87530 | ALFRED J. CHAVEZ<br>MICHAEL D. CHAVEZ<br>P.O. BOX 14<br>EL RITO, NM 87530 | MAURICIO CHAVEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| CECILY C. COLBERT<br>P.O. BOX 383<br>REGINA, NM 87046 | AMALIA CONTRERAS<br>CASIMIRO CONTRERAS<br>1560 NAVAJO DR.<br>SANTA FE, NM 87505--3826 | DAVID COOK<br>P.O. BOX 173<br>EL RITO, NM 87530 |
| DONNA L. CORNISH<br>P.O. BOX 131<br>EL RITO, NM 87530 | JOHN C JR CRAIG<br>NAMBE RT. BOX 175<br>SANTA FE, NM 87501 | JIM DEKNIKKEER<br>MRS. JIM DEKNIKKEER<br>ROUTE 2<br>CALHAM, CO 80808 |

| | | |
|---|---|---|
| JAMES B. DEKORNE<br>SHARON DEKORNE<br>P.O. BOX 778<br>EL RITO, NM  87530 | DEN-GAR ENTERPRISES<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | SUZANNE DERRER<br>P.O. BOX 745<br>EL RITO, NM  87530 |
| JOHN EDWARDS<br>VIRGINIA K. EDWARDS<br>P.O. BOX 777<br>EL RITO, NM  87530 | EL RITO BAPTIST CHURCH<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | EL RITO WATER WELL<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| THOMAS B. FORSTON<br>P.O. BOX 212<br>EL RITO, NM  87530 | INEZ FRAIN<br>MARGARET FRAIN<br>511 GALEON CT.<br>SPRING VALLEY, CA  92077 | JAMES I. FRAZIER<br>1096 GRANT ST. APT. 5<br>DENVER, CO  80203 |
| SUZANNE M. FROST<br>P.O. BOX 772<br>EL RITO, NM  87530 | DAVID FURULI<br>JACQUELINE FURULI<br>P.O. BOX 175<br>EL RITO, NM  87530 | RUBY P. GALLEGOS<br>P.O. BOX 695<br>EL RITO, NM  87530 |
| PATRICIO GALLEGOS<br>VIRGINIA GALLEGOS<br>BOX 774<br>EL RITO, NM  87530 | MIKE A. GALLEGOS JR.<br>GALLEGOS LIVING TRUST<br>3574 QUESTA DR.<br>LOS ALAMOS, NM  87544 | SAMMY GALLEGOS<br>STEPHEN GALLEGOS<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| ARTURO GALLEGOS<br>425 W. PARKVIEW<br>LITTLETON, CO  80120 | ARTURO GALLEGOS<br>GENERAL DELIVERY<br>EL RITO, NM  87503 | A. L. GALLEGOS<br>ARNOLD L. GALLEGOS<br>P.O. BOX 695<br>EL RITO, NM  87530 |
| ARNOLD L. GALLEGOS<br>P.O. BOX 695<br>EL RITO, NM  87530 | PATRICIA J. GALTON<br>P.O. BOX 713<br>ABIQUIU, NM  87510 | MICHAEL J. GARCIA<br>MICHAEL JUDE GARCIA<br>P.O. BOX 127<br>EL RITO, NM  87530 |
| DENNIS GARCIA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | FABIAN GARCIA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | CARLA GARCIA<br>ELIZA L. GARCIA<br>P.O. BOX 127<br>EL RITO, NM  87530 |
| DENNIS GARCIA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | RONALD S. GARCIA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | FABIAN GARCIA JR.<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| JUAN GARCIA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | DENNIS R. GARCIA<br>JOSEPH A GARCIA<br>P.O. BOX 127<br>EL RITO, NM  87530 | HORACIO A. GARCIA<br>124 DELGADO ST.<br>SANTA FE, NM  87501 |

