IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the filed Consent Order or Order Granting Default Judgment for the subfiles listed below was mailed to each of the following defendants on the 15th day of June, 2009.

Subfile No. CHCJ-006-0001
Docket No. 9456
Abelardo E. Garcia
Geraldine E. Garcia
P.O. Box 447
Canjilon, NM 87515

Subfile No. CHCV-007-0002B
Docket No. 9455
Tuoraey, LLC
c/o Maria O'Brien, Esq.
Modrall, Sperling, Roehl, Harris & Sisk PA
P.O. Box 2168
500 4th Street, NW #1000
Albuquerque, NM 87102

Dated: June 15, 2009

                                           /s/ Ed Newville
                                        EDWARD G. NEWVILLE
                                        Special Assistant Attorney General

Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile