IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF
NEW MEXICO
STATE OF NEW MEXICO
ex rel.
STATE ENGINEER
PLAINTIFF,
VS.
ROMAN ARAGON, ET AL.,
DEFENDANTS
6:69-CV-07941-BB
RIO CHAMA STREAM
SYSTEM
SECTION 4, RIO EL RITO
NOTICE OF FILING OF
SUPPLEMENTAL ORDER

On May 4, 2009, the Federal District Court in the general adjudication of water rights for the Rio Chama Stream System filed a Supplemental Order to the 1973 Partial Final Decree in the Rio El Rito Section. The Supplemental Order revises the irrigation water requirements included in all individual subfile orders entered in the El Rito Section to date and appends a copy of the current by-laws of the El Rito Ditch Association to the 1973 Partial Final Decree. A copy of the Supplemental Order (Docket No. 9451) may be obtained from the Federal District Court in Santa Fe or Albuquerque, the Office of the State Engineer or its website under the link for "Hot Topics," or locations in El Rito at the addresses listed below.
•Office of State Engineer Litigation & Adjudication Program, 130 South Capital, Santa Fe, NM 87501
•OSE Website: http://www.ose.state.nm.us/
•El Rito Public Library, State Road 215, El Rito, NM 87530
•Northern New Mexico College, El Rito Campus Library State Road 554, El Rito, NM 87530
(Published on May 14, 21, 28, June 4, 2009)

Pul

____ li
56

____ line
54

39.20
160.80
5.00
145.00
1.24
56.24

**Payment received at Rio Grande SUN**

Date ___May 8, 2009___

By _____

# Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

___4___ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

___14___ day of ___May 2009___

and the last publication on the ___4___ day of

___June, 2009___ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_Robert Trapp_
Publisher

Subscribed and sworn to before me this ___4th___ day of ___June___ A.D. ___2009___

_Maria V. Lopez-Garcia_
Maria V. Lopez-Garcia/Notary Public
My commission expires 13 July 2009