IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
                             )
          Plaintiff,         )
                             )     69cv07941-BB
     -v-                     )
                             )     RIO CHAMA STREAM SYSTEM
ROMAN ARAGON et al.,         )
                             )     Sections 3, 5 and 7
          Defendants.        )
                             )

ORDER SETTING STATUS CONFERENCE AGENDA

The status conference set for Monday, June 29, 2009, at 10:00 a.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, N.M. (Order Setting Status Conference, May 7, 2009, Doc. No. 9452) will include the following agenda items:

1. For Sections 3 and 7, the status of:

    a. individual subfile work
    b. the re-calculation of irrigation water requirements and further proceedings
    c. the remaining historical reports for Section 7 and further scheduling orders

2. For Section 5, the status of the adjudication of stockwatering uses from surface water sources, and the likelihood of *inter se* proceedings for surface water rights in the coming year

3. Entry of a consent order quantifying the United States' reserved instream flow right under the Wild and Scenic River Act and scheduling appropriate *inter se* proceedings

4. The status of the adjudication of state law-based water right claims of the Jicarilla Apache Nation

5. For Sections 3 and 5, the status of the adjudication of federal non-Indian stockwatering claims, and further scheduling

6. Any other matter relevant to completing the adjudication of water rights within Sections

3, 5 and 7

    Involved counsel shall be prepared with proposed amendments to existing scheduling orders and/or proposed orders for further proceedings in the matters outlined above.

    IT IS SO ORDERED.

_Vickie L. Gabin_<br>
SPECIAL MASTER