IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69-cv-07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 4, Rio El Rito |
| Defendants. | |

### NOTICE OF MAIL RETURNED AS UNDELIVERABLE

The plaintiff State of New Mexico, *ex rel.* State Engineer, gives notice that the copies of the May 4, 2009 *Supplemental Order to Partial Final Decree in El Rito Section, Rio Chama Stream System* (Doc. No. 9451) mailed to the persons or entities on the attached list on May 8, 2009, were returned to the Office of the State Engineer as undeliverable.

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of June, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

       /s/ Ed Newville
Edward G. Newville