| | | |
|---|---|---|
| CRES ARCHULETA<br>P.O. BOX 38<br>EL RITO, NM 87530 | GLADYS ARCHULETA<br>1316 WOODLAND CT.<br>SAN MARCOS, CA 92068 | JUAN C. ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| MRS. SALOMON ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | SALOMON ARCHULETA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | BERNABE ARCHULETA<br>P.O. BOX 993<br>GRANTS, NM 87020-0993 |
| JOSE PEDRO ARCHULETA<br>GENERAL DELIVERY<br>VALLECITOS, NM 87581-9999 | JOSE V. AVILA<br>2511 SANTA ANA<br>HUNTINGTON PARK, CA 90255 | ERINITA BACA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| MANUEL BALDONADO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | M. BIERWIRTH<br>P.O. BOX 37<br>EL RITO, NM 87532 | KAYE KELLY BOGUSLAWSKI<br>P.O. BOX 4872<br>SANTA FE, NM 87501 |
| FRED BURLESON<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | AUDORO CAMPOS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | WALTER CHAPELL<br>P.O. BOX 181<br>EL RITO, NM 87530 |
| DONNA L. CORNISH<br>P.O. BOX 131<br>EL RITO, NM 87530 | JOHN C JR CRAIG<br>NAMBE RT. BOX 175<br>SANTA FE, NM 87501 | JIM DEKNIKKEER<br>ROUTE 2<br>CALHAM, CO 80808 |
| MRS. JIM DEKNIKKEER<br>ROUTE 2<br>CALHAM, CO 80808 | JAMES B. DEKORNE<br>P.O. BOX 778<br>EL RITO, NM 87530 | SHARON DEKORNE<br>P.O. BOX 778<br>EL RITO, NM 87530 |
| EL RITO BAPTIST CHURCH<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | JAMES I. FRAZIER<br>1096 GRANT ST. APT. 5<br>DENVER, CO 80203 | DAVID FURULI<br>P.O. BOX 175<br>EL RITO, NM 87530 |
| JACQUELINE FURULI<br>P.O. BOX 175<br>EL RITO, NM 87530 | ARTURO GALLEGOS<br>GENERAL DELIVERY<br>EL RITO, NM 87503 | TEODORITA GARCIA ESTATE<br>GENERAL DELIVERY<br>LA MADERA, NM 87539-9999 |
| CHARLES A. GILMAN<br>P.O. BOX 25<br>EL RITO, NM 87530 | CARLOS J. GONZALES<br>HCR1 BOX 4, SUITE 133<br>LOS ALAMOS, NM 87544 | CARLOS T. GONZALES<br>HCR1 BOX 4, SUITE 133<br>LOS ALAMOS, NM 87544 |

| | | |
|---|---|---|
| RICARDO GONZALES<br>P.O. BOX 6373<br>SANTA FE, NM 87502 | AMADO GONZALES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | LOUISE E. GRUNEWALD<br>1899 COUNTRY RD. 68J<br>NEDERLAND, CO 80466 |
| PATRICK R. HERRERA<br>P.O. BOX 1106<br>LOS ALAMOS, NM 87544 | RUDOLFO HERRERA<br>P.O. BOX 124<br>EL RITO, NM 87530 | MIGUEL HERRERA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| FRANK A. HERRERA SR.<br>P.O. BOX 208<br>OWYHEE, NV 89832 | JAMES HOPPER JR.<br>1344 CANYON RD.<br>SANTA FE, NM 87501 | JAMES HOPPER JR.<br>HC 73 BOX 584<br>SAN JOSE, NM 875659716 |
| PAULINE HORNKOHL<br>ROUTE 3 BOX 3033<br>ALBUQUERQUE, NM 87105 | ROBERT HORNKOHL<br>ROUTE 3 BOX 3033<br>ALBUQUERQUE, NM 87105 | THOMAS J. IMMEL<br>P.O. BOX 728<br>EL RITO, NM 87530 |
| SANTIAGO ISIDRO JARAMILLO<br>12424 GRAND AVE. NE<br>ALBUQUERQUE, NM 87123 | GENARA JARAMILLO<br>P.O. BOX 38<br>EL RITO, NM 87530 | SENCIONITA JARAMILLO<br>12424 GRAND AVE. NE<br>ALBUQUERQUE, NM 87123 |
| SANTIAGO JARAMILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | D.K. KELLY<br>P.O. BOX 4872<br>SANTA FE, NM 87501 | GEORGIA KELLY<br>P.O. BOX 4872<br>SANTA FE, NM 87501 |
| GREGORY LACHAPELLE<br>711 CAMINO DEL MONTE SOL<br>SANTA FE, NM 87501 | INGEBORG LANG<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | WILFRED LANG<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| LUCAS LOPEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | ANGELINA LOVATO<br>P.O. BOX 241<br>OJO CALIENTE, NM 87549 | LABRIANO NABOR LUCERO<br>RT. 1, UNIT 5, BOX 4<br>ESPANOLA, NM 87532 |
| ANNETTE LUCERO<br>9230 SW 136TH ST. CIRCLE<br>MIAMI, NM 33176 | ELIE LUCERO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | LORRAINE LUCERO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| JUAN LUCERO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | JOSEFA A. MAESTAS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | RICARDO MANZANARES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |

