IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

   v.                                                    69cv07941 BB-ACE
                                                             Rio Chama Adjudication

RAMON ARAGON, *et al.*,

      Defendants.

### ORDER

**THIS MATTER** comes before the Court on the State of New Mexico's Motion to Amend Order of Reference Appointing Vickie L. Gabin as Special Master (Doc. No. 9457, filed May 29, 2009). The Motion will be **GRANTED in part** and **DENIED in part.**

Special Master Gabin shall complete her report on disputed acequia priorities in Section 1 within six months of entry of this Order. She shall file a report within six months after completion of an evidentiary hearing or other matter submitted to her for recommendation or approval.

The Court will not amend the Order of Reference to reflect amendments to the Federal Rules of Civil Procedure. The Court, including the Special Master, and counsel are bound by all amendments to the Civil Rules.

**IT IS SO ORDERED.**

*/s/ Bruce D. Black*
**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**