IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Rio Cebolla<br><br>Subfile No. CHCB-002-0012 |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer, and moves the Court to enter its order granting default judgment against the following defendants:

    Juanita Sisneros     CHCB-002-0012

    Alex Sisneros        CHCB-002-0012

and as grounds therefore Plaintiff states:

1. Defendants Alex Sisneros and Juanita Sisneros ("Defendants") failed to attend a pretrial scheduling conference in Santa Fe on May 18, 2009, as required by the *Order Setting Pretrial Scheduling Conference* filed April 17, 2009 (Doc. No. 9440).

2. The April 19, 2009,*Order Setting Pretrial Scheduling Conference* notified Defendants that the failure to appear may result in a default order that incorporates the State's proposed Consent Order(s), pursuant to the *Procedural Order for the Adjudication of Water Rights Claims in the Rio Nutrias, Rio Cebolla and Canjilon Sections of the Rio*

-1-

*Chama Stream System* (July 25, 2000; Doc. No. 5913), as amended August 7, 2001.

3. If a party fails to appear at a scheduling or pretrial conference, the Court may make such orders thereto as are just, including a judgment by default against the non-appearing party.   Fed. R. Civ. P. 16(f).

4. Defendants did not contact this office prior to the scheduled conference to state that they were unable to attend, nor have they contacted this office since the date of the conference on May 18, 2009 to discuss their non-appearance.

WHEREFORE, the Plaintiff State of New Mexico requests the Court to enter its order granting default judgment against Defendants Alex Sisneros and Juanita Sisneros incorporating the terms of the State's proposed Consent Order in Subfile CHCB-002-0012.

Respectfully submitted,

/s/  Gabriel Wade
GABRIEL WADE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Phone: (505) 827-7844
Fax:    (505) 827-3887

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of June, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served vial electronic mail, and served the following non-CM-ECF participants via first class mail, post prepaid addressed as follows:

Alex Sisneros
P.O. Box 243
San Juan Pueblo, NM 87566

Juanita Sisneros
P.O. Box 243
San Juan Pueblo, NM 87566

                                                  //s/  Gabriel Wade
                                                  GABRIEL WADE
                                                  Special Assistant Attorney General
                                                  Office of State Engineer
                                                  P.O. Box 25102
`                                                Santa Fe, NM  87504-5102
                                                  Phone: (505) 827-7844
                                                  Fax:    (505) 827-3887