IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | 69cv07941-BB |
| Plaintiff, | ) ) | RIO CHAMA STREAM SYSTEM |
| -v- | ) ) | |
| RAMON ARAGON *et al.* | ) ) | Sections 3, 5 and 7 |
| Defendants | ) ) | |

ORDER VACATING STATUS CONFERENCE

The status conference set for June 29, 2009, at 10:00 AM, in the Rio Arriba County Commission Chambers in Tierra Amarilla, N.M. in hereby vacated and will be rescheduled at a later date.

*Vickie L. Gabin*

SPECIAL MASTER