IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Winfield Morten Ditch<br>Subfile Nos. 3.27 & 4.11 |

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and pursuant to Fed. R. Civ. P. 25(a)(1) moves the Court to issue its order substituting the persons or entities listed below for defendant RANCHO DE ABIQUIU, INC., with respect to the water rights under subfiles 3.27 and 4.11 in the Chama Mainstream Section, and as grounds states the following:

　　1.　　The following persons or entities now own portions of the water rights described in the *Order and Decree* filed August 7, 1969 (Doc. No. 509) that sets forth the rights of Rancho de Abiquiu, Inc., under the Winfield Morten Ditch (Tracts 3.27 & 4.11):

| | |
|---|---|
| Stanley P. Bader<br>Arlene M. Bader<br>P.O. Box 738<br>Abiquiu, NM 87510 | Portion of Tr. 3.27 |
| Susanne E. Vertel<br>1500 Wilderness Gate Rd.<br>Santa Fe, NM 87505 | Portion of Tr. 3.27 |

| | |
|---|---|
| Jack L. Kerr<br>Janis C. Kerr<br>1327 Declovina<br>Sante Fe, NM 87505 | Portion of Tr. 3.27 |
| Dahl Harris<br>Ana Ortiz Harris<br>1889 Candelaria<br>Santa Fe, NM 87505 | Portion of rights in Tr. 3.27 (by transfer) |
| Grey Revocable Living Trust<br>2515 S. Solano Dr.<br>Las Cruces, NM 88001 | Portion of Tr. 3.27 & 4.11 |
| Donald K. Willis<br>Virginia Gabaldo<br>58379 Vera Lane<br>Yucca Valley, CA 92284 | Portion of Tr. 4.11 |
| Ellen Arntz<br>P.O. Box 733<br>Abiquiu, NM 87510 | Portion of Tr. 4.11 |
| David A. Swingle<br>P.O. Box 155<br>Abiquiu, NM 87510 | Portion of Tr. 4.11 |
| Dan Medina<br>Mickie Medina<br>HC 64 Box 6-A<br>Chimayo, NM 87522 | Portion of Tr. 4.11 |
| Scott Paul Markman<br>Toshiyuki Kawahara<br>P.O. Box 169<br>Abiquiu, NM 87510 | Portion of Tr. 4.11 |
| Jean A. Archer<br>P.O. Box 197<br>Abiquiu, NM 87510 | Portion of Tr. 4.11 |

2.	The *Order and Decree* filed August 7, 1969 (Doc. No. 509) determined a priority date of 1947 for the water rights of the Rancho de Abiquiu, Inc., under the Winfield Morten Ditch. This priority date was based on a license issued by the New Mexico State Engineer (OSE No. 2590), with a priority date of February 20, 1947, for the appropriation of 270.9 acre feet of water diverted from the Rio Chama through the Winfield Morten Ditch.

3.	The lands under the Winfield Morten Ditch were left out of the Order to Show Cause proceedings with respect to the redetermination of priority dates in Section 1. *See generally*, *Order re Form of Notice and Form of Order to Show Cause re Priority Dates for Individual Irrigation Subfiles* filed October 3, 1994 (Doc. No. 3521); *Order Amending July 8, 1994 Order re Adjudication of Water Right Priorities* filed October 21, 1994 (Doc. No. 3956); *Second Order Amending July 8, 1994 Order re Adjudication of Water Right Priorities* filed December 5, 1994 (Doc. No. 3971).

4.	In order to enter a final order on the priorities of all ditches in Section 1, and to hold comprehensive *inter se* proceedings within Section 1 on priorities, the Court needs to address the question of whether or not the priority date of the Winfield Morten Ditch should be revised.

5.	The State believes that there is no basis to reconsider the previous determination of the priority date of the Winfield Morten Ditch (1947), and that the Court should enter an Order that confirms the 1947 priority date after appropriate notice and opportunity to be heard from the persons or entities listed above.

6.	Following a substitution of parties, the State will file a motion for approval of a Notice and Order to Show Cause to be served on the new defendants that would require them to notify the Court of any objection they might have to an Order of the Court that would confirm the 1947 priority date.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting the persons or entities listed above for defendant Rancho de Abiquiu, Inc., with respect to the water rights under the Winfield Morten Ditch under subfiles 3.27 and 4.11 in the Chama Mainstream Section.

          Respectfully submitted,

          /s/ Ed Newville
          EDWARD G.  NEWVILLE
          Special Assistant Attorney General
          Office of State Engineer
          P.O. Box 25102
          Santa Fe, NM 87504-5102
          (505) 867-7444 phone
          (505) 867-7444 facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  26th  day of June, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

    Stanley P. Bader
    Arlene M. Bader
    P.O. Box 738
    Abiquiu, NM 87510

    Susanne E. Vertel
    1500 Wilderness Gate Rd.
    Santa Fe, NM 87505

    Jack L. Kerr
    Janis C. Kerr
    1327 Declovina
    Sante Fe, NM 87505

Dahl Harris
Ana Ortiz Harris
1889 Candelaria
Santa Fe, NM 87505

Grey Revocable Living Trust
c/o Samuel R. & Helen Grey
2515 S. Solano Dr.
Las Cruces, NM 88001

Donald K. Willis
Virginia Gabaldo
58379 Vera Lane
Yucca Valley, CA 92284

Ellen Arntz
P.O. Box 733
Abiquiu, NM 87510

David A. Swingle
P.O. Box 155
Abiquiu, NM 87510

Dan Medina
Mickie Medina
HC 64 Box 6-A
Chimayo, NM 87522

Scott Paul Markman
Toshiyuki Kawahara
P.O. Box 169
Abiquiu, NM 87510

Jean A. Archer
P.O. Box 197
Abiquiu, NM 87510

      /s/ Ed Newville
EDWARD G.  NEWVILLE