IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, ) | | |
| ) | | 6:69-cv-07941-BB |
| Plaintiff, ) | | |
| v. ) | | RIO CHAMA STREAM SYSTEM |
| ) | | Rio Cebolla, Section 3 |
| ROMAN ARAGON, *et al.*, ) | | |
| ) | | Subfile No(s). |
| Defendants. ) | | CHCB-005-0002 |

**Notice of Appearance**

COMES NOW, The Egolf Law Firm, LLC (Brian F. Egolf, Jr., Esq.), to enter its appearance on behalf of the Estate of Julian Serrano, deceased, and Flavio Gurule.

Respectfully Submitted,

The Egolf Law Firm, LLC

By: _____
Brian F. Egolf, Jr.
*Counsel to Flavio Gurule*
128 Grant Avenue
Suite 301
Santa Fe, New Mexico  87501
(505) 986-9641