IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

STATE OF NEW MEXICO *ex rel.*
State Engineer,

09 JUN 30 PM 3: 45

CLERK-SANTA FE

            Plaintiff,                          6:69-cv-07941-BB

            v.

ROMAN ARAGON, *et al.*,                         RIO CHAMA STREAM SYSTEM
                                                Rio Cebolla, Section 3

            Defendants.                         Subfile No. CHCB-002-0012

ANSWER TO MOTION FOR DEFAULT JUDGMENT

      The undersigned pro se Defendants, Juanita Sisneros and Alex Sisneros, answer

the State Engineer's motion for default judgment as follows:

      We were unable to attend the pretrial scheduling conference in Santa Fe on May

18, 2009 because of my wife's illness which required that I stay back and take care of

her.  We did not know how to get a hold of the court to let you know that we would not

be able to attend that day.

      We realize that the court has the authority to dismiss us from the lawsuit or to

allow us to continue.  We ask that you allow us to continue in this case because the water

rights for our property are important to us.

      Wherefore, we request that this Court deny the State Engineer's motion to enter a

default judgment against us.

                                    Respectfully submitted,

                                    Defendants Pro Se

Juanita Sisneros
P.O. Box 243
San Juan Pueblo, NM 87566

Alex Sisneros
P.O. Box 243
San Juan Pueblo, NM 87566

### Certificate of Service

We hereby certify that on June 25, 2009 we filed and then mailed this Answer to the parties and attorneys on the participants in this case at their addresses shown on the list of individuals in the certificate of service for this case.

Juanita Sisneros

Alex Sisneros

2