IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| | Section 3, Rio Cebolla |
| ROMAN ARAGON, *et al.,* Defendants. | Subfile No. CHCB 005-0002 |

### REQUEST FOR SCHEDULING CONFERENCE

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and requests the Court to hold a scheduling conference under Rule 16 of the Federal Rules of Civil Procedure for the defendant(s) and associated sub-files(s) listed below in Section 3 of the Rio Chama Stream System, Rio Cebolla, to discuss scheduling and entry of a pre-trial order.

The names and addresses of all partie(s) to whom notice of the conference should be given, and who should be required to attend, either in person by counsel, are as follows:

CHCB-005-0002
Estate of Julian Serrano, Deceased
Flavio Gurule
53 Bouquet Ln
Santa Fe, NM 87506

On June 26, 2009, counsel for Flavio Gurule, Brian Egolf, filed a Unopposed Motion to Set Aside Default Judgment. The State assumes this Motion will be granted and requests that a scheduling conference be set as soon as possible so that all parties can visit the lands in question this

summer.  If possible, this case may be set on a parallel track as is proposed in the case involving Charlie Chacon, et al.

    Counsel for the State will be available the week beginning July 13, 2009.

                                Respectfully submitted,

                                /s/  Gabriel Wade
                                GABRIEL WADE
                                Special Assistant Attorney General
                                Office of State Engineer
                                P.O. Box 25102
`                               Santa Fe, NM  87504-5102
                                Phone: (505) 827-7844
                                Fax:    (505) 827-3887

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of July, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served vial electronic mail, and served the following non-CM-ECF participants via first class mail, post prepaid addressed as follows:

Brian Egolf, Esq.
*Counsel to Flavio Gurule*
128 Grant Avenue
Suite 301
Santa Fe, New Mexico 87501

                                /s/  Gabriel Wade
                                GABRIEL WADE
                                Special Assistant Attorney General
                                Office of State Engineer
                                P.O. Box 25102
`                               Santa Fe, NM  87504-5102
                                Phone: (505) 827-7844
                                Fax:    (505) 827-3887