

SPECIAL MASTER'S DEED

THIS INDENTURE made January 2, 2009, by and between Bruce S. Garber, as Special Master, duly and regularly appointed by the District Court for the County of Rio Arriba, State of New Mexico, in cause No. D-0117-PB-2003-0021, party of the first part, and Flavio Gurule and his wife Myrna Gurule as Joint Tenants with right of survivorship, jointly party of the second part.

WITNESSETH:

WHEREAS, in and by the Order Granting Motion for Appointment of Special Master entered by the District Court in and for the County of Rio Arriba, State of New Mexico, Cause No. D-0117-PB-2003-0021, on June 5, 2008, it was, among other things, ordered, that the real property of the Estate of Julian Serrano, deceased, be sold at public auction; and,

WHEREAS, Pursuant to said Order, the undersigned at the hour of 11:00 a.m, on January 2, 2009, after due publication of notice had been given as required by law did sell at the front entrance to the Rio Arriba County Court house in Tierra Amarilla, New Mexico, the premises subject to the Order and herein described; and,

WHEREAS, the premises were sold at said sale to the party of the second part for the sum of $128,000.00, the said party of the second part being the highest bidder and that being the sum bid for said premises;

NOW, THEREFORE, BY THIS INDENTURE WITNESSETH:

That the party of the first part, as Special Master, in order to carry into effect the sale so made by him as aforesaid and in pursuance of laws and of said Judgment, does hereby convey by these presents and by these presents does, sell and convey unto the party of the second part, their successors and assigns, these certain parcels of land situated and lying in the County of Rio Arriba, State of New Mexico, and being more particularly described as:

The East ½ of the Southeast ¼ of Section 7 and the West ½ of the Southwest ¼ of Section 8 in Township 26 North of Range 4 East containing 160 acres, and the Southeast ¼ of the Northeast ¼, the North ½ of the Northeast ¼, and the Northeast ¼ of the Northwest ¼ of Section 7 in Township 26 North of Range 4 East containing 160 acres including any rights which are appurtenant to either 160 acre tract.

To have and to hold these said premises unto the party of the second part, their successors and assigns, forever as fully as the said Special Master can, may or ought to grant, sell and convey the same.

```
                    RIO ARRIBA COUNTY CLERK
                    MOISES A MORALES JR
                         200900544
                    Book 532 Page      544
                       1 of    2
                    01/21/2009 01:00:09 PM
                    BY    MICHELE
```

IN WITNESS WHEREOF the party of the first part as such Special Master has hereunto set his hand and seal the day and year first written above.

_____
Bruce S. Garber, Special Master

STATE OF NEW MEXICO )
                    ) ss.
COUNTY OF SANTA FE  )

This instrument was acknowledged before me on this 8th day of January, 2009, by Bruce S. Garber.

My Commission Expires:

October 21, 2010

_____
Notary Public

RIO ARRIBA COUNTY CLERK
MOISES A MORALES JR
200900544
Book 532 Page 544
2 of 2
01/21/2009 01:00:09 PM
BY   MICHELE