IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                Plaintiff,

        vs.

ROMAN ARAGON, *et al.,*

                Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Ghost Ranch Ditch
Subfile CHCJ-007-0001

ORDER TO SHOW CAUSE

To:     Presbyterian Church (USA) Ghost Ranch at Abiquiu
        c/o Fred J. Waltz, Esq.
        214 Kit Carson Rd #B
        Taos, NM 87571-6474

        You are hereby ordered to show cause why the Court should not enter an order that

determines a priority date of 1889 for the Ghost Ranch Ditch and the water rights under that ditch

described in the Consent Order filed on September 11, 2003 (Doc. No. 7219) in Subfile CHCJ-007-

0001 in the Chama Mainstream Section of the Rio Chama Stream System.

        If you agree with the priority date (1889), you do not need to take any action.

        If you object to the priority date (1889), you must file an Objection and Request for Hearing

with the United States District Court within 20 days of the receipt of this notice.  If your request is

timely, the Court will notify you of the date and time of hearing.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN