IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Acequia de Monastery of Christ<br>in the Desert<br>Subfile No. X-1 |

ORDER TO SHOW CAUSE

To:　Monastery of Christ in the Desert
　　　c/o Annie-Laurie Coogan, Esq.
　　　644 Don Gaspar Ave.
　　　Santa Fe, NM 87505-2666

　　　You are hereby ordered to show cause why the Court should not confirm the priority date of 1904 for the water rights described in Subfile X-1 in the Chama Mainstream Section of the Rio Chama Stream System.

　　　If you agree with the priority date (1904), you do not need to take any action.

　　　If you object to the priority date (1904), you must file an Objection and Request for Hearing with the United States District Court within 20 days of the receipt of this notice. If your request is timely, the Court will notify you of the date and time of hearing.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN