Vickie L. Gabin, Special Master
United States District Court
106 South Federal Place
Santa Fe, NM 87501
(505) 955-0678
vlgabin@nm.net

July 6, 2009

Gabriel Wade, Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

Counsel of Record

    Re: State v. Aragon, 69cv07941-BB
        Status conference, field inspections and pretrial conference scheduling

Dear Mr. Wade and Counsel,

    This letter concerns scheduling for three tasks in the Rio Chama adjudication. First, I apologize for having vacated the previously scheduled June 29 status conference (Docket Nos. 9452, 9461, 9465) at such short notice; it was unavoidable. I'm now writing to solicit dates from involved counsel for the next status conference to be held in Tierra Amarilla. Counsel, by July 13 please e-mail me at the address above your availability from July 20 through August, and I will try to accommodate all of your schedules. Feel free to request any additions to the status conference agenda items listed in Doc. No. 9461.

    Second, Mr. Wade and Mr. Ted Trujillo had arranged for field inspections of lands associated with several disputed subfiles on June 29 and July 1. The inspections also were cancelled. Mr. Wade, please consult with Mr. Trujillo and the affected *pro se* defendants to reschedule these trips. My schedule for the remainder of July and all of August is fairly flexible.

    Third, upon receipt of a proposed order from Mr. Brian Egolf granting the June 26, 2009, Unopposed Motion to Set Aside Default (Doc. No. 9468), I will recommend granting the order and will forward it to Judge Black. Mr. Egolf and Mr. Wade, please confer regarding possible dates for Mr. Wade's requested Rule 16 scheduling conference and field inspection (Doc. No. 9470), and discuss whether the deadlines and procedures set in the June 5, 2009, Pretrial Order for Disputed Subfiles (Doc. No. 9458) will be suitable for proceedings in Subfile No. CHCB-005-0002.

    Thank you for your attention to these matters.

Very truly yours,

*Vickie L. Gabin*

Vickie L. Gabin