IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Winfield Morten Ditch
Subfile Nos. 3.27 & 4.11

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed June 26, 2009 (Doc. No. 9466).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the following persons or entities

| Name | Subfile |
|---|---|
| Stanley P. Bader | Subfile 3.27 |
| Arlene M. Bader | Subfile 3.27 |
| Susanne E. Vertel | Subfile 3.27 |
| Jack L. Kerr | Subfile 3.27 |
| Janis C. Kerr | Subfile 3.27 |
| Dahl Harris | Subfile 3.27 |
| Ana Ortiz Harris | Subfile 3.27 |
| Grey Revocable Living Trust | Subfiles 3.27 & 4.11 |
| Donald K. Willis | Subfile 4.11 |
| Virginia Gabaldo | Subfile 4.11 |
| Ellen Arntz | Subfile 4.11 |
| David A. Swingle | Subfile 4.11 |
| Dan Medina | Subfile 4.11 |
| Mickie Medina | Subfile 4.11 |
| Scott Paul Markman | Subfile 4.11 |

| | |
|---|---|
| Toshiyuki Kawahara | Subfile 4.11 |
| Jean A. Archer | Subfile 4.11 |

are substituted for defendant Rancho de Abiquiu, Inc., in these proceedings with respect to the water rights under subfiles 3.27 and 4.11 in the Chama Mainstream Section.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN