IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 1, Chama Mainstream |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | Winfield Morten Ditch Subfile Nos. 3.27 & 4.11 |

## MOTION FOR ORDER TO SHOW CAUSE

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue an Order to Show Cause to the persons or entities listed below with respect to the priority date of water rights in Subfiles 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section, and as grounds states the following:

1.      The following defendants own portions of the water rights under in Subfiles 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section:

| | |
|---|---|
| Stanley P. Bader<br>Arlene M. Bader | Portion of Tr. 3.27 |
| Susanne E. Vertel | Portion of Tr. 3.27 |
| Jack L. Kerr<br>Janis C. Kerr | Portion of Tr. 3.27 |
| Dahl Harris<br>Ana Ortiz Harris | Portion of rights in Tr. 3.27 (by transfer) |
| Grey Revocable Living Trust | Portion of Tr. 3.27 & 4.11 |

| | |
|---|---|
| Donald K. Willis<br>Virginia Gabaldo | Portion of Tr. 4.11 |
| Ellen Arntz | Portion of Tr. 4.11 |
| David A. Swingle | Portion of Tr. 4.11 |
| Dan Medina<br>Mickie Medina | Portion of Tr. 4.11 |
| Scott Paul Markman<br>Toshiyuki Kawahara | Portion of Tr. 4.11 |
| Jean A. Archer | Portion of Tr. 4.11 |

2. The *Order and Decree* filed August 7, 1969 (Doc. No. 509) determined a priority date of 1947 for the water rights under the Winfield Morten Ditch. This priority date was based on a license issued by the New Mexico State Engineer (OSE No. 2590), with a priority date of February 20, 1947, for the appropriation of 270.9 acre feet of water diverted from the Rio Chama through the Winfield Morten Ditch.

3. The lands under the Winfield Morten Ditch were left out of the Order to Show Cause proceedings with respect to the redetermination of priority dates in Section 1. *See generally*, *Order re Form of Notice and Form of Order to Show Cause re Priority Dates for Individual Irrigation Subfiles* filed October 3, 1994 (Doc. No. 3521); *Order Amending July 8, 1994 Order re Adjudication of Water Right Priorities* filed October 21, 1994 (Doc. No. 3956); *Second Order Amending July 8, 1994 Order re Adjudication of Water Right Priorities* filed December 5, 1994 (Doc. No. 3971).

4. In order to enter a final order on the priorities of all ditches in Section 1, and to hold comprehensive *inter se* proceedings within Section 1 on priorities, the Court should address the question of whether or not the priority date of the Winfield Morten Ditch should be revised.

5.	The State believes that there is no basis to reconsider the previous determination of the priority date of the Winfield Morten Ditch (1947), and that the Court should enter an Order that confirms the 1947 priority date after appropriate notice and opportunity to be heard from the persons or entities listed above.

6.	An Order to Show Cause should be served on each of the defendants listed above that would require them to notify the Court of any objection they might have to an Order of the Court that would confirm the 1947 priority date. A proposed form of order is attached hereto as Exhibit 1.

7.	The Winfield Morten Ditch is private ditch.

WHEREFORE the State of New Mexico requests the Court to issue an Order to Show Cause that requires the defendants listed above to file with the Court, no later than 20 days after service of the Order by first-class mail, any objection they have to an Order of the Court that confirms a priority date of 1947 for the water rights in Subfiles 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section.

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-7444 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___8th___ day of June, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

    Stanley P. Bader
    Arlene M. Bader
    P.O. Box 738
    Abiquiu, NM 87510

    Susanne E. Vertel
    1500 Wilderness Gate Rd.
    Santa Fe, NM 87505

    Jack L. Kerr
    Janis C. Kerr
    1327 Declovina
    Sante Fe, NM 87505

    Dahl Harris
    Ana Ortiz Harris
    1889 Candelaria
    Santa Fe, NM 87505

    Grey Revocable Living Trust
    c/o Samuel R. & Helen Grey
    2515 S. Solano Dr.
    Las Cruces, NM 88001

    Donald K. Willis
    Virginia Gabaldo
    58379 Vera Lane
    Yucca Valley, CA 92284

    Ellen Arntz
    P.O. Box 733
    Abiquiu, NM 87510

David A. Swingle
P.O. Box 155
Abiquiu, NM 87510

Dan Medina
Mickie Medina
HC 64 Box 6-A
Chimayo, NM 87522

Scott Paul Markman
Toshiyuki Kawahara
P.O. Box 169
Abiquiu, NM 87510

Jean A. Archer
P.O. Box 197
Abiquiu, NM 87510

                                                                  /s/ Ed Newville
                                                      EDWARD G.  NEWVILLE