IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Winfield Morten Ditch
Subfile Nos. 3.27 & 4.11

ORDER TO SHOW CAUSE

| | | |
|---|---|---|
| To: | Stanley P. Bader<br>Arlene M. Bader<br>P.O. Box 738<br>Abiquiu, NM 87510 | Portion of Tr. 3.27 |
| | Susanne E. Vertel<br>1500 Wilderness Gate Rd.<br>Santa Fe, NM 87505 | Portion of Tr. 3.27 |
| | Jack L. Kerr<br>Janis C. Kerr<br>1327 Declovina<br>Sante Fe, NM 87505 | Portion of Tr. 3.27 |
| | Dahl Harris<br>Ana Ortiz Harris<br>1889 Candelaria<br>Santa Fe, NM 87505 | Portion of rights in Tr. 3.27 (by transfer) |
| | Grey Revocable Living Trust<br>2515 S. Solano Dr.<br>Las Cruces, NM 88001 | Portion of Tr. 3.27 & 4.11 |

| | |
|---|---|
| Donald K. Willis<br>Virginia Gabaldo<br>58379 Vera Lane<br>Yucca Valley, CA 92284 | Portion of Tr. 4.11 |
| Ellen Arntz<br>P.O. Box 733<br>Abiquiu, NM 87510 | Portion of Tr. 4.11 |
| David A. Swingle<br>P.O. Box 155<br>Abiquiu, NM 87510 | Portion of Tr. 4.11 |
| Dan Medina<br>Mickie Medina<br>HC 64 Box 6-A<br>Chimayo, NM 87522 | Portion of Tr. 4.11 |
| Scott Paul Markman<br>Toshiyuki Kawahara<br>P.O. Box 169<br>Abiquiu, NM 87510 | Portion of Tr. 4.11 |
| Jean A. Archer<br>P.O. Box 197<br>Abiquiu, NM 87510 | Portion of Tr. 4.11 |

You are hereby ordered to show cause why the Court should not confirm the priority date of 1947 for the water rights in subfiles 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section of the Rio Chama Stream System.

If you agree with the priority date (1947), you do not need to take any action.

If you object to the priority date (1947), you must file an Objection and Request for Hearing with the United States District Court within 20 days of the receipt of this notice.  If your request is timely, the Court will notify you of the date and time of hearing.

                                            BRUCE D. BLACK
                                            UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN