## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.,*

     Defendants.

6:69-cv-07941-BB

RIO CHAMA STREAM SYSTEM

Village of Chama, Section 7

**Subfile No.: CHCV-001-0008A**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**CUMBRES & TOLTEC SCENIC RAILROAD COMMISSION**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Village of Chama, Section 7, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

4.      The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Village of Chama, Section 7, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**   03092, 03357 and 04511

**Priority:**  Reserved for future determination by court order entered November 19, 2002.

**Source of Water**   Surface water of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

      **Ditch:**        CHAMA VALLEY DITCH

      **Location: X=** 1,545,085   feet  **Y=**  2,149,000   feet

      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.5  acres |
| | Total | 0.5  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCV-001-0008A

**Amount of Water:** Reserved for future  determination by court order entered November
19, 2002.

5.      Defendant(s) have no surface water rights in the Rio Chama Stream System, Village of

Chama, Section 7, other than those set forth in this order and those other orders entered

by this Court in this cause.

6.      Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Village of Chama,

Section 7, except in strict accordance with the water rights described herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Village of Chama, Section 7,  are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Village of Chama, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_Bruce D. Black_

UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_

SPECIAL MASTER

ACCEPTED: _____

CUMBRES & TOLTEC SCENIC RAILROAD
COMMISSION

ADDRESS: P.O. Box 561
Antonito, CO 81120

DATE: 6/29/09

Consent Order                    3                    Subfile No.: CHCV-001-0008A

EDWARD G. NEWVILLE
Special Assistant Attorney General

7-1-09

Date



001-0008A
A 0.5 ac.

Chama Valley Ditch

Rio Chama

## LEGEND

 Irrigated Tract Boundary

 No Right Tract Boundary

 Seeped Land

 Operable Ditch / Lateral

 Inoperable Ditch / Lateral

 Reservoir / Stock Pond

 Point of Diversion

 Fallow

 No Right

N W E S

1 inch = 300 feet
0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Village of Chama Section**

Subfile Number
**CHCV 001-0008A**
Chama Valley Ditch
AMENDED
March 25, 2009

