IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that true, file-stamped copies of the Consent Orders for the subfiles listed below were mailed to each of the following defendants on the 9th day of July, 2009.

Subfile No. CHCJ-001-0005
Docket No. 9476
Canjilon Mutual Domestic Water Consumers Association
P.O. Box 465
Canjilon, NM 87515

Subfile No. CHCV-001-0008A
Docket No. 9478
Cumbres & Toltec Scenic Railroad Commission
P.O. Box 561
Antonito, CO 81120

Dated: July 9, 2009

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile