IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer,
        Plaintiff,                       69cv07941-BB
vs.                                         RIO CHAMA STREAM SYSTEM
                                                 Section 1, Chama
                                                 Mainstream
ROMAN ARAGON, et al.,          Ghost Ranch Ditch
        Defendants                 Subfile No. CHCJ-007-0001

SUBSTITUTION OF COUNSEL

    Peter B. Shoenfeld herewith substitutes for Fred J. Waltz as counsel for Presbyterian Church, USA, which has erroneously appeared herein as "Presbyterian Church at Ghost Ranch" (Document No. 6598). By his electronic signature hereon, Mr. Waltz consents to this substitution.

                                      PETER B. SHOENFELD, P.A.
                                      P.O. Box 2421
                                      Santa Fe, New Mexico 87504-2421
                                      (505) 982-3566; FAX: (505)982-5520

                                      By:/S/Peter B. Shoenfeld (efiled)
                                      Attorney for Presbyterian Church, USA

Consent Given:

/S/Fred J. Waltz (efiled)

Certificate of Service

    I served a copy of the foregoing substitution of counsel by means of the Court's digital filing system this 14th day of July, 2008.

                                      /S/Peter B. Shoenfeld (efiled)