IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>   Plaintiff,<br><br> -v-<br><br>ROMAN ARAGON et al.,<br><br>   Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3, 5 and 7 |

## ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53, the status conference originally scheduled for Monday, June 29, 2009, is hereby re- set for Friday, July 31, 2009, at 10:00 a.m. in the Rio Arriba County Commission Chambers in Tierra Amarilla, N.M.  Agenda items include:

1. For Sections 3 and 7, the status of:

  a. individual subfile work
  b. the re-calculation of irrigation water requirements and further proceedings
  c. the remaining historical reports for Section 7 and further scheduling orders

2. For Section 5, the status of the adjudication of stockwatering uses from surface water sources, and the likelihood of *inter se* proceedings for surface water rights in the coming year

3. Entry of a consent order quantifying the United States' reserved instream flow right under the Wild and Scenic River Act and scheduling appropriate *inter se* proceedings

4.  The status of the adjudication of state law-based water right claims of the Jicarilla Apache Nation

5. For Sections 3 and 5, the status of the adjudication of federal non-Indian stockwatering claims, and further scheduling

6. Any other matter relevant to completing the adjudication of water rights within Sections

3, 5 and 7

    Involved counsel shall be prepared with proposed amendments to existing scheduling orders and/or proposed orders for further proceedings in the matters outlined above.

    IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER