IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,                                               6:69-cv-07941-BB

      v.

                                                                   RIO CHAMA STREAM SYSTEM
ROMAN ARAGON, *et al.,*                         Rio Cebolla, Section 3

      Defendants.

## ENTRY OF APPEARANCE

COMES NOW the undersigned attorney on behalf of the Delfin O. and Frances S. Quintana Trust, defendants in this lawsuit, and hereby enters his appearance in this matter in Subfile No. CHCB-02-0002C.

                                                       LAW OFFICES OF TED J. TRUJILLO

                                                       By: _____/s/_____

                                                       Ted J. Trujillo
                                                       Adan E. Trujillo
                                                       Attorneys for Chacon Family LLC
                                                       P.O. Box 2185
                                                       Espanola, NM 87532
                                                       (505) 753-5150
                                                       (505) 753-4750 (F)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2009, I filed the foregoing *Entry of Appearance* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Special Master Vickie L. Gabin**
vlgabin@earthlink.net, kbruner@hubwest.com

**David A. Benavides**
davidb@nmlegalaid.org

**Frank M. Bond**
fbond@simonsfirm.com

**Bradley S. Bridgewater**
gary.durr@usdoj.gov, bradley.s.bridgewater@usdoj.gov

**Christopher D. Coppin**
ccoppin@ago.state.nm.us, tmartinez@ago.state.nm.us

**Tessa T. Davidson**
ttd@tessadavidson.com

**Charles T. DuMars**
ctd@lrpa-usa.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com, mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Gallina-Capulin Acequia Association**
ernj_chacon@valornet.com

**David W. Gehlert**
david.gehlert@usdoj.gov

**Ryan Golten**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com

**Karla JaNelle Haught**
Janelle.haught@state.nm.us

**Mary E. Humphrey**

humphrey@newmex.com

**Susan Jordan**
sjordan@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com

**Christopher Lindeen**
Christopher.lindeen@state.nm.us

**David C. Mielke**
dmielke@abqsonosky.com

**Edward C. Newville**
ednewville@ixpn.com

**Brett J. Olsen**
brett_olsen@msn.com

**Quinlan Ranches New Mexico, LLC**
dml@Irpa-usa.com

**Marcus J. Rael, Jr.**
marcus@roblesrael.com

**Walter L. Reardon, Jr.**
walter@reardonlawnm.com

**Gregory C. Ridgley**
greg.ridgley@state.nm.us

**Peter B. Shoenfeld**
petershoenfeld@qwest.net

**Arianne Singer**
arianne.singer@state.nm.us

**John W. Utton**
jwu@ssslawfirm.com

**Timothy A. Vollmann**
tim_vollmann@hotmail.com

**Fred Waltz**
fwaltz@kitcarson.net

I FURTHER CERTIFY that on July 20, 2009 I served the foregoing pleading on the following non-CM/ECF participants by first class mail, addressed as follows:

Lee Bergen, Esq.
4110 Wolcott Ave NE, #A
Albuquerque, NM 87109

James C. Brockmann, Esq.
P.O. Box 5250
Santa Fe, NM 87502-5250

Christina J. Bruff, Esq.
201 Third Street, NW, #1750
Albuquerque, NM 87102

Steven L. Bunch
NM DOT
P.O. Box 1149
Santa Fe, NM 87504-1149

Mary Ann Joca
US Forest Service
General Counsel
P.O. Box 586
Albquerque, NM 87103

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM 87120-3488

Hope Miner
23 Cuchilla de Lupe
Placitas, NM 87043

NM Acequia Commission
Fred Vigil, Chairman
P.O. Box 687
Medanales, NM 87548-0687

Jennifer J. Dumas, Esq.
Nordhaus Law Firm
405 Dr. Martin Luther King, Jr., Ave. NE
Albuquerque, NM 87102

Ernest L. Padilla, Esq.
P.O. Box 2523
Santa Fe, NM 87504

Jay F. Stein, Esq.
P.O. Box 5250
Santa Fe, NM 87504

Karen L. Townsend
120 E. Chaco
Aztec, NM 87410-1910

Lucas O. Trujillo
P.O. Box 57
El Rito, NM 87530

Joseph Van R. Clarke, Esq.
P.O. Box 4160
Santa Fe, NM 87502-4160

Daniel Cleavinger
P.O. Box 2470
Farmington, NM 87499

John E. Farrow, Esq.
P.O. Box 35400
Albuquerque, NM 87176-5400

Paula Garcia
607 Cerrillos Rd, #F
Santa Fe, NM 87505

Henry Jacquez
1110 Maez Rd
Santa Fe, NM 87501

C. Mott Woolley, Esq.
112 W. San Francisco, #312C
Santa Fe, NM 87501-2090

*Electronically filed 07-20-09*
TED J. TRUJILLO