IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

 vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1: Chama Mainstream

Upper Frijoles Ditch
Lower Frijoles Ditch
Subfile Nos. 569 & 570

## ORDER GRANTING MOTION TO REVISE PRIORITY DATE
## OF UPPER FRIJOLES DITCH AND LOWER FRIJOLES DITCH

THIS MATTER comes before the Court on the July 10, 2009 Motion to Revise Priority Date of the Upper Frijoles Ditch and the Lower Frijoles Ditch (Doc. No. 9480).  Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS, ORDERED, THEREFORE that priority date of the Upper Frijoles Ditch and the Lower Frijoles Ditch and the water rights described in the *Order* filed August 7, 1969 (Doc. No. 623) (Subfiles Nos. 569 & 570) is revised as follows:

 Priority Date: 1734

           /s/ Bruce D. Black
           BRUCE D. BLACK
           UNITED STATES DISTRICT JUDGE

Recommended for Approval:

/s/ Vickie L. Gabin
SPECIAL MASTER VICKIE L. GABIN