IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Ghost Ranch Ditch
Subfile CHCJ-007-0001

ORDER TO SHOW CAUSE

To:    Presbyterian Church, USA
        c/o Peter B. Shoenfeld
        P.O. Box 2421
        Santa Fe, NM 87504-2421

You are hereby ordered to show cause why the Court should not enter an order that determines a priority date of 1889 for the Ghost Ranch Ditch and the water rights under that ditch described in the Consent Order filed on September 11, 2003 (Doc. No. 7219) in Subfile CHCJ-007-0001 in the Chama Mainstream Section of the Rio Chama Stream System.[1]

If you agree with the priority date (1889), you do not need to take any action.

If you object to the priority date (1889), you must file an Objection and Request for Hearing form with the United States District Court within 20 days of the receipt of this notice. A form Objection is attached for your convenience. If your request is timely, the Court will notify you of

---

[1] Although the lands under the Ghost Ranch Ditch were surveyed as part of the Rio Canjilon Hydrographic Survey in Section 3, and the Consent Order was entered in Section 3, the lands irrigated by the Ghost Ranch Ditch have been included in the Chama Mainstream Section. *See,* Order Defining Section 1, filed December 27, 1995 (Doc. No. 4443).

the date and time of hearing.

*Bruce D. Black*

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*

SPECIAL MASTER VICKIE L. GABIN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Ghost Ranch Ditch<br>Subfile CHCJ-007-0001 |

OBJECTION AND REQUEST FOR HEARING

I object to the priority date of 1889 for my water rights associated with the Ghost Ranch Ditch in Subfile No. CHCJ-007-0001, and am filing this Objection with the Clerk of the District Court within 20 days of receipt of the Order to Show Cause for this matter:

    United States District Court
    106 S. Federal Place
    Santa Fe, NM   87501

I hereby request a pretrial conference and a hearing with the Court on my water rights priority.

                                      Respectfully submitted,

                                      _____

                                      _____

                                      _____