IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Acequia de Monastery of Christ in the Desert<br>Subfile No. X-1 |

ORDER TO SHOW CAUSE

To:    Monastery of Christ in the Desert
        c/o Annie-Laurie Coogan, Esq.
        644 Don Gaspar Ave.
        Santa Fe, NM 87505-2666

      You are hereby ordered to show cause why the Court should not confirm the priority date of 1904 for the water rights described in Subfile No. X-1 in the Chama Mainstream Section of the Rio Chama Stream System.

      If you agree with the priority date (1904), you do not need to take any action.

      If you object to the priority date (1904), you must file an Objection and Request for Hearing with the United States District Court within 20 days of the receipt of this notice.  A form Objection is attached for your convenience.  If your request is timely, the Court will notify you of the date and time of hearing.

*[signature: Bruce D. Black]*

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*[signature: Vickie L. Gabin]*

SPECIAL MASTER VICKIE L. GABIN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 1, Chama Mainstream |
| ROMAN ARAGON, *et al.,* | Acequia de Monastery of Christ in the Desert |
| Defendants. | Subfile No. X-1 |

OBJECTION AND REQUEST FOR HEARING

I object to the priority date of 1904 for the water rights described in Subfile No. X-1 in the Chama Mainstream Section of the Rio Chama Stream System, and am filing this Objection with the Clerk of the District Court within 20 days of receipt of the Order to Show Cause for this matter:

   United States District Court
   106 S. Federal Place
   Santa Fe, NM   87501


I hereby request a pretrial conference and a hearing with the Court on my water rights priority.

   Respectfully submitted,

   _____

   _____

   _____

-3-