IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Winfield Morten Ditch
Subfile Nos. 3.27 & 4.11

### ORDER TO SHOW CAUSE

| To: | | |
|---|---|---|
| | Stanley P. Bader<br>Arlene M. Bader<br>P.O. Box 738<br>Abiquiu, NM 87510 | Portion of Tr. 3.27 |
| | Susanne E. Vertel<br>1500 Wilderness Gate Rd.<br>Santa Fe, NM 87505 | Portion of Tr. 3.27 |
| | Jack L. Kerr<br>Janis C. Kerr<br>1327 Declovina<br>Sante Fe, NM 87505 | Portion of Tr. 3.27 |
| | Dahl Harris<br>Ana Ortiz Harris<br>1889 Candelaria<br>Santa Fe, NM 87505 | Portion of rights in Tr. 3.27 (by transfer) |
| | Grey Revocable Living Trust<br>2515 S. Solano Dr.<br>Las Cruces, NM 88001 | Portion of Tr. 3.27 & 4.11 |
| | Donald K. Willis | Portion of Tr. 4.11 |

Virginia Gabaldo
58379 Vera Lane
Yucca Valley, CA 92284

Ellen Arntz                              Portion of Tr. 4.11
P.O. Box 733
Abiquiu, NM 87510

David A. Swingle                         Portion of Tr. 4.11
P.O. Box 155
Abiquiu, NM 87510

Dan Medina                               Portion of Tr. 4.11
Mickie Medina
HC 64 Box 6-A
Chimayo, NM 87522

Scott Paul Markman                       Portion of Tr. 4.11
Toshiyuki Kawahara
P.O. Box 169
Abiquiu, NM 87510

Jean A. Archer                           Portion of Tr. 4.11
P.O. Box 197
Abiquiu, NM 87510

You are hereby ordered to show cause why the Court should not confirm the priority date of 1947 for the water rights in subfiles 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section of the Rio Chama Stream System.

If you agree with the priority date (1947), you do not need to take any action.

If you object to the priority date (1947), you must file an Objection and Request for Hearing with the United States District Court within 20 days of the receipt of this notice.   A form Objection is attached for your convenience.   If your request is timely, the Court will notify you of the date and time of hearing.

/s/ Bruce D. Black

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin

SPECIAL MASTER VICKIE L. GABIN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>            Plaintiff,<br><br>    vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>            Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Winfield Morten Ditch<br>Subfile Nos. 3.27 & 4.11 |

OBJECTION AND REQUEST FOR HEARING

I object to the priority date of 1947 for my water rights associated with Subfile Nos. 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section of the Rio Chama Stream System, and am filing this Objection with the Clerk of the District Court within 20 days of receipt of the Order to Show Cause for this matter:

    United States District Court
    106 S. Federal Place
    Santa Fe, NM   87501

I hereby request a pretrial conference and a hearing with the Court on my water rights priority.

                                            Respectfully submitted,

                                            _____

                                            _____

                                            _____