IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*      )
State Engineer,                    )
                                   )          6:69-cv-07941-BB
        Plaintiff,                 )
        v.                         )          RIO CHAMA STREAM SYSTEM
                                   )          Rio Cebolla, Section 3
ROMAN ARAGON, *et al.*,            )
                                   )          Subfile No.
        Defendants.                )              CHCB-005-0002
                                                  (FLAVIO GURULE)

### ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW, Flavio Gurule, by and through his counsel The Egolf Law Firm,

LLC (Brian F. Egolf, Jr., Esq.), and answers the complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHCB-005-0002 | XXX | |

Mr. Gurule objects to paragraph 4(B) of the proposed consent order, which asserts

that there is no right to irrigate 15.4 acres in Section 08, Township 28N, Range 04E,

N.M.P.M. (13.8 acres in Pt. SE ¼ and 1.6 acres in Pt. SW ¼).  The land described in

paragraph 4(B) has been irrigated historically and has been the subject of protracted

litigation, which has recently ended.  Mr. Gurule does not object to any other portion of

the proposed consent order.

Respectfully Submitted,

The Egolf Law Firm, LLC

By: _____
      Brian F. Egolf, Jr.
      *Counsel to Flavio Gurule*
      128 Grant Avenue
      Suite 301
      Santa Fe, New Mexico  87501
      (505) 986-9641