IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel. State Engineer, | ) ) ) | 69cv07941-BB |
| Plaintiff, | ) ) | RIO CHAMA STREAM SYSTEM |
| vs. | ) ) | Section 1, Chama Mainstream |
| ROMAN ARAGON, et al., | ) ) | Acequia de Monastery of Christ in the Desert |
| Defendants. | ) | Subfile No. X-1 |
| _____ | ) | |

## OBJECTION AND REQUEST FOR HEARING

I object to the priority date of 1904 for the water rights described in Subfile No. X-1 in the Chama Mainstream Section of the Rio Chama Stream System, and am filing this Objection with the Clerk of the District Court within 20 days of receipt of the Order to Show Cause for this matter:

>United States District Court
>106 S. Federal Place
>Santa Fe, NM 87501

I hereby request a pretrial conference and a hearing with the Court on my water rights priority.

>Electronically filed,
>
>By: /s/ Fred J. Waltz_____
>Attorney for Acequia de Monastery
>  of Christ in the Desert
>214 B Kit Carson Rd.
>Taos, NM 87571
>(575) 758-0407

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of August, 2009, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be

served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Special Master Vickie L. Gabin
  vlgabin@nm.net

- Ed Newville Esq.
  ednewville@rgunwired.net

- Annie-Laurie Coogan, Esq.
  annie@ofrielandlevy.com

                 ____/s/  Fred J. Waltz_____