IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 1, Chama Mainstream |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | Winfield Morten Ditch Subfile Nos. 3.27 & 4.11 |

## **MOTION FOR ORDER CONFIRMING PRIORITY DATE**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to issue its Order confirming the priority date (1947) of the water rights in subfiles 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section, and as grounds states the following:

1. On August 11, 2009, the Court ordered defendants associated with the water rights in subfiles 3.27 and 4.11 (Winfield Morten Ditch) to show cause why the Court should not confirm the priority date of 1947 for the water rights in those subfiles in the Chama Mainstream Section. *See Order to Show Cause* filed August 11, 2009 (Docket. No. 9489)  Any objection to confirming the priority date of 1947 was due within 20 days of receipt of the notice.

2. No objection to confirming the priority date of 1947 as been filed, and the deadline for filing an objection has past.

WHEREFORE, the State of New Mexico requests that the Court enter its Order confirming the priority date (1947) of the water rights in subfiles 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __3rd__ day of September, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

    Stanley P. Bader
    Arlene M. Bader
    P.O. Box 738
    Abiquiu, NM 87510

    Susanne E. Vertel
    1500 Wilderness Gate Rd.
    Santa Fe, NM 87505

    Jack L. Kerr
    Janis C. Kerr
    1327 Declovina
    Sante Fe, NM 87505

    Dahl Harris
    Ana Ortiz Harris
    1889 Candelaria
    Santa Fe, NM 87505

    Grey Revocable Living Trust
    c/o Samuel R. & Helen Grey
    2515 S. Solano Dr.
    Las Cruces, NM 88001

Donald K. Willis
Virginia Gabaldo
58379 Vera Lane
Yucca Valley, CA 92284

Ellen Arntz
P.O. Box 733
Abiquiu, NM 87510

David A. Swingle
P.O. Box 155
Abiquiu, NM 87510

Dan Medina
Mickie Medina
HC 64 Box 6-A
Chimayo, NM 87522

Scott Paul Markman
Toshiyuki Kawahara
P.O. Box 169
Abiquiu, NM 87510

Jean A. Archer
P.O. Box 197
Abiquiu, NM 87510

                                                            /s/ Ed Newville
                                                            EDWARD G. NEWVILLE