IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer,

        Plaintiff,

                                   69cv07941-BB

vs.                             RIO CHAMA STREAM SYSTEM
                                   Section 1, Chama Mainstream

ROMAN ARAGON, et al.,        Ghost Ranch Ditch
                                   Subfile CHCJ-007-0001

        Defendants.

## OBJECTION AND REQUEST FOR HEARING

Presbyterian Church, USA, Defendant in the above subfile, herewith objects to the priority date of 1889 for the water rights associated with the Ghost Ranch Ditch in Subfile No. CHCJ-007-0001, and files this Objection within the time permitted by the order of the Special Master dated September 8, 2009.

Claimant hereby requests a pretrial conference and a hearing with the Court on the priority of the water rights at issue in the foregoing subfile.

                              PETER B. SHOENFELD, P.A.
                              P.O. Box 2421
                              Santa Fe, New Mexico 87504-2421
                              (505) 982-3566; FAX: (505)982-5520


                              By:/S/Peter B. Shoenfeld (e-filed)
                                Attorney for Presbyterian
                                Church, USA

## CERTIFICATE OF SERVICE

I CERTIFY that on the 8th day of September, 2009 I filed the foregoing objection and request for hearing electronically

through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

By:/S/Peter B. Shoenfeld (e-filed)
    Attorney for Presbyterian
    Church, USA