IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer,

       Plaintiff,                          69cv07941-BB

vs.                                          RIO CHAMA STREAM SYSTEM
                                             Section 1, Chama
ROMAN ARAGON, et al.,        Mainstream
       Defendants               Acequia de Monastery of Christ
                                             in the Desert
                                             Subfile No. X-1

## SUBSTITUTION OF COUNSEL

Fred J. Waltz herewith substitutes for Annie-Laurie Coogan as counsel for Acequia de Monastery of Christ in the Desert.   By her electronic signature hereon, Ms. Coogan consents to this substitution.

                                          Electronically filed,

                                          By: /s/  Fred J. Waltz_____
                                          Attorney for Acequia de Monastery
                                            of Christ in the Desert
                                          214 B Kit Carson Rd.
                                          Taos, NM 87571
                                          (575) 758-0407

Consent Given:

_/s/ Annie-Laurie Coogan (efiled)____
Annie-Laurie Coogan, Esq.

## CERTIFICATE OF SERVICE

I served a copy of the foregoing substitution of counsel by means of the Court's digital filing system this 16th day of September, 2009.

                                          __/s/_____
                                          Fred J. Waltz