IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | 69cv07941-BB |
| Plaintiff, | RIO CHAMA STREAM SYSTEM |
| -v- | Mainstream |
| RAMON ARAGON *et al.* | Subfile No. 570 |
| Defendants. | |

### NOTICE OF INTENT TO FILE WATER RIGHTS PLEADING

The Special Master enters this Notice to inform the current owner of the water rights associated with Subfile No. 570 of the Court's intent to file an Order which appears to have been filed initially in the District Court of Rio Arriba County, State of New Mexico (Cause No. 8294). This Order was never transferred to the United States District Court when the adjudication was removed to federal court. This pleading should be part of the federal docket and will be made part of the record unless objections are timely filed. This notice is being sent to the individual listed below along with a copy of the Order:

| Defendant/Address | Subfile No. | Date Filed in State Court |
|---|---|---|
| Karl Bode<br>P.O. Box 707<br>Abiqui, NM 87510 | 570 | June 20, 1967 |

**THE PARTY IS NOTIFIED THAT WITHIN 20 DAYS OF SERVICE of a copy of this Notice, he may file written objections with the Clerk of the Court pursuant to Federal Rule of Civil Procedures 53(f)(2). A party must file any objections with the Clerk of the Court within the twenty-day period if that party wants the District Judge to hear objections to the proposed**

**filing of the water rights pleading attached hereto.   If no objections are filed within the twenty-day period, the Court will proceed to file the referenced pleadings.**

_____
SPECIAL MASTER VICKIE L. GABIN
