IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

---

## NOTICE OF ERRATA

The Plaintiff State of New Mexico, *ex rel.* State Engineer gives notice of the following printing error in the Consent Orders listed below:

| | | |
|---|---|---|
| CHGA-001-0004 | Consent Order filed October 23, 2000 | Doc. No. 5978 |
| CHGA-001-0009 | Consent Order filed December 15, 2000 | Doc. No. 6083 |
| CHGA-001-0012 | Consent Order filed October 25, 2000 | Doc. No. 5987 |
| CHGA-002-0001 | Consent Order filed October 23, 2000 | Doc. No. 5981 |
| CHGA-002-0010 | Consent Order filed January 18, 2001 | Doc. No. 6122 |

In each of the Consent Orders listed above, the final 4 words of the sentence describing the "Source of Water" were omitted from the order and the sentence was cut short. The sentence in its entirety in each of the Consent Orders should read as follows:

**Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama.

Dated: September 25, 2009

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   25rd   day of September 2009, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Manuelita Cordova
PO Box 73
Gallina, NM 87017

Alfonso Cordova
HC 78 Box 10
Gallina, NM 87017

Fermin Cordova
Julia Cordova
PO Box 40
Gallina, NM 87017

Arturo R. Montoya
Sarita V. Montoya
1005 Bellas Ln.
Espanola, NM 87532

Edith Martinez
Roberto Martinez
PO Box 70
Gallina, NM 87017

Miguel Lujan
PO Box 685
Espanola, NM 87532


    /s/ Ed Newville
EDWARD G.  NEWVILLE