IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

Subfile No. CHGA-004-0006

## ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed August 28, 2009 (Docket No. 9496) to correct a clerical error in the Consent Order filed December 12, 2005 (Docket No. 8084) in connection with defendants JULIAN VIGIL, MARY VIGIL and ROBERT M VIGIL and Subfile No. CHGA-004-0006.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the description of the source of water for the water rights described in the Consent Order filed December 12, 2005, in Subfile No. CHGA-004-0006 is corrected as follows:

    **Source of Water:** Surface water of the Rio Capulin, a tributary of the Rio Gallina, a tributary of the Rio Chama

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

*Vickie L. Gabin*

Special Master Vickie L. Gabin