Vickie L. Gabin, Special Master<br>
United States District Court<br>
106 South Federal Place<br>
Santa Fe, NM 87501<br>
(505) 955-0678<br>
<u>vlgabin@nm.net</u>

October 6, 2009

Ed Newville, Special Assistant Attorney General
Peter B. Shoenfeld
Fred J. Waltz
Mary Humphrey
David Gehlert
John Utton

  Re: <u>State v. Aragon</u>, 69cv07941-BB
    Objections and Requests for Hearings, Docket Nos. 9495 & 9500

Dear Counsel,

  In response to the objections and requests for hearing filed by the Acequia de Monastery of Christ in the Desert, and the Presbyterian Church, USA, I'd like to schedule a pretrial conference in Santa Fe for the latter part of October or first part of November. It seems advisable at the same time to hold a status conference regarding outstanding matters including the proposed Section 5 *inter se* proceedings and the pending agreement reached with respect to the United States' Wild and Scenic River Claims, both of which topics we discussed at the July 31 status conference.

  Involved counsel, please e-mail me at the address above with your available dates October 19 - November 20, as well as any additional items which should be discussed.

  Thank you for your attention to these matters.

            Very truly yours,

            *Vickie L. Gabin*

            Vickie L. Gabin

Copied to counsel of record via CM/ECF