IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer,          )<br>)<br>Plaintiff,          )<br>)<br>v.          )<br>)<br>ROMAN ARAGON, et al.,          )<br>)<br>Defendants.          )<br>_____) | No. 69cv07941-BB<br><br>Rio Chama Adjudication |

## NOTICE OF UNAVAILABILITY

Bradley S. Bridgewater, counsel for the United States of America, hereby gives notice that he will be out of the country from October 26, 2009 through November 7, 2009 and requests that hearings requiring his presence not be scheduled during that period. During his absence, please contact co-counsel David Gehlert, at (303) 844-1386, or paralegal Yvonne Marsh, at (303) 844-1355, for matters requiring immediate attention.

Respectfully submitted,

/s/ Bradley S. Bridgewater
_____
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
1961 Stout Street – 8th Floor
Denver, CO 80294
(303) 844-1359

COUNSEL FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

    I certify that, on October 6, 2009, I filed the foregoing *Notice Of Unavailability* electronically through the CM/ECF system which caused CM/ECF Participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                       _____/s/_____
                        Bradley S. Bridgewater