IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>          Plaintiff,<br><br>   -v-<br><br>ROMAN ARAGON et al.,<br><br>          Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Subfile Nos. X-1, CHCJ-007-0001 |

ORDER SETTING PRETRIAL CONFERENCE

Pursuant to Fed. Rs. Civ. P. 16 and 53, a pretrial conference is hereby set for Monday, October 26, 2009, at 9:00 a.m. in the Second Floor Auxiliary Courtroom, United States District Court, 106 S. Federal Place, Santa Fe, NM, for the purpose of scheduling hearings on objections to proposed priority dates for the Ghost Ranch Ditch and the Acequia de Monastery of Christ in the Desert (Orders to Show Cause regarding priority dates, August 11, 2009, Docket Nos. 9487, 9488; Objections and Requests for Hearing, August 29, 2009, No. 9495, and September 8, No. 9500).

Counsel for the State of New Mexico, *ex rel.* State Engineer, and the parties shall discuss scheduling and procedural matters prior to October 26, and be prepared with a proposed pretrial scheduling order or, if they are unable to reach agreement, alternative orders(s).

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER