IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| -v- | ) 69cv07941-BB<br>)<br>) RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | )<br>) Sections 1, 3, 5 and 7 |
| Defendants. | )<br>) |

ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53, a general status conference is hereby set for Monday, October 26, 2009, in the Second Floor Auxiliary Courtroom, United States District Court, 106 S. Federal Place, Santa Fe, NM. The status conference will begin immediately following the Pretrial Conference now set for 9:00 a.m. (October 13, 2009, Docket No. 9511). Agenda items include:

1. For Sections 3 and 7,

   a. the status of individual subfile work

   b. the remaining historical reports for Section 7 and further scheduling orders, as discussed at the July 31, 2009, status conference

2. Entry of a consent order quantifying the United States' reserved instream flow right under the Wild and Scenic River Act and planning for appropriate *inter se* proceedings, as discussed at the July 31 status conference

3. For Section 5, scheduling and proposed pleadings for *inter se* proceedings, as discussed July 31

4. For Section 1, the entry of an order setting forth priority dates for purposes of priority administration (replacing the July 14, 2003, Order vacated December 8, 2003, Docket No. 7321, for

all priorities except those included in a pending special master report)

5. Any other matter relevant to completing the adjudication of water rights within Sections 3, 5 and 7

Involved counsel shall be prepared with proposed amendments to existing scheduling orders and/or proposed orders for further proceedings in the matters outlined above.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER