IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1: Chama Mainstream

Winfield Morten Ditch
Subfile Nos. 3.27 & 4.11

## ORDER CONFIRMING PRIORITY DATE
## OF WINFIELD MORTEN DITCH

THIS MATTER comes before the Court on the September 3, 2009 Motion for Order Confirming Priority Date (Doc. No. 9497). Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS, ORDERED, THEREFORE that 1947 priority date of the water rights in subfiles 3.27 and 4.11 (Winfield Morten Ditch) in the Chama Mainstream Section is confirmed.

                                                 /s/ Bruce D. Black
                                                 BRUCE D. BLACK
                                                 UNITED STATES DISTRICT JUDGE

Recommended for Approval:

/s/ Vickie L. Gabin
SPECIAL MASTER VICKIE L. GABIN