IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
)
Plaintiff, )
) 69cv07941-BB
-v- )
) RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
) Sections 3 & 7
Defendants. )
_____ )

ORDER GRANTING MOTION TO EXTEND DEADLINE TO COMPLETE
HISTORICAL REPORTS FOR SECTION 7

THIS MATTER is before the Special Master on the October 20, 2009, Motion to Extend the Deadline to Complete Historical Report for Section 7, filed by the Associación de Acéquias Norteñas de Rio Arriba ("the Acequias") (Doc. No. 9514), proposing a deadline of January 14, 2010 for completing submittal of historical reports by the Acequias for all of Section 7, except the Chama subsection, which has already been completed. The Special Master has considered the Motion and finds the proposed schedules reasonable at this time. This Order amends the Order Adopting Priorities Adjudication Schedule (August 26, 2004, No. 7567), as amended February 21, 2006, and December 27, 2006 and (Nos. 8128, 8523).

IT IS ORDERED, THEREFORE,

That the deadline for the completion and submission of the Acequias' historical report(s) for water uses in all subsections of Section 7 except the Chama subsection shall be January 14, 2010.

IT IS FURTHER ORDERED that no additional extensions of time will be considered absent a hearing on the matter.

IT IS SO ORDERED.

_____
SPECIAL MASTER VICKIE L. GABIN