IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 5: Rio Gallina

Subfile No. CHGA-004-0001C

## ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed September 17, 2009 (Docket No. 9502) to correct a clerical error in the Consent Order filed September 4, 2002 (Docket No. 6847) in connection with Defendants HELEN VIGIL, LINDA VIGIL and OLIVIA VIGIL and Subfile CHGA-004-0001C.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the point of diversion of the water rights described in the Consent Order filed September 4, 2002 (Docket No. 6847) in Subfile CHGA-004-0001C is corrected as follows:

    **Point of Diversion:**
        **Ditch Name:** Placitas Ditch
        **Location X:** 1,460,847 feet    **Y:** 1,899,475 feet
        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

_____
Special Master Vickie L. Gabin