IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7, Rio Brazos

**Subfile No. CHRB-008-0008**

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 30, 2009 (Doc. No. 9508).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Estate of Amelia C. Pond is substituted for defendants Carlos Manzanares Jr., Fermin P. Manzanares, J. Frank Manzanares Sr., Juan J. Manzanares, Tony J. Manzanares Sr., Dilia Manzanares Martinez and Amelia C. Manzanares Pond in these proceedings.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN