IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
  )
       Plaintiff, )
  )    69cv07941-BB
  -v- )
  )    RIO CHAMA STREAM SYSTEM
ROMAN ARAGON et al., )
  )    Section 5 - Rio Gallina
       Defendants. )    Section 1 - Mainstream
  )

## NOTICE OF WORKING SESSION

Pursuant to Fed. R. Civ. P. 53, the Special Master and the Court's Data Manager will conduct an off-the-record working session beginning at 9:00 a.m. on Tuesday, November 10, 2009, in the second floor Jury Assembly Room, United States District Court, 106 S. Federal Place, Santa Fe, NM..  Agenda items are:

    1. Reviewing pleadings, forms, procedures and schedules for the forthcoming *inter se* proceedings in the Rio Gallina Section;

    2. Reviewing relevant adjudication data and formulating a working plan for confirming Mainstream priority dates (*see* Motion Requesting an Order Setting Forth Priority Dates for Purposes of Priority Administration, June 25, 2003, Docket No. 7194; Order granting the Motion, July 14, 2003, No. 7199; and Order Vacating July 14, 2003, Order, December 8, 2003, No. 7321).

    Office of the State Engineer technical staff members whose expertise is helpful to accomplishing the tasks above should, if possible, attend with counsel.

   IS SO ORDERED.

                                                                         */s/ Vickie L. Gabin*
                                                                         SPECIAL MASTER