## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.     )
State Engineer, et al.,         )
                                )
            Plaintiffs,         )                69cv07941-BB-ACE
                                )
            v.                  )                RIO CHAMA ADJUDICATION
                                )
RAMON ARAGON, et al.,           )                GAL 10.1
                                )
            Defendants.         )
_____

## ENTRY OF APPEARANCE
## FOR VISTA, LTD.

        COMES NOW Seth R. Fullerton, Stein & Brockmann, P.A. and enters his appearance on

behalf of Vista, Ltd.

        Dated this 9th day of November, 2009.


                                Respectfully submitted,


                                /s/ Seth R. Fullerton_____
                                Seth R. Fullerton
                                STEIN & BROCKMANN, P.A.
                                P.O. Box 5250
                                Santa Fe, NM 87502-5250
                                srfullerton@newmexicowaterlaw.com
                                Telephone     (505) 983-3880
                                Fax:          (505) 986-1028

                                Attorney for Vista, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that, on November 9, 2009, I filed the foregoing *Entry of Appearance for Vista, Ltd.* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**David A. Benavides**
davidb@nmlegalaid.org

**Leander Bergen**
lbergen@nativeamericanlawyers.com

**Frank M Bond**
fbond@simonsfirm.com,ssandoval@simonsfirm.com,ggonzales@simonsfirm.com,fbond @mac.com

**Bradley S. Bridgewater**
bradley.s.bridgewater@usdoj.gov,gary.durr@usdoj.gov,jennifer.vaughn2@usdoj.gov,yvo nne.marsh@usdoj.gov

**Christina J Bruff**
cjb@lrpa-usa.com

**Tessa T. Davidson**
ttd@tessadavidson.com

**Rebecca A. Dempsey**
rdempsey@wkkm.com,fmtz@wkkm.com

**Charles T. DuMars**
ctd@lrpa-usa.com

**Jennifer J Dumas**
jdumas@nordhauslaw.com,mchavez@nordhauslaw.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com,mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Vickie L. Gabin**
vlgabin@nm.net

**David W Gehlert**
david.gehlert@usdoj.gov,efile_nrs.enrd@usdoj.gov,jennifer.vaughn2@usdoj.gov,judy.tet
reault@usdoj.gov,lori.montano@usdoj.gov

**Ryan Margaret Golten**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com,svelody@nordhauslaw.com

**Karla JaNelle Haught**
janelle.haught@state.nm.us

**Mary E. Humphrey**
humphrey@newmex.com

**Susan G Jordan**
sjordan@nordhauslaw.com,vruiz@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com,melissa@danieljofriel.com,veronica@danieljofriel.com

**John F. McCarthy , Jr**
jfmc@wkkm.com

**David C Mielke**
dmielke@abqsonosky.com,sdressler@abqsonosky.com

**Edward G. Newville**
ednewville@rgunwired.net,connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.k
ipnes@state.nm.us,hilario.rubio@state.nm.us

**Brett J Olsen**
brett_olsen@msn.com

**Marcus J Rael , Jr**
marcus@roblesrael.com,nicole@roblesrael.com,diane@roblesrael.com

**Walter L. Reardon , Jr**
walter@reardonlawnm.com

**Gregory C. Ridgley**
greg.ridgley@state.nm.us,marjorie.dryden@state.nm.us,vina.gallegos@state.nm.us

**Arianne Singer**
arianne.singer@state.nm.us,lula.valdez@state.nm.us,connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.kipnes@state.nm.us,vina.gallegos@state.nm.us

**John W. Utton**
jwu@ssslawfirm.com,lb@ssslawfirm.com,vaa@ssslawfirm.com,djs@ssslawfirm.com

**Timothy A Vollmann**
tim_vollmann@hotmail.com

**Fred Waltz**
fwaltz@kitcarson.net,cortega@kitcarson.net

/s/ Seth R. Fullerton
Seth R. Fullerton

P:\Vista LLC\Pleadings\Entry of Appearance SRF 10.26.09.doc

4