IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,* | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream |

INTERIM SCHEDULING ORDER FOR THE ADJUDICATION
OF IRRIGATION WATER USES IN THE VALLECITO AND RIO DEL OSO AREAS

  The Court enters this Order *sua sponte* following the general status conference held in Santa Fe on October 26, 2009, and discussion with counsel on the survey of irrigation water uses in the general area of Vallecito and the Rio del Oso in Section 1 (Chama Mainstream) of the Rio Chama Stream System during the November 10 working session.

  1. The State of New Mexico shall complete any required field work in connection with a survey of irrigation water uses in the general area of Vallecito and the Rio del Oso no later than July 15, 2010.

  2. No later than July 30, 2010, counsel for the State of New Mexico, *ex rel*. State Engineer, shall file a proposed scheduling order for the adjudication of irrigation water uses in this area. The proposed scheduling order shall track existing scheduling orders entered in other sections of the Rio Chama Stream System adjudication and include deadlines for service of proposed consent orders, answers, field sessions, etc..

  3. Proposed consent orders will describe all the elements of these irrigation water rights with the exception of irrigation water requirements, the determination of which will be reserved for a

future time.

    IT SO ORDERED.

_____<br>
SPECIAL MASTER