IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.* )
State Engineer                              )
          Plaintiff,                    )        69cv07941-BB
                      )
      vs.                                 )        RIO CHAMA STREAM SYSTEM
                      )
ROMAN ARAGON, *et al.,*           )        Section 5, Rio Gallina
          Defendants.                )

## NOTICE OF INTENT TO PARTICIPATE IN *INTER SE* PROCEEDINGS

      The party named below claims water rights in Section 5 of the Rio Chama Stream System and intends to participate in the resolution of *inter se* objections to the provisions of the proposed Partial Final Judgment and Decree on Surface Water Rights in Section 5 of the Rio Chama Stream System. **PLEASE TYPE OR PRINT:**

FULL NAME OF PARTY     _____

MAILING ADDRESS     _____

                                _____

TELEPHONE NUMBER     _____

PLEASE LIST THE OBJECTIONS FOR WHICH YOU INTEND TO PARTICIPATE:
(additional forms may be filed with the Court if necessary)

OBJECTION(S) FILED BY     _____

                                _____

SUBFILE NUMBER(S)     _____

                                _____

      I understand that I (or my attorney) must attend a mandatory scheduling and pretrial conference to held at a time and place to be announced in order to be allowed to participate in the resolution of *inter se* objections.

Signed: _____ Dated: _____

**This notice must filed with the Court, either in person or by mail to be received by the Court, no later than May 17, 2010 at the following address: United States District Court Clerk, 106 S. Federal Place, Santa Fe, NM 87501.**

*Ex. F*