IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* Defendants. | ) ) ) | Section 5, Rio Gallina |

## *INTER SE* OBJECTION TO SURFACE WATER IRRIGATION RIGHTS

The person or entity named below files this *inter se* objection to the surface water irrigation rights described in the Addendum to the Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System.

**PLEASE TYPE OR PRINT:**

FULL NAME & MAILING ADDRESS  _____

_____

DESCRIPTION OF YOUR OWN WATER RIGHTS IN SECTION 5  _____

_____

**WATER RIGHTS TO WHICH YOU OBJECT:** (additional forms may be used if necessary)

SUBFILE NUMBER  _____

DEFENDANT/OWNER  _____

BASIS OF OBJECTION  _____

_____

I understand that I (or my attorney) must attend a mandatory scheduling and pretrial conference to held at a time and place to be announced. Further procedures for hearing *inter se* objections will be determined at the conference.

Signed: _____   Dated: _____

**This notice must filed with the Court, either in person or by mail to be received by the Court, no later than March 1, 2010 at the following address: United States District Court Clerk, 106 S. Federal Place, Santa Fe, NM 87501.**

Ex. E