IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5, Rio Gallina |

### CERTIFICATE OF SERVICE

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned Counsel of record, hereby certifies that it mailed copies of its November 24, 2009, *Motion to Establish Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System* (Docket No. __9533__) to the non-CM-ECF participants in Section 5 at the addresses listed on the following pages, one through seven.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

CHGA-001-0001
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA, NM 87017

CHGA-001-0002
REDUCINDA MAESTAS
P.O. BOX 12
COYOTE, NM 87012

CHGA-001-0003
VIVIAN SUAZO TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE, NM 87505-5380

CHGA-001-0004
MANUELITA CORDOVA
P.O. BOX 73
GALLINA, NM 87017

CHGA-001-0005
JOE O CORDOVA
P.O. BOX 21
GALLINA, NM 87017

CHGA-001-0006
VIVIAN SUAZO TRUST
c/o PORFIRIA JARAMILLO, TRUSTEE
2991 CAMINO PIEDRA LUMBRE
SANTA FE, NM 87505-5380

CHGA-001-0007
SIMONITA MAESTAS ESTATE
1007 HIGHWAY 550
AZTEC, NM 87410

CHGA-001-0008A
PORFIRIA JARAMILLO
2991 CM. PIEDRA LUMBRE
SANTA FE, NM 87505

CHGA-001-0008B
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA, NM 87017

CHGA-001-0009
ALFONSO CORDOVA
HC 78 BOX 10
GALLINA, NM 87017

CHGA-001-0009
FERMIN SALAZAR
JULIA SALAZAR
P.O. BOX 40
GALLINA, NM 87017

CHGA-001-0010
ELVIRA CHAVEZ
LEONARDO CHAVEZ
3503 SIERRA VISTA
FARMINGTON, NM 87402

CHGA-001-0011
AMADEO SEGURA
CRUZITA SEGURA
5309 VALLEY VIEW AVE
FARMINGTON, NM 87402

CHGA-001-0012
ARTURO R MONTOYA
SARITA V MONTOYA
1005 BELLAS LANE
ESPANOLA, NM 87532

CHGA-001-0013
URSULITA VIGIL
HR 78 BOX 16
GALLINA, NM 87017

CHGA-001-0014
WILLIE A SUAZO
HC 78 BOX 15
GALLINA, NM 87017

CHGA-001-0015
ALVIN SUAZO
P.O. BOX 1814
CUBA, NM 87013

CHGA-001-0016
MANUEL GARCIA
P.O. BOX 544
CUBA, NM 87013

CHGA-001-0017
URSULITA VIGIL
HR 78 BOX 16
GALLINA, NM 87017

CHGA-001-0018
WILLIE A SUAZO
HC 78 BOX 15
GALLINA, NM 87017

CHGA-002-0001
EDITH MARTINEZ
ROBERTO MARTINEZ
P.O. BOX 70
GALLINA, NM 87017

CHGA-002-0002
CONRADO GOMEZ
MARY IRENE GOMEZ
2201 MARIE PLACE NW
ALBUQUERQUE, NM 87104

CHGA-002-0003A
ERNESTO J. SERRANO JR.
P.O. BOX 146
GALLINA, NM 87017

CHGA-002-0003B
ELAINE M VALDEZ
MARK W. VALDEZ
P.O. BOX 136
GALLINA, NM 87017

Page 1

CHGA-002-0003C
MAURICE L SERRANO
P.O. BOX 231
EL RITO, NM  87530

CHGA-002-0004
COSME S CHACON
P.O. BOX 4
GALLINA, NM  87017

CHGA-002-0004
JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO, NM  87124

CHGA-002-0004
FULGENCIO CHACON
P.O. BOX 24
GALLINA, NM  87017

CHGA-002-0004
JOSE L CHACON
P.O. BOX 95
GALLINA, NM  87017

CHGA-002-0005
FLORENCE SHIPLEY
#16 CO RD. 6403
KIRKLAND, NM  87417-9555

CHGA-002-0006A
HENRY L JACQUEZ
1110 MAEZ RD
SANTA FE, NM  87501

CHGA-002-0006B
JOSE L CHACON
P.O. BOX 95
GALLINA, NM  87017

CHGA-002-0006B
COSME S CHACON
P.O. BOX 4
GALLINA, NM  87017

CHGA-002-0006B
JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO, NM  87124

CHGA-002-0006B
FULGENCIO CHACON
P.O. BOX 24
GALLINA, NM  87017

CHGA-002-0007
ROBERT FIDEL ARELLANO
1100 KANSAS
GREEN RIVER, WY  82935

CHGA-002-0007
ELISAIDA PADILLA
P.O. BOX 12
GALLINA, NM  87017

CHGA-002-0008
LUZ GONZALES
P.O. BOX 138
GALLINA, NM  87017

CHGA-002-0009A
DANIEL K. GONZALES
P.O. BOX 6
GALLINA, NM  87017

CHGA-002-0009B
AMANDA GONZALES
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA, NM  87017

