IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer

          Plaintiff,

   vs.

ROMAN ARAGON, *et al.*,

          Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Sections 3 & 7

## CERTIFICATE OF SERVICE

     I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed below was mailed to each of the following defendants on the 30th day of November, 2009.

Subfile No. CHCJ-003-0070
Docket No. 9531
Donald Martinez
P.O. Box 52
El Rito, NM 87530

Subfile No. CHCJ-003-0002
Docket No. 9530
Samuel S. Serrano
3514 S. 575 W
Syracuse, Utah 84075

Subfile No. CHCV-001-0008B
Docket No. 9532
Friends of the Cumbres & Toltec Scenic RR, Inc.
William J. Lock, Esq.
5732 Osuna Rd. NE
Albuquerque, NM 87109-2527

CHRB-008-0008
Docket No. 9529
Estate of Amelia C. Pond
Antonio J. Manzanares, PR
Priscilla Hunnel, PR
PO Box 307
Tierra Amarilla, NM 87575

I hereby certify that a true, file-stamped copy of the Consent Order for the subfile listed

below was mailed to the following defendant on the 2nd day of November, 2009.

CHCJ-001-0002
Docket No. 9520
Donald Martinez
P.O. Box 52
El Rito, NM 87530

I hereby certify that a true, file-stamped copy of the Consent Order for the subfiles listed

below was mailed to each of the following defendants on the 27th  day of August, 2009.

CHCJ-002-0026
Docket No. 9493
Moises Morales, Jr.
Henrietta Morales
P.O. Box 54
Tierra Amarilla, NM 87575

CHCJ-003-0003
Docket No. 9492
Moises Morales, Jr.
P.O. Box 54
Tierra Amarilla, NM 87575

Dated: November 30, 2009

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile