IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941–BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | |

## NOTICE OF UNAVAILABILITY

    EDWARD G. NEWVILLE, counsel for the Plaintiff State of New Mexico, *ex rel.* State Engineer, hereby gives notice that he will be unavailable from December 18, 2009 until January 25, 2010. In his absence, please contact Arianne Singer at the Office of the State Engineer (505) 867-3866.

    Respectfully submitted,

    /s/ Ed Newville
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of December, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.