IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,* | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Acequia de Monastery of Christ in the Desert<br>Subfile No. X-1 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2009, pursuant to the November 4, 2009 *Pretrial Order for Determination of Priority Date for Acequia de Monastery of Christ in the Desert* (Doc. No. 9524), I served a copy of the Plaintiff State of New Mexico's initial discovery disclosures on the following persons by first-class mail:

Fred J. Waltz
214 B Kit Carson Rd.
Taos, NM 87571-6474

                                                    /s/ Ed Newville
                                         EDWARD G. NEWVILLE
                                         Special Assistant Attorney General
                                         Office of State Engineer
                                         P.O. Box 25102
                                         Santa Fe, NM 87504-5102
                                         (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of December, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

                                                /s/ Ed Newville
                                                EDWARD G.  NEWVILLE