IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,* | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Ghost Ranch Ditch<br>Subfile No. CHCJ-007-0001 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, pursuant to the November 9, 2009 *Pretrial Order for Determination of Priority Date for Ghost Ranch Ditch* (Doc. No. 9526), I served a copy of the Plaintiff State of New Mexico's initial discovery disclosures on the following persons by first-class mail:

Peter B. Shoenfeld
P.O. 2421
Santa Fe, NM 87504-2421

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　　　　　(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  4th  day of December, 2009 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

      /s/ Ed Newville
    EDWARD G. NEWVILLE