IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) |
| ROMAN ARAGON et al., | ) RIO CHAMA STREAM SYSTEM ) ) |
| Defendants. | ) ) ) |

NOTICE OF UNAVAILABILITY

Please be advised that I will be unavailable from December 19, 2009, through January 3, 2010. Motions for extensions of time or for any other reason will be considered on January 4. For matters which require immediate attention, contact Ms. Karla Bruner, the Court's data manager, at (505) 866-0711, or kbruner@q.com .

_Vickie L. Gabin_
SPECIAL MASTER