IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

6:69-cv-07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

**Subfile No. CHCJ-003-0086A**

## ORDER GRANTING MOTION TO VACATE CONSENT ORDER

THIS MATTER is before the Court on the State of New Mexico's Motion to Vacate Consent Order filed November 30, 2009 (Doc. No. 9536).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the Consent Order filed January 25, 2002 (Doc. No. 6499) in subfile CHCJ-003-0086A is hereby vacated.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN