IN THE DISTRICT COURT OF RIO ARRIBA COUNTY
STATE OF NEW MEXICO

STATE OF NEW MEXICO, on the )
relation of S. E. REYNOLDS, )
State Engineer, )
                              )
              Plaintiff,      )     No. 8294
                              )
        vs.                   )     Barranca Ditch
                              )
ROMAN ARAGON, et al.,         )
                              )
              Defendants.     )

Filed June 20th, 1967
By Cleo T. Blanchard

## ORDER

This matter coming on to be heard upon the report of the Honorable Robert M. Schwartz, Special Master in the above styled and captioned cause, and notice of the filing of the said Special Master Report having been given to counsel of record for defendant Agapito Duran, and more than ten days have elapsed since the giving of said notice, and the Court having considered the said report and being otherwise fully advised in the premises finds that the said Special Master Report as to defendant Agapito Duran should be and hereby is confirmed and adopted.

IT IS THEREFORE ORDERED that the water rights of defendant Agapito Duran in sub-file 570 should be and hereby are as follows:

    State Engineer File No.:  None
    Priority:  1906
    Source of water:  Frijoles Spring, tributary to the Rio Chama
    Point of diversion:  A private ditch diverting out of the
      Frijoles Creek within Frijoles Canyon
    Location & amount of acreage:  Within Frijoles Canyon,
      2.0 acres
    Amount of water:  Not to exceed two (2) acre-feet per
      acre per annum delivered at the farm headgate

                            s/ Wm. MacPherson
                            ─────────────────
                                District Judge