IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of rthe State Engineer,

        Plaintiff,

  -v-

RAMON ARAGON *et al.*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

## NOTICE OF MAILING

This Notice is filed by the Court to certify that the persons listed on Exhibit A, attached hereto, were sent a copy of the *Order Establishing Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System* filed December 14, 2009 (Docket No. 9543) by first-class mail on December 16, 2009. The subfile numbers, names and addresses listed in Exhibit A were provided by the New Mexico Office of the State Engineer.

                                                  */s/ Vickie L. Gabin*
                                            Special Master Vickie L. Gabin

*Exhibit A*

| Subfile | Name | Care of | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| CHGA-001-0001 | SUAZO, MIGUEL D. | | HC 78 BOX 15 | GALLINA | NM | 87017 |
| CHGA-001-0002 | MAESTAS, REDUCINDA | | P.O. BOX 12 | COYOTE | NM | 87012 |
| CHGA-001-0003 | VIVIAN SUAZO TRUST | PORFIRIA JARAMILLO, TRUSTEE | 2991 CAMINO PIEDRA LUMBRE | SANTA FE | NM | 87505-5380 |
| CHGA-001-0004 | CORDOVA, MANUELITA | | P.O. BOX 73 | GALLINA | NM | 87017 |
| CHGA-001-0005 | CORDOVA, JOE O. | | P.O. BOX 21 | GALLINA | NM | 87017 |
| CHGA-001-0006 | VIVIAN SUAZO TRUST | PORFIRIA JARAMILLO, TRUSTEE | 2991 CAMINO PIEDRA LUMBRE | SANTA FE | NM | 87505-5380 |
| CHGA-001-0007 | SIMONITA MAESTAS ESTATE | | 1007 HIGHWAY 550 | AZTEC | NM | 87410 |
| CHGA-001-0008A | JARAMILLO, PORFIRIA | | 2991 CM. PIEDRA LUMBRE | SANTA FE | NM | 87505 |
| CHGA-001-0008B | SUAZO, MIGUEL D. | | HC 78 BOX 15 | GALLINA | NM | 87017 |
| CHGA-001-0009 | CORDOVA, ALFONSO | | HC 78 BOX 10 | GALLINA | NM | 87017 |
| CHGA-001-0009 | SALAZAR, FERMIN | | P.O. BOX 40 | GALLINA | NM | 87017 |
| CHGA-001-0009 | SALAZAR, JULIA | | P.O. BOX 40 | GALLINA | NM | 87017 |
| CHGA-001-0010 | CHAVEZ, ELVIRA | | 3503 SIERRA VISTA | FARMINGTON | NM | 87402 |
| CHGA-001-0010 | CHAVEZ, LEONARDO | | 3503 SIERRA VISTA | FARMINGTON | NM | 87402 |
| CHGA-001-0011 | SEGURA, AMADEO | | 5309 VALLEY VIEW AVE | FARMINGTON | NM | 87402 |
| CHGA-001-0011 | SEGURA, CRUZITA | | 5309 VALLEY VIEW AVE | FARMINGTON | NM | 87402 |
| CHGA-001-0012 | MONTOYA, ARTURO R. | | 1005 BELLAS LANE | ESPANOLA | NM | 87532 |
| CHGA-001-0012 | MONTOYA, SARITA V. | | 1005 BELLAS LANE | ESPANOLA | NM | 87532 |
| CHGA-001-0013 | VIGIL, URSULITA | | HR 78 BOX 16 | GALLINA | NM | 87017 |
| CHGA-001-0014 | SUAZO, WILLIE A. | | HC 78 BOX 15 | GALLINA | NM | 87017 |
| CHGA-001-0015 | SUAZO, ALVIN | | P.O. BOX 1814 | CUBA | NM | 87013 |
| CHGA-001-0016 | GARCIA, MANUEL | | P.O. BOX 544 | CUBA | NM | 87013 |
| CHGA-001-0017 | VIGIL, URSULITA | | HR 78 BOX 16 | GALLINA | NM | 87017 |
| CHGA-001-0018 | SUAZO, WILLIE A. | | HC 78 BOX 15 | GALLINA | NM | 87017 |
| CHGA-002-0001 | MARTINEZ, EDITH | | P.O. BOX 70 | GALLINA | NM | 87017 |

