**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941-BB
doc. 9543

RAMONCITA MAESTAS
4205 HUDSON ST
FARMINGTON, NM 87402

RECEIVED
At Albuquerque NM
DEC 22 2009
MATTHEW J. DYKMAN
CLERK

NIXIE      871   DE 1         00 12/19/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 8710227470      *0968-04760-16-41