UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv 7941-BB
DOC. 9543
ANV   VINCENTE JACQUEZ
GENERAL DELIVERY
GALLINA, NM 87017

RECEIVED
At Albuquerque NM

DEC 22 2009

MATTHEW J. DYKMAN
CLERK

NIXIE        871  DC  1         00  12/19/09
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 87102227470    *0950-04738-16-41