UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
DEC 22 2009
MATTHEW J. DYKMAN
CLERK

RAYMOND SUAZO
10212 LUZ DEL DIA, NW
ALBUQUERQUE, NM 87114

69cv7941-BB
Doc. 9543

NIXIE       871   DE 1         00   12/19/09
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 87102227470        *0968-04711-16-41*