**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv 7941-BB Doc. 9543

RICHARD T. HARVEY
HC 70 BOX 412
PECOS, NM 87552

RECEIVED
At Albuquerque NM

DEC 22 2009

MATTHEW J. DYKMAN
CLERK

NIXIE    871    DE  1    00  12/20/09
        RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 8710222227470    *0968-04777-15-41