**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941-BB
Doc. 9543

ALVIN SUAZO
P.O. BOX 1814
CUBA, NM 87013

RECEIVED
At Albuquerque NM

DEC 22 2009

MATTHEW J. DYKMAN
CLERK

NIXIE   871   DE 1        00   12/19/09
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 87102227470       *0968-04712-15-41