IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM Section 1, Chama Mainstream |
| ROMAN ARAGON, et al., | ) ) ) ) ) | Acequia de Monastery of Christ in the Desert Subfile No. X-1 |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2009, pursuant to the November 4, 2009 Pretrial Order for Determination of Priority Date for Acequia de Monastery of Christ in the Desert (Doc. No. 9524), I served a copy of the Defendant Acequia de Monastery of Christ in the Desert initial discovery disclosures on the following person by first-class mail:

> Edward G. Newville
> Special Assistant Attorney General
> Office of State Engineer
> P.O. Box 25102
> Santa Fe, NM  87504-5102

> Respectfully submitted,
>
> \_\_\_/s/_____
> Fred J. Waltz
> Attorney for Acequia de Monastery
>   of Christ in the Desert
> 214 B Kit Carson Rd.
> Taos, New Mexico 87571
> (575) 758-0407