IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
State Engineer,

      Plaintiff,                                           CV 69-7941-BB-ACE

v.                                                    RIO CHAMA STREAM SYSTEM
                                                          Section 1:  Mainstream

ROMAN ARAGON, et al.,

      Defendants.

## MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON PRIORITIES FOR THREE ACEQUIAS

      COME NOW the Defendants, Acequias de Chamita, Hernandez, and Los Salazares by and through their below-signed counsel and pursuant to Fed. R. Civ. Proc. 53(f)(2) move this Court to adopt the Special Master's Report on Priorities for Three Acequias and the Recommendations contained therein, filed December 16, 2009, (Docket #9546).

      Counsel for the three Acequias has contacted Arianne Singer, counsel for the Plaintiff State of New Mexico, ex rel State Engineer, who has requested additional time to respond to this Motion to Adopt, which request is not opposed.

                                                               Respectfully submitted,

                                                               /s/  Fred J. Waltz_____
                                                               Fred J. Waltz
                                                               214 B Kit Carson Road
                                                               Taos, New Mexico 87571
                                                               (575) 758-0407
                                                               Attorney for Acequias de Chamita,
                                                                   Hernandez, and Los Salazares

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of January, 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                      /s/ Fred J. Waltz _____
                                                    Fred J. Waltz