IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | 69cv07941-BB |
| ROMAN ARAGON et al., | ) ) | RIO CHAMA STREAM SYSTEM |
| Defendants. | ) ) | Section 3, Rio Cebolla |

MOTION FOR EXTENSION OF TIME

CHCB-05-0002     Flavio Gurule
C/O Brian Egolf, Esq
128 Grant Ave. St. 301
Santa Fe NM 87501

## I.     PRE-TRIAL STATUS REPORT

The State is represented by Special Assistant Attorneys General Ed Newville and Gabriel Wade. At this time, Mr. Flavio Gurule is represented by Mr. Brian Egolf, Esq. As of this date, the requirements of sections II, III, and IV of this Order have been met, with the exception of depositions. Discovery is ongoing in compliance with this Order. The parties have discussed the pre-trial order dates and the arrangement deposition dates for January 2010.

## II.    MOTION FOR EXTENSION

The parties in this case request an extension of the deadlines to the pre-trial order filed as document 9491 on August 255, 2009.  The parties have exchanged discovery and discussed possible settlement.  Due to the complexity of the exhibits and expert reports, the parties need more time to schedule and prepare for depositions.  All remaining deadlines are dependent on the resolution of the depositions.  Also, Mr. Brian Egolf will have a conflict with the deadlines and hearing dates due to the legislative session he is required to attend.  The parties have been, and are in regular contact with each other, and are working to move this case forward as efficiently as possible. The parties have drafted an amended pre-trial order with new dates for the remaining deadlines set forth in the original pre-trial order (attached).

This Status Report and Motion for Extension as been reviewed and approved by Mr. Brian Egolf.

Submitted by:

/s/  Gabriel Wade
GABRIEL WADE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Phone: (505) 827-7844
Fax:    (505) 827-3887