IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

    v.                                                                                  69cv07941 BB-ACE
                                                                                                                                                          Rio Chama Adjudication

RAMON ARAGON, *et al.*,

    Defendants.

## ORDER

    **THIS MATTER** comes before the Court on the State of New Mexico's Motion for Extension of Time. (Doc. No. 9555, filed January 7, 2010). The State seeks an extension of time until February 20, 2010, for all parties to file objections to, or motions to adopt or modify, the Special Master's Report on Priorities for Three Acequias (Doc. No. 9456, filed December 16, 2009). The Court will **GRANT** the State's Motion for Extension of Time.

    **IT IS SO ORDERED.**

                                                                                              **BRUCE D. BLACK**
                                                                                               **UNITED STATES DISTRICT JUDGE**