IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

State of New Mexico, )
ex rel State Engineer )
                      )
    Plaintiff,    )   Number 6:69-cv-7941
                v.    )   Rio Chama Stream adjudication
                      )   (Jicarilla Apache Nation subfile)
Aragon, et al. )
                      )
    Defendants. )

ENTRY OF APPEARANCE

Comes now Herbert A. Becker, attorney at law, and hereby enters his appearance on behalf of Jicarilla Apache Nation.

*/s/ Herbert A. Becker*
HERBERT A. BECKER (BAR No. NM 3292)
JA Associates, LLC.
2309 Renard Place, SE
Suite 200
Albuquerque, NM 87106
Email: herb.becker@jaaffiliates.com
Telephone: 505-242-2214
Facsimile: 505-242-2236