IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) | |
| Plaintiff, ) ) | |
| ) | 69cv07941-BB-ACE |
| -v- ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., ) ) | Sections 3 and 7 |
| Defendants. ) ) | |

## CERTIFICATE OF SERVICE

Pursuant to the Court's Order entered October 23, 2009 (Document No. 9516), I hereby certify that a true and correct copy of historical reports for the subsections of Section 7 (excluding the Chama subsection) by Malcolm Ebright entitled *Settlement and Irrigation at Ensenada* and *Settlement and Irrigation on or near the Tierra Amarilla Grant, Executive Summary,* was served on Edward G. Newville, counsel for the State of New Mexico, *ex rel.* State Engineer, on the 14th day of January 2010.

Respectfully Submitted,

SHEEHAN, SHEEHAN & STELZNER, P.A.
Attorneys for Acéquias Norteñas
40 First Plaza N.W., Suite 740 (87102)
Post Office Box 271
Albuquerque, New Mexico  87103
(505) 247-0411
*jwu@ssslawfirm.com*

*Electronically Filed*

BY: __/s/ John W. Utton__
       JOHN W. UTTON

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 14th day of January, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Shenan Rae Atcitty**
shenan.atcitty@hklaw.com

- **Kimberly Bannerman**
kbannerman@newmexicowaterlaw.com

- **David A. Benavides**
davidb@nmlegalaid.org

- **Leander Bergen**
lbergen@nativeamericanlawyers.com,bmeyerson@nativeamericanlawyers.com

- **Frank M. Bond**
fbond@simonsfirm.com,ggonzales@simonsfirm.com,sgarcia@simonsfirm.com,fbond@mac.com

- **Bradley S. Bridgewater**
bradley.s.bridgewater@usdoj.gov,wade.gibson@usdoj.gov,khaleelah.jones@usdoj.gov,katherine.tribbett@usdoj.gov,yvonne.marsh@usdoj.gov

- **James C. Brockmann**
jcbrockmann@newmexicowaterlaw.com

- **Christina J. Bruff**
cjb@lrpa-usa.com

- **Charlie Chacon**
tedjtrujillo@yahoo.com

- **Chama Investments, Inc.**
aaa@aaa.com

- **Tessa T. Davidson**
ttd@tessadavidson.com

- **Rebecca A. Dempsey**
rdempsey@cuddymccarthy.com,fmtz@cuddymccarthy.com

- **Dos Rios Development, LLC**
aaaa@aaa.com

- **Dos Rios Development, LLC**
aaaa@aaa.com

- **Dos Rios Ranch, LLC**
rmlaw202@aol.com

- **Charles T. DuMars**
ctd@lrpa-usa.com

- **Brian F. Egolf, Jr.**
brian@egolflaw.com,brian@brianegolf.com

- **Estate of Julian Serrano, Deceased**
egolfb@yahoo.com

- **Randolph B. Felker**
randfelker@aol.com,RBF@felkerishlaw.com

- **Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com,aschnuck@hinklelawfirm.com

- **Gary S. Friedman**
gsf@chflaw.com

- **Seth Reese Fullerton**
srfullerton@newmexicowaterlaw.com

- **Vickie L. Gabin**
vlgabin@nm.net

- **David W. Gehlert**
  david.gehlert@usdoj.gov,efile_nrs.enrd@usdoj.gov

- **Ryan Margaret Golten**
  ryang@nmlegalaid.org

- **Karla JaNelle Haught**
  janelle.haught@state.nm.us,trish.gallegos@state.nm.us

- **James A. Heath**
  rmlaw202@aol.com

- **Mary E. Humphrey**
  humphrey@newmex.com

- **John F. McCarthy , Jr**
  jmccarthy@cuddymccarthy.com

- **David C. Mielke**
  dmielke@abqsonosky.com,sdressler@abqsonosky.com

- **Edward G. Newville**
  ednewville@rgunwired.net,connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.kipnes@state.nm.us,gabriel.wade@state.nm.us

- **Brett J. Olsen**
  brett_olsen@msn.com

- **Roberta Orona-Cordova**
  pwhite9098@aol.com

- **Marcus J. Rael , Jr.**
  marcus@roblesrael.com,laura@roblesrael.com,kristina@roblesrael.com,anita@roblesrael.com,nicole@roblesrael.com,diane@roblesrael.com

- **Walter L. Reardon, Jr.**
  walter@reardonlawnm.com

- **Gregory C. Ridgley**
  greg.ridgley@state.nm.us,marjorie.dryden@state.nm.us,vina.gallegos@state.nm.us

- **Tanya L. Scott**
  tls@lrpa-usa.com

- **Peter B. Shoenfeld**
  petershoenfeld@qwestoffice.net

- **Arianne Singer**
  arianne.singer@state.nm.us,connie.flint@state.nm.us,marjorie.dryden@state.nm.us,fred.kipnes@state.nm.us,vina.gallegos@state.nm.us,bushnell@law.unm.edu,Rozella.bransford@state.nm.us

- **Jay F. Stein**
  jfstein@newmexicowaterlaw.com

- **Adan E. Trujillo**
  adantrujillo@gmail.com

- **Ted J. Trujillo**
  tedjtrujillo@yahoo.com

- **Vista, Ltd.**
  srfullerton@newmexicowaterlaw.com

- **Timothy A. Vollmann**
  tim_vollmann@hotmail.com

- **Gabriel C. Wade**
  gabriel.wade@state.nm.us,ednewville@rgunwired.net,arianne.singer@state.nm.us,fred.kipnes@state.nm.us,vina.gallegos@state.nm.us

- **Fred Waltz**
  fwaltz@kitcarson.net,cortega@kitcarson.net

/s/ *John W. Utton*
JOHN W. UTTON