IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* ) | 69cv07941-BB | |
| State Engineer ) | | |
| ) | | |
| Plaintiff; ) | RIO CHAMA ADJUDICATION | |
| ) | | |
| vs. ) | OHKAY OWINGEH CLAIMS | |
| ) | | |
| **ROMAN ARAGON,** *et al.* ) | Cañones Creek, Section 7 | |
| ) | Subfile No. CHCC-003-0012 | |
| Defendants. ) | Subfile No. CHCC-004-0001 | |

### ENTRY OF APPEARANCE

COMES NOW Lisa Ferrell, Esq., and hereby enters her appearance as counsel for El Barranco, LLC in the above-captioned matter.

All further correspondence and pleadings are to be mailed or emailed to Lisa Ferrell, Esq., Post Office Box 2706, Durango, Colorado 81302, lisa@ferrell.com.

By:  *Electronically filed January 15, 2010*_____
LISA FERRELL
Attorney for Defendant El Barranco, LLC
Post Office Box 2706
Durango, Colorado 81302
(970) 403-0550
lisa@ferrell.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2010, I filed the foregoing *Entry of Appearance* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Special Master Vickie L. Gabin**
vlgabin@earthlink.net, kbruner@hubwest.com