IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* | ) | |
| State Engineer | ) | 69cv07941-BB |
| | ) | |
| Plaintiff; | ) | RIO CHAMA ADJUDICATION |
| | ) | |
| vs. | ) | OHKAY OWINGEH CLAIMS |
| | ) | |
| ROMAN ARAGON, *et al.* | ) | Cañones Creek, Section 7 |
| | ) | Subfile No. CHCC-003-0012 |
| Defendants. | ) | Subfile No. CHCC-004-0001 |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Cuddy & McCarthy, LLP, by Rebecca Dempsey, Esq. and John F. McCarthy, Esq., and hereby withdraw their appearance as counsel for El Barranco, LLC in the above-captioned matter.

El Barranco, LLC concurs with the filing of the Unopposed Motion to Withdraw as Counsel and Lisa Ferrell, Esq. has entered her appearance on behalf of El Barranco, LLP. All further correspondence and pleadings are to be mailed or emailed to Lisa Ferrell, Esq., Post Office Box 2706, Durango, Colorado 81302, lisa@ferrell.com., (970) 403-0550.

                                              Respectfully submitted,

                                              CUDDY & McCARTHY, LLP

                                              By:   *Electronically filed January 21, 2010*
                                                        JOHN F. McCARTHY
                                                        REBECCA DEMPSEY
                                                        Post Office Box 4160
                                                        Santa Fe, New Mexico 87502-4160
                                                        (505) 988-4476 // Facsimile (505) 954-7373

CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2010, I filed the foregoing *Unopposed Motion to Withdraw as Counsel* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Special Master Vickie L. Gabin**
vlgabin@earthlink.net, kbruner@hubwest.com

**David A. Benavides**
davidb@nmlegalaid.org

**Frank M. Bond**
fbond@simonsfirm.com, ssandoval@simonsfirm.com, ggonzales@simonsfirm.com, fbond@mac.com

**Bradley S. Bridgewater**
gary.durr@usdoj.gov, jennifer.vaughn2@usdoj.gov, bradley.s.bridgewater@usdoj.gov, yvonne.marsh@usdoj.gov

**Christopher D. Coppin**
ccoppin@ago.state.nm.us, tmartinez@ago.state.nm.us

**Tessa T. Davidson**
ttd@tessadavidson.com

**Charles T. DuMars**
ctd@lrpa-usa.com

**Randolph B. Felker**
randfelker@aol.com

**Jeffrey Fornaciari**
jfornaciari@hinklelawfirm.com, mlara@hinklelawfirm.com

**Gary S. Friedman**
gsf@chflaw.com

**Gallin-Capulin Acequia Association**
ernj_chacon@valornet.com

**David W. Gehlert**
david.gehlert@usdoj.gov, jennifer.vaughn2@usdoj.gov, judy.tetreault@usdoj.gov, lori.montano@usdoj.gov

**Ryan Margaret Golten, Esq.**
ryang@nmlegalaid.org

**Noelle Graney**
ngraney@nordhauslaw.com, svelody@nordhauslaw.com

**Karla JaNelle Haught**
janelle.haught@state.nm.us

**Mary E. Humphrey**
humphrey @ newmex.com

**Susan Jordan**
sjordan@nordhauslaw.com, vruiz@nordhauslaw.com, mchavez@nordhauslaw.com

**Pierre Levy**
pierre@danieljofriel.com, melissa@danieljofriel.com, veronica@danieljofriel.com

**Christopher Lindeen**
christopher.lindeen@state.nm.us

**David C. Mielke**
dmielke@abqsonosky.com, sdressler@abqsonosky.com

**Edward C. Newville**
ednewville@ixpn.com, connie.flint@state.nm.us, marjorie.dryden@state.nm.us, fred.kipnes@state.nm.us, hilario.rubio@state.nm.us, lawoffice@)higherspeed.net

**Brett J. Olsen**
brett_olsen@msn.com

**Quinlan Ranches New Mexico, LLC**
dml@lrpa-usa.com

**Marcus J. Rael, Jr.**
marcus@roblesrael.com, natalie@roblesrael.com, nicole@roblesrael.com, diane@roblesrael.com

**Walter L. Reardon, Jr.**
walter@reardonlawnm.com

**Gregory C. Ridgley**
greg.ridgley@state.nm.us, marjorie.dryden@state.nm.us, vina.gallegos@state.nm.us

**Peter B. Shoenfeld**
petershoenfeld@qwest.net

**Arianne Singer**
arianne.singer@state.nm.us, lula.valdez@state.nm.us, connie.flint@state.nm.us., marjorie.dryden@state.nm.us, fred.kipnes@state.nm.us, vina.gallegos@state.nm.us

**John W. Utton**
jwu@ssslawfirm.com, djs@ssslawfirm.com

**Timothy A. Vollmann**
tim_vollmann@hotmail.com

**Fred Waltz**
fwaltz@kitcarson.net, cortega@kitcarson.net

AND I FURTHER CERTIFY that on such date I served the foregoing pleading on the following non-CM/ECF Participants via first class mail, postage prepaid addressed as follows:

Lee Bergen, Esq.
Bergen Law Offices
4110 Wolcott Ave NE, #A
Albuquerque, NM  87109

James C. Brockmann, Esq.
Stein & Brockmann, PA
Post Office Box 5250
Santa Fe, NM  87502-5250

Christina J Bruff, Esq.
Law & Resource Planning Associates
201 Third Street, NW, #1750
Albuquerque, NM  87102
Steven L. Bunch
NM Highway & Transportation Dept.
Post Office Box 1149
Santa Fe, NM  87504-1149

Mary Ann Joca
US Forest Service
General Counsel
Post Office Box 586
Albuquerque, NM  87103

Randy E. Lovato
8100 Rancho Sueno Ct., NW
Albuquerque, NM  87120-3488

Hope Miner
23 Cuchilla de Lupe
Placitas, NM  87043

NM Acequia Commission
Fred Vigil, Chairman
Post Office Box 687
Medanales, NM  87548-0687

Ernest L. Padilla, Esq.
Padilla Law Firm, PA
Post Office Box 2523
Santa Fe, NM  87504

Jay F. Stein, Esq.
Stein & Brockmann, PA
Post Office Box 5250
Santa Fe, NM  87502-5250

Karen L. Townsend
120 E. Chaco
Aztec, NM  87410-1910

Lucas O. Trujillo
Post Office Box 57
El Rito, NM  87530

Daniel Cleavinger
Post Office Box 2470
Farmington, NM  87499
John E. Farrow, Esq.
Fairfield, Farrow & Strotz
Post Office Box 35400
Albuquerque, NM  87176-5400

Paula Garcia
607 Cerrillos Rd, #F
Santa Fe, NM  87505

Henry Jacquez
1110 Maez Rd
Santa Fe, NM  87501

Ted J, Trujillo, Esq.
Post Office Box 2185
Española, NM  87532

C. Mott Woolley, Esq.
112W. San Francisco, #312C
Santa Fe, NM  87501-2090

Jennifer J. Dumas, Esq.
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE,
Albuquerque, New Mexico 87102

*Electronically filed 1/21/10*
REBECCA DEMPSEY