IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 5, Rio Gallina |

## **CERTIFICATE OF SERVICE**

Pursuant to the December 14, 2009, *Order Establishing Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System* (Doc. 9543), the Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned Counsel of record, hereby certifies that on January 1, 2010, it mailed copies of the *Notice of Proposed of Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System* (Doc. 9544), and the form entitled *Inter Se Objection to Surface Water Irrigation Rights*, to Defendants in Section 5 at the addresses listed on the following pages, one through twelve.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

Subfile No.:CHGA-001-0001
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA, NM 87017

Subfile No.:CHGA-001-0002
REDUCINDA MAESTAS
P.O. BOX 12
COYOTE, NM 87012

Subfile No.:CHGA-001-0003
c/o PORFIRIA JARAMILLO, TRUSTEE
VIVIAN SUAZO TRUST
2991 CAMINO PIEDRA LUMBRE
SANTA FE, NM 875055380

Subfile No.:CHGA-001-0004
MANUELITA CORDOVA
P.O. BOX 73
GALLINA, NM 87017

Subfile No.:CHGA-001-0005
JOE O CORDOVA
P.O. BOX 21
GALLINA, NM 87017

Subfile No.:CHGA-001-0006
c/o PORFIRIA JARAMILLO, TRUSTEE
VIVIAN SUAZO TRUST
2991 CAMINO PIEDRA LUMBRE
SANTA FE, NM 875055380

