IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) ) | 69cv07941-BB |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) | Section 3, Rio Cebolla Subfile Nos.:  CHCB-02-0002C |
| Defendants. | ) ) ) | CHCB-02-0001 CHCB-01-0007 |

ORDER GRANTING MOTION FOR EXTENSION OF TIME
AND AMENDING  PRETRIAL ORDER FOR DISPUTED SUBFILES

THIS MATTER is before the Special Master on the Motion for Extension of Time filed January 12, 2010 (Docket No. 9557) by the parties.  Extensions of time are sought to the discovery and trial deadlines set forth in the June 5, 2009, Pretrial Order for Disputed Subfiles (No. 9458). Being fully advised in the premises, I find the Motion should be GRANTED, and the following deadlines extended to the dates indicated:

Disclosure of witnesses:  January 18, 2010
Completion of discovery:  February 16, 2010
Dispositive motions, objections to proposed exhibits:  March 11, 2010
Responses:  April 12, 2010
Request for status conference:  April 12, 2010
Hearings:  week of May 24, 2010

IT IS SO ORDERED.

_____
SPECIAL MASTER