IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
                                                             )
             Plaintiff, )
                                                             )      69cv07941-BB
   -v- )
                                                             )      RIO CHAMA STREAM SYSTEM
ROMAN ARAGON et al., )      Section 3, Rio Cebolla
                                                             )      Subfile No.:  CHCB-05-0002
           Defendants. )
                                                             )

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### AND AMENDING PRETRIAL ORDER FOR DISPUTED SUBFILES

THIS MATTER is before the Special Master on the Motion for Extension of Time filed January 12, 2010 (Docket No. 9558 by the parties. Extensions of time are sought to the discovery and trial deadlines set forth in the August 25, 2009, Pretrial Order for Disputed Subfiles (No. 9491). Being fully advised in the premises, I find the Motion should be GRANTED, and the following deadlines extended to the dates indicated:

    Disclosure of witnesses:  February 18, 2010
    Completion of discovery:  March 16, 2010
    Dispositive motions, objections to proposed exhibits:  April 12, 2010
    Responses:  May 12, 2010
    Request for status conference:  May 12, 2010
    Hearing:  week of June 21, 2010

IT IS SO ORDERED.

                                                                       /s/ Vickie L. Gabin
                                                                       SPECIAL MASTER