January 20, 2010

**FILED**
at Santa Fe, NM

JAN 25 2010

MATTHEW J. DYKMAN
CLERK

Special Master Vickie L. Gabin
106 South Federal Place
Santa Fe, New Mexico 87504

Dear SM Gabin,

I want to be put on the caption for the purpose of receiving the general pleadings of the special report, Special Master's Report on Priorities for Three Acequias, Document #9846, Case #6:69-cv-07941-BB.

I am Ronald W. Rundstrom a parciante and water rights holder on the Acequia de Chamita and one of the defendents in this case.

| | |
|---|---|
| My address is: | Ronald W. Rundstrom, PO Box 1791, Espanola, NM 87532 |
| e-mail address is: | ronpat@espanola-nm.com |
| phone number is: | 1-505-852-2764 |

Thank you.

Sincerely,

*[signature]*

Ronald W. Rundstrom