IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

  v.                                    69cv07941 BB-ACE
                                           Rio Chama Adjudication

RAMON ARAGON, *et al.*,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on Rebecca Dempsey and John F. McCarthy's Unopposed Motion to Withdraw as Counsel (Doc. No. 9563, filed January 21, 2010). Dempsey and McCarthy seek to withdraw as counsel for El Barranco, LLC and state that El Barranco concurs with their motion to withdraw. Lisa Ferrell has entered her appearance as counsel for El Barranco, LLC in this matter. (*See* Doc. No. 9562, filed January 15, 2010). The Court will **GRANT** Dempsey and McCarthy's Unopposed Motion to Withdraw as Counsel.

    **IT IS SO ORDERED.**

                                                      **BRUCE D. BLACK**
                                                      **UNITED STATES DISTRICT JUDGE**