IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF
NEW MEXICO
STATE OF NEW MEXICO,
ex rel.
State Engineer
Plaintiff,
vs.
ROMAN ARAGON, et al.,
Defendants.
69cv07941-BB
RIO CHAMA
STREAM SYSTEM
Section 5, Rio Gallina
NOTICE OF PROPOSED
PARTIAL FINAL JUDGMENT
AND DECREE ON
SURFACE WATER
IRRIGATION RIGHTS IN

## Publisher's Bill

_249_ lines one time at _174.30_

_249_ lines _3_ times at _448.20_

Affidavit _5.00_

Subtotal _627.50_

Tax _49.42_

Total _676.92_

**Payment received at Rio Grande SUN**

Date _Dec 16, 2009_

By _[signature]_

## Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

_4_ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

_7th_ day of _January 2010_

and the last publication on the _28th_ day of

_January 2010_ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_Robert Trapp_
Publisher

Subscribed and sworn to before me this _25th_ day of _Jan_ A.D. _2010_

_Maria G. Chavez_
Maria G. Chavez/Notary Public
My commission expires 21 October 2012

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
STATE OF NEW MEXICO, ex rel. State Engineer
Plaintiff,
vs.
ROMAN ARAGON, et al.,
Defendants.
69cv07941-BB
RIO CHAMA STREAM SYSTEM
Section 5, Rio Gallina
NOTICE OF PROPOSED PARTIAL FINAL JUDGMENT AND DECREE ON SURFACE WATER IRRIGATION RIGHTS IN SECTION 5 OF THE RIO CHAMA STREAM SYSTEM

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE PUBLIC SURFACE AND UNDERGROUND WATERS WITHIN SECTION 5 OF THE RIO CHAMA STREAM SYSTEM

You are hereby notified that the State of New Mexico has prepared a Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System ("Proposed Decree") to be filed in the United States District Court. Section 5 includes the watershed of the Rio Gallina, a tributary of the Rio Chama.

If you have water rights in Section 5 that may be affected by any of the provisions of the Proposed Decree, you have the right to file inter se objections and offer evidence to the Court in support of those objections. The Court's previous determination of priority dates and irrigation water requirements, by Order filed April 10, 2008, is binding on all claimants, known and unknown, diverting and using surface water in Section 5. **Persons using surface water in Section 5 cannot object to the determination of priority dates and irrigation water requirements of the surface water irrigation rights described in the Proposed Decree. In addition, persons in Section 5 may not file objections to the previous determination of their own surface water irrigation rights.**

Copies of the Proposed Decree with an Addendum that summarizes the water rights adjudicated and decreed therein, and hydrographic survey maps showing the location of all tracts described in the decree, are available for inspection at the Cuba Public Library and the Office of the Rio Arriba County Clerk in Tierra Amarilla and in Española. Copies are also available for inspection at the Federal District Court in Santa Fe and in Albuquerque, at the UNM School of Law, and at the Office of the State Engineer at the following addresses:

·Office of the Clerk
United States District Court
106 South Federal Place
Santa Fe, New Mexico
·Office of the Clerk
United States District Court
333 Lomas Blvd. NW
Albuquerque, New Mexico
·Joe M Stell Ombudsman Program at Utton Center
UNM School of Law
1117 Stanford NE Rm. 1216
Albuquerque, New Mexico
·Office of the State Engineer
Water Resource Allocation Program
Bataan Memorial Building, Rm. 102
Santa Fe, New Mexico

The Proposed Decree (without the Addendum) is also available on the Office of the State Engineer's website (www.ose.state.nm.us).

Continued to page C17

If you do not wish to object to the determination of water rights of other individuals, as described in the Proposed Decree, you do not need to take any further action. If objections are filed by any persons, you may participate in the proceedings to resolve those objections as described below. If no objections are filed with the Court, you will be bound by the provisions of the Proposed Decree.

If you wish to object, you or your attorney must file an objection with the United States District Court of New Mexico. Objections must be filed in person or by mail to be received by the Court no later than **March 1, 2010**, at the following address:
United States District Court Clerk
106 South Federal Place
Santa Fe, New Mexico 87501.

Inter se objections must be filed in accordance with the United States District Court of New Mexico Local Rule 5. All objections must have a caption identifying the Case and Case number (69cv07941-BB). The objection must contain the subfile number of the water right objected to, identify the defendant associated with that water right, provide a brief explanation of the reason for the objection, describe your own water rights in Section 5, and be signed by the person making the objection. Blank forms (entitled "Inter Se Objection to Surface Water Irrigation Rights") that may be used for this purpose will be available to the public with the Proposed Decree at the locations described above.

If you timely file an inter se objection the Court will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. Further procedures for hearing objections to the Proposed Decree will be determined at the conference. This will be your only opportunity to object to the determination of surface water rights described in the Proposed Decree.

**If you have water rights in Section 5, you may participate in the proceedings to resolve inter se objections <u>whether or not you file an inter se objection</u>**. If inter se objections are timely filed, the State will prepare a report that summarizes all objections and make the report available for public inspection at the locations described above by **April 5, 2010**. Persons that elect to participate in the proceedings to resolve inter se objections must file a notice of intent to participate with the Court no later than May 17, 2010. Blank forms (entitled "Notice of Intent to Participate in Inter Se Proceedings") that may be used for this purpose will be available with the report that summarizes inter se objections. **All persons having water rights in Section 5 will be bound by the outcome of the proceedings to resolve inter se objections.**

FOR ADDITIONAL INFORMATION
For additional information regarding this Notice or the Proposed Decree, you may call or write any of the following persons:

·Edward G. Newville
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87502
(505) 867-7444

·Mary E. Humphrey, Esq.
Attorney for Gallina – Capulin Acequia Association and Section 5 Acequias
P.O. Box 1574
El Prado, NM 87529
(575) 758-2203

·Darcy S. Bushnell, Director
Joe M Stell Ombudsman Program at Utton Center
UNM School of Law
1117 Stanford NE Rm. 1216
Albuquerque, NM 87131-0001
(505) 277-0551
bushnell@law.unm.edu

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE
Recommended for Approval:
/s/ Vickie L. Gabin
SPECIAL MASTER VICKIE L. GABIN

(Published January 7, 14, 21, 28, 2010)