IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 5, Rio Gallina |
| Defendants. | |

### NOTICE OF MAIL RETURNED AS UNDELIVERABLE

The plaintiff State of New Mexico, *ex rel.* State Engineer, gives notice that the copies of the *Notice of Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System* (Doc. 9544) mailed to the persons or entities on the attached list on January 1, 2010, were returned to the Office of the State Engineer as undeliverable.

Respectfully submitted,

 /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   5th   day of February, 2010 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                /s/ Ed Newville
                                              EDWARD G.  NEWVILLE