**CHGA-001-0003**
VIVIAN SUAZO
Current Address Unknown
VIVIAN SUAZO TRUST
Current Address Unknown

**CHGA-001-0006**
VIVIAN SUAZO TRUST
Current Address Unknown

**CHGA-001-0007**
SIMONITA MAESTAS ESTATE
Current Address Unknown

**CHGA-001-0008A**
PORFIRIA JARAMILLO
Current Address Unknown

**CHGA-001-0015**
ALVIN SUAZO
Current Address Unknown

**CHGA-002-0009C**
VIVIAN SUAZO
Current Address Unknown

**CHGA-002-0013**
ALVIN SUAZO
Current Address Unknown

**CHGA-002-0015**
RAYMOND SUAZO
Current Address Unknown

**CHGA-002-0016**
JULIE PEDERSON
Current Address Unknown

**CHGA-002-0018**
RAMONCITA MAESTAS
Current Address Unknown

**CHGA-002-0028A**
VINCENTE JACQUEZ
Current Address Unknown

**CHGA-002-0028D**
SYLVIA MIDDLETON
Current Address Unknown

**CHGA-002-0037**
GILBERT JACQUEZ
Current Address Unknown

**CHGA-002-0040**
JACOBO ARELLANO
Current Address Unknown

**CHGA-003-0006**
ANTONETTE B. LOVATO
Current Address Unknown
JOHNNY A.D. LOVATO
Current Address Unknown

**CHGA-003-0029**
L. MARISA RODRIGUEZ
Current Address Unknown
MONICA T. RODRIGUEZ
Current Address Unknown

**CHGA-004-0005**
ESTATE OF EDUVIGEN SERRANO
Current Address Unknown

**CHGA-005-0003**
RICHARD T. HARVEY
Current Address Unknown