IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941 - BB |
| v. | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING MOTION TO VACATE PUEBLO CLAIMS DEADLINES
AND SET SCHEDULING CONFERENCE**

This matter comes before the Special Master upon the United States' January 29, 2010 *Motion to Vacate Pueblo Claims Deadlines and Set Scheduling Conference* (Doc. No. 9571). No opposition having been received, and for good cause shown, the motion is GRANTED.

IT IS ORDERED, THEREFORE that all remaining deadlines established in the November 3, 2004 *Scheduling Order on Pueblo Claims* (No. 7639) and the February 27, 2008 *Amended Scheduling Order on Pueblo Claims* (Doc. No. 9118) are HEREBY VACATED.

IT IS FURTHER ORDERED that a scheduling conference concerning future proceedings on Pueblo Claims in this case will be set in the first part of April. As soon as possible involved counsel shall advise the Special Master of their availability April 5 - 16.

IT IS SO ORDERED.

*/s/ Vickie L. Gabin*
SPECIAL MASTER