IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

## SUBSTITUTION OF COUNSEL

Barbara Bill herewith substitutes for Gabriel Wade as counsel for the Plaintiff State of New Mexico, *ex rel.* State Engineer in the above-captioned matter, including representation of the State of New Mexico in the matters subject to the Pretrial Order for Disputed Subfiles entered on June 5, 2009 (Doc. 9458) and the Pretrial Order for Dispute Subfile entered August 25, 2009 (Doc. 9491).

Respectfully submitted,

 /s/ Barbara Brill
BARBARA BRILL
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150 telephone
(505) 827-3887 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __10th__ day of February, 2010 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Joe Maestas
P.O. Box 1024
Tierra Amarilla, NM 87532

                                                /s/ Barbara Brill
                                                BARBARA BRILL