2/2/2010

## Acequia de Chamita

P O Box 930
San Juan Pueblo,
New Mexico 87566
Est. August 11, 1598

Office of the Clerk
United States District Court
106 South Federal Place
Santa Fe, New Mexico
Attn: Vickie L. Gabin

**FILED**
at Santa Fe, NM

FEB 1 0 2010

MATTHEW J. DYKMAN
CLERK

Dear Mrs. Gabin,

We would like to enter a motion requesting an extension to Special Master's Report on priorities for the 3Acequias. Case 6:69cv0794-BB  Document 9546 filed 12?26?2009.

We intend to file an Objection. We do not agree with the Lawyer or the witnesses and will present our own evidence. We did not receive a copy of your report until 1/15/2010 and that was by accident or providence. We have 89 Parciantes and quite a few live out of town and out of state and they should also have the opportunity to respond and object. We must mail your report and all the evidence to them.

Please respond as soon as possible as we are working feverishly to compose our objection with the additional overlooked evidence.

We await your response.

Acequia de Chamita Parciantes



Acequia de Chamita
P.O. Box 930
San Juan Pueblo
NM 87566

ALBUQUERQUE NM 871

02 FEB 2010 PM 1 L

OFFICE of the CLERK
United States District Court
106 South Federal Place, SANTA FE
Santa Fe, New Mexico

ATTN; VICKIE L. GABIN

RECEIVED
SANTA FE

FEB 03 2010

MATTHEW J. DYKMAN
CLERK

87501/1502