IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) | Section 3, Rio Cebolla Subfile Nos.: CHCB-02-0002C |
| Defendants. | ) ) ) | CHCB-02-0001 CHCB-01-0007 |

ORDER GRANTING MOTION TO STAY LITIGATION PROCEEDINGS

THIS MATTER is before the Special Master on the Motion to Stay Litigation Proceedings filed February 8, 2010 (Docket No. 9576) by the State of New Mexico, ex rel. State Engineer. Being fully advised in the premises, I find the Motion should be GRANTED.

IT IS ORDERED, THEREFORE, that litigation proceedings are stayed.

IT IS FURTHER ORDERED that the parties shall file a status report with the Court within 30 days of their initial settlement negotiation meeting.  At a minimum, the status report should include a brief description of the issue(s) under discussion, a statement as to the likelihood that the settlement discussions will be successful, and, if appropriate,  a good-faith estimate of the time needed to continue negotiations.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER