Case 6:69-cv-07941-KWR-KK   Document 9581-1   Filed 02/11/10   Page 1 of 1

Map annotations:
- 001-0004 A 0.2 ac. NR
- 001-0004 A 6.2 ac. NR

**LEGEND**
- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Area
- Operable Ditch
- Inoperable Ditch
- Stock Ponds / Reservoir
- Point of Diversion
- F  Fallow
- NR  No Right

1 inch = 400 feet
0  200  400 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

Rio Chama Hydrographic Survey
Rito de Tierra Amarilla Section

Subfile Number
**CHTA 001-0004**
AMENDED
May 27, 2008


