*Requesting an extention to file an amended objection with evidence*

February 16, 2010

**FILED**
at Santa Fe, NM

FEB 16 2010

MATTHEW J. DYKMAN
CLERK

Bruce D. Black,
U.S. District Judge
Santa Fe, New Mexico

       RE:   Roman Aragon, et al., 69cv 07941-BB

Dear Judge Black,

Attached are two letters to Special Master Vickie Gabin requesting an extension for preparing an objection on Roman Aragon, et al., 69cv 07941-BB.

On a phone call today to her, Feb. 16, 2010 at 12:00 pm, she said the letter should be spent to you instead…that it was out of her hands.

Please see copies attached of this request.

Sincerely,


Parciente
Acequia de Chamita

2/2/2010

*Acequia de Chamita*
P O Box 930
San Juan Pueblo,
New Mexico 87566
Est. August 11, 1598

Office of the Clerk
United States District Court
106 South Federal Place
Santa Fe, New Mexico
Attn: Vickie L. Gabin

Dear Mrs. Gabin,

We would like to enter a motion requesting an extension to Special Master's Report on priorities for the 3 Acequias. Case 6:69cv0794-BB  Document 9546 filed 12?26?2009.

We intend to file an Objection. We do not agree with the Lawyer or the witnesses and will present our own evidence. We did not receive a copy of your report until 1/13/2010 and that was by accident or providence. We have 80 Parciantes and quite a few live out of town and out of state and they should also have the opportunity to respond and object. We must mail your report and all the evidence to them.

Please respond as soon as possible as we are working feverishly to compose our objection with the additional overlooked evidence.

We await your response.

Acequia de Chamita Parciantes

2/11/2002
~~2/11/2010~~

Office of the Clerk
United States District Court
106 South Federal Place
Santa Fe, NM
ATTN: Vickie L. Gabin

Dear Mrs. Gabin,

After checking the mail this morning, 2/11/2010, I have not received the policy and procedures letter discussed in our phone conversation on Monday.

This is our 2nd request for an extension. I have received all the documents from the widow of Juan Archuleta concerning this Case 6:69cv0794, since 1992. However, we are lacking the following: Defendants Exhibits, Letters, B, C, E, H, I, M, N, O, S, T, U, V, W, Z, BB, EE, FF, GG. Appendix Pleadings, 1-5, Appendix Exhibits, 1-18. One of the other Commissioners from the hearing is also deceased, A. B. Valdez. No one of the members or Commissioners has all of the Exhibits that was supposed to defend our 1598 Priority Date or has seen them.

I cannot find any evidence that our Lawyer or his expert witnesses ever defended our previously claimed and acknowledged 1598 Priority. In November, 2009 at an RCAA meeting when the Priority issue was mentioned those of us present said we would not accept any thing less than August 11, 1598. Fred Vigil said neither would he. Neither you nor anyone else has any documentation of evidence of anyone fighting for that date. All the documentation shows that since 1994 everyone had already agreed on 1600, unbeknown to the Parcientes of the Acequia de Chamita. We need an extension, PLEASE.

Parcientes of Acequia de Chamita