Case: 6:69-cv-07941-BB                                                             page 1 of 2
File date: _____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

FEB 16 2010

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| STATE OF NEW MEXICO, on the relation of the State Engineer, | ) ) ) | No. 69cv 07941-BB |
| Plaintiff, | ) ) | Rio Chama Stream System |
| v. | ) ) | Section I (mainstream) |
| ROMAN ARAGON, et al., | ) ) | |
| Defendants. | ) ) | |

The Current Owner (s):

Name: _Tina C. Garcia_

Map: _20_     Tract: _16_

Subfile: _242, 291_

I'm/We are parciantes and water rights holders on the Acequia de Chamita and one of the defendants in this case.

Address is: _P.O Box 1304 Chamita, San Juan Pueblo NM 87566_

E-mail address is: _____

Phone number is: _505-852-4155_

OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO THE CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE CHAMITA.

It is important to note that this objection is being filed without benefit of an attorney. The parciente (s) apologize respectfully for the lack of procedural and format understanding.

1.  Notice of this defendants objection to Special Masters assignment of a <u>1600</u> priority date to his/her water right.

2.  Upon information and belief this defendant (s) water right is earlier than alleged by the <u>Special Master's Report on Priorities for Three Acequias</u>, Case: 6:69-cv-07411-BB, Document: 9546, Date filed: 12/16/2009.

3.  This defendant (s) request a hearing too prove that an earlier and proper date of <u>August 11, 1598</u> is the correct priority date for this defendants water right on the Acequia de Chamita.

Respectfully submitted.

_Tina C. Garcia_
(Signature of Defendant)

_Tina C. Garcia_
(Printed name of Defendant)

_P.O. Box 1304_
(Street address or P.O. Box)

_Chamita San Juan Pueblo, NM 87566_
(City, State and Zip Code)