Case: 6:69-cv-07941-BB

File date: _____

page 1 of 2



FILED
at Santa Fe, NM

FEB 16 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation of )
the State Engineer, )
                                                                      )       No. 69cv 07941-BB
                                                                      )
            Plaintiff,                         )       Rio Chama Stream
                                                                      )       System
v.                                                                          )
                                                                     )       Section I (mainstream)
ROMAN ARAGON, et al.,           )
                                                                       )
          Defendants.                    )

The Current Owner (s):

Name: **DAVID ORTIZ**

Map: **22**  Tract: **17**

Subfile: **267**

I'm/We are parciantes and water rights holders on the Acequia de Chamita and

one of the defendants in this case.

Address is: **CR 56 LOT 29 CHAMITA, N.M. 87566**
**PO Box 1082, SAN JUAN PUEBLO, NM 87566**

E-mail address is: _____

Phone number is: **505-852-2699**

OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO THE
CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE
CHAMITA.

It is important to note that this objection is being filed without benefit of an attorney. The

parciente (s) apologize respectfully for the lack of procedural and format understanding.

1. Notice of this defendants objection to Special Masters assignment of a 1600 priority date to his/her water right.

2. Upon information and belief this defendant (s) water right is earlier than alleged by the Special Master's Report on Priorities for Three Acequias, Case: 6:69-cv-07411-BB, Document: 9546, Date filed: 12/16/2009.

3. This defendant (s) request a hearing too prove that an earlier and proper date of August 11, 1598 is the correct priority date for this defendants water right on the Acequia de Chamita.

Respectfully submitted.

*(Signature)*
(Signature of Defendant)

DAVID ORTIZ
(Printed name of Defendant)

P O BOX 1082
(Street address or P.O. Box)

SAN JUAN PUEBLO, NM. 87566
(City, State and Zip Code)