IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer  Plaintiff,  vs.  ROMAN ARAGON, *et al.,* | 69cv07941-BB  RIO CHAMA STREAM SYSTEM Section 1, Chama Mainstream  Acequia de Monastery of Christ in the Desert Subfile No. X-1 |

### CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2010, pursuant to the November 4, 2009 *Pretrial Order for Determination of Priority Date for Acequia de Monastery of Christ in the Desert* (Doc. No. 9524), I served a copy of the expert witness report of Dr. John O. Baxter (The Monastery Ditch of Christ in the Desert, February 2010) on the following persons by electronic mail:

Fred J. Waltz
214 B Kit Carson Rd.
Taos, NM 87571-6474
fwaltz@kitcarson.net

        /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of February, 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

           /s/ Ed Newville
           EDWARD G. NEWVILLE