Case:       6:69-cv-07941-BB                                           page 1 of 2
File date: _____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation of )
the State Engineer,                                            )   No. 69cv 07941-BB
                                                                      )
      Plaintiff,                                       )   Rio Chama Stream
                                                                      )   System
   v.                                                        )
                                                                      )   Section I (mainstream)
ROMAN ARAGON, et al.,                             )
                                                                      )
      Defendants.                                  )

FILED at Santa Fe, NM  FEB 22 2010  MATTHEW J. DYKMAN CLERK

The Current Owner (s):

Name: __ERNESTO MASCARENAS__

Map: __19__     Tract: __5__

Subfile: __270__

I'm/We are parciantes and water rights holders on the Acequia de Chamita and one of the defendants in this case.

Address is: __PO Box 1058__
E-mail address is: _____
Phone number is: __852-2369__

OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO THE CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE CHAMITA.

It is important to note that this objection is being filed without benefit of an attorney. The parciente (s) apologize respectfully for the lack of procedural and format understanding.

1. Notice of this defendants objection to Special Masters assignment of a <u>1600</u> priority date to his/her water right.

2. Upon information and belief this defendant (s) water right is earlier than alleged by the <u>Special Master's Report on Priorities for Three Acequias</u>, Case: 6:69-cv-07411-BB, Document: 9546, Date filed: 12/16/2009.

3. This defendant (s) request a hearing too prove that an earlier and proper date of <u>August 11, 1598</u> is the correct priority date for this defendants water right on the Acequia de Chamita.

                                                                        Respectfully submitted.

*Ernesto Mascareñas*
(Signature of Defendant)

ERNESTO MASCARENAS
(Printed name of Defendant

PO Box 1058
(Street address or P.O. Box)

SAN JUAN PUEBLO, NM 87566
(City, State and Zip Code)