IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

  v.                                    69cv07941 BB-ACE
                                              Rio Chama Adjudication

RAMON ARAGON, *et al.*,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the motions filed on February 16, 2010, by *pro se* parties Jacobo Baca (Doc. No. 9582), Tina Garcia (Doc. No. 9583), Eloy Garcia (Doc. No. 9584), David Ortiz (Doc. No. 9585), Ron Rundstrom (Doc. No. 9586) and Pete Trujillo (Doc. No. 9587). Those motions request an unspecified extension of time to file amended objections to the Special Master's Report and Recommendations on Priorities for Three Acequias (Doc. No. 9546, filed December 16, 2009). (*See* Staff Notes on docket for February 16, 2010 indicating that the *pro se* parties verbally informed the Clerk's Office staff that the motions were for an extension of time to file amended objections). The Court will **GRANT** the motions. The parties listed above shall file their amended objections by March 31, 2010. (*See* Order, Doc. No. 9559, filed January 12, 2010, (granting the State of New Mexico's motion for an extension of time to February 20, 2010, to file objections to the Special Master's Report)).

      **IT IS SO ORDERED.**

                                                        */s/ Bruce D. Black*
                                                    **BRUCE D. BLACK**
                                                    **UNITED STATES DISTRICT JUDGE**