IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>ROMAN ARAGON et al., )<br>)<br>Defendants. )<br>) | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Rio Cebolla<br>Subfile No.: CHCB-005-0002 |

ORDER GRANTING MOTION TO STAY LITIGATION PROCEEDINGS

THIS MATTER is before the Special Master on the Motion to Stay Litigation Proceedings filed February 23, 2010 (Docket No. 9604) by the State of New Mexico, ex rel. State Engineer. Being fully advised in the premises, I find the Motion should be GRANTED.

IT IS ORDERED, THEREFORE, that litigation proceedings in the above-cited subfile matter are stayed, and all existing pretrial deadlines are vacated.

IT IS FURTHER ORDERED that the parties shall file a status report with the Court within 30 days of their initial settlement negotiation meeting. At a minimum, the status report should include a brief description of the issue(s) under discussion, a statement as to the likelihood that the settlement discussions will be successful, and, if appropriate, a good-faith estimate of the time needed to continue negotiations.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER