1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


STATE OF NEW MEXICO, ex rel.,)
State Engineer,               )
                              )
        Plaintiff,            )
                              )
vs.                           )  NO. 69-CV-7941 SC
                              )
RAMON ARAGON, et al.,         )
                              )
        Defendants.           )


TRANSCRIPT OF PROCEEDINGS
March 12, 1996
9:00 a.m.
New Mexico Court of Appeals, Room 119
237 Don Gaspar Avenue
Santa Fe, New Mexico


BEFORE:  VICKIE L. GABIN, Special Master

Albuquerque, New Mexico 87102
Tel. (505) 843-9241 • Fax (505) 843-9242
QUALITY REPORTING AT EXCELLENT RATES!

NCRA

Professional
Court
Reporters, Inc.

PAUL BACA

400 Gold Ave., SW • Suite 200
Albuquerque, New Mexico 87102
Tel. (505) 843-9241 • Fax: (505) 843-9242
QUALITY REPORTING AT EXCELLENT RATES!

NCRA

Professional
Court
Reporters, Inc.

PAUL BACA

1       MR. WALTZ:  The group that works on

2   behalf of my acequias, Rio Chama Acequia

3   Association, has recently made contact with

4   them.  I do not represent them at this time.

5       SPECIAL MASTER GABIN:  Okay.

6   Mr. Simpson, what did you want to say on the

7   record about pro se parties?

8       MR. SIMPSON:  I guess when we were

9   speaking before we went on the record there were

10  some questions that just weren't quite buttoned

11  down yet.  And I think with respect to

12  Mr. Waltz's representation of them, with respect

13  to the binding nature of any order that you

14  might issue in their absence, that kind of

15  thing, I just -- my comfort level would be

16  higher if we talked about it on the record.

17      SPECIAL MASTER GABIN:  Okay.  Well,

18  on the record, as I understand it, Mr. Waltz

19  represents the acequias -- the actual acequia

20  commissions and associations, and does not

21  represent the individual acequia members.

22      There are some individuals who have

23  objected and may or may not want to represent

24  themselves pro se.  And what we need to do is

25  find out who they are and make sure they get

16

400 Gold Ave. SW • Suite 200
Albuquerque, New Mexico 87102
Tel. (505) 843-9241 • Fax: (505) 843-9242
QUALITY REPORTING AT EXCELLENT RATES!



NCRA

Professional
Court
Reporters, Inc.

PAUL BACA

1   copies of the Pretrial Order, and make sure

2   they're involved.  And Mr. Waltz may be the best

3   resource person to find out exactly who those

4   people are.  Do you have a procedure in mind

5   where we can pin them down?

6           MR. WALTZ:  Your Honor, I believe I

7   have copies of their objections.  And if I

8   don't, I didn't bring that with me.  Those names

9   and addresses are easily identifiable.  They

10  should at least be afforded the Court's Pretrial

11  Order.

12          What I'm suggesting is that within a

13  short period of time, perhaps a couple of weeks

14  at the most, I would be able to, myself, find

15  out from those people if they would like me to

16  represent them as well as their commissions.

17  I'm sure there would be not any conflict of

18  interest, but I'm offering my service as an

19  attorney to those people.  Otherwise, without

20  any further notice to the Court, they should be

21  treated as individual pro se parties with notice

22  and proceed accordingly.

23          SPECIAL MASTER GABIN:  I guess the

24  clerk has a list of those.  I don't.  Is there

25  anybody here that's going to represent himself

17

1   or herself in these proceedings that would like

2   to speak?  Mr. Simpson.

3          MR. SIMPSON:  One other point came

4   to mind as you were talking about this.  Would

5   the Special Master prefer that we serve the

6   Pretrial Order on everybody else, all the other

7   active counsel and pro se parties, i.e., the

8   mailing list as it exists now?  I see a lot of

9   people showed up here that I didn't expect were

10  going to show up, and I apologize for not saying

11  anything before this.

12         I just sent one to the federal people

13  out of courtesy, because David Benavides and I

14  talked about it recently.  Obviously, it's not

15  that big of a deal to send two more copies out.

16         SPECIAL MASTER GABIN:  Mr. Waltz.

17         MR. WALTZ:  I would like to point

18  out, though, that if those parties participate

19  in the hearings, we should know because then

20  they would be bound by those hearings and would

21  not have a chance thereafter to file inter se

22  objections.  It's important -- we can't have

23  them being in two different hearings.  And they

24  may want to just sit out, as would be the

25  ordinary procedure, and let the State and

18



400 Gold Ave., SW • Suite 200
Albuquerque, New Mexico 87102
Tel. (505) 843-9241 • Fax: (505) 843-9242
QUALITY REPORTING AT EXCELLENT RATES!

NCRA

Professional
Court
Reporters, Inc.

PAUL BACA

1    acequias -- or pro se parties adjudicate this

2    matter, get an interim order entered on those

3    priority dates, and then treat all acequias

4    equally the same, all priority dates, and then

5    put out a general notice of interstate

6    proceedings, rather than get it too confusing.

7           I would suggest that the other parties

8    may opt out, and thereby not confuse the record

9    in dealing with objections they may have to

10   anybody's priority dates.  If they want to opt

11   in, though, then the Court needs to be aware of

12   who those are.

13           SPECIAL MASTER GABIN:  Mr. Simpson.

14           MR. SIMPSON:  For my part, Special

15   Master, I would plead with you to not allow them

16   to opt in at this time.  I can imagine that they

17   would want to observe.  My preference is that

18   they stay at that level, because I don't want

19   them to be involved in kind of a fractional,

20   pseudo inter se proceeding.  As far as I'm

21   concerned, it's between me and Mr. Waltz and his

22   clients and the pro se parties, and I would like

23   to keep it that way.

24           SPECIAL MASTER GABIN:  Isn't that

25   what the State usually does, barring the

19

1   extraordinary procedures that you're involved

2   in?

3           MR. SIMPSON:   The many

4   extraordinary procedures, right.   Yes, I think

5   so.

6           SPECIAL MASTER GABIN:   Mr. Waltz.

7           MR. WALTZ:   I would like to

8   concur.   I think, keep the matter as simple as

9   possible.   And on the normal terms, whatever

10   those may be, it should be just a hearing

11   between the State and the individual acequias

12   and pro se parties.

13           SPECIAL MASTER GABIN:   It's

14   possible we have some kinds of orders limiting

15   service in this case.   I'm a relative newcomer,

16   like Mr. Simpson, and maybe I can get a law

17   clerk to search the record and see if we've

18   gotten anything.   Otherwise, I'll make that

19   explicit.

20           MR. SIMPSON:   Should we include

21   that in the Pretrial Order that we draft in

22   final form?

23           SPECIAL MASTER GABIN:   Sure.   The

24   State has more experience than I in that.

25      I have a general question for you,

400 Gold Ave., SW • Suite 200
Albuquerque, New Mexico 87102
Tel. (505) 843-9241 • Fax: (505) 843-9242
QUALITY REPORTING AT EXCELLENT RATES!

NCRA

Professional
Court
Reporters. Inc.

PAUL BACA