Activity in Case 6:69-cv-07941-BB In Re: State Of NM, et al v. Arag...

Case 6:69-cv-07941-KWR-KK   Document 9606-2   Filed 02/25/10   Page 1 of 3

**Subject:** Activity in Case 6:69-cv-07941-BB In Re: State Of NM, et al v. Aragon, et al Report
**From:** cmecfbb@nmcourt.fed.us
**Date:** Wed, 16 Dec 2009 14:38:28 -0700
**To:** cmecfto@nmcourt.fed.us

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Mexico - Version 3.2.3

**Notice of Electronic Filing**

The following transaction was entered on 12/16/2009 at 2:38 PM MST and filed on 12/16/2009
**Case Name:**         In Re: State Of NM, et al v. Aragon, et al
**Case Number:**     6:69-cv-7941
**Filer:**
**Document Number:** 9546

**Docket Text:**
**SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON PRIORITIES FOR THREE ACEQUIAS (mjr)**

**6:69-cv-7941 Notice has been electronically mailed to:**

Leander Bergen   lbergen@nativeamericanlawyers.com, bmeyerson@nativeamericanlawyers.com

Frank M Bond   fbond@simonsfirm.com, fbond@mac.com, ggonzales@simonsfirm.com, sgarcia@simonsfirm.com

Bradley S. Bridgewater   bradley.s.bridgewater@usdoj.gov, katherine.tribbett@usdoj.gov, khaleelah.jones@usdoj.gov, wade.gibson@usdoj.gov, yvonne.marsh@usdoj.gov

James C. Brockmann   jcbrockmann@newmexicowaterlaw.com

Christina J Bruff   cjb@lrpa-usa.com

Tessa T. Davidson   ttd@tessadavidson.com

Activity in Case 6:69-cv-07941-BB In Re: State Of NM, et al v. Arag...

Case 6:69-cv-07941-KWR-KK   Document 9606-2   Filed 02/25/10   Page 2 of 3

Rebecca A. Dempsey rdempsey@cuddymccarthy.com, fmtz@cuddymccarthy.com

Jeffrey Fornaciari jfornaciari@hinklelawfirm.com, aschnuck@hinklelawfirm.com

David W Gehlert david.gehlert@usdoj.gov, efile_nrs.enrd@usdoj.gov

Mary E. Humphrey humphrey@newmex.com

David C Mielke dmielke@abqsonosky.com, sdressler@abqsonosky.com

Edward G. Newville ednewville@rgunwired.net, connie.flint@state.nm.us, fred.kipnes@state.nm.us, gabriel.wade@state.nm.us, marjorie.dryden@state.nm.us

Brett J Olsen brett_olsen@msn.com

Walter L. Reardon, Jr walter@reardonlawnm.com

Gregory C. Ridgley greg.ridgley@state.nm.us, marjorie.dryden@state.nm.us, vina.gallegos@state.nm.us

Peter B. Shoenfeld petershoenfeld@qwestoffice.net

Arianne Singer arianne.singer@state.nm.us, Rozella.bransford@state.nm.us, bushnell@law.unm.edu, connie.flint@state.nm.us, fred.kipnes@state.nm.us, marjorie.dryden@state.nm.us, vina.gallegos@state.nm.us

Jay F Stein jfstein@newmexicowaterlaw.com

John W. Utton jwu@ssslawfirm.com, djs@ssslawfirm.com, py@ssslawfirm.com

Timothy A Vollmann tim_vollmann@hotmail.com

Fred Waltz fwaltz@kitcarson.net, cortega@kitcarson.net

Tanya L. Scott tls@lrpa-usa.com

Charles T. DuMars ctd@lrpa-usa.com

Randolph B. Felker randfelker@aol.com, RBF@felkerishlaw.com

David A. Benavides davidb@nmlegalaid.org

John F. McCarthy, Jr jmccarthy@cuddymccarthy.com

Karla JaNelle Haught janelle.haught@state.nm.us, trish.gallegos@state.nm.us

Shenan Rae Atcitty shenan.atcitty@hklaw.com

Gary S. Friedman gsf@chflaw.com

Activity in Case 6:69-cv-07941-BB In Re: State Of NM, et al v. Arag...

Case 6:69-cv-07941-KWR-KK   Document 9606-2   Filed 02/25/10   Page 3 of 3

Ted J Trujillo tedjtrujillo@yahoo.com

Marcus J Rael, Jr marcus@roblesrael.com, anita@roblesrael.com, diane@roblesrael.com, kristina@roblesrael.com, laura@roblesrael.com, nicole@roblesrael.com

Brian F Egolf, Jr brian@egolflaw.com, brian@brianegolf.com

Ryan Margaret Golten ryang@nmlegalaid.org

Kimberly Bannerman kbannerman@newmexicowaterlaw.com

Adan E. Trujillo adantrujillo@gmail.com

Seth Reese Fullerton srfullerton@newmexicowaterlaw.com

Gabriel C Wade gabriel.wade@state.nm.us, arianne.singer@state.nm.us, ednewville@rgunwired.net, fred.kipnes@state.nm.us, vina.gallegos@state.nm.us

**6:69-cv-7941 Notice has been delivered by fax to:**

**6:69-cv-7941 Notice has been delivered by USPS to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=12/16/2009] [FileNumber=2761766-0] [2443f60c25de3c0c1c6c1e0fbb3400a01c8c99505600f0d8c3bd206ab759f0288f5c6e87da77bfc12ffdf74d4412cf4a82a53a26e56c66f55278da5f51e1bb2f]]