IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2010, I served a copy of the *State* of *New Mexico's Motion to Adopt, In Part, To Modify and Objections to Special Master's Report on Priorities for Three Acequias* filed February 20, 2010 (Doc. 9597) on the following persons by first class mail:

Willie A. Martinez
P.O. Box 1909
Española, NM 87532

Henry (Enrique) C. Salazar, Jr.
Viola G. Salazar
P.O. Box 542
Española, NM 87532

Donald R. Tittsworth
Lynn Cravens
P.O. Box 4542
Fairview, NM 87533

C. Paul Martinez
Rt. 2, Box 320
Española, NM 87532

Arthur R. Trujillo
P.O. Box 295
Española, NM 87532

Leonard Valerio
P.O. Box 1961
Española, NM 87532

Arturo A. Martinez
P.O. Box 1568
Española, NM 87532

Phil V. Sanchez
P.O. Box 292
Española, NM 87532

Joe L. Maestas
P.O. Box 63
Hernandez, NM 87537

A. B. Valdez
P.O. Box 4425
Fairview, NM 87533

Juan D. Archuleta
P.O. Box 2
San Juan Pueblo, NM 87566

Pete Trujillo
Lorraine V. Trujillo
P.O. 1215
San Juan Pueblo, NM 87566

Eloy J. Garcia
P.O. Box 1024
San Juan Pueblo, NM 87566

Kenneth C. Martha
P.O. Box 1059
San Juan Pueblo, NM 87566

Jose Fidel Trujillo
P.O. Box 1268
San Juan Pueblo, NM 87566

Richard M. Salazar
P.O. Box 1330
San Juan Pueblo, NM 87566

Ron W. Rundstrom
P.O. Box 1791
Española, NM 87532

Bonefacio I. Vasquez
1713 W. Shadow
Española, NM 87532

        /s/ Ed Newville
      EDWARD G. NEWVILLE
      Special Assistant Attorney General
      Office of State Engineer
      P.O. Box 25102
      Santa Fe, NM 87504-5102
      (505) 867-7444 telephone
      (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February, 2010 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

        /s/ Ed Newville
      EDWARD G. NEWVILLE