Case: 6:69-cv-07941-BB
File date: 2/24/10

page 1 of 2

**FILED**
at Santa Fe, NM

MAR 0 1 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation of )
the State Engineer,                      )
                                         )   No. 69cv 07941-BB
          Plaintiff,                     )
                                         )   Rio Chama Stream
                                         )   System
     v.                                  )
                                         )   Section I (mainstream)
ROMAN ARAGON, et al.,                    )
                                         )
          Defendants.                    )

The Current Owner:

Name: __Thomas D. Martinez__

Map: __22__   Tract: __3 (A-2)__

Subfile: __274__

I am a parciante and water rights holder on the Acequia de Chamita and one of the defendants in this case.

Address is: __4160 Duquesne Ave. # 4__

E-mail address is: __tom.martinez@mindspring.com__

Phone number is: __916-801-9319__

OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO THE CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE CHAMITA.

It is important to note that this objection is being filed without benefit of an attorney. The parciente apologizes respectfully for the lack of procedural and format understanding.

Case: 6:69-cv-07941-BB

1. Notice of this defendant's objection to Special Masters assignment of a 1600 priority date to his water right.

2. Upon information and belief this defendant's water right is earlier than alleged by the Special Master's Report on Priorities for Three Acequias, Case: 6:69-cv-07411-BB, Document: 9546, Date filed: 12/16/2009.

3. This defendant requests a hearing to prove that an earlier and proper date of August 11, 1598 is the correct priority date for this defendant's water right on the Acequia de Chamita.

Respectfully submitted.

_____
(Signature of Defendant)

Thomas D. Martinez
(Printed name of Defendant)

4160 Duquesne Ave. # 4
(Street address or P.O. Box)

Culver City, CA 90232
(City, State and Zip Code)