Case:     6:69-cv-07941-BB
File date: _____

page 1 of 2

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAR 01 2010

MATTHEW J. DYKMAN
**CLERK**

| | |
|---|---|
| STATE OF NEW MEXICO, on the relation of the State Engineer, ) ) ) | No. 69cv 07941-BB |
| Plaintiff, ) ) | Rio Chama Stream System |
| v. ) ) | Section I (mainstream) |
| ROMAN ARAGON, et al., ) ) | |
| Defendants. ) | |

The Current Owner (s):

Name: RAFAELITA ESPINOSA

Map: 22    Tract: 1

Subfile: 261

I'm/We are parciantes and water rights holders on the Acequia de Chamita and one of the defendants in this case.

Address is: 11813 PALO DURO N.E.

E-mail address is: _____

Phone number is: 275-2594

OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO THE CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE CHAMITA.

It is important to note that this objection is being filed without benefit of an attorney. The parciente (s) apologize respectfully for the lack of procedural and format understanding.

1. Notice of this defendants objection to Special Masters assignment of a <u>1600</u> priority date to his/her water right.

2. Upon information and belief this defendant (s) water right is earlier than alleged by the <u>Special Master's Report on Priorities for Three Acequias</u>, Case: 6:69-cv-07411-BB, Document: 9546, Date filed: 12/16/2009.

3. This defendant (s) request a hearing too prove that an earlier and proper date of <u>August 11, 1598</u> is the correct priority date for this defendants water right on the Acequia de Chamita.

                Respectfully submitted.

                _Rafaelita M Espinoza_
                (Signature of Defendant)

                **RAFAELITA ESPINOZA**
                (Printed name of Defendant

                **11813 PALO DURO N.E.**
                (Street address or P.O. Box)

                **ALBUQUERQUE, NM 87171**
                (City, State and Zip Code)