Case: 6:69-cv-07941-BB

File date: _____

page 1 of 2

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAR 0 1 2010

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO, on the relation of )
the State Engineer, )
)  No. 69cv 07941-BB
Plaintiff, )
)  Rio Chama Stream
)  System
v. )
)  Section I (mainstream)
ROMAN ARAGON, et al., )
)
Defendants. )

The Current Owner (s):

Name: PEDRO CASADOS

Map: 22    Tract: 12

Subfile: 233

I'm/We are parciantes and water rights holders on the Acequia de Chamita and one of the defendants in this case.

Address is: PO Box 852

E-mail address is: _____

Phone number is: 852-2433

## OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO THE CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE CHAMITA.

It is important to note that this objection is being filed without benefit of an attorney. The parciente (s) apologize respectfully for the lack of procedural and format understanding.

1. Notice of this defendants objection to Special Masters assignment of a <u>1600</u> priority date to his/her water right.

2. Upon information and belief this defendant (s) water right is earlier than alleged by the <u>Special Master's Report on Priorities for Three Acequias</u>, Case: 6:69-cv-07411-BB, Document: 9546, Date filed: 12/16/2009.

3. This defendant (s) request a hearing too prove that an earlier and proper date of <u>August 11, 1598</u> is the correct priority date for this defendants water right on the Acequia de Chamita.

                                                    Respectfully submitted.

_[signature]_
(Signature of Defendant)

PEDRO CASADOS
(Printed name of Defendant)

PO Box 852
(Street address or P.O. Box)

SAN JUAN PUEBLO, NM. 87566
(City, State and Zip Code)