IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Sections 3 & 7 |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true, file-stamped copy of the filed Consent Order or Order Granting Default Judgment for the subfiles listed below was mailed to each of the following defendants on the 2nd day of March, 2010.

Subfile No. CHCJ-003-0086A
Docket No. 9615
Lorraine S. Martinez
Ronald A. Martinez
P.O. Box 485
Canjilon, NM 87515

Subfile No. CHRU-003-0014
Docket No. 9613
David Pike
Elizabeth Saiz
P.O. Box 9311
Santa Fe, NM 87504

Subfile No. CHCB-002-0012
Docket No. 9614
Alex Sisneros
Juanita Sisneros
P.O. Box 243
San Juan Pueblo, NM 87566

Dated: March 2, 2010

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile