IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 5, Rio Gallina |

**NOTICE OF REPORT BY STATE OF NEW MEXICO
ON OBJECTIONS TO PROPOSED PARTIAL FINAL JUDGMENT
AND DECREE ON SURFACE WATER IRRIGATION RIGHTS
IN SECTION 5 OF THE RIO CHAMA STREAM SYSTEM**

The Plaintiff State of New Mexico *ex rel.* State Engineer ("State"), pursuant to the December 14, 2009, *Order Establishing Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System* (Doc. 9543), gives notice that it has prepared the attached report summarizing any objections timely filed to the proposed partial final judgment and decree on surface water irrigation rights in Section 5 (Rio Gallina). The State will promptly make this report available for public inspection at the locations listed in the December 14, 2009, procedural order identified above. No objections have been filed, and Notice of Intent to Participate in *Inter Se* Proceedings forms will not be provided. The State will request that the proposed partial final decree be approved and entered by the Court.

      /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

# REPORT BY STATE OF NEW MEXICO
# SUMMARIZING OBJECTIONS FILED TO PROPOSED
# PARTIAL FINAL JUDGMENT AND DECREE ON
# SURFACE WATER IRRIGATION RIGHTS
# IN SECTION 5 OF THE RIO CHAMA STREAM SYSTEM

DEADLINE FOR FILING OF OBJECTIONS **:** March 1, 2010

OBJECTIONS FILED: None

Dated: March 3, 2010

        /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444