IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 69cv07941 BB RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al. | ) ) | Section 5 |
| Defendants | ) ) | |

## NOTICE OF UNAVAILABILITY

This notice is to notify the Court and the parties that Mary E. Humphrey of Humphrey & Odé, P.C. will be unavailable for any hearings or any other proceedings for the period March 12-23, 2010.

Respectfully submitted,

/s/ Mary E. Humphrey
MARY E. HUMPHREY
Attorney for Gallina-Capulin Acequia Association
    and Gallina Capulin Community Acequias
P. O. Box 1574
El Prado, NM  87529-1574
(575) 758-2203

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th of March, 2010, I filed the foregoing document electronically through the CM/ECF system.

/s/ Mary E. Humphrey