Case: 6:69-cv-07941-BB
File date: _____

page 1 of 2

**FILED**
at Santa Fe, NM

MAR 0 9 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation of )
the State Engineer, )
                                                                  )
             Plaintiff, )
                                                   )
v. )
                                                   )
ROMAN ARAGON, et al., )
                                                   )
             Defendants. )

No. 69cv 07941-BB

Rio Chama Stream System

Section I (mainstream)

The Current Owner (s):

Name: JULIE GARCIA

Map: 20     Tract: 1

Subfile: 240

I'm/We are parciantes and water rights holders on the Acequia de Chamita and one of the defendants in this case.

Address is: PO Box 1758

E-mail address is: _____

Phone number is: _____

OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO THE CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE CHAMITA.

It is important to note that this objection is being filed without benefit of an attorney. The parciente (s) apologize respectfully for the lack of procedural and format understanding.

1.  Notice of this defendants objection to Special Masters assignment of a 1600 priority date to his/her water right.

2.  Upon information and belief this defendant (s) water right is earlier than alleged by the Special Master's Report on Priorities for Three Acequias, Case: 6:69-cv-07411-BB, Document: 9546, Date filed: 12/16/2009.

3.  This defendant (s) request a hearing too prove that an earlier and proper date of August 11, 1598 is the correct priority date for this defendants water right on the Acequia de Chamita.

Respectfully submitted.

_____Julie Garcia_____
(Signature of Defendant)

JULIE GARCIA
(Printed name of Defendant)

PO Box 1758
(Street address or P.O. Box)

Espanola, NM 87532
(City, State and Zip Code)