Vickie L. Gabin, Special Master<br>
United States District Court<br>
106 South Federal Place<br>
Santa Fe, NM 87501<br>
(505) 955-0678<br>
vlgabin@nm.net

---

March 10, 2010

To:    Counsel of Record
Re:    <u>State v. Aragon</u>, 69cv07941-BB
       Pueblo Claims Proceedings

Dear Counsel:

      Thank you for your prompt responses with respect to your availability for a scheduling conference concerning future proceedings on the Pueblo water rights claims in this case. (Order Granting Motion to Vacate Pueblo Claims Deadlines and Set Scheduling Conference, No. 9577, February 8, 2010.) Unfortunately, there is no single date between April 5th and 16th when most of the attorneys involved in these proceedings can attend.

      In his Motion to Vacate the existing Pueblo Claims deadlines (No. 9571, January 29, 2010), Mr. Bridgewater requested a conference setting. Under the circumstances outlined in his Motion, perhaps at this time we would be better served by circulating a proposed scheduling order agreed to by involved counsel, and/or a conference call discussing the same.

      Mr. Bridgewater and counsel, please advise as soon as possible whether you believe an in-person scheduling conference is preferable, and your availability for a conference during the period April 19th through May 14th.

      Thank you for your attention to this matter.

                                                   Very truly yours,

                                                   *Vickie L. Gabin*

                                                   Vickie L. Gabin