Case: 6:69-cv-07941-BB                                                                                   page 1 of 2
File date: _____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAR 1 1 2010

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO, on the relation of  )
the State Engineer,                      )   No. 69cv 07941-BB
                                         )
      Plaintiff,                         )   Rio Chama Stream
                                         )   System
v.                                       )
                                         )   Section I (mainstream)
ROMAN ARAGON, et al.,                    )
                                         )
      Defendants.                        )

The Current Owner (s):

Name: FRANCISCO HERRERA

Map: 22     Tract: 22, 23

Subfile: 244, 247

I'm/We are parciantes and water rights holders on the Acequia de Chamita and one of the defendants in this case.

Address is: 2735 VIA CABALLERO del SUR

E-mail address is: _____
Phone number is: 471-7455

OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO THE CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE CHAMITA.

It is important to note that this objection is being filed without benefit of an attorney. The parciente (s) apologize respectfully for the lack of procedural and format understanding.

1. Notice of this defendants objection to Special Masters assignment of a <u>1600</u> priority date to his/her water right.

2. Upon information and belief this defendant (s) water right is earlier than alleged by the <u>Special Master's Report on Priorities for Three Acequias</u>, Case: 6:69-cv-07411-BB, Document: 9546, Date filed: 12/16/2009.

3. This defendant (s) request a hearing too prove that an earlier and proper date of <u>August 11, 1598</u> is the correct priority date for this defendants water right on the Acequia de Chamita.

Respectfully submitted.

_Francisco Herrera_
(Signature of Defendant)

FRANCISCO HERRERA
(Printed name of Defendant

2735 VIA CABALLERO de SUR
(Street address or P.O. Box)

SANTA FE, NM 87505
(City, State and Zip Code)