IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | Subfile No. CHNU-001-0004 |

## NOTICE OF ERRATA

The Plaintiff State of New Mexico, *ex rel.* State Engineer gives notice of the following printing error in the Consent Order listed below:

CHNU-001-0004     Consent Order filed February 26, 2002     Doc. No. 6575

In the Consent Order listed above, several words in the sentence describing the "Source of Water" were omitted from the order. The sentence in its entirety should read as follows:

**Source of Water:**   Surface Water of the Terrero Creek, a tributary of the Rio Nutrias, a tributary of the Chama River.

Dated: March 16, 2010

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___16th___ day of March 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Lucia A. Montoya
Robert J. Montoya
3007 Siringo Rd.
Santa Fe, NM 87507