IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br><br>Subfile No. CHNU-002-0003A |

## MOTION TO CORRECT CLERICAL ERROR

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order correcting certain clerical errors in the Consent Order filed November 21, 2006 (Docket No. 8459) in connection with defendant ANTHONY G. TAFOYA II in subfile CHNU-002-0003A, and as grounds therefore plaintiff states:

1.  Under Fed. R. Civ. P. 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the court at any time on its own motion or on the motion of any party after such notice, if any, as the court orders.

2.  The "Source of Water" for the irrigated lands in sub-parts (B) and (D) of the Consent Order in this subfile was omitted from the order. The source of water for these lands is the Rio Nutrias, as correctly shown on the subfile map attached to the Consent Order. In addition, the description of the location of the irrigated lands in sub-part (A) of the Consent Order omitted Section, Township and Range information for the 0.5 acre tract described.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting

the information for the water rights described in sub-parts (A), (B) and (D) of the Consent Order filed November 21, 2006 (Docket No. 8459) as follows:

    A.    **IRRIGATED LANDS (Surface Water Only):**

    **Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Section 02, Township 27N, Range 04E, N.M.P.M. | |
| Pt. SW¼ and Pt. of Lot 4 | 0.5 acres |
| Section 02, Township 27N, Range 04E, N.M.P.M. | |
| Pt. SW¼ and Pt. of Lot 3 and Pt. of Lot 4 | 11.1 acres |
| Total | 11.6 acres |

    B.    **IRRIGATED LANDS (Surface Water Only):**

    **Ditch:** Unnamed Ditch No. 3

    **Source of Water:**    Surface Water of the Rio Nutrias, a tributary of the Chama River.

    D.    **IRRIGATED LANDS (Surface Water Only):**

    **Ditch:** Unnamed Ditch No. 2

    **Source of Water:**    Surface Water of the Rio Nutrias, a tributary of the Chama River.

Dated: March 16, 2010

    Respectfully submitted,

    /s/ Ed Newville
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 867-7444 telephone
    (505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___16th___ day of March 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Anthony G. Tafoya II
3064 Jemez Rd.
Santa Fe, NM 87507