IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 3, Rio Nutrias |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | Subfile No. CHNU-003-0002B |

**MOTION TO CORRECT CLERICAL ERROR**

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order correcting a clerical error in the Consent Order August 31, 2001 (Docket No. 6339) in connection with defendants JOSE D. TURRIAGA in subfile CHNU-003-0002B, and as grounds therefore plaintiff states:

1.   Under Fed. R. Civ. P. 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the court at any time on its own motion or on the motion of any party after such notice, if any, as the court orders.

2.   3.8 acres of land described in sub-part A of the Consent Order for this subfile is located within the Tierra Amarilla Grant, which is not noted in the order. The total amount of irrigated acreage described in the Consent Order (34.1 acres) is correct.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the description of the location of the irrigated acreage described in the Consent Order filed August 31, 2001 (Docket No. 6339) to the following:

A.   **IRRIGATED LANDS (Surface Water Only):**

**Location and Amount of Irrigated Acreage:**

Section 16, Township 27N, Range 04E, N.M.P.M.
    Pt. of Lot 2 and Pt. of Lot 3    30.3 acres

Within the Tierra Amarilla Grant    3.8 acres
    Total    34.1 acres

Dated: March 16, 2010

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __16th__ day of March 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Jose D. Eturriaga
P.O. Box 57
Los Ojos, NM 87551

/s/ Ed Newville
EDWARD G. NEWVILLE