IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

MAR 17 2010

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO, on the )
relation of State Engineer, )
 )
    Plaintiff, ) 69cv7941-BB
 )
v. ) RIO CHAMA STREAM SYSTEM
 )
ROMAN ARAGON, et al., )
 )
    Defendants. )

## WITHDRAWAL OF OBJECTION TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS

I hereby withdraw my objection to the Special Master's Report (Docket #9546) concerning the assignment of a 1600 Priority Date to water rights of parcientes of the Acequia de Chamita, which objection I filed in this matter. I was misinformed at the time that I filed my objection and I hereby request that the Court adopt the recommended priority date of 1600 for water rights of parcientes of the Acequia de Chamita.

Respectfully submitted,

_Mary G. Archuleta_
(Signature of Defendant)

Mary G. Archuleta
(Printed Name of Defendant)

P.O. Box 1540
(Street Address or P.O. Box)

San Juan Pueblo 87566
(City, State and Zip Code)

Re: Map: 22

Tract: 8

Subfile: 231