IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv7941-BB |
| v. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, et al., | ) ) | |
| Defendants. | ) ) | |

FILED at Santa Fe, NM

MAR 1 7 2010

MATTHEW J. DYKMAN
CLERK

## WITHDRAWAL OF OBJECTION TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS

I hereby withdraw my objection to the Special Master's Report (Docket #9546) concerning the assignment of a 1600 Priority Date to water rights of parcientes of the Acequia de Chamita, which objection I filed in this matter. I was misinformed at the time that I filed my objection and I hereby request that the Court adopt the recommended priority date of 1600 for water rights of parcientes of the Acequia de Chamita.

Respectfully submitted,

*Jose L Pacheco*
(Signature of Defendant)

Jose L. Pacheco
(Printed Name of Defendant)

P O Box 1153
(Street Address or P.O. Box)

San Juan Pueblo NM 87506
(City, State and Zip Code)

Re: Map: 12
Tract: 25
Subfile: 264