Vickie L. Gabin, Special Master<br>
United States District Court<br>
106 South Federal Place<br>
Santa Fe, NM 87501<br>
(505) 955-0678<br>
vlgabin@nm.net

March 22, 2010

To:    Counsel of Record
Re:    <u>State v. Aragon</u>, 69cv07941-BB
       Pueblo Claims Proceedings

Dear Counsel:

      Thank you for responding to my March 10 request for preferences and available dates for a scheduling conference during the period April 19th through May 14th.

      Mr. Bridgewater offered to circulate a draft scheduling order by the end of March, and the majority of you who did respond indicated that his proposal could make an in-person conference unnecessary. I agree. In the event an in-person conference is required, it will be set for Tuesday, April 27, at 1:00 p.m..

      Thank you for your attention to this matter.

                                                       Very truly yours,

                                                       Vickie L. Gabin