FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT 10 MAR 25  AM 10: 35

FOR THE DISTRICT OF NEW MEXICO   CLERK-SANTA FE

| | | |
|---|---|---|
| STATE OF NEW MEXICO, on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv7941-BB |
| v. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, et al., | ) ) | |
| Defendants. | ) ) ) | |

## WITHDRAWAL OF OBJECTION TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS

I hereby withdraw my objection to the Special Master's Report (Docket #9546)

concerning the assignment of a 1600 Priority Date to water rights of parcientes of the

Acequia de Chamita, which objection I filed in this matter .  I was misinformed at the

time that I filed my objection and I hereby request that the Court adopt the recommended

priority date of 1600 for water rights of parcientes of the Acequia de Chamita.

Respectfully submitted,

_Rafaelita Espinosa_
(Signature of Defendant)

Re: Map: 22

Tract: 1

Subfile: 261

RaFaeLiTa EspiNoza
(Printed Name of Defendant)

11813 Palo Duro NE
(Street Address or P.O. Box)

Alb. N.M  87111
(City, State and Zip Code)