IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
10 MAR 25 AM 10: 35
CLERK-SANTA FE

STATE OF NEW MEXICO, on the relation of State Engineer,

Plaintiff,

v.

ROMAN ARAGON, et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

69cv7941-BB

RIO CHAMA STREAM SYSTEM

## WITHDRAWAL OF OBJECTION TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS

I hereby withdraw my objection to the Special Master's Report (Docket #9546) concerning the assignment of a 1600 Priority Date to water rights of parcientes of the Acequia de Chamita, which objection I filed in this matter. I was misinformed at the time that I filed my objection and I hereby request that the Court adopt the recommended priority date of 1600 for water rights of parcientes of the Acequia de Chamita.

Re: Map: 22
Tract: 24
Subfile: 243

Respectfully submitted,

_[signature]_
(Signature of Defendant)

Pete de Herrera
(Printed Name of Defendant)

7088 Husky DR SE
(Street Address or P.O. Box)

Rio Rancho NM
(City, State and Zip Code)