FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 MAR 25 AM 10: 35

CLERK-SANTA FE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the ) 
relation of State Engineer, )
 )
    Plaintiff, ) 69cv7941-BB
 )
v. ) RIO CHAMA STREAM SYSTEM
 )
ROMAN ARAGON, et al., )
 )
    Defendants. )

## WITHDRAWAL OF OBJECTION TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS

I hereby withdraw my objection to the Special Master's Report (Docket #9546) concerning the assignment of a 1600 Priority Date to water rights of parcientes of the Acequia de Chamita, which objection I filed in this matter. I was misinformed at the time that I filed my objection and I hereby request that the Court adopt the recommended priority date of 1600 for water rights of parcientes of the Acequia de Chamita.

Respectfully submitted,

_Ernest Mascareñas_
(Signature of Defendant)

Ernesto Mascarenas
(Printed Name of Defendant)

Po Box 1058
(Street Address or P.O. Box)

San Juan Pueblo, N.M. 87566
(City, State and Zip Code)

Re: Map: 19
Tract: 5
Subfile: 270