IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

        Plaintiff,

  -v-

RAMON ARAGON *et al.*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 1, Mainstream

## NOTICE OF MAILING

This Notice is filed by the Special Master to certify that the persons listed on Exhibit A attached hereto were sent a copy of the *Special Master's Report on Priorities for Three Acequias* filed December 16, 2009 (Docket No. 9546) by first class mail on March 25, 2010.

Exhibit A is a list of all the individuals served by the Acequia de Chamita, the Acequia de Hernandez or the Acequia de los Salazares who filed objections to their orders to show cause (See Doc. No. 9606 at 4-7, filed February 25, 2010).

                                                                */s/ Vickie L. Gabin*
                                                     Special Master Vickie L. Gabin

# Exhibit A

| Subfile | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| 141 | BONIFACIO I. VASQUEZ | 1713 SHADOW WOOD | ESPANOLA | NM | 87532 |
| 145 | PHIL V. SANCHEZ | P.O. BOX 292 | ESPANOLA | NM | 87532 |
| 150 | ARTURO A. MARTINEZ | P.O. BOX 1568 | ESPANOLA | NM | 87532 |
| 152 | JOE L. MAESTAS | P.O. 63 | HERNANDEZ | NM | 87537 |
| 17 19 | DONALD R. TITTSWORTH | P.O. BOX 4542 | FAIRVIEW | NM | 87533 |
| 17 19 | LYNN CRAVENS | P.O. BOX 4542 | FAIRVIEW | NM | 87533 |
| 229 | JUAN D. ARCHULETA | P.O. BOX 2 | SAN JUAN PUEBLO | NM | 87566 |
| 230, 272 | RICHARD M. SALAZAR | P.O. BOX 1330 | SAN JUAN PUEBLO | NM | 87566 |
| 246 | A.B. VALDEZ | P.O. BOX 4425 | FAIRWIEW | NM | 87533 |
| 258 | KENNETH C. MARTHEY | P.O. BOX 1059 | SAN JUAN PUEBLO | NM | 87566 |
| 274 | RON W. RUNDSTROM | P.O. BOX 1791 | ESPANOLA | NM | 87532 |
| 275 | PETE & LORRAINE V. TRUJILLO | P.O. BOX 1215 | SAN JUAN PUEBLO | NM | 87566 |
| 282 | JOSE FIDEL TRUJILLO | P.O. BOX 1268 | SAN JUAN PUEBLO | NM | 87566 |
| 285 | ELOY J. GARCIA | BOX 1024 | SAN JUAN PUEBLO | NM | 87566 |
| 3 | ARTHUR R. TRUJILLO | P.O. BOX 295 | ESPANOLA | NM | 87532 |
| 3 | LEONARD VALERIO | P.O. BOX 1961 | ESPANOLA | NM | 87532 |
| 33 91 | C. PAUL MARTINEZ | RT. 2, BOX 320 | ESPANOLA | NM | 87532 |
| 37 | WILLIE A. MARTINEZ | P.O. BOX 1909 | ESPANOLA | NM | 87532 |
| 49 | VIOLA G. & HENRY C. SALAZAR, JR. | P.O. BOX 542 | ESPANOLA | NM | 87532 |