IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

Subfile No. CHNU-002-0003A

### ORDER CORRECTING CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed March 16, 2010 (Docket No. 9640) to correct a clerical error in the Consent Order filed November 21, 2006 (Docket No. 8459) in connection with defendant ANTHONY G. TAFOYA II in subfile CHNU-002-0003A.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the source of water for the irrigated land in sub-parts (B) and (D) and the description of the location of the irrigated land in sub-part (A) of the Consent Order filed November 21, 2006 (Docket No. 8459) is corrected as follows:

    A.    **IRRIGATED LANDS (Surface Water Only):**

        **Location and Amount of Irrigated Acreage:**

        Section 02, Township 27N, Range 04E, N.M.P.M.
            Pt. SW¼ and Pt. of Lot 4                            0.5 acres

<u>Section 02, Township 27N, Range 04E, N.M.P.M.</u>
Pt. SW¼ and Pt. of Lot 3 and Pt. of Lot 4   <u>11.1 acres</u>
Total   11.6 acres

**B.**    **<u>IRRIGATED LANDS (Surface Water Only):</u>**

**Ditch:** Unnamed Ditch No. 3

**Source of Water:**   Surface Water of the Rio Nutrias, a tributary of the Chama River.

**D.**    **<u>IRRIGATED LANDS (Surface Water Only):</u>**

**Ditch:** Unnamed Ditch No. 2

**Source of Water:**   Surface Water of the Rio Nutrias, a tributary of the Chama River.

_/s/ Bruce D. Black_
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

_/s/ Vickie L. Gabin_
Special Master Vickie L. Gabin

-2-