IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>          Plaintiff,<br><br>     vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>          Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br><br>Subfile No. CHNU-003-0002B |

## ORDER CORRECTING CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed March 16, 2010 (Docket No. 9641) to correct a clerical error in the Consent Order filed August 31, 2001 (Docket No. 6339) in connection with defendant JOSE D. ETURRIAGA in subfile CHNU-003-0002B.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the description of the location of the irrigated acreage described in the Consent Order filed August 31, 2001 (Docket No. 6339) is corrected as follows:

**A.    IRRIGATED LANDS (Surface Water Only):**

**Location and Amount of Irrigated Acreage:**

Section 16, Township 27N, Range 04E, N.M.P.M.
          Pt. of Lot 2 and Pt. of Lot 3                              30.3 acres

Within the Tierra Amarilla Grant                              3.8 acres
                                                    Total        34.1 acres

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

Special Master Vickie L. Gabin