IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

Subfile No. CHNU-002-0003B

## ORDER CORRECTING CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed March 16, 2010 (Docket No. 9642) to correct a clerical error in the Consent Order filed November 21, 2006 (Docket No. 8460) in connection with defendant JUAN R. MONTAÑO REVOCABLE TRUST in subfile CHNU-002-0003B.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the source of water for the irrigated land in sub-part (B) of the Consent Order filed November 21, 2006 (Docket No. 8460) is corrected as follows:

    **B.**    **IRRIGATED LANDS (Surface Water Only):**

        **Ditch:** Unnamed Ditch No. 2

        **Source of Water:**    Surface Water of the Rio Nutrias, a tributary of the Chama River.

_/s/ Bruce D. Black_ _____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

_/s/ Vickie L. Gabin_
Special Master Vickie L. Gabin