UNITED STATES DISTRICT COURT
District of New Mexico
Office of the Clerk
P. O. Box 2384
U. S. Courthouse
Santa Fe, New Mexico 87504-2384

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**RECEIVED AT SANTA FE**
APR 0 6 2010
MATTHEW J. DYKMAN
CLERK

Cyndee C. Stone
HC 71, Box 31
Taos, NM

RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 87504238484    *0858-04498-01-41

neopost
04/01/10
$0.44
Mailed From 87501
US POSTAGE