CV-69-7894 #5116

**UNITED STATES DISTRICT COURT**
District of New Mexico
Office of the Clerk
P. O. Box 2384
U. S. Courthouse
Santa Fe, New Mexico 87504-2384

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**RECEIVED AT SANTA FE**
APR 0 6 2010
MATTHEW J. DYKMAN
CLERK

Jonathan Weiss
HC 68, Box 25
Taos, NM 87571

FoE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 87504238484       *0669-04605-01-41



neopost
04/01/10
$0.44
Mailed From 87501
US POSTAGE
042J8008397