Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR -8 AM 10: 00

CLERK-SANTA FE

| | | |
|---|---|---|
| STATE OF NEW MEXICO, on the relation of | ) | |
| The State Engineer, | ) | No. 69cv 07941-BB |
| | ) | |
| Plaintiff, | ) | Rio Chama Stream |
| | ) | System |
| v. | ) | |
| | ) | Section I (mainstream) |
| ROMAN ARAGON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

I am a *pro se* party, Leandro Dominguez (Doc. 9596), who submitted an objection to the Special Master's Report on Priorities for Three Acequias. (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1. I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No. 9657, Filed 03/31/2010.

2. I am in full support of the submitted documents, and exhibits.

3. After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted.

_____
(Signature of Defendant)

LEANDRO DOMINGUEZ
(Printed name of Defendant)

1416 CRESPIN DR.
(Street address or P.O. Box)

PACIFICA, CALIF.  94044
(City, State and Zip Code)