Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR -9 AM 10: 17

CLERK-SANTA FE

STATE OF NEW MEXICO, on the relation of )
The State Engineer, )
                                                            )
           Plaintiff, )
                                                            )
v. )
                                                            )
ROMAN ARAGON, et al., )
                                                             )
           Defendants. )

No. 69cv 07941-BB

Rio Chama Stream System

Section I (mainstream)

I am a *pro se* party, Pedro Casados (Doc. 9610), who submitted an objection to the Special Master's Report on Priorities for Three Acequias, (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1. I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No. 9657, Filed 03/31/2010.

2. I am in full support of the submitted documents, and exhibits.

3. After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted.

*Pedro G Casados Sr.*
(Signature of Defendant)

PEDRO CASADOS Sr.
(Printed name of Defendant)

P O Box 852
(Street address or P.O. Box)

SAN JUAN PUEBLO, NM 87566
(City, State and Zip Code)