IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Chama Mainstream<br><br>Acequia de Suazo |

### STIPULATION ON PRIORITY DATE

The Plaintiff State of New Mexico, *ex rel.* State Engineer and the Acequia de Suazo, a community ditch in Section 1 of the Rio Chama Stream System, are in agreement on the priority date of the Acequia de Suazo, and all the water rights under the Acequia de Suazo, and hereby enter into a stipulation on that priority date as follows:

1. Priority: **1735**

Dated: March 2, 2010

State of New Mexico *ex rel.* State Engineer

_/s/ Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**Commissioners of Acequia de Suazo**

*/s/ Frank Suazo*

*/s/ Napoleon T Garcia*

*/s/ Alfonso Martinez*

**Attorney for Acequia de Suazo**

*/s/ Fred J Waltz*

FRED J. WALTZ
Fred J. Waltz, Esq.
214 Kit Carson Road #B
Taos, New Mexico 87571-6474
(505) 758-0407