**The originals of the Addendum to [9669] Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System Book 1, Book 2 and six (6) oversized aerial maps are located at the United States District Court for the District of New Mexico, Albuquerque Division, Records Section, 333 Lomas Blvd., N.W., Suite 270, Albuquerque, New Mexico 87102 for your review.**