Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**10 APR 12  AM 9: 33**

CLERK-SANTA FE

STATE OF NEW MEXICO, on the relation of  )
The State Engineer,                                      )
                                                                    )      No.  69cv07941-BB
                                Plaintiff,                      )
                                                                    )      Rio Chama Stream
            v.                                                    )      System
                                                                    )
                                                                    )      Section I (mainstream)
ROMAN ARAGON,      et al.,                          )
                                                                    )
                                Defendants.                  )

I am a *pro se* party, Johnny Martinez (Doc. 9626), who submitted an objection to the Special Master's

Report on Priorities for Three Acequias. (Case: 6:69-cv-07941-BB, Doc.:  9546, date Filed 12/16/2009).

1.      I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600

        Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No.

        9657, Filed 03/31/2010.

2.      I am in full support of the submitted documents, and exhibits.

3.      After the Honorable Court's consideration of the provided evidence, this parciente and *pro se*

        party respectfully asks the court to change the 1600 priority date in the Special Master's Report

        (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority

        date for the Acequia De Chamita only.

                                                Respectfully submitted.

                                                *Johnny S Martinez*
                                                (Signature of Defendant)

                                                JOHNNY L. Martinez
                                                (Printed name of Defendant)

                                                P.O. Box 1373
                                                (Street address or P.O. Box)

                                                San Juan Pueblo N.M 87566
                                                (City, State and Zip Code)