Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR 13 AM 8: 27

CLERK-SANTA FE

STATE OF NEW MEXICO, on the relation of )
The State Engineer, )
                                                   )
       Plaintiff, )
                                                   )
v. )
                                                 )
ROMAN ARAGON, et al., )
                                               )
       Defendants. )

No. 69cv 07941-BB

Rio Chama Stream System

Section I (mainstream)

I am a *pro se* party, Francisco Herrera (Doc. 9634), who submitted an objection to the Special Master's Report on Priorities for Three Acequias, (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1.    I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No. 9657, Filed 03/31/2010.

2.    I am in full support of the submitted documents, and exhibits.

3.    After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted.

*Francisco A. Herrera*
(Signature of Defendant)

Francisco A. Herrera
(Printed name of Defendant)

2235 Via Caballero Del Sur
(Street address or P.O. Box)

Santa Fe, N.M. 87505
(City, State and Zip Code)