IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) ) |
| RAMON ARAGON et al. | ) ) |
| Defendants | ) ) ) |

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 5, Rio Gallina

NOTICE OF ATTACHMENT TO PARTIAL FINAL JUDGMENT AND DECREE

The Court hereby notifies the parties of an Attachment to the *Partial Final Judgment and Decree on Surface Water Irrigation Rights in Section 5 of the Rio Chama Stream System*, filed April 8, 2010 (Doc. No. 9669). The pleading lacked a locator sheet describing that the Addendum and maps for the Decree may be found at the United States District Court for the District of New Mexico, Albuquerque Division, Records Section, 333 Lomas Blvd. NW, Suite 270, Albuquerque, New Mexico 87102. The Attachment has been added to the original scan and notice is hereby given of the addition.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

SPECIAL MASTER VICKIE L. GABIN