Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR 15 AM 9:28

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, on the relation of ) <br> The State Engineer, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROMAN ARAGON, et al., ) <br> ) <br> Defendants. ) | No. 69cv 07941-BB <br><br> Rio Chama Stream System <br><br> Section I (mainstream) |

I am a *pro se* party, Pete Maestas (Doc. 9630), who submitted an objection to the Special Master's Report on Priorities for Three Acequias, (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1. I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No. 9657, Filed 03/31/2010.

2. I am in full support of the submitted documents, and exhibits.

3. After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted.

*Jose Pete Maestas*
(Signature of Defendant)

*Jose Pete Maestas*
(Printed name of Defendant)

*Rt-4 Box-19 Dr-1603 Hse-9*
(Street address or P.O. Box)

*Hernandez N/Mexico 87537*
(City, State and Zip Code)