IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR 16  AM 9:57

CLERK-SANTA FE

STATE OF NEW MEXICO, on the )
relation of State Engineer, )
 )
    Plaintiff, )    69cv7941-BB
 )
v. )    RIO CHAMA STREAM SYSTEM
 )
ROMAN ARAGON, et al., )
 )
    Defendants. )

## WITHDRAWAL OF OBJECTION TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS

I hereby withdraw my objection to the Special Master's Report (Docket #9546) concerning the assignment of a 1600 Priority Date to water rights of parcientes of the Acequia de Chamita, which objection I filed in this matter. I was misinformed at the time that I filed my objection and I hereby request that the Court adopt the recommended priority date of 1600 for water rights of parcientes of the Acequia de Chamita.

Respectfully submitted,

*Pedro P Trujillo*
(Signature of Defendant)

Pedro P Trujillo
(Printed Name of Defendant)

Re: Map: _____

    Tract: _____

    Subfile: _____

PO Box 1215
(Street Address or P.O. Box)

SAN JUAN Pueblo N. Mex.
(City, State and Zip Code)