Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR 16 AM 9:57

CLERK-SANTA FE

STATE OF NEW MEXICO, on the relation of   )
The State Engineer,                        )   No. 69cv 07941-BB
                                           )
         Plaintiff,                        )   Rio Chama Stream
                                           )   System
    v.                                     )
                                           )   Section I (mainstream)
ROMAN ARAGON,   et al.,                    )
                                           )
         Defendants.                       )

I am a *pro se* party, Leo J. Martinez (Doc. 9637), who submitted an objection to the Special Master's Report on Priorities for Three Acequias, (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1. I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No. 9657, Filed 03/31/2010.

2. I am in full support of the submitted documents, and exhibits.

3. After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted.

_____
(Signature of Defendant)

Leo J Martinez
(Printed name of Defendant)

Leo J. Martinez
(Street address or P.O. Box)

P.O. Box 1202 San Juan Pueblo NM 87566
(City, State and Zip Code)