# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer,<br><br>        Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, et al.,<br><br>        Defendants. | 6:69-cv-07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Rutheron & Plaza Blanca, Section 7<br><br>Subfile No.: _____ |

## ENTRY OF APPEARANCE

**COME NOW,** Charles T. DuMars and Catherine R. Robinson (Law & Resource Planning Associates, P.C.) and hereby enter their appearance on behalf of the following defendant in the above-captioned matter:

Unser, LLC
30 Coyote Canyon Road SE
Albuquerque, NM 87123

Respectfully submitted,

LAW & RESOURCE PLANNING ASSOCIATES,
*A Professional Corporation*


By:    s/ Catherine R. Robinson
        Charles T. DuMars
        Catherine R. Robinson
        Attorneys at Law
        Albuquerque Plaza, 201 3rd Street NW, Ste. 1750
        Albuquerque, NM 87102
        (505) 346-0998 / FAX: (505) 346-0997

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on April 21, 2010, I filed the foregoing Entry of Appearance electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Filing to be served by electronic means.

                                        s/ Catherine R. Robinson
                                        Catherine R. Robinson