IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Subfile No. X-1 |

**STIPULATION ON PRIORITY DATE**

The Plaintiff State of New Mexico, *ex rel.* State Engineer and Defendant Monastery of Christ in the Desert are in agreement that there is no basis to redetermine or reconsider the priority date (1904) of the water rights described in the Order filed March 10, 1971 (Doc. No. 1670) in subfile X-1, Chama Mainstream Section, and hereby enter into a stipulation on the priority date of those water rights as follows:

1. Priority: **1904**

Dated: April 21, 2010

State of New Mexico *ex rel.* State Engineer


  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

Telephonic Approval by Fred J. Waltz 04/21/2010
FRED J. WALTZ
Attorney for Monastery of Christ in the Desert
214 B Kit Carson Rd.
Taos, NM 87571-6474
(575) 758-0407