IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) 69cv07941-BB ) ) RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON et al., | ) ) |
| Defendants. | ) ) ) |

NOTICE OF UNAVAILABILITY

Please be advised that I will be unavailable from May 17, 2010, through May 31, 2010. Motions for extensions of time or for any other reason will be considered on June 1. For matters which require immediate attention, contact Ms. Karla Bruner, the Court's data manager, at (505) 865-6218, or kbruner@q.com .

*Vickie L. Gabin*
SPECIAL MASTER