Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR 26  AM 10: 07

CLERK-SANTA FE

STATE OF NEW MEXICO, on the relation of  )
The State Engineer,                      )   No. 69cv 07941-BB
                                         )
            Plaintiff,                   )   Rio Chama Stream
                                         )   System
     v.                                  )
                                         )   Section I (mainstream)
ROMAN ARAGON,    et al.,                 )
                                         )
            Defendants.                  )

I am a *pro se* party, Santago Gallegos (Doc. 9632), who submitted an objection to the Special Master's Report on Priorities for Three Acequias, (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1. I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No. 9657, Filed 03/31/2010.

2. I am in full support of the submitted documents, and exhibits.

3. After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted.

*/s/ Santiago A. Gallegos*
(Signature of Defendant)

Santiago A. Gallegos
(Printed name of Defendant)

RR 2 Box 219 A
(Street address or P.O. Box)

San Juan Pueblo, N.M. 87566
(City, State and Zip Code)

D. Gallegos
P.O. Box 3794
San Juan Pueblo
N. Mex 87566

RECEIVED
AT SANTA FE
APR 26 2010
MATTHEW J. DYKMAN
CLERK

Office of the Clerk
United States District Court
106 South Federal Place
Santa Fe, New Mexico 87501