IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR 26 AM 10:08

CLERK-SANTA FE

STATE OF NEW MEXICO, on the
relation of State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, et al.,

    Defendants.

69cv7941-BB

RIO CHAMA STREAM SYSTEM

## WITHDRAWAL OF OBJECTION TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS

I hereby withdraw my objection to the Special Master's Report (Docket #9546) concerning the assignment of a 1600 Priority Date to water rights of parcientes of the Acequia de Chamita, which objection I filed in this matter. I was misinformed at the time that I filed my objection and I hereby request that the Court adopt the recommended priority date of 1600 for water rights of parcientes of the Acequia de Chamita.

Re: Map: _____

    Tract: _____

    Subfile: _____

Respectfully submitted,

_Jose P Maestas_
(Signature of Defendant)

Jose P Maestas
(Printed Name of Defendant)

Rt-4 Box-19 Dr-1603
(Street Address or P.O. Box)

Hernandez New Mexico 87537
(City, State and Zip Code)

Acequia de Chamita
c/o Alex Sisneros
P.O. Box 743
San Juan Pueblo, NM 87566

**RECEIVED AT SANTA FE**
APR 26 2010
MATTHEW J. DYKMAN
CLERK

Office of the Clerk
Untied States District Court
106 South Federal Place
Santa Fe, NM 87501

87501+1302