IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>  vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>  Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Canjilon Creek<br><br>**Subfile No. CHCJ-002-0052** |

## ORDER GRANTING MOTION TO VACATE DEFAULT ORDER

THIS MATTER is before the Court on the State of New Mexico's April 5, 2010, Motion to Vacate the Default Order (Docket No. 9663) filed August 29, 2002 (Docket No. 6835).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the Default Order filed August 29, 2002, (Docket No. 6835) with respect to the water rights of Amarante Valdez and Reyes Valdez in Subfile CHCJ-002-0052 only, is hereby vacated.

IT IS FURTHER ORDERED that the State and Defendants Amarante Valdez and Reyes Valdez shall file a Consent Order concerning the Defendants' rights to use the public waters of the Rio Chama Stream System within 10 days of this Order.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
_____
SPECIAL MASTER VICKIE L. GABIN

_Vickie L. Gabin_
_____
SPECIAL MASTER VICKIE L. GABIN