IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHRB-008-0001**

## CONSENT ORDER

   The Court, having considered the agreement between the Plaintiff State of New Mexico and

Defendant:

### NM STATE GAME COMMISSION

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set

forth below finds:

   1.  The Court has jurisdiction over the parties and the subject matter of this suit.

   2.  The State of New Mexico and the above-named Defendant are in agreement

     concerning certain elements of Defendant's right to divert and use the public waters

     of the Rio Chama Stream System, Rio Brazos, Section 7, and by their signatures

     appearing below, the State and the Defendant have approved and accepted the

     elements of Defendant's water rights as set forth in paragraph 4 herein.

   3.  There is no just reason for delay for the entry of a final judgment as to elements of the

     claims of the Defendant adjudicated by this order.

4.      The right of the Defendant to divert and use the public waters from the Rio Chama

Stream System, Rio Brazos, Section 7, is set forth below:

A.      **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No(s):** 0477

**Priority:** Reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface water of the Rio Brazos, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
        **Ditch:** PARKVIEW DITCH

                **Location: X=** 1,571,054 feet                **Y=**      2,087,568 feet

        New Mexico State Plane Coordinate System, Central Zone, 1983 NAD

**Location and Amount of Acreage:**
        Within the Tierra Amarilla Grant                            20.4 acres
                                                                    _____
                                                            Total   20.4 acres

As shown on the attached revised Hydrographic Survey Maps (2) for Subfile No. CHRB-008-0001

**Amount of Water:** Reserved for future determination by court order entered November 19, 2002.

B.      **STORAGE IMPOUNDMENT (Surface Water Only):**

**Office of the State Engineer File No(s):** 2181

**Priority**: July 27, 1937

**Source of Water:**

PARKVIEW DITCH: Surface water of the Rio Brazos, a tributary of the Rio Chama.

Consent Order                            -2-                    Subfile No. CHRB-008-0001

BURNS CANYON DRAW: a tributary of the Rio Chama.

SPRING NO. 11A: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 11B: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12A: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12B: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12E: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12F: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12G: Surface water of a spring, a tributary of the Rio Chama.

**Purpose of Use:** FISH HATCHERY, DOMESTIC AND RECREATIONAL FISHING

**Point of Diversion:**

    **Ditch:** PARKVIEW DITCH

        **Location: X**= 1,571,054 feet        **Y**=     2,087,568 feet

    **Spring:** SPRING NO. 11A

        **Location: X**= 1,546,475 feet        **Y**=     2,082,159 feet

    **Spring:** SPRING NO. 11B

        **Location: X**= 1,546,402 feet        **Y**=     2,082,052 feet

    **Spring:** SPRING NO. 12A

        **Location: X**= 1,545,736 feet        **Y**=     2,081,432 feet

    **Spring:** SPRING NO. 12B

        **Location: X**= 1,545,816 feet        **Y**=     2,081,160 feet

    **Spring:** SPRING NO. 12E

**Location: X**= 1,545,604 feet          **Y**=     2,081,182 feet

**Spring:** SPRING NO. 12F

**Location: X**= 1,545,603 feet          **Y**=     2,081,131 feet

**Spring:** SPRING NO. 12G

**Location: X**= 1,545,536 feet          **Y**=     2,081,162 feet

New Mexico State Plane Coordinate System, Central Zone, 1983 NAD

**Location of Impoundment:**

Brood Pond No. 3, Parkview Fish Hatchery          11.6 acres
Within the Tierra Amarilla Grant
                                                Total  11.6 acres

As shown on the attached revised Hydrographic Survey Maps (2) for Subfile No. CHRB-008-0001

**Amount of Water:**

10 cubic feet of water per second continuously for the purpose of maintaining a storage of 96.7 acre feet of water in Brood Pond No. 3 (7 second feet of said water diverted from the Parkview/LaPuente Ditch and 3 second feet of said water derived from Burns Canyon Draw and Springs located on Parkview Fish Hatchery property); provided, the waters so diverted to be returned to the La Puente Ditch undiminished in quantity other than by evaporation.

**C.    PARKVIEW FISH HATCHERY (Surface Water Only):**

**Office of the State Engineer File No(s):** 1971

**Priority**:        October 10, 1931 (1,250 gallons per minute continuous flow)
                  December 13, 1935 (750 gallons per minute continuous flow)

**Source of Water:**

SPRING NO. 11A: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 11B: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12A: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12B: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12E: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12F: Surface water of a spring, a tributary of the Rio Chama.

SPRING NO. 12G: Surface water of a spring, a tributary of the Rio Chama.

