IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

       vs.

ROMAN ARAGON, *et al.,*

           Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## MOTION TO AMEND ALL SUBFILE ORDERS DESCRIBING IRRIGATION WATER RIGHTS FOR TRACTS OF LAND UNDER THE LA PUENTE DITCH TO INCLUDE SEVEN SPRINGS AS ADDITIONAL SOURCES OF WATER

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to amend all subfile orders heretofore entered in these proceedings that describe irrigation water rights for tracts of land under the La Puente Ditch to include seven (7) springs as additional sources of water, and as grounds therefore plaintiff states:

1.      Under the Declaration of Ownership of Water Rights by the Commissioners of the La Puente Community Ditch (OSE No. 0478) filed with the New Mexico State Engineer on April 14, 1924, the water users of the La Puente Ditch claim the entire flow of the springs known as "Los Ojos" for irrigation purposes to supplement the flow of water from the Brazos River.  These springs are located about one mile south of Parkview as shown on the declaration map filed with OSE No. 0478. Under the terms of two licenses issued to the New Mexico State Game Commission in 1937 and in 1940, the State Game Commission may use the water from these and other springs for fish hatchery,

domestic and recreational fishing purposes, provided the waters so diverted are returned to the La Puente Ditch undiminished in quantity other than by evaporation. *See* Licence to Appropriate Water issued May 3, 1937 (OSE No. 1971); License to Appropriate Water issued September 20, 1940 (OSE No. 2181) (revised to include recreational fishing by OSE permit approved July 30, 2002); *see also* Consent Order filed April 26, 2010 (Doc. No. 9696) (Subfile CHRB-008-0001) (New Mexico State Game Commission). These springs have been described and mapped in Subfile CHRB-008-0001 as follows:

**Spring:** SPRING NO. 11A

**Location: X**= 1,546,475 feet     **Y**=     2,082,159 feet

**Spring:** SPRING NO. 11B

**Location: X**= 1,546,402 feet     **Y**=     2,082,052 feet

**Spring:** SPRING NO. 12A

**Location: X**= 1,545,736 feet     **Y**=     2,081,432 feet

**Spring:** SPRING NO. 12B

**Location: X**= 1,545,816 feet     **Y**=     2,081,160 feet

**Spring:** SPRING NO. 12E

**Location: X**= 1,545,604 feet     **Y**=     2,081,182 feet

**Spring:** SPRING NO. 12F

**Location: X**= 1,545,603 feet     **Y**=     2,081,131 feet

**Spring:** SPRING NO. 12G

**Location: X**= 1,545,536 feet     **Y**=     2,081,162 feet

New Mexico State Plane Coordinate System, Central Zone, 1983 NAD

-2-

2.      None of the subfile orders that have heretofore been entered in these proceedings that describe irrigation water rights for tracts of land under the La Puente Ditch include as sources of water the seven (7) springs used by the Parkview Fish Hatchery described in paragraph 1 above.  A list of the affected subfiles describing irrigation water rights on tracts under the La Puente Ditch is attached hereto as Exhibit 1.

WHEREFORE, the plaintiff State of New Mexico requests the Court to amend all subfile orders heretofore entered in these proceedings that describe irrigation water rights for tracts of land under the La Puente Ditch to include as additional sources of water for irrigation purposes the seven (7) springs used by the Parkview Fish Hatchery described in paragraph 1 above.

Respectfully submitted,

   /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___26th___ day of April, 2010 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as stated on the following list of persons (2 pages).

