IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
10 APR 27 AM 10: 31
CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) 69cv7941-BB |
| v. | ) ) RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, et al., | ) ) |
| Defendants. | ) ) |

## WITHDRAWAL OF OBJECTION TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS

I hereby withdraw my objection to the Special Master's Report (Docket #9546) concerning the assignment of a 1600 Priority Date to water rights of parcientes of the Acequia de Chamita, which objection I filed in this matter. I was misinformed at the time that I filed my objection and I hereby request that the Court adopt the recommended priority date of 1600 for water rights of parcientes of the Acequia de Chamita.

Respectfully submitted,

_James L Maestas_
(Signature of Defendant)

James L Maestas
(Printed Name of Defendant)

Re: Map: _____

Tract: _____

Subfile: _____

11421 Paseo Del Oso NE
(Street Address or P.O. Box)

Albuquerque, NM 87111
(City, State and Zip Code)



Acequia de Chamita
c/o Alex Sisneros
P.O. Box 743
San Juan Pueblo, NM 87566

RECEIVED
AT SANTA FE

APR 27 2010

MATTHEW J. DYKMAN
CLERK

Office of the Clerk
Untied States District Court
106 South Federal Place
Santa Fe, NM 87501