**UNITED STATES DISTRICT COURT**
District of New Mexico
Office of the Clerk
P. O. Box 2384
U. S. Courthouse
Santa Fe, New Mexico 87504-2384

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
AT SANTA FE

MAY 03 2010

MATTHEW J. DYKMAN
CLERK

CV 69-7941
Doc. 9700

C. PAUL MARTINEZ
RT. 2, BOX 320
ESPANOLA, NM 87532

NIXIE   871   SE 1   00  04/30/10
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 87504239484   *0669-11130-29-40