Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 MAY -4 AM 10: 45

CLERK-SANTA FE

STATE OF NEW MEXICO, on the relation of )
The State Engineer, )
) No. 69cv 07941-BB
)
Plaintiff, ) Rio Chama Stream
) System
v. )
) Section I (mainstream)
ROMAN ARAGON, et al., )
)
Defendants. )

I am a *pro se* party, Ron Velarde (Doc. 9658), who submitted an objection to the Special Master's Report on Priorities for Three Acequias, (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1. I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No. 9657, Filed 03/31/2010.

2. I am in full support of the submitted documents, and exhibits.

3. After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted,

_____
(Signature of Defendant)

Ron Velarde
(Printed name of Defendant)

RT. 4 Box 278-4 Chamita
(Street address or P.O. Box)

San Juan Pbl. N.M. 87566
(City, State and Zip Code)