IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>  -v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Rito de Tierra Amarilla |

### ORDER GRANTING MOTION FOR APPROVAL OF FORM OF NOTICE AND ORDERS TO SHOW CAUSE

THIS MATTER is before the Special Master on the April 30, 2010, Motion for Approval of Form of Notice and Orders to Show Cause for the Determination of Priority Dates and Irrigation Water Requirements in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System filed by the Plaintiff State of New Mexico, *ex rel.* State Engineer (State) (Docket No. 9702).

Being fully advised in the premises, I find that the forms of the notice and orders to show cause attached to the Motion comport with the provisions of the April 21, 2010, Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Rito de Tierra Amarilla Subsection of the Rio Chama Stream System (No. 9687).

I also find that all claimants, when served with a Notice and Order to Show Cause, would benefit from receiving a letter from the Special Master further explaining the proceedings.

Accordingly, the State shall serve each defendant with the appropriate Notice and Order to Show Cause regarding these proceedings, and include with each pleading a copy of the letter which

is attached to this Order.

      IT IS SO ORDERED.

 

_____
SPECIAL MASTER