IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rio Brazos |
| Defendants. | |

## NOTICE OF ERRATA

The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following error in the State's *Motion to Amend All Subfile Orders Describing Irrigation Water Rights for Tracts of Land Under the La Puente Ditch to Include Seven Springs as Additional Sources of Water* filed April 27, 2010 (Doc. No. 9698).

Subfile CHRB-009-0008 (Ernesto R. Ulibarri) was omitted from the list of affected subfiles. A corrected list of affected subfiles describing irrigation water rights on tracts of land under the La Puente Ditch is attached hereto as Exhibit 1.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of May, 2010 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participant in the manner indicated with a copy of this Notice and the Motion filed April 27, 2010 (9698).

    /s/ Ed Newville
Edward G. Newville

via first class mail, postage prepaid addressed as follows:

Ernesto R. Ulibarri
P.O. Box 747
La Madera, NM 87539