UNITED STATES DISTRICT COURT
District of New Mexico
Office of the Clerk
P. O. Box 2384
U. S. Courthouse
Santa Fe, New Mexico 87504-2384
OFFICIAL BUSINESS

RECEIVED
AT SANTA FE
MAY 0 5 2010
MATTHEW J. DYKMAN
CLERK

A.B. VALDEZ
P.O. BOX 4425
FAIRVIEW, NM 87533

NIXIE        871    5E    1         00  05/01/10
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 87504239494        *0669-11460-28-40