Case: 6:69-cv-07941-BB                                                                                          1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 MAY -6 AM 10: 00

CLERK-SANTA FE

| | | |
|---|---|---|
| STATE OF NEW MEXICO, on the relation of | ) | |
| The State Engineer, | ) | No. 69cv 07941-BB |
| | ) | |
| Plaintiff, | ) | Rio Chama Stream |
| | ) | System |
| v. | ) | |
| | ) | Section I (mainstream) |
| ROMAN ARAGON,  et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ERRATA

The *pro se* parties (Doc. 9657, Filed 3/31/2010) gives notice of printing errors in the following Document below:

> Document 9657, Filed 3/31/2010
>
> AMENDED – OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO CONCERNED WATER RIGHTS OF THE PARIENTES OF THE ACEQUIA DE CHAMITA (DOCUMENT 9546, FILED 12/16/2009).

1. **Face page:** The word "CONERNED" in the document title should read "CONCERNED".

    The title should read as follows:

    > AMENDED – OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO CONCERNED WATER RIGHTS OF THE PARIENTES OF THE ACEQUIA DE CHAMITA (DOCUMENT 9546, FILED 12/16/2009).

2. **Page 1, paragraph 1, line 3:** The date "2010" should read "2009"

    The information in the parenthesis should read:

    > (p.10, V. Conclusions of Law 2., Case 6:69-cv-07941-BB, Document: 9546, Date filed December 16, 2009).

3. **Page 4, at #2, line 2:** The date "2010" should read "2009"

    The information in the parenthesis should read:

Case: 6:69-cv-07941-BB                                                                          2

(Doc. 9546, filed December 16, 2009)

4. **Page 4, at #2, line 5:** The date "2010" should read "2009"

   The information in the parenthesis should read:

   (Doc. 9546, filed December 16, 2009)

5. **Page 7, line 17:** The word "call" should read "called"

   The quote should read:

   "sometime between the end of 1599, and early 1600, the colonizers moved to the West side of the Rio Grande to a place call Yunque Pueblo, also called San Gabriel de Yunque.'

                                              Respectfully submitted for the pro se parties,

                                              Doc. 9657, filed 3/31/2010)

                                              _____
                                              (Signature of Ron W. Rundstrom-Doc. 9657)

                                              Ron W. Rundstrom
                                              _____
                                              (Printed name of Ron W. Rundstrom)

                                              P.O. Box 1791
                                              _____
                                              (Street address or P.O. Box)

                                              Espanola, New Mexico, 87532
                                              _____
                                              (City, State and Zip Code)

Ron W. Rundstrom
PO Box 1791
Espanola, NM 87532

RECEIVED
AT SANTA FE
MAY 06 2010
MATTHEW J. DYKMAN
CLERK

Office of the Clerk
United States District Court
106 South Federal Place
Santa Fe, New Mexico 87501