IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
       Plaintiff, )
 )    69cv07941-BB
-v- )
 )    RIO CHAMA STREAM SYSTEM
ROMAN ARAGON et al., )
 )
       Defendants. )    Pueblo Claims Subproceeding
 )

ORDER CORRECTING SECOND AMENDED SCHEDULING ORDER

THIS MATTER is before the Special Master upon the comment from counsel that the Second Amended Scheduling Order on Pueblo Claims (May 10, 2010, Docket No. 9713) includes an error.

Being fully advised in the premises, I find that Paragraph 1, Section 4.1.5.2 **Expert Witness Disclosure** should be corrected as follows:

Change

"From Ohkay Owingeh by **September 5, 2012**" to

"From Ohkay Owingeh by **December 2, 2012**"

All other provisions of the Second Amended Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER