**UNITED STATES DISTRICT COURT**
District of New Mexico
Office of the Clerk
P. O. Box 2384
U. S. Courthouse
Santa Fe, New Mexico 87504-2384

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

RECEIVED
AT SANTA FE
MAY 1 4 2010

MATTHEW J. DYKMAN
CLERK

KENNETH C. MARTHEY
P.O. BOX 1059
SAN JUAN PUEBLO, NM 87566

— Not at this address

NIXIE  871  5E 1  00 05/11/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 87504239494  *0758-05631-28-40*