Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 MAY 21  AM 11: 05

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, on the relation of )<br>The State Engineer, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>ROMAN ARAGON,   et al., )<br> )<br>Defendants. ) | No.  69cv 07941-BB<br><br>Rio Chama Stream<br>System<br><br>Section I (mainstream) |

I am a *pro se* party, Tammy Griffith (Doc. 9643), who submitted an objection to the <u>Special Master's Report on Priorities for Three Acequias,</u> (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1. I wish to be included as part of the <u>Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita</u>, Doc. No. 9657, Filed 03/31/2010.

2. I am in full support of the submitted documents, and exhibits.

3. After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted.

_Tammy Griffith_
(Signature of Defendant)

_Tammy Griffith_
(Printed name of Defendant)

_PO Box 289_
(Street address or P.O. Box)

_San Ramon, CA 94583_
(City, State and Zip Code)

File date: _____

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 MAR 31 AM 8:57

CLERK-SANTA FE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, on the relation of The State Engineer, | ) ) ) No. 6:69-cv 07941-BB |
| Plaintiff, | ) ) Rio Chama Stream ) System |
| v. | ) ) |
| ROMAN ARAGON, et al., | ) Section I (mainstream) ) ) |
| Defendants. | ) |

We the *pro se* party(s):  David Ortiz (Doc. No. 9591) (Doc. No. 9585),

Eloy J. Garcia (Doc. No. 9590) (Doc. No. 9584),

Tina C. Garcia (Doc. No. 9589) (Doc. No. 9583),

Ron W. Rundstrom (Doc. No. 9592) (Doc. No. 9586),

Jacobo Baca (Doc. No. 9588) (Doc. No. 9582),

are submitting a joint amended objection for Case # 6:69-cv-07941-BB, in response to Document 9546, filed 12/16/2009, Special Master's Report on Priorities for Three Acequias.

**AMENDED – OBJECTIONS TO THE ASSIGNMENT OF A 1600 PRIORITY DATE TO CONCERNED WATER RIGHTS OF THE PARCIENTES OF THE ACEQUIA DE CHAMITA (DOCUMENT 9546, FILED 12/16/2009)**

Est. August 11, 1598

## Acequia de Chamita

P.O. Box 1082
San Juan Pueblo,
New Mexico 87566

Date 5-6-2010

Dear Member  Tammy Griffith
Statement year  2010
Total Acres  6.24

Assessments X $4.00   24.96

Mayordomo X $4.83   30.14

Previous Balance   —

Interest Due   —

Total Due   55.10

Please pay no later than 30 days after statement date.
Our policy is; 2 years in arrears and water use will be denied.

Thank you,

Acequia Commissioners

Alex Sisneros,     President
Richard Salazar,  Secretary
David Ortiz,      Treasurer

Tammy Griffith
P.O. Box 289
San Ramon, CA 94583-0289

RECEIVED
AT SANTA FE

MAY 21 2010

MATTHEW J. DYKMAN
CLERK

#87501+1902

Office of the Clerk
United States District Court
106 South Federal Place
Santa Fe, New Mexico 87501

OAKLAND CA 945
18 MAY 2010 PM 10 T

