IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

v.                                                     69cv07941 BB
                                                        Rio Chama Adjudication

RAMON ARAGON, *et al.*,

      Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the following *pro se* Motions:

| Doc. No. | Filed Date | Party | Subfile No. | |
|---|---|---|---|---|
| 9666 | April 8, 2010 | Leandro Dominguez | 236 | (*See* Doc. No. 9596)[1] |
| 9667 | April 9, 2010 | Pedro Casados Sr. | 233 | (*See* Doc. No. 9610) |
| 9670 | April 12, 2010 | Sandie Holguin | 274 | (*See* Doc. No. 9624) |
| 9671 | April 12, 2010 | James L. Maestas | 289 | (*See* Doc. No. 9611) |
| 9672 | April 12, 2010 | Johnny L. Martinez | 245-B | (*See* Doc. No. 9626) |
| 9673 | April 13, 2010 | Francisco A. Herrera | 244, 247 | (*See* Doc. No. 9634) |
| 9674 | April 13, 2010 | Enrique S. Rael | 252 | (*See* Doc. No. 9612) |
| 9678 | April 15, 2010 | Jose Pete Maestas | 290 | (*See* Doc. No. 9630) |
| 9681 | April 16, 2010 | Leo J. Martinez | 239 | (*See* Doc. No. 9637) |
| 9682 | April 16, 2010 | Thomas Martinez | 274 | (*See* Doc. No. 9608) |
| 9684 | April 19, 2010 | Joe Branch | 229, 266 | (*See* Doc. No. 9625) |
| 9691 | April 23, 2010 | Rose Garcia | 241 | (*See* Doc. No. 9633) |
| 9692 | April 23, 2010 | Orlando Serna | 266 | (*See* Doc. No. 9635) |
| 9693 | April 26, 2010 | Santiago A. Gallegos | 239 | (*See* Doc. No. 9632). |

**Procedural Background**

On December 19, 2009, Special Master Gabin filed her Report and Recommendations on

Priorities for Three Acequias (Doc. No. 9546). On March 31, 2010, five *pro se* parties filed their

---

[1] The *pro se* Motions refer to previously filed Objections to the Special Master's Report (Doc. No. 9546, filed December 16, 2009) but do not identify the relevant subfile numbers. The documents cited after the subfile numbers are the previously filed Objections which identify the relevant subfile numbers.

Joint Amended Objections (Doc. No. 9657) to the Special Master's Report.  Several *pro se* parties filed objections to the Special Master's Report "request[ing] a hearing too [sic] prove that an earlier and proper date of August 11, 1598 is the correct priority date for [their] water right on the Acequia de Chamita."  (Doc. Nos. 9588-9593, 9596, 9598-9602, 9608-9612, 9618-9620, 9622, 9624-9630, 9632-9637, 9643, 9649, filed between February 16 and March 25, 2010).

The State filed a motion asking the Court to limit its consideration of objections to the Special Master's Report to those filed by persons that timely objected to Notices and Orders to Show Cause.  (*See* Doc. No. 9606, filed February 25, 2010).  No parties filed a timely response opposing the State's motion to limit consideration of objections.  The Court granted the State's motion to limit consideration of objections to the Special Master's Report to those filed by persons that timely objected to Notices and Orders to Show Cause.  (*See* Doc. No. 9700, filed April 28, 2010).  After the Court granted the State's motion, *pro se* parties Ron W. Rundström and Eloy J. Garcia filed a response (Doc. No. 9711, filed May 6, 2010) opposing the State's motion to limit consideration of objections.

**Rundström's and Garcia's Motion to Reconsider**

Rundström and Garcia were late in filing their Response opposing the State's motion to limit consideration of objections to the Special Master's Report.  In their Response, Rundström and Garcia ask the Court to "reverse, change, or modify its [Order (Doc. No. 9700, filed April 28, 2010)] to include all the current *pro se* parties who filed an objection with evidence for the August 11, 1598 priority date for the Acequia De Chamita only."  (Doc. No. 9711 at 4, filed May 6, 2010).  The Court will construe their Response to be a motion to reconsider.  *See Haines v. Kerner*, 404 U.S. 519,

520-21(1972) (A pro se litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers).

Rundström and Garcia state: "What is important is letting the evidence speak. All that is wished, is that the objection and evidence for a date change to August 11, 1598 for the Acequia de Chamita only, in the Special Master's Report be considered by this Honorable Court." (Response at 4). They then ask the Court to reconsider its Order (Doc. No. 9700, filed April 28, 2010) and "to include all the current *pro se* parties who filed an objection with evidence for the August 11, 1598 priority date for the Acequia De Chamita only." (*Id.*).

Rundström and Garcia filed their late Response/motion to reconsider on behalf of themselves and several other *pro se* objectors. (*See* Response at 1). Rundström and Garcia have also filed their Joint Amended Objections to the Special Master's Report in the form of a 63 page brief with 197 pages of exhibits. (*See* Doc. No. 9657, filed March 31, 2010). Because Rundström and Garcia timely filed objections to the Notices and Orders to Show Cause (*See* Doc. Nos. 3974.15 and 3974.19, filed December 7, 1994), the Court will consider Rundström's and Garcia's Joint Amended Objections, subject to the Court's ruling on the State's pending Motion to Limit Review to Evidence and Testimony Presented to Special Master at Hearings on Disputed Priorities of Acequias de Chamita, Hernandez and Los Salazares (Doc. No. 9683, filed April 19, 2010).

The Court will deny Rundström's and Garcia's request to include all the other *pro se* parties who filed objections for the reasons given below and in the Court's Order of April 28, 2010 (Doc. No. 9700 at 3-4).

