IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 3, Rio Nutrias

## NOTICE AND ORDER TO SHOW CAUSE

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE SURFACE OR UNDERGROUND WATERS OF THE RIO NUTRIAS SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM

AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE WATER FOR IRRIGATION PURPOSES IN THE RIO NUTRIAS SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM AND WHOSE NAMES APPEAR BELOW:

| DEFENDANT | ACEQUIA OR DITCH | PRIORITY |
| --- | --- | --- |
| Antonio Esquibel | La Acequia Del Terrero | 1888 |
| Juan R. Montano | La Acequia Del Terrero | 1888 |
| Antonio Esquibel | La Acequia Del Gilberto | 1888 |
| Anthony G. Tafoya | Tafoya/Esquibel | 1885 |
| Anthony G. Tafoya II | Tafoya/Esquibel | 1885 |
| Chris E. Tafoya | Tafoya/Esquibel | 1885 |
| Louis R. Tafoya | Tafoya/Esquibel | 1885 |
| Lucia A. Montoya | Tafoya/Esquibel | 1885 |
| Robert J. Montoya | Tafoya/Esquibel | 1885 |
| Joe B. Valdez | Esquibel/Valdez | 1890 |

| | | |
|---|---|---|
| Domitilia L. Ulibarri | Vega | 1878 |
| Feliberto Ulibarri | Vega | 1878 |
| Joann Valdez | Vega | 1878 |
| Joe B. Valdez | Vega | 1878 |
| Juan R. Montano | Vega | 1878 |
| Lucia A. Montoya | Vega | 1878 |
| Robert J. Montoya | Vega | 1878 |
| | | |
| Joann Valdez | Ben Valdez | 1878 |
| Joe B. Valdez | Ben Valdez | 1878 |
| Justiano Valdez | Ben Valdez | 1878 |
| Margie Atencio | Ben Valdez | 1878 |
| Silviano Atencio | Ben Valdez | 1878 |
| | | |
| Abel Valdez | Joe B. Valdez | 1895 |
| Joe B. Valdez | Joe B. Valdez | 1895 |
| | | |
| Estanislao Roybal | Espiriano Velasquez | 1899 |
| Lucia Roybal | Espiriano Velasquez | 1899 |
| Margie Atencio | Espiriano Velasquez | 1899 |
| Silviano Atencio | Espiriano Velasquez | 1899 |
| | | |
| Antonio Esquibel | Acequia Perfecto Esquibel | 1875 |
| Juan R. Montano | Acequia Perfecto Esquibel | 1875 |
| Lucia A. Montoya | Acequia Perfecto Esquibel | 1875 |
| Robert J. Montoya | Acequia Perfecto Esquibel | 1875 |
| | | |
| Arturo Esquibel | Acequia Pedro Esquibel | 1893 |
| Lucia A. Montoya | Acequia Pedro Esquibel | 1893 |
| Robert J. Montoya | Acequia Pedro Esquibel | 1893 |
| | | |
| Anthony G. Tafoya | Esquibel | 1885 |
| Anthony G. Tafoya II | Esquibel | 1885 |
| Arturo Esquibel | Esquibel | 1885 |
| Juan R. Montano | Esquibel | 1885 |
| Juan R. Montano Rev. Trust | Esquibel | 1885 |
| Louis R. Tafoya | Esquibel | 1885 |
| Lucia A. Montoya | Esquibel | 1885 |
| Robert J. Montoya | Esquibel | 1885 |
| | | |
| Anthony G. Tafoya II | Unnamed Ditch No. 2 | 1885 |
| Juan R. Montano Rev. Trust | Unnamed Ditch No. 2 | 1885 |

| | | |
|---|---|---|
| Anthony G. Tafoya II | Unnamed Ditch No. 3 | 1885 |
| Jose D. Eturriaga | Abeyta | 1877 |
| Jose M. Abeyta | Abeyta | 1877 |
| Jose D. Eturriaga | Epifanio Ulibarri | 1878 |
| Estate of Elsie Chang | Maes/Sanchez | 1882 |
| Jose D. Eturriaga | Maes/Sanchez | 1882 |
| Orlando Ulibarri | Maes/Sanchez | 1882 |
| Phil Sanchez | Maes/Sanchez | 1882 |
| Robert J. Ulibarri | Maes/Sanchez | 1882 |
| Estate of Elsie Chang | Luis Sanchez | 1882 |
| Leroy Martinez | Luis Sanchez | 1882 |
| Orlando Ulibarri | Luis Sanchez | 1882 |
| Phil Sanchez | Luis Sanchez | 1882 |
| Harold Ulibarri | Martinez/Ulibarri | 1882 |
| Leroy Martinez | Martinez/Ulibarri | 1882 |
| Robert J. Ulibarri | Martinez/Ulibarri | 1882 |
| Harold Ulibarri | Solomon Ulibarri | 1882 |
| Napoleon L. Ulibarri | Solomon Ulibarri | 1882 |
| Napoleon L. Ulibarri | Juan Ulibarri | 1882 |
| Jose D. Eturriaga | Emilio Samora | 1868 |
| Jose D. Eturriaga | Juan Pablo Samora | 1904 |

    You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water right and ditch, or the priority dates for any other community or private ditch in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System ("Nutrias Subsection") as described above.

    In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Nutrias Subsection as described below:

    a.    The weighted consumptive irrigation requirement (CIR) is 1.13 acre-feet per acre per annum.

    b.       The farm delivery requirement (FDR) is 2.83 acre-feet per acre per annum.

    c.       The project diversion requirement (PDR) is 4.71 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

       If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons you may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes the elements of the water rights for surface water irrigation use in the Nutrias Subsection as described above. If you disagree, you must follow the instructions below.

       This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Nutrias Subsection. Subsequent *inter se* proceedings in the Nutrias Subsection will not include the opportunity to object to those determinations.

       IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in the Nutrias Subsection as stated above, you must file your objection with the Court, in person or by mail **FOR RECEIPT NO LATER THAN July 31, 2010**:

    United States District Court Clerk
    106 South Federal Place
    Santa Fe, NM 87501

       If you timely file an objection the Special Master will notify you of a mandatory scheduling and

pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights or any other water rights. If you fail to timely object and attend the scheduling and pretrial conference you may not raise objections in the future.

    If you have any questions, call or write:

Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

or,

John W. Utton
Attorney for Associación de Acéquias Norteñas de Rio Arriba
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271
(505) 699-1445 telephone
(505) 842-8890 facsimile

*/s/ Bruce D. Black*
_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

  /s/ Vickie L. Gabin_____
VICKIE L. GABIN
SPECIAL MASTER