IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 3, Rio Nutrias |
| Defendants. | |

## NOTICE AND ORDER TO SHOW CAUSE

To:  United States of America
     David W. Gehlert, Esq.
     United States Department of Justice
     Environmental and Natural Resources Section
     1961 Stout Street, Floor 8
     Denver, CO 80294

**Priority Dates:**

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority dates for any of the community or private ditches in the Rio Nutrias Subsection of Section 3 ("Nutrias Subsection"), including the priority date of any individual irrigation water rights under those ditches, as described below:

| DITCH | PRIORITY DATE |
|---|---|
| La Acequia Del Terrero | 1888 |
| La Acequia Del Gilberto | 1888 |
| Tafoya/Esquibel | 1885 |

| | |
|---|---|
| Esquibel/Valdez | 1890 |
| Vega | 1878 |
| Ben Valdez | 1878 |
| Joe B. Valdez | 1895 |
| Espiriano Velasquez | 1899 |
| Acequia Perfecto Esquibel | 1875 |
| Acequia Pedro Esquibel | 1893 |
| Esquibel | 1885 |
| Unnamed Ditch No. 2 | 1885 |
| Unnamed Ditch No. 3 | 1885 |
| Abeyta | 1877 |
| Epifanio Ulibarri | 1878 |
| Maes/Sanchez | 1882 |
| Luis Sanchez | 1882 |
| Martinez/Ulibarri | 1882 |
| Salomon Ulibarri | 1882 |
| Juan Ulibarri | 1882 |
| Emilio Samora | 1868 |
| Juan Pablo Samora | 1904 |

These priority dates described above will apply to all individual irrigation water rights served by the ditches listed, unless you or other parties file objections.

**Irrigation Water Requirements:**

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Nutrias Subsection as described below:

    a.    The weighted consumptive irrigation requirement (CIR) is 1.13 acre-feet per acre per annum.

    b.    The farm delivery requirement (FDR) is 2.83 acre-feet per acre per annum.

    c.    The project diversion requirement (PDR) is 4.71 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants

or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons, you will be notified of the objections and may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes the elements of the water rights for surface water irrigation use in the Nutrias Subsection as described above. If you disagree, you must follow the instructions below.

In the absence of any objections, you will have no other opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Nutrias Subsection, and subsequent *inter se* proceedings in the Nutrias Subsection will not include the opportunity to object to those determinations.

Notwithstanding the above, the United States shall have no obligation to raise an objection to the determination of priority dates and irrigation water requirements described above in its capacity

as trustee for the benefit of Ohkay Owingeh (Pueblo of San Juan) or any other Indian nation. Any such objection may be raised during stream system wide *inter se* proceedings or other applicable *inter se* proceedings as may be ordered by the Court.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in the Nutrias Subsection as stated above, you must file a written objection with the Court. You must file your objection, if any, with the Federal District Court by **July 31, 2010**. If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court.

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

   /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER