IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | 69cv07941-BB |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | Sections 3 & 7 |
| Defendants. | ) ) | |

## NOTICE OF NAME CHANGE

The law firm of Sheehan, Sheehan & Stelzner, P.A. (John W. Utton) attorneys for Associación de Acéquias Norteñas de Rio Arriba (the Acéquias Norteñas) hereby gives notice that **effective June 1, 2010**:

1. The name of the law firm will change to *Sheehan & Sheehan, P.A*.

2. Contact information for John W. Utton, **beginning June 1, 2010**, will be:

   John W. Utton, Esq.
   Sheehan & Sheehan, P.A.
   P.O. Box 271
   Albuquerque, NM 87103
   Phone: (505) 247-0411
   Fax:    (505) 842-8890
   jwu@SheehanSheehan.com

   Respectfully Submitted,

   SHEEHAN, SHEEHAN & STELZNER, P.A.
   Attorneys for Acéquias Norteñas
   40 First Plaza, N.W., Suite 740 (87102)
   Post Office Box 271
   Albuquerque, New Mexico  87103
   (505) 247-0411

   *Electronically Filed*

   BY:   /s/ John W. Utton, Esq.
          JOHN W. UTTON

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 25th day of May, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

/s/ *John W. Utton*
JOHN W. UTTON
