IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>    Plaintiff,<br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 6:69-cv-07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3, Rio Nutrias<br><br>Subfile No.: CHNU-004-0004 |

## NOTICE AND ORDER TO SHOW CAUSE

ORLANDO ULIBARRI
P.O. BOX 3
TIERRA AMARILLA NM  87575

**Subfile No.: CHNU-004-0004**

**Ditch or Acequia**

Maes/Sanchez
Luis Sanchez

**Priority Dates**

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water right and ditch, or the priority date for any other community or private ditch in the Rio Nutrias Subsection of Section 3 ("Nutrias Subsection"). The priority dates proposed for these ditches are:

| DITCH | PRIORITY DATE |
|---|---|
| La Acequia Del Terrero | 1888 |
| La Acequia Del Gilberto | 1888 |
| Tafoya/Esquibel | 1885 |
| Esquibel/Valdez | 1890 |
| Vega | 1878 |
| Ben Valdez | 1878 |
| Joe B. Valdez | 1895 |
| Espiriano Velasquez | 1899 |
| Acequia Perfecto Esquibel | 1875 |
| Acequia Pedro Esquibel | 1893 |
| Esquibel | 1885 |
| Unnamed Ditch No. 2 | 1885 |
| Unnamed Ditch No. 3 | 1885 |
| Abeyta | 1877 |
| Epifanio Ulibarri | 1878 |
| Maes/Sanchez | 1882 |
| Luis Sanchez | 1882 |
| Martinez/Ulibarri | 1882 |
| Salomon Ulibarri | 1882 |
| Juan Ulibarri | 1882 |
| Emilio Samora | 1868 |
| Juan Pablo Samora | 1904 |

These priority dates described above will apply to all individual irrigation water rights served by the ditches listed, unless you or other individual water rights holders file objections.

**Irrigation Water Requirements**

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Nutrias Subsection as described below:

   a. The weighted consumptive irrigation requirements (CIR) is 1.13 acre-feet per acre per annum.

   b. The farm delivery requirement (FDR) is 2.83 acre-feet per acre per annum.

   c. The project diversion requirement (PDR) is 4.71 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" (CIR) refers to the quantity of water, expressed in acre-feet per year, exclusive of effective precipitation, that is consumptively used by plants

or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" (FDR) refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The Project Diversion Requirement" (PDR) or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons, you will be notified of the objections and may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes those elements of your water rights and the water rights of other surface water users in the Nutrias Subsection as described above. If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Nutrias Subsection. Subsequent *inter se* proceedings in the Nutrias Subsection will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in the Nutrias

Subsection as stated above, you must file the form entitled Objection and Response to Notice and Order to Show Cause with the Court, in person or by mail **FOR RECEIPT NO LATER THAN July 31, 2010:**

>United States District Court Clerk
>106 South Federal Place
>Santa Fe, NM 87501

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights or any other water rights in the Nutrias Subsection. If you fail to timely object and attend the scheduling and pretrial conference you may not raise objections in the future.

If you have any questions, call or write:

| | | |
|---|---|---|
| Edward G. Newville<br>Special Assistant Attorney General<br>Office of the State Engineer<br>P.O. Box 25102<br>Santa Fe, NM 87504-5102<br>(505) 867-7444 phone<br>(505) 867-2299 facsimile | or, | John W. Utton<br>Attorney for Associación de Acéquias<br>Norteñas de Rio Arriba<br>Sheehan, Sheehan & Stelzner PA<br>P.O. Box 271<br>Albuquerque, NM 87103-0271<br>(505) 699-1445<br>(505) 842-8890 |

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

/electronic signature/
VICKIE L. GABIN
SPECIAL MASTER