IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3, Rio Nutrias |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that pursuant to the April 21, 2010, *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System* (No. 9689), I mailed to each of the persons or entities listed below:

United States of America
David W. Gehlert, Esq.
United States Department of Justice
Environmental and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294

Associación de Acéquias Norteñas de Rio Arriba
John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Far West Nutrias Community Ditch Association
Damián Eturriaga, Secretary
P.O. Box 57
Los Ojos, NM 87551

and to each of the defendants in the Rio Nutrias Subsection listed on the attached pages numbered one through four, on May 24, 2010, first class mail postage prepaid, the Court's *Notice and Order to Show Cause* in connection with the determination of priority dates and irrigation water requirements in the Nutrias Subsection of Section 3 of the Rio Chama Stream System.

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile