Subfile No.:CHNU-001-0001
JUAN R. MONTANO
P.O. BOX 247
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-001-0002A
ANTONIO ESQUIBEL
P.O. BOX 125
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-001-0002B
JUAN R. MONTANO
P.O. BOX 247
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-001-0003
LUCIA A. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-001-0003
ROBERT J. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-001-0004
LUCIA A. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-001-0004
ROBERT J. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-001-0005
LUCIA A. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-001-0005
ROBERT J. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0001
ARTURO ESQUIBEL
632 STAGECOACH RD. SE.
ALBUQUERQUE, NM 87123

Subfile No.:CHNU-002-0002
ROBERT J. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0002
LUCIA A. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0003A
ANTHONY G. TAFOYA II
3064 JEMEZ RD.
SANTA FE, NM 87507

Subfile No.:CHNU-002-0003B
c/o ANA PADILLA TRUSTEE
JUAN R. MONTANO REVOCABLE TRUST
10405 CALLE CONTENTO NW
ALBUQUERQUE, NM 87114

Subfile No.:CHNU-002-0004
JUAN R. MONTANO
P.O. BOX 247
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0005A
ANTHONY G TAFOYA
3064 JEMEZ RD.
SANTA FE, NM 87507

Subfile No.:CHNU-002-0005B
LOUIS R. TAFOYA
134 LAS ESTRELLAS
SANTA FE, NM 87507

Subfile No.:CHNU-002-0005C
CHRIS E. TAFOYA
3375 LA AVENIDA DE SAN MARCOS
SANTA FE, NM 87505

Subfile No.:CHNU-002-0006
JUAN R. MONTANO
P.O. BOX 247
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0007
LUCIA A. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0007
ROBERT J. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0008A
JOANN VALDEZ
P.O. BOX 806
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0008A
JOE B. VALDEZ
P.O. BOX 806
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0008B
JUSTIANO VALDEZ
P.O. BOX 41
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0009
JOE B. VALDEZ
P.O. BOX 806
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0010
JOE B. VALDEZ
P.O. BOX 806
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0011
ABEL VALDEZ
P.O. BOX 2383
BERNALILLO, NM 87004

Subfile No.:CHNU-002-0012
MARGIE ATENCIO
P.O. BOX 302
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0012
SILVIANO ATENCIO
P.O. BOX 302
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0013
DOMITILIA L. ULIBARRI
P.O. BOX 182
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0013
FELIBERTO ULIBARRI
P.O. BOX 182
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0014
LUCIA A. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0014
ROBERT J. MONTOYA
P.O. BOX 244
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-002-0015
ESTANISLAO ROYBAL
P.O. BOX 297
ESPANOLA, NM 87532

Subfile No.:CHNU-002-0015
LUCIA ROYBAL
P.O. BOX 297
ESPANOLA, NM 87532

Subfile No.:CHNU-003-0001
JOSE M. ABEYTA
P.O. BOX 102
LOS OJOS, NM 87551

Subfile No.:CHNU-003-0002B
JOSE D. ETURRIAGA
P.O. BOX 57
LOS OJOS, NM 87551

Subfile No.:CHNU-003-0002D
JOSE D. ETURRIAGA
P.O. BOX 57
LOS OJOS, NM 87551

Subfile No.:CHNU-004-0001
JOSE D. ETURRIAGA
P.O. BOX 57
LOS OJOS, NM 87551

Subfile No.:CHNU-004-0002
PHIL SANCHEZ
P.O. BOX 292
ESPANOLA, NM 87532

Subfile No.:CHNU-004-0003A
c/o RICHARD CHANG, PR
ESTATE OF ELSIE CHANG
1045A STATE RD. 503
CUNDIYO, NM 87522

Subfile No.:CHNU-004-0003B
ROBERT J. ULIBARRI
P.O. BOX 165
CEBOLLA, NM 87518

Subfile No.:CHNU-004-0004
ORLANDO ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-004-0005
LEROY MARTINEZ
P.O. BOX 202
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-004-0006A
HAROLD ULIBARRI
P.O. BOX 265
TIERRA AMARILLA, NM 87575

Subfile No.:CHNU-004-0006B
ROBERT J. ULIBARRI
P.O. BOX 165
CEBOLLA, NM 87518

Subfile No.:CHNU-005-0001A
JOSE D. ETURRIAGA
P.O. BOX 57
LOS OJOS, NM 87551

Subfile No.:CHNU-005-0001B
HAROLD ULIBARRI
P.O. BOX 265
TIERRA AMARILLA, NM 87575

**Subfile No.:CHNU-005-0002**
NAPOLEON L. ULIBARRI
P.O. BOX 125
LOS OJOS, NM 87551

**Subfile No.:CHNU-006-0001**
JOSE D. ETURRIAGA
P.O. BOX 57
LOS OJOS, NM 87551