Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, on the relation of )<br>The State Engineer, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROMAN ARAGON,   et al., )<br>)<br>Defendants. ) | No. 69cv 07941-BB<br><br>Rio Chama Stream<br>System<br><br>Section I (mainstream) |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 JUN -2 AM 10: 39

CLERK-SANTA FE

I am a *pro se* party, Mike Purdy (Doc. 9636), who submitted an objection to the Special Master's Report on Priorities for Three Acequias, (Case: 6:69-cv-07941-BB, Doc.: 9546, date Filed 12/16/2009).

1. I wish to be included as part of the Joint Amended-Objections to the Assignment of a 1600 Priority Date to Concerned Water Rights of the Parcientes of the Acequia De Chamita, Doc. No. 9657, Filed 03/31/2010.

2. I am in full support of the submitted documents, and exhibits.

3. After the Honorable Court's consideration of the provided evidence, this parciente and *pro se* party respectfully asks the court to change the 1600 priority date in the Special Master's Report (Doc. 9546, Filed, 12/16/2009) and adopt the proper assignment of an August 11, 1598 priority date for the Acequia De Chamita only.

Respectfully submitted.

*Mike Purdy*
(Signature of Defendant)

*Mike Purdy*
(Printed name of Defendant)

RT-2 Box 278-8
(Street address or P.O. Box)

SAN JUAN N.M. 87566
(City, State and Zip Code)

Mike Purdy
T-2 Box 278-8
San Juan NM

RECEIVED
JUN 0- 2010
AT SANTA FE

MATTHEW J. DYKMAN
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 SOUTH FEDERAL PLACE
SANTA FE, NEW MEXICO 87501