IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

6:69-cv-07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rito de Tierra Amarilla

Subfile No.: CHTA-003-0048

## NOTICE AND ORDER TO SHOW CAUSE

PAUL TRACHTMAN
P.O. BOX 148
LOS OJOS  NM  87551

**Subfile No.: CHTA-003-0048**

**Ditch or Acequia**

TIERRA AMARILLA COMMUNITY DITCH

**Priority Dates**

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water right and ditch, or the priority date for any other community or private ditch in the Rito de Tierra Amarilla Subsection of Section 7 ("Tierra Amarilla Subsection"). The priority dates proposed for these ditches are:

| DITCH | PRIORITY DATE |
|---|---|
| Ismael Ulibarri Ditch | 1870 |
| Sena Ditch | 1870 |
| Nutritas Ditch No. 1 | 1870 |
| Unnamed Ditch No. 1 | 1870 |
| Lujan Ditch | 1870 |
| Labrier Ditch | 1870 |
| Nutritas Ditch No. 2 | 1861 |
| Tierra Amarilla Community Ditch | 1861 |
| Trujillo Ditch | 1887 |
| Manzanares Ditch | 1887 |
| Unnamed Ditch No. 2 | 1887 |
| Briggs Ditch | 1887 |

These priority dates described above will apply to all individual irrigation water rights served by the ditches listed, unless you or other individual water rights holders file objections.

**Irrigation Water Requirements**

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Tierra Amarilla Subsection as described below:

a.   The weighted consumptive irrigation requirements (CIR) is 1.05 acre-feet per acre per annum.

b.   The farm delivery requirement (FDR) is 2.63 acre-feet per acre per annum.

c.   The project diversion requirement (PDR) is 4.38 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" (CIR) refers to the quantity of water, expressed in acre-feet per year, exclusive of effective precipitation, that is consumptively used by plants

or is evaporated from the soil surface during one calendar year.  The term "Farm Delivery Requirement" (FDR) refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year.  The Project Diversion Requirement" (PDR) or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year.  The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action.  If any objections are filed by any persons, you will be notified of the objections and may participate in the proceedings to resolve those objections.  If no objections are filed, the Court will enter an order that recognizes those elements of your water rights and the water rights of other surface water users in the Tierra Amarilla Subsection as described above.  If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Tierra Amarilla Subsection.  Subsequent *inter se* proceedings in the Tierra Amarilla Subsection will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in the Tierra

Amailla Subsection as stated above, you must file the form entitled Objection and Response to and Order to Show Cause with the Court, in person or by mail **FOR RECEIPT NO LATER THAN July 31, 2010:**

> United States District Court Clerk
> 106 South Federal Place
> Santa Fe, NM 87501

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights or any other water rights in the Tierra Amarilla Subsection. If you fail to timely object and attend the scheduling and pretrial conference you may not raise objections in the future.

If you have any questions, call or write:

Edward G. Newville                        or,        John W. Utton
Special Assistant Attorney General                 Attorney for Association de Acéquias
Office of the State Engineer                       Norteñas de Arriba
P.O. Box 25102                                     Sheenhan, Sheenhan & Stelzner PA
Santa Fe, NM 87504-5102                            P.O. Box 271
(505) 867-7444 phone                               Albuquerque, NM 87103-0271
(505) 867-2299 facsimile                           (505) 699-1445 telephone
                                                   (505) 842-8890 facsimile


                                   _____
                                   BRUCE D. BLACK
                                   UNITED STATES DISTRICT JUDGE

Approved:

/electronic signature/
VICKIE L. GABIN
SPECIAL MASTER