IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rito de Tierra Amarilla |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that pursuant to the April 21, 2010, *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rito de Tierra Amrilla Subsection of Section 7 of the Rio Chama Stream System* (No. 9687), I mailed to each of the persons or entities listed below:

United States of America
David W. Gehlert, Esq.
United States Department of Justice
Environmental and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294

Associación de Acéquias Norteñas de Rio Arriba
John W. Utton, Esq.
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271

Upper Tierra Amarilla Community Ditch Association
Chon Labrier, Secretary
HC75 Box 24
Tierra Amarilla NM 87575

and to each of the defendants in the Rito de Tierra Amarilla Subsection listed on the attached pages numbered one through thirteen, on June 5, 2010, first class mail postage prepaid, the Court's *Notice and Order to Show Cause* in connection with the determination of priority dates and irrigation water requirements in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System.

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile