Subfile No.:CHTA-001-0001
JOHN M. SENA
9709 RIO GRANDE NW
ALBUQUERQUE, NM 87114

Subfile No.:CHTA-001-0001
FRANK C. SENA
59 CR 84
SANTA FE, NM 87506

Subfile No.:CHTA-001-0002
AGRIPINA G. SALAZAR
P.O. BOX 324
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-001-0002
VICTOR SALAZAR SR.
P.O. BOX 324
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-001-0003
SAMUEL GARCIA
1141 CALLE SOMBRA
ESPANOLA, NM 87532

Subfile No.:CHTA-001-0003
VIOLA CHAVEZ
P.O. BOX 1385
ESPANOLA, NM 87532

Subfile No.:CHTA-001-0003
PAMELA MANZANARES
P.O. BOX 1228
ESPANOLA, NM 87532

Subfile No.:CHTA-001-0003
MIGUEL MARTINEZ
10409 CALLE HERMOSA CT., NW
ALBUQUERQUE, NM 87114

Subfile No.:CHTA-001-0003
JOAN GARCIA
3700 ASPEN NE, APT. 3R
ALBUQUERQUE, NM 87110

Subfile No.:CHTA-001-0003
DONNA GARCIA
P.O. BOX 323
ESPANOLA, NM 87532

Subfile No.:CHTA-001-0003
ARMANDO GARCIA
P.O. BOX 4236
FAIRVIEW, NM 87533

Subfile No.:CHTA-001-0003
ADAN GARCIA JR.
HCR 77 BOX 38
OJO CALIENTE, NM 87549

Subfile No.:CHTA-001-0003
LEROY GARCIA
P.O. BOX 4416
ESPANOLA, NM 87533

Subfile No.:CHTA-001-0005
BENJAMIN R. TRUJILLO
P.O. BOX 1533
ESPANOLA, NM 87532

Subfile No.:CHTA-002-0001
ELLIS GORDON SCHLEGEL
P.O. BOX 309
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-002-0002
ACENCION LABRIER
HC 75 BOX 24
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0001
c/o PETER F. WIRTH, ESQ.
HEIRS OF LEVI MARTINEZ
708 PASEO DE PERALTA
SANTA FE, NM 87501

Subfile No.:CHTA-003-0001
c/o FRANK A. MARTINEZ
HEIRS OF CARLOTA L. MARTINEZ
346 FOREST RD. 314
JEMEZ SPRINGS, NM 87025

Subfile No.:CHTA-003-0001
c/o KEN MARTINEZ, ESQ.
HEIRS OF LUCAS MARTINEZ
P.O. BOX 730
GRANTS, NM 87020-0730

Subfile No.:CHTA-003-0002
HARRY O. MARTINEZ
P.O. BOX 192
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0002
MARGARET A. MARTINEZ
P.O. BOX 192
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0003
c/o AMARANTE CASIAS
ESTATE OF MARIA CASIAS
P.O. BOX 84
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0004
JUANITA M. ETURRIAGA
P.O. BOX 296
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0005
SOPHIA D. MARTINEZ
P.O. BOX 217
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0005
MARIO R. MARTINEZ
P.O. BOX 217
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0006
SALOMON A. LUNA
P.O. BOX 85
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0007
ROBERTO LOVATO
1628 PRINCETON S.E..
ALBUQUERQUE, NM 87106

