IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

      v.                                        69cv07941 BB
                                                Rio Chama Adjudication

RAMON ARAGON, *et al.*,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the following *pro se* Motions:

| Doc. No. | Filed Date | Party | Subfile No. |
|---|---|---|---|
| 9704 | May 4, 2010 | Ray R. Velarde | 255, 259 (*See* Doc. No. 9622)[1] |
| 9705 | May 4, 2010 | Ron Velarde | 257, 260 (*See* Doc. No. 9658) |
| 9719 | May 21, 2010 | Tammy Griffith | 254 (*See* Doc. No. 9643). |

The content of the *pro se* motions now before the Court is identical[2] to that of several other *pro se* motions that the Court has previously construed as objections to the Special Master's Report on Priorities for Three Acequias (Doc. No. 9546, filed December 16, 2009). (*See* Mem. Op. and Order at 4, Doc. No. 9720, filed May 21, 2010). The Court has ruled that it would limit its consideration of objections to the Special Master's Report to those filed by persons that timely objected to the Notices and Orders to Show Cause or their successors-in-interest. (*See* Mem. Op.

---

[1] The *pro se* Motions refer to previously filed Objections to the Special Master's Report (Doc. No. 9546, filed December 16, 2009) but do not identify the relevant subfile numbers. The documents cited after the subfile numbers are the previously filed Objections which identify the relevant subfile numbers.

[2] The Motions are forms with the only differences being the names of the *pro se* parties and the docket numbers referencing their objections to the Special Master's Report.

and Order at 3-4, Doc. No. 9700, filed April 28, 2010) (listing the parties, along with their respective subfile numbers, that filed timely objections to the Notices and Orders to Show Cause)).

The Court will **DENY** the Motions now before the Court because there were no timely objections to the Notices and Orders to Show Cause for their respective subfiles.  (*See* Mem. Op. and Order at 4-5, Doc. No. 9720, filed May 21, 2010) (ruling on several other *pro se* motions which are identical to those now before the Court.).

**IT IS SO ORDERED.**

**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**