Case: 6:69-cv-07941-BB

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 JUN 14 AM 10: 31

CLERK-SANTA FE

STATE OF NEW MEXICO, on the relation of )
The State Engineer, )
                                          )
        Plaintiff, )
                                          )
v. )
                                          )
ROMAN ARAGON,   et al., )
                                          )
        Defendants. )

No.  69cv 07941-BB

Rio Chama Stream System

Section I (mainstream)


**PRO SE PERSONS / SUCCESSORS-IN-INTEREST OF THE ACEQUIA DE CHAMITA REPLY TO THE PLAINTIFF STATE OF NEW MEXICO, EX REL. STATE ENGINEER'S MOTION TO REQUIRE SHOWING BY SANDIE HOLGUIN, TOMAS MARTINEZ AND JOSE BRANCH THAT THEY HAVE AN INTEREST IN LANDS IRRIGATED BY ACEQUIA DE CHAMITA AND THAT THEY ARE SUCCESSORS-IN-INTEREST TO PERSONS THAT TIMELY FILED OBJECTIONS TO NOTICES AND ORDERS TO SHOW CAUSE (DOC. 9767, FILED 05/27/2010).**

The *prose* / successor-in-interest defendant(s) to be in compliance with the State's motion, Document 9767, Filed 05/27/2010, come now to respond to said Motion:

1.      Because the *pro se* parties didn't understand proper procedural conduct they did not reply to the State's motion (Doc. 9606, Filed 02/25/2010) in a timely manner; and thus the Court responded, "No parties filed a timely response opposing the State's motion to limit consideration of objections" (Doc. 9720, Filed 05/21/2010 at 2). The Courts resulting motion was to grant the State's motion to limit consideration of objections to the Special Master's Report to those filed by persons that timely objected to Notices and Orders to Show Cause (ibid.).

Case: 6:69-cv-07941-BB

2.  While still unsure of this kind of procedural conduct, but in hopes of preventing a similar response in judgment by the Honorable Court, the Defendant parties wish to submit a reply to the State's motion. (Doc. 9767, Filed 05/27/2010).

3.  Comes now *pro se* party/ successor-in-interest <u>Thomas Martinez (Doc. 9608, 9682, 9717),</u> to show by deed or otherwise that I have an interest in lands irrigated by the Acequia de Chamita and that I am in fact a successor-in-interest to persons that timely filed objections to the Notices and Orders to Show Cause issued by the Court in 1994-95 (ibid. at 3). I am a successor-in-interest to Defendant Kenneth C. Marthey, Subfile No. 258, Doc. No. 3974.16, (Document 9720 Filed 05/21/2010 at 5). Documents of interest follow:

"…to show by deed or OTHERWISE" (Doc. 9767, Filed 05/27/2010 at 3).

Case: 6:69-cv-07941-BB

1. The Acequia de Chamita is a pre-treaty of Guadalupe Hidalgo (1848) Acequia with an establishment date of August 11, 1598, so stated in its By-laws (Doc. 9717, Filed 05/14/2010, Exhibit I at 405).

2. The Acequia de Chamita is also a political sub-division of The State of New Mexico with recognized sovereignty for Government to Government egalitarian relational status.

3. Because of the Acequia's unique background and history, the successor-in interest has expansive implications far beyond 21st Century land/water succession. There are persons on the Acequia de Chamita who draw water that have Heritage Successor-In-Interest to Onate's original settlement at San Gabriel, its Pobladores, and its Acequia.

4. Comes now Parciente Thomas Martinez in testament with genealogical evidence.

Case: 6:69-cv-07941-BB

Respectfully submitted by defendant Thomas Martinez (Doc. 9608, 9682, 9717).

*(Signature of Defendant)*
by Thomas Martinez, Date: 6/9/2010

Thomas D. Martinez
(Printed name of Defendant)

4160 Duquesne Ave. #9
(Street address or P.O. Box)

Culver City, CA 90232
(City, State and Zip Code)

6/5/2010

*Acequia de Chamita*

P O Box 930
San Juan Pueblo,
New Mexico 87566
Est. August 11, 1598

I hereby answer the Plaintiffs Motion to show cause and verify that the following parciente, having objected to the Special Masters recommendation of 1600 for the Acequia de Chamita (Don Juan de Onate's Acequia), Thomas Martinez is a member in good standing since he acquired the land with appurtenant water rights on the Acequia de Chamita, having acquired the land with the water rights from Kenneth C. Marthey, who is identified as a person who filed a timely objection (doc.3974.16 sub file 258), filed December 7, 1994. The water rights were transferred on August 24, 2006 with the New Mexico State Engineer Office. A simple phone inquiry to S. M. Wells in the State Engineers Office by the Plaintiff would have verified this information instead of making motions to the court requiring defendants to show cause.

On page 1 of 2, New Mexico Office of the State Engineer, change of ownership of water right (individual), there is a major error, on #4. Place of Use, assigning a 1724 Priority Date.

