IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>          Plaintiff,<br><br>    -v-<br><br>ROMAN ARAGON et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)   69cv07941-BB<br>)<br>)   RIO CHAMA STREAM SYSTEM<br>)<br>)<br>) |

NOTICE OF JOINT WORKING SESSION

To: Counsel of Record

Please be advised that pursuant to Rule 1-071.3 NMRA, judges and special masters who preside over New Mexico's state and federal stream system adjudications have set a Joint Working Session for Wednesday, August 4, 2010, from 10:00 a.m. to 2:00 p.m., in the Rio Grande Courtroom, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, N.M.

The adjudication courts and the New Mexico Office of the State Engineer ("OSE") will discuss matters relevant to long-term, coordinated planning for adjudications, the OSE's current budgetary constraints, resource allocation, and agency priorities, and the courts' expectations and goals.

Judge Bruce D. Black and Special Master Vickie L. Gabin, will attend.

Because this is a dialogue between the adjudication courts and the OSE and no court will rule on procedural or substantive issues, attendance of attorneys of record and parties is discretionary.

                                                           */s/ Vickie L. Gabin*
                                                           SPECIAL MASTER