IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 JUL 22  9:48

CLERK SANTA FE

| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
|---|---|
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rito de Tierra Amarilla |
| Defendants. | |

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

**X** The priority date proposed for my water right.

____ The priority date proposed for any other water right.
Please describe this water right or ditch _____

**X** The irrigation water requirements proposed for water rights in the Tierra Amarilla Subsection.

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): Colomex Oil And Gas Co.  Subfile No. CHTA-004-0018
MAILING ADDRESS: Po Box 1147 Taos, NM 87571
TELEPHONE NO.: 575-758-4395 (Joel Perovich)
SIGNED: [signature]  DATE: 7/21/10

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN JULY 31, 2010 TO:**

United States District Court
106 South Federal Place
Santa Fe, NM 87501

(C.5)

**CERTIFIED MAIL**

7009 2820 0001 1989 4675

Colomex Oil & Gas Co.
PO Box 1147
Taos, New Mexico 87571

**RECEIVED AT SANTA FE**
JUL 2 2 2010
MATTHEW J. DYKMAN
CLERK

United States District Court
106 South Federal Place
Santa Fe, NM 87501