IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the Relation of State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br><br>ROMAN ARAGON et al.,<br><br>Defendants | 69-cv-07941-BB-ACE<br><br>RIO CHAMA STREAM SYSTEM<br><br><br>Section 7<br>Jicarilla Apache Nation |

## STATUS REPORT

Pursuant to the Scheduling Order, dated 19 August 2009, Document Number 9490, the State of New Mexico and the Jicarilla Apache Nation by and through their undersigned counsel file this status report.

1.  The Jicarilla Apache Nation and the Office of the New Mexico State Engineer technical teams have completed their field inspections of the water facilities and completed the hydrographic survey report and maps describing and depicting the water facilities of the Jicarilla Apache Nation in the Rio Chama water shed.

2.  As a result of the work of the technical teams for the Office of the State Engineer and the Jicarilla Apache Nation, an agreement on the Nation's water rights has been reached. There are a few technical issues that need addressing, however, before a final offer of judgment describing those rights can be drafted and the offer presented to the Court. It is anticipated that several technical meetings will be required to resolve the technical issues but we are happy to inform the Special Master that we will have a final offer of Judgment presented to you by the 1st of November 2010.

1

Respectfully submitted this 22nd day of July 2010:

| For the State of New Mexico | For the Jicarilla Apache Nation |
|---|---|
| *[signature]* | *[signature]* |
| Arianne Singer | Herbert A. Becker |
| Special Assistant Attorney General | Attorney at Law |
| New Mexico Office of the State Engineer | 2309 Renard Place SE |
| P.O. Box 25102 | Suite 200 |
| Santa Fe, NM 87504-5102 | Albuquerque, NM 87106 |
| 505-827-6150 | 505-242-2214 |