# Affidavit of Publication

State of New Mexico
County of Rio Arriba

  I, Robert Trapp, being first duly sworn, declare and say I am the Publisher of the **Rio Grande SUN**, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for __4__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

__3__ day of __June 2010__

and the last publication on the __24th__ day of

__June 2010__. Payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_Robert Trapp_ _____ Publisher

Subscribed and sworn to before me this __24th__ day of __JUNE__ A.D. __2010__

_Maria V. Lopez Garcia_ /Notary Public
My commission expires 13 July 2013

## Publisher's Bill

__60__ lines one time at _____

_____ lines _____ times at _____

Affidavit __5.00__

Subtotal __1,325.00__

Tax __104.34__

Total __1,429.34__

Payment received at **Rio Grande SUN**

Date __May 28, 2010__

By __Donna Mack__



# PUBLIC NOTICE

Public Notices in Newspapers.
Your Right to Know, Delivered Right to Your Door.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| STATE OF NEW MEXICO, ex rel. State Engineer | |
|---|---|
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, et al., | Section 3, Rio Nutrias |
| Defendants. | |

### NOTICE AND ORDER TO SHOW CAUSE

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE SURFACE OR UNDERGROUND WATERS OF THE RIO NUTRIAS SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM

AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE WATER FOR IRRIGATION PURPOSES IN THE RIO NUTRIAS SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM AND WHOSE NAMES APPEAR BELOW:

| DEFENDANT | ACEQUIA OR DITCH | PRIORITY |
|---|---|---|
| Antonio Esquibel | La Acequia Del Terrero | 1888 |
| Juan R. Montano | La Acequia Del Terrero | 1888 |
| Antonio Esquibel | La Acequia Del Gilberto | 1888 |
| Anthony G. Tafoya | Tafoya/Esquibel | 1885 |
| Anthony G. Tafoya II | Tafoya/Esquibel | 1885 |
| Chris E. Tafoya | Tafoya/Esquibel | 1885 |
| Louis R. Tafoya | Tafoya/Esquibel | 1885 |
| Lucia A. Montoya | Tafoya/Esquibel | 1885 |
| Robert J. Montoya | Tafoya/Esquibel | 1885 |
| Joe B. Valdez | Esquibel/Valdez | 1890 |
| Domitilia L. Ulibarri | Vega | 1878 |
| Feliberto Ulibarri | Vega | 1878 |
| Joann Valdez | Vega | 1878 |
| Joe B. Valdez | Vega | 1878 |
| Juan R. Montano | Vega | 1878 |
| Lucia A. Montoya | Vega | 1878 |
| Robert J. Montoya | Vega | 1878 |
| Joann Valdez | Ben Valdez | 1878 |
| Joe B. Valdez | Ben Valdez | 1878 |
| Justiano Valdez | Ben Valdez | 1878 |
| Margie Atencio | Ben Valdez | 1878 |
| Silviano Atencio | Ben Valdez | 1878 |
| Abel Valdez | Joe B. Valdez | 1895 |
| Joe B. Valdez | Joe B. Valdez | 1895 |
| Estanislao Roybal | Espiriano Velasquez | 1899 |
| Lucia Roybal | Espiriano Velasquez | 1899 |
| Margie Atencio | Espiriano Velasquez | 1899 |
| Silviano Atencio | Espiriano Velasquez | 1899 |
| Antonio Esquibel | Acequia Perfecto Esquibel | 1875 |
| Juan R. Montano | Acequia Perfecto Esquibel | 1875 |
| Lucia A. Montoya | Acequia Perfecto Esquibel | 1875 |
| Robert J. Montoya | Acequia Perfecto Esquibel | 1875 |
| Arturo Esquibel | Acequia Pedro Esquibel | 1893 |
| Lucia A. Montoya | Acequia Pedro Esquibel | 1893 |
| Robert J. Montoya | Acequia Pedro Esquibel | 1893 |
| Anthony G. Tafoya | Esquibel | 1885 |

## otices

| Name | Ditch | Year |
|---|---|---|
| Anthony G. Tafoya II | Esquibel | 1885 |
| Arturo Esquibel | Esquibel | 1885 |
| Juan R. Montano | Esquibel | 1885 |
| Juan R. Montano Rev. Trust | Esquibel | 1885 |
| Louis R. Tafoya | Esquibel | 1885 |
| Lucia A. Montoya | Esquibel | 1885 |
| Robert J. Montoya | Esquibel | 1885 |
| Anthony G. Tafoya II | Unnamed Ditch No. 2 | 1885 |
| Juan R. Montano Rev. Trust | Unnamed Ditch No. 2 | 1885 |
| Anthony G. Tafoya II | Unnamed Ditch No. 3 | 1885 |
| Jose D. Eturriaga | Abeyta | 1877 |
| Jose M. Abeyta | Abeyta | 1877 |
| Jose D. Eturriaga | Epifanio Ulibarri | 1878 |
| Estate of Elsie Chang | Maes/Sanchez | 1882 |
| Jose D. Eturriaga | Maes/Sanchez | 1882 |
| Orlando Ulibarri | Maes/Sanchez | 1882 |
| Phil Sanchez | Maes/Sanchez | 1882 |
| Robert J. Ulibarri | Maes/Sanchez | 1882 |
| Estate of Elsie Chang | Luis Sanchez | 1882 |
| Leroy Martinez | Luis Sanchez | 1882 |
| Orlando Ulibarri | Luis Sanchez | 1882 |
| Phil Sanchez | Luis Sanchez | 1882 |
| Harold Ulibarri | Martinez/Ulibarri | 1882 |
| Leroy Martinez | Martinez/Ulibarri | 1882 |
| Robert J. Ulibarri | Martinez/Ulibarri | 1882 |
| Harold Ulibarri | Solomon Ulibarri | 1882 |
| Napoleon L. Ulibarri | Solomon Ulibarri | 1882 |
| Napoleon L. Ulibarri | Juan Ulibarri | 1882 |
| Jose D. Eturriaga | Emilio Samora | 1868 |
| Jose D. Eturriaga | Juan Pablo Samora | 1904 |

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water right and ditch, or the priority dates for any other community or private ditch in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System ("Nutrias Subsection") as described above.

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Nutrias Subsection as described below:

a. The weighted consumptive irrigation requirement (CIR) is 1.13 acre-feet per acre per annum.

b. The farm delivery requirement (FDR) is 2.83 acre-feet per acre per annum.

c. The project diversion requirement (PDR) is 4.71 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons you may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes the elements of the water rights for surface water irrigation use in the Nutrias Subsection as described above. If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Nutrias Subsection. Subsequent inter se proceedings in the Nutrias Subsection will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates (Published June 3, 10, 17 & 24, 2010)