# Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the Publisher of the ***Rio Grande SUN***, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for 4 consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

3 day of June 2010

and the last publication on the 24th day of

June 2010. Payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

Robert Trapp Publisher

Subscribed and sworn to before me this 24th day of JUNE A.D. 2010

Maria V Lopez Garcia
Maria V. Lopez Garcia /Notary Public
My commission expires 13 July 2013

## Publisher's Bill

_______ lines one time at _______

_______ lines _______ times at _______

Affidavit 5.00

Subtotal 2,555.00

Tax 201.21

Total 2,756.21

Payment received at ***Rio Grande SUN***

Date May 26, 2010

By Donna Martz

# Notices

## Announcements



**ATTENTION LANDOWNERS:** if you are a member of the Santa Cruz ditch and you are paying for water you are not getting, your water rights are being abused. It is time to stop this Abuse. Call 753-4170 So we can set up a meeting

**NEEDED:** a lead guitar and, keyboard player for band. Call 692-2165

**INDIVIDUALS WITH DISABILITIES:** are eligible for government loans for equipment to grow their business. Contact the New Mexico Seed Loan Program for more information. 1-800-866-2253

**NEED TO FIND JUANITA:** from Santa Cruz, NM, age 44. We met 12 years ago in Albuquerque. We need to meet and talk. Reply to Ruben at PO Box 26434, Albuquerque, NM 87126-6434

**HIGH-SPEED INTERNET!:** Still waiting for high-speed where you live? Call WildBlue! Available virtually anywhere through satellite! Call NOW for a LIMITED TIME special offer! 1-877-305-9194

Rio Grande Sun Classifieds Call 753-2126 to place your ad




**THE ESPANOLA FIESTA COUNCIL** is NOW ACCEPTING applications for booth space for the 2010 Espanola Fiesta.

**Please contact ANDREW HERRERA at (505)927-2522**

# Legal Notices

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, et al., | Section 3, Rio Nutrias |
| Defendants. | |

NOTICE AND ORDER TO SHOW CAUSE

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE SURFACE OR UNDERGROUND WATERS OF THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE WATER FOR IRRIGATION PURPOSES IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM AND WHOSE NAMES APPEAR BELOW:

| DEFENDANT | ACEQUIA OR DITCH | PRIORITY |
|---|---|---|
| Adan Garcia Jr. | Ismael Ulibarri Ditch | 1870 |
| Armando Garcia | Ismael Ulibarri Ditch | 1870 |
| Donna Garcia | Ismael Ulibarri Ditch | 1870 |
| Joan Garcia | Ismael Ulibarri Ditch | 1870 |
| Leroy Garcia | Ismael Ulibarri Ditch | 1870 |
| Miguel Martinez | Ismael Ulibarri Ditch | 1870 |
| Pamela Manzanares | Ismael Ulibarri Ditch | 1870 |
| Samuel Garcia | Ismael Ulibarri Ditch | 1870 |
| Viola Chavez | Ismael Ulibarri Ditch | 1870 |
| Agripina G. Salazar | Sena Ditch | 1870 |
| Benjamin R. Trujillo | Sena Ditch | 1870 |
| Frank C. Sena | Sena Ditch | 1870 |
| John M. Sena | Sena Ditch | 1870 |
| Victor Salazar Sr. | Sena Ditch | 1870 |
| Agripina G. Salazar | Nutritas Ditch No. 1 | 1870 |

