IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>      Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>      Defendants. | 6:69cv07941–BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Rito de Tierra Amarilla |

### NOTICE OF MAIL RETURNED AS UNDELIVERABLE

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned attorney, gives notice that the Notices and Orders to Show Cause mailed to the persons listed in Exhibit 1 attached hereto, pursuant to the *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* (Doc. 9687), were returned to the Office of the State Engineer by the United States Postal Service (not deliverable as addressed, attempted not known, vacant, unable to forward).  The current address of the persons listed in Exhibit 1 is unknown.

Pursuant to the *Procedural Order for the Adjudication of Water Rights Claims in Section 4 of the Rio Chama Stream System* (Doc. 6939), all claimants are responsible for informing the Court of any changes in their mailing address or changes in ownership of water rights or real property associated with the rights.  The information must be filed with the Court within 30 days of any change, and a copy must be sent to the State.  *Procedural Order* (IV).  This information for the persons listed in Exhibit 1 has not been filed with the Court or provided to the State.

Until such time as the Court and the State are advised of the correct address for the individuals listed in Exhibit 1, service by mail or notice to defendants in the Rito de Tierra Amarilla Subsection of Section 7 will not include a mailing to these individuals.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

/s/ Ed Newville
Edward G. Newville