Subfile No.:CHTA-003-0002
MARGARET A. MARTINEZ
ADDRESS UNKNOWN

Subfile No.:CHTA-003-0004
JUANITA M. ETURRIAGA
ADDRESS UNKNOWN

Subfile No.:CHTA-003-0021
ESTATE OF OCTAVIANO ULIBARRI
ADDRESS UNKNOWN

Subfile No.:CHTA-003-0025
EDNA ULIBARRI
ADDRESS UNKNOWN

Subfile No.:CHTA-003-0036
IVAN C. CORRALES
ADDRESS UNKNOWN

Subfile No.:CHTA-003-0036
MANUEL E. CORRALES
ADDRESS UNKNOWN

Subfile No.:CHTA-003-0036
MARCELLA T. CORRALES
ADDRESS UNKNOWN

Subfile No.:CHTA-003-0036
THERESA M. RAEL
ADDRESS UNKNOWN

Subfile No.:CHTA-003-0046
AMADA R. FLORES
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0002
CECILIA CAMPOS
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0003
HELEN MOORE
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0004
REYNEL O. LUCERO
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0005A
SIMONITA U. TRUJILLO
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0026
JOSE P. GALLEGOS
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0027B
HOPE U. MARTINEZ
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0027B
JUAN I. MARTINEZ
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0028
TRACY T. HOWELL
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0028
VIRGINIA MCDERMOTT
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0033
MARY ESTHER LUCERO
ADDRESS UNKNOWN

Subfile No.:CHTA-004-0033
TOM R. LUCERO
ADDRESS UNKNOWN

**Subfile No.:CHTA-004-0034**
ERIC WILLARD
ADDRESS UNKNOWN

**Subfile No.:CHTA-005-0001**
MIGUEL TRUJILLO
ADDRESS UNKNOWN

**Subfile No.:CHTA-005-0002**
RUBEN MANZANARES
ADDRESS UNKNOWN