IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

**<u>NOTICE OF ERRATA</u>**

      The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following error in the State's *Motion to Amend All Subfile Orders Describing Irrigation Water Rights for Tracts of Land Under the La Puente Ditch to Include Seven Springs as Additional Sources of Water* filed April 27, 2010 (Doc. No. 9698).

      Subfile CHRB-009-0015 (Rosemary Ulibarri) was omitted from the list of affected subfiles. A corrected list of affected subfiles describing irrigation water rights on tracts of land under the La Puente Ditch is attached hereto as Exhibit 1.

                           Respectfully submitted,

                            /s/ Ed Newville
                         EDWARD G. NEWVILLE
                         Special Assistant Attorney General
                         Office of State Engineer
                         P.O. Box 25102
                         Santa Fe, NM 87504-5102
                         (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of July, 2010 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participant in the manner indicated with a copy of this Notice and the Motion filed April 27, 2010 (9698).

    /s/ Ed Newville
Edward G. Newville

via first class mail, postage prepaid addressed as follows:

Rosemary Ulibarri
P.O. Box 64
Tierra Amarilla, NM 87575