# LA PUENTA DITCH
# IRRIGATED TRACKS

| Subfile Number | Defendant | SubFile Order: Date Filed | Docket No. |
|---|---|---|---|
| CHRB-008-0008 | ESTATE OF AMELIA C. POND | 11/23/2009 | 9529 |
| CHRB-009-0001 | JOYCE MENNINGER | 4/17/2007 | 8623 |
| CHRB-009-0001 | KATHY R. TAFOYA | 4/17/2007 | 8623 |
| CHRB-009-0001 | LISA TAFOYA | 4/17/2007 | 8623 |
| CHRB-009-0001 | LORRAINE TAFOYA | 4/17/2007 | 8623 |
| CHRB-009-0001 | LUCY TAFOYA | 4/17/2007 | 8623 |
| CHRB-009-0002 | ELAINE L. MAYER | 7/14/2005 | 7946 |
| CHRB-009-0002 | FREDERICK L. MAYER | 7/14/2005 | 7946 |
| CHRB-009-0003A | TONY J & NATIVIDAD M. MANZANARES FAMILY TRUST | 5/17/2005 | 7870 |
| CHRB-009-0003B | DEBBIE MANZANARES | 5/17/2005 | 7871 |
| CHRB-009-0003B | CARLOS R. MANZANARES | 5/17/2005 | 7871 |
| CHRB-009-0003C | DEBBIE MANZANARES | 3/14/2008 | 9138 |
| CHRB-009-0003C | CARLOS R. MANZANARES | 3/14/2008 | 9138 |
| CHRB-009-0004 | JOANN L. MANZANARES | 8/12/2005 | 7986 |
| CHRB-009-0004 | JUAN F. MANZANARES | 8/12/2005 | 7986 |
| CHRB-009-0005 | RUBEN MANZANARES JR. | 1/25/2005 | 7730 |
| CHRB-009-0005 | MARIANO S. MANZANARES | 1/25/2005 | 7730 |
| CHRB-009-0006 | DARLENE A. MANUELE | 3/6/2007 | 8592 |
| CHRB-009-0006 | SHERRY J. ABEYTA | 3/6/2007 | 8592 |
| CHRB-009-0006 | MARK D. ABEYTA | 3/6/2007 | 8592 |
| CHRB-009-0006 | GALE A. ABEYTA | 3/6/2007 | 8592 |
| CHRB-009-0007 | PHILLIP G. TRUJILLO | 7/29/2004 | 7528 |
| CHRB-009-0008 | ERNESTO R. ULIBARRI | 7/14/2005 | 7946 |
| CHRB-009-0009 | STELLA D. TAFOYA | 5/4/2006 | 8265 |
| CHRB-009-0009 | MAX CLELAND | 5/4/2006 | 8265 |
| CHRB-009-0010 | ANDREW M. TAFOYA | 2/6/2007 | 8550 |
| CHRB-009-0011 | DORENE TAFOYA CLELAND | 5/4/2006 | 8266 |
| CHRB-009-0012A | LAGUNA VISTA TOWNSITE INC. | 12/12/2005 | 8096 |

| Subfile Number | Defendant | SubFile Order: Date Filed | Docket No. |
|---|---|---|---|
| CHRB-009-0012B | STEPHANIE E. MARTINEZ | 11/22/2006 | 8476 |
| CHRB-009-0012B | NAVORA MARTINEZ | 11/22/2006 | 8476 |
| CHRB-009-0012B | JUAN A. MARTINEZ | 11/22/2006 | 8476 |
| CHRB-009-0013 | VIVIAN CHAVEZ | 4/10/2002 | 6604 |
| CHRB-009-0013 | LILLIE CHAVEZ | 4/10/2002 | 6604 |
| CHRB-009-0014 | NORMA E. MADRID | 9/19/2003 | 7244 |
| CHRB-009-0014 | FELIX MADRID | 9/19/2003 | 7244 |
| CHRB-009-0015 | ROSEMARY ULIBARRI | 5/15/2003 | 7141 |
| CHRB-009-0015A | ROSEMARY ULIBARRI | 9/3/2008 | 9276 |
| CHRB-009-0016 | ROSINA MARTINEZ | 5/1/2002 | 6696 |
| CHRB-009-0017 | TERESA S. MARTINEZ | 9/3/2004 | 7580 |
| CHRB-009-0017 | LEROY J. MARTINEZ | 9/3/2004 | 7580 |
| CHRB-009-0018 | RUBEN MANZANARES JR. | 1/25/2005 | 7731 |
| CHRB-009-0018 | MARY LEAH MANZANARES | 1/25/2005 | 7731 |
| CHRB-009-0018 | MARIANO S. MANZANARES | 1/25/2005 | 7731 |
| CHRB-009-0019 | CHRISTINE M. CORDOVA | 11/22/2006 | 8477 |
| CHRB-009-0019 | JOSEPH G. CORDOVA | 11/22/2006 | 8477 |
| CHRB-009-0021 | JOSE P. TAFOYA | 11/18/2004 | 7647 |
| CHRB-009-0021 | LUCY M. TAFOYA | 11/18/2004 | 7647 |
| CHRB-009-0022A | LORENZO ZUNIGA JR. AND MARIA E. VARELA FAMILY TRUST | 3/5/2007 | 8577 |
| CHRB-009-0022B | ROSINA MARTINEZ | 2/6/2007 | 8550 |
| CHRB-009-0023 | RUDOLPH A. CHAVEZ | 5/1/2002 | 6697 |
| CHRB-009-0024 | FELICITAS TRUJILLO | 6/26/2003 | 7184 |
| CHRB-009-0025 | WILLIE TRUJILLO JR. | 3/24/2006 | 8196 |
| CHRB-009-0026 | HARRY SANCHEZ | 5/17/2005 | 7873 |
| CHRB-009-0027 | BEVERLY ANN ARCHULETA | 8/12/2005 | 7987 |
| CHRB-009-0027 | PEDRO ANTONIO ARCHULETA IV | 8/12/2005 | 7987 |
| CHRB-009-0027 | BERONICE IGNACITA ARCHULETA | 8/12/2005 | 7987 |
| CHRB-009-0028 | RICHARD PADILLA | 5/17/2005 | 7874 |
| CHRB-009-0028 | EMMA PADILLA | 5/17/2005 | 7874 |
| CHRB-009-0029 | HARRY SANCHEZ | 5/4/2006 | 8267 |

| Subfile Number | Defendant | SubFile Order: | |
| --- | --- | --- | --- |
| | | Date Filed | Docket No. |
| CHRB-009-0029 | THERESA SANCHEZ | 5/4/2006 | 8267 |
| CHRB-009-0030 | WILLIE TRUJILLO JR. | 12/10/2007 | 9053 |
| CHRB-009-0031 | BAUDELIA M. MERCURE | 11/22/2006 | 8497 |
| CHRB-009-0031 | VINCENTE MERCURE | 11/22/2006 | 8497 |
| CHRB-009-0032 | BAUDELIA M. MERCURE | 11/22/2006 | 8498 |