Case 6:69-cv-07941-KWR-KK   Document 9925-1   Filed 07/29/10   Page 1 of 1



003-0003
A 1.1 ac.
F

Tierra Amarilla Community Ditch

LEGEND
- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Area
- Operable Ditch
- Inoperable Ditch
- Stock Ponds / Reservoir
- ⊙ Point of Diversion
- Ⓕ Fallow
- ⓃⓇ No Right





1 inch = 200 feet
0    100    200 Feet

STATE OF NEW MEXICO
Office of the State Engineer
John R. D'Antonio, Jr., P.E.,
State Engineer

Rio Chama Hydrographic Survey
Rito de Tierra Amarilla Section

Subfile Number
**CHTA-003-0003**
Tierra Amarilla Community Ditch
AMENDED April 29, 2010

