# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO** *ex rel.* ) | | |
| **State Engineer,** ) | | |
| ) | | |
| Plaintiff, ) | 6:69-cv-07941-BB | |
| ) | | |
| vs. ) | RIO CHAMA STREAM SYSTEM | |
| ) | | |
| **ROMAN ARAGON,** *et al.***,** ) | Section 7, Rito de Tierra Amarilla | |
| ) | | |
| Defendants. ) | Subfile No.: CHTA-004-0022 | |

## ENTRY OF APPEARANCE

COMES NOW Cuddy & McCarthy, LLP and enters its appearance as counsel for Chama Valley Independent School District No. 19 in the above-referenced matter.

CUDDY & McCARTHY, LLP

By: *Electronically Filed 07/30/10*
REBECCA DEMPSEY
Attorneys for Chama Valley Independent School
Post Office Box 4160
Santa Fe, New Mexico 87502-4160
(505) 988-4476
(866) 679-4476 (toll free)
(505) 954-7373 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Entry of Appearance* was electronically filed on July 30, 2010 through the CM/ECF filing system which caused the parties on the electronic service list, as more fully set forth in the notice of electronic filing, to be served via electronic mail.

/s/
REBECCA DEMPSEY