# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO** *ex rel.* **State Engineer,** | ) ) ) | |
| Plaintiff, | ) ) | 6:69-cv-07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| **ROMAN ARAGON,** *et al.*, | ) ) | Section 7, Rito de Tierra Amarilla |
| Defendants. | ) | Subfile No.: CHTA-004-0022 |

## CHAMA VALLEY INDEPENDENT SCHOOL DISTRICT NO. 19'S OBJECTION TO PROPOSED IRRIGATION REQUIREMENTS

COMES NOW the Chama Valley Independent School District No. 19, a member of the Tierra Amarilla Community Ditch, and objects to the irrigation requirements proposed in the Court's Notice and Order to Show Cause filed May 28, 2010 (Docket Nos. 9769 and 9770). For its objections, Chama Valley Independent School District No. 19 joins in and adopts by reference the Objections of the Associación de Acéquias Norteñas de Rio Arriba and the Tierra Amarilla Community Ditch to Proposed Irrigation Requirements filed herein on July 28, 2010 (Docket No. 9922).

CUDDY & McCARTHY, LLP

By: *Electronically Filed 07/30/10*
REBECCA DEMPSEY
Attorneys for Chama Valley Independent School
Post Office Box 4160
Santa Fe, New Mexico 87502-4160
(505) 988-4476
(866) 679-4476 (toll free)
(505) 954-7373 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Chama Valley Independent School District No. 19's Objection to Proposed Irrigation Requirements* was electronically filed on July 30, 2010 through the CM/ECF filing system which caused the parties on the electronic service list, as more fully set forth in the notice of electronic filing, to be served via electronic mail.

                                                    /s/
                                     REBECCA DEMPSEY