IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rito de Tierra Amarilla

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

__✓__ The priority date proposed for my water right.

__✓__ The priority date proposed for any other water right.
Please describe this water right or ditch _____

____ The irrigation water requirements proposed for water rights in the Tierra Amarilla Subsection.

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): Lionel Martinez       Subfile No. CHTA-004-0087

MAILING ADDRESS: P.O. Box 114 Chama, NM 87520

TELEPHONE NO.: 575-588-7615

SIGNED: [signature]       DATE: _____

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN JULY 31, 2010 TO:**

United States District Court
106 South Federal Place
Santa Fe, NM 87501

ALBUQUERQUE NM 871
03 AUG 2010 PM 3 L

UNITED STATES DISTRICT COURT
106 SOUTH FEDERAL PLACE
SANTA FE, NM 87501

87501+1903

RECEIVED
AT SANTA FE

AUG 0 4 2010

MATTHEW J. DYKMAN
CLERK