IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 3, Rio Cebolla |
| ROMAN ARAGON, *et al.*, | Subfile No.: CHCB-005-0002 |
| Defendants. | |

## STATUS REPORT

In compliance with the Order Granting Motion to Stay Litigation Proceedings filed February 24, 2010 (Docket No. 9605), the Plaintiff State of New Mexico *ex rel.* State Engineer (State Engineer) files this Status Report in connection with the settlement negotiation meetings conducted between Defendants Estate of Julian Serrano, Deceased and Flavio Gurule (Defendants) in Subfile CHCB-005-0002 and the State Engineer. The settlement negotiations resulted to complete settlement of the Defendants claims and a Consent Order was filed on July 29, 2010 (Docket No. 9927).

Respectfully submitted,

   /s/ Barbara Brill
Barbara Brill, Esq.
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150 phone
(505) 827-3887 facsimile