IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 6:69-cv-07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rito de Tierra Amarilla<br><br>**Subfile No. CHTA-003-0003** |

### ORDER GRANTING MOTION TO AMEND DEFAULT ORDER

THIS MATTER is before the Court on the State of New Mexico's Motion to Amend Default Order filed July 29, 2010 (Docket No. 9925).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the Order Granting Default Judgment entered in connection with Defendant Estate of Maria Casias and Subfile CHTA-003-0003 on June 21, 2007 (Docket No. 8722) is amended as follows:

1. The amount and location of irrigated acreage under subfile CHTA-003-0003 is revised from 0.9 acres to 1.1 acres as shown and described in Exhibit 1 of the Motion to Amend Default Order filed July 29, 2010 (Docket No. 9925), also attached hereto.

　　　　　　　　　　　　　　　　　　　　　/s/ Bruce D. Black
　　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*

SPECIAL MASTER VICKIE L. GABIN

