IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>     Plaintiff,<br><br>     vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>     Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7, Rito de Tierra Amarilla<br><br>**Subfile Nos.   CHTA-003-0038**<br>**                        CHTA-004-0035** |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, to Substitute Parties in Subfiles CHTA-003-0038 and CHTA-004-0035, filed July 29, 2010 (Doc. No. 9926).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Gilbert L. Martinez is substituted for defendant Joann C. Martinez in these proceedings.

/s/ Bruce D. Black
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

/s/ Vickie L. Gabin
SPECIAL MASTER VICKIE L. GABIN