IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

           Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

           Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

Subfile No. CHNU-001-0001

**ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR**

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed August 6, 2010 (Doc. No. 9934) to correct a clerical error in the Consent Order filed December 12,  2005 (No. 8083) in connection with defendant JUAN R. MONTAÑO in subfile CHNU-001-0001.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the description of the location of the 1.0 acre tract of irrigated land described in the Consent Order filed December 12,  2005 (Docket No. 8083)  is corrected as follows:

Section 31, Township 28N, Range 05E, N.M.P.M.

      Pt. SW¼                                   1.0 acre

The remaining information in the Consent Order is unchanged.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

Special Master Vickie L. Gabin