IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*<br>State Engineer<br><br>          Plaintiff,<br><br>   vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>          Defendants. | 6:69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Rio Brazos |

**ORDER AMENDING ALL SUBFILE ORDERS DESCRIBING
IRRIGATION WATER RIGHTS FOR TRACTS OF LAND UNDER
THE LA PUENTE DITCH TO INCLUDE SEVEN SPRINGS
AS ADDITIONAL SOURCES OF WATER**

THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's April 27, 2010, Motion to Amend All Subfile Orders Describing Irrigation Water Rights For Tracts of Land Under the La Puente Ditch to Include Seven Springs as Additional Sources of Water (Docket No. 9698). No Objection to the Motion has been filed.

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

IT IS ORDERED, THEREFORE, that each and every subfile order describing irrigation water rights for tracts of land under the La Puente Ditch is amended to include as additional sources of water for irrigation purposes the seven (7) springs described below:

        **Spring:** SPRING NO. 11A

              **Location: X=** 1,546,475 feet    **Y=**    2,082,159 feet

        **Spring:** SPRING NO. 11B

    **Location: X=** 1,546,402 feet  **Y=** 2,082,052 feet

 **Spring:** SPRING NO. 12A

    **Location: X=** 1,545,736 feet  **Y=** 2,081,432 feet

 **Spring:** SPRING NO. 12B

    **Location: X=** 1,545,816 feet  **Y=** 2,081,160 feet

 **Spring:** SPRING NO. 12E

    **Location: X=** 1,545,604 feet  **Y=** 2,081,182 feet

 **Spring:** SPRING NO. 12F

    **Location: X=** 1,545,603 feet  **Y=** 2,081,131 feet

 **Spring:** SPRING NO. 12G

    **Location: X=** 1,545,536 feet  **Y=** 2,081,162 feet

 New Mexico State Plane Coordinate System, Central Zone, 1983 NAD

 The location of the seven (7) springs described above is shown on the map included in Appendix 1 to this Order. A list of the Subfiles and Subfile Orders affected by this Order is also included in Appendix 1. This list contains three subfiles (CHRB-009-0008; CHRB-009-0015; CHRB-009-0020) which were not included in the original list of affected Subfiles filed with the State's April 27, 2010 Motion. *See* Notice of Errata filed August 5, 2010 (Doc. 9931); Notice of Errata filed July 29, 2010 (Doc. 9924); Notice of Errata filed May 5, 2010 (Doc. 9708).

                */s/ Bruce D. Black*
                BRUCE D. BLACK
                UNITED STATES DISTRICT JUDGE

Recommended for approval:

_Vickie L. Gabin_

SPECIAL MASTER