IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>   Plaintiff,<br><br> -v-<br><br>ROMAN ARAGON et al.,<br><br>   Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>All Sections |

ORDER SETTING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 53, a general status conference is hereby set for Monday, September 27, 2010, in the Second Floor Auxiliary Courtroom, United States District Court, 106 S. Federal Place, Santa Fe, NM.   The status conference will begin immediately following the Pretrial Conference on two objections to show cause and requests for hearing on priority dates, now set for 9:00 a.m.   Agenda items include:

 1. Section 1

 a.  the status of the consent order for the United States of America's Wild & Scenic River claims and planning for *inter se* proceedings

 b.  the status of the OSE's hydrographic survey for the Rio del Oso/Vallecitos areas and planning for further proceedings

 2. Section 5

 a.  the status of the United States' stockwatering claims

 b.  stock ponds and stockwatering uses

 3.  Section 7

 a.  anticipated show cause proceedings in remaining four subsections

    b.  the status of the consent order for the state-based water rights claims of the Jicarilla Apache Nation

    4.  <u>Section 3</u>

    a.  show cause proceedings in the Nutrias Subsection

    b.  anticipated show cause proceedings in the Cebolla and Canjilon Subsections

    c.  disputed subfiles in the Cebolla Subsection

    5.  <u>Claims based on the Treaty of Guadalupe Hidalgo</u>

    6.  Any other matter relevant to completing the adjudication of water rights within the Rio Chama Stream System

Involved counsel shall be prepared with proposed amendments to existing scheduling orders and/or proposed orders for further proceedings in the matters outlined above.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER