IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>        Plaintiff,<br><br>-v-<br><br>ROMAN ARAGON et al.,<br><br>        Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Rito de Tierra Amarilla |

### ORDER SETTING PRETRIAL SCHEDULING CONFERENCE

TO:

    Lionel E. Martinez II              Subfile No.  CHTA-004-0037
    P.O. Box 114
    Chama, NM  87520

    Colomex Oil and Gas Co., Inc.    Subfile No.  CHTA-004-0018
    P.O. Box 1147
    Taos, NM  87571

**THIS MATTER** is before the Special Master on the Objections and Responses to Notice and Order to Show Cause filed by the above-named defendants (Docket Nos. 9914, 9930).  These objections were filed pursuant to notices and orders to show cause entered by the Court June 3 and 4, 2010 (Nos. 9870, 9891).  These defendants have objected to both the priority dates and the irrigation water requirements proposed by the State of New Mexico, ex rel. State Engineer, ("State") for their water rights claims.

A pretrial conference for the purpose of entering a scheduling order to govern further proceedings is set for 9:00 a.m., Monday, September 27,  2010, in the Second Floor Auxiliary

Courtroom, United States District Court, 106 South Federal Place, Santa Fe, NM  87501.  (Objections to proposed irrigation water requirements will not be heard until all remaining defendants in Section 7, Tierra Amarilla, have been served with orders to show cause and have had the opportunity to object to the proposal.  Proceedings for resolving these objections will be discussed at the general status conference immediately following this pretrial scheduling conference on priority objections.  *See,* Order Setting Status Conference, September 1, 2010, No. 9947.)

**Attendance at this pretrial conference is mandatory for defendants, their attorneys, if they have them, and counsel from the Office of the State Engineer.  Failure to appear may result in a dismissal of the defendant's objection pursuant to the Order Granting Motion for Approval of Form of Notice and Orders to Show Cause, filed May 4, 2010 (No. 9707).**

Defendants should be prepared to discuss generally their objections to the State's proposed priority dates, and the State shall be prepared with a proposed scheduling order for further proceedings.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER