IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

    Plaintiffs,

v.

RAMON ARAGON, *et al.*,

    Defendants.

69cv07941 BB
Rio Chama Adjudication

## ORDER

**THIS MATTER** comes before the Court *sua sponte*.

On December 16, 2009, the Special Master filed her Report on Priorities for Three Acequias (Doc. No. 9546). The Three Acequias (Doc. No. 9556, filed January 7, 2010) and the State of New Mexico (Doc. No. 9597, filed February 20, 2010) filed motions to adopt the Special Master's Report.

The Court later granted a motion by the State of New Mexico and ruled that it would limit its review of objections to the Special Master's Report to the evidence and testimony presented to the Special Master at the evidentiary hearing held in August 1996. (*See* Mem. Op. and Order, Doc. No. 9910, filed June 25, 2010). *Pro se* defendant David Ortiz subsequently filed a Motion to Reconsider and Review Evidence Submitted by Objectors and Joint Objectors (Doc. No. 9949, filed September 2, 2010).

The Court will deny without prejudice the motions by the Three Acequias (Doc. No. 9556) and the State of New Mexico (Doc. No. 9597) to adopt the Special Master's Report. The Three Acequias and the State of New Mexico may renew their motions after the Court rules on David Ortiz' motion to reconsider.

**IT IS SO ORDERED.**

                                              **BRUCE D. BLACK**
                                              **UNITED STATES DISTRICT JUDGE**