IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 3, Rio Nutrias |
| Defendants. | |

**NOTICE OF FILING OF CROSS REFERENCE AND INDEX
FOR INDIVIDUAL SUBFILES IN SECTION 3, RIO NUTRIAS**

The State of New Mexico on the relation of the State Engineer gives notice of the filing of the attached cross reference and index of the Rio Nutrias Subsection adjudication subfile numbering to file numbers assigned by the Office of the State Engineer (OSE) for administrative purposes to individual water uses described in individual subfile orders in the Rio Nutrias Subsection. The OSE file numbers in the attached cross reference and index represent the indexing of Rio Nutrias Subsection subfile orders as abstracted by the OSE in WATERS (Water Administration Technical Engineering Resource System) and supercedes all previously assigned OSE file numbers, including those described in individual subfile orders entered by the Court, if any.

Dated: September 13, 2010

                                                                                                                 Respectfully submitted,

                                                                                                                    /s/ Ed Newville
                                                                                                          EDWARD G. NEWVILLE
                                                                                                          Special Assistant Attorney General
                                                                                                          Office of State Engineer
                                                                                                          P.O. Box 25102

Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___13th___ day of September, 2010 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

    /s/ Ed Newville
EDWARD G. NEWVILLE

CROSS REFERENCE AND INDEX OF RIO CHAMA
ADJUDICATION SUBFILE NUMBERING (RIO NUTRIAS SUBSECTION)
TO OSE FILE NUMBERS AS ABSTRACTED IN W.A.T.E.R.S.

| Adjudication Subfile Subfile Number | Header | OSE File Number | Use Code | Acreage |
|---|---|---|---|---|
| CHNU-001-0001 | A | SD 01975-1 | IRR | 217.7 |
| CHNU-001-0002A | A | SD 06191-1 | IRR | 17.2 |
| CHNU-001-0002A | B | SD 06191-2 | IRR | 19.7 |
| CHNU-001-0002A | C | SD 06190-1 | IRR | 71.9 |
| CHNU-001-0002A | D | SD 06190-2 | NRT | 1.4 |
| CHNU-001-0002B | A | SD 06191-3 | IRR | 6.1 |
| CHNU-001-0003 | A | SD 01975-5 | IRR | 11.3 |
| CHNU-001-0003 | B | SD 03135-2 | IRR | 2.2 |
| CHNU-001-0004 | A | SD 03135-3 | IRR | 7.8 |
| CHNU-001-0005 | A | SD 06178-1 | IRR | 32.6 |
| CHNU-001-0005 | B | SD 06200-1 | NRT | 1.4 |
| CHNU-002-0001 | A | SD 06178-2 | IRR | 39.7 |
| CHNU-002-0001 | B | SD 00015-1 | IRR | 1.3 |
| CHNU-002-0001 | C | SD 00015-12 | IRR | 18.5 |
| CHNU-002-0002 | A | SD 00015-2 | IRR | 0.9 |
| CHNU-002-0002 | B | SD 00015-3 | NRT | 0.6 |
| CHNU-002-0003A | A | SD 00015-13 | IRR | 11.6 |
| CHNU-002-0003A | B | SD 00313-2 | IRR | 1.4 |
| CHNU-002-0003A | C | SD 03135-9 | IRR | 12.4 |
| CHNU-002-0003A | D | SD 02752-2 | IRR | 17.4 |
| CHNU-002-0003B | A | SD 00015-14 | IRR | 1.9 |
| CHNU-002-0003B | B | SD 02752-3 | IRR | 0.3 |
| CHNU-002-0004 | A | SD 00015-5 | IRR | 66.4 |
| CHNU-002-0005A | A | SD 00015-7 | IRR | 2.2 |
| CHNU-002-0005A | B | SD 03135-4 | IRR | 0.7 |
| CHNU-002-0005A | C | SD 00015-8 | IRR | 4.2 |
| CHNU-002-0005B | A | SD 00015-9 | IRR | 0.3 |
| CHNU-002-0005B | B | SD 03135-5 | IRR | 9.4 |
| CHNU-002-0005C | A | SD 03135-6 | IRR | 12.3 |
| CHNU-002-0005C | B | SD 03135-7 | IRR | 0.5 |
| CHNU-002-0006 | A | SD 00015-10 | IRR | 40.0 |
| CHNU-002-0006 | B | SD 06234-7 | IRR | 11.8 |
| CHNU-002-0007 | A | SD 06234-1 | IRR | 18.1 |
| CHNU-002-0008A | A | SD 06234-8 | IRR | 34.0 |
| CHNU-002-0008A | B | SD 06179-6 | IRR | 0.7 |
| CHNU-002-0008B | A | SD 06179-5 | IRR | 56.7 |

