IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, | ) ) ) |
| Plaintiff, | ) No. 69cv07941-BB |
| v. | ) ) ) Rio Chama Adjudication |
| ROMAN ARAGON, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF CHANGE OF ADDRESS

The United States of America ("United States") hereby gives notice that, **effective October 1, 2010**, the mailing address of its attorneys, Bradley S. Bridgewater and David W. Gehlert, will change to the following:

> U.S. Department of Justice
> South Terrace, Suite 370
> 999 18th Street
> Denver, CO 80202

The new mailing address should also be used for express deliveries. Counsel's fax number – (303)-844-1350), telephone numbers, and email addresses will not change. However, due to move-related displacement, telephone and fax communications may be disrupted during the week of September 27, 2010.

> Respectfully submitted,
>
> /s/ Bradley S. Bridgewater_____
> BRADLEY S. BRIDGEWATER
> U.S. Department of Justice
> 1961 Stout Street – 8th Floor
> Denver, CO 80294
> (303) 844-1359

DAVID W. GEHLERT
U.S. Department of Justice
1961 Stout Street – 8th Floor
Denver, CO 80294
(303) 844-1386

COUNSEL FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on September 14, 2010, I filed the foregoing *NOTICE OF CHANGE OF ADDRESS* electronically through the CM/ECF system, which caused parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                _____/s/_____
                 BRADLEY S. BRIDGEWATER