**APPENDIX TO ORDER MAKING FINAL DETERMINATION
OF PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS
IN THE RIO NUTRIAS SUBSECTION OF SECTION 3
OF THE RIO CHAMA STREAM SYSTEM**

**LA ACEQUIA DEL TERRERO**

    Priority:    1888

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or
        a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-001-0002A | A | SD 06191-1 | 17.2 |
| CHNU-001-0002B | A | SD 06191-3 | 6.1 |

**LA ACEQUIA DEL GILBERTO**

    Priority:    1888

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or
        a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-001-0002A | B | SD 06191-2 | 19.7 |

**TAFOYA/ESQUIBEL**

    Priority:    1885

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or

a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-001-0003 | B | SD 03135-2 | 2.2 |
| CHNU-001-0004 | A | SD 03135-3 | 7.8 |
| CHNU-002-0003A | C | SD 03135-9 | 12.4 |
| CHNU-002-0005A | B | SD 03135-4 | 0.7 |
| CHNU-002-0005B | B | SD 03135-5 | 9.4 |
| CHNU-002-0005C | A | SD 03135-6 | 12.3 |
| CHNU-002-0005C | B | SD 03135-7 | 0.5 |

**ESQUIBEL/VALDEZ**

Priority:    1890

An amount of water not to exceed:

    a CIR of 1.13 acre-feet per acre per annum, or
    a FDR of 2.83 acre-feet per acre per annum, or
    a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0009 | A | SD 06184-1 | 5.7 |

**VEGA**

Priority:    1878

An amount of water not to exceed:

    a CIR of 1.13 acre-feet per acre per annum, or
    a FDR of 2.83 acre-feet per acre per annum, or
    a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0006 | B | SD 06234-7 | 11.8 |
| CHNU-002-0007 | A | SD 06234-1 | 18.1 |
| CHNU-002-0008A | A | SD 06234-8 | 34.0 |

| | | | |
|---|---|---|---|
| CHNU-002-0013 | A | SD 06234-4 | 15.4 |
| CHNU-002-0014 | A | SD 06234-6 | 9.5 |

## BEN VALDEZ

Priority:      1878

An amount of water not to exceed:

> a CIR of 1.13 acre-feet per acre per annum, or
> a FDR of 2.83 acre-feet per acre per annum, or
> a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0008A | B | SD 06179-6 | 0.7 |
| CHNU-002-0008B | A | SD 06179-5 | 56.7 |
| CHNU-002-0010  | A | SD 06179-3 | 8.6 |
| CHNU-002-0012  | A | SD 06179-4 | 3.9 |

## JOE B. VALDEZ

Priority:      1895

An amount of water not to exceed:

> a CIR of 1.13 acre-feet per acre per annum, or
> a FDR of 2.83 acre-feet per acre per annum, or
> a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0010 | B | SD 06179-2 | 16.8 |
| CHNU-002-0011 | A | SD 06185-2 | 12.6 |

## ESPIRIANO VELASQUEZ

Priority:      1899

An amount of water not to exceed:

a CIR of 1.13 acre-feet per acre per annum, or
a FDR of 2.83 acre-feet per acre per annum, or
a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0012 | B | SD 06182-1 | 3.5 |
| CHNU-002-0015 | A | SD 06182-2 | 15.6 |

### **ACEQUIA PERFECTO ESQUIBEL**

Priority:     1875

An amount of water not to exceed:

a CIR of 1.13 acre-feet per acre per annum, or
a FDR of 2.83 acre-feet per acre per annum, or
a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-001-0001 | A | SD 01975-1 | 217.7 |
| CHNU-001-0002A | C | SD 06190-1 | 71.9 |
| CHNU-001-0003 | A | SD 01975-5 | 11.3 |

### **ACEQUIA PEDRO ESQUIBEL**

Priority:     1893

An amount of water not to exceed:

a CIR of 1.13 acre-feet per acre per annum, or
a FDR of 2.83 acre-feet per acre per annum, or
a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0001 | A | SD 06178-2 | 39.7 |
| CHNU-001-0005 | A | SD 06178-1 | 32.6 |

