# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, et al.,

    Defendants.

CV69-7941 BB/ACE

## NOTICE OF ADDRESS CHANGE

Brett J. Olsen, Esq., attorney for Rancho Lobo, Ltd., hereby gives notice of the following change of address effective immediately:

Brett J. Olsen
Montgomery & Andrews, P.A.
Post Office Box 36210
Albuquerque, New Mexico 87176-6210
Telephone: (505) 884-4200 / Fax: (505) 888-8929
bolsen@montand.com

        Respectfully submitted,

        /s/ Brett J. Olsen
        Brett J. Olsen
        MONTGOMERY & ANDREWS, P.A.
        Post Office Box 36210
        Albuquerque, New Mexico 87176-6210
        Telephone: (505) 884-4200
        Fax: (505) 888-8929
        *Attorney for Rancho Lobo, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of September 2010, I file the foregoing Notice of Address Change electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic filing, to be served.

                                                          /s/ Brett J. Olsen
                                                          BRETT J. OLSEN