IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>    Defendants. | 6:69-cv-07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1, Chama Mainstream<br><br>Vallecito & Rio del Oso |

ORDER GRANTING MOTION FOR EXTENSION OF TIME
AND AMENDING INTERIM SCHEDULING ORDER

THIS MATTER is before the Court on the State of New Mexico's Motion for an Extension of Time filed September 28, 2010 (Docket No. 9961).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds the request to be well-taken, and that it should be GRANTED.

IT IS THEREFORE ORDERED that the *Interim Scheduling Order for the Adjudication of Irrigation Water Uses in the Vallecito and Rio del Oso Areas* entered on November 12, 2009 (Doc. 9527) shall be amended as follows:

(1) The State of New Mexico shall complete required field work in connection with a survey of irrigation water uses in the general area of Vallecito and the Rio del Oso no later than **September 30, 2011**.

(2) No later than **February 28, 2012**, counsel for the State of New Mexico, *ex rel.* State Engineer shall file a proposed scheduling order for the adjudication of water rights in this area.

All other provisions of the 2009 Interim Order shall remain in effect.

IT IS SO ORDERED.

_____
SPECIAL MASTER