IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Subfile Nos.   CHCB-001-0007
                   CHCB-002-0001B
                   CHCB-002-0002C
                   CHCB-002-0009

**JOINT STATUS REPORT ON DISPUTED SUBFILE CLAIMS
IN SECTION 3, RIO CEBOLLA**

      Pursuant to the request of the Special Master at the general status conference held in Santa Fe on September 27, 2010, the State of New Mexico *ex rel.* State Engineer ("State") and Defendants Geralda and Charlie Chacon, and Delfin and Frances Quintana, file this joint status report on disputed claims in Section 3 for subfiles CHCB-001-0007, CHCB-002-0001B, CHCB-002-0002C and CHCB-002-0009.

      Since the filing of the last Joint Status Report in this matter on August 6, 2010 (Doc. 993), the State has met individually with Charles Kinney, the State Engineer's mediator, to discuss its position. Mr. Kinney has also met individually with Ted Trujillo and his clients. The parties are presently planning a date for a site visit by Mr. Kinney during the week of October 25th. Following the site visit, the parties expect to meet in a formal mediation session as soon as this can be scheduled with Mr. Kinney.

                                                                               Respectfully submitted,

     /s/ Ed Newville
EDWARD G. NEWVILLE
BARBARA BRILL
Special Assistant Attorneys General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

     approved 10/06/10
TED J. TRUJILLO
Attorney for Geralda and Charlie Chacon, and Delfin and Frances Quintana
PO Box 2185
Española, NM 87532-2185
(505) 753-5150

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of October, 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

     /s/ Ed Newville
EDWARD G. NEWVILLE