IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Subfile Nos.   CHCB-001-0007<br>CHCB-002-0001B<br>CHCB-002-0002C<br>CHCB-002-0009 |
| Defendants. | |

**JOINT STATUS REPORT ON DISPUTED   SUBFILE CLAIMS
IN SECTION 3, RIO CEBOLLA**

Pursuant to the request of the Special Master at the general status conference held in Santa Fe on September 27, 2010, the State of New Mexico *ex rel.* State Engineer ("State") and Defendants Geralda and Charlie Chacon, and Delfin and Frances Quintana, file this joint status report on disputed claims in Section 3 in subfiles CHCB-001-0007, CHCB-002-0001B, CHCB-002-0002C and CHCB-002-0009.

Since the filing of the last Joint Status Report in this matter on August 6, 2010 (Doc. 993), the State has met individually with Charles Kinney, the State Engineer's mediator, to discuss its position.  Mr. Kinney has also met with Ted Trujillo and his clients during the week of October 4, 2010.  The parties are presently arranging a date for a site visit by Mr. Kinney.  Following the site visit, the parties expect to meet in a formal mediation session as soon as this can be scheduled with Mr. Kinney.

Respectfully submitted,

    /s/    Ed    Newville
EDWARD G. NEWVILLE
BARBARA BRILL
Special Assistant Attorneys General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   12th   day of October, 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/Ed Newville
EDWARD G.   NEWVILLE