IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

10 OCT 18 AM 8:09

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 3, Canjilon Creek

## CLERK'S CERTIFICATE OF DEFAULT

I, Matthew J. Dykman, Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that service of process commanding the following defendant to appear and defend in this cause was made as follows:

| Defendant | Subfile No. | Return of Service Filed |
|---|---|---|
| Donald Martinez | CHCJ-001-0006 | April 10, 2001 (Doc. No. 6222) |

I further certify that the above-named defendant has failed to appear, answer, or otherwise file a responsive pleading in the cause.

WHEREFORE, I certify that the above-named defendant is in default.

DATED this 18th day of October, 2010.

MATTHEW J. DYKMAN
DISTRICT COURT CLERK

By: _____
Deputy Clerk