(c; #9939

CV 69-7941

UNITED STATES DISTRICT COURT
District of New Mexico
Office of the Clerk
P. O. Box 2384
U. S. Courthouse
Santa Fe, New Mexico 87504-2384

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Jose P./Lucy M. Tafoya
Post Office Box 2084
Santa Fe, NM 87504

RECEIVED
AT SANTA FE

OCT 22 2010

MATTHEW J. DYKMAN
CLERK