IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, ) ) ) Plaintiff, ) ) -v- ) ) ROMAN ARAGON et al., ) ) Defendants. ) ) | 69cv07941-BB  RIO CHAMA STREAM SYSTEM  Ghost Ranch Ditch Subfile No. CHCJ-007-0001 |

ORDER SETTING PRETRIAL CONFERENCE

Pursuant to Fed. R. Civ. P. 53, a pretrial conference is hereby set for Tuesday, November 9, 2010, at 9:00 a.m. in the Second Floor Jury Assembly Room, United States District Court, 106 S. Federal Place, Santa Fe, NM. The parties, State of New Mexico *ex rel*. State Engineer, represented by Mr. Edward Newville, and the Ghost Ranch Ditch, represented by Mr. Peter Shoenfeld, shall be prepared to discuss necessary amendments to the existing Pretrial Order for Determination of Priority Date for Ghost Ranch Ditch (November 9, 2009, Docket No. 9526) and any other matters relevant to the adjudication of these water rights.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER