IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
             )    69cv07941-BB
        Plaintiff, )
             )    RIO CHAMA STREAM SYSTEM
      -v- )
             )
ROMAN ARAGON *et al.* )    Section 3
             )    Various Subfiles
        Defendants )
_____ )

Order Clarifying Name Corrections

This matter is before the Court *sua sponte*. In the course of reviewing the court record

staff found that certain subfile orders state incorrect names for defendants. All of the names

listed in the table below were corrected by the Court as indicated; however, the consent orders

filed subsequently used the defendants' "uncorrected names."

IT IS THEREFORE ORDERED that the names stated below are the corrected names of

the defendants for the specific subfiles listed below, and should be reflected as such in the Court

record.

| Subfile Number | Date of Correction | Docket Number | Correct Name |
| --- | --- | --- | --- |
| CHCB-007-0007 | November 1, 2007 | 8990 | Max. D. Martinez |
| CHCJ-002-0037 | October 1, 2001 | 6360 | Geraldine Martinez a.k.a. Geraldine N. Valdez |
| CHCJ-002-0048 | February 27, 2002 | 6584 | Jose Lorenzo Martinez, Jr. |
| CHCJ-003-0079 | October 1, 2001 | 6360 | Geraldine Martinez a.k.a. Geraldine N. Valdez |

_____
CHIEF JUDGE

Approved:

_____
SPECIAL MASTER VICKIE L. GABIN