IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | 69cv07941-BB |
| Plaintiff, | ) ) | RIO CHAMA STREAM SYSTEM |
| -v- | ) ) | |
| ROMAN ARAGON *et al.* | ) ) | Section 7 Various Subfiles |
| Defendants | ) ) | |

Order Clarifying Name Corrections

This matter is before the Court *sua sponte*. In the course of reviewing the court record staff found that certain subfile orders state incorrect names for defendants. All of the names listed in the table below were corrected by the Court as indicated; however, the consent orders filed subsequently used the defendants' "uncorrected names."

IT IS THEREFORE ORDERED that the names stated below are the corrected names of the defendants for the specific subfiles listed below, and should be reflected as such in the Court record.

| Subfile Number | Date of Correction | Docket No. | Correct Name |
|---|---|---|---|
| CHCC-002-0010 | October 21, 2003 | 7274 | Mary Ellen Burns Gonzales |
| CHCC-004-0008 | February 20, 2003 | 7067 | Medardo Sanchez, Jr |
| CHCV-001-0002 | October 21, 2003 | 7274 | Orlando Beasley |
| CHCV-002-0026 | June 4, 2004 | 7451 | Floyd E. Smith and Edna E. Smith Revocable Trust |
| CHRB-004-0016 | April 26, 2002 | 6666 | Maria F. Gallegos |
| CHRB-004-0020 | January 13, 2005 | 7701 | Albert M. Martinez |
| CHRB-004-0056 | April 26, 2002 | 6666 | Acencion Labrier |
| CHRB-004-0062 | December 5, 2007 | 9037 | Ensenada Mutual Domestic Water Consumers' Association |
| CHRB-006-0006 | April 26, 2002 | 6666 | Orlando M. Cordova |
| CHRB-006-0017 | April 26, 2002 | 6666 | Rufina L. Sandoval[1] |
| CHRB-006-0021 | April 26, 2002 | 6666 | Vangie Cordova Herrera[2] |
| CHRB-006-0022 | April 26, 2002 | 6666 | Vangie Cordova Herrera[2] |

1 - A second Order to Correct was filed September 18, 2002 (No. 6875).
2 - Order to Correct filed April 26, 2002 (6666) erroneously spelled the last name Herrea. The correct spelling is Herrera as reflected herein.

| | | | |
|---|---|---|---|
| CHRB-006-0029 | April 26, 2002 | 6666 | Fernando Trujillo, III |
| CHRU-001-0005 | January 13, 2005 | 7701 | Kryan B. Kemper |
| CHRU-001-0005 | January 13, 2005 | 7701 | Trudy M. Kemper |
| CHRU-001-0008 | September 18, 2002 | 6875 | Samuel R. Beach |
| CHTA-003-0012A | November 15, 2006 | 8448 | Chama Valley Independent School District No. 19 |

*[signature: Bruce D. Black]*

CHIEF JUDGE

Approved:

*[signature: Vickie L. Gabin]*

SPECIAL MASTER VICKIE L. GABIN