IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

        Plaintiff,

  -v-

ROMAN ARAGON *et al.*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7

Subfile No. CHTA-004-0037
              CHTA-004-0018

## NOTICE OF MAILING

The Special Master enters this Notice to confirm that the Special Master Report Recommending Dismissal of Objections filed November 2, 2010 was mailed to recipients listed below on November 3, 2010.

*Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN

Colomex Oil and Gas Co. Inc
P.O. Box 1147
Taos, NM 87571

Lionel E. Martinez, II
P.O. Box 114
Chama, New Mexico 87520