IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> ROMAN ARAGON et al., <br><br> Defendants. | ) ) ) ) ) ) 69cv07941-BB ) ) RIO CHAMA STREAM SYSTEM ) ) Ghost Ranch Ditch ) Subfile No. CHCJ-007-0001 ) |

### ORDER VACATING PRETRIAL CONFERENCE

Pursuant to Fed. R. Civ. P. 16 and 53, a pretrial conference in this matter was set for Tuesday, November 9, 2010 (October 26, 2010, Docket No. 9972). Following communications with the attorneys for the State of New Mexico, ex rel. State Engineer, and the Ghost Ranch Ditch, I find that the pretrial conference should be vacated pending the parties' filing of a stipulation describing certain water rights claimed by the Ghost Ranch Ditch. The pretrial conference will be re-set for November 22 if by that date the stipulation has not been filed with the Court.

IT IS SO ORDERED.

_Vickie L. Gabin_
SPECIAL MASTER