IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
        Plaintiff, )
 ) 69cv07941-BB
-v- )
 ) RIO CHAMA STREAM SYSTEM
ROMAN ARAGON et al., )
 ) Ghost Ranch Ditch
        Defendants. ) Subfile No. CHCJ-007-0001
 )

ORDER SETTING PRETRIAL CONFERENCE

Pursuant to Fed. R. Civ. P. 16 and 53, and the November 8, 2010, Order Vacating Pretrial Conference (Docket No. 9977), a pretrial conference is hereby set for 9:00 a.m., Monday, November 22, 2010, in the Small Courtroom of the United States District Court, 106 S. Federal Place, Santa Fe, NM..

Counsel for the State of New Mexico, *ex rel*. State Engineer, and for the Ghost Ranch Ditch shall be prepared with proposed amendments to the November 9, 2009, Pretrial Order for Determination of Priority Date for Ghost Ranch Ditch (Doc. No. 9526). This matter has been pending for over one year; consequently, any remaining dispute(s) should be set for hearing no later than February, 2011.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER