IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 1: Chama Mainstream

Ghost Ranch Ditch

## STIPULATION ON PRIORITY DATE

The Plaintiff State of New Mexico, *ex rel.* State Engineer, and Presbyterian Church (USA) Ghost Ranch at Abiquiu, a/k/a Presbyterian Church, USA, are in agreement on the priority date of the Ghost Ranch Ditch and all the water rights under the Ghost Ranch Ditch as described in the Consent Order filed on September 11, 2003 (Doc. No. 7219) in Subfile CHCJ-007-0001 in the Chama Mainstream Section of the Rio Chama Stream System, and hereby enter into a stipulation on that priority date as follows:

1. Priority: **1889**

Dated: November 8, 2010

State of New Mexico *ex rel.* State Engineer

*/s/ Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102
(505) 867-7444

**Presbyterian Church, USA**

_____
[signature]

Attorney for Presbyterian Church, USA

_____
[signature]
PETER B. SHOENFELD, ESQ.
Law Office of Peter B. Shoenfeld PA
P.O. Box 2421
100 La Salle Cir #A
Santa Fe, NM 87504-2421