IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>           Plaintiff,<br><br>-v-<br><br>ROMAN ARAGON et al.,<br><br>           Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Ghost Ranch Ditch<br>Subfile No. CHCJ-007-0001 |

### ORDER VACATING PRETRIAL CONFERENCE

The Pretrial Conference now set for Monday, November 22, 2010, is hereby vacated. The parties have agreed to the priority date for the Ghost Ranch Ditch and all the water rights under the Ghost Ranch Ditch as described in the Consent Order filed on September 11, 2003 (Docket No. 7219). *See*, November 19, 2010, Stipulation on Priority Date filed by State of New Mexico, *ex rel.* State Engineer, and the Ghost Ranch Ditch.

    IT IS SO ORDERED.

                                                                     _Vickie L. Gabin_
                                                                  SPECIAL MASTER