IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

6:69-cv-07941-BB

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No.: CHCJ-001-0006**

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER is before the Court upon the motion by the plaintiff, State of New Mexico, *ex rel.,* State Engineer's October 25, 2010 Motion for Default Judgment (Docket No. 9970). The Court, being fully advised, finds that the State's motion is well-taken and should be GRANTED.

The Court, being fully advised, finds:

1. The Court has jurisdiction of the parties and the subject matter herein.

2. The defendant named below has been legally served with process or has waived service of summons.

3. The defendant named below has failed to appear, answer, or otherwise defend in this cause, and is adjudged to be in default.

4. The State Engineer's hydrographic survey and report of the Rio Chama Stream System, Section 3, Canjilon Creek (July 14, 2000) relating to the defendant's water rights have been introduced into the record, and the same are hereby incorporated and made a part of this order.

5. The water rights of the defendant named below in the above-styled and captioned cause are as follows:

## *DONALD MARTINEZ*

Subfile No.: CHCJ-001-0006

### A. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface waters of an unnamed drainage, a tributary of Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**   MARTINEZ UNNAMED DITCH

    **Location: X=**   1,621,660   feet   **Y=**   2,006,259   feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 05, Township 26N, Range 06E, N.M.P.M.

| | | |
|---|---|---|
| Pt. NE¼ | | 6.0 acres |
| Pt. SE¼ | | 3.0 acres |
| | Total | 9.0 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0006

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

### B. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)**   NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**   Surface waters of an unnamed drainage, a tributary of Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**   SPRING NO. 3 DITCH

    **Location: X=**   1,620,992   feet   **Y=**   2,007,415   feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

    Section 05, Township 26N, Range 06E, N.M.P.M.

    Pt. NE¼    0.8 acres

|       |           |
|-------|-----------|
| Total | 0.8 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0006

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## C. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of an unnamed drainage, a tributary of Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch:** SPRING NO. 4 DITCH
  **Location: X=** 1,621,689   feet   **Y=** 2,008,064   feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
  Section 05, Township 26N, Range 06E, N.M.P.M.

|          |       |            |
|----------|-------|------------|
| Pt. NE¼  |       | 13.0 acres |
|          | Total | 13.0 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0006

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

## D. IRRIGATION (Surface Water Only)

**Office of the State Engineer Files No(s)** NONE

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of an unnamed drainage, a tributary of Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
  **Ditch:** SPRING NO. 5 DITCH
  **Location: X=** 1,621,818   feet   **Y=** 2,010,195   feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
  Section 05, Township 26N, Range 06E, N.M.P.M.

    Pt. NE¼                                                                  13.0 acres

    <u>Section 32, Township 27N, Range 06E, N.M.P.M.</u>

    Pt. SE¼                                                                   1.5 acres

                                                                                Total    14.5 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0006

**Amount of Water:** Reserved for future determination by court order entered July 25, 2000.

E. <u>**NO RIGHT (Surface Water Only)**</u>

**Office of the State Engineer Files No(s)**  NONE

**Priority:** NONE

**Source of Water:**  NONE

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

    **Ditch:**  NONE

    **Location: X=** 0         feet  **Y=** 0        feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

    <u>Section 05, Township 26N, Range 06E, N.M.P.M.</u>

        Pt. NE¼                                                11.4 acres

    <u>Section 32, Township 27N, Range 06E, N.M.P.M.</u>

        Pt. SE¼                                                 4.2 acres

                                                                         Total    15.6 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-001-0006

**Amount of Water:** NONE

IT IS, THEREFORE, ORDERED that the above-named defendant be and hereby is,

adjudicated to have the water rights set out hereinabove, subject to the right of any other

water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that the defendant, his or her successors, representatives, heirs and assigns, is enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
SPECIAL MASTER

