IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   vs.

ROMAN ARAGON, *et al.,*

        Defendants.

6:69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3, Rio Nutrias

Subfile Nos. CHNU-001-0001
           CHNU-001-0002B
           CHNU-002-0004
           CHNU-002-0006
           CHNU-002-0016

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed October 25, 2010 (Doc. No. 9971).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Juan R. Montaño Revocable Trust is substituted for defendant Juan R. Montaño in these proceedings.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN