IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*, State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 3, Canjilon Creek |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true, file-stamped copy of the Order Granting Default Judgment for the subfile listed below was mailed to the following defendant on the 29th day of November, 2010.

<u>Subfile No. CHCJ-001-0006</u>
Docket No. 9584
Donald Martinez
P.O. Box 52
El Rito, NM 87530

Dated: November 29, 2010

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile