FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 NOV 29 AM 11: 13

CLERK-SANTA FE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation
　　The State Engineer,　　　　　　　　　　　　Case No. 69cv-07941-BB

　　　　　　Plaintiff,　　　　　　　　　　　　　　Rio Chama Stream System

v.　　　　　　　　　　　　　　　　　　　　　　　Section 1 (mainstream)

ROMAN ARAGON,　et al,

　　　　　　Defendants.

## Memorandum and offer of assistance to Special Master Vickie Gabin and a reminder of our intent.

Reference Doc.9979 ORDER by Chief Judge Bruce D. Black.

Reminder of our intention; Along with the New Mexico Acequia Association, we oppose the adjudication process taking place. We along with all the Acequias, especially with those in existence before New Mexico became a State, should not be adjudicated. Even though you are taking us there and there seems to be no recourse, we will go, but we will scream, kick, scratch and punch as you drag us all the way there. However, if the State is going to assign the Acequia de Chamita a priority date, then it should be the establishment date of the Acequia, August 11, 1598,

We are not persuaded either Your Honor, that publication in a local newspaper is the effective way to serve notice on affected parties. And if it is served on the Acequia Government it should require sign off by the Individual members. Ask now if the current members who will be affected with these proceedings know of the actions being taken, if they have been apprised, and understand all the circumstances, are satisfied of the due process requirement of notice reasonably calculated and have been afforded them an opportunity to present objections. We will now provide a list of the current parcientes of the Acequia de Chamita with map tract and sub-file numbers and if the court requests we can provide addresses of these our members also to assist the Special Master and the Data Manager. This should have been done in 1996.

We agree with the court, not just for the supposed 5 sub-files but for all the current owners of those Water Right sub-files on the Acequia de Chamita, different from 1996.

| Name | map | tract | sub-file # |
|---|---|---|---|
| Jessica Martinez Aragon | 22 | 27a | 245c |
| Mrs. Juan D. (Clora) Archuleta | 22 | 7 | 232 |
| David Archulelta | 22 | 23 | 247 |
| Mrs. Jose Elias (Mary) Archuleta | 22 | 8 | 231 |
| Jake Baca | 22 | 16 | 268 |
| Gabriel Baca | 20 | 7 | 237 |
| Carl Bauer | 22 | 19 | 249 |
| Joe Branch | 22 | 6 | 229 |
| Joe Branch | 22 | 5a | 276 |
| Nancy C de Baca | 20 | 4a | 253 |
| Pete Casados | 22 | 12 | 233 |
| Andy Casias | 20 | 11 | 251 |
| Jimmy Chavez | 19 | 2a | 228 |
| Mrs. Tony (Ursulla) Cordova | 22 | 18 | 234 |
| Leandro Dominguez | 20 | 3 | 236 |
| Rafaelita M. Espinoza | 22 | 1 | 261 |
| Fred Flores | 19 | 1 | 238 |
| Pamela Flores | 19 | 1a | 238 |
| Saniago Gallegos | 19 | 8 | 239 |
| Jacobo Gallegos | 20 | 1 | 240 |
| Lorenza Gallegos | 22 | 20a | 283 |
| Ray Gallegos | 22 | 26 | 278 |
| Eloy Garcia | 24 | 3 | 285 |
| Tina Garcia | 20 | 16 | 242 |
| Julie Garcia | 20 | 1a | 240 |
| Tammy Griffith | 20 | 9 | 254 |
| Andy Herrera | 22 | 23a | 247 |
| Francisco Herrera | 22 | 22 | 244 |
| Floyd Herrera | 22 | 28 | 248 |
| Margret Herrera | 22 | 27 | 245 |
| Pete de Herrera | 22 | 24 | 243 |
| Sandie Holguin | 22 | 4,2,5,3 | 255,258-9,274 |
| Henry Horak | 20 | 4 | 253 |
| Lucia Lopez | 20 | 1b | 240 |
| Pete Lowe | 19 | 8a | 239 |
| Anthony Maestas | 20 | 2,2a | 263,287 |

