IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

           Plaintiff,

      vs.

ROMAN ARAGON, *et al.,*

           Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 1, Chama Mainstream

## MOTION FOR EXTENSION OF TIME

The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") respectfully requests the Court to grant an extension of time to respond to the Notice and Order filed November 29, 2010 (Doc. 9983) ("Notice and Order"), and in support of this motion states as follows:

1.      Pursuant to the Notice and Order filed November 29, 2010 (Doc. 9983), the State has 21 days or until December 20, 2010, to show cause why the owners of water rights associated with certain subfiles under the Chamita and Hernandez ditches in Section 1 should not be served with orders to show cause regarding priority dates for their water rights, and to serve the Notice and Order, and a copy of the State's brief, on these persons.  In order to adequately respond and comply with the Court's Notice and Order, the State intends to gather additional information and take the deposition of certain individuals.

WHEREFORE the Plaintiff State of New Mexico respectfully requests the Court to grant an extension of time until February 15, 2011, to allow the State to respond to the Court's Notice and Order filed November 29, 2010.

Respectfully submitted,

      /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   9th   day of December 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.


      /s/ Ed Newville
EDWARD G. NEWVILLE