FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 DEC 13 AM 9: 51

CLERK-SANTA FE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation
The State Engineer,

Plaintiff,

v.

ROMAN ARAGON, et al,

Defendants.

Case No. 69cv-07941-BB

Rio Chama Stream System

Section 1 (mainstream)

## Motion to deny States motion to extend.

Comes now this Caballero (david ortiz), descendant of the 1598 Conquering Caballero's, pro se, Commissioner and Parciente of Don Juan de Onate's Acequia today known as the Acequia de Chamita, in the township of Chamita, formerly known as San Gabriel or San Juan y de Los Caballeros to question the States motion for an extension of time.

The State was given 21 days to show cause "why" the owners of water rights associated with certain sub-files under Chamita and Hernandez should NOT be served with orders to show cause regarding priority dates for their water rights. We all know the State does not want to go back 14 years, no matter all the errors and omissions made by the Court, Plaintiff, Lawyers and Acequia Commissioners.

What does it matter who they are? The State does not want to serve them no matter who they are. The Courts order to the State was not to identify the sub-files, but to show why they should not be allowed their day in court and what do they want, August 11, 1598 or 1600.

Your honor if the Court needs to identify these 2 Chamita sub-files as listed in Doc.9983, I can do it within 4 days after you request me to do it. I know who they are and I know where they live. The two (2) from Chamita are identified in Doc.9987. Out of the 86 parciantes listed in that document, probably 80 were not aware of the 1996 trial until I informed them. And I don't think any of them saw all the evidence and exhibits submitted to the Court by the Lawyer.

The Plaintiff's Lawyer called me (david ortiz) via telephone on Dec.6, 2010, approximately 4 PM, requesting a meeting, certain documents and a deposition as stated on the attached document

(not filed in court), received by slow mail on 12/8/2010. He asked if I was represented by counsel. I said no. The only counsel I would allow to represent me is either David Benavides or Ted Trujillo. Is the deposition just to determine the ownership of a certain sub-file? Why just me? Why not the other listed sub-files?

The Plaintiff states, "You are to bring the following documents and other materials in your possession for inspection and copying. I could just give them to the Court or State, which I will do since on Wednesday I have had to schedule a trip to Colorado to take a load of calves for the Thursday calf sale. I will call the plaintiff Lawyer to advise him.

Ask now if you had these water rights on the Acequia de Chamita, would you take 1600 with 2 other Acequias or stand first with August 11, 1598, the establishment date? And if you were in Hernandez you would immediately accept 1600, wouldn't you?

If Special Master Gabin had requested these in Doc.9983, she would have them already. Ask and you shall receive, seek and you shall find, knock and it shall be opened to you.

Respectfully Submitted by Defendant David Ortiz,

*David Ortiz* (signature)
(Signature of Defendant)
David Ortiz, Commissioner/Treasurer

DAVID ORTIZ
(Printed name of Defendant)

P.O. Box 1082
(Street address or P.O. Box)

SAN JUAN PUEBLO, NM
(City, State and Zip Code) 87566

Tract 17

Map 22

Subfile 267

June 23, 1976

File: 01835
Subfile 267

Mr. David Ortiz
P. O. Box 1082
San Juan Pueblo, New Mexico 87556

Dear Mr. Ortiz:

Enclosed is your copy of Change of Ownership of Water Right for the above numbered file. Our records have been changed accordingly.

Very truly yours,

S. E. Reynolds
State Engineer

By:
    J. K. Couzens
    Engineer
    Water Rights Division

JKC:fr

# 257256

Revised April, 1974

**IMPORTANT -- READ INSTRUCTIONS BEFORE FILLING OUT THIS FORM**

## CHANGE OF OWNERSHIP OF WATER RIGHT

1. NAME OF WATER RIGHT OWNER OF RECORD __Alfredo M. Salazar, Sr.__
   Mailing Address ____
   City and State ____
   the owner and holder of a water right set forth in file number __01835 Subfile 267__
   of record in the office of the State Engineer has conveyed __all__ of said right (all or part)

   Name __David Ortiz__
   Mailing Address __P. O. Box 1082__
   City and State __San Juan Pueblo, New Mexico 87556__

2. IRRIGATION: The conveyed water right is appurtenant to lands described as follows (describe only lands with actual water right and diversion as that amount of water measured at the well and/or farm headgate):

   | SUBDIVISION (District or Hydrographic Survey) | SECTION (Map No.) | TOWNSHIP | RANGE (Tract No.) | ACREAGE | DIVERSION (Acre Feet Per Annum) | PRIORITY |
   |---|---|---|---|---|---|---|
   | Tract 17 of Map 22 of the 1959 State Engineer Rio Chama Hydrographic Survey | Mainstream | | | 15.12 | | |
   | | | | TOTAL | 15.12 | | |

   OTHER: Purpose ____ ; Amount ____ (acre feet per annum of diversion); Priority ____ .

