IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, <br><br> Plaintiff, <br><br> -v- <br><br> ROMAN ARAGON et al., <br><br> Defendants. | ) ) ) ) ) 69cv07941-BB ) ) RIO CHAMA STREAM SYSTEM ) ) Section 1, chama Mainstream ) ) |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Special Master on the Plaintiff State of New Mexico, *ex rel*. State Engineer, Motion for Extension of Time filed December 9, 2010 (Docket No. 9988) and the Motion to Deny States [sic] Motion to Extend, filed by Defendant David Ortiz (December 13, 2010, No. 9990). Being fully advised in the premises, I find that the State's Motion should be GRANTED, and the Defendant's Motion DENIED.

IT IS SO ORDERED.

*Vickie L. Gabin*
SPECIAL MASTER