IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) ) |
| ROMAN ARAGON *et al.* | ) ) |
| Defendants | ) ) ) |

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 1 - Chama Mainstream

## NOTICE OF MAILING

This Notice is filed by the Special Master to certify that a copy of the *Order Granting Motion for Extension of Time* filed December 14, 2010 (Docket No. 9991) was sent by first class mail on December 14, 2010 to the following:

> David Ortiz
> P.O. Box 1082
> San Juan Pueblo, NM 87566

*Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN