IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

        Plaintiff,

  -v-

ROMAN ARAGON *et al.*
.
        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7

Subfile Nos. CHTA-004-0037
                CHTA-004-0018

## NOTICE OF MAILING

    The Special Master enters this Notice to confirm that the Order filed January 5, 2011 (Docket No. 9993) was mailed to defendants listed below on January 12, 2011.

*Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN

Colomex Oil and Gas Co. Inc
P.O. Box 1147
Taos, NM 87571

Lionel E. Martinez, II
P.O. Box 114
Chama, New Mexico 87520