

September 1, 1994

Patrick Simpson
Legal Division
State Engineer Office
P.O. Box 25102
Santa Fe, NM 87504-5102

FAX: 827-3887
Page 1 of 13

RE: <u>State v. Aragon</u> (Chama Adjudication - Main Stem)

Dear Mr. Simpson:

After speaking with Ms. Bushnell yesterday, I thought it necessary to provide you with up to date information regarding the Orders to Show Cause. At present, I have the data to produce 478 Orders to Show Cause for 440 current owners. There are, however, an additional 291 subfiles (map-tract combinations) for which I can not issue Orders to Show Cause. Of those, I recommend that 89 of them be held back (see cases 2 through 4 enclosed) because we have been unable to locate any previous documentation on them, and it seems prudent to adjudicate priority at the time the other elements of the right are adjudicated. An extension of time will be necessary as field work by the Hydrographic Survey Section will probably be required. The remaining 202 subfiles (see case 1 enclosed) can not be issued Orders to Show Cause because we lack current ownership information. (Exception: Tierra Azul Ditch and map 4 tracts 47. Please see endnotes for case 1.) A request for an extension of time for subfiles which lack current owner names and addresses seems reasonable to me if a plan for completion of this process is in place.

I do not expect the above statistics to change substantially within the next several weeks. I will, however, be in contact with Mr. Fidel Trujillo to clear up some minor confusions in the data he provided me, and to obtain any additional information he has gathered.

I had planned to have the 478 Orders to Show Cause at your office for review by September 15, 1994. As I have not yet received the final draft of the document I am to produce, and as I have not yet received a 'official' list of priority dates I am to use, I can not, at present, produce anything. I will require

September 1, 1994
Letter to Mr. Simpson

Page 2 of 13

two weeks from the time this information is provided to complete and deliver the 478 Orders to Show Cause. If the information provided requires additional time to process, I will let you know as soon as possible.

Sincerely,

Judy K. Stoft

Judy K. Stoft

cc w/ enclosures

    Mr. Fred Waltz, Esq.
    Special Master Vickie L. Gabin
    Darcy S. Bushnell, Esq.

**CASE 1** The following is the list of the 202 rights which were adjudicated (Subfile Orders on file with the Court), but for which Orders to Show Cause will not be issued until further information is provided. Unless otherwise noted below, these will not be issued Orders to Show Cause for lack of current owner names and/or addresses.

| DITCH | SUBFILE | MAP | TRACT |
|---|---|---|---|
| Abeyta Trujillo Ditch | 472 473 474 | 1 | 3 |
| Abeyta Trujillo Ditch | 475 | 1 | 5 |
| Abeyta Trujillo Ditch | 476 | 1 | 6A |
| Abeyta Trujillo Ditch | 477 | 1 | 6B |
| Abeyta Trujillo Ditch | 472 473 474 | 2 | 1B |
| Abeyta Trujillo Ditch | 489 | 2 | 10 |
| Acequia de Abiquiu | 493 | 4 | 15 |
| Acequia de Abiquiu | 501 | 4 | 25 |
| Acequia de Abiquiu | 522 | 4 | 47[1] |
| Acequia de Abiquiu | 503 | 5 | 20 |
| Acequia de Chamita | 238 | 19 | 1 |
| Acequia de Chamita | 228 | 19 | 2A |
| Acequia de Chamita | 239 | 19 | 8 |
| Acequia de Chamita | 240 | 20 | 1 |
| Acequia de Chamita | 246 | 20 | 12 |
| Acequia de Chamita | 242 291 | 20 | 16 |
| Acequia de Chamita | 258 | 22 | 2 |
| Acequia de Chamita | 255 259 | 22 | 4 |
| Acequia de Chamita | 257 260 | 22 | 5 |
| Acequia de Chamita | 276 | 22 | 5A |
| Acequia de Chamita | 292 | 22 | 5B |
| Acequia de Chamita | 229 | 22 | 6 |
| Acequia de Chamita | 232 | 22 | 7 |
| Acequia de Chamita | 280 | 22 | 10 |
| Acequia de Chamita | 271 | 22 | 14 |
| Acequia de Chamita | 245 | 22 | 27 |
| Acequia de Chamita | 284 | 24 | 2 |
| Acequia de la Puente | 448 | 8 | 15 |
| Acequia del Rio de Chama | 10.8 | 10 | 8 |
| Barranca Ditch | 539 | 3 | 3 |
| Barranca Ditch | 545 | 3 | 9 |
| Barranca Ditch | 554 | 3 | 43 |
| Barranca Ditch | 540 | 3 | 44 |
| Barranca Ditch | 568 | 3 | 45 |
| Barranca Ditch | 540 | 3 | 46 |
| Barranca Ditch | 554 | 3 | 47 |
| Chili Ditch | 320 | 16 | 2 |
| Chili Ditch | 313 | 17 | 3B |

