

September 28, 1994

Patrick Simpson        **HAND DELIVERED**
Legal Division
State Engineer Office
P.O. Box 25102
Santa Fe, NM 87504-5102

RE: <u>State v. Aragon, Chama Adjudication (mainstream)
    Notice and Order to Show Cause</u>

Dear Mr. Simpson:

    The following is an update on the status of this project.

    Current ownership and address information is now available for 595 map-tract combinations. A set of the individual Notices and Orders to Show Cause has been generated and will be given to Mr. Fred Vigil for review today.

    32 parties are named in the publication along with 16 map-tract combinations for which current ownership is unknown. I enclose with this, a draft of the publication both in hard copy and on diskette.

    Notices and Orders to Show Cause will be held back for the following:

    a)    The 24 tracts which appear on the hydrographic survey maps, but which were not adjudicated on ditch orders or on individual subfile orders.

    b)    The 8 tracts served by Acequia de los Ranchitos. These rights were apparently erroneously adjudicated under the Suazo ditch, and the error is now under investigation by your hydrographic survey section.

    c)    The 2 tracts served by the Winfield Morton ditch (a private ditch) as the priority date remains unclear.

    d)    Map 9, Tract 7A. This tract was adjudicated a no right in a ditch order, but has since had water rights transferred to it. The source of the water transferred needs to be determined. The tract does not appear on the hydrographic survey map.

Letter to Patrick Simpson
September 28, 1994
Page 2

    e)    Subfiles 267 and 287 for lack of map-tract information.

The mailing labels have been delivered to Lorraine Chavez.

I will write the program to generate a Notice and Order to Show Cause for each ditch association in the coming week. Mr. Fred Vigil has provided me with a list of official ditch names which I have incorporated into the databases, and a list of addresses for each of the ditch associations.

I enclose two samples of the Notice and Order to Show Cause. I have highlighted the changes made to your text in the version which is designed to accommodate cases where more than one priority date is adjudicated. The computer is programmed to insert the correct text automatically. I have also left out "in the lower left corner" on page 2, line 5. It now reads, "You must file your objection...within sixty (60) days after the date of this notice and order." Please let me know if these changes are acceptable.

I will be glad to correct errors in the current data set up until October 7, 1994, at which time it will be prudent to stop, proof and print. The notices will be file stamped on October 12, 1994, and mailed the following day. All new information, obtained too late to incorporate into the data set will be handled immediately thereafter.

I would like to add that Mr. Fidel Trujillo and Mr. Fred Vigil have been more diligent in gathering information, and most helpful in answering my questions.

Sincerely,

*Judy K. Stoft*

Judy K. Stoft


cc w/ enclosures

    Special Master Vickie L. Gabin
    Darcy S. Bushnell, Esq.
    Mr. Fred Waltz, Esq.
    Fred Vigil
    Fidel Trujillo