P.O. Box 689
Albuquerque, New Mexico 87103-0689
505/766-3210

September 27, 1994

Special Master Vickie L. Gabin
c/o USDS-DCNM
P.O. Box 2384
Santa Fe, NM  87504-2384


RE:  Procedure re Processing Orders to Show Cause
     RIO CHAMA ADJUDICATION


Dear Special Master Gabin:

I am sending this letter to apprise you of the procedure which Ms. Stoft and I have constructed for handling stamping, filing and mailing of approximately 600 orders to show cause to scheduled to be sent out on October 12, 1994 in the Rio Chama Adjudication, Mainstream Section.

   1.   Ms. Stoft will produce mailing labels which will be sent to the State.

   2.   The State will prepare 9x12 envelopes with postage and labels and return them to Ms. Stoft no later than October 10, 1994.

   3.   Ms. Stoft will produce the orders from her databases.

   4.   The filing process will be handled in an assembly line or team approach.  On October 12, 1994:

      a.   Ms. Stoft, myself and a crew of select individuals will stamp each order with your signature, Judge Campos' signature and the Court file stamp.  Ms. Stoft has changed the date of filing set forth in the orders from October 17 to October 12, 1994.

      b.   The appropriate number of copies will be made.

      c.   The envelopes will be stuffed and mailed.

   5.   Copies for the State will be hand-delivered shortly thereafter.

   6.   I will prepare an appropriate notice of filing which indicates that (a) active counsel and interested parties will not

be receiving each order to show cause and (a) if anyone wishes to review any or all of these orders, they should contact Patrick Simpson.

    7.   In order to meet this schedule, I will need to receive a signature stamp from you no later than October 11, 1994.

    Please contact me if you have any comments regarding this procedure. Thank you for your assistance in this matter.

Sincerely yours,

_____
Darcy S. Bushnell, Esq.
Adjudication Staff Attorney

cc:  Judge Santiago Campos
     Patrick Simpson, Esq.
     Ms. Judy K. Stoft