IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel., )
State Engineer, )
 )
      Plaintiff, )  No. CV 7941
 )
      v. )  Rio Chama Stream
 )  System
RAMON ARAGON, et al., )
 )  Section 1 (mainstream)
      Defendants. )

94 OCT 12 PM 6:07

## NOTICE AND ORDER TO SHOW CAUSE

To Current Owner(s): TONY CONSAVAGE & JOE MAESTAS

Map: 21    Tract: 13    Priority: 1714
Subfile: 152
Ditch or Acequia: Acequia de Hernandez
Adjudicated Owner(s): LUIS & ADELIA H. MAESTAS

You are hereby notified that the Court has entered an order requiring you to show if you disagree with the priority date stated above for your water right. Since the time the Court provisionally adjudicated priority dates, a court-appointed historian has studied the priority dates further. The results of the study are that the priority dates are earlier than previously adjudicated. The new, earlier date is shown above.

If you agree with this date, you do not need to take any action, and the Court will enter a new provisional order with the above priority date. If you disagree, you must follow the instructions below.

IT IS THEREFORE ORDERED THAT if you object to the priority date stated above and want to offer proof of an earlier date, you

3579

must file a written objection with the Court. You must file your objection, if any, in person or by mail with the Federal Court Clerk in Albuquerque (P.O. Box 689, Albuquerque, NM 87103) or Santa Fe (P.O. Box 2384, Santa Fe, NM 87504) within sixty (60) days after the date of this notice and order. If you file a timely objection the Special Master will notify you of how to present your objection in Court.

If you have any questions, call or write:

Barbara Austin or Patrick Simpson
State Engineer Office Legal Division
P.O. Box 25102
Santa Fe, NM 87502
(505) 827-6150

Dated: October 12, 1994

_____
Santiago E. Campos
UNITED STATES DISTRICT JUDGE

Approved: _____
Vickie L. Gabin
SPECIAL MASTER

2 - NOTICE AND ORDER TO SHOW CAUSE