IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. the State Engineer, ) ) ) | |
| Plaintiff, ) ) | No. 69cv07941-BB |
| v. ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al., ) ) | |
| Defendants. ) ) | |

### STATUS REPORT ON SETTLEMENT APPROVAL

The United States of America ("United States"), by and through the undersigned attorney, reports as follows regarding the status of the Consent Order proposed for resolution of this matter:

The undersigned spoke today with the Assistant Chief within the Natural Resources Section who is charged with stewarding the proposed Consent Order through the approval process. He reports that after an initial delay, review of the proposed Consent Order is now underway and that a decision is anticipated by the end of the month, or shortly thereafter.

Respectfully submitted,

/s/ David Gehlert
DAVID W. GEHLERT
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1386

COUNSEL FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on February 4, 2011, I filed the foregoing STATUS REPORT ON SETTLEMENT APPROVAL electronically through the CM/ECF system, which caused parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

      _____/s/_____
      DAVID W. GEHLERT