IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07941-BB-ACE |
| v. | ) ) | RIO CHAMA ADJUDICATION |
| RAMON ARAGON, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF MAILING ADDRESS

The City of Espanola ("City"), by and through its attorneys, Stein & Brockmann, P.A., hereby notifies the parties of a change of mailing address, and requests that all pleadings to be served on the City by mail be served at Post Office Box 2067, Santa Fe, New Mexico 87504-2067. Stein & Brockmann, P.A.'s physical address remains the same at 505 Don Gaspar Avenue, Santa Fe, New Mexico 87505.

Dated: February 4, 2011.

Respectfully submitted,

STEIN & BROCKMANN, P.A.

By /s/ Jay F. Stein
Jay F. Stein
Seth R. Fullerton
Post Office Box 2067
Santa Fe, NM 87504-2067
(505) 983-3880

Attorneys for the City of Espanola

Certificate of Service

I hereby certify that, on February 4, 2011, I filed the foregoing Notice of Change of Mailing Address electronically through the CM/ECF system, which caused parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Jay F. Stein
Jay F. Stein