**FILED**
at Santa Fe, NM

FEB 1 4 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation
    The State Engineer,

                Plaintiff,

    v.

ROMAN ARAGON,   et al,

                Defendants.

Case No. 69cv-07941-BB

Rio Chama Stream System

Section 1 (mainstream)

# Response to the State, Doc.9997 filed 2/2/2011

Comes now this pro se Defendant, plebian david ortiz, a parciante, a land owner drawing water out of the Acequia de Chamita, with water rights (Acequia or Ditch rights) rooted and grounded since its establishment date of August 11, 1598 and an elected Commissioner since 2001, to defend my rights and the Acequia, having presented evidence and exhibits especially the primary source written and notarized by the Colonizers of Nuevo Mexico from this confluence of the Rio Chama and the Rio Grande. These original Documents were translated and put into books by Hammond and Rey, "Onate the Colonizer"

The Special Master has identified 5 sub-files on the Rio Chama Stream System that were not notified and served in 1996 Notices and Orders to Show Cause and afford them an opportunity to present their objections to the State's assignment of a 1714 priority date for their Acequia.  Special Master in Doc. 9983 gives sub-files 14 days to respond to the State's brief. Sub-file #267 (sub-file is only a folder) is the file in the State Engineers and the Water Masters files to identify the land owner on Map 22 tract 17 on the Acequia de Chamita

previously belonging to Alfredo Salazar Sr. This land and its Water Right in the Acequia was

purchased by me, David Ortiz (see Doc.9990 filed 12/13/2010) and Deposition taken by the

Plaintiff, which I submit with this response as part of the record.  I was not served with an Order

to Show Cause in 1996.

The State agrees as they state in their brief (Doc.9997, pg.12), "After reviewing these

materials, the State agrees that the owner of the water rights associated with the map and

tract numbers described above...", he lists 22.17, "...were not served with a Notice and Order to

Show Cause. And I also agree.

However I disagree with the majority of the State's brief because it's absurd and it is

bordering on the edge of insanity. I am not only a parciante of the Acequia de Chamita but one

of its Commissioners. The only requirement for having "Ditch" rights is to be a legal land owner

in good standing, drawing water from the Acequia. The most recent report from the

Watermaster, Watermasters Report, Río Chama Mainstream 2009 by Stermon M. Wells (see

report in the NM State Engineers web site, **www.ose.state.nm.us**) shows that the application of

a priority date is to the Acequias only and not to an individual sub-file (see attached report by

watermaster, 2009 pg.11). The State  knows that the sub-file represents an individual's Acequia

rights as it applies to his/her irrigated land giving an easement for the Acequia conduit in most

cases. The Acequia Community is a self governing body recognized by the State as a political

sub division.

My intent and any objectors to 1714 or 1600 or any other date for this Acequia de

Chamita, is that we are given the right and proper date of August 11, 1598. The Acequia de

Chamita is protected by the New Mexico State Constitution (article 2, Section 5); pre Treaty of

Guadalupe Hidalgo; New Mexico State Memorial #14, 48th Legislature Session 2007 (Doc.9657

filed 3/31/10, Exhibit H); New Mexico State House Memorial #15, 48th Legislature Session 2007

(Doc.9657 filed  3/31/10, Exhibit H); Rio Arriba County Resolution #2011-49 and 2011-057 (Doc. 005 filed 1/14/11); Acequia by Laws voted and passed by unanimous approval by the membership on December 1, 2003, signed by Commissioners Alex Sisneros, Richard Salazar and David Ortiz. By Laws were registered by Rio Arriba County and the State Engineers Office on or around June 28, 2004 (Doc.9657 filed 3/31/10, Exhibit I) that state the establishment date of the Acequia de Chamita, August 11, 1598.

This Defendant, parciante and Commissioner David Ortiz requests a modification of Special Master Gabin recommendation of 1600 for 3 Acequias; to recognize Acequia de Chamita proper establishment date of August 11, 1598, and if you are going to assign a priority date, it should reflect the establishment date.

While the above requested modifications may seem minor in nature, this Defendant makes this request because questions regarding the historical events in this area are likely to arise in other contexts in these proceedings. For this reason, The Court's adoption of findings of fact should be as accurate as possible to avoid confusion and the need for clarification in the future.

**LET THE EVIDENCE SPEAK and assign the Acequia de Chamita it's proper date of August 11, 1598.**

Case: 6:69-cv-07941-BB

Respectfully Submitted by Defendant David Ortiz,



_(Signature of Defendant)_
David Ortiz, Commissioner/Treasurer

DAVID  ORTIZ
(Printed name of Defendant)

PO Box 1082
(Street address or P.O. Box)

San Juan, NM 87566
(City, State and Zip Code)

Tract_____17_____

Map_____22_____

Subfile____267_____

# WATERMASTER'S REPORT

# RIO CHAMA MAINSTREAM

## 2009

Stermon M. Wells
Rio Chama Watermaster



# S T A T E   O F   N E W   M E X I C O
## OFFICE OF THE STATE ENGINEER
### Santa Fe

John R. D'Antonio, Jr., P.E.
State Engineer

BATAAN MEMORIAL BUILDING, ROOM 102
SANTA FE, NM 87504-5102
(505) 827-6120
Fax (505) 827-6682

December 22, 2009

Mr. John R. D'Antonio, Jr., P.E.
New Mexico State Engineer
Concha O. Pino Building
Santa Fe, NM

Dear Mr. D'Antonio,

I am pleased to submit the following report of our activities on the Rio Chama during the 2009 irrigation season, which included water measurement, recording and accounting, as well as the study of various water right matters, and meetings with water users in the area.

Acequia diversion gauges on the Rio Chama were read and maintained as necessary, velocity measurements made, and rates of flow were calculated, resulting in the diversion data summarized in this report.

Thank you for your continued support, and please contact me with any questions that may occur to you after reading this report. I hope it meets with your approval.

Sincerely,

Stermon M. Buck Wells
Rio Chama Watermaster

REVISED PRIORITY DATES FOR RIO CHAMA ACEQUIAS:
As of December 1, 2005

| | |
|---|---|
| Scull Ranch Pump | 1/26/1948 (from WATERS database) |
| Winfield Morten Pump | not used, abandoned |
| Monastery Pump | 5/1/1904 (per Declaration 01821) |
| Acequia de Abeyta y Trujillo | 1735 (State's Motion filed June 2003) |
| Acequia de Jose V. Martinez | 1735 " |
| Acequia Mariano | 1734 " |
| Acequia Valentin Martinez | 1734 " |
| Acequia de la Puente | 1734 " |
| Acequia de Quintana | 1734 " |
| Acequia de la Tierra Azul | 1734 " |
| Acequia de Jose Ferran | 1734 " |
| Acequia de Jose Pablo Gonzales | 1734 " |
| Acequia de los Gonzales | 1734 " |
| Acequia del Rio de Chama | 1724 " |
| Acequia de los Duranes | 1724 " |
| Acequia de Manzanares y Montoya | 1724 " |
| Acequia de los Martinez y Garcias | 1724 " |
| Acequia de Chili y la Cuchilla | 1715 " |
| Acequia de Chamita | 1714 " |
| Acequia de los Salazares | 1714 " |
| Acequia de Hernandez | 1714 " |

Note: The diversions at Winfield Morton, Monastery of Christ, and Scull Ranch are pumps lifting water directly from the river. The rest of the diversions listed are community ditches that intake water from the river by diversion dam and/or headworks.

