IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| | ) | 69cv07941-BB |
| Plaintiff, | ) ) | |
| | ) | RIO CHAMA STREAM SYSTEM |
| -v- | ) ) | |
| | ) | Section Mainstream |
| ROMAN ARAGON *et al.* | ) | Subfile 4.47A |
| | ) | Ditch Acequia del Pueblo de Abiquiu |
| Defendants | ) | |
| | ) | |

Order Correcting Subfile Number

This matter is before the Court *sua sponte*. In the course of reviewing the court record, staff found that the Order filed May 17, 1971 (Docket No. 1723) and the Notice and Order to Show Cause filed October 12, 1994 (No. 3703) state an incorrect tract number.

Two orders and two notices and orders to show cause for the water rights associated with Subfile 522 were entered, both of which identified water rights labeled as Tract 47 on Map Sheet 4. One set of orders identified 0.42 acres of water rights served by the Acequia de Karl Bode. The second set of orders also identified water rights for Tract 47, Map 4, but the 0.26 acres of water rights described by these orders are served by the Acequia del Pueblo de Abiquiu. Hydrographic Survey Map Sheet 4 correctly identifies the tract served from the Acequia del Pueblo de Abiquiu as "47A." Accordingly, the tract number for the water rights served by the Acequia del Pueblo de Abiquiu should be corrected to "47A" on all documents related thereto. The State of New Mexico is not opposed to this correction.

IT IS THEREFORE ORDERED that the Order filed May 17, 1971 (Docket No. 1723), the Notice and Order to Show Cause filed October 12, 1994 (No. 3703), and the ditch Order filed July 8, 1971 (No. 1738) be corrected to reflect the new tract number of 47A, which becomes the new subfile number of 4.47A.

IT IS FURTHER ORDERED that the reference to the original subfile number of 522 be

omitted from all references to this newly assigned subfile number of 4.47A.

_____

CHIEF JUDGE

Approved:

_____

SPECIAL MASTER VICKIE L. GABIN

2