IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>            Plaintiff,<br><br>-v-<br><br>ROMAN ARAGON *et al.*<br><br>            Defendants | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section Mainstream<br>Subfiles 384, 385, 386, 387, 388<br>Ditch Acequia de los Duranes |

Order Correcting Subfile Number

This matter is before the Court *sua sponte*. In the course of reviewing the court record, staff found that the Order and Decree filed August 7, 1969 (Docket No. 529) and the two Notices and Orders to Show Cause filed October 12, 1994 (Nos. 3782 and 3799) omitted "388," one of the subfile numbers.

The Order and Decree (Order) identifies five different tracts:  14.2, 14.3, 14.4, 14.5-A, 14.5-B . The caption of the Order, however, cites only four of the subfile numbers associated with the tracts:  384, 385, 386, 387. The subfile number associated with tract 14.5-B is 388, and was omitted. The two Notices and Orders to Show Cause contain the same omission. Accordingly, the subfile number citations for the tracts stated on these and any related documents should be corrected to "384, 385, 386, 387, 388."  The State of New Mexico is not opposed to this correction.

IT IS THEREFORE ORDERED that the Order and Decree filed August 7, 1969 (Docket No. 529) and the two Notices and Orders to Show Cause filed October 12, 1994 (Nos. 3782 and 3799) be corrected to reflect the complete set of subfile numbers: 384, 385, 386, 387, 388.

/s/ Bruce D. Black
CHIEF JUDGE

Approved:

/s/ Vickie L. Gabin
SPECIAL MASTER VICKIE L. GABIN