69cv7941

Richard S. Mackenzie
142 Lincoln Ave
#202
Santa Fe, NM 87501

## *** NOTICE TO ATTORNEYS ***

*IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the court and you still fail to register, the court will discontinue the printing and mailing of case documents and corresponding NEFs to you. You may obtain a registration form and information from our website at www.nmcourt.fed.us.

*The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.

## *** NOTICE OF FAX FAILURE ***

*Due to multiple failed attempts to fax this document, you are receiving a printed copy. Please review your CM/ECF account information to ensure the fax number, including area code, is correct.

*If you have questions, or need help, please contact our Helpdesk at 505-348-2075 or 1-866-620-6383.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
 )
          Plaintiff, ) 69cv07941-BB
 )
 ) RIO CHAMA STREAM SYSTEM
-v- )
 ) Section Mainstream
ROMAN ARAGON *et al.* ) Subfile 4.47A
 ) Ditch Acequia del Pueblo de Abiquiu
          Defendants )
_____)

## Order Correcting Subfile Number

This matter is before the Court *sua sponte*. In the course of reviewing the court record, staff found that the Order filed May 17, 1971 (Docket No. 1723) and the Notice and Order to Show Cause filed October 12, 1994 (No. 3703) state an incorrect tract number.

Two orders and two notices and orders to show cause for the water rights associated with Subfile 522 were entered, both of which identified water rights labeled as Tract 47 on Map Sheet 4. One set of orders identified 0.42 acres of water rights served by the Acequia de Karl Bode. The second set of orders also identified water rights for Tract 47, Map 4, but the 0.26 acres of water rights described by these orders are served by the Acequia del Pueblo de Abiquiu. Hydrographic Survey Map Sheet 4 correctly identifies the tract served from the Acequia del Pueblo de Abiquiu as "47A." Accordingly, the tract number for the water rights served by the Acequia del Pueblo de Abiquiu should be corrected to "47A" on all documents related thereto. The State of New Mexico is not opposed to this correction.

IT IS THEREFORE ORDERED that the Order filed May 17, 1971 (Docket No. 1723), the Notice and Order to Show Cause filed October 12, 1994 (No. 3703), and the ditch Order filed July 8, 1971 (No. 1738) be corrected to reflect the new tract number of 47A, which becomes the new subfile number of 4.47A.

IT IS FURTHER ORDERED that the reference to the original subfile number of 522 be omitted from all references to this newly assigned subfile number of 4.47A.

*Bruce D. Black*
CHIEF JUDGE

Approved:

*Vickie L. Gabin*
SPECIAL MASTER VICKIE L. GABIN

# United States District Court
## District of New Mexico

## Document Summary

**Case Title:** In Re: State Of NM, et al v. Aragon, et al
**Case Number:** 6:69-cv-07941-BB

| Document Information |
|---|
| **Number:** 10004 |
| **Description:** ORDER CORRECTING SUBFILE NUMBER by Chief Judge Bruce D. Black in Order [1723] and in Notice and Order to Show Cause [3703] and in ditch Order [1738] for Subfile No. 4.47A, Ditch Acequia del Pueblo de Abiquiu, Section Mainstream, to new tract number 47A. (an) |
| **Size:** 19659 |
| **Date Filed:** Friday, March 04, 2011 |

**Note:** In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) may not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at www.nmcourt.fed.us and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

For questions regarding this transmission, please contact the Court's HelpDesk via phone at 505-348-2075 or 1-866-620-6383 or via email at cmecf@nmcourt.fed.us.

RETURNED FOR POSTAGE

RECEIVED
At Albuquerque NM

MAR 0 9 2011

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69 CV 7941 BB

Re: Document #10004