March 6, 2011

Special Master Vickie L. Gabin
106 South Federal Place
Santa Fe, New Mexico 87504

Dear SM Gabin,

I want to be put on the caption for the purpose of receiving the general pleadings of the special report, Special Master's Report on Priorities for Three Acequias, Document #9846, Case #6:69-cv-07941-BB.

I am David Ortiz, Acequia Commissioner, a parciante and water rights holder on the Acequia de Chamita and one of the defendants in this case.

| | |
|---|---|
| My address is: | David Ortiz, PO Box 1082, San Juan Pueblo, NN 87566 |
| e-mail address is: | davidortiz@windstream.net |
| phone number is: | 1-505-852-2469 |

Thank you.

Sincerely,

*David Ortiz*

David Ortiz

**David Ortiz**
PO Box 1082
San Juan Pblo, NM 87566

**RECEIVED AT SANTA FE**
MAR 08 2011
MATTHEW J. DYKMAN
CLERK

Special Master Vickie Gabin
105 South Federal Place
Santa Fe, New Mexico
87501

87501413902