IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rito de Tierra Amarilla |
| Defendants. | |

**NOTICE OF FILING OF CROSS REFERENCE AND INDEX
FOR INDIVIDUAL SUBFILES IN SECTION 7, RITO DE TIERRA AMARILLA**

The State of New Mexico on the relation of the State Engineer gives notice of the filing of the attached cross reference and index of the Rito de Tierra Amarilla Subsection adjudication subfile numbering to file numbers assigned by the Office of the State Engineer (OSE) for administrative purposes to individual water uses described in individual subfile orders in the Rito de Tierra Amarilla Subsection.  The OSE file numbers in the attached cross reference and index represent the indexing of Rito de Tierra Amarilla Subsection subfile orders as abstracted by the OSE in WATERS (Water Administration Technical Engineering Resource System) and supercedes all previously assigned OSE file numbers, including those described in individual subfile orders entered by the Court, if any.

Dated: March 17, 2011

                                            Respectfully submitted,

                                            _/s/ Ed Newville_
                                          EDWARD G.  NEWVILLE
                                          Special Assistant Attorney General
                                          Office of State Engineer
                                          P.O. Box 25102

Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facimilie

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __17th__ day of March, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Ed Newville
EDWARD G. NEWVILLE

**CROSS REFERENCE AND INDEX OF RIO CHAMA ADJUDICATION
SUBFILE NUMBERING (RITO DE TIERRA AMARILLA SUBSECTION)
TO OSE FILE NUMBERS AS ABSTRACTED IN W.A.T.E.R.S.**

| Adjudication Subfile Number | Header | OSE File Number | Use Code | Acreage |
|---|---|---|---|---|
| CHTA-001-0001 | A | SD 06383-1 | IRR | 42.30 |
| CHTA-001-0001 | B | SD 06370-2 | IRR | 2.90 |
| CHTA-001-0001 | C | SD 06370-3 | IRR | 9.20 |
| CHTA-001-0001 | D | SD 06370-4 | NRT | 11.10 |
| CHTA-001-0001 | E | SD 06383-6 | NRT | 9.70 |
| CHTA-001-0002 | A | SD 06383-4 | IRR | 44.10 |
| CHTA-001-0002 | B | SD 06370-1 | IRR | 33.10 |
| CHTA-001-0002 | C | SD 06383-7 | NRT | 74.20 |
| CHTA-001-0003 | A | SD 08549-1 | IRR | 6.40 |
| CHTA-001-0004 | A | SD 06369-5 | NRT | 6.40 |
| CHTA-001-0005 | A | SD 06383-5 | IRR | 4.00 |
| CHTA-002-0001 | A | SD 06367-1 | IRR | 2.30 |
| CHTA-002-0002 | A | SD 06367-2 | IRR | 3.60 |
| CHTA-002-0002 | B | SD 06366-1 | IRR | 27.80 |
| CHTA-002-0002 | C | SD 06369-1 | NRT | 42.00 |
| CHTA-002-0003 | A | SD 06369-2 | NRT | 1.70 |
| CHTA-003-0001 | A | SD 06366-2 | IRR | 9.10 |
| CHTA-003-0001 | B | SD 00430-1 | NRT | 1.50 |
| CHTA-003-0002 | A | SD 00430-2 | IRR | 4.40 |
| CHTA-003-0003 | A | SD 00430-3 | IRR | 1.10 |
| CHTA-003-0004 | A | SD 00430-4 | IRR | 4.10 |
| CHTA-003-0005 | A | SD 00430-5 | IRR | 14.00 |
| CHTA-003-0006 | A | SD 00430-6 | IRR | 17.60 |
| CHTA-003-0007 | A | SD 00430-7 | IRR | 0.50 |
| CHTA-003-0008A | A | SD 00430-137 | IRR | 0.40 |
| CHTA-003-0008B | A | SD 00430-138 | IRR | 1.00 |
| CHTA-003-0008C | A | SD 00430-134 | IRR | 1.00 |
| CHTA-003-0008D | A | SD 00430-141 | IRR | 4.70 |
| CHTA-003-0008E | A | SD 00430-142 | IRR | 0.50 |
| CHTA-003-0009 | A | SD 00430-9 | IRR | 11.40 |
| CHTA-003-0010 | A | SD 00430-10 | IRR | 0.90 |
| CHTA-003-0011 | A | SD 06379-1 | IRR | 5.60 |
| CHTA-003-0012A | A | SD 00430-11 | IRR | 2.60 |

