IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Rito de Tierra Amarilla |

**ORDER MAKING FINAL DETERMINATION OF
PRIORITY DATES IN THE RITO DE TIERRA AMARILLA SUBSECTION
OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM**

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.,* State Engineer for Order Making Final Determination of Priority Dates in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System ("Tierra Amarilla Subsection") filed March 23, 2011 (Docket. No. _____).

The Court, having reviewed the Motion, pertinent portions of the record and the law, and being otherwise fully advised in the premises finds the Motion to be well-taken, and that it should be GRANTED.  Further, the Court FINDS that:

Each of the individual subfile defendants in the Tierra Amarilla Subsection, the community ditches in the Tierra Amarilla Subsection and the United States of America have been served with the Court's Notice and Order to Show Cause in connection with the proposed determination of priority dates in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System.

The Court's Notice and Order to Show Cause has been published in the Rio Grande Sun once each week for 4 consecutive weeks, the first publication being on the 3rd day of June 2010 and the last publication being on 24th day of June 2010.

Notice of the proposed determination of priority dates and irrigation water requirements in the Tierra Amarilla Subsection has been provided to all claimants, known and unknown, who may claim or have a right to use the surface waters of the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System.

The Court's Notice and Order to Show Cause required all claimants who disagree with the State's proposed determination of the priority date of their water rights to file an objection to the proposed determination of priority dates in the Tierra Amarilla Subsection by July 31, 2010.

Objections to the State's proposed determination of priority dates in the Tierra Amarilla Subsection filed by Colomex Oil and Gas Co. and Lionel Martinez were dismissed by Order filed January 5, 2011 (Docket No. 9930). No other objections to the State's proposed determination of priority dates in the Tierra Amarilla Subsection were filed with the Court.

There is no just reason for delay for the entry of a final judgment as to priority dates for surface water irrigation use in the Tierra Amarilla Subsection, and the Court enters this Order as a final judgment as to the priority dates of the water rights described herein. This determination is not subject to a general right of claimants in the Tierra Amarilla Subsection to file objections to individual adjudication orders, and precludes all persons, known and unknown, who claim a right to use the surface waters or underground waters of the Tierra Amarilla Subsection from making any and all objections to the priority dates described herein during future *inter se* proceedings.

IT IS THEREFORE ORDERED that the priority dates of the community and private ditches

in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System, and all individual irrigation water rights served by those ditches, are as set forth below:

| DITCH | PRIORITY DATE |
|---|---|
| Ismael Ulibarri Ditch | 1870 |
| Sena Ditch | 1870 |
| Nutritas Ditch No. 1 | 1870 |
| Unnamed Ditch No. 1 | 1870 |
| Lujan Ditch | 1870 |
| Labrier Ditch | 1870 |
| Nutritas Ditch No. 2 | 1861 |
| Tierra Amarilla Community Ditch | 1861 |
| Trujillo Ditch | 1887 |
| Manzanares Ditch | 1887 |
| Unnamed Ditch No. 2 | 1887 |
| Briggs Ditch | 1887 |

IT IS FURTHER ORDERED that the priority dates in individual subfile orders in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System are adjudicated as follows:

A.   All individual subfile orders entered by the Court for surface water irrigation use in the Tierra Amarilla Subsection are amended to incorporate in the description of water rights the priority dates described above, as summarized and set forth in the Appendix attached hereto.

B.   Any diversion and use of the waters of the Rio Chama Stream System in the Tierra Amarilla Subsection of Section 7 by any defendant except in strict accordance with the water rights described herein is prohibited.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN