APPENDIX TO ORDER MAKING FINAL DETERMINATION
OF PRIORITY DATES IN THE RITO DE TIERRA AMARILLA SUBSECTION
OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

### ISHMAEL ULIBARRI DITCH

Priority:    1870

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-001-0003 | A | 6.4 | SD  08549-1 |

### SENA DITCH

Priority:    1870

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-001-0001 | A | 42.3 | SD  06383-1 |
| CHTA-001-0002 | A | 44.1 | SD  06383-4 |
| CHTA-001-0005 | A | 4.0 | SD  06383-5 |

### NUTRITAS DITCH NO.1

Priority:    1870

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-001-0001 | B | 2.9 | SD  06370-2 |
| CHTA-001-0002 | B | 33.1 | SD  06370-1 |

### UNNAMED  DITCH NO. 1

Priority:    1870

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-001-0001 | C | 9.2 | SD  06370-3 |

## LUJAN DITCH

Priority:        1870

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-002-0001 | A | 2.3 | SD  06367-1 |
| CHTA-002-0002 | A | 3.6 | SD  06367-2 |

## LABRIER  DITCH

Priority:        1870

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-002-0002 | B | 27.8 | SD  06366-1 |
| CHTA-003-0001 | A | 9.1 | SD  06366-2 |

## NUTRITAS DITCH NO. 2

Priority:        1861

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-003-0011 | A | 5.6 | SD  06379-1 |

## TIERRA AMARILLA COMMUNITY DITCH

Priority:        1861

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-003-0002 | A | 4.4 | SD  00430-2 |
| CHTA-003-0003 | A | 1.1 | SD  00430-3 |
| CHTA-003-0004 | A | 4.1 | SD  00430-4 |
| CHTA-003-0005 | A | 14.0 | SD  00430-5 |
| CHTA-003-0006 | A | 17.6 | SD  00430-6 |
| CHTA-003-0007 | A | 0.5 | SD  00430-7 |
| CHTA-003-0008A | A | 0.4 | SD  00430-137 |
| CHTA-003-0008B | A | 1.0 | SD  00430-138 |
| CHTA-003-0008C | A | 1.0 | SD  00430-134 |
| CHTA-003-0008D | A | 4.7 | SD  00430-141 |

| | | | |
|---|---|---|---|
| CHTA-003-0008E | A | 0.5 | SD 00430-142 |
| CHTA-003-0009 | A | 11.4 | SD 00430-9 |
| CHTA-003-0010 | A | 0.9 | SD 00430-10 |
| CHTA-003-0012A | A | 2.6 | SD 00430-11 |
| CHTA-003-0012B | A | 2.1 | SD 00430-13 |
| CHTA-003-0013A | A | 2.7 | SD 00430-126 |
| CHTA-003-0013B | A | 2.0 | SD 00430-139 |
| CHTA-003-0015 | A | 2.5 | SD 00430-16 |
| CHTA-003-0016 | A | 5.5 | SD 00430-17 |
| CHTA-003-0017 | A | 3.7 | SD 00430-18 |
| CHTA-003-0018 | A | 3.3 | SD 00430-19 |
| CHTA-003-0019 | A | 9.2 | SD 00430-20 |
| CHTA-003-0020 | A | 4.1 | SD 00430-21 |
| CHTA-003-0020 | B | 20.9 | SD 00430-22 |
| CHTA-003-0021 | A | 4.4 | SD 00430-23 |
| CHTA-003-0022 | A | 1.2 | SD 00430-24 |
| CHTA-003-0023 | A | 1.2 | SD 00430-25 |
| CHTA-003-0024 | A | 1.8 | SD 00430-26 |
| CHTA-003-0024 | B | 0.3 | SD 00430-27 |
| CHTA-003-0024A | A | 0.3 | SD 00430-136 |
| CHTA-003-0025 | A | 2.4 | SD 00430-28 |
| CHTA-003-0027 | A | 3.1 | SD 00430-30 |
| CHTA-003-0031 | A | 0.6 | SD 00430-34 |
| CHTA-003-0032 | A | 1.0 | SD 00430-35 |
| CHTA-003-0034 | A | 1.6 | SD 00430-37 |
| CHTA-003-0036 | A | 3.2 | SD 00430-39 |
| CHTA-003-0037 | A | 1.5 | SD 00430-40 |
| CHTA-003-0038 | A | 5.4 | SD 00430-41 |
| CHTA-003-0039A | A | 3.0 | SD 00430-123 |
| CHTA-003-0040 | A | 1.7 | SD 00430-45 |
| CHTA-003-0041 | A | 1.3 | SD 00430-46 |
| CHTA-003-0042 | A | 1.4 | SD 00430-47 |
| CHTA-003-0043 | A | 8.5 | SD 00430-49 |
| CHTA-003-0044 | A | 1.6 | SD 00430-51 |
| CHTA-003-0045 | A | 1.4 | SD 00430-52 |
| CHTA-003-0046 | A | 3.1 | SD 00430-53 |
| CHTA-003-0047 | A | 1.7 | SD 00430-54 |
| CHTA-003-0048 | A | 0.6 | SD 00430-55 |
| CHTA-003-0049 | A | 4.0 | SD 00430-56 |
| CHTA-003-0050 | A | 3.2 | SD 00430-57 |
| CHTA-003-0051 | A | 0.4 | SD 00430-58 |
| CHTA-003-0051A | A | 0.1 | SD 00430-124 |
| CHTA-003-0052 | A | 0.3 | SD 00430-59 |
| CHTA-003-0053 | A | 0.4 | SD 00430-122 |
| CHTA-003-0054 | A | 1.9 | SD 00430-117 |

