IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

 vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 3, Rio Nutrias

**ORDER MAKING FINAL DETERMINATION OF
PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS
IN THE RIO NUTRIAS SUBSECTION OF SECTION 3
OF THE RIO CHAMA STREAM SYSTEM**

 THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.,* State Engineer for Order Making Final Determination of Priority Dates and Irrigation Water Requirements in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System ("Nutrias Subsection") filed September 16, 2010 (Docket No. 9956 ).

 The Court, having reviewed the Motion, pertinent portions of the record and the law, and being otherwise fully advised in the premises finds the Motion to be well-taken, and that it should be GRANTED.  Further, the Court FINDS that:

 Each of the individual subfile defendants in the Nutrias Subsection, the community ditches in the Nutrias Subsection and the United States of America have been served with the Court's Notice and Order to Show Cause in connection with the proposed determination of priority dates and irrigation water requirements in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream

System.

The Court's Notice and Order to Show Cause has been published in the Rio Grande Sun once each week for 4 consecutive weeks, the first publication being on the 3rd day of June 2010 and the last publication being on 24th day of June 2010.

Notice of the proposed determination of priority dates and irrigation water requirements in the Nutrias Subsection has been provided to all claimants, known and unknown, who may claim or have a right to use the surface waters of the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System.

The Court's Notice and Order to Show Cause required all claimants who disagree with the State's proposed determination of the priority date of their water rights, or any other person's water rights, for surface water irrigation use in the Nutrias Subsection, or who disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Nutrias Subsection, to file an objection to the proposed determination of priority dates and irrigation water requirements in the Nutrias Subsection by July 31, 2010.

No objection to the proposed determination of priority dates or irrigation water requirements in the Nutrias Subsection has been filed with the Court.

There is no just reason for delay for the entry of a final judgment as to priority dates and irrigation water requirements for surface water irrigation use in the Nutrias Subsection, and the Court enters this Order as a final judgment as to the priority dates and irrigation water requirements of the water rights described herein. This final judgment precludes all persons, known and unknown, who claim a right to use the surface or underground waters of the Nutrias Subsection from making any and all objections to the priority dates and irrigation water requirements described herein during

future *inter se* proceedings.

IT IS THEREFORE ORDERED that the priority dates of the community and private ditches in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System, and all individual irrigation water rights served by those ditches, are as set forth below:

| DITCH | PRIORITY DATE |
|---|---|
| La Acequia Del Terrero | 1888 |
| La Acequia Del Gilberto | 1888 |
| Tafoya/Esquibel | 1885 |
| Esquibel/Valdez | 1890 |
| Vega | 1878 |
| Ben Valdez | 1878 |
| Joe B. Valdez | 1895 |
| Espiriano Velasquez | 1899 |
| Acequia Perfecto Esquibel | 1875 |
| Acequia Pedro Esquibel | 1893 |
| Esquibel | 1885 |
| Unnamed Ditch No. 2 | 1885 |
| Unnamed Ditch No. 3 | 1885 |
| Abeyta | 1877 |
| Epifanio Ulibarri | 1878 |
| Maes/Sanchez | 1882 |
| Luis Sanchez | 1882 |
| Martinez/Ulibarri | 1882 |
| Salomon Ulibarri | 1882 |
| Juan Ulibarri | 1882 |
| Emilio Samora | 1868 |
| Juan Pablo Samora | 1904 |

IT IS FURTHER ORDERED that the irrigation water requirements for surface water irrigation use in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System are as set forth below:

a. The weighted consumptive irrigation requirement (CIR) is 1.13 acre-feet per acre per annum.

b. The farm delivery requirement (FDR) is 2.83 acre-feet per acre per annum.

    c.  The project diversion requirement (PDR) is 4.71 acre-feet per acre per annum. The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

  IT IS FURTHER ORDERED that the priority dates and the amount of water for surface water irrigation use described in individual subfile orders in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System are adjudicated as follows:

  A.  All individual subfile orders entered by the Court for surface water irrigation use in the Nutrias Subsection are amended to incorporate in the description of water rights the priority dates and irrigation water requirements described above, as summarized and set forth in the Appendix attached hereto.

  B.  For all water rights involving surface water delivered from a ditch, the amount of water shall not exceed 4.71 acre-feet per acre per annum diverted by the ditch from the surface

source, or 2.83 acre-feet per acre per annum delivered to the farm headgate, or a beneficial consumptive use of 1.13 acre-feet per acre per annum.

    C.    Any diversion and use of the waters of the Rio Chama Stream System in the Rio Nutrias Subsection of Section 3 by any defendant except in strict accordance with the water rights described herein is prohibited.

                                                                           BRUCE D. BLACK
                                                                           UNITED STATES DISTRICT JUDGE

Recommended for approval:

SPECIAL MASTER VICKIE L. GABIN