**SERVICE LIST**

| | | |
|---|---|---|
| JOSE E. ARCHULETA<br>P.O. BOX 1179<br>ESPAÑOLA, NM  87532 | FRANK A. ARCHULETA<br>RT. 4  BOX 7<br>HERNANDEZ, NM  87537 | SAMUEL J. ATENCIO<br>P.O. BOX 6-A<br>HERNANDEZ, NM  87537 |
| TOMAS BAROS<br>AVELINO HERRERA JR.<br>RT. 1  BOX 8<br>HERNANDEZ, NM  87537 | AMADA BAROS<br>7004 ORPHELIA<br>ALBUQUERQUE, NM  87104 | MANUEL CHACON<br>P.O. BOX 1394<br>ESPAÑOLA, NM  87532 |
| GREGORITA CHAVEZ<br>RT. 1  BOX 10<br>HERNANDEZ, NM  87537 | J. LUCAS CORDOVA<br>JUANITA VALDEZ<br>P.O. BOX 87<br>HERNANDEZ, NM  87537 | FRANK J. CORDOVA<br>P.O. BOX 4352<br>FAIRVIEW, NM  67533 |
| JOSE A. DURAN<br>RT. 4  BOX 19-A<br>HERNANDEZ, NM  87537 | PATRICIO GARCIA<br>P.O. BOX 381<br>ESPAÑOLA, NM  87532 | ADAN GARCIA<br>P.O. BOX 323<br>ESPAÑOLA, NM  87532 |
| GREGORIO F. GARCIA<br>TITO GARCIA<br>RT. 1  BOX 2<br>HERNANDEZ, NM  87537 | JOSE G. GUTIERREZ<br>P.O. BOX 1106<br>ESPAÑOLA, NM  87532 | RUDY HERRERA<br>RT. 4  BOX 8-1<br>HERNANDEZ, NM  87537 |
| JOSEPH HERRERA<br>13109 PARVIEW, NE<br>ALBUQUERQUE, NM  87123 | ARTHUR HERRERA<br>P.O. BOX 8-1<br>HERNANDEZ, NM  87537 | JOHNNY HERRERA<br>3306 SHEPARD PL. NE<br>ALBUQUERQUE, NM  87110 |
| AGNES JARAMILLO<br>P.O. BOX 634<br>ESPAÑOLA, NM  87532 | ENRIQUE MAESTAS<br>P.O. BOX 701<br>ESPAÑOLA, NM  87532 | STELLA MAESTAS<br>RT. 2  BOX 13<br>HERNANDEZ, NM  87537 |
| RICHARD MAESTAS<br>P.O. BOX 1848<br>ESPAÑOLA, NM  87532 | ISIDRO JACOBO MAESTAS<br>P.O. BOX 1024<br>ESPAÑOLA, NM  87532 | ADELINA M. MAESTAS<br>P.O. BOX 19<br>HERNANDEZ, NM  87537 |
| LIONEL MAESTAS<br>SANTIAGO A. MAESTAS<br>RT. 1  BOX 20<br>HERNANDEZ, NM  87537 | CLOVIS MAESTAS<br>ELMER MAESTAS<br>RT. 2  BOX 13<br>HERNANDEZ, NM  87537 | MARIANO MAESTAS<br>RT. 2  BOX 13<br>HERNANDEZ, NM  87537 |
| TOMAS A. MAESTAS JR.<br>RT. 1  BOX 1D<br>HERNANDEZ, NM  87537 | ANGELINA MAESTAS DURAN<br>P.O. BOX 975<br>ESPAÑOLA, NM  87532 | TERESA MANNING<br>RT. 2  BOX 21<br>HERNANDEZ, NM  87537 |
| GAVINO MARTINEZ<br>P.O. BOX 3551<br>ESPAÑOLA, NM  87532 | AARON MARTINEZ<br>P.O. BOX 744<br>ESPAÑOLA, NM  87532 | MARGARET MONTOYA<br>P.O. BOX 11<br>ESPAÑOLA, NM  87532 |

| | | |
|---|---|---|
| LUIS E. MOYA<br>P.O. BOX 17-A<br>HERNANDEZ, NM  87537 | DAWSON LEE ROARK<br>P.O. BOX 1406<br>ESPAÑOLA, NM  87532 | EDONELIA ROYBAL<br>RT. 1  BOX 19B<br>HERNANDEZ, NM  87537 |
| JACOBO SALAZAR<br>P.O. BOX 261<br>ESPAÑOLA, NM  87532 | DORA SANDOVAL<br>RT. 2  BOX 20G<br>HERNANDEZ, NM  87537 | SEFERINO SERRANO<br>P.O. BOX 723<br>ESPAÑOLA, NM  87532 |
| TONY L. SISNEROS<br>708 CARDENAS DR. SE<br>ALBUQUERQUE, NM  87107 | RUBEN SISNEROS SR.<br>RT. 1  BOX 2-B<br>HERNANDEZ, NM  87537 | RUBEN SISNEROS JR.<br>438 EL ENSUENO RD. NE<br>ALBUQUERQUE, NM  87108 |
| STEPHEN SMITH<br>RT. 1  BOX 5<br>HERNANDEZ, NM  87537 | SANDRA M. TRUJILLO<br>1814 CALLE REDONDA<br>ESPAÑOLA, NM  87532 | ABE TRUJILLO<br>P.O BOX 51101<br>ESPAÑOLA, NM  87532 |
| JODY VALDEZ<br>P.O. BOX 1392<br>ESPAÑOLA, NM  87532 | ELMER VELASQUEZ<br>P.O. BOX 62817<br>ESPAÑOLA, NM  87532 | SAM VELASQUEZ<br>P.O. BOX 3602<br>FAIRVIEW, NM  87533 |
| HORACIO VIGIL<br>3809 LAS TOMASES NW<br>ALBUQUERQUE, NM  87107 | MANUEL VIGIL<br>RT. 1  BOX 2D<br>HERNANDEZ, NM  87537 | LEO A. VIGIL<br>RT. 1  BOX 4<br>HERNANDEZ, NM  87537 |