# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia de Chili y la Cuchilla

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 295 | JOE ARCHULETA |
| 296 | DENSEL W. COX |
| 297 | JOSE G.D. CORDOVA |
| 297-A | MRS. AMADA VALDEZ |
| 298 | CASILDO DURAN |
| 298-A | ALBINITA DURAN |
| 298-B | PATROCINA DURAN |
| 299 | RUBEL DURAN |
| 300 | SISTO FERNANDEZ |
| 301 | FIDEL FRESQUEZ |
| 302 | MRS. MARGARITA GALLEGOS |
| 303 | ADAN GARCIA |
| 304 | GREGORIO F. GARCIA |
| 305 | RAMON GARCIA |
| 306 | HOWARD E. HATHAWAY |
| 307 | ALFREDO HERRERA |
| 308 | ENRIQUE ABELINO HERRERA |
| 309 | JOSE DELORES HERRERA JR. |
| 310 | JOSE ISAURO JARAMILLO |
| 311 | JOE A. SALAZAR |
| 312 | THEODORO LOVATO |
| 313 | ENRIQUE MAESTAS |
| 314 | FILIBERTO MAESTAS |

| | |
|---|---|
| 315 | ISIDRO JACOBO MAESTAS |
| 316 | JOSE BENITO MAESTAS |
| 317 | MARIANO MAESTAS <br> STELLA MAESTAS |
| 318 | PABLO MAESTAS |
| 319 | RICARDO MAESTAS |
| 320 | SANTIAGO A. MAESTAS |
| 321 | TOMAS A. MAESTAS |
| 322 | ATANACIO O. MARTINEZ |
| 323 | LUIS E. MOYA |
| 324 | MANUEL PADILLA |
| 325 | JOSE O. SANCHEZ |
| 326 | SEFERINO SERRANO |
| 327 | F.N. SISNEROS |
| 328 | RUBEN N. SISNEROS |
| 329 | FILMORE F. CRISS |
| 330 | LEO A. VIGIL |
| 331 | ESPANOLA MERCANTILE CO. |