**SERVICE LIST**

| | | |
|---|---|---|
| HELEN ARCHULETA<br>RT. 1 BOX 21-2<br>HERNANDEZ, NM 87537 | LAZARIO CORDENOS<br>2611 NORTH CHICO<br>EL MONTE, CA 91733 | MEDARDO GALLEGOS<br>P.O. BOX 1512<br>ESPAÑOLA, NM 87532 |
| BERNARDO GARCIA<br>P.O. BOX 1079<br>ESPAÑOLA, NM 87532 | GEORGE GARCIA<br>RT. 7 BOX 120-G<br>SANTA FE, NM 87501 | VIDAL GARCIA JR.<br>P.O. BOX 1758<br>ESPAÑOLA, NM 87532 |
| MANUEL R. GARCIA<br>P.O. BOX 233<br>ESPAÑOLA, NM 87532 | ADAN GARCIA<br>P.O. BOX 323<br>ESPAÑOLA, NM 87532 | ANTONIO M. GARCIA<br>P.O. BOX 381<br>ESPAÑOLA, NM 87532 |
| WALTER GOULD<br>P.O. BOX 903<br>ESPAÑOLA, NM 87532 | MIKE JACKSON<br>P.O. BOX 1076<br>LOS ALAMOS, NM 87544 | ROBERT JARAMILLO<br>P.O. BOX 723<br>MEDANALES, NM 87548 |
| TERRY CONNELY<br>GARY JEFFERS<br>P.O. BOX 3982<br>FAIRVIEW, NM 87533 | CHARLES LINDER<br>RT. 1 BOX 22-B<br>HERNANDEZ, NM 87537 | KATHY MAESTAS<br>LARRY MAESTAS<br>RT. 1 BOX 21-2<br>HERNANDEZ, NM 87537 |
| MANUEL MAESTAS SR.<br>RT. 1 BOX 21-2<br>HERNANDEZ, NM 87537 | REYNEL MAESTAS<br>RT. 2 BOX 25<br>HERNANDEZ, NM 87537 | VICKY MAESTAS<br>RT. 2 BOX 21-2<br>HERNANDEZ, NM 87537 |
| DONALD MARTINEZ<br>465 ST. MICHAELS, SUITE 207<br>SANTA FE, NM 87503 | GUADALUPE GARCIA<br>JOE MARTINEZ<br>RT. 2 BOX 32<br>HERNANDEZ, NM 87537 | MARVIN MARTINEZ<br>RT. 2 BOX 30<br>HERNANDEZ, NM 87537 |
| JULIO MARTINEZ<br>P.O. BOX 361<br>ESPAÑOLA, NM 87532 | ADELINA MARTINEZ<br>P.O. BOX 788<br>ESPAÑOLA, NM 87532 | ARSENIO A. MARTINEZ<br>P.O. BOX 43<br>HERNANDEZ, NM 87537 |
| BENSELADO MARTINEZ<br>P.O. BOX 91<br>HERNANDEZ, NM 87537 | DOREEN MONDRAGON<br>RT. 2 BOX<br>HERNANDEZ, NM 87537 | LEONARDO MONTANO<br>P.O. BOX 62116<br>ESPAÑOLA, NM 87532 |
| ROBERT PACHECO<br>P.O. BOX 674<br>CHAMA, NM 87520 | ROMAN PADILLA<br>RT. 2 BOX 21-1<br>HERNANDEZ, NM 87537 | JOHNNY SALAZAR<br>RT. 1 BOX 225<br>HERNANDEZ, NM 87537 |
| ERNESTO TRUJILLO<br>GENERAL DELIVERY<br>MENDANALES, NM 87548 | MARY TRUJILLO<br>RT. 1 BOX 21-2<br>HERNANDEZ, NM 87537 | SHIRLEY TRUJILLO<br>RT. 1 BOX 22-1<br>HERNANDEZ, NM 87537 |

| | | |
|---|---|---|
| LUCAS TRUJILLO<br>P.O. BOX 4403<br>FAIRVIEW, NM 87533 | DELFIDO VIARREAL<br>P.O. BOX 104<br>ALCALDE, NM 87511 | GILBERTO VIGIL<br>P.O. BOX 62010<br>ESPAÑOLA, NM 87532 |
| MAX VIGIL<br>RT. 1 BOX 343-A<br>ESPAÑOLA, NM 87532 | | |