# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia de los Duranes

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 13.14 | AMARANTE GARCIA JR. |
| 13.6 | FIDEL MARTINEZ |
| 13.8 | MEDARDO GALLEGOS |
| 372 | FRUTOSO GARCIA |
| 374 | REYNEL MAESTAS |
| 376 | ARSENIO A. MARTINEZ |
| 377 | AGAPITO MARTINEZ |
| 378 | ADAN GARCIA |
| 379 | JOSE ACACIO MARTINEZ |
| 380 | ANTONIO JOSE GARCIA |
| 381 371 | ANTONIO M. GARCIA |
| 383 | MANUEL E. GARCIA |
| 384 385 386 387 388 | ARCENO MARTINEZ<br>BEN MARTINEZ<br>JUAN ANDRES MARTINEZ<br>JULIO MARTINEZ |
| 389 | GILBERT VIGIL |
| 391 392 | BOB CAPE |
| 393 394 | LUCAS TRUJILLO |
| 395 | ALBERT HAUKOS |
| 396 397 | ROY MARVIN MAYO |
| 398 399 | WALTER GOULD |
| 400 401 | CLETO PADILLA |

| | |
|---|---|
| 402 | MACLOVIO MONDRAGON |
| 403 404 | MANUEL MAESTAS JR. |

| | |
|---|---|
| 405 406 | JOHN W. FULMER JR. |