## SERVICE LIST

DAVID BODELSON
#2 LILAC SALVA TIERRA
SANTA FE, NM  87501

ABELINO P. GARCIA
P.O. BOX 4505
FAIRVIEW, NM  87533

PEDRO GARCIA
P.O. BOX 41
MEDANALES, NM  87548

NANCY GARDNER
GENERAL DELIVERY
ABIQUIU, NM  87510

GABRIEL HERRERA
RT. 5  BOX 346
SANTA FE, NM  87501

BERNIE LUCERO
P.O. BOX 642
ABIQUIU, NM  87510

TITO MANZANARES
P.O. BOX 427 CEDAR CREST
ALBUQUERQUE, NM  87780

JOSE SIXTO MARTINEZ
SIXTO JACOBO MARTINEZ
P.O. BOX 742
MEDANALES, NM  87548

DONALD MARTINEZ
FLORA MARTINEZ
P.O. BOX 724
MEDANALES, NM  87548

ROBERT PADILLA
P.O. BOX 724
MEDANALES, NM  87548

DELILA PADILLA
P.O. BOX 724
MEDANALES, NM  87548