IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Acequia de Manzanares y Montoya |

### MOTION FOR ORDER ON PRIORITY DATE OF WATER RIGHTS UNDER ACEQUIA DE MANZANARES Y MONTOYA

The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), by and through its undersigned counsel, requests the Court to enter an Order revising the priority date of all water rights under the Acequia de Manzanares y Montoya in Section 1 of the Chama Mainstream Section, and in support of this Motion states the following:

1. Pursuant to the *Amended Order on the Adjudication of Water Right Priorities* (Doc. No. 3497, filed July 8, 1994), each defendant water rights owner and each defendant community ditch in Section 1 of the Rio Chama Stream System was required to be served a Notice and Order to Show Cause setting forth the priority dates for such water rights proposed by the court-appointed expert witness Dr. John O. Baxter or the State of New Mexico.

2. All know and unknown claimants of water rights under the Acequia de Manzanares y Montoya were served with a Notice and Order to Show Cause setting forth a priority date of 1724 for their water rights under this acequia. *See Certificate of Service* filed October 20, 1994 (Doc. No.

3526.A); *New Mexico's Certificate of Publication for Priority Date Notices and Orders to Show Cause* filed November 29, 1995 (Doc. No. 4413). The commissioners of the Acequia de Manzanares y Montoya were served with a Notice and Order to Show Cause setting forth a priority date of 1724 for the water rights under this acequia. *See Certificate of Service* filed December 12, 1994 (Doc. No. 3979.33).

3. No objections were filed to the proposed priority date of 1724 for water rights under the Acequia de Manzanares y Montoya.

4. The Court should enter an Order revising the priority date of the water rights under the Acequia de Manzanares y Montoya, and amending all individual subfiles orders entered to date for irrigation water rights under this acequia. The Order revising the priority date of water rights under the Acequia de Manzanares y Montoya and amending individual subfile orders for water rights under this acequia should be entered as a final order subject to the right of other water rights owners to file objections to individual adjudication orders prior to the entry of a final decree.

5. A proposed form of Order granting this motion is attached hereto.

6. Fred J. Waltz, counsel for the Acequia de Manzanares y Montoya, does not oppose the granting of this motion.

7. A proposed Order granting this Motion is attached hereto as Exhibit 1.

WHEREFORE, the State respectfully requests the Court to enter an Order revising the priority date of water rights under the Acequia de Manzanares y Montoya and making the determination that 1724 is the priority of the water rights served by this acequia.

FURTHER, the State requests the Court to amend the individual subfile orders for water rights under the Acequia de Manzanares y Montoya to state that 1724 is the priority date of those rights.

FURTHER, the State requests that the Court enter the requested Order as a final judgment, subject to the right of other water rights owners to file objections to individual adjudication orders prior to the entry of a final decree.

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the    4th    day of April, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as shown on the attached Service List.

 /s/ Ed Newville
EDWARD G. NEWVILLE