**SERVICE LIST**

| | | |
|---|---|---|
| DOLORES BALKY<br>JAMES BALKY<br>P.O. BOX 737<br>MEDANALES, NM  87548 | KATHLEEN JOHNSON<br>GERALDINE KASPAREK<br>c/o JIM MILLION<br>P.O. BOX 4363<br>ESPAÑOLA, NM  87532 | SALOMON MANZANARES<br>P.O. BOX 707<br>MEDANALES, NM  87548 |
| MALAQUIAS MANZANARES<br>MELQUIADES MANZANARES<br>P.O. BOX 22<br>ABIQUIU, NM  87510 | ALFONSO MARTINEZ<br>ESTHER MARTINEZ<br>P.O. BOX 732<br>MEDANALES, NM  87548 | MARIA MARTINEZ<br>P.O. BOX 2057<br>ESPAÑOLA, NM  87532 |
| FERNANDO MIER<br>BISHOPS LODGE ROAD<br>SANTA FE, NM  87501 | RAMIRO PEREYRA<br>P.O. BOX 671<br>MEDANALES, NM  87548 | PRESCILLA ROMERO<br>c/o SALOMON MANZANZARES<br>P.O. BOX 707<br>ABIQUIU, NM  87510 |
| MIKE ROMERO<br>P.O. BOX 3585<br>ESPAÑOLA, NM  87532 | LARRY VALDEZ<br>P.O. BOX 302<br>LOS ALAMOS, NM  87544 | |