IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 1, Chama Mainstream

Acequia de Manzanares y Montoya

### ORDER ON PRIORITY DATE OF WATER RIGHTS
### UNDER ACEQUIA DE MANZANARES Y MONTOYA

THIS MATTER is before the Court following the April 4, 2011, *Motion for Order on Priority Date of Water Rights Under Acequia de Manzanares y Montoya* in Section 1 of the Rio Chama Stream System (Chama Mainstream) (Doc. No. _____).

The Court finds:

1.  Pursuant to the *Amended Order on the Adjudication of Water right Priorities* (Doc. 3497, filed July 8, 1994), all know and unknown claimants of water rights under the Acequia de Manzanares y Montoya were served with a Notice and Order to Show Cause setting forth a priority date of 1724 for their water rights under this acequia. *See Certificate of Service* filed October 20, 1994 (Doc. No. 3526.A); *New Mexico's Certificate of Publication for Priority Date Notices and Orders to Show Cause* filed November 29, 1995 (Doc. No. 4413). The commissioners of the Acequia de Manzanares y Montoya (a community ditch) were served with a Notice and Order to Show Cause setting forth a priority date of 1724 for the water rights under this acequia. *See Certificate of Service*

filed December 12, 1994 (Doc. No. 3979.33).

   3. No objections to the proposed priority date of 1724 for water rights under the Acequia de Manzanares y Montoya were filed by either individual water users or the Acequia de Manzanares y Montoya.

   4. There is no just reason for a delay for the entry of a final judgment as to the priority date of the water rights for lands irrigated by the Acequia de Manzanares y Montoya.

   IT IS ORDERED, THEREFORE, that 1724 is the priority date of the water rights under the Acequia de Manzanares y Montoya.

   IT IS FURTHER ORDERED, that the priority dates in all subfile orders heretofore entered in the Chama Mainstream Section that describe irrigation water rights under the Acequia de Manzanares y Montoya are revised and amended as follows:

   Priority:  1724

The individual subfiles in the Chama Mainstream Section affected by the above provision of this Order are listed in Appendix 1 attached hereto.

   IT IS FURTHER ORDERED, that the Court enters this Order as a final judgment, subject to the right of other water rights owners to file objections to individual adjudication orders prior to the entry of a final decree.

                   _____
                   BRUCE D. BLACK
                   UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN