**SERVICE LIST**

| | | |
|---|---|---|
| DAVID ABBEY<br>P.O. BOX 764<br>MEDANALES, NM  87548 | PETE ARCHULETA<br>P.O. BOX 35<br>EL RITO, NM  87530 | JOE BILLOTTIE<br>829 MOULTRIES ST.<br>SAN FRANCISCO, CA  94110 |
| RUDY CARRILLO<br>1519 COCHITI<br>SANTA FE, NM  87501 | CORDELIA CORONADO<br>TERESA CORONADO<br>P.O. BOX 767<br>MEDANALES, NM  87548 | AMADO GARCIA<br>P.O. BOX 675<br>MEDANALES, NM  87548 |
| BEN GARCIA<br>CARLOS SALAZAR<br>P.O. BOX 684<br>MEDANALES, NM  87548 | GENE GARCIA<br>P.O. BOX 25<br>MEDANALES, NM  87548 | ART GRIMES<br>P.O. BOX 686<br>MEDANALES, NM  87548 |
| OLIVAMA HERRERA<br>P.O. BOX 1475<br>ESPAÑOLA, NM  87532 | WARREN LA FORME<br>P.O. BOX 704<br>MEDANALES, NM  87548 | EUFEMIA LEHMAN<br>P.O. BOX 747<br>MEDANALES, NM  87548 |
| SANTIAGO A. MAESTAS<br>RT. 1  BOX 20<br>HERNANDEZ, NM  87537 | PRESCILIANO MARTINEZ<br>P.O. BOX 1467<br>ESPAÑOLA, NM  87532 | PAUL MARTINEZ<br>P.O. BOX 717<br>MEDANALES, NM  87537 |
| ARTURO MARTINEZ<br>P.O. BOX 674<br>MEDANALES, NM  87548 | ANTONIO MARTINEZ<br>P.O. BOX 711<br>MEDANALES, NM  87548 | BERNABE MARTINEZ<br>P.O. BOX 695<br>MEDANALES, NM  87548 |
| JOSE BENITO MARTINEZ<br>P.O. BOX 361<br>ESPAÑOLA, NM  87532 | SILVIANO MARTINEZ<br>10532 GRETA CIRCLE<br>CYPRESS, CA  90638 | MAX MARTINEZ<br>P.O. BOX 717<br>MEDANALES, NM  87548 |
| CAROLYN MCFARLAND<br>P.O. BOX 692<br>MEDANALES, NM  87548 | ELAINE PADILLA<br>P.O. BOX 725<br>MEDANALES, NM  87548 | MELAQUIAS ROYBAL<br>P.O. BOX 722<br>MEDANALES, NM  87548 |
| TIM ROYBAL<br>P.O. BOX 1726<br>ESPAÑOLA, NM  87532 | JOSE MARIA SISNEROS<br>P.O. BOX 1395<br>ESPAÑOLA, NM  87532 | AGUSTINE SISNEROS<br>c/o JOSE M. SISNEROS<br>P.O. BOX 1305<br>ESPAÑOLA, NM  87532 |
| ANNA TAPIA<br>802 E. PALACE<br>SANTA FE, NM  87501 | JULIAN TRUJILLO<br>P.O. BOX 714<br>MEDANALES, NM  87548 | RAY VALENCIA<br>P.O. BOX 741<br>MEDANALES, NM  87548 |

**SERVICE LIST**

| | | |
|---|---|---|
| LARRY VIGIL<br>P.O. BOX 404<br>ESPAÑOLA, NM  87532 | FRED VIGIL<br>P.O. BOX 687<br>MEDANALES, NM  87548 | JOSEPH VIGIL<br>243 LOS ALAMOS HIGHWAY<br>ESPAÑOLA, NM  87532 |
| JIMMY WAR<br>MARGARITO WAR<br>P.O. BOX 1146<br>ESPAÑOLA, NM  87532 | LEE WIGGINS<br>P.O. BOX 765<br>MEDANALES, NM  87548 | CLEO WUESCHINSKI<br>GENERAL DELIVERY<br>MENDANALES, NM  87548 |
| KATHY YURISTA<br>P.O. BOX 744<br>MEDANALES, NM  87548 | | |