# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia del Rio de Chama

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 10.9 | ENRIQUE MANZANARES |
| 11.1 | ADELAIDO MARTINEZ |
| 11.10 | JUAN E. JARAMILLO |
| 11.11 | ABEDON M. ROYBAL JR. |
| 11.12 | ABEDON M. ROYBAL JR. |
| 11.13 | ABELINO MARTINEZ |
| 11.14 | ABEDON M. ROYBAL JR. |
| 11.14A | ABEDON M. ROYBAL JR. |
| 11.15 | SANTIAGO HERRERA |
| 11.15A | AMABILIS HERRERA |
| 11.16 | VICTOR VIGIL |
| 11.17 | PATRICIO CHAVEZ |
| 11.3 | AGEDA S. MARTINEZ |
| 11.4 | GREGORIO JOSE SALAZAR |
| 11.5 | JOSE M. TAPIA |
| 11.6 | PEDRO L. MARTINEZ |
| 11.7 | ALCARIO TRUJILLO |
| 11.8 | SILVIANO M. MARTINEZ |
| 11.9 | GUADALUPE SISNEROS |
| 12.1 | MAX I. MARTINEZ |
| 12.10 | JOSE BENITO MARTINEZ |
| 12.10A | JOSE BENITO MARTINEZ |
| 12.11 | GILBERT MARTINEZ |
| 12.2 | TIOFILO SISNEROS |
| 12.2A | TIOFILO SISNEROS |

| | |
|---|---|
| 12.3 | CHARLES LITTLE |
| 12.4 | TIOFILO SISNEROS |
| 12.5A | SIMON SISNEROS |
| 12.5B | ANDRES SISNEROS |
| 12.6 | PETE ARCHULETA |
| 12.7 | ALBERTO MANZANARES<br>JUVENCIO MANZANARES |
| 12.7A | MARGARITO GARCIA |
| 12.8 | MACARIO M. MARTINEZ |
| 12.8A | MACARIO M. MARTINEZ |
| 12.9 | ROMOLO VIGIL |
| 13.1 | TOMAS VIGIL SR. |
| 13.2 | BENERITO VIGIL |
| 13.3 | CRECENSIO MASCARENAS |
| 13.5 | TOMAS VIGIL SR. |
| 335 | MARGARITO WAR |
| 363 | GORGONIO VIGIL |