IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Acequia de Esquibel<br>Subfile No. 529 |

### ORDER ON PRIORITY DATE OF WATER RIGHTS
### UNDER ACEQUIA DE ESQUIBEL

THIS MATTER is before the Court following the April 4, 2011, *Motion for Order Approving and Adopting Stipulation on Priority Date of Water Rights Under Acequia de Esquibel* in Section 1 of the Rio Chama Stream System (Chama Mainstream) (Doc. No. _____).

Being fully advised in the premises, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Court approves and adopts the *Stipulation on Priority Date* filed January 14, 2008 (Doc. No. 9068) on the water rights in Subfile 529 (Tract 4.52) under the Acequia de Esquibel in Section 1 of the Chama Mainstream Section

IT IS FURTHER ORDERED, that the *Order* filed March 10, 1971 (Doc. No. 1670) is revised to include a priority date of 1734 for the water rights in Subfile 529 under the Acequia de Esquibel.

IT IS FURTHER ORDERED, that the Court enters this Order as a final judgment, subject to the right of other water rights owners to file objections to individual adjudication orders prior to the

entry of a final decree.

                                                                                                                                                          _____
                                                           BRUCE D. BLACK
                                                           UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN