**SERVICE LIST**

| | | |
|---|---|---|
| ROBERT M. ADAMS<br>c/o R & C FAMILY TRUST<br>181 PARAMONT DR.<br>SEDONA, AZ 86336 | CANDICE BONE<br>811 46TH ST.<br>LOS ALAMOS, NM 87544 | BARBARA BOZZINI<br>P.O. BOX 6364<br>TAOS, NM 87571 |
| CATHERINE B. CRANOR<br>JOHN M. CRANOR<br>1400 PEREGRINE POINT<br>SARASOTA, FL 34231 | JANICE FLEET<br>17191 NORTHFIELD LANE<br>HUNTINGTON BEACH, CA 92644 | JACK OLDHAM<br>LINDA OLDHAM<br>P.O. BOX 81<br>ABIQUIU, NM 87510 |
| PRADO VERDE, LTD.<br>65 CORTEZ CT.<br>PAGOSA SPRINGS, CO 81147-7684 | MYRON P. SIMMONS<br>P.O. BOX 162<br>ABIQIU, NM 87510 | ANNALEISE SIMPSON<br>c/o JOE BOIES<br>P.O. BOX 10<br>ABIQUIU, NM 87510 |
| MARTHA JO TRUPIANO<br>MICHAEL TRUPIANO<br>P.O. BOX 1238<br>ABIQUIU, NM 87510 | | |