## SERVICE LIST

| | | |
|---|---|---|
| FIDEL ARCHULETA (EST.) | KARL BODE | JUAN DURAN |
| c/o ANNIE VALDEZ | P.O. BOX 707 | P.O. BOX 1 |
| 2913 CAMINO DEL GUSTO | ABIQUIU, NM  87510-0707 | ABIQUIU, NM  87510 |
| SANTA FE, NM  87501 | | |

CAROL INGHAM
GENE INGHAM
P.O. BOX 119
ABIQUIU, NM  87510