**SERVICE LIST**

| | | |
|---|---|---|
| C.E. ARMSTRONG<br>P.O. BOX 670<br>ABIQUIU, NM  87510 | LEROY GARCIA<br>P.O. BOX 4416<br>FAIRVIEW, NM  87533 | FILIMON GARCIA<br>THEODORA GARCIA<br>P.O. BOX 101<br>ABIQUIU, NM  87510 |
| RUTH GREEN<br>P.O. BOX 617<br>ABIQUIU, NM  87510 | GAIL HEINEMAN<br>TODD HEINEMAN<br>P.O. BOX 942<br>LOS ALAMOS, NM  87544 | DENNIS LUCHETTI<br>P.O. BOX 404<br>ABIQUIU, NM  87510 |
| RICHARD MARTINEZ<br>c/o LOLA VALDEZ<br>P.O. BOX 508<br>ABIQUIU, NM  87510 | DENNIS MARTINEZ<br>GENERAL DELIVERY<br>HERNANDEZ, NM  87537 | LINDA MARTINEZ<br>P.O. BOX 97<br>ABIQUIU, NM  87510 |
| LORRAINE ORTEGA<br>P.O. BOX 54<br>ABIQUIU, NM  87510 | JAYCE PARROT<br>P.O. BOX 3365<br>FAIRVIEW, NM  87533 | ROB THOMPSON<br>P.O. BOX 605<br>ABIQUIU, NM  87510 |
| FRANK TONY TRUJILLO<br>P.O. BOX 28<br>ABIQUIU, NM  87510 | JACK H. TRUJILLO<br>P.O. BOX 130<br>ABIQUIU, NM  87510 | JOSE LUIS TRUJILLO<br>P.O. BOX 122<br>ABIQUIU, NM  87510 |
| LOLA VALDEZ<br>P.O. BOX 508<br>ABIQUIU, NM  87510 | BERNIE WILLIAMS<br>P.O. BOX 402<br>ABIQUIU, NM  87510 | |