# **APPENDIX 1**

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia de la Puente

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 448 | FEDERICO J. VALDEZ |
| 449 | LUIS TRUJILLO JR. |
| 450 | JOE TRUJILLO |
| 451 | ADELAIDO TRUJILLO |
| 452 | JOSE D. MEDINA |
| 453 | JACK H. TRUJILLO |
| 455 | DENNIS MARTINEZ |
| 456 | NAPOLEON MARTINEZ |
| 457 458 | FRANK TONY TRUJILLO |
| 459 | ELISIA GARCIA |
| 8.12 | RANCHO DE ABIQUIU, INC. |