## SERVICE LIST

J. LUCAS CORDOVA
P.O. BOX 87
HERNANDEZ, NM 87537

HAROLD HARTELL
RT. 2 BOX 400 MONTANA VISTA
ESPAÑOLA, NM 87532

ELBERTA HONSTEIN
BOX 1301 MCCURDY RD.
ESPAÑOLA, NM 87532

DENNIS LUCHETTI
P.O. BOX 404
ABIQUIU, NM 87510

J.B. MARTINEZ
SAMUEL MARTINEZ
P.O. BOX 116
ABIQUIU, NM 87510

JOSE L. ORTIZ
P.O. BOX 61617
ESPAÑOLA, NM 87532

LANE SMITH
GENERAL DELIVERY
ABIQUIU, NM 87510

LOLA VALDEZ
P.O. BOX 508
ABIQUIU, NM 87510

FRANK VIARREAL
P.O. BOX 42
ALCALDE, NM 87511

GILBERTO VIGIL
P.O. BOX 62010
ESPAÑOLA, NM 87532