IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Acequia de la Tierra Azul |

### ORDER ON PRIORITY DATE OF WATER RIGHTS
### UNDER ACEQUIA DE LA TIERRA AZUL

THIS MATTER is before the Court following the April 4, 2011, *Motion for Order on Priority Date of Water Rights Under Acequia de la Tierra Azul* in Section 1 of the Rio Chama Stream System (Chama Mainstream) (Doc. No. _____).

The Court finds:

1. Pursuant to the *Amended Order on the Adjudication of Water right Priorities* (Doc. 3497, filed July 8, 1994), all know and unknown claimants of water rights under the Acequia de la Tierra Azul were served with a Notice and Order to Show Cause setting forth a priority date of 1734 for their water rights under this acequia. *See Certificate of Service* filed October 20, 1994 (Doc. No. 3526.A); *New Mexico's Certificate of Publication for Priority Date Notices and Orders to Show Cause* filed November 29, 1995 (Doc. No. 4413). The commissioners of the Acequia de la Tierra Azul (a community ditch) were served with a Notice and Order to Show Cause setting forth a priority date of 1734 for the water rights under this acequia. *See Certificate of Service* filed December 12, 1994

(Doc. No. 3979.33).

    3.    No objections to the proposed priority date of 1734 for water rights under the Acequia de la Tierra Azul were filed by either individual water users or the Acequia de la Tierra Azul.

    4.    There is no just reason for a delay for the entry of a final judgment as to the priority date of the water rights for lands irrigated by the Acequia de la Tierra Azul.

IT IS ORDERED, THEREFORE, that 1734 is the priority date of the water rights under the Acequia de la Tierra Azul.

IT IS FURTHER ORDERED, that the priority dates in all subfile orders heretofore entered in the Chama Mainstream Section that describe irrigation water rights under the Acequia de la Tierra Azul are revised and amended as follows:

    Priority:    1734

The individual subfiles in the Chama Mainstream Section affected by the above provision of this Order are listed in Appendix 1 attached hereto.

IT IS FURTHER ORDERED, that the Court enters this Order as a final judgment, subject to the right of other water rights owners to file objections to individual adjudication orders prior to the entry of a final decree.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN