# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia de la Tierra Azul

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 419 | JOSE L. ORTIZ |
| 420 | SALOMON MARTINEZ |
| 421 | SANTIAGO GALLEGOS |
| 422 | JUAN IGNACIO GALLEGOS |
| 423 | ANTONIO M. MANZANARES |
| 424 | AURORA MARTINEZ |
| 425 | FRUTOSO GARCIA |
| 426 | GABINO CHAVEZ<br>JUAN ANDRES CHAVEZ |
| 427 | JOSE CIPRIANO MANZANARES |
| 428 | GONZALO GONZALES |
| 429 | EDWARD SISNEROS |
| 430 | FRANK CORDOVA<br>JOSE CORDOVA<br>LUCAS CORDOVA |
| 430-A | CORDELIA CORDOVA (MRS. GEORGE GOHDE) |