## SERVICE LIST

ONOFRE ARCHULETA
P.O. BOX 45
ABIQUIU, NM  87510

BERNARDO ARCHULETA
P.O. BOX 45
ABIQUIU, NM  87510

DAR AL ISLAM
c/o MUSTAFA CHUDNOFF
P.O. BOX 146
ABIQUIU, NM  87510

JUAN DURAN
P.O. BOX 1
ABIQUIU, NM  87510

DOLORES GARCIA
P.O. BOX 62
ABIQUIU, NM  87510

MIGUEL GONZALES
P.O. BOX 58
ABIQUIU, NM  87510

JUAN D. LOPEZ
GENERAL DELIVERY
ABIQUIU, NM  87510

MANUEL SALAZAR
5349 ROBERTSON AVE
CARMICHAEL, CA  95608

JOSE E. SENA
P.O. BOX 4665
FAIRVIEW, NM  87538