# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia de los Gonzales

| Subfile Number | Adjudicated Owner(s) |
| --- | --- |
| 462 | AGAPITO DURAN |
| 463 | ERNESTO SALAZAR |
| 464 | RUBEN VIGIL |
| 465 | ROBERTO GARCIA |
| 466 | BERNARDO ARCHULETA |
| 467 | JUAN D. LOPEZ |
| 5.11 | OZZIE REEVES |
| 5.6 | OZZIE REEVES |
| 5.6A | GONZALO GONZALES JR.<br>JUANITA GONZALES A/K/A LEANA GONZALES<br>MIGUEL E. GONZALES |
| 5.6C | GONZALO GONZALES JR.<br>JUANITA GONZALES A/K/A LEANA GONZALES<br>MIGUEL E. GONZALES |
| 5.7 | GONZALO GONZALES JR.<br>JUANITA GONZALES A/K/A LEANA GONZALES<br>MIGUEL E. GONZALES |