**SERVICE LIST**

KARL BODE
P.O. BOX 707
ABIQUIU, NM  87510-0707

PROCOPIO MAESTAS
GENERAL DELIVERY
ABIQUIU, NM  87510