**SERVICE LIST**

| | | |
|---|---|---|
| RUTH DUNLAP | THOMAS FRASIER | ROBERT GARCIA |
| ROAD 5775 #21 | P.O. BOX 32 | P.O. BOX 62 |
| FARMINGTON, NM 87401 | ABIQUIU, NM 87510 | ABIQUIU, NM 87510 |
| | | |
| JUAN D. LOPEZ | HORACIO MARTINEZ | |
| GENERAL DELIVERY | MARY J. MARTINEZ | |
| ABIQUIU, NM 87510 | P.O. BOX 3332 | |
| | FAIRVIEW, NM 87533 | |