# SERVICE LIST

| | | |
|---|---|---|
| BERNARDO ARCHULETA<br>P.O. BOX 45<br>ABIQUIU, NM  87510 | REMIGIO ARCHULETA<br>P.O. BOX 55<br>ABIQUIU, NM  87510 | GERALD ARCHULETA<br>P.O. BOX 8<br>ABIQUIU, NM  87510 |
| KARL BODE<br>P.O. BOX 707<br>ABIQUIU, NM  87510-0707 | BENITO J. CORDOVA<br>P.O. BOX 183<br>ABIQUIU, NM  87510 | JIM EVENS<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| JOE FERRAN JR.<br>P.O. BOX 164<br>ABIQUIU, NM  87510 | JUANITA GALLEGOS<br>P.O. BOX 9<br>ABIQUIU, NM  87510 | BENJAMIN GARCIA<br>P.O. BOX 73<br>ABIQUIU, NM  87510 |
| AUGUSTINE GARCIA<br>328 VILLEROS<br>SANTA FE, NM  87501 | PAUL GARCIA<br>P.O. BOX 68<br>ABIIQUIU, NM  87510 | ABELARDO GARCIA (EST.)<br>328 VILLEROS<br>SANTA FE, NM  87501 |
| ROBERT GARCIA<br>P.O. BOX 62<br>ABIQUIU, NM  87510 | EULALIA GARCIA<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | DOLORES GARCIA<br>P.O. BOX 62<br>ABIQUIU, NM  87510 |
| GENE INGHAM<br>P.O. BOX 119<br>ABIQUIU, NM  87510 | CAROL INGHAM<br>P.O. BOX 119<br>ABIQUIU, NM  87510 | THERESA JACKSON<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| ROSE JARAMILLO<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | JUAN JARAMILLO<br>P.O. BOX 127<br>ABIQUIU, NM  87510 | EMILIANO LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| OLIVIA LOPEZ<br>c/o JIMMY LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | MANUELITA LOPEZ (EST.)<br>c/o GILBERT LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | RAFAELITA MARTINEZ<br>P.O. BOX 86<br>ABIQUIU, NM  87510 |
| SIMON MARTINEZ III<br>6932 W CORONDO DR<br>PHOENIX, AZ  85035 | O'KEEFE (EST.)<br>P.O. BOX 40<br>ABIQUIU, NM  87510 | MANUEL SALAZAR<br>5349 ROBERTSON AVE<br>CARMICHAEL, CA  95608 |
| EPIFANIA SERRANO<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | VIRGIL TRUJILLO<br>P.O. BOX 187<br>ABIQUIU, NM  87510 | |