# **APPENDIX 1**

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia del Pueblo de Abiquiu

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 4.47A | KATHERYN M. SUAZO |
| 495 | JOSE FERRAN JR. |
| 496 | ESTEBAN GARCIA |
| 497 | BENJAMIN JARAMILLO |
| 498 | MISS ROSENDA TRUJILLO |
| 499 | BENITO CORDOVA |
| 500 | ROSABEL ARCHULETA |
| 501 | JUANITO JARAMILLO |
| 502 | EMILIANO LOPEZ |
| 503 | CASIMIRO GARCIA |
| 504 | SAMMY LOPEZ |
| 505 | DONACIANO VIGIL |
| 506 | BENITO J. CORDOVA |
| 507 | BENJAMIN ARCHULETA |
| 508 | VICENTA ESPINOSA |
| 509 | BENJAMIN JARAMILLO |
| 510 | REMIGIO ARCHULETA |
| 511 | MRS. VICENTE ARCHULETA |
| 512 | SIMON MARTINEZ III |
| 513 | SIMON MARTINEZ JR. |
| 514 | MARTIN J. BODE |
| 515 | ROSE TRUJILLO |
| 516 | REMIGIO CHAVEZ |
| 517 | JOSE FERRAN |

| 518 | JUAN GARCIA |
|-----|-----------------|
| 519 | FAUSTINA MOYA |
| 520 | GEORGIA O'KEEFE |
| 521 | RUBEN VIGIL |