**SERVICE LIST**

| | | |
|---|---|---|
| LUCY CORDOVA<br>P.O. BOX 302<br>CHIMAYO, NM  87522 | UBALDO GIRON<br>P.O. BOX 136<br>ABIQUIU, NM  87510 | JOHN W. HERNANDEZ<br>P.O. BOX 3196<br>LAS CRUCES, NM  88003 |
| GEORGE LOPEZ<br>ELIZA MARTINEZ<br>PAUL MARTINEZ<br>P.O. BOX 12<br>ABIQUIU, NM  87510 | RALPH MADESEN<br>P.O. BOX 400<br>ABIQUIU, NM  87510 | ANTONIO J. MARTINEZ<br>P.O. BOX 696<br>MEDANALES, NM  87548 |
| HENRY MONTOYA<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | MIKE ROMERO<br>P.O. BOX 3585<br>ESPAÑOLA, NM  87532 | MICKY TRUJILLO<br>TOMACITA TRUJILLO<br>P.O. BOX 157<br>ABIQUIU, NM  87510 |
| ELOY TRUJILLO<br>BOX 220  CHAMITA RT. 2<br>SAN JUAN PUEBLO, NM  87566 | PAT A. TRUJILLO<br>1654 36TH STREET<br>LOS ALAMOS, NM  87544 | |