**SERVICE LIST**

| | | |
|---|---|---|
| MARY BUTTRY | RUTH DUNLAP | VIOLA MONDRAGON |
| RT. 74  BOX 1 | ROAD 5775 #21 | P.O. BOX 200 |
| REGINA, NM  87046 | FARMINGTON, NM  87401 | SAN LUIS, CO  81152 |