# **APPENDIX 1**

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## **Acequia Valentin Martinez**

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 440 | SALOMON MARTINEZ |