IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Chama Mainstream |

### NOTICE OF ERRATA

State of New Mexico *ex rel.* State Engineer gives notice of the following errors in the April 4, 2011, *Motion for Order on Priority Date for Water Rights Under Acequia de Karl Bode* (Doc. No. 10,019).

　　1.　The Appendix to the Proposed Order attached to the Motion described above erroneously included Katheryn M. Suazo in Subfile 522. A corrected Appendix is attached hereto. In addition, the service of the Motion upon defendants Carol Ingam and Gene Ingam was not required since those defendants are not associated with water rights under the Acequia de Karl Bode.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/electronic signature/
　　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __11th__ day of April, 2011 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Carol Ingam
Gene Ingam
P.O. Box 119
Abiquiu, NM 87510

                                                  /s/ Ed Newville
                                              EDWARD G. NEWVILLE