IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7<br>Jicarilla Apache Nation |

### JOINT STATUS REPORT

　　Pursuant to the August 19, 2009 Scheduling Order (Doc. No. 9490), and the July 22, 2010 Status Report (Doc. No. 9915) regarding the Jicarilla Apache Nation's outstanding state law-based water rights claims, the State of New Mexico and the Jicarilla Apache Nation, by and through their undersigned counsel, file this joint status report.

　　The State has been preparing a proposed consent order describing the water rights of the Jicarilla Apache Nation in Section 7 of the Rio Chama. The State anticipates that it will need an additional 3 to 4 weeks before submitting it to the Jicarilla Apache Nation. The Nation will then need time to review the proposed Consent Order. The parties will submit an agreed consent order or a further Status Report describing their progress by June 17, 2011.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Arianne Singer
　　　　　　　　　　　　　　　　　　　　NM Office of the State Engineer
　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　Santa Fe, NM  87504-5102
　　　　　　　　　　　　　　　　　　　　(505) 827-6150

           telephonically approved
           Herbert A. Becker
           Attorney at Law
           2309 Renard Place SE
           Suite 200
           Albuquerque, NM 87106
           (505)-242-2214

**CERTIFICATE OF SERVICE**

 I hereby certify that on the ___11th___ day of April 2011, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

           /s/ Ed Newville
           Edward G. Newville