IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>     Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>     Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Subfile No. X-2 |

**NOTICE BY STATE OF NEW MEXICO**
**RE WATER RIGHTS UNDER SUBFILE X-2**

The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") gives notice that for notice and other purposes in these proceedings, the State and the Hydrographic Survey Division of the Office of the State Engineer will refer to the water rights and points of diversion described in the Order filed January 5, 1970 (Doc. No. 769) in Subfile X-2, Chama Mainstream Section, as the "Guy H. Scull River Pumps."

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-7444 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___18th___ day of April 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

>    /s/ Ed Newville
> EDWARD G. NEWVILLE