IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Subfile No. GAL 10.1 |

## NOTICE BY STATE OF NEW MEXICO
## RE WATER RIGHTS UNDER SUBFILE GAL 10.1

　　The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") gives notice that for notice and other purposes in these proceedings, the State and the Hydrographic Survey Division of the Office of the State Engineer will refer to the unnamed ditch described in the Order filed April 11, 1997 (Doc. No. 5632) in Subfile GAL 10.1, Chama Mainstream Section, as the "Gallina Canyon Ditch."

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　(505) 867-7444 phone
　　　　　　　　　　　　　　　　　　　　(505) 867-7444 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___18th___ day of April 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                                      ___/s/ Ed Newville___
                                                                      EDWARD G.  NEWVILLE