## SERVICE LIST

| | | |
|---|---|---|
| CHUCK APPLE<br>P.O. BOX 144<br>ABIQUIU, NM 87510 | MIKE BENSON<br>P.O. BOX 126<br>ABIQUIU, NM 87510 | RICHARD BOCK<br>GENERAL DELIVERY<br>ABIQUIU, NM 87510 |
| DOMINICK CINCIRIPINI<br>JUDITH CINCIRIPINI<br>1801 CAMINO CORRALES<br>SANTA FE, NM 87501 | | SIDNEY FUSELIER<br>P.O. BOX 84<br>ABIQUIU, NM 87510 |
| GABRIEL GALLEGOS<br>GENERAL DELIVERY<br>ABIQUIU, NM 87510 | ELOY GALLEGOS<br><br>P.O. BOX 9<br>ABIQUIU, NM 87510 | MARK GARRITY<br>15445 VENTURA BLVD<br>SHERMAN OAKS, CA 91412 |
| JOHN HALLOCK<br>P.O. BOX 102<br>ABIQUIU, NM 87510 | JOHN W. HERNANDEZ<br>P.O. BOX 3196<br>LAS CRUCES, NM 88003 | TOMAS HERRERA<br>P.O. BOX 137<br>ABIQUIU, NM 87510 |
| ELFIDO LOPEZ<br>P.O. BOX 3<br>ABIQUIU, NM 87510 | JOEY LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM 87510 | JOE MAEZ<br>P.O. BOX 1274<br>BERNALILLO, NM 87004 |
| HERMAN MANZANARES<br>GENERAL DELIVERY<br>ABIQUIU, NM 87510 | SAMUEL MARTINEZ<br>P.O. BOX 116<br>ABIQUIU, NM 87510 | MANUELITA MARTINEZ<br>P.O. BOX 88<br>ABIQUIU, NM 87510 |
| EFRAIN MATA<br>P.O. BOX 177<br>ABIQUIU, NM 87510 | BILL OSBORNE<br>525 CORTEZ<br>SANTA FE, NM 87501 | WILLIE TRUJILLO<br>P.O. BOX 2<br>ABIQUIU, NM 87510 |
| DAVE YATES<br>P.O. BOX 184<br>ABIQUIU, NM 87510 | | |