# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia de Abeyta y Trujillo

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 1.2 | RANCHO DE ABIQUIU, INC. |
| 1.8A | RANCHO DE ABIQUIU, INC. |
| 1.8B | RANCHO DE ABIQUIU, INC. |
| 1.9A | RANCHO DE ABIQUIU, INC. |
| 1.9B | RANCHO DE ABIQUIU, INC. |
| 2.11 | RANCHO DE ABIQUIU, INC. |
| 2.12 | RANCHO DE ABIQUIU, INC. |
| 2.12A | RANCHO DE ABIQUIU, INC. |
| 2.8 | RANCHO DE ABIQUIU, INC. |
| 3.1 | RANCHO DE ABIQUIU, INC. |
| 3.1A | RANCHO DE ABIQUIU, INC. |
| 472 473 474 | EDUARDO MANZANARES |
| 475 | UNITED STATES OF AMERICA<br>JOE R. CHAVEZ |
| 476 | JOHN A. BARRETT |
| 477 | UNITED STATES OF AMERICA<br>JOHN A. BARRETT |
| 478 | ANSELMO MARTINEZ |
| 479 | UNITED STATES OF AMERICA<br>ANSELMO MARTINEZ |
| 480 | JOHNNY GALLEGOS |
| 481 | UNITED STATES OF AMERICA<br>JOHNNY GALLEGOS |
| 482 483 | MRS. FABIAN MANZANARES |
| 484 | GABRIEL GALLEGOS |

| | |
|---|---|
| 485 | UNITED STATES OF AMERICA  GABRIEL GALLEGOS |
| 486 | JOHN W. HERNANDEZ |
| 487 | VENCESLADO TRUJILLO |
| 488 | ELFIDO LOPEZ |
| 489 | JUBENCIO TRUJILLO |
| 490 | HERMAN MANZANARES |