**SERVICE LIST**

| | | |
|---|---|---|
| AMBER ARCHER<br>RT. 6 BOX 165-A AGUA FRIA<br>SANTA FE, NM 87501 | KATE CORREA<br>c/o LISA SCHWARTZBERG<br>P.O. BOX 196<br>ABIQUIU, NM 87510 | CATHERINE B. CRANOR<br>JOHN M. CRANOR<br>1400 PEREGRINE POINT<br>SARASOTA, FL 34231 |
| DAR AL ISLAM<br>c/o MUSTAFA CHUDNOFF<br>P.O. BOX 146<br>ABIQUIU, NM 87510 | MOHAMMAD DARWISH<br>c/o MIKE LUJAN<br>P.O. BOX 192<br>ABIQUIU, NM 87510 | EL SUENO DE CORAZON, INC.<br>c/o BILL STEFFEN<br>1445 ROSS AVE., SUITE 1700<br>DALLAS, TX 75202 |
| PETER FROGNER<br>LOUIE MARTINEZ<br>P.O. BOX 15<br>ABIQUIU, NM 87510 | MIGUEL GONZALES<br>P.O. BOX 58<br>ABIQUIU, NM 87510 | CASSIDY HEYDT<br>MARGARET HEYDT<br>1751 OLD PECOS TRAIL<br>SANTA FE, NM 87501 |
| NEW MEXICO STATE HIGHWAY DEPARTMENT<br>1120 CERRILLOS<br>SANTA FE, NM 87501 | DENISE HOFFMAN<br>JAMES HOFFMAN<br>2720 WESTCOTE CIRCLE<br>WAYZATA, MN 55391 | |
| MIKE LUJAN<br>P.O. BOX 192<br>ABIQUIU, NM 87510 | ANDY MAESTAS<br>P.O. BOX 502<br>ABIQUIU, NM 87510 | PIERRE MAHAIM<br>405 S. GUADALUPE STREET<br>SANTA FE, NM 87501 |
| SCOTT MARKMAN<br>P.O. BOX 169<br>ABIQUIU, NM 87510 | PETER FROGNER<br>LOUIE MARTINEZ<br>P.O. BOX 15<br>ABIQUIU, NM 87510 | MARSHA MASON<br>RT. 2 BOX 269<br>SANTA FE, NM 87505 |
| GARY MCMATH<br>KATHY MCMATH<br>P.O. BOX 57<br>ABIQUIU, NM 87510 | | DEBRA OLINGER<br>c/o MUSTAFA CHUDNOFF<br>P.O. BOX 146<br>ABIQUIU, NM 87510 |
| TRACY PERRAGLIA<br>P.O. BOX 147<br>ABIQUIU, NM 87510 | JEAN PERRIN<br>P.O. BOX 134<br>ABIQUIU, NM 87510 | LISA SCHWARTZBERG<br>P.O. BOX 196<br>ABIQUIU, NM 87510 |
| DAVID JOE SWINGLE<br>P.O. BOX 155<br>ABIQUIU, NM 87510 | | |