**SERVICE LIST**

| | | |
|---|---|---|
| SANTIAGO A. ABEYTA<br>P.O. BOX 519<br>ESPAÑOLA, NM  87532 | PHIL GARCIA<br>P.O. BOX BOX 14<br>ABIQUIU, NM  87510 | CHRIS R. MADRID<br>425 ALAMO<br>GRANTS, NM  87548 |
| ALFONSO MARTINEZ<br>P.O. BOX 4<br>ABIQUIU, NM  87510 | FRANK E. SUAZO<br>P.O. BOX 34<br>LOS LUNAS, NM  87031 | CLARA SUAZO<br>JOE SUAZO<br>P.O. BOX 27<br>ABIQUIU, NM  87510 |
| JOSE MIGUEL SUAZO<br>340 CRESTWOOD DRIVE<br>FLORENCE, AL  35630 | | |