# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court.  This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

**Acequia de Suazo**

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 532 | ENRIQUE GARCIA |
| 535 | GILBERTO MARTINEZ |
| 536 | DOMETELA S. MADRID |
| 537 | JOSE MIGUEL SUAZO |
| 538 | JOSE ABEDON ABEYTA |