**SERVICE LIST**

PETE FRESQUEZ
RT. 3 BOX 3406
ESPAÑOLA, NM 87532

DENNIS J. GONZALES
GENERAL DELIVERY
MEDANALES, NM 87548

ABEL HERRERA
c/o PRESCILLA HERRERA
P.O. BOX 703
MEDANALES, NM 87548

PRESCILLA HERRERA
P.O. BOX 703
MEDANALES, NM 87548

PRISCILLA JARAMILLO
STAR ROUTE BOX 44
OJO CALIENTE, NM 87549

GENE JARAMILLO
TOMAS JARAMILLO
P.O. BOX 36
MEDANALES, NM 87548

GENE JARAMILLO
TOMAS JARAMILLO
P.O. BOX 36
MEDANALES, NM 87548

ORLANDO MARTINEZ
ENSENALLA ROUTE BOX 33
TIERRA AMARILLA, NM 87575

LILLA MARTINEZ PERKINS
814 SOUTH ROGHER
COLORADO SPRINGS, CO 80906

JULIE WOOD
P.O. BOX 639
ALCALDE, NM 87511