## SERVICE LIST

| | | |
|---|---|---|
| SANTIAGO A. ABEYTA<br>P.O. BOX 519<br>ESPAÑOLA, NM  87532 | HERNANDO GALLEGOS<br>P.O. BOX 37<br>ABIQUIU, NM  87510 | ALICE GARCIA<br>SELEDON GARCIA<br>P.O. BOX 63<br>ABIQUIU, NM  87510 |
| ALICE GARCIA<br>SELEDON GARCIA<br>P.O. BOX 63<br>ABIQUIU, NM  87510 | JUAN HAMILTON<br>P.O. BOX 70<br>ABIQUIU, NM  87510 | JEANNETTE HOELTING GAGAN<br>P.O. BOX 6<br>ABIQUIU, NM  87510 |
| ARCHIE JARAMILLO<br>P.O. BOX 24<br>ABIQUIU, NM  87510 | JOEY LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | VICTOR LOPEZ<br>P.O. BOX 121<br>ABIQUIU, NM  87510 |
| ALVERN LOSTETTER<br>P.O. BOX 123<br>ABIQUIU, NM  87510 | EDDIE MADRID<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | JUAN M. MARTINEZ<br>P.O. BOX 153<br>ABIQUIU, NM  87510 |
| ALFONSO MARTINEZ<br>NINFA MARTINEZ<br>P.O. BOX 4<br>ABIQUIU, NM  87510 | FRANK MARTINEZ<br>LUIS RODRIGUEZ (EST.)<br><br>P.O. BOX 542<br>ESPAÑOLA, NM  87532 | |
| CLARA SUAZO<br>JOE SUAZO<br>P.O. BOX 27<br>ABIQUIU, NM  87510 | FRANK E. SUAZO<br>P.O. BOX 34<br>LOS LUNAS, NM  87031 | RAMON SUAZO<br>3236 LOURAINE CIRCLE<br>SANTA FE, NM  87501 |
| FLOYD TRUJILLO<br>P.O. BOX 165<br>ABIQUIU, NM  87510 | | |