# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court.  This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia del Barranco

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 540 | DAVID SUAZO |
| 541 | JOSE J. MARTINEZ |
| 542 | JOSEPHA MARTINEZ |
| 543 | VALENTIN SUAZO |
| 544 | JOSE ABEDON ABEYTA |
| 545 | TOMAS SUAZO |
| 546 | IRENE S. MADRID |
| 547 | JESUSITA GALLEGOS |
| 548 | ESTIBEN SUAZO |
| 549 | JERONIMO JARAMILLO |
| 550 | JUAN M. MARTINEZ |
| 551 | MIKE SUAZO |
| 552 | JAKE SUAZO |
| 553 | JUAN M. MARTINEZ |
| 554 | DOROTEA MARTINEZ |
| 555 | SUSANNA ARCHULETA |
| 556 | FRANK MARTINEZ |
| 557 | JOSE J. MARTINEZ |
| 559 | FERMIN ABEYTA |
| 560 | BERNARDITA ABEYTA |
| 561 | CRUZ MARTINEZ |
| 562 | JOSE J. MARTINEZ |
| 564 | BEN GARCIA SR. |

| 565 | ENRIQUE GARCIA |
| 566 | ESTIBEN SUAZO |
| 567 | MRS. J.M. JARAMILLO |
| 568 | PORFIRIA MARTINEZ |