IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Acequia del Rito de los Frijoles Subfile No. 571 |

## ORDER ON PRIORITY DATE OF WATER RIGHTS
## UNDER ACEQUIA DEL RITO DE LOS FRIJOLES

THIS MATTER is before the Court following the April _____, 2011, *Motion for Order Approving and Adopting the Stipulation on Priority Date of Water Rights Under Acequia del Rito de los Frijoles* in Section 1 of the Rio Chama Stream System (Chama Mainstream) (Doc. No. _____).

Being fully advised in the premises, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Court approves and adopts the *Stipulation on Priority Date* filed August 26, 2008 (Doc. No. 9264) on the water rights in Subfile 571 (Tract 3.48) under the Acequia del Rito de los Frijoles in Section 1 of the Chama Mainstream Section

IT IS FURTHER ORDERED, that the *Order* filed July 23, 1971 (Doc. No. 1768-9) is revised to include a priority date of 1735 for the water rights in Subfile 571 under the Acequia del Rito de los Frijoles.

IT IS FURTHER ORDERED, that the Court enters this Order as a final judgment, subject to

the right of other water rights owners to file objections to individual adjudication orders prior to the entry of a final decree.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN