IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Guy H. Scull River Pumps |
| | Subfile No. X-2 |

## ORDER ON PRIORITY DATE OF WATER RIGHTS UNDER GUY H. SCULL RIVER PUMPS

THIS MATTER is before the Court following the April _____ 2011, *Motion for Order Approving and Adopting the Stipulation on Priority Date of Water Rights Under Guy H. Scull River Pump* in Section 1 of the Rio Chama Stream System (Chama Mainstream) (Doc. No. _____).

Being fully advised in the premises, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Court approves and adopts the *Stipulation on Priority Date* filed March 5, 2008 (Doc. No. 9124) on the priority date of the water rights in Subfile X-2 under the Guy H. Scull River Pumps in Section 1 of the Chama Mainstream Section, and confirms the priority date (January 26, 1948) of those right as described in the *Order* filed January 5, 1970 (Doc. No. 769)

IT IS FURTHER ORDERED, that the Court enters this Order as a final judgment, subject to the right of other water rights owners to file objections to individual adjudication orders prior to the

entry of a final decree.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER VICKIE L. GABIN