IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>  Plaintiff,<br><br>  -v-<br><br>ROMAN ARAGON et al.,<br><br>  Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7<br>Jicarilla Apache Nation |

ORDER

This Order is entered *sua sponte* by the Special Master following the filing of the Joint Status Report by the State of New Mexico, *ex rel*. State Engineer (State) and the Jicarilla Apache Nation (April 11, 2011, Docket No. 10,029). The parties declare that the State requires an additional three to four weeks before its proposed consent order can be submitted to the Jicarilla Apache Nation for review, and that the Jicarilla Apache Nation will then require time to review the proposal. The parties further state that they will submit an agreed consent order or another status report describing their progress by June 17, 2011.

The matter of the Jicarilla Apache Nation's state law-based water rights has been pending since 2004.[1] While I acknowledge the challenges which have been faced by the parties (changes of counsel, complexity of issues and factual claims, competing demands for scarce resources, and the like), it is long past time to conclude the adjudication of these subfiles. Accordingly, if the parties are unable to submit a signed consent order to this Court by June 17, 2011, they shall request a

---

[1] *See*, *e.g*., December 22, 2004, Status Report on Settlement Discussions Concerning the Jicarilla Apache Nation's Claims (No. 7684); January 16, 2007, Scheduling and Procedural Order (No. 8531); Motions for Extensions of Time and Orders granting motions (Nos. 8772, 8777, 9059, 9060); November 4, 2008, Order Amending Scheduling and Procedural Order (No. 9317); August 19, 2009, Order Amending Scheduling and Procedural Order (No. 9490) and July 22, 2010, Status Report (No. 9915).

scheduling and procedural conference for further proceedings.

    IT IS SO ORDERED.

                                                   /electronic signature/
                                                   SPECIAL MASTER