IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>          Plaintiff,<br><br>     vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>          Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Chama Mainstream |

## NOTICE OF MAIL RETURNED AS UNDELIVERABLE

     State of New Mexico *ex rel.* State Engineer gives notice that mail sent on April 4, 2011, to the persons on the attached list, in connection with service of copies of motions for orders on priorities in Section 1 (Doc. Nos.10,012-10,021), was returned as undeliverable.

     The correct or current addresses for these individuals is unknown.  Additional notices or copies of pleadings will not be sent to these persons at the addresses listed.

Respectfully submitted,

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the   22nd   day of April, 2011 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                               /s/ Ed Newville
                                            EDWARD G.  NEWVILLE