| | | |
|---|---|---|
| C.E. ARMSTRONG<br>P.O. BOX 670<br>ABIQUIU, NM  87510 | BARBARA BOZZINI<br>P.O. BOX 6364<br>TAOS, NM  87571 | LAZARIO CORDENOS<br>2611 NORTH CHICO<br>EL MONTE, CA  91733 |
| | FRANK J. CORDOVA | EULALIA GARCIA |
| BENITO J. CORDOVA<br>P.O. BOX 183<br>ABIQUIU, NM  87510 | P.O. BOX 4352<br>FAIRVIEW, NM  67533 | GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| | NANCY GARDNER | UBALDO GIRON |
| GEORGE GARCIA<br>RT. 7  BOX 120-G<br>SANTA FE, NM  87501 | GENERAL DELIVERY<br>ABIQUIU, NM  87510 | P.O. BOX 136<br>ABIQUIU, NM  87510 |
| | HAROLD HARTELL | GAIL HEINEMAN |
| RUTH GREEN<br>P.O. BOX 617<br>ABIQUIU, NM  87510 | RT. 2  BOX 400 MONTANA VISTA<br>ESPAÑOLA, NM  87532 | TODD HEINEMAN<br>P.O. BOX 942<br>LOS ALAMOS, NM  87544 |
| | ELBERTA HONSTEIN | CAROL INGHAM |
| JOHN W. HERNANDEZ<br>P.O. BOX 3196<br>LAS CRUCES, NM  88003 | BOX 1301 MCCURDY RD.<br>ESPAÑOLA, NM  87532 | P.O. BOX 119<br>ABIQUIU, NM  87510 |
| | MIKE JACKSON | ROSE JARAMILLO |
| GENE INGHAM<br>P.O. BOX 119<br>ABIQUIU, NM  87510 | P.O. BOX 1076<br>LOS ALAMOS, NM  87544 | GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| | MANUELITA LOPEZ (EST.) | EMILIANO LOPEZ |
| CHARLES LINDER<br>RT. 1  BOX 22-B<br>HERNANDEZ, NM  87537 | c/o GILBERT LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| | ADELINA M. MAESTAS | TITO MANZANARES |
| RALPH MADESEN<br>P.O. BOX 400<br>ABIQUIU, NM  87510 | P.O. BOX 19<br>HERNANDEZ, NM  87537 | P.O. BOX 427 CEDAR CREST<br>ALBUQUERQUE, NM  87780 |
| | MARVIN MARTINEZ | FERNANDO MIER |
| LINDA MARTINEZ<br>P.O. BOX 97<br>ABIQUIU, NM  87510 | RT. 2  BOX 30<br>HERNANDEZ, NM  87537 | BISHOPS LODGE ROAD<br>SANTA FE, NM  87501 |
| | JOSE L. ORTIZ | DELILA PADILLA |
| DOREEN MONDRAGON<br>RT. 2  BOX<br>HERNANDEZ, NM  87537 | P.O. BOX 61617<br>ESPAÑOLA, NM  87532 | P.O. BOX 724<br>MEDANALES, NM  87548 |

ROMAN PADILLA
RT. 2  BOX 21-1
HERNANDEZ, NM  87537

JAYCE PARROT
P.O. BOX 3365
FAIRVIEW, NM  87533

PRADO VERDE, LTD.
65 CORTEZ CT.
PAGOSA SPRINGS, CO  81147-7684

EPIFANIA SERRANO

ANNALEISE SIMPSON

JOHNNY SALAZAR
RT. 1  BOX 225
HERNANDEZ, NM  87537

GENERAL DELIVERY
ABIQUIU, NM  87510

c/o JOE BOIES
P.O. BOX 10
ABIQUIU, NM  87510

ROB THOMPSON

SHIRLEY TRUJILLO

RUBEN SISNEROS JR.
438 EL ENSUENO RD. NE
ALBUQUERQUE, NM  87108

P.O. BOX 605
ABIQUIU, NM  87510

RT. 1  BOX 22-1
HERNANDEZ, NM  87537

ABE TRUJILLO

SANDRA M. TRUJILLO

MARY TRUJILLO
RT. 1  BOX 21-2
HERNANDEZ, NM  87537

P.O BOX 51101
ESPAÑOLA, NM  87532

1814 CALLE REDONDA
ESPAÑOLA, NM  87532

ELMER VELASQUEZ

DELFIDO VIARREAL

LARRY VALDEZ
P.O. BOX 302
LOS ALAMOS, NM  87544

P.O. BOX 62817
ESPAÑOLA, NM  87532

P.O. BOX 104
ALCALDE, NM  87511

MAX VIGIL

LEO A. VIGIL

GILBERTO VIGIL
P.O. BOX 62010
ESPAÑOLA, NM  87532

RT. 1  BOX 343-A
ESPAÑOLA, NM  87532

RT. 1  BOX 4
HERNANDEZ, NM  87537