| | | |
|---|---|---|
| C.E. ARMSTRONG<br>P.O. BOX 670<br>ABIQUIU, NM  87510 | BARBARA BOZZINI<br>P.O. BOX 6364<br>TAOS, NM  87571 | LAZARIO CORDENOS<br>2611 NORTH CHICO<br>EL MONTE, CA  91733 |
| BENITO J. CORDOVA<br>P.O. BOX 183<br>ABIQUIU, NM  87510 | FRANK J. CORDOVA<br>P.O. BOX 4352<br>FAIRVIEW, NM  67533 | EULALIA GARCIA<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| GEORGE GARCIA<br>RT. 7  BOX 120-G<br>SANTA FE, NM  87501 | NANCY GARDNER<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | UBALDO GIRON<br>P.O. BOX 136<br>ABIQUIU, NM  87510 |
| RUTH GREEN<br>P.O. BOX 617<br>ABIQUIU, NM  87510 | HAROLD HARTELL<br>RT. 2  BOX 400 MONTANA VISTA<br>ESPAÑOLA, NM  87532 | GAIL HEINEMAN<br>TODD HEINEMAN<br>P.O. BOX 942<br>LOS ALAMOS, NM  87544 |
| JOHN W. HERNANDEZ<br>P.O. BOX 3196<br>LAS CRUCES, NM  88003 | ELBERTA HONSTEIN<br>BOX 1301 MCCURDY RD.<br>ESPAÑOLA, NM  87532 | CAROL INGHAM<br>P.O. BOX 119<br>ABIQUIU, NM  87510 |
| GENE INGHAM<br>P.O. BOX 119<br>ABIQUIU, NM  87510 | MIKE JACKSON<br>P.O. BOX 1076<br>LOS ALAMOS, NM  87544 | ROSE JARAMILLO<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| CHARLES LINDER<br>RT. 1  BOX 22-B<br>HERNANDEZ, NM  87537 | MANUELITA LOPEZ (EST.)<br>c/o GILBERT LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | EMILIANO LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 |
| RALPH MADESEN<br>P.O. BOX 400<br>ABIQUIU, NM  87510 | ADELINA M. MAESTAS<br>P.O. BOX 19<br>HERNANDEZ, NM  87537 | TITO MANZANARES<br>P.O. BOX 427 CEDAR CREST<br>ALBUQUERQUE, NM  87780 |
| LINDA MARTINEZ<br>P.O. BOX 97<br>ABIQUIU, NM  87510 | MARVIN MARTINEZ<br>RT. 2  BOX 30<br>HERNANDEZ, NM  87537 | FERNANDO MIER<br>BISHOPS LODGE ROAD<br>SANTA FE, NM  87501 |
| DOREEN MONDRAGON<br>RT. 2  BOX<br>HERNANDEZ, NM  87537 | JOSE L. ORTIZ<br>P.O. BOX 61617<br>ESPAÑOLA, NM  87532 | DELILA PADILLA<br>P.O. BOX 724<br>MEDANALES, NM  87548 |

| | | |
|---|---|---|
| ROMAN PADILLA<br>RT. 2 BOX 21-1<br>HERNANDEZ, NM  87537 | JAYCE PARROT<br>P.O. BOX 3365<br>FAIRVIEW, NM  87533 | PRADO VERDE, LTD.<br>65 CORTEZ CT.<br>PAGOSA SPRINGS, CO  81147-7684 |
| JOHNNY SALAZAR<br>RT. 1 BOX 225<br>HERNANDEZ, NM  87537 | EPIFANIA SERRANO<br>GENERAL DELIVERY<br>ABIQUIU, NM  87510 | ANNALEISE SIMPSON<br>c/o JOE BOIES<br>P.O. BOX 10<br>ABIQUIU, NM  87510 |
| RUBEN SISNEROS JR.<br>438 EL ENSUENO RD. NE<br>ALBUQUERQUE, NM  87108 | ROB THOMPSON<br>P.O. BOX 605<br>ABIQUIU, NM  87510 | SHIRLEY TRUJILLO<br>RT. 1 BOX 22-1<br>HERNANDEZ, NM  87537 |
| MARY TRUJILLO<br>RT. 1 BOX 21-2<br>HERNANDEZ, NM  87537 | ABE TRUJILLO<br>P.O BOX 51101<br>ESPAÑOLA, NM  87532 | SANDRA M. TRUJILLO<br>1814 CALLE REDONDA<br>ESPAÑOLA, NM  87532 |
| LARRY VALDEZ<br>P.O. BOX 302<br>LOS ALAMOS, NM  87544 | ELMER VELASQUEZ<br>P.O. BOX 62817<br>ESPAÑOLA, NM  87532 | DELFIDO VIARREAL<br>P.O. BOX 104<br>ALCALDE, NM  87511 |
| GILBERTO VIGIL<br>P.O. BOX 62010<br>ESPAÑOLA, NM  87532 | MAX VIGIL<br>RT. 1 BOX 343-A<br>ESPAÑOLA, NM  87532 | LEO A. VIGIL<br>RT. 1 BOX 4<br>HERNANDEZ, NM  87537 |