IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 1, Chama Mainstream

Acequia del Pueblo de Abiquiu

## ORDER ON PRIORITY DATE OF WATER RIGHTS
## UNDER ACEQUIA DEL PUEBLO DE ABIQUIU

THIS MATTER is before the Court following the April 11, 2011, *Motion for Order on Priority Date of Water Rights Under Acequia del Pueblo de Abiquiu* in Section 1 of the Rio Chama Stream System (Chama Mainstream) (Doc. No. 10,025).

The Court finds:

1.     Pursuant to the *Amended Order on the Adjudication of Water right Priorities* (Doc. 3497, filed July 8, 1994), all known and unknown claimants of water rights under the Acequia del Pueblo de Abiquiu were served with a Notice and Order to Show Cause setting forth a priority date of 1734 for their water rights under this acequia. *See Certificate of Service* filed October 20, 1994 (Doc. No. 3526.A); *New Mexico's Certificate of Publication for Priority Date Notices and Orders to Show Cause* filed November 29, 1995 (Doc. No. 4413). The commissioners of the Acequia del Pueblo de Abiquiu (a community ditch) were served with a Notice and Order to Show Cause setting forth a priority date of 1734 for the water rights under this acequia. *See Certificate of Service* filed December 12, 1994 (Doc. No. 3979.33).

3.      No objections to the proposed priority date of 1734 for water rights under the Acequia

del Pueblo de Abiquiu were filed by either individual water users or the Acequia del Pueblo de

Abiquiu.

4.      There is no just reason for a delay for the entry of a final judgment as to the priority

date of the water rights for lands irrigated by the Acequia del Pueblo de Abiquiu.

IT IS ORDERED, THEREFORE, that 1734 is the priority date of the water rights under the

Acequia del Pueblo de Abiquiu.

IT IS FURTHER ORDERED, that the priority dates in all subfile orders heretofore entered

in the Chama Mainstream Section that describe irrigation water rights under the Acequia del Pueblo

de Abiquiu are revised and amended as follows:

Priority:      1734

The individual subfiles in the Chama Mainstream Section affected by the above provision of this

Order are listed in Appendix 1 attached hereto.

IT IS FURTHER ORDERED, that the Court enters this Order as a final judgment, subject to

the right of other water rights owners to file objections to individual adjudication orders prior to the

entry of a final decree.


                                        BRUCE D. BLACK
                                        UNITED STATES DISTRICT JUDGE


Recommended for approval:


        /s/
SPECIAL MASTER VICKIE L. GABIN

# APPENDIX 1

"Adjudicated Owner" refers to the person or entity named on the subfile order originally filed with the court. This person or entity may or may not be the current owner of the lands or water rights that are the subject of the order.

## Acequia del Pueblo de Abiquiu

| Subfile Number | Adjudicated Owner(s) |
|---|---|
| 4.47A | KATHERYN M. SUAZO |
| 495 | JOSE FERRAN JR. |
| 496 | ESTEBAN GARCIA |
| 497 | BENJAMIN JARAMILLO |
| 498 | MISS ROSENDA TRUJILLO |
| 499 | BENITO CORDOVA |
| 500 | ROSABEL ARCHULETA |
| 501 | JUANITO JARAMILLO |
| 502 | EMILIANO LOPEZ |
| 503 | CASIMIRO GARCIA |
| 504 | SAMMY LOPEZ |
| 505 | DONACIANO VIGIL |
| 506 | BENITO J. CORDOVA |
| 507 | BENJAMIN ARCHULETA |
| 508 | VICENTA ESPINOSA |
| 509 | BENJAMIN JARAMILLO |
| 510 | REMIGIO ARCHULETA |
| 511 | MRS. VICENTE ARCHULETA |
| 512 | SIMON MARTINEZ III |
| 513 | SIMON MARTINEZ JR. |
| 514 | MARTIN J. BODE |
| 515 | ROSE TRUJILLO |
| 516 | REMIGIO CHAVEZ |
| 517 | JOSE FERRAN |

| 518 | JUAN GARCIA |
|-----|-------------|
| 519 | FAUSTINA MOYA |
| 520 | GEORGIA O'KEEFE |
| 521 | RUBEN VIGIL |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 BB
Doc #10065

RECEIVED
At Albuquerque NM

APR 27 2011

MATTHEW J. DYKMAN
CLERK

Benito J. Cordova
Post Office Box 183
Abiquiu, NM 87510 8759

UTF