| | | |
|---|---|---|
| CHUCK APPLE<br>P.O. BOX 144<br>ABIQUIU, NM 87510 | AMBER ARCHER<br>RT. 6 BOX 165-A AGUA FRIA<br>SANTA FE, NM 87501 | PETE FRESQUEZ<br>RT. 3 BOX 3406<br>ESPAÑOLA, NM 87532 |
| PETER FROGNER<br>LOUIE MARTINEZ<br>P.O. BOX 15<br>ABIQUIU, NM 87510 | SIDNEY FUSELIER<br>P.O. BOX 84<br>ABIQUIU, NM 87510 | HERNANDO GALLEGOS<br>P.O. BOX 37<br>ABIQUIU, NM 87510 |
| GABRIEL GALLEGOS<br>GENERAL DELIVERY<br>ABIQUIU, NM 87510 | JOHN W. HERNANDEZ<br>P.O. BOX 3196<br>LAS CRUCES, NM 88003 | GABRIEL HERRERA<br>RT. 5 BOX 346<br>SANTA FE, NM 87501 |
| OLIVAMA HERRERA<br>P.O. BOX 1475<br>ESPAÑOLA, NM 87532 | CASSIDY HEYDT<br>MARGARET HEYDT<br>1751 OLD PECOS TRAIL<br>SANTA FE, NM 87501 | JEANNETTE HOELTING GAGAN<br>P.O. BOX 6<br>ABIQUIU, NM 87510 |
| JOEY LOPEZ<br>GENERAL DELIVERY<br>ABIQUIU, NM 87510 | EDDIE MADRID<br>GENERAL DELIVERY<br>ABIQUIU, NM 87510 | PIERRE MAHAIM<br>405 S. GUADALUPE STREET<br>SANTA FE, NM 87501 |
| MARIA MARTINEZ<br>P.O. BOX 2057<br>ESPAÑOLA, NM 87532 | FRANK MARTINEZ<br>LUIS RODRIGUEZ (EST.)<br>P.O. BOX 542<br>ESPAÑOLA, NM 87532 | MANUELITA MARTINEZ<br>P.O. BOX 88<br>ABIQUIU, NM 87510 |
| MARSHA MASON<br>RT. 2 BOX 269<br>SANTA FE, NM 87505 | GARY MCMATH<br>KATHY MCMATH<br>P.O. BOX 57<br>ABIQUIU, NM 87510 | PAT A. TRUJILLO<br>1654 36TH STREET<br>LOS ALAMOS, NM 87544 |
| DAVE YATES<br>P.O. BOX 184<br>ABIQUIU, NM 87510 | | |