IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Acequia de Abeyta y Trujillo |

### ORDER ON PRIORITY DATE OF WATER RIGHTS
### UNDER ACEQUIA DE ABEYTA Y TRUJILLO

THIS MATTER is before the Court following the April 18, 2011, *Motion for Order on Priority Date of Water Rights Under Acequia de Abeyta y Trujillo* in Section 1 of the Rio Chama Stream System (Chama Mainstream) (Doc. No. 10,032).

The Court finds:

1. Pursuant to the *Amended Order on the Adjudication of Water right Priorities* (Doc. 3497, filed July 8, 1994), all known and unknown claimants of water rights under the Acequia de Abeyta y Trujillo were served with a Notice and Order to Show Cause setting forth a priority date of 1735 for their water rights under this acequia. *See Certificate of Service* filed October 20, 1994 (Doc. No. 3526.A); *New Mexico's Certificate of Publication for Priority Date Notices and Orders to Show Cause* filed November 29, 1995 (Doc. No. 4413). The commissioners of the Acequia de Abeyta y Trujillo (a community ditch) were served with a Notice and Order to Show Cause setting forth a priority date of 1735 for the water rights under this acequia. *See Certificate of Service* filed December 12, 1994 (Doc. No. 3979.33).

3.  No objections to the proposed priority date of 1735 for water rights under the Acequia de Abeyta y Trujillo were filed by either individual water users or the Acequia de Abeyta y Trujillo.

4.  There is no just reason for a delay for the entry of a final judgment as to the priority date of the water rights for lands irrigated by the Acequia de Abeyta y Trujillo.

IT IS ORDERED, THEREFORE, that 1735 is the priority date of the water rights under the Acequia de Abeyta y Trujillo.

IT IS FURTHER ORDERED, that the priority dates in all subfile orders heretofore entered in the Chama Mainstream Section that describe irrigation water rights under the Acequia de Abeyta y Trujillo are revised and amended as follows:

Priority:   1735

The individual subfiles in the Chama Mainstream Section affected by the above provision of this Order are listed in Appendix 1 attached hereto.

IT IS FURTHER ORDERED, that the Court enters this Order as a final judgment, subject to the right of other water rights owners to file objections to individual adjudication orders prior to the entry of a final decree.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN