IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Acequia de Monastery of Christ in the Desert |
| | Subfile No. X-1 |

### ORDER ON PRIORITY DATE OF WATER RIGHTS
### UNDER ACEQUIA DE MONASTERY OF CHRIST IN THE DESERT

THIS MATTER is before the Court following the April 19, 2011, *Motion for Order Approving and Adopting the Stipulation on Priority Date of Water Rights Under Acequia de Monastery of Christ in the Desert* in Section 1 of the Rio Chama Stream System (Chama Mainstream) (Doc. No. 10,056).

Being fully advised in the premises, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS ORDERED, THEREFORE, that the Court approves and adopts the *Stipulation on Priority Date* filed April 21, 2010 (Doc. No. 9688) on the priority date of the water rights in Subfile X-1 under the Acequia de Monastery of Christ in the Desert in Section 1 of the Chama Mainstream Section, and confirms the priority date (1904) of those right as described in the *Order* filed March 10, 1971 (Doc. No. 1670)

IT IS FURTHER ORDERED, that the Court enters this Order as a final judgment, subject to the right of other water rights owners to file objections to individual adjudication orders prior to the entry of a final decree.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

    /electronic signature/
SPECIAL MASTER VICKIE L. GABIN