**ITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
APR 25 2011
MATTHEW J. DYKMAN
CLERK

69cv7941 [DOC 10045]



Barbara Bozzini
Post Office Box 6364
Taos, NM 87571 87571 87571

NIXIE        871   5E  1           00 04/23
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 87102227470    *0769-01300-20

---

**IITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Vacant
☐ No Such Number
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Forwarding Order Expired

WTF

69cv7941 [DOC 10045]
Annaleise Simpson
c/o Joe Boies
Post Office Box 10
Abiquiu, NM 87510 87510



RECEIVED
At Albuquerque NM
APR 22 2011
MATTHEW J. DYKMAN
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

MAY 0 2 2011

MATTHEW J. DYKMAN
CLERK

69cv7941 [Doc 10045]

Janice Fleet
17191 Northfield Lane
Huntington Beach, CA 92644

NIXIE        917   BE 1        00 04/?
       RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
       UNABLE TO FORWARD
BC: 87102227470      *0568-13935-2