**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Vacant
☐ No Such Number
☐ No Mail Receptacle
☐ Box Closed - No Order
   Forwarding Order Expired




69cv 7941 [Doc 10050]

C.E. Armstrong
Post Office Box 670
Abiquiu, NM 87510 87510


RECEIVED
At Albuquerque NM
APR 2 2 2011
MATTHEW J. DYKMAN
CLERK

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Vacant
☐ No Such Number
☐ No Mail Receptacle
☐ Box Closed - No Order
   Forwarding Order Expired

69cv 7941 [Doc 10050]

Linda Martinez
Post Office Box 97
Abiquiu, NM 87510 87510

RECEIVED
At Albuquerque NM
APR 2 2 2011
MATTHEW J. DYKMAN
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS





69cv7941 [DOC 10050]

Ruth Green
Post Office Box 617
Abiqu

RECEIVED
At Albuquerque NM

APR 2 5 2011

MATTHEW J. DYKMAN
CLERK

NIXIE     871   5E 1        00 0

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESS
UNABLE TO FORWARD

BC: 87102227470     *0469-1670

87102@227

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



69cv7941 [DOC 10050]

Rob Thompson
Post Office Box 605
Abiqu



RECEIVED
At Albuquerque NM

APR 2 5 2011

MATTHEW J. DYKMAN
CLERK

NIXIE     871   5E 1        00 04/

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 87102227470     *0569-13992-

87102@2274

UNITED STATES DISTRICT COURT
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



69cv7941 [DOC 10050]

RECEIVED
At Albuquerque NM

APR 2 6 2011

MATTHEW J. DYKMAN
CLERK

Dennis Martinez
General Delivery
Hernand___

NIXIE        871    5C 1        00 04/
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 87102227470    *0458-16940-
87102@2274

---

IITED STATES DISTRICT COURT
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
APR 2 6 2011
MATTHEW J. DYKMAN
CLERK

$ 00.
0008004394   APR 20
MAILED FROM ZIP CODE

69cv7941 [DOC 10050,

Gail Heineman
Todd Heineman
Post Of
Los Ala

NIXIE        871    5E 1        00 04/2
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 87102227470    *0458-17109-2
87544+0___
87102@2274