**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
Suite 270
333 Lomas Blvd., N.W.
Albuquerque, New Mexico 87102

Official Business



69cv 7941 [Doc 10051]

Elberta Honstein
Box 1301 McCurdy Rd.
Españ[ola]

RECEIVED
At Albuquerque NM
APR 25 2011
MATTHEW J. DYKMAN
CLERK

NIXIE      871    5E 1      00
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 87102227470    *0459-1985

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
Suite 270
333 Lomas Blvd., N.W.
Albuquerque, New Mexico 87102

Official Business




69cv 7941 [Doc 10051]

Jose L. Ortiz
Post Office Box 61617
Españ[ola]

RECEIVED
At Albuquerque NM
APR 25 2011
MATTHEW J. DYKMAN
CLERK

NIXIE      871    5E 1      00
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 87102227470    *0468-1673



Case 6:69-cv-07941-KWR-KK   Document 10079   Filed 04/25/11   Page 2 of 2

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 [Doc 10051]

Harold Hartell
Rt. 2 Box 400 Montana Vista
Española NM 87532

RECEIVED
At Albuquerque NM
APR 25 2011
MATTHEW J. DYKMAN
CLERK

NIXIE     871     SC 1          00 C
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESS
UNABLE TO FORWARD
BC: 87102227470      *0568-0839

---

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 [Doc 10051]

ilberto Vigil
Post Office Box 62010
Española NM 87532

RECEIVED
At Albuquerque NM
APR 25 2011
MATTHEW J. DYKMAN
CLERK

NIXIE     871     SE 1          00 C
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 87102227470      *0568-1457