**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Vacant
☐ No Such Number
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Forwarding Order Expired

WTF
69cv 7941 [Doc 10055]
Carol Ingham
Post Office Box 119
Abiquiu, NM 87510 87510




RECEIVED
At Albuquerque NM
APR 22 2011
MATTHEW J. DYKMAN
CLERK

---

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



WTF
69cv 7941 [Doc 10055]
Gene Ingham
Post Office Box 119
Abiquiu, NM 87510 87510




RECEIVED
At Albuquerque
APR 22 2011
MATTHEW J. DYKMAN
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



69cv7941 [Doc 10055]

Manuelita Lopez (Est.)
c/o Gilbert Lopez
Gener
Abiqu



RECEIVED
At Albuquerque NM
APR 5 2011
MATTHEW J. DYKMAN
CLERK

NIXIE   871   SC 1   00
RETURN TO SENDER
NOT DELIVERABLE AS ADDRES
UNABLE TO FORWARD
BC: 87102227470   *0468-199

87102@227

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 [Doc 10055]

Epifania Serrano
General Delivery
Abiquiu



RECEIVED
At Albuquerque NM
APR 5 2011
MATTHEW J. DYKMAN
CLERK

NIXIE   871   SC 1   00
RETURN TO SENDER
NOT DELIVERABLE AS ADDRES
UNABLE TO FORWARD
BC: 87102227470   *0468-196

87102@2274

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv 7941 [Doc 10055]

Eulalia Garcia
General Delivery
Abiquiu, NM 87510 87510

RECEIVED At Albuquerque NM
APR 2 5 2011
MATTHEW J. DYKMAN
CLERK

NIXIE        871       5C  1             00 04
          RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSE
          UNABLE TO FORWARD
   BC: 87102227470       *0459-16758

---

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv 7941 [Doc 10055]

Joe Ferran Jr.
Post Office Box 164
Abiquiu NM 87510 87510

RECEIVED At Albuquerque NM
APR 2 5 2011
MATTHEW J. DYKMAN
CLERK

NIXIE        871       5E  1             00 04/
          RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
   BC: 87102227470       *0769-01807-2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS






69cv7941 [DOC 10055]

Rose Jaramillo
General Delivery
Abiqui

RECEIVED At Albuquerque NM
APR 2 5 2011
MATTHEW J. DYKMAN
CLERK

NIXIE   871   SC   1   00
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESS
UNABLE TO FORWARD
BC: 87102227470   *0568-089

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS






69cv7941 [DOC 10055]

Emiliano Lopez
General Delivery
Abiqu

RECEIVED At Albuquerque NM
APR 2 5 2011
MATTHEW J. DYKM
CLERK

NIXIE   871   SC   1   00
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESS
UNABLE TO FORWARD
BC: 87102227470   *0768-0170