**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused

WTF

69cv7941 [doc 10057]

Ralph Madesen
Post Office Box 400
Abiquiu, NM 87510 87510



RECEIVED
At Albuquerque NM
APR 22 2011
MATTHEW J. DYKMAN
CLERK

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Vacant
☐ No Such Number
☐ No Mail Receptacle

WTF

69cv7941 [doc 10057]

Ubaldo Giron
Post Office Box 136
Abiquiu, NM 87510 87510



RECEIVED
At Albuquerque NM
APR 22 2011
MATTHEW J. DYKMAN
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



RETURN TO SENDER
REASON CHECKED

69cv7941 [DOC 10057]    APR 25 2011

AWK

Antonio J. Martinez    MATTHEW J. DYKMAN
Post Office Box 696     CLERK
Medanales, NM 87548

NIXIE     871  5E  1      00
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 97102227470    *0569-085

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 [DOC 10057]

Pat A. Trujillo
1654 36th Street
Los Al

APR 26 2011
MATTHEW J. DYKMAN
CLERK

NIXIE     871  5E  1      00
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRE
    UNABLE TO FORWARD
BC: 97102227470    *0569-14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
Suite 270
333 Lomas Blvd., N.W.
Albuquerque, New Mexico 87102

Official Business



RECEIVED
At Albuquerque NM

APR 19 2011

MATTHEW J. DYKMAN
CLERK




69cv7941 [DOC 10057]

John W. Hernandez
Post Office Box 3196
Las Cruces, NM 88003