69cv7941

\# 10069

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

JULIE WOOD
P.O. BOX 639
ALCALDE, NM 87511

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

NIXIE        871    SE   1       00   05/07/11
             RETURN TO SENDER
             ATTEMPTED - NOT KNOWN
             UNABLE TO FORWARD

BC: 8710222747O        *0558-03116-04-41*

