69cv7941 BB
#10035

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

FRANK J. CORDOVA
P.O. BOX 4352
FAIRVIEW, NM 67533

RECEIVED
At Albuquerque NM
MAY 0 9 2011
MATTHEW J. DYKMAN
CLERK

NIXIE        871   SE  1         00  05/07/11
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 8710222747O          *0768-17598-04-40