UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

# 10036

CHARLES LINDER
RT. 1 BOX 22-B
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM
MAY 9 2011
MATTHEW J. DYKMAN
CLERK

NIXIE          871    5E    1        00    05/06/11
               RETURN TO SENDER
               NO MAIL RECEPTACLE
               UNABLE TO FORWARD

BC: 8710227470        *0769-19101-04-40