69cv7941 BB

#10036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

ROMAN PADILLA
RT. 2 BOX 21-1
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM

MAY 9 2011

MATTHEW J. DYKMAN
CLERK

NIXIE    871    SE 1    00  05/06/11
         RETURN TO SENDER
         NO MAIL RECEPTACLE
         UNABLE TO FORWARD

BC: 87102227470    *0768-19173-04-40

8710202274