#10036

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

SHIRLEY TRUJILLO
RT. 1 BOX 22-1
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM

MAY 0 9 2011

MATTHEW J. DYKMAN
CLERK

NIXIE    871   5E 1     00  05/06/11
         RETURN TO SENDER
         NO MAIL RECEPTACLE
         UNABLE TO FORWARD

BC: 87102227470    *0758-19127-04-40

8710202274

Case 6:69-cv-07941-KWR-KK   Document 10086   Filed 05/09/11   Page 2 of 2