69 cv 7941 BB

# 10036

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

MAY 0 9 2011

MATTHEW J. DYKMAN
CLERK

MAX VIGIL
RT. 1 BOX 343-A
ESPAÑOLA, NM 87532

NIXIE          071      SE 1          00   05/08/11

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 071022274470          *0768-18004-04-40

071022@2274

