# 10036

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

LEONARDO MONTANO
P.O. BOX 62116
ESPAÑOLA, NM 87532

NIXIE          071   5E 1      00   05/06/11

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC:  87102227470          *0768-17945-04-40

