**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

# 10038

RECEIVED
At Albuquerque NM
MAY 09 2011
MATTHEW J. DYKMAN
CLERK

DOREEN MONDRAGON
RT. 2 BOX
HERNANDEZ, NM 87537

NIXIE    871   SE 1       00  05/06/11
      RETURN TO SENDER
   INSUFFICIENT ADDRESS
      UNABLE TO FORWARD

BC: 8710227470    *0758-00569-04-41

8710202274

Case 6:69-cv-07941-KWR-KK   Document 10089   Filed 05/09/11   Page 2 of 2