69 cv 7941 BB
# 10036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

JOHNNY SALAZAR
RT. 1 BOX 225
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM

MAY 04 2011

MATTHEW J. DYKMAN
CLERK

871Ø2@2274

BC: 87102227470        871 SE 1        00 05/06/11
       RETURN TO SENDER
       INSUFFICIENT ADDRESS
       UNABLE TO FORWARD

*0769-19204-04-40