UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

69 cv 7941 BB
#10086

RECEIVED
At Albuquerque NM
MAY 11 2011
MATTHEW J. DYKMAN
CLERK

GEORGE GARCIA
RT. 7 BOX 120-G
SANTA FE, NM 87501

NIXIE           871    5E  1         00    05/10/11
     RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 87102227470       *0760-19512-04-40

