#12036

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

LARRY & KATHY MAESTAS
RT. 1 BOX 21-2
HERNANDEZ, NM 87537

NIXIE        871   5E  1       00  05/06/11
            RETURN TO SENDER
            NO MAIL RECEPTACLE
            UNABLE TO FORWARD

BC: 8710227470        *0758-17767-04-40

8710262274