UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

#10036

RECEIVED
At Albuquerque NM
MAY 0 9 2011
MATTHEW J. DYKMAN
CLERK

DELFIDO
P.O. BOX 144
ALCALDE, NM 87511

NIXIE          871    SE 1          00    05/05/11

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 87102227470        *0760-17993-04-40

87511+8710202274