6:69-cv-7941 BB
#10086

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

MAY 0 9 2011

MATTHEW B. DYKMAN
RT. 2 BOX 684
HERNANDEZ, NM 87537

8710202274

NIXIE        871    5E  1        00  05/08/11
        RETURN TO SENDER
        NO MAIL RECEPTACLE
        UNABLE TO FORWARD

BC: 8710227470        *0760-10556-04-40