# 10036

UNITED STATES DISTRICT COURT
**DISTRICT OF NEW MEXICO**
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

MARY TRUJILLO
RT. 1 BOX 21-2
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM

MAY v 9 2011

MATTHEW J. DYKMAN
CLERK

NIXIE  871  5E  1  00  05/06/11
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 87102227470  *0760-17920-04-40