69cv7941 BB

#10036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 09 2011
MATTHEW J. DYKMAN
CLERK

HELEN ARCHULETA
RT. 1 BOX 21-2
HERNANDEZ, NM 87537

NIXIE        871    5E  1        00  05/06/11
        RETURN TO SENDER
        NO MAIL RECEPTACLE
        UNABLE TO FORWARD

BC: 8710227470        *0759-18025-04-40

8710202274