UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

# 10035

RECEIVED
At Albuquerque NM

MAY 11 2011

MATTHEW J. DYKMAN
CLERK

DAWSON LEE ROARK
P.O. BOX 1406
ESPAÑOLA, NM 87532

NIXIE    871    SE 1    00    05/10/11
       RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
       UNABLE TO FORWARD
BC: 87102227470        *0669-01150-04-41