UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

#10035

RECEIVED
At Albuquerque NM
MAY 09 2011
MATTHEW J. DYKMAN
CLERK

SANDRA M. TRUJILLO
1814 CALLE REDONDA
ESPANOLA, NM 87532

NIXIE        871  5E  1      00  05/08/11
      RETURN TO SENDER
      NO MAIL RECEPTACLE
      UNABLE TO FORWARD

BC: 87102227470       *0758-17429-04-40