#10035

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

LEO A. VIGIL
RT. 1 BOX 4
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM
MAY 09 2011
MATTHEW J. DYKMAN
CLERK

NIXIE    871    5E 1    00    05/08/11
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 8710227470    *0758-16940-04-40