6:69-cv-07941 RB

#10035

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

STEPHEN SMITH
RT. 1 BOX 5
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

NIXIE        871   SE  1           00  05/08/11
            RETURN TO SENDER
            NO MAIL RECEPTACLE
            UNABLE TO FORWARD

BC: 87102227470            *0569-17461-04-39

87102@2274