69cv7941 BB

# 10035

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 09 2011
MATTHEW J. DYKMAN
CLERK

ELMER VELASQUEZ
P.O. BOX 62817
ESPAÑOLA, NM 87532

NIXIE          871    SE 1        00    05/06/11
        RETURN TO SENDER
        INSUFFICIENT ADDRESS
        UNABLE TO FORWARD
BC: 87102227470              *0468-02135-04-41*