#10037

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 11 2011
MATTHEW J. DYKMAN
CLERK

ROBERT & DELILA PADILLA
P.O. BOX 724
MEDANALES, NM 87548

NIXIE    871    5E    1    00    05/10/11
RETURN TO SENDER
ATTEMPTED – NOT KNOWN
UNABLE TO FORWARD
BC: 87102227470    *0768-17525-04-40

