UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

# 10039

RECEIVED
At Albuquerque NM
MAY 11 2011
MATTHEW J. DYKMAN
CLERK

ANTONIO MARTINEZ
P.O. BOX 711
MEDANALES, NM 87548

NIXIE    871   SE 1    00   05/10/11
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD

BC: 8710222729   *0568-03158-04-41