UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

#10039

JOSEPH VIGIL
243 LOS ALAMOS HIGHWAY
ESPAÑOLA, NM 87532

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

NIXIE

BC: 8710227470          871  5E  1          00  05/08/11
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

*0768-17870-04-40