#10039

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

AGUSTINE SISNEROS
c/o JOSE M. SISNEROS
P.O. BOX 1305
ESPAÑOLA, NM 87532

NIXIE        871   5E  1      00  05/08/11
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

BC: 87102227470        *0769-17904-04-40

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

Case 6:69-cv-07941-KWR-KK   Document 10107   Filed 05/09/11   Page 2 of 2