69cv7941 BB
#10045

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

MAY 9 2011

MATTHEW J. DYKMAN
CLERK

Prado Verde, Ltd.
65 Cortez Ct.
Pagosa Springs CO 81147-7684

NIXIE      802    SE    1           00  05/05/11
           RETURN TO SENDER
           NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 8710227470       *0760-01454-20-37

8710202274

Case 6:69-cv-07941-KWR-KK   Document 10108   Filed 05/09/11   Page 2 of 2