69cv07941 BB

# 10050

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 11 2011
MATTHEW J. DYKMAN
CLERK

ATTEMPTED
NOT KNOWN

Jayce Parrot
Post Office Box 3364
Fairview, NM 87533

