#10054

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 11 2011

ATTEMPTED
NOT KNOWN

MATTHEW J. DYKMAN
CLERK

87533+3332

Horacio Martinez
Mary J. Martinez
Post Office Box 3332
Fairview, NM 87533

ANK