UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

CRKK 7941
#10066

AMBER ARCHER
RT. 6 BOX 165-A AGUA FRIA
SANTA FE, NM 87501

NIXIE      871     SE   1           00   05/06/11
           RETURN TO SENDER
           NO SUCH NUMBER
           UNABLE TO FORWARD
BC: 87102227470         *0560-03152-04-41

Case 6:69-cv-07941-KWR-KK   Document 10111   Filed 05/09/11   Page 2 of 2