69cv7941 BB

# 10066

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 0 9 2011
MATTHEW J. DYKMAN
CLERK

CASSIDY HEYDT
MARGARET HEYDT
1751 OLD PECOS TRAIL
SANTA FE, NM 87501

NIXIE        071  SE  1         00  05/06/11
            RETURN TO SENDER
         INSUFFICIENT ADDRESS
           UNABLE TO FORWARD

BC: 87102327470            *0560-00507-04-44