#10066

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Street
☐ No S...
☐ No ...

GARY & KATHY MCMATH
P O BOX 57
ABIQUIU, NM 87510



wtf

MATTHEW J. DYKMAN

RECEIVED
At Albuquerque NM
MAY 09 2011

NIXIE          871 CE 1        00  05/08/11
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 87102227470          *0569-21850-04-39

