#10067

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted, Not Known
☐ No Such Number CHUCK APPLE
☐ No Such Street P.O. BOX 144
☐ No Mail ReceptaclABIQUIU, NM 87510

wtf

8721G+87502C2274

RECEIVED
At Albuquerque NM
MAY 09 2011

MATTHEW J. DYKMAN
871 CLERK    00  05/05/11
NIXIE
       RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 8710227470    *0668-00942-04-41