Case 6:69-cv-07941-KWR-KK  Document 10115   Filed 05/09/11   Page 1 of 2

# 10067

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved Left No Address
☐ Unclaimed
☐ Attempted - Refused
☐ No Such Street - Not Known
☐ No Such Number
☐ No Mail Receptacle
☐ Vacant

SIDNEY FUSELIER
P.O. BOX 84
ABIQUIU, NM 87510

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

NIXIE   871   5E  1       00  05/05/11
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 87102227470        *0589-17539-04-39

Case 6:69-cv-07941-KWR-KK   Document 10115   Filed 05/09/11   Page 2 of 2