UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

#10067

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Street
☐ No Such Number
☐ No Mail Receptacle
☐ Box Closed

DAVE YATES
P.O. BOX 184
ABIQUIU, NM 87510

RECEIVED
At Albuquerque NM
MAY 9 2011
MATTHEW J. DYKMAN
CLERK



Case 6:69-cv-07941-KWR-KK   Document 10116   Filed 05/09/11   Page 2 of 2