UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

# 10067

Not Deliverable As Addressed
Unable To Forward

☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed
☐ Attempted ☐ Refused
☐ No Such Street
☐ No Such Number
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Forwarding Order Expired

MANUELITA MARTINEZ
P.O. BOX 88
ABIQUIU, NM 87510

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

NIXIE    871    5C 1    00 05/06/11
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 87102227470    *0560-17382-04-39

Case 6:69-cv-07941-KWR-KK   Document 10117   Filed 05/09/11   Page 2 of 2