69cv7941 BB
# 10067

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD., N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Not Deliverable As Addressed
Unable To Forward
Insufficient Address
Unclaimed
Attempted - Not Known
No Such Street
No Such Number
No Mail Receptacle

GABRIEL GALLEGOS
GENERAL DELIVERY
ABIQUIU, NM 87510

RECEIVED
At Albuquerque NM
MAY 9 2011
MATTHEW J. DYKMAN
CLERK

NIXIE        871    SC  1        00   05/06/11
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 8710227470                *0569-18054-04-39

8751016+87102@2274

Case 6:69-cv-07941-KWR-KK   Document 10119   Filed 05/09/11   Page 2 of 2