#10068

69cv7941 BB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 11 2011
MATTHEW J. DYKMAN
CLERK

Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Unclaimed
☐ Attempted, Left No Address
☐ No Such Street ☐ Refused
☐ Incorrect Number
☐ Vacant
☐ Not Known

RETURN TO SENDER

PHIL GARCIA
P.O. BOX BOX 14
ABIQUIU, NM 87510

NIXIE        871        SE  1           00       05/10/11

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 87102227470        *0560-16221-04-39*

87102+0874*02@2274

Case 6:69-cv-07941-KWR-KK   Document 10120   Filed 05/11/11   Page 2 of 2