UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

#10069

RECEIVED
At Albuquerque NM
MAY 09 2011
MATTHEW J. DYKMAN
CLERK

PETE FRESQUEZ
RT. 3 BOX 340-C
ESPAÑOLA, NM 87532

NIXIE    871 SE 1    00    05/06/11
    RETURN TO SENDER
    NO SUCH NUMBER
    UNABLE TO FORWARD

BC: 87102227470    *0360-17428-04-39

