#10070

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

☐ Undeliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Number - Not Known
☐ No Such Street - Not Known
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Building O...

FIDEL MADRID
GENERAL DELIVERY
ABIQUIU, NM 87510

At Albuquerque NM

RECEIVED
MAY 0 9 2011

MATTHEW J. DYKMAN
CLERK

NIXIE          871      5E    1          00      05/06/11

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:    87102227470          *0569-15507-04-43