# 10070

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RETURN TO SENDER
☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed
☐ Attempted - Not Known
☐ Refused
☐ No Such Street
☐ No Such Number
☐ No Mail Receptacle
☐ Vacant
☐ Box Closed

FERNANDO GALLEGOS
P.O. BOX 37
ABIQUIU, NM 87510

RECEIVED
At Albuquerque NM
MAY 9 2011
MATTHEW J. DYKMAN
CLERK

NIXIE            871    4C    1    04    05/06/11
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 87102227470            *0560-18132-04-39