UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted
☐ No Such ...
☐ ...

JOEY LOPEZ
GENERAL DELIVERY
ABIQUIU, NM 87510

RECEIVED
At Albuquerque NM

MAY 09 2011

MATTHEW J. DYKMAN
CLERK

NIXIE         871   SE  1         00   05/06/11
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 87102227470         *0460-22785-04-39

