UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

#10070

RAMON SUAZO
3236 LOURAINE CIRCLE
SANTA FE, NM 87501

RECEIVED
At Albuquerque NM

MAY 9 2011

MATTHEW J. DYKMAN
CLERK

NIXIE    871    SE  1    00  05/07/11
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 87102227470          *0550-17852-04-39

Case 6:69-cv-07941-KWR-KK   Document 10125   Filed 05/09/11   Page 2 of 2