#10070

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

FRANK MARTINEZ
P.O. BOX 542
ESPAÑOLA, NM 87532

RECEIVED
At Albuquerque NM
MAY 9 2011
MATTHEW J. DYKMAN

NIXIE        871    SE  1         00   05/07/11
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 87102227470        *0569-03211-04-41