#10036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**

SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 09 2011
MATTHEW J. DYKMAN
CLERK

VICKY MAESTAS
RT. 2 BOX 21-2
HERNANDEZ, NM 87537

NIXIE            871     SE  1        00   05/06/11
                 RETURN TO SENDER
                 NO MAIL RECEPTACLE
                 UNABLE TO FORWARD

BC: 87102227470                *0760-19090-04-40

87102@2274

Case 6:69-cv-07941-KWR-KK   Document 10127   Filed 05/09/11   Page 2 of 2