**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

6:9cv 7941 - Doc 10638

MARIA MARTINEZ
P.O. BOX 2057
ESPAÑOLA, NM 87532

RECEIVED
At Albuquerque NM

MAY 14 2011

MATTHEW J. DYKMAN
CLERK

NIXIE          871  SE  1         00  05/11/11
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 87102227470         *0959-18449-04-39