**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941-Doc 10635

ENRIQUE MAESTAS
P.O. BOX 701
ESPAÑOLA, NM 87532

RECEIVED
at Albuquerque NM

MAY 12 2011

MATTHEW J. DYKMAN
CLERK

NIXIE      871   SE  1        00  05/11/11
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD

BC: 8710227470         *0768-16955-04-40