**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 - Doc 10035

ARTHUR HERRERA
P.O. BOX 8-1
HERNANDEZ, NM 87537

RECEIVED
At Albuquerque NM

MAY 12 2011

MATTHEW J. DYKMAN
CLERK

NIXIE        871  DC 1        00  05/11/11
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 0710227470        *1955-06259-11-14