UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941
Doc 10036

MIKE JACKSON
P.O. BOX 1076
LOS ALAMOS, NM 87544

RECEIVED
At Albuquerque NM

MAY 1 3 2011

MATTHEW J. DYKMAN
CLERK

NIXIE       871      DE 1         00    05/12/11
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 8710227470              *2255-10132-04-44