UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv 7941
Doc 10039

PRESCILIANO MARTINEZ
P.O. BOX 1467
ESPAÑOLA, NM 87532

RECEIVED
At Albuquerque NM
MAY 13 2011
MATTHEW J. DYKMAN
CLERK

NIXIE        971    SE   1         00   05/12/11
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD

BC: 9710222747O              *0769-17953-04-40