UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941
Doc 10066

NO SUCH NUMBER

MARSHA MASON
RT. 2 BOX 269
SANTA FE, NM 87505

RECEIVED
At Albuquerque NM

MAY 13 2011

MATTHEW J. DYKMAN
CLERK