*Vickie L. Gabin, Special Master*
*United States District Court*
*106 S. Federal Place*
*Santa Fe, NM 87501*
*Tel. (505) 955-0678*
*vlgabin@nm.net*

_____

May 16, 2011

To:     Counsel of Record
        State v. Aragon, 69cv7941
        State v. Abbott, 68cv7488
        United States v. A & R. Productions, 01cv72; member case 07cv681

Dear Counsel,

    I write to inform you that I have resigned my position as the Rule 53 special master in the above-cited cases, effective June 30, 2011.  I will continue to work on State v. Abeyta, 69cv07896, the Taos adjudication.  The Court will, in the near future, issue a notice outlining future proceedings.

    Thank you all for your cooperation and assistance throughout my tenure.  I've appreciated every attorney's dedication, hard work, persistence, and patience as we've worked through these cases.

    Very truly yours,

    *[signature: Vickie L. Gabin]*

    Vickie L. Gabin