69cv7941 BB
Doc. 10066

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 16 2011
MATTHEW J. DYKMAN
CLERK

PIERRE MAHAIM
405 S. GUADALUPE STREET
SANTA FE, NM 87501

NIXIE           871    5E  1        00  05/15/11
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 8710227470        *0468-22099-04-39

Case 6:69-cv-07941-KWR-KK   Document 10135   Filed 05/16/11   Page 2 of 2