69 CV 7941 BB

Doc. 10037

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

GABRIEL HERRERA
RT. 5 BOX 346
SANTA FE, NM 87501

**RECEIVED**
At Albuquerque NM

MAY 16 2011

MATTHEW J. DYKMAN
CLERK

NIXIE            871    SE    1             00    05/13/11
           RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD

BC: 87102227470          *0758-18617-04-40