UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69 CV 7941 BB
Doc. 10038

FERNANDO MIER
BISHOPS LODGE
SANTA FE, NM 87501

RECEIVED
At Albuquerque NM
MAY 16 2011
MATTHEW J. DYKMAN
CLERK

NIXIE        671  SE 1         00  05/15/11
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 8710222747O            *0568-17518-04-39