69-CV-7941 BB
Doc. 10036

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

LAZARIO CORDLENOS
2611 NORTH CHINO
EL MONTE, CA 91733

RECEIVED
At Albuquerque NM
MAY 16 2011
MATTHEW J. DYKMAN
CLERK

NIXIE         917  SC 1          00  05/11/11
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 871022227470       *0789-19453-04-40