**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69-cv-7941 BB
S doc. 10069

LILLA MARTINEZ PERKMAN
814 SOUTH ...
COLORADO SPG...

RECEIVED
At Albuquerque NM
MAY 1 6 2011

NIXIE        802   SC 1        00   05/12/11
           RETURN TO SENDER
           NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 8710227470        *0768-00625-04-41