69 cv 7941 BB

Doc. 10066

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
MAY 10 2011
MATTHEW J. DYKMAN
CLERK

NIXIE          871  SC  1           00  05/13/11
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 87102227470          *0560-18374-04-39

8710222274