69cv7941
# 10038

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

LARRY VALDEZ
P.O. BOX 302
LOS ALAMOS, NM 87544

RECEIVED
At Albuquerque NM

MAY 2 0 2011

MATTHEW J. DYKMAN
CLERK

NIXIE        871      5E  1         00   05/18/11
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 87102227470          *0569-17547-04-39