69cv7941
#10066

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

JAMES & DENISE HOFFMAN
2720 WESTCOTE CIRCLE
WAYZATA, MN 55391

NIXIE     553   DC 1           00  05/17/11
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 871O222747O        *0378-01666-15-42

Return to Sender