69cv7941BB
DOC 10036

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

ATTEMPT NOT KNOWN

DONALD MARTINEZ
465 ST. MICHAELS
SANTA FE, NM 87505

RECEIVED
MAY 20 2011
At Albuquerque NM
MATTHEW J. DYKMAN
CLERK

No longer at this address

ANK