IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Nutrias<br><br>Subfile No. CHNU-002-0005C |

## MOTION TO CORRECT CLERICAL ERROR

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer and moves the Court to enter its order correcting certain clerical errors in the Consent Order filed December 12, 2005 (Docket No. 8080) in connection with defendant CHRIS E. TAFOYA in subfile CHNU-002-0005C, and as grounds therefore plaintiff states:

1.	Under Fed. R. Civ. P. 60(a), clerical mistakes in judgments or orders arising from oversight or omission may be corrected by the court at any time on its own motion or on the motion of any party after such notice, if any, as the court orders.

2.	The Ditch, Source of Water and Point of Diversion for the irrigated lands (0.5 acres) in sub-part (B) of the Consent Order in this subfile were incorrectly identified. These lands are irrigated from the Esquibel ditch rather than the Tafoya/Esquibel ditch as indicated in the Consent Order filed with the Court on December 12, 2005

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order correcting the information for the water rights described in sub-part (B) of the Consent Order filed December 12,

2005 (Docket No. 8080) as follows:

    **B.**    **IRRIGATED LANDS (Surface Water Only):**

    **Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

    **Point of Diversion:**

        **Ditch:** Esquibel

        **Location: X** = 1,573,634 feet    **Y** = 2,037,817 feet
        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

Dated: May 31, 2011

    Respectfully submitted,

    /s/ Ed Newville
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 867-7444 telephone
    (505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __31st__ day of May 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Chris E. Tafoya
3375 La Avenida de San Marcos
Santa Fe, NM 87507