#10036

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

TERRY CONNELY
GARY JEFFERS
P.O. BOX 3982
FAIRVIEW, NM 87533

RECEIVED
At Albuquerque NM

MAY 18 2011

MATTHEW J. DYKMAN
CLERK

NIXIE        871    DE  1         00    05/26/11
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 87102227470              *0920-08100-04-42