IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Cañones Creek |
| Defendants. | |

### NOTICE OF FILING OF CROSS REFERENCE AND INDEX
### FOR INDIVIDUAL SUBFILES IN SECTION 7, CAÑONES CREEK

The State of New Mexico on the relation of the State Engineer gives notice of the filing of the attached cross reference and index of the Cañones Creek Subsection adjudication subfile numbering to file numbers assigned by the Office of the State Engineer (OSE) for administrative purposes to individual water uses described in individual subfile orders in the Cañones Creek Subsection. The OSE file numbers in the attached cross reference and index represent the indexing of Cañones Creek Subsection subfile orders as abstracted by the OSE in WATERS (Water Administration Technical Engineering Resource System) and supercedes all previously assigned OSE file numbers, including those described in individual subfile orders entered by the Court, if any.

Dated: June 3, 2011

                                                           Respectfully submitted,

                                                              /s/ Ed Newville
                                                           EDWARD G. NEWVILLE
                                                           Special Assistant Attorney General
                                                           Office of State Engineer
                                                           P.O. Box 25102

>Santa Fe, NM 87504-5102
>(505) 867-7444 telephone
>(505) 867-2299 facimilie

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___3rd___ day of June, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

>/s/ Ed Newville
>EDWARD G. NEWVILLE

**CROSS REFERENCE AND INDEX OF RIO CHAMA ADJUDICATION**
**SUBFILE NUMBERING (CAÑONES CREEK SUBSECTION)**
**TO OSE FILE NUMBERS AS ABSTRACTED IN W.A.T.E.R.S.**

| Adjudication Subfile Number | Header | OSE File Number | Use Code | Acreage |
|---|---|---|---|---|
| CHCC-001-0001A | A | SD 06512-2 | IRR | 4.90 |
| CHCC-001-0001B | A | SD 00434-23 | IRR | 1.00 |
| CHCC-001-0001B | B | SD 00434-24 | NRT | 4.30 |
| CHCC-001-0002 | A | SD 06513-1 | NRT | 6.60 |
| CHCC-001-0003 | A | SD 00434-4 | IRR | 0.70 |
| CHCC-001-0004 | A | SD 00434-5 | NRT | 7.20 |
| CHCC-001-0005 | A | SD 00434-6 | NRT | 6.80 |
| CHCC-001-0006A | A | SD 00434-7 | IRR | 17.90 |
| CHCC-001-0006A | B | SD 06513-2 | IRR | 2.90 |
| CHCC-001-0006A | C | SD 00434-11 | IRR | 20.20 |
| CHCC-001-0006A | D | SD 06513-3 | NRT | 5.10 |
| CHCC-001-0006B | A | SD 00434-21 | IRR | 9.30 |
| CHCC-001-0007 | A | SD 00434-8 | IRR | 22.00 |
| CHCC-001-0008 | A | SD 00434-9 | IRR | 13.80 |
| CHCC-001-0009 | A | SD 00434-10 | IRR | 1.30 |
| CHCC-001-0010 | A | SD 06513-4 | NRT | 4.40 |
| CHCC-001-0011 | A | SD 00434-14 | IRR | 1.90 |
| CHCC-001-0012 | A | SD 00434-25 | IRR | 2.40 |
| CHCC-001-0013 | A | SD 00434-16 | NRT | 7.40 |
| CHCC-001-0014 | A | SD 00434-17 | IRR | 4.30 |
| CHCC-001-0014 | B | SD 00434-18 | IRR | 3.50 |
| CHCC-001-0015 | A | SD 00434-19 | IRR | 41.20 |
| CHCC-001-0016 | A | SD 00434-12 | IRR | 3.90 |
| CHCC-001-0016 | B | SD 00434-22 | NRT | 2.80 |
| CHCC-001-0017 | A | SD 00434-20 | IRR | 21.90 |
| CHCC-001-0017 | B | SD 00434-13 | IRR | 8.90 |
| CHCC-002-0001 | A | SP 01975-1 | IRR | 5.60 |
| CHCC-002-0002 | A | SP 01975-2 | IRR | 24.60 |
| CHCC-002-0003 | A | SP 01975-3 | IRR | 12.20 |
| CHCC-002-0004A | A | SP 01975-8 | IRR | 9.50 |
| CHCC-002-0004B | A | SP 01975-9 | IRR | 2.20 |
| CHCC-002-0005A | A | SP 01975-12 | IRR | 8.30 |
| CHCC-002-0005B | A | SP 01975-10 | IRR | 18.30 |
| CHCC-002-0006 | A | SP 01975-6 | IRR | 2.60 |
| CHCC-002-0006A | A | SP 01975-11 | IRR | 0.40 |

