IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

        Plaintiff,

  -v-

RAMON ARAGON *et al.*

        Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 1, Mainstream

## NOTICE OF MAILING

This Notice is filed by the Special Master to certify that the persons listed below were sent a copy of the *Special Master's Report Recommending Further Proceedings* filed June 6, 2011 (Docket No. 10152) by first class mail on June 7, 2011.

                                  */s/ Vickie L. Gabin*
                            Special Master Vickie L. Gabin

Sara Montoya
Box 265 Chamita Rt. 2
San Juan Pueblo, NM  87566

David Ortiz
P.O. Box 1082
San Juan Pueblo, NM 87566

Tony Consavage
P.O. Box 73
Hernandez, NM  87537

Joe Maestas
General Deliver
Hernandez, NM 87537

Ben & Pilar Serna
P.O. Box 513
Espanola, NM  87532

Jane, Leo and Pedro Serna
P.O. Box 482
Espanola, NM  87532