UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM
JUN 10 2011
MATTHEW J. DYKMAN
CLERK

TONY L. SISNEROS
NM8 CARDENAS DR. SE
ALBUQUERQUE, NM 87

69cv7941 - Doc 10035

Not of Address
Send back to sender