IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | |

**MOTION TO ADOPT SPECIAL MASTER REPORT
RECOMMENDING FURTHER PROCEEDINGS**

The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 53(f)(2) moves this Court to adopt the Special Master Report Recommending Further Proceedings and the recommendations contained therein filed June 6, 2011 (Doc. No. 10152).

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___14th___ day of June, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Sara Montoya
Box 265 Chamita Rt. 2
San Juan Pueblo, NM 87566

David Ortiz
P.O. Box 1082
San Juan Pueblo, NM 87566

Tony Consavage
P.O. Box 73
Hernandez, NM 87537

Joe Maestas
General Delivery
Hernandez, NM 87537

Ben Serna
P.O. Box 513
Española, NM 87532

Jane Serna
P.O. Box 482
Española, NM 87532

Leo Serna, Jr.
P.O. Box 482
Española, NM 87532

Pedro Serna
P.O. Box 482
Española, NM 87532

Pilar Serna
P.O. Box 513
Española, NM 87532

                                                      /s/ Ed Newville
                                                     EDWARD G. NEWVILLE