UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD., N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69 CV-7941 BB
doc. 10039

OLIVAMA HERRERA
P.O. BOX 1475
ESPAÑOLA, NM 87532

MATTHEW J. DYKMAN
CLERK

RECEIVED
At Albuquerque NM
JUN 13 2011

NIXIE          871   SE  1         00  06/11/11
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 8710222274470        *0789-17905-04-40