UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69 cv 7941 BB
doc. 10152

Ben & Pilar Serna
P.O. Box 513
Espanola, NM 87532

NSP

RECEIVED
At Albuquerque NM
JUN 13 2011
MATTHEW J. DYKMAN
CLERK

NIXIE           871      5E   1           00   06/10/11
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 97102227470         *0669-04691-08-34*