IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, et al. State Engineer, | ) ) ) | No. 69cv07941-BB |
| Plaintiff | ) ) | |
| v | ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al. | ) ) | **Pueblo Claims Subproceeding 1** |
| Defendants. | ) ) ) | |

MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Applicants, Lee Bergen and Earl Mettler, move this Court Pursuant to Rule 83.3 of the Local Rules of Civil Procedure of this Court, to grant admission of Curtis G. Berkey and Scott W. Williams to the bar of this Court *pro hac vice* to represent, Ohkay Owingeh, a Subproceeding Complainant in this case.  Applicant counsel respectfully show the court as follows:

1. Curtis G. Berkey and Scott W. Williams are associated with Lee Bergen and Earl Mettler, both of whom are admitted to practice in this Court:

   Lee Bergen
   Earl Mettler
   Bergen Law Offices, LLC
   4110 Wolcott Avenue NE, Suite A
   Albuquerque, New Mexico 87109
   Telephone:  (505) 798-0114
   Facsimile: (505) 884-8344
   lbergen@nativeamerianlawyers.com; earlm@swcp.com

MOTION FOR ADMISSION PRO HAC VICE

1

2. Mr. Berkey and Mr. Williams are partners in the law firm:

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Telephone:  (510) 548-7070
Facsimile:  (510) 548-7080

3. The affidavit of Applicant Counsel, attached, demonstrates that each attorney has been admitted to, and presently is a member in good standing of the Bar of the State of California; is a member in good standing of the bars of other identified state and federal courts; has never been subject to complaint or disciplinary proceedings in any court; and has read and is familiar with the Local Rules of this Court.

WHEREFORE, Applicant Counsel request that this Court enter an order permitting admission of Curtis G. Berkey and Scott W. Williams to the United States District Court for the District of New Mexico for this case only.

Respectfully submitted,

DATED: June 15, 2011        /s/
_____
Lee Bergen
Earl Mettler
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico 87109
Telephone:  (505) 798-0114
Facsimile: (505) 884-8344
lbergen@nativeamerianlawyers.com;
earlm@swcp.com

## Certificate of Electronic Service

I hereby certify that on June 15, 2011, I served a copy of this document electronically through the CM/ECF system.

/s/
_____
Lee Bergen