IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, et al.<br>State Engineer, | ) ) ) | NO.  69cv07941-BB |
| Plaintiff | ) ) | |
| v | ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al. | ) ) | **Pueblo Claims Subproceeding 1** |
| Defendants. | ) ) ) | |

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

The undersigned, Curtis G. Berkey and Scott W. Williams, attorneys and applicants for admission *pro hac vice* to the bar of this Court, declare under penalty of perjury as follows:

1. Each counsel has been and presently is a member in good standing of the Bar of the State of California having been admitted in 1998 and 1981, respectively.  Mr. Berkey was admitted to the District of Columbia bar in 1979.  Mr. Williams was admitted to the Virginia State Bar in 1974 (and is presently in "inactive" status).

2. Applicants are admitted to practice and are in good standing before other courts as follows:

**Curtis G. Berkey**

U.S. Supreme Court
Ninth Circuit Court of Appeals
Second Circuit Court of Appeals
Federal Circuit Court of Appeals
Federal District Courts in California and New York
U.S. Court of Federal Claims

Sac and Fox Tribal Court

**Scott W. Williams**

U.S. Supreme Court
Federal Courts of Appeal for the Fourth and Ninth Circuits
Federal District Courts (various, including districts in Virginia, New York, and California)
Tribal Courts (various)

3. Applicants have never been subject to disciplinary proceedings while a member of the bar of any state or federal court.

4. Applicant Counsel have read and are familiar with the Local Rules of the United States District Court for the District of New Mexico.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15 day of June, 2011.

/s/
_____
CURTIS G. BERKEY (CA State Bar No. 195485)
Alexander, Berkey, Williams & Weathers LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Telephone:  (510) 548-7070
Facsimile:  (510) 548-7080
cberkey@abwwlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15 day of June, 2011.

/s/
_____
SCOTT W. WILLIAMS (CA State Bar No. 097966)
Alexander, Berkey, Williams & Weathers LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Telephone:  (510) 548-7070
Facsimile:  (510) 548-7080
swilliams@abwwlaw.com