IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, et al. State Engineer, | ) ) ) | No.  69cv07941-BB |
| Plaintiff | ) ) | |
| v | ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al. | ) ) | **Pueblo Claims Subproceeding 1** |
| Defendants. | ) ) | |

OHKAY OWINGEH'S ASSOCIATION OF
OUT-OF-STATE COUNSEL

Ohkay Owingeh, Subproceeding Complainant, through its undersigned counsel, hereby associates Curtis G. Berkey and Scott W. Williams, of the law firm Alexander, Berkey, Williams & Weathers LLP, as co-counsel in this litigation

Pursuant to Local Rule 83.3, the undersigned certifies that Mr. Berkey and Mr. Williams are members in good standing of the California State Bar (among other state and federal bars), having been admitted to practice in that state in 1998 and 1981, respectively.

New Attorney Contact Information:

    CURTIS G. BERKEY (California State Bar No. 195485)
    E-mail:  cberkey@abwwlaw.com
    SCOTT W. WILLIAMS (California State Bar No. 097966)
    E-mail:  swilliams@abwwlaw.com
    ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Telephone:  (510) 548-7070
    Facsimile:  (510) 548-7080

DATED: June 15, 2011

/s/
_____
Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico 87109
Telephone:  (505) 798-0114
Facsimile: (505) 884-8344
lbergen@nativeamerianlawyers.com

## Certificate of Electronic Service

I hereby certify that on June 15, 2011, I served a copy of this document electronically through the CM/ECF system.

/s/
_____
Lee Bergen

/s/
_____
Lee Bergen