IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Rio Brazos |
| Defendants. | |

## MOTION FOR APPROVAL OF FORM OF NOTICE AND ORDERS TO SHOW CAUSE

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, and pursuant to the June 6, 2011, *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System* (Doc. No. 10150), the States moves the Court to enter its order granting approval of the form of the notice and orders to show cause, and the form objection and response, attached hereto and described below, to be served on defendants with respect to the determination of priority dates and irrigation water requirements in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System:

Exhibit A:  Notice and Order to Show Cause to be served on individual subfile defendants. The defendants' names, addresses and other defendant-specific information will be added to the individual notice and orders submitted to the Court.

Exhibit B: Notice and Order to Show Cause to be served on community ditches or other named defendants without surface water irrigation rights in the Rio Brazos Subsection.  The names and

addresses of these defendants will be added to the individual notice and orders submitted to the Court.

Exhibit C: Notice and Order to Show Cause to be served on the United States of America.

Exhibit D: Notice and Order to Show Cause for publication.

Exhibit E: Form Objection and Response to Notice and Order to Show Cause.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order granting approval of the form of the notice and orders to show cause and the form objection and response attached hereto as Exhibits A through E.

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444 telephone

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __16th__ day of June, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

        /s/ Ed Newville
        EDWARD G. NEWVILLE