IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Rio Brazos |
| Defendants. | |

**OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE**

     I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System . I object to (check all that apply):

\_\_\_\_    The priority date proposed for my water right.

\_\_\_\_    The priority date proposed for any other water right.

        Please describe this water right or ditch _____

\_\_\_\_    The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

\_\_\_\_    The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

        Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): _____    Subfile No. _____

MAILING ADDRESS: _____

TELEPHONE NO.: _____

SIGNED: _____    DATE: _____

SEE REVERSE SIDE

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN SEPTEMBER 2, 2011 TO:**

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102