**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 BB
Re: Document #10152

Joe Maestas
General Deliver
Hernandez, NM 87537

RECEIVED
At Albuquerque NM
JUN 16 2011
MATTHEW J. DYKMAN
CLERK

NIXIE   871   5E  1        00  06/14/11
         RETURN TO SENDER
         INSUFFICIENT ADDRESS
         UNABLE TO FORWARD

BC: 87102227470        *0550-05979-09-34