*Vickie L. Gabin, Special Master*
United States District Court
106 South Federal Place
Santa Fe, NM 87501

June 17, 2011

     Re: <u>State v. Aragon</u>, 69cv07941, Rio Chama Adjudication, Rio Brazos Subsection, Section 7

Dear Water Rights Claimant:

     You are getting this letter, a Notice and Order to Show Cause, and a form Objection and Response to Notice and Order to Show Cause, because you have water rights in the Rio Brazos Subsection of the Rio Chama adjudication.  You have received either (a) a court order that describes the following elements of your water rights:   source, purpose of use, point of diversion, and the location and amount of irrigated acreage, and states further that the priority and amount of water are "reserved for future determination by court order entered July 25, 2000;" or (b) a final license issued by the State Engineer.

     It is now the time to determine the priority and amount of water of your water right.[1]  The enclosed Notice and Order to Show Cause, a document which the Court has approved, should be read carefully.   The purpose of this document is to describe the ditch-wide priority dates and area-wide irrigation water requirements that the State of New Mexico, *ex rel*. State Engineer ("State") has proposed for pre-1907 water rights in the Rio Brazos Subsection, as well as irrigation water requirements for lands irrigated under final licenses issued by the State Engineer after 1907.

     You have a right to come to court and object to these priority dates and irrigation water requirements being applied to your individual water right.   You also have a right at this time to object to the priority dates for other ditches.   After reading the enclosed Notice and Order to Show Cause, you must decide whether you agree with the State's proposed determination of:

     a.  the priority dates of your water right and ditch
     b.  the priority dates for other ditches,  and
     c.  the irrigation water requirements for all water rights.

     If you agree with the priority dates and irrigation water requirements as set out in the Notice and Order to Show Cause, you are not required to take any action.  However, if you disagree and wish to object to any of the proposed priority dates, including the priority date proposed for your water rights, or the priority date for the water rights of any other claimant, or the proposed irrigation water requirements for all water rights, you **MUST** file the enclosed Objection and Response to Notice and Order to Show Cause, at the following address:

---

[1] If your water right is <u>not</u> an irrigation water right, you may object <u>only</u> to the priority date and/or the irrigation water requirement of others' water rights as described in the attached Notice and Order to Show Cause.

United States District Court Clerk
Office of the Clerk, Suite 270
333 Lomas Blvd. N.W.
Albuquerque, NM 87102

To file the objection, you may either mail or hand-deliver the form to the Court.  However, it must be <u>received</u> by the Court Clerk no later than **September 2, 2011.**  You also must attend a mandatory scheduling and pretrial conference; you will receive a notice of the date, time and place of the mandatory conference after the date for the conference is set.

**This will be your only opportunity to object to the proposed priority date for your water rights, to the proposed priority date for any other claimant's water rights in the Rio Brazos Subsection, or to the proposed irrigation water requirements in the Rio Brazos Subsection.  If you fail to timely object and to attend the mandatory scheduling and pretrial conference you will not be able to raise any objections to these elements in the future.**

If you have any questions, please call or write:

| Edward G. Newville | or | John W. Utton |
|---|---|---|
| Special Assistant Attorney General | | Attorney for Associación de Acequias Norteñas |
| Office of the State Engineer | | de Rio Arriba |
| P.O. Box 25102 | | Sheehan, Sheehan & Stelzner PA |
| Santa Fe, NM 87504-5102 | | P.O. Box 271 |
| (505) 867-7444 telephone | | Albuquerque NM  87103-0271 |
| (505) 867-2299 facsimile | | (505) 699-1445 telephone |
| | | (505) 842-8890 facsimile |

Sincerely,

*Vickie L. Gabin*

Vickie L. Gabin
Special Master for the Rio Chama Adjudication