IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

 vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

Subfile No. CHNU-005-0002

## ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed May 31, 2011 (Docket No. 10,145) to correct a clerical error in the Consent Order filed March 24, 2006 (Docket No. 8186) in connection with defendant NAPOLEON L. ULIBARRI in subfile CHNU-005-0002.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the description of the location and amount of irrigated acreage in sub-parts (A) & (B) of the Consent Order filed March 24, 2006, in subfile CHNU-005-0002 is amended as follows:

 **A.** **IRRIGATED LANDS (Surface Water Only):**

  **Point of Diversion:**

   **Ditch:** Juan Ulibarri

   **Location: X** = 1,540,367 feet  **Y** = 2,025,099 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 22, Township 27N, Range 03E, N.M.P.M

|  |  |
|---|---|
| Pt. NE ¼ | 0.3 acres |

Section 23, Township 27N, Range 03E, N.M.P.M

|  |  |
|---|---|
| Pt. of Lot 3 and Pt. of Lot 4 | 18.4 acres |
| Pt. of Lot 3 and Pt. of Lot 4 | 6.8 acres |
| Within the Tierra Amarilla Grant | 1.0 acres |
| Total | 26.5 acres |

As shown on the attached revised Hydrographic survey Map for Subfile No. CHNU-005-0002.

**B.    IRRIGATED LANDS (Surface Water Only):**

**Point of Diversion:**

**Ditch:** Solomon Ulibarri

**Location: X** = 1,541,195 feet      **Y** = 2,025,595 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 23, Township 27N, Range 03E, N.M.P.M

|  |  |
|---|---|
| Pt. of Lot 3 and Pt. of Lot 4 | 2.6 acres |
| Within the Tierra Amarilla Grant | 2.4 acres |
| Within the Tierra Amarilla Grant | 0.3 acres |
| Total | 5.3 acres |

As shown on the attached revised Hydrographic survey Map for Subfile No. CHNU-

005-0002.

FURTHER, the attached revised hydrographic survey subfile map dated April 18, 2011, is substituted for the map attached to the Consent Order filed March 24, 2006 (Docket No. 8186).

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

Special Master Vickie L. Gabin

-3-