**OF THE RIO CHAMA STREAM SYSTEM**