IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) ) | |
| Plaintiff, | ) | 69cv07941-BB |
| vs. | ) | RIO CHAMA STREAM SYSTEM |
| | ) | |
| ROMAN ARAGON, *et al.,* Defendants. | ) ) | Section 3, Rio Nutrias |

## *INTER SE* OBJECTION TO SURFACE WATER IRRIGATION RIGHTS

The person or entity named below files this *inter se* objection to the surface water irrigation rights described in the Addendum to the Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System.

**PLEASE TYPE OR PRINT:**

FULL NAME & MAILING ADDRESS    _____

_____


DESCRIPTION OF YOUR OWN WATER RIGHTS IN THE RIO NUTRIAS SUBSECTION  _____

_____


**WATER RIGHTS TO WHICH YOU OBJECT:** (additional forms may be used if necessary)

SUBFILE NUMBER    _____

DEFENDANT/OWNER    _____

BASIS OF OBJECTION    _____

_____


I understand that I (or my attorney) must attend a mandatory scheduling and pretrial conference to held at a time and place to be announced. Further procedures for hearing *inter se* objections will be determined at the conference.

Signed: _____    Dated: _____

**This notice must filed with the Court, either in person or by mail to be received by the Court, no later than December 15, 2011, at the following address: United States District Court, 333 Lomas Blvd. NW, Suite 270, Albuquerque NM 87102.**