IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) | |
| Plaintiff, | ) ) | 69cv07941-BB |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* Defendants. | ) ) | Section 3, Rio Nutrias |

## NOTICE OF INTENT TO PARTICIPATE IN *INTER SE* PROCEEDINGS

The party named below claims water rights in the Rio Nutrias Subsection and intends to participate in the resolution of *inter se* objections to the provisions of the proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System.
**PLEASE TYPE OR PRINT:**

FULL NAME OF PARTY _____

MAILING ADDRESS _____

_____

TELEPHONE NUMBER _____

PLEASE LIST THE OBJECTIONS FOR WHICH YOU INTEND TO PARTICIPATE:
(additional forms may be filed with the Court if necessary)

OBJECTION(S) FILED BY _____

_____

SUBFILE NUMBER(S) _____

_____

I understand that I (or my attorney) must attend a mandatory scheduling and pretrial conference to held at a time and place to be announced in order to be allowed to participate in the resolution of *inter se* objections.

Signed: _____  Dated: _____

**This notice must filed with the Court, either in person or by mail to be received by the Court, no later than March 15, 2012 at the following address: United States District Court, 333 Lomas Blvd. NW, Suite 270, Albuquerque NM 87102.**