IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

## NOTICE OF ERRATA

The Plaintiff State of New Mexico, *ex rel.* State Engineer gives notice of the following error in the filing of the July 27, 2011, *Motion to Establish Procedures for Entry of the Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection, of Section 3 of the Rio Chama Stream System* (Doc. 10172). Exhibit 3 attached to the Motion was not correctly filed. A correct and complete copy of the Exhibit (*Notice (mailed) of Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System*) is attached hereto.

Dated: June 27, 2011

                                            Respectfully submitted,

                                            /s/ Ed Newville
                                          EDWARD G. NEWVILLE
                                          Special Assistant Attorney General
                                          Office of State Engineer
                                          P.O. Box 25102
                                          Santa Fe, NM 87504-5102
                                          (505) 867-7444 telephone
                                          (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___27th___ day of June 2010, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                                     /s/ Ed Newville
                                                                    EDWARD G. NEWVILLE