IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Rio Brazos

Subfile No. CHBR-004-0032

## ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed May 31, 2011 (Docket No. 10,146) to correct a clerical error in the Consent Order filed December 12, 2003 (Docket No. 7354) in connection with defendant JACOB MARTINEZ in subfile CHBR-004-0032.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the attached revised hydrographic survey subfile map dated February 22, 2011, is substituted for the map attached to the Consent Order filed December 12, 2003 (Docket No. 7354).

                                                  /s/ Bruce D. Black
                                                  BRUCE D. BLACK
                                                  UNITED STATES DISTRICT JUDGE

Recommended for Approval:

_Vickie L. Gabin_

_____
Special Master Vickie L. Gabin