IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

 vs.

ROMAN ARAGON, *et al.,*

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-004-0049

### ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed June 21, 2011 (Docket No. 10,166) to correct a clerical error in the Consent Order filed January 25, 2002 (Docket No. 6507) in connection with defendant GOMISINDO VELASQUEZ in subfile CHCJ-004-0049.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the description of the water rights for the lands described in the Consent Order filed January 25, 2002 (Docket No. 6507) in subfile CHCJ-004-0049 is amended as follows:

 **A.** **IRRIGATED LANDS (Surface Water Only):**

  **Office of the State Engineer Files No(s)** 0611

  **Priority:** Reserved for future determination by court order entered July 25, 2000.

  **Source of Water:** Surface Waters of Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** EL LLANO DITCH

**Location:** **X** = 1,593,224 feet   **Y** = 2,003,235 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

<u>Section 19, Township 26N, Range 05E, N.M.P.M</u>

| | |
|---|---|
| Pt. NE ¼ | 1.3 acres |
| Total | 1.3 acres |

As shown on the attached revised Hydrographic survey Map for Subfile No. CHCJ-004-0049.

FURTHER, the hydrographic survey map dated October 29, 2001, attached to the Consent Order filed January 25, 2002 (Docket No. 6507) is correct as drafted, and a copy of that map is attached hereto.

*Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

*Vickie L. Gabin*
Special Master Vickie L. Gabin

-2-