IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

Subfile No. CHNU-002-0005C

### ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR

THIS MATTER is before the Court on the motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer filed May 31, 2011 (Docket No. 10,144) to correct a clerical error in the Consent Order filed December 12, 2005 (Docket No. 8080) in connection with defendant CHRIS E. TAFOYA in subfile CHNU-002-0005C.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the ditch, source of water and point of diversion for the irrigated lands (0.5 acres) in sub-part (B) of the Consent Order filed December 12, 2005 (Docket No. 8080) is corrected as follows:

    B.    **IRRIGATED LANDS (Surface Water Only):**

        **Source of Water:** Surface Water of the Rio Nutrias, a tributary of the Chama River.

        **Point of Diversion:**

            **Ditch:** Esquibel

**Location: X** = 1,573,634 feet      **Y** = 2,037,817 feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

_____
Special Master Vickie L. Gabin