IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO. *ex rel.*
State Engineer

              Plaintiff,

vs.

ROMAN ARAGON. *et al.*,

              Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## NOTICE AND ORDER TO SHOW CAUSE

To:    Los Ojos Mutual Domestic Water Consumers Association
        c/o Tomas A. Casados
        P.O. Box 168
        Los Ojos, NM 87551

**Priority Dates:**

You are hereby notified that the Court has entered an order requiring you to file an objection

with the Court if you disagree with the State's proposed determination of the priority dates for any

of the pre-1907 community or private ditches in the Rio Brazos Subsection of Section 7 ("Brazos

Subsection"), including the priority date of any individual irrigation water rights under those ditches,

as described below:

| DITCH | PRIORITY DATE |
|---|---|
| Parkview Ditch | 1861 |
| Ensenada Ditch | 1861 |
| Porvenir Ditch | 1894 |
| Los Brazos Community Ditch | 1861 |
| Ojitos Ditch | 1861 |

| | |
|---|---|
| Martinez Ditch | 1861 |
| Brazito Ditch Lateral | 1861 |
| La Puente Ditch | 1861 |
| Acequia de las Tres Plumas | 1880 |

These priority dates described above will apply to all individual irrigation water rights served by the ditches listed, unless you or other parties file objections. The priority dates for ditches listed above will also apply to a spring that serves as a source of water for irrigators under those ditches, and which is described on individual subfile orders filed with the Court.

You are hereby notified that you are required to file an objection with the Court if you disagree with the State's proposed determination of the ditch-wide priority dates for lands in the Brazos Subsection that are irrigated under final licenses issued by the Office of the State Engineer, as described below:

| DITCH | OSE LICENSE | PRIORITY DATE |
|---|---|---|
| Chavez Creek Ditch No. 2 | No. 965 | February 19, 1915 |
| Rice Ditch | No. 2059 | March 25, 1935 |
| Phil Corkin Infiltration Gallery | No. 2541 | October 22, 1945 |

You are hereby notified that you are required to file an objection with the Court if you disagree with the State's proposed determination of the priority dates for the water rights of the following defendants under the Chavez Creek Ditch in the Brazos Subsection, as described below.

| DEFENDANTS | DITCH | PRIORITY DATE |
|---|---|---|
| CHRB-004-0049A<br>Tony Casados, Sr.<br>& Sons Partnership | Chavez Creek Ditch | 1892 |
| CHRB-003-0001<br>Debbie L. Garcia<br>Anthony T. Garcia | Chavez Creek Ditch | 1894 |

J. Patrick Garcia
Munira K. Garcia
J. Placido Garcia, Jr.

CHRB-003-0002            Chavez Creek Ditch            1894
Alvin Eversgerd
Belva Eversgerd

**Irrigation Water Requirements:**

You are hereby notified that the Court has entered an order requiring you to file an objection

with the Court if you disagree with the State's proposed determination of the irrigation water

requirements for surface water irrigation use under pre-1907 ditches located in the Brazos

Subsection, as described below:

a.      The weighted consumptive irrigation requirement (CIR) is 1.11 acre-feet per acre per

        annum.

b.      The farm delivery requirement (FDR) is 2.78 acre-feet per acre per annum.

c.      The project diversion requirement (PDR) is 4.63 acre-feet per acre per annum.

The ditches in the Brazos Subsection to which the above amounts apply are all of the ditches

identified above with the exception of Chavez Creek No. 2 and the Rice Ditch.

You are hereby notified that you are required to file an objection with the Court if you

disagree with the State's proposed determination of the irrigation water requirements for surface

water irrigation use on lands in the Brazos Subsection that are irrigated under final licenses issued

by the Office of the State Engineer, as described below:

Chavez Creek No. 2:

a.      The weighted consumptive irrigation requirement (CIR) is 1.11 acre-feet per

        acre per annum.

  b.  The farm delivery requirement (FDR) is 1.34 acre-feet per acre per annum.

  c.  The project diversion requirement (PDR) is 2.23 acre-feet per acre per annum.

Rice Ditch:

  a.  The weighted consumptive irrigation requirement (CIR) is 1.11 acre-feet per acre per annum.

  b.  The farm delivery requirement (FDR) is 1.51 acre-feet per acre per annum.

  c.  The project diversion requirement (PDR) is 2.52 acre-feet per acre per annum.

Phil Corkin Infiltration Gallery:

  a.  The weighted consumptive irrigation requirement (CIR) is 1.11 acre-feet per acre per annum.

  b.  The farm delivery requirement (FDR) is 1.50 acre-feet per acre per annum.

  c.  The project diversion requirement (PDR) is 2.50 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set

forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons, you will be notified of the objections and may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes the elements of the water rights for surface water irrigation use in the Brazos Subsection as described above. If you disagree, you must follow the instructions below.

In the absence of any objections, you will have no other opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Brazos Subsection, and subsequent *inter se* proceedings in the Brazos Subsection will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in the Brazos Subsection as stated above, you must file a written objection with the Court. You must file your objection, if any, with the Federal District Court, in person or by mail **FOR RECEIPT NO LATER THAN SEPTEMBER 2, 2011.**

> United States District Court Clerk
> 333 Lomas Blvd. NW, Suite 270
> Albuquerque, NM 87102

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_/electronic signature/_
VICKIE L. GABIN
SPECIAL MASTER