IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,

    v.                                         69cv07941 BB
                                                      Rio Chama Adjudication

ROMAN ARAGON, *et al.*,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Motion for Admission *Pro Hac Vice* (Doc. No. 10160, filed June 15, 2011).

Applicants Lee Bergen and Earl Mettler move the Court to grant the admission of Curtis G. Berkey and Scott W. Williams to the bar of this Court *pro hac vice* to represent Ohkay Owingeh. The Applicants certify that Mr. Berkey and Mr. Williams are members in good standing of the Bar of the State of California and are associated with the Applicants, both of whom are admitted to practice in this Court. The Court will **GRANT** the Motion. *See* D.N.M.LR-Civ. 83.3 (non-member attorney must associate with a member of the Federal Bar who must certify that the non-member attorney is a member in good standing of the bar of a state; "The Federal Bar member must . . . accept service, and continue in the action unless another Federal Bar member is substituted").

    **IT IS SO ORDERED.**

                                                                 **BRUCE D. BLACK**
                                                                  **CHIEF UNITED STATES DISTRICT JUDGE**