IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB |
| vs. | RIO CHAMA STREAM SYSTEM Section 3: Rio Nutrias |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | Subfile No. CHNU-003-0003 |

### NOTICE OF ERRATA

The Plaintiff State of New Mexico, *ex rel.* State Engineer gives notice of the following error in the Consent Order listed below:

CHNU-003-0003    Consent Order filed October 29, 2001    Doc. No. 6395

In the Consent Order listed above, the 1/4 section information for the location of the described tract (16.2 acres, No Right) was omitted from the order. The 16.2 acre tract is located in the NW 1/4 of Section 22, Township 27N, Range 04 East, N.M.P.M.

Dated: July 6, 2011

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___6th___ day of July, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Donald Thomas Martinez
P.O. Box 187
Los Ojos, NM 87551