IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) ) | 69cv07941-BB-LFG |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | Sections 3 & 7 |
| Defendants. | ) ) | |

## **ENTRY OF APPEARANCE**

The law firm of Sheehan & Sheehan, P.A. (John W. Utton) attorneys for Associación de Acéquias Norteñas de Rio Arriba together with the member acéquias that comprise it (the Acéquias Norteñas) hereby enters its appearance on behalf of six additional member acéquias that have joined the Acéquias Norteñas since the original entry of appearance filed on May 6, 1996 (Doc. 5393), as follows: Acéquia de Pinaavetal, Acéquia del Llano, Cebolla Acéquia Madre, and El Brazito and Lateral Acéquia.  Appearance is limited to the adjudication proceedings before this Court on behalf of the individual ditches listed on the Attachment to this Entry of Appearance. Copies of all future pleadings, orders and notices in this matter should be sent to John W. Utton, Esq., Sheehan & Sheehan, P.A., P.O. Box 271, Albuquerque, NM 87103, Phone: (505) 247-0411, Fax: (505) 842-8890, email: jwu@SheehanSheehan.com.

Respectfully Submitted,

SHEEHAN & SHEEHAN, P.A.
Attorneys for Acéquias Norteñas
40 First Plaza, N.W., Suite 740 (87102)
Post Office Box 271
Albuquerque, New Mexico  87103
(505) 247-0411

*Electronically Filed*

BY:   /s/ John W. Utton, Esq.
         JOHN W. UTTON

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of July 2011, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

/s/ *John W. Utton*
JOHN W. UTTON

# **ATTACHMENT**

Associación de Acéquias Norteñas de Rio Arriba and its member acéquias:

        Acéquia de La Otra Banda
        Acéquia de Los Brazos
        Acéquia de Pinaavetal
        Acéquia de Tierra Amarilla
        Acéquia del Bordo
        Acéquia del Llano
        Acéquia del Porvenir
        Barranco Community Ditch
        Cañones Arriba Ditch #1
        Cebolla Acéquia Madre
        El Brazito and Lateral Acéquia
        Esenada Community Ditch
        La Puente Community Ditch
        Parkview Community Ditch (Los Ojos)
        Plaza Blanca Community