IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. 69cv07941-BB/LFG |
| | ) ) | Rio Chama Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | Pueblo Claims Subproceeding 1 |
| Defendants. | ) ) ) | |

## NOTICE OF COMPLETION RE: UNITED STATES' MOTION TO AMEND SCHEDULING ORDER ON PUEBLO CLAIMS

Pursuant to D.N.M.LR-Civ. 7.4(e), the Plaintiff United States of America ("United States") hereby certifies that the June 22, 2011 *United States' Motion To Amend Scheduling Order On Pueblo Claims* (No. 10168) is ready for decision. No response in opposition to the motion was filed.

The United States previously submitted to the Special Master a proposed form of order granting the motion and is prepared to resubmit the proposed order to the Court upon request.

Electronically Filed

/s/Bradley S. Bridgewater
_____
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
(303) 844-1359

COUNSEL FOR THE UNITED STATES

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 8, 2011, I filed the foregoing *Notice Of Completion Re: United States' Motion To Amend Scheduling Order On Pueblo Claims* electronically through the CM/ECF system, which caused CM/ECF Participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

_____/s/_____
Bradley S. Bridgewater