IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, ) | | |
| ) | | |
| Plaintiff, ) | No. 69cv07941-BB/LFG | |
| ) | | |
| ) | Rio Chama Stream System | |
| ) | | |
| ROMAN ARAGON, *et al.*, ) | Pueblo Claims Subproceeding 1 | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

### NOTICE OF BRIEFING COMPLETE RE: [10167] MOTION TO AMEND SPECIAL MASTER REPORT RECOMMENDING FURTHER PROCEEDINGS

Pursuant to D.N.M.LR-Civ. 7.4(e), the Plaintiff United States of America ("United States") hereby certifies that the United States' June 22, 2011 *Motion To Amend Special Master Report Recommending Further Proceedings* (No. 10167) is ready for decision.  No response in opposition to the motion was filed.

Electronically Filed

/s/Bradley S. Bridgewater
_____
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
(303) 844-1359

COUNSEL FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that, on July 8, 2011, I filed the foregoing *Notice of Briefing Complete Re: [10167] Motion To Amend Special Master Report Recommending Further Proceedings* electronically through the CM/ECF system, which caused CM/ECF Participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

        _____/s/_____
        Bradley S. Bridgewater