IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB -LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rio Brazos |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that pursuant to the June 3, 2011, *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System* (Docket No. 10150), on July 12, 2011, I mailed to each of the persons or entities listed below:

United States of America
David W. Gehlert, Esq.
United States Department of Justice
Environmental and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294

Associación de Acéquias Norteñas de Rio Arriba
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

Acequia de los Brazos
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271

Albuquerque, NM 87103-0271

El Brazito & Ditch Lateral
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

Acequia del Porvenir
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

Parkview Community Ditch
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

La Puente Community Ditch
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

Ensenada Community Ditch
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

and to each of the defendants in the Rio Brazos Subsection listed on the attached pages numbered 1 through 13, the Court's *Notice and Order to Show Cause* in connection with the determination of priority dates and irrigation water requirements in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System.

                /s/ Vina Gallegos
                VINA GALLEGOS
                Litigation and Adjudication Program

        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 827-6150

I HEREBY CERTIFY that on the  13th  day of July, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

        /s/ Ed Newville
        EDWARD G.  NEWVILLE