| | | |
|---|---|---|
| **Subfile No.: CHRB-001-0001**<br>CORKIN'S LODGE<br>c/o THOMAS MELK<br>216 WEST CHICAGO AVE.<br>CHICAGO, IL 60610 | **Subfile No.: CHRB-001-0002**<br>BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOC. INC.<br>1521 CERRO VISTA RD., SW<br>ALBUQUERQUE, NM 87105 | **Subfile No.: CHRB-002-0001**<br>JOE AND ROSINA GARCIA REVOC. TRUST<br>c/o JOSEPH O. GARCIA<br>P.O. BOX 90398<br>ALBUQUERQUE, NM 87199 |
| **Subfile No.: CHRB-003-0001**<br>J. PLACIDO GARCIA JR.<br>MUNIRA K. GARCIA<br>5809 ROYAL OAK RD., NE<br>ALBUQUERQUE, NM 87111 | **Subfile No.: CHRB-003-0001**<br>J. PATRICK GARCIA<br>2896 TRAMWAY PLACE NE<br>ALBUQUERQUE, NM 87111 | **Subfile No.: CHRB-003-0001**<br>ANTHONY T. GARCIA<br>DEBBIE L. GARCIA<br>5300 CANYON BLUFF TRAIL NE<br>ALBUQUERQUE, NM 87111 |
| **Subfile No.: CHRB-003-0002**<br>ALVIN EVERSGERD<br>BELVA EVERSGERD<br>HC 75 BOX 161<br>CHAMA, NM 87520 | **Subfile No.: CHRB-003-0003**<br>RITA MADRID<br>4817 SHALLOW CREEK DR. NE<br>KENNESAW, GA 30144 | **Subfile No.: CHRB-003-0003**<br>CARLA A. VIGIL<br>P.O. BOX 79<br>DULCE, NM 87528 |
| **Subfile No.: CHRB-003-0003**<br>CAROLE GOMEZ<br>P.O. BOX 811<br>DULCE, NM 87528 | **Subfile No.: CHRB-003-0003**<br>MICHAEL GOMEZ<br>P.O. BOX 93<br>LUMBERTON, NM 87528 | **Subfile No.: CHRB-003-0004**<br>CHARLIE S. VANCE<br>LORRAINE T. VANCE<br>P.O. BOX 293<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHRB-003-0005**<br>JOSE MARIA MARTINEZ JR.<br>88 N. PASEO DE ANGEL<br>SANTA FE, NM 87507 | **Subfile No.: CHRB-003-0006**<br>JUSTINIANO A. VALDEZ<br>P.O. BOX 41<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-003-0007A**<br>JOE B. VALDEZ<br>P.O. BOX 632<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHRB-003-0007B**<br>ABEL VALDEZ<br>PRESCILLA VALDEZ<br>BOX 2383<br>BERNALILLO, NM 87004 | **Subfile No.: CHRB-003-0007C**<br>MARGARITA V. ATENCIO<br>SILVIANO ATENCIO<br>P.O. BOX 302<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-003-0008A**<br>JOSE MARIA MARTINEZ JR.<br>88 N. PASEO DE ANGEL<br>SANTA FE, NM 87507 |
| **Subfile No.: CHRB-003-0008B**<br>OLIVIA M. CORDOVA<br>P.O. BOX 68<br>TIERRA AMARILLA, NM 87575-0068 | **Subfile No.: CHRB-003-0009**<br>HAROLD M. GALLEGOS<br>P.O. BOX 142<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-003-0010**<br>GLORIA C. VALDEZ<br>P.O. BOX 56<br>LOS OJOS, NM 87551 |
| **Subfile No.: CHRB-003-0010**<br>THERESA VALDEZ<br>P.O. BOX 782<br>CUBA, NM 87013 | **Subfile No.: CHRB-003-0010**<br>MANUEL F. VALDEZ<br>P.O. BOX 87<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-003-0011A**<br>FRANK A. GALLEGOS<br>MARY F. GALLEGOS<br>P.O. BOX 97<br>LOS OJOS, NM 87551 |
| **Subfile No.: CHRB-003-0011B**<br>FRANK A. GALLEGOS<br>MARY F. GALLEGOS<br>P.O. BOX 97<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-003-0011C**<br>FRANK A. GALLEGOS<br>MARY F. GALLEGOS<br>P.O. BOX 97<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-003-0012**<br>BIDAL A. CANDELARIA<br>CONSUELO J. CANDELARIA<br>P.O. BOX 182<br>LOS OJOS, NM 87551 |
| **Subfile No.: CHRB-003-0013**<br>ESTEFANITA ABEYTA MARTINEZ<br>P.O. BOX 212<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-003-0014**<br>LILY BATEMAN<br>P.O. BOX 263<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-003-0015**<br>ELVIRIA S. ABEYTA<br>JOSE M. ABEYTA<br>P.O. BOX 102<br>LOS OJOS, NM 87551 |

Subfile No.:  CHRB-003-0016
DEBRA PATRICIA MARTINEZ
c/o JOE & CORDY MARTINEZ
P.O. BOX 45
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0017A
JOSE DAMIAN ETURRIAGA
P.O. BOX 57
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0017B
JOHN P. ZAMORA
MARIA DE LA LUZ ZAMORA
P.O. BOX 252
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0018
ELVIRIA S. ABEYTA
JOSE M. ABEYTA
P.O. BOX 102
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0019
SANCHEZ FAMILY TRUST
c/o MIGUEL R. SANCHEZ
P.O. BOX 131
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0020
MIGUEL ANTONIO SALAZAR
20298 E. POWERS PLACE
AURORA, CO  80015

Subfile No.:  CHRB-003-0021
RUBY ABEYTA
P.O. BOX 121
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0023
JOSE A. SANCHEZ
PAULINE SANCHEZ
P.O. BOX 8
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0024
JOE PINO
JUANITA PINO
P.O. BOX 35
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0025
CODLING FAMILY TRUST
c/o CONSUELO S. CODLING
P.O. BOX 443
CHAMA, NM  87520

Subfile No.:  CHRB-003-0026
NATIVIDAD CHAVEZ RANCH
PROPERTIES, LLC
c/o CLEO C. SANCHEZ
P.O. BOX 131
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0027
LA ASOCIACION DE AGUA DE LOS
BRAZOS
c/o MEDARDO SANCHEZ JR.
P.O. BOX 96
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0028
MEDARDO SANCHEZ
P.O. BOX 96
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0029
EPIMENIA B. GALLEGOS
P.O. BOX 93
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0030
BIDAL A. CANDELARIA
CONSUELO J. CANDELARIA
P.O. BOX 182
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0031
CLEO B. VALDEZ
CRYSTAL H. VALDEZ
ROXANNE H. VALDEZ
P.O. BOX 87
LOS OJOS, NM  87551

Subfile No.:  CHRB-003-0032
RITA TRUJILLO
P.O. BOX 73
LOS OJOS, NM  87551

Subfile No.:  CHRB-004-0001
VELASQUEZ, INC.
c/o STEVE POLACO
P.O. BOX 205
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0001A
VELASQUEZ, INC.
c/o STEVE POLACO
P.O. BOX 205
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0002
JOSE B. ROYBAL LIVING TRUST
c/o FRED DELGADO, POA
P.O. BOX 238
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0003A
HOPE R. ROYBAL
JOSEPH G. ROYBAL
15 THISTLE LANE
SANTA FE, NM  87506

