IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

　　　　Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

　　　　Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

✓ The priority date proposed for my water right.

✓ The priority date proposed for any other water right.

　Please describe this water right or ditch __Park View__

✓ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

___ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

　Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): __Conrad Martinez__　Subfile No. __CHRB-007-0045__

MAILING ADDRESS: __#36 Cty. Rd. 545 Española, N.M. 87532__

TELEPHONE NO.: __(505) 927-9497__

SIGNED: __[signature]__　DATE: __6/14/11__

**SEE REVERSE SIDE**