IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-BB -LFG

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

**Subfile No. CHRB-003-0025**

## MOTION FOR SUBSTITUTION OF PARTIES IN SUBFILE CHRB-003-0025

The Plaintiff State of New Mexico, *ex rel.* State Engineer moves the Court to issue its order substituting Miguel R. Sanchez and Miguel R. Sanchez, Jr. for defendant Codling Family Trust in these proceedings in Subfile CHRB-003-0025 and as grounds Plaintiff states as follows:

1.    Miguel R. Sanchez and Miguel R. Sanchez, Jr. have informed the State that they are the current owners of the irrigated lands in Subfiles CHRB-003-0025, and have provided a copy of the deed filed with the Rio Arriba County Clerk on June 29, 2007 (Bk. 530, Pg. 4790) showing that they are the new owners of the property.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting Miguel R. Sanchez and Miguel R. Sanchez, Jr. For defendant Codling Family Trust in these proceedings.

Respectfully submitted,

/s/ Ed Newville

EDWARD G. NEWVILLE<br>
Special Assistant Attorney General<br>
Office of State Engineer<br>
P.O. Box 25102<br>
Santa Fe, NM 87504-5102<br>
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Miguel R. Sanchez
Miguel R. Sanchez, Jr.
P.O. Box 131
Los Ojos, NM 87551

Codling Family Trust
Consuelo S. Codling
P.O. Box 443
Chama, NM 87520