IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB -LFG

RIO CHAMA STREAM SYSTEM

Section 3, Rio Nutrias

### NOTICE OF PROPOSED PARTIAL FINAL JUDGMENT AND DECREE ON SURFACE WATER IRRIGATION RIGHTS IN THE RIO NUTRIAS SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE PUBLIC SURFACE OR UNDERGROUND WATERS OF THE RIO NUTRIAS SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM

     You are hereby notified that the State of New Mexico has prepared a *Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System* ("Proposed Decree") to be filed in the United States District Court. The Rio Nutrias Subsection includes the watershed of the Rio Nutrias, a tributary of the Rio Chama.

     If you have water rights in Rio Nutrias Subsection that may be affected by any of the provisions of the Proposed Decree, you have the right to file *inter se* objections and offer evidence to the Court in support of those objections. The Court's previous determination of priority dates and irrigation water requirements, by Order filed March 24, 2011, is binding on all claimants, known and unknown, diverting and using water in Rio Nutrias Subsection. **Persons using surface or underground water in Rio Nutrias Subsection cannot object to the determination of priority**

**dates and irrigation water requirements of the surface water irrigation rights described in the Proposed Decree.  In addition, persons in Rio Nutrias Subsection may not file objections to the previous determination of their own surface water irrigation rights.**

Copies of the Proposed Decree with an Addendum that summarizes the water rights adjudicated and decreed therein, and hydrographic survey maps showing the location of all tracts described in the decree, are available for inspection at the Office of the Rio Arriba County Clerk in Tierra Amarilla and in Española. Copies are also available for inspection at the Federal District Court in Santa Fe and in Albuquerque, at the UNM School of Law, and at the Office of the State Engineer at the following addresses:

>   Office of the Clerk
>   United States District Court
>   106 South Federal Place
>   Santa Fe, New Mexico
>
>   Office of the Clerk
>   United States District Court
>   333 Lomas Blvd. NW
>   Albuquerque, New Mexico
>
>   Joe M Stell Ombudsman Program at Utton Center
>   UNM School of Law
>   1117 Stanford NE Rm. 1216
>   Albuquerque, New Mexico
>
>   Office of the State Engineer
>   Water Resource Allocation Program
>   Bataan Memorial Building, Rm. 102
>   Santa Fe, New Mexico

The Proposed Decree (without the Addendum) is also available on the Office of the State Engineer's website (www.ose.state.nm.us).

If you do not wish to object to the determination of the water rights of other individuals, as described in the Proposed Decree, you do not need to take any further action.  If objections are filed

by any persons, you may participate in the proceedings to resolve those objections as described below. If no objections are filed with the Court, you will be bound by the provisions of the Proposed Decree. If you wish to object, you or your attorney must file an objection with the United States District Court of New Mexico. Objections must be filed in person or by mail to be received by the Court no later than **December 15, 2011**, at the following address:

> United States District Court Clerk
> 333 Lomas Blvd. NW, Suite 270
> Albuquerque, NM 87102

*Inter se* objections must be filed in accordance with the United States District Court of New Mexico Local Rule 5. All objections must have a caption identifying the Case and Case Number (69cv07941–BB). The objection must contain the subfile number of the water right objected to, identify the defendant associated with that water right, provide a brief explanation of the reason for the objection, describe your own water rights in Rio Nutrias Subsection, and be signed by the person making the objection. Blank forms (entitled *"Inter Se* Objection to Surface Water Irrigation Rights") that may be used for this purpose will be available to the public with the Proposed Decree at the locations described above.

If you timely file an *inter se* objection, the Court will notify you of a mandatory scheduling and pretrial conference where you will learn how objections will be heard by the Court. Further procedures for hearing objections to the Proposed Decree will be determined at the conference. This will be your only opportunity to object to the determination of surface water rights described in the Proposed Decree.

**If you have water rights in the Rio Nutrias Subsection, you may participate in the proceedings to resolve *inter se* objections <u>whether or not you file an *inter se* objection</u>.** If *inter se* objections are timely filed, the State will prepare a report that summarizes all objections and make

the report available for public inspection at the locations described above by **February 1, 2012**. Persons that elect to participate in the proceedings to resolve *inter se* objections must file a notice of intent to participate with the Court no later than **March 15, 2012**. Blank forms (entitled "Notice of Intent to Participate in *Inter Se* Proceedings") that may be used for this purpose will be available with the report that summarizes *inter se* objections. **All persons having water rights in the Rio Nutrias Subsection will be bound by the outcome of the proceedings to resolve *inter se* objections.**

If you have any questions, call or write:

Edward G. Newville
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

or,

John W. Utton
Attorney for Associación de Acéquias Norteñas de Rio Arriba
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271
(505) 699-1445 telephone
(505) 842-8890 facsimile

_/s/ Bruce D. Black_
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Approved:

_/s/ Lorenzo F. Garcia_
LORENZO F. GARCIA
UNITES STATES MAGISTRATE JUDGE