IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

____ The priority date proposed for any other water right.

Please describe this water right or ditch __PORVENIR DITCH__

✓ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

✓ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch __PORVENIR DITCH — plus springs__

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): __Frank + Tracy Martinez__   Subfile No. __CHRB-004-0060__

MAILING ADDRESS: __346 Forest Rd. 314   Jemez Springs, New Mexico 87025__

TELEPHONE NO.: __1-575-829-4089__

SIGNED __Frank A. Martinez__   DATE: __July 19th 2011__
__Tracy J Martinez__

**SEE REVERSE SIDE**

Frank + Tracy Martinez
216 Forest Rd. 314
JEMEZ Springs
New Mexico 87025

7009 1430 0000 7383 9859

To: United States District Court
333 Lomas Blvd. #NW Suite 270
ALBQ, NM 87102

RECEIVED
At Albuquerque NM
JUL 20 2011
MATTHEW J. DYKMAN
CLERK

U.S. POSTAGE PAID
RIO RANCHO, NM
87144
JUL 19, '11
AMOUNT
$3.29
00023566-04