## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

      v.                                  69cv07941 BB
                                          Rio Chama Adjudication

ROMAN ARAGON, *et al.*,

      Defendants.

## NOTICE OF CORRECTION AND ORDER

**THIS MATTER** comes before the Court *sua sponte*.

The State of New Mexico filed a motion asking the Court to enter an order establishing procedures that will govern the entry of a Partial Final Judgment and Decree on surface water irrigation rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System. (*See* Doc. No. 10172, filed June 27, 2011). The Court's Order granting the State's motion contains a typographical error giving the deadline for *inter se* objections as December 15, **2012** instead of December 15, **2011** as requested in the State's motion. (*See* Doc. No. 10177 ¶ 5 at 3, filed July 1, 2011). The first sentence in paragraph 5 on page 3 of the Court's Order is amended to read:

> The Notice of Proposed Partial Final Judgment and Decree on Surface Water Rights and the Notice for publication shall inform claimants that all *inter se* objections to the Proposed Decree must be filed with the Court, in person or by mail for receipt no later than **December 15, 2011.**

**IT IS SO ORDERED.**

                                    _____
                                    **BRUCE D. BLACK**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**