IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>ROMAN ARAGON et al., )<br>)<br>Defendants. )<br>) | 69cv07941-BB-LFG<br><br>RIO CHAMA STREAM SYSTEM |

## **ORDER**

**THIS MATTER** comes before the Court following the referral of this case to the Honorable Lorenzo F. Garcia, United States Magistrate Judge (June 8, 2011, Docket No. 10155).

Until further notice, all proposed orders, consent orders, and any other document not required to be filed should not be submitted to Judge Garcia. Instead, documents shall be sent to Jeffrie Minier, the Court's water adjudication clerk, for further distribution and processing: Jeff_Minier@nm.court.fed.us.

**IT IS SO ORDERED**.

**BRUCE D. BLACK**
**CHIEF UNITED STATES DISTRICT JUDGE**