IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer <br><br> Plaintiff, <br><br> vs. <br><br> ROMAN ARAGON, *et al.,* <br><br> Defendants. | 6:69cv07941-BB -LFG <br><br> RIO CHAMA STREAM SYSTEM <br> Section 7, Rio Brazos <br><br> **Subfile Nos.   CHRB-003-0025** |

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the *Motion for Substitution of Parties in Subfile CHRB-003-0025* by the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed July 21, 2011 (Doc. No. 10518).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Miguel R. Sanchez and Miguel R. Sanchez, Jr. are substituted for defendant Codling Family Trust in these proceedings.

/s/ Bruce D. Black
_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE