IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM
Section 3: Rio Nutrias

Subfile No. CHNU-001-0005

## <u>NOTICE OF ERRATA</u>

  The Plaintiff State of New Mexico, *ex rel.* State Engineer gives notice of the following printing error in the Consent Order listed below:

  CHNU-001-0005  Consent Order filed July 31, 2002  Doc. No. 6790

  Subsection B of the Consent Order listed above, lists X and Y coordinates for a point of diversion associated with a 1.4 acre No Right tract described in that subsection of the order.  There is no ditch or point of diversion associated with this tract of land (as indicated in the Consent Order), and the inclusion of X and Y coordinates describing a point of diversion was in error.  That portion of Subsection B describing the point of diversion for the 1.4 acre No Right tract should read as follows:

  **Point of Diversion:**

   **Ditch Name:** NONE

   **Location X:** 0  feet **Y:**  0

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

Dated:  July 22, 2011

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  22nd  day of July 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Lucia A. Montoya
Robert J. Montoya
3007 Siringo Rd.
Santa Fe, NM 87507