IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB -LFG

RIO CHAMA STREAM SYSTEM
Section 7: Rutheron & Plaza Blanca

**Subfile No. CHRU-004-0037**

## MOTION FOR SUBSTITUTION OF PARTIES IN SUBFILE CHRU-004-0037

    The Plaintiff State of New Mexico, *ex rel.* State Engineer moves the Court to issue its order substituting Raymond D. Walker and Nancy Ann Walker for defendant Linda DeMill in these proceedings in Subfile CHRU-004-0037 and as grounds Plaintiff states as follows:

    1.    Raymond D. Walker and Nancy Ann Walker have filed a Change of Ownership form with Office of the State Engineer showing that they are the current owners of the irrigated lands in Subfile CHRB-004-0037 pursuant to the warranty deed to the Walkers for this property filed with the Rio Arriba County Clerk on February 1, 2007 (Bk. 530, Pg. 899).

    WHEREFORE the State of New Mexico requests the Court to enter its order substituting Raymond D. Walker and Nancy Ann Walker for defendant Linda DeMill in these proceedings.

                            Respectfully submitted,

                            /s/ Ed Newville
                          EDWARD G. NEWVILLE
                          Special Assistant Attorney General

Office of State Engineer<br>
P.O. Box 25102<br>
Santa Fe, NM 87504-5102<br>
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___25th___ day of July 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Linda DeMill
6460 Logging Camp Rd.
Rhinelander, WI 54501

Raymond & Nancy Ann Walker
236 Rainbow Dr., #13685
Livingston, TX 77399