IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB -LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rio Brazos |
| Defendants. | |

**PROOF OF PUBLICATION**
**OF NOTICE AND ORDER TO SHOW CAUSE**

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned attorney, hereby files proof of publication of the Notice and Order to Show Cause issued by the United States District Court in connection with the determination of priority dates and irrigation water requirements in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System.

Attached as Exhibit 1 is the Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

Respectfully submitted,

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __8th__ day of August 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                             /s/ Ed Newville
                                           EDWARD G.  NEWVILLE