State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the Publisher of the **Rio Grande SUN**, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

__4__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

__07__ day of __July, 2011__

and the last publication on the __28__ day of

__July, 2011__. Payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_____ Publisher (Robert Trapp)

Subscribed and sworn to before me this __28th__ day of __July__ A.D. __2011__

_____ Maria V. Lopez Garcia / Notary Public
My commission expires 13 July 2013

## Publisher's Bill

__631__ lines one time at __441.70__

__631__ lines __3__ times at __1135.80__

Affidavit __5.00__

Subtotal __1582.50__

Tax __128.58__

Total __1711.08__

Payment received at **Rio Grande SUN**

Date __06-20-11__

By __LC__

IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF
NEW MEXICO
STATE OF NEW MEXICO,
EX REL.
STATE ENGINEER
PLAINTIFF,
69CV07941-BB
VS.
RIO CHAMA STREAM
SYSTEM
ROMAN ARAGON, ET AL.,
SECTION 7, RIO BRAZOS
DEFENTANTS.

## NOTICE AND ORDER TO SHOW CAUSE

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE SURFACE OR UNDERGROUND WATERS OF THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE WATER FOR IRRIGATION PURPOSES IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM AND WHOSE NAMES APPEAR BELOW:

### PARKVIEW DITCH PRIORITY 1861

**Defendants:** Agapita Abeyta, Jose Gabriel Abeyta, Margaret Abeyta, Roque N. Abeyta, Fred Anderson, Archdiocese of Santa Fe, Frank J. Archuleta, Jose Belarmino Archuleta, Juanita Archuleta, Pedro Archuleta, Richard Archuleta, Sammy Archuleta, Beronice I. Arechuleta, Joysree B. Aubrey, Marshall J. Blanton, Dorothy T. Blanton Trust Agreement, Connie Byrd, Jose A. Candelaria, Benito Casados, Sylvia Casados, Tomas A. Casados, Vernon R. Casados, Casados Family Trust, Elaine Chavez, Fernando Chavez, Cecil L. Cox, Audrey M. Eaton, Hugh L. Eaton, Lisa H. Eaton, Karel Fordyce, Teresa Galdean, Joyce Gallegos, Richard I. Gallegos, George K. Galvan, Valentina V. Galvan, Frances D. Garcia, Thomas Gaylor, Glenn Godwin & Theresa Godwin Family Trust, Maria Elena Gomez, Theodore Gonzales, Gloria Jean Grasmick, Josephine Hays, Vangie Cordova Herrea, Dennis R. Herrera, Highland Ventures, Inc., Tito Jaramillo, Charles E. Knapp, Acencion Labrier, Marron Family Limited Partnership, Lip, Anselmo Lopez, Otilia Lopez, Elisa M. Salazar Mackenzie, Bernabe Madrid, Caroline Madrid, David Maestas, Dolores L. Maez, Emery Maez, Alice Martinez, Anthony R. Martinez, Ascencion D. Martinez, Candy S. Martinez, Chris H. Martinez, Conrad V. Martinez, Eduardo T. Martinez, Estate of Nicolas Martinez, Gilbert A. Martinez Jr., Joanne C. Martinez, Joe E. Martinez, Johnny C. Martinez, Jose L. Martinez, Jose Lucas Martinez, Larry H. Martinez, Loide Martinez, Manuel G. Martinez Jr., Max A. Martinez, Philomena M. Martinez, Polly Martinez, Priscilla Martinez, Rose L. Martinez, Margarita E. Mercure, Yolanda M. MontaZo, Lorraine E. Montoya, Travis G. Moseley, NM State Game Commission, Eloy S. Olivas, Juanita I. Olivas, Henry A. Palm, Willa S. Palm, Walter Joseph PlZa, Letitia Rhodes, Jose I. Rivera, Praxedes Rivera, Tito A. Rivera, Anthony M. Romero, Melvin K. Roybal, Jose B. Roybal Living Trust, Doris Salazar, Jose B. Salazar, Manuel S. Salazar, Maria D.M. Salazar, Robert A. Salazar, Angelina Sanchez, Eloy Sanchez, Hazel T. Sanchez, Joyce L. Sanchez, Ralph Sanchez, Levi A. Sandoval, Rufina L. Sandoval, David Schwartz Bypass Trust, Johnny P. Silva, Christie L. Spill, Dolores Torrez, Joe M. Torrez, Juanita Torrez, Reyes Salomon Torrez, Robert Torrez, Victoria M. Torrez, Fernando Trujillo Sr., Fernando Trujillo III, Fernando Trujillo Jr., Horacio Trujillo, Manuel D. Trujillo, Marcella Doreen Burbank Trujillo, Margarita R. Trujillo, Viola Trujillo, Bernadette Trujillo-salazar, Bernie Ulibarri, Frank Valdez, Grace G. Valdez, Leo V. Valdez, Teofila Valdez, Diolinda Varoz, Anthony L. Vigil, Marcia Sue Vigil, Rudy Gilbert Vigil

