IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB -LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3, Rio Nutrias |

## CERTIFICATE OF SERVICE

Pursuant to the July 1, 2011, *Order Granting Motion to Establish Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in Rio Nutrias Subsection, Section 3, Rio Chama Stream System* (Docket No. 10177), the Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned Counsel of record, hereby certifies that on August 11, 2011, it mailed copies of the *Notice of Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System* (Docket No. 10519), and the form entitled *Inter Se Objection to Surface Water Irrigation Rights*, to Defendants in the Rio Nutrias Subsection at the addresses listed on the following pages, one and two.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

| | | |
|---|---|---|
| **Subfile No.: CHNU-001-0001**<br>JUAN R. MONTANO REVOCABLE TRUST<br>c/o ANA PADILLA TRUSTEE<br>10405 CALLE CONTENTO NW<br>ALBUQUERQUE, NM 87114 | **Subfile No.: CHNU-001-0002A**<br>ANTONIO ESQUIBEL<br>P.O. BOX 125<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-001-0002B**<br>JUAN R. MONTANO REVOCABLE TRUST<br>c/o ANA PADILLA TRUSTEE<br>10405 CALLE CONTENTO NW<br>ALBUQUERQUE, NM 87114 |
| **Subfile No.: CHNU-001-0003**<br>LUCIA A. MONTOYA<br>ROBERT J. MONTOYA<br>P.O. BOX 244<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-001-0004**<br>LUCIA A. MONTOYA<br>ROBERT J. MONTOYA<br>P.O. BOX 244<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-001-0005**<br>LUCIA A. MONTOYA<br>ROBERT J. MONTOYA<br>P.O. BOX 244<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHNU-002-0001**<br>ARTURO ESQUIBEL<br>632 STAGECOACH RD. SE.<br>ALBUQUERQUE, NM 87123 | **Subfile No.: CHNU-002-0002**<br>LUCIA A. MONTOYA<br>ROBERT J. MONTOYA<br>P.O. BOX 244<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-002-0003A**<br>ANTHONY G. TAFOYA II<br>3064 JEMEZ RD.<br>SANTA FE, NM 87507 |
| **Subfile No.: CHNU-002-0003B**<br>JUAN R. MONTANO REVOCABLE TRUST<br>c/o ANA PADILLA TRUSTEE<br>10405 CALLE CONTENTO NW<br>ALBUQUERQUE, NM 87114 | **Subfile No.: CHNU-002-0004**<br>JUAN R. MONTANO REVOCABLE TRUST<br>c/o ANA PADILLA TRUSTEE<br>10405 CALLE CONTENTO NW<br>ALBUQUERQUE, NM 87114 | **Subfile No.: CHNU-002-0005A**<br>ANTHONY G TAFOYA<br>3064 JEMEZ RD.<br>SANTA FE, NM 87507 |
| **Subfile No.: CHNU-002-0005B**<br>LOUIS R. TAFOYA<br>134 LAS ESTRELLAS<br>SANTA FE, NM 87507 | **Subfile No.: CHNU-002-0005C**<br>CHRIS E. TAFOYA<br>3375 LA AVENIDA DE SAN MARCOS<br>SANTA FE, NM 87507 | **Subfile No.: CHNU-002-0006**<br>JUAN R. MONTANO REVOCABLE TRUST<br>c/o ANA PADILLA TRUSTEE<br>10405 CALLE CONTENTO NW<br>ALBUQUERQUE, NM 87114 |
| **Subfile No.: CHNU-002-0007**<br>LUCIA A. MONTOYA<br>ROBERT J. MONTOYA<br>P.O. BOX 244<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-002-0008A**<br>JOANN VALDEZ<br>JOE B. VALDEZ<br>P.O. BOX 806<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-002-0008B**<br>JUSTIANO VALDEZ<br>P.O. BOX 41<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHNU-002-0009**<br>JOANN VALDEZ<br>JOE B. VALDEZ<br>P.O. BOX 806<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-002-0010**<br>JOANN VALDEZ<br>JOE B. VALDEZ<br>P.O. BOX 806<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-002-0011**<br>ABEL VALDEZ<br>P.O. BOX 2383<br>BERNALILLO, NM 87004 |
| **Subfile No.: CHNU-002-0012**<br>MARGIE ATENCIO<br>SILVIANO ATENCIO<br>P.O. BOX 302<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-002-0013**<br>DOMITILIA L. ULIBARRI<br>FELIBERTO ULIBARRI<br>P.O. BOX 182<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-002-0014**<br>LUCIA A. MONTOYA<br>ROBERT J. MONTOYA<br>P.O. BOX 244<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHNU-002-0015**<br>ESTANISLAO ROYBAL<br>LUCIA ROYBAL<br>P.O. BOX 297<br>ESPANOLA, NM 87532 | **Subfile No.: CHNU-002-0016**<br>JUAN R. MONTANO REVOCABLE TRUST<br>c/o ANA PADILLA TRUSTEE<br>10405 CALLE CONTENTO NW<br>ALBUQUERQUE, NM 87114 | **Subfile No.: CHNU-003-0001**<br>JOSE M. ABEYTA<br>P.O. BOX 102<br>LOS OJOS, NM 87551 |
| **Subfile No.: CHNU-003-0002A**<br>JOSE D. ETURRIAGA<br>P.O. BOX 57<br>LOS OJOS, NM 87551 | **Subfile No.: CHNU-003-0002B**<br>JOSE D. ETURRIAGA<br>P.O. BOX 57<br>LOS OJOS, NM 87551 | **Subfile No.: CHNU-003-0002C**<br>JOSE D. ETURRIAGA<br>P.O. BOX 57<br>LOS OJOS, NM 87551 |

