IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

      Defendants.

6:69cv07941-BB -LFG

RIO CHAMA STREAM SYSTEM
Section 7, Rutheron & Plaza Blanca

**Subfile No.   CHRU-004-0037**

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the *Motion for Substitution of Parties in Subfile CHRU-004-0037* by the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed July 25, 2011 (Docket No. 10528).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Raymond D. Walker and Nancy Ann Walker are substituted for defendant Linda DeMill in these proceedings.

                      BRUCE D. BLACK
                      UNITED STATES DISTRICT JUDGE