IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

11 AUG 23 PM 1:45

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

____ The priority date proposed for any other water right.

Please describe this water right or ditch _____

__✓__ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch __Chavez Creek Ditch__

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): __Tony Casados, Sr. & Sons partnership__   Subfile No. __CHRB-004-0049A__

MAILING ADDRESS: __P.O. Box 186, Tierra Amarilla, NM 87575__

TELEPHONE NO.: __575-588-7337, 505 470 5745__

SIGNED: _____ DATE: __22 August 11__
    *for partnership*

SEE REVERSE SIDE

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN SEPTEMBER 2, 2011 TO:**

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102