Ensenada Mutual Domestic Water Consumers Association
P.O. Box 226
Tierra Amarilla, NM 87575

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

August 25, 2011

To Whom It may Concern:

The notice and order to show cause was sent to our Domestic Water Association advising that we should file an objection to the proposed water requirements if we do not agree to them. However, the show cause order only makes reference to ditches used for "surface irrigation" uses, and so therefore, we are confused as to whether the order applies to domestic water associations. The Ensenada Mutual Domestic Water Consumers Association utilizes an underground well for its water use.

If the show cause order does in fact apply to domestic water associations such as ours, we do object to the irrigation water requirements currently being proposed to the court.

Please note the correction to our mailing address: P.O. Box 226 – not P.O. Box 32.

Thank you.

Sincerely,

Vicente Montaño
President, Board of Directors
Ensenada Mutual Domestic Consumers Water Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

11 AUG 26 PM 2: 03

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

____ The priority date proposed for any other water right.

Please describe this water right or ditch _____

✓ ? The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

✓ ? The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch *Ensenada Mutual Domestic Water Consumer's Assoc.*

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): *% Vicente Montaño* Subfile No. _____

MAILING ADDRESS: *P.O. Box 226, Tierra Amarilla, NM 87575*

TELEPHONE NO.: *575 588-7381*

SIGNED: *Vicente Montaño* DATE: *08/25/2011*

**SEE REVERSE SIDE**

Ensenada Mutual Water Association
P.O. Box 226
Tierra Amarilla, NM 87575

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

RECEIVED
At Albuquerque NM

AUG 26 2011

MATTHEW J. DYKMAN
CLERK