IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

11 AUG 30 PM 1: 16

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

✓ The priority date proposed for any other water right. _all pre 1907 Community or private ditches in the Rio Brazos subsection of Section 7_
Please describe this water right or ditch _____

✓ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): _Theresa Valdez_    Subfile No. _CHRB-003-0010_

MAILING ADDRESS: _P.O. Box 782 Cuba, N.M. 87013_

TELEPHONE NO.: _575-289-3863_

SIGNED: _Theresa V_    DATE: _8/29/11_

**SEE REVERSE SIDE**

T. Valdez
P.O. Box 983
Cuba, N. M. 87013

RECEIVED
At Albuquerque NM

AUG 3 0 2011

MATTHEW J. DYKMAN
CLERK

United States District Court
333 Lomas Blvd. N.W. Suite 270
Albuquerque, New Mexico 87102