IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

11 AUG 30 PM 1:15

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

    I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

_____ The priority date proposed for my water right.

✓ The priority date proposed for any other water right. All Pre 1907 Community and Private Ditches in the Rio Brazos SubSection of Section 7.
Please describe this water right or ditch _____

✓ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

_____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

    Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): Cleo B., Roxanne N., Crystal N. Valdez  Subfile No. CHRB-003-0031

MAILING ADDRESS: PO Box 87, Los Ojo, NM 87551

TELEPHONE NO.: (575) 588-7676

SIGNED: Cleo B., Roxanne N., Crystal N. Valdez  DATE: 8/28/2011

SEE REVERSE SIDE

Cleo, Roxanne & Crystal Valdez
P.O. Box 87
Los ojos, NM 87551

RECEIVED
At Albuquerque NM
AUG 3 0 2011
MATTHEW J. DYKMAN
CLERK

United States District Court
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102