IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

11 SEP -1  PM 1:34

CLERK-LOS CRUCES

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

✓ The priority date proposed for any other water right. *all pre 1907 Community or private ditches in the Rio Brazos Subsection of Section 7*
Please describe this water right or ditch _____

✓ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): *Juanita Pino* Subfile No. *CHRB-003-0028*

MAILING ADDRESS: *P.O. Box 35, Los Ojos, NM 87551*

TELEPHONE NO.: *575-588-7880*

SIGNED: *Juanita Pino* DATE: *Aug 28, 2011*

SEE REVERSE SIDE

United States District Court
333 Lomas Blvd. N.W. Suite 270
Albuquerque,

RECEIVED
At Albuquerque NM

SEP 01 2011

MATTHEW J. DYKMAN
CLERK