IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

11 SEP -1 PM 1: 34

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

_✓_ The priority date proposed for any other water right. *all pre 1907 Community or private ditches in the Rio Brazos Subsection*

Please describe this water right or ditch *of Section 7*

_✓_ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): *Sylvia Mercure / Delfin Mercure*    Subfile No. *CHRB-003-0028 water well adjoining*

MAILING ADDRESS: *P.O. Box 101 Los Ojos, New Mexico 87551*

TELEPHONE NO.: *(575) 588-7601*

SIGNED: *Sylvia Mercure / Delfin Mercure*    DATE: *8-31-11*

**SEE REVERSE SIDE**

**Delfin & Sylvia Mercure**
C/r 334 No. 29
P.O. Box 101
Los Ojos, NM 87551

United States District Court
333 Lomas Blvd, NW Suite A2
Albuquerque, New Mexico 87102

RECEIVED
SEP 01 2011
MATTHEW J. DYKMAN
CLERK