IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

11 SEP -1 PM 1:34

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

### OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

\_\_\_\_ The priority date proposed for my water right.

✓ The priority date proposed for any other water right. *all ditches with pre 1907 rights or permits in the Los Brazos Subsection of Section 7.*
Please describe this water right or ditch _____

✓ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection. *Lands that come into irrigation later than 1907.*

\_\_\_\_ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**
FULL NAME(s): *Medardo Sanchez, Jr.* / *Clorinda N. Sanchez*   Subfile No. *CHRB-003-0028*

MAILING ADDRESS: *P.O. Box 96, Los Ojos, N. Mex. 87551*

TELEPHONE NO.: *575-588-7858*

SIGNED: *Medardo Sanchez Jr. / Clorinda N. Sanchez*   DATE: *8-31-11*   *8-31-11*

SEE REVERSE SIDE

Medardo Sanchez Jr
P.O. Box 96
Los Ojos, NM 87551-0096

RECEIVED
At Albuquerque NM

SEP 01 2011

MATTHEW J. DYKMAN
CLERK

Matthew J. Dykman
United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, New Mexico 87102

