IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>          Plaintiff,<br><br>     vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>          Defendants. | 69cv07941-BB -LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Subfile No. 267 |

## MOTION FOR SUBSTITUTION OF PARTIES

Pursuant to Fed. R. Civ. P. 25(a)(1), the Plaintiff State of New Mexico, *ex rel.* State Engineer moves the Court to substitute DAVID ORTIZ and CECILIA ORTIZ for defendant ALFREDO M. SALAZAR, SR. in these proceedings with respect to the water rights appurtenant to Tract 22.17 in Subfile 267 in the Chama Mainstream Section, and in support of this motion states the following:

   1.   Using the deed records of the Rio Arriba County Clerk and the Rio Arriba County Assessor's Office, the State has determined that Tract 22.17 in Section 1 of the Rio Chama Stream System is currently owned by David Ortiz and Cecilia Ortiz. The water rights appurtenant to Tract 22.17 were described in the subfile order for defendant Alfredo M. Salazar, Sr. filed with the Court on August 7, 1969 (Doc. No. 176) (Subfile 267).

   2.   Pursuant to the Order filed August 25, 2011 (Doc. No. 10537), David Ortiz and Cecilia Ortiz should be substituted for Alfredo M. Salazar, Sr. in these proceedings, and served with the Court's notice/order to show cause with respect to the State's proposed priority date for the water rights appurtenant to Tract 22.17. A proposed form of notice/order to show cause to be served upon

David Ortiz and Cecilia Ortiz will be submitted to the Court for review and approval following substitution of parties.

3. Although the subfile order for defendant Alfredo M. Salazar, Sr. in Subfile 267 filed with the Court did not include the hydrographic survey map and tract information for the lands described in the order, there is no need to correct the original subfile order to include this information. The Hydrographic Survey and Mapping Bureau of the Office of the State Engineer has confirmed that the lands described in the order corresponds to Tract 22.17 of the State Engineer's hydrographic survey.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting David Ortiz and Cecilia Ortiz for defendant Alfredo M. Salazar, Sr. in these proceedings with respect to the water rights appurtenant to Tract 22.17 in Subfile 267.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _____ day of August 2011 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

David Ortiz
Cecilia Ortiz
P.O. Box 1082
San Juan Pueblo, NM 87566


        /s/ Ed Newville
EDWARD G.  NEWVILLE