IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

11 SEP -2 PM 1:06

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

\_\_\_\_ The priority date proposed for my water right.

\_\_\_\_ The priority date proposed for any other water right.

    Please describe this water right or ditch _____

\_\_\_\_ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

**✓** The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

    Please describe this water right or ditch *Chavez Creek Ditch #2*

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): *Joe O. and Rosina Garcia Revocable Trust* Subfile No. *CHRB-002-0001*
                     % Joe Garcia

MAILING ADDRESS: *P.O. Box 90398, Albuquerque, NM 87199*

TELEPHONE NO.: *505-298-0017 (H)*  *505-440-0754 (cell)*

SIGNED: *Joseph Garcia*       DATE: *Sept. 2, 2011*

**SEE REVERSE SIDE**