IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

11 SEP -2 PM 2: 19

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

### OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

    I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

**✓** The priority date proposed for my water right.

____ The priority date proposed for any other water right.

Please describe this water right or ditch  Porvenir Ditch   1861  same as Ensenada de los Ojos

**✓** The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch  Porvenir, Ensenada Ditch, 11 water

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): Velasquez Inc              Subfile No. CHRB 004-0001-A
                                                     CHRB 004-0001

MAILING ADDRESS: P.O. Box 205  Tierra Amarilla, N.M. 87575

TELEPHONE NO.: 575-588-7758

SIGNED: Steve J. Ploco (Sec-Treas)      DATE: 8-31-11

**SEE REVERSE SIDE**

Steve Blaeo c/o
Vasquez Inc.
PO Box 205
Tierra Amarilla, N.M.
87575

United States District Court
333 Lomas Blvd. N.W. Suite 270
Albuquerque, N. Mexico
87102

ALBUQUERQUE NM 870
01 SEP 2011 PM 3 L

RECEIVED At Albuquerque NM
SEP 02 2011
MATTHEW J. DYKMAN
CLERK

8710299999