IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

11 SEP -2 PM 2: 19

69cv07941-BB

CLERK-ALBUQUERQUE

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

__x__ The priority date proposed for any other water right. All Pre 1907 Community or Private ditches in the Rio Brazos Subsection of Section 7
Please describe this water right or ditch _____

__X__ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): Estefanita Abeyta-Martinez    Subfile No. CHRB-003-0013

MAILING ADDRESS: PO Box 212-Los Ojos, NM 87551

TELEPHONE NO.: (575) 588-7830

SIGNED: /s/ Estefanita Abeyta-Martinez    DATE: 8/30/2011

**SEE REVERSE SIDE**

Estefanita Abeyta
PO Box 212
Los Ojos, NM 87551

ALBUQUERQUE NM 871
01 SEP 2011 PM 2 L

RECEIVED
At Albuquerque NM
SEP 02 2011
MATTHEW J. DYKMAN
CLERK

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

87102$2274