IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

11 SEP -2 PM 2: 19

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-BB   CLERK-ALBUQUERQUE

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System . I object to (check all that apply):

\_\_\_\_\_ The priority date proposed for my water right.

__X__ The priority date proposed for any other water right.

    Please describe this water right or ditch All Pre 1907 Community or Private ditches
    in the Rio Brazos Subsection of Section 7

__X__ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos
    Subsection.

\_\_\_\_\_ The irrigation water requirements proposed for lands irrigated under a final license issued by
    the State Engineer.

    Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): Ruby Abeyta/Jose Maley    Subfile No. CHRB-003-0021

MAILING ADDRESS: PO Box 102 - Los Ojos, nm 87551

TELEPHONE NO.: 588-7478

SIGNED: _____   DATE: 8/30/11

**SEE REVERSE SIDE**

Jose M. Abeyta
PO Box 102
Los Ojos, NM 87551

871 02*2274

ALBUQUERQUE NM 871

RECEIVED
At Albuquerque NM

SEP ~ ~ 2011

MATTHEW J. DYKMAN
CLERK

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102