IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB -LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Subfile No. 194 |

### WITHDRAWAL OF MOTION FOR SUBSTITUTION OF PARTIES

　　The Plaintiff State of New Mexico, *ex rel.* State Engineer hereby withdrawals the *Motion for Substitution of Parties* filed September 2, 2011 (Docket No. 10550) ("Motion"). Since the September 2, 2011, Motion was filed, the Personal Representative of the Estate of Rebecca A. Serna has contacted the undersigned attorney for the State of New Mexico and provided the State with information on the heirs of Benjamin E. Serna, the probate of the Estate of Rebecca A. Serna, and the current status of the ownership of the interests of Ben E. Serna a/k/a Benjamin Serna (deceased) in the lands associated with Subfile No. 194. The State intends to refile a motion for substitution of parties using this corrected information.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Ed Newville
　　　　　　　　　　　　　　　　　　　　　EDWARD G. NEWVILLE
　　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Office of State Engineer
　　　　　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　　　　　(505) 867-7444 phone

(505) 867-2299 facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __7nd__ day of September 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Estate of Rebecca A. Serna
Xavier E. Serna, PR
704 Turner NE
Albuquerque, NM 87123

Jane Serna
P.O. Box 482
Española, NM 87532

Annadelle Sanchez
P.O. Box 482
Española, NM 87532

Betty Norris
P.O. Box 482
Española, NM 87532

Leopoldo Serna
P.O. Box 482
Española, NM 87532

        /s/ Ed Newville
        EDWARD G. NEWVILLE