IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP - 7 2011

MATTHEW J. DYKMAN
CLERK

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-BB

RIO CHAMA STREAM SYSTEM

Section 7, Rio Brazos

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

✓ The priority date proposed for any other water right. *all pre 1907 community or private ditches in the Rio Brazos Subsection of section 7*

Please describe this water right or ditch _____

✓ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Brazos Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): *Dale C. Wilson*   Subfile No. *CHRB-003-0028 Water well adjoining*

MAILING ADDRESS: *P.O. Box 613, Tierra Amarilla, NM 87575*

TELEPHONE NO: *623-694-4945*

SIGNED: _____ DATE: *9/1/11*

**SEE REVERSE SIDE**