IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.,*

    Defendants.

6:69-cv-07941-BB-LFG

RIO CHAMA STREAM SYSTEM

Section 7, Cañones Creek

## NOTICE AND ORDER TO SHOW CAUSE

GONZALO H. MARTINEZ FAMILY TRUST
c/o GONZALO H. MARTINEZ
4504 STOCKBRIDGE NW
ALBUQUERQUE  NM  87120

**Subfile No.: CHCC-003-0004**

**Ditch or Acequia**

BARRANCO DITCH
CAÑONES DITCH NO. 1
CAÑONES DITCH NO. 2

**Priority Dates**

    You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date for your water right and ditch, or the priority date for any other community or private ditch in the Cañones Creek Subsection of Section 7 ("Cañones Subsection") as described below:

| DITCH | PRIORITY DATE |
|---|---|
| Daggett Ditch No. 1 | 1902 |
| Daggett Ditch No. 2 | 1902 |
| Daggett Ditch No. 3 | 1902 |
| Daggett Ditch No. 4 | 1902 |
| Daggett Ditch No. 5 | 1902 |
| Gentry Ditch No. 1 | 1902 |
| Gentry Ditch No. 2 | 1902 |
| Cañones Ditch No. 1 | 1861 |
| Cañones Ditch No. 2 | 1861 |
| Unnamed Ditch No. 1 | 1861 |
| Unnamed Ditch No. 2 | 1861 |
| Unnamed Ditch No. 3 | 1861 |
| Unnamed Ditch No. 4 | 1861 |
| Barranco Ditch | 1861 |
| Sanchez y Chavez Ditch | 1877 |

These priority dates described above will apply to all individual irrigation water rights served by the ditches listed, unless you or other parties file objections. The priority dates for ditches listed above will also apply to a spring that serves as a source of water for irrigators under those ditches, and which is described in an individual subfile order filed with the Court.

You are hereby notified that you are required to file an objection with the Court if you disagree with the State's proposed determination of the ditch-wide priority dates for lands in the Cañones Subsection that are irrigated under a final license issued by the Office of the State Engineer, as described below:

| DITCH | OSE LICENSE | PRIORITY DATE |
|---|---|---|
| Sargent Cañones Ditch | No. 1975 | November 27, 1931 |
| North Cañones Ditch | No. 1609 | December 11, 1923 |
| H.N.D. Ditch | No. 1544 | December 1, 1922 |

**Irrigation Water Requirements**

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use under pre-1907 ditches located in the Cañones Subsection, as described below:

    a.    The weighted consumptive irrigation requirements (CIR) is 1.05 acre-feet per acre per annum.

    b.    The farm delivery requirement (FDR) is 2.63 acre-feet per acre per annum.

    c.    The project diversion requirement (PDR) is 4.38 acre-feet per acre per annum.

The ditches in the Cañones Subsection to which the above amounts apply are all of the ditches identified above with the exception of Sargent Cañones Ditch, North Cañones Ditch and H.N.D. Ditch.

You are hereby notified that you are required to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water reqirements for surface water irrigation use on lands in the Cañones Subsection that are irrigated under a final license issued by the Office of the State Engineer, as described below:

Sargent Cañones Ditch:

    a.    The weighted consumptive irrigation requirement (CIR) is 1.05 acre-feet per acre per annum.

    b.    The farm delivery requirement (FDR) is 1.5 acre-feet per acre per annum.

    c.    The project diversion requirement (PDR) is 2.5 acre-feet per acre per annum.

North Cañones Ditch:

    a.    The weighted consumptive irrigation requirement (CIR) is 1.05 acre-feet per acre per annum.

    b.    The farm delivery requirement (FDR) is 1.5 acre-feet per acre per annum.

      c.      The project diversion requirement (PDR) is 2.5 acre-feet per acre per annum.

<u>H.N.D. Ditch:</u>

      a.      The weighted consumptive irrigation requirement (CIR) is 1.05 acre-feet per acre per annum

      b.      The farm deliver requirement (FDR) is 1.3 acre-feet per acre per annum.

      c.      The project diversion requirement (PDR) is 2.17 acre-feet per acre per annum

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" (FDR) refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The Project Diversion Requirement" (PDR) or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons, you will be notified of the objections and may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes those elements of your water rights and the water rights of other surface water users in the Cañones Subsection as described above. If you disagree, you must follow the instructions below.

In the absence of any objections, you will have no other opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Cañones

Subsection, and subsequent *inter se* proceedings in the Cañones Subsection will not include the opportunity to object to those determinations.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements for surface water irrigation use in the Cañones Subsection as stated above, you must file the form entitled Objection and Response to Notice and Order to Show Cause with the Court, in person or by mail **FOR RECEIPT NO LATER THAN December 15, 2011.**

    United States District Court Clerk
    333 Lomas Blvd. NW, Suite 270
    Albuquerque, NM 87102

If you timely file an objection the Special Master will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your water rights in the Cañones Subsection. If you fail to timely object and attend the scheduling and pretrial conference you may not raise objections in the future.

    If you have any questions, call or write:

| | |
|---|---|
| Edward G. Newville<br>Special Assistant Attorney General<br>Office of the State Engineer<br>P.O. Box 25102<br>Santa Fe, NM 87504-5102<br>(505) 867-7444 telephone<br>(505) 867-2299 facsimile | or,    John W. Utton<br>Attorney for Associación de Acéquias<br>Norteñas de Rio Arriba<br>Sheehan & Sheehan, PA<br>P.O. Box 271<br>Albuquerque, NM 87103-0271<br>(505) 699-1445 telephone<br>(505) 842-8890 facsimile |

                                               /s/ Bruce D. Black
                                             BRUCE D. BLACK
                                             UNITED STATES DISTRICT JUDGE