IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB-LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rio Nutrias |
| Defendants. | |

### PROOF OF PUBLICATION OF NOTICE
### OF PROPOSED PARTIAL FINAL JUDGMENT AND DECREE
### ON SURFACE WATER IRRIGATION RIGHTS
### IN THE RIO NUTRIAS SUBSECTION OF SECTION 3
### OF THE RIO CHAMA STREAM SYSTEM

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned attorney, hereby files proof of publication of the *Notice of Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System* issued by the United States District Court (July 21, 2011, Doc. No. 10520) in connection with *inter se* proceedings in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System.

Attached as Exhibit 1 is the Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General

>Office of State Engineer
>P.O. Box 25102
>Santa Fe, NM 87504-5102
>(505) 867-7444 phone
>(505) 867-2299 facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __12th__ day of September 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

>___/s/ Ed Newville_____
>EDWARD G.  NEWVILLE