IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB-LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Cañones Creek |

**OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE**

　　　　I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Cañones Creek Subsection of Section 7 of the Rio Chama Stream System . I object to (check all that apply):

\_\_\_\_　The priority date proposed for my water right.

\_\_\_\_　The priority date proposed for any other water right.

　　　　Please describe this water right or ditch _____

\_\_\_\_　The irrigation water requirements proposed for pre-1907 irrigation water rights in the Cañones Subsection.

\_\_\_\_　The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

　　　　Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): _____　Subfile No. _____

MAILING ADDRESS: _____

TELEPHONE NO.: _____

SIGNED: _____　DATE: _____

**SEE REVERSE SIDE**

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN December 15, 2011 TO:**

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102