IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>      Plaintiff,<br><br>-v-<br><br>RAMON ARAGON, *et al.*<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   69cv07941-BB<br>)<br>)   RIO CHAMA STREAM SYSTEM<br>)<br>)<br>) |

## ORDER

THIS MATTER is before me on the August 18, 2011 Motion of the Special Master for Interim Fees and Expenses (Docket No. 10531). Having reviewed the Special Master's Motion, status report and invoices, having received no objection thereto, and being otherwise fully advised in the premises,

I HEREBY APPROVE the work performed and the manner by which fees and expenses for the Special Master, the Data Manager, the Law Clerk and the Administrative Assistant incurred between January 1, 2011 and July 31, 2011 have been paid from the court account.

IT IS SO ORDERED.

_____
BRUCE D. BLACK
CHIEF JUDGE