IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,

   v.                                                                                  69cv07941 BB/LFG
                                                                                Rio Chama Adjudication

ROMAN ARAGON, *et al.*,

      Defendants.

## NOTICE OF CORRECTION

The Court's Order of July 21, 2011 (Doc. No. 10523) instructing that certain documents be emailed to Jeffrie Minier, the Court's water rights law clerk, gave an incorrect email address. The correct email address is:  jeff_minier@nmcourt.fed.us.


*/s/ Bruce D. Black*
**BRUCE D. BLACK**
**CHIEF UNITED STATES DISTRICT JUDGE**