IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB-LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1, Chama Mainstream<br><br>Subfile No. 267 |

# ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 2, 2011 (Doc. No. 10547).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that David Ortiz and Cecilia Ortiz are substituted for defendant Alfredo M. Salazar, Sr. in these proceedings with respect to the water rights appurtenant to Tract 22.17 in Subfile No. 267 (Section 1, Chama Mainstream).

　　　　　　　　　　　　　　　　　　　　/s/ Bruce D. Black
　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE