IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

 vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941-BB -LFG

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Subfile No. 287

## ORDER SUBSTITUTING PARTIES

 THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 2, 2011 (Doc. No. 10549).

 Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

 IT IS ORDERED, THEREFORE, that Dennis C. Montoya, Anthony J. Maestas and Margaret C. Yuma are substituted for defendant Cidelia Martinez in these proceedings with respect to the water rights appurtenant to Tract 20.2A in Subfile 287 (Section 1, Chama Mainstream).

           /s/ Bruce D. Black
           BRUCE D. BLACK
           UNITED STATES DISTRICT JUDGE