IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-BB -LFG

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Subfile No. 194

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 7, 2011 (Doc. No. 10557).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Estate of Rebecca A. Serna, Jane Serna, Annadelle Sanchez and Betty Norris are substituted for defendants Ben E. Serna, Jacobo Serna, Jose Serna, Pedro E. Serna and Pilar Serna in these proceedings with respect to the water rights appurtenant to Tract 23.22 and 23.22A in Subfile 194 (Section 1, Chama Mainstream). Leopoldo Serna, a defendant named in the original subfile order filed in Subfile 194 (Doc. No. 107), remains a current defendant with respect to the water rights appurtenant to Tract 23.22 and 23.22A in Subfile 194.

                                                BRUCE D. BLACK
                                                UNITED STATES DISTRICT JUDGE