IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-BB -LFG

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Subfile No. 152

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed September 2, 2011 (Doc. No. 10548).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Anthony Consavage and Rose Ellen Consavage are substituted for defendants Luis Maestas and Adelia H. Maestas in these proceedings with respect to the water rights appurtenant to Tract 21.15 in Subfile 152 (Section 1, Chama Mainstream).

                                      BRUCE D. BLACK
                                      UNITED STATES DISTRICT JUDGE