IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB -LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3, Cañones Creek |
| Defendants. | Subfile No. CHCC-002-0010 |

### ORDER GRANTING MOTION TO AMEND CONSENT ORDER IN SUBFILE CHCC-002-0010

THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's September 13, 2011, *Motion to Amend Consent Order in Subfiles CHCC-002-0010* (Docket No. 10628).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

IT IS ORDERED, THEREFORE, that Subsection B of the Consent Order entered for Subfile CHCC-002-0010 (Donald A. Gonzales and Mary E. Gonzales) (filed December 12, 2003, Doc. No. 7347) is amended as follows:

**B.** **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No(s):**   None

**Priority:** reserved for future determination by court order entered November 19, 2002.

**Source of Water:** Surface Water of Cañones Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:** UNNAMED DITCH NO. 2

    **Location:**    X = 1,543,132 feet    Y = 2,114,618 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 29.9 acres |
| Total | 29.9 acres |

    As shown on the 2000 Hydrographic Survey Map CHCC-2

**Amount of Water:** reserved for future determination by court order entered November 19, 2002.

*/s/ Bruce D. Black*
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE