

LEGEND

- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Area
- Operable Ditch
- Inoperable Ditch
- Stock Ponds / Reservoir
- Point of Diversion
- Well
- Spring
- (F) Fallow
- (NR) No Right

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**John R. D'Antonio, Jr., P.E.,**
**State Engineer**

1 inch = 200 feet

**Rio Chama Hydrographic Survey**
**Rio Brazos Section**

Subfile Number
**CHRB 004-0057**
Porvenir Ditch
AMENDED
July 28, 2011