IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,

   v.                                              69cv07941 BB/LFG
                                                     Rio Chama Adjudication

ROMAN ARAGON, *et al.*,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the State of New Mexico's Motion for Approval of Form of Notice and Orders to Show Cause (Doc. No. 10625, filed September 12, 2011). The Court, having reviewed the proposed Notices and Orders to Show Cause, will **GRANT** the Motion on the following conditions:

1.    The final paragraph of the Notices state: "If you timely file an objection the Special Master will notify you . . . ." Because there currently is no Special Master appointed for this case, the State shall modify the final paragraph of the Notices to read: "If you timely file an objection the Special Master or the Court will notify you . . . ."

2.    The Notices to the individual claimants, the ditches and the United States indicate that the CIR, FDR and PDR for the North Cañones Ditch are 1.05, 1.5 and 2.5 acre-feet per acre per annum, respectively, while the Notice for publication indicates that those values are 1.11, 1.51 and 2.52. The State shall make any necessary corrections to the Notices.

      **IT IS SO ORDERED.**

                                                **BRUCE D. BLACK**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**