IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                          CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,             RIO CHAMA ADJUDICATION

      Defendants.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court on the State of New Mexico and the Jicarilla Apache Nation's joint request for a scheduling and procedural conference. [Doc. 10171].

After noting that the matter of the Jicarilla Apache Nation's state law-based water rights has been pending since 2004, the Special Master ordered the State of New Mexico and the Jicarilla Apache Nation ("the Parties") to request a scheduling and procedural conference if they are unable to submit a signed consent order to the Court by June 17, 2011. [Doc. 10059]. In their request for a scheduling and procedural conference, the Parties indicated that they need more time to review the proposed consent order, requested that the Court hold the scheduling and procedural conference in abeyance because the conference would not be helpful at this time, and suggested that they instead submit a status report to the Court detailing their progress. [Doc. 10171].

The Parties shall, within 30 days of entry of this Order, file a status report detailing their progress. The status report shall also provide a proposed schedule of activities necessary to complete the consent order, including a proposed deadline for submitting the signed consent order to the Court.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge