IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM

Section 7, Cañones Creek

## CERTIFICATE OF SERVICE

I certify that pursuant to the September 6, 2011, *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Cañones Creek Subsection of Section [7] of the Rio Chama Stream System* (Docket No. 10555), on October 18, 2011, I caused to be mailed to each of the persons or entities listed below:

United States of America
David W. Gehlert, Esq.
United States Department of Justice
Environmental and Natural Resources Section
1961 Stout Street, Floor 8
Denver, CO 80294

Associación de Acéquias Norteñas de Rio Arriba
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

Cañones Ditch No. 1
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271

Albuquerque, NM 87103-0271

Barranco Ditch
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

and to each of the defendants in the Cañones Creek Subsection listed on the attached pages numbered 1 through 5, the Court's *Notice and Order to Show Cause* in connection with the determination of priority dates and irrigation water requirements in the Cañones Creek Subsection of Section 7 of the Rio Chama Stream System.

                 Respectfully submitted,

                 /s/ Ed Newville
                 EDWARD G. NEWVILLE
                 Special Assistant Attorney General
                 Office of State Engineer
                 P.O. Box 25102
                 Santa Fe, NM 87504-5102
                 (505) 867-7444 telephone
                 (505) 8672299 facsimile

I HEREBY CERTIFY that on the __19th__ day of October, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                 /s/ Ed Newville
                 EDWARD G. NEWVILLE

**SERVICE LIST**

| | | |
|---|---|---|
| CHCC-001-0001A<br>JOHNNA WEAVER<br>P.O. BOX 1155<br>CHAMA, NM 87520 | CHCC-001-0001A<br>RALEIGH K. GARDENHIRE<br>P.O. BOX 1155<br>CHAMA, NM 87520 | CHCC-001-0001B<br>TURNER A. WINGO<br>HC 75 BOX 86<br>CHAMA, NM 87520 |
| CHCC-001-0001B<br>SHERRY D. WINGO<br>HC 75 BOX 86<br>CHAMA, NM 87520 | CHCC-001-0003<br>E. TRUMAN CAUDILL<br>6308 DRISCOLL NE<br>ALBUQUERQUE, NM 87109 | CHCC-001-0003<br>JANE CAUDILL<br>6308 DRISCOLL NE<br>ALBUQUERQUE, NM 87109 |
| CHCC-001-0006A<br>PATTY S. TERRELL<br>P.O. BOX 23856<br>SANTA FE, NM 87502 | CHCC-001-0006B<br>PATRICK S. HOGAN<br>HC 75 BOX 66<br>CHAMA, NM 87520 | CHCC-001-0007<br>JOHN D. MORROW<br>203 CAMINO DEL NORTE<br>SANTA FE, NM 87501-1035 |
| CHCC-001-0008<br>JAMES R. CLEMENS<br>1290 LEJANO LA.<br>SANTA FE, NM 87505 | CHCC-001-0008<br>CATHERINE CLEMENS<br>793 CAMINO DEL PONIENTE<br>SANTA FE, NM 87505 | CHCC-001-0008<br>JAMES H. RENKEN IRR. TRUST B<br>PATRICIA RENKEN & STEPHANIE<br>SKAGGS, TTES<br>3201 TEXAS ST., NE<br>ALBUQUERQUE, NM 87110 |
| CHCC-001-0009<br>KINSLOW-HERBERT LIVING TRUST<br>NEIL J. HERBERT<br>208 HARVARD LANE<br>SEAL BEACH, CA 90740 | CHCC-001-0011<br>M. EDWINA WOOD<br>119 SUNFLOWER DRIVE<br>SANTA FE, NM 87506 | CHCC-001-0011<br>WARREN T. WOOD<br>119 SUNFLOWER DRIVE<br>SANTA FE, NM 87506 |
| CHCC-001-0012<br>DUNCAN FAMILY LTD.<br>PARTNERSHIP<br>GEORGE GARY DUNCAN<br>506 GALISTEO STREET<br>SANTA FE, NM 87501 | CHCC-001-0014<br>JIM EWBANK<br>2501 CROSSWIND DR.<br>SPICEWOOD, TX 78669 | CHCC-001-0014<br>ORLINDA NARANJO<br>2501 CROSSWIND DR.<br>SPICEWOOD, TX 78669 |
| CHCC-001-0015<br>SGT. MAC GREGOR BINKLEY<br>TRUST<br>EDWARD S. BINKLEY, TRUSTEE<br>305 QUINNHILL AVE.<br>LOS ALTOS, CA 94024 | CHCC-001-0015<br>MARGARET BURT BINKLEY TRUST<br>EDWARD S. BINKLEY, TRUSTEE<br>305 QUINNHILL AVE.<br>LOS ALTOS, CA 94024 | CHCC-001-0015<br>JEB MCNEIL BINKLEY TRUST<br>EDWARD S. BINKLEY, TRUSTEE<br>305 QUINNHILL AVE.<br>LOS ALTOS, CA 94024 |
| CHCC-001-0016<br>DALE R. ELLIOTT<br>2305 CALLE DE SANCHO NW<br>ALBUQUERQUE, NM 87104 | CHCC-001-0016<br>VIRGINIA V. ELLIOTT<br>2305 CALLE DE SANCHO NW<br>ALBUQUERQUE, NM 87104 | CHCC-001-0017<br>KARAM LIVING TRUST<br>FRANCIS & MARY KARAM<br>TRUSTEES<br>1895 GEORGETOWN ROAD<br>POTTSBURO, TX 75076 |

