IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,           69cv07941-BB-LFG

 vs.               RIO CHAMA STREAM SYSTEM
                   Section 1, Chama Mainstream
ROMAN ARAGON, *et al.,*
                   Subfile No. 287

   Defendants.

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the Motion of the Plaintiff State of New Mexico, *ex rel.* State Engineer, filed October 11, 2011 (Doc. No. 10636).

Having reviewed the Motion[1] and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that Matthew R. Montoya, Ray E. Montoya, Sr., and Petronila J. Montoya are substituted for defendant Dennis C. Montoya in these proceedings with respect to the water rights appurtenant to Tract 20.2A in Subfile 287 (Section 1, Chama Mainstream).

               _/s/ Bruce D. Black_
               BRUCE D. BLACK
               UNITED STATES DISTRICT JUDGE

Approved:

_/s/ Lorenzo F. Garcia_
Lorenzo F. Garcia
United States Magistrate Judge

---

[1] The Motion contains a clerical error as it seeks to substitute parties pursuant to Fed. R.. Civ. P. 25(a)(1) which provides for substitution upon the death of a party. The Motion indicates that the reason for the substitution is the sale by one party of his interest in the subject water right. Consequently, the appropriate basis for the Motion is Fed. R. Civ. P. 25(c) Transfer of Interest.