IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,                                           6:69cv07941-BB-LFG

      vs.                                                  RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.,*                   Section 7, Rio Brazos

        Defendants.                               Subfile No. CHRB-004-0055A

## ORDER GRANTING MOTION TO AMEND CONSENT ORDER
## IN SUBFILE CHRB-004-0055A

THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's October 12, 2011, *Motion to Amend Consent Order in Subfile CHRB-004-0055A* (Docket No. 10637).

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

IT IS ORDERED, THEREFORE, that the attached revised subfile map dated July 28, 2011 is substituted for the subfile map attached to the Consent Order filed July 29, 2008 (Docket No 9250) in subfile CHRB-004-0055A.

                                                                 BRUCE D. BLACK
                                                                  UNITED STATES DISTRICT JUDGE

Approved:

Lorenzo F. Garcia
United States Magistrate Judge