IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

                Plaintiff,                      6:69cv07941-BB-LFG

        vs.                             RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.,*               Section 7, Rio Brazos

                Defendants.          Subfile No. CHRB-004-0057

## ORDER GRANTING MOTION TO AMEND CONSENT ORDER IN SUBFILE CHRB-004-0057

       THIS MATTER is before the Court on the State of New Mexico *ex rel.* State Engineer's October 12, 2011, *Motion to Amend Consent Order in Subfile CHRB-004-0057* (Docket No. 10638).

       Having reviewed the Motion and being otherwise  fully advised in the premises, the Court finds that the request is well-taken, and should be GRANTED.

       IT IS ORDERED, THEREFORE, that the attached revised subfile map dated July 28, 2011 is substituted for the subfile map attached to the Consent Order filed May 13, 2005 (Docket No 7854) in subfile CHRB-004-0057.

       FURTHER, the amount of irrigated acreage is revised to 3.1 acres.

 

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
Lorenzo F. Garcia
United States Magistrate Judge