IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

        vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM

Section 1, Chama Mainstream

Subfile Nos. 152, 194, 267 & 287

**MOTION FOR APPROVAL OF NOTICES AND ORDERS TO SHOW CAUSE
TO DEFENDANTS IN SUBFILES 152, 194, 267 AND 287
IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM**

Pursuant to the *Order* filed August 25, 2011 (Doc. 10537), the plaintiff State of New Mexico, *ex rel.* State Engineer (State) requests the Court to issue the Notices and Orders to Show Cause (Notices/Orders) attached hereto as Exhibits 1 through 4, and in support states the following:

1.    The State has identified the current owners of any portion of Tracts 20.2A, 21.5, 22.17, 23.22 and 23.22A in the Rio Chama Mainstream Section (Section 1) and, as needed, has joined those individuals to these proceedings, as required by the *Order* filed August 25, 2011.  *See* Doc. Nos. 10630, 10631, 10632, 10633 and 10651.

2.    Proposed Notices/Orders to be issued to the defendants in these subfiles (152, 194, 267 and 287), pursuant to the *Order* filed August 25, 2011, are attached hereto as Exhibits 1 through 4.

WHEREFORE, the State respectfully requests that the Court to issue the Notices/Orders to the defendants in subfiles 152, 194, 267 and 287 attached hereto.

Respectfully submitted,

_/s/ Ed Newville_

EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___9th___ day of November, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Anthony Consavage
Rose Ellen Consavage
P.O. Box 73
Hernandez, NM 87537

Estate of Rebecca A. Serna
Xavier E. Serna, PR
704 Turner NE
Albuquerque, NM 87123

Jane Serna
P.O. Box 482
Española, NM 87532

Annadelle Sanchez
P.O. Box 482
Española, NM 87532

Betty Norris
P.O. Box 482
Española, NM 87532

-2-

Leopoldo Serna
P.O. Box 482
Española, NM 87532

David Ortiz
Cecilia Ortiz
P.O. Box 1082
San Juan Pueblo, NM 87566

Matthew R. Montoya
P.O. Box 772
Española, NM 87532

Ray E. Montoya, Sr.
P.O. Box 772
Española, NM 87532

Petronila J. Montoya
P.O. Box 772
Española, NM 87532

Anthony J. Maestas
P.O. Box 1328
San Juan Pueblo, NM 87566

Margaret C. Yuma
P.O. Box 3249
Taos, NM 87571

   /s/ Ed Newville
Edward G.  Newville