IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-BB -LFG

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Subfile No. 287

## NOTICE AND ORDER TO SHOW CAUSE

To:    Matthew R. Montoya
P.O. Box 772
Española, NM 87532

Ray E. Montoya, Sr.
P.O. Box 772
Española, NM 87532

Petronila J. Montoya
P.O. Box 772
Española, NM 87532

Anthony J. Maestas
P.O. Box 1328
San Juan Pueblo, NM 87566

Margaret C. Yuma
P.O. Box 3249
Taos, NM 87571

Ditch or Acequia: Acequia de Chamita
Map and Tract: 20.2A

**Proposed Priority Date: 1600**

You are hereby notified that the Court has entered an Order requiring you to show if you disagree with the proposed priority date (1600) for the water rights described in Subfile No. 287 in Section 1 of the Rio Chama Stream System for Tract 20.2A. Since the time the Court adjudicated the priority date for these water rights, a court-appointed historian has studied the history of the settlement of this area and the priority dates further. The result of this study is that the priority date for the water rights associated with Tract 20.2A is earlier than previously determined. The new, proposed earlier date is shown above.

If you agree with this date (1600), you do not need to take any action, and the Court will enter an Order that recognizes the proposed priority date. If you disagree, you must follow the instructions below.

IT IS THEREFORE ORDERED THAT if you object to the priority date stated above (1600) for the water rights associated with Tract 20.2A and want to offer proof of an earlier date, you must file a written objection with the Court. A form that you may use for this purpose is enclosed with this notice. You must file your objection, if any, with the Federal District Court, in person or by mail **FOR RECEIPT NO LATER THAN JANUARY 16, 2012.**

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

If you timely file an objection, the Court will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE