IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

   v.                                                 69cv07941 BB/LFG
                                                                Rio Chama Adjudication

ROMAN ARAGON, *et al.*,

      Defendants.

## ORDER FOR STATUS REPORT

THIS MATTER comes before the Court *sua sponte*.

In its status report on the settlement of the United States' federal reserved water right for the Rio Chama under the Wild and Scenic River Act, the United States stated that the entire approval process for the proposed consent order could be completed by February 4, 2011. [Doc. 9964]. On February 4, 2011, the United States reported that "after an initial delay, review of the proposed Consent Order is now underway and that a decision is anticipated by the end of the month, or shortly thereafter. [Doc. 9998]. The United States shall, within 30 days of entry of this Order, file a status report on the proposed consent order and include a proposed schedule for submitting the proposed consent order for Court approval.

IT IS SO ORDERED.

                                                          */s/ Lorenzo F. Garcia*
                                                          Lorenzo F. Garcia
                                                          United States Magistrate Judge