IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. CV 07941 BB-LFG |
| | ) ) | RIO CHAMA Stream System |
| ROMAN ARAGON, *et al.*, | ) ) ) | Section 7 Jicarilla Apache Nation |
| Defendants. | ) ) | |

### JOINT STATUS REPORT

Pursuant to the October 11, 2011 *Order for Status Report* (Doc. No. 10647), the State of New Mexico and the Jicarilla Apache Nation, by and through their undersigned counsel, file this joint status report.

Counsel for the State completed a draft of a Consent Order describing the water rights of the Jicarilla Apache Nation in Section 7 of the Rio Chama Stream System, and served the Jicarilla Apache Nation with it on November 18, 2011.

The Jicarilla Apache Nation requires time to review the proposed Consent Order and have technical meetings with the State to discuss its provisions.  The Consent Order will then have to be submitted to the Nation's Legislative Council for review and approval.  These processes should be completed so that the Consent Order is presented to the Court for approval and entry by February 29, 2011.

Respectfully Submitted,

\_\_\_/s/Arianne Singer_____
Edward Newville

2

        Special Assistant Attorneys General
        Office of the State Engineer
        P.O. Box 25102
        Santa Fe, NM  87504-5102
        (505) 827-6150
        (505) 827-3887 facsimile


        _____telephonically approved_____
        Herbert A. Becker
        Attorney at Law
        2309 Renard Place SE
        Suite 200
        Albuquerque, NM 87106
        505-242-2214


**CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of November, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

        __/s/_____
        Arianne Singer