IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the
relation of State Engineer,

    Plaintiff,

  -v-

ROMAN ARAGON et al.

    Defendants

69cv07941-BB/LFG

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3
Subfile No.: CHCJ-004-0049

## ORDER CORRECTING CLERICAL ERROR

**THIS MATTER** is before the Court *sua sponte*.

In reviewing the Court record, the Court's Data Manager determined that the Order Granting Motion to Correct Clerical Error filed July 1, 2011 (Docket No. 10175) for subfile CHCJ-004-0049 erroneously stated the X coordinate as 1,593,224. The Consent Order filed January 25, 2002 (No. 6507) stated the X coordinate correctly as 1,593,223.

**IT IS THEREFORE ORDERED** that the X coordinate be changed to 1,593,223 on the Order Granting Motion to Correct Clerical Error filed July 1, 2011 (Docket No. 10175).

                                                **BRUCE D. BLACK**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

Approved:

Lorenzo F. Garcia
United States Magistrate Judge