IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                                     CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                   RIO CHAMA ADJUDICATION

      Defendants.

## ORDER

THIS MATTER is before the Court on the State of New Mexico and the Jicarilla Apache Nation's Joint Status Report. [Doc. 10657]. The Status Report states that the consent order describing the water rights of the Jicarilla Apache Nation in Section 7 of the Rio Chama Stream System should be ready for Court approval by February 29, 2012. The State and the Jicarilla Apache Nation shall submit the consent order to the Court's Water Rights Law Clerk at jeff_minier@nmcourt.fed.us by February 29, 2012. [Doc. 10523; 10629].

      IT IS SO ORDERED.

                                                                   _/s/ Lorenzo F. Garcia_
                                                                   Lorenzo F. Garcia
                                                                   United States Magistrate Judge