IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO on the )
relation of State Engineer, )
                                                      )
Plaintiff, )
                                                      )     69cv07941-BB-LFG
             -v- )
                                                      )     RIO CHAMA STREAM SYSTEM
RAMON ARAGON et al., )
                                                      )     Section 3, Rio Nutrias
Defendants. )
_____)

## <u>ENTRY OF APPEARANCE</u>

The law firm of Sheehan & Sheehan, P.A. (John W. Utton) herby enters its appearance on behalf Filiberto and Domitilia L. Ulibarri.   Appearance is limited to the adjudication proceedings before this Court.  Copies of all future pleadings, orders and notices in this matter should be sent to John W. Utton, Esq., Sheehan & Sheehan, P.A., P.O. Box 271, Albuquerque, NM 87103, Phone: (505) 247-0411, Fax: (505) 842-8890, email: jwu@SheehanSheehan.com.

Respectfully Submitted,

 SHEEHAN & SHEEHAN, P.A.
Attorneys for Biliberto and Domitilia L. Ulibarri
40 First Plaza, N.W., Suite 740 (87102)
Post Office Box 271
Albuquerque, New Mexico  87103
(505) 247-0411

*Electronically Filed*

BY:    /s/ John W. Utton, Esq.
             JOHN W. UTTON

<u>**CERTIFICATE OF SERVICE**</u>

     **I HEREBY CERTIFY** that on the 12th day of December 2011, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

                                  /s/ *John W. Utton*
                                  JOHN W. UTTON