IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB-LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Cañones Creek |
| Defendants. | |

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Cañones Creek Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

\_\_\_\_ The priority date proposed for my water right.

\_\_\_\_ The priority date proposed for any other water right.

   Please describe this water right or ditch _____

**X** The irrigation water requirements proposed for pre-1907 irrigation water rights in the Cañones Subsection.

\_\_\_\_ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

   Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): River Bend Ranch LLC          Subfile No. CHCC-002-0016

MAILING ADDRESS: c/o Law & Resource Planning Associates, PC
201 Third St, NW., Ste. 1750, Albuquerque, NM 87102

TELEPHONE NO.: (505) 346-0998

SIGNED: *[signature]*          DATE: December 13, 2011

**SEE REVERSE SIDE**

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN December 15, 2011 TO:**

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102