IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>  Defendants. | 69cv07941-BB-LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Cañones Creek |

### OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Cañones Creek Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

____ The priority date proposed for any other water right.

   Please describe this water right or ditch _____

__X__ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Cañones Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license issued by the State Engineer.

   Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): River Bend Ranch LLC         Subfile No. CHCC-003-0001

MAILING ADDRESS: c/o Law & Resource Planning Associates, PC
201 Third St, NW., Ste. 1750, Albuquerque, NM 87102

TELEPHONE NO.: (505) 346-0998

SIGNED: /s/ Tanya L. Scott         DATE: December 13, 2011

**SEE REVERSE SIDE**

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN December 15, 2011 TO:**

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102