IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Subfile No. 194

## NOTICE AND ORDER TO SHOW CAUSE

To:    Estate of Rebecca A. Serna
       Xavier E. Serna, PR
       704 Turner NE
       Albuquerque, NM 87123

       Jane Serna
       P.O. Box 482
       Española, NM 87532

       Annadelle Sanchez
       P.O. Box 482
       Española, NM 87532

       Betty Norris
       P.O. Box 482
       Española, NM 87532

       Leopoldo Serna
       P.O. Box 482
       Española, NM 87532

Ditch or Acequia: Acequia de Hernandez
Map and Tracts: 23.22 & 23.22A

**Proposed Priority Date: 1600**

You are hereby notified that the Court has entered an Order requiring you to show if you disagree with the proposed priority date (1600) for the water rights described in Subfile No.194 in Section 1 of the Rio Chama Stream System for Tracts 23.22 and 23.22A.  Since the time the Court adjudicated the priority date for these water rights, a court-appointed historian has studied the history of the settlement of this area and the priority dates further.  The result of this study is that the priority date for the water rights associated with Tracts 23.22 and 23.22A is earlier than previously determined.  The new, proposed earlier date is shown above.

If you agree with this date (1600), you do not need to take any action, and the Court will enter an Order that recognizes the proposed priority date.  If you disagree, you must follow the instructions below.

IT IS THEREFORE ORDERED THAT if you object to the priority date stated above (1600) for the water rights associated with Tracts 23.22 and 23.22A and want to offer proof of an earlier date, you must file a written objection with the Court.  A form that you may use for this purpose is enclosed with this notice. You must file your objection, if any, with the Federal District Court, in person or by mail **FOR RECEIPT NO LATER THAN JANUARY 31, 2012.**

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

If you timely file an objection, the Court will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

Lorenzo F. Garcia
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM

Section 1, Chama Mainstream

### OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities in Section 1 of the Rio Chama Stream System.

I object to the priority date proposed for my water right.

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): _____  Subfile No. _____

MAILING ADDRESS: _____

TELEPHONE NO.: _____
SIGNED: _____  DATE: _____


**MAIL OR DELIVER FOR RECEIPT NO LATER THAN JANUARY 16, 2012 TO:**

  United States District Court
  333 Lomas Blvd. NW, Suite 270
  Albuquerque, NM 87102