IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

Subfile Nos. 152, 194, 267 & 287

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2011, pursuant to the *Order* filed August 25, 2011 (Doc. No. 10537), I served a copies of the Court's *Notice and Order to Show Cause* (Doc. Nos. 10667, 10668, 10669, 10670) on the following persons by first-class mail:

Subfile No. 152
*Notice and Order to Show Cause*, Doc. No. 10667

Anthony Consavage
Rose Ellen Consavage
P.O. Box 73
Hernandez, NM 87537

Subfile No. 194
*Notice and Order to Show Cause*, Doc. No. 10668

Estate of Rebecca A. Serna
Xavier E. Serna, PR
704 Turner NE
Albuquerque, NM 87123

Jane Serna
P.O. Box 482
Española, NM 87532

Annadelle Sanchez
P.O. Box 482
Española, NM 87532

Betty Norris
P.O. Box 482
Española, NM 87532

Leopoldo Serna
P.O. Box 482
Española, NM 87532

Subfile No. 267
*Notice and Order to Show Cause*, Doc. No. 10669

David Ortiz
Cecilia Ortiz
P.O. Box 1082
San Juan Pueblo, NM 87566

Subfile No. 287
*Notice and Order to Show Cause*, Doc. No. 10670

Matthew R. Montoya
P.O. Box 772
Española, NM 87532

Ray E. Montoya, Sr.
P.O. Box 772
Española, NM 87532

Petronila J. Montoya
P.O. Box 772
Española, NM 87532

Anthony J. Maestas
P.O. Box 1328
San Juan Pueblo, NM 87566

Margaret C. Yuma
P.O. Box 3249
Taos, NM 87571

In addition, I corrected the date stated in the form objection filed by the Court as part of each Notice and Order to state that objections must be mailed or delivered for receipt by the Court no later than **January 31, 2012**, as stated in each Notice and Order.  A copy of the corrected form *Objection and Response to Notice and Order to Show Cause* mailed to each of the above named defendants is attached hereto as Exhibit 1.

      /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of December, 2011 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

      /s/ Ed Newville
EDWARD G. NEWVILLE