IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-BB-LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1, Chama Mainstream |

### OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities in Section 1 of the Rio Chama Stream System.

I object to the priority date proposed for my water right.

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): _____    Subfile No. _____

MAILING ADDRESS: _____

TELEPHONE NO.: _____

SIGNED: _____    DATE: _____

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN JANUARY 31, 2012 TO:**

　　United States District Court
　　333 Lomas Blvd. NW, Suite 270
　　Albuquerque, NM 87102