IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM

Section 1, Chama Mainstream

11 DEC 19 PM 12: 51

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities in Section 1 of the Rio Chama Stream System.

I object to the priority date proposed for my water right (1600) IT IS AN EARLIER DATE AUG. 11, 1598

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): DAVID M. ORTIZ CECILIA S ORTIZ   Subfile No. 267

MAILING ADDRESS: PO Box 1082 San Juan Pueblo, NM 87566

TELEPHONE NO.: 505-852-2469

SIGNED: David Ortiz, Cecilia A. Ortiz   DATE: 12-16-2011

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN JANUARY 31, 2012 TO:**

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102