IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB-LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3, Rio Nutrias |
| Defendants. | |

**CERTIFICATE OF SERVICE**

Pursuant to the July 1, 2011, *Order Granting Motion to Establish Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in Rio Nutrias Subsection, Section 3, Rio Chama Stream System* (Doc. No. 10177), Edward G. Newville, attorney for the Plaintiff State of New Mexico, hereby certifies that on December 26, 2011, I mailed a copy of the *Inter Se Objections of Filiberto and Domitilia L. Ulibarri to Proposed Decree of Water Right of Lucia A. and Robert J. Montoya* (Doc. No. 10664) to Defendants Lucia A. and Robert J. Montoya, at the address listed below, by certified mail, return receipt requested.

    Lucia A. Montoya
    Robert J. Montoya
    P.O. Box 244
    Tierra Amarilla, NM 87575

    Respectfully submitted,

    /s/ Ed Newville
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102

>(505) 867-7444 telephone
>(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___26th___ day of December 2011 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

>Lucia A. Montoya
>Robert J. Montoya
>P.O. Box 244
>Tierra Amarilla, NM 87575

>/s/ Ed Newville
>EDWARD G. NEWVILLE