IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB-LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3, Rio Nutrias |
| Defendants. | |

**REPORT ON *INTER SE* OBJECTIONS**

Pursuant to the July 1, 2011, *Order Granting Motion to Establish Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in Rio Nutrias Subsection, Section 3, Rio Chama Stream System* (Doc. No. 10177), the Plaintiff State of New Mexico files this report on *inter se* objections filed to the proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System filed with the Court on July 21, 2011 (Doc. No 10519).

1. On December 12, 2011 (Doc. No. 10664), Filiberto and Domitilia L. Ulibarri filed objections to the recognition of irrigation water rights on three acres of land in Subfile CHNU-002-0014 (Lucia A. Montoya and Robert J. Montoya), and to any purported right of the Montoyas to extend or make use of an irrigation lateral located on the Ulibarri property.

2. No other *inter se* objections were filed.

3. This report will be available for public inspection at the locations described in the Order entered July 1, 2011, with forms that may be filed with the Court by persons claiming water

rights in the Rio Nutrias Subsection that intend to participate in the resolution of *inter se* objections to the provisions of the proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System.

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444 telephone
        (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of December 2011 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

    Lucia A. Montoya
    Robert J. Montoya
    P.O. Box 244
    Tierra Amarilla, NM 87575

        /s/ Ed Newville
        EDWARD G. NEWVILLE