IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                             CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                 RIO CHAMA ADJUDICATION

      Defendants.

## ORDER

      THIS MATTER is before the Court on *pro se* Defendant David Ortiz' Motion Petitioning the Court for Documents. [Doc. 10661]. Defendant Ortiz requests several documents that were submitted to the Court in 1996. The Court will deny Defendant Ortiz' motion to the extent he seeks to have the Court send him the original documents or copies free of charge. The original documents are located in the Records Department, Suite 260, at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, NM 87102 and may not be removed from the Records Department. The Court will grant Defendant Ortiz' motion to the extent he wishes to request copies. Defendant Ortiz may call the Records Department at the following phone number for information on requesting copies and duplication costs: (505) 348-2020. Information regarding copy requests and costs is also available on the Court's website: www.nmcourt.fed.us.

      IT IS SO ORDERED.

                                                           */s/ Lorenzo F. Garcia*
                                                           Lorenzo F. Garcia
                                                           United States Magistrate Judge