IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

        Plaintiff,

vs.

ROMAN ARAGON, et al.,

        Defendants.

12 JAN -5 PM 2:36

CIVIL NO. 69-7941 BB/LFG

RIO CHAMA ADJUDICATION

## ORDER

THIS MATTER is before the Court on the letter to Chief United States District Judge Bruce D. Black, dated December 12, 2011, from Miguel R. Sanchez. [Attachment 1]. Mr. Sanchez requests that the State's hydrographic survey team revisit one property. Mr. Sanchez contends that the hydrographic survey erroneously identifies the source of irrigation water for the property as the Sanchez y Chavez Ditch where the proper source should be the Barranco Ditch.

The State shall, within thirty days of entry of this order, file a status report addressing Mr. Sanchez' contention that the hydrographic survey erroneously identifies the source of irrigation water for the property and his request that the survey team revisit the site.

Mr. Sanchez appears to be proceeding *pro se*, that is without an attorney representing him. Mr. Sanchez' request is in the form of a letter to Chief United States District Judge Bruce D. Black. Because the letter requests action by the Court, it should be in the form of a motion. Also, it is not clear from the letter that Mr. Sanchez sent a copy of the letter to counsel for the State of New Mexico. The Court does not allow *ex parte* communications, those where one party contacts the Court without giving notice to the other parties. Information regarding the form of motions and other rules for participating in civil cases is available in the "Guide for Pro Se Litigants" and the

"Local Rules of Civil Procedure," both of which are available on the Court's website: www.nmcourt.fed.us. Should Mr. Sanchez continue to proceed as a *pro se* party, he shall review and comply with those rules.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge