IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB-LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rutheron & Plaza Blanca |
| Defendants. | Subfile No. CHRU-004-0050A |

## NOTICE OF ERRATA

The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following typographical error in the *Consent Order* filed January 10, 2011 (Docket No. 10678) in subfile CHRU-004-0050A (Unser, LLC).

The correct reference to the Office of the State Engineer file number on page two of the *Consent Order* in line 6 is "1545 & 1699 into 4888 and 4889." The file number is correctly listed on the bottom of the same page in paragraph 5.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2011, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

      /s/ Ed Newville
      Edward G. Newville