IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*  )
State Engineer, *et al.,*             )
                                                  )
           Plaintiffs,            )         69cv07941-BB/LFG
                                                  )
           v.                       )         RIO CHAMA ADJUDICATION
                                                  )
ROMAN ARAGON, *et al.*,       )
                                                  )
           Defendants.         )
_____)

## UNITED STATES' MOTION TO ACCEPT
## LATE FILED STATUS REPORT ON WILD
## AND SCENIC RIVER SETTLEMENT

By Order of November 15, 2011 the Court *sua sponte* directed the United States to file a Status Report on the proposed settlement of the United States' federal reserved water right for the Rio Chama Wild and Scenic River (WSRA water right) within 30 days. Due to an oversight, the Court's Order did not come to the attention of Counsel for the United States until he received it an e-mail from Counsel for the State Ed Newville on Monday January 30, 2012. Counsel has since endeavored to put together the accompanying Status Report as quickly as possible.

No party will be prejudiced by this Court's acceptance of the United States' late filed Status Report. Accordingly, the United States respectfully requests that the Court accept the accompanying Status Report for filing.

1

DATED this 6th day of February, 2012.

    Respectfully Submitted,

    Ignacia S. Moreno
    Assistant Attorney General


    /s/ David W. Gehlert_____
    DAVID W. GEHLERT, Trial Attorney
    Natural Resources Section
    United States Department of Justice
    999 18th Street
    South Terrace – Suite 370
    Denver, CO 80202

    Counsel for the United States

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on February 6, 2012, I filed the foregoing *UNITED STATES' MOTION TO ACCEPT LATE FILED STATUS REPORT* electronically through the CM/ECF system, which caused parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                /s/ Dave W. Gehlert
                DAVID W. GEHLERT