IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB-LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Rutheron & Plaza Blanca |
| Defendants. | |

**OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE**

     I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rutheron & Plaza Blanca Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

____ The priority date proposed for any other water right.

     Please describe this water right or ditch _____

____ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Rutheron & Plaza Blanca Subsection.

____ The irrigation water requirements proposed for lands irrigated under a final license, or approved permit for the transfer of water rights, issued by the State Engineer.

     Please describe this water right or ditch _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): _____   Subfile No. _____

MAILING ADDRESS: _____

TELEPHONE NO.: _____

SIGNED: _____   DATE: _____

**SEE REVERSE SIDE**

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN JUNE 1, 2012 TO:**

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102