IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

    Plaintiff,

vs.                                                                              CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                                          RIO CHAMA ADJUDICATION

    Defendants.

## ORDER

THIS MATTER is before the Court on the State of New Mexico's Motion for Approval of Notices and Orders to Show Cause. [Doc. 10686]. The Court has reviewed the motion and finds that the proposed Notices and Orders to Show Cause comply with the provisions of the January 31, 2012, Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Rutheron & Plaza Blanca Subsection of Section 7 of the Rio Chama Stream System. [Doc. 10683]. There are no responses opposing the motion. The Court will GRANT the motion.

    IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge