IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

    Plaintiff,

vs.                                          CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                 RIO CHAMA ADJUDICATION

    Defendants.

## ORDER

      THIS MATTER is before the Court on the United State's Motion to Accept Late Filed Status Report on Wild and Scenic River Settlement [Doc. 10684] and on the United State's Status Report on Wild and Scenic River Settlement [Doc. 10685].

      On November 14, 2011, the Court ordered the United States to file, within 30 days, a status report on the proposed consent order for the settlement of the United State's federal reserved water right for the Rio Chama under the Wild and Scenic River Act. [Doc. 10656]. "Due to an oversight," the United States did not file the status report within the 30-day period. The United States filed a motion asking the Court to accept the late filed status report stating that no party will be prejudiced. No responses opposing the motion have been filed. The Court will GRANT the motion and accept the status report.

      In its status report, the United States requests that it be allowed up to and including March 2, 2012 to file a motion requesting approval of the consent order. [Doc. 10685]. The Court will allow the United States until March 2, 2012, to file its motion requesting approval of the consent order.

      IT IS SO ORDERED.

                                                                   Lorenzo F. Garcia
                                                                   United States Magistrate Judge