IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,  )<br>)<br>Plaintiff,  )<br>)<br>-v-  )<br>)<br>RAMON ARAGON et al.,  )<br>)<br>Defendants.  )<br>) | 69cv07941-BB<br><br>RIO CHAMA STREAM SYSTEM |

MOTION OF SPECIAL MASTER
FOR INTERIM FEES AND EXPENSES

TO:  The Honorable Bruce D. Black          FROM:  Vickie L. Gabin
     United States District Judge                  Special Master

A Motion requesting the Court to approve interim fees and expenses, a brief summary of the work performed, and the Special Master's Declaration in support of Motion

This Motion is submitted pursuant to the Administrative Order entered February 23, 1995, regarding the manner in which the Special Master, data manager and other personnel required by the Special Master are paid for services, costs, expenses and New Mexico gross receipts taxes related to this adjudication.  The Special Master hereby moves for an order of the Court approving the work performed in this case from July 1, 2011, through December 31, 2011, as described herein, and the manner by which fees and expenses have been paid from the trust account.

I.  WORK PERFORMED

I resigned from this case as of June 30, 2011 (Letter dated May 16, 2011, Docket No. 10134). The Court's data manager, however, continues working as directed by Magistrate Lorenzo F. Garcia, and I continue the administrative duties to approve and file Ms. Bruner's fees and expenses.

II.  DECLARATION

## DECLARATION OF SPECIAL MASTER IN SUPPORT OF MOTION

I, Vickie L. Gabin, declare that the work of the Court's data manager, Karla Bruner, AquaTek, Inc., has been completed as described.  Hourly records of work performed are available from the contractor if needed.

Dated:   March 2, 2012

*Vickie L. Gabin*
_____
SPECIAL MASTER VICKIE L. GABIN