IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.* )
State Engineer, *et al.,* )
                               )
        Plaintiffs,     )                69cv07941-BB/LFG
                               )
        v.                  )                RIO CHAMA ADJUDICATION
                               )
ROMAN ARAGON, *et al.*,     )
                               )
        Defendants.     )
_____)

## ORDER GRANTING UNITED STATES' MOTION
## FOR EXTENSION OF TIME TO SUBMIT A CONSENT ORDER

THIS MATTER is before the Court on *United States' Motion For Extension Of Time To Submit a Consent Order* filed March 2, 2012 (Docket No. 10692)

Having fully considered the matter, the Court finds the request is well-taken and should be granted.

It is hereby ORDERED that the deadline for the United States' to submit a Consent Order, is extended to March 16, 2012.

Dated: March 6, 2012

                                           *Lorenzo F. Garcia*
                                           **Lorenzo F. Garcia**
                                           **United States Magistrate Judge**