IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO, ex rel. State Engineer**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**ROMAN ARAGON, et al.,**<br><br>    **Defendants.** | 69cv07941-BB-LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Village of Chama, Section 7<br><br>Subfile No.: CHCV-004-004B |

### ENTRY OF APPEARANCE

Pursuant to Local Rule LR-CV 83.4, Mark F. Sheridan and Adam G. Rankin, Holland & Hart LLP, enter their appearance on behalf of Defendant Chama Troutstalkers LLC.

Respectfully submitted,

**HOLLAND & HART LLP**

_____
Mark F. Sheridan
Adam G. Rankin
Post Office Box 2208
Santa Fe, New Mexico  87504-2208
(505) 988-4421
(505) 983-6043 Facsimile
msheridan@hollandhart.com
agrankin@hollandhart.com

**ATTORNEYS FOR CHAMA TROUTSTALKERS LLC**

5421865_1.DOCX