IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>  vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>  Defendants. | 69cv07941–BB/LFG<br><br>RIO CHAMA STREAM SYSTEM |

## NOTICE OF UNAVAILABILITY

EDWARD G. NEWVILLE, counsel for the Plaintiff State of New Mexico, *ex rel.* State Engineer, hereby gives notice that he will be unavailable from March 19, 2012, until May 28, 2012. In his absence, please contact Arianne Singer at the Office of the State Engineer (505) 827-6150.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

  /s/ Ed Newville
Edward G. Newville