IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 MAR 12 PM 1:42

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer
      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,
      Defendants.

)
)
)
)
)
)
)
)
)

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM

Section 3, Rio Nutrias

### NOTICE OF INTENT TO PARTICIPATE IN *INTER SE* PROCEEDINGS

The party named below claims water rights in the Rio Nutrias Subsection and intends to participate in the resolution of *inter se* objections to the provisions of the proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rio Nutrias Subsection of Section 3 of the Rio Chama Stream System.

**PLEASE TYPE OR PRINT:**

FULL NAME OF PARTY    Robert J. Montoya & Lucia A. Montoya

MAILING ADDRESS    PO Box 244, Tierra Amarilla, NM 87575

TELEPHONE NUMBER    (575) 588-9580

PLEASE LIST THE OBJECTIONS FOR WHICH YOU INTEND TO PARTICIPATE:
(additional forms may be filed with the Court if necessary)

OBJECTION(S) FILED BY    Filiberto and Domitilia L. Ulibarri

SUBFILE NUMBER(S)    CHNU-002-0014 ("Consent Order")

I understand that I (or my attorney) must attend a mandatory scheduling and pretrial conference to held at a time and place to be announced in order to be allowed to participate in the resolution of *inter se* objections.

Signed *Robert J Montoya / Lucia A Montoya*    Dated: 03/09/12

**This notice must filed with the Court, either in person or by mail to be received by the Court, no later than March 15, 2012 at the following address: United States District Court, 333 Lomas Blvd. NW, Suite 270, Albuquerque NM 87102.**