IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

       Plaintiff,

vs.                                               CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                RIO CHAMA ADJUDICATION

       Defendants.

## ORDER EXTENDING TIME TO SUBMIT CONSENT ORDER

THIS MATTER is before the Court on the State of New Mexico ("State"), the United States and the Jicarilla Apache Nation's ("Jicarilla Nation") Joint Motion for Extension of time. [Doc. 10690].

On December 7, 2011, the Court ordered the State and the Jicarilla Apache Nation to submit the Jicarilla Apache Consent Order by February 29, 2012, based on their representation that the consent order would be ready by then. [Doc. 10660]. The State, the United States and the Jicarilla Nation now seek an extension of time until June 30, 2012 to submit the consent order on the grounds that the lands that are the subject of the consent order are now owned by the United States in trust for the benefit of the Jicarilla Nation, the United States is now a necessary party to the consent order, the State and the Jicarilla Nation need time to reach an agreement on the revised consent order, and the proposed consent order will have to undergo formal review within the United States Department of the Interior and the United States Department of Justice before it can be submitted to the Court. No responses opposing the motion have been filed.

The Court will GRANT the motion. The State, the United States and the Jicarilla Nation shall submit the consent order to the Court's Water Rights Law Clerk at jeff_minier@nmcourt.fed.us by June 30, 2012.

IT IS SO ORDERED.

_____
Lorenzo F. Garcia
United States Magistrate Judge