IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. 69cv07941-BB/LFG |
| v. | ) ) | Rio Chama Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | Pueblo Claims Subproceeding 1 |
| Defendants. | ) ) ) | |

**<u>NOTICE OF BRIEFING COMPLETE RE: [10693] UNITED STATES' MOTION TO EXTEND PUEBLO CLAIMS SCHEDULE</u>**

Pursuant to D.N.M.LR-Civ. 7.4(e), the Plaintiff United States of America ("United States") hereby certifies that the March 5, 2012 *United States' Motion to Extend Pueblo Claims Schedule* (No. 10693) is ready for decision. No response in opposition to the motion was filed.

Electronically Filed

/s/Bradley S. Bridgewater
_____
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
(303) 844-1359

COUNSEL FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that, on March 20, 2012, I filed the foregoing *Notice Of Briefing Complete Re: [10693] United States' Motion To Extend Pueblo Claims Schedule* electronically through the CM/ECF system, which caused CM/ECF Participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                  _____/s/_____
                                                  Bradley S. Bridgewater