**WARRANTY DEED (SPANISH)**   PRINTED AND FOR SALE BY VALLIANT PRINTING CO., ALBUQUERQUE

**Esta Escritura,** Hecha y convenida esta día __15__ de __Enero__, A. D. mil novecientos __cincuenta y dos__ por y entre __Pablita Lujan de Coyote__ del condado de __Rio Arriba__ y Estado de Nuevo Mexico, parte de la __primera__ parte, y __Fabian Lujan, de Coyote,__

de Condado de __Rio Arriba__ y Estado de Nuevo Mexico, parte __de la segunda parte:__

Da Fe: Que la __dicha__ parte __de la__ __primera__ parte __por y en consideración de la suma de __Un__ PESOS dinero legal de los Estados Unidos de America __en mano pagado por la__ __dicha__ parte __de la segunda parte, el recibo de lo cual es por ésta acusado, la __dicha__ parte __de la__ __primera__ parte __ha__ concedido, contratado, venido, traspasado y confirmado, y por estas presentes concede__, contrata__, vende__, traspasa__, y confirma __a la__ __dicha__ parte __de la segunda parte, y sus herederos y asignados para siempre todo el siguiente descripto pedazo o porción de tierra, situado y estando en __Mesa de poleo patente 2202__ en el condado de __Rio Arriba__ y Estado de Nuevo Mexico, a saber: __Un trecho de terreno consistiendo de (34) treinta y cuatro acres con linderos como sigue: Por el norte colinda con terreno de Merejildo Martinez, por el oriente con terreno de la Floresta, por el sur con terreno de Onecimo Lujan, y por el poniente con terreno de Onecimo Lujan Jr y Soraida Martinez y Teodorita Chacon.__

Juntamente con todo singular tenencias, herencias, y pertenencias, a la misma correspondientes y tambien el estado, derecho, título e interés cualquier que sea tanto en la ley como en equidad de la __—__ dicha __—__ parte __—__ de la __—__ primera __—__ parte __—__, de, en y a la misma y toda parte y porción de la misma con sus pertenencias. A tener y poseer las premisas arriba concedidas, contratadas, vendidas y descriptas como sus pertenencias a __—__ dich__

EXHIBIT B

primera _____ parte _____ y sus herederos, las arriba concedidas mencionadas y descriptas premisas con sus pertenencias a la dicha _____ parte _____ de la segunda parte, sus herederos y asignados, contra la _____ dicha _____ parte _____ de la primera _____ parte _____ y sus herederos y contra todas y cualquiera otra persona o personas quienquiera que sean, legalmente reclamando o para reclamar las mismas; por estas presentes garantizará _____ y defend _____ para siempre.

EN TESTIMONIO DE LO CUAL, la _____ dicha _____ parte _____ de la _____ primera _____ parte _____ ha _____ puesto a esta su _____ mano _____ y sello _____ el día y año primeramente escritos.

EN TESTIMONIO DE LO CUAL, la _____ dicha _____          *Pablita A. Lujan*          [SELLO]
DE _____                                                                              [SELLO]
_____                                         [SELLO]
_____                                         [SELLO]

ESTADO DE NUEVO MEXICO,
Condado de *Rio Arriba* } ss.

Esta día *Quince* 15 de *Enero* A.D. 19*52* camparecio personalmente ante mi *Pablita A. Lujan*

conocid*a* por mi de ser la _____ persona _____ designad*a* _____ en, y que ejecut*o* _____ el antecedente documento, y reconoci*da* que había _____ ejecutado el mismo como su acto libre y voluntario.

En fé de lo cual he puesto aquí mi nombre y estampado mi sello oficial el día y año arriba escritos en este certificado.

Mi comisión expira   11/12/56                    *Zebedeo A. Martinez*
                                                       Notario Público.

---

SPANISH WARRANTY DEED

_____ TO _____
*Lujan*

STATE OF NEW MEXICO,
County of _____
I hereby certify that this instrument was filed for record on the 20th day of *November* A.D. 19*52*, at _____ o'clock _____ P.M., and was duly recorded in Book *57* *54* of Records of Deeds and Conveyances, page *321-324*, on this 23 day of *Dec* A.D. 19*52*.

*Jose G. Lujan*, Clerk and Ex-Officio Recorder,
By _____, Deputy.

VALLIANT PRINTING CO., ALBUQUERQUE—88106