FILED
AT ...
SEP 3 1964
JOE A. BRANCH
COUNTY CLERK, RIO ARRIBA COUNTY, N.M.
By _____ Deputy

Book 80 Page 52

TRACT OF LAND WITHIN
TOWNSHIP 22 NORTH, RANGE 2 EAST, SECTION 14,
N.M.P.M., EAST ½ of the NW ¼, WEST ½ of the
NE ¼ MESA POLEO, COUNTY OF RIO ARRIBA, STATE
OF NEW MEXICO.

263640



I hereby certify that the field notes hereon together with this plat made therefrom are a true and correct delineation of surveys completed by me in the field on June, 1964.

N.M. P.E. & L.S. #2322

Scale 1" = 400'
Iron pipe

EXHIBIT C