26

SF-1 SHORT FORM WARRANTY DEED—Rev. 11-59—New Mexico Statutory Form

# WARRANTY DEED

FABIAN LUJAN a single person
_____, for consideration paid, grant
to JOSE LEANDRO MARTINEZ AND MAGDELANA L. MARTINEZ
Husband and wife.
the following described real estate in Mesa del Poleo, Rio Arriba Patent #2202 County, New Mexico:

"A Tract of land Containing Twenty-Eight acres (28 Acres) more or less. BOUNDED AS FOLLOWS. North by property belonging to Merejildo Martinez. East with the Forest property. South with Onecimo Lujan Jr. Property, and on the West by properties belonging to Onecimo Lujan Jr. Soraida Martinez, and Teodorita Chacon. AND BEING THE same property recorded in book 54, Pages 321 - 324 Records of deeds and conveyances, Rio Arriba County, New Mexico. Deed from Pablita Lujan, to Fabian Lujan January 15 1952. And recorded December 23 1957.

with warranty covenants.
WITNESS my hand and seal this 10th day of August 19 64

_____(Seal) Fabian Lujan (Seal)

_____(Seal) _____(Seal)

EXHIBIT D

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO } ss.
COUNTY OF Rio Arriba

The foregoing instrument was acknowledged before me this 10th day of August, 19 64
by FABIAN LUJAN a single person.
(Name or Names of Person or Persons Acknowledging)
My commission expires: Sept. 12 1967
                                                                    _____
                                                                    Notary Public

27452

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO } ss.
COUNTY OF _____

The foregoing instrument was acknowledged before me this _____
day of _____, 19____,
by _____
      (Name of Officer)
_____ of _____
(Title of Officer)      (Name of Corporation Acknowledging)
a _____ corporation, on behalf of said corporation.
   (State of Incorporation)
My commission expires:
(Seal)                                                _____
                                                              Notary Public

FOR RECORDER'S USE ONLY
FILED IN THE COUNTY
CLERK'S OFFICE
AT 9 O'CLOCK A M
Book 107 - page 26
NOV 9 1970
JOSE I. SANCHEZ
County Clerk, Rio Arriba County, N.M.
By R.C. Deputy

THE VALLIANT CO., ALBUQUERQUE, N. M.