IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. 69cv07941-BB/LFG |
| v. | ) ) | Rio Chama Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | Pueblo Claims Subproceeding 1 |
| Defendants. | ) ) ) | |

**ORDER EXTENDING PUEBLO CLAIMS SUBPROCEEDING 1 SCHEDULE**

Pursuant to Fed. R. Civ .P. 16(b) and upon the unopposed March 5, 2012 *United States' Motion to Extend Pueblo Claims Schedule* (No. 10693), and for good cause shown, the schedule established by the November 3, 2004 *Scheduling Order on Pueblo Claims* (No. 7639) ("Scheduling Order") as amended by the July 21, 2011 *Third Amended Scheduling Order on Pueblo Claims* (No. 10526) is extended as follows:

| Section of Scheduling Order | Event | Extended Date |
|---|---|---|
| 4.1.5.2 | United States Rule 26(a)(2) disclosures | June 1, 2012 |
| 4.1.5.2 | Ohkay Owingeh Rule 26(a)(2) disclosures | September 6, 2013 |
| 4.1.5.2 | State Rule 26(a)(2) disclosures | April 16, 2015 |
| 4.1.5.2 | All other party Rule 26(a)(2) disclosures | October 14, 2015 |
| 4.1.5.2 | All parties' expert rebuttal reports | April 14, 2016 |
| 4.1.5.1 | Discovery completion date | April 18, 2017 |
| 4.1.5.1 | Discovery motions | June 7, 2017 |
| 4.1.5.4 | Substantive pretrial motions | July 12, 2017 |
| 4.1.5.3 | Rule 26(a)(3)(i) and (ii) final witness lists | October 24, 2017 |

| Section of Scheduling Order | Event | Extended Date |
|---|---|---|
| 4.1.5.4 | Motions re: expert witness qualifications | November 15, 2017 |
| 4.1.5.3 | Rule 26(a)(3)(iii) final exhibit lists | January 10, 2017 |
| 4.1.5.5 | Case ready for trial | April 2018 |

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge