IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 MAR 22 PM 2:37

CLERK

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, et al.,

Defendants.

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM

Section 7, Rutheron & Plaza Blanca

### OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Rutheron & Plaza Blanca Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

____ The priority date proposed for my water right.

____ The priority date proposed for any other water right.

Please describe this water right or ditch _____

____ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Rutheron & Plaza Blanca Subsection.

__X__ The irrigation water requirements proposed for lands irrigated under a final license, or approved permit for the transfer of water rights, issued by the State Engineer.

Please describe this water right or ditch  ENTIRE WILLOW CREEK MESA DITCH

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): WM. HORN            Subfile No. _____

MAILING ADDRESS: HC 75 BOX 1007 RUTHERON, N.M 87551

TELEPHONE NO.: (575) 588-9212

SIGNED: *Wm Horn*            DATE: 3-19-12

**SEE REVERSE SIDE**

Rutheron Land & Cattle
HC 75 Box 1007
Rutheron, NM 87551

RECEIVED
At Albuquerque NM
MAR 2 2 2012
MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
333 LOMAS BLVD. NW.
SUITE 270
ALBUQUERQUE, N.M
87102