IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RECEIVED
MAR 26 2012
T&M LAW FIRM

| | |
|---|---|
| STATE OF NEW MEXICO ex rel.<br>State Engineer,<br><br>    Plaintiffs<br><br>v.<br><br>ROMAN ARAGON, et al.,<br><br>    Defendants | No. 69cv07941-BB<br><br>Consolidated with Cause No. 4922<br>Rio Arriba County District Court<br><br>Rio Chama Adjudication<br>Section 8 – Rio Puerco de Chama<br>Acequia Mesa del Medio |

## ENTRY OF APPEARANCE

New Mexico Legal Aid, Inc., by David Benavides, hereby enters its appearance in this cause for Jose Leandro Martinez and Magdalena L. Martinez.

Respectfully submitted,

NEW MEXICO LEGAL AID, INC.

*/s/ David Benavides*
_____
David Benavides
P.O. Box 5175
Santa Fe, NM 87502
Telephone: (505) 982-9886
Facsimile: (505) 982-6278
davidb@nmlegalaid.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 21, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.

/s/ David Benavides
———————————————