IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) |
| | )     No. 69cv07941-BB/LFG |
| Plaintiffs, | ) |
| | )     RIO CHAMA ADJUDICATION |
| vs. | ) |
| | ) |
| ROMAN ARAGON, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Taylor & McCaleb, P.A., by Elizabeth Newlin Taylor and Jolene L. McCaleb, hereby enters its appearance in this cause for Corlinda H. Lujan.

DATED this 9th day of April, 2012.

                                                          Respectfully submitted,

                                                          TAYLOR & McCALEB, P.A.

                                                          By _____
                                                          Elizabeth Newlin Taylor
                                                          Jolene L. McCaleb
                                                          P.O. Box 2540
                                                          Corrales, NM  87048-2540
                                                          (505) 888-6600
                                                          (505) 888-6640 (facsimile)
                                                          etaylor@taylormccaleb.com
                                                          jmccaleb@taylormccaleb.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of April, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means, and also served the foregoing by e-mail on counsel for the Martinezes and counsel for the State as follows:

| | |
|---|---|
| David Benavides, Esq.<br>New Mexico Legal Aid, Inc.<br>davidb@nmlegalaid.org | Arianne Singer, Esq.<br>Office of the State Engineer<br>arianne.singer@state.nm.us |

/s/ Elizabeth Newlin Taylor
Elizabeth Newlin Taylor