IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

    Plaintiff,

vs.                                                    CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                        RIO CHAMA ADJUDICATION

    Defendants.

## ORDER

THIS MATTER is before the Court on Corlinda H. Lujan's Unopposed Motion for Extension of Time to Respond to Motion to Substitute Parties. [Doc. 10809].

On March 22, 2012, counsel for Jose Leandro Martinez and Magdalena L. Martinez (the "Martinezes") filed a motion asking the Court to substitute them as parties in regard to ownership of certain land with water rights identified as belonging to Jose O. Lujan. [Doc. 10801]. Jose O. Lujan is deceased. His wife, Corlinda H. Lujan, disputes the Martinezes' assertion of ownership and indicates that the Court may not have jurisdiction to hear and decide the Motion to Substitute Parties. Mrs. Lujan states that before she can determine whether grounds exist to challenge the Court's jurisdiction or determine whether she must fully respond to the Motion to Substitute Parties, she and counsel for the Martinezes must meet with lead counsel for the State, Edward Newville, to discuss the status of the subject water rights. Because Mr. Newville is out of the country and unavailable until May 29, 2012, Mrs. Lujan requests an extension of time until June 15, 2012, to confer with counsel and respond to the Motion to Substitute Parties. Counsel for the Martinezes and counsel for the State do not oppose Mrs. Lujan's Motion for an Extension of Time to Respond to the Motion to Substitute Parties.

The Court will GRANT Corlinda H. Lujan's Unopposed Motion for Extension of Time to Respond to Motion to Substitute Parties. [Doc. 10809]. The deadline for Mrs. Lujan to submit a response to the Motion to Substitute Parties is extended to June 15, 2012.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo P. Garcia
United States Magistrate Judge