IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                              CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                  RIO CHAMA ADJUDICATION

      Defendants.                            Subfile No. CHCV-004-0004B

## ORDER

THIS MATTER is before the Court on Chama Troutstalkers, LLC's Unopposed Motion for Substitution of Parties. [Doc. 10696]. Chama Troutstalkers, LLC seek to be substituted for defendant James A. Heath with respect to the water rights appurtenant to 66.7 acres of irrigated land described in Subfile No. CHCV-004-0004B.[1] Ownership of the land and water rights was transferred from James A. Heath to Chama Troutstalkers, LLC in November 2011. Federal Rule of Civil Procedure 25(c) allows the new owner to be substituted in an action when an interest is transferred. No responses opposing the motion have been filed. The Court will GRANT the motion.

      IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge

---

[1] The motion apparently contains a typographical error where it refers to the water rights adjudicated in the Consent Order [Doc. 9213] as Subfile No. CHCV-004-004B. The complete subfile number given in the Consent Order is CHCV-004-0004B.