IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                               CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                   RIO CHAMA ADJUDICATION

      Defendants.

## NOTICE

THIS MATTER is before the Court *sua sponte*. The Court has learned that Fred J. Waltz, counsel for various acequias in this case, has passed away. The Court notifies the acequias formerly represented by Mr. Waltz that they can appear in this case only with an attorney. *See* D.N.M.LR-Civ. 83.7 ("A corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court").

Accordingly, the acequias are required to have a federally licensed attorney enter his or her appearance on behalf of the acequias within 30 days.

                                                  *Lorenzo F. Garcia*
                                                  Lorenzo F. Garcia
                                                  United States Magistrate Judge