IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 6:69cv07941-BB |
| | vs. |
| | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF REPRESENTATION

The State of New Mexico, *ex rel.* State Engineer, hereby gives notice that Barbara Brill, Esq., withdraws as counsel of record in the above-captioned case, effective June 1, 2012. The State will continue to be represented by Arianne Singer, Esq. and Edward Newville, Esq.

Electronically Filed,

/s/ Barbara Brill
Barbara Brill
Edward Newville
Special Assistant Attorneys General
New Mexico Office of the State Engineer
P. O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
*Attorneys for Plaintiff State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2012, I filed the forgoing electronically through the CM/ECF system which caused the parties on the electronic service list to be served.

/s/ Barbara Brill