IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. 69cv07941-BB/LFG |
| v. | ) ) | Rio Chama Stream System |
| ROMAN ARAGON, *et al.*, | ) ) | Pueblo Claims Subproceeding 1 |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE OF UNITED STATES' RULE 26(a)(2) DISCLOSURES

Pursuant to the November 3, 2004 *Scheduling Order on Pueblo Claims* (No. 7639) ("Scheduling Order"), as amended by the July 21, 2011 *Third Amended Scheduling Order on Pueblo Claims* (No. 10526) and the March 23, 2012 *Order Extending Pueblo Claims Subproceeding 1 Schedule* (No. 10802), and Fed.R.Civ.P. 26(a)(2), the Plaintiff United States of America ("United States"), on June 1, 2012, mailed copies of its expert witness disclosures to all persons listed below, and filed the present certificate of service electronically through the CM/ECF system, which caused CM/ECF participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Arianne Singer
Gregory C. Ridgley
Edward G. Newville
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102

Leander Bergen
Bergen Law Office, LLC
4110 Wolcott Ave., NE, Suite A
Albuquerque, NM  87109

Curtis Berkey
Scott Wayne Williams
Alexander, Berkey, Williams & Weathers
2030 Addison Street, #410
Berkeley, CA  94704

James C. Brockmann
Jay F. Stein
Kimberly Bannerman
Seth Fullerton
Stein & Brockmann, PA
P.O. Box 2067
Santa Fe, NM  87504-2067

Lisa Old-Ferrell
P.O. Box 2706
Durango, CO  81302

Mary E. Humphrey
Humphrey & Ode, PC
P.O. Box 1574
El Prado, NM  87529

Brett J. Olsen
Olsen, Parden & Crow, P.C.
4253 Montgomery Blvd, NE, Suite G-130
Albuquerque, NM  87109

John W. Utton
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM  87103-0271

Dated: June 1, 2012

        Electronically Filed

        /s/Bradley S. Bridgewater
        _____
        BRADLEY S. BRIDGEWATER
        U.S. Department of Justice
        South Terrace, Suite 370
        999 18th Street
        Denver, CO 80202
        (303) 844-1359

        COUNSEL FOR THE UNITED STATES