IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel*. | ) | |
| State Engineer, | ) | |
| | ) | |
| Plaintiff, | ) | No. 69cv07941-BB/LFG |
| | ) | |
| v. | ) | Rio Chama Stream System |
| | ) | |
| ROMAN ARAGON, *et al.*, | ) | Pueblo Claims Subproceeding 1 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## SUPPLEMENTAL
## CERTIFICATE OF SERVICE OF UNITED STATES' RULE 26(a)(2) DISCLOSURES

Pursuant to the November 3, 2004 *Scheduling Order on Pueblo Claims* (No. 7639) ("Scheduling Order"), as amended by the July 21, 2011 *Third Amended Scheduling Order on Pueblo Claims* (No. 10526) and the March 23, 2012 *Order Extending Pueblo Claims Subproceeding 1 Schedule* (No. 10802), and Fed.R.Civ.P. 26(a)(2), the Plaintiff United States of America ("United States"), on June 4, 2012, mailed copies of its expert witness disclosures to the person listed below, and filed the present certificate of service electronically through the CM/ECF system, which caused CM/ECF participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Fred Vigil
President, Rio de Chama Acequia Association
P.O. Box 687
Medanales, NM  87548

Dated: June 4, 2012

Electronically Filed

/s/Bradley S. Bridgewater
_____
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
(303) 844-1359

COUNSEL FOR THE UNITED STATES