IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>   Defendants. | 69cv07941-BB/LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7, Rutheron & Plaza Blanca |

### CERTIFICATE OF SERVICE
### OF NOTICE AND ORDER TO SHOW CAUSE

Pursuant to the January 31, 2012 *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rutheron & Plaza Blanca Subsection of Section 7 of the Rio Chama Stream System* (Docket No. 10683), the State of New Mexico on March 15, 2012 mailed to each of the persons or entities listed below, and also listed on the attached Service List pages one through eight, the Court's *Notice and Order to Show Cause* in connection with the determination of priority dates and irrigation water requirements in the Rutheron & Plaza Blanca Subsection of Section 7 of the Rio Chama Stream System, and on June 6, 2012 filed the present certificate of service electronically through the CM/ECF system, which caused the CM/ECF participants to be served by electronic means, as more fully set forth on the Notice of Electronic Filing.

   United States of America
   David W. Gehlert, Esq.
   United States Department of Justice
   Environmental and Natural Resources Section
   999 18th Street, South Terrace, Suite 370
   Denver, CO 80202

Associación de Acéquias Norteñas de Rio Arriba
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

Plaza Blanca Ditch
c/o John W. Utton, Esq.
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271

                Respectfully submitted,

                /s/ Ed Newville
                EDWARD G. NEWVILLE
                Special Assistant Attorney General
                Office of State Engineer
                P.O. Box 25102
                Santa Fe, NM 87504-5102
                (505) 867-7444 telephone
                (505) 8672299 facsimile

**SERVICE LIST**

| | | |
|---|---|---|
| CHRU-001-0001<br>GENE M. CHRISTIANSEN<br>HC 75, BOX 1152<br>LOS OJOS, NM 87551 | CHRU-001-0002<br>RICHARD P. ULIBARRI<br>P.O. BOX 25<br>LOS OJOS, NM 87551 | CHRU-001-0002<br>MARLA C. ULIBARRI<br>P.O. BOX 25<br>LOS OJOS, NM 87551 |
| CHRU-001-0003<br>WILLIAM R. PAPE<br>P.O. BOX 171<br>LOS OJOS, NM 87551 | CHRU-001-0003<br>LOUISE W. PAPE<br>P.O. BOX 171<br>LOS OJOS, NM 87551 | CHRU-001-0003<br>WILLIAM N. MELTON<br>P.O. BOX 171<br>LOS OJOS, NM 87551 |
| CHRU-001-0004<br>KENNETH L. GROVES<br>HC 75, BOX 1200<br>RUTHERON, NM 87551 | CHRU-001-0004<br>BETHANY S. COPE<br>HC 75, BOX 1200<br>RUTHERON, NM 87551 | CHRU-001-0005<br>TRUDY M. KEMPER<br>303 PORTILLO DR<br>LOS ALAMOS, NM 87544 |
| CHRU-001-0005<br>KRYAN B. KEMPER<br>303 PORTILLO DR<br>LOS ALAMOS, NM 87544 | CHRU-001-0006<br>MORRISON REVOCABLE TRUST<br>MARILYN MORRISON, TTE<br>HC 75, BOX 1022<br>LOS OJOS, NM 87551 | CHRU-001-0007A<br>TOMMY HERNANDEZ<br>P.O. BOX 149<br>LOS OJOS, NM 87551 |
| CHRU-001-0007A<br>CLAUDIA HERNANDEZ<br>400 ROVER BLVD.<br>LOS ALAMOS, NM 87544 | CHRU-001-0007B<br>CLAUDIA HERNANDEZ<br>400 ROVER BLVD.<br>LOS ALAMOS, NM 87544 | CHRU-001-0007B<br>TOMMY HERNANDEZ<br>P.O. BOX 149<br>LOS OJOS, NM 87551 |
| CHRU-001-0007C<br>WILLIAM HORN<br>HC 75, BOX 1007<br>RUTHERON, NM 87551 | CHRU-001-0007D<br>JANELLE ULIBARRI<br>385 ARAGON AVENUE<br>LOS ALAMOS, NM 87544 | CHRU-001-0007D<br>MIKE ULIBARRI<br>385 ARAGON AVENUE<br>LOS ALAMOS, NM 87544 |
| CHRU-001-0007E<br>CLAUDIA HERNANDEZ<br>400 ROVER BLVD.<br>LOS ALAMOS, NM 87544 | CHRU-001-0008<br>SAMUEL R. BEACH<br>HC 75 BOX 1001<br>RUTHERON, NM 87551 | CHRU-001-0009<br>SANDRA SABLEMAN<br>P.O. BOX 22<br>LINDRITH, NM 87029 |

