IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941–BB/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rutheron & Plaza Blanca |
| Defendants. | |

### NOTICE OF MAIL RETURNED AS UNDELIVERABLE

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned attorney, gives notice that the Court's *Notice and Order to Show Cause* mailed to the persons listed below, pursuant to the January 31, 2012 *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rutheron & Plaza Blanca Subsection of Section 7 of the Rio Chama Stream System* (Doc. No. 10683), were returned to the Office of the State Engineer by the United States Postal Service (not deliverable as addressed, attempted not known, vacant, unable to forward). The current addresses of these persons are unknown.

Pursuant to the November 19, 2002, *Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System* (Doc. No. 6939), all claimants are responsible for informing the Court of any changes in their mailing address or changes in ownership of water rights or real property associated with the rights. The information must be filed with the Court within 30 days of any change, and a copy must be sent to the State. *Procedural Order* (IV). This information for the persons listed below has not been filed with the Court or provided to the State.

Until such time as the Court and the State are advised of the correct addresses for the individuals listed below, service by mail or notice to defendants in the Rutheron & Plaza Subsection of Section 7 will not include a mailing by the State to these individuals.

CHRU-001-0007A
CHRU-001-0007B
Tommy Hernandez
P.O. Box 149
Los Ojos, NM 87551

CHRU-001-0018
Marshall J. & Dorothy T. Blanton Trust
c/o Marshall J. & Dorothy T. Blanton
P.O. Box 70
Aztec, NM 87410

CHRU-002-0004
CHRU-002-0004A
Ross Family Trust
c/o William E. & Elaine Ross
HC 75 Box 1024
Rutheron, NM 87551

CHRU-003-0011
CHRU-004-0008
Octaviano R. Ulibbarri
Lousia Ulibarri
P.O. Box 51
Los Ojos, NM 87551

CHRU-004-0020
Mary Leah Manzanares
23525 Arlington Aveune #117
Torrance, CA 90501

CHRU-004-0023
Ben and Lucy Maestas Trust
c/o Mike Sanchez (POA)
14332 La Cueva NE
Albuquerque, NM 87123

<u>CHRU-004-0030</u>
The Kachina Trust
c/o Blaine D. Standage
P.O. Box 1764
Pinedale, WY 82941

<u>CHRU-004-0037</u>
Nancy Ann Walker
Raymond Walker
236 Rainbow Dr. #13685
Livingston, TX 77399

<u>CHRU-004-0032</u>
Desi Garcia
Yvonne Garcia
Tony Cardenas
1116 11th Street SE
Rio Rancho, NM 87124

                          Respectfully submitted,

                            /s/ Ed Newville
                        EDWARD G. NEWVILLE
                        Special Assistant Attorney General
                        Office of State Engineer
                        P.O. Box 25102
                        Santa Fe, NM 87504-5102
                        (505) 867-7444 telephone

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June __7th__, 2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

                            /s/ Ed Newville
                        Edward G. Newville