IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941–BB/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Cañones Creek |
| Defendants. | |

**NOTICE OF MAIL RETURNED AS UNDELIVERABLE**

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned attorney, gives notice that the Court's *Notice and Order to Show Cause* mailed to the persons listed below, pursuant to the September 6, 2011 *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Cañones Creek Subsection of Section 7 of the Rio Chama Stream System* (Doc. No. 10555), were returned to the Office of the State Engineer by the United States Postal Service (not deliverable as addressed, attempted not known, vacant, unable to forward). The current addresses of these persons are unknown.

Pursuant to the November 19, 2002, *Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System* (Doc. No. 6939), all claimants are responsible for informing the Court of any changes in their mailing address or changes in ownership of water rights or real property associated with the rights. The information must be filed with the Court within 30 days of any change, and a copy must be sent to the State. *Procedural Order* (IV). This information for the persons listed below has not been filed with the Court or provided to the State.

Until such time as the Court and the State are advised of the correct addresses for the individuals listed below, service by mail or notice to defendants in the Cañones Creek Subsection of Section 7 will not include a mailing by the State to these individuals.

CHCC-001-0007
John D. Morrow
203 Camino del Norte
Santa Fe, NM 87501-1035

CHCC-002-0008
Charles E. Ezell
P.O. Box 133
Chama, NM 87520

CHCC-002-0011
Robert E. Martinez
02 Merlinda Ct.
Los Lunas, NM 87031

CHCC-002-0013
Juan F. Gurule
P.O. Box 21
Ignacio, CO 81137

CHCC-002-0015
Jose Onesimo Martinez, Jr.
152 E. Helm Ave.
Salt Lake City, UT 84115

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June  8th  , 2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

       /s/ Ed Newville
    Edward G. Newville