IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941–BB/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Rio Brazos |
| Defendants. | |

**NOTICE OF MAIL RETURNED AS UNDELIVERABLE**

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned attorney, gives notice that the Court's *Notice and Order to Show Cause* mailed to the persons listed below, pursuant to the June 6, 2011 *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System* (Doc. No. 10151), were returned to the Office of the State Engineer by the United States Postal Service (not deliverable as addressed, attempted not known, vacant, unable to forward). The current addresses of these persons are unknown.

Pursuant to the November 19, 2002, *Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System* (Doc. No. 6939), all claimants are responsible for informing the Court of any changes in their mailing address or changes in ownership of water rights or real property associated with the rights. The information must be filed with the Court within 30 days of any change, and a copy must be sent to the State. *Procedural Order* (IV). This information for the persons listed below has not been filed with the Court or provided to the State.


Until such time as the Court and the State are advised of the correct addresses for the individuals listed below, service by mail or notice to defendants in the Rio Brazos Subsection of Section 7 will not include a mailing by the State to these individuals.

<u>CHRB-003-0007B</u>
Abel Valdez
Prescilla Valdez
Box 2383
Bernalillo, NM 87004

<u>CHRB-003-0032</u>
Rita Trujillo
P.O. Box 73
Los Ojos, NM 87551

<u>CHRB-004-0017</u>
Charles Mahlon Murphy
P.O. Box 804
Tierra Amarilla, NM 87575

<u>CHRB-004-0018B</u>
Paul M. Cordova
Georgia M. Cordova
2332 East 12th Street
Farmington, NM 87401

<u>CHRB-004-0040B</u>
Mikael Saunders
P.O. Box 1457
Magdalena, NM 87825

<u>CHRB-004-0041</u>
Tira L. Ouellete
356 32nd Street
Ogden, UT 84401

<u>CHRB-004-0044</u>
Frank R. Martinez
Rosa D. Martinez
822 West 600 South
Salt Lake City, UT 84104

CHRB-004-0050
Nancy Bell
HC 75, Box 29
Tierra Amarilla, NM 87575

CHRB-005-0026
Anna S. Rodella
P.O. Box 232
Tierra Amarilla, NM 87575

CHRB-006-0033
Jose I. Rivera
10100 Sabin Dr.
Monassas, VA 20109

CHRB-006-0035
Jose L. Martinez
Candy S. Martinez
3048 Ole Court
Abluquerque, NM 87111

CHRB-007-0012
Christie L. Spill
10225  Tuffs Court, NW
Albuquerque, NM 87114

CHRB-007-0014
Teresa Galdean
Juanita Archuleta
1312 North 1300 West
Salt Lake City, UT 84116

CHRB-007-0014
Josephine Hays
1105 Commercial, Apt. 6
Astoria, OR 97103

CHRB-007-0014
Priscilla Martinez
2514 Columbine Drive
Durango, CO 81301

CHRB-007-0016
Henry A. Palm
Willa S. Palm
1732 Pine Valley Street
Las Cruces, NM 88011

CHRB-007-0020
Gregorio Abeyta
3505 Steele St.
Denver, CO 80205

CHRB-007-0027A
Whitney Durell
P.O. Box 295
Los Ojos, NM 87551

CHRB-007-0032
CHRB-007-0033
Joe M. Torrez
Dolores Torrez
P.O. Box 28
Chama, NM 87520

CHRB-007-0034
Letitia Rhodes
P.O. Box 87
Keams Canyon, AZ 86034

CHRB-007-0046
Joyce Gallegos
2201 W. Greenwich Cr.
Colorado Springs, CO 80909

CHRB-008-0009
Travis G. Moseley
P.O. Box 76
Los Ojos, NM 87551

CHRB-009-0018
Mary Leah Manzanares
23525 Arlington Ave. #117
Torance, CA 90501

          Respectfully submitted,

          /s/ Ed Newville
          EDWARD G. NEWVILLE
          Special Assistant Attorney General
          Office of State Engineer
          P.O. Box 25102
          Santa Fe, NM 87504-5102
          (505) 867-7444 telephone

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8th, 2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

          /s/ Ed Newville
          Edward G. Newville