IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 3, Canjilon Creek |
| Defendants. | Subfile No. CHCJ-001-0005 |

**MOTION TO AMEND CONSENT ORDER
DESCRIBING THE WATER RIGHTS OF THE CANJILON MUTUAL
DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHCJ-001-0005**

The plaintiff State of New Mexico, *ex rel.* State Engineer (State) moves the Court to amend the Consent Order entered on July 7, 2009 (Doc. No. 9476) in Subfile CHCJ-001-005 describing the water rights of defendant Canjilon Mutual Domestic Water Consumers Association and as grounds therefore plaintiff states:

1.  The Consent Order entered on July 7, 2009 in Subfile CHCJ-001-0005 that describes the water rights of the Canjilon Mutual Domestic Water Consumers Association contains a clerical error in the description of one of the points of diversion for the association's water rights. The association is authorized to use water from three points of diversion, an infiltration gallery (OSE 4057), a spring (OSE 4057-S) and a well (RG-22777). The Consent Order incorrectly describes the spring (OSE 4057-S) as an infiltration gallery.

WHEREFORE, the plaintiff State of New Mexico requests the Court to amend the Consent Order entered on July 7, 2009 in Subfile CHCJ-001-0005 to correct the description of the three points

of diversion listed in the Consent Order as follows:

    INFILTRATION GALLERY (4057)
    Location:    X = 1,602,777 feet    Y = 2,004,806 feet

    SPRING (4057-S)
    Location:    X = 1,617,370 feet    Y = 2,024,599 feet

    Well No. RG-22777
    Location:    X = 1,585,369 feet    Y = 1,992,162 feet

    Respectfully submitted,

      /s/ Ed Newville
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 867-7444 telephone
    (505) 867-2299 facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  11th   day of June 2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following parties via first class mail addressed as stated.

      /s/ Ed Newville
    EDWARD G. NEWVILLE

Canjilon MDWCA
P.O. Box 465
Canjilon, NM 87515