IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7<br>Jicarilla Apache Nation |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME**

The Plaintiff State of New Mexico, *ex rel.* State Engineer, (State), Plaintiff-Intervener the United States of America (United States) and Defendant Jicarilla Apache Nation (Nation) respectfully request the Court to grant an extension of time to submit a proposed Consent Order to the Court describing the water rights of the Nation in Section 7 of the Rio Chama Stream System, as required by the *Order* filed March 15, 2012 (Doc. 10798), and in support state the following:

1. The March 15, 2012 *Order* requires the State, the United States and the Nation to submit a proposed Consent Order to the Court describing the water rights of the Nation in Section 7 by June 15, 2012.

2. Representatives of the State and the Nation have reached a tentative agreement on the terms of a Consent Order that describes the water rights of the Nation in Section 7, and the State and the Nation are in the process of proof reading the maps and technical information that will be part of that order.

3. Following the final compilation of the materials need to be included in the Consent

Order, the order will be presented to the Nation's tribal counsel for their approval. Once the Nation passes a resolution accepting the Consent Order, the order will be submitted to the United States for its review and approval.

4.  The State, the United States and the Nation request an extension of time until August 15, 2012 to complete this process and to submit a proposed Consent Order to the Court for approval.

                                            Respectfully submitted,

                                            /s/ Ed Newville
                                            EDWARD G. NEWVILLE
                                            Special Assistant Attorney General
                                            Office of State Engineer
                                            P.O. Box 25102
                                            Santa Fe, NM 87504-5102
                                            (505) 867-7444

                                            telephonically approved 6/14/2012
                                            HERBERT A. BECKER
                                            Attorney at Law
                                            2309 Renard Place SE
                                            Albuquerque, NM 87106
                                            (505) 242-2214

                                            telephonically approved 6/14/2012
                                            BRADLEY S. BRIDGEWATER
                                            U.S. Department of Justice
                                            South Terrace Suite 370
                                            999 18th Street
                                            Denver, CO 80202
                                            (303) 844-1359

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __14th__ day of June, 2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

 

       /s/ Ed Newville
      EDWARD G.  NEWVILLE