IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

       Plaintiff,

vs.                                                         CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                      RIO CHAMA ADJUDICATION

       Defendants.

## NOTICE OF JOINT WORKING SESSION

      Please be advised that pursuant to Rule 1-071.3 NMRA, Judge James J. Wechsler, Presiding Judge, San Juan, Pecos, Rio San Jose, and Santa Fe River Adjudications, has set a Joint Working Session for 10:00 a.m. Friday, June 22, 2012 at the Court of Appeals in Santa Fe, New Mexico. See the attached notice for additional details. Chief United States District Judge Bruce D. Black will attend. Because no court will rule on any procedural or substantive issues, the attendance of attorneys of record and parties is discretionary.

                                                                     */s/ Lorenzo F. Garcia*
                                                                     Lorenzo F. Garcia
                                                                     United States Magistrate Judge