Wednesday, May 9, 2012

**NOTICE OF AND INVITATION TO ATTEND JOINT WORKING SESSION
NEW MEXICO STATE STREAM ADJUDICATIONS**

| | |
|---|---|
| TO: | New Mexico Water Judges and Special Masters in State and Federal Courts<br>Office of the State Engineer<br>All Interested Parties |
| FROM: | James J. Wechsler, Presiding Judge, San Juan, Pecos, Rio San Jose, and Santa Fe River Adjudications |
| Cc: | Celina Jones, Administrative Office of the Courts<br>Jeff Minier, Federal District Court for the State of New Mexico |
| **RE:** | **Annual Court / State Joint Working Session on Adjudications Scheduled for 10:00 AM Friday, June 22, 2012, at the Court of Appeals in Santa Fe, New Mexico, and by video link at the district courts in Aztec, Roswell and Las Cruces** |

Provisional Rule 1-071.3 NMRA provides as follows:

    A.    Joint working sessions in state adjudications. Thirty (30) days before the end of each fiscal year, the judges, special masters, the state and other parties in each stream adjudication court shall coordinate and set a working session for the purpose of discussing common issues among all pending stream adjudications and resource needs of each adjudication court. The judges presiding over state stream system adjudications shall invite judges and special masters presiding over federal stream system adjudications to participate.

    B.    Report of state's priorities. Thirty (30) days prior to the joint working session, the state shall file a report setting out the plaintiff's suggested priorities and its analysis of resources needed by the courts and the state for each adjudication pending in state court.

By agreement among the State Court, the Federal Court, and the State of New Mexico, the 2012 annual joint working session is scheduled for Friday, June 22, 2012, from 10:00 AM to 12:30 PM at the New Mexico Court of Appeals, 237 Don Gaspar, Santa Fe, NM 87501. All interested parties are invited to attend the joint working session.

Parties may attend and participate by videoconference at the following locations:

| 3rd Judicial District Court<br>201 W. Picacho Ave.<br>Las Cruces, NM  88005 | 5th Judicial District Court<br>400 N. Virginia<br>Roswell, NM  88201 | 11th Judicial District Court<br>103 South Oliver Drive<br>Aztec, NM  87410 |
|---|---|---|