IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, <br><br> Plaintiffs <br><br> v. <br><br> ROMAN ARAGON, et al., <br><br> Defendants | No. 69cv07941-BB <br><br> Consolidated with Cause No. 4922 <br> Rio Arriba County District Court <br><br> Rio Chama Adjudication <br> Section 8 – Rio Puerco de Chama <br> Acequia Mesa del Medio |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

JOSE LEANDRO MARTINEZ and MAGDALENA L. MARTINEZ ("Movants"), through their counsel, New Mexico Legal Aid, Inc., by David Benavides, move this Court for an extension of time to file their Reply regarding their Motion to Substitute Parties, and as grounds therefor state:

1. Movants filed their Motion to Substitute Parties on March 22, 2012, and Corlinda H. Lujan was granted an extension of more than two months, until June 15, 2012, to file her Response. The Response was filed on June 15, 2012.

2. Corlinda H. Lujan's Response in Opposition to Motion to Substitute Parties raises important issues that are not typically addressed by the Court when substituting parties, which Movants would like to fully address in their Reply.

3. Movants seek an extension until July 9, 2012 to file their Reply to Corlinda H. Lujan's Response.

4. Counsel for Movants contacted counsel for Corlinda H. Lujan and counsel for Plaintiff-in-Intervention State of New Mexico, who stated that they do not oppose this motion.

WHEREFORE, for the reasons stated above, Movants respectfully request the Court to extend the deadline for the filing of Movants' Reply to July 9, 2012 and for such other relief as may be just and proper.

Respectfully submitted,

NEW MEXICO LEGAL AID, INC.

*/s/ David Benavides*

David Benavides
P.O. Box 5175
Santa Fe, NM 87502
Telephone: (505) 982-9886
Facsimile: (505) 982-6278
davidb@nmlegalaid.org

## CERTIFICATE OF SERVICE

I certify that on this 26th day of June, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means

*/s/ David Benavides*