IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
NEW MEXICO STATE ENGINEER,

    Plaintiff,

Vs.                                                                                     CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.                                              RIO CHAMA ADJUDICATION

    Defendants.

### ENTRY OF APPEARANCE

    DANIEL A. SANCHEZ, Esq., hereby enters his appearance in the above-captioned matter on behalf Of the Rio Chama Acequias Association.

    ___/s/_____
    DANIEL A. SANCHEZ, Esq.
    Attorney for the Rio Chama Acequias Association
    2304 Middle Court
    Santa Fe, New Mexico   87505
    (505)946-8394 / FAX  (505) 473-4270

### CERTIFICATE OF MAILING

    I hereby certify that a true and correct copy of the foregoing Entry of Appearance was mailed this 26th day June, 2012 to all Counsel listed to receive notice on this matter as noted  on the Attached List of Parties entitled to notice herein.

    _____/s/_____
    Daniel A. Sanchez

All Counsel and Parties noted in Mailing Information for Case 6:69-CV-07941 – BB - LFG