**Distribution List Name:**   NM ex rel SEO v. R. Aragon, US District Ct

**Members:**

| | |
|---|---|
| Atcitty, Shenan Rae | shenan.atcitty@hklaw.com |
| Bannerman, Kimberly  - ISC | kim.bannerman@state.nm.us |
| Benavides, David | davidb@nmlegalaid.org |
| Bergen, Leander | lbergen@nativeamericanlawyers.com |
| Berkey, Curtis | cberkey@abwwlaw.com |
| Bond, Frank | fbond@simonsfirm.com |
| Bransford, Rozella | Rosella.bransford@state.nm.us |
| Bridgewater, Bradley S. | bradleysbridgewater@usdoj.gov.us |
| Brill, Barbara A. | barbara.brill@state.nm.us |
| Brockman, James C. | jcbrockman@newmexicowaterlaw.com |
| Chacon, Charlie | tedjtrujillo@yahoo.com |
| Chama Investments, Inc. | aaa@aaa.com |
| Coronado, G. | gcoronado@abwwlaw.com |
| Davidson, Tessa T. | ttd@tessadavidson.com |
| Dempsey, Rebecca A. | rdempsey@cuddymccarthy.com |
| DJS  (John Utton) | djs@sheehansheehan.com |
| Dos Rios Development, LLC | naaa@aaa.com |
| Dos Rios Development, LLC | aaaa@aaa.com |
| Dos Rios Ranch, LLC | mlaw202@aol.com |
| Dryden, Marjorie | marjorie.dryden@state.nm.us |
| DuMars, Charles T. | ctd@lrpa-usa.com |
| Egolf, Brian | brian@egolflaw.com |
| Felker, Randolph B. | rbf@felkerishlaw.com |
| Fornaciari, Jeffrey | jfornaciari@hinklelawfirm.com |
| Fullerton, Seth Reese | srfullerton@newmexicowaterlaw.com |
| Gabin, Vickie L. | vlgabin@nm.net |
| Gallegos, Vina | vina.gallegos@state.nm.us |
| Garcia, J. | jagarcia@opclawfirm.com |
| Gehlert, David W. | david.gehlert@usdoj.gov.us |
| Gonzales, S | sgonzales@opclawfirm.com |
| Humphrey, Mary E. | humphrey@newmex.com |
| Kipnes, Fred | fred_kipnes@state.nm.us |
| Lujan, Corlinda H. | etaylor@taylormccaleb.com |
| Mackenzie, Richard S. | richard@rmackenzielaw.com |
| McCaleb, Jolene L. | jmccaleb@taylormccaleb.com |
| Mielke, David C. | dmielke@abqsonosky.com |
| Morales, M | mmorales@abwwlaw.com |
| Newville, Edward G. | ednewville@rgunwired.net |
| Old-Ferrell, Lisa | lisa@ferrell.com |
| Olsen, Brett J. | bolsen@opclawfirm.com |
| Orona-Cordova, Roberta | pwhite-9098@aol.com |
| Ortiz, David | davidortiz@windstream.net |
| Ortiz, L. | lortiz@hollandhart.com |
| Rael, Marcus J., Jr. | marcus@roblesrael.com |

| | |
|---|---|
| Rankin, Adam G. | agrankin@hollandhart.com |
| Reardon, Walter L., Jr. | walter@reardonlawnm.net |
| Ridgley, Gregory C. | greg.ridgley@state.nm.us |
| Robinson, Catherine R. | crr@lrpa-usa.com |
| Rundstrom, Ronald | lohpat@espanola-nm.com |
| Scott, Tanya, L. | tls@lrpa-usa.com |
| Sheridan, Mark F. | msheridan@hollandhart.com |
| Shoenfeld, Peter | petershoenfeld@qwestoffice.com |
| Singer, Arianne | arianne.singer@state.nm.us |
| Stein, Jay F. | jfstein@newmexicowaterlaw.com |
| Suazo, A | asuazo@opclawfirm.com |
| Trujillo, Adan E. | adantrujillo@gmail.com |
| Utton, John W. | jwu@SheehanSheehan.com |
| Volkmann, Timothy A. | tim-volkmann@hotmailcom |
| Williams, Scott Wayne | swilliams@abwwlawCom |