IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) | No. 69cv07941-BB/LFG |
| Plaintiffs | ) ) | Consolidated with Cause No. 4922 |
| v. | ) ) | Rio Arriba County District Court |
| ROMAN ARAGON, et al., | ) ) | Rio Chama Adjudication Section 8 – Rio Puerco de Chama |
| Defendants | ) | Acequia Mesa del Medio |

## ORDER EXTENDING TIME TO FILE REPLY

THIS MATTER is before the Court on Jose Leandro Martinez and Magdalena L. Martinez's ("Movants") Unopposed Motion for Extension of Time to File Reply [Doc. 10829] to their Motion to Substitute Parties [Doc. 10801]. The Court finding good cause to grant the Motion, and being otherwise advised in the premises, hereby GRANTS the Motion. The deadline for Movants to file their Reply to Corlinda H. Lujan's Response in Opposition to Motion to Substitute Parties is extended to July 9, 2012.

IT IS SO ORDERED.

_____
Lorenzo F. Garcia
United States Magistrate Judge