IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                                    CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                     RIO CHAMA ADJUDICATION

      Defendants.

**ORDER GRANTING EXTENSION OF TIME
TO SUBMIT CONSENT ORDER**

THIS MATTER is before the Court on the State of New Mexico, the United States and the Jicarilla Apache Nation's Joint Motion for Extension of Time. [Doc. 10826].

The Court ordered the State, the United States and the Jicarilla Apache Nation to submit a proposed consent order to the Court describing the water rights of the Jicarilla Apache Nation by June 30, 2012. [Doc. 10798]. The State, the United States and the Jicarilla Apache Nation state they need additional time to proof read maps and technical information that will be part of the consent order, to compile the materials to be included in the consent order, and to present the consent order to the Jicarilla Apache Nation's tribal counsel for approval. The State, the United States and the Jicarilla Apache Nation seek an extension of time until August 15, 2012, to complete those activities and to submit the consent order to the Court. No responses opposing the motion have been filed.

The Court will GRANT the motion. The State, the United States and the Jicarilla Apache Nation shall submit the consent order to the Court's Water Rights Law Clerk at jeff_minier@nmcourt.fed.us by August 15, 2012.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge