IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-BB/LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>Subfile No. CHRU-004-0045 |

## ORDER AMENDING CONSENT ORDER
## DESCRIBING THE WATER RIGHTS OF THE RUTHERON MUTUAL
## DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHRU-004-0045

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed June 8, 2012 (Docket No. 10823) to amend the Consent Order entered on July 24, 2006 (Doc. No. 8343) in Subfile CHRU-004-0045 describing the water rights of defendant Rutheron Mutual Domestic Water Consumers Association

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the Consent Order entered on July 24, 2006 (Doc. No. 8343) in Subfile CHRU-004-0045 is amended to include the following elements of the Association's water rights:

A. **DOMESTIC AND SANITATION (Groundwater and Surface Water Combined):**

    Amount of Water:    11.694 acre-feet per annum

    Priority:    1960 (10.537 acre-feet per annum)

    December 4, 1922 (1.157 acre-feet per annum)

FURTHER, IT IS ORDERED that the entry of this Order shall have no effect on the Application filed with the Office of the State Engineer on March 24, 2011 by the Rutheron Mutual Domestic Water Consumers Association for an additional transfer of water rights to the Association. Any water rights transferred to the Association by permit approved by the State Engineer after the date of the filing of this Order are in addition to those recognized in Subfile CHRU-004-0045.

BRUCE D. BLACK
CHIEF UNITED STATES DISTRICT JUDGE

Recommended for Approval:

LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE