IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-BB/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3, Rio Cebolla |
| Defendants. | Subfile No. CHCB-002-0014 |

**MOTION TO AMEND CONSENT ORDER
DESCRIBING THE WATER RIGHTS OF THE CEBOLLA MUTUAL
DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHCB-002-0014**

The plaintiff State of New Mexico, *ex rel.* State Engineer (State) moves the Court to amend the Consent Order entered on July 31, 2002 (Doc. No. 6793) in Subfile CHCB-002-0014 describing the water rights of defendant Cebolla Mutual Domestic Water Consumers Association and as grounds therefore plaintiff states:

1. The Consent Order entered on July 31, 2002 in Subfile CHCB-002-0014 that describes the water rights of the Cebolla Mutual Domestic Water Consumers Association ("the Association") does not include a description of the amount of water or the priority of the Association's water rights. These elements of the Association's water rights were reserved for future determination. *See* Consent Order at 2. The State has reviewed the information in the water rights files of the Office of the State Engineer with the staff of the Water Rights Division, and the State believes the Association presently has the right to divert and use 17.31 acre-feet of groundwater per annum with a priority of 1875, and 3.00 acre-feet of groundwater per annum with a priority of August 1, 1972.

2. Counsel for the State has written to the Board of Directors of the Association through their counsel of record Ted J. Trujillo to learn if the Association agrees with the State's assessment of the Association's water rights, but to date the State has not received a response that would indicate if the Association agrees or disagrees with the State's assessment.

3. The Consent Order entered on July 31, 2002 that describes the water rights of the Association also contains an error in the description of the source of water and possible points of diversion for the Association's water rights. The Consent Order describes an infiltration gallery that would divert the surface water of the Rio Cebolla. This infiltration gallery has been abandoned and is not a point of diversion that is authorized for use. All surface water rights associated with the infiltration gallery were transferred to the Association's well (RG-21554) by permit approved by the State Engineer on March 5, 2002. The Consent Order entered on July 31, 2002 should be revised to delete any reference to surface water as a source of water and to delete the information on an infiltration gallery as a point of diversion.

WHEREFORE, the plaintiff State of New Mexico requests the Court to amend the description of the elements of the Association's water rights in the Consent Order entered on July 31, 2002 in Subfile CHCB-002-0014 as follows:

A. **DOMESTIC & SANITATION (Groundwater):**

**Office of the State Engineer File No.:**   RG-21554

**Amount of Water and Priority:**

| | |
|---|---|
| Amount of Water | 17.31 acre-feet per annum |
| Priority | 1875 |
| | |
| Amount of Water | 3.0 acre-feet per annum |
| Priority | August 1, 1972 |

**Source of Water:**   Underground waters of the Rio Chama Stream System and the Rio Grande Underground Basin

**Purpose of Use:**   DOMESTIC, MUNICIPAL AND RELATED

**Point of Diversion:**

   **Well:**  RG-21554

   **Location X:** 1,574.647     **Y:** 2,019,092   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD1983

**Place of Use:**
   Members of the Cebolla Mutual Domestic Water Consumers Association. As shown on the 2000 Hydrographic Survey Map CHCB-1, 2, 3, 4, 5, 6, 7, & 8.

   Respectfully submitted,

     /s/ Ed Newville
   EDWARD G. NEWVILLE
   Special Assistant Attorney General
   Office of State Engineer
   P.O. Box 25102
   Santa Fe, NM 87504-5102
   (505) 867-7444 telephone
   (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __9th__ day of July 2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following parties via first class mail addressed as stated.

                                                                  /s/ Ed Newville
                                                                 EDWARD G. NEWVILLE

Cebolla MDWCA
Ted J. Trujillo, Esq.
P.O. Box 2185
Española, NM 87532