D-117-CV-201100521 - Monday, July 9, 2012

# Corlinda H. Lujan
## v.
# Acequia Mesa del Medio et. al.

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-117-CV-201100521 | Pfeffer, Stephen D. | 10/31/2011 | TIERRA AMARILLA District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | ACEQUIA MESA DEL MEDIO |
| D | Defendant | 2 | CHACON TEODORO |
| D | Defendant | 3 | LOVATO ROSE |
| D | Defendant | 4 | MARTINEZ RICKY |
| D | Defendant | 5 | MORFIN LEONARD |
| P | Plaintiff | 1 | LUJAN CORLINDA H. |

ATTORNEY: MCCALEB JOLENE L.

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 10/31/2011 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Declaratory Relief |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 10/31/2011 | 2 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Miscellaneous |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

## HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 06/15/2012 | 11:00 AM | MOTION HEARING | Pfeffer, Stephen D. | TIERRA AMARILLA | Judge Steve Herrera Judicial Complex |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 06/28/2012 | ORD: ORDER GRANTING | | | | |
| | Order Granting Defendants' Motion to Dismiss Complaint for Failure to Join Necessary Parties and for Lack of Jurisdiction | | | | |
| 06/27/2012 | REQUEST FOR COPY OF TAPES/CD | | | | |
| | Request for CD/DVD of Hearing | | | | |
| 06/25/2012 | RECEIPT OF CD | | | | |
| 06/19/2012 | REQUEST FOR COPY OF TAPES/CD | | | | |
| 05/10/2012 | NTC: OF HEARING | | | | |
| | Defendant's Motion to Dismiss Pursuant to Rule 1-012(B)(6) and Defendant's Motion to Dismiss for Failure to Join Necessary Parties and for Lack of Jurisdiction scheduled at 11:00 a.m. on June 15, 2012 | | | | |
| 05/07/2012 | NTC: NOTICE | | | | |
| | Notice of Withdrawal of Application for TRO and Motion for Preliminary Injunction | | | | |
| 04/19/2012 | EXHIBIT DESIGNATION | | | | |
| | Exhibits to Response to Ptf Application for TRO and Motion for Prelim. Injunc | | | | |
| 04/19/2012 | RESPONSE | | | | |



D-117-CV-201100521 - Monday, July 9, 2012

| Date | Event | Description |
|---|---|---|
| | | Response to Ptf. Application for TRO and Motion for Preliminary Injunction |
| 04/06/2012 | STIPULATION | |
| | | Stipulation and Joint Motion Regarding Hearing Date for Plaintiff's Motion for Preliminary Injunction |
| 04/04/2012 | AFFIDAVIT | |
| | | Affidavit of Corlinda Lujan |
| 04/04/2012 | REQUEST FOR HEARING/ SETTING | |
| | | Request for Hearing |
| 04/04/2012 | APPLICATION (NON-OPENING) | |
| | | Application for TRO and Motion for Preliminary Injunction |
| 03/26/2012 | REQUEST FOR HEARING/ SETTING | |
| | | Request for Hearing Motions to Dismiss |
| 03/26/2012 | NTC: COMPLETION OF BRIEFING | |
| | | Notice of Completion of Briefing |
| 03/26/2012 | REPLY | |
| | | Reply to Plaintiff's Response to Motion to Dismiss for Failure to Join Necessary Parties |
| 03/26/2012 | REPLY | |
| | | Reply to Plaintiff's Response to Motion to Dismiss Pursuant to Rule 1-012(B)(6) |
| 03/06/2012 | RESPONSE | |
| | | Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Complaint Pursuant to Rule 1-012(B)(6) |
| 03/06/2012 | RESPONSE | |
| | | Plaintiff's Response to Defendants' Motion to Dismiss Complaint for Failure to Join Necessary Parties |
| 03/06/2012 | NTC: NOTICE | |
| | | Notice of Stipulated Deadline |
| 02/13/2012 | NTC: NOTICE | |
| | | Notice of Agreement to Extend Time for Plaintiff to Respond to Defendants' Motions to Dismiss |
| 02/06/2012 | MTN: TO DISMISS | |
| | | Motion to Dismiss--12(B)(6) |
| 02/06/2012 | MTN: TO DISMISS | |
| | | Motion to Dismiss--Necessary Parties |
| 11/21/2011 | RETURN OF SERVICE | |
| | | Return of Service for Leonard Morfin - 11/20/11 |
| 11/21/2011 | RETURN OF SERVICE | |
| | | Return of Service for Teodoro Chacon - 11/20/11 |
| 11/18/2011 | RETURN OF SERVICE | |
| | | Posted at the premises of Leonard Morfin on 11/24/11 |
| 11/18/2011 | RETURN OF SERVICE | |
| | | Served to Kristen Chacon for Teodoro (Ted) Chacon on 11/24/11 |
| 11/18/2011 | RETURN OF SERVICE | |
| | | Served on Ricky Martinez 11/24/11 |
| 11/18/2011 | SUMMONS RETURN | |
| | | Acequia Mesa del Medio by Ricky Martinez on 11/24/11 |
| 11/09/2011 | SUMMONS RETURN | |
| | | Return of Service for Rose Lovato |
| 11/02/2011 | SUMMONS ISSUED | |
| 11/02/2011 | SUMMONS ISSUED | |
| 11/02/2011 | SUMMONS ISSUED | |
| 11/02/2011 | SUMMONS ISSUED | |
| 11/02/2011 | SUMMONS ISSUED | |
| 11/02/2011 | SUMMONS ISSUED | |
| 10/31/2011 | OPN: COMPLAINT | |
| | | Complaint for Declaratory and Injunctive Relief |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ# | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 10/31/2011 | Raphaelson, Sheri A. | 1 | INITIAL ASSIGNMENT |
| 03/29/2012 | Pfeffer, Stephen D. | 2 | Administrative Assignment |