WARRANTY DEED (SPANISH)

Pablita A. Lujan

TO

Jose Onecimo Lujan Jr.

STATE OF NEW MEXICO,
County of Rio Arriba
I hereby certify that this instrument was filed for record on the 8th day of March, A. D. 1947 at 10 o'clock A. M., and was duly recorded in Book 37 of Records of Deeds and Conveyances, page 311, on this 8th day of March, A. D. 1947

Edward Trujillo
Clerk and Ex-Officio Recorder.
By L. U. Alerzto [signature]
Deputy.

ESTA ESCRITURA, Hecha y convenida este dia Seis (6) de Junio A. D. mil novecientos y Cuarenta y Cinco y entre Pablita A. Lujan del Coyote y ______ del condado de Rio Arriba y Estado de Nuevo Mexico, parte ___ de la Primera parte, y Jose Onecimo Lujan Jr. Del Coyote y ______ del Condado de Rio Arriba y Estado de Nuevo Mexico, parte ___ de segunda parte:

Da Fe: Que la ___ dicha ___ parte ___ de la ___ primera ___ parte ___ por en consideracion de la suma de ___ ($1.00) Un ___ pesos dinero legal de los Estados Unidos de America ___ en mano pagado la ___ dicha ___ parte ___ de la segunda parte, el recibo de lo cual es por esta acusado la ___ dicha ___ parte ___ de la ___ primera ___ parte ___ ha ___ concedido, contratado, vendido traspasado y confirmado, y por estas presentes concede ___ contrata ___ vende ___ traspasa ___ y confirma ___ a la ___ dicha ___ parte de la segunda parte, y sus herederos y asignados para siempre todo el siguiente descripto pedazo o porcion de tierra, situado y estando en La Mesa Del Pollo en el condado de Rio Arriba y Estado de Nuevo Mexico, a saber: al Patento 2202

Un trecho de tierra que consiste sar Ochenta acres Adjunto con todas las fincas en el mismo terreno y conlinda por el norte con terreno de Emerejildo Martinez, Por el sur y poniente con La Floresta Nacional y por Oriente con con tierras Saraida L. Martinez y Todorita L. Chacon. Tambien medio derecho de agua con sus asequias y canales

Juntamente con todo singular tenencias, herencias, y pertenencias, a la misma correspondientes y tambien el estado, derecho, titulo e interes cualquier que sea tanto en ley como en equidad de la ___ dicha ___ parte ___ de la ___ primera ___ parte ___, de, en y a la misma y toda parte y porcion de la misma con sus pertenencias. A tener y poseer las premisas arriba concedidas, mencionadas, vendidas y descriptas como sus pertenencias a ___ dich ___ ___ y a sus herederos y asignados para siempre; lo ___ dicha ___ parte ___ de la primera parte por si mismo ___ sus herederos, ejecutores y administradores, garantiza ___ y conviene ___ en y con lo ___ dicha ___ parte ___ de la segunda parte, sus herederos y asignados, que el ___ la ___ dicha ___ parte ___ de la ___ primera ___ parte ___, sus herederos y todos o cada persona o personas quienquier que sean, legal o equitativamente derivando cualquiera estado, derecho, titulo o interes de, en o las premisas en estas antes concedidas por o bajo fideicomiso por el o cualquiera de el ___ para en cualquier tiempo o tiempos en adelante sobre la razonable suplica y al propio, costo y cargo en la ley de la ___ dicha ___ parte ___ de la segunda parte, sus herederos y asignados, hara ___ y ejecutara ___ todos y tales otros, actos razonables y legales traspasos y seguridades en la ley para mejor y mas efectivamente apoderar y confirmar las premisas por estas concedidas y intentadas de concederse, en y a la ___ dicha ___ parte ___ de la segunda parte, sus herederos y asignados para siempre o su solicitor instruido en la ley sea razonablemente avisado o requerido y la ___ dicha ___ parte ___ de la ___ primera ___ parte ___ por si mismo ___ sus herederos, ejecutores y administradores, por esta garantiza ___ y conviene ___ en y con la ___ dicha ___ parte ___ de la segunda parte, sus herederos y asignados, que el ___ la ___ dicha ___ parte ___ de la primera ___ parte ___ y sus herederos, las arriba concedidas mencionadas y descriptas premisas con sus pertenencias a la ___ dicha ___ parte ___ de la segunda parte, sus herederos y asignados, contra la ___ dicha ___ parte ___ de la ___ primera ___ parte ___ y sus herederos y contra todas y cualquiera otra persona o personas quienquiera que sean, legalmente reclamando o para reclamar las mismas; por estas presentes garantizara y defend ___ para siempre.

