**List No. 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of the State Engineer and THE UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>  v.<br><br>RAMON ARAGON et al.,<br><br>  Defendants,<br><br>  and<br><br>JICARILLA APACHE TRIBE,<br><br>  Defendant-Intervenor. | No. CIV 7941-SC<br>RIO CHAMA STREAM SYSTEM |

## CERTIFICATE OF SERVICE

I hereby certify that I served the documents listed below by first class mail, postage prepaid, on the 22th day of December, 1995, to all persons whose names appear on the attached service list.

The documents served are as follows:

1. Notice of Proceedings on Jicarilla Apache Tribe's Water Rights; and

2. Return, self-addressed post card titled "RIO CHAMA ADJUDICATION SUIT WATER RIGHT CLAIM".

DATED this 12th day of January, 1996.

_Yvonne M. Marsh_
Yvonne M. Marsh, Paralegal
Specialist, Indian Resources
Section

List of Parties Served by US DOJ on Dec. 22, 1995 in New Mexico vs. Aragon

| LASTNAME | FIRSTNAME | CAREOF | ADDRESS | CITY | ZIP |
|---|---|---|---|---|---|
| LOWE | CARLA E. & PETE G. | | P.O. BOX 3703 | FAIRVIEW NM | 87533 |
| LOWE | STEVEN | | 447 CERILLOS ROAD | SANTA FE NM | 87501 |
| LOZANO | LAURA | | P.O. BOX 462 | CHAMA NM | 87520 |
| LUCAS | CURTIS B. | | 2601 CHARLCIA | HOBBS NM | 88240 |
| LUCAS | JAMES D. | | 3907 PASISAL NE | ALBUQUERQUE NM | 87111 |
| LUCERO | ADELIA SALAZAR | Return to Sender - Forward Order Exp | BOX 428 | ANTONITO CO | 81120 |
| LUCERO | ALBERT A. | | 031 JUNIPER HILLS LOOP | BERNALILLO NM | 87004 |
| LUCERO | ALFONSO & MARLENE G. | | P.O. BOX 928 | ESPANOLA NM | 87532 |
| LUCERO | BERNADINE & PEDRO | | 6021 COORS BLVD SW | ALBUQUERQUE NM | 87121-6706 |
| LUCERO | CARLA M. | | P.O. BOX 751 | CHAMA NM | 87520 |
| LUCERO | CELIA O. & LEE J. | | BOX 724 | CHAMA NM | 87520 |
| LUCERO | EDUARDO & MRS. | | P.O. BOX 137 | OJO CALIENTE NM | 87549 |
| LUCERO | ELY & LORRAINE | | BOX 3 | OJO CALIENTE NM | 87549 |
| LUCERO | EMMA | | 1401 ROSS AVENUE | ALAMOSA CO | 81100 |
| LUCERO | EPIMENIO | | GENERAL DELIVERY | CANONES NM | 87516 |
| LUCERO | ESMIRIA D.V. & SIBY M. | | P.O. BOX 167 | OJO CALIENTE NM | 87549 |
| LUCERO | FILADELFIO & LUCIA G. | | BOX 42 | OJO CALIENTE, NM | 87549 |
| LUCERO | JOHN T. & IRENE | | RT. 1 BOX 36 | EL RITO NM | 87530 |
| LUCERO | JOHNNY J. | | P.O. BOX 183 | OJO CALIENTE NM | 87549 |
| LUCERO | JOSE H. & FAUSTINA H. | | P.O. BOX 1298 | SANTA CRUZ NM | 87567 |
| LUCERO | JOSE SALOMON | | P.O. BOX 363 | ESPANOLA NM | 87532 |
| LUCERO | JOSEPHINE | | P.O. BOX 2019 | CHAMA NM | 87520 |
| LUCERO | LABRIANO NABOR | | SPACE 8 | ESPANOLA NM | 87532 |
| LUCERO | LEE & MARGARET | | RT. 1 UNIT 5 BOX 4 | ESPANOLA NM | 87532 |
| LUCERO | LEORA JACQUEZ | | 1313 APOCACA PL. S.W | ALBUQU NM | 87121 |
| LUCERO | MARIE ELAINE | | P.O. BOX 14 | SANTA CRUZ NM | 87567 |
| LUCERO | MARY ELSIE | | P.O. BOX 184 | EL RITO NM | 87530 |
| LUCERO | MIKE | | P.O. BOX 785 | MINTURN CO | 81645 |
| LUCERO | ORLANDO F. & REYNEL O. | | 2897 ALLAN AVENUE | W SACRAMENTO CA | 95691 |
| LUCERO | PATSY C. & TONY R. | Return to Sender - POBox 577 | 625 SOUTH STUART Villanueva | DENVER CO NM | 80949 87? |
| LUCERO | PIEDAD | | GENERAL DELIVERY | OJO CALIENTE NM | 87549 |
| LUCERO | RAMON & MRS. | | 120 OCOTILLO ST. | HENDERSON NV | 89105 |
| LUCERO | RANDY G. | | P.O. BOX 151 | EL RITO NM | 87530 |
| LUCERO | RUTH & SAMUEL L. | | P.O. BOX 41 | EL RITO NM | 87530 |
| LUCHETTI | RUTH D. | | P.O. BOX 155 | SAN JUAN PUEBLO NM | 87566 |
| LUCHINI | DENNIS | | P.O. BOX 28 | ABIQUIU NM | 87510 |
| LUCK | DOROTHY | | P.O. BOX 127 | NASAU, NY | 12123 |
| LUJAN | RICHARD D. & SUSAN E. | | 2999 PLAZA AZUL | SANTA FE NM | 87505 |
| LUJAN | AMELIA | | 412 WHITE WING WAY | ROUND ROCK TX | 78664 |
| LUJAN | ANN MARIA & JOSE PABLO | | GENERAL DELIVERY | EMBUDO NM | 87531 |
| LUJAN | AUGUSTINE | | P.O. BOX 3272 | FAIRVIEW NM | 87533 |
| LUJAN | BENITA N. | | P.O. BOX 87 | SANTA CRUZ NM | 87567 |
| LUJAN | BENNY A. | | BOX 85 | LOS OJOS NM | 87551 |
| LUJAN | BENNY D. | | GENERAL DELIVERY | COYOTE NM | 87017 |
| LUJAN | CHARLES W. & JESSICA A. | | P.O. BOX 30 | COYOTE NM | 87567 |
| LUJAN | CORLINDA H. | | GENERAL DELIVERY | COYOTE NM | 87012 |
| LUJAN | DOLORES | | GENERAL DELIVERY | COYOTE NM | 87017 |
| LUJAN | DULCINIA | | GENERAL DELIVERY | COYOTE NM | 87012 |