IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

| | |
|---|---|
| HORACIO CHACON, et al., <br>     Plaintiffs, <br> vs. <br> REMIGIO CHACON, et al., <br>     Defendants, <br> AND <br> STATE OF NEW MEXICO <br>     Plaintiff-In-Intervention <br> vs. <br> HORACIO CHACON, et al., <br>     Defendants-In-Intervention | FILED <br> AT ALBUQUERQUE <br> AUG 7 1969 <br> E. E. GREESON <br> CLERK <br><br> NO. 4922 |

## ORDER APPROVING STIPULATION

This matter coming on to be heard upon the stipulation of the parties for the amendment of the Final Decree in this cause, and the Court having considered the stipulation and being otherwise fully advised in the premises, finds that the stipulation should be, and it is hereby approved.

IT IS THEREFORE ORDERED, ADJUDGED and decreed that the Final Decree in this cause is hereby amended as provided by the stipulation.

_____
DISTRICT JUDGE

IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

| | |
|---|---|
| HORACIO CHACON, et al., ) | F I L E D <br> AT ALBUQUERQUE |
| Plaintiffs, ) | AUG 7 1969 |
| vs. ) | E. E. GREESON <br> CLERK |
| REMIGIO CHACON, et al., ) | |
| Defendants, ) | RIO ARRIBA COURT |
| AND ) | No. 4922 |
| STATE OF NEW MEXICO, ) | |
| Plaintiff-In-Intervention, ) | '69 SEP 26 PM 2 3' |
| vs. ) | |
| HORACIO CHACON, et al., ) | |
| Defendants-In-Intervention. ) | |

S T I P U L A T I O N

COME NOW the plaintiffs and the plaintiff-in-intervention, by and through their attorneys, and hereby stipulate and agree that an Order of the Court may be entered disposing of the pending Motion to Correct Final Decree as follows:

    1.   Item No. 2--The Final Decree by reason of a typographical or clerical error provides total acreage of 14.1 acres in the name of the defendants Manuel Valdez and Juanita C. Valdez. The undersigned stipulate and agree that this figure should be corrected to read 41.1 acres.

    2.   All further items listed in the Motion are hereby withdrawn, and no change in the Final Decree as heretofore entered shall be made in respect to those items.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned that nothing contained in the Final Decree shall be construed to impair or interfere with the authority of the commissioners and

- 1 -

mayordomo to administer and apportion, within their various community ditch associations, waters covered by the said Final Decree in accordance with the customs, traditions and by-laws of the said community ditch associations.

_____
Paul L. Bloom
Special Assistant Attorney General
State Engineer Office
State Capitol
Santa Fe, New Mexico
ATTORNEY FOR PLAINTIFF-IN-INTERVENTION

_____
Sumner S. Koch
White, Gilbert, Koch & Kelly
Attorneys-at-Law
Santa Fe, New Mexico
ATTORNEY FOR PLAINTIFFS