IN THE DISTRICT COURT OF RIO ARRIBA COUNTY

STATE OF NEW MEXICO

STATE OF NEW MEXICO, on the )
relation of S. E. REYNOLDS, )
State Engineer, )
                             )
           Plaintiff, )
                             )
v. )      No. 8294
                             )
RAMON ARAGON, et al., )
                             )
           Defendants. )

O R D E R

    This matter coming on to be heard on the Motion of the plaintiff State of New Mexico, on the relation of S. E. Reynolds, State Engineer, for the consolidation of Cause No. 4922 on the docket of this Court into the above-styled and captioned cause, and the Court having considered the grounds contained therein, and being otherwise fully advised in the premises, finds that said Cause No. 4922, entitled <u>Chacon et al. v. Chacon et al.; State of New Mexico v. Chacon et al.</u> in the District Court of the First Judicial District in and for the County of Rio Arriba, should be, and it is hereby, consolidated into the above-styled and captioned cause for all purposes.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that that certain Final Decree entered in the said Cause No. 4922 on the first day of June, 1962, as amended by Order of the Court in that cause on the 26th day of September, 1968, is hereby confirmed and adopted as if originally entered herein; and the rights of all parties in the said Cause No. 4922 to the use of the public waters of the Rio Puerco de Chama Stream System are hereby settled and decreed, as provided in that said decree as amended heretofore, as between each and every party therein and the State of New Mexico and, fur-

ther, as between and among each and every one of the said parties *inter se*. The said Final Decree hereby confirmed and adopted shall hereafter be entitled "Partial Final Judgment and Decree Relating to the Public Waters of the Rio Puerco de Chama" in the above-styled and captioned cause (No. 8294).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that notice of any claim made hereafter in the above-styled and captioned cause, affecting or concerning the rights to the use of the public waters of the Rio Puerco de Chama as decreed in the said Partial Final Judgment, shall be given to the said parties in Cause No. 4922 by service of process upon them, sufficiently setting forth the nature of that claim.

                                                        *[signature]*
                                          Hon. D. A. MacPherson, Jr.
                                          Judge of the District Court

APPROVED:

*[signature]*
Hon. James Scarborough
Judge of the District Court

*[signature]* cause No 4922