IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-BB/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-001-0005

### ORDER AMENDING CONSENT ORDER DESCRIBING THE WATER RIGHTS OF THE CANJILON MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHCJ-001-0005

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed June 9, 2012 (Docket No. 10825) to amend the Consent Order entered on July 7, 2009 (Doc. No. 9476) in Subfile CHCJ-001-0005 describing the water rights of defendant Canjilon Mutual Domestic Water Consumers Association

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the Consent Order entered on July 7, 2009 (Doc. No. 9476) in Subfile CHCJ-001-0005 is amended to correct the description of the three listed points of diversion as follows:

    INFILTRATION GALLERY (4057)
    Location:    X = 1,602,777 feet    Y = 2,004,806 feet

    SPRING (4057-S)
    Location:    X = 1,617,370 feet    Y = 2,024,599 feet

Well No. RG-22777
Location:     X = 1,585,369 feet    Y = 1,992,162 feet

*[signature: Bruce D. Black]*
BRUCE D. BLACK
CHIEF UNITED STATES DISTRICT JUDGE


Recommended for Approval:

*[signature: Lorenzo F. Garcia]*
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE