IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                                                                    CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                                                RIO CHAMA ADJUDICATION

      Defendants.

## ORDER

THIS MATTER is before the Court on Daniel A. Sanchez' Entry of Appearance.  [Doc.

10830].  Mr. Sanchez filed his Entry of Appearance on June 26, 2012 and incorrectly designated the

docket entry title for his Entry of Appearance as "Proposed MOTION for Leave to Appear Entry

of Appearance *Rio Chama Acequia Association* by Various Acequias."  The document Mr. Sanchez

filed is not a motion.  Paragraph 10(d) of the Court's CM/ECF Administrative Procedures Manual

states that only Clerk's staff are authorized to correct docket entry mistakes.  The Clerk's staff shall

correct the docket entry for Doc. 10830 to reflect that the document is Mr. Sanchez' Entry of

Appearance and is not a motion.  The Court advises Mr. Sanchez to review the Court's CM/ECF

Attorney User Manual and the CM/ECF Administrative Procedures Manual, both of which are

available on the Court's website:  www.nmcourt.fed.us.

      IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge