IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, et al. State Engineer, | ) ) ) | No. 69cv07941-BB |
| Plaintiff | ) ) | |
| v | ) ) | Rio Chama Adjudication |
| ROMAN ARAGON, et al. | ) ) | **Pueblo Claims Subproceeding 1** |
| Defendants. | ) ) ) | |

**NOTICE OF CHANGE OF FIRM NAME**

**NOTICE IS HEREBY GIVEN** that the name of the associated *pro hac vice* law firm representing OHKAY OWINGEH, Subproceeding Complainant in this matter, has been changed from ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP to BERKEY WILLIAMS LLP effective July 16, 2012.  The law firm of BERKEY WILLIAMS LLP requests that all pleadings and documents addressed to OHKAY OWINGEH in this action be addressed as follows:

Curtis G. Berkey
Scott W. Williams
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Telephone:  (510) 548-7070
Facsimile: (510) 548-7080
cberkey@abwwlaw.com
swilliams@awwlaw.com

1

Date:   July 19, 2012                                       Respectfully submitted,

/s/ Curtis G. Berkey
_____
**Attorneys for OHKAY OWINGEH**
CURTIS G. BERKEY
(California State Bar No. 195485)
E-mail:  cberkey@abwwlaw.com
SCOTT W. WILLIAMS
(California State Bar No. 097966)
E-mail:  swilliams@abwwlaw.com
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704

LEE BERGEN
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico 87109
lbergen@ nativeamerianlawyers.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 19th day of July, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.


                            /s/  *Curtis Berkey*
                            _____
                            Curtis Berkey

2