IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-BB/LFG

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

Subfile No. CHRB-007-0061

### ORDER AMENDING CONSENT ORDER DESCRIBING THE WATER RIGHTS OF THE LOS OJOS MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHRB-007-0061

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed June 9, 2012 (Docket No. 10824) to amend the Consent Order entered on May 15, 2003 (Doc. No. 7142) in Subfile CHRB-007-0061 describing the water rights of defendant Los Ojos Mutual Domestic Water Consumers Association.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the Consent Order entered on May 15, 2003 (Doc. No. 7142) in Subfile CHRB-007-0061 is amended to include following elements of the Association's water rights:

A.    **DOMESTIC AND SANITATION (Groundwater Only)**

    **Amount of Water:**    24.21 acre-feet per annum

**Priority:**     1963

FURTHER, IT IS ORDERED that the location of the Association's well (RG-47055) as described by the X and Y coordinates in the Consent Order entered on May 15, 2003 (Doc. No. 7142) is corrected as follows:

>  Location X: 1,547,601.2          Location Y: 2,084,969.7
>  New Mexico Plane Coordinate system, Central Zone, 1983 N.A.D.

*[signature]*
BRUCE D. BLACK
CHIEF UNITED STATES DISTRICT JUDGE

Recommended for Approval:

*[signature]*
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE