IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

State of New Mexico,

       Plaintiff,

vs.

                                       Case No.69cv7941-BB/LFG

USA et al.,

       Defendants.

## MINUTE ORDER

Please be advised that the above-captioned case has been reassigned from United States Chief District Judge Bruce D. Black to United States District Judge Martha Vazquez.

In accordance with D.N.M.LR-Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**

Kindly reflect this change when submitting further pleadings for this case as:

**69cv7941-MV/LFG.**

                                                           MATTHEW J. DYKMAN
                                                           CLERK OF COURT