IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

        Plaintiff,

vs.                                                  CIVIL NO. 69-7941 MV/LFG

ROMAN ARAGON, et al.,                RIO CHAMA ADJUDICATION

        Defendants.

## ORDER GRANTING EXTENSION OF TIME

THIS MATTER is before the Court on the State of New Mexico, the United States and the Jicarilla Apache Nation's Joint Motion for Extension of Time. [Doc. 10848].

The Court ordered the State, the United States and the Jicarilla Apache Nation to submit a proposed consent order to the Court describing the water rights of the Jicarilla Apache Nation by August 15, 2012. [Doc. 10834]. The State has compleed its review and compilation of the materials to be included in the consent order, and forwarded the proposed consent order to the Jicarilla Apache Nation's tribal counsel for approval. The Jicarilla Apache Nation has approved the proposed consent order and forwarded the materials to the United States for its review and approval. Counsel for the United States anticipates that authorization of the proposed consent order by officials within the Department of Interior and the Department of Justice will require at least another 60 days. The State, the United States and the Jicarilla Apache Nation request an extension of time until October 15, 2012, to submit the proposed consent order to the Court for approval.

The Court will GRANT the motion. The State, the United States and the Jicarilla Apache Nation shall submit the consent order to the Court's Water Rights Law Clerk at jeff_minier@nmcourt.fed.us by October 15, 2012.

IT IS SO ORDERED.

*/s/ Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge