IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Village of Chama |
| Defendants. | Subfile No. CHCV-001-0001 |

### MOTION TO AMEND CONSENT ORDER DESCRIBING THE WATER RIGHTS OF THE VILLAGE OF CHAMA IN SUBFILE CHCV-001-0001

The plaintiff State of New Mexico, *ex rel.* State Engineer ("State") moves the Court to amend the Consent Order entered on October 23, 2003 (Doc. No. 7293) in Subfile CHCV-001-0001 describing the water rights of defendant Village of Chama and as grounds therefore plaintiff states:

1. The Consent Order entered on October 23, 2003 in Subfile CHCV-001-0001 that describes the water rights of the Village of Chama ("Village") does not include a description of the amount of water or the priority of the Village's water rights. These elements of the Village's water rights were reserved for future determination. *See* Consent Order filed October 23, 2003, p. 2. The State has reviewed the information in the water rights files of the Office of the State Engineer with the staff of the Water Rights Division, and the State believes that the Village presently has the right to divert and use the following amounts of surface water with the listed priorities:

**Priority and Amount of Water:**

    Amount of Water    248.86 acre-feet per annum diversion

|  |  |
|---|---|
|  | 144.28 acre-feet per annum consumptive use |
| Priority | November 11, 1931 |
| Amount of Water | 11.81 acre-feet per annum diversion |
|  | 6.54 acre-feet per annum consumptive use |
| Priority | December 4, 1922 |

2.   The Consent Order entered on October 23, 2003 should be amended to include the above described elements of the Village's water rights.

3.   The Consent Ordered entered on October 23, 2003 incorrectly describes the purpose of use of the Village's water rights. The correct description of the purpose of use is "Municipal." The Consent Order entered on October 23, 2003 should be revised to correct this error.

4.   The Village of Chama does not oppose the granting of this motion and in is agreement with the State's proposed revisions to the Consent Order entered on October 23, 2003.

WHEREFORE, the plaintiff State of New Mexico requests the Court to amend the Consent Order entered on October 23, 2003 in Subfile CHCV-001-0001 to include the description of the elements of the Village's water rights as described above, and to correct the description of the purpose of use of those rights.

    Respectfully submitted,

    /s/ Ed Newville
    EDWARD G. NEWVILLE
    Special Assistant Attorney General
    Office of State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 867-7444 telephone
    (505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  28th  day of  August   2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following parties via first class mail addressed as stated.

                                                          /s/ Ed Newville
                                                          EDWARD G.  NEWVILLE

Village of Chama
P.O. Box 794
Chama, NM 87520