IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV-LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Village of Chama |
| Defendants. | Subfile No. CHCV-001-0001 |

## NOTICE OF ERRATA

The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following typographical error in the *Motion to Amend Consent Order Describing the Water Rights of the Village of Chama* filed August 28, 2012 (Docket No. 10852) in subfile CHCV-001-0001.

The Motion states that the priority date for the diversion of 248.86 acre-feet of water per annum (144.28 acre-feet per annum consumptive use) is "November 11, 1931." The correct date is "November 27, 1931."

Respectfully submitted,

　/s/ Ed Newville　
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of August, 2012, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following parties via first class mail addressed as stated.

/s/ Ed Newville
Edward G. Newville

Village of Chama
P.O. Box 794
Chama, NM 87520