IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-MV-LFG |
| -v- | ) ) | RIO CHAMA STREAM SYSTEM |
| RAMON ARAGON et al., | ) ) | |
| Defendants. | ) ) | |

MOTION OF SPECIAL MASTER
FOR INTERIM FEES AND EXPENSES

TO:  The Honorable Martha Vazquez			FROM:  Vickie L. Gabin
       United States District Judge					  Special Master

A Motion requesting the Court to approve interim fees and expenses, a brief summary of the work performed, and the Special Master's Declaration in support of Motion

This Motion is submitted pursuant to the Administrative Order entered February 23, 1995, regarding the manner in which the Special Master, data manager and other personnel required by the Special Master are paid for services, costs, expenses and New Mexico gross receipts taxes related to this adjudication.  The Special Master hereby moves for an order of the Court approving the work performed in this case from January 1, 2012, through June 30, 2012, as described herein, and the manner by which fees and expenses have been paid from the trust account.

I.  WORK PERFORMED

While no longer a special master for this case, I continue necessary administrative duties to approve and file the fees and expenses for the Court's data manager, Karla Bruner.  Ms Bruner works as directed by Magistrate Judge Lorenzo F. Garcia.

II.  DECLARATION

## DECLARATION OF SPECIAL MASTER IN SUPPORT OF MOTION

I, Vickie L. Gabin, declare that the work of the Court's data manager, Karla Bruner, AquaTek, Inc., has been completed as described.  Hourly records of work performed are available from the contractor if needed.

Dated:   September 8, 2012

*Vickie L. Gabin*
_____
SPECIAL MASTER VICKIE L. GABIN