69cv7941

September 18, 2012

Magistrate Judge Lorenzo Garcia

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 9 2012

**MATTHEW J. DYKMAN**
CLERK

Your Honor,

Recently Mr. Ed Newville requested of you a pre-trial conference concerning our water rights litigation. I am ready to go to trial.

As you consider setting the date, I would like for you to consider the days that I will not be available.

September 29 thru October 10. I will be back and available on the 11 of October.


Thank You for your consideration


David Ortiz

DAVID ORTIZ  69cv7941
PO Box 1082
San Juan Pueblo,
NM 87566

U.S. District Court
333 Lomas Blvd
Albuquerque, N.M. 87102

RECEIVED
At Albuquerque NM
SEP 19 2012
MATTHEW J. DYKMAN
CLERK