IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-BB/LFG

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

Subfile No. CHCV-007-0002A

## ORDER CORRECTING CLERICAL ERROR
## IN SUBFILE CHCV-007-0002A

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed July 16, 2012 (Docket No. 10843) to correct a clerical error in the Consent Order entered on January 25, 2005 (Doc. No. 7718) in Subfile CHCV-007-0002A describing the water rights of defendant Alfred Unser.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the attached subfile map dated October 13, 2011 is substituted for the subfile map attached to the Consent Order filed on January 25, 2011 in Subfile CHCV-007-0002A.

                                            MARTHA VÁZQUEZ
                                            UNITED STATES DISTRICT JUDGE

Recommended for Approval:

LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE