IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

Subfile No. CHRB-003-0027

## ORDER AMENDING CONSENT ORDER DESCRIBING THE THE WATER RIGHTS OF LA ASOCIACION DE AGUA DE LOS BRAZOS DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHRB-003-0027

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed July 9, 2012 (Doc. No. 10838) to amend the Consent Order entered on September 4, 2002 (Doc. No. 6850) in Subfile CHRB-003-0027 describing the water rights of defendant La Asociacion de Agua de los Brazos Mutual Domestic Water Consumers Association.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the Consent Order entered on September 4, 2002 (Doc. No. 6850) in Subfile CHRB-003-0027 is amended as follows:

    **A.**    **DOMESTIC & SANITATION (Surface Water Only):**

        **Office of the State Engineer File No.:** 3862

        **Amount of Water and Priority:**

            Amount of Water    3.97 acre-feet per annum
            Priority                   1861

-2-

**Source of Water:**   Surface water of the Rio Brazos, a tributary of the Rio Chama

**Purpose of Use:**   INDOOR DOMESTIC USE

**Point of Diversion:**

    **Infiltration Gallery:** La Asociacion de Agua de los Brazos Infiltration Gallery

    **Location X:** 1,550,323    **Y:** 2,092,220 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Place of Use:**
    Members of La Asociacion de Agua de los Brazos. As shown on the 2001 Hydrographic Survey Map CHRB-3.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE


Recommended for Approval:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE