IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

Subfile No. CHRB-004-0062

### ORDER AMENDING DEFAULT ORDER DESCRIBING THE WATER RIGHTS OF THE ENSENADA MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHRB-004-0062

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed July 9, 2012 (Doc. No. 10837) to amend the Default Order entered on April 24, 2008 (Doc. No. 9177) in Subfile CHRB-004-0062 describing the water rights of defendant Ensenada Mutual Domestic Water Consumers Association.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the Default Order entered on April 24, 2008 (Doc. No. 9177) in Subfile CHRB-004-0062 is amended to include following elements of the Association's water rights:

A.    **DOMESTIC AND SANITARY (Groundwater Only)**

**Priority:**    February 2, 1961

**Amount of Water:**    48.0 acre-feet per annum

MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE