IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

Subfile No. CHCB-002-0014

## ORDER AMENDING CONSENT ORDER
## DESCRIBING THE WATER RIGHTS OF THE CEBOLLA MUTUAL
## DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHCB-002-0014

  THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed July 9, 2012 (Doc. No. 10836) to amend the Consent Order entered on July 31, 2002 (Doc. No. 6793) in Subfile CHCB-002-0014 describing the water rights of defendant Cebolla Mutual Domestic Water Consumers Association

  Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

  IT IS ORDERED, THEREFORE, that the Consent Order entered on July 31, 2002 (Doc. No. 6793) in Subfile CHCB-002-0014 is amended as follows:

A.  **DOMESTIC & SANITATION (Groundwater):**

  **Office of the State Engineer File No.:**  RG-21554

  **Amount of Water and Priority:**
    Amount of Water  17.31 acre-feet per annum
    Priority     1875

| | |
|---|---|
| Amount of Water | 3.0 acre-feet per annum |
| Priority | August 1, 1972 |

**Source of Water:**   Underground waters of the Rio Chama Stream System and the Rio Grande Underground Basin

**Purpose of Use:**   DOMESTIC, MUNICIPAL AND RELATED

**Point of Diversion:**

   **Well:** RG-21554

   **Location X:** 1,574.647    **Y:** 2,019,092   feet
   New Mexico State Plane Coordinate System, Central Zone, NAD1983

**Place of Use:**
   Members of the Cebolla Mutual Domestic Water Consumers Association. As shown on the 2000 Hydrographic Survey Map CHCB-1, 2, 3, 4, 5, 6, 7, & 8.


MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE


Recommended for Approval:


LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE

-2-