



| LEGEND | | STATE OF NEW MEXICO<br>Office of the State Engineer<br>Scott A. Verhines, P.E.,<br>State Engineer | Subfile Number<br>**CHCV 001-0010**<br>Dean's Lake,<br>Upper Lake<br>& Lower Lake |
|---|---|---|---|
| Pond | N W E S | | |
| Point of Diversion | 1 inch = 400 feet<br>0 50 100 200 300 400 Feet | Rio Chama Hydrographic Survey<br>Village of Chama Section | AMENDED<br>January 9, 2012 |