IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7, Village of Chama

Subfile No. CHCV-001-0007

## ORDER AMENDING CONSENT ORDER DESCRIBING THE WATER RIGHTS OF THE CUMBRES & TOLTEC SCENIC RAILROAD COMMISSION IN SUBFILE CHCV-001-0007

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed July 27, 2012 (Doc. No. 10847) to amend the Consent Order entered on August 12, 2005 (Doc. No. 8001) in Subfile CHCV-001-0007 describing the water rights of defendant Cumbres & Toltec Scenic Railroad Commission.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the Consent Order entered on August 12, 2005 (Doc. No. 8001) in Subfile CHCV-001-0007 is amended to include following elements of the Commission's water rights:

A.    **COMMERCIAL (Groundwater and Surface Water Combined):**

    **Priority:**    1883

    **Amount of Water:**    35.0 acre-feet per annum

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE