IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941-MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Village of Chama<br><br>Subfile No. CHCV-001-0001 |

### ORDER AMENDING CONSENT ORDER DESCRIBING THE WATER RIGHTS OF THE VILLAGE OF CHAMA IN SUBFILE CHCV-001-0001

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed August 28, 2012 (Doc. No. 10852) to amend the Consent Order entered on October 23, 2003 (Doc. No. 7293) in Subfile CHCV-001-0001 describing the water rights of defendant Village of Chama.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the Consent Order entered on October 23, 2003 (Doc. No. 7293) in Subfile CHCV-001-0001 is amended to include following elements of the Village of Chama's water rights and to correct the stated purpose of use of those rights:

A.　　**MUNICIPAL (Surface Water Only):**

**Priority and Amount of Water:**

　　　　(1)　　Amount of Water　　248.86 acre-feet per annum diversion
　　　　　　　　　　　　　　　　　　144.28 acre-feet per annum consumptive use

        Priority                November 27, 1931

(2)    Amount of Water    11.81 acre-feet per annum diversion
                                        6.54 acre-feet per annum consumptive use
        Priority                December 4, 1922

**Purpose of Use:**    MUNICIPAL

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE


Recommended for Approval:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE