IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

        Plaintiff,

vs.                                                   CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                  RIO CHAMA ADJUDICATION

        Defendants.

## ORDER SETTING PRETRIAL CONFERENCE

THIS MATTER is before the Court on the State of New Mexico's letter dated July 23, 2012, requesting a pretrial conference pursuant to Rule 16(e) of the Federal Rules of Civil Procedure in the matter of the claims of David M. Ortiz and Cecilia S. Ortiz and the determination of the priority of the water rights described in Subfile 267 in Section 1 of the Rio Chama Stream System (Tract 22.17). [*See* Notice and Order to Show Cause, Doc. 10669; Objection, Doc. 10680].

A pretrial conference is set for **Thursday, October 25, 2012** at **9:00** in the Pecos Courtroom, 3rd floor, in the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, NM. Counsel for the State of New Mexico and the Ortizes shall discuss scheduling and procedural matters prior to the pretrial conference and be prepared with a proposed pretrial order or, if they are unable to reach agreement, alternative orders. A form pretrial order is available on the Court's website: www.nmcourt.fed.us.

IT IS SO ORDERED.

                                                    *Lorenzo F. Garcia*
                                                    Lorenzo F. Garcia
                                                    United States Magistrate Judge