IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.

STATE ENGINEER,

        Plaintiff,

vs.                                            CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,              RIO CHAMA ADJUDICATION

        Defendants.

### ORDER EXTENDING TIME TO SUBMIT CONSENT ORDER

THIS MATTER is before the Court on the United States' October 11, 2012 Motion for Extension of Time [Doc. 10866], which is unopposed by the Plaintiff State of New Mexico ex rel. State Engineer ("State") and the Jicarilla Apache Nation ("Jicarilla Nation").

On August 14, 2012, the Court ordered the State, the United States and the Jicarilla Apache Nation to submit the Jicarilla Apache Consent Order by October 15, 2012, based on representations by counsel for the United States that authorization of the proposed consent order by officials within the Department of the Interior and the Department of Justice would require at least another 60 days. [Doc. 10849]. The United States now seeks a further extension of time until November 29, 2012 to submit the consent order on the grounds that form of the consent order is unusual for an Indian water rights settlement and that review of the document by the Department of the Interior and the Department of Justice has taken longer than expected. The State and the Jicarilla Nation do not oppose the requested extension.

The Court will GRANT the motion. The State, the United States and the Jicarilla Nation shall submit the consent order to the Court's Water Rights Law Clerk at jeff_minier@nmcourt.fed.us by November 29, 2012.

IT IS SO ORDERED.

*Lorenzo F. Garcia*

Lorenzo F. Garcia

United States Magistrate Judge