IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, <br><br> Plaintiff, <br><br> v. <br><br> ROMAN ARAGON, *et al.*, <br><br> Defendants. | Case No.: 69cv07941 MV-LFG <br><br> RIO CHAMA STREAM SYSTEM <br> Rio Brazos, Section 7 <br> Subfile No.: CHRB-001-0002 |

## ENTRY OF APPEARANCE

COMES NOW, Jeffrey H. Albright and Jennifer M. Anderson, of the firm of Lewis and Roca LLP, and hereby enter their appearance on behalf of Defendant BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION ("BMDWCA"). Counsel for Defendant BMDWCA requests that it be added to the official list of parties for notification and distribution of all correspondence, pleadings, and other documents filed in this matter.

LEWIS AND ROCA LLP

By     /s/ Jeffrey H. Albright
         Jeffrey H. Albright
         Jennifer M. Anderson
         201 Third St. NW, Suite 1950 (87102)
         P.O. Box 1027
         Albuquerque. NM 87103
         Direct (505) 764-5435
         E-mail: JAlbright@LRLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2012, I filed the foregoing electronically through CM/ECF System, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Vickie L. Gabin
vlgabin@nm.net

Arianne Singer
Arianne.singer@state.nm.us

Edward G. Newville
ednewville@gmail.com

Gregory C. Ridgley
Greg.ridgley@state.nm.us

Bradley S. Bridgewater
Bradley.s.bridgewater@usdoj.gov

David W. Gehlert
David.gehlert@usdoj.gov

Tessa T. Davidson
ttd@tessadavidson.com

Peter B. Shoenfeld
Petershoenfeld@qwestoffice.net

Lisa Old-Ferrel
lisa@ferrel.com

Frank M. Bond
fbond@simonsfirm.com

David C. Mielke
dmielke@abqsonosky.com

Leander Bergen
lbergen@nativeamericanlawyers.com

Timothy Vollmann
Tim_vollmann@hotmail.com

Curtis Berkey
cberkey@abwwlaw.com

Scott Wayne Williams
swilliams@abwwlaw.com

Gary S. Friedman
gsf@chflaw.com

Brett J. Olsen
bolsen@opclawfirm.com

James C. Brockmann
jcbrockmann@newmexicowaterlaw.com

Jay F. Stein
jfstein@newmexicowaterlaw.com

Kimberly Bannerman
kbannerman@newmexicowaterlaw.com

Walter L. Reardon, Jr.
Walter@reardonlawnm.com

Charles T. DuMars
ctd@lrpa-usa.com

Tanya L. Scott
tls@lrpa-usa.com

David A. Benavides
davidb@nmlegalaid.org

John W. Utton
jwu@SheehanSheehan.com

Ryan Margaret Golten
ryang@nmlegalaid.org

Jeffrey Fornaciari
jfornaciari@hinklelawfirm.com

Randolph B. Felker
randfelker@aol.com

Marcus J. Rael, Jr.
marcus@roblesrael.com

Mary E. Humphrey
Humphrey@newmex.com

Daniel A. Sanchez
Dansanchez911@gmail.com

Adam G. Rankin
agrankin@hollandhart.com

Mark F. Sheridan
msheridan@hollandhart.com

Richard S. Mackenzie
Richard@rmackenzielaw.com

Adan E. Trujillo
adantrujillo@gmail.com

Ted J. Trujillo
tedjtrujillo@yahoo.com

Seth Reese Fullerton
srfullerton@newmexicowaterlaw.com

Ronald Rundstrom
ronpat@espanola-nm.com

Catherine R. Robinson
cr@lrpa-usa.com

Brian F. Egolf, Jr.
brian@egolflaw.com

Rebecca A. Dempsey
rdempsey@cuddymccarthy.com

David Ortiz
davidortiz@windstream.net

4

Elizabeth Newlin Taylor
etaylor@taylormccaleb.com

Jolene L. McCaleb
jmccaleb@taylormccaleb.com

Herbert A. Becker
Herb.becker@jaaffiliates.com

Shenan Rae Atcitty
Shenan.atcitty@hklaw.com

                                                      _/s/ Jeffrey H. Albright_
                                                      Jeffrey H. Albright

3072713.1