IN THE UNITED STATES DISTRCT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| State of New Mexico, | ) | |
| ex rel State Engineer | ) | |
| | ) | |
| Plaintiff, | ) | Number 6:69-cv-7941 |
| v. | ) | Rio Chama Stream adjudication |
| | ) | (Jicarilla Apache Nation subfile) |
| Aragon, et al. | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

ENTRY OF APPEARANCE

Comes now Natasha D. Cuylear, attorney at law, and hereby enters her appearance on behalf of the Jicarilla Apache Nation.

*[signature]*

NATASHA D. CUYLEAR (Bar No. NM 142197)
JA Associates of NM, LLC
2309 Renard Pl. SE
Suite 200
Albuquerque, NM 87106
Email: natasha.cuylear@jaassociatesnm.com
Telephone: 505-242-2214
Fax: 505-242-2236