IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                                    CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                   RIO CHAMA ADJUDICATION

      Defendants.

## **ORDER**

THIS MATTER is before the Court on Natasha D. Cuylear's Entry of Appearance. [Doc. 10873]. Ms. Cuylear filed her Entry of Appearance on November 5, 2012 and incorrectly designated the docket entry title for her Entry of Appearance as "First MOTION for Leave to Appear on Behalf of the Jicarilla Apache Nation." The document Ms. Cuylear filed is not a motion.

Paragraph 10(d) of the Court's CM/ECF Administrative Procedures Manual states that only Clerk's staff are authorized to correct docket entry mistakes. The Clerk's staff shall correct the docket entry for Doc. 10873 to reflect that the document is Ms. Cuylear's Entry of Appearance and not a motion.

The Court advises Ms. Cuylear to review the Court's CM/ECF Attorney User Manual and the CM/ECF Administrative Procedures Manual, both of which are available on the Court's website: www.nmcourt.fed.us.

IT IS SO ORDERED.

                                                                             *Lorenzo F. Garcia*
                                                                             Lorenzo F. Garcia
                                                                             United States Magistrate Judge