IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* )<br>State Engineer, )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>ROMAN ARAGON, *et al.*, )<br> )<br>  Defendants. )<br>_____ ) | Case No.: 69cv07941 MV-LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Brazos, Section 7<br>Subfile No.: CHRB-001-0002 |

## NOTICE OF WITHDRAWAL AS COUNSEL

COMES NOW, Jennifer M. Anderson, of the firm of Lewis and Roca LLP, and hereby submits her Notice of Withdrawal as Counsel on behalf of Defendant BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION ("BMDWCA") in the above-referenced matter. Defendant BMDWCA continues to be represented in this matter by Jeffrey H. Albright of Lewis and Roca LLP.

　　　　　　　　　　　　　　　　　　LEWIS AND ROCA LLP

　　　　　　　　　　　　　　　　　　By ___/s/ Jeffrey H. Albright___
　　　　　　　　　　　　　　　　　　　　Jeffrey H. Albright
　　　　　　　　　　　　　　　　　　　　201 Third St. NW, Suite 1950 (87102)
　　　　　　　　　　　　　　　　　　　　P.O. Box 1027
　　　　　　　　　　　　　　　　　　　　Albuquerque. NM  87103
　　　　　　　　　　　　　　　　　　　　Direct (505) 764-5435
　　　　　　　　　　　　　　　　　　　　E-mail: JAlbright@LRLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2012, I filed the foregoing electronically through CM/ECF System, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Vickie L. Gabin
vlgabin@nm.net

Arianne Singer
Arianne.singer@state.nm.us

Edward G. Newville
ednewville@gmail.com

Gregory C. Ridgley
Greg.ridgley@state.nm.us

Bradley S. Bridgewater
Bradley.s.bridgewater@usdoj.gov

David W. Gehlert
David.gehlert@usdoj.gov

Tessa T. Davidson
ttd@tessadavidson.com

Peter B. Shoenfeld
Petershoenfeld@qwestoffice.net

Lisa Old-Ferrel
lisa@ferrel.com

Frank M. Bond
fbond@simonsfirm.com

David C. Mielke
dmielke@abqsonosky.com

Leander Bergen
lbergen@nativeamericanlawyers.com

Timothy Vollmann
Tim_vollmann@hotmail.com

Curtis Berkey
cberkey@abwwlaw.com

Scott Wayne Williams
swilliams@abwwlaw.com

Gary S. Friedman
gsf@chflaw.com

Brett J. Olsen
bolsen@opclawfirm.com

James C. Brockmann
jcbrockmann@newmexicowaterlaw.com

Jay F. Stein
jfstein@newmexicowaterlaw.com

Kimberly Bannerman
kbannerman@newmexicowaterlaw.com

Walter L. Reardon, Jr.
Walter@reardonlawnm.com

Charles T. DuMars
ctd@lrpa-usa.com

Tanya L. Scott
tls@lrpa-usa.com

David A. Benavides
davidb@nmlegalaid.org

John W. Utton
jwu@SheehanSheehan.com

Ryan Margaret Golten
ryang@nmlegalaid.org

Jeffrey Fornaciari
jfornaciari@hinklelawfirm.com

3229837.1

Randolph B. Felker
randfelker@aol.com

Marcus J. Rael, Jr.
marcus@roblesrael.com

Mary E. Humphrey
Humphrey@newmex.com

Daniel A. Sanchez
Dansanchez911@gmail.com

Adam G. Rankin
agrankin@hollandhart.com

Mark F. Sheridan
msheridan@hollandhart.com

Richard S. Mackenzie
Richard@rmackenzielaw.com

Adan E. Trujillo
adantrujillo@gmail.com

Ted J. Trujillo
tedjtrujillo@yahoo.com

Seth Reese Fullerton
srfullerton@newmexicowaterlaw.com

Ronald Rundstrom
ronpat@espanola-nm.com

Catherine R. Robinson
cr@lrpa-usa.com

Brian F. Egolf, Jr.
brian@egolflaw.com

Rebecca A. Dempsey
rdempsey@cuddymccarthy.com

David Ortiz
davidortiz@windstream.net

3229837.1

Elizabeth Newlin Taylor
etaylor@taylormccaleb.com

Jolene L. McCaleb
jmccaleb@taylormccaleb.com

Herbert A. Becker
Herb.becker@jaaffiliates.com

Shenan Rae Atcitty
Shenan.atcitty@hklaw.com

                                                                */s/ Jeffrey H. Albright*
                                                                Jeffrey H. Albright

3229837.1