IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO, ex rel. State Engineer** | |
| **Plaintiff,** | 69cv07941-MV-LFG |
| v. | RIO CHAMA STREAM SYSTEM Village of Chama, Section 7 |
| **ROMAN ARAGON, et al.,** | Subfile No.: CHCV-006-0005 |
| **Defendants.** | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES

Pursuant to Federal Rules of Civil Procedure Rule 25(c), Chama Troutstalkers LLC moves the Court to substitute CHAMA TROUTSTALKERS, LLC for defendant B.J. HARRIS in these proceedings with respect to the water rights described in Subfile No. CHCV-006-0005 in the Village of Chama, Section 7, and in support of this motion states the following:

1. On June 18, 2004, this Court adjudicated the water rights described in Subfile No. CHCV-006-0005 to B.J. Harris, reserving for future determination the amount of water and date of priority for the subject water rights. *See* Doc. No. 7483.

2. Chama Troutstalkers, LLC, acquired the subject real property and the appurtenant water rights identified in Subfile No. CHCV-006-0005 through a Warranty Deed and Special Warranty Deed, respectively, recorded with the Rio Arriba County Clerk on October 12, 2012 at Book 535, Page 4810-11.

3. Following this transfer in ownership, Chama Troutstalkers, LLC, filed a change of ownership of water right application with the New Mexico Office of the State Engineer to reflect

the transfer of ownership of the water right described in Subfile No. CHCV-006-0005.  The State Engineer has not yet updated the status of its files to reflect the change.

4. Pursuant to LR-CV 7.1(a), counsel for Chama Troutstalkers LLC conferred with counsel for the State of New Mexico, Ed Newville, and confirmed that the State does not oppose this motion.

WHEREFORE, Chama Troutstalkers LLC requests the Court to enter its Order substituting Chama Troutstalkers LLC for defendant B.J. Harris in these proceedings with respect to the water rights appurtenant to the real property described in Subfile No. CHCV-006-0005.

Respectfully submitted,

HOLLAND & HART LLP

*/s/ Adam G. Rankin*
Mark F. Sheridan
Adam G. Rankin
Post Office Box 2208
Santa Fe, New Mexico  87504-2208
(505) 988-4421
(505) 983-6043 Facsimile
msheridan@hollandhart.com
agrankin@hollandhart.com

ATTORNEYS FOR CHAMA TROUTSTALKERS LLC

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of January 2013 I filed the foregoing electronically through the Court's CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                              */s/ Adam G Rankin*
                                              Adam G. Rankin