IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV-LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | Acequia de Chamita Subfile 267, Tract 22.17 |

## WITNESS LIST OF STATE OF NEW MEXICO

Pursuant to the *Pretrial Order* filed November 21, 2012 (Doc. 10880), the Plaintiff State of New Mexico submits the following list of persons to testify on February 11, 2013 at the hearing on the priority claims of Defendants David M. Ortiz and Cecilia S. Ortiz in Subfile 267.

    (1)    John O. Baxter PhD

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the __21ˢᵗ__ day of January 2013, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated.

Via first class mail, postage prepaid addressed as follows:

David Ortiz
Cecilia Ortiz
P.O. Box 1082
San Juan Pueblo, NM 87566

___/s/ Ed Newville_____
EDWARD G.  NEWVILLE
