IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

    Plaintiff,

vs.                                                                        CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                      RIO CHAMA ADJUDICATION

    Defendants.                                        Subfile No. CHCV-004-0004B

**ORDER**

      THIS MATTER is before the Court on Chama Troutstalkers, LLC's Unopposed Motion for Substitution of Parties. [Doc. 10882]. Chama Troutstalkers, LLC seeks to be substituted for defendant B.J. Harris with respect to the water rights described in Subfile No. CHCV-006-0005. Ownership of the land and water rights was transferred from B.J. Harris to Chama Troutstalkers, LLC in October 2012. Federal Rule of Civil Procedure 25(c) allows the new owner to be substituted in an action when an interest is transferred. No responses opposing the motion have been filed. The Court will GRANT the motion.

      IT IS SO ORDERED.

                                                                      _Lorenzo P. Garcia_
                                                                      Lorenzo P. Garcia
                                                                      United States Magistrate Judge