IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                                      CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                    RIO CHAMA ADJUDICATION

      Defendants.

### ORDER EXTENDING TIME TO SUBMIT CONSENT ORDER

THIS MATTER is before the Court on the United States' Motion for Extension of Time. [Doc. 10879].

The Court ordered the State, the United States and the Jicarilla Apache Nation to submit a proposed consent order to the Court describing the water rights of the Jicarilla Apache Nation by November 29, 2012. [Doc. 10868]. "During review of the proposed consent order, the U.S. Department of Justice and the U.S. Department of the Interior have requested the Jicarilla Nation to provide additional documentation, which is expected to be forthcoming." [Doc. 10879]. Counsel for the United States believes final review and approval of the proposed consent order by the United States can be completed soon after receipt of the requested documentation and requests an extension of time until January 14, 2013 to submit the proposed consent order. The requested January 14, 2013, deadline has passed and the State, the United States and the Jicarilla Apache Nation have not submitted a proposed consent order to the Court.

The State, the United States and the Jicarilla Apache Nation shall submit the proposed consent order to the Court's Water Rights Law Clerk at jeff_minier@nmcourt.fed.us by February 7, 2013.

IT IS SO ORDERED.

                                                                     _Lorenzo F. Garcia_
                                                                       Lorenzo F. Garcia
                                                                       United States Magistrate Judge