IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                                                              CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                                   RIO CHAMA ADJUDICATION

      Defendants.

**ORDER**

THIS MATTER is before the Court *sua sponte*.

*Pro se* parties that file an entry of appearance receive all general pleadings, orders and notices. [Doc. 8791]. *Pro se* parties that do not file an entry of appearance only receive pleadings and other papers required to be served concerning their individual water rights, but do not appear on the case caption. The Clerk of the Court cannot serve orders on parties that do not appear on the case caption without an address for those parties. Any party submitting a proposed order to the Court concerning a *pro se* party that does not appear on the case caption shall include in the proposed order a statement which instructs the Clerk of the Court to mail a copy of the order to the relevant *pro se* parties not appearing on the case caption and provides the names and addresses of those parties. This Order does not apply where the Court has instructed a party to serve a copy of an order on other parties.

IT IS SO ORDERED.

                                                                                           */s/ Lorenzo F. Garcia*
                                                                                           Lorenzo F. Garcia
                                                                                           United States Magistrate Judge