IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | Section 7<br>Jicarilla Apache Nation |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Plaintiff State of New Mexico, *ex rel.* State Engineer, (State) respectfully requests the Court to grant an extension of time to submit a proposed consent order to the Court describing the water rights of the Jicarilla Apache Nation, as required by the *Order Extending time to Submit Consent Order* filed January 23, 2013 (Doc. 10889), and in support states the following:

1.  The Court's January 23, 2013 *Order* requires the State, the United States and the Jicarilla Apache Nation to submit the proposed consent order to the Court's Water Rights Law Clerk by February 7, 2013. On February 6, 2013, the State received from the United States its signed and approved copy of the proposed consent order. The State and the Jicarilla Apache Nation plan to meet and complete the approval process on February 8, 2013. Afterward, the entire document with oversize exhibits will have to be hand delivered to the Court's Water Law Clerk at the Federal District Court in Albuquerque, which can be accomplished on Monday February11, 2013.

2.  Counsel for the United States and the Jicarilla Apache Nation do not oppose the

granting of this motion.

WHEREFORE the State of New Mexico respectfully requests the Court to grant an extension of time until February 11, 2013 to submit the proposed consent order describing the water rights of the Jicarilla Apache Nation.

        Respectfully submitted,

        /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of February, 2013, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

        /s/ Ed Newville
        EDWARD G. NEWVILLE