IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

    Plaintiff,

vs.                                         CIVIL NO. 69-7941 MV/LFG

ROMAN ARAGON, et al.,               RIO CHAMA ADJUDICATION

    Defendants.

## ORDER EXTENDING TIME TO SUBMIT CONSENT ORDER

THIS MATTER is before the Court on the State of New Mexico's Unopposed Motion for Extension of Time. [Doc. 10894].

The Court ordered the State, the United States and the Jicarilla Apache Nation to submit a proposed consent order to the Court describing the water rights of the Jicarilla Apache Nation by February 7, 2013. [Doc. 10889]. The State requests an extension of time to February 11, 2013, to hand-deliver the proposed consent order, which includes oversize exhibits, to the Court's Water Rights Law Clerk. The Court will GRANT the motion.

The State, the United States and the Jicarilla Apache Nation shall submit the proposed consent order to the Court's Water Rights Law Clerk at by February 11, 2013.

IT IS SO ORDERED.

                                                          *Lorenzo F. Garcia*
                                                    Lorenzo F. Garcia
                                                    United States Magistrate Judge