IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                                                                         CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                                             RIO CHAMA ADJUDICATION

      Defendants.                                                          Subfile No. CHCV-004-0004B

## ORDER FOR MOTION AND PROPOSED ORDER

      THIS MATTER is before the Court on the State of New Mexico's Request for Scheduling Conference. [Doc. 10883]. The State "requests that the Court hold a mandatory scheduling and pretrial conference to determine how the *inter se* objections of Filiberto Ulibarri and Domitilia L. Ulibarri [to the proposed decree of water right of Lucia A. Montoya and Robert J. Montoya in Subfile CHNNU-002-0014] `will be heard by the Court and to enter a scheduling order to resolve those objections." Counsel for the State, after conferring with counsel for the Ulibarris and with Robert and Lucia Montoya, shall, within 30 days of entry of this Order, file a joint motion for a procedural and scheduling order. The joint motion shall propose a procedure for determining the objections and include a proposed procedural and scheduling order. If the parties referenced above cannot agree on a joint motion, the State shall file a motion for a procedural and scheduling order along with a proposed procedural and scheduling order, and the other parties may file responses opposing the motion. The Court will set a scheduling and pretrial conference after considering the materials filed by the parties.

      IT IS SO ORDERED.

                                                                     */s/ Lorenzo F. Garcia*
                                                                    Lorenzo F. Garcia
                                                                    United States Magistrate Judge