IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

      Plaintiff,

vs.                                              CIVIL NO. 69-7941 MV/LFG

ROMAN ARAGON, et al.,                   RIO CHAMA ADJUDICATION

      Defendants.                              Pueblo Claims Subproceeding 1

## ORDER EXTENDING PUEBLO CLAIMS SCHEDULE

THIS MATTER is before the Court on Ohkay Owingeh's Motion to Extend Pueblo Claims Schedule. [Doc. 10902].

The Court entered an order extending the Pueblo Claims Subproceeding 1 Schedule on March 23, 2012. [Doc. 10802]. Ohkay Owingeh seeks a three month extension of the deadlines in the March 23, 2012 Order because: (1) weather conditions have delayed the completion of archeological field work, thereby delaying completion of the archeological experts' report; and (2) Ohkay Owingeh's hydrologist suffered a debilitating medical emergency requiring the need for a replacement hydrologist, which in turn will delay the completion of pending projects and the preparation of reports currently due in September 2013. All parties that filed pleadings in response to the Pueblo's claims in this subproceeding have stated that they do not object to the requested extensions to the schedule. The Court will GRANT the motion. The deadlines for the events in the March 23, 2012 Order are extended to the dates listed below:

| EVENT | DATE |
|---|---|
| Ohkay Owingeh's Rule 26(a)(2) disclosures | December 6, 2013 |
| State's Rule 26(a)(2) disclosures | July 16, 2015 |
| Other parties' Rule 26(a)(2) disclosures | January 14, 2016 |
| All parties' expert rebuttal reports | July 14, 2016 |
| Discovery completion date | July 18, 2017 |
| Discovery motions | September 7, 2017 |
| Substantive pretrial motions | October 12, 2017 |
| Rule 26(a)(3)(i) and (ii) final witness lists | January 24, 2018 |
| Motions regarding expert witness qualifications | February 15, 2018 |
| Rule 26(a)(3)(iii) final exhibit lists | April 10, 2018 |
| Trial | July 2018. |

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge