IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>       -v-<br><br>RAMON ARAGON et al.,<br><br>Defendants. | 69cv07941-BB-LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3, Rio Nutrias<br>Subfile No. CHNU-002-0014 |

### WITHDRAWAL OF *INTER SE* OBJECTIONS OF FILIBERTO AND DOMITILIA L. ULIBARRI TO PROPOSED DECREE OF WATER RIGHT OF LUCIA A. AND ROBERT J. MONTOYA

Filiberto and Domitilia L. Ulibarri ("the Ulibarris"), by and through undersigned counsel, hereby give notice that they have entered into a Settlement Agreement with Lucia A. and Robert J. Montoya ("the Montoyas") resolving the Ulibarris' *inter se* objections to the proposed decree of water right of the Montoyas in Subfile No. CHNU-002-0014. The Ulibarris hereby withdraw their objections to the proposed decree of water right of the Montoyas filed December 12, 2011 (Doc. No. 10664).

Respectfully Submitted,

SHEEHAN & SHEEHAN, P.A.
40 First Plaza N.W., Suite 740 (87102)
Post Office Box 271
Albuquerque, New Mexico 87103
(505) 247-0411
*jwu@sheehansheehan.com*

*Electronically Filed*

BY:   */s/ John W. Utton*
         JOHN W. UTTON

*Attorneys for Filiberto and Domitilia L. Ulibarri*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of April, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully reflected on the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants via US Mail:

Robert J. Montoya
Lucia A. Montoya
P. O. Box 244
Tierra Amarilla, NM  87575

/s/ *John W. Utton*
JOHN W. UTTON

S:\17296192\Ullibarri\Notice of Settlement & Withdrawal of Objections to Montoya Consent Order (Nutrias)