IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7, Village of Chama

Ranch 101 Ditch

### ORDER REVISING SUBFILE ORDERS
### ASSOCIATED WITH THE RANCH 101 DITCH

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed May 2, 2013 (Doc. No. _____) to revise all subfile orders entered in the Village of Chama subsection describing irrigation water rights under the Ranch 101 Ditch.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be granted.

IT IS ORDERED, THEREFORE, that the subfile orders entered in the Village of Chama subsection describing irrigation water rights under the Ranch 101 Ditch are revised to describe the source of water and the points of diversion for tracts of land irrigated from the Ranch 101 Ditch, as described below:

**Subfile CHCV-007-0002A – Alfred Unser** – Consent Order filed January 25, 2005 (Doc. 7718). The description of the point of diversion in subsection A of the Consent Order entered on January 25, 2005 in Subfile CHCV-007-0002A is revised as follows:

**Point of Diversion:**

**Ditch:** RANCH 101 DITCH

**Diversion A:** Rio Chama
**Location X** = 1,544,358 feet  **Y** = 2,126,566 feet

New Mexico Plane Coordinate System, Central Zone, NAD 1983

**Subfile CHCV-007-0002B – Tuoraey, LLC** – Consent Order filed May 26, 2009 (Doc. 9455). The description of the point of diversion in subsection A of the Consent Order entered on May 26, 2009 in Subfile CHCV-007-0002B is revised as follows:

**Point of Diversion:**

**Ditch:** RANCH 101 DITCH

**Diversion A:** Rio Chama
**Location X** = 1,544,358 feet  **Y** = 2,126,566 feet

New Mexico Plane Coordinate System, Central Zone, NAD 1983

**Subfile CHCV-007-0003 – Kevin Yearout, Lian Yearout** – Consent Order filed April 17, 2007 (Doc. 8618). The description of the point of diversion in Subsection A of the Consent Order entered on April 17, 2007 in Subfile CHCV-007-0003 is revised as follows:

**Point of Diversion:**

**Ditch:** RANCH 101 DITCH

**Diversion A:** Rio Chama
**Location X** = 1,544,358 feet  **Y** = 2,126,566 feet

New Mexico Plane Coordinate System, Central Zone, NAD 1983.

The description of the point of the source of water and point of diversion in Subsection B of the Consent Order entered on April 17, 2007 in Subfile CHCV-007-0003 (Doc. 8618) is revised as

follows:

>**Source of Water:** Surface water of the Rio Chama.
>
>**Point of Diversion:**
>
>>**Ditch:** RANCH 101 DITCH
>>
>>**Diversion A:** Rio Chama
>>**Location X** = 1,544,358 feet  **Y** = 2,126,566 feet
>>
>>**Diversion B:** Rio Chama
>>**Location X** = 1,546,127 feet  **Y** = 2,124,052 feet
>
>New Mexico Plane Coordinate System, Central Zone, NAD 1983

**Subfile CHCV-007-0004 – Lawrence Family, LLC** – Consent Order filed May 18, 2005 (Doc. 7899). The description of the source of water and point of diversion in subsection A of the Consent Order entered on May 18, 2005 in Subfile CHCV-007-0004 is revised as follows:

>**Source of Water:** Surface water of the Rio Chama.
>
>**Point of Diversion:**
>
>>**Ditch:** RANCH 101 DITCH
>>
>>**Diversion A:** Rio Chama
>>**Location X** = 1,544,358 feet  **Y** = 2,126,566 feet
>>
>>**Diversion B:** Rio Chama
>>**Location X** = 1,546,127 feet  **Y** = 2,124,052 feet
>
>New Mexico Plane Coordinate System, Central Zone, NAD 1983

**Subfile CHCV-007-0005 – Daniel D. Shoats, Ellen J, Shoats** – Consent Order filed December 12, 2003 (Doc. 7335). The description of the source of water and point of diversion in subsection A of the Consent Order entered on December 12, 2003 in Subfile CHCV-007-0005 is revised as follows:

**Source of Water:** Surface water of the Rio Chama.

**Point of Diversion:**

**Ditch:** RANCH 101 DITCH

**Diversion A:** Rio Chama
**Location X** = 1,544,358 feet  **Y** = 2,126,566 feet

**Diversion B:** Rio Chama
**Location X** = 1,546,127 feet  **Y** = 2,124,052 feet

New Mexico Plane Coordinate System, Central Zone, NAD 1983

**Subfile CHCV-007-0006 – Patricia Serna, Richard M. Serna** – Consent Order filed November 22, 2006 (Doc. 8478).  The description of the source of water and point of diversion in subsection A of the Consent Order entered on November 22, 2003 in Subfile CHCV-007-0006 is revised as follows:

**Source of Water:** Surface water of the Rio Chama.

**Point of Diversion:**

**Ditch:** RANCH 101 DITCH

**Diversion A:** Rio Chama
**Location X** = 1,544,358 feet  **Y** = 2,126,566 feet

**Diversion B:** Rio Chama
**Location X** = 1,546,127 feet  **Y** = 2,124,052 feet

New Mexico Plane Coordinate System, Central Zone, NAD 1983

**Subfile CHCV-007-0007 – Jicarilla Apache Nation** – Consent Order filed September 3, 2008 (Doc. 9273).  The description of the source of water and point of diversion in subsection A of the Consent Order entered on September 3, 2008 in Subfile CHCV-007-0007 is revised as follows:

**Source of Water:** Surface water of the Rio Chama.

**Point of Diversion:**

**Ditch:** RANCH 101 DITCH

**Diversion A:** Rio Chama
**Location X** = 1,544,358 feet  **Y** = 2,126,566 feet

**Diversion B:** Rio Chama
**Location X** = 1,546,127 feet  **Y** = 2,124,052 feet

New Mexico Plane Coordinate System, Central Zone, NAD 1983

**FURTHER,** the revised subfile maps attached hereto are substituted for the corresponding maps attached to the Consent Orders filed with the Court in Subfiles CHCV-007-0003, CHCV-007-0004 and CHCV-007-0007.

**IT IS SO ORDERED.**

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE


Approved:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE