

LEGEND
- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Land
- Operable Ditch / Lateral
- Pipeline
- Reservoir / Stock Pond
- Point of Diversion
- (F) Fallow
- (NR) No Right

1 inch = 500 feet
0  125  250  500 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Scott A. Verhines, P.E.,
State Engineer

Rio Chama Hydrographic Survey
Village of Chama Section

Subfile Number
**CHCV 007-0007**
Ranch 101 Ditch &
Chama Valley Ditch No. 3
AMENDED May 1, 2013

