IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. 69cv07941-MV/LFG |
| v. | ) ) | Rio Chama Stream System |
| ROMAN ARAGON, et al., | ) ) | Pueblo Claims Subproceeding 1 |
| Defendants. | ) ) | |

**UNOPPOSED STIPULATION TO DISMISS ANSWER;
[PROPOSED] ORDER**

Ohkay Owingeh filed its complaint in this subproceeding on April 30, 2007. Rancho Lobo, Ltd. was among the entities that filed an answer to the Pueblo's subproceeding complaint. Answer of Rancho Lobo, Ltd. (June 1, 2007, Doc 8662). Rancho Lobo chooses not to contest the Pueblo's claims in this subproceeding, and seeks to withdraw or dismiss its Answer. Ohkay Owingeh stipulates to the dismissal of the Answer.

Dated: May 15, 2013

/s/ Brett J. Olsen
**Counsel to Rancho Lobo Ltd.**
BRETT J. OLSEN
Email:  bolsen@opclawfirm.com
OLSEN PARDEN PC
4253 Montgomery Blvd NE Ste G130
Albuquerque, NM 87109-1113

Dated: May 15, 2013

/s/ Scott W. Williams
**Counsel for OHKAY OWINGEH**
SCOTT W. WILLIAMS
(California State Bar No. 097966)
E-mail: swilliams@berkeywilliams.com
CURTIS G. BERKEY
(California State Bar No. 195485)
E-mail: cberkey@berkeywilliams.com
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704

LEE BERGEN
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico 87109
lbergen@ nativeamerianlawyers.com

## ORDER
## [PROPOSED]

Having read the stipulation above, IT IS HEREBY ORDERED that the Answer of Rancho Lobo, Ltd. is dismissed.

Dated:

_____
LORENZO F. GARCIA
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of May, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Brett J. Olsen
Brett J. Olsen