| Name | Side | Date of Construc- tion | Location of Head | Date of Examin- ation | Diversion Works | Flow | Max. Capacity | Area Irrigated | Additional Area Irrigable | Irrigation Season | Annual Precip- itation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Griegos | E | Old | 4 Mi. above Abiquiu | 6-21-10 | | | 2.00 | 80 | | | 12 |
| South Rio Chama | W | Old | 2 Mi. above Ford | 6-20-10 | Wing dam of brush & Cobbles | 3.60 | 3.60 | 200 | | (?) | 11 |
| | | | | | | 103.82 | 204.14 | 5190 | 350 | | |
| RIO CHAMA - UPPER VALLEY. ||||||||||||
| T.D.Burrus | W | Old | In canyon de Chama Grant | | | | | | 600 | 5/1-8/1 | |
| Caprino Pino | | Old | In or near Canyon de Chama Grant | | | | | 10 | | 5/1-8/1 | |
| Antonio J. Degado | | Old | In or near Canyon de Chama Grant | | | | | 12 | | 5/1-8/1 | |
| Private(4) | | Old | Near Gallina River | | | | | 20 | | 5/1-8/1 | |
| Company | | Old | Lower end of El Vado Valley | 6-22-10 | Brush & Cobbles | 1.00 | 1.00 | 60 | 0 | | |
| Community | W | Old | Middle of El Vado Val. | 6-22-10 | Brush & Cobbles | 1.50 | 2.00 | 135 | 0 | | |
| Private | W | Old | Upper end of El Vado Valley | 6-22-10 | Brush & Cobbles | 0.25 | 1.00 | 5 | 0 | | |
| W.La Puente | W | Old | 1 Mi.above La Puente | 6-25-10 | Brush & Cobbles | | 3.00 | 80 | 0 | | |
| Private | E | Old | ¼ Mi.above La Puente | 6-25-10 | Brush & Cobbles | 0.25 | 1.00 | 2 | 0 | | |
| Ancones | E | Old | Just below Parkview Bridge | 6-25-10 | Brush & Cobbles | | 1.00 | 20 | 0 | | |
| Theodore Seth | E | Old | 3½ Mi.above Los Brazos Plaza | 6-25-10 | Brush & Cobbles | 4.00 | 7.00 | 80 | 0 | | |
| Los Brazos | E | Old | 4 Mi.above Los Brazos Plaza | 6-25-10 | Brush & Cobbles | 3.94 | 7.15 | 160 | 0 | | |
| Frank W. Broad | W | Old | 1 Mi.above Canyones Creek | 6-30-10 | Brush & Cobbles | 1.00 | 1.00 | 10 | 0 | | |
| Frank W.Broad | E | Old | Near D&RG RR Bridge | 6-30-10 | Brush & Cobbles | 1.00 | 1.00 | 10 | 0 | | |
| Martins | E | Old | Near D&RG RR Bridge | 6-30-10 | Brush & Cobbles | 1.50 | 1.50 | 10 | 0 | | |
| Town | W | Old | 2 Mi.above Chama | 6-30-10 | Brush & Cobbles | 2.00 | 2.00 | 10 | 0 | | |
| | | | | | | | | | 15600 | | |
| | | | | | | 16.44 | 29.00 | 624 | 15600 | | |