306519

9/14/11

STATE OF COLORADO )
) ss.
City and County of Denver )

FRANK W. BROAD, being first duly sworn, on oath states:

That he is a resident of Chama, New Mexico;

That he is the applicant and the same person who filed map of the Broad ditches numbers 1, 2 and 3, located in Rio Arriba County, New Mexico;

That he has resided in the town of Chama for more than eighteen years last past, and is the owner of the land sought to be watered by said ditches numbers 1, 2 and 3, as per map or plat thereof filed with the Territorial Engineer of the Territory of New Mexico;

That ditch number 1 was originally constructed by Wilmot E. Broad about ten years ago to water the town of Chama, but the undersigned collected the water after being used in said town and made application and use thereof to the irrigation of the same land now being watered therefrom;

That ditch number 3 was constructed about eighteen years ago by affiant and has been used continously since said date for the irrigation of the land now owned by affiant and being the same land shown upon affiant's map filed in said Engineer's office;

That ditch number 2 has not yet been constructed, but will be constructed to afford additional water for the higher parts of the same land shown upon said map which has been irrigated as to the lower parts thereof from said ditches numbers 1 and 3;

That affiant's application is made in good faith and for the purpose of cultivating affiant's land containing about five hundred acres, as shown upon said map, and for the purpose of continuing affiant's right to use water from the Chama River and its tributaries.

Frank W. Broad

Subscribed and sworn to before me this 12th day of September, 1911.
My commission expires Sept. 11, 1912.

Charles Hawthorne
Notary Public.