# MAP
## OF THE
# BROAD DITCHES
# NO'S. 1, 2 & 3.
### Frank W. Broad – Applicant
## Rio Arriba County, Tierra Amarilla Grant, N. M.

COURSES TRUE VARIATION  14°30'E.          SCALE OF MAP  ONE INCH = 400,00 FEET

Copy of Print of Application 585 on file in the office of the
State Engineer
Original Filing July 1911
traced  Dec. 1949 – Frank Ryan

OFFICE OF STATE ENGINEER
APPROVED
RECEIVED
Application No. 585

APPLICATION No. 585
RECEIVED
OFFICE OF STATE ENGINEER
SANTA FE, NEW MEXICO

## CLAIMANT'S STATEMENT

The undersigned Frank W. Broad claimant, whose postoffice address is Chama, New Mexico has caused to be located the Broad Ditches Nos 1,2,&3, as herein described, hereby makes these several statements relative thereto and offers this map and statement for filing in compliance with the laws of the Territory of New Mexico.

(a) The headgate of the Broad Ditch No.1 is located at a point on the west bank of the Chama River from which it derives its supply of water whence the N.E. Cor. No.2 of the Broad Land bears S.30°31'E. 6232.00 feet.

The headgate of the Broad Ditch No.2 is located at a point on the south bank of Willow Creek from which it derives its supply of water, whence the N.E. Cor No.2 of the Broad Land bears N.44°01'W. 5268.81 feet; whence Chama Peak bears N.62°01'W.

The Broad Ditch No.2 also derives part of its supply of water from Spring Creek at Station No.2 whence the N.E. Cor. No.2 of the Broad Land bears N.80°41'W. 2312.00 feet; whence Chama Peak bears N.57°31'W, whence said pine tree 657 ft. tall on bears 32.00 feet

The Broad Ditch No.2 also derives part of its supply of water from small springs as show on map near Stations 10, 11, and 22

The headgate of the Broad Ditch No.3 is located at a point on the west bank of the Chama River from which it derives its supply of water whence the N.E. Cor. No.2 of the Broad Land bears N.87°51'E. 1914.40 feet.

Description of the Cor. N.E. Cor. No.2 of the Broad Land. An iron pin 18 inches long, with one inch square head driven 3 inches below the surface of the ground, laid rock 16x10x2 inches on top of pin and chistled rock B.C. (Private Cor) N.E. Cor. F.W.B. Land, dug four pits around corner and made mound of earth and stone whence Chama Peak bears N.69°14'W whence U.S.Govt B.M. on Little Chama Peak bears S.81°16'W, whence Cor. No.1 of the D.F.R.G.R.R. Grounds and Corner of the Chama Townsite bears N.47°18' W.2390. whence Cor. No.2 of the D.F.R.G.R.R. Grounds also Cor. No.1 of the Broad Land bears N.71°18' W. 1244 feet.

(b) The land to be irrigated consists of 502.37 acres and the Townof Chama located as follows. Beginning at Cor. No.1; thence S.71°18' E. 1244.00 feet to Cor. No.2; thence S.17°00'W. 342.18 feet to Cor. No.3; thence N.50°51'W. 242.18 feet to Cor. No.4; thence N.76°12'W. 2155 feet to Cor. No.5; thence N.3°42' E. 4230.00 feet to Cor. No.6; thence N.40°E'E. 1220.00 feet to Cor. No.7; thence S.12°A2' E. 2303.00 feet to Cor No.1 the place of beginning.

Part of the water of the Broad Ditch No.1 is used for domestic purposes, irrigating gardens and lawns in the Town of Chama, N.M.

(c) The depth of Broad Ditch No.1 is 2 feet. The width of Broad Ditch No.1 is 3.00 feet on top.

|  |  |
|---|---|
| " " " " — 2 – 1.5 — | " " " — 2 – 4.00 — |
| " " " " — 2 – 2.5 — | " " " — 3 – 4.00 — |
| " " " " — 2 – 1.5 — | " " " — 3 – 4.00 — |

The grade of the Broad Ditch No.1 is 3 feet per 1,000ft. The width of Broad Ditch No.1 is 3.00 feet on bottom.

|  |  |
|---|---|
| " " " " — 2 – 3 — | " " " — 2 – 3.00 — |
| " " " " — 2 – 3 — | " " " — 3 – 3.00 — |
| " " " " — 3 – 4.5 — | " " " — 3 – 3.00 — |

(d) The carrying capacity of the Broad Ditch No.1 is 6 cubic feet per second of time, for which claim is hereby made for irrigation and domestic pur-
" " " " " " — 2 — " " " — purposes.
" " " " " " — 3 — 2 — " " " —

(e) The estimated cost of the Broad Ditch No.1 is $6000.00. Broad Ditch No.2 is $750.00. Broad Ditch No.3 is $100.00.

(f) Work was commenced by survey on the 11th day of April A.D. 1911 on all of said ditches. Ditches No.1 &3 have been constructed and water used since 1903.

### AFFIDAVIT.

Territory of New Mexico }
County of Rio Arriba     } s.s.

I Frank W. Broad being first duly sworn by my oath state that I have read and examined the foregoing map and the statements thereon, and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

Signed – FRANK W. BROAD
Claimant

Subscribed and sworn to before me this 8th day of July 1911

Signed   JESSE C. WILEY
Notary Public

SHEET NO. 1
OF 2 SHEETS

