PERCY ROBINSON
JOHN H. SCHULTZ
PHIL B. ELLIS
S.E. HAWTHORNE
H.C. DENNY

Morris, Ellis & Johnson
Attorneys at Law
A.C. Foster Bldg.
Suite 621

HENRY T. ROGERS
DANIEL B. ELLIS
LEWIS B. JOHNSON
PIERPONT FULLER
GEORGE A.H. FRASER

Cable Address "Rocal"

Denver, Colo. Sept 17, 1914

State Engineer,

Santa Fe, New Mexico.

Dear Sir:

In the matter of Frank W. Broad Ditches, numbered 1, 2 and 3, you requested of us as early as May last that proof be made as to the complete construction of these ditches and the application of water through same to a beneficial use. Mr. Broad has been absent most of the Summer, and when we now call upon him for proof of completion, he says:

"If you will look at the original application for permit, you will find that the application is for Broad Ditch No. 2 only, and that Ditches 1 and 3 had already been constructed, as per affidavit filed, and that it is not necessary to make further proof as to Broad Ditches 1 and 3."

As to Broad Ditch No. 2 he says:

"I have decided to abandon this ditch, which was to be taken from Willow and Spring Creek tributaries of the Chama River, and am willing that my application as to said Broad Ditch No. 2 may be cancelled."

Will you please advise us whether under the circumstances, assuming Mr. Broad to be correct, it is necessary to make any proof as to Broad Ditches 1 and 3, and if this letter is sufficient authority to you to cancel application for permit as to Broad Ditch No. 2, and oblige,

Yours very truly,

[signature]

DBE/J.
Enc. stp. env.