


Map of the Chama Town Ditch Enlargement and Extension, Rio Arriba County, New Mexico. H. L. Hall and Wm. Rice, Applicants. Application No. 967, June 7, 1915.