967

Original  TRN 160604
TRN 160683

READ INSTRUCTIONS ON BACK BEFORE FILLING IN THE BLANKS.

# APPLICATION FOR PERMIT
(Maps, Detail Plans and Detail Specifications Must Accompany This Application.)

## TO APPROPRIATE THE PUBLIC WATERS OF THE STATE OF NEW MEXICO

No. 967

1. Date of receipt of application... June 7th 1915.
2. Name of Applicant... H. L. Hall and Wm. Rice

   Post Office address... Chama... County of... Rio Arriba
   State of New Mexico.

3. If applicant is a corporation, give:
   (a) Date and place of organization of corporation...
   (b) The amount of capital stock, $...... (c) The amount paid in $......
   (d) The names and addresses of Directors...

4. Quantity of water claimed... 3.5 Sec. Ft.
   (a) By diversion... 3.5 ...sec. ft. or and (b) By storage... ac. ft.
   (c)

5. Periods of annual use... 3.5 sec ft. from... April 1st. to... October 1st.
   (Irrigation Season)
   ...sec. ft. from... to...
   (During Winter)

6. Source of water-supply (a) Name... Chama River
   (b) Which is a tributary of... Rio Grande

7. Location of point of diversion or storage:
   The... N.W. Cor. of the... Wm. Rice Tract of the
   Tierra Amarilla... Grant, bears
   S 49° 33' W 9778.5... feet distant

8. To be used for... Irrigation... purposes
   IRRIGATION AND DOMESTIC USE.
   (a) Number of acres to be irrigated... 260
   (b) In the following legal subdivisions... The Wm. Rice Tract of the Tierra Amarilla Grant and in Sec. 7, T. 1. S. R. 3. E. of the Martin-Borders Subdivision of the Tierra Amarilla Grant.

   MANUFACTURING, MINING AND POWER PURPOSES.
   (a) Quantity of water... sec. ft.
   to be used for...
   (b) Power to be generated... H. P. (c) Conducted by
   (Canal, Pipe Line or Flume)
   feet in length from a point...
   (Locate Point of Diversion or Intake)
   to a point where water will be returned to stream undiminished in quantity...
   (Locate Point of Return)

967

9. Remarks: This filing is made for the purpose of diverting water from the Chama River through the Chama Town Ditch into the Rio Chamita to be used in the Wm. Rice Ditch and The Chamita Valley Ditch at such times when there is no water in the Rio Chamita.

10. Estimated cost of work $ 300.00
11. Description of work for diversion: Consists of wooden box and gate.

### CANAL OR DITCH.

(a) Size of headgate: Width 3.0 ft.; Height 2.0 ft. (b) Width of canal at bottom 2.5 ft.; Width at water line 5.1 ft.; Depth 1.3 ft.; The slopes of said ditch are one to one; Average grade per 1000 ft. is 1.0 feet. Length of main canal is 6115 feet, and crosses the following sections: The T.D. Burns Tract and the Chamita Valley Subdivision of the Tierra Amarilla Grant.

### STORAGE WORKS.

(a) Maximum height of dam _____ ft.; Length of dam at top _____ ft.; Maximum width of dam on top _____ ft.; Maximum width of dam on bottom _____ ft. Character and composition of dam _____
Estimated cost of dam $ _____

### REMARKS.

12. Other reservoirs and canals, name or number, location, size and capacity of each as above _____

13. The time required to begin construction two months. The time required to complete the works one months. The time required to fully apply the water to a beneficial use on the irrigable land herein described three months.

14. Reference _____ (Give name of bank and merchant reference)

We, H.L. Hall and Wm. Rice, do solemnly swear that the statements and answers to questions in this application are true to the best of my knowledge and belief.

Claimant H.L. Hall
Wm Rice

Subscribed and sworn to before me, this 5th day of January 1916
My commission expires July 17, 1915
R.J. Clapp  Notary Public.

## APPROVAL OF STATE ENGINEER

The number of this permit is 967.   Publisher's affidavit filed February 12th, 1916.
Date of receipt of notice February 19th, 1915. Date of receipt of application June 7th, 1915.
Returned for correction............................................Received corrected............................................
Publication ordered June 7th & Dec. 24, 1915, paper Taos Recorder.
Application recorded in Book "G", Page 967; Approved this 28th day of April, 1916.
(a)..................................................cubic feet per second; (b)................- - -1000- - - acre ft.
(c) Remarks: This application is approved allowing the full diversion of the works provided the total amount appropriated is not in excess of one thousand acre feet per annum, and it is not exercised to the detriment of any others having prior valid rights to the use of the water of this stream system.

The construction of the within described works to be commenced not later than
August 28th, 1916.
One-fifth of the work above specified to be completed on or before November 28th, 1916.
The whole of said work to be completed on or before April 28th, 1917.
The time for application to beneficial use shall not be later than April 28th, 1918.
This is to certify that I have examined the within application for a permit to appropriate the public waters of the State of New Mexico, and hereby approve the same, subject to the foregoing proviso and conditions:
Witness my hand, this 28th day of April, 1916.

_James A. French_
State Engineer.

## EXTENTIONS

STATE OF NEW MEXICO,   } ss.
Office of State Engineer.

This is to certify that, after considering the merits of the application for an Extension of Time, filed in connection with the foregoing permit on the 24th day of April, 1917,
I have issued the certificate for said extension this 16th day of May, 1917,
extending the dates as follows:
The construction work represented as having been commenced.
One-fifth of the work represented as having been completed.
The whole of said work to be completed on or before April 28th, 1918.
Application to beneficial use shall not be later than April 28th, 1919.
Witness my hand, this 16th day of May, 1917.

_James A. French_
State Engineer.

STATE OF NEW MEXICO,   } ss.
Office of State Engineer.

This is to certify that, after considering the merits of the application for an Extension of Time, filed in connection with the foregoing permit on the................................day of................................19........,
I have issued the certificate for said extension this................................day of................................19........,
extending the dates as follows:
The construction work to be commenced not later than................................
One-fifth of the work to be completed on or before................................
The whole of said work to be completed on or before................................
Application to beneficial use shall not be later than................................
Witness my hand, this................................day of................................19........,

State Engineer.