APPLICATION No. 1974
RECEIVED
Nov. 27, 1931
OFFICE OF STATE ENGINEER
SANTA FE, NEW MEXICO

1974

## Map of the
## M-B DITCH
### H. L. Hall and Kenneth A. Heron
### Applicants.
### RIO ARRIBA COUNTY — NEW MEXICO
TRUE COURSES — Variation 14°30' East
Scale 1" = 1000'

The undersigned, H. L. Hall and Kenneth A. Heron, whose post-office address is Chama, Rio Arriba County, New Mexico, have caused to be located by a competent Engineer, the "M-B DITCH" as herein described and indicated hereon and make these statements relative thereto and offer this map and statements for acceptance and due filing in compliance with the laws of the State of New Mexico.

The principal diversion is located on the West bank of the Chama River at a point from which the N.E. Cor. Sec. 36, T. 1 N., R. 2 E. of Martin and Borders Subdivision, Tierra Amarilla Grant, bears S 49°33' W. 9778.5. From this diversion, which is also the diversion of the Chama Town Ditch, water is to be diverted through the said Chama Town Ditch, which is to be enlarged. A second diversion is located on the Little Chama River at a point where the proposed M-B Ditch crosses the Little Chama River, and which point is S 82°15' E 1005 feet from N.E. Cor. Sec. 36 as above.

The depth of the ditch is 2.3 feet.
The width of the ditch is 10.9 feet on top.
The slopes of the ditch are 1½ to 1.
The width of the ditch is 4.0 feet on bottom.
The average grade of the ditch is 1.0 foot per 1,000'.
The hydraulic radius is 1.4. Based on Kutters formula, coefficient of roughness "n"=.030, the maximum capacity is 31.53 per sec. cubic feet.
The estimated cost of the works is $10,000.00.
The efficient but not excessive duty of water for this land is 1.5 acre feet per acre for which claim is hereby made for irrigation purposes.
Work was commenced on this ditch by survey June 10, 1931.
The land to be irrigated is stated as 1939 acres.

State of New Mexico } ss.
County of Rio Arriba }
We, H. L. Hall and Kenneth A. Heron, being first duly sworn upon oath, state that we have read and examined this map and statements hereon and know the contents thereof and the representations therein and state that the same are true to the best of our knowledge and belief.
H L Hall
Kenneth A Heron

Subscribed and sworn to before me this 23rd day of November, 1931.
My commission expires 1/11/35    J A Sudrow, Notary Public

State of New Mexico } ss.
County of Rio Arriba }
I, Kenneth A. Heron, being first duly sworn upon my oath, state that I am the Engineer who made the map of the M-B DITCH; that such map was made from field notes taken from actual bona fide surveys made under my direction in the field; that the same are true to the best of my knowledge and belief.
Kenneth A Heron

Subscribed and sworn to before me this 23rd day of November, 1931.
My commission expires 1/11/35    J A Sudrow, Notary Public

State of New Mexico } ss.
County of Santa Fe }
I hereby certify that the above map and statements have been examined by me and were duly accepted for filing on the 12th day of December, 1931.
Geo. M. Neel
State Engineer.

### Ditch Traverses

| Sta-Sta. | Course | Dist. Ft. |
|---|---|---|
| **Chama Town Ditch** | | |
| 0 – 1 | S 29° 0' W. | 2130 |
| 1 – 2 | S 36° 0' W. | 2400 |
| 2 – 3 | S 14° 0' W. | 1410 |
| 3 – 4 | S 61°30' W. | 2640 |
| 4 – 5 | S 71° 0' W. | 1610 |
| 5 – 6 | S 51°30' W. | 220 |
| **M-B Ditch** | | |
| 6 – 7 | S 51°30' W. | 1010 |
| 7 – 8 | S 5° 0' E. | 1170 |
| 8 – 9 | S 17°30' E. | 840 |
| 9 – 10 | S 15° 0' W. | 1160 |
| 10 – 11 | S 11°30' E. | 1490 |
| 11 – 12 | S 4°30' E. | 990 |
| 12 – 13 | S 60° 0' W. | 830 |
| 13 – 14 | N 67° 0' W. | 790 |
| 14 – 15 | S 41° 0' W. | 1995 |
| 15 – 16 | N 30° 0' W. | 1760 |
| 16 – 17 | N 73° 0' W. | 1205 |
| 17 – 18 | S 68° 0' W. | 1580 |
| 18 – 19 | N 80° 0' W. | 1200 |
| 19 – 20 | N 46° 0' W. | 1650 |
| 20 – 21 | N 58° 0' W. | 950 |
| 21 – 22 | S 85° 0' W. | 1840 |
| 22 – 23 | Sou. | 310 |
| **Lateral No. 1** | | |
| 19 – 1 | S 47° 0' E. | 2065 |
| 1 – 2 | S 70°30' W. | 1910 |
| 2 – 3 | S 30°30' W. | 2360 |
| 3 – 4 | S 24° 0' W. | 1490 |
| 4 – 5 | S 17°30' W. | 1410 |
| **Lateral No. 2** | | |
| 0 – 1 | N 73°30' W. | 1350 |
| 1 – 2 | S 85° 0' W. | 590 |
| 2 – 3 | S 60° 0' W. | 630 |
| 3 – 4 | S 88°30' W. | 650 |
| 4 – 5 | S 44°30' W. | 2250 |
| **Lateral No. 3** | | |
| 0 – 1 | S 50°50' W. | 2510 |
| 1 – 2 | S 3° 0' E. | 1640 |
| 2 – 3 | S 3° 0' E. | 770 |
| 3 – 4 | S 15° 0' E. | 575 |
| 4 – 5 | S 11° 0' W. | 1610 |
| **Chamita Valley Ditch** | | |
| 0 – 1 | S 6° 0' W. | 1345 |
| 1 – 2 | S 17°30' W. | 1365 |
| 2 – 3 | S 10° 0' W. | 1800 |
| 3 – 4 | S 51°30' W. | 875 |
| 4 – 5 | S 28°30' E. | 1450 |
| 5 – 6 | S 10° 0' W. | 2305 |

Lands to be irrigated are in Martin and Borders' Subdivision, Tierra Amarilla Grant, Rio Arriba County, New Mexico.

APPLICATION No. 1974
RECEIVED
Nov. 27, 1931
OFFICE OF STATE ENGINEER
SANTA FE, NEW MEXICO