STATE OF NEW MEXICO      )
                         )
OFFICE OF STATE ENGINEER )

## LICENSE TO APPROPRIATE WATER

License No. 1974                    Refers to Permit No. 1974

WHEREAS, on the 27th day of February, 1932, after notice pursuant to statute, the State Engineer did approve Application No. 1974, with a priority as of filing of formal application, being the 27th day of November, 1931, to appropriate 2,924 acre feet of surface water per annum from the Chama and Chamita Rivers, tributary of the Rio Grande, delivered through the M-B Ditch for stock, domestic and irrigation purposes upon 1,949 acres of land within the Lucerne Project near Chama, New Mexico, and

WHEREAS, the water rights appurtenant to 3.46 acres of land under Permit No. 1974 within Parcel 1, Tract 48, located in the N. pt. NW$\frac{1}{4}$SE$\frac{1}{4}$ Section 11, Township 1 South, Range 2 East, Martin and Borders Subdivision of a portion of the Tierra Amarilla Grant, Rio Arriba County, New Mexico, were assigned file No. 1974-A and were transferred to another point of diversion, place and purpose of use as reflected in Permit No. 1974-A issued the 11th day of June, 1968, and

WHEREAS, Proof of Completion of Works, Proof of Application of Water to Beneficial Use and Engineer's Report on final inspection have been filed in accordance with the rules and regulations of the State Engineer.

NOW, THEREFORE, I, S. E. Reynolds, State Engineer of the State of New Mexico, by virtue of the authority vested in me by the laws of said State, do hereby grant to the

water users under the M-B Ditch within the Lucerne Irrigation Project, Rio Arriba County, New Mexico, this License No. 1974, with a priority dating from the filing of formal application, being the 27th day of November, 1931, to appropriate 1832.055 acre feet (1.5 acre feet per acre per annum) of surface water per annum by direct diversion from the Chama and Chamita Rivers, tributary of the Rio Grande delivered through the M-B Ditch for stock, domestic and irrigation purposes upon 1221.37 acres of land, and to appropriate 64.68 acre feet (1.0 acre foot per acre per annum) of surface water per annum by direct diversion from the Chama and Chamita Rivers, tributary of the Rio Grande delivered through the M-B Ditch for stock, domestic and irrigation purposes upon 64.68 acres of land; all irrigated land being within the Lucerne Irrigation Project located within the Martin and Borders Subdivision of a portion of the Tierra Amarilla Grant, Rio Arriba County, New Mexico, the irrigated tracts being described as follows:

Section 1, Township 1 South, Range 2 East, Martin and Borders Subdivision

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| E. pt. NE¼NE¼ | 1 | 1 | 2.70 | 1.0 | Higinio Martinez |
| W. pt. NE¼NE¼ | 2 | 1 | 1.40 | 1.5 | Fernando Torrez |
| S. pt. NE¼NE¼ | 7 | 1 | 2.77 | 1.5 | Higinio Martinez |
| SW pt. NW¼NE¼ | 1 | 1-A | 0.12 | 1.0 | K. A. Heron |
| S. pt. NE¼NW¼ | 1 | 2 | 12.77 | 1.5 | John C. Woolley |
| W. pt. NW¼NW¼ | 1 | 3 | 7.02 | 1.5 | Juan Mares |
| E. pt. NW¼NW¼ | 2 | 3 | 3.00 | 1.5 | John C. Woolley |
| SE pt. NW¼NW¼ | 3 | 3 | 5.00 | 1.5 | John C. Woolley |
| W. pt. SE¼NE¼ | 1 | 11 | 16.04 | 1.5 | Fernando Torrez |

