

A. K. BARR, Agent
CHAMA, NEW MEXICO

September 6, 1944

FILED
SEP 7 1944
OFFICE STATE ENGINEER
SANTA FE, N.M.

Mr. Thomas M. McClure
State Engineer's Office
Santa Fe, New Mexico

Dear Mr. McClure:

The town of Chama has irrigated their lawns and gardens for some forty years with water out of a ditch that comes out of the Chama River above Chama and Mr. K. A. Heron, through some one of his little corporations, filed on some water some time past and used the town ditch that has been built some forty years to bring the water as far as Chama and then he built a new ditch to carry the water to his farming project. Mr. Heron, now it appears, is going to attempt to stop the town's people from using any of this ditch water as he has erected a solid concrete curb where the take-off of the town supply has been for many years.

This ditch from the river to the town was built forty years ago by Col. Frank Broad and the citizens of this town are under the impression that he donated the ditch rights to the town, but whether there was a formal filing made in his name years ago, we are not sure about, but we do feel that through many years of use we have, no doubt, established a right that may have to be adjudicated in the courts.

Any information that you could give us in regard to our rights, we will appreciate it very much.

I am merely acting as a water user individual as there is no ditch committee organized here.

Very truly yours,

A. K. Barr

ab/dlb

WESTERN DEPARTMENT, 222 WEST ADAMS STREET, CHICAGO.
"Specify Stock Company Fire Insurance"