FILED

MAY 28 1948

OFFICE STATE ENGINEER
SANTA FE, N. M.

Chama, New Mexico

May 26, 1948

Honorable John Bliss
State Engineer
Santa Fe, New Mexico

Re: Town of Chama Ditch

Dear Mr. Bliss:

As the records in your office will show, there was constructed long prior to 1907 an irrigation and domestic water ditch, commonly known as "Town of Chama Ditch," which has always been operated as a community ditch by the residents and users at Chama.

As shown by the original records in your office, Application No. 585, filed by Frank W. Broad, recognized the prior rights established in the townspeople of Chama to the use of the water flowing through the ditch, and Mr. Broad was entitled only to the surplus water "after being used in said town to irrigate a tract of land lying west of the Town of Chama."

Again in 1915 H. L. Hall and William Rice made application to enlarge the "Town of Chama Ditch," and your records will disclose that nothing contained in that application sought to reduce in any way the amount of water being used by the townspeople of Chama.

In 1931 Hall and Heron filed Application No. 1974 to enlarge "the main ditch." "The main ditch" is obviously the original "Town of Chama Ditch." Here again the applicants merely seek to enlarge this old community ditch, and do not seek to cut off any prior rights established in the users at Chama.

Mr. Hall having died, Mr. Heron in 1941 made additional affidavit for the enlargement of the "Town of Chama Ditch," and that application is still pending.

While at no time has Heron or any other user of the water west of the Town of Chama actually sought to deprive the townspeople of the prior use of the water in the ditch, nevertheless we want no misunderstanding on the part of anyone that if, as and when the application of Mr. Heron is approved, that such rights as may be granted him by virtue of Application No. 1974 are subject and inferior to the prior rights of the inhabitants of the Town of Chama.

Page 2.

Honorable John Bliss

May 26, 1948

In order that we may keep posted of developments, we will appreciate your filing this letter in the file pertaining to Application No. 1974, and further request that you keep the towns people advised by notice to the undersigned, who will act as Secretary, of any proposed hearings or decisions made with respect to the Heron application.

Very truly yours,

Chama Ditch Association
By A. T. Barr, Secy.