CHAMA DITCH ASSOCIATION IN IT Application No. 565

Ditch # 1 Built 1900-1901

Chama N.M. Ditch users for 1977:

| ALLOTTED TIME: | |
|---|---|
| Harry Boyd Huntington | MONDAYS: 7AM to 9 AM |
| LeRoy Martinez | 9AM to 11 AM |
| Mel Hurd | 11AM to 1 PM |
| Joe Gilbert Ulibarri | 1 PM to 3 PM |
| Phil Gallegos | 3 PM to 5 PM |
| Oscar Hughes | 5 PM to 7 PM |
| Floyd Smith | 7 PM to 9 PM |
| Phil Archuletta | 9 PM to 11 PM |
| | TUESDAYS: |
| Joe Vigil | 7 AM to 9 AM |
| Robert Highfill | 9 AM to 11 AM |
| Monroe Fox | 11 AM to 1 PM |
| Abe Jaramillo Sr. | 1 PM to 3 PM |
| Vera Alcon | 3 PM to 5 PM |
| Bennie Manzanares | 5 PM to 7 PM |
| Mrs. Betty Martin | 7 PM to 9 PM |
| | WEDNESDAYS: |
| Ernesto Felix | 7 AM to 9 AM |
| George Knauff | 9 AM to 11 AM |
| Sam Benavidez | 11 AM to 1 PM |
| Nick Rivas | 1 PM to 3 PM |
| Fernendo Trujillo | 3 PM to 5 PM |
| Filiberto Sanchez | 5 PM to 7 PM |
| K.R.Lively | 7 PM to 9 PM |
| | THURSDAYS: |
| Mrs. J.B. Martinez | 7 AM to 9 AM |
| Mrs. Margaret Valdez | 9 AM to 11 AM |
| John W. Mann (%Larry Mann) | 11 AM to 1 PM |
| Joe Vigil | 1 PM to 3 PM |
| Murph Shomaker | 3 PM to 5 PM |
| Fidel Romero | 5 PM to 7 PM |
| Felix Gallegos | 7 PM to 9 PM |
| | FRIDAYS: |
| Alvaro Tafoya | 5 AM to 7 AM |
| J.R.Garcia | 7 AM to 9 AM |
| Mrs. Placido Quintana | 9 AM to 11 AM |
| A.K.Barr | 11 AM to 3 PM |
| Abe Gallegos | 3 PM to 5 PM |
| Bill Peters | 5 PM to 7 PM |
| Mike Alcon | 7 PM to 9 PM |
| | SATURDAYS: |
| Clovis Butterworth | 7 AM to 9 AM |
| Mrs Lucy Lucero | 9 AM to 11 AM |
| Western Pine Industries | 11 AM to 1 PM |
| Ben Branch | 1 PM to 3 PM |
| Joe Rackley | 3 PM to 5 PM |
| Catholic Church | 5 PM to 7 PM |
| M.E. Weaver | 7 PM to 9 PM |
| | SUNDAYS: |
| John Miller | 7 AM to 9 AM |
| M.W.Kelly | 9 AM to 1 PM |
| M.E.Weaver | 1 PM to 3 PM |
| Edward Vigil Sr. | 3 PM to 5 PM |
| Larry Jones | 5 PM to 7 PM |
| Presby. Church | 7 PM to 9 PM |
| C.L. Harding | NO TIME SET |
| Bill Mundy | " " " |

'77 DEC 19 PM 12 46

STATE ENGINEER OFFICE
SANTA FE, N.M. 87501

COPY TO N.M. STATE ENGINEER DECEMBER 19, 1977. Certified mail.

RESPECTFULLY SUBMITTED

CHAMA DITCH ASSOCIATION

by *Mike Kelly*
Mike Kelly
Secy Treas.