1974

Original

29 3035

READ INSTRUCTIONS ON BACK BEFORE FILLING IN THE BLANKS

FILED NOV 27 1931 OFFICE STATE ENGINEER SANTA FE, N. M.

# APPLICATION FOR PERMIT

## To Appropriate the Public Waters of the State of New Mexico

(The Filing Maps Shall Accompany This Application)

No. 1974 Surface Waters

1. Date of receipt of application November 27th 1931
2. Name of Applicant H. L. Hall and Kenneth A. Heron

   Post Office Address Chame County of Rio Arriba State of New Mexico.
3. If applicant is a corporation, give
   - (a) Date and place of organization of corporation
   - (b) The amount of capital stock, $ (c) The amount paid in, $
   - (d) The names and address of Directors
4. Quantity of unappropriated water claimed to be required for intended use 2,924 acre feet

   (Important—See Note on Back)
   - (a) By Diversion 2,924 acre ft. or/and (b) By Storage acre feet
   - (c) Additional Information:
5. Periods of annual use 2,924 ac. ft. per acre from April 1st to November 1st (During Irrigation Season)

   ac. ft. per acre from to (During Winter—See Instructions)
6. Source of water-supply (a) Name of source: Chama River and Little Chama River.

   (b) Which is a tributary of Rio Grande

   or is situated in Sec. T. R.
7. Location of point of diversion or outlet from storage reservoir:

   Bears North 49 degrees 33 minutes East, 9778.5 feet distant from the Northwest Corner of Section Thirty One, Township One North, Range Three East, of Martin and Borders Subdivision Tierra Amarilla Grant, Rio Arriba County New Mexico. Range
8. To be used for Irrigation and Domestic and Stock use. purposes

IRRIGATION AND DOMESTIC USE

- (a) Number of acres to be irrigated 1,949 acres.
- (b) In the following legal subdivision Sections 1, 2, 11, 12, 13 and 14, Township 1 South, Range 2 East; Sections 6, 7 and 18 in Township 1 South Range 3 East and, Section 31, in Township 1 North, Range 3 East and Section 35 in Township 1 North, Range 2 East.

( See exhibit " A " inserted herein for detailed list of lands to be irrigated ).

A second point of diversion is located on the Little Chama River at a point from which the Northwest Corner of Section Thirty - one, Township 1 North, Range 3 East, bears North 82 degrees, 15 minute West, 1005.00 feet.



1974

MANUFACTURING, MINING AND POWER PURPOSES

(a) Quantity of water ______ sec. ft. to be used for ______

(b) Power to be generated ______ H. P.

(c) Conducted by ______ (Conduit)

feet in length from a point which bears ______ (Locate Point of Diversion or Intake)

to a point where water will be returned to stream undiminished in quantity whence the ______ of Sec. ______ Township ______ Range ______ bears ______ (Locate Point of Return)

9. Remarks ______

10. Estimated cost of work $ 10,000.00

11. Description of diversion works Rock and brush dam to be placed each year as required.

CANAL, DITCH OR CONDUIT

(a) Size of headgate. Width 8.0 ft.; Height 2.0 ft. (b) Width of canal or ditch at bottom 4.0 ft.; Width at water line 10.9 ft.; Depth of Water 2.3 ft.; Grade of ditch is .001 The slopes of said canal or ditch are 1½ to 1; Free Board is 1.0

Size of conduit ______; Average grade per 1000 ft. of conduit is ______ feet; Capacity 31.53 sec. ft.; Length of main canal, ditch or conduit is 6 miles and crosses the following sections:

Unsurveyed land 1 mile approximately

Sec. 30 and 31, T. 1 N., R. 3 E., Sec. 6, T. 1 S., R. 3 E. and Sec. 1 and 2, T. 1 S., R. 2 E.

STORAGE WORKS

(a) Maximum height of dam ______ ft.; Length of dam on top ______ ft.; Maximum width of dam on top ______ ft.; Maximum width of dam on bottom ______ ft. Character and composition of dam ______

Estimated cost of dam $ ______ Storage capacity in elevations of multiples of five feet is ______

REMARKS:

All of the lands described are in Martin and Borders' Subdivision, Tierra Amarilla Grant, Rio Arriba County, New Mexico.

12. Other reservoirs and canals, name or number, location, size and capacity of each as above ______

13. The time required to begin construction (one year) 12 months. The time required to complete the works 60 months months. The time required to fully apply the water to a beneficial use on the irrigable land herein described 60 months.

14. Reference Rio Arriba State Bank and Chama Mercantile Company, (Give name of bank and merchant reference)

Chama, New Mexico.

We H. L. Hall and Kenneth A. Heron, do solemnly swear that the statements and answers to questions in this application are true to the best of my knowledge and belief.

