IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,           69cv7941-MV/LFG
vs.          RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.,*          Section 7, Village of Chama

        Defendants.

**SCHEDULING AND PROCEDURAL ORDER FOR DETERMINATION OF
PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS
IN THE VILLAGE OF CHAMA SUBSECTION OF SECTION 7
OF THE RIO CHAMA STREAM SYSTEM**

This Order is entered by the Court pursuant to Fed.R.Civ.P. 16(b) to guide the course of the determination of priority dates and irrigation water requirements in the Village of Chama Subsection of Section 7 of the Rio Chama Stream System ("Chama Village Subsection").

**I.    DETERMINATION OF PRIORITY DATES.**

    A.    Under the November 19, 2002, procedural order for the adjudication of surface water irrigation rights in Section 7, the adjudication of priority dates and irrigation water requirements will be initiated by the State following the completion of individual subfile activity. [Doc. 6939]. The adjudication of the elements of water rights in individual subfiles in the Chama Village Subsection for irrigation water use is now complete with the exception of the determination of priority dates and irrigation water requirements.

    B.    The State of New Mexico proposes the determination of the following ditch-wide priority dates for irrigated lands under pre-1907 ditches located in the Chama Village Subsection as

described below:

| DITCH | PRIORITY DATE |
|---|---|
| Chama Town Ditch* | 1899 |
| Chama Valley Ditch | 1893 |
| Chama Valley Ditch No. 1 | 1890 |
| Chama Valley Ditch No. 3 | 1890 |
| Tuck Creek Diversion No. 1 | 1900 |
| Unnamed Ditch No. 4 | 1890 |

* with the exception of lands irrigated under a permit or license from the State Engineer as described below.

C.    The State of New Mexico proposes the determination of the following priority dates for lands in the Chama Village Subsection that are irrigated under a final license issued by the Office of the State Engineer, or under an approved permit for the transfer of irrigation water rights, as described below:

| DITCH or SUBFILE | OSE LICENSE | PRIORITY DATE |
|---|---|---|
| CHCV-001-0002<br>Orlando C. Beasely | No. 967 | February 19, 1915 |
| Chamita Valley Ditch | No. 968 | February 19, 1915 |
| Valley Ditch | No. 1242 | September 27, 1918 |
| Ranch 101 Ditch | No. 1241 | June 7, 1918 |
| M-B Ditch | No. 1974 | November 27, 1931 |

TRANSFERRED RIGHTS

| Move-to Location | OSE PERMIT | PRIORITY DATE |
|---|---|---|
| CHCV-001-0003<br>Mary Jean Miller | No. 1545 & 1699<br>into 1974-E | December 4, 1922 |
| CHCV-001-0004<br>Jessie Fisher | No. 1545 & 1699<br>into 1974-E-A | December 4, 1922 |
| CHCV-001-0005<br>Chama Valley Independent<br>School District No. 19 | No. 1545 & 1699<br>into 1974-F | December 4, 1922 |

| | | |
|---|---|---|
| CHCV-003-0001<br>Porter Family Trust | No. 1974-B (3) | November 27, 1931 |
| CHCV-003-0002(B)<br>Dustin Boyd | No. 1974-B & 1974-B (2) | November 27, 1931 |
| CHCV-006-0001<br>Donald M. Graham<br>Janice Graham | No. 1545 into 1242<br>& 01792 | December 4, 1922 |
| CHCV-006-0002<br>Sky Mountain Resort<br>RV Park | No. 1545 into 1242<br>& 01792 | December 4, 1922 |

D.   The State of New Mexico proposes the determination of the following priority dates for irrigation water use on lands irrigated by the Jicarilla Apache Nation under an approved permit for the transfer of water rights issued by the Office of the State Engineer, or for lands irrigated from a pre-basin groundwater well located on the Jicarilla Apache Reservation and used for irrigation purposes, as described below:

| Subfile No. | Acres | Ditch and/or Well(s) | Priority Date |
|---|---|---|---|
| CHCV-001-0006 | 92.5 | Mound Well<br>Willow Creek Well | March 24, 1964 |
| | 181.8 | Little Willow Creek<br>North Ditch | December 4, 1922 |
| | | Mound Well<br>Willow Creek Well | March 24, 1964 |
| | 23.2 | Little Willow Creek<br>North Ditch | February 2, 1926 |
| | | Mound Well<br>Willow Creek Well | March 24, 1964 |
| CHCV-005-0005 | 9.0 | Little Willow Creek<br>South Ditch | August 1, 1902 |

