IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7, Village of Chama |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that pursuant to the May 30, 2013 *Scheduling and Procedural Order for the Determination of Priority Dates and Irrigation Water Requirements in the Village of Chama Subsection of Section 7 of the Rio Chama Stream System* (Doc. 10915), on June 4, 2013, I caused to be mailed to each of the defendants in the Village of Chama Subsection on the attached service list (Exhibit 1) the Court's *Notice and Order to Show Cause* (Doc. 10916) in connection with the determination of priority dates and irrigation water requirements in the Village of Chama Subsection of Section 7 of the Rio Chama Stream System.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 8672299 facsimile

I HEREBY CERTIFY that on the  4th  day of June, 2013 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                /s/ Ed Newville
                                            EDWARD G.  NEWVILLE