**SERVICE LIST**

| | | |
|---|---|---|
| WILLIAM H. ALBERT<br>P.O. BOX 457<br>CHAMA, NM  87520 | VERA ALCON<br>P.O. BOX 93<br>CHAMA, NM  87520 | DEBORAH I. ALLISON<br>MICHAEL D. ROBERSON<br>P.O. BOX 541<br>CHAMA, NM  87520 |
| ARCHDIOCESE OF SANTA FE<br>c/o TESSA T. DAVIDSON, ESQ.<br>P.O. BOX 2240<br>CORRALES, NM  87048 | ELIZABETH G. ATENCIO<br>16875 US HWY 550<br>AZTEC, NM  87410 | ORLANDO C. BEASLEY<br>P.O. BOX 276<br>CHAMA, NM  87520 |
| JOHN D. BEAVER<br>SUSAN J. BEAVER<br>P.O. BOX 240<br>CHAMA, NM  87520 | DUSTIN BOYD<br>P.O. BOX 242<br>CHAMA, NM  87520 | BOYD FAMILY REVOCABLE TRUST<br>c/o RICHARD R. & VERA M. BOYD, TRUSTEES<br>P.O. BOX 346<br>BLANCO, NM  87412 |
| BENJAMIN F. BRANCH<br>P.O. BOX 231<br>CHAMA, NM  87520 | CELINE M. BROWN<br>ORRIN G. BROWN<br>13476 HWY 349 N.<br>LIVE OAK, FL  32060 | JOHN BUSH<br>VERLEEN BUSH<br>890 WEST CLIFF DR. #12<br>SANTA CRUZ, CA  95060 |
| HERMAN CANDELARIA<br>P.O. BOX 39<br>CHAMA, NM  87520 | DONNIE CARILLO<br>841 CAPILENE LN.<br>CHAMA, NM  87520 | CHAMA INVESTMENTS, CO.<br>c/o PETER B. SHOENFELD, ESQ.<br>P.O. BOX 2421<br>SANTA FE, NM  87504 |
| CHAMA TROUTSTALKERS, LLC<br>c/o ADAM G. RANKIN<br>P.O. BOX 2208<br>SANTA FE, NM  87504-2208 | ANDREW CONDER JR.<br>1119 BELMONT AVE.<br>PUEBLO, CO  81004 | MIKE CONDER<br>PAUL CONDER<br>6844 E. HARVARD AVE.<br>DENVER, CO  80224 |
| CHERYL CONDER<br>110 E. INDIANA AVE.<br>WALSENBURG, CO  81089 | JOHN CONDER<br>KENNETH CONDER<br>6844 E. HARVARD AVE.<br>DENVER, CO  80224 | PETER J. CONDER<br>2908 RICE<br>PUEBLO, CO  81005 |
| MARVIN R. CRANE<br>SANDRA A. CRANE<br>HC 75, BOX 48<br>CHAMA, NM  87520 | JEFF M. DAGGETT<br>MAXINE F. DAGGETT<br>P.O. BOX 497<br>CHAMA, NM  87520 | HATTIE L. DEYAPP<br>P.O. BOX 5422<br>FARMINGTON, NM  87499-5422 |
| ESTHER DEYAPP<br>LARRY DEYAPP<br>P.O. BOX 741<br>CHAMA, NM  87520 | LARRY H. DEYAPP JR.<br>TRINA S. DEYAPP<br>P.O. BOX 932<br>CHAMA, NM  87520 | FRANCES S. DEYAPP<br>ROBERT M. DEYAPP<br>P.O. BOX 573<br>CHAMA, NM  87520 |
| ROBERT E. DOAN<br>LESIA J. FOERSTER<br>299 SOUTH PINE AVE.<br>CHAMA, NM  87520 | NORTHERN RIO ARRIBA ELEC. CO-OP<br>c/o BENJAMIN LEYBA<br>P.O. BOX 217<br>CHAMA, NM  87520 | ANGELA R. EMERY<br>RAMON VIGIL<br>P.O. BOX 734<br>CHAMA, NM  87520 |
