IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Village of Chama<br><br>Subfile No. CHCV-005-0005 |

## ORDER AMENDING CONSENT ORDER DESCRIBING THE WATER RIGHTS OF THE JICARILLA APACHE NATION IN SUBFILE CHCV-005-0005

THIS MATTER is before the Court on the joint motion of the plaintiff State of New Mexico, *ex rel.* State Engineer and the Jicarilla Apache Nation filed May 6, 2013 (Doc. No. 10910) to amend the Consent Order entered on April 21, 2006 (Doc. No. 8237) in Subfile CHCV-005-0005 describing the water rights of Jicarilla Apache Nation.

No responses opposing the motion have been filed. Having reviewed the Motion and being fully advised in the premises, the Court will grant the motion.

IT IS ORDERED, THEREFORE, that Subparts (C) and (D) of the Consent Order entered on April 21, 2006 (Doc. No. 8237) in Subfile CHCV-005-0005 are amended as follows:

**C.**   **NO RIGHT (Groundwater Only):**

   **Office of the State Engineer File No.**   NONE

   **Priority:**   NONE

   **Source of Water:**   Underground waters of the Rio Chama Stream System and Rio Grande Underground Water Basin.

**Purpose of Use:**     NO RIGHT

**Point of Diversion:**
   Well: VAUGHN WELL NO. 1
   Location: X = 1,554,039 feet     Y = 2,143,216 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

   Within the Tierra Amarilla Grant                     133.45 acres
                                                  Total 133.45 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCV-005-0005.

**Amount of Water:**   NONE

D. **IRRIGATED LANDS (Groundwater Only):**

**Office of the State Engineer File No.**     NONE

**Priority:**     August 14, 1963

**Source of Water:**   Underground waters of the Rio Chama Stream System and Rio Grande Underground Water Basin.

**Purpose of Use:**     IRRIGATION

**Point of Diversion:**
   Well: VAUGHN WELL NO. 1
   Location: X = 1,554,039 feet     Y = 2,143,216 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

   Within the Tierra Amarilla Grant                      88.15 acres
                                                  Total  88.15 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCV-005-0005.

**Amount of Water:**   Reserved for future determination by court order entered November 19, 2002.

IT IS ALSO ORDERED that the Consent Order entered on April 21, 2006 (Doc. No. 8237) in Subfile CHCV-005-0005 is amended to include the revised subfile map attached hereto dated June 4, 2012 showing all of the lands described in Subfile CHCV-005-0005.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE

STATE OF NEW MEXICO
Office of the State Engineer
Scott A. Verhines, P.E.,
State Engineer

Rio Chama Hydrographic Survey
Village of Chama Section

Office of the State Engineer
Interstate Stream Commission

Subfile Number
**CHCV 005-0005**
Little Willow Creek
South Ditch and
Vaughn Well No. 1 Ditch
AMENDED
June 4, 2012

