IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, )<br>*ex rel.* State Engineer )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>ROMAN ARAGON, *et al.* )<br> )<br>Defendants. )<br>_____ ) | 69cv7941-MV/LFG<br>RIO CHAMA STREAM SYSTEM |

## ENTRY OF APPEARANCE OF ATTORNEY FOR THE STATE OF NEW MEXICO

Gary B. Storm, Special Assistant Attorney General, in accord with Rule 1-089(A) NMRA, hereby enters his appearance as counsel on behalf of the State of New Mexico *ex rel.* State Engineer in the above styled and captioned cause of action.

Respectfully submitted,

/S/ Gary B. Storm
Gary B. Storm
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
(505) 827-6101; fax: (505) 827-3887

Attorney for Plaintiff State of New Mexico
*ex rel.* State Engineer

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2013, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/S/ Gary B. Storm
Gary B. Storm