IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | |

**MOTION TO APPROVE APPOINTMENT
OF RIO CHAMA WATERMASTER**

The State of New Mexico, *ex rel.* State Engineer, by and through its undersigned counsel, moves the Court to approve the appointment by the State Engineer of Antonio Trujillo as the water master of the Chama Mainstream Section of the Rio Chama Stream System, and in support of this motion states the following:

1.      Pursuant to the *Partial Final Judgment and Decree* entered on July 26, 1971 for the Chama Mainstream Section (Doc. 1778) ("Decree"), the State Engineer shall appoint a water master, and such assistants as are necessary, to assist in the administration and enforcement of the Decree, provided that the appointment of the water master is subject to the Court's approval. Decree at 4. The water master for the Chama Mainstream Section serves under the direction of the State Engineer and under the general supervision of the Court. Decree at 3. The duties of the water master include, but are not limited to: the inspection and approval of meter installations required by the provisions of the Decree; the maintenance of records of water diversions, the supervision of water rights adjudicated by

the Decree, and the preparation of rules and regulations for the administration of the Decree. Decree at 6.

2. Stermon ("Buck") Wells, the previously appointed water master for the Chama Mainstream Section, is now retired and is no longer employed by the Office of the State Engineer. In his place, the State Engineer has appointed Antonio Trujillo to serve as the Rio Chama water master for the Chama Mainstream Section.

3. Mr. Trujillo has a Bachelor of Science from the University of New Mexico in Environmental Science with a minor in Geology and Geography. He has been employed by the Office of the State Engineer for approximately one year as an Engineer Specialist.

WHEREFORE the State of New Mexico requests that the Court approve the appointment of the Antonio Trujillo as the water master for the Chama Mainstream Section.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone
(505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___20th___ day of June, 2013, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                /s/ Ed Newville
                                           EDWARD G. NEWVILLE