IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7, Village of Chama |
| Defendants. | |

**PROOF OF PUBLICATION
OF NOTICE AND ORDER TO SHOW CAUSE**

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned attorney, hereby files proof of publication of the *Notice and Order to Show Cause* issued by the United States District Court (Doc. 10916) in connection with the determination of priority dates and irrigation water requirements in the Village of Chama Subsection of Section 7 of the Rio Chama Stream System.

Attached as Exhibit 1 is the Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  1st  day of July 2013, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                             /s/ Ed Newville
                                           EDWARD G.  NEWVILLE