| | | |
|---|---|---|
| KATHY VIGIL GARCIA<br>P.O. BOX 45<br>VELARDE, NM 87582 | DENNIS GARCIA<br>JOSEPH GARCIA<br>MICHAEL GARCIA<br>P.O. BOX 127<br>EL RITO, NM 87530 | TEODORITA GARCIA ESTATE<br>GENERAL DELIVERY<br>LA MADERA, NM 87539-9999 |
| DAVID REES GENTH<br>c/o ANGELA PEROTT, CHAMISA REALTY<br>290 SOUTH RIVERSIDE DR.<br>ESPANOLA, NM 87533 | CHARLES A. GILMAN<br>P.O. BOX 25<br>EL RITO, NM 87530 | ESTHER GODINEZ<br>2517 SANTA ANA ST.<br>HUNTINGTON PARK, CA 90530 |
| CARLOS J. GONZALES<br>HCR1 BOX 4, SUITE 133<br>LOS ALAMOS, NM 87544 | CARLOS T. GONZALES<br>HCR1 BOX 4, SUITE 133<br>LOS ALAMOS, NM 87544 | FRANK GONZALES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| AMADO GONZALES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | AURELIANO GONZALES<br>P.O. BOX 13<br>EL RITO, NM 87530 | FRANCISCO GONZALES<br>VIRGINIA GONZALES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| NICOLAS GONZALES<br>P.O. BOX 11<br>CHAMA, NM 87520 | RICARDO GONZALES<br>P.O. BOX 6373<br>SANTA FE, NM 87502 | ESPARANZA B. GONZALES<br>NELSON GONZALES<br>P.O. BOX 53<br>EL RITO, NM 87530 |
| LOUISE E. GRUNEWALD<br>1899 COUNTRY RD. 68J<br>NEDERLAND, CO 80466 | NERIO GURULE<br>P.O. BOX 125<br>EL RITO, NM 87530 | ALICE GURULE<br>P.O. BOX 125<br>EL RITO, NM 87530 |
| PETER HANSEN<br>P.O. BOX 666<br>EL RITO, NM 87530 | MARY S. HANSEN<br>PETER F. HANSEN<br>41 RT. 248<br>EL RITO, NM 87530 | MRS. AGNES K. HAZELL<br>SAMUEL C. HAZELL<br>P.O. BOX 1<br>EL RITO, NM 87530 |
| JULIA HENNERTY<br>MICHAEL HENNERTY<br>P.O. BOX 758<br>EL RITO, NM 87530 | JOHNNY HERRERA<br>P.O. BOX 688<br>EL RITO, NM 87530 | RUDY F HERRERA<br>P.O. BOX 771<br>EL RITO, NM 87530 |
| JOHN HERRERA<br>BOX 261<br>EL RITO, NM 87530 | EMILIO HERRERA<br>P.O. BOX 688<br>EL RITO, NM 87530 | PAUL HERRERA<br>P.O. BOX 688<br>EL RITO, NM 87530 |
| FRANK HERRERA JR.<br>P.O. BOX 243<br>EL RITO, NM 87530 | GEORGE M. HERRERA<br>BOX 261<br>EL RITO, NM 87530 | ANDREW HERRERA<br>BOX 261<br>EL RITO, NM 87530 |

| | | |
|---|---|---|
| MOISES HERRERA<br>P.O. BOX 261<br>EL RITO, NM 87530 | ANNIE HERRERA<br>HERMAN HERRERA<br>P.O. BOX 832<br>KAYENTA, AZ 86053 | FRANCISCO A. HERRERA<br>P.O. BOX 243<br>EL RITO, NM 87530 |
| MIGUEL HERRERA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | PEDRO HERRERA<br>PEDRO D. HERRERA<br>P.O. BOX 43<br>EL RITO, NM 87530 | PEDRO N. HERRERA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| RUDY F. HERRERA<br>P.O. BOX 771<br>EL RITO, NM 87530 | DAVID HERRERA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | TONY HERRERA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| IDALIA N. HERRERA<br>P.O. BOX 714<br>EL RITO, NM 87530 | FRANK A. HERRERA SR.<br>P.O. BOX 208<br>OWYHEE, NV 89832 | RUDOLFO HERRERA<br>P.O. BOX 124<br>EL RITO, NM 87530 |
| JAMES HOPPER JR.<br>HC 73 BOX 584<br>SAN JOSE, NM 87565-9716 | PAULINE HORNKOHL<br>ROBERT HORNKOHL<br>ROUTE 3 BOX 3033<br>ALBUQUERQUE, NM 87105 | THOMAS J. IMMEL<br>P.O. BOX 728<br>EL RITO, NM 87530 |
| SANTIAGO ISIDRO JARAMILLO<br>12424 GRAND AVE. NE<br>ALBUQUERQUE, NM 87123 | ANTONIO JARAMILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | CELESTINO JARAMILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| DIANA E. JARAMILLO<br>RICHARD JARAMILLO<br>BOX 744<br>EL RITO, NM 87530 | EDITH S. JARAMILLO<br>JOSE GARDENIO JARAMILLO<br>1997 ELIZANDO ST.<br>SIMI, CA 93065 | SENCIONITA JARAMILLO<br>12424 GRAND AVE. NE<br>ALBUQUERQUE, NM 87123 |
| GUZMAN JARAMILLO<br>JULIA JARAMILLO<br>P.O. BOX 744<br>EL RITO, NM 87530 | SANTIAGO JARAMILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | GUZMAN JARAMILLO JR.<br>PORFIRIA JARAMILLO JR.<br>BOX 744<br>EL RITO, NM 87530 |
| JICARILLA APACHE NATION<br>c/o LESTER K. TAYLOR<br>405 MARTIN LUTHER KING AVE NE<br>ALBUQUERQUE, NM 87102--3541 | STEPHEN P. KENT<br>45 LINK RD.<br>GLOUCESTER, MA 01930 | JONATHAN A. KENT<br>P.O. BOX 665<br>EL RITO, NM 87530 |
| ARTHUR KENT<br>2930 EAST ILIFF AVE.<br>DENVER, CO 80210 | JONATHAN P. KENT<br>P.O. BOX 665<br>EL RITO, NM 87530 | ROBERT KITCHENS SR.<br>TILLIE KITCHENS SR.<br>2909 CAMINO PRINCIPE<br>SANTA FE, NM 87505 |