| | | |
|---|---|---|
| TORIBIO MANZANARES<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | TANYA MARTINEZ<br>P.O. BOX 223<br>EL RITO, NM 87530 | MARGARET MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| ALICE MARTINEZ<br>BOX 5357<br>TAOS, NM 87571 | EVA REYES MARTINEZ<br>404 59TH ST. SW<br>ALBUQUERQUE, NM 87105 | MARTIN D. MARTINEZ<br>404 59TH ST. SW<br>ALBUQUERQUE, NM 87105 |
| LYDIA MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | RUDY R. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | MIGUEL MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| MIGUEL A MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | MRS. MARGARITA MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | MRS. ALFREDO MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| MRS. MIGUEL A MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | JOSE R.P. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | JOSE V. MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| NARCISSO MARTINEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | STEVE MARUTA<br>P.O. BOX 131<br>EL RITO, NM 87530 | LOUISA MCELWAIN<br>P.O. BOX 8146<br>SANTA FE, NM 87504 |
| JAMES MELVIN<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | MARI D. MELVIN<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | RUTH NICHOLSON<br>P.O. BOX 57<br>EL RITO, NM 87530 |
| HENRY J. OCHOA<br>FIRST SOUTHERN FEDERAL<br>SAVINGS<br>P.O. BOX 7006 | DIEGO ORTEGA<br>1115 FREMONT AVE.<br>SALT LAKE CITY, UT 84104 | ISMAEL ORTEGA<br>1115 FREMONT AVE.<br>SALT LAKE CITY, UT 84104 |
| ANITA OWEN<br>COUNTY RD. 248<br>EL RITO, NM 87530 | SEAN OWEN<br>COUNTY RD. 248<br>EL RITO, NM 87530 | CORINE PADILLA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| ROMAN H. PADILLA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | WARD PEARCE JR.<br>P.O. BOX 44<br>EL RITO, NM 87530 | WALTER A PICKETTE<br>P.O. BOX C<br>EL RITO, NM 87530 |

| | | |
|---|---|---|
| ROBERT ALLAN POLING<br>1899 COUNTRY RD. 68J<br>NEDERLAND, CO 80466 | FERNANDO RIVERA<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | LEOPOLDO T. ROMERO<br>587 KIVA<br>LOS ALAMOS, NM 87544 |
| LEONARDO SALAZAR<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | DELIA TRUJILLO<br>RT. 1, BOX 50<br>EL RITO, NM 87530 | ABEL TRUJILLO JR.<br>113 CAMINO HIRAMONTES<br>ESPANOLA, NM 87532 |
| DANIEL M. TRUJILLO<br>P.O. BOX 11<br>EL RITO, NM 87530 | LUIS TRUJILLO<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | DON M. VALDEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| FRED VALDEZ<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | ROMIE VALERIO<br>7225 REMINGTON DR. NE<br>ALBUQUERQUE, NM 87109 | FLORENCE VAN DRESSER<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| PETER VAN DRESSER<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | MARIA G. VAROS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | DAVID VASQUEZ<br>P.O. BOX 241<br>OJO CALIENTE, NM 87549 |
| MAXIMINIO VIGIL<br>P.O. BOX 40<br>EL RITO, NM 87530 | PETER A. WELLS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 | SUSAN L. WELLS<br>GENERAL DELIVERY<br>EL RITO, NM 87530 |
| JANET WISECARVER<br>P.O. BOX 694<br>EL RITO, NM 87530 | RICHARD WISECARVER<br>P.O. BOX 694<br>EL RITO, NM 87530 | D. WOOLAM<br>P.O. BOX 37<br>EL RITO, NM 87532 |