CHGA-002-0009B
SELUSTRIANO GONZALES SR.
P.O. BOX 102
GALLINA, NM  87017

CHGA-002-0009C
VIVIAN SUAZO
c/o PORFIRIA JARAMILLO
2991 CAMINO PIEDRA LUMBRE
SANAT FE, NM  87505-5380

CHGA-002-0010
MIGUEL LUJAN
P.O. BOX 685
ESPANOLA, NM  87532

CHGA-002-0011
JOSE DOLORES GONZALES
STELLA M. GONZALES
# 18 ROAD 5295
FARMINGTON, NM  87401

CHGA-002-0012
ALFONSO CORDOVA JR
HC 78, BOX 10
GALLINA, NM  87017

CHGA-002-0013
CLEMENT L. SUAZO
DIANA SUAZO
P.O. BOX 824
CUBA, NM  87013

CHGA-002-0014
AMANDA GONZALES
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA, NM  87017

CHGA-002-0014
SELUSTRIANO GONZALES SR.
P.O. BOX 102
GALLINA, NM  87017

| | | |
|---|---|---|
| CHGA-002-0015<br>RAYMOND SUAZO<br>10212 LUZ DEL DIA, NW<br>ALBUQUERQUE, NM  87114 | CHGA-002-0016<br>JULIE PEDERSON<br>P.O. BOX 142<br>GALLINA, NM  87017-0142 | CHGA-002-0017<br>EZEQUIEL CORDOVA<br>P.O. BOX 53<br>EAST CARBON CITY, UT  84520 |
| CHGA-002-0018<br>RAMONCITA MAESTAS<br>4205 HUDSON ST<br>FARMINGTON, NM  87402 | CHGA-002-0020<br>MAX MAESTAS<br>801 E. SPRUCE<br>FARMINGTON, NM  87401 | CHGA-002-0020<br>ALFIRIO MAESTAS<br>3202 CORONADO AVE.<br>FARMINGTON, NM  87401 |
| CHGA-002-0021A<br>DAVID CHAVEZ<br>P.O. BOX 14<br>GALLINA, NM  87017 | CHGA-002-0021B<br>RONALD CHAVEZ<br>P.O. BOX 92<br>GALLINA, NM  87017 | CHGA-002-0021C<br>THELMA CHAVEZ<br>P.O. BOX 184<br>GALLINA, NM  87017 |
| CHGA-002-0022<br>MARTHA CORDOVA<br>P.O .BOX 57<br>GALLINA, NM  87017 | CHGA-002-0023<br>FRANK JACQUEZ<br>P.O. BOX 78<br>GALLINA, NM  87017 | CHGA-002-0024A<br>JOE VELASQUEZ<br>P.O. BOX 47<br>GALLINA, NM  87017 |
| CHGA-002-0024B<br>LAURA  A. VELASQUEZ<br>STEVE E. VELASQUEZ<br>P.O. BOX 23<br>GALLINA, NM  87017 | CHGA-002-0025<br>ROGELIO CORRALES<br>P.O. BOX 33<br>GALLINA, NM  87017 | CHGA-002-0026<br>ABRAM CORDOVA<br>c/o MARY E. HUMPHREY, ESQ.<br>P.O. BOX 1574<br>EL PRADO, NM  87529 |
| CHGA-002-0027A<br>GABRIEL MAESTAS JR.<br>MARY ANN MAESTAS<br>P.O. BOX 5<br>GALLINA, NM  87017 | CHGA-002-0027A<br>GENEVIEVE M. VELASQUEZ<br>LUIS TOBY VELASQUEZ<br>5505 SICILY RD. NW<br>ALBYQUERQUE, NM  87114 | CHGA-002-0027B<br>GABRIEL MAESTAS JR.<br>MARY ANN MAESTAS<br>P.O. BOX 5<br>GALLINA, NM  87017 |
| CHGA-002-0028A<br>VINCENTE JACQUEZ<br>GENERAL DELIVERY<br>GALLINA, NM  87017 | CHGA-002-0028B<br>MARY L ESPINOZA<br>P.O. BOX 164<br>GALLINA, NM  87017 | CHGA-002-0028C<br>CRISTOBAL JACQUEZ<br>HC 78 BOX 1095<br>ZANONI, MO  65784 |
| CHGA-002-0028D<br>SYLVIA MIDDLETON<br>P.O. BOX 46<br>GALLINA, NM  87017 | CHGA-002-0029<br>VIVIAN SALAZAR<br>1118 CALLE LA RESOLANA<br>SANTA FE, NM  87507-5115 | CHGA-002-0030A<br>PHILLIP JACQUEZ<br>P.O. BOX 191<br>GALLINA, NM  87017 |