| Subfile | Name | Care of | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| CHGA-002-0001 | MARTINEZ, ROBERTO | | P.O. BOX 70 | GALLINA | NM | 87017 |
| CHGA-002-0002 | GOMEZ, CONRADO | | 2201 MARIE PLACE NW | ALBUQUERQUE | NM | 87104 |
| CHGA-002-0002 | GOMEZ, MARY IRENE | | 2201 MARIE PLACE NW | ALBUQUERQUE | NM | 87104 |
| CHGA-002-0003A | SERRANO, ERNESTO J. JR. | | P.O. BOX 146 | GALLINA | NM | 87017 |
| CHGA-002-0003B | VALDEZ, ELAINE M. | | P.O. BOX 136 | GALLINA | NM | 87017 |
| CHGA-002-0003B | VALDEZ, MARK W. | | P.O. BOX 136 | GALLINA | NM | 87017 |
| CHGA-002-0003C | SERRANO, MAURICE L. | | P.O. BOX 231 | EL RITO | NM | 87530 |
| CHGA-002-0004 | CHACON, COSME S. | | P.O. BOX 4 | GALLINA | NM | 87017 |
| CHGA-002-0004 | CHACON, FULGENCIO | | P.O. BOX 24 | GALLINA | NM | 87017 |
| CHGA-002-0004 | CHACON, JOSE B. | | 413 CHRISTINE DR. NE | RIO RANCHO | NM | 87124 |
| CHGA-002-0004 | CHACON, JOSE L. | | P.O. BOX 95 | GALLINA | NM | 87017 |
| CHGA-002-0005 | SHIPLEY, FLORENCE | | #16 CO RD. 6403 | KIRKLAND | NM | 87417-9555 |
| CHGA-002-0006A | JACQUEZ, HENRY L. | | 1110 MAEZ RD | SANTA FE | NM | 87501 |
| CHGA-002-0006B | CHACON, COSME S. | | P.O. BOX 4 | GALLINA | NM | 87017 |
| CHGA-002-0006B | CHACON, FULGENCIO | | P.O. BOX 24 | GALLINA | NM | 87017 |
| CHGA-002-0006B | CHACON, JOSE B. | | 413 CHRISTINE DR. NE | RIO RANCHO | NM | 87124 |
| CHGA-002-0006B | CHACON, JOSE L | | P.O. BOX 95 | GALLINA | NM | 87017 |
| CHGA-002-0007 | ARELLANO, ROBERT FIDEL | | 1100 KANSAS | GREEN RIVER | WY | 82935 |
| CHGA-002-0007 | PADILLA, ELISAIDA | | P.O. BOX 12 | GALLINA | NM | 87017 |
| CHGA-002-0008 | GONZALES, LUZ | | P.O. BOX 138 | GALLINA | NM | 87017 |
| CHGA-002-0009A | GONZALES, DANIEL K. | | P.O. BOX 6 | GALLINA | NM | 87017 |
| CHGA-002-0009B | GONZALES, AMANDA | | P.O. BOX 102 | GALLINA | NM | 87017 |
| CHGA-002-0009B | GONZALES, BONIFACIO W. | | P.O. BOX 102 | GALLINA | NM | 87017 |
| CHGA-002-0009B | GONZALES, SELUSTRIANO SR. | | P.O. BOX 102 | GALLINA | NM | 87017 |
| CHGA-002-0009C | SUAZO, VIVIAN | PORFIRIA JARAMILLO | 2991 CAMINO PIEDRA LUMBRE | SANAT FE | NM | 87505-5380 |
| CHGA-002-0010 | LUJAN, MIGUEL | | P.O. BOX 685 | ESPANOLA | NM | 87532 |
| CHGA-002-0011 | GONZALES, JOSE DOLORES | | # 18 ROAD 5295 | FARMINGTON | NM | 87401 |