Subfile No.:CHGA-001-0007
SIMONITA MAESTAS ESTATE
1007 HIGHWAY 550
AZTEC, NM 87410

Subfile No.:CHGA-001-0008A
PORFIRIA JARAMILLO
2991 CM. PIEDRA LUMBRE
SANTA FE, NM 87505

Subfile No.:CHGA-001-0008B
MIGUEL D SUAZO
HC 78 BOX 15
GALLINA, NM 87017

Subfile No.:CHGA-001-0009
FERMIN SALAZAR
P.O. BOX 40
GALLINA, NM 87017

Subfile No.:CHGA-001-0009
JULIA SALAZAR
P.O. BOX 40
GALLINA, NM 87017

Subfile No.:CHGA-001-0009
ALFONSO CORDOVA
HC 78 BOX 10
GALLINA, NM 87017

Subfile No.:CHGA-001-0010
ELVIRA CHAVEZ
3503 SIERRA VISTA
FARMINGTON, NM 87402

Subfile No.:CHGA-001-0010
LEONARDO CHAVEZ
3503 SIERRA VISTA
FARMINGTON, NM 87402

Subfile No.:CHGA-001-0011
AMADEO SEGURA
5309 VALLEY VIEW AVE
FARMINGTON, NM 87402

Subfile No.:CHGA-001-0011
CRUZITA SEGURA
5309 VALLEY VIEW AVE
FARMINGTON, NM 87402

Subfile No.:CHGA-001-0012
ARTURO R MONTOYA
1005 BELLAS LANE
ESPANOLA, NM 87532

Subfile No.:CHGA-001-0012
SARITA V MONTOYA
1005 BELLAS LANE
ESPANOLA, NM 87532

Subfile No.:CHGA-001-0013
URSULITA VIGIL
HR 78 BOX 16
GALLINA, NM 87017

Subfile No.:CHGA-001-0014
WILLIE A SUAZO
HC 78 BOX 15
GALLINA, NM 87017

Subfile No.:CHGA-001-0015
ALVIN SUAZO
P.O. BOX 1814
CUBA, NM 87013

Subfile No.:CHGA-001-0016
MANUEL GARCIA
P.O. BOX 544
CUBA, NM 87013

Subfile No.:CHGA-001-0017
URSULITA VIGIL
HR 78 BOX 16
GALLINA, NM 87017

Subfile No.:CHGA-001-0018
WILLIE A SUAZO
HC 78 BOX 15
GALLINA, NM 87017

Subfile No.:CHGA-002-0001
EDITH MARTINEZ
P.O. BOX 70
GALLINA, NM 87017

Subfile No.:CHGA-002-0001
ROBERTO MARTINEZ
P.O. BOX 70
GALLINA, NM 87017

Subfile No.:CHGA-002-0002
CONRADO GOMEZ
2201 MARIE PLACE NW
ALBUQUERQUE, NM 87104

Subfile No.:CHGA-002-0002
MARY IRENE GOMEZ
2201 MARIE PLACE NW
ALBUQUERQUE, NM 87104

Subfile No.:CHGA-002-0003A
ERNESTO J. SERRANO JR.
P.O. BOX 146
GALLINA, NM 87017

Subfile No.:CHGA-002-0003B
MARK W. VALDEZ
P.O. BOX 136
GALLINA, NM 87017

Subfile No.:CHGA-002-0003B
ELAINE M VALDEZ
P.O. BOX 136
GALLINA, NM 87017

Subfile No.:CHGA-002-0003C
MAURICE L SERRANO
P.O. BOX 231
EL RITO, NM 87530

Subfile No.:CHGA-002-0004
COSME S CHACON
P.O. BOX 4
GALLINA, NM 87017

Subfile No.:CHGA-002-0004
JOSE L CHACON
P.O. BOX 95
GALLINA, NM 87017

Subfile No.:CHGA-002-0004
FULGENCIO CHACON
P.O. BOX 24
GALLINA, NM 87017

Subfile No.:CHGA-002-0004
JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO, NM 87124

Subfile No.:CHGA-002-0005
FLORENCE SHIPLEY
#16 CO RD. 6403
KIRKLAND, NM 874179555

Subfile No.:CHGA-002-0006A
HENRY L JACQUEZ
1110 MAEZ RD
SANTA FE, NM 87501

Subfile No.:CHGA-002-0006B
JOSE L CHACON
P.O. BOX 95
GALLINA, NM 87017

Subfile No.:CHGA-002-0006B
COSME S CHACON
P.O. BOX 4
GALLINA, NM 87017

Subfile No.:CHGA-002-0006B
JOSE B. CHACON
413 CHRISTINE DR. NE
RIO RANCHO, NM 87124

Subfile No.:CHGA-002-0006B
FULGENCIO CHACON
P.O. BOX 24
GALLINA, NM 87017

Subfile No.:CHGA-002-0007
ROBERT FIDEL ARELLANO
1100 KANSAS
GREEN RIVER, WY 82935

Subfile No.:CHGA-002-0007
ELISAIDA PADILLA
P.O. BOX 12
GALLINA, NM 87017

Subfile No.:CHGA-002-0008
LUZ GONZALES
P.O. BOX 138
GALLINA, NM 87017

Subfile No.:CHGA-002-0009A
DANIEL K. GONZALES
P.O. BOX 6
GALLINA, NM 87017

Subfile No.:CHGA-002-0009B
AMANDA GONZALES
P.O. BOX 102
GALLINA, NM 87017

Subfile No.:CHGA-002-0009B
SELUSTRIANO GONZALES SR.
P.O. BOX 102
GALLINA, NM 87017

Subfile No.:CHGA-002-0009B
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA, NM 87017