**Purpose of Use:** FISH HATCHERY

**Point of Diversion:**

Spring: SPRING NO. 11A

**Location: X**= 1,546,475 feet          **Y**=     2,082,159 feet

Spring: SPRING NO. 11B

**Location: X**= 1,546,402 feet          **Y**=     2,082,052 feet

Spring: SPRING NO. 12A

**Location: X**= 1,545,736 feet          **Y**=     2,081,432 feet

Spring: SPRING NO. 12B

**Location: X**= 1,545,816 feet          **Y**=     2,081,160 feet

Spring: SPRING NO. 12E

**Location: X**= 1,545,604 feet          **Y**=     2,081,182 feet

Spring: SPRING NO. 12F

**Location: X**= 1,545,603 feet          **Y**=     2,081,131 feet

Spring: SPRING NO. 12G

**Location: X=** 1,545,536 feet                    **Y=**      2,081,162 feet

New Mexico State Plane Coordinate System, Central Zone, 1983 NAD

**Location:**

Parkview Fish Hatchery
Within the Tierra Amarilla Grant

As shown on the attached revised Hydrographic Survey Maps (2) for Subfile No.
CHRB-008-0001

**Amount of Water:**

2,000 gallons per minute continuous flow year round, but not to exceed 3,250 acre-feet per
annum; provided, the waters so diverted to be returned to the La Puente Ditch undiminished
in quantity other than by evaporation.

5.    Defendant has no surface water rights in the Rio Chama Stream System, Rio Brazos,
      Section 7, other than those set forth in this order and those other orders entered by this
      Court in this cause; the water rights recognized herein does not include the right to
      divert and use water from Springs No. 12C, 12D or 12H, the locations of which are
      shown on the attached Hydrographic Survey Map 2 for Subfile CHRB-008-0001.
      These 3 springs are not presently included within Office of the State Engineer Licenses
      No. 1971 or 2181.

6.    Defendants, his or her successors, representatives, heirs and assigns, should be
      enjoined from any use of the surface waters of the Rio Chama Stream System, Rio
      Brazos, Section 7, except in strict accordance with the water rights described herein.

7.    The water rights described herein are adjudicated subject to the right of any other
      water rights claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right of the Defendant to divert and use the waters of the Rio Chama Stream System, Rio Brazos, Section 7, are as set forth herein. The Defendant, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Brazos, Section 7, except in strict accordance with the rights set forth herein or in other orders of the Court.

IT IS FURTHER ORDERED that the Court enters this Consent Order as a final judgment as to the elements of the Defendant's water rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_Bruce D Black_
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_
VICKIE L. GABIN, SPECIAL MASTER


ACCEPTED:  _Tod W. Stevenson   Secretary to the state Game Commission_
NM STATE GAME COMMISSION

ADDRESS:  _____

_____

DATE:  _____

_Ed Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General

_4.16.2010_
Date

Consent Order                    -7-                    Subfile No. CHRB-008-0001

008-0001
A 9.3 ac.
F

008-0001
A 4.7 ac.
F

Parkview Ditch

Spring No. 11A

Spring No. 11B

008-0001
C Parkview
Fish Hatchery

Spring No. 12A

Spring No. 12E

Spring No. 12B

008-0001
A 6.4 ac.
F

Spring No. 12G

Spring No. 12F

008-0001
C Parkview
Fish Hatchery

008-0001
B 11.6 ac.

LEGEND

Irrigated Tract Boundary
No Right Tract Boundary
Seeped Area
Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir

Point of Diversion
Well
Spring
Fallow
No Right
Fish Hatchery

1 inch = 550 feet

0   137.5   275   550
Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

Rio Chama Hydrographic Survey
Rio Brazos Section

Subfile Number
CHRB 008-0001
Parkview Ditch and
Springs No. 11A, 11B,
12A, 12B, 12E, 12F, 12G
AMENDED
January 26, 2010
Map 1



Spring No. 11A

Spring No. 11B

008-0001
C   Parkview
Fish Hatchery

Spring No. 12A

Spring No. 12E

Spring No. 12C

Spring No. 12B

Spring No. 12D

Spring No. 12G

Spring No. 12F

Spring No. 12H

008-0001
C   Parkview
Fish Hatchery

LEGEND

Irrigated Tract Boundary
No Right Tract Boundary
Seeped Area

Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir

Point of Diversion
Well
Licensed Springs
Unlicensed Springs

Fallow
No Right
Fish Hatchery

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

Rio Chama Hydrographic Survey
Rio Brazos Section

1 inch = 250 feet

0    62.5    125    250
          Feet

Subfile Number
CHRB 008-0001

Parkview Ditch and
Springs No. 11A, 11B,
12A, 12B, 12C, 12D,
12E, 12F, 12G, 12H
AMENDED
January 26, 2010
Map 2