   /s/ Ed Newville
EDWARD G.  NEWVILLE

-3-

GALE A. ABEYTA
915 WEST 6TH ST.
LOVELAND, CO  80537

MARK D. ABEYTA
2013 CHEYENNE AVE.
LOVELAND, CO  80538

SHERRY J. ABEYTA
1550 STEELE ST.
DENVER, CO  80206

BERONICE IGNACITA ARCHULETA
BEVERLY ANN ARCHULETA
PEDRO ANTONIO ARCHULETA IV
P.O. BOX 413
TIERRA AMARILLA, NM  87575

RUDOLPH A. CHAVEZ
P.O. BOX 89
CORRALES, NM  87048

LILLIE CHAVEZ
VIVIAN CHAVEZ
P.O. BOX 212
CORRALES, NM  87048

DORENE TAFOYA CLELAND
13511 ACAPULCO DR.
WHITTIER, CA  90605

MAX CLELAND
1315 ACAPULCO
WHITTIER, CA  90605

CHRISTINE M. CORDOVA
JOSEPH G. CORDOVA
6317 PONDEROSA CT. NE
ALBUQUERQUE, NM  87110

LAGUNA VISTA TOWNSITE INC.
HC-75 BOX 1152
LOS OJOS, NM  87551

FELIX MADRID
NORMA E. MADRID
10905 FAROLA DR., NW
ALBUQUERQUE, NM  87114

DARLENE A. MANUELE
16918 EAST ELDORADO CR.
AURORA, CO  80013

MARY LEAH MANZANARES
RUBEN MANZANARES JR.
20614 BUDLONG AVE.
TORRANCE, CA  90502

MARIANO S. MANZANARES
P.O. BOX 100
GALLINA, NM  87017

JOANN L. MANZANARES
JUAN F. MANZANARES
139 HUMMINGBIRD LA.
OPELOUSAS, LA  70570

CARLOS R. MANZANARES
DEBBIE MANZANARES
P.O. BOX 196
TIERRA AMARILLA, NM  87575

TONY J & NATIVIDAD M. MANZANARI
FAMILY TRUST
P.O. BOX 100
TIERRA AMARILLA, NM  87575

LORENZO ZUNIGA JR. AND MARIA E.
VARELA FAMILY TRUST
P.O. BOX 7505
ALBUQUERQUE, NM  87194

ROSINA MARTINEZ
1671 E. KINGSLEY AVE., UNIT-B
PAMONA, CA  91767-5354

LEROY J. MARTINEZ
TERESA S. MARTINEZ
P.O. BOX 501
SANTA CRUZ, NM  87567

JUAN A. MARTINEZ
NAVORA MARTINEZ
STEPHANIE E. MARTINEZ
P.O. BOX 277
TIERRA AMARILLA, NM  87575

ELAINE L. MAYER
FREDERICK L. MAYER
164 ASPEN LANE
OPELOUSAS, LA  70570

JOYCE MENNINGER
KATHY R. TAFOYA
LISA TAFOYA
LORRAINE TAFOYA
LUCY TAFOYA

BAUDELIA M. MERCURE
VINCENTE MERCURE
HC 75 BOX 6 LA PUENTE RT
TIERRA AMARILLA, NM  87575

EMMA PADILLA
RICHARD PADILLA
1605 CAMINITO MONICA
SANTA FE, NM  87501

ESTATE OF AMELIA C. POND
P.O. BOX 307
TIERRA AMARILLA, NM  87575

HARRY SANCHEZ
THERESA SANCHEZ
P.O. BOX 114
LOS OJOS, NM  87551

JOSE P. TAFOYA
LUCY M. TAFOYA
P.O. BOX 2084
SANTA FE, NM  87504

ANDREW M. TAFOYA
P.O. BOX 87
TIERRA AMARILLA, NM  87575

STELLA D. TAFOYA
P.O. BOX 87
TIERRA AMARILLA, NM  87575

PHILLIP G. TRUJILLO
2603 FOX ST.
FARMINGTON, NM  87402

WILLIE TRUJILLO JR.
1504 FINCH AVE.
FARMINGTON, NM  87401

FELICITAS TRUJILLO
c/o JOSE MODESTO MADRID
P.O. BOX 574
CANJILON, NM  87515

ROSEMARY ULIBARRI
P.O. BOX 64
TIERRA AMARILLA, NM  87575

# LA PUENTA DITCH
# IRRIGATED TRACKS

| Subfile Number | Defendant | SubFile Order: Date Filed | Docket No. |
|---|---|---|---|
| CHRB-008-0008 | ESTATE OF AMELIA C. POND | 11/23/2009 | 9529 |
| CHRB-009-0001 | JOYCE MENNINGER | 4/17/2007 | 8623 |
| CHRB-009-0001 | KATHY R. TAFOYA | 4/17/2007 | 8623 |
| CHRB-009-0001 | LISA TAFOYA | 4/17/2007 | 8623 |
| CHRB-009-0001 | LORRAINE TAFOYA | 4/17/2007 | 8623 |
| CHRB-009-0001 | LUCY TAFOYA | 4/17/2007 | 8623 |
| CHRB-009-0002 | ELAINE L. MAYER | 7/14/2005 | 7946 |
| CHRB-009-0002 | FREDERICK L. MAYER | 7/14/2005 | 7946 |
| CHRB-009-0003A | TONY J & NATIVIDAD M. MANZANARES FAMILY TRUST | 5/17/2005 | 7870 |
| CHRB-009-0003B | DEBBIE MANZANARES | 5/17/2005 | 7871 |
| CHRB-009-0003B | CARLOS R. MANZANARES | 5/17/2005 | 7871 |
| CHRB-009-0003C | DEBBIE MANZANARES | 3/14/2008 | 9138 |
| CHRB-009-0003C | CARLOS R. MANZANARES | 3/14/2008 | 9138 |
| CHRB-009-0004 | JOANN L. MANZANARES | 8/12/2005 | 7986 |
| CHRB-009-0004 | JUAN F. MANZANARES | 8/12/2005 | 7986 |
| CHRB-009-0005 | MARIANO S. MANZANARES | 1/25/2005 | 7730 |
| CHRB-009-0005 | RUBEN MANZANARES JR. | 1/25/2005 | 7730 |
| CHRB-009-0006 | MARK D. ABEYTA | 3/6/2007 | 8592 |
| CHRB-009-0006 | GALE A. ABEYTA | 3/6/2007 | 8592 |
| CHRB-009-0006 | DARLENE A. MANUELE | 3/6/2007 | 8592 |
| CHRB-009-0006 | SHERRY J. ABEYTA | 3/6/2007 | 8592 |
| CHRB-009-0007 | PHILLIP G. TRUJILLO | 7/29/2004 | 7528 |
| CHRB-009-0009 | MAX CLELAND | 5/4/2006 | 8265 |
| CHRB-009-0009 | STELLA D. TAFOYA | 5/4/2006 | 8265 |
| CHRB-009-0010 | ANDREW M. TAFOYA | 2/6/2007 | 8550 |
| CHRB-009-0011 | DORENE TAFOYA CLELAND | 5/4/2006 | 8266 |
| CHRB-009-0012A | LAGUNA VISTA TOWNSITE INC. | 12/12/2005 | 8096 |
| CHRB-009-0012B | JUAN A. MARTINEZ | 11/22/2006 | 8476 |