### *Pro Se* Motions to be Included as Part of the Joint Amended Objections

The *pro se* motions now before the Court state the parties "wish to be included as part of the" Joint Amended-Objections (Doc. No. 9657, filed March 31, 2010) and ask the Court "to change the 1600 priority date in the Special Master's Report [Doc. No. 9546, filed December 16, 2009] and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only." The *pro se* motions cited above do not present any argument but state that the parties are "in full support of the submitted documents, and exhibits" of the Joint Amended-Objections. The *pro se* motions cited above are, in essence, objections to the Special Master's Report (Doc. No. 9546, filed December 16, 2009) that adopt the arguments in the Joint Amended-Objections by reference. *See Roman-Nose v. New Mexico Dep't of Human Services*, 967 F.2d 435, 437 (10th Cir. 1992) ("The characterization of the action and the claim for relief by a pro se litigant is not dispositive on the availability of relief in federal court.").

On April 28, 2010, the Court entered its Memorandum Opinion and Order limiting its consideration of objections to the Special Master's Report to those filed by persons that timely objected to the Notices and Orders to Show Cause or their successors-in-interest. (*See* Doc. No. 9700 at 4). The Court's review of the record showed that timely objections to the Notices and Orders to Show Cause were filed for the following subfiles:

| Subfile No. | Defendant | Doc. No. |
| --- | --- | --- |
| 37 | Willie A. Martinez | 3974.3 |
| 49 | Viola G. Salazar and Henry C. Salazar, Jr. | 3974.4 |
| 17, 19 | Donald R. Tittsworth and Lynn Cravens | 3974.5 |
| 33, 91 | C. Paul Martinez | 3974.6 |
| 3 | Arthur R. Trujillo | 3974.7 |
| 3 | Leonard Valerio | 3974.8 |
| 150 | Arturo A. Martinez | 3974.9 |
| 145 | Phil V. Sanchez | 3974.10 |
| 152 | Joe L. Maestas | 3974.11 |

| | | |
|---|---|---|
| 246 | A. B. Valdez | 3974.12 |
| 229 | Juan D. Archuleta | 3974.13 |
| 275 | Pete Trujillo and Lorraine V. Trujillo | 3974.14 |
| 285 | Eloy J. Garcia | 3974.15 |
| 258 | Kenneth C. Marthey | 3974.16 |
| 282 | Jose Fidel Trujillo | 3974.17 |
| 230, 272 | Richard M. Salazar | 3974.18 |
| 274 | Ron W. Rundström | 3974.19 |
| 141 | Bonifacio I. Vasquez | 3993.1 |

(Doc. No. 9700 at 3, filed April 28, 2010).

The Court will **DENY** the following motions because there were no timely objections to the Notices and Orders to Show Cause for their respective subfiles:

| Doc. No. | Filed Date | Party | Subfile No. | |
|---|---|---|---|---|
| 9666 | April 8, 2010 | Leandro Dominguez | 236 | (*See* Doc. No. 9596) |
| 9667 | April 9, 2010 | Pedro Casados Sr. | 233 | (*See* Doc. No. 9610) |
| 9671 | April 12, 2010 | James L. Maestas | 289 | (*See* Doc. No. 9611) |
| 9672 | April 12, 2010 | Johnny L. Martinez | 245-B | (*See* Doc. No. 9626) |
| 9673 | April 13, 2010 | Francisco A. Herrera | 244, 247 | (*See* Doc. No. 9634) |
| 9674 | April 13, 2010 | Enrique S. Rael | 252 | (*See* Doc. No. 9612) |
| 9678 | April 15, 2010 | Jose Pete Maestas | 290 | (*See* Doc. No. 9630) |
| 9681 | April 16, 2010 | Leo J. Martinez | 239 | (*See* Doc. No. 9637) |
| 9691 | April 23, 2010 | Rose Garcia | 241 | (*See* Doc. No. 9633) |
| 9692 | April 23, 2010 | Orlando Serna | 266 | (*See* Doc. No. 9635) |
| 9693 | April 26, 2010 | Santiago A. Gallegos | 239 | (*See* Doc. No. 9632). |

The Court will grant the motions of three *pro se* parties who did not file objections to the Notices and Orders to Show Cause because their motions refer to subfile numbers for which objections were timely filed. Those three *pro se* parties may be successors-in-interest to the persons that timely filed objections to the Notices and Orders to Show Cause. No party filed a response in opposition to the *pro se* motions now before the Court. *See* D.N.M.LR-Civ. 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion.").

The Court will **GRANT** the following motions because there was a timely filed objection to the Notice and Order to Show cause for Subfile No. 274 (*See* Objection by Ron W. Rundström, Doc. No. 3974.19, filed December 7, 1994):

| Doc. No. | Filed Date | Party | Subfile No. | |
|---|---|---|---|---|
| 9670 | April 12, 2010 | Sandie Holguin | 274 | (*See* Doc. No. 9624) |
| 9682 | April 16, 2010 | Thomas Martinez | 274 | (*See* Doc. No. 9608). |

The Court will **GRANT in part** with respect to Subfile No. 229 and **DENY in part** with respect to Subfile No. 266 the following motion because there was a timely filed objection to the Notice and Order to Show Cause for Subfile No. 229 (*See* Objection by Juan D. Archuleta, Doc. No. 3974.13, filed December 7, 1994) but no objection was filed to the Notice and Order to Show Cause for Subfile No. 266:

| Doc. No. | Filed Date | Party | Subfile No. | |
|---|---|---|---|---|
| 9684 | April 19, 2010 | Joe Branch | 229, 266 | (*See* Doc. No. 9625). |

**IT IS SO ORDERED.**

**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**