Subfile No.:CHTA-003-0007
VIRGINIA MARTINEZ
P.O. BOX 1517
ESPANOLA, NM 87532

Subfile No.:CHTA-003-0008A
PATRICIA A. ALVARADO
P.O. BOX 1200
SANTA CRUZ, NM 87567

Subfile No.:CHTA-003-0008B
JUANITA ATENCIO
P.O. BOX 702
CHAMA, NM 87520

Subfile No.:CHTA-003-0008B
RICHARD ATENCIO
P.O. BOX 702
CHAMA, NM 87520

Subfile No.:CHTA-003-0008C
FRANCES CASTELLANO
COUNTY RD. 19 #43
ESPANOLA, NM 87532

Subfile No.:CHTA-003-0008C
LAWRENCE CASTELLANO
COUNTY RD. 19 #43
ESPANOLA, NM 87532

Subfile No.:CHTA-003-0008D
MARGIE E. ATENCIO
P.O. BOX 302
TIERRA AMARILLA, NM 87575


Subfile No.:CHTA-003-0008D
SILVIANO A. ATENCIO
P.O. BOX 302
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0008E
CARMELLA ATENCIO VAROS
3800 SAN YGNACIO RD. SW
ALBUQUERQUE, NM 87121


Subfile No.:CHTA-003-0008E
ANNA ATENCIO FERRELL
P.O. BOX 453
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0009
c/o DANIEL CLEAVINGER, ESQ.
J.R. MARTINEZ ESTATE
P.O. BOX 2470
FARMINGTON, NM 87499


Subfile No.:CHTA-003-0010
JUSTINIANO VALDEZ
P.O. BOX 41 H# 136A
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0010
DOLORES VALDEZ
P.O. BOX 41 H# 136A
TIERRA AMARILLA, NM 87575


Subfile No.:CHTA-003-0011
EMILIE LUNA ANTHONY
1456 SOUTH HIGHLAND AVE.
FULLERTON, CA 92832

Subfile No.:CHTA-003-0011
FRANK D. LUNA IV
24796 SUNSTAR LANE
DANA POINT, CA 92629


Subfile No.:CHTA-003-0011
GILBERT LUNA SR.
544 BARLANE PL., NW
ALBUQUERQUE, NM 871075447

Subfile No.:CHTA-003-0011
MARCELLA HASSON
13148 LA JOYA CIR., 303B
LA MIRADA, CA 90638


Subfile No.:CHTA-003-0011
SALOMON A. LUNA
P.O. BOX 85
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0011
c/o DEBBIE JENSEN, PR
ESTATE OF OLIVIA CARMODY
7952 PALM AVE.
YUCCA VALLEY, CA 92284


Subfile No.:CHTA-003-0011
c/o GIBERT BRUNO
ESTATE OF ESTHER BRUNO
31623 MEADOW LANE
WINCHESTER, CA 925969684

Subfile No.:CHTA-003-0011
c/o MARIE DENISE LUNA TEACH
HILARIO LUNA
16428 MARTIN LANE
HUNTINGTON BEACH, CA 92649

Subfile No.:CHTA-003-0012A
CHAMA VALLEY INDEPENDENT
SCHOOL DISTRICT NO. 19
P.O. DRAWER 10
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0012B
ORLANDO J. MARTINEZ
P.O. BOX 111
LOS OJOS, NM 87551

Subfile No.:CHTA-003-0013A
c/o TED J. TRUJILLO
RIO ARRIBA COUNTY
P.O. BOX 2185
ESPANOLA, NM 87532

Subfile No.:CHTA-003-0013B
c/o TED J. TRUJILLO
RIO ARRIBA COUNTY
P.O. BOX 2185
ESPANOLA, NM 87532

Subfile No.:CHTA-003-0015
JOSIE SANCHEZ DUBOIS
4702 PACIFIC ST.
FARMINGTON, NM 87402

Subfile No.:CHTA-003-0015
MAGDALENE SANCHEZ
4702 PACIFIC ST.
FARMINGTON, NM 87402

Subfile No.:CHTA-003-0016
AGRIPINA G. SALAZAR
P.O. BOX 324
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0016
VICTOR SALAZAR SR.
P.O. BOX 324
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0017
MARCELLA ULIBARRI
P.O. BOX 351
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0018
ROSE M. ROMERO
64 CAMINO BAJO
SANTA FE, NM 87508