Thomas Martinez  Map 22, Tract 2,3,4 Sub file 255, 258,259,274
4160 Duquesne Ave, #4
Culver City, California 90232

Acequia de Chamita Commissioner
Treasurer David Ortiz

*[signature: David Ortiz]*

# Thomas David Martinez (Doc. Nos. 9608, 9682, 9717)

## Genealogical Evidence

**Thomas David Martinez** – 6/22/1950, San Jose, Calif.
**Thomas Harry Martinez** – Born Nov 21, 1926 in Mancos, CO married to Angie Jaquez Sept 12, 1949 in Las Vegas, NV
Juan Santiago Martinez – Born Mar 13, 1903 in Bayfield, CO married to Maria Manuela de Atocha Archuleta Aug 24, 1924 in Durango, CO
Dimas Eustacio Martinez – Born Mar 29, 1880 in Carnero, Del Norte, CO married to Maria Pacifica Romero ca 1901 Ignacio, CO
Juan Camillo Martin – Born Aug 19, 1835 in El Llano de San Juan, Picuris, NM married to Maria Ricarda Medina ca 1859 in Peñasco, NM
Juan Ygnacio Martin – Born on Feb 17, 1798 in El Llano de San Juan, Picuris, NM married to Maria de Jesus Martin ca 1827 in El Llano, Picuris
Juan Jose Martin – Born Jan 6, 1772 in Santa Fe, NM married to Maria Antonia Senteno Feb 11, 1793 Las Trampas, Picuris, NM
Eusebio Antonio Martin – Born Sep 7, 1729 married to Maria Antonia Armijo Feb 7, 1759 Picuris Parish, NM
Antonio Martin Serrano – Born ca 1705 San Juan Parish, NM married to Catarina Villalpando Aug 26, 1728, Embudo, San Juan Parish
Francisco (El Ciego) Martin Serrano – Born Oct 7, 1680 Guadelupe del Paso married to Casilda Contreras ca 1700 New Mexico
Pedro Martin Serrano de Salazar – Born ca 1635 in San Juan Parish, NM married to Juana Aplonia de Arguello ca 1657 in NM
Luis Martin Serrano – Born ca 1592 in Zacatecas, New Spain married to Catalina de Salazar ca 1629 in New Mexico
* Sargento Hernan Martin Serrano – Born ca 1558 in Zacatecas, New Spain married to Juana Rodriguez ca 1579 in Zacatecas.

*(Sargento Serrano is one of the first settlers that came with Onate in 1598, (see Hammond and Rey, Onate Colonizer of New Mexico 1595-1628. The University of New Mexico Press, New Mexico, 1953, Pages 237 and 291).

File Number: SD-01835-29
(For OSE Use Only)

# NEW MEXICO OFFICE OF THE STATE ENGINEER
## CHANGE OF OWNERSHIP OF WATER RIGHT (INDIVIDUAL)

### 1. OWNER OF RECORD

Name: Kenneth Marthey
Contact:
Address: 5509 Poblanos Ct.
City: Albuquerque, NM 87107
Work Phone:
Home Phone:
State: __ Zip: ____

### NEW OWNER

Name: Thomas D. Martinez
Contact:
Address: 1064 West Iowa Ave.
City: Sunnyvale, CA 94086
Work Phone: 916-801-9319
Home Phone: 408-245-1759
State: CA  Zip: 94086

### 2. AMOUNT CONVEYED

State Engineer File Number: SD-01835-29
Subfile Number 255, 259; 258; 274 of Cause Number 7941, 8294
Owner of record has conveyed __part__ of said right.
(all or part)

Consumptive Use: _____ acre-feet per annum
Diversion Amount: 2.28 acre-feet per annum  3.0 for 0.76 acres
Other: _____ (units)

### 3. PURPOSE OF USE

Domestic: __ Livestock: __ Irrigation: X Municipal: __ Industrial: __
Commercial: __ Other (specify): __
Specific use: _____

### 4. PLACE OF USE

0.76 acres of land described as follows: Tract A-2 on (Replat for Kenneth Marthey) 1995 by Noonan

| Subdivision of Section (District or Hydrographic Survey) | Section (Map No.) | Township (Tract No.) | Range | Acres | Priority |
|---|---|---|---|---|---|
| Acequia de Chamita | 22 | 2 | 258 | | 1724 |
| 1959 Rio Chama | 22 | 3 | 274 | | 1724 |
| Hydrographic Survey Section 1 | 22 | 4 | 255, 259 | | 1724 |
| Rio Arriba County | | | | | |

Do Not Write Below This Line

File Number: _____    Trn Number: _____

Form: wr-02i (Individual) - page 1 of 2



File Number: _____
(For OSE Use Only)

## NEW MEXICO OFFICE OF THE STATE ENGINEER
### CHANGE OF OWNERSHIP OF WATER RIGHT (INDIVIDUAL)

### 5. WELLS TO ACCOMPANY CONVEYED RIGHT

| Well File No. | Subdivision | Section | Township | Range |
|---|---|---|---|---|
| | | | | |
| | | | | |

### 6. CONSENT TO LAWFUL CHANGE IN PLACE AND/OR PURPOSE OF USE

(I, We) the above owner(s) of record, hereby consent to a lawful change in the place and/or purpose of use of the above-described water right:
(To be completed only if it is an irrigation water right and has been conveyed separate from the land to which it was appurtenant.)