| | | |
|---|---|---|
| Frank C. Sena | Nutritas Ditch No. 1 | 1870 |
| John M. Sena | Nutritas Ditch No. 1 | 1870 |
| Victor Salazar Sr. | Nutritas Ditch No. 1 | 1870 |
| Frank C. Sena | Unnamed Ditch No. 1 | 1870 |
| John M. Sena | Unnamed Ditch No. 1 | 1870 |
| Acencion Labrier | Lujan Ditch | 1870 |
| Ellis Gordon Schlegel | Lujan Ditch | 1870 |
| Acencion Labrier | Labrier Ditch | 1870 |
| Heirs of Carlota L. Martinez | Labrier Ditch | 1870 |
| Heirs of Levi Martinez | Labrier Ditch | 1870 |
| Heirs of Lucas Martinez | Labrier Ditch | 1870 |
| Emilie Luna Anthony | Nutritas Ditch No. 2 | 1861 |
| Estate of Esther Bruno | Nutritas Ditch No. 2 | 1861 |
| Estate of Olivia Carmody | Nutritas Ditch No. 2 | 1861 |
| Frank D. Luna IV | Nutritas Ditch No. 2 | 1861 |
| Gilbert Luna Sr. | Nutritas Ditch No. 2 | 1861 |
| Hilario Luna | Nutritas Ditch No. 2 | 1861 |
| Marcella Hasson | Nutritas Ditch No. 2 | 1861 |
| Salomon A. Luna | Nutritas Ditch No. 2 | 1861 |
| Archdiocese of Santa Fe | Tierra Amarilla Community Ditch | 1861 |
| Colomex Oil and Gas Co., Inc. | Tierra Amarilla Community Ditch | 1861 |
| La Clinica Foundation | Tierra Amarilla Community Ditch | 1861 |
| Rio Arriba County | Tierra Amarilla Community Ditch | 1861 |
| Agripina G. Salazar | Tierra Amarilla Community Ditch | 1861 |
| Alajandro Chavez | Tierra Amarilla Community Ditch | 1861 |
| Alex Flores | Tierra Amarilla Community Ditch | 1861 |
| Amabel Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Amada R. Flores | Tierra Amarilla Community Ditch | 1861 |
| Andrew Romero | Tierra Amarilla Community Ditch | 1861 |
| Angelina Sanchez | Tierra Amarilla Community Ditch | 1861 |
| Angie Garcia | Tierra Amarilla Community Ditch | 1861 |
| Anna Atencio Ferrell | Tierra Amarilla Community Ditch | 1861 |
| Antonio Luis Abeyta | Tierra Amarilla Community Ditch | 1861 |
| Art Espinosa | Tierra Amarilla Community Ditch | 1861 |
| Benjamin R. Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Berthina Romero | Tierra Amarilla Community Ditch | 1861 |
| Brent C. Mortensen | Tierra Amarilla Community Ditch | 1861 |
| Carmelita Chacon | Tierra Amarilla Community Ditch | 1861 |
| Carmella Atencio Varos | Tierra Amarilla Community Ditch | 1861 |
| Cecilia Campos | Tierra Amarilla Community Ditch | 1861 |
| Celia S. Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Chama Valley Ind. Sch. Dist. No. 19 | Tierra Amarilla Community Ditch | 1861 |
| Deborah Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Dolores Rena Romero | Tierra Amarilla Community Ditch | 1861 |
| Dolores Romero | Tierra Amarilla Community Ditch | 1861 |
| Dolores Valdez | Tierra Amarilla Community Ditch | 1861 |
| Domie Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Doris Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Edna Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Eliseo M. Valdez | Tierra Amarilla Community Ditch | 1861 |
| Eloy Sanchez | Tierra Amarilla Community Ditch | 1861 |
| Epimenio Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Eric Willard | Tierra Amarilla Community Ditch | 1861 |
| Erlinda Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Ernesto L. Ulibarri Jr. | Tierra Amarilla Community Ditch | 1861 |
| Ernesto Salazar | Tierra Amarilla Community Ditch | 1861 |
| Estate of Maria Casias | Tierra Amarilla Community Ditch | 1861 |
| Estate of Manuelita U. Abeyta | Tierra Amarilla Community Ditch | 1861 |
| Estate of Octaviano Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Esther H. Salazar | Tierra Amarilla Community Ditch | 1861 |
| Eva R. Vigil | Tierra Amarilla Community Ditch | 1861 |
| Faustina Espinosa | Tierra Amarilla Community Ditch | 1861 |
| Feliberto Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Felipe C. Atencio | Tierra Amarilla Community Ditch | 1861 |
| Frances Castellano | Tierra Amarilla Community Ditch | 1861 |
| Gail Garcia | Tierra Amarilla Community Ditch | 1861 |
| Gustavo Martinez Jr. | Tierra Amarilla Community Ditch | 1861 |
| Harry O. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Helen Moore | Tierra Amarilla Community Ditch | 1861 |
| Henry Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Hope U. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Hortencia Martinez | Tierra Amarilla Community Ditch | 1861 |
| Ivan C. Corrales | Tierra Amarilla Community Ditch | 1861 |
| J.R. Martinez Estate | Tierra Amarilla Community Ditch | 1861 |
| Jaime Trujillo | Tierra Amarilla Community Ditch | 1861 |
| James R. Dawson | Tierra Amarilla Community Ditch | 1861 |
| Joann C. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Joe E. Silva | Tierra Amarilla Community Ditch | 1861 |
| Jose Avalos | Tierra Amarilla Community Ditch | 1861 |
| Jose L. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Jose P. Gallegos | Tierra Amarilla Community Ditch | 1861 |
| Josefita Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Joseph Valdez | Tierra Amarilla Community Ditch | 1861 |
| Josephine Valdez | Tierra Amarilla Community Ditch | 1861 |