IRR - Irrigation Right
NRT - No Right Tract

| | | | | |
|---|---|---|---|---|
| CHNU-002-0009 | A | SD 06184-1 | IRR | 5.7 |
| CHNU-002-0010 | A | SD 06179-3 | IRR | 8.6 |
| CHNU-002-0010 | B | SD 06179-2 | IRR | 16.8 |
| CHNU-002-0011 | A | SD 06185-2 | IRR | 12.6 |
| CHNU-002-0012 | A | SD 06179-4 | IRR | 3.9 |
| CHNU-002-0012 | B | SD 06182-1 | IRR | 3.5 |
| CHNU-002-0013 | A | SD 06234-4 | IRR | 15.4 |
| CHNU-002-0013 | B | SD 06234-5 | NRT | 0.1 |
| CHNU-002-0014 | A | SD 06234-6 | IRR | 9.5 |
| CHNU-002-0015 | A | SD 06182-2 | IRR | 15.6 |
| CHNU-002-0016 | A | SD 01357-1 | NRT | 50.0 |
| CHNU-003-0001 | A | SD 06177-1 | IRR | 7.4 |
| CHNU-003-0002A | A | SD 01357-2 | NRT | 88.0 |
| CHNU-003-0002B | A | SD 06177-2 | IRR | 34.1 |
| CHNU-003-0002C | A | SD 06186-1 | NRT | 27.9 |
| CHNU-003-0002D | A | SD 06181-1 | IRR | 123.0 |
| CHNU-003-0003 | A | SD 06200-2 | NRT | 16.2 |
| CHNU-004-0001 | A | SD 06197-1 | IRR | 31.4 |
| CHNU-004-0002 | A | SD 06197-2 | IRR | 30.6 |
| CHNU-004-0002 | B | SD 06192-1 | IRR | 1.3 |
| CHNU-004-0003A | A | SD 06197-6 | IRR | 12.4 |
| CHNU-004-0003A | B | SD 06192-5 | IRR | 14.0 |
| CHNU-004-0003B | A | SD 06197-5 | IRR | 0.1 |
| CHNU-004-0004 | A | SD 06197-4 | IRR | 1.5 |
| CHNU-004-0004 | B | SD 06192-3 | IRR | 1.7 |
| CHNU-004-0005 | A | SD 06192-4 | IRR | 6.1 |
| CHNU-004-0005 | B | SD 06198-1 | IRR | 28.8 |
| CHNU-004-0006A | A | SD 06198-3 | IRR | 9.8 |
| CHNU-004-0006B | A | SD 06198-4 | IRR | 17.6 |
| CHNU-005-0001A | A | SD 06180-2 | IRR | 42.5 |
| CHNU-005-0001A | B | SD 06180-2 | NRT | 47.5 |
| CHNU-005-0001B | A | SD 06202-3 | IRR | 9.4 |
| CHNU-005-0001B | B | SD 06202-4 | IRR | 24.7 |
| CHNU-005-0002 | A | SD 06189-1 | IRR | 26.8 |
| CHNU-005-0002 | B | SD 06202-2 | IRR | 5.0 |
| CHNU-006-0001 | A | SD 06188-1 | IRR | 62.4 |

IRR - Irrigation Right
NRT - No Right Tract

-4-