**ESQUIBEL**

    Priority:    1885

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or
        a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0001 | B | SD 00015-1 | 1.3 |
| CHNU-002-0001 | C | SD 00015-12 | 18.5 |
| CHNU-002-0002 | A | SD 00015-2 | 0.9 |
| CHNU-002-0003A | A | SD 00015-13 | 11.6 |
| CHNU-002-0003B | A | SD 00015-14 | 1.9 |
| CHNU-002-0004 | A | SD 00015-5 | 66.4 |
| CHNU-002-0005A | A | SD 00015-7 | 2.2 |
| CHNU-002-0005A | C | SD 00015-8 | 4.2 |
| CHNU-002-0005B | A | SD 00015-9 | 0.3 |
| CHNU-002-0006 | A | SD 00015-10 | 40.0 |

**UNNAMED DITCH NO. 2**

    Priority:    1885

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or
        a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0003A | D | SD 02752-2 | 17.4 |
| CHNU-002-0003B | B | SD 02752-3 | 0.3 |

**UNNAMED DITCH NO. 3**

    Priority:    1885

An amount of water not to exceed:

    a CIR of 1.13 acre-feet per acre per annum, or
    a FDR of 2.83 acre-feet per acre per annum, or
    a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-002-0003A | B | SD 00313-2 | 1.4 |

**ABEYTA**

Priority:    1877

An amount of water not to exceed:

    a CIR of 1.13 acre-feet per acre per annum, or
    a FDR of 2.83 acre-feet per acre per annum, or
    a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-003-0001 | A | SD 06177-1 | 7.4 |
| CHNU-003-0002B | A | SD 06177-2 | 34.1 |

**EPIFANIO ULIBARRI**

Priority:    1878

An amount of water not to exceed:

    a CIR of 1.13 acre-feet per acre per annum, or
    a FDR of 2.83 acre-feet per acre per annum, or
    a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-003-0002D | A | SD 06181-1 | 123.0 |

**MAES/SANCHEZ**

    Priority:    1882

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or
        a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-004-0001 | A | SD 06197-1 | 31.4 |
| CHNU-004-0002 | A | SD 06197-2 | 30.6 |
| CHNU-004-0003A | A | SD 06197-6 | 12.4 |
| CHNU-004-0003B | A | SD 06197-5 | 0.1 |
| CHNU-004-0004 | A | SD 06197-4 | 1.5 |

**LUIS SANCHEZ**

    Priority:    1882

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or
        a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-004-0002 | B | SD 06192-1 | 1.3 |
| CHNU-004-0003A | B | SD 06192-5 | 14.0 |
| CHNU-004-0004 | B | SD 06192-3 | 1.7 |
| CHNU-004-0005 | A | SD 06192-4 | 6.1 |

**MARTINEZ/ULIBARRI**

    Priority:    1882

    An amount of water not to exceed:

a CIR of 1.13 acre-feet per acre per annum, or
a FDR of 2.83 acre-feet per acre per annum, or
a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-004-0005 | B | SD 06198-1 | 28.8 |
| CHNU-004-0006A | A | SD 06198-3 | 9.8 |
| CHNU-004-0006B | A | SD 06198-4 | 17.6 |

### SALOMON ULIBARRI

Priority:    1882

An amount of water not to exceed:

a CIR of 1.13 acre-feet per acre per annum, or
a FDR of 2.83 acre-feet per acre per annum, or
a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-005-0001B | A | SD 06202-3 | 9.4 |
| CHNU-005-0001B | B | SD 06202-4 | 24.7 |
| CHNU-005-0002 | B | SD 06202-2 | 5.0 |

### JUAN ULIBARRI

Priority:    1882

An amount of water not to exceed:

a CIR of 1.13 acre-feet per acre per annum, or
a FDR of 2.83 acre-feet per acre per annum, or
a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-005-0002 | A | SD 06189-1 | 26.8 |

**EMILIO SAMORA**

    Priority:    1868

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or
        a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-005-0001A | A | SD 06180-2 | 42.5 |

**JUAN PABLO SAMORA**

    Priority:    1904

    An amount of water not to exceed:

        a CIR of 1.13 acre-feet per acre per annum, or
        a FDR of 2.83 acre-feet per acre per annum, or
        a PDR of 4.71 acre-feet per acre per annum.

| Subfiles | Header | OSE File Number | Acreage |
|---|---|---|---|
| CHNU-006-0001 | A | SD 06188-1 | 62.4 |