| Name | | | |
|---|---|---|---|
| James Maestas | 20 | 14,14a | 288-9 |
| Johnny Maestas | 20 | 15 | 240 |
| Esequela Maestas | 22 | 1a | 261 |
| Pete Maestas | 20 | 15a | 290 |
| Tony J. Maestas | 19 | 9 | 240 |
| Marlene Martin | 19 | ? | ? |
| David Martinez | 19 | 9 | 240 |
| Dolores Martinez | 22 | 27c | 245 |
| Doloritas Martinez | 22 | 21b | 241 |
| Johnny Martinez | 22 | 27a | 245 |
| Leo J Martinez | 19 | 8 | 239 |
| Leslie Martinez | 22 | 2,3,4 | 255,258-9,274 |
| Theodore Martinez | 19 | 4a | 277 |
| Thomas Martinez | 22 | 2,3,4 | 255,258-9,274 |
| Ernesto Mascarenas | 19 | 4,5 | 270,277 |
| Rose Mascarenas | 19 | 4 | 277 |
| Christine Mascarenas | 20 | 8 | 250 |
| Rick Mascarenas | 20 | 4 | 253 |
| Mathew Montoya | 20 | 2a | 263 |
| David Ortiz | 22 | 17 | 267 |
| Larry Pacheco | 22 | 25 | 264 |
| Richard (Renee) Pacheco | 20 | 15a | 290 |
| Anthony Padilla | 20 | 11 | 251 |
| Bernie (Pam) Padilla | 19 | 9a | 240 |
| Mike Purdy | 20 | 5 | 259 |
| Enrique Rael | 20 | 10 | 252 |
| Rick Romero | 19 | 7 | 262 |
| Eric Roybal | 19 | 6 | 265 |
| Ron (Pat) Rundstrom | 22 | 2,3,4 | 255,258-9,274 |
| Elvira Salazar | 22 | 29 | 268 |
| Isaac Salazar | 19 | 3 | 286 |
| Leroy Salazar | 22 | 14 | 271 |
| Leonard Salazar | 22 | 9 | 269 |
| Richard Salazar | 22 | 15 | 230 |
| Richard Salazar | 22 | 13 | 272 |
| Morris Santistevan | 22 | 21 | 279 |
| Orlando Serna | 22 | 16a | 266 |
| Alex Sisneros | 22 | 10 | 280 |

| | | | |
|---|---|---|---|
| James Spears | 19 | 2 | 281 |
| Robert Tainter | 22 | 11 | 256 |
| Aurelio Trujillo | 22 | 21a | 241 |
| Jose Fidel Trujillo | 20 | 13 | 282 |
| Pete Trujillo | 20 | 17 | 275 |
| Andrew Valdez | 20 | 12 | 246 |
| Ernestina Valdez | 22 | 20 | 283 |
| Ray Velarde | 20 | 5 | 259 |
| Ron Velarde | 22 | 5 | 257 |
| Clyde Vigil | 19 | 4 | ? |
| Kenneth (Eppimena) Vigil | 22 | 5b | 260 |
| Margret Yuma | 20 | 2b | 263 |

Thank You, We will assist you in any we can with identification of the Parcientes, addresses or sub-file numbers.

Case: 6:69-cv-07941-BB

Respectfully Submitted by Defendant David Ortiz,

_____
(Signature of Defendant)
David Ortiz, Commissioner/Treasurer

DAVID ORTIZ
(Printed name of Defendant)

PO BOX 1082
(Street address or P.O. Box)

San Juan, NM 87566
(City, State and Zip Code)

Tract 17
Map 22
Subfile 267

**David Ortiz**
PO Box 1082
San Juan Pblo, NM 87566

Office of the Clerk
United States District Court
106 South Federal Place
Santa Fe, New Mexico
87501