3. DESIGNATE WELLS TO ACCOMPANY THE CONVEYED RIGHT: (To be executed if conveyance involves only a part of a ground water right):

   | WELL FILE NO. | SUBDIVISION (District or Hydrographic Survey) | SECTION | TOWNSHIP (Map No.) | RANGE (Tract No.) |
   |---|---|---|---|---|
   | | | | | |

4. I HEREBY CONSENT TO A LAWFUL CHANGE IN THE PLACE AND/OR PURPOSE OF USE OF THE ABOVE-DESCRIBED WATER RIGHT: (To be executed if water right described above is a right for irrigation purposes and has been conveyed separate from the land to which it is appurtenant.)

   The undersigned, being first duly sworn upon oath, deposes and says that he has read the foregoing statements and that the same are true to the best of his knowledge and belief.

   _/s/ David Ortiz_

   Subscribed and sworn to before me this __16th__ day of __June__, A.D., 19 __76__.
   My commission expires: __Feb. 19, 1977__     _Frances N. Richey_ Notary Public

   **INSTRUCTIONS**
   Change of ownership shall be filed in triplicate and executed either by conveyor (seller) or by the new owner and shall be accompanied by a filing fee of $1.00. If executed by the new owner it shall be accompanied by a certified copy of the deed or other instrument of conveyance.

   **FOR STATE ENGINEER USE ONLY**

   A ____ from ____ to ____
   (warranty deed, other)
   was found by me to be recorded on the ____ day of ____, A.D., 19 ____ on page ____
   ____ of Book No. ____ of record of ____ County.
   By: ____ Date: ____
   Date Received ____ File No. ____

   David Ortiz          C1835          SF 267     6/16/76

SP - 2 SHORT WARRANTY DEED (Joint Tenants)—Rev. 7-75—New Mexico Statutory Form

# WARRANTY DEED (Joint Tenants)

JUN 17 PM 4 19

ALFREDO M. SALAZAR and ANTONIA M. SALAZAR, husband and wife

STATE ENGINEER OFFICE
SANTA FE, N.M.

for consideration paid, grant

to DAVID ORTIZ

whose address is 609 Franklin, Santa Fe, New Mexico 87501

and CECILIA ORTIZ

609 Franklin, Santa Fe, New Mexico 87501

whose address is

as joint tenants the following described real estate in Rio Arriba County, New Mexico:

A certain tract or parcels of land, lying and being situate within and being a portion of Exception 1, Private Claim 247, P. 1 San Juan Pueblo Grant, Sections Nine (9) and Sixteen (16), Township Twenty-one (21) North of Range Eight (8) East of the New Mexico Principal Meridian, New Mexico, vicinity of Chamita, being more particularly bounded and described as follows:

Beginning at a point, U.S.G.L.O. Brass Marker, marked A.P. #4 of Exc. 1, P.C. 247, P.1, San Juan Pueblo Grant, Sec. 16, Twp. 21 N., R. 8 E., N.M.P.M., thence N. 48° 13' W., 200.0 feet; thence N. 19° 42' E., 3711.3 feet; thence S. 83° 28' E., 9.5 feet; thence N. 21° 08' E., 85.00 feet; thence S. 72° 56' E., 78.17 feet; thence N. 20° 26' E., 125.85 feet; thence S. 76° 25' E., 97.20 feet; thence S. 19° 44' W., 4013.6 feet to the point and place of beginning, containing 16.71 acres, more or less.

According to the Plat of Survey entitled "SURVEY REQUESTED BY ALFREDO M. SALAZAR" as prepared by J. C. Lujan, New Mexico Professional Engineer and Land Surveyor, License No. 3522 from notes taken in the field during December, 1975 and as the same was filed for record December 18, 1975 and recorded in Book 121-A, page 584, records of Rio Arriba County, New Mexico.

with warranty covenants.

WITNESS OUR hands and seals this 30th day of January, 1976

_Alfredo M. Salazar_ (Seal)    _Antonia M. Salazar_ (Seal)

_____ (Seal)    _____ (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO } ss.
COUNTY OF Rio Arriba }

The foregoing instrument was acknowledged before me this 30th day of January, 1976 by Alfredo M. Salazar and Antonia M. Salazar, husband and wife
(Name or Names of Person or Persons Acknowledging)

My commission expires: 18 January 1978
(Seal)

_____
Notary Public

### FOR RECORDER'S USE ONLY

FILED IN THE COUNTY CLERK

JOE A. BRANCH
County Clerk, Rio Arriba County, N.M.
By _____ Deputy

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO } ss.
COUNTY OF _____ }

The foregoing instrument was acknowledged before me this _____ day of _____, 19___

by _____ (Name of Officer)
_____ of _____
(Title of Officer)  (Name of Corporation Acknowledging)
a _____ corporation, on behalf of said corporation.
(State of Incorporation)

My commission expires: _____    Notary Public