| DITCH | SUBFILE | MAP | TRACT |
|---|---|---|---|
| Chili Ditch | 329 | 17 | 5 |
| Chili Ditch | 312 | 17 | 6 |
| Chili Ditch | 317 | 17 | 12 |
| Chili Ditch | 301 | 17 | 13 |
| Chili Ditch | 307 | 17 | 17 |
| Chili Ditch | 309 | 17 | 18 |
| Chili Ditch | 308 | 17 | 19 |
| Chili Ditch | 302 | 17 | 21 |
| Chili Ditch | 319 | 18 | 3A |
| Chili Ditch | 297 | 18 | 21D |
| Chili Ditch | 321 | 18 | 23 |
| Chili Ditch | 297 | 18 | 24 |
| Hernandez Ditch[2] | 226 | 19 | 10 |
| Hernandez Ditch | 126 | 19 | 11 |
| Hernandez Ditch | 127 | 19 | 12A |
| Hernandez Ditch | 129 | 19 | 14 |
| Hernandez Ditch | 130 | 19 | 15 |
| Hernandez Ditch | 131 | 19 | 16 |
| Hernandez Ditch | 132 | 19 | 17 |
| Hernandez Ditch | 135 | 19 | 21 |
| Hernandez Ditch | 136 | 19 | 22 |
| Hernandez Ditch | 137 | 19 | 23 |
| Hernandez Ditch | 138 | 19 | 24 |
| Hernandez Ditch | 139 | 19 | 25 |
| Hernandez Ditch | 140 | 21 | 1 |
| Hernandez Ditch | 141 | 21 | 2 |
| Hernandez Ditch | 142 | 21 | 3 |
| Hernandez Ditch | 143 | 21 | 4 |
| Hernandez Ditch | 144 | 21 | 5 |
| Hernandez Ditch | 145 | 21 | 6 |
| Hernandez Ditch | 146 | 21 | 7 |
| Hernandez Ditch | 147 | 21 | 8 |
| Hernandez Ditch | 148 | 21 | 9 |
| Hernandez Ditch | 149 | 21 | 10 |
| Hernandez Ditch | 150 | 21 | 11 |
| Hernandez Ditch | 151 | 21 | 12 |
| Hernandez Ditch | 21.13 | 21 | 13 |
| Hernandez Ditch | 153 | 21 | 14 |
| Hernandez Ditch | 154 | 21 | 16 |
| Hernandez Ditch | 155 | 21 | 17 |
| Hernandez Ditch | 156 | 21 | 18 |
| Hernandez Ditch | 158 | 21 | 20 |
| Hernandez Ditch | 159 | 21 | 21 |
| Hernandez Ditch | 163 | 21 | 25 |
| Hernandez Ditch | 166 | 21 | 28A |
| Hernandez Ditch | 168 | 21 | 29 |
| Hernandez Ditch | 169 | 21 | 30 |
| Hernandez Ditch | 170 | 21 | 31 |
| Hernandez Ditch | 171 | 21 | 32 |