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW MEXICO

2
               No. 69CV07941-BB
3              RIO CHAMA STREAM SYSTEM
               Section 1, Chama Mainstream

4

STATE OF NEW MEXICO, ex rel.
5  State Engineer,
6          Plaintiff,
7     vs.
8  RAMON ARAGON, et al.,
9          Defendants.
10
11              DEPOSITION OF DAVID ORTIZ
12                 December 20, 2010
                      9:44 a.m.
13           Office of the State Engineer
          Concha Ortiz y Pino Building
14             130 South Capital
          Santa Fe, New Mexico

15
16
17     PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE,
     this Deposition was:

18
     TAKEN BY:  EDWARD G. NEWVILLE, Special Assistant
19             Attorney General
               ATTORNEY FOR THE PLAINTIFF

20
     REPORTED BY:  SUSAN G. PTACEK
21               NEW MEXICO CCR #178
                  Paul Baca Professional Court Reporters
22               500 4th Street, Suite 105
               Albuquerque, New Mexico  87102

23
24
25

85296909-0d00-4e65-8fad-6a2f1996c608

## Page 2

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3        EDWARD G. NEWVILLE,
          Special Assistant Attorney General
 4        ARIANNE SINGER,
          Assistant Attorney General
 5        Office of State Engineer
          130 South Capital
 6        P.O. Box 25102
          Santa Fe, New Mexico 87504-5102
 7        (505) 867-7444  FAX (505) 867-2299
          ednewville@rgunwired.net
 8
     FOR THE DEFENDANT DAVID ORTIZ:
 9
          DAVID ORTIZ, pro se
10        P.O. Box 1082
          San Juan Pueblo, New Mexico  87566
11
     ALSO PRESENT:
12
          ELOY GARCIA
13
             I N D E X
14
     EXAMINATION OF DAVID ORTIZ
15        December 20, 2010
16   EXAMINATION BY MR. NEWVILLE
17   REPORTER'S CERTIFICATE
18   SIGNATURE/CORRECTION
19                * * *
20        EXHIBIT INDEX
21                       MAR
     Deposition
22
 1   Change of Ownership of Water Right,    25
23   Warranty Deed,  Plat, Letter June 23, 1976
     to David Ortiz from J. K. Couzens, another
24   plat
25   2   Order Adopting Stipulation         25
```

## Page 3

```
 1              DAVID ORTIZ,
 2   having been first duly sworn, was examined and
 3   testified as follows:
 4              EXAMINATION
 5   BY MR. NEWVILLE:
 6      Q.   I am Edward Newville and I represent the State
 7   of New Mexico.  And we're here to take your deposition
 8   in a water rights claim on the Chamita Ditch.  With me
 9   is Arianne Singer representing the State of New Mexico.
10         Mr. Ortiz, if you don't understand any of my
11   questions that I ask, please ask me for an explanation,
12   and we'll work that out.
13      A.   All right.
14      Q.   Would you state your name.
15      A.   My name is David Manuel Ortiz.
16      Q.   And when were you born?
17      A.   I was born December 21, 1941.
18      Q.   Now, where did you grow up?
19      A.   Well, I was born here in Santa Fe.
20      Q.   What is your address now?
21      A.   Mailing address is P.O. box 1082, San Juan or
22   Ohkay, Owingeh or what it's going to be.
23      Q.   New Mexico?
24      A.   New Mexico, yes.
25      Q.   And what is that area called, generally, the
```

## Page 4

```
 1   town?
 2      A.   Chamita.
 3      Q.   Chamita.
 4      A.   Now known as Chamita.
 5      Q.   How long have you lived in Chamita?
 6      A.   1976.  February 14, 1976, when we moved from
 7   Santa Fe to Chamita.
 8      Q.   Do you have relatives in Chamita?
 9      A.   Well, it turns out most everybody there is
10   related to me, which I didn't know.
11      Q.   Are you familiar with Chamita only since moving
12   there in '76, or were you there earlier and also
13   familiar with the community while you were younger and
14   growing up?
15      A.   Yes, sir.  We used to go pick apples when I was
16   -- I don't know if I was teenager yet.  Right around
17   turning into a teenager.
18      Q.   Do you own land in Chamita?
19      A.   Yes, sir, I sure do.
20      Q.   And when did you purchase that land?
21      A.   Well, I believe started -- we made an offer in
22   1975.
23      Q.   1975?
24      A.   1975.
25      Q.   And did you purchase the land?
```

## Page 5