IRR - Irrigation Right
NRT - No Right Tract

| | | | | |
|---|---|---|---|---|
| CHTA-003-0012A | B | SD 00430-12  | NRT | 4.40 |
| CHTA-003-0012B | A | SD 00430-13  | IRR | 2.10 |
| CHTA-003-0013A | A | SD 00430-126 | IRR | 2.70 |
| CHTA-003-0013B | A | SD 00430-139 | IRR | 2.00 |
| CHTA-003-0014A | A | SD 00430-125 | NRT | 10.50 |
| CHTA-003-0014B | A | SD 00430-128 | NRT | 0.90 |
| CHTA-003-0015  | A | SD 00430-16  | IRR | 2.50 |
| CHTA-003-0016  | A | SD 00430-17  | IRR | 5.50 |
| CHTA-003-0017  | A | SD 00430-18  | IRR | 3.70 |
| CHTA-003-0018  | A | SD 00430-19  | IRR | 3.30 |
| CHTA-003-0019  | A | SD 00430-20  | IRR | 9.20 |
| CHTA-003-0020  | A | SD 00430-21  | IRR | 4.10 |
| CHTA-003-0020  | B | SD 00430-22  | IRR | 20.90 |
| CHTA-003-0021  | A | SD 00430-23  | IRR | 4.40 |
| CHTA-003-0022  | A | SD 00430-24  | IRR | 1.20 |
| CHTA-003-0023  | A | SD 00430-25  | IRR | 1.20 |
| CHTA-003-0024  | A | SD 00430-26  | IRR | 1.80 |
| CHTA-003-0024  | B | SD 00430-27  | IRR | 0.30 |
| CHTA-003-0024A | A | SD 00430-136 | IRR | 0.30 |
| CHTA-003-0025  | A | SD 00430-28  | IRR | 2.40 |
| CHTA-003-0026  | A | SD 00430-29  | NRT | 7.50 |
| CHTA-003-0027  | A | SD 00430-30  | IRR | 3.10 |
| CHTA-003-0028  | A | SD 00430-31  | NRT | 0.20 |
| CHTA-003-0029  | A | SD 00430-32  | NRT | 0.80 |
| CHTA-003-0030  | A | SD 00430-33  | NRT | 0.50 |
| CHTA-003-0031  | A | SD 00430-34  | IRR | 0.60 |
| CHTA-003-0032  | A | SD 00430-35  | IRR | 1.00 |
| CHTA-003-0034  | A | SD 00430-37  | IRR | 1.60 |
| CHTA-003-0035  | A | SD 00430-38  | NRT | 0.80 |
| CHTA-003-0036  | A | SD 00430-39  | IRR | 3.20 |
| CHTA-003-0037  | A | SD 00430-40  | IRR | 1.50 |
| CHTA-003-0038  | A | SD 00430-41  | IRR | 5.40 |
| CHTA-003-0039A | A | SD 00430-123 | IRR | 3.00 |
| CHTA-003-0039B | A | SD 00430-44  | NRT | 2.80 |
| CHTA-003-0040  | A | SD 00430-45  | IRR | 1.70 |
| CHTA-003-0041  | A | SD 00430-46  | IRR | 1.30 |
| CHTA-003-0042  | A | SD 00430-47  | IRR | 1.40 |
| CHTA-003-0042  | B | SD 00430-48  | NRT | 1.20 |
| CHTA-003-0043  | A | SD 00430-49  | IRR | 8.50 |
| CHTA-003-0043  | B | SD 00430-50  | NRT | 1.70 |