| | | | |
|---|---|---|---|
| CHTA-003-0054 | B | 0.4 | SD  00430-118 |
| CHTA-003-0055 | A | 0.3 | SD  00430-133 |
| CHTA-003-0056 | A | 0.2 | SD  00430-143 |
| CHTA-003-0057 | A | 0.1 | SD  00430-145 |
| CHTA-004-0001A | A | 1.1 | SD  00430-61 |
| CHTA-004-0001B | A | 1.3 | SD  00430-62 |
| CHTA-004-0001C | A | 1.3 | SD  00430-63 |
| CHTA-004-0001D | A | 1.3 | SD  00430-64 |
| CHTA-004-0001E | A | 1.3 | SD  00430-65 |
| CHTA-004-0001F | A | 1.3 | SD  00430-66 |
| CHTA-004-0002 | A | 1.1 | SD  00430-67 |
| CHTA-004-0003 | A | 0.03 | SD  00430-68 |
| CHTA-004-0004 | A | 0.3 | SD  00430-69 |
| CHTA-004-0005A | A | 1.6 | SD  00430-71 |
| CHTA-004-0005B | A | 1.0 | SD  00430-72 |
| CHTA-004-0005C | A | 5.8 | SD  00430-73 |
| CHTA-004-0006 | A | 1.0 | SD  00430-74 |
| CHTA-004-0006A | A | 0.2 | SD  00430-112 |
| CHTA-004-0007 | A | 0.9 | SD  00430-75 |
| CHTA-004-0008 | A | 4.2 | SD  00430-76 |
| CHTA-004-0009A | A | 6.6 | SD  00430-131 |
| CHTA-004-0009B | A | 0.2 | SD  00430-132 |
| CHTA-004-0010 | A | 7.8 | SD  00430-78 |
| CHTA-004-0011 | A | 43.6 | SD  00430-79 |
| CHTA-004-0011 | B | 0.9 | SD  00430-80 |
| CHTA-004-0012 | A | 1.5 | SD  00430-82 |
| CHTA-004-0012A | A | 0.2 | SD  00430-144 |
| CHTA-004-0013 | A | 4.1 | SD  00430-83 |
| CHTA-004-0013A | A | 0.5 | SD  00430-140 |
| CHTA-004-0014A | A | 2.8 | SD  00430-121 |
| CHTA-004-0014B | A | 0.3 | SD  00430-130 |
| CHTA-004-0015 | A | 5.0 | SD  00430-85 |
| CHTA-004-0016A | A | 10.0 | SD  00430-86 |
| CHTA-004-0016B | A | 2.7 | SD  00430-115 |
| CHTA-004-0017 | A | 0.8 | SD  00430-88 |
| CHTA-004-0018 | A | 4.9 | SD  00430-89 |
| CHTA-004-0019 | A | 10.1 | SD  00430-90 |
| CHTA-004-0020 | A | 19.3 | SD  00430-91 |
| CHTA-004-0021A | A | 1.2 | SD  00430-92 |
| CHTA-004-0021B | A | 0.7 | SD  00430-116 |
| CHTA-004-0021C | A | 0.3 | SD  00430-135 |
| CHTA-004-0022 | A | 3.2 | SD  00430-93 |
| CHTA-004-0023 | A | 0.3 | SD  00430-94 |
| CHTA-004-0024 | A | 56.5 | SD  00430-95 |
| CHTA-004-0024 | B | 0.4 | SD  00430-96 |

| | | | |
|---|---|---|---|
| CHTA-004-0025 | A | 2.3 | SD  00430-97 |
| CHTA-004-0026 | A | 2.2 | SD  00430-98 |
| CHTA-004-0027A | A | 3.1 | SD  00430-99 |
| CHTA-004-0027B | A | 6.8 | SD  00430-100 |
| CHTA-004-0028 | A | 0.7 | SD  00430-101 |
| CHTA-004-0029 | A | 1.8 | SD  00430-102 |
| CHTA-004-0031 | A | 8.5 | SD  00430-103 |
| CHTA-004-0032 | A | 1.0 | SD  00430-114 |
| CHTA-004-0033 | A | 1.1 | SD  00430-105 |
| CHTA-004-0034 | A | 3.6 | SD  00430-106 |
| CHTA-004-0035 | A | 9.0 | SD  00430-107 |
| CHTA-004-0036 | A | 13.8 | SD  00430-108 |
| CHTA-004-0037 | A | 11.7 | SD  00430-109 |
| CHTA-004-0038 | A | 34.7 | SD  00430-110 |
| CHTA-004-0039A | A | 2.4 | SD  00430-146 |
| CHTA-004-0040 | A | 3.0 | SD  00430-127 |

**TRUJILLO DITCH**

Priority:    1887

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-005-0001 | A | 7.8 | SD  06384-1 |

**MANZANARES DITCH**

Priority:    1887

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-005-0002 | A | 12.2 | SD  06368-1 |

**UNNAMED DITCH NO. 2**

Priority:    1887

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-005-0001 | B | 13.9 | SD  06385-1 |
| CHTA-005-0002 | B | 6.9 | SD  06368-2 |

**BRIGGS DITCH**

Priority:       1887

| Subfiles | Header | Acres | OSE File Number |
|---|---|---|---|
| CHTA-005-0003 | A | 23.8 | SD  03169-1 |
| CHTA-005-0004 | A | 11.5 | SD  03169-2 |