IRR - Irrigation Right
NRT - No Right Tract

| | | | | |
|---|---|---|---|---|
| CHCC-002-0007 | A | SP 01975-7 | IRR | 33.50 |
| CHCC-002-0008 | A | SP 01609-2 | IRR | 8.30 |
| CHCC-002-0008 | B | SD 06515-1 | IRR | 12.90 |
| CHCC-002-0008 | C | SD 06515-2 | IRR | 6.20 |
| CHCC-002-0009 | A | SP 01609-1 | IRR | 103.00 |
| CHCC-002-0009 | B | SD 06514-1 | IRR | 56.80 |
| CHCC-002-0009 | C | SD 06514-3 | IRR | 74.10 |
| CHCC-002-0009 | D | SD 06511-12 | IRR | 19.50 |
| CHCC-002-0010 | A | SD 06511-2 | IRR | 32.60 |
| CHCC-002-0010 | B | SD 06514-2 | IRR | 29.90 |
| CHCC-002-0011 | A | SD 00640-1 | IRR | 8.70 |
| CHCC-002-0012 | A | SD 00640-2 | IRR | 25.70 |
| CHCC-002-0013 | A | SD 00640-3 | IRR | 8.40 |
| CHCC-002-0014 | A | SD 00640-4 | IRR | 8.80 |
| CHCC-002-0015 | A | SD 00640-5 | IRR | 8.80 |
| CHCC-002-0016 | A | SD 00640-6 | IRR | 21.30 |
| CHCC-002-0016 | B | SD 06511-3 | IRR | 63.20 |
| CHCC-002-0016 | C | SP 00966-1 | IRR | 14.00 |
| CHCC-003-0001 | A | SD 00640-7 | IRR | 66.10 |
| CHCC-003-0001 | B | SD 06511-4 | IRR | 29.10 |
| CHCC-003-0001 | C | SP 00966-2 | IRR | 46.30 |
| CHCC-003-0002 | A | SD 00640-8 | IRR | 9.60 |
| CHCC-003-0002 | B | SD 06511-5 | IRR | 2.70 |
| CHCC-003-0002 | C | SP 00966-3 | IRR | 5.70 |
| CHCC-003-0003 | A | SD 00640-9 | IRR | 2.70 |
| CHCC-003-0003 | B | SD 06511-6 | IRR | 0.90 |
| CHCC-003-0003 | C | SP 00966-4 | IRR | 0.90 |
| CHCC-003-0004 | A | SD 00640-10 | IRR | 8.60 |
| CHCC-003-0004 | B | SD 06511-7 | IRR | 3.00 |
| CHCC-003-0004 | C | SP 00966-5 | IRR | 3.60 |
| CHCC-003-0006 | A | SD 00640-12 | IRR | 2.70 |
| CHCC-003-0007 | A | SD 00640-13 | IRR | 2.90 |
| CHCC-003-0008 | A | SD 00640-14 | IRR | 0.70 |
| CHCC-003-0008 | B | SD 06511-9 | IRR | 2.10 |
| CHCC-003-0009 | A | SD 06511-10 | IRR | 0.40 |
| CHCC-003-0009 | B | SP 00966-7 | IRR | 2.00 |
| CHCC-003-0010 | A | SP 00966-8 | IRR | 1.10 |
| CHCC-003-0011 | A | SP 00966-9 | IRR | 1.20 |
| CHCC-003-0012 | A | SD 00640-15 | IRR | 45.60 |
| CHCC-003-0012 | B | SD 06511-11 | IRR | 6.30 |
| CHCC-003-0012 | C | SP 00966-10 | IRR | 70.80 |
| CHCC-003-0012 | D | SD 02923-1 | IRR | 26.20 |

IRR - Irrigation Right
NRT - No Right Tract

| | | | | |
|---|---|---|---|---|
| CHCC-003-0012 | E | SD 00640-16 | IRR | 35.00 |
| CHCC-003-0012 | F | SD 00640-20 | IRR | 37.40 |
| CHCC-004-0001 | A | SP 00966-11 | IRR | 58.50 |
| CHCC-004-0002 | A | SD 02923-2 | IRR | 88.10 |
| CHCC-004-0002 | B | SP 00966-25 | IRR | 10.00 |
| CHCC-004-0002 | C | SD 02923-6 | NRT | 6.50 |
| CHCC-004-0003 | A | SD 02923-4 | IRR | 0.60 |
| CHCC-004-0003 | B | SP 00966-23 | IRR | 14.40 |
| CHCC-004-0004 | A | SP 00966-12 | IRR | 17.60 |
| CHCC-004-0005 | A | SP 00966-13 | IRR | 7.90 |
| CHCC-004-0006 | A | SD 02923-5 | IRR | 37.80 |
| CHCC-004-0007 | A | SP 00966-14 | IRR | 16.40 |
| CHCC-004-0008 | A | SP 00966-15 | IRR | 25.90 |
| CHCC-004-0008A | A | SP 00966-22 | IRR | 0.30 |
| CHCC-004-0009 | A | SP 00966-16 | IRR | 9.20 |
| CHCC-004-0010 | A | SP 00966-17 | IRR | 9.50 |
| CHCC-004-0011 | A | SP 00966-18 | IRR | 9.40 |
| CHCC-004-0012 | A | SP 00966-19 | IRR | 33.40 |
| CHCC-004-0013 | A | SP 00966-20 | IRR | 11.10 |
| CHCC-004-0014 | A | SP 00966-21 | IRR | 6.60 |
| CHCC-004-0015 | A | SD 00640-17 | IRR | 239.80 |
| CHCC-004-0015 | B | SD 00640-17 | NRT | 104.50 |
| CHCC-004-0016 | A | SD 00640-19 | NRT | 1.60 |
| CHCC-004-0017 | A | SP 00966-24 | IRR | 6.00 |

IRR - Irrigation Right
NRT - No Right Tract