Subfile No.:  CHRB-004-0003B
MARGARET ROYBALL
JOSEPH DAVID SANCHEZ
2521 SO. ZINNIA WAY
LAKEWOOD, CO  80228

Subfile No.:  CHRB-004-0003C
MARCIA SUE VIGIL
RUDY GILBERT VIGIL
29-A CAMINO MONTOYA
SANTA FE, NM  87507

Subfile No.:  CHRB-004-0004A
EDDIE MARTINEZ
P.O. BOX 3463
FAIRVIEW, NM  87533

Subfile No.:  CHRB-004-0004B
CHRIS R. MARTINEZ
P.O. BOX 271
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0004C
ROSEANN GALLEGOS
P.O. BOX 859
SANTA CRUZ, NM  87567

Subfile No.:  CHRB-004-0004D
PAULINE BUSTOS
P.O. BOX 46
SANTA CRUZ, NM  87567

Subfile No.:  CHRB-004-0004E
GLORIA MARTINEZ
P.O. BOX 933
CHAMA, NM  87520

Subfile No.:  CHRB-004-0005
MARIA ELENA GOMEZ
THEODORE GONZALES
4175 CRESTWOOD STREET
FREEMONT, CA  94538

Subfile No.:  CHRB-004-0006
EUGENE B. FOOTE
MARY V. FOOTE
P.O. BOX 434
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0007A
ROY C. LOPEZ
1735 AGUA FRIA ST.
SANTA FE, NM  87505

Subfile No.:  CHRB-004-0007B
DAVID F. BACA
1715 AGUA FRIA ST.
SANTA FE, NM  87505

Subfile No.:  CHRB-004-0007C
DAVID F. BACA
1715 AGUA FRIA ST.
SANTA FE, NM  87505

Subfile No.:  CHRB-004-0007D
GLORIA F. BACA
1715 AGUA FRIA ST.
SANTA FE, NM  87505

Subfile No.:  CHRB-004-0008
DON DELL MULDER
5415 MURCHISON SW
ALBUQUERQUE, NM  87121

Subfile No.:  CHRB-004-0010
BERNABE MADRID
P.O. BOX 41
LOS OJOS, NM  87551

Subfile No.:  CHRB-004-0010
CAROLINE MADRID
1285 SOARING EAGLE DR.
COLORADO SPRINGS, CO  80915

Subfile No.:  CHRB-004-0011
LARRY MARTINEZ
4752 E. ST. CATHERINE
PHOENIX, AZ  85040

Subfile No.:  CHRB-004-0012
OLIVIA J. CORDOVA
TOMAS R. CORDOVA
P.O. BOX 68
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0013
AMELIA MONTANO
VICENTE MONTANO
P.O. BOX 32
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0014
ANTHONY R. MARTINEZ
P.O. BOX 43
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0015
JOE I. VALDEZ
TIVE VALDEZ
P.O. BOX 454
ESPAÑOLA, NM  87532

Subfile No.:  CHRB-004-0016
MARIA F. GALLEGOS
4750 S. 3685 WEST
SALT LAKE CITY, UT  84118

Subfile No.:  CHRB-004-0017
CHARLES MAHLON MURPHY
P.O. BOX 804
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0018A
CLYDE C. CORDOVA
CYNTHIA A. CORDOVA
6716 VENTANA HILLS RD., NW
ALBUQUERQUE, NM  87114

Subfile No.:  CHRB-004-0018B
GEORGIA M. CORDOVA
PAUL M. CORDOVA
2332 EAST 12TH ST.
FARMINGTON, NM  87401

Subfile No.:  CHRB-004-0018C
ASHLEY D. CORDOVA
HAZEL ANN CORDOVA
c/o NELDA CORDOVA
P.O. BOX 72
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0019
ANGELINA SANCHEZ
ELOY SANCHEZ
716 TYLER ROAD, NE
ALBUQUERQUE, NM  87113

Subfile No.:  CHRB-004-0020
ALBERT M. MARTINEZ
GLORIA MARTINEZ
330 CHARING CROSS LOOP
BERNALILLO, NM  87004

Subfile No.:  CHRB-004-0021
ORLANDO MARTINEZ
SOCORRO MARTINEZ
P.O. BOX 111
LOS OJOS, NM  87551

Subfile No.:  CHRB-004-0022
DONALD P. CORDOVA
NELDA CORDOVA
P.O. BOX 72
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0023
TITO JARAMILLO
P.O. BOX 275
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0024
KAREL FORDYCE
HC 75, BOX 22
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0025
LUIS E. MARTINEZ
REBECCA MARTINEZ
P.O. BOX 813
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0026
AGAPITO "PETE" MAESTAS
P.O. BOX 403
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0027A
GEORGE A. VALDEZ
OLIVIA M. VALDEZ
P.O. BOX 187
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0027B
GEORGE A. VALDEZ
OLIVIA M. VALDEZ
P.O. BOX 187
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0028
MIGUEL VALDEZ
P.O. BOX 62
TIERRA AMARILLA, NM  87575

Subfile No.:  CHRB-004-0029
BEN R. CORDOVA
MONICA A. CORDOVA
P.O. BOX 59
LOS OJOS, NM  87551

Subfile No.:  CHRB-004-0030
LOUIS R. JARAMILLO
#150 SR-399
ESPAÑOLA, NM  87532

| | | |
|---|---|---|
| **Subfile No.: CHRB-004-0031**<br>JAMES P. CORDOVA<br>#23, CR 3181<br>AZTEC, NM 87410 | **Subfile No.: CHRB-004-0032**<br>JACOB MARTINEZ<br>P.O. BOX 114<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0033**<br>GERALDINE VALENCIA<br>LARRY VALENCIA<br>2625 SOUTH ZURICH COURT<br>DENVER, CO 80219 |
| **Subfile No.: CHRB-004-0034**<br>JOE L. MARTINEZ<br>MARY IDA B. MARTINEZ<br>2443 DEL NORTE, SW<br>ALBUQUERQUE, NM 87105 | **Subfile No.: CHRB-004-0035**<br>BEN R. CORDOVA<br>MONICA A. CORDOVA<br>P.O. BOX 59<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-004-0036**<br>MARGARET M. VALERIO<br>P.O. BOX 46<br>TOOELE, UT 87074 |
| **Subfile No.: CHRB-004-0037**<br>RAYMOND L. MARTINEZ<br>ROSE MARTINEZ<br>P.O. BOX 301<br>BERNALILLO, NM 87004 | **Subfile No.: CHRB-004-0038**<br>CASADOS PARTNERSHIP<br>c/o PEDRO E. CASADOS<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0039**<br>ERNESTINE GARCIA<br>PETE GARCIA<br>PETER GARCIA JR.<br>P.O. BOX 123<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHRB-004-0040A**<br>GUMERCINDO F.C. DURAN<br>HC 75, BOX 20<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0040B**<br>MIKAEL SAUNDERS<br>P.O. BOX 1457<br>MAGDALENA, NM 87825 | **Subfile No.: CHRB-004-0041**<br>TIRA L. OUELLETE<br>356 32ND ST.<br>OGDEN, UT 84401 |
| **Subfile No.: CHRB-004-0042**<br>CHRIS MARTINEZ<br>ROBERTO MARTINEZ<br>P.O. BOX 271<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0043**<br>CHRIS R. MARTINEZ<br>LAVERNE MARTINEZ<br>P.O. BOX 271<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0044**<br>FRANK R. MARTINEZ<br>ROSA D. MARTINEZ<br>822 WEST 600 SOUTH<br>SALT LAKE CITY, UT 84104 |
| **Subfile No.: CHRB-004-0045**<br>HENRY ULIBARRI<br>MABEL C. ULIBARRI<br>P.O. BOX 429<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0045**<br>D. MARIO CHAVEZ<br>EMILY ULIBARRI CHAVEZ<br>NO. 110 ROAD 3000<br>AZTEC, NM 87410 | **Subfile No.: CHRB-004-0046**<br>ALICE MARTINEZ<br>MANUEL G. MARTINEZ JR.<br>P.O. BOX 465<br>BELEN, NM 87002 |
| **Subfile No.: CHRB-004-0047**<br>ROSE ELLEN MARQUEZ MANNING<br>2083 PLACITA DE VIDA<br>SANTA FE, NM 87505 | **Subfile No.: CHRB-004-0048**<br>ANDREWS LIVING TRUST<br>c/o J. LANCE ANDREWS<br>P.O. BOX 97<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0049A**<br>TONY CASADOS, SR. & SONS, PRTNRSHP.<br>c/o TONY CASADOS JR.<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHRB-004-0049B**<br>TONY CASADOS, SR. & SONS, PRTNRSHP.<br>c/o TONY CASADOS JR.<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0049C**<br>TONY CASADOS, SR. & SONS, PRTNRSHP.<br>c/o TONY CASADOS JR.<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0049D**<br>TONY CASADOS, SR. & SONS, PRTNRSHP.<br>c/o TONY CASADOS JR.<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHRB-004-0050**<br>NANCY BELL<br>HC 75, BOX 29<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-004-0051**<br>ROBERT A. MARTINEZ<br>ROSE M. MARTINEZ<br>P.O. BOX 28<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-004-0052**<br>MICHAEL FONTE<br>BERTA J. ROMERO<br>8 BELMONT CT.<br>SILVER SPRING, MD 20910 |
| **Subfile No.: CHRB-004-0053A**<br>LOUISA MARTINEZ<br>RT. 1, BOX 27<br>SANTA CRUZ, NM 87567 | **Subfile No.: CHRB-004-0053B**<br>LILLIANA R. MARTINEZ<br>HCR 77, BOX 3-1/2<br>OJO CALIENTE, NM 87549 | **Subfile No.: CHRB-004-0054**<br>FRANK A. MAESTAS<br>LUCY P. MAESTAS<br>515 MIDDLE SAN PEDRO RD.<br>ESPAÑOLA, NM 87532 |