### ENSENADA DITCH PRIORITY 1861

**Defendants:** Emilie Luna Anthony, David F. Baca, Gloria F. Baca, Estate of Esther Bruno, Pauline Bustos, Estate of Olivia Carmody, Cynthia Casados, Casados Partnership, Tony Casados, Sr. & Sons, Prtnrshp., Ashley D. Cordova, Ben R. Cordova, Clyde C. Cordova, Cynthia A. Cordova, Deborah Cordova, Donald P. Cordova, Genevieve Cordova, Georgia M. Cordova, Hazel Cordova, Hazel Ann Cordova, James P. Cordova, Monica A. Cordova, Nelda Cordova, Olivia Cordova, Orlando M. Cordova, Paul M. Cordova, Sharon Cordova, Tomas R. Cordova, Cecil L. Cox, Bruce R. Duran, Gumercindo F.c. Duran, Michelle L. Duran, Edulia Estrada, Ramon Estrada, Eugene B. Foote, Mary V. Foote, Karel Fordyce, Maria F. Gallegos, Roseann Gallegos, Ernestine Garcia, Pete Garcia, Peter Garcia Jr., Thomas Gaylor, Maria Elena Gomez, Theodore Gonzales, Marcella Hasson, Louis R. Jaramillo, Tito Jaramillo, Acencion Labrier, Roy C. Lopez, Frank D. Luna IV, Gilbert Luna Sr., Hilario Luna, Salomon A. Luna, Bernabe Madrid, Caroline Madrid, Agapito "Pete" Maestas, Albert M. Martinez, Alice Martinez, Anthony R. Martinez, Chris Martinez, Chris R. Martinez, Eddie Martinez, Gloria Martinez, Jacob Martinez, Joe L. Martinez, Jose Lucas Martinez, Joseph A. Martinez, Larry Martinez, Lionel E. Martinez II, Loyola Martinez, Luis E. Martinez, Manuel G. Martinez Jr., Mary Ida B. Martinez, Orlando Martinez, Raymond L. Martinez, Rebecca Martinez, Roberto Martinez, Rose Martinez, Socorro Martinez, Manuel and Alice Martinez Trust, Amelia Montano, Vicente Montano, Sixto Montoya, Don Dell Mulder, Charles Mahlon Murphy, Tira L. Ouellete, Ferlinda Pesata, Jose B. Rivera, Oralia Rivera, Anna S. Rodela, Joseph Ray Rodela, Loyda Rodela, Maria Elena Rodela, Ronald B. Rodela, Steven Rodela, Carlos J. Romero Jr., Pedro Romero, Janet Rosas, Jose B. Roybal Living Trust, Angelina Sanchez, Eloy Sanchez, Joe R. Sanchez, Robert F. Sanchez, Mikael Saunders, Howard M. Sleeper, Estate, Bernie Ulibarri, George A. Valdez, Joe I. Valdez, Miguel Valdez, Olivia M. Valdez, Tive Valdez, Geraldine Valencia, Larry Valencia, Margaret M. Valerio, Velasquez, Inc., Marcia Sue Vigil, Rudy Gilbert Vigil, Hugh Walter Wilson

### PORVENIR DITCH PRIORITY 1894

**Defendants:** Andrews Living Trust, Nancy Bell, Tony Casados, Sr. & Sons, Prtnrshp., D. Mario Chavez, Emily Ulibarri Chavez, Michael Fonte, Acencion Labrier, Frank A. Maestas, Lucy P. Maestas, Rose Ellen Marquez Manning, Alice Martinez, Chris Martinez, Chris R. Martinez, Eddie Martinez, Frank A. Martinez, Frank R. Martinez, Laverne Martinez, Lilliana R. Martinez, Louisa Martinez, Manuel A. Martinez Jr., Manuel G. Martinez Jr., Robert A. Martinez, Roberto Martinez, Rosa D. Martinez, Rose M. Martinez, Tracy Martinez, Berta J. Romero, Hope R. Roybal, Joseph G. Roybal, Jose B. Roybal Living Trust, Margaret Royball, Joseph David Sanchez, Manuel D. Trujillo, Manuel De Atocha Trujillo, Marcella Doreen Burbank Trujillo, Henry Ulibarri, Mabel C. Ulibarri, Velasquez, Inc., Dorothy Wardlow, T.J. Wardlow