| | | |
|---|---|---|
| **Subfile No.: CHNU-003-0002D**<br>JOSE D. ETURRIAGA<br>P.O. BOX 57<br>LOS OJOS, NM 87551 | **Subfile No.: CHNU-003-0003**<br>DONALD THOMAS MARTINEZ<br>P.O. BOX 187<br>LOS OJOS, NM 87551 | **Subfile No.: CHNU-004-0001**<br>JOSE D. ETURRIAGA<br>P.O. BOX 57<br>LOS OJOS, NM 87551 |
| **Subfile No.: CHNU-004-0002**<br>PHIL SANCHEZ<br>P.O. BOX 292<br>ESPANOLA, NM 87532 | **Subfile No.: CHNU-004-0003A**<br>ESTATE OF ELSIE CHANG<br>c/o RICHARD E. CHANG, PR<br>1045A STATE RD. 503<br>CUNDIYO, NM 87522 | **Subfile No.: CHNU-004-0003B**<br>ROBERT J. ULIBARRI<br>P.O. BOX 165<br>CEBOLLA, NM 87518 |
| **Subfile No.: CHNU-004-0004**<br>ORLANDO ULIBARRI<br>P.O. BOX 3<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-004-0005**<br>LEROY MARTINEZ<br>P.O. BOX 202<br>TIERRA AMARILLA, NM 87575 | **Subfile No.: CHNU-004-0006A**<br>HAROLD ULIBARRI<br>P.O. BOX 265<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHNU-004-0006B**<br>ROBERT J. ULIBARRI<br>P.O. BOX 165<br>CEBOLLA, NM 87518 | **Subfile No.: CHNU-005-0001A**<br>JOSE D. ETURRIAGA<br>P.O. BOX 57<br>LOS OJOS, NM 87551 | **Subfile No.: CHNU-005-0001B**<br>HAROLD ULIBARRI<br>P.O. BOX 265<br>TIERRA AMARILLA, NM 87575 |
| **Subfile No.: CHNU-005-0002**<br>NAPOLEON L. ULIBARRI<br>P.O. BOX 125<br>LOS OJOS, NM 87551 | **Subfile No.: CHNU-006-0001**<br>JOSE D. ETURRIAGA<br>P.O. BOX 57<br>LOS OJOS, NM 87551 | |