| | | |
|---|---|---|
| CHCC-002-0001<br>SGT. MAC GREGOR BINKLEY TRUST<br>EDWARD S. BINKLEY, TRUSTEE<br>305 QUINNHILL AVE.<br>LOS ALTOS, CA 94024 | CHCC-002-0001<br>MARGARET BURT BINKLEY TRUST<br>EDWARD S. BINKLEY, TRUSTEE<br>305 QUINNHILL AVE.<br>LOS ALTOS, CA 94024 | CHCC-002-0001<br>JEB MCNEIL BINKLEY TRUST<br>EDWARD S. BINKLEY, TRUSTEE<br>305 QUINNHILL AVE.<br>LOS ALTOS, CA 94024 |
| CHCC-002-0002<br>EDWARD L. BINKLEY III<br>P.O. BOX 70<br>CHAMA, NM 87520 | CHCC-002-0003<br>DIAMOND S RANCH<br>EDWARD L. BINKLEY III<br>P.O. BOX 70<br>CHAMA, NM 87520 | CHCC-002-0004A<br>RICE LIVING TRUST<br>GENE F. & RUTH E. GRIEGO-RICE<br>145 BOSQUE LOOP<br>BERNALILLO, NM 87004 |
| CHCC-002-0004B<br>DEREK STRAUCH<br>HC 75 BOX 85<br>CHAMA, NM 87520 | CHCC-002-0005A<br>RICE LIVING TRUST<br>GENE F. & RUTH E. GRIEGO-RICE<br>145 BOSQUE LOOP<br>BERNALILLO, NM 87004 | CHCC-002-0005B<br>DEREK STRAUCH<br>HC 75 BOX 85<br>CHAMA, NM 87520 |
| CHCC-002-0006<br>CHARLES R. SANDERS<br>HC 75 BOX 83<br>CHAMA, NM 87520 | CHCC-002-0006<br>DARLENE SANDERS<br>HC 75 BOX 83<br>CHAMA, NM 87520 | CHCC-002-0006A<br>CHARLES R. SANDERS<br>HC 75 BOX 83<br>CHAMA, NM 87520 |
| CHCC-002-0006A<br>DARLENE SANDERS<br>HC 75 BOX 83<br>CHAMA, NM 87520 | CHCC-002-0007<br>DEREK STRAUCH<br>HC 75 BOX 85<br>CHAMA, NM 87520 | CHCC-002-0008<br>LEO L. SMITH<br>86 SANTA MARIA DRIVE<br>EGEWOOD, NM 87015 |
| CHCC-002-0008<br>ARTA C. SMITH<br>86 SANTA MARIA DRIVE<br>EGEWOOD, NM 87015 | CHCC-002-0008<br>MAURICE A. EZELL<br>P.O. BOX 1815<br>SANTA FE, NM 87504 | CHCC-002-0008<br>DOROTHY W. EZELL<br>P.O. BOX 1815<br>SANTA FE, NM 87504 |
| CHCC-002-0008<br>CHARLES E. EZELL<br>P.O. BOX 133<br>CHAMA, NM 87520 | CHCC-002-0009<br>MARY ELLEN BURNS GONZALES<br>2806 CALLE CAMPEON<br>SANTA FE, NM 87505 | CHCC-002-0010<br>MARY ELLEN BURNS GONZALES<br>2806 CALLE CAMPEON<br>SANTA FE, NM 87505 |
| CHCC-002-0010<br>DONALD A. GONZALES<br>P.O. BOX 5353<br>SANTA FE, NM 87505 | CHCC-002-0011<br>JOHNNY A. MARTINEZ<br>P.O. BOX 60884<br>LAS VEGAS, NV 89160 | CHCC-002-0011<br>SADIE SANCHEZ<br>4605 VALLEY PARK, SW<br>ALBUQUERQUE, NM 87105 |