| | | |
|---|---|---|
| CHRU-001-0010<br>CHARLES R. & LEATRICE H.<br>BEACH, TRUST<br>14 WILDER PL.<br>SANTA FE, NM 87508 | CHRU-001-0011<br>FLORENCE C. BEACH<br>14 WILDER PL.<br>SANTA FE, NM 87508 | CHRU-001-0012<br>DAVID C. BEACH<br>P.O. BOX 864<br>CHAMA, NM 87520 |
| CHRU-001-0013<br>JERROLL L. DEVERS<br>HC 75, BOX 1175<br>RUTHERON, NM 87551 | CHRU-001-0013<br>SHARON DEVERS<br>HC 75, BOX 1175<br>RUTHERON, NM 87551 | CHRU-001-0014<br>WILLIAM HORN<br>HC 75, BOX 1007<br>RUTHERON, NM 87551 |
| CHRU-001-0015<br>PAUL R. MAC ANDREW<br>1604 11TH AVENUE SOUTH #101<br>SEATTLE, WA 98134 | CHRU-001-0015<br>KATHRYN E. MAC ANDREW<br>1604 11TH AVENUE SOUTH #101<br>SEATTLE, WA 98134 | CHRU-001-0016<br>ELIPIO G. MERCURE<br>P.O. BOX 104<br>LOS OJOS, NM 87551 |
| CHRU-001-0017<br>MIKE ULIBARRI<br>385 ARAGON AVENUE<br>LOS ALAMOS, NM 87544 | CHRU-001-0017<br>JANELLE ULIBARRI<br>385 ARAGON AVENUE<br>LOS ALAMOS, NM 87544 | CHRU-001-0018<br>MARSHALL J. & DOROTHY T.<br>BLANTON, TRUST<br>MARSHALL J. & DOROTHY T.<br>BLANTON<br>P.O. BOX 70<br>AZTEC, NM 87410 |
| CHRU-001-0019A<br>CRAIG DAUGHERTY<br>HC 75 BOX 119<br>CHAMA, NM 87520 | CHRU-001-0019A<br>CARY DAUGHERTY<br>HC 75 BOX 119<br>CHAMA, NM 87520 | CHRU-001-0019B<br>JACK COWAN<br>HC 75 BOX 66<br>LOS OJOS, NM 87551 |
| CHRU-001-0019C<br>EDWARD COWAN<br>HC 75 BOX 67<br>LOS OJOS, NM 87551 | CHRU-001-0020<br>MARY ALICE CASADOS<br>P.O. BOX 128<br>LOS OJOS, NM 87551 | CHRU-001-0020<br>RUSSELL CASADOS JR.<br>P.O. BOX 128<br>LOS OJOS, NM 87551 |
| CHRU-001-0021<br>JURIS L. VEVERIS<br>188 TESUQUE VILLAGE RD.<br>SANTA FE, NM 87506 | CHRU-001-0021<br>CHRISTINA MILLER VEVERIS<br>188 TESUQUE VILLAGE RD.<br>SANTA FE, NM 87506 | CHRU-002-0001<br>WILLIAM N. MELTON<br>P.O. BOX 171<br>LOS OJOS, NM 87551 |