EN TESTIMONIO DE LO CUAL, la ___ dicha ___ parte ___ de la ___ primera ___ parte ___ ha ___ puesto a esta su ___ mano y sello ___ el dia y ano primeramente arriba escritos.

EN TESTIMONIO DE LO CUAL, la ___ dicha ___
DE

Pablita A. Lujan (SELLO)
(SELLO)
(SELLO)
(SELLO)

ESTADO DE NUEVO MEXICO,
Condado de Rio Arriba } ss.

Este dia 6th de Junio A. D. 1945 comparecio ___ personalmente ante mi Pablita A. Lujan

conocid ___ por mi de ser la ___ persona ___ designado ___ en, y que ejecut ___ el antecedente documento, y reconoci ___ que habia ___ ejecutado el mismo como su acto libre y voluntario.

En fe de lo cual he puesto aqui mi nombre y estampado mi sello oficial el dia y ano arriba escrito en este certificado.

Mi comision expira Jan 6th 1945

M. A. Branch
Notario Publico.

(Seal)

H

WARRANTY DEED (SPANISH)

**Esta Escritura,** Hecha y convenida este día Cuatro de Enero A. D. mil novecientos cincuenta y dos por y entre Pablita Lujan de Coyote del condado de Rio Arriba y Estado de Nuevo Mexico, parte de la primera parte, y Jose Onesimo Lujan de Coyote de Condado de Rio Arriba y Estado de Nuevo Mexico, parte de la segunda parte.

Da Fe: Que la dicha parte de la primera parte, por y en consideración de la suma de Un PESOS dinero legal de los Estados Unidos de America a su mano pagado por la dicha parte de la segunda parte, el recibo de lo cual es por esta aceptado, la dicha parte de la primera parte ha concedido, contratado, vendido, traspasado y confirmado, y por estas presentes concede, contrata, vende, traspasa y confirma a la dicha parte de la segunda parte, y sus herederos y asignados para siempre, todo el siguiente descrito pedazo y porción de tierra, situado y estando en [illegible] Mesa del [illegible] en el condado de Rio Arriba y Estado de Nuevo Mexico, a saber: Un [illegible] terreno de 34 acres [illegible] como sigue: Por el norte colinda con terreno de Fabian Lujan, por el oriente y sur con la [illegible] [illegible] con terreno de Onesimo Lujan el [illegible]. Este terreno esta en el patente No. 2201, [illegible] Tambien medio derecho de agua con sus acequias y canales.

Juntamente con todos y singulares tenencias, herencias, y pertenencias a la misma correspondientes, y también el estado, derecho, título e interés cualquier que sea, tanto en la ley como en equidad de la dicha parte de la primera parte, de, en y a la misma y toda parte y porción de la misma con sus pertenencias. A Tener y poseer las cosas arriba concedidas, contratadas, vendidas y descriptas con sus pertenencias a la dicha [illegible] a sus herederos y asignados para siempre. [illegible] dicha parte de primera parte, por sí mismo, [illegible] herederos, ejecutores y administradores [illegible] con la dicha parte [illegible] de la segunda [illegible] [illegible]

[illegible] por sí mismo [illegible] sus herederos, ejecutores y administradores, por estas [illegible] dicha [illegible] parte de la segunda parte, sus herederos y asignados [illegible]

54/321

primera _____ parte _____ : ___

dicha _____ parte _____ de ___

primera _____ parte _____ : ___

llamando o para reclamar ___

EN TESTIMONIO D: LO CUAL ___

EN TESTIMONIO D: LO CUAL ___

[SELLO]

[SELLO]

[SELLO]

[SELLO]

ESTADO DE NUEVO MÉXICO,

Condado de ___

Notario Público.

WARRANTY DEED