2

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| NE pt. SE¼NE¼ | 2 | 11 | 0.90 | 1.0 | Higinio Martinez |
| SE pt. SE¼NE¼ | 3 | 11 | 1.38 | 1.5 | Juan Rael |
| E. pt. SE¼NE¼ | 6 | 11 | 11.87 | 1.5 | Higinio Martinez |
| W. pt. SW¼NE¼ | 2 | 12 | 7.30 | 1.5 | John C. Woolley |
| SW pt. SW¼NE¼ | 3 | 12 | 1.70 | 1.5 | K. A. Heron |
| E. pt. SW¼NE¼ | 5 | 12 | 9.00 | 1.5 | Higinio Martinez |
| SE¼NW¼ | 1 | 13 | 31.70 | 1.5 | John C. Woolley |
| SW pt. SE¼NW¼ | 2 | 13 | 0.80 | 1.5 | K. A. Heron |
| NE pt. SW¼NW¼ | 1 | 14 | 11.10 | 1.5 | John C. Woolley |
| NW pt. SW¼NW¼ | 2 | 14 | 13.02 | 1.5 | Juan Mares |
| SW pt. SW¼NW¼ | 3 | 14 | 1.63 | 1.5 | Ruth Overly |
| SE pt. SW¼NW¼ | 4 | 14 | 2.00 | 1.5 | K. A. Heron |
| S. pt. SW¼NW¼ | 5 | 14 | 4.20 | 1.5 | K. A. Heron |
| S. pt. NE¼SE¼ | 1 | 18 | 16.20 | 1.5 | John C. Woolley |
| NE pt. NE¼SE¼ | 2 | 18 | 4.13 | 1.5 | Juan Real |
| NW pt. NE¼SE¼ | 3 | 18 | 2.66 | 1.5 | Juan Real |
| SW pt. NW¼SE¼ | 2 | 19 | 1.80 | 1.5 | K. A. Heron |
| S. pt. NW¼SE¼ | 3 | 19 | 7.57 | 1.5 | Robert F. Brashar |
| NE pt. NW¼SE¼ | 4 | 19 | 2.29 | 1.5 | Higinio Martinez |
| SE pt. NW¼SE¼ | 5 | 19 | 5.30 | 1.0 | Robert F. Brasher |
| E. pt. NW¼SE¼ | 6 | 19 | 2.90 | 1.5 | K. A. Heron |
| NW pt. NW¼SE¼ | 7 | 19 | 1.50 | 1.5 | K. A. Heron |
| W. pt. NE¼SW¼ | 1 | 20 | 5.00 | 1.5 | Billy Cheatham |
| E. pt. NE¼SW¼ | 2 | 20 | 10.90 | 1.5 | K. A. Heron |
| NE pt. NE¼SW¼ | 3 | 20 | 0.70 | 1.5 | John C. Woolley |
| SW pt. NE¼SW¼ | 4 | 20 | 2.09 | 1.5 | Florian and Juan Gonzales |
| SE pt. NE¼SW¼ | 5 | 20 | 1.75 | 1.5 | Florian and Juan Gonzales |
| N. pt. NE¼SW¼ | 7 | 20 | 0.80 | 1.0 | K. A. Heron |
| NE pt. NW¼SW¼ | 1 | 21 | 9.06 | 1.5 | Nell Cross |
| W. pt. NW¼SW¼ | 1-A | 21 | 8.75 | 1.5 | Ruth Overly |
| S. pt. NW¼SW¼ | 2 | 21 | 12.94 | 1.5 | Nell Cross |
| W. pt. SE¼SE¼ | 1 | 24 | 28.40 | 1.5 | John C. Woolley |
| E. pt. SW¼SE¼ | 1 | 25 | 11.00 | 1.5 | Robert F. Brashar |
| NW pt. SW¼SE¼ | 2 | 25 | 3.56 | 1.5 | Robert F. Brashar |
| SW pt. SW¼SE¼ | 3 | 25 | 4.18 | 1.5 | Florian and Juan Gonzales |
| W. pt. SE¼SW¼ | 2 | 26 | 4.29 | 1.5 | Billy Cheatham |
| E. pt. SE¼SW¼ | 2-A | 26 | 26.25 | 1.5 | Florian and Juan Gonzales |
| SW¼SW¼ | 3 | 27 | 30.08 | 1.5 | Billy Cheatham |
| | | | 351.52 | | |

Section 2, Township 1 South, Range 2 East, Martin and Borders Subdivision

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| E. pt. NE¼NE¼ | 3 | 4 | 4.46 | 1.5 | Juan Mares |
| S. pt. NE¼NE¼ | 4 | 4 | 4.20 | 1.5 | K. A. Heron |
| W. pt. NE¼NE¼ | 5 | 4 | 7.54 | 1.5 | Wayne Williams |
| W. pt. NW¼NE¼ | 2 | 5 | 4.40 | 1.5 | K. A. Heron |