NOTE:—Claimant SHALL, before signing, be sure that the above is filled out fully in accordance with the instructions on the back.

Claimant H L Hall
Kenneth A Heron

Subscribed and sworn to before me, this 23rd day of Nov 1931

[signature], Notary Public.

My Commission expires 1/11/35

1974

# APPROVAL OF STATE ENGINEER

The number of this permit is 1974
Recorded in Book "K", Page 1974
Date of receipt of Notice of Intention ---------
Date of receipt of Formal Application Nov. 27 th, 1931
Date returned for correction Nov. 28th, 1931
Date received corrected Dec. 12th, 1931

Publication of Notice ordered: Dec. 12th, 1931
Name of Paper La Voz del Rio Grande
Affidavit of Publication filed Jan. 21st, 1932
Date of Approval by State Engineer Feb. 27th, 1932

APPROVAL

(a) For 2,924 acre feet delivered on the land.
(b) For ............ acre feet of storage.

REMARKS

This Application is approved provided it is not exercised to the detriment of any others having prior, valid and existing rights to the use of said waters.

The construction of the within described works to be commenced not later than February 27th, 1932

One-fifth of the work above specified to be completed on or before ............

The whole or said work to be completed on or before February 27, 1935

The time for application to beneficial use shall not be later than February 27th, 1935

This is to certify that I have examined the within application for a permit to appropriate the public waters of the State of New Mexico, and hereby approve the same, subject to the foregoing proviso and conditions:

Witness my hand this 27th day of February 1932

Geo. M. Neel
State Engineer.

STATE OF NEW MEXICO } ss.
Office of State Engineer

## EXTENSIONS

This is to certify that, after considering the merits of the application for an Extension of Time, filed in connection with the foregoing permit on the ............ day of ............, 19......

I have issued the certificate for said extension this ............ day of ............, 19......

extending the dates as follows:

The construction work ............
One-fith of the work ............
The whole of said work ............
Application to beneficial use not later than ............

Witness my hand, this ............ day of ............, 19......

State Engineer.

STATE OF NEW MEXICO } ss.
Office of State Engineer

This is to certify that, after considering the merits of the application for an Extension of Time, filed in connection with the foregoing permit on the ............ day of ............, 19......

I have issued the certificate for said extension this ............ day of ............, 19......

extending the dates as follows:

The construction work ............
One-fifth of the work ............
The whole of said work ............
Application to beneficial use not later than ............

Witness my hand, this ............ day of ............, 19......

State Engineer

1974

# Instructions and Explanations for Filling Out Formal Applications

## READ CAREFULLY

## This Blank To Be Made Out in Duplicate and Typewritten

**NOTE:—For irrigation purposes, give the proposed appropriation in acre feet to be delivered on the land. Over 3 acre feet per acre is considered excessive.**

**The State Agricultural College, State College, N. Mex., or the U. S. Reclamation Service, Washington, D. C., will give you valuable information as to the duty of water for different crops raised in western states by irrigation.**

Sec. 1. Do not fill in section one. This blank is left for the State Engineer.

Sec. 2. Fill in the name of the applicant and address.

Sec. 3. If applicant is a corporation, company or firm fill out blanks under section three. Give date of filing certificate of incorporation with the Corporation Commission.

Sec. 4. Quantity of water claimed should be given in acre feet to be delivered on the land and beneficially used. An amount of water sufficient to cover the ground 2 to 3 feet deep is generally considered plenty if beneficially used. The amount of water to be used wholly or partly by direct diversion shall be noted in the blank space after (a); the amount of water to be used wholly or partly by means of storage shall be noted in the blank space after (b); also under (c) give any information necessary to properly state the claim to water or to define the use of the works.

Sec. 5. The periods of annual use and the duty of water for each shall be noted. In case of irrigation projects when it is asked to use the total amount of water continuously, it will be necessary to **DESCRIBE FULLY TO WHAT USE THE WATER WILL BE PUT DURING THE WINTER MONTHS.**

Sec. 6. Each blank under this section shall be filled out.

Sec. 7. The point of diversion shall be indicated by course and distance as required as well as by sub-division, whether on unsurveyed land or not. If on unsurveyed lands, describe the location fully, and in addition project out the section and township lines from the nearest accepted government survey, and give the quarter section, township and range in which the diversion will probably fall. Show the projections properly indicated on the maps.

The point of diversion in a purely direct diversion proposition is the point where the water is taken directly out of the river, arroyo or water course, and is also the same in a storage proposition where the water is diverted from the stream to store in an outside reservoir, but where the reservoir is formed by a storage dam across the water course then the point of diversion is at the outlet of said reservoir.