|  |  |  |  |
|---|---|---|---|
|  | 88.15 | Vaughn Well No. 1 | August 14, 1963 |
| CHCV-006-0006 | 50.75 | Vaughn Well No. 1 | August 14, 1963 |
|  | 5.10 | Iron Spring Well | April 25, 1964 |
|  | 24.2 | Vaughn Well No. 1<br>Iron Spring Well | August 14, 1963 |
| CHCV-008-0001 | 8.4 | Bear Canyon Well | May 1, 1964 |
|  | 160.6 | Iron Spring Well<br>Bear Canyon Well | April 25, 1964 |
| CHCV-009-0001 | 88.26 | Well RG-19060 | February 17, 1970 |

E. The adjudication of water right priorities in the Chama Village Subsection shall be completed in a show cause proceeding modeled on the process used in the determination of priority dates in Section 5 (Rio Gallina). *See Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Rio Gallina Section of the Rio Chama Stream System* filed August 8, 2007 (Doc. No. 8752). The form of notice will inform the defendants that the Court has entered an Order that requires them to file an objection with the Court if they disagree with either: (1) the priority date proposed by the State for their own irrigation water rights or (2) the priority dates proposed by the State for any other irrigation water rights in the Chama Village Subsection. The Notice and Order to Show Cause will be served by mail on all individual subfile defendants in the Chama Village Subsection, including the United States and the Commissioners of each community ditch in the Chama Village Subsection that is a party to these proceedings. In the absence of an objection to the priority dates proposed by the State, the Court will enter a final order with respect to priority dates of all irrigation water rights in the Chama Village Subsection. This determination of priority dates shall be subject to the right of water rights claimants in other Sections, or in other Subsections of Section 7, to object prior to the entry of a final decree. The defendants in the Chama

Village Subsection will be informed that they will have no other opportunity to protest priority date determinations of the irrigation water rights in the Chama Village Subsection, and that subsequent *inter se* proceedings in the Chama Village Subsection will not include the opportunity to object to those determinations.

In cases where defendants in the Chama Village Subsection have previously agreed with the State on the priority for their water rights, and those priority dates have been incorporated into subfile orders entered by the Court, those priority dates cannot be challenged by those defendants. Other persons with standing may however file objections.

The State shall publish the Court's Notice and Order to Show Cause to inform defendants and all persons having water rights of any type in the Chama Village Subsection of their right to participate and offer evidence in support of objections to the proposed determination of priority dates for irrigation water rights in the Chama Village Subsection. The approved Notice shall be published once a week for four consecutive weeks in the *Rio Grande Sun*.

## II.     DETERMINATION OF IRRIGATION WATER REQUIREMENTS.

A.     The State proposes the determination of the following irrigation water requirements for irrigated lands under pre-1907 ditches located in the Chama Village Subsection as described below:

> a. The weighted consumptive irrigation requirement (CIR) is 1.05 acre-feet per acre per annum (ac-ft/ac/an).
>
> b. The farm delivery requirement (FDR) is 2.63 ac-ft/ac/an.
>
> c. The project diversion requirement (PDR) is 4.38 ac-ft/ac/an.

The ditches in the Chama Village Subsection to which these amounts would apply are those identified in paragraph I (B) above. The irrigation water requirements in the Chama Village

Subsection described above do not include diversion requirements associated with stockponds or other impoundments having valid water rights, which will be determined at a later date in these proceedings.

B.   The State proposes the determination of the following irrigation water requirements for irrigation water use on lands in the Chama Village Subsection that are irrigated with surface water under a final license issued by the Office of the State Engineer, or under an approved permit for the transfer of water rights, as described below:

CHCV-001-0002:          OSE License No. 967

   a.   CIR = 1.05 ac-ft/ac/an.
   b.   FDR = 2.0 ac-ft/ac/an.
   c.   PDR = 3.33 ac-ft/ac/an.

Chamita Valley Ditch:   OSE License No. 968

   a.   CIR = 1.05 ac-ft/ac/an.
   b.   FDR = 2.0 ac-ft/ac/an.
   c.   PDR = 3.33 ac-ft/ac/an.