| H & H MINERALS, INC., EMPLOYEES' PENSION PLAN & TRUST<br>c/o B.F. HILL, CUSTODIAN<br>3794-C HWY 67 W<br>GLEN ROSE, TX  76043 | ESTATE OF JUAN GONZALES<br>c/o SAM GONZALES<br>2400 W. MAIN<br>FARMINGTON, NM  87401 | RUSSELL FINK<br>6432 UTICA ST.<br>ARVADA, CO  80003 |

| | | |
|---|---|---|
| KATHLEEN M. FISCHER<br>7672 CALLE MILAN<br>HIGHLAND, CA  92346 | JESSIE FISHER<br>P.O. BOX 487<br>CHAMA, NM  87520 | DELLA FISHER<br>GEORGE FISHER<br>c/o LEONARD & MARILYN JENSEN<br>P.O. BOX 945<br>CHAMA, NM  87520 |
| NICKIE GALLEGOS<br>P.O. BOX 275<br>CHAMA, NM  87520 | DONALD L. GALLEGOS SR.<br>MARY J. GALLEGOS<br>P.O. BOX 303<br>CHAMA, NM  87520 | AURELIA GALLEGOS<br>JOSE R. GALLEGOS<br>P.O. BOX 581<br>CHAMA, NM  87520 |
| MATTHEW M. GALLEGOS<br>ROBERT GALLEGOS JR.<br>MARIA A. MARTINEZ<br>P.O. BOX 323<br>CHAMA, NM  87520 | CRISTELLA M. GALLEGOS<br>MARTIN A. GALLEGOS<br>P.O. BOX 1<br>CHAMA, NM  87520 | GALLEGOS FAMILY TRUST<br>c/o FELIX & LEONTINA GALLEGOS<br>P.O. BOX 275<br>CHAMA, NM  87520 |
| LYDIA J. GARCIA<br>NAPOLEON R. GARCIA<br>P.O. BOX 652<br>CHAMA, NM  87520 | BRANDON GONZALES<br>c/o SAM GONZALES<br>#3 CR3674<br>AZTEC, NM  87410 | CARMEN GONZALES<br>FLORIAN GONZALES JR.<br>P.O. BOX 344<br>CHAMA, NM  87520 |
| VICTORIA B. GONZALES<br>P.O. BOX 340<br>CHAMA, NM  87520 | JESUS GONZALES<br>SAM GONZALES<br>#3 CR3674<br>AZTEC, NM  87410 | ROSALIE ANN GONZALES<br>P.O. BOX 1062<br>ESPAÑOLA, NM  87532 |
| JUANITA GONZALES<br>P.O. BOX 11<br>CHAMA, NM  87520 | ESTATE OF JUAN JOSE GONZALES<br>c/o SAM GONZALES<br>#3 CR 3674<br>AZTEC, NM  87410 | DONALD M. GRAHAM<br>JANICE GRAHAM<br>HC 75, BOX 47<br>CHAMA, NM  87520 |
| DR. PAT HALE<br>7100 MENAUL NE<br>ALBUQUERQUE, NM  87110 | SUSAN M. HAMMER<br>P.O. BOX 1143<br>VERNAL, UT  84078-1143 | FAY L. HARRIS<br>JOHN P. HARRIS<br>P.O. BOX 997<br>CHAMA, NM  87520 |
| B.J. HARRIS<br>P.O. BOX 774<br>CHAMA, NM  87520 | ELIZABETH ANN HARRIS<br>FLOYD HARRIS<br>P.O. BOX 600<br>CHAMA, NM  87520 | CHARLES C. HOBBS<br>HELEN HOBBS<br>P.O. BOX 2277<br>MILAN, NM  87021 |
| ARLETTA M. HOGAN<br>6052 U.S. 550<br>CUBA, NM  87013 | MILDRED HUGHES<br>P.O. BOX 221<br>CHAMA, NM  87520 | ANGELA HUGHES<br>CLIFTON M. HUGHES<br>P.O. BOX 214<br>CHAMA, NM  87520 |