GREGORY LACHAPELLE
711 CAMINO DEL MONTE SOL
SANTA FE, NM 87501

INGEBORG LANG
WILFRED LANG
GENERAL DELIVERY
EL RITO, NM 87530

NANCY LEVIN REV. TRUST
RICHARD LEVIN REV. TRUST
477 SCHOONER WAY
SEAL BEACH, CA 90740

NANCY M. LEVIN REV. TRUST
RICHARD A LEVIN REV. TRUST
477 SCHOONER WAY
SEAL BEACH, CA 90740

CARMEN LOBATO
GENERAL DELIVERY
EL RITO, NM 87530

MARIA DONELIA LOPEZ
P.O. BOX 52
EL RITO, NM 87530

MARIA D. LOPEZ
PRECILIANO LOPEZ
P.O. BOX 52
EL RITO, NM 87530

ANTONIO LOPEZ
P.O. BOX 29
EL RITO, NM 87530

SUSIE M. LOPEZ
RT.1, BOX 50
EL RITO, NM 87530

FRANSIQUITA LOPEZ
GENERAL DELIVERY
EL RITO, NM 87530

JOHN LOPEZ
JOHNNY LOPEZ
P.O. BOX 757
EL RITO, NM 87530

ROSARIO LOPEZ
P.O. BOX 245
EL RITO, NM 87530

LOYDA LOPEZ
RT. 1, BOX 52
EL RITO, NM 87530

IGNACITA LOPEZ
P.O. BOX 32
EL RITO, NM 87530

ANTONIO LOPEZ JR.
EUTIMIO LOPEZ
EUTIMIO LOPEZ JR.
P.O. BOX 29
EL RITO, NM 87530

CORNELIO LOPEZ
MARY ANN LOPEZ
P.O. BOX 32
EL RITO, NM 87530

MARIE LOPEZ
1547 CONCORD ST.
SALT LAKE CITY, UT 84104

ROMAN LOPEZ
RT. 1, BOX 50
EL RITO, NM 87530

ANDY R. LOPEZ
RT. 1, BOX 31
EL RITO, NM 87530

ANDRES DESIDERO LOPEZ
OANN LOPEZ
P.O. BOX 712
EL RITO, NM 87530

DELFIN LOPEZ
P.O. BOX 32
EL RITO, NM 87530

BERNARDINO LOPEZ
GENERAL DELIVERY
EL RITO, NM 87530

LUCAS LOPEZ
GENERAL DELIVERY
EL RITO, NM 87530

MACLOVIO LOPEZ
GENERAL DELIVERY
EL RITO, NM 87530

LUIS LOPEZ
GENERAL DELIVERY
EL RITO, NM 87530

JUAN LOPEZ
GENERAL DELIVERY
EL RITO, NM 87530

ROMAN LOPEZ ESTATE
GENERAL DELIVERY
EL RITO, NM 87530

AGUSTINA MARIA LOPEZ HEIRS
P.O. BOX 48
EL RITO, NM 87530

ANGELINA LOVATO
P.O. BOX 241
OJO CALIENTE, NM 87549

ISADORA LOVATO
JAMES P. LOVATO
P.O. BOX 35
EL RITO, NM 87530

| | | |
|---|---|---|
| FIDEL LUCERO<br>ROSINA LUCERO<br>TERESITA B. LUCERO<br>P.O. BOX 41<br>EL RITO, NM 87530 | RAYMOND LUCERO<br>1022 CALLE MARGARITO<br>SANTA FE, NM 87505 | DAVID LUCERO<br>ROSIE LUCERO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| RUTH LUCERO<br>SAMUEL L. LUCERO<br>P.O. BOX 41<br>EL RITO, NM 87530 | JUAN LUCERO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | GEORGE T LUCERO<br>P.O. BOX 41<br>EL RITO, NM 87530 |
| DONNA LUCERO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | NABOR D LUCERO<br>P.O. BOX 265<br>EL RITO, NM 87530 | IRENE LUCERO<br>JOHN T. LUCERO<br>RT. 1 BOX 36<br>OJO CALIENTE, NM 87549 |
| LABRIANO NABOR LUCERO<br>RT. 1, UNIT 5, BOX 4<br>ESPANOLA, NM 87532 | WALDO F. LUCERO<br>GENERAL DELIVERY<br>EL RITO, NM 87503 | VICENTE LUCERO<br>P.O. BOX 48<br>EL RITO, NM 87530 |
| FILADELFIO LUCERO<br>LUCIA G. LUCERO<br>BOX 42<br>EL RITO, NM 87530 | BENNIE G. MADRID<br>PONCIANO MADRID<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | PONCIANO MADRID<br>P.O. BOX 683<br>EL RITO, NM 87530 |
| ANNA R. MADRID<br>RT. 1, BOX 60<br>EL RITO, NM 87530 | RUBEN MADRID<br>P.O. BOX 152<br>EL RITO, NM 87530 | GEORGE MAESTAS<br>125 BAYPATH DR.<br>OAKRIDGE, TN 37830 |