CHGA-002-0030B
UBALDO JACQUEZ
P.O. BOX 181
GALLINA, NM  87017

CHGA-002-0031
RAMONA JACQUEZ ESTATE
c/o SUSAN H. CAMRUD, ESQ.
P.O. BOX 749
FARMINGTON, NM  87499

CHGA-002-0032
ALICE JACQUEZ
P.O. BOX 48
GALLINA, NM  87017

CHGA-002-0033
DELFIN JACQUEZ
RITA JACQUEZ
P.O. BOX 103
GALLINA, NM  87017

CHGA-002-0034
ISABEL LUCERO
401 LA VEGA RD, SW
ALBUQUERQUE, NM  87105

CHGA-002-0035A
LEORA JACQUEZ LUCERO
1313 APODACA DR SW
ALBUQUERQUE, NM  87121

CHGA-002-0035B
ANDREW J. LEYBA
ANTHONY LEYBA
EDWARD LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE, NM  87105

CHGA-002-0036
CASSILDA JACQUEZ SERRANO
P.O. BOX 211
GALLINA, NM  87017

CHGA-002-0037
GILBERT JACQUEZ
5101 SPINNING WHEEL NW
ALBUQUERQUE, NM  87120

CHGA-002-0038
ESTATE OF ODELLA LOVATO
132 ORCHARD GARDEN RD. SW
ALBUQUERQUE, NM  87105

CHGA-002-0039
ELISEO JACQUEZ
P.O. BOX 82
GALLINA, NM  87017

CHGA-002-0040
JACOBO ARELLANO
P.O. BOX 7
GALLINA, NM  87017

CHGA-002-0041
JOSE L CHACON
P.O. BOX 95
GALLINA, NM  87017

CHGA-002-0042
MARINO JACQUEZ
P.O. BOX 614
CUBA, NM  87013

CHGA-002-0043
ALICE MADRID
ORLANDO MADRID
P.O. BOX 147
GALLINA, NM  87107

CHGA-002-0044
AURELIA CHAVEZ
SAM CHAVEZ
P.O. BOX 115
GALLINA, NM  87017

CHGA-002-0045
SHIRLEY CORDOVA
P.O. BOX 21
GALLINA, NM  87017

CHGA-002-0046
RICHARD CORDOVA
P.O. BOX 172
GALLINA, NM  87017

CHGA-002-0047
ALICE JACQUEZ
P.O. BOX 48
GALLINA, NM  87017

CHGA-002-0048
AURELIA CHAVEZ
SAM CHAVEZ
P.O. BOX 115
GALLINA, NM  87017

CHGA-002-0049
MANUEL S. ARELLANO
P.O. BOX 60
GALLINA, NM  87017

CHGA-002-0049
MARIA C. ARELLANO
P.O. BOX 60
GALLINA, NM  87017

CHGA-002-0050
MIKE JACQUEZ
906 N. MONTEREY AVE.
FARMINGTON, NM  87401

CHGA-002-0051
ELI MAESTAS
P.O. BOX 2025
KIRTLAND, NM  87417

CHGA-003-0001A
EUGENIO SANCHEZ ESTATE
c/o CORINE JACQUEZ GONZALES
843 OLD SANTA FE TRAIL
SANTA FE, NM 87501

CHGA-003-0001B
WILLIE CHAVEZ
P.O. BOX 8
GALLINA, NM 87107

CHGA-003-0002
WILLIE CHAVEZ
P.O. BOX 8
GALLINA, NM 87107

CHGA-003-0003A
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0003B
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0003C
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0003D
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0004A
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0004B
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0005
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0006
ANTONETTE B. LOVATO
JOHNNY A.D. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA, NM 87532

CHGA-003-0007
JUAN C CHAVEZ
PATSY L CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0007
PIEDAD CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0007
JOSE P CHAVEZ
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM 87529

CHGA-003-0008
ARCELIA CHACON
COSME L CHACON
P.O. BOX 43
GALLINA, NM 87017

CHGA-003-0009
REINA MAESTAS
P.O. BOX 131
GALLINA, NM 87017

CHGA-003-0010
FULGENCIO JACQUEZ
JUANITA A JACQUEZ
P.O. BOX 244
GALLINA, NM 87017

CHGA-003-0011
ROGER JACQUEZ
c/o GARY JACQUEZ
P.O. BOX 2315
ESPANOLA,, NM 87532

CHGA-003-0012A
DOROTHY JACQUEZ
P.O. BOX 995
ESPANOLA, NM 87532

CHGA-003-0012B
EDDIE GARCIA
P.O. BOX 51109
ESPANOLA, NM 87532

CHGA-003-0012C
MARY ANN JACQUEZ
P.O. BOX 995
ESPANOLA, NM 87532

CHGA-003-0013
ALVIN N. JACQUEZ
P.O. BOX 27
GALLINA, NM 87017

CHGA-003-0014
HERMAN JACQUEZ
PAULINE JACQUEZ
P.O. BOX 39
GALLINA, NM 87017

CHGA-003-0015
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND, NM 87417

CHGA-003-0016
REINA MAESTAS
P.O. BOX 131
GALLINA, NM  87017

CHGA-003-0017
JOSE L CHACON
P.O. BOX 95
GALLINA, NM  87017

CHGA-003-0018
ARCELIA CHACON
COSME L CHACON
P.O. BOX 43
GALLINA, NM  87017

CHGA-003-0019
JOSE Z CHACON
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM  87529