| Subfile | Name | Care of | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| CHGA-002-0011 | GONZALES, STELLA M. | | # 18 ROAD 5295 | FARMINGTON | NM | 87401 |
| CHGA-002-0012 | CORDOVA, ALFONSO JR. | | HC 78 BOX 10 | GALLINA | NM | 87017 |
| CHGA-002-0013 | SUAZO, CLEMENT L. | | P.O. BOX 824 | CUBA | NM | 87013 |
| CHGA-002-0013 | SUAZO, DIANA | | P.O. BOX 824 | CUBA | NM | 87013 |
| CHGA-002-0014 | GONZALES, AMANDA | | P.O. BOX 102 | GALLINA | NM | 87017 |
| CHGA-002-0014 | GONZALES, BONIFACIO W. | | P.O. BOX 102 | GALLINA | NM | 87017 |
| CHGA-002-0014 | GONZALES, SELUSTRIANO SR. | | P.O. BOX 102 | GALLINA | NM | 87017 |
| CHGA-002-0015 | SUAZO, RAYMOND | | 10212 LUZ DEL DIA, NW | ALBUQUERQUE | NM | 87114 |
| CHGA-002-0016 | PEDERSON, JULIE | | P.O. BOX 142 | GALLINA | NM | 87017-0142 |
| CHGA-002-0017 | CORDOVA, EZEQUIEL | | P.O. BOX 53 | EAST CARBON CITY | UT | 84520 |
| CHGA-002-0018 | MAESTAS, RAMONCITA | | 4205 HUDSON ST | FARMINGTON | NM | 87402 |
| CHGA-002-0020 | MAESTAS, ALFIRIO | | 3202 CORONADO AVE. | FARMINGTON | NM | 87401 |
| CHGA-002-0020 | MAESTAS, MAX | | 801 E. SPRUCE | FARMINGTON | NM | 87401 |
| CHGA-002-0021A | CHAVEZ, DAVID | | P.O. BOX 14 | GALLINA | NM | 87017 |
| CHGA-002-0021B | CHAVEZ, RONALD | | P.O. BOX 92 | GALLINA | NM | 87017 |
| CHGA-002-0021C | CHAVEZ, THELMA | | P.O. BOX 184 | GALLINA | NM | 87017 |
| CHGA-002-0022 | CORDOVA, MARTHA | | P.O.BOX 57 | GALLINA | NM | 87017 |
| CHGA-002-0023 | JACQUEZ, FRANK | | P.O. BOX 78 | GALLINA | NM | 87017 |
| CHGA-002-0024A | VELASQUEZ, JOE | | P.O. BOX 47 | GALLINA | NM | 87017 |
| CHGA-002-0024B | VELASQUEZ, LAURA A. | | P.O. BOX 23 | GALLINA | NM | 87017 |
| CHGA-002-0024B | VELASQUEZ, STEVE E. | | P.O. BOX 23 | GALLINA | NM | 87017 |
| CHGA-002-0025 | CORRALES, ROGELIO | | P.O. BOX 33 | GALLINA | NM | 87017 |
| CHGA-002-0026 | CORDOVA, ABRAM | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-002-0027A | MAESTAS, GABRIEL JR. | | P.O. BOX 5 | GALLINA | NM | 87017 |
| CHGA-002-0027A | MAESTAS, MARY ANN | | P.O. BOX 5 | GALLINA | NM | 87017 |
| CHGA-002-0027A | VELASQUEZ, GENEVIEVE M. | | 5505 SICILY RD. NW | ALBYQUERQUE | NM | 87114 |
| CHGA-002-0027A | VELASQUEZ, LUIS TOBY | | 5505 SICILY RD. NW | ALBYQUERQUE | NM | 87114 |