Subfile No.:CHGA-002-0009C
c/o PORFIRIA JARAMILLO
VIVIAN SUAZO
2991 CAMINO PIEDRA LUMBRE
SANAT FE, NM 875055380

Subfile No.:CHGA-002-0010
MIGUEL LUJAN
P.O. BOX 685
ESPANOLA, NM 87532

Subfile No.:CHGA-002-0011
JOSE DOLORES GONZALES
# 18 ROAD 5295
FARMINGTON, NM 87401

Subfile No.:CHGA-002-0011
STELLA M. GONZALES
# 18 ROAD 5295
FARMINGTON, NM 87401

Subfile No.:CHGA-002-0012
ALFONSO CORDOVA JR
HC 78, BOX 10
GALLINA, NM 87017

Subfile No.:CHGA-002-0013
DIANA SUAZO
P.O. BOX 824
CUBA, NM 87013

Subfile No.:CHGA-002-0013
CLEMENT L. SUAZO
P.O. BOX 824
CUBA, NM 87013

Subfile No.:CHGA-002-0014
BONIFACIO W GONZALES
P.O. BOX 102
GALLINA, NM 87017

Subfile No.:CHGA-002-0014
SELUSTRIANO GONZALES SR.
P.O. BOX 102
GALLINA, NM 87017

Subfile No.:CHGA-002-0014
AMANDA GONZALES
P.O. BOX 102
GALLINA, NM 87017

Subfile No.:CHGA-002-0015
RAYMOND SUAZO
10212 LUZ DEL DIA, NW
ALBUQUERQUE, NM 87114

Subfile No.:CHGA-002-0016
JULIE PEDERSON
P.O. BOX 142
GALLINA, NM 870170142

Subfile No.:CHGA-002-0017
EZEQUIEL CORDOVA
P.O. BOX 53
EAST CARBON CITY, UT 84520

Subfile No.:CHGA-002-0018
RAMONCITA MAESTAS
4205 HUDSON ST
FARMINGTON, NM 87402

Subfile No.:CHGA-002-0020
ALFIRIO MAESTAS
3202 CORONADO AVE.
FARMINGTON, NM 87401

Subfile No.:CHGA-002-0020  
MAX MAESTAS  
801 E. SPRUCE  
FARMINGTON, NM 87401  

Subfile No.:CHGA-002-0021A  
DAVID CHAVEZ  
P.O. BOX 14  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0021B  
RONALD CHAVEZ  
P.O. BOX 92  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0021C  
THELMA CHAVEZ  
P.O. BOX 184  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0022  
MARTHA CORDOVA  
P.O .BOX 57  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0023  
FRANK JACQUEZ  
P.O. BOX 78  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0024A  
JOE VELASQUEZ  
P.O. BOX 47  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0024B  
LAURA A. VELASQUEZ  
P.O. BOX 23  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0024B  
STEVE E. VELASQUEZ  
P.O. BOX 23  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0025  
ROGELIO CORRALES  
P.O. BOX 33  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0026  
c/o MARY E. HUMPHREY, ESQ.  
ABRAM CORDOVA  
P.O. BOX 1574  
EL PRADO, NM 87529  

Subfile No.:CHGA-002-0027A  
GENEVIEVE M. VELASQUEZ  
5505 SICILY RD. NW  
ALBYQUERQUE, NM 87114  

Subfile No.:CHGA-002-0027A  
LUIS TOBY VELASQUEZ  
5505 SICILY RD. NW  
ALBYQUERQUE, NM 87114  

Subfile No.:CHGA-002-0027A  
GABRIEL MAESTAS JR.  
P.O. BOX 5  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0027A  
MARY ANN MAESTAS  
P.O. BOX 5  
GALLINA, NM 87017  

Subfile No.:CHGA-002-0027B  
MARY ANN MAESTAS  
P.O. BOX 5  
GALLINA, NM 87017

Subfile No.:CHGA-002-0027B
GABRIEL MAESTAS JR.
P.O. BOX 5
GALLINA, NM 87017

Subfile No.:CHGA-002-0028A
VINCENTE JACQUEZ
GENERAL DELIVERY
GALLINA, NM 87017

Subfile No.:CHGA-002-0028B
MARY L ESPINOZA
P.O. BOX 164
GALLINA, NM 87017

Subfile No.:CHGA-002-0028C
CRISTOBAL JACQUEZ
HC 78 BOX 1095
ZANONI, MO 65784

Subfile No.:CHGA-002-0028D
SYLVIA MIDDLETON
P.O. BOX 46
GALLINA, NM 87017

Subfile No.:CHGA-002-0029
VIVIAN SALAZAR
1118 CALLE LA RESOLANA
SANTA FE, NM 875075115

Subfile No.:CHGA-002-0030A
PHILLIP JACQUEZ
P.O. BOX 191
GALLINA, NM 87017

Subfile No.:CHGA-002-0030B
UBALDO JACQUEZ
P.O. BOX 181
GALLINA, NM 87017

Subfile No.:CHGA-002-0031
c/o SUSAN H. CAMRUD, ESQ.
RAMONA JACQUEZ ESTATE
P.O. BOX 749
FARMINGTON, NM 87499

Subfile No.:CHGA-002-0032
ALICE JACQUEZ
P.O. BOX 48
GALLINA, NM 87017

Subfile No.:CHGA-002-0033
DELFIN JACQUEZ
P.O. BOX 103
GALLINA, NM 87017

Subfile No.:CHGA-002-0033
RITA JACQUEZ
P.O. BOX 103
GALLINA, NM 87017

Subfile No.:CHGA-002-0034
ISABEL LUCERO
401 LA VEGA RD, SW
ALBUQUERQUE, NM 87105

Subfile No.:CHGA-002-0035A
LEORA JACQUEZ LUCERO
1313 APODACA DR SW
ALBUQUERQUE, NM 87121

Subfile No.:CHGA-002-0035B
ANDREW J. LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE, NM 87105