Ex. 1

| Subfile Number | Defendant | SubFile Order: | |
|---|---|---|---|
| | | Date Filed | Docket No. |
| CHRB-009-0012B | STEPHANIE E. MARTINEZ | 11/22/2006 | 8476 |
| CHRB-009-0012B | NAVORA MARTINEZ | 11/22/2006 | 8476 |
| CHRB-009-0013 | LILLIE CHAVEZ | 4/10/2002 | 6604 |
| CHRB-009-0013 | VIVIAN CHAVEZ | 4/10/2002 | 6604 |
| CHRB-009-0014 | FELIX MADRID | 9/19/2003 | 7244 |
| CHRB-009-0014 | NORMA E. MADRID | 9/19/2003 | 7244 |
| CHRB-009-0015A | ROSEMARY ULIBARRI | 9/3/2008 | 9276 |
| CHRB-009-0016 | ROSINA MARTINEZ | 5/1/2002 | 6696 |
| CHRB-009-0017 | TERESA S. MARTINEZ | 9/3/2004 | 7580 |
| CHRB-009-0017 | LEROY J. MARTINEZ | 9/3/2004 | 7580 |
| CHRB-009-0018 | RUBEN MANZANARES JR. | 1/25/2005 | 7731 |
| CHRB-009-0018 | MARY LEAH MANZANARES | 1/25/2005 | 7731 |
| CHRB-009-0018 | MARIANO S. MANZANARES | 1/25/2005 | 7731 |
| CHRB-009-0019 | JOSEPH G. CORDOVA | 11/22/2006 | 8477 |
| CHRB-009-0019 | CHRISTINE M. CORDOVA | 11/22/2006 | 8477 |
| CHRB-009-0021 | JOSE P. TAFOYA | 11/18/2004 | 7647 |
| CHRB-009-0021 | LUCY M. TAFOYA | 11/18/2004 | 7647 |
| CHRB-009-0022A | LORENZO ZUNIGA JR. AND MARIA E. VARELA FAMILY TRUST | 3/5/2007 | 8577 |
| CHRB-009-0022B | ROSINA MARTINEZ | 2/6/2007 | 8550 |
| CHRB-009-0023 | RUDOLPH A. CHAVEZ | 5/1/2002 | 6697 |
| CHRB-009-0024 | FELICITAS TRUJILLO | 6/26/2003 | 7184 |
| CHRB-009-0025 | WILLIE TRUJILLO JR. | 3/24/2006 | 8196 |
| CHRB-009-0026 | HARRY SANCHEZ | 5/17/2005 | 7873 |
| CHRB-009-0027 | BEVERLY ANN ARCHULETA | 8/12/2005 | 7987 |
| CHRB-009-0027 | PEDRO ANTONIO ARCHULETA IV | 8/12/2005 | 7987 |
| CHRB-009-0027 | BERONICE IGNACITA ARCHULETA | 8/12/2005 | 7987 |
| CHRB-009-0028 | RICHARD PADILLA | 5/17/2005 | 7874 |
| CHRB-009-0028 | EMMA PADILLA | 5/17/2005 | 7874 |
| CHRB-009-0029 | HARRY SANCHEZ | 5/4/2006 | 8267 |
| CHRB-009-0029 | THERESA SANCHEZ | 5/4/2006 | 8267 |
| CHRB-009-0030 | WILLIE TRUJILLO JR. | 12/10/2007 | 9053 |

| Subfile Number | Defendant | SubFile Order: | |
| --- | --- | --- | --- |
| | | Date Filed | Docket No. |
| CHRB-009-0031 | BAUDELIA M. MERCURE | 11/22/2006 | 8497 |
| CHRB-009-0031 | VINCENTE MERCURE | 11/22/2006 | 8497 |
| CHRB-009-0032 | BAUDELIA M. MERCURE | 11/22/2006 | 8498 |