Subfile No.:CHTA-003-0019
LEROY G. GARCIA
P.O. BOX 482
FLORA VISTA, NM 87415

Subfile No.:CHTA-003-0019
STELLA U. GARCIA
P.O. BOX 482
FLORA VISTA, NM 87415

Subfile No.:CHTA-003-0020
CELIA S. ULIBARRI
61 VALLE VISTA
LOS ALAMOS, NM 87544

Subfile No.:CHTA-003-0020
ERNESTO L. ULIBARRI JR.
61 VALLE VISTA
LOS ALAMOS, NM 87544

Subfile No.:CHTA-003-0021
c/o LINDA KLEINE
ESTATE OF OCTAVIANO ULIBARRI
P.O. BOX 150
MESILLA, NM 88046

Subfile No.:CHTA-003-0022
LEO E. RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0022
MARGARET RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0023
LUCILLE A. TRUJILLO
P.O. BOX 2615
LAS VEGAS, NM 87701

Subfile No.:CHTA-003-0024
LEO E. RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0024A
LEO E. RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0025
c/o LINDA KLEINE
EDNA ULIBARRI
P.O. BOX 150
MESILLA, NM 87046

Subfile No.:CHTA-003-0027
GAIL GARCIA
HC 75 BOX 126
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0027
MICHAEL S. GARCIA
HC 75 BOX 126
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0031
BRENT C. MORTENSEN
664 E. 200N
OREM, UT 84097

Subfile No.:CHTA-003-0032
BRENT C. MORTENSEN
664 E. 200N
OREM, UT 84097

Subfile No.:CHTA-003-0034
SIXTO L. ESPINOSA
1708 CALLEJON ZENAIDA
SANTA FE, NM 87501

Subfile No.:CHTA-003-0034
FAUSTINA ESPINOSA
1708 CALLEJON ZENAIDA
SANTA FE, NM 87501

Subfile No.:CHTA-003-0036
c/o MARCUS J. RAEL
THERESA M. RAEL
500 4TH STREET NW, SUITE 200
ALBUQUERQUE, NM 87102

Subfile No.:CHTA-003-0036
c/o MARCUS J. RAEL
MARCELLA T. CORRALES
500 4TH STREET NW, SUITE 200
ALBUQUERQUE, NM 87102

Subfile No.:CHTA-003-0036
c/o MARCUS J. RAEL
MANUEL E. CORRALES
500 4TH STREET NW, SUITE 200
ALBUQUERQUE, NM 87102

Subfile No.:CHTA-003-0036
c/o MARCUS J. RAEL
IVAN C. CORRALES
500 4TH STREET NW, SUITE 200
ALBUQUERQUE, NM 87102

Subfile No.:CHTA-003-0037
JOSEPH VALDEZ
RT. 4 BOX 23B
HERNANDEZ, NM 87537

Subfile No.:CHTA-003-0037
RACHEL VALDEZ
RT. 4 BOX 23B
HERNANDEZ, NM 87537

Subfile No.:CHTA-003-0038
JOANN C. MARTINEZ
P.O. BOX 843
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0039A
ERNESTO SALAZAR
P.O. BOX 375
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0039A
ESTHER H. SALAZAR
P.O. BOX 375
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0040
RONALD J. DEMASTERS
223 DESOTO
BELEN, NM 87002

Subfile No.:CHTA-003-0041
ANGELINA SANCHEZ
716 TYLER, NE
ALBUQUERQUE, NM 87113

Subfile No.:CHTA-003-0041
ELOY SANCHEZ
716 TYLER, NE
ALBUQUERQUE, NM 87113

Subfile No.:CHTA-003-0042
ROSINA L. PHILLIPS
RT. 1, BOX 514-A
LAS VEGAS, NM 87701

Subfile No.:CHTA-003-0043
LIONEL E. MARTINEZ II
P.O. BOX 114
CHAMA, NM 87520

Subfile No.:CHTA-003-0044
JOSEPHINE VALDEZ
P.O. BOX 255
ESPANOLA, NM 87532

Subfile No.:CHTA-003-0044
ELISEO M. VALDEZ
P.O. BOX 255
ESPANOLA, NM 87532

Subfile No.:CHTA-003-0045
JOSEPH VALDEZ
RT. 4 BOX 23B
HERNANDEZ, NM 87537

Subfile No.:CHTA-003-0045
RACHEL VALDEZ
RT. 4 BOX 23B
HERNANDEZ, NM 87537

Subfile No.:CHTA-003-0046
AMADA R. FLORES
P.O. BOX 564
CANJILON, NM 87515

Subfile No.:CHTA-003-0047
ALEX FLORES
H. C. 75 BOX 131
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0048
PAUL TRACHTMAN
P.O. BOX 148
LOS OJOS, NM 87551