_____        _____
(Signature)                                                        (Signature)

### 7. ADDITIONAL STATEMENTS OR EXPLANATIONS:

_____
_____
_____
_____
_____

### ACKNOWLEDGEMENT

(I, we) _Thomas D. Martinez_ affirm that the
           (Please Print)
foregoing statements are true to the best of (my, our) knowledge and belief.

_[signature]_____        _____
Applicant Signature                                            Applicant Signature

State of California
County of Santa Clara                **NOTARY**

This instrument was acknowledged before me this _24th_ day of _August_
A.D., _2006_, By _Thomas D. Martinez_ ; _____
              Name of Applicant(s)                    Name of Applicant(s)

My commission expires _8/29/09_ (KH)      _[signature]_ KBJ
                                                              Notary Public

K. B. JOSHPURA
Comm. # 1510485
NOTARY PUBLIC - CALIFORNIA
County of Santa Clara
My Comm. Expires August 29, 2008

This Change of Ownership form is hereby accepted for filing in accordance with Section 72-1-2.1, NMSA-1978 (1985 Repl. Pamp), as amended. The acceptance by the Office of the State Engineer does not constitute validation of the right conveyed.

Do Not Write Below This Line

File Number: _____                    Trn Number: _____
     Form: wr-02i              page 2 of 2

File No. 00607007 MG  \  Rio Arriba Title & Escrow

# WARRANTY DEED

Kenneth C. Marthey, an unmarried man
_____, for consideration paid, grants to
Thomas D. Martinez, an unmarried man_____,
whose address is , 1064 West Iowa Ave, Sunnyvale, Ca 94086_____,
the following described real estate in _____ RIO ARRIBA _____ County, New Mexico:

Tract "A-2":
A certain tract or parcel of lying and being situate within Exc. 1, PC 227, P3, Exc. 1, PC 251, P1, Exc. 1, PC 227, P2, in Section 9, T21N R08E, NMPM, in the vicinity of Chamita, County of Rio Arriba, State of New Mexico.

Containing 1.241 acres, more or less.

According to the plat of survey entitled "Replat for Kenneth C. Marthey", filed for record July 25, 1995 in Book of Plats O-556 at page 3667, records of Rio Arriba County, New Mexico.

Subject to:   Reservations, restrictions and easements of record and taxes for the year 2006 and thereafter.

with warranty covenants.

Witness my hand this  24th   day of   July  ,  2006  .

_____                    _____
                                                                                    Kenneth C. Marthey

_____                    _____

File No. 00607007 MG          Rio Arriba Title & Escrow

# WARRANTY DEED

Kenneth C. Marthey, an unmarried man
_____, for consideration paid, grants to
Thomas D. Martinez, an unmarried man
whose address is , 1064 West Iowa Ave, Sunnyvale, Ca 94086
the following described real estate in _____ RIO ARRIBA _____ County, New Mexico:

Tract "A-2":
A certain tract or parcel of lying and being situate within Exc. 1, PC 227, P3, Exc. 1, PC 251, P1, Exc. 1, PC 227, P2, in Section 9, T21N R08E, NMPM, in the vicinity of Chamita, County of Rio Arriba, State of New Mexico.

Containing 1.241 acres, more or less.

According to the plat of survey entitled "Replat for Kenneth C. Marthey", filed for record July 25, 1995 in Book of Plats O-556 at page 3667, records of Rio Arriba County, New Mexico.

Subject to: Reservations, restrictions and easements of record and taxes for the year 2006 and thereafter.

with warranty covenants.

Witness my hand this __24th__ day of __July__, __2006__.

_____        _____
                                        Kenneth C. Marthey

## ACKNOWLEDGEMENT FOR NATURAL PERSONS:

State of New Mexico            )
                               )   SS.
County of Rio Arriba           )

This instrument was acknowledged before me on the __24th__ day of __July__, __2006__, by Kenneth C. Marthey, an unmarried man

My commission expires: 24 October 2007        _____
                                               Notary Public
(Seal)

OFFICIAL SEAL
Maxine Guillen
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 10-24-07

I, THE UNDERSIGNED HEREBY CERTIFY THIS TO BE A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL THEREOF.

RIO ARRIBA TITLE AND ESCROW COMPANY, INC.
MAXINE GUILLEN, PROCESSOR/CLOSER

SHORT FORM WARRANTY DEED

Form SDD01NM Rev. 02/10/98

Thomas Martinez
4160 Duquesne Ave #4
Culver City, CA 90232

**RECEIVED AT SANTA FE**

JUN 14 2010

MATTHEW J. DYKMAN
CLERK

Office of the Clerk
United States District Court
106 S. Federal Place
Santa Fe, N.M. 87501