| | | |
|---|---|---|
| Josie Sanchez Dubois | Tierra Amarilla Community Ditch | 1861 |
| Juan A. Romero | Tierra Amarilla Community Ditch | 1861 |
| Juan I. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Juanita Atencio | Tierra Amarilla Community Ditch | 1861 |
| Juanita M. Eturriaga | Tierra Amarilla Community Ditch | 1861 |
| Julia Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Justiniano Valdez | Tierra Amarilla Community Ditch | 1861 |
| Kelly Ward | Tierra Amarilla Community Ditch | 1861 |
| Kim Montano | Tierra Amarilla Community Ditch | 1861 |
| Lawrence Castellano | Tierra Amarilla Community Ditch | 1861 |
| Leo E. Rodela | Tierra Amarilla Community Ditch | 1861 |
| Leroy G. Garcia | Tierra Amarilla Community Ditch | 1861 |
| Lionel E. Martinez II | Tierra Amarilla Community Ditch | 1861 |
| Louis Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Lucille A. Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Mable Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Magdalene Sanchez | Tierra Amarilla Community Ditch | 1861 |
| Manuel D. Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Manuel E. Corrales | Tierra Amarilla Community Ditch | 1861 |
| Marcella D. Burbank Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Marcella T. Corrales | Tierra Amarilla Community Ditch | 1861 |
| Marcella Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Margaret A. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Margaret Rodela | Tierra Amarilla Community Ditch | 1861 |
| Margie E. Atencio | Tierra Amarilla Community Ditch | 1861 |
| Mariella Avalos | Tierra Amarilla Community Ditch | 1861 |
| Mario R. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Mark L. Montano | Tierra Amarilla Community Ditch | 1861 |
| Mark Noel Rowe | Tierra Amarilla Community Ditch | 1861 |
| Martin Romero | Tierra Amarilla Community Ditch | 1861 |
| Mary Esther Lucero | Tierra Amarilla Community Ditch | 1861 |
| Melvin Montano | Tierra Amarilla Community Ditch | 1861 |
| Michael S. Garcia | Tierra Amarilla Community Ditch | 1861 |
| Nancy R. Romero | Tierra Amarilla Community Ditch | 1861 |
| Orlando J. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Pablo Martinez | Tierra Amarilla Community Ditch | 1861 |
| Patricia A. Alvarado | Tierra Amarilla Community Ditch | 1861 |
| Patrick Samora | Tierra Amarilla Community Ditch | 1861 |
| Paul Trachtman | Tierra Amarilla Community Ditch | 1861 |
| Rachel Valdez | Tierra Amarilla Community Ditch | 1861 |
| Ramon E. Sanchez | Tierra Amarilla Community Ditch | 1861 |
| Renee Romero Samora | Tierra Amarilla Community Ditch | 1861 |
| Reynel O. Lucero | Tierra Amarilla Community Ditch | 1861 |
| Richard Atencio | Tierra Amarilla Community Ditch | 1861 |
| Robert D. Romero | Tierra Amarilla Community Ditch | 1861 |
| Roberto Lovato | Tierra Amarilla Community Ditch | 1861 |
| Roberto Romero | Tierra Amarilla Community Ditch | 1861 |
| Roman Romero | Tierra Amarilla Community Ditch | 1861 |
| Ronald J. Demasters | Tierra Amarilla Community Ditch | 1861 |
| Rose M. Romero | Tierra Amarilla Community Ditch | 1861 |
| Rosina L. Phillips | Tierra Amarilla Community Ditch | 1861 |
| Salomon A. Luna | Tierra Amarilla Community Ditch | 1861 |
| Shaun Ward | Tierra Amarilla Community Ditch | 1861 |
| Silviano A. Atencio | Tierra Amarilla Community Ditch | 1861 |
| Simonita U. Trujillo | Tierra Amarilla Community Ditch | 1861 |
| Sixto L. Espinosa | Tierra Amarilla Community Ditch | 1861 |
| Sophia D. Martinez | Tierra Amarilla Community Ditch | 1861 |
| Stella U. Garcia | Tierra Amarilla Community Ditch | 1861 |
| Teodoro D. Ulibarri | Tierra Amarilla Community Ditch | 1861 |
| Theresa M. Rael | Tierra Amarilla Community Ditch | 1861 |
| Tito Garcia | Tierra Amarilla Community Ditch | 1861 |
| Tom R. Lucero | Tierra Amarilla Community Ditch | 1861 |
| Tommy Campos III | Tierra Amarilla Community Ditch | 1861 |
| Tony Casados Sr. & Sons, Prtn. | Tierra Amarilla Community Ditch | 1861 |
| Tracy T. Howell | Tierra Amarilla Community Ditch | 1861 |
| Veronica Romero De Chavez | Tierra Amarilla Community Ditch | 1861 |
| Vicente Montano | Tierra Amarilla Community Ditch | 1861 |
| Vicki Silva | Tierra Amarilla Community Ditch | 1861 |
| Victor Salazar Sr. | Tierra Amarilla Community Ditch | 1861 |
| Virginia Martinez | Tierra Amarilla Community Ditch | 1861 |
| Virginia McDermott | Tierra Amarilla Community Ditch | 1861 |
| Miguel Trujillo | Trujillo Ditch | 1887 |
| Mariano S. Manzanares | Manzanares Ditch | 1887 |
| Mary L. Manzanares | Manzanares Ditch | 1887 |
| Ruben Manzanares | Manzanares Ditch | 1887 |
| Mariano S. Manzanares | Unnamed Ditch No. 2 | 1887 |
| Mary L. Manzanares | Unnamed Ditch No. 2 | 1887 |
| Miguel Trujillo | Unnamed Ditch No. 2 | 1887 |
| Ruben Manzanares | Unnamed Ditch No. 2 | 1887 |
| Charles Dove | Briggs Ditch | 1887 |
| Jamie Sams | Briggs Ditch | 1887 |
| Louella Dove | Briggs Ditch | 1887 |