| DITCH | SUBFILE | MAP | TRACT |
|---|---|---|---|
| Hernandez Ditch | 173 | 21 | 34 |
| Hernandez Ditch | 174 | 21 | 35 |
| Hernandez Ditch | 175 | 21 | 36 |
| Hernandez Ditch | 179 | 23 | 3 |
| Hernandez Ditch | 180 | 23 | 4 |
| Hernandez Ditch | 181 | 23 | 5 |
| Hernandez Ditch | 182 | 23 | 6 |
| Hernandez Ditch | 184 | 23 | 8 |
| Hernandez Ditch | 187 | 23 | 11 |
| Hernandez Ditch | 189 | 23 | 13 |
| Hernandez Ditch | 190 | 23 | 14 |
| Hernandez Ditch | 191 | 23 | 15 |
| Hernandez Ditch | 192 | 23 | 16 |
| Hernandez Ditch | 193 | 23 | 17 |
| Hernandez Ditch | 194 | 23 | 18 |
| Hernandez Ditch | 195 | 23 | 19 |
| Hernandez Ditch | 195 | 23 | 19A |
| Hernandez Ditch | 197 | 23 | 21A |
| Hernandez Ditch | 199 | 23 | 24 |
| Hernandez Ditch | 199 | 23 | 24A |
| Hernandez Ditch | 200 | 23 | 25 |
| Hernandez Ditch | 200 | 23 | 25A |
| Hernandez Ditch | 201 | 23 | 26 |
| Hernandez Ditch | 202 | 23 | 27 |
| Hernandez Ditch | 204 | 23 | 29 |
| Hernandez Ditch | 205 | 23 | 30 |
| Hernandez Ditch | 206 | 23 | 31 |
| Hernandez Ditch | 207 | 23 | 32 |
| Hernandez Ditch | 208 | 23 | 33 |
| Hernandez Ditch | 209 | 23 | 34 |
| Hernandez Ditch | 210 | 23 | 35 |
| Hernandez Ditch | 211 | 23 | 36 |
| Hernandez Ditch | 212 | 23 | 37 |
| Hernandez Ditch | 214 | 23 | 39 |
| Hernandez Ditch | 215 | 23 | 40 |
| Hernandez Ditch | 217 | 23 | 42 |
| Hernandez Ditch | 218 | 23 | 43 |
| Hernandez Ditch | 219 | 23 | 44 |
| Hernandez Ditch | 221 | 25 | 2B |
| Hernandez Ditch | 224 | 25 | 3F |
| Hernandez Ditch | 225 | 25 | 3G |
| Hernandez Ditch | 227 | 25 | 4 |
| Jose Pablo Gonzales Ditch | 5.6B | 5 | 6B |
| Karl Bode Ditch | 522 | 4 | 47[1] |
| Karl Bode Ditch | 525-1 | 4 | 51 |
| Karl Bode Ditch | 525 | 5 | 18 |
| Manzanares & Montoya Ditch | 411 | 11 | 18 |

FROM : Panasonic FAX  PHONE NO. : Sep. 01 1994 09:38AM P1
Case 6:69-cv-07941-KWR-KK Document 9997-2   Filed 02/02/11   Page 6 of 13