```
 1      A.   Yes, sir.
 2      Q.   Who did you purchase the land from?
 3      A.   Alfredo Salazar, Sr.
 4      Q.   Is this irrigated land?
 5      A.   Yes, sir.
 6      Q.   With water rights?
 7      A.   Yes, sir.
 8      Q.   How many acres, approximately, of irrigated
 9   land?
10      A.   Irrigated is 15.2.
11      Q.   Was that irrigated land -- was it adjudicated
12   water rights in an adjudication proceeding for the Rio
13   Chama?
14      A.   Well, I understand the adjudication process is
15   taking place now.  I didn't know anything about
16   adjudication then.
17      Q.   Did you -- so when you purchased the land, did
18   Mr. Salazar tell you you had irrigation water rights?
19      A.   Yes, sir.
20      Q.   Did he show you any documentation at the time?
21      A.   Not that I can remember.
22      Q.   Do you have a copy of any deeds for that land
23   that describe it?
24      A.   Yes, sir.
25      Q.   Okay.  Can you describe what those documents
```

Page 6

1  are? And we'll just read them into the record and make
2  this an exhibit.
3     A.   The front page is a change of ownership of
4  water rights from Alfredo Salazar to myself. The second
5  page is a warranty deed with a description of the land.
6  And the third is a plat of that described land. The
7  next page is from a J. K. Couzens, Engineer, Water
8  Rights Division, stating, "Enclosed is your copy of
9  Change of Ownership of water right for the above
10 numbered file." Subfile 267. "Our records have been
11 changed accordingly." It's dated June 23, 1976.
12    Q.   Thank you.
13    A.   The last page is a copy of the third one.
14    Q.   Now, on the change of ownership of water right
15 it described the water right as subfile 267.
16    A.   Yes, sir.
17    Q.   Is that correct?
18    A.   Yes.
19    Q.   As far as you know?
20    A.   That's correct, as far as I know.
21    Q.   It also describes a map, Tract 17, Map 22?
22    A.   Yes, sir.
23    Q.   The state engineer hydrographic survey?
24    A.   Yes, sir.
25    Q.   Is that correct?

Page 8

1     -- I believe it was '99, and then as a contractor I got
2  a contract to do work on the ditch, so I resigned, so
3  that there wasn't any conflict of interest.
4     Q.   You were a commissioner in '99?
5     A.   Yes, sir.
6     Q.   What office did you hold then?
7     A.   I was the treasurer.
8     Q.   When did you first -- have you always been a
9  treasurer when you were a commissioner?
10    A.   Yes, sir.
11    Q.   And when did you first become a commissioner?
12    A.   I believe it was '99.
13    Q.   '99.
14    A.   Yeah.
15    Q.   So you've been very involved in acequia
16 affairs?
17    A.   Yes, sir, correct.
18    Q.   Tell me about your acequia. Do you have annual
19 meetings? Do you have meetings more often? Tell me how
20 you conduct your affairs.
21    A.   We have annual meetings, and then every odd
22 year we have meetings where officers are elected.
23    Q.   Have you always attended those meetings since
24 you were a parsante (phonetic) of the ditch?
25    A.   No, I haven't.

Page 7

1     A.   That's correct.
2     Q.   Let me back up a bit and ask you a little -- a
3  few more questions about your background, sir.
4          Where did you go to school?
5     A.   I went to both St. Michael's High School and
6  Santa Fe High School.
7     Q.   Where are those located, here in Santa Fe?
8     A.   St. Michael's in Santa Fe, yes.
9     Q.   Did you attend school after high school?
10    A.   No, sir, I didn't.
11    Q.   How do you make your living, sir?
12    A.   Presently I'm retired and I'm a hobby farmer,
13 rancher.
14    Q.   What type of work did you do before you were
15 retired?
16    A.   I was an mechanical contractor in business for
17 myself, and worked for other companies before that.
18    Q.   What type of work did you do for the other
19 companies before you were a mechanical contractor?
20    A.   Plumbing.
21    Q.   Are you -- you're an officer of Chamita --
22 Acequia de Chamita; is that correct?
23    A.   Yes, sir. I'm a commissioner, treasurer.
24    Q.   And how long have you held that office?
25    A.   I believe it was 2001, and I was a commissioner

Page 9

1     Q.   When have you been active in the acequia
2  matters?
3     A.   Probably right before I became a commissioner.
4     Q.   Who are the other commissioners at this time?
5     A.   Alex Sisneros and Richard Salazar.
6     Q.   Do you know Richard Salazar well?
7     A.   Yes, sir, I sure do.
8     Q.   And he's a professional historian; isn't that
9  correct?
10    A.   Not as far as I know.
11    Q.   Was he the state historian, as far as you know?
12    A.   Richard Salazar?
13    Q.   Yes.
14    A.   No, not as far as I know.
15    Q.   Well, I'd like for you to tell me your opinion
16 on when the -- I'll call it the Chamita Ditch or Acequia
17 de Chamita. When the Chamita Ditch was first
18 established?
19    A.   My opinion?
20    Q.   Yes.
21    A.   Well, according to Hammond and Rey, the authors
22 of Onate The Colonizer, he dug an irrigation ditch on
23 the 11th of August 1598. I believe that's the acequia
24 that is now known as Chamita Acequia.
25    Q.   So it's your belief the Chamita Acequia was

3 (Pages 6 to 9)

85296909-0d00-4e65-8fad-6a2f1996c608

1  established in August in 1598?
2      A.  Yes, sir.
3      Q.  Is this a recently formed opinion on your part,
4  or something that you felt or believed for a long time?
5      A.  Well, I'd say since I became a commissioner.  I
6  had heard the stories before, but I had not verified
7  them and studied them.
8      Q.  What stories -- you say you've heard the
9  stories before.  Can you explain that to me?  What you
10  mean by that?
11      A.  In conversation with different people in the
12  community it was a well-known fact that Chamita was
13  established 1598.
14      Q.  And then you say you did some work on your own
15  at some point in time to confirm that?
16      A.  Yes, sir.
17      Q.  What kind of work did you do?
18      A.  I did study an in-depth of Onate The Colonizer,
19  which a lot of people use to form their opinions, and
20  many others, Jenkins, Ellis.
21      Q.  So you've relied on various people and their
22  opinions?
23      A.  Yes, sir.  Historical.
24      Q.  And could you tell me who those individuals
25  were, and what work did it entail?

1      A.  It wouldn't be just --
2      Q.  You mentioned Hammond and Rey, and I'm
3  wondering what other -- what are the bases, you know,
4  you rely on in supporting this opinion?
5      A.  Hammond and Rey is the beginning.  Everybody
6  that comes after that basis their opinion on that
7  document.  On that book.
8      Q.  You said that you had conversations with people
9  in Chamita, and it was commonly -- the belief was that
10  the ditch was established in 1598?
11      A.  Yes, sir.
12      Q.  So this has been your understanding for --
13  since you've moved to Chamita?
14      A.  Well, maybe not since I moved there, but the
15  last 12 years since I've been a commissioner.  Before
16  that I didn't attend the meetings because I worked out
17  of town.  Being a plumber, we worked -- I did most of my
18  work in Albuquerque, even as far as -- I can't think of
19  it.  Where the Very Large Array is.  We traveled all
20  over the state building things.  So I never had time to
21  attend meetings then.
22      Q.  What was your understanding of when the
23  Hernandez and Salazar ditches were established?
24      A.  I don't know.  I don't have any opinion.  It's
25  none of my business, as far as I'm concerned.

1      Q.  I wanted to go over something that the court
2  filed in 1995.  It's a stipulation between Dr. Hordes
3  and John Baxter.  It was filed with the court in 1995.
4  I ask you if you agree with statements here or disagree.
5      A.  Specifically which one?
6      Q.  Look at No. 2, "The Onate expedition arrived at
7  the present San Juan Pueblo on July 11, 1598."
8      A.  I don't believe that's an accurate statement.
9      Q.  What's inaccurate about it?  Tell me.
10      A.  Number one, it was not San Juan Pueblo.  It was
11  an Indian pueblo.
12          Number two, the advance party arrived July 11,
13  1598.  The main party didn't arrive until August 18th.
14      Q.  Okay.  Look at the third one here.  "With the
15  assistance of 1500 Pueblo Indians, Onate initiated a
16  project to build an acequia from the east bank of the
17  Rio Grande."
18          You disagree with that?
19      A.  I disagree with it.
20      Q.  How do you disagree with it?
21      A.  The history book does state "1500 barbarian
22  Indians," but no where in Onate's itinerary does he say