IRR - Irrigation Right
NRT - No Right Tract

-4-

| | | | | |
|---|---|---|---|---|
| CHTA-003-0044 | A | SD 00430-51 | IRR | 1.60 |
| CHTA-003-0045 | A | SD 00430-52 | IRR | 1.40 |
| CHTA-003-0046 | A | SD 00430-53 | IRR | 3.10 |
| CHTA-003-0047 | A | SD 00430-54 | IRR | 1.70 |
| CHTA-003-0048 | A | SD 00430-55 | IRR | 0.60 |
| CHTA-003-0048 | B | SD 00430-120 | NRT | 2.10 |
| CHTA-003-0049 | A | SD 00430-56 | IRR | 4.00 |
| CHTA-003-0050 | A | SD 00430-57 | IRR | 3.20 |
| CHTA-003-0051 | A | SD 00430-58 | IRR | 0.40 |
| CHTA-003-0051A | A | SD 00430-124 | IRR | 0.10 |
| CHTA-003-0052 | A | SD 00430-59 | IRR | 0.30 |
| CHTA-003-0052 | B | SD 00430-60 | NRT | 0.20 |
| CHTA-003-0053 | A | SD 00430-122 | IRR | 0.40 |
| CHTA-003-0054 | A | SD 00430-117 | IRR | 1.90 |
| CHTA-003-0054 | B | SD 00430-118 | IRR | 0.40 |
| CHTA-003-0055 | A | SD 00430-133 | IRR | 0.30 |
| CHTA-003-0056 | A | SD 00430-143 | IRR | 0.20 |
| CHTA-003-0057 | A | SD 00430-145 | IRR | 0.10 |
| CHTA-004-0001A | A | SD 00430-61 | IRR | 1.10 |
| CHTA-004-0001B | A | SD 00430-62 | IRR | 1.30 |
| CHTA-004-0001C | A | SD 00430-63 | IRR | 1.30 |
| CHTA-004-0001D | A | SD 00430-64 | IRR | 1.30 |
| CHTA-004-0001E | A | SD 00430-65 | IRR | 1.30 |
| CHTA-004-0001F | A | SD 00430-66 | IRR | 1.30 |
| CHTA-004-0002 | A | SD 00430-67 | IRR | 1.10 |
| CHTA-004-0002 | B | SD 00430-67 | NRT | 0.20 |
| CHTA-004-0003 | A | SD 00430-68 | IRR | 0.03 |
| CHTA-004-0003 | B | SD 00430-119 | NRT | 0.10 |
| CHTA-004-0004 | A | SD 00430-69 | IRR | 0.30 |
| CHTA-004-0004 | B | SD 00430-70 | NRT | 0.20 |
| CHTA-004-0005A | A | SD 00430-71 | IRR | 1.60 |
| CHTA-004-0005B | A | SD 00430-72 | IRR | 1.00 |
| CHTA-004-0005C | A | SD 00430-73 | IRR | 5.80 |
| CHTA-004-0006 | A | SD 00430-74 | IRR | 1.00 |
| CHTA-004-0006A | A | SD 00430-112 | IRR | 0.20 |
| CHTA-004-0007 | A | SD 00430-75 | IRR | 0.90 |
| CHTA-004-0008 | A | SD 00430-76 | IRR | 4.20 |
| CHTA-004-0009A | A | SD 00430-131 | IRR | 6.60 |
| CHTA-004-0009B | A | SD 00430-132 | IRR | 0.20 |
| CHTA-004-0010 | A | SD 00430-78 | IRR | 7.80 |