| | | |
|---|---|---|
| **Subfile No.: CHRB-004-0055A**<br>MANUEL D. TRUJILLO<br>MARCELLA DOREEN BURBANK TRUJILLO<br>HC 75 BOX 23<br>TIERRA AMARILLA, NM  87575 | **Subfile No.: CHRB-004-0055B**<br>MANUEL D. TRUJILLO<br>MARCELLA DOREEN BURBANK TRUJILLO<br>HC 75 BOX 23<br>TIERRA AMARILLA, NM  87575 | **Subfile No.: CHRB-004-0056**<br>ACENCION LABRIER<br>HC 75 BOX 24<br>TIERRA AMARILLA, NM  87575 |
| **Subfile No.: CHRB-004-0056A**<br>ACENCION LABRIER<br>HC 75 BOX 24<br>TIERRA AMARILLA, NM  87575 | **Subfile No.: CHRB-004-0057**<br>DOROTHY WARDLOW<br>T.J. WARDLOW<br>307 ROSEDALE CIRCLE<br>BELEN, NM  87002 | **Subfile No.: CHRB-004-0058**<br>MANUEL DE ATOCHA TRUJILLO<br>HC 75 BOX 23<br>TIERRA AMARILLA, NM  87575 |
| **Subfile No.: CHRB-004-0059**<br>MANUEL A. MARTINEZ JR.<br>297 DON FERNANDO<br>SANTA FE, NM  87505 | **Subfile No.: CHRB-004-0060**<br>FRANK A. MARTINEZ<br>TRACY MARTINEZ<br>346 FOREST RD. 314<br>JEMEZ SPRINGS, NM  87025 | **Subfile No.: CHRB-004-0062**<br>ENSENADA MUTUAL DOMESTIC WATI<br>CONSUMERS' ASSOC.<br>c/o TESS CASADOS<br>P.O. BOX 32<br>TIERRA AMARILLA, NM  87575 |
| **Subfile No.: CHRB-004-0063**<br>TIERRA GRANDE, INC.<br>c/o WILLIAM M. WILSON, PRESIDENT<br>10420 ARVILLA, NE<br>ALBUQUERQUE, NM  87111 | **Subfile No.: CHRB-004-0064**<br>DONALD P. CORDOVA<br>NELDA CORDOVA<br>P.O. BOX 72<br>TIERRA AMARILLA, NM  87575 | **Subfile No.: CHRB-004-0065**<br>DONALD P. CORDOVA<br>NELDA CORDOVA<br>P.O. BOX 72<br>TIERRA AMARILLA, NM  87575 |
| **Subfile No.: CHRB-005-0001**<br>THOMAS GAYLOR<br>P.O. BOX 835<br>TIERRA AMARILLA, NM  87575 | **Subfile No.: CHRB-005-0002**<br>JOSEPH A. MARTINEZ<br>HC 75, BOX 18<br>TIERRA AMARILLA, NM  87575 | **Subfile No.: CHRB-005-0003A**<br>ROBERT F. SANCHEZ<br>P.O. BOX 695<br>LAS VEGAS, NM  87701 |
| **Subfile No.: CHRB-005-0003A**<br>JOE R. SANCHEZ<br>P.O. BOX 147<br>LOS OJOS, NM  87551 | **Subfile No.: CHRB-005-0003B**<br>ROBERT F. SANCHEZ<br>P.O. BOX 695<br>LAS VEGAS, NM  87701 | **Subfile No.: CHRB-005-0003B**<br>JOE R. SANCHEZ<br>P.O. BOX 147<br>LOS OJOS, NM  87551 |
| **Subfile No.: CHRB-005-0004**<br>EDULIA ESTRADA<br>RAMON ESTRADA<br>P.O. BOX 222<br>TIERRA AMARILLA, NM  87575 | **Subfile No.: CHRB-005-0005**<br>HUGH WALTER WILSON<br>904 GASSEN ST.<br>LULING, LA  70070 | **Subfile No.: CHRB-005-0006**<br>SIXTO MONTOYA<br>111 S. EL RANCHO RD.<br>SANTA FE, NM  87501 |
| **Subfile No.: CHRB-005-0007**<br>RONALD B. RODELA<br>P.O. BOX 187<br>ALCADE, NM  87511 | **Subfile No.: CHRB-005-0007A**<br>RONALD B. RODELA<br>P.O. BOX 187<br>ALCADE, NM  87511 | **Subfile No.: CHRB-005-0008**<br>JOSE B. RIVERA<br>ORALIA RIVERA<br>HC 75, BOX 16<br>TIERRA AMARILLA, NM  87575-9601 |
| **Subfile No.: CHRB-005-0009**<br>TONY CASADOS, SR. & SONS, PRTNRSHP.<br>c/o PEDRO E. CASADOS<br>P.O. BOX 186<br>TIERRA AMARILLA, NM  87575 | **Subfile No.: CHRB-005-0010**<br>ALICE MARTINEZ<br>MANUEL G. MARTINEZ JR.<br>P.O. BOX 465<br>BELEN, NM  87002 | **Subfile No.: CHRB-005-0011**<br>ALICE MARTINEZ<br>MANUEL G. MARTINEZ JR.<br>P.O. BOX 465<br>BELEN, NM  87002 |
| **Subfile No.: CHRB-005-0012**<br>MANUEL AND ALICE MARTINEZ TRUS<br>c/o MANUEL G., JR. & ALICE MARTINEZ<br>P.O. BOX 465<br>BELEN, NM  87002 | **Subfile No.: CHRB-005-0013**<br>FRANK D. LUNA IV<br>24796 SUNSTAR LANE<br>DANA POINT, CA  92629 | **Subfile No.: CHRB-005-0013**<br>SALOMON A. LUNA<br>P.O. BOX 85<br>TIERRA AMARILLA, NM  87575 |