### LOS BRAZOS COMMUNITY DITCH PRIORITY 1861

**Defendants:** Elviria S. Abeyta, Jose M. Abeyta, Margarita V. Atencio, Silviano Atencio, Lily Bateman, Bidal A. Candelaria, Consuelo J. Candelaria, Olivia M. Cordova, Epimenia B. Gallegos, Frank A. Gallegos, Harold M. Gallegos, Mary F. Gallegos, Carole Gomez, Michael Gomez, Rita Madrid, Debra Patricia Martinez, Estefanita Abeyta Martinez, Jose Maria Martinez Jr., Medardo Sanchez, Rita Trujillo, Abel Valdez, Cleo B. Valdez, Crystal H. Valdez, Gloria C. Valdez, Joe B. Valdez, Justiniano A. Valdez, Manuel F. Valdez, Prescilla Valdez, Roxanne H. Valdez, Theresa Valdez, Charlie S. Vance, Lorraine T. Vance, Carla A. Vigil

### OJITOS DITCH PRIORITY 1861

**Defendants:** Donaldo Abeyta, Eloisa S. Abeyta, Gregorio Abeyta, Teodoro E. Abeyta, Marshall J. Blanton, Dorothy T. Blanton Trust Agreement, Mary Alice Casados, Russell Casados, Elizabeth Chavez, Whitney Durell, Felix R. Gallegos, Leontina Gallegos, Gallegos Family Trust, Maria Abeyta Garcia, Ida S. Martinez, Jonetta L. Martinez, Nicholas Martinez Estate, Robert Martinez Jr., Robert A. Martinez, Delfin O. and Francis Quintana Trust, Doris Salazar, Fernando Salazar, Jose B. Salazar, Bernie Ulibarri, Michael C. Ulibarri,

### MARTINEZ DITCH PRIORITY 1861

**Defendants:** Eloisa S. Abeyta, Elizabeth Chavez, Whitney Durell, Ida S. Martinez, Jonetta L. Martinez, Robert Martinez Jr., Robert A. Martinez, Walter Joseph PlZa, Delfin O. and Francis Quintana Trust, Fernando Salazar

### BRAZITO DITCH LATERAL PRIORITY 1861

**Defendants:** Elviria S. Abeyta, Jose M. Abeyta, Ruby Abeyta, Natividad Chavez Ranch Properties, LLC, Codling Family Trust, Frank A. Gallegos, Mary F. Gallegos, Jose Maria Martinez Jr., Eloy S. Olivas, Juanita I. Olivas, Joe Pino, Juanita Pino, Miguel Antonio Salazar, Jose A. Sanchez, Pauline Sanchez, Sanchez Family Trust, The El Llano Co., Inc., Abel Valdez, Joe B. Valdez, Prescilla Valdez

### LA PUENTE DITCH PRIORITY 1861

**Defendants:** Gale A. Abeyta, Mark D. Abeyta, Sherry J. Abeyta, Beronice Ignacita Archuleta, Beverly Ann Archuleta, Pedro Antonio Archuleta Iv, Lillie Chavez, Rudolph A. Chavez, Vivian Chavez, Dorene Tafoya Cleland, Max Cleland, Christine M. Cordova, Joseph G. Cordova, Prescilla Hunnel, Laguna Vista Townsite Inc., Felix Madrid, Norma E. Madrid, Darlene A. Manuele, Carlos R. Manzanares, Debbie Manzanares, Joann L. Manzanares, Juan F. Manzanares, Mariano S. Manzanares, Mary Leah Manzanares, Ruben Manzanares Jr., Tony J & Natividad M. Manzanares Family Trust, Lorenzo Zuniga Jr. and Maria E. Varela Family Trust, Juan A. Martinez, Leroy J. Martinez, Navora Martinez, Rosina Martinez, Stephanie E. Martinez, Teresa Martinez, Elaine L. Mayer, Frederick L. Mayer, Baudelia M. Mercure, Vincente Mercure, Joyce Nenninger, Emma Padilla, Richard Padilla, Estate of Amelia C. Pond, Harry Sanchez, Theresa Sanchez, Andrew M. Tafoya, Jose P. Tafoya, Kathy R. Tafoya, Lisa Tafoya, Lorraine Tafoya, Lucy Tafoya, Lucy M. Tafoya, Stella D. Tafoya, Felicitas Trujillo, Phillip G. Trujillo, Willie Trujillo Jr., Ernesto R. Ulibarri, Rosemary Ulibarri