CHCC-002-0011
MANUEL MARTINEZ
6312 PRAIRIE SAGE
ALBUQUERQUE, NM 87120

CHCC-002-0011
DARLENE MOYA
1004 SAPPHIRE SW
ALBUQUERQUE, NM 87121

CHCC-002-0011
ROBERT E. MARTINEZ
02 MERLINDA CT.
LOS LUNAS, NM 87031

CHCC-002-0011
RAYMOND R. MARTINEZ
412 PUEBLO
AZTEC, NM 87031

CHCC-002-0011
LYNETTE MARTINEZ
1825 TOVER PLACE
ALBUQUERQUE, NM 87121

CHCC-002-0012
JOSE ANTONIO MARTINEZ
P.O. BOX 45
LOS OJOS, NM 87551

CHCC-002-0013
JUAN F. GURULE
P.O. BOX 21
IGNACIO, CO 81137

CHCC-002-0013
GENE H. GURULE
#15 CR 2951
AZTEC, NM 87410

CHCC-002-0013
GENEVIEVE MESTAS
649 EAST 2ND ST.
DURANGO, CO 81301

CHCC-002-0014
JOSE ORLANDO MARTINEZ
P.O. BOX 111
LOS OJOS, NM 87551

CHCC-002-0014
PAUL MARTINEZ
P.O. BOX 111
LOS OJOS, NM 87551

CHCC-002-0015
JOSE ONESIMO MARTINEZ JR.
152 E. HELM AVE
SALT LAKE CITY, UT 84115

CHCC-002-0016
RIVER BEND RANCH, LLC.
CHARLES T. DUMARS, ESQ.
201 3RD ST. NW #1750
ALBUQUERQUE, NM 871023368

CHCC-003-0001
RIVER BEND RANCH, LLC.
CHARLES T. DUMARS, ESQ.
201 3RD ST. NW #1750
ALBUQUERQUE, NM 871023368

CHCC-003-0002
ELEUTERIO MARTINEZ JR.
5505 DRAYTON NE
ALBUQUERQUE, NM 87111

CHCC-003-0003
LIZETTE M. MARTINEZ
10121 SIGNAL NE
ALBUQUERQUE, NM 87122

CHCC-003-0003
MARCUS J. MARTINEZ
10121 SIGNAL NE
ALBUQUERQUE, NM 87122

CHCC-003-0003
MICHAEL A. MARTINEZ
11407 DEL RAY AVE. NE
ALBUQUERQUE, NM 87122

CHCC-003-0003
DEBORAH L. MARTINEZ
11407 DEL RAY AVE. NE
ALBUQUERQUE, NM 87122

CHCC-003-0004
GONZALO H. MARTINEZ FAMILY TRUST
GONZALO H. MARTINEZ
4504 STOCKBRIDGE NW
ALBUQUERQUE, NM 87120

CHCC-003-0006
ANTONIO L. MARTINEZ
1632 VIA SARITA
SAN LORENZO, CA 94580

CHCC-003-0006
LUCILLE E. MARTINEZ
1632 VIA SARITA
SAN LORENZO, CA 94580

CHCC-003-0007
ROBERT MARTINEZ
P.O. BOX 12
LOS OJOS, NM 87551

CHCC-003-0007
IDA MARTINEZ
P.O. BOX 12
LOS OJOS, NM 87551

CHCC-003-0008
RAMON R. NUNEZ
346 GARCIA NE
ALBUQUERQUE, NM 87123-1115

CHCC-003-0008
CLORINDA L. NUNEZ
346 GARCIA NE
ALBUQUERQUE, NM 87123-1115

CHCC-003-0009
EARL JAMES MARTINEZ
P.O. BOX 428
CHAMA, NM 87520

CHCC-003-0010
TED D. MARTINEZ
4211 CRAZY HORSE RD.
CAMERON PARK, CA 95682

CHCC-003-0010
TERRY L. MARTINEZ