CHRU-002-0001  
LOUISE W. PAPE  
P.O. BOX 171  
LOS OJOS, NM 87551

CHRU-002-0001  
WILLIAM R. PAPE  
P.O. BOX 171  
LOS OJOS, NM 87551

CHRU-002-0002  
CRUZ AGUILAR  
P.O. BOX 15  
LOS OJOS, NM 87551

CHRU-002-0002  
GREGORITA AGUILAR  
P.O. BOX 15  
LOS OJOS, NM 87551

CHRU-002-0003  
WILLIAM HORN & ASSOCIATES  
WILLIAM HORN  
HC 75 BOX 1007  
RUTHERON, NM 87551

CHRU-002-0004  
ROSS FAMILY TRUST  
WILLIAM E. & ELAINE ROSS  
HC 75 BOX 1024  
RUTHERON, NM 87551

CHRU-002-0004A  
ROSS FAMILY TRUST  
WILLIAM E. & ELAINE ROSS  
HC 75 BOX 1024  
RUTHERON, NM 87551

CHRU-003-0001A  
ALFRED Q. PERALTA  
ERNEST L. PADILLA, ESQ.  
P. O. BOX 2523  
SANTA FE, NM 875042523

CHRU-003-0001A  
ELIZABETH T. PERALTA  
ERNEST L. PADILLA, ESQ.  
P. O. BOX 2523  
SANTA FE, NM 875042523

CHRU-003-0001B  
NORM VOGT  
GARY S. FRIEDMAN, ESQ.  
530-B HARKLE ROAD  
SANTA FE, NM 87505

CHRU-003-0002  
CALVIN CURT  
HC 75, BOX 1305  
RUTHERON, NM 87551

CHRU-003-0003  
FRANK S. ULIBARRI  
HC 75 BOX 1030  
RUTHERON, NM 87551

CHRU-003-0006  
SHARON DEVERS  
HC 75, BOX 1175  
RUTHERON, NM 87551

CHRU-003-0006  
JERROLL L. DEVERS  
HC 75, BOX 1175  
RUTHERON, NM 87551

CHRU-003-0012  
NATIVIDAD MANZANARES  
P.O. BOX 100  
TIERRA AMARILLA, NM 87575

CHRU-003-0013  
LORRAINE TAFOYA  
370 CALLE ALCAZAR  
WALNUT, CA 91789

CHRU-003-0013  
KATHY R. TAFOYA  
23510 GRAND RIM CT.  
DIAMOND BAR, CA 91765

CHRU-003-0013  
JOYCE NENNINGER  
3925 SAN MIQUEL DR.  
FULLERTON, CA 92835

CHRU-003-0013  
LISA TAFOYA  
1505 GERARD DR.  
DIAMOND BAR, CA 91765

CHRU-003-0014  
DAVID PIKE  
P.O. BOX 9311  
SANTA FE, NM 87504

CHRU-003-0014  
ELIZABETH SAIZ  
P.O. BOX 9311  
SANTA FE, NM 87504

| | | |
|---|---|---|