3

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| SW pt. NW¼NE¼ | 3 | 5 | 1.14 | 1.5 | Paul Dannevik |
| E. pt. NW¼NE¼ | 4 | 5 | 2.60 | 1.5 | Paul Dannevik |
| NW¼NE¼ | 5 | 5 | 19.26 | 1.5 | Truman Smith |
| S. pt. NE¼NW¼ | 2 | 9 | 10.41 | 1.5 | Truman Smith |
| N. pt. NE¼NW¼ | 3 | 9 | 20.48 | 1.5 | Truman Smith |
| NE pt. NW¼NW¼ | 2 | 10 | 9.50 | 1.5 | Dock Thurman |
| SE¼NE¼ | 1 | 15 | 5.10 | 1.5 | K. A. Heron |
| SE pt. SE¼NE¼ | 2 | 15 | 0.70 | 1.0 | K. A. Heron |
| S. pt. SE¼NE¼ | 3 | 15 | 0.70 | 1.5 | Paul Dannevik |
| NE pt. SE¼NE¼ | 4 | 15 | 7.12 | 1.5 | Juan Mares |
| NW pt. SE¼NE¼ | 6 | 15 | 3.84 | 1.5 | Wayne Williams |
| NW pt. SW¼NE¼ | 1 | 16 | 3.55 | 1.5 | Paul Dannevik |
| NE pt. SW¼NE¼ | 2 | 16 | 0.29 | 1.5 | Paul Dannevik |
| SW pt. SW¼NE¼ | 3 | 16 | 2.05 | 1.5 | K. A. Heron |
| S. pt. SW¼NE¼ | 4 | 16 | 7.30 | 1.5 | Paul Dannevik |
| W. pt. SW¼NE¼ | 5 | 16 | 1.18 | 1.5 | S. B. Williams |
| NE pt. SE¼NW¼ | 1 | 17 | 1.16 | 1.5 | Truman Smith |
| E. pt. SE¼NW¼ | 4 | 17 | 1.26 | 1.5 | D. W. Overly |
| NE¼SE¼ | 1 | 22 | 25.10 | 1.0 | K. A. Heron |
| SW pt. NE¼SE¼ | 2 | 22 | 0.70 | 1.0 | K. A. Heron |
| S. pt. NE¼SE¼ | 3 | 22 | 6.56 | 1.0 | K. A. Heron |
| SE pt. NW¼SE¼ | 5 | 23 | 17.00 | 1.5 | Truman Smith |
| SE¼SE¼ | 1 | 28 | 16.80 | 1.0 | K. A. Heron |
| SW pt. SE¼SE¼ | 2 | 28 | 4.00 | 1.5 | K. A. Heron |
| SW¼SE¼ | 1 | 29 | 35.00 | 1.5 | D. W. Overly |
| | | | 223.40 | | |

Section 35, Township 1 North, Range 2 East, Martin and Borders Subdivision

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| SW pt. SW¼SE¼ | 1 | 6 | 0.90 | 1.5 | K. A. Heron |
| SE pt. SE¼SW¼ | 1 | 7 | 0.80 | 1.5 | K. A. Heron |
| SW pt. SE¼SW¼ | 4 | 7 | 9.00 | 1.5 | S. B. Williams |
| S. pt. SW¼SW¼ | 1 | 8 | 13.53 | 1.5 | Dock Thurman |
| | | | 24.23 | | |

Section 11, Township 1 South, Range 2 East, Martin and Borders Subdivision

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| NE¼NE¼ | 1 | 34 | 35.30 | 1.5 | John C. Woolley |
| NW¼NE¼ | 2 | 35 | 30.22 | 1.5 | D. W. Overly |
| NE¼NW¼ | 3 | 36 | 31.60 | 1.5 | D. W. Overly |
| SE pt. NW¼NW¼ | 1 | 37 | 14.07 | 1.5 | L.R. & Alice J. Wood |
| NE pt. SE¼NE¼ | 1 | 42 | 7.80 | 1.5 | L.R. & Alice J. Wood |
| NW pt. SE¼NE¼ | 2 | 42 | 6.95 | 1.5 | L.R. & Alice J. Wood |
| SW¼NE¼ | 1 | 43 | 25.80 | 1.5 | L.R. & Alice J. Wood |
| SE¼NW¼ | 1 | 44 | 37.00 | 1.5 | L.R. & Alice J. Wood |
| SW¼NW¼ | 1 | 45 | 26.20 | 1.5 | L.R. & Alice J. Wood |

4

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| NW pt. NW¼SE¼ | 1 | 48 | 7.87 | 1.5 | L.R. & Alice J. Wood |
| NE pt. NE¼SW¼ | 1 | 49 | 19.50 | 1.5 | L.R. & Alice J. Wood |
| W. pt. NE¼SW¼ | 2 | 49 | 4.00 | 1.5 | L.R. & Alice J. Wood |
| E. pt. NW¼SW¼ | 1 | 50 | 7.66 | 1.5 | L.R. & Alice J. Wood |
| E. pt. SW¼SW¼ | 1 | 54 | 14.10 | 1.5 | L.R. & Alice J. Wood |
| | | | 268.07 | | |