Sec. 8. State all purposes for which the water is to be used: If for irrigation, state under (a) the total number of acres to be irrigated; under (b) the location of land to be irrigated. If for mining or power purposes, fill out blank sections for that purpose an dgive the appropriation in cubic feet per second. When same water is to be used for several purposes, fill out all blanks referring to the different purposes.

Sec. 9. Is for further description of the proposed works.

Sec. 10. Give estimated cost of total construction work.

Sec. 11. Describe works of diversion. Under storage works fill out all blank sections for such purposes. The estimated cost of dam or dams shall be figured as close as possible and filled in. If there is more than one reservoir give the required data for reservoir No. 2, etc., under Sec. 12.

Sec. 12. Is for other descriptions necessary to define the application.

Sec. 13. In your estimation give the time it will take to commence, complete and apply the water to a beneficial use after the application is approved.

Sec. 14. Is to give a reference of some bank and merchant.

Claimant shall sign affidavit to above statements before a Notary or other proper official qualified to administer oaths. Be sure he is legally qualified to take your oath.

**If the application is to enlarge an old proposition or to amend a permit, fill out this blank only to cover the enlarged or amended portion, then state under Sec. 12 the required data necessary to define the old works.**

FEES—Should applicant ask in this blank for a greater amount of water either by storage or direct diversion than asked for in the notice, the additional fees required shall accompany.

Exhibit "A"

| Section 31, | Township 1 North, | Range 3 East, | NW¼NW¼ | 12 acres irrigable |
|---|---|---|---|---|
| | | | SW¼NW¼ | 10 |
| | | | NW¼SW¼ | 5 |
| | | | SW¼SW¼ | 5 |
| 6, | 1 South, | 3 East, | SE¼NW¼ | 3 |
| | | | NW¼NW¼ | 5 |
| | | | SW¼NW¼ | 35 |
| | | | NW¼SW¼ | 40 |
| | | | SW¼SW¼ | 35 |
| | | | NE¼SW¼ | 4 |
| 7, | | | NW¼NW¼ | 27 |
| | | | SW¼NW¼ | 9 |
| | | | NW¼SW¼ | 18 |
| | | | SW¼SW¼ | 15 |
| 18, | | | NW¼NW¼ | 40 |
| | | | SW¼NW¼ | 40 |
| 35, | 1 North, | 2 East, | SE¼SW¼ | 9 |
| | | | SW¼SW¼ | 14 |
| 1, | 1 South, | 2 East, | NE¼NE¼ | 10 |
| | | | SE¼NE¼ | 38 |
| | | | SW¼NE¼ | 18 |
| | | | NE¼NW¼ | 15 |
| | | | SE¼NW¼ | 38 |
| | | | SW¼SW¼ | 38 |
| | | | NW¼NW¼ | 10 |
| | | | SE¼ | 160 |
| | | | SW¼ | 160 |
| 2, | | | NE¼NE¼ | 12 |
| | | | SE¼NE¼ | 25 |
| | | | NW¼NE¼ | 23 |
| | | | NE¼NW¼ | 32 |
| | | | NW¼NW¼ | 32 |
| | | | NE¼SE¼ | 35 |
| | | | SE¼SE¼ | 40 |
| | | | SW¼SE¼ | 35 |
| | | | NW¼SE¼ | 9 |
| 11, | | | N½NE¼ | 80 |
| | | | SE¼NE¼ | 15 |
| | | | SW¼NE¼ | 35 |
| | | | ~~NW¼SE¼~~ | ~~10~~ |
| | | | E½SW¼ | 80 |
| | | | SE¼NW¼ | 35 |
| | | | NE¼NW¼ | 22 |
| 12, | | | N½N½ | 160 |
| | | | SE¼NE¼ | 40 |
| | | | SW¼NW¼ | 15 |
| | | | SW¼NE¼ | 38 |
| | | | SE¼NW¼ | 18 |

| | | | |
|---|---|---|---|
| Section 12, | Township 1 South, Range 2 East, | E½SE¼, | 80 acres irrigable |
| | | NW¼SE¼ | 10 |
| | | SW¼SE¼ | 8 |
| 13, | | NE¼NE¼ | 38 |
| | | SE¼NE¼ | 39 |
| | | NW¼NE¼ | 5 |
| | | SW¼NE¼ | 2 |
| 14, | | SW¼ | 160 |
| 2, | | SESW¼ | 3 |

Total number of acres to be irrigated, 1,939.00

All of the above lands are within the Martin and Borders' Subdivision, Tierra Amarilla Grant, Rio Arriba County, New Mexico. Attention is aalled to the fact that the township and range as stated are private and do not conform to New Mexico Meridian townships and ranges as contained in the U. S. Land Office survey descriptions.