Valley Ditch:           OSE License No. 1242
   a.   CIR = 1.05 ac-ft/ac/an.
   b.   FDR = 1.5 ac-ft/ac/an.
   c.   PDR = 2.5 ac-ft/ac/an.

The above irrigation water requirements will apply to all lands irrigated by the Valley Ditch under OSE License No. 1242 (including lands transferred to the Valley Ditch under OSE No. 1545 into 1242 & 01792) with the exception of the 73.9 acres of land described below.

Valley Ditch:           OSE License No. 1242

73.9 acres of land in Subfile CHCV-006-0005

   a.   CIR = 1.0 ac-ft/ac/an.
   b.   FDR = 1.0 ac-ft/ac/an.
   c.   PDR = 1.67 ac-ft/ac/an.

A copy of a map prepared by the Office of the State Engineer showing the location of the 73.9 acres of lands described above is available for inspection at the Office of the State Engineer in Santa Fe. Copies of this map shall also be included with the Court's Notice/Order mailed to the defendants in Subfile CHCV-006-0005.

<u>Ranch 101 Ditch:</u>   OSE License No. 1241

    a.    CIR = 1.05 ac-ft/ac/an.
    b.    FDR = 1.5 ac-ft/ac/an.
    c.    PDR = 2.5 ac-ft/ac/an.

<u>M-B Ditch:</u>   OSE License No. 1974

    a.    CIR = 1.05 ac-ft/ac/an.
    b.    FDR = 1.5 ac-ft/ac/an.
    c.    PDR = 2.5 ac-ft/ac/an.

The above irrigation water requirements will apply to all lands irrigated by the M-B Ditch under OSE License No.1974 with the exception of the lands in the locations described below.

<u>M-B Ditch:</u>   OSE License No. 1974

3.4 acres of land in Subfile CHCV-003-0003
0.1 acres of land in Subfile CHCV- 003-0004
63.4 acres of land in Subfile CHCV-003-0024
0.2 acres of land in Subfile CHCV-003-0025
0.2 acres of land in Subfile CHCV-003-0026
3.2 acres of land in Subfile CHCV-004-0002

    a.    CIR = 1.0 ac-ft/ac/an.
    b.    FDR = 1.0 ac-ft/ac/an.
    c.    PDR = 1.67 ac-ft/ac/an.

A copy of a map prepared by the Office of the State Engineer showing the location of the lands described above is available for inspection at the Office of the State Engineer in Santa Fe. Copies of this map shall also be included with the Court's Notice/Order mailed to the defendants in the above six subfiles.

TRANSFERRED RIGHTS

| <u>Move-to Location</u> | <u>OSE PERMIT</u> | <u>AMOUNT OF WATER</u> |
|---|---|---|
| CHCV-001-0003 | No. 1545 & 1699 into 1974-E | CIR = 1.05 ac-ft/ac/an<br>FDR = 1.5 ac-ft/ac/an<br>PDR = 2.5 ac-ft/ac/an |

| | | |
|---|---|---|
| CHCV-001-0004 | No. 1545 & 1699 into 1974-E-A | CIR = 1.05 ac-ft/ac/an<br>FDR = 1.5 ac-ft/ac/an<br>PDR = 2.5 ac-ft/ac/an |
| CHCV-001-0005 | No. 1545 & 1699 into 1974-F | CIR = 1.05 ac-ft/ac/an<br>FDR = 1.5 ac-ft/ac/an<br>PDR = 2.5 ac-ft/ac/an |
| CHCV-003-0001 | No. 1974-B (3) | CIR = 1.05 ac-ft/ac/an<br>FDR = 1.5 ac-ft/ac/an<br>PDR = 2.5 ac-ft/ac/an |
| CHCV-003-0002(B) | No. 1974-B & 1974-B (2) | CIR = 1.05 ac-ft/ac/an<br>FDR = 1.5 ac-ft/ac/an<br>PDR = 2.5 ac-ft/ac/an |
| CHCV-006-0001 | No. 1545 into 1242 & 01792 | CIR = 1.05 ac-ft/ac/an<br>FDR = 1.5 ac-ft/ac/an<br>PDR = 2.5 ac-ft/ac/an |
| CHCV-006-0002 | No. 1545 into 1242 & 01792 | CIR = 1.05 ac-ft/ac/an<br>FDR = 1.5 ac-ft/ac/an<br>PDR = 2.5 ac-ft/ac/an |