| REBECCA HURD<br>ROBERT HURD<br>206 EAST 10TH ST.<br>SNOHOMISH, WA  98290-2263 | DANIEL HURD<br>3400 LAKE MARY RD. APT 20202<br>FLAGSTAFF, AZ  86001-9235 | ANDREW HURD<br>P.O. BOX 745<br>CHAMA, NM  87520 |
| LEONARD JENSEN<br>MARILYN JENSEN<br>P.O. BOX 945<br>CHAMA, NM  87520 | JICARILLA APACHE NATION<br>c/o HERBERT A.  BECKER<br>2309 RENARD PL., SE, SUITE 200<br>ALBUQUERQUE, NM  87106 | NATHAN G. JOHNSON<br>4457 SO. CATHAWAY<br>ARRORA, CO  80015 |

| | | |
|---|---|---|
| BONSALL D. JOHNSON<br>WENDA L. JOHNSON<br>P.O. BOX 967<br>CHAMA, NM  87520 | JTB HOLDINGS, LLC<br>c/o KENNETH A. HUNT<br>2632 MESILLA ST., NE<br>ALBUQUERQUE, NM  87110 | PUANANI KAUAIHILO<br>MICHAEL J. ROUNDY<br>10404 LAS PALMAS ST., NW<br>ALBUQUERQUE, NM  87114 |
| ROBERT R. KISSAM<br>SUSAN L. WINDECK<br>P.O. BOX 672<br>CHAMA, NM  87520 | ANNE MARIE KOONTZ<br>JOHN COURTNEY KOONTZ<br>P.O. BOX 1326<br>CORRALES, NM  87048 | MELVIN E. KURTH JR.<br>235 CAMINO DEL NORTE<br>SANTA FE, NM  87501 |
| LAWRENCE FAMILY, LLC<br>c/o B. W. LAWRENCE<br>9522 PEBBLE BEACH NE<br>ALBUQUERQUE, NM  87111 | LANCE LEYBA<br>HC 75 BOX 50<br>CHAMA, NM  87520 | LUIS LOPEZ<br>P.O. BOX 182<br>CHAMA, NM  87520 |
| LOS CAMPOS DE CHAMA, LLC<br>c/o C. MOTT WOOLLEY, ESQ.<br>P.O. BOX 430<br>SANTA FE, NM  87504 | JOSE SALOMON LUCERO<br>4209 EL CONLAN AVE.<br>LAS VEGAS, NV  89102 | CELIA O. LUCERO<br>P.O. BOX 724<br>CHAMA, NM  87520 |
| BETTY M. MARTIN<br>P.O. BOX 654<br>CHAMA, NM  87520 | RENEE MARTINEZ<br>4932 RIO CEBOLLA CT. NW<br>ALBUQUERQUE, NM  87114 | CECILIA O MARTINEZ<br>DIEGO R MARTINEZ<br>P.O. BOX 684<br>CHAMA, NM  87520 |
| HIGINIO MARTINEZ JR.<br>VIRGINIA MARTINEZ<br>P.O. BOX 81<br>CHAMA, NM  87520 | GERALD G. MARTINEZ<br>TINA D. MARTINEZ<br>234 NORTH PINE AVE.<br>CHAMA, NM  87520 | JOSE H. MARTINEZ<br>P.O. BOX 683<br>CHAMA, NM  87520 |
| ESTATE OF ROSE Q. MARTINEZ<br>c/o DIEGO R. MARTINEZ, PR<br>P.O. BOX 684<br>CHAMA, NM  87520 | JAMES W. MCELHANEY<br>MAXINE MCELHANEY<br>P.O. BOX 367<br>CHAMA, NM  87520 | BRIAN T. MELLO<br>P.O. BOX 2591<br>CHINLE, AZ  86503 |
| JULIA A. MESTON<br>RUSSELL D. MESTON<br>P.O. BOX 700<br>CHAMA, NM  87520 | MARY JEAN MILLER<br>P.O. BOX 605<br>CHAMA, NM  87520 | STEVE MONTAÑO<br>STEVEN MONTAÑO<br>P.O. BOX 124<br>CHAMA, NM  87520 |
| MICHAEL MONTAÑO<br>PEGGY MONTAÑO<br>P.O. BOX 124<br>CHAMA, NM  87520 | JAMES W. MUNDY<br>SUSAN J. MUNDY<br>P.O. BOX 245<br>CHAMA, NM  87520 | MUNDY & MUNDY, INC.<br>HC 75, BOX 81<br>CHAMA, NM  87520-9705 |
| VICENTA NEHER<br>P.O. BOX 662<br>CHAMA, NM  87520 | OSO RANCH AND LODGE, LLC<br>c/o RONALD C. PETERSON, MANAGER<br>P.O. BOX 1006<br>CHAMA, NM  87520 | JUNE J. OVERLEY LIVING TRUST<br>c/o E.B. OVERLEY SR. ET AL.<br>18 ANTEBELLUM<br>ODESSA, TX  79762 |
| LORRAINE T. PACHECO<br>RUBEN PACHECO<br>P.O. BOX 414<br>CHAMA, NM  87520 | RANDY PETTINGILL<br>P.O. BOX 885<br>CHAMA, NM  87520 | MARY PHIPPS<br>WARREN PHIPPS<br>P.O. BOX 67<br>CHAMA, NM  87520 |

| | | |
|---|---|---|
| JOSEPH J. PIUMA<br>P.O. BOX 100<br>CHAMA, NM  87520 | PORTER FAMILY TRUST<br>c/o ROBERT & THOMAS P. PORTER TTEE<br>P.O. BOX 394<br>CHAMA, NM  87520 | QUINLAN RANCHES NM LLC<br>c/o LAW & RESOURCE PLANNING ASSOC.<br>201 THIRD ST. NW, STE. 1750<br>ALBUQUERQUE, NM  87102 |
| JOHNNY RAEL<br>P.O. BOX 453<br>CHAMA, NM  87520 | RANCHO LOBO, LTD.<br>c/o BRETT J. OLSEN, ESQ.<br>P. O. BOX 36210<br>ALBUQUERQUE, NM  87102 | ESTATE OF E.T. REILLY SR.<br>c/o EDWIN REILLY, JR.<br>2631 CONCON ST.<br>SAN ANTONIO, TX  75251 |
| SKY MOUNTAIN RESORT RV PARK,LLC<br>c/o WILLIAM J. ROSNER<br>P.O. BOX 735<br>CHAMA, NM  87520 | CONRAD L. RIVAS<br>P.O. BOX 284<br>CHAMA, NM  87520 | MAXIMILIANO RIVAS<br>P.O. BOX 634<br>CHAMA, NM  87520 |
| RAMON F. RIVAS<br>P.O. BOX 634<br>CHAMA, NM  87520 | ANGELO E. RIVAS<br>NATASHA MATTIE CRUSITA RIVAS<br>PRESLEY D. RIVAS<br>P.O. BOX 634<br>CHAMA, NM  87520 | ALEX RIVAS<br>P.O. BOX 426<br>ANTONITO, CO  81120 |
| ANTHONY RIVAS<br>217 SO. JEFFERSON AVE.<br>SIOUX FALLS, SD  57104-3216 | DAN RUSSOM<br>MARY RUSSOM<br>P.O. 103<br>CHAMA, NM  87520 | JOSE G. SALAZAR<br>MARY SALAZAR<br>P.O. BOX 593<br>ESPAÑOLA, NM  87532 |
| LEVI A. SANDOVAL<br>RUFINA GONZALES SANDOVAL<br>P.O. BOX 54<br>CHAMA, NM  87520 | DAVID JOE SANDOVAL SR.<br>P.O. BOX 404<br>CHAMA, NM  87520 | CUMBRES & TOLTEC SCENIC RR COMMISSION<br>c/o LEO SCHMITZ<br>P.O. BOX 561<br>ANTONITO, CO  81120 |
| CHAMA VALLEY INDEPENDENT SCHOOL DISTRICT NO. 19<br>c/o REBECCA DEMPSEY<br>P.O. BOX 4160<br>SANTA FE, NM  87502 | PATRICIA SERNA<br>RICHARD M. SERNA<br>P.O. BOX 843<br>CHAMA, NM  87520 | DANIEL D. SHOATS<br>ELLEN J. SHOATS<br>9627 4TH, ST., NW<br>ALBUQUERQUE, NM  87114 |
| VICTORIA L. SKRONDAHL<br>8401 SPAIN RD. NE, APT50D<br>ALBUQUERQUE, NM  87111 | JO MYRLE SMITH<br>PERRY D. SMITH<br>P.O. BOX 281<br>CHAMA, NM  87520 | FLOYD E.SMITH & EDNA E. SMITH, REVOCABLE TRUST<br>c/o MELVIN W. SMITH SUCCESSOR TTE.<br>P.O. BOX 485<br>CHAMA, NM  87520 |
| SWAG CORPORATION<br>c/o WILLIAM H. ALBERT, PRESIDENT<br>P.O. BOX 457<br>CHAMA, NM  87520 | RANDY A. TERRAZAS<br>HC 75, BOX 51<br>CHAMA, NM  87520 | FRIENDS OF THE CUMBRES & TOLTEC SCENIC RR, INC.<br>c/o WILLIAM J. LOCK<br>5732 OSUNA RD. NE<br>ALBUQUERQUE, NM  87109 |
| JOSEPH VICENTE TORREZ III<br>4806 SAN TIMOTEO NW<br>ALBUQUERQUE, NM  87114 | YVONNE TORREZ<br>140 BOYD WAY<br>CARMEL, CA  93923 | EMMA TORREZ<br>P.O. BOX 273<br>CHAMA, NM  87520 |
| PEDRO & ROSE TORREZ TRUST<br>c/o PEDRO AND ROSE TORREZ<br>#3 ROAD 5803<br>FARMINGTON, NM  87401 | DAPHNE KIM TRIBBLE<br>HC 32 BOX 14 CUTTER RD.<br>TRUTH OR CONSEQUENCE, NM  87901 | JOSEFA TRUJILLO<br>P.O. BOX 614<br>CHAMA, NM  87520 |

| | | |
|---|---|---|
| MARCELLA TRUJILLO<br>P.O. BOX 614<br>CHAMA, NM  87520 | DELFINO J. TRUJILLO<br>PATRICIA C. TRUJILLO<br>P.O. BOX 643<br>CHAMA, NM  87520 | TUORAEY, LLC<br>c/o KEVIN YEAROUT<br>10208 SAN BERNARDINO NE,<br>ALBUQUERQUE, NM  87122 |
| ALFRED UNSER<br>7625 CENTRAL NW<br>ALBUQUERQUE, NM  87121 | MARGARET VALDEZ<br>TOMMY F. VALDEZ JR.<br>P.O. BOX 1181<br>CORTEZ, CO  81321 | ESTATE OF CARLOTTA VALDEZ<br>ESTATE OF MAXIMILO VALDEZ<br>c/o GYLEN AGUILAR<br>P.O. BOX 922<br>PENASCO, NM  87553 |
| ANGIE VALDEZ<br>DON VALDEZ<br>P.O. BOX 733<br>CHAMA, NM  87520 | VIGIL FAMILY TRUST<br>c/o JOE C. AND LOYOLA G. VIGIL<br>P.O. BOX 395<br>CHAMA, NM  87520 | VILLAGE OF CHAMA<br>P.O. BOX 794<br>CHAMA, NM  87520 |
| ROBERT G. WELLS<br>1012 CALLE CORVO NE<br>ALBUQUERQUE, NM  87113 | DEBORAH H. WILLIAMS<br>202 PINE ST.<br>CHAMA, NM  87520 | ANDREA WOOLRIDGE<br>KEVIN WOOLRIDGE<br>367 MAPLE AVE.<br>CHAMA, NM  87520 |
| KEVIN YEAROUT<br>LIAN YEAROUT<br>10208 SAN BERNARDINO NE<br>ALBUQUERQUE, NM  87122 | DEBRA K. ZIMBELMAN<br>2 RONNIE ROAD<br>GOLDEN, CO  80403 | |