| RUDALFO MAESTAS<br>P.O. BOX 682<br>EL RITO, NM 87530 | EDDIE MAESTAS<br>GILBERT MAESTAS<br>RUDY MAESTAS<br>P.O. BOX 370<br>CHIMAYO, NM 87522 | TORIBIO MANZANARES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| ARTURO G. MANZANARES<br>ELIRA M. MANZANARES<br>P.O. BOX 686<br>EL RITO, NM 87530 | RICARDO MANZANARES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | JOSE G. MANZANARES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| JUAN A MANZANAREZ<br>1217 MOUNTAIN RD. NW<br>ALBUQUERQUE, NM 87102 | EPIFANIA MANZANAREZ<br>GARCY MANZANAREZ<br>P.O. BOX 32<br>EL RITO, NM 87530 | MAX MARQUES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| JOSE TOMAS MARQUEZ<br>TODOSEA MARQUEZ<br>P.O. BOX 235<br>EL RITO, NM 87530 | EVANGELINE M. MARQUEZ<br>MAX MARQUEZ<br>P.O. BOX 704<br>EL RITO, NM 87530 | PAT MARTIN<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |

| | | |
|---|---|---|
| JOHN A. MARTIN<br>P.O. BOX 453<br>SANTA FE, NM  87501 | MICHAEL MARTIN<br>TIMOTHY MARTIN<br>P.O. BOX 8<br>EL RITO, NM  87530 | CATHERINE A. MARTIN<br>P.O. BOX 470<br>TAOS, NM  87571 |
| GREG MARTIN<br>JO ANN MARTIN<br>TIMOTHY MARTIN<br>P.O. BOX 8<br>EL RITO, NM  87530 | RAYMOND MARTIN<br>916 MADERIA DR. NE<br>ALBUQUERQUE, NM  87108 | MIGUEL A MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| DONALD MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | ALFONSO MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | RUDY R. MARTINEZ<br>P.O. BOX 3905<br>FAIRVIEW, NM  87533 |
| BEN MARTINEZ<br>GENERAL DELIVERY<br>PETACA, NM  87554 | JOSE ROMOLO MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | JOE C. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| PERFECTO MARTINEZ<br>P.O. BOX 52<br>EL RITO, NM  87530 | DANIEL A. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | MRS. ALFREDO MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| TONY J. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | FRANCES A. MARTINEZ<br>P.O. BOX 166<br>ABIQUIU, NM  87510 | DONALD MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| FELIZ A. MARTINEZ<br>LILLIAN D. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | MIGUEL MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | MRS. MARGARITA MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| MRS. MIGUEL A MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | FLORIDA MARTINEZ<br>JOSE MARTINEZ<br>BOX 668<br>EL RITO, NM  87530 | AMELIA VIGIL MARTINEZ<br>256 WILLOW RD. NW<br>ALBUQUERQUE, NM  87107 |
| GERALDINE N. MARTINEZ<br>P.O. BOX 508<br>ABIQUIU, NM  87510 | JOE C. MARTINEZ<br>LOUIE MARTINEZ<br>P.O. BOX 763<br>EL RITO, NM  87530 | DAVID KARDY MARTINEZ<br>P.O. BOX 52<br>EL RITO, NM  87530 |
| EVA REYES MARTINEZ<br>MARTIN D. MARTINEZ<br>404 59TH ST. SW<br>ALBUQUERQUE, NM  87105 | RALPH MARTINEZ<br>P.O. BOX 34<br>EL RITO, NM  87530 | TONY MARTINEZ<br>RT. 1 BOX 30<br>EL RITO, NM  87530 |

| | | |
|---|---|---|
| FRED MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | GENEVA MARTINEZ<br>MELICENDRO MARTINEZ<br>P.O. BOX 1371<br>GRAND CANYON, AZ 86023 | RUDY MARTINEZ<br>P.O. BOX 3905<br>FAIRVIEW, NM 87533 |
| CHARLENE R. MARTINEZ<br>LOUIE MARTINEZ<br>P.O. BOX 15<br>ABIQUIU, NM 87510 | ALICE MARTINEZ<br>BOX 5357<br>TAOS, NM 87571 | DONALD E. MARTINEZ<br>P.O. BOX 52<br>EL RITO, NM 87530 |
| DANIEL I MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | JOSE V. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | TANYA MARTINEZ<br>P.O. BOX 223<br>EL RITO, NM 87530 |
| JESUSITA MARTINEZ<br>c/o CELERINO A. ARCHULETA<br>P.O. BOX 35<br>EL RITO, NM 87530 | JOSE C. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | CLEO O MARTINEZ<br>P.O. BOX 123<br>EL RITO, NM 87530 |
| JOSE R.P. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | NARCISSO MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | MARGARET MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| MRS. JESUSITA MARTINEZ ESTATE<br>c/o MIKE E. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | STEVE MARUTA<br>P.O. BOX 131<br>EL RITO, NM 87530 | DAVID L. MCDANIEL<br>P.O. BOX 687<br>EL RITO, NM 87530 |
| EL RITO CANYON MDWCA<br>GENERAL DELIVERY<br>EL RITO, NM | MARI D. MELVIN<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | JAMES MELVIN<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| CHARLES MOFFET<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | DELFIN MOYA<br>GUADALUPE MOYA<br>P.O. BOX A<br>EL RITO, NM 87530 | JOHN MUCHMORE<br>2113 CONEJO DR.<br>SANTA FE, NM 87505--6111 |
| SUSIE M. NARANJO<br>P.O. BOX 245<br>EL RITO, NM 87530 | SARA NEWMAN<br>1806 COCHITI<br>FARMINGTON, NM 77706 | RUTH NICHOLSON<br>P.O. BOX 57<br>EL RITO, NM 87530 |
| ROBERT NICOLAS<br>5506 THE VILLAGE GREEN<br>LOS ANGELES, CA 90016 | ASSOCIATION DE ACEQUIAS NORTEN.<br>DE RIO ARRIBA<br>c/o JOHN W. UTTON<br>P.O. BOX 271<br>ALBUQUERQUE, NM 87103--0271 | OPAL NULL<br>3467 PUEBLO DRIVE<br>LOS ALAMOS, NM 87544--2168 |

| | | |
|---|---|---|
| AGNEDA G. OCANA<br>ROBERT J. OCANA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | JOSE OCANA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | JUAN A. OCANA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| TOMMY E. OCANA<br>P.O. BOX 51<br>EL RITO, NM  87530 | ELIZANDRO OCANA<br>MAYBEL OCANA<br>P.O. BOX 42<br>EL RITO, NM  87530 | JOSE E. OCANA JR.<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| VICENTE OCANA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | LIZANDRO OCANA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | CRISTOBAL OCANA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| EUTIMIO J OCANA<br>P.O. BOX 22<br>EL RITO, NM  87530 | MABLE OCANA<br>PAUL OCANA<br>P.O. BOX 718<br>EL RITO, NM  87530 | ALBERTO OCANA<br>AYOLA OCANA<br>P.O. BOX 751<br>EL RITO, NM  87530 |
| ROBERTA ORONA-CORDOVA<br>AMARANTE VAROS<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | ANTONIO ORTEGA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | DIEGO ORTEGA<br>ISMAEL ORTEGA<br>1115 FREMONT AVE.<br>SALT LAKE CITY, UT  84104 |
| ANTONIO H. ORTEGA<br>REYAS ORTEGA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | ADELAIDO ORTEGA<br>P.O. BOX 146<br>EL RITO, NM  87530 | JULIAN ORTEGA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 |
| ANGELA ORTIZ<br>FRANK ORTIZ<br>c/o COLONIAL SAVINGS<br>P.O. BOX 2988<br>FORT WORTH, TX  76113 | VERONICA ORTIZ<br>BOX 38<br>EL RITO, NM  87530 | CECILIA ORTIZ<br>ORLANDO ORTIZ<br>P.O. BOX 748<br>EL RITO, NM  87530 |
| ANGELA ORTIZ<br>FRANK ORTIZ<br>P.O. BOX 4<br>EL RITO, NM  87530 | SOFIO ORTIZ<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | ANITA OWEN<br>SEAN OWEN<br>COUNTY RD. 248<br>EL RITO, NM  87530 |
| CORINE PADILLA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | ROMAN H. PADILLA<br>GENERAL DELIVERY<br>EL RITO, NM  87530 | WARD PEARCE JR.<br>P.O. BOX 44<br>EL RITO, NM  87530 |
| LISA PERRAGLIO<br>TRACY A. PERRAGLIO<br>P.O. BOX 165<br>ABIQUIU, NM  87510 | WALTER A PICKETTE<br>P.O. BOX C<br>EL RITO, NM  87530 | ROBERT ALLAN POLING<br>1899 COUNTRY RD. 68J<br>NEDERLAND, CO  80466 |

| | | |
|---|---|---|
| ERNEST PREVATT<br>P.O. BOX 53<br>EL RITO, NM 87530 | FERNANDO RIVERA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | ISABEL VIGIL RODARTE<br>P.O. BOX 132<br>OJO CALIENTE, NM 87532 |
| ADONILIA ROMERO<br>ELISEO ROMERO<br>P.O. BOX 1472<br>ESPANOLA, NM 87532 | LEOPOLDO T. ROMERO<br>587 KIVA<br>LOS ALAMOS, NM 87544 | BENIGNO ROMERO<br>VENTURA ROMERO<br>1408 ZUNI ST.<br>SANTA FE, NM 87501 |
| HOWARD A. RUBIN<br>P.O. BOX 58<br>EL RITO, NM 87530 | LEONARDO SALAZAR<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | HENRY SALAZAR<br>P.O. BOX 1788<br>ESPANOLA, NM 87532 |
| PRISCILLA T. SCHAFER<br>6021 LEJANO AVE. NE<br>ALBUQUERQUE, NM 87109 | MARY J SHOEMAKER<br>P.O. BOX 205<br>EL RITO, NM 87530 | PATRICIA SHURE<br>P.O. BOX 205<br>EL RITO, NM 87530 |
| ISABEL SIQUEIROS<br>P.O. BOX 222<br>EL RITO, NM 87530 | LORETTA R. SISNEROS<br>P.O. BOX 192<br>EL RITO, NM 87530 | TONITA SISNEROS<br>P.O. BOX 55<br>EL RITO, NM 87530 |
| LORETTA R SISNEROS<br>P.O. BOX 192<br>EL RITO, NM 87530 | NELDEA MARIE SLATE<br>7703 SHELLY ST.<br>NEW ORLEANS, LA 80126 | ARCH YOUNG SLATE<br>7703 SHELLY ST.<br>NEW ORLEANS, LA 70126 |
| GEORGIA BOUTON SMITH<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | ST. JOHN CATHOLIC CHURCH<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | WILLIAM H. STOREY JR.<br>P.O. BOX 674<br>EL RITO, NM 87530 |
| ERNESTINO R. SUAZO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | ERNESTINO SUAZO<br>BOX 33<br>EL RITO, NM 87530 | ERNEST SUAZO<br>MABEL SUAZO<br>P.O. BOX 33<br>EL RITO, NM 87530 |
| ERNEST L. TAFOYA<br>HEIDI TAFOYA<br>P.O. BOX 121<br>EL RITO, NM 87530 | CINDY TALAMANTES<br>P.O. BOX 173<br>EL RITO, NM 87530 | CINDY A. TALAMENTES<br>P.O. BOX 173<br>EL RITO, NM 87530 |
| GTE TELEPHONE OP. TAX DEPT.<br>P.O. BOX 1552206<br>IRVING, TX 75015 | MACK THOMAS<br>P.O. BOX T<br>EL RITO, NM 87530 | MACK THOMAS<br>P.O. BOX 37<br>EL RITO, NM 87530 |

| | | |
|---|---|---|
| WILLIAM THORNTON<br>P.O. BOX 666<br>EL RITO, NM 87530 | CARMELITA TRUJILLO<br>DENNIS TRUJILLO<br>P.O. BOX 27<br>EL RITO, NM 87530 | JOE M. TRUJILLO<br>P.O. BOX 25<br>EL RITO, NM 87530 |
| ELIZABETH M. TRUJILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | VICTOR TRUJILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | CECARIO TRUJILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| JEANETTE TRUJILLO<br>JOE L. TRUJILLO<br>P.O. BOX 702<br>EL RITO, NM 87530 | JOSE B. TRUJILLO JR.<br>JOSEPH B. TRUJILLO<br>P.O. BOX 54<br>EL RITO, NM 87530 | DANIEL M. TRUJILLO<br>P.O. BOX 11<br>EL RITO, NM 87530 |
| LUIS TRUJILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | LORRAINE VIGIL TRUJILLO<br>P.O. BOX 1215<br>SAN JUAN PUEBLO, NM 87566 | ABEDON TRUJILLO<br>RT. 1, BOX 28<br>EL RITO, NM 87530 |
| ABEL. TRUJILLO JR.<br>CLEOFITAS H. TRUJILLO JR.<br>P.O. BOX 775<br>EL RITO, NM 87530 | EUGENE M. TRUJILLO<br>BOX 4<br>EL RITO, NM 87530 | DANIEL B. TRUJILLO<br>P.O. BOX 54<br>EL RITO, NM 87530 |
| ANTONIO TRUJILLO<br>IDA TRUJILLO<br>524 E. STEPHENS<br>GRANTS, NM 87020 | JESUCITA TRUJILLO SR.<br>LUCAS TRUJILLO SR.<br>P.O. BOX 57<br>EL RITO, NM 87530 | ABEL TRUJILLO JR.<br>GENERAL DELIVERY<br>EL RITO, NM 87503 |
| MELVA JARAMILLO TRUJILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | MARIANO TRUJILLO<br>P.O. BOX 726<br>LA MADERA, NM 87539 | GLORIA TRUJILLO<br>ROBERT L. TRUJILLO<br>P.O. BOX 756<br>EL RITO, NM 87530 |
| U.S.D.A. FOREST SERVICE<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | JOHN USSERY<br>P.O. BOX B<br>EL RITO, NM 87530 | FRED VALDEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| DON M. VALDEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | DONICIA VALDEZ<br>MICHAEL VALDEZ<br>P.O. BOX 264<br>EL RITO, NM 87530 | ANIESA VALDEZ<br>RONALD VALDEZ<br>P.O. BOX 756<br>EL RITO, NM 87530 |
| ASCENSION VALDEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | ROMIE VALERIO<br>7225 REMINGTON DR. NE<br>ALBUQUERQUE, NM 87109 | TERRY PAULETTE VAN BUREN<br>P.O. BOX 141<br>EL RITO, NM 87530 |

FLORENCE VAN DRESSER
PETER VAN DRESSER
GENERAL DELIVERY
EL RITO, NM  87530

NANCY G. VARGAS
VICTOR D. VARGAS
P.O. BOX 4303
FAIRVIEW, NM  87533

MRS. ROMI VAROS
GENERAL DELIVERY
EL RITO, NM  87530

MARIA G. VAROS
GENERAL DELIVERY
EL RITO, NM  87530

EDUARDO VAROS
TED VAROS
434 EL PARAISO DRIVE, NW
ALBUQUERQUE, NM  87107

MAX VAROS
BOX 185
EL RITO, NM  87530

MRS. ABEDON VAROZ
204 NAVAJO DRIVE
SANTA FE, NM  87505--3823

ROMIE VAROZ
GENERAL DELIVERY
EL RITO, NM  87530

JOSE L. VAROZ
PAULINE VAROZ
P.O. BOX 174
EL RITO, NM  87530

AMARANTE VAROZ
GILBERTO VAROZ
MAGDALENA VAROZ
P.O. BOX 172
EL RITO, NM  87530

EDWARDO VAROZ
609 ENCINO PL. NE
ALBUQUERQUE, NM  87102

DAVID A. VASQUEZ
P.O. BOX 192
EL RITO, NM  87530

JOSE L. VASQUEZ
GENERAL DELIVERY
EL RITO, NM  87530

DAVID VASQUEZ
P.O. BOX 241
OJO CALIENTE, NM  87549

JOSE A. VASQUEZ
OLYMPIA VASQUEZ
P.O. BOX 2
EL RITO, NM  87530

FRANK H. VIGIL
2295 47TH STREET, APT. B
LOS ALAMOS, NM  87544--2372

OLIVER VIGIL
GENERAL DELIVERY
EL RITO, NM  87530

PEDRO I. VIGIL
P.O. BOX 184
EL RITO, NM  87530

ERIC L VIGIL
JAKE M. VIGIL
MARIA INEZ VIGIL
P.O. BOX 764
EL RITO, NM  87530

JOSE A VIGIL
P.O. BOX 24
EL RITO, NM  87530

JAKE M. VIGIL
GENERAL DELIVERY
EL RITO, NM  87530

JOSEPH VIGIL
ROSIE VIGIL
P.O. BOX 693
EL RITO, NM  87530

DANNY VIGIL
P.O. BOX 184
EL RITO, NM  87530

ELFEGO E. VIGIL
GENERAL DELIVERY
EL RITO, NM  87530

JOSE ANTONIO VIGIL JR.
P.O. BOX 124
EL RITO, NM  87530

CIPRIANO VIGIL
P.O. BOX 752
EL RITO, NM  87530

BENINA L. VIGIL
HERNANDO VIGIL
11577 AMBOY AVE.
SAN FERNANDO, CA  91340

EVELYN I VIGIL
3473 RIDGEWAY
LOS ALAMOS, NM  87544

EVELYN I. VIGIL
3471 SURF COURT
SAN JOSE, CA  95127

ELSIE VIGIL
PEDRO VIGIL
P.O. BOX 184
EL RITO, NM  87530

| | | |
|---|---|---|
| MAXIMINO VIGIL<br>c/o DONELIA ORTEGA<br>BOX 30112<br>ESPANOLA, NM 87532 | FRANK VIGIL<br>P.O. BOX 693<br>EL RITO, NM 87530 | ELFIGO VIGIL<br>IDA VIGIL<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| PEDRO VIGIL<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | OLIVAR J. VIGIL<br>P.O. BOX 764<br>EL RITO, NM 87530 | JAKE M. VIGIL<br>P.O. BOX 234<br>EL RITO, NM 87530 |
| MAXIMINIO VIGIL<br>P.O. BOX 40<br>EL RITO, NM 87530 | FRANK A VIGIL<br>P.O. BOX 693<br>EL RITO, NM 87530 | HELEN VIGIL<br>JAKE VIGIL<br>P.O. BOX 234<br>EL RITO, NM 87530 |
| FRANK A. VIGIL<br>P.O. BOX 693<br>EL RITO, NM 87530 | DANNY R. VIGIL<br>DOROTHY VIGIL<br>P.O. BOX 184<br>EL RITO, NM 87530 | JUDY M. VIGIL<br>MAXINE VIGIL<br>c/o ADELAIDA VASQUEZ<br>P.O. BOX 263<br>EL RITO, NM 87530 |
| JOSE A. VIGIL<br>JOSE ANTONIO VIGIL<br>P.O. BOX 24<br>EL RITO, NM 87530 | SUSAN L. WELLS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | PETER A. WELLS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| JOAN R. WILSON<br>204 MONROE NE<br>ALBUQUERQUE, NM 87108 | FELICITE J. WILSON<br>P.O. BOX 215<br>EL RITO, NM 87530 | JOAN R. WILSON JR.<br>PAUL W. WILSON JR.<br>RANDALL S. WILSON JR.<br>204 MONROE NE<br>ALBUQUERQUE, NM 87108 |
| RANDALL S. WILSON<br>204 MONROE NE<br>ALBUQUERQUE, NM 87108 | MARIA V. WILSON<br>QUENTIN C. WILSON<br>RT. 2, BOX 46<br>LA MADERA, NM 87539 | JANET WISECARVER<br>RICHARD WISECARVER<br>P.O. BOX 694<br>EL RITO, NM 87530 |
| JEANNE ZOLTAI<br>JOHN ZOLTAI<br>100 ARTIST ROAD<br>SANTA FE, NM 87501 | | |