CHGA-003-0020
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND, NM  87417

CHGA-003-0021
JOSE Z CHACON
LUCINDA CHACON
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM  87529

CHGA-003-0022
ROGER F. CORRALES
P.O. BOX 194
GALLINA, NM  87017

CHGA-003-0023
LEVI A. SANCHEZ
MARY SANCHEZ
P.O. BOX 1112
ABIQUIU, NM  87510

CHGA-003-0024A
COSME S CHACON
P.O. BOX 4
GALLINA, NM  87017

CHGA-003-0024B
ATILANA JACQUEZ
UBALDO JACQUEZ
4401 ROWE AVE
FARMINGTON, NM  87402

CHGA-003-0025
JOSE L CHACON
P.O. BOX 95
GALLINA, NM  87017

CHGA-003-0026
VIRGINIA LEWELLEN
309 N. 3RD ST.#46
BLOOMFIELD, NM  87413

CHGA-003-0027
MAX A. MARTINEZ
NEIVES MARTINEZ
P.O. BOX 145
GALLINA, NM  87017

CHGA-003-0028
ALICE JACQUEZ
P.O. BOX 48
GALLINA, NM  87017

CHGA-003-0029
L. MARISA RODRIGUEZ
MONICA T. RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE, NM  87120

CHGA-003-0029
PATRICK RODRIGUEZ
228A SR 399
ESPANOLA, NM  87532

CHGA-003-0030
HERMAN JACQUEZ
PAULINE JACQUEZ
P.O. BOX 39
GALLINA, NM  87017

CHGA-003-0030
ALVIN N. JACQUEZ
P.O. BOX 27
GALLINA, NM  87017

CHGA-003-0031
JOSE L CHACON
P.O. BOX 95
GALLINA, NM  87017

CHGA-004-0001A
MARY VIGIL
P.O. BOX 13
GALLINA, NM  87017

CHGA-004-0001A
ROBERT M. VIGIL
P.O. BOX 108
GALLINA, NM  87017

CHGA-004-0001A
JULIAN VIGIL
P.O. BOX 122
GALLINA, NM  87017

CHGA-004-0001B
HELEN VIGIL
P.O. BOX 234
EL RITO, NM  87530

CHGA-004-0001B
OLIVIA VIGIL
P.O. BOX 592
ESPANOLA, NM  87532

CHGA-004-0001B
LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE, NM  87120

CHGA-004-0001C
HELEN VIGIL
P.O. BOX 234
EL RITO, NM  87530

CHGA-004-0001C
OLIVIA VIGIL
P.O. BOX 592
ESPANOLA, NM  87532

CHGA-004-0001C
LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE, NM  87120

CHGA-004-0002
TOMMY F. CHACON
P.O. BOX 106
GALLINA, NM  87017

CHGA-004-0003
FAYE DAVIS
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM  87529

CHGA-004-0004
ABRAM CORDOVA
c/o MARY E. HUMPHREY, ESQ.
P.O. BOX 1574
EL PRADO, NM  87529

CHGA-004-0005
ESTATE OF EDUVIGEN SERRANO
c/o GERALDINE SERRANO
P.O. BOX 525
SANTA CRUZ, NM  87567

CHGA-004-0006
MARY VIGIL
P.O. BOX 13
GALLINA, NM  87017

CHGA-004-0006
JULIAN VIGIL
P.O. BOX 122
GALLINA, NM  87017

CHGA-004-0006
ROBERT M. VIGIL
P.O. BOX 108
GALLINA, NM  87017

CHGA-005-0003
RICHARD T. HARVEY
HC 70 BOX 412
PECOS, NM  87552

CHGA-005-0003
ONOFRE SANCHEZ
TOMAS SANCHEZ
P.O. BOX 44 OR 42
GALLINA, NM  87017

CHGA-005-0004
ROBERT M. VIGIL
P.O. BOX 108
GALLINA, NM  87017

CHGA-005-0004
JULIAN VIGIL
P.O. BOX 122
GALLINA, NM  87017

CHGA-005-0004
MARY VIGIL
P.O. BOX 13
GALLINA, NM  87017