| Subfile | Name | Care of | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| CHGA-002-0027B | MAESTAS, GABRIEL JR. | | P.O. BOX 5 | GALLINA | NM | 87017 |
| CHGA-002-0027B | MAESTAS, MARY ANN | | P.O. BOX 5 | GALLINA | NM | 87017 |
| CHGA-002-0028A | JACQUEZ, VINCENTE | | GENERAL DELIVERY | GALLINA | NM | 87017 |
| CHGA-002-0028B | ESPINOZA, MARY L. | | P.O. BOX 164 | GALLINA | NM | 87017 |
| CHGA-002-0028C | JACQUEZ, CRISTOBAL | | HC 78 BOX 1095 | ZANONI | MO | 65784 |
| CHGA-002-0028D | MIDDLETON, SYLVIA | | P.O. BOX 46 | GALLINA | NM | 87017 |
| CHGA-002-0029 | SALAZAR, VIVIAN | | 1118 CALLE LA RESOLANA | SANTA FE | NM | 87507-5115 |
| CHGA-002-0030A | JACQUEZ, PHILLIP | | P.O. BOX 191 | GALLINA | NM | 87017 |
| CHGA-002-0030B | JACQUEZ, UBALDO | | P.O. BOX 181 | GALLINA | NM | 87017 |
| CHGA-002-0031 | RAMONA JACQUEZ ESTATE | SUSAN H. CAMRUD, ESQ. | P.O. BOX 749 | FARMINGTON | NM | 87499 |
| CHGA-002-0032 | JACQUEZ, ALICE | | P.O. BOX 48 | GALLINA | NM | 87017 |
| CHGA-002-0033 | JACQUEZ, DELFIN | | P.O. BOX 103 | GALLINA | NM | 87017 |
| CHGA-002-0033 | JACQUEZ, RITA | | P.O. BOX 103 | GALLINA | NM | 87017 |
| CHGA-002-0034 | LUCERO, ISABEL | | 401 LA VEGA RD, SW | ALBUQUERQUE | NM | 87105 |
| CHGA-002-0035A | LUCERO, LEORA JACQUEZ | | 1313 APODACA DR SW | ALBUQUERQUE | NM | 87121 |
| CHGA-002-0035B | LEYBA, ANDREW J. | | 2949 CLOVER LN. SW | ALBUQUERQUE | NM | 87105 |
| CHGA-002-0035B | LEYBA, ANTHONY | | 2949 CLOVER LN. SW | ALBUQUERQUE | NM | 87105 |
| CHGA-002-0035B | LEYBA, EDWARD | | 2949 CLOVER LN. SW | ALBUQUERQUE | NM | 87105 |
| CHGA-002-0036 | SERRANO, CASSILDA JACQUEZ | | P.O. BOX 211 | GALLINA | NM | 87017 |
| CHGA-002-0037 | JACQUEZ, GILBERT | | 5101 SPINNING WHEEL NW | ALBUQUERQUE | NM | 87120 |
| CHGA-002-0038 | ESTATE OF ODELLA LOVATO | | 132 ORCHARD GARDEN RD. SW | ALBUQUERQUE | NM | 87105 |
| CHGA-002-0039 | JACQUEZ, ELISEO | | P.O. BOX 82 | GALLINA | NM | 87017 |
| CHGA-002-0040 | ARELLANO, JACOBO | | P.O. BOX 7 | GALLINA | NM | 87017 |
| CHGA-002-0041 | CHACON, JOSE L. | | P.O. BOX 95 | GALLINA | NM | 87017 |
| CHGA-002-0042 | JACQUEZ, MARINO | | P.O. BOX 614 | CUBA | NM | 87013 |
| CHGA-002-0043 | MADRID, ALICE | | P.O. BOX 147 | GALLINA | NM | 87107 |
| CHGA-002-0043 | MADRID, ORLANDO | | P.O. BOX 147 | GALLINA | NM | 87107 |

| Subfile | Name | Care of | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| CHGA-002-0044 | CHAVEZ, AURELIA | | P.O. BOX 115 | GALLINA | NM | 87017 |
| CHGA-002-0044 | CHAVEZ, SAM | | P.O. BOX 115 | GALLINA | NM | 87017 |
| CHGA-002-0045 | CORDOVA, SHIRLEY | | P.O. BOX 21 | GALLINA | NM | 87017 |
| CHGA-002-0046 | CORDOVA, RICHARD | | P.O. BOX 172 | GALLINA | NM | 87017 |
| CHGA-002-0047 | JACQUEZ, ALICE | | P.O. BOX 48 | GALLINA | NM | 87017 |
| CHGA-002-0048 | CHAVEZ, AURELIA | | P.O. BOX 115 | GALLINA | NM | 87017 |
| CHGA-002-0048 | CHAVEZ, SAM | | P.O. BOX 115 | GALLINA | NM | 87017 |
| CHGA-002-0049 | ARELLANO, MANUEL S. | | P.O. BOX 60 | GALLINA | NM | 87017 |
| CHGA-002-0049 | ARELLANO, MARIA C. | | P.O. BOX 60 | GALLINA | NM | 87017 |
| CHGA-002-0050 | JACQUEZ, MIKE | | 906 N. MONTEREY AVE. | FARMINGTON | NM | 87401 |
| CHGA-002-0051 | MAESTAS, ELI | | P.O. BOX 2025 | KIRTLAND | NM | 87417 |
| CHGA-003-0001A | EUGENIO SANCHEZ ESTATE | CORINE JACQUEZ GONZALES | 843 OLD SANTA FE TRAIL | SANTA FE | NM | 87501 |
| CHGA-003-0001B | CHAVEZ, WILLIE | | P.O. BOX 8 | GALLINA | NM | 87107 |
| CHGA-003-0002 | CHAVEZ, WILLIE | | P.O. BOX 8 | GALLINA | NM | 87107 |
| CHGA-003-0003A | DAVIS, FAYE | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0003B | DAVIS, FAYE | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0003C | DAVIS, FAYE | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0003D | DAVIS, FAYE | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0004A | DAVIS, FAYE | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0004B | DAVIS, FAYE | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0005 | DAVIS, FAYE | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0006 | LOVATO, ANTONETTE B. | | BOX 12, GUAJOLOTE LANE | ESPANOLA | NM | 87532 |
| CHGA-003-0006 | LOVATO, JOHNNY A.D. | | BOX 12, GUAJOLOTE LANE | ESPANOLA | NM | 87532 |
| CHGA-003-0007 | CHAVEZ, JOSE P. | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0007 | CHAVEZ, JUAN C. | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0007 | CHAVEZ, PATSY L. | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0007 | CHAVEZ, PIEDAD | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |

| Subfile | Name | Care of | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| CHGA-003-0008 | CHACON, COSME L. | | P.O. BOX 43 | GALLINA | NM | 87017 |
| CHGA-003-0009 | MAESTAS, REINA | | P.O. BOX 131 | GALLINA | NM | 87017 |
| CHGA-003-0010 | JACQUEZ, FULGENCIO | | P.O. BOX 244 | GALLINA | NM | 87017 |
| CHGA-003-0010 | JACQUEZ, JUANITA A. | | P.O. BOX 244 | GALLINA | NM | 87017 |
| CHGA-003-0011 | JACQUEZ, ROGER | GARY JACQUEZ | P.O. BOX 2315 | ESPANOLA, | NM | 87532 |
| CHGA-003-0012A | JACQUEZ, DOROTHY | | P.O. BOX 995 | ESPANOLA | NM | 87532 |
| CHGA-003-0012B | GARCIA, EDDIE | | P.O. BOX 51109 | ESPANOLA | NM | 87532 |
| CHGA-003-0012C | JACQUEZ, MARY ANN | | P.O. BOX 995 | ESPANOLA | NM | 87532 |
| CHGA-003-0013 | JACQUEZ, ALVIN N. | | P.O. BOX 27 | GALLINA | NM | 87017 |
| CHGA-003-0014 | JACQUEZ, HERMAN | | P.O. BOX 39 | GALLINA | NM | 87017 |
| CHGA-003-0014 | JACQUEZ, PAULINE | | P.O. BOX 39 | GALLINA | NM | 87017 |
| CHGA-003-0015 | WILSON, ROSALIE F. | | P.O. BOX 162 | KIRTLAND | NM | 87417 |
| CHGA-003-0016 | MAESTAS, REINA | | P.O. BOX 131 | GALLINA | NM | 87017 |
| CHGA-003-0017 | CHACON, JOSE L. | | P.O. BOX 95 | GALLINA | NM | 87017 |
| CHGA-003-0018 | CHACON, ARCELIA | | P.O. BOX 43 | GALLINA | NM | 87017 |
| CHGA-003-0018 | CHACON, COSME L. | | P.O. BOX 43 | GALLINA | NM | 87017 |
| CHGA-003-0019 | CHACON, JOSE Z. | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0019 | CHACON, LUCINDA | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0020 | WILSON, ROSALIE F. | | P.O. BOX 162 | KIRTLAND | NM | 87417 |
| CHGA-003-0021 | CHACON, LUCINDA | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-003-0022 | CORRALES, ROGER F. | | P.O. BOX 194 | GALLINA | NM | 87017 |
| CHGA-003-0023 | SANCHEZ, LEVI A. | | P.O. BOX 1112 | ABIQUIU | NM | 87510 |
| CHGA-003-0023 | SANCHEZ, MARY | | P.O. BOX 1112 | ABIQUIU | NM | 87510 |
| CHGA-003-0024A | CHACON, COSME S. | | P.O. BOX 4 | GALLINA | NM | 87017 |
| CHGA-003-0024B | JACQUEZ, ATILANA | | 4401 ROWE AVE | FARMINGTON | NM | 87402 |
| CHGA-003-0024B | JACQUEZ, UBALDO | | 4401 ROWE AVE | FARMINGTON | NM | 87402 |
| CHGA-003-0025 | CHACON, JOSE L. | | P.O. BOX 95 | GALLINA | NM | 87017 |

| Subfile | Name | Care of | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| CHGA-003-0026 | LEWELLEN, VIRGINIA | | 309 N. 3RD ST. #46 | BLOOMFIELD | NM | 87413 |
| CHGA-003-0027 | MARTINEZ, MAX A. | | P.O. BOX 145 | GALLINA | NM | 87017 |
| CHGA-003-0027 | MARTINEZ, NEIVES | | P.O. BOX 145 | GALLINA | NM | 87017 |
| CHGA-003-0028 | JACQUEZ, ALICE | | P.O. BOX 48 | GALLINA | NM | 87017 |
| CHGA-003-0029 | RODRIGUEZ, L. MARISA | | 8318 WYNVIEW CT NW | ALBUQUERQUE | NM | 87120 |
| CHGA-003-0029 | RODRIGUEZ, MONICA T. | | 8318 WYNVIEW CT NW | ALBUQUERQUE | NM | 87120 |
| CHGA-003-0029 | RODRIGUEZ, PATRICK | | 228A SR 399 | ESPANOLA | NM | 87532 |
| CHGA-003-0030 | JACQUEZ, ALVIN N. | | P.O. BOX 27 | GALLINA | NM | 87017 |
| CHGA-003-0030 | JACQUEZ, HERMAN | | P.O. BOX 39 | GALLINA | NM | 87017 |
| CHGA-003-0031 | CHACON, JOSE L. | | P.O. BOX 95 | GALLINA | NM | 87017 |
| CHGA-004-0001A | VIGIL, JULIAN | | P.O. BOX 122 | GALLINA | NM | 87017 |
| CHGA-004-0001A | VIGIL, MARY | | P.O. BOX 13 | GALLINA | NM | 87017 |
| CHGA-004-0001A | VIGIL, ROBERT M. | | P.O. BOX 108 | GALLINA | NM | 87017 |
| CHGA-004-0001B | VIGIL, HELEN | | P.O. BOX 234 | EL RITO | NM | 87530 |
| CHGA-004-0001B | VIGIL, LINDA | | 8401 WYNVIEW CT., NW | ALBUQUERQUE | NM | 87120 |
| CHGA-004-0001B | VIGIL, OLIVIA | | P.O. BOX 592 | ESPANOLA | NM | 87532 |
| CHGA-004-0001C | VIGIL, HELEN | | P.O. BOX 234 | EL RITO | NM | 87530 |
| CHGA-004-0001C | VIGIL, LINDA | | 8401 WYNVIEW CT., NW | ALBUQUERQUE | NM | 87120 |
| CHGA-004-0001C | VIGIL, OLIVIA | | P.O. BOX 592 | ESPANOLA | NM | 87532 |
| CHGA-004-0002 | CHACON, TOMMY F. | | P.O. BOX 106 | GALLINA | NM | 87017 |
| CHGA-004-0003 | DAVIS, FAYE | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-004-0004 | CORDOVA, ABRAM | MARY E. HUMPHREY, ESQ. | P.O. BOX 1574 | EL PRADO | NM | 87529 |
| CHGA-004-0005 | ESTATE OF EDUVIGEN SERRANO | GERALDINE SERRANO | P.O. BOX 525 | SANTA CRUZ | NM | 87567 |
| CHGA-004-0006 | VIGIL, JULIAN | | P.O. BOX 122 | GALLINA | NM | 87017 |
| CHGA-004-0006 | VIGIL, MARY | | P.O. BOX 13 | GALLINA | NM | 87017 |
| CHGA-004-0006 | VIGIL, ROBERT M. | | P.O. BOX 108 | GALLINA | NM | 87017 |
| CHGA-005-0003 | HARVEY, RICHARD T. | | HC 70 BOX 412 | PECOS | NM | 87552 |

| Subfile | Name | Care of | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| CHGA-005-0003 | SANCHEZ, ONOFRE | | P.O. BOX 44 OR 42 | GALLINA | NM | 87017 |
| CHGA-005-0003 | SANCHEZ, TOMAS | | P.O. BOX 44 OR 42 | GALLINA | NM | 87017 |
| CHGA-005-0004 | VIGIL, JULIAN | | P.O. BOX 122 | GALLINA | NM | 87017 |
| CHGA-005-0004 | VIGIL, MARY | | P.O. BOX 13 | GALLINA | NM | 87017 |
| CHGA-005-0004 | VIGIL, ROBERT M. | | P.O. BOX 108 | GALLINA | NM | 87017 |