Subfile No.:CHGA-002-0035B
ANTHONY LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE, NM 87105

Subfile No.:CHGA-002-0035B
EDWARD LEYBA
2949 CLOVER LN. SW
ALBUQUERQUE, NM 87105

Subfile No.:CHGA-002-0036
CASSILDA JACQUEZ SERRANO
P.O. BOX 211
GALLINA, NM 87017

Subfile No.:CHGA-002-0037
GILBERT JACQUEZ
5101 SPINNING WHEEL NW
ALBUQUERQUE, NM 87120

Subfile No.:CHGA-002-0038
ESTATE OF ODELLA LOVATO
132 ORCHARD GARDEN RD. SW
ALBUQUERQUE, NM 87105

Subfile No.:CHGA-002-0039
ELISEO JACQUEZ
P.O. BOX 82
GALLINA, NM 87017

Subfile No.:CHGA-002-0040
JACOBO ARELLANO
P.O. BOX 7
GALLINA, NM 87017

Subfile No.:CHGA-002-0041
JOSE L CHACON
P.O. BOX 95
GALLINA, NM 87017

Subfile No.:CHGA-002-0042
MARINO JACQUEZ
P.O. BOX 614
CUBA, NM 87013

Subfile No.:CHGA-002-0043
ORLANDO MADRID
P.O. BOX 147
GALLINA, NM 87107

Subfile No.:CHGA-002-0043
ALICE MADRID
P.O. BOX 147
GALLINA, NM 87107

Subfile No.:CHGA-002-0044
SAM CHAVEZ
P.O. BOX 115
GALLINA, NM 87017

Subfile No.:CHGA-002-0044
AURELIA CHAVEZ
P.O. BOX 115
GALLINA, NM 87017

Subfile No.:CHGA-002-0045
SHIRLEY CORDOVA
P.O. BOX 21
GALLINA, NM 87017

Subfile No.:CHGA-002-0046
RICHARD CORDOVA
P.O. BOX 172
GALLINA, NM 87017

Subfile No.:CHGA-002-0047
ALICE JACQUEZ
P.O. BOX 48
GALLINA, NM 87017

Subfile No.:CHGA-002-0048
AURELIA CHAVEZ
P.O. BOX 115
GALLINA, NM 87017

Subfile No.:CHGA-002-0048
SAM CHAVEZ
P.O. BOX 115
GALLINA, NM 87017

Subfile No.:CHGA-002-0049
MANUEL S. ARELLANO
P.O. BOX 60
GALLINA, NM 87017

Subfile No.:CHGA-002-0049
MARIA C. ARELLANO
P.O. BOX 60
GALLINA, NM 87017

Subfile No.:CHGA-002-0050
MIKE JACQUEZ
906 N. MONTEREY AVE.
FARMINGTON, NM 87401

Subfile No.:CHGA-002-0051
ELI MAESTAS
P.O. BOX 2025
KIRTLAND, NM 87417

Subfile No.:CHGA-003-0001A
c/o CORINE JACQUEZ GONZALES
EUGENIO SANCHEZ ESTATE
843 OLD SANTA FE TRAIL
SANTA FE, NM 87501

Subfile No.:CHGA-003-0001B
WILLIE CHAVEZ
P.O. BOX 8
GALLINA, NM 87107

Subfile No.:CHGA-003-0002
WILLIE CHAVEZ
P.O. BOX 8
GALLINA, NM 87107

Subfile No.:CHGA-003-0003A
c/o MARY E. HUMPHREY, ESQ.
FAYE DAVIS
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0003B
c/o MARY E. HUMPHREY, ESQ.
FAYE DAVIS
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0003C
c/o MARY E. HUMPHREY, ESQ.
FAYE DAVIS
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0003D
c/o MARY E. HUMPHREY, ESQ.
FAYE DAVIS
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0004A
c/o MARY E. HUMPHREY, ESQ.
FAYE DAVIS
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0004B
c/o MARY E. HUMPHREY, ESQ.
FAYE DAVIS
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0005
c/o MARY E. HUMPHREY, ESQ.
FAYE DAVIS
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0006
JOHNNY A.D. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA, NM 87532

Subfile No.:CHGA-003-0006
ANTONETTE B. LOVATO
BOX 12, GUAJOLOTE LANE
ESPANOLA, NM 87532

Subfile No.:CHGA-003-0007
c/o MARY E. HUMPHREY, ESQ.
JOSE P CHAVEZ
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0007
c/o MARY E. HUMPHREY, ESQ.
PIEDAD CHAVEZ
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0007
c/o MARY E. HUMPHREY, ESQ.
PATSY L CHAVEZ
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0007
c/o MARY E. HUMPHREY, ESQ.
JUAN C CHAVEZ
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0008
COSME L CHACON
P.O. BOX 43
GALLINA, NM 87017

Subfile No.:CHGA-003-0009
REINA MAESTAS
P.O. BOX 131
GALLINA, NM 87017

Subfile No.:CHGA-003-0010
FULGENCIO JACQUEZ
P.O. BOX 244
GALLINA, NM 87017

Subfile No.:CHGA-003-0010
JUANITA A JACQUEZ
P.O. BOX 244
GALLINA, NM 87017

Subfile No.:CHGA-003-0011
c/o GARY JACQUEZ
ROGER JACQUEZ
P.O. BOX 2315
ESPANOLA,, NM 87532

Subfile No.:CHGA-003-0012A
DOROTHY JACQUEZ
P.O. BOX 995
ESPANOLA, NM 87532

Subfile No.:CHGA-003-0012B
EDDIE GARCIA
P.O. BOX 51109
ESPANOLA, NM 87532

Subfile No.:CHGA-003-0012C
MARY ANN JACQUEZ
P.O. BOX 995
ESPANOLA, NM 87532

Subfile No.:CHGA-003-0013
ALVIN N. JACQUEZ
P.O. BOX 27
GALLINA, NM 87017

Subfile No.:CHGA-003-0014
PAULINE JACQUEZ
P.O. BOX 39
GALLINA, NM 87017

Subfile No.:CHGA-003-0014
HERMAN JACQUEZ
P.O. BOX 39
GALLINA, NM 87017

Subfile No.:CHGA-003-0015
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND, NM 87417

Subfile No.:CHGA-003-0016
REINA MAESTAS
P.O. BOX 131
GALLINA, NM 87017

Subfile No.:CHGA-003-0017
JOSE L CHACON
P.O. BOX 95
GALLINA, NM 87017

Subfile No.:CHGA-003-0018
COSME L CHACON
P.O. BOX 43
GALLINA, NM 87017

Subfile No.:CHGA-003-0018
ARCELIA CHACON
P.O. BOX 43
GALLINA, NM 87017

Subfile No.:CHGA-003-0019
c/o MARY E. HUMPHREY, ESQ.
LUCINDA CHACON
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0019
c/o MARY E. HUMPHREY, ESQ.
JOSE Z CHACON
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0020
ROSALIE F. WILSON
P.O. BOX 162
KIRTLAND, NM 87417

Subfile No.:CHGA-003-0021
c/o MARY E. HUMPHREY, ESQ.
LUCINDA CHACON
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-003-0022
ROGER F. CORRALES
P.O. BOX 194
GALLINA, NM 87017

Subfile No.:CHGA-003-0023
MARY SANCHEZ
P.O. BOX 1112
ABIQUIU, NM 87510

Subfile No.:CHGA-003-0023
LEVI A. SANCHEZ
P.O. BOX 1112
ABIQUIU, NM 87510

Subfile No.:CHGA-003-0024A
COSME S CHACON
P.O. BOX 4
GALLINA, NM 87017

Subfile No.:CHGA-003-0024B
UBALDO JACQUEZ
4401 ROWE AVE
FARMINGTON, NM 87402

Subfile No.:CHGA-003-0024B
ATILANA JACQUEZ
4401 ROWE AVE
FARMINGTON, NM 87402

Subfile No.:CHGA-003-0025
JOSE L CHACON
P.O. BOX 95
GALLINA, NM 87017

Subfile No.:CHGA-003-0026
VIRGINIA LEWELLEN
309 N. 3RD ST.#46
BLOOMFIELD, NM 87413

Subfile No.:CHGA-003-0027
NEIVES MARTINEZ
P.O. BOX 145
GALLINA, NM 87017

Subfile No.:CHGA-003-0027
MAX A. MARTINEZ
P.O. BOX 145
GALLINA, NM 87017

Subfile No.:CHGA-003-0028
ALICE JACQUEZ
P.O. BOX 48
GALLINA, NM 87017

Subfile No.:CHGA-003-0029
PATRICK RODRIGUEZ
228A SR 399
ESPANOLA, NM 87532

Subfile No.:CHGA-003-0029
MONICA T. RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE, NM 87120

Subfile No.:CHGA-003-0029
L. MARISA RODRIGUEZ
8318 WYNVIEW CT NW
ALBUQUERQUE, NM 87120

Subfile No.:CHGA-003-0030
HERMAN JACQUEZ
P.O. BOX 39
GALLINA, NM 87017

Subfile No.:CHGA-003-0030
ALVIN N. JACQUEZ
P.O. BOX 27
GALLINA, NM 87017

Subfile No.:CHGA-003-0031
JOSE L CHACON
P.O. BOX 95
GALLINA, NM 87017

Subfile No.:CHGA-004-0001A
ROBERT M. VIGIL
P.O. BOX 108
GALLINA, NM 87017

Subfile No.:CHGA-004-0001A
MARY VIGIL
P.O. BOX 13
GALLINA, NM 87017

Subfile No.:CHGA-004-0001A
JULIAN VIGIL
P.O. BOX 122
GALLINA, NM 87017

Subfile No.:CHGA-004-0001B
LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE, NM 87120

Subfile No.:CHGA-004-0001B
HELEN VIGIL
P.O. BOX 234
EL RITO, NM 87530

Subfile No.:CHGA-004-0001B
OLIVIA VIGIL
P.O. BOX 592
ESPANOLA, NM 87532

Subfile No.:CHGA-004-0001C
OLIVIA VIGIL
P.O. BOX 592
ESPANOLA, NM 87532

Subfile No.:CHGA-004-0001C
HELEN VIGIL
P.O. BOX 234
EL RITO, NM 87530

Subfile No.:CHGA-004-0001C
LINDA VIGIL
8401 WYNVIEW CT., NW
ALBUQUERQUE, NM 87120

Subfile No.:CHGA-004-0002
TOMMY F. CHACON
P.O. BOX 106
GALLINA, NM 87017

Subfile No.:CHGA-004-0003
c/o MARY E. HUMPHREY, ESQ.
FAYE DAVIS
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-004-0004
c/o MARY E. HUMPHREY, ESQ.
ABRAM CORDOVA
P.O. BOX 1574
EL PRADO, NM 87529

Subfile No.:CHGA-004-0005
c/o GERALDINE SERRANO
ESTATE OF EDUVIGEN SERRANO
P.O. BOX 525
SANTA CRUZ, NM 87567

Subfile No.:CHGA-004-0006
JULIAN VIGIL
P.O. BOX 122
GALLINA, NM 87017

Subfile No.:CHGA-004-0006
MARY VIGIL
P.O. BOX 13
GALLINA, NM 87017

Subfile No.:CHGA-004-0006
ROBERT M. VIGIL
P.O. BOX 108
GALLINA, NM 87017

Subfile No.:CHGA-005-0003
RICHARD T. HARVEY
HC 70 BOX 412
PECOS, NM 87552

Subfile No.:CHGA-005-0003
TOMAS SANCHEZ
P.O. BOX 44 OR 42
GALLINA, NM 87017

Subfile No.:CHGA-005-0003
ONOFRE SANCHEZ
P.O. BOX 44 OR 42
GALLINA, NM 87017

Subfile No.:CHGA-005-0004
ROBERT M. VIGIL
P.O. BOX 108
GALLINA, NM 87017

Subfile No.:CHGA-005-0004
MARY VIGIL
P.O. BOX 13
GALLINA, NM 87017

Subfile No.:CHGA-005-0004
JULIAN VIGIL
P.O. BOX 122
GALLINA, NM 87017