Subfile No.:CHTA-003-0049
BENJAMIN R. TRUJILLO
P.O. BOX 1533
ESPANOLA, NM 87532

Subfile No.:CHTA-003-0050
TONY CASADOS SR. & SONS, PRTN.
P.O. BOX 186
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0051
ART ESPINOSA
HC 75 BOX 126
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0051A
ART ESPINOSA
HC 75 BOX 126
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0052
ROBERTO ROMERO
P.O. BOX 38
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0052
BERTHINA ROMERO
P.O. BOX 38
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0053
c/o FERMIN ABEYTA, JR.
ESTATE OF MANUELITA U. ABEYTA
P.O. BOX 124
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0054
c/o TESSA T. DAVIDSON, DAVIDSON LAW FIRM LLC
ARCHDIOCESE OF SANTA FE
P.O. BOX 2240
CORRALES, NM 87048

Subfile No.:CHTA-003-0055
FELIPE C. ATENCIO
P.O. BOX 801
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0056
MANUEL D. TRUJILLO
HC 75 BOX 23 SR573 #436
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0056
MARCELLA D. BURBANK TRUJILLO
HC 75 BOX 23 SR573 #436
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-003-0057
JOSEFITA TRUJILLO
BOX 614
CHAMA, NM 87520

Subfile No.:CHTA-004-0001A
DOLORES ROMERO
P.O. BOX 153
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0001A
JUAN A. ROMERO
P.O. BOX 153
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0001B
RENEE ROMERO SAMORA
P.O. BOX 55
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0001B
PATRICK SAMORA
P.O. BOX 55
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0001C
ANDREW ROMERO
8115 RANCHO PARAISO, NW
ALBUQUERQUE, NM 87120

Subfile No.:CHTA-004-0001D
MARTIN ROMERO
7329 YORKTOWN AVE., NE
ALBUQUERQUE, NM 87109

Subfile No.:CHTA-004-0001E
ALAJANDRO CHAVEZ
8401 HAMPTON, AVE.,NE
ALBUQUERQUE, NM 87122

Subfile No.:CHTA-004-0001E
VERONICA ROMERO DE CHAVEZ
8401 HAMPTON, AVE.,NE
ALBUQUERQUE, NM 87122

Subfile No.:CHTA-004-0001F
DOLORES RENA ROMERO
4348 CANADA PLACE NW
ALBUQUERQUE, NM 87114

Subfile No.:CHTA-004-0001F
ROMAN ROMERO
4348 CANADA PLACE NW
ALBUQUERQUE, NM 87114

Subfile No.:CHTA-004-0002
CECILIA CAMPOS
P.O. BOX 131
TIERRA AMARILLA, NM 875750131

Subfile No.:CHTA-004-0002
TOMMY CAMPOS III
P.O. BOX 238
CHAMA, NM 87520

Subfile No.:CHTA-004-0003
HELEN MOORE
1505 NORTH 10TH ST.
WITCHITA FALLS, TX 76304

Subfile No.:CHTA-004-0004
REYNEL O. LUCERO
P.O. BOX 213
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0005A
SIMONITA U. TRUJILLO
910 RIO VISTA
SANTA FE, NM 87501

Subfile No.:CHTA-004-0005B
MARK NOEL ROWE
9128 MODESTO AVE., NE
ALBUQUERQUE, NM 87122

Subfile No.:CHTA-004-0005C
DORIS TRUJILLO
#18 BLUE CANYON VISTA
SANTA FE, NM 87507

Subfile No.:CHTA-004-0005C
JAIME TRUJILLO
#18 BLUE CANYON VISTA
SANTA FE, NM 87507

Subfile No.:CHTA-004-0006
EPIMENIO ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0006
JULIA ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0006A
EPIMENIO ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0006A
JULIA ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0007
VICENTE MONTANO
P.O. BOX 32
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0008
ANGIE GARCIA
P.O. BOX 63
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0008
TITO GARCIA
P.O. BOX 63
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0009A
KIM MONTANO
6101 PICTURE ROCK PL. NW
ALBUQUERQUE, NM 87120

Subfile No.:CHTA-004-0009A
MARK L. MONTANO
6101 PICTURE ROCK PL. NW
ALBUQUERQUE, NM 87120

Subfile No.:CHTA-004-0009B
MARK L. MONTANO
6101 PICTURE ROCK PL. NW
ALBUQUERQUE, NM 87120

Subfile No.:CHTA-004-0009B
KIM MONTANO
6101 PICTURE ROCK PL. NW
ALBUQUERQUE, NM 87120

Subfile No.:CHTA-004-0010
SALOMON A. LUNA
P.O. BOX 85
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0011
MABLE ULIBARRI
P.O. BOX 429
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0011
HENRY ULIBARRI
P.O. BOX 429
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0012
AMABEL ULIBARRI
P.O. BOX 429
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0012A
AMABEL ULIBARRI
P.O. BOX 429
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0013
MELVIN MONTANO
P.O. BOX 214
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0013A
MELVIN MONTANO
P.O. BOX 214
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0014A
RAMON E. SANCHEZ
P.O. BOX 242
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0014B
RAMON E. SANCHEZ
P.O. BOX 242
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0015
PABLO MARTINEZ
5364 WEST TUMBLING F
TUSCON, AZ 85713

Subfile No.:CHTA-004-0016A
ELISEO M. VALDEZ
P.O. BOX 255
ESPANOLA, NM 87532

Subfile No.:CHTA-004-0016A
JOSEPHINE VALDEZ
P.O. BOX 255
ESPANOLA, NM 87532

Subfile No.:CHTA-004-0016B
GUSTAVO MARTINEZ JR.
P.O. BOX 297
CEBOLLA, NM 87518

Subfile No.:CHTA-004-0016B
HORTENCIA MARTINEZ
P.O. BOX 297
CEBOLLA, NM 87518

Subfile No.:CHTA-004-0017
JAMES R. DAWSON
38281 SADDLE MOUNTAIN LN.
CRAWFORD, CO 81415

Subfile No.:CHTA-004-0018
COLOMEX OIL AND GAS CO., INC.
P.O. BOX 1147
TAOS, NM 87571

Subfile No.:CHTA-004-0019
KELLY WARD
826 FAIRWAY RD. NW
ALBUQUERQUE, NM 87107

Subfile No.:CHTA-004-0019
SHAUN WARD
826 FAIRWAY RD. NW
ALBUQUERQUE, NM 87107

Subfile No.:CHTA-004-0020
DOMIE ULIBARRI
P.O. BOX 182
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0020
FELIBERTO ULIBARRI
P.O. BOX 182
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0021A
DEBORAH ULIBARRI
P.O. BOX 276
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0021A
TEODORO D. ULIBARRI
P.O. BOX 276
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0021B
JOSE AVALOS
P.O. BOX 423
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0021B
MARIELLA AVALOS
P.O. BOX 423
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0021C
DEBORAH ULIBARRI
P.O. BOX 276
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0021C
TEODORO D. ULIBARRI
P.O. BOX 276
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0022
CHAMA VALLEY INDEPENDENT
SCHOOL DISTRICT NO. 19
P.O. DRAWER 10
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0023
MARGARET RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0024
ERNESTO SALAZAR
P.O. BOX 375
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0024
ESTHER H. SALAZAR
P.O. BOX 375
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0025
BENJAMIN R. TRUJILLO
P.O. BOX 1533
ESPANOLA, NM 87532

Subfile No.:CHTA-004-0026
JOSE P. GALLEGOS
P.O. BOX 387
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0026
NANCY R. ROMERO
1704 STATE RD. 502
SANTA FE, NM 87506

Subfile No.:CHTA-004-0026
ROBERT D. ROMERO
1704 STATE RD. 502
SANTA FE, NM 87506

Subfile No.:CHTA-004-0027A
JOE E. SILVA
P.O. BOX 1012
EL PRADO, NM 87529

Subfile No.:CHTA-004-0027A
VICKI SILVA
P.O. BOX 1012
EL PRADO, NM 87529

Subfile No.:CHTA-004-0027B
JUAN I. MARTINEZ
P.O. BOX 1012
EL PRADO, NM 87529

Subfile No.:CHTA-004-0027B
HOPE U. MARTINEZ
P.O. BOX 1012
EL PRADO, NM 87529

Subfile No.:CHTA-004-0028
VIRGINIA MCDERMOTT
P.O. BOX 984
SANTA FE, NM 87504-1984

Subfile No.:CHTA-004-0028
TRACY T. HOWELL
P.O. BOX 984
SANTA FE, NM 87504-1984

Subfile No.:CHTA-004-0029
ANTONIO LUIS ABEYTA
P.O. BOX 211
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0031
CARMELITA CHACON
P.O. BOX 23
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0031
JOSE L. MARTINEZ
P.O. BOX 23
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0032
ERLINDA TRUJILLO
3115 HUGHES, SW
ALBUQUERQUE, NM 87105

Subfile No.:CHTA-004-0032
LOUIS TRUJILLO
3115 HUGHES, SW
ALBUQUERQUE, NM 87105

Subfile No.:CHTA-004-0033
EVA R. VIGIL
RT. 3, BOX 167
ESPANOLA, NM 87532

Subfile No.:CHTA-004-0033
MARY ESTHER LUCERO
#105 SAN PEDRO
ESPANOLA, NM 87532

Subfile No.:CHTA-004-0033
TOM R. LUCERO
#105 SAN PEDRO
ESPANOLA, NM 87532

Subfile No.:CHTA-004-0034
ERIC WILLARD
701 BROADWAY ST., SUITE 317
PLAINVIEW, TX 79072

Subfile No.:CHTA-004-0035
JOANN C. MARTINEZ
P.O. BOX 843
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0036
ROSINA L. PHILLIPS
RT. 1, BOX 514-A
LAS VEGAS, NM 87701

Subfile No.:CHTA-004-0037
LIONEL E. MARTINEZ II
P.O. BOX 114
CHAMA, NM 87520

Subfile No.:CHTA-004-0038
TONY CASADOS SR. & SONS, PRTN.
P.O. BOX 186
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-004-0039A
CELIA S. ULIBARRI
61 VALLE VISTA
LOS ALAMOS, NM 87544

Subfile No.:CHTA-004-0039A
ERNESTO L. ULIBARRI JR.
61 VALLE VISTA
LOS ALAMOS, NM 87544

Subfile No.:CHTA-004-0040
c/o PEDRO ARCHULETA
LA CLINICA FOUNDATION
P.O. BOX 250
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-005-0001
MIGUEL TRUJILLO
442 57TH STREET NW
ALBUQUERQUE, NM 871051422

Subfile No.:CHTA-005-0002
MARIANO S. MANZANARES
P.O. BOX 100
GALLINA, NM 87017

Subfile No.:CHTA-005-0002
MARY L. MANZANARES
23525 ARLINGTON AVE.
TERRANCE, CA 90501

Subfile No.:CHTA-005-0002
RUBEN MANZANARES
20614 SO. BUDLONG AVE.
TORRANCE, CA 90502

Subfile No.:CHTA-005-0003
CHARLES DOVE
P.O. BOX 243
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-005-0003
LOUELLA DOVE
P.O. BOX 243
TIERRA AMARILLA, NM 87575

Subfile No.:CHTA-005-0004
JAMIE SAMS
45 ALONDRA ROAD
SANTA FE, NM 87508