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority

date of your water right and ditch, or the priority dates for any other community or private ditch in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System ("Tierra Amarilla Subsection") as described above.

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Tierra Amarilla Subsection as described below:

a. The weighted consumptive irrigation requirement (CIR) is 1.05 acre-feet per acre per annum.

b. The farm delivery requirement (FDR) is 2.63 acre-feet per acre per annum.

c. The project diversion requirement (PDR) is 4.38 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons you may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes the elements of the water rights for surface water irrigation use in the Tierra Amarilla Subsection as described above. If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Tierra Amarilla Subsection. Subsequent inter se proceedings in the Tierra Amarilla Subsection will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in the Tierra Amarilla Subsection as stated above, you must file your objection with the Court, in person or by mail FOR RECEIPT NO LATER THAN July 31, 2010:

United States District Court Clerk
106 South Federal Place
Santa Fe, NM 87501

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights or any other water rights. If you fail to timely object and attend the scheduling and pretrial conference you may not raise objections in the future.

If you have any questions, call or write:

Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

or,

John W. Utton
Attorney for Associación de Acéquias NorteZas de Rio Arriba
Sheehan, Sheehan & Stelzner PA
P.O. Box 271
Albuquerque, NM 87103-0271
(505) 699-1445 telephone
(505) 842-8890 facsimile

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

/s/ Vickie L. Gabin
VICKIE L. GABIN
SPECIAL MASTER
(Published June 3, 10, 17 & 24, 2010)