Page 6 of 13

| DITCH | SUBFILE | MAP | TRACT |
|---|---|---|---|
| Martinez Ditch | 414 | 10 | 5A |
| Martinez y Duranes Ditch | 384 385 386 387 | 14 | 5A |
| Martinez y Duranes Ditch | 391 392 | 14 | 8A |
| Martinez y Duranes Ditch | 393 394 | 14 | 9B |
| Martinez y Duranes Ditch | 396 397 | 14 | 11A |
| Martinez y Duranes Ditch | 396 397 | 14 | 11B |
| Martinez y Duranes Ditch | 393 394 | 14 | 12A |
| Martinez y Duranes Ditch | 393 394 | 14 | 12B |
| Martinez y Duranes Ditch | 398 399 | 15 | 1 |
| Martinez y Duranes Ditch | 405 406 | 15 | 5A |
| Quintana Ditch | 7.3B | 7 | 3B |
| Quintana Ditch | 7.7B | 7 | 7B |
| Rio Frijoles Ditch | 571 | 3 | 48 |
| Salazar Ditch[2] | 25 | 23 | 46 |
| Salazar Ditch | 57 | 23 | 47 |
| Salazar Ditch | 13 | 23 | 49 |
| Salazar Ditch | 117 | 23 | 50 |
| Salazar Ditch | 67 | 23 | 51 |
| Salazar Ditch | 77 | 23 | 52 |
| Salazar Ditch | 57 | 23 | 54 |
| Salazar Ditch | 2 58 | 23 | 57 |
| Salazar Ditch | 2 58 | 25 | 1A |
| Salazar Ditch | 100 | 25 | 1B |
| Salazar Ditch | 72 | 25 | 2A |
| Salazar Ditch | 98 99 | 25 | 3C |
| Salazar Ditch | 90 | 25 | 8A |
| Salazar Ditch | 30 | 25 | 10 |
| Salazar Ditch | 33 91 | 25 | 19 |
| Salazar Ditch | 79 89 | 25 | 21 |
| Salazar Ditch | 37 | 25 | 23B |
| Salazar Ditch | 21 | 25 | 27 |
| Salazar Ditch | 62 | 25 | 30 |
| Salazar Ditch | 16 | 25 | 32 |
| Salazar Ditch | 28 | 26 | 3 |
| Salazar Ditch | 80 | 26 | 5 |
| Salazar Ditch | 78 | 26 | 6 |
| Salazar Ditch | 56 | 26 | 7 |
| Salazar Ditch | 60 | 26 | 8 |
| Salazar Ditch | 59 111 112 113 | 26 | 10A |
| Salazar Ditch | 43 | 26 | 13 |
| Salazar Ditch | 106 | 26 | 15 |
| Salazar Ditch | 105 | 26 | 15A |
| Salazar Ditch | 40 | 26 | 17 |
| Salazar Ditch | 40 | 26 | 19 |
| Salazar Ditch | 42 | 26 | 21 |
| Salazar Ditch | 39 | 27 | 3 |

FROM : Parsons　　　　　　　　　PHONE NO. :　　　　　　　Sep. 01 1994 09:38AM P2
Case 6:69-cv-07941-KWR-KK  Document 9997-2  Filed 02/02/11  Page 7 of 13

Page 7 of 13

| DITCH | SUBFILE | MAP | TRACT |
|---|---|---|---|
| Salazar Ditch | 39 | 27 | 4 |
| Salazar Ditch | 121 | 27 | 7A |
| Suazo Ditch | 533 | 4 | 4 |
| Suazo Ditch | 534 | 4 | 5 |
| Suazo Ditch | 537 | 4 | 9A |
| Tierra Azul Ditch[3] | 419 | 9 | 3 |
| Tierra Azul Ditch | 420 | 9 | 5 |
| Tierra Azul Ditch | 421 | 9 | 6 |
| Tierra Azul Ditch | 422 | 9 | 7 |
| Tierra Azul Ditch | 423 | 10 | 10A |
| Tierra Azul Ditch | 424 | 10 | 10B |
| Tierra Azul Ditch | 425 | 10 | 11 |
| Tierra Azul Ditch | 426 | 10 | 12 |
| Tierra Azul Ditch | 423 | 10 | 13 |
| Tierra Azul Ditch | 427 | 10 | 14 |
| Tierra Azul Ditch | 428 | 10 | 15 |
| Tierra Azul Ditch | 429 | 10 | 16 |
| Tierra Azul Ditch | 430 | 10 | 17 |
| Tierra Azul Ditch | 430 | 10 | 17A |
| Tierra Azul Ditch | 430 | 10 | 18A |

[1] I recommend Orders to Show Cause not be sent out for map 4, tracts 47 until one of the tracts has been renumbered. At present, there are two distinct tracts on map 4 irrigated from different ditches, both adjudicated rights, and both marked as tract 47.

[2] Apparently members of the Hernandez and Salazar Ditch Associations have been uncooperative about providing current owners information. For this reason, Orders to Show Cause can not be issued.

[3] No Orders to Show Cause can be issued for this ditch until I am provided with at list of all tracts irrigated by the ditch and the priority date each is to be adjudicated. At present, the information provided to me by the State Engineer Office states a priority of 1734 "except lands newly irrigated by changes in acequia in 1924."

The following (Cases 2 through 4) are the 89 subfiles (map-tract combinations) for which we have found no documentation. It is my recommendation that these subfiles not be issued Orders to Show Cause, but that priority be adjudicated along with the other elements of the right via Offers of Judgment and subfile Orders.

**CASE 2**  The following were: (1) Included on Ditch Agreements filed with the Court. (2) Located on the hydrographic survey maps. (3) Not on the docket. (4) Not found in the Court record.

| MAP | TRACT | SUBFILE | ACREAGE | DITCH/OWNER |
|---|---|---|---|---|
| 1 | 1 | 472 | 0.59 | Abeyta Trujillo Ditch<br>Adj. Owner: EDWARDO MANZANARES |
| 1 | 2 | 470 | 2.19 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 1 | 8A | | 14.29 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 1 | 8B | 471 | 4.49 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 1 | 9A | 470 | 9.15 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 1 | 9B | 471 | 2.39 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 2 | 2B | 479 | 0.04 | Abeyta Trujillo Ditch<br>Adj. Owner: USA, OCCUPIED BY ANSELMO MARTINEZ |
| 2 | 8 | 470 | 7.79 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 2 | 11 | | 4.92 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 2 | 12 | | 36.29 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 2 | 12A | | 27.40 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 3 | 1 | | 16.29 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 3 | 1A | | 10.80 | Abeyta Trujillo Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |

FROM : [fax header illegible]  Case 6:69-cv-07941-KWR-KK  Document 9997-2  Filed 02/02/11  Page 9 of 13  Sep. 01 1994 09:40AM P4

Page 9 of 13

| MAP | TRACT | SUBFILE | ACREAGE | DITCH/OWNER |
|---|---|---|---|---|
| 3 | 25 | 558 | 0.14 | Barranca Ditch<br>Adj. Owner: EDITH BRUNO |
| 3 | 26 | 559 | 0.32 | Barranca Ditch<br>Adj. Owner: FERMIN ABEYTA |
| 3 | 27 | | 52.98 | Winfield Morton Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 4 | 11 | | 37.32 | Winfield Morton Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 4 | 12 | 468 | 44.75 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 4 | 13 | 468 | 45.07 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 4 | 14 | 468 | 10.48 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 4 | 16 | 494 | 0.77 | Acequia de Abiquiu<br>Adj. Owner: REMIGIO CHAVEZ |
| 5 | 2 | 468 | 2.59 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 5 | 3 | 468 | 4.47 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 5 | 4 | 468 | 2.01 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 5 | 5 | 468 | 69.04 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 5 | 5A | 468 | 30.00 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 5 | 5B | 468 | 4.0 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 6 | 1 | 468 | 3.33 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 6 | 2 | 468 | 1.55 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 6 | 3 | 468 | 101.49 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |

| MAP | TRACT | SUBFILE | ACREAGE | DITCH/OWNER |
|---|---|---|---|---|
| 6 | 4 | 468 | 144.33 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 6 | 4A | 468 | 55.90 | Jose Pablo Gonzales Ditch<br>Adj. Owner: RANCHO DE ABIQUIU, INC. |
| 7 | 3A | 446 | 2.50 | Acequia de la Puente<br>Adj. Owner: U.S.A./JUAN D. LOPEZ |
| 8 | 12 | 454 | 21.72 | Acequia de la Puente<br>Adj. Owner: RANCHO DE ABIQUIU |
| 8 | 20 | 456 | 1.87 | Acequia de la Puente<br>Adj. Owner: NAPOLEON MARTINEZ |
| 9 | 4 | 419 | 1.85 | Tierra Azul (No Right)<br>Adj. Owner: JOSE L. ORTIZ<br>* Listed on top of Order for 9.4 but no further information contained in Order. |
| 10 | 18B |  | 0.69 | Tierra Azul (No Right)<br>Adj Owner: FRANK, JOSE & LUCAS CORDOVA<br>* Listed on top of Order for 10.18A but no further information contained in Order. |
| 16 | 4 | 316 | 3.35 | Chili Ditch<br>Adj. Owner: JOSE BENITO MAESTAS |
| 17 | 8 | 323 | 4.99 | Chili Ditch<br>Adj. Owner: LUIS E. MOYA |
| 18 | 5 | 331 | 1.76 | Chili Ditch<br>Adj. Owner: ESPANOLA MERCANTILE CO. |
| 18 | 13 | 310 | 1.94 | Chili Ditch<br>Adj. Owner: JOSE ISAURO JARAMILLO |
| 18 | 22B | 297 | 14.35 | Chili Ditch<br>Adj. Owner: JOSE G.D. CORDOVA |
| 19 | 2 | 281 | 6.22 | Acequia de Chamita<br>Adj. Owner: JAMES D. SPEARS |
| 19 | 6 | 265 | 7.75 | Acequia de Chamita<br>Adj. Owner: JOSE E. & WIFE ROYBAL |
| 19 | 7 | 262 | 6.45 | Acequia de Chamita<br>Adj. Owner: FIDEL MERHEGE |

FROM : Penasco  Case 6:69-cv-07941-KWR-KK   Document 9997-2   Filed 02/02/11   Page 11 of 13   PHONE NO. :   Sep. 01 1994 09:41AM P6

Page 11 of 13

| MAP | TRACT | SUBFILE | ACREAGE | DITCH/OWNER |
|---|---|---|---|---|
| 20 | 6 | 261 | 6.09 | Acequia de Chamita<br>Adj. Owner: CELESTINO MAESTAS |
| 20 | 8 | 250 | 10.05 | Acequia de Chamita<br>Adj. Owner: AMABELIS MASCARENAS |
| 20 | 9 | 254 | 6.24 | Acequia de Chamita<br>Adj. Owner: SOSTENES MASCARENAS |
| 20 | 10 | 252 | 4.19 | Acequia de Chamita<br>Adj. Owner: CASIMERO MASCARENAS |
| 20 | 11A | 252 | 5.15 | Acequia de Chamita<br>Adj. Owner: CASIMERO MASCARENAS |
| 22 | 1 | 261 | 2.73 | Acequia de Chamita<br>Adj. Owner: CELESTINO MAESTAS (?)<br>GEORGONIO MAESTAS (?)<br>SANTIAGO E. MAESTAS (?)<br>TOMAS A. MAESTAS (?) |
| 27 | 5 | 82 | 4.29 | Salazar Ditch<br>Adj. Owner: NICOLAS VIGIL |

**CASE 3**  The following were: (1) Included on Ditch Agreements filed with the Court. (2) Located on the hydrographic survey maps. (3) On the docket. (4) Not found in the Court record.

| MAP | TRACT | SUBFILE | ACREAGE | DITCH/OWNER/ORDER DATE |
|---|---|---|---|---|
| 2 | 4B | 483 | 1.13 | Abeyta Trujillo Ditch<br>Adj. Owner: MRS. FABIAN MANZANARES<br>Order date in docket: 08/07/69 |
| 3 | 8 | 544 | 0.29 | Barranca Ditch<br>Adj. Owner: JOSE ABEDON ABEYTA<br>Order date in docket: 09/10/70 |
| 3 | 15 | 544 | 0.20 | Barranca Ditch<br>Adj. Owner: JOSE ABEDON ABEYTA<br>Order date in docket: 09/10/70 |
| 3 | 36 | 563 | 4.95 | Barranca Ditch<br>Adj. Owner: DELFIDO LOPEZ<br>Order date in docket: 08/07/69 |

| MAP | TRACT | SUBFILE | ACREAGE | DITCH/OWNER/ORDER DATE |
|-----|-------|---------|---------|------------------------|
| 4 | 1 | 530 | 2.70[1] | Suazo Ditch<br>Adj. Owner: GUS MARTINEZ<br>Order date in docket: 08/19/70 |
| 4 | 1A |  | 0.03 | Suazo Ditch<br>Adj. Owner: GUS MARTINEZ<br>Order date in docket: 08/19/70 |
| 4 | 1B |  | 0.33 | Suazo Ditch<br>Adj. Owner: GUS MARTINEZ<br>Order date in docket: 08/19/70 |
| 4 | 1C |  | 0.24 | Suazo Ditch<br>Adj. Owner: GUS MARTINEZ<br>Order date in docket: 08/19/70 |
| 4 | 2 | 531 | 0.40 | Suazo Ditch<br>Adj. Owner: JUAN LOPEZ<br>Order date in docket: 08/19/70 |
| 4 | 10 | 538 | 1.90 | Suazo Ditch<br>Adj. Owner: JOSE ABEDON ABEYTA<br>Order date in docket: 08/19/70 |
| 8 | 1 | 434 | 3.08 | Acequia Mariano Ditch<br>Adj. Owner: JIMMY ORTIZ<br>Order date in docket: 05/05/71 |
| 14 | 7 | 390 | 20.91 | Duranes Ditch<br>Adj. Owner: JOE LOBATO<br>Order date in docket: 03/08/71 |

[1] The Ditch Agreement reflect the 2.70 irrigated acres. On the map, however, there is an additional 0.52 acres with crop designation A which is indicated as in dispute with the State.

CASE 4    The following were: (1) Not included on Ditch Agreements filed with the Court. (2) Located on the hydrographic survey maps. (3) Not on the docket. (4) Not found in the Court record.

| MAP | TRACT | SUBFILE | ACREAGE |
|-----|-------|---------|---------|
| 3 | 4 |  | 1.77 |
| 3 | 22 |  | 0.31 |
| 3 | 41 |  | 2.90 |
| 3 | 42A |  | 2.92 |
| 4 | 52 |  | 0.14 |

FROM : Paragon Fax    PHONE NO. :    Sep. 01 1994 09:42AM P8
Case 6:69-cv-07941-KWR-KK   Document 9997-2   Filed 02/02/11   Page 13 of 13

Page 13 of 13

| MAP | TRACT | SUBFILE | ACREAGE |
|---|---|---|---|
| 5 | 21 | | 0.60 |
| 6 | 5 | | 10.95 |
| 8 | 16A | | 0.55 |
| 8 | 16B | | 4.92 |
| 8 | 17 | | 21.61[1] |
| 9 | 1 | | 103.25[2] |
| 15 | 6 | | 23.01 |
| 19 | 12B | | 5.81 |
| 19 | 18 | | 23.32 |
| 20 | 2A | | 2.0[3] |
| 21 | 15 | | 8.16 |
| 22 | 17 | | 15.12[4] |
| 23 | 22 | | 14.77 |
| 23 | 22A | | 5.81 |
| 24 | 1 | | 198.25 |

| MAP | EXCEPTION | SUBFILE | ACREAGE | OWNER |
|---|---|---|---|---|
| 27A | 14 | | 10.60 | MARGARITO WAR |
| 27A | 14 | | 2.0 | ADAN QUINTANA |
| 27B | 6 | | 0.2 | |
| 27B | 7 | | 2.9 | |
| 27C | 5 | | 11.8[5] | |

[1] In addition to the 21.61 acres, there is a 0.93 acre area of tract 17 marked PP and "No Right," and indicated as in dispute with the State.

[2] In addition to the 103.25 acres, there is a 5.73 acre area which had IN and A crop designations, and is indicated as in dispute with the State.

[3] This may be subfile 287, but because it is not on a ditch agreement I can not prove it. We have an order for subfile 287 dated 11/19/62 for 2.0 acres from the Acequia de Chamita. Owner: CIDELIA MARTINEZ

[4] This may be subfile 267, but because it is not on a ditch agreement I can not prove it. We have an order for subfile 267 dated 11/19/62 for 15.12 acres from the Acequia de Chamita. Owner: ALFREDO M. SALAZAR SR.

[5] 3.4 acres is designated F5, 3.4 acres F2, and the rest has no crop designations.