23  that they started an irrigation ditch on the east bank
24  of the river."
25      Q.  This doesn't say that Onate's -- I forgot the

1  word you used, but in writing it says it's on the east
2  side of the river, but this is their opinion of Onate
3  initiated this project to build an acequia on the east
4  bank of the river.  You disagree with that?
5      A.  I disagree with that.
6      Q.  Do you believe that he did initiate a project
7  to build an acequia at this time?
8      A.  On August 11th he did initiate an acequia.
9      Q.  Where was that acequia?  Are you familiar with
10  that?
11      A.  In San Gabriel.
12      Q.  Which is?
13      A.  Now Chamita.
14      Q.  Chamita, that would be the Acequia de Chamita?
15      A.  Yes.
16      Q.  So it's your opinion that Onate did not
17  initiate any project to build an acequia on the east
18  side of the river at this time?
19      A.  That's correct.
20      Q.  There is a very large acequia on the east side
21  of the river, is there not?
22      A.  I don't know "large."  I know there's two
23  acequias.
24      Q.  Excuse me.
25      A.  There's two acequias on the pueblo on the east

PAUL BACA PROFESSIONAL COURT REPORTERS

85296909-0d00-4e65-8fad-6a2f1996c608

Page 14

1    side.

2        Q.  Do you have an opinion about when those were
3    constructed?

4        A.  No, sir.

5        Q.  This No. 4.  Can you read that and tell me you
6    agree with that or not?

7        A.  Why -- I don't agree with it.

8        Q.  Can you tell me what part you don't agree with?

9        A.  Right off the bat, there is no historical fact
10   to support Spanish settlers moving from the east bank to
11   the west bank in 1600.

12       Q.  What do you think happened at that time in
13   1600?

14       A.  In 1600 the only thing that the history book
15   talks about is that reenforcements came to San Gabriel
16   on the 24th, which was the day before Christmas.

17       Q.  What history book would that be?

18       A.  Onate The Colonizer, Hammond and Rey.

19       Q.  Hammond and Rey.

20       A.  Translation of Onate's papers.

21       Q.  Is Hammond and Rey the main source of history
22   that you rely on in your confirmation of your belief
23   that the Chamita Ditch was established in 1598?

24       A.  That's correct.

25       Q.  A few other questions.  I think we will put

Page 15

1    this aside.

2            How long have you known Eloy Garcia, who is
3    also here today?

4        A.  Well, I did attend some of the meetings
5    scattered here and there, and I met him then.  But we
6    became better acquainted when he became mayordomo and I
7    became commissioner, and than we not only were members
8    of the same acequia but we started running cattle
9    together.

10       Q.  And he's the mayordomo of the acequia?

11       A.  Yes, sir.

12       Q.  How long has he been a mayordomo?

13       A.  I believe about 12 years.

14       Q.  And you also know Ronald Rudstrom?

15       A.  Yes, sir.

16       Q.  How long have you known Mr. Rudstrom?

17       A.  Oh, I'd say 10 years.

18       Q.  Not before?

19       A.  I may have seen him.  I don't remember him.

20       Q.  You have known Mr. Garcia for a longer period
21   of time?

22       A.  Yes, sir.

23       Q.  Mr. Rudstrom and Mr. Garcia filed objections to
24   the court's proposed priority date for the Chamita
25   Ditch; is that correct?

Page 16

1        A.  I believe that's so.

2        Q.  And the court's -- state's proposed the
3    priority date for the ditch as 1714?

4        A.  That's correct.

5        Q.  Have you had occasion ever to discuss with them
6    why they filed those objections?

7        A.  It's my understanding from our conversations
8    that they objected to the 1714 date that the state was
9    offering.

10       Q.  I think those objections were filed in 1995.
11   Did you discuss those objections with them, or the
12   state's proposal at the time?

13       A.  No, sir.  I had no knowledge of any court case
14   or what they were doing.

15       Q.  You were unaware of the proposal of the state
16   to establish a priority date of 1714?

17       A.  That's correct.

18       Q.  When did you -- do you have any awareness of an
19   adjudication proceeding at all when you bought the land?

20       A.  No, sir.

21       Q.  When did you learn that those water rights were
22   subject to an adjudication proceeding?

23       A.  I don't know.  I don't know.  If I saw the word
24   "adjudication," I didn't even know what it meant.

25       Q.  Do you recall receiving a packet of information

Page 17

1    about the adjudication of the Jicarilla Apache?

2        A.  I don't recall.

3        Q.  You don't recall signing a waiver of service
4    and summons and filing it with the court in 1995?

5        A.  No, I don't remember.

6        Q.  But you could have done that?

7        A.  I could have, yes, sir.  Yes, sir.

8        Q.  Mr. Ortiz, one of the -- in one of the
9    pleadings that you've recently filed with the court, you
10   said that you were asleep in -- "We were asleep in
11   1996."

12           Could you explain to me what you meant by that?

13       A.  I didn't know what was going on.  We were not
14   informed by our commission.

15       Q.  In 1996 you had no awareness of the process to
16   make a determination of the Acequia de Chamita priority
17   date?

18       A.  No.

19       Q.  But it is your testimony here today you're
20   generally aware that the prior to 1996 or 1999, I think
21   you mentioned, that the Chamita Ditch was established in
22   1598; is that correct?

23       A.  Pardon me?

24       Q.  You mentioned that when you moved to Chamita
25   people believed that the ditch and the community was

5 (Pages 14 to 17)

85296909-0d00-4e65-8fad-6a2f1996c808

Page 18

1 established in 1598.
2     A.   Certain individuals that I had conversations
3 with. I didn't say all of them.
4     Q.   So you did discuss this with people in the
5 community?
6     A.   Yes, sir.
7     Q.   Were there ever any meetings in your community
8 to discuss the determination of the priority date?
9     A.   No, sir.
10     Q.   None that you recall?
11     A.   No, sir.
12     Q.   None that you attended?
13     A.   None that I recall. I don't know.
14     Q.   Were you aware of the hearings that were held
15 in 1996?
16     A.   Not at that time.
17     Q.   When did you first become aware of those
18 hearings?
19     A.   Oh, a few years later. Probably -- because one
20 of the commissioners, Juan Archuleta, who is now
21 deceased and was a commissioner, we had a lot of
22 conversations after that, after I became commissioner.
23     Q.   What was your understanding of the hearings and
24 the issues that were before the court?
25     A.   Then?

Page 19

1     Q.   Yes, in 1996.
2     A.   I don't -- I don't even know it happened. I
3 didn't know.
4     Q.   Did you know what the position was of the
5 acequia at the hearings?
6     A.   Well -- you mean the commissioners or the
7 lawyer?
8     Q.   The commissioners of the acequia.
9     A.   As far as I know, the commissioners always
10 believed that it was 1598.
11     Q.   When was the first time you saw the stipulation
12 between Dr. Stanley Hordes and John Baxter?
13     A.   Probably after February of this year.
14     Q.   Have you had any discussions with Richard
15 Salazar on when the Chamita Ditch was established?
16     A.   Not recently, but Richard Salazar's signature
17 on the acequia bylaws has the August 11, 1598, date, and
18 a paragraph stating that it was established on August
19 11, 1598. In 2004 it's got his signature on it.
20     Q.   What do you think that means?
21     A.   Well, I think it means that he thought the
22 establishment was August 11, 1598.
23     Q.   Has he told you that?
24     A.   No. But he put his signature on the bylaws.
25 They were filed with the state engineer here and the

Page 20

1 County of Rio Arriba?
2     Q.   Has he ever mentioned what his opinion is to
3 you, personal opinion or opinion as an historian?
4     A.   No, no. A month ago I had a bunch of caps and
5 he came and bought four of them from me.
6     Q.   Tell the court reporter what the cap says.
7     A.   Acequia de Chamita established 1598. Alex
8 Sisneros has another boxful that we gave one to each
9 parsante, and we were selling the rest at $5 a piece.
10     Q.   Mr. Ortiz, there's a ditch, I believe, directly
11 across the river from the point of diversion of the
12 Chamita Ditch; is that correct?
13     A.   Yes, sir.
14     Q.   Which ditch is that?
15     A.   Salazar -- oh, you mean where you take the
16 water out?
17     Q.   Yes, where you take the water out.
18     A.   Hernandez.
19     Q.   The Hernandez. That's the highest on the Chama
20 across from the Chamita Ditch; is that correct?
21     A.   That's correct.
22     Q.   How do you allocate water between those two
23 ditches? Is there any formal allocation agreement?
24     A.   No, sir. We can both fill our ditches.
25     Q.   Has there ever been any problem with the

Page 21

1 allocation of water between the two ditches?
2     A.   Not from allocation, but we do have problems
3 with them, because if their gate in the river is not all
4 the way down, we can't get water in our ditch. And so
5 if the river is full, and the water is jumping over the
6 wall, we can fill our ditch. And we don't care if they
7 open their gate, as long as the water jumps the wall and
8 we can fill the ditch. But when they have their gate
9 open, and they lower the flow in the river, we don't
10 fill our ditch, and then we get pretty irritated.
11     Q.   When they lower their gate, has there always
12 been enough water for both of you?
13     A.   Yes, sir.
14     Q.   And you say you have no opinion on the priority
15 date of the --
16     A.   No, sir.
17     Q.   -- the other two ditches?
18     A.   No, sir.
19     Q.   Okay. Are you aware of the inter se phase of
20 the adjudication proceeding?
21     A.   I've learned that word and the definition of it
22 since February. Maybe I don't understand it completely,
23 but from my understanding, then, the lawyer does the
24 talking for the acequia community.
25     Q.   So what is your understanding of the inter se

6 (Pages 18 to 21)

85296909-0d00-4e65-8fad-6a2f1996c608

Page 22

1 phase? Do you understand what that process would be in
2 an adjudication?
3 A. Not completely.
4 EXAMINATION
5 BY MS. SINGER:
6 Q. Mr. Ortiz, you said you have owned your
7 property since '76?
8 A. That's correct.
9 Q. Did you irrigate at the time?
10 A. Yes. I irrigated every year since then.
11 Q. What have you been growing?
12 A. Well, when all my children were home, used to
13 plant a big garden. And once they ran away, then I've
14 got an apple orchard, and fruit trees, and alfalfa, and
15 the grass, and pasture.
16 Q. Did the mayordomo ever come along when you were
17 irrigating in those years?
18 A. Yeah. I knew the mayordomo.
19 Q. Who was the mayordomo before Mr. Garcia?
20 A. Pedro Martinez.
21 Q. How long was he the mayordomo?
22 A. I'm not sure.
23 Q. Was there a mayordomo before him? Do you
24 remember?
25 A. Yeah. Quite a few. I didn't know them. I've

Page 23

1 heard of them.
2 Q. Is there an annual ditch cleaning beginning of
3 the irrigation season?
4 A. Yes, there is.
5 Q. About how many people participate?
6 A. Well, in past I understand that everybody put
7 labor, including the Indians. It was cleaned by the
8 community. But as far as I can remember, every parsante
9 now has -- is in charge of his own right of way. So I
10 clean my right of way since then.
11 Q. So are you familiar if people just do it on
12 their own or at a time when everyone -- like a weekend
13 everyone cleans out the ditch at the same time?
14 A. No. No. Usually -- usually the mayordomo is
15 put on the payroll, and he goes and starts notifying the
16 parsantes that we're going to put water in such-and-such
17 a date. And we usually like to do it by March 15th, and
18 so it kind of hurries people along.
19 Q. So you've been doing that, then, since 1976?
20 A. Cleaning?
21 Q. Cleaning the ditch.
22 A. Yeah, that's correct.
23 Q. Do you know your neighbors?
24 A. I sure do. Like I said, before I was
25 commissioner I probably didn't know very many. But

Page 24

1 since I became a commissioner, I think I know just about
2 everybody in the community.
3 Q. Do the people next door to you irrigate? They
4 have a ditch as well?
5 A. That's correct.
6 MS. SINGER: David, any more?
7 MR. NEWVILLE: No, I don't. I'd just like to
8 have a couple things be exhibits. The first one is the
9 paperwork that you brought, starting with the chain of
10 ownership. Exhibit 1.
11 THE WITNESS: Can you make a copy of it?
12 That's my only copy.
13 MR. NEWVILLE: Yes. And the Order Adopting
14 Stipulation.
15 (Deposition Exhibit Nos. 1 and 2 were marked
16 for identification.)
17 MR. NEWVILLE: I will advise that you have the
18 right to read and sign this deposition. Would you like
19 to?
20 You can also order a copy form the court
21 reporter also. But you can waive reading and signing,
22 or you can ask that you be provided with a written copy
23 so you can read it and make any corrections that you
24 feel are necessary.
25 THE WITNESS: Yes. I would like to read and

Page 25

1 sign it.
2 MR. NEWVILLE: Read and sign. We're done.
3 (Whereupon the deposition was concluded at the
4 approximate hour of 10:20 a.m.)
5 * * *

Page 28

1   STATE OF NEW MEXICO, ex rel., State Engineer VS ROMAN
    ARAGON, et al.

2                  DEPONENT SIGNATURE/CORRECTION PAGE

3
        If there are any typographical errors to your
4   deposition, please indicate them below.

5   PAGE        LINE

6    3      21      box    Change to BOX

7    8      24   PASANTE Change to PARCIANTE(S) All CASES

8   15   14,16,23  Rudstrom Change to Rundström

9   21      22   February Change to February 2010

10                         Change to

11      Any other changes to your deposition are to be
    listed below with a statement as to the reason for
12   such change.  You may use additional pages if
    needed.

13                  CORRECTION      REASON FOR CORRECTION
    PAGE   LINE
14   2     16    ADD ARIANNE SINGER ALSO QUESTION DAVID ORTIZ

15   3     2     SWORN by AFFIRMATION        CLEARIFICATION

16   3     8     DITCH VS ACEQUIA      SEE CORRECTION SHEET ADD

17   4    11-17  APPLE PICKING          "                  "

18   5     19    SO DID THE REALTOR     "                  "

19   7    9,10   ATTENDED MILITARY AND   "                 "
                  TRADE SCHOOLS
20   7   11,12,13  ADD PROFESSIONALLY    "                  "

        I, DAVID ORTIZ, do hereby certify that I have read
21   the foregoing pages of my testimony as transcribed, and
    that the same is a true and correct transcript of the
22   testimony given by me in this deposition, except for the
    changes made.

23

24   DATED: 2-10-2010          _David Ortiz_
                                DAVID ORTIZ

25

Page 28

2

1   STATE OF NEW MEXICO, ex rel., State Engineer VS ROMAN
    ARAGON, et al.

2
                DEPONENT SIGNATURE/CORRECTION PAGE

3
        If there are any typographical errors to your
4   deposition, please indicate them below.

5   PAGE      LINE

6                             Change to

7                             Change to

8                             Change to

9                             Change to

10                            Change to

11      Any other changes to your deposition are to be
    listed below with a statement as to the reason for
12   such change.  You may use additional pages if
    needed.

13      PAGE     LINE        CORRECTION       REASON FOR CORRECTION
14   7,8      21-25,1-14   COMMISSIONER      "Clearification"
                                              SEE ADD.
15    8        15-17     CHAMITA, ONLY SINCE 99  "              "

16   10       17-20    H/R "ONATE the Colonizer  "            "
                       EVERYONE PRIMARY SOURCE

17   10       21-23    SEE EXH.W DOC9657        "            "
                       FILED 3-31-2010

18   11        19      ST. AUGUSTINE PLAINS     "            "
                       MAGDELENA

19   12       14-25   SEE EXH. E DOC.9657 FILED 3-31-2010
                                           ATACH. A

20   14        14     REFERS ONLY TO 1600 MOVE  "            "

        I, DAVID ORTIZ, do hereby certify that I have read
21   the foregoing pages of my testimony as transcribed, and
    that the same is a true and correct transcript of the
22   testimony given by me in this deposition, except for the
    changes made.

23

24   DATED: 2-10-2010          _David Ortiz_
                                DAVID ORTIZ

25

**PAUL BACA PROFESSIONAL COURT REPORTERS**

Page 28

3

1   STATE OF NEW MEXICO, ex rel., State Engineer VS ROMAN
    ARAGON, et al.

2
                DEPONENT SIGNATURE/CORRECTION PAGE

3
        If there are any typographical errors to your
4       deposition, please indicate them below.

5   PAGE      LINE

6                                  Change to

7                                  Change to

8                                  Change to

9                                  Change to

10                                 Change to

11      Any other changes to your deposition are to be
        listed below with a statement as to the reason for
12      such change.  You may use additional pages if
        needed.

13
    PAGE    LINE      CORRECTION       REASON FOR CORRECTION
14   14     24     SEE EXH'N DOC.9657      "          "
                        FILED 3-31-10
15   16      1     I HAVE NOT SEEN THOSE OBJECTIONS  "      "
16   16     2-4    DID NOT SEE IT IN WRITING UNTIL  "     "
                        2010
17   16    15-17   IN CONVERSATIONS AFTER I     "       "
                    BECAME COMMISSIONER, 2001
18   17    19-23   CONFUSING QUESTION. You settled  "    "
                        on 24,25
19   19    14-25       SEE ATTACH B       "       "
20   20     1-9     SEE SIGNATURES ON A B C
        I, DAVID ORTIZ, do hereby certify that I have read
21   the foregoing pages of my testimony as transcribed, and
     that the same is a true and correct transcript of the
22   testimony given by me in this deposition, except for the
     changes made.

23

24   DATED: 2-10-2010          _____
                                    DAVID ORTIZ

25

Page 28

4

1   STATE OF NEW MEXICO, ex rel., State Engineer VS ROMAN
    ARAGON, et al.

2

                DEPONENT SIGNATURE/CORRECTION PAGE

3

4       If there are any typographical errors to your
        deposition, please indicate them below.

5   PAGE     LINE

6                           Change to

7                           Change to

8                           Change to

9                           Change to

10                          Change to

11      Any other changes to your deposition are to be
        listed below with a statement as to the reason for

12      such change.  You may use additional pages if
        needed.

13
        PAGE    LINE         CORRECTION      REASON FOR CORRECTION

14      21      1-10    Can you imagine the problem       CLEARIFICATON
                        if 3 grid Acequias have the

15                      same priority on a single Acequia
                                call?

16
                        Like Linda Gordan, no one wants

17                              calls.

18

19

20
        I, DAVID ORTIZ, do hereby certify that I have read

21      the foregoing pages of my testimony as transcribed, and
        that the same is a true and correct transcript of the

22      testimony given by me in this deposition, except for the
        changes made.

23

24   DATED: 2-10-2010          David Ortiz
                                DAVID ORTIZ

25

**PAUL BACA PROFESSIONAL COURT REPORTERS**

85296909-0d00-4e65-8fad-6a2f1996c608

# Corrections Sheet Addition
## 28-1, 2, 3, 4

28-1  16  P3:8   Acequia: Community of Land Owners with right to use water out of the water conduit.

Ditch: Could be any depression that runs water even intermittently.

28-1  17  P4:11-17   My Father worked with Mr. Romero who had an apple orchard on the lower road (CR56) at westend, where we helped pick apples.

28-2  14  P7,8: 21-25,1-14   end of 98, 1st month of 99 Re-elected in 2001. (Verified)

28-2  15  P8:17   I was chairman of the Board on the San Luis Peoples Ditch, 1996, # 1 Priority in Colo. Also Mayordomo on the Robert Allen Ditch priority # 43 in San Luis before 1999.

28-3     P12:14-25   ONE CAN SEARCH EXHAUSTIVELY
         P13:1-25   BETWEEN ONATE AND TORQUEMADA AND THERE IS MENTION OF ONLY 1 (ONE) ACEQUIA.

2-10-2011        David Ortiz





# DON JUAN DE OÑATE

## *Colonizer of New Mexico*

### 1595-1628

GEORGE P. HAMMOND *University of California*

AGAPITO REY *Indiana University*

The University of New Mexico Press

1953

CASE 6:69-cv-07941-BB DOC 9157 FILED 3-31-2010
Case 6:69-cv-07941-RWR-KK Document 10081 Filed 02-14-11 Page 22 of 32
EXHIBIT E

ahead to explore the entire Río Grande area. Everywhere he was received in friendship by the natives. On July 7, he and the father commissary staged a great ceremony at the pueblo of Santo Domingo, when a general council was held with seven Indian chieftains, who were told through interpreters about the Christian God and king. Then these chieftains, on bended knee, after listening to discourses on Spanish politics and theology, swore allegiance to the new sovereigns. In this simple manner, they became citizens of the Spanish empire, subjects of its king and worshippers of its God. The same ceremony was repeated at San Juan Bautista, September 9, after dedication of the new church, and at Acolocu, Cueloze, Acoma, Zuñi, and Moqui, modern Hopi land.

From Santo Domingo, the Spaniards explored the nearby pueblos, and then, on July 11, at the Indian pueblo of Ohke, they founded their first headquarters or capital on the east bank of the Río Grande and named it San Juan de los Caballeros. Here they remained for a few months, but then they moved their camp to the pueblo of Yunque, or Yugewinge, which they called San Gabriel, on the left bank of the Chama where it flows into the Río Grande. This was a town of approximately four hundred houses and was more adequate for the needs of the Spanish forces. It remained the capital of New Mexico until Governor Don Pedro de Peralta, Oñate's successor, founded Santa Fé in 1610.

NO FOOTNOTE SEE P322-3

How the Spaniards lived we can only surmise, but they found the houses of this town comfortable and satisfactory. Food and clothing, provided by the Indians, were evidently plentiful. Not till later did the natives grow restless at the long stay of their guests and their constant demands for sustenance.

The main body of Oñate's colonists reached San Juan on August 18, 1598, having suffered for want of food on the way. The various parts of the expedition were now reunited in their new home. Immediately after this homecoming, there was a great celebration, during which the first church in the new land was begun. Everyone helped with its construction, and on September 8 it was dedicated, Father Cristóbal de Salazar preaching the sermon. On the next day, the province of New Mexico was divided up among the friars. Picuríes and Taos went to Father

always carried it with them and who had said many masses all along the route, the governor set out for the province of the Emes.[23] He spent that night at the great pueblo of Tzia, already mentioned.

On August 3 we went to the great pueblo of the Emes. On this trip the natives came out to meet us, bringing water and bread, at a most difficult hill, and they helped us to take up the cavalry armor and weapons. Two horses rolled down shortly before reaching the top. It was the feast day of the Ynbención. We found the paten which belonged to the fathers, first discoverers, who had been killed eighteen years before. It was worn, suspended from the neck, by a petty chieftain of Emes who had drilled a small hole in the middle of it. He traded it for hawks bells, but even if he had not accepted them, he would not have been allowed to take it away. It is now kept in the ciborium of this convent of San Juan. It was the feast day of the Ynbención of San Estevan when we found it.

On the 4th we went down to other Emes pueblos. They say that there are eleven altogether; we saw eight. The descent was so rough that three horses tumbled down the precipice, and two of them were killed. Most of us who were on foot also fell. With extreme caution, we traveled about four leagues.

On the 5th we went down one league to the last pueblo of this province. We saw the marvelous hot baths, the waters of which rise in many places. They are unusual marvels of nature, having cold and very hot waters, and many deposits of sulphur and alum.[24] These are indeed well worth seeing, as will be fully told in the description of this land. The present report is only an itinerary of our journey. One league.

On the 6th, day of the Transfiguration, which we chose as the name of the convent there, we set out, after mass, and camped for the night on our way back to our headquarters. On the 7th we continued to Santo Domingo and spent the night at Asumpción. On the 8th we left for San Ildefonso, where we remained on the 9th; on the 10th, feast day of San Lorenzo, after mass, we went to San Juan.

*Ditch* On the 11th we began work on the irrigation ditch for the

23. That is, Jemez.
24. The Jemez Hot Springs are still very famous and well worth a visit.

city of our father, Saint Francis. Just as the Spaniards worship him as their patron saint, so the Indians in their chapel worship Saint Paul on the feast day of his conversion, and thus St. Paul is considered as the patron saint of all New Mexico, as Saint Joseph is of New Spain. Thus these provinces are called the Conversión Evangélica, and they have the conversion of Saint Paul as their emblem. Some fifteen hundred barbarian Indians gathered on this day and helped us with our work.

We waited for the carts until August 18 of the said year, 1598, when they arrived. This was the eve of the feast of the blessed San Luis Obispo, on whose day, a year before, they had arrived at San Bartolomé after a long wait at Casco, harassed by the children of this world in the prosecution of this blessed expedition.

On the 20th the worthlessness of some soldiers who organized a conspiracy was made evident. The 21st was the day of merciful punishment. It was the occasion of the famous sermon of tears, and of universal peace.

*church* On the 23rd the building of the church was started, and it was completed on September 7. It was large enough to accommodate all the people of the camp.

### SEPTEMBER, 1598

*church* ON September 8, feast day of our Lady, the great celebration of the dedication of the church of Saint John the Baptist took place. It was blessed by the father commissary, who also consecrated the altar and the chalices. Father Salazar delivered the sermon. In the afternoon the whole camp celebrated with a good sham battle between Moors and Christians, the latter on foot with harquebuses, the former on horseback with lances and shields.

On the 9th a general assembly was held of all the country thus far discovered, and its provinces were distributed among the eight friar priests of the order of Saint Francis.[25] These provinces rendered obedience to his majesty voluntarily, accepting him as their king and lord. On the 10th or 11th the governor

25. For the assignment of the missionaries to their pueblos, see below, "Act of Obedience and Vassalage by the Indians of the Pueblo of San Juan Bautista," pp. 342-347.

CASE 6:69-CV-07941-BB DOC.9657 FILED 3-31-2010 EXH G
Case 6:69-cv-07941-KWR-KK Document 10301 Filed 05/14/11 Page 25 of 32



PRIMERA PARTE
DE LOS VEINTE I UN LIBROS RITUALES I MONARCHIA
Indiana, con el origen y guerras, de los Indios Ocidentales, de
sus Poblaçones, Descubrimiento, Conquista, Conuersion y
otras cosas marauillosas de la mesma tierra distribuydos
en tres tomos.

COMPUESTO POR F. JUAN DE TORQUEMADA,
Ministro Prouincial de la Orden de Nuestro Seraphico Padre.
San Francisco en la Prouincia del Santo Euangelio de
Mexico en la Nueua España.

DICO EGO OPERA MEA REGI.
Seculorum immortali, et inuisibili.
CON PRIVILEGIO.
ANO 1723.

Case 6:69-cv-07941-KWR-KK Document 11-1 Filed 10/13/13 Page 26 of 32

fa avia embiado el Conde para eftas ave-
riguaciones à Don Lope de Ulloa, y allà
fe negoció de manera, que la Jornada fe
profiguiò, y fue nombrado Frai Alonfo
Martinez por nuevo Comiffario, y llevò
configo otros Religiofos, y pafaron to-
dos, hafta llegar à unas Poblaçones, que
llaman Nuevo Mexico, y allì afentaron
Real, y oi Dia permanece; y de lo que
ha ido fucediendo, fe dirà en fus lu-
gares.

En el Año de 1602. por el Mes
de Noviembre, vinieron los Navios de
la China, como fuelen, por aquel tiem-
po, vieron los que venian en la Nao,
Almiranta ( llamado San Antonio de
Padua ) vna feñal en el Cielo, que
les cauſò efpanto, y admiracion, la
qual fe tomò por Teſtimonio, con fee
de Efcrivano, el qual tengo en mi po-
der, y dice aſi: En el Año de 1602.
à quatro de Noviembre de el dicho
Año, à las ocho y media de la No-
che, viniendo navegando de las Islas
Filipinas, en demanda de la Coſta de
Nueva-Eſpaña, 38. grados y medio,
docientas Leguas de Tierra, eſtando
para tomar la Guardia, la buelta de el
Norte, apareciò vna grandiſima clari-
dad en el Cielo, que toralmente pare-
cian Campos, que fe quemaban; por-
que toda fu color era tan bermeja,
que parecia vna propia fangre, y efto
de el Oriente para arriba, no fubiò
tanto, que pudieſſe cubrir la Eſtrella de
el Norte, y en el circuito, que toma-
ba aquella color roja, à trechos eſta-
ban hechadas vnas barras, de Norte à
Sur, y fu color de eſtas era, entre
blanco, y amarillo: Y eſtando toda la
Gente de la Nao, mirando con grandi-
ſima atencion, vieron, fe vino à dividir
por la mitad de el Norte, adonde vi-
no à quedar el Cielo mui blanco, y
la maior parte, que dividiò, fue cor-
riendo à la parte de Leſte, y eſto fue
derramandofe de lo que quedò, à la
parte de el Oeſte, y fe vino à con-
fumir, quedando antes que fe enfolvie-
ra, como vn Tiçon en el Aire, y efto
duraria por tiempo de hora y media.
De lo qual doi fee, y verdadero Teſ-
timonio, Yo Sebaſtian Solano, Eſcri-
vano de la dicha Nao, por fu Mage-
ſtad, que paſò aſi, y lo vì, en Teſti-
monio de lo qual, hice mi firma acoſ-
tumbrada. Sebaſtian Solano. Què aya
querido ſignificar eſta prodigioſa feñal,
no lo sè; pero tambien fabemos, que
fon demonſtraciones eſtas, y otras co-

mo ellas, de cofas que fuelen aceſcer,
como fon Muertes, Guerras y Ham-
bres, quiera Dios, que eſta no fea in-
dicios de nada de eſto, fino folamente
figura, que aya querido Dios moſtrar,
para folo que le alabemos.

## CAP. XXXVII. Relacio-
nes de las cofas, que han ido fuce-
diendo, en las Provincias del Nue-
vo Mexico, defpues que fueron à po-
blarlas nueſtros Eſpañoles, de
que fue por General Don
Juan de Oñate.



**D**ESPACHADOS
Don Juan de Oña-
te, y los Sitios, pa-
ra la Jornada del
Nuevo Mexico, ſi-
guieron fu camino,
en demanda de
aquellas Tierras, y
en llegando à aque-
llas partes, tomaron poſeſion, por el Rei,
en ellas, y el Pueblo donde Don Juan de
Oñate, Governador, y Capitan Gene-
ral de eſta Entrada, hiço aſiento, y puſo
fu Real, fe llama San Gabriel, el
qual Sitio eſtà en treinta y ſiete grados
de altura al Norte, y eſtà ſituado entre
dos Ríos, y con las Aguas del menor de
los dos, fe riegan los Trigos, Cevada,
y Maiz, y las demàs cofas, que fe ſiem-
bran en las Huertas, que fon, Coles,
Cebollas, y otras Hortaliças, que fe dàn
mui bien. El otro Rio es grande, que
llaman del Norte, que es de mucho,
y mui buen Peſcado.

En eſte Lugar fe ſiriaron, y aſenta-
ron fu Real los Caſtellanos, y de aqui
començaron à granjear las voluntades de
otros Convecinos, y yà por fuerça, ò
yà de grado, traxeron à fu obediencia
todos aquellos Pueblos, y en algunos de
ellos fe repartieron los Religiofos, que
avian ido à eſta Converſion, aunque no
luego començaron à traer a la Fè las Gen-
tes de ellos; porque como no fe enten-
dian los vnos à los otros, no podian fer
perſuadidos al intento de los Religiofos,
folo les daban à entender los Eſpañoles,
que avian de tributarles, y fervirles; y
quando no fe querian dàr por entendi-
dos los Indios, fe lo daban à entender
por fuerça. Aſi començò eſta Poblaçon,
y fe conſervò, à mal de fu pefar de los
Indios, que aunque à los principios los
re-

CASE 6:69-cv-07941-KWR-KK Document 1 Filed 02/14/11 Page 27 of 32
EXHIBIT G

678     *Libro Quinto*

fados de los trabajos, y calamidades, que padecian.

Fueron feis Religiofos, y por Comifario de ellos, y de los que allà eftaban, el Padre Frai Francifco de Efcobar, Hombre de Aprobacion, de Vida, y Letras, aunque por caufas que concurrieron, le fue la Comifion al Padre Frai Francifco de Velafco, que allà eftaba por vn Año; y mandato al nuevo Comifario, que de acà iba, y afi fe cumplieffe, y con Gente que fue de focorro para lo que fe ofreciefe, afi de Prefidios, como de Entradas, quedò todo cumplido, y el Virrei, y la Orden quietos de la inquietud, que les caufaba el defconcierto, y mal avio de aquella Entrada.

Tocadas yà aquellas Gentes de la Mano de Dios poderofa, començaron à Bautiçarfe, y tenian yà el Año pafado de mil feifcientos y ocho Años, mas de ocho mil Animas, y con efte contento, afi de los Miniftros Ecleſiaſticos, como de lo Secular, efcrivieron al Virrei, y à la Orden, y vinieron Religiofos con Raçon de todo lo que pafaba, y à pedir aiuda, afi en lo Temporal, como en lo Eſpiritual; à lo qual fe acudiò liberalmente; y para lo Eſpiritual, fueron ocho, ò nueve Religiofos, que ajudaſen tan Apoſtolica obra, y el Padre Frai Alonſo Peinado por Comiſario de ellos, y de los que allà eſtan, por aver renunciado eſte Oficio el Padre Frai Francifco de Eſcobar, que haſta entonces lo avia ſido, con mucha Aprobacion. El Virrei los proveiò, como era juſto, y nombrò por Capitan de la Gente, que fue de nuevo, al miſmo que iba por Governador, en nombre de el Rei; porque yà ſu Mageſtad lo ha tomado à ſu cargo, y por ſuia la Conquiſta; y aſi entendèmos, tendrà mucha medra aquella converſion, porque para fu Remedio tenia neceſidad de vn braço tan poderoſo, como es el de el Rey Nueſtro Señor.



1608.

CAP. XXXX.

da fin à las Relaciones de Mexico, y fe dicen en particular las cofas tocantes à fus Moradores.

Hemos dicho, que el lugar principal donde el Governador Don Iuan de Oñate hiço fu Poblaçon, y fundò fu Real, le puſo por Nombre San Gabriel, que eſtà ſituado en treinta y ſiete Grados de altura, y que tiene por viſta dos Rios, vno de los quales es de menos Agua, que el otro. Eſte chico riega todas las Sementeras de Trigo barbada, y Maiz, que ay de Riego, y todas las demàs cofas, que ſe ſiembran en Huertas, porque ſe dàn en aquella Tierra Coles, Cebollas, Lechugas, y Rabanos, y la demàs verdura menuda, que en efta danſe muchos, y buenos Melones, y Sandias.

El otro Rio es mui grande, y da manſe el de el Norte, daſe en èl mucho Peſcado, y de cinco Leguas, mas arriba de el Real, buenas Truchas (y muchas de à dos palmos) mas abaxo de el Real, ſe toma mucho Peſcado, como ſon Bagres, Matalotes, Mojarras, y Motgotes; y en los Eſteros de eſte Rio, ſe peſcan Anguilas, que paſan de à vara.

Todo lo que ſe ſiembra de Caſtilla, y el Maiz, y Chile de acà, ſe dà bueno, y mucho. Criaban las Indias muchas Gallinas de la Tierra, y mucha Caça de grandes Venados, Cabras Monteſas, y muchas Liebres, y Conejos: Daſe bien el Ganado de Caſtilla, aſi menor, como maior, y tres leguas, y los Puercos, y Gallinas, y en quebradas, y Riberas de Rios, y Arroies, mucha Vba, y Roſal, y tres rios, y por los Campos mucho Lino. Eſtas coſas ſe dàn, ſin que naçen de ſembrarlas, ni labrarlas. Ai en partes Ciruelas mui buenas, y Piñones mejores que los de eſta Tierra. Eſtà toda cada de Vacas de Cibola, y aunque las mas cercanas eſtaràn cincuenta leguas, cuia carne es mui ſabroſa, y el ſebo es tan bueno, que ſe come como ſi bocados: la Manteca es coſa mui delicada, y de lindo ſabor.

Luego que las Maçorcas de Maiz llegan à eſtar en leche, cogen muchas de ellas;

ellas, y amaſadas, &c. eſtas eſtendida, mui ra de hojaldrado, c fruta de Sarten, y amaſada, hacen vn nera, que vna ganlas al Sol, y para comer, y qu ſin ſà quaſi quaxa de eſas, y toſtad ponen al Sol, y us, y ſecas, las mis Maçorcas, que las dexan ſaçonar guardarlas en Maiz mer, y para ſembra do eſto hacen, por miençan mui tempo Mheſes à mucho y aſi tienen eſte t comida, que ſe le que ſe le ſiele toda buenos Friſoles, y ſabroſas, hacen-ſe por la mañana Atole rina Gachas, ò Po men frio todo el Sal, ni lo cuecen co como eſtos otros. Tambien hacen Ta como los de por aci dinario Pan, &c.

La Tierra es mu iela, y nieva much tierno, y el Veran España. Para los fr ay mucha Leña no, y otros gener debaxo de la Tierr Invierno: Y eſtan que ha acaecido ela ſagera, y en el ciendo Miſa (aunq cas veces) los Rios xan de mui grueſſ lo; es largo el In no corto; pero co fria Caſtilla la Vie

Las Gentes de Indios, como Indias de buena eſtatura ageſtados. Son del to, y alegres ( que ſeràn ciento Pueblos) es de G partida de lo que Deſde que mama ban ſus Madres co po, porque ſe frio; y todo el t

# Acequia de Chamita

### Established 1598
### First Acequia in the USA

A -ABC

PO Box 930
San Juan Pueblo,
New Mexico 87566

5/3/2002

New Mexico Interstate Streams Commission

Buck Wells,

Just to fill you in on our acequia situation. As of yet, we have not
received word from the Corp. We gave them 2 weeks to respond in a
written commitment for our project. If we don't hear from them by
Monday, we will turn in the direction of the NRCS. This includes
replacing the gauge.

The drought continues. We want to put you on notice that we will be
putting our 1598 Priority call for deliverance of water, if it comes to
that situation.

Respectfully


Acequia de Chamita Commissioners

P.1



B-ABC

# STATE OF NEW MEXICO
## OFFICE OF THE STATE ENGINEER
### SANTA FE

THOMAS C. TURNEY
State Engineer

June 19, 2002

BATAAN MEMORIAL BUILDING, ROOM 101
POST OFFICE BOX 25102
SANTA FE, NEW MEXICO 87504-5102
(505) 827-6175
FAX: (505) 827-6188

Dear Acequia Commissioner;

As you may already know, Governor Gary Johnson declared a Drought Emergency on 26 April 2002 (see attached press release). Because of this serious condition, many farmers may find it hard to maintain water supplies to fully meet their needs this summer.

This is particularly true of farmers irrigating with surface water. The Office of the State Engineer has received new data on projected river flows that causes me significant concern for the upcoming summer. As an example, flows at San Marcial on the Rio Grande are projected to be 2% of average, flows into Eagle Nest Reservoir at 9%, flows of the Pecos River into Santa Rosa at 28%, flows of the Mimbres at 9%, flows of the Animas at Durango at 36%, and flows into Ramah Lake are projected to be 7% of average.

We urge you to carefully assess your current water supplies and expected water demands. We also strongly encourage you to take appropriate actions to stop unnecessary water use and ensure that your acequia and the Rio Chama Acequia Association can supply the water needed for essential purposes during the coming summer months.

Drought is a serious issue. Precipitation projections for July and August do not look promising. I know some cities in New Mexico have already enacted local ordinances to restrict water use and initiated other water conservation actions. Please carefully consider if your water management practices are adequate to ensure that your supply will meet your demand. You may have to take additional actions.

The 2002 surface water supply forecasts are predicting a very poor surface runoff year. This morning the gauged flow at La Puente was under 3.0 cfs. While the RCAA still has stored water in Abiquiu Reservoir, conservation measures should be adopted to reduce the likelihood of a priority call in the 2002 irrigation season.

P2

B-ABC

Letter to Rio Chama Acequia Association
June 19, 2002
Page 2

The Office of the State Engineer would like to avoid a priority call on the lower stretch of the Rio Chama if possible.  One conservation idea that should be implemented by the RCAA to reduce the likelihood of a priority call would be placing your member ditches on a watering schedule.  A watering schedule for the Rio Chama Acequia Association for the 2002 irrigation season would have the following benefits:

1) Concrete attempt to conserve water
2) RCAA would limit depletions to the San Juan Chama Project Water and reduce the use of their stored water in Abiquiu Reservoir
3) RCAA would manage their watering schedule in a manner acceptable to the Office of the State Engineer

I appreciate your cooperation in addressing this difficult challenge.  The Office of the State Engineer is available to assist you in this matter and can provide you with information on the conservation measures other farmers and ditch organizations have implemented.

Sincerely,

Linda I. Gordan, Northern Rio Grande Basin Supervisor

cc:     Ed Newville, Legal Services Division
        Paul Saavedra, Chief, Water Rights Division
        Buck Wells, Rio Chama Watermaster

P1

# Acequia de Chamita

*Established 1598*
*First Acequia in the USA*

C - ABC

PO Box 930
San Juan Pueblo,
New Mexico 87566

Office of the State Engineer
Northern Rio Grande Basin
Linda I. Gordan

Dear Linda,

Thank you for your letter on conservation.

Acequia de Chamita has always been an advocate of wise water use, in
or out of drought. We don't believe any water is wasted on our Acequia.
It irrigates land to produce crops and pasture for our livestock, it
spreads over 750 acres, it evaporates to form clouds to rain somewhere
else, it recharges the aquifer.

Our tail water or excess water flows back into the Chama River through
the drainage ditches. All excess water flows back into the Rio Grande
above the Rio Chama intersection. Also it provides water for the Bosque,
for all of God's little creatures who live in it,(since there are 1000's
more beside the silvery minnow), and also a green Bosque to prevent a
complete destruction by fire.

Drought is by the will of God, it is His earth and only He can make it
rain or not rain, that is why it is serious. There is nothing wrong with
God, the problem is got to be here at home.

We also hope we will not have to make our 1598 Priority call on our
water, but we have already served our notice that if water becomes
scarce, we will make that call.

Since May 1, 2002 to the present 6/27/02, Judge Parker and the rest of
that bunch have been trying to empty Abiquia Dam for the silvery
minnow. And they will succeed if we don't get rain. The Chama River
has been running 1800 cfs, which we protested, because the erosion and
the damage to our properties is considerable. The only one who has
come to look at it is Veronica Rodriguez from Senator Domenici's office.

Since the rains last Friday, 100% of the ditch has run back into the
river. We hope we are getting credit for all of the water that is running
back into the river.

One more point.  San Juan Pueblo would like to see all of the Chama
River in the Acequia de Chamita.

P2

C-ABC

**Respectfully**

**Acequia de Chamita Commissioners**

Richard M. Salazar

David Ortiz

Eloy Garcia