IRR - Irrigation Right
NRT - No Right Tract

| | | | | |
|---|---|---|---|---|
| CHTA-004-0011 | A | SD 00430-79 | IRR | 43.60 |
| CHTA-004-0011 | B | SD 00430-80 | IRR | 0.90 |
| CHTA-004-0011 | C | SD 00430-81 | NRT | 15.50 |
| CHTA-004-0012 | A | SD 00430-82 | IRR | 1.50 |
| CHTA-004-0012A | A | SD 00430-144 | IRR | 0.20 |
| CHTA-004-0013 | A | SD 00430-83 | IRR | 4.10 |
| CHTA-004-0013A | A | SD 00430-140 | IRR | 0.50 |
| CHTA-004-0014A | A | SD 00430-121 | IRR | 2.80 |
| CHTA-004-0014B | A | SD 00430-130 | IRR | 0.30 |
| CHTA-004-0015 | A | SD 00430-85 | IRR | 5.00 |
| CHTA-004-0016A | A | SD 00430-86 | IRR | 10.00 |
| CHTA-004-0016B | A | SD 00430-115 | IRR | 2.70 |
| CHTA-004-0017 | A | SD 00430-88 | IRR | 0.80 |
| CHTA-004-0018 | A | SD 00430-89 | IRR | 4.90 |
| CHTA-004-0019 | A | SD 00430-90 | IRR | 10.10 |
| CHTA-004-0020 | A | SD 00430-91 | IRR | 19.30 |
| CHTA-004-0021A | A | SD 00430-92 | IRR | 1.20 |
| CHTA-004-0021B | A | SD 00430-116 | IRR | 0.70 |
| CHTA-004-0021C | A | SD 00430-135 | IRR | 0.30 |
| CHTA-004-0022 | A | SD 00430-93 | IRR | 3.20 |
| CHTA-004-0023 | A | SD 00430-94 | IRR | 0.30 |
| CHTA-004-0024 | A | SD 00430-95 | IRR | 56.50 |
| CHTA-004-0024 | B | SD 00430-96 | IRR | 0.40 |
| CHTA-004-0025 | A | SD 00430-97 | IRR | 2.30 |
| CHTA-004-0026 | A | SD 00430-98 | IRR | 2.20 |
| CHTA-004-0027A | A | SD 00430-99 | IRR | 3.10 |
| CHTA-004-0027B | A | SD 00430-100 | IRR | 6.80 |
| CHTA-004-0028 | A | SD 00430-101 | IRR | 0.70 |
| CHTA-004-0029 | A | SD 00430-102 | IRR | 1.80 |
| CHTA-004-0030 | A | SD 00430-113 | NRT | 409.00 |
| CHTA-004-0031 | A | SD 00430-103 | IRR | 8.50 |
| CHTA-004-0032 | A | SD 00430-114 | IRR | 1.00 |
| CHTA-004-0033 | A | SD 00430-105 | IRR | 1.10 |
| CHTA-004-0034 | A | SD 00430-106 | IRR | 3.60 |
| CHTA-004-0035 | A | SD 00430-107 | IRR | 9.00 |
| CHTA-004-0036 | A | SD 00430-108 | IRR | 13.80 |
| CHTA-004-0037 | A | SD 00430-109 | IRR | 11.70 |
| CHTA-004-0038 | A | SD 00430-110 | IRR | 34.70 |
| CHTA-004-0039A | A | SD 00430-146 | IRR | 2.40 |
| CHTA-004-0039B | A | SD 00430-129 | NRT | 7.60 |

IRR - Irrigation Right
NRT - No Right Tract

| | | | | |
|---|---|---|---|---:|
| CHTA-004-0040 | A | SD 00430-127 | IRR | 3.00 |
| CHTA-005-0001 | A | SD 06384-1 | IRR | 7.80 |
| CHTA-005-0001 | B | SD 06385-1 | IRR | 13.90 |
| CHTA-005-0002 | A | SD 06368-1 | IRR | 12.20 |
| CHTA-005-0002 | B | SD 06368-2 | IRR | 6.90 |
| CHTA-005-0003 | A | SD 03169-1 | IRR | 23.80 |
| CHTA-005-0004 | A | SD 03169-2 | IRR | 11.50 |
| CHTA-005-0005 | A | SD 06369-4 | NRT | 23.10 |

IRR - Irrigation Right  
NRT - No Right Tract