| | | |
|---|---|---|
| Subfile No.: CHRB-005-0013<br>GILBERT LUNA SR.<br>544 BARLANE PL., NW<br>ALBUQUERQUE, NM 87107-5447 | Subfile No.: CHRB-005-0013<br>HILARIO LUNA<br>c/o MARIE DENISE LUNA TEACH<br>16428 MARTIN LANE<br>HUNTINGTON BEACH, CA 92649 | Subfile No.: CHRB-005-0013<br>MARCELLA HASSON<br>13148 LA JOYA CIR., 303B<br>LA MIRADA, CA 90638-3306 |
| Subfile No.: CHRB-005-0013<br>ESTATE OF OLIVIA CARMODY<br>c/o DEBBIE JENSEN, PR<br>7952 PALM AVE.<br>YUCCA VALLEY, CA 92284-4046 | Subfile No.: CHRB-005-0013<br>ESTATE OF ESTHER BRUNO<br>c/o GILBERT BRUNO<br>31623 MEADOW LN.<br>WINCHESTER, CA 92596-9684 | Subfile No.: CHRB-005-0013<br>EMILIE LUNA ANTHONY<br>1456 SOUTH HIGHLAND AVE.<br>FULLERTON, CA 92832 |
| Subfile No.: CHRB-005-0014<br>LOYOLA MARTINEZ<br>7028 SO. BRYANT ST.<br>LITTLETON, CO 80120 | Subfile No.: CHRB-005-0015<br>JANET ROSAS<br>3759 WASHINGTON DR.<br>MAGNA, UT 84044 | Subfile No.: CHRB-005-0016<br>SIXTO MONTOYA<br>111 S. EL RANCHO RD.<br>SANTA FE, NM 87501 |
| Subfile No.: CHRB-005-0017<br>JOSEPH RAY RODELA<br>P.O. BOX 69<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-005-0018<br>CARLOS J. ROMERO JR.<br>2120 SHERATON DRIVE<br>SANTA CLARA, CA 95050 | Subfile No.: CHRB-005-0019<br>PEDRO ROMERO<br>P.O. BOX 2043<br>LAS VEGAS, NM 87701 |
| Subfile No.: CHRB-005-0020<br>LOYDA RODELA<br>STEVEN RODELA<br>P.O. BOX 1<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-005-0021A<br>MARIA ELENA RODELA<br>P.O. BOX 1<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-005-0021B<br>LOYDA RODELA<br>STEVEN RODELA<br>P.O. BOX 1<br>TIERRA AMARILLA, NM 87575 |
| Subfile No.: CHRB-005-0022<br>LOYDA RODELA<br>STEVEN RODELA<br>P.O. BOX 1<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-005-0023<br>LIONEL E. MARTINEZ II<br>P.O. BOX 114<br>CHAMA, NM 87520 | Subfile No.: CHRB-005-0024<br>LIONEL E. MARTINEZ II<br>P.O. BOX 114<br>CHAMA, NM 87520 |
| Subfile No.: CHRB-005-0025<br>FERLINDA PESATA<br>P.O. BOX 381<br>DULCE, NM 87528 | Subfile No.: CHRB-005-0026<br>ANNA S. RODELA<br>P.O. BOX 232<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-005-0027<br>THOMAS GAYLOR<br>P.O. BOX 835<br>TIERRA AMARILLA, NM 87575 |
| Subfile No.: CHRB-005-0028<br>HOWARD M. SLEEPER, ESTATE<br>c/o HOWARD M. SLEEPER<br>5616 FLINT COURT, NW<br>ALBUQUERQUE, NM 87120 | Subfile No.: CHRB-005-0029<br>GUMERCINDO F.C. DURAN<br>HC 75, BOX 20<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-006-0001<br>HOWARD M. SLEEPER, ESTATE<br>c/o HOWARD M. SLEEPER<br>5616 FLINT COURT, NW<br>ALBUQUERQUE, NM 87120 |
| Subfile No.: CHRB-006-0003<br>BRUCE R. DURAN<br>MICHELLE L. DURAN<br>COUNTY RD. 84-B #59<br>SANTA FE, NM 87506 | Subfile No.: CHRB-006-0004<br>TONY CASADOS, SR. & SONS,<br>PRTNRSHP.<br>c/o TONY CASADOS JR.<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-006-0004A<br>TONY CASADOS, SR. & SONS,<br>PRTNRSHP.<br>c/o TONY CASADOS JR.<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 |
| Subfile No.: CHRB-006-0005<br>CYNTHIA CASADOS<br>P.O. BOX 282<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-006-0005A<br>CYNTHIA CASADOS<br>P.O. BOX 282<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-006-0006<br>NELDA CORDOVA<br>ORLANDO M. CORDOVA<br>SHARON CORDOVA<br>P.O. BOX 72<br>TIERRA AMARILLA, NM 87575 |

| | | |
|---|---|---|
| Subfile No.:  CHRB-006-0006<br>DEBORAH CORDOVA<br>GENEVIEVE CORDOVA<br>HAZEL CORDOVA<br>P.O. BOX 72<br>TIERRA AMARILLA, NM  87575 | Subfile No.:  CHRB-006-0007<br>GUMERCINDO F.C. DURAN<br>HC 75, BOX 20<br>TIERRA AMARILLA, NM  87575 | Subfile No.:  CHRB-006-0008A<br>THOMAS GAYLOR<br>P.O. BOX 835<br>TIERRA AMARILLA, NM  87575 |
| Subfile No.:  CHRB-006-0008B<br>ASCENCION D. MARTINEZ<br>P.O. BOX 41<br>CHAMA, NM  87551 | Subfile No.:  CHRB-006-0008C<br>LEO V. VALDEZ<br>1702 E. HIGHLAND AVE. STE 301<br>PHOENIX, AZ  85016 | Subfile No.:  CHRB-006-0008D<br>LEO V. VALDEZ<br>1702 E. HIGHLAND AVE. STE 301<br>PHOENIX, AZ  85016 |
| Subfile No.:  CHRB-006-0008E<br>GRACE G. VALDEZ<br>2220 BROOK PLACE<br>FARMINGTON, NM  87401 | Subfile No.:  CHRB-006-0009<br>FRANK VALDEZ<br>TEOFILA VALDEZ<br>2310 CALLE BROCHA<br>SANTA FE, NM  87505 | Subfile No.:  CHRB-006-0013<br>ACENCION LABRIER<br>HC 75 BOX 24<br>TIERRA AMARILLA, NM  87575 |
| Subfile No.:  CHRB-006-0014A<br>TITO JARAMILLO<br>P.O. BOX 275<br>TIERRA AMARILLA, NM  87575 | Subfile No.:  CHRB-006-0014B<br>TITO JARAMILLO<br>P.O. BOX 275<br>TIERRA AMARILLA, NM  87575 | Subfile No.:  CHRB-006-0015<br>MARRON FAMILY LIMITED<br>PARTNERSHIP, LLP<br>c/o JOHN J. MARRON<br>1111 ROADRUNNER LANE, NW<br>ALBUQUERQUE, NM  87107 |
| Subfile No.:  CHRB-006-0016A<br>JOSE A. CANDELARIA<br>P.O. BOX 85<br>LOS OJOS, NM  87551 | Subfile No.:  CHRB-006-0016B<br>JOSE A. CANDELARIA<br>P.O. BOX 85<br>LOS OJOS, NM  87551 | Subfile No.:  CHRB-006-0016C<br>JOSE A. CANDELARIA<br>P.O. BOX 85<br>LOS OJOS, NM  87551 |
| Subfile No.:  CHRB-006-0017<br>LEVI A. SANDOVAL<br>RUFINA L. SANDOVAL<br>P.O. BOX 54<br>CHAMA, NM  87520 | Subfile No.:  CHRB-006-0018<br>HORACIO TRUJILLO<br>6604 JADE PARK, NE<br>ALBUQUERQUE, NM  87109 | Subfile No.:  CHRB-006-0019<br>WALTER JOSEPH PIÑA<br>P.O. BOX 26<br>LOS OJOS, NM  87551 |
| Subfile No.:  CHRB-006-0019A<br>WALTER JOSEPH PIÑA<br>P.O. BOX 26<br>LOS OJOS, NM  87551 | Subfile No.:  CHRB-006-0020<br>ELAINE CHAVEZ<br>FERNANDO CHAVEZ<br>P.O. BOX 221<br>TIERRA AMARILLA, NM  87575 | Subfile No.:  CHRB-006-0021<br>DENNIS R. HERRERA<br>VANGIE CORDOVA HERRERA<br>P.O. BOX 235<br>LOS OJOS, NM  87551 |
| Subfile No.:  CHRB-006-0022<br>DENNIS R. HERRERA<br>VANGIE CORDOVA HERRERA<br>P.O. BOX 235<br>LOS OJOS, NM  87551 | Subfile No.:  CHRB-006-0023<br>GEORGE K. GALVAN<br>VALENTINA V. GALVAN<br>P.O. BOX 155<br>TIERRA AMARILLA, NM  87575 | Subfile No.:  CHRB-006-0024<br>CONNIE BYRD<br>579 OLD FERRY ROAD<br>SHADY COVE, OR  97539 |
| Subfile No.:  CHRB-006-0025A<br>PEDRO ARCHULETA<br>BERONICE I. ARECHULETA<br>P.O. BOX 413<br>TIERRA AMARILLA, NM  87575 | Subfile No.:  CHRB-006-0025B<br>JOSE BELARMINO ARCHULETA<br>P.O. BOX 154<br>LOS OJOS, NM  87551 | Subfile No.:  CHRB-006-0025C<br>RICHARD ARCHULETA<br>P.O. BOX 192<br>LOS OJOS, NM  87551 |
| Subfile No.:  CHRB-006-0026<br>FERNANDO TRUJILLO SR.<br>MARGARITA R. TRUJILLO<br>P.O. BOX 13<br>LOS OJOS, NM  87551 | Subfile No.:  CHRB-006-0027<br>DAVID MAESTAS<br>112 SAM STREET<br>SANTA FE, NM  87501 | Subfile No.:  CHRB-006-0028<br>TITO A. RIVERA<br>P.O. BOX 142<br>CHAMA, NM  87520 |

Subfile No.:   CHRB-006-0029
FERNANDO TRUJILLO III
P.O.BOX 66
LOS OJOS, NM  87551

Subfile No.:   CHRB-006-0030
ANGELINA SANCHEZ
ELOY SANCHEZ
716 TYLER ROAD, NE
ALBUQUERQUE, NM  87113

Subfile No.:   CHRB-006-0031
FERNANDO TRUJILLO JR.
P.O. BOX 66
LOS OJOS, NM  87551

Subfile No.:   CHRB-006-0031
VIOLA TRUJILLO
P.O.BOX 66
LOS OJOS, NM  87551

Subfile No.:   CHRB-006-0032
DOLORES L. MAEZ
EMERY MAEZ
P.O. BOX 144
ABIQUIU, NM  87510

Subfile No.:   CHRB-006-0033
JOSE I. RIVERA
10100 SABIN DR.
MONASSAS, VA  20109

Subfile No.:   CHRB-006-0033
PRAXEDES RIVERA
BOX 74
LOS OJOS, NM  87551

Subfile No.:   CHRB-006-0033
RICHARD I. GALLEGOS
P.O. BOX 275
CHAMA, NM  87520

Subfile No.:   CHRB-006-0034A
EDUARDO T. MARTINEZ
P.O. BOX 116
LOS OJOS, NM  87551

Subfile No.:   CHRB-006-0034B
JOHNNY C. MARTINEZ
P.O. BOX 238
CHIMAYO, NM  87522

Subfile No.:   CHRB-006-0035
CANDY S. MARTINEZ
JOSE L. MARTINEZ
3048 OLE COURT
ALBUQUERQUE, NM  87111

Subfile No.:   CHRB-006-0036
HIGHLAND VENTURES, INC.
4 JUNIPER HILL RD., NE
ALBUQUERQUE, NM  87122

Subfile No.:   CHRB-006-0037A
MANUEL S. SALAZAR
MARIA D.M. SALAZAR
1213 CERRILLOS RD., SW
ALBUQUERQUE, NM  87121

Subfile No.:   CHRB-006-0037B
ELISA M. SALAZAR MACKENZIE
712 GRACE ST. NE
ALBUQUERQUE, NM  87123

Subfile No.:   CHRB-006-0037C
ROBERT A. SALAZAR
2000 ALGODONES NE
ALBUQUERQUE, NM  87112

Subfile No.:   CHRB-006-0038
JOYCE L. SANCHEZ
RALPH SANCHEZ
3615 VISTA DEL SUR, NW
ALBUQUERQUE, NM  87120

Subfile No.:   CHRB-006-0039
ALICE MARTINEZ
MANUEL G. MARTINEZ JR.
P.O. BOX 465
BELEN, NM  87002

Subfile No.:   CHRB-006-0040
BERNABE MADRID
P.O. BOX 41
LOS OJOS, NM  87551

Subfile No.:   CHRB-006-0040
CAROLINE MADRID
1285 SOARING EAGLE DR.
COLORADO SPRINGS, CO  80915

Subfile No.:   CHRB-006-0041
JOSE LUCAS MARTINEZ
c/o ESTHER SERNA
2000 NEAT LANE SW
ALBUQUERQUE, NM  87015

Subfile No.:   CHRB-006-0042
BERNIE ULIBARRI
P.O. BOX 125
LOS OJOS, NM  87551

Subfile No.:   CHRB-006-0043
CECIL L. COX
P.O. BOX 10
LOS OJOS, NM  87551

Subfile No.:   CHRB-006-0044
BENITO CASADOS
20271 ADRIAN CIRCLE
HUNTINGTON BEACH, CA  92646

Subfile No.:   CHRB-006-0045
GLENN GODWIN & THERESA GODWIN
FAMILY TRUST
c/o GLEN D. GODWIN
HC 71,  BOX 36
LUMBERTON, NM  87528

Subfile No.:   CHRB-007-0001
ELOY S. OLIVAS
JUANITA I. OLIVAS
P.O. BOX 70
LOS OJOS, NM  87551

Subfile No.:   CHRB-007-0002
THE EL LLANO CO., INC.
c/o RICHARD P. COOK
P.O. BOX 38
ESPAÑOLA, NM  87532

Subfile No.:   CHRB-007-0003
BUNNY PEPER
DOUGLAS C. PEPER
HC 75, BOX 164
CHAMA, NM  87520

Subfile No.:   CHRB-007-0004
WALTER JOSEPH PIÑA
P.O. BOX 26
LOS OJOS, NM  87551

Subfile No.:   CHRB-007-0005
JOSE BELARMINO ARCHULETA
P.O. BOX 154
LOS OJOS, NM  87551

Subfile No.:   CHRB-007-0006
BERNADETTE TRUJILLO-SALAZAR
P.O. BOX 13
LOS OJOS, NM  87551

| | | |
|---|---|---|
| **Subfile No.: CHRB-007-0007**<br>FERNANDO TRUJILLO III<br>P.O. BOX 66<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-007-0008**<br>FERNANDO TRUJILLO SR.<br>MARGARITA R. TRUJILLO<br>P.O. BOX 13<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-007-0009**<br>JOSE A. CANDELARIA<br>P.O. BOX 85<br>LOS OJOS, NM 87551 |
| **Subfile No.: CHRB-007-0010**<br>CASADOS FAMILY TRUST<br>c/o JULIA CASADOS<br>P.O. BOX 55<br>ESPANOLA, NM 87532 | **Subfile No.: CHRB-007-0011**<br>BERNABE MADRID<br>P.O. BOX 41<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-007-0011**<br>CAROLINE MADRID<br>1285 SOARING EAGLE DR.<br>COLORADO SPRINGS, CO 80915 |
| **Subfile No.: CHRB-007-0012**<br>CHRISTIE L. SPILL<br>10225 TUFFS COURT, NW<br>ALBUQUERQUE, NM 87114 | **Subfile No.: CHRB-007-0013**<br>FRED ANDERSON<br>P.O. BOX 191<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-007-0014**<br>JUANITA ARCHULETA<br>TERESA GALDEAN<br>1312 N 1300 W.<br>SALT LAKE CITY, UT 84116 |
| **Subfile No.: CHRB-007-0014**<br>SAMMY ARCHULETA<br>P.O. BOX 42<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-007-0014**<br>JOSEPHINE HAYS<br>1105 COMMERCIAL, APT. 6<br>ASTORIA, OR 97103 | **Subfile No.: CHRB-007-0014**<br>PRISCILLA MARTINEZ<br>2514 COLUMBINE DRIVE<br>DURANGO, CO 81301 |
| **Subfile No.: CHRB-007-0014**<br>FRANK J. ARCHULETA<br>P.O. BOX 181<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHRB-007-0014**<br>LORRAINE E. MONTOYA<br>MINERAL HILL RT. BOX 190<br>LAS VEGAS, NM 87701 | **Subfile No.: CHRB-007-0015**<br>ANSELMO LOPEZ<br>OTILIA LOPEZ<br>6501 SAN ANTONIO DR. NE #4302<br>ALBUQUERQUE, NM 87109 |
| **Subfile No.: CHRB-007-0016**<br>HENRY A. PALM<br>WILLA S. PALM<br>1732 PINE VALLEY STREET<br>LAS CRUCES, NM 88011 | **Subfile No.: CHRB-007-0017**<br>MICHAEL C. ULIBARRI<br>P.O. BOX 992<br>LAKEVILLE, MA 02347 | **Subfile No.: CHRB-007-0018**<br>DORIS SALAZAR<br>JOSE B. SALAZAR<br>P.O. BOX 58<br>LOS OJOS, NM 87551 |
| **Subfile No.: CHRB-007-0019**<br>MARIA ABEYTA GARCIA<br>P.O. BOX 122<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-007-0020**<br>DONALDO ABEYTA<br>8702 E. CLARENDON<br>SCOTTSDALE, AZ 85251 | **Subfile No.: CHRB-007-0020**<br>TEODORO E. ABEYTA<br>2619 YEARLING ST.<br>LAKEWOOD, CA 90712 |
| **Subfile No.: CHRB-007-0020**<br>GREGORIO ABEYTA<br>3505 STEELE ST.<br>DENVER, CO 80205 | **Subfile No.: CHRB-007-0021**<br>NICHOLAS MARTINEZ ESTATE<br>c/o ESTHER SERNA<br>2000 NEAT LANE SW<br>ALBUQUERQUE, NM 87105 | **Subfile No.: CHRB-007-0022**<br>BERNIE ULIBARRI<br>P.O. BOX 125<br>LOS OJOS, NM 87551 |
| **Subfile No.: CHRB-007-0023**<br>FELIX R. GALLEGOS<br>LEONTINA GALLEGOS<br>GALLEGOS FAMILY TRUST<br>P.O. BOX 275<br>CHAMA, NM 87520 | **Subfile No.: CHRB-007-0024**<br>ROBERT MARTINEZ JR.<br>5 SEDA PLACE<br>LOS LUNAS, NM 87031 | **Subfile No.: CHRB-007-0024**<br>ELIZABETH CHAVEZ<br>7316 ALADDIN CT. NW<br>ALBUQUERQUE, NM 87121 |
| **Subfile No.: CHRB-007-0024**<br>IDA S. MARTINEZ<br>ROBERT A. MARTINEZ<br>P.O. BOX 12<br>LOS OJOS, NM 87551 | **Subfile No.: CHRB-007-0024**<br>JONETTA L. MARTINEZ<br>917 PEREZ RD. SW<br>ALBUQUERQUE, NM 87105 | **Subfile No.: CHRB-007-0025**<br>FERNANDO SALAZAR<br>P.O. BOX 12<br>LOS OJOS, NM 87551 |

| | | |
|---|---|---|
| Subfile No.: CHRB-007-0026<br>ELOISA S. ABEYTA<br>P.O. BOX 27<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-007-0027A<br>WHITNEY DURELL<br>P.O. BOX 295<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-007-0027B<br>DAVID SCHWARTZ BYPASS TRUST<br>c/o DONA DEL CASTILLO & ARLYN KREIGE, TRUSTEES<br>P.O. BOX 46<br>LOS OJOS, NM 87551 |
| Subfile No.: CHRB-007-0027C<br>ELOISA S. ABEYTA<br>P.O. BOX 27<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-007-0028<br>DELFIN O. AND FRANCIS QUINTANA TRUST<br>c/o DELFIN O. QUINTANA<br>P.O. BOX 156<br>CEBOLLA, NM 87518 | Subfile No.: CHRB-007-0029<br>ANTHONY L. VIGIL<br>715 TAWNEY EAGLE<br>HENDERSON, NV 89015 |
| Subfile No.: CHRB-007-0030<br>ELISA M. SALAZAR MACKENZIE<br>712 GRACE ST. NE<br>ALBUQUERQUE, NM 87123 | Subfile No.: CHRB-007-0031<br>JUANITA TORREZ<br>ROBERT TORREZ<br>8109 CORTE DE VIENTO<br>ALBUQUERQUE, NM 87120 | Subfile No.: CHRB-007-0032<br>DOLORES TORREZ<br>JOE M. TORREZ<br>P.O. BOX 28<br>CHAMA, NM 87520 |
| Subfile No.: CHRB-007-0033<br>DOLORES TORREZ<br>JOE M. TORREZ<br>P.O. BOX 28<br>CHAMA, NM 87520 | Subfile No.: CHRB-007-0034<br>LETITIA RHODES<br>P.O. BOX 87<br>KEAMS CANYON, AZ 86034 | Subfile No.: CHRB-007-0035<br>BENITO CASADOS<br>20271 ADRIAN CIRCLE<br>HUNTINGTON BEACH, CA 92646 |
| Subfile No.: CHRB-007-0036<br>LISA H. EATON<br>289 QUEEN CREEK CIR.<br>HENDERSON, NV 89052 | Subfile No.: CHRB-007-0036<br>AUDREY M. EATON<br>706 STONE CANYON DRIVE<br>LAS CRUCES, NM 88011 | Subfile No.: CHRB-007-0036<br>HUGH L. EATON<br>ONE IRVING PLACE APT. 217C<br>NEW YORK, NY 10003 |
| Subfile No.: CHRB-007-0037<br>AUDREY M. EATON<br>706 STONE CANYON DRIVE<br>LAS CRUCES, NM 88011 | Subfile No.: CHRB-007-0038<br>ARCHDIOCESE OF SANTA FE<br>c/o TESSA DAVIDSON<br>P.O. BOX 2240<br>CORRALES, NM 87048 | Subfile No.: CHRB-007-0039<br>AGAPITA ABEYTA<br>ROQUE N. ABEYTA<br>P.O. BOX 100<br>LOS OJOS, NM 87551 |
| Subfile No.: CHRB-007-0040<br>JOSE GABRIEL ABEYTA<br>P.O. BOX 155<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-007-0041<br>LARRY H. MARTINEZ<br>P.O. BOX 1124<br>CHAMA, NM 87520 | Subfile No.: CHRB-007-0042<br>GLORIA JEAN GRASMICK<br>14 CAMINO QUIETO<br>SANTA FE, NM 87505 |
| Subfile No.: CHRB-007-0043<br>LARRY H. MARTINEZ<br>P.O. BOX 1124<br>CHAMA, NM 87520 | Subfile No.: CHRB-007-0044<br>MARGARET ABEYTA<br>3108 PLAZA DEL PRADO<br>ALAMOGORDO, NM 88310 | Subfile No.: CHRB-007-0045<br>CONRAD V. MARTINEZ<br>CITY ROAD 545<br>ESPANOLA, NM 87532 |
| Subfile No.: CHRB-007-0046<br>JOYCE GALLEGOS<br>2201 W. GREENWICH CR.<br>COLORADO SPRINGS, CO 80909 | Subfile No.: CHRB-007-0047<br>DIOLINDA VAROZ<br>3220 CANDLELIGHT DRIVE, NE<br>ALBUQUERQUE, NM 87111 | Subfile No.: CHRB-007-0048<br>FRANCES D. GARCIA<br>502 DEWEY LANE<br>ALAMOGORDO, NM 88310 |
| Subfile No.: CHRB-007-0049<br>LOIDE MARTINEZ<br>P.O. BOX 103<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-007-0050<br>MAX A. MARTINEZ<br>P.O. BOX 145<br>GALLINA, NM 87017 | Subfile No.: CHRB-007-0051<br>JOE E. MARTINEZ<br>POLLY MARTINEZ<br>P.O. BOX 924<br>SAN JUAN PUEBLO, NM 87566 |

| | | |
|---|---|---|
| Subfile No.: CHRB-007-0052<br>CHRIS H. MARTINEZ<br>HAZEL T. SANCHEZ<br>1549 PEYTON RD.<br>LOS LUNAS, NM 87031 | Subfile No.: CHRB-007-0053<br>MARGARITA E. MERCURE<br>828 GUADALUPE CIRCLE, NW<br>ALBUQUERQUE, NM 87114 | Subfile No.: CHRB-007-0054<br>ANGELINA SANCHEZ<br>ELOY SANCHEZ<br>716 TYLER ROAD, NE<br>ALBUQUERQUE, NM 87113 |
| Subfile No.: CHRB-007-0055<br>GILBERT A. MARTINEZ JR.<br>ROSE L. MARTINEZ<br>P.O. BOX 127<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-007-0056<br>JOHNNY P. SILVA<br>P.O. BOX 3770<br>ESPANOLA, NM 87532 | Subfile No.: CHRB-007-0057<br>PHILOMENA M. MARTINEZ<br>P.O. BOX 95<br>LOS OJOS, NM 87551 |
| Subfile No.: CHRB-007-0058<br>YOLANDA M. MONTAÑO<br>ANTHONY M. ROMERO<br>P.O. BOX 247<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-007-0059<br>REYES SALOMON TORREZ<br>VICTORIA M. TORREZ<br>P.O. BOX 115<br>CHAMA, NM 87520 | Subfile No.: CHRB-007-0061<br>LOS OJOS MUTUAL DOMESTIC WATER<br>CONSUMERS ASSOCIATION<br>c/o TOMAS A. CASADOS, PRESIDENT<br>P.O. BOX 168<br>LOS OJOS, NM 87551 |
| Subfile No.: CHRB-007-0062<br>ESTATE OF NICOLAS MARTINEZ<br>c/o ROBERT J. TORREZ<br>8109 CORTE DEL VIENTO NW<br>ALBUQUERQUE, NM 87120 | Subfile No.: CHRB-007-0063<br>ANGELINA SANCHEZ<br>ELOY SANCHEZ<br>716 TYLER ROAD, NE<br>ALBUQUERQUE, NM 87113 | Subfile No.: CHRB-007-0064<br>JOANNE C. MARTINEZ<br>P.O. BOX 843<br>TIERRA AMARILLA, NM 87575 |
| Subfile No.: CHRB-007-0065<br>TOMAS A. CASADOS<br>P.O. BOX 186<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-008-0001<br>NM STATE GAME COMMISSION<br>c/o CHRISTOPHER D. COPPIN, ESQ<br>111 LOMAS BLVD. NW # 300<br>ALBUQUERQUE, NM 87102-0001 | Subfile No.: CHRB-008-0002<br>MELVIN K. ROYBAL<br>8 AVENIDA DE SEVILLA<br>SANTA FE, NM 87501 |
| Subfile No.: CHRB-008-0003<br>MARSHALL J. BLANTON<br>DOROTHY T. BLANTON TRUST<br>AGREEMENT<br>c/o DOROTHY T. BLANTON<br>P.O. BOX 70<br>AZTEC, NM 87410 | Subfile No.: CHRB-008-0004A<br>SYLVIA CASADOS<br>P.O. BOX 196 CR 340 #145<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-008-0004B<br>MARY ALICE CASADOS<br>RUSSELL CASADOS<br>P.O. BOX 13124<br>LAS CRUCES, NM 88013-2124 |
| Subfile No.: CHRB-008-0004C<br>JOYSREE B. AUBREY<br>P.O. BOX 351<br>LOS ALAMOS, NM 87544 | Subfile No.: CHRB-008-0004D<br>CHARLES E. KNAPP<br>430 LOUISE AVENUE<br>LOS ALAMOS, NM 87544 | Subfile No.: CHRB-008-0005<br>VERNON R. CASADOS<br>P.O. BOX 98<br>LOS OJOS, NM 87551 |
| Subfile No.: CHRB-008-0008<br>ESTATE OF AMELIA C. POND<br>P.O. BOX 307<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-008-0009<br>TRAVIS G. MOSELEY<br>P.O. BOX 76<br>LOS OJOS, NM 87551 | Subfile No.: CHRB-009-0001<br>LISA TAFOYA<br>LUCY TAFOYA<br>1505 GERARD DR.<br>DIAMOND BAR, CA 91765 |
| Subfile No.: CHRB-009-0001<br>LORRAINE TAFOYA<br>370 CALLE ALCAZAR<br>WALNUT, CA 91789 | Subfile No.: CHRB-009-0001<br>JOYCE NENNINGER<br>3925 SAN MIGUEL DR.<br>FULLERTON, CA 92835 | Subfile No.: CHRB-009-0001<br>KATHY R. TAFOYA<br>23519 GRAND RIM CT.<br>DIAMOND BAR, CA 91765 |
| Subfile No.: CHRB-009-0002<br>ELAINE L. MAYER<br>FREDERICK L. MAYER<br>164 ASPEN LANE<br>OPELOUSAS, LA 70570 | Subfile No.: CHRB-009-0003A<br>TONY J & NATIVIDAD M. MANZANARI<br>FAMILY TRUST<br>c/o NATIVIDAD MANZANARES<br>P.O. BOX 100<br>TIERRA AMARILLA, NM 87575 | Subfile No.: CHRB-009-0003B<br>CARLOS R. MANZANARES<br>DEBBIE MANZANARES<br>P.O. BOX 196<br>TIERRA AMARILLA, NM 87575 |

| | | |
|---|---|---|
| **Subfile No.:  CHRB-009-0003C**<br>CARLOS R. MANZANARES<br>DEBBIE MANZANARES<br>P.O. BOX 196<br>TIERRA AMARILLA, NM  87575 | **Subfile No.:  CHRB-009-0004**<br>JOANN L. MANZANARES<br>JUAN F. MANZANARES<br>139 HUMMINGBIRD LA.<br>OPELOUSAS, LA  70570 | **Subfile No.:  CHRB-009-0005**<br>MARIANO S. MANZANARES<br>P.O. BOX 100<br>GALLINA, NM  87017 |
| **Subfile No.:  CHRB-009-0005**<br>RUBEN MANZANARES JR.<br>20614 SO. BUDLONG AVE.<br>TORRANCE, CA  90502 | **Subfile No.:  CHRB-009-0006**<br>DARLENE A. MANUELE<br>16918 EAST ELDORADO CR.<br>AURORA, CO  80013 | **Subfile No.:  CHRB-009-0006**<br>SHERRY J. ABEYTA<br>1550 STEELE ST.<br>DENVER, CO  80206 |
| **Subfile No.:  CHRB-009-0006**<br>MARK D. ABEYTA<br>2013 CHEYENNE AVE.<br>LOVELAND, CO  80538 | **Subfile No.:  CHRB-009-0006**<br>GALE A. ABEYTA<br>915 WEST 6TH ST.<br>LOVELAND, CO  80537 | **Subfile No.:  CHRB-009-0007**<br>PHILLIP G. TRUJILLO<br>2603 FOX ST.<br>FARMINGTON, NM  87402 |
| **Subfile No.:  CHRB-009-0008**<br>ERNESTO R. ULIBARRI<br>P.O. BOX 747<br>LA MADERA, NM  87539 | **Subfile No.:  CHRB-009-0009**<br>MAX CLELAND<br>13511 ACAPULCO<br>WHITTIER, CA  90605 | **Subfile No.:  CHRB-009-0009**<br>STELLA D. TAFOYA<br>P.O. BOX 87<br>TIERRA AMARILLA, NM  87575 |
| **Subfile No.:  CHRB-009-0010**<br>ANDREW M. TAFOYA<br>P.O. BOX 87<br>TIERRA AMARILLA, NM  87575 | **Subfile No.:  CHRB-009-0011**<br>DORENE TAFOYA CLELAND<br>13511 ACAPULCO DR.<br>WHITTIER, CA  90605 | **Subfile No.:  CHRB-009-0012A**<br>LAGUNA VISTA TOWNSITE INC.<br>c/o GENE M. CHRISTIANSEN<br>HC-75 BOX 1152<br>LOS OJOS, NM  87551 |
| **Subfile No.:  CHRB-009-0012B**<br>JUAN A. MARTINEZ<br>P.O. BOX 266<br>TIERRA AMARILLA, NM  87575 | **Subfile No.:  CHRB-009-0012B**<br>NAVORA MARTINEZ<br>P.O. BOX 842<br>TIERRA AMARILLA, NM  87575 | **Subfile No.:  CHRB-009-0012B**<br>STEPHANIE E. MARTINEZ<br>P.O. BOX 227<br>TIERRA AMARILLA, NM  87575 |
| **Subfile No.:  CHRB-009-0013**<br>LILLIE CHAVEZ<br>VIVIAN CHAVEZ<br>P.O. BOX 212<br>CORRALES, NM  87048 | **Subfile No.:  CHRB-009-0014**<br>FELIX MADRID<br>NORMA E. MADRID<br>10905 FAROLA DR., NW<br>ALBUQUERQUE, NM  87114 | **Subfile No.:  CHRB-009-0015**<br>ROSEMARY ULIBARRI<br>P.O. BOX 64<br>TIERRA AMARILLA, NM  87575 |
| **Subfile No.:  CHRB-009-0015A**<br>ROSEMARY ULIBARRI<br>P.O. BOX 64<br>TIERRA AMARILLA, NM  87575 | **Subfile No.:  CHRB-009-0016**<br>ROSINA MARTINEZ<br>1671 E. KINGSLEY AVE., UNIT-B<br>PAMONA, CA  91767-5354 | **Subfile No.:  CHRB-009-0017**<br>LEROY J. MARTINEZ<br>TERESA S. MARTINEZ<br>P.O. BOX 501<br>SANTA CRUZ, NM  87567 |
| **Subfile No.:  CHRB-009-0018**<br>MARY LEAH MANZANARES<br>23525 ARLINGTON AVE. #117<br>TORRANCE, CA  90501 | **Subfile No.:  CHRB-009-0018**<br>MARIANO S. MANZANARES<br>P.O. BOX 100<br>GALLINA, NM  87017 | **Subfile No.:  CHRB-009-0018**<br>RUBEN MANZANARES JR.<br>20614 SO. BUDLONG AVE.<br>TORRANCE, CA  90502 |
| **Subfile No.:  CHRB-009-0019**<br>CHRISTINE M. CORDOVA<br>JOSEPH G. CORDOVA<br>6317 PONDEROSA CT. NE<br>ALBUQUERQUE, NM  87110 | **Subfile No.:  CHRB-009-0020**<br>PRESCILLA HUNNEL<br>12023 ROCKSBERG ST., NE<br>ALBUQUERQUE, NM  87111 | **Subfile No.:  CHRB-009-0021**<br>JOSE P. TAFOYA<br>LUCY M. TAFOYA<br>370 CALLE ALCAZAR<br>WALNUT, CA  91789 |

Subfile No.:   CHRB-009-0022A
LORENZO ZUNIGA JR. AND MARIA E. VARELA FAMILY TRUST
c/o MARIA VARELA & LORENZO ZUNIGA JR.
P.O. BOX 2505
ALBUQUERQUE, NM  87194

Subfile No.:   CHRB-009-0022B
ROSINA MARTINEZ
1671 E. KINGSLEY AVE., UNIT-B
PAMONA, CA  91767-5354

Subfile No.:   CHRB-009-0023
RUDOLPH A. CHAVEZ
P.O. BOX 89
CORRALES, NM  87048

Subfile No.:   CHRB-009-0024
FELICITAS TRUJILLO
P.O. BOX 574
CANJILON, NM  87515

Subfile No.:   CHRB-009-0025
WILLIE TRUJILLO JR.
1504 FINCH AVE.
FARMINGTON, NM  87401

Subfile No.:   CHRB-009-0026
HARRY SANCHEZ
THERESA SANCHEZ
P.O. BOX 114
LOS OJOS, NM  87551

Subfile No.:   CHRB-009-0027
BERONICE IGNACITA ARCHULETA
PEDRO ANTONIO ARCHULETA IV
313 SC 392 #11
ESPANOLA, NM  87532

Subfile No.:   CHRB-009-0027
BEVERLY ANN ARCHULETA
P.O. BOX 3216
LOS LUNAS, NM  87031

Subfile No.:   CHRB-009-0028
EMMA PADILLA
RICHARD PADILLA
1605 CAMINITO MONICA
SANTA FE, NM  87501

Subfile No.:   CHRB-009-0029
HARRY SANCHEZ
THERESA SANCHEZ
P.O. BOX 114
LOS OJOS, NM  87551

Subfile No.:   CHRB-009-0030
WILLIE TRUJILLO JR.
1504 FINCH AVE.
FARMINGTON, NM  87401

Subfile No.:   CHRB-009-0031
BAUDELIA M. MERCURE
VINCENTE MERCURE
HC 75 BOX 6
TIERRA AMARILLA, NM  87575

Subfile No.:   CHRB-009-0032
BAUDELIA M. MERCURE
VINCENTE MERCURE
HC 75 BOX 6
TIERRA AMARILLA, NM  87575