### ACEQUIA DE LAS TRES PLUMAS PRIORITY 1880

**Defendants:** Elviria S. Abeyta, Jose M. Abeyta, Jose Damian Eturriaga, Frank A. Gallegos, Harold M. Gallegos, Mary F. Gallegos, Jose Maria Martinez Jr., John P. Zamora, Maria De La Luz Zamora

### CHAVEZ CREEK DITCH PRIORITY 1892

**Defendants:** Tony Casados, Sr. & Sons, Prtnrshp.

### PRIORITY 1894

**Defendants:** Alvin Eversgerd, Belva Eversgerd, Anthony T. Garcia, Debbie L. Garcia, J. Patrick Garcia, J. Placido Garcia Jr., Munira K. Garcia

### CHAVEZ CREEK DITCH NO. 2 PRIORITY February 19, 1915

**Defendants:** Joe and Rosina Garcia Revocable Trust

### RICE DITCH PRIORITY March 25, 1935

**Defendant:** Marshall J. Blanton, Dorothy T. Blanton Trust Agreement

### PHIL CORKIN INFILTRATION GALLERY PRIORITY October 22, 1945

**Defendants:** Corkin's Lodge

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water right and ditch, or the priority dates for any other community or private ditch in the Brazos Subsection of Section 7 of the Rio Chama Stream System ("Brazos Subsection") as described above. The priority dates for the ditches listed above will apply to all individual irrigation water rights served by the ditches listed, unless you or other persons file objections. The priority dates for ditches listed above will also apply to a spring that serves as a source of water for irrigators under those ditches, and which is described on individual subfile orders filed with the Court. Defendants that have previously agreed to a priority date for their water rights in the Brazos Subsection in subfile orders filed with the Court may not object to the dates of their own water rights, but may file objections to the proposed determination of the priority dates of other water users.

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water re-

Payment received at R

Date 06-20

By _____

quirements for surface water irrigation use in the Brazos Subsection for lands irrigated under pre-1907 ditches as described below:

a. The weighted consumptive irrigation requirement (CIR) is 1.11 acre-feet per acre per annum.
b. The farm delivery requirement (FDR) is 2.78 acre-feet per acre per annum.
c. The project diversion requirement (PDR) is 4.63 acre-feet per acre per annum.

The ditches in the Brazos Subsection to which the above amounts apply are all of the ditches identified above with the exception of Chavez Creek No. 2, Rice Ditch and Phil Corkin Infiltration Gallery.

You are hereby notified that you are required to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use on lands in the Brazos Subsection that are irrigated under final licenses issued by the Office of the State Engineer, as described below:

**Chavez Creek Ditch No. 2:**
a. The weighted consumptive irrigation requirement (CIR) is 1.11 acre-feet per acre per annum.
b. The farm delivery requirement (FDR) is 1.34 acre-feet per acre per annum.
c. The project diversion requirement (PDR) is 2.23 acre-feet per acre per annum.

**Rice Ditch:**
a. The weighted consumptive irrigation requirement (CIR) is 1.11 acre-feet per acre per annum.
b. The farm delivery requirement (FDR) is 1.51 acre-feet per acre per annum.
c. The project diversion requirement (PDR) is 2.52 acre-feet per acre per annum.

**Phil Corkin Infiltration Gallery:**
a. The weighted consumptive irrigation requirement (CIR) is 1.11 acre-feet per acre per annum.
b. The farm delivery requirement (FDR) is 1.50 acre-feet per acre per annum.
c. The project diversion requirement (PDR) is 2.50 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stock ponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons you may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes the elements of the water rights for surface water irrigation use in the Brazos Subsection as described above. If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Brazos Subsection. Subsequent inter se proceedings in the Brazos Subsection will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in the Brazos Subsection as stated above, you must file your objection with the Court, in person or by mail, **FOR RECEIPT NO LATER THAN September 2, 2011:**

United States District Court Clerk
333 Lomas Blvd. NW,
Suite 270
Albuquerque, NM 87102

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights or any other water rights. If you fail to timely object and attend the scheduling and pretrial conference you may not raise objections in the future.

If you have any questions, call or write:
Edward G. Newville
Special Assistant
Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile
or,
John W. Utton
Attorney for Associación de Acéquias Nortenas de Rio Arriba
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271
(505) 699-1445 telephone
(505) 842-8890 facsimile
BRUCE D. BLACK
UNITED STATES
DISTRICT JUDGE
Approved:_____
VICKIE L. GABIN
SPECIAL MASTER
(Published July 7, 14, 21 28, 2011)