4211 CRAZY HORSE RD.
CAMERON PARK, CA 95682

CHCC-003-0011
PATRICK D. MARTINEZ
P.O. BOX 404
QUESTA, NM 87556

CHCC-003-0011
ROSE L. MARTINEZ
P.O. BOX 404
QUESTA, NM 87556

CHCC-003-0012
EL BARRANCO LLC
P.O. BOX 2706
DURANGO, CO 81302

CHCC-004-0001
EL BARRANCO LLC
P.O. BOX 2706
DURANGO, CO 81302

CHCC-004-0002
SANCHEZ FAMILY TRUST
MIGUEL R. & CLEOFAS C. SANCHEZ
P.O. BOX 131
LOS OJOS, NM 87551

CHCC-004-0003
MIGUEL R. SANCHEZ
P.O. BOX 131
LOS OJOS, NM 87551

CHCC-004-0003
CLEOFAS SANCHEZ
P.O. BOX 131
LOS OJOS, NM 87551

CHCC-004-0004
BENJAMIN A. GALLEGOS JR.
15241 CR 500
PAGOSA SPRINGS, CO 81147

CHCC-004-0004
JOHN J. GALLEGOS
2245 LOCUST STREET
DENVER, CO 80207

CHCC-004-0005
CLEO B. VALDEZ
P.O. BOX 87
LOS OJOS, NM 87551

CHCC-004-0005
CRYSTAL H. VALDEZ
P.O. BOX 87
LOS OJOS, NM 87551

CHCC-004-0005
ROXANNE H. VALDEZ
P.O. BOX 87
LOS OJOS, NM 87551

CHCC-004-0006
URSULA GERMAINE VICENTI
GALLEGOS
P.O. BOX 131
LOS OJOS, NM 87551

CHCC-004-0007
ANTONIO GARCIA
P.O. BOX 381
ESPANOLA, NM 87532

CHCC-004-0008
MEDARDO SANCHEZ JR.
P.O. BOX 96
LOS OJOS, NM 87551

CHCC-004-0008
CLORINDA SANCHEZ
P.O. BOX 96
LOS OJOS, NM 87551

CHCC-004-0008A
MEDARDO SANCHEZ JR.
P.O. BOX 96
LOS OJOS, NM 87551

CHCC-004-0008A
CLORINDA SANCHEZ
P.O. BOX 96
LOS OJOS, NM 87551

CHCC-004-0009
FRANK A. GALLEGOS
P.O. BOX 97
LOS OJOS, NM 87551

| | | |
|---|---|---|
| CHCC-004-0009<br>MARY GALLEGOS<br>P.O. BOX 97<br>LOS OJOS, NM 87551 | CHCC-004-0010<br>LARRY E. RIVERA<br>11485 COUNTY RD. WEST<br>LA JARA, CO 81140 | CHCC-004-0011<br>CECILIA GRIMES<br>P.O. BOX 129<br>LOS OJOS, NM 87551 |
| CHCC-004-0012<br>RITA TRUJILLO<br>P.O. BOX 73<br>LOS OJOS, NM 87551 | CHCC-004-0013<br>JOSE M. ABEYTA<br>P.O. BOX 102<br>LOS OJOS, NM 87551 | CHCC-004-0013<br>ELVIRIA S. ABEYTA<br>P.O. BOX 102<br>LOS OJOS, NM 87551 |
| CHCC-004-0014<br>JOSE M. ABEYTA<br>P.O. BOX 102<br>LOS OJOS, NM 87551 | CHCC-004-0014<br>ELVIRIA S. ABEYTA<br>P.O. BOX 102<br>LOS OJOS, NM 87551 | CHCC-004-0015<br>MUNDY RANCH INC.<br>SUSAN JANE M. MUNDY<br>P.O. BOX 1087<br>CHAMA, NM 87520 |
| CHCC-004-0017<br>JOSE A SANCHEZ<br>HC 75 BOX 1313<br>LOS OJOS, NM 87551 | | |