| CHRU-004-0001<br>NORBERT C. LOPEZ<br>120 RANCHITOS ROAD, NW<br>ALBUQUERQUE, NM 87114 | CHRU-004-0002<br>VIRGINIO R. MARTINEZ<br>HC 75, BOX 1020<br>RUTHERON, NM 87551 | CHRU-004-0003<br>FRANK S. ULIBARRI<br>HC 75 BOX 1030<br>RUTHERON, NM 87551 |
| CHRU-004-0004<br>ESTATE OF JOSE VIDAL ULIBARRI<br>JOSE RAFAEL GALLEGOS<br>P.O. BOX 581<br>CHAMA, NM 87520 | CHRU-004-0005<br>PEDRO & ROSE TORREZ TRUST<br>PEDRO AND ROSE TORREZ<br>NO. 3, CR 5803<br>FARMINGTON, NM 87401 | CHRU-004-0006<br>ROSITA L. VALDEZ<br>HC 71 BOX 83<br>LUMBERTON, NM 87528 |
| CHRU-004-0007<br>MARTINEZ TRUST<br>ROMAN AND MARY MARTINEZ<br>200 ROMANS LANE<br>BLOOMFIELD, NM 87413 | CHRU-004-0008<br>OCTAVIANO R. ULIBARRI<br>P.O. BOX 51<br>LOS OJOS, NM 87551 | CHRU-004-0008<br>LOUISA ULIBARRI<br>P.O. BOX 51<br>LOS OJOS, NM 87551 |
| CHRU-004-0009<br>JOHNNY VALDEZ<br>HC 75 BOX 1011<br>RUTHERON, NM 87551 | CHRU-004-0010<br>SARAH E. CHAMBERLAIN<br>2997 COUNTY RD. 215<br>DURANGO, CO 81303 | CHRU-004-0010<br>IAN W. CHAMBERLAIN<br>2997 COUNTY RD. 215<br>DURANGO, CO 81303 |
| CHRU-004-0011<br>ANTONIA MERCURE<br>HC 75 BOX 1016<br>LOS OJOS, NM 87551 | CHRU-004-0012<br>GREGORITA AGUILAR<br>P.O. BOX 15<br>LOS OJOS, NM 87551 | CHRU-004-0012<br>CRUZ AGUILAR<br>P.O. BOX 15<br>LOS OJOS, NM 87551 |
| CHRU-004-0013<br>ROBERTO ULIBARRI<br>76 B CR 4903<br>BLOOMFIELD, NM 87413 | CHRU-004-0014<br>PEDRO A. ULIBARRI JR.<br>8269 RACE STREET<br>DENVER, CO 80229 | CHRU-004-0014<br>UDILIA ULIBARRI<br>8269 RACE STREET<br>DENVER, CO 80229 |
| CHRU-004-0015<br>DONALD L. SERRANO<br>1363 SANTA ROSA DR.<br>SANTA FE, NM 87505 | CHRU-004-0015<br>JULIANN J. SERRANO<br>1363 SANTA ROSA DR.<br>SANTA FE, NM 87505 | CHRU-004-0015<br>HECTOR M. MAGALLANES<br>2015 MORNING GLORY LANE<br>LAS CRUCES, NM 88007 |

CHRU-004-0015
CECILIA A. MAGALLANES
2015 MORNING GLORY LANE
LAS CRUCES, NM 88007

CHRU-004-0016
JULIANN J. SERRANO
1363 SANTA ROSA DR.
SANTA FE, NM 87505

CHRU-004-0016
DONALD L. SERRANO
1363 SANTA ROSA DR.
SANTA FE, NM 87505

CHRU-004-0016
BERNARDO J. SERRANO
P.O. BOX 555
CHAMA, NM 87520

CHRU-004-0016
DORIS J. SERRANO
P.O. BOX 555
CHAMA, NM 87520

CHRU-004-0017
RUTHERON MUTUAL DOMESTIC
WATER CONSUMERS ASSOC.
ELIPIO MERCURE
P.O. BOX 204
LOS OJOS, NM 87551

CHRU-004-0018
JAMES R. BROOKS
83 OLD STONE MILL ROAD
MARIETTA, GA 30067

CHRU-004-0019
TONY H. MARTINEZ
1506 WELLS LANE
BLOOMFIELD, NM 87413

CHRU-004-0019
DELLA M. MARTINEZ
1506 WELLS LANE
BLOOMFIELD, NM 87413

CHRU-004-0020
RUBEN MANZANARES JR.
20614 SO. BUDLONG AVE.
TORRANCE, CA 90502

CHRU-004-0020
MARIANO MANZANARES
P.O. BOX 100
GALLINA, NM 87017

CHRU-004-0020
MARY LEAH MANZANARES
23525 ARLINGTON AVENUE #117
TORRANCE, CA 90501

CHRU-004-0021
JULIAN J. HERRERA
P.O. BOX 351
ESPANOLA, NM 87532

CHRU-004-0021
JOSEPH M. HERRERA
P.O. BOX 351
ESPANOLA, NM 87532

CHRU-004-0021
PATRICK J. HERRERA
P.O. BOX 351
ESPANOLA, NM 87532

CHRU-004-0022
DEBRA DILLAWAY
3905 WEST 48TH STREET
EDINA, MN 55424

CHRU-004-0023
BEN AND LUCY MAESTAS TRUST
MIKE SANCHEZ (POA)
14332 LA CUEVA NE
ALBUQUERQUE, NM 87123

CHRU-004-0024
JOSE DE LA LUZ MERCURE
HC 75 BOX 1015
RUTHERON, NM 87551

CHRU-004-0025
JOSE DE LA LUZ MERCURE
HC 75 BOX 1015
RUTHERON, NM 87551

CHRU-004-0026
HERSHEL P. KUYKENDALL
BETTY KUYKENDALL, PR
322 G AVENUE
LAWTON, OK 73501

CHRU-004-0027
WILLIAM N. MELTON
P.O. BOX 171
LOS OJOS, NM 87551

| | | |
|---|---|---|
| CHRU-004-0027<br>LOUISE W. PAPE<br>P.O. BOX 171<br>LOS OJOS, NM 87551 | CHRU-004-0027<br>WILLIAM R. PAPE<br>P.O. BOX 171<br>LOS OJOS, NM 87551 | CHRU-004-0029<br>GEORGE ELLIOTT<br>14955 DAKOTA ROAD<br>APPLE VALLEY, CA 92307 |
| CHRU-004-0029<br>KAREN ELLIOTT<br>14955 DAKOTA ROAD<br>APPLE VALLEY, CA 92307 | CHRU-004-0030<br>THE KATCHINA TRUST<br>BLAINE D. STANDAGE<br>P.O. BOX 1764<br>PINEDALE, WY 82941 | CHRU-004-0031A<br>BIRGIT MCGAUGHEY<br>HC 75 BOX 1224, 447 SR95<br>LOS OJOS, NM 87551 |
| CHRU-004-0031A<br>PATRICK L. MCGAUGHEY<br>109 SHERWOOD BLVD.<br>LOS ALAMOS, NM 87544 | CHRU-004-0031B<br>BIRGIT MCGAUGHEY<br>HC 75 BOX 1224, 447 SR95<br>LOS OJOS, NM 87551 | CHRU-004-0031B<br>PATRICK L. MCGAUGHEY<br>109 SHERWOOD BLVD.<br>LOS ALAMOS, NM 87544 |
| CHRU-004-0032<br>DESI GARCIA<br>1116 11TH STREET SE<br>RIO RANCHO, NM 87124 | CHRU-004-0032<br>YVONNE GARCIA<br>1116 11TH STREET SE<br>RIO RANCHO, NM 87124 | CHRU-004-0032<br>TONY CARDENAS<br>1116 11TH STREET SE<br>RIO RANCHO, NM 87124 |
| CHRU-004-0033<br>ANDREW S. ARAGON<br>11100 CENTRAL AVENUE SE<br>ALBUQUERQUE, NM 87123 | CHRU-004-0033<br>DORA L. ARAGON<br>11100 CENTRAL AVENUE SE<br>ALBUQUERQUE, NM 87123 | CHRU-004-0034<br>MIGUEL M. FERNANDEZ<br>5733 CHAPARRAL CIR, NW<br>ALBUQUERQUE, NM 87114 |
| CHRU-004-0034<br>BARBARA C. FERNANDEZ<br>5733 CHAPARRAL CIR, NW<br>ALBUQUERQUE, NM 87114 | CHRU-004-0035<br>BARBARA C. FERNANDEZ<br>5733 CHAPARRAL CIR, NW<br>ALBUQUERQUE, NM 87114 | CHRU-004-0035<br>MIGUEL M. FERNANDEZ<br>5733 CHAPARRAL CIR, NW<br>ALBUQUERQUE, NM 87114 |
| CHRU-004-0036<br>TINA CORDOVA<br>7518 2ND STREET, NW<br>ALBUQUERQUE, NM 87107 | CHRU-004-0037<br>NANCY ANN WALKER<br>236 RAINBOW DR. #13685<br>LIVINGSTON, TX 77399 | CHRU-004-0037<br>RAYMOND WALKER<br>236 RAINBOW DR. #13685<br>LIVINGSTON, TX 77399 |

CHRU-004-0038
BRUCE & MARY CAIRD TRUST
BRUCE AND MARY CAIRD
1525 GRANITE N.W.
ALBUQUERQUE, NM 87104

CHRU-004-0039A
HOPE MINER
23 CUCHILLA DE LUPE
PLACITAS, NM 87043

CHRU-004-0039B
NORM VOGT INC.
GARY S. FRIEDMAN, ESQ.
530-B HARKLE ROAD
SANTA FE, NM 87505

CHRU-004-0040
JOSEPH J. PIUMA
P.O. BOX 100
CHAMA, NM 87520

CHRU-004-0041
ARTHUR M. MARQUEZ
P.O. BOX 63015
ESPANOLA, NM 87532

CHRU-004-0041
RUBY H. MARQUEZ
P.O. BOX 63015
ESPANOLA, NM 87532

CHRU-004-0042
RANCHO LOBO LTD.
BRETT J. OLSEN, ESQ.
4253 MONTGOMERY BLVD. NE, G130
ALBUQUERQUE, NM 87109

CHRU-004-0043
ROBERT ARREGUIN
1808 ALGODONES COURT, NE
ALBUQUERQUE, NM 87112

CHRU-004-0043
OLGA ARREGUIN
1808 ALGODONES COURT, NE
ALBUQUERQUE, NM 87112

CHRU-004-0044A
STEVE A. PADILLA
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0044B
DIANNA ANDREWS
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0044B
TIMOTHY ANDREWS
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0044C
TIMOTHY ANDREWS
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0044C
DIANNA ANDREWS
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0044D
DIANNA ANDREWS
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0044D
TIMOTHY ANDREWS
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0044E
TIMOTHY ANDREWS
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0044E
DIANNA ANDREWS
PETER B. SHOENFELD, ESQ.
P.O. BOX 2421
SANTA FE, NM 875042421

CHRU-004-0047
ABEL ARMIJO
513 APODACA HILL
SANTA FE, NM 87501

CHRU-004-0047
DIANA ARMIJO
513 APODACA HILL
SANTA FE, NM 87501

CHRU-004-0048
ANDREW S. ARAGON
11100 CENTRAL AVENUE SE
ALBUQUERQUE, NM 87123

| | | |
|---|---|---|
| CHRU-004-0048<br>DORA L. ARAGON<br>11100 CENTRAL AVENUE SE<br>ALBUQUERQUE, NM 87123 | CHRU-004-0049<br>SIMON CARLOS MANZANARES<br>6304 SUMMERWOOD N.W.<br>ALBUQUERQUE, NM 87120 | CHRU-004-0049<br>MARIA C. MANZANARES<br>6304 SUMMERWOOD N.W.<br>ALBUQUERQUE, NM 87120 |
| CHRU-004-0050<br>UNSER, LLC<br>CHARLES T. DUMARS, ESQ.<br>201 3RD ST. NW, SUITE 1750<br>ALBUQUERQUE, NM 87102 | CHRU-004-0050A<br>UNSER, LLC<br>CHARLES T. DUMARS, ESQ.<br>201 3RD ST. NW, SUITE 1750<br>ALBUQUERQUE, NM 87102 | |