Section 12, Township 1 South, Range 2 East, Martin and Borders Subdivision

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| W. pt. NE¼NE¼ | 1 | 30 | 22.22 | 1.5 | Ralph Fishgrab |
| NW pt. NE¼NE¼ | 2 | 30 | 3.20 | 1.5 | John C. Woolley |
| S. pt. NW¼NE¼ | 1 | 31 | 15.23 | 1.5 | Virgil Bishop |
| SE pt. NW¼NE¼ | 2 | 31 | 4.60 | 1.5 | Virgil Bishop |
| NW pt. NW¼NE¼ | 3 | 31 | 2.00 | 1.5 | Virgil Bishop |
| NE¼NW¼ | 1 | 32 | 36.56 | 1.5 | Florian and Juan Gonzales |
| NW¼NW¼ | 1 | 33 | 38.80 | 1.5 | John C. Woolley |
| SE¼NE¼ | 1 | 38 | 35.00 | 1.5 | Virgil Bishop |
| N. pt. SW¼NE¼ | 2 | 39 | 12.50 | 1.5 | Virgil Bishop |
| S. pt. SW¼NE¼ | 3 | 39 | 25.11 | 1.5 | Luke Carter |
| NW pt. SE¼NW¼ | 1 | 40 | 10.00 | 1.5 | Luke Carter |
| E. pt. SE¼NW¼ | 2 | 40 | 8.00 | 1.5 | Luke Carter |
| N. pt. SW¼NW¼ | 1 | 41 | 13.10 | 1.5 | L.R. & Alice J. Wood |
| NE¼SE¼ | 1 | 46 | 3.30 | 1.0 | John C. Woolley |
| E. pt. NE¼SE¼ | 2 | 46 | 12.40 | 1.5 | John C. Woolley |
| W. pt. NE¼SE¼ | 3 | 46 | 22.30 | 1.5 | John C. Woolley |
| NE pt. NW¼SE¼ | 4 | 47 | 10.00 | 1.5 | Luke Carter |
| SE pt. NW¼SE¼ | 5 | 47 | 0.87 | 1.5 | Luke Carter |
| N. pt. SE¼SE¼ | 1 | 51 | 1.70 | 1.0 | John C. Woolley |
| NE pt. SE¼SE¼ | 2 | 51 | 2.70 | 1.5 | John C. Woolley |
| SE¼SE¼ | 3 | 51 | 28.80 | 1.5 | John C. Woolley |
| SW pt. SE¼SE¼ | 4 | 51 | 1.10 | 1.5 | John C. Woolley |
| NE pt. SW¼SE¼ | 6 | 52 | 1.72 | 1.5 | Luke Carter |
| E. pt. SW¼SE¼ | 7 | 52 | 1.14 | 1.5 | Luke Carter |
| SE pt. SW¼SE¼ | 8 | 52 | 2.04 | 1.5 | Luke Carter |
| | | | 314.39 | | |

Section 13, Township 1 South, Range 2 East, Martin and Borders Subdivision

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| NW pt. NE¼NE¼ | 1 | 55 | 14.40 | 1.5 | John C. Woolley |
| SE pt. NE¼NE¼ | 2 | 55 | 13.50 | 1.5 | John C. Woolley |
| NE pt. NW¼NE¼ | 1 | 56 | 3.00 | 1.5 | L.R. & Alice J. Wood |
| SE¼NE¼ | 1 | 59 | 32.70 | 1.5 | John C. Woolley |
| SE pt. SW¼NE¼ | 1 | 60 | 1.40 | 1.5 | L.R. & Alice J. Wood |
| | | | 65.00 | | |

5

Section 14, Township 1 South, Range 2 East, Martin and Borders Subdivision

| Subdivision | Parcel No. | Tract No. | Acres | Water Duty Ac.Ft. per Ac.per Annum | Owner |
|---|---|---|---|---|---|
| W. pt. NW¼NW¼ | 1 | 58 | 16.60 | 1.5 | L.R. & Alice J. Wood |
| NE pt. NW¼NW¼ | 2 | 58 | 3.44 | 1.5 | L.R. & Alice J. Wood |
| W. pt. SW¼NW¼ | 1 | 61 | 19.40 | 1.5 | L.R. & Alice J. Wood |
| | | | 39.44 | | |

the same to be used as above stated, and can be changed only as provided by law, and provided that the total amount of water from all combined sources shall not exceed 1 or 1½ acre feet per acre per annum delivered upon said land described hereinbefore, and further provided that this license be not exercised to the detriment of any other persons having prior, valid and existing rights to the use of the waters of this stream system.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this _17th_ day of _July_, 1970.

S. E. Reynolds
State Engineer

By: _H. E. Gray_
D. E. Gray
Chief
Water Rights Division

6