C. The State of New Mexico proposes the determination of the following irrigation water requirements for irrigation water use on lands irrigated by the Jicarilla Apache Nation under an approved permit for the transfer of water rights issued by the Office of the State Engineer, or for irrigation water use on lands irrigated from pre-basin groundwater wells located on the Jicarilla Apache Reservation and used for irrigation purposes, as described below:

| Subfile No. | CIR | FDR | PDR |
|---|---|---|---|
| CHCV-001-0006 | | | |
|     Groundwater | 1.05 ac-ft/ac/an | 2.63 ac-ft/ac/an* | not applicable |
|     Surface water | 1.05 ac-ft/ac/an | 1.5 ac-ft/ac/an | 2.5 ac-ft/ac/an |

CHCV-005-0005

| | | | |
|---|---|---|---|
| Groundwater | 1.05 ac-ft/ac/an | 2.63 ac-ft/ac/an* | not applicable |
| Surface water | 1.05 ac-ft/ac/an | 1.5 ac-ft/ac/an | 2.5 ac-ft/ac/an |

CHCV-006-0006

| | | | |
|---|---|---|---|
| Groundwater | 1.05 ac-ft/ac/an | 2.63 ac-ft/ac/an* | not applicable |

CHCV-008-0001

| | | | |
|---|---|---|---|
| Groundwater | 1.05 ac-ft/ac/an | 2.63 ac-ft/ac/an* | not applicable |

CHCV-009-0001

| | | | |
|---|---|---|---|
| Groundwater | 1.05 ac-ft/ac/an | 2.63 ac-ft/ac/an* | not applicable |

\* measured at the well

The irrigation water requirements in the Chama Village Subsection described above do not include diversion requirements associated with stockponds or other impoundments having valid water rights, which will be determined at a later date in these proceedings.

D.  The adjudication of irrigation water requirements in the Chama Village Subsection shall be completed in a show cause proceeding using the procedures described above in connection with the determination of priority dates for water rights in the Chama Village Subsection. The form of notice will inform the defendants that the Court has entered an Order that requires them to file an objection with the Court if they disagree with the irrigation water requirements proposed by the State for use in the Chama Village Subsection.   The Notice and Order to Show Cause will be served by mail on all individual subfile defendants in the Chama Village Subsection, including the United States and the Commissioners of each community ditch in the Chama Village Subsection that is a party to these proceedings.  In the absence of an objection to the irrigation water requirements proposed by the State, the Court will enter a final order with respect to irrigation water requirements

in the Chama Village Subsection. This determination of irrigation water requirements shall be subject to the right of water rights claimants in other Sections, or in other Subsections of Section 7, to object prior to the entry of a final decree. The defendants will be informed that they will have no other opportunity to protest the determination of irrigation water requirements in the Chama Village Subsection, and that subsequent *inter se* proceedings in the Chama Village Subsection will not include the opportunity to object to this determination.

In cases where defendants in the Chama Village Subsection have previously agreed with the State on the irrigation water requirements for their water rights, and those amounts have been incorporated into subfile orders entered by the Court, those amounts cannot be challenged by those defendants. Other persons with standing may however file objections.

The State shall publish the Court's Notice and Order to show Cause to inform defendants and all persons having water rights of any type in the Chama Village Subsection of their right to participate and offer evidence in support of objections to the proposed determination of irrigation water requirements in the Chama Village Subsection. The approved Notice shall be published once a week for four consecutive weeks in the *Rio Grande Sun*.

E.	The State shall coordinate the mailing and publication of the Notices regarding the determination of priority dates and irrigation water requirements so that these events and the stated deadlines therein occur in a coordinated manner. The two Notices will be combined in a single mailing.

The Notices shall be mailed to the last known address of individual subfile defendants as they are listed in the Court's records. The State shall not be required to make a determination of current ownership of any tracts, nor mail notices to persons that are not a party to these proceedings. A successor-in-interest to an individual subfile defendant may request substitution of parties under

Fed.R.Civ.P. 25(c) in order to participate in these proceedings.

  F. After the deadline has expired for filing protests to the proposed determination of priority dates and irrigation water requirements, the State shall submit a proposed scheduling and procedural order to address and resolve any objections that are filed with the Court.

  **IT IS SO ORDERED.**

*Lorenzo F. Garcia*
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE