# Affidavit of Publication

State of New Mexico
County of Rio Arriba

    I, Robert Trapp, being first duly sworn, declare and say I am the Publisher of the **Rio Grande SUN**, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

__4__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

__6__ day of __June, 2013__

and the last publication on the __27__ day of

__June, 2013__. Payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_____ Publisher
(signed) Robert Trapp

Subscribed and sworn to before me this __27th__ day of __June__ A.D. __2013__

_____
Maria V. Lopez Garcia / Notary Public
My Commission expires 13 July 2013

**OFFICIAL SEAL**
MARIA V. LOPEZ-GARCIA
Notary Public
State of New Mexico
My Comm. Expires 7/13/13

## Publisher's Bill

__798__ lines one time at __$558.60__

__798__ lines __3__ times at __$1436.40__

Affidavit __$5.00__

Subtotal __$2000.00__

Tax __$163.74__

Total __$2163.74__

Payment received at **Rio Grande SUN**

Date __June 3, 2013__

By __Valerio Ortega__

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
STATE OF NEW MEXICO, EX REL. STATE ENGINEER
PLAINTIFF,
VS.
ROMAN ARAGON ET AL. DEFENDANTS
69CV07941-MV-LFG
SECTION 7,
VILLAGE OF CHAMA

**PUBLIC NOTICE AND ORDER TO SHOW CAUSE**

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE SURFACE OR UNDERGROUND WATERS OF THE VILLAGE OF CHAMA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM
AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE OR GROUND WATER IN THE VILLAGE OF CHAMA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM FOR IRRIGATION PURPOSES AND WHOSE NAMES APPEAR BELOW:

**CHAMA TOWN DITCH PRIORITY 1899**
**Defendants:** Vera Acon, Deborah I. Allison, Archdiocese of Santa Fe, Elizabeth G. Atencio, John D. Beaver, Susan Beaver, Benjamin F. Branch, John Bush, Arleen Bush, Esther Deyapp, Frances S. Deyapp, Larry Deyapp, Jerry H. Deyapp Jr., Robert M. Deyapp, Trina Deyapp, Robert E. Egan, Angela R. Emery, Estate of Juan Gonzales, Kathleen M. Fischer, Le- J. Foerster, Aurelia Gallegos, Cristella M. Gallegos, Jose R. Gallegos, Martin A. Gallegos, Nickie Gallegos, Gallegos Family Trust, Carmen Gonzales, Florian Gonzales Jr., Susan M. Hammer, Fay L. Harris, John P. Harris, Arletta M. Hogan, Angela Hughes, Clifton M. Hughes, Mildred Hughes, Rebecca Hurd, Robert Hurd, Bonsall D. Johnson, Nathan G. Johnson, Wenda L. Johnson, Luis Lopez, Celia O. Lucero, Jose Salomon Lucero, Cecilia O Martinez, Diego R. Martinez, Estate of Rose Q. Martinez, Gerald G. Martinez, Higinio Martinez Jr., Tina D. Martinez, Brian T. Mello, Vicenta Neher, Lorraine T. Pacheco, Ruben Pacheco, Mary Phipps, Warren Phipps, Alex Rivas, Angelo E. Rivas, Anthony Rivas, Conrad L. Rivas, Maximiliano Rivas, Natasha Mattie Crusita Rivas, Presley D. Rivas, Michael D. Roberson, David Joe Sandoval Sr., Levi A. Sandoval, Rufina Gonzales Sandoval, Jo Myrle Smith, Perry D. Smith, Floyd E. Smith & Edna E. Smith, Revocable Trust, Emma Torrez, Joseph Vicente Torrez III, Daphne Kim Tribble, Delfino J. Trujillo, Josefa Trujillo, Marcella Trujillo, Patricia C. Trujillo, Margaret Valdez, Tommy F. Valdez Jr., Ramon Vigil, Vigil Family Trust, Robert G. Wells, Deborah H. Williams, Andrea Woolridge, Kevin Woolridge

**CHAMA TOWN DITCH (OSE NO. 967) PRIORITY February 19, 1915**
**Defendants:** Orlando C. Beasley

**CHAMA VALLEY DITCH PRIORITY 1893**
**Defendants:** Donald L. Gallegos Sr., Mary J. Gallegos, Leonard Jensen, Marilyn Jensen, Anne Marie Koontz, John Courtney Koontz, James W. Mundy, Susan J. Mundy, Joseph J. Piuma, Cumbres & Toltec Scenic Railroad Commission, Swag Corporation, Friends of the Cumbres & Toltec Scenic RR, Inc., Debra K. Zimbelman

**CHAMA VALLEY DITCH NO. 1 PRIORITY 1890**
**Defendants:** Oso Ranch and Lodge, LLC, Alfred Unser.

**CHAMA VALLEY DITCH NO. 3 PRIORITY 1890**
**Defendants:** Jicarilla Apache Nation.

**TUCK CREEK DIVERSION NO. 1**
PRIORITY 1900

nez, Renee Martinez, James W. McElhaney, Maxine McElhaney, Julia A. Meston, Russell D. Meston, Michael Montazo, Peggy MontaZo, Steve MontaZo, Steven MontaZo, June J. Overley Living Trust, Randy Pettingill, Trust, Johnny Rael, Michael J. Roundy, Dan Russom, Mary Russom, Jose G. Salazar, Mary Salazar, Victoria L. Skrondahl, Yvonne Torrez, Pedro & Rose Torrez Trust, Angie Valdez, Don Valdez, Estate of Carlotta Valdez, Estate of Maximilo Valdez, Vigil Family Trust, Susan L. Windeck

**TRANSFERRED RIGHTS**
(The information below will be in the order of: Move-to Location, Defendants, OSE PERMIT, PRIORITY)
CHCV-001-0003, Mary Jean Miller, No. 1545 & 1699 into 1974-E, December 4, 1922;
CHCV-001-0004, Jessie Fisher, No. 1545 & 1699 into 1974-E-A, December 4, 1922;
CHCV-001-0005, Chama Valley Independent, School District No. 19, No. 1545 & 1699 into 1974-F, December 4, 1922;
CHCV-003-0001, Porter Family Trust, No. 1974-B (3), November 27, 1931;
CHCV-003-0002(B), Dustin Boyd, No. 1974-B & 1974-B (2), November 27, 1931;
CHCV-006-0001, Donald M. Graham, Janice Graham, No. 1545 into 1242 & 01792, December 4, 1922;
CHCV-006-0002, Sky Mountain Resort RV Park, LLC, No. 1545 into 1242 & 01792, December 4, 1922;
Water rights on lands irrigated by the Jicarilla Apache Nation under an approved permit for the transfer of water rights issued by the Office of the State Engineer, or for water rights on lands irrigated from a pre-basin groundwater well located on the Jicarilla Apache Reservation and used for irrigation purposes, as described below:
(The information below will be in the order of: Subfile, No. Acres Ditch and/ or Well(s), Priority Date)
CHCV-001-0006, 92.5, Mound Well & Willow Creek Well, March 24, 1964;
CHCV-001-0006, 181.8, Little Willow Creek North Ditch, December 4, 1922;
CHCV-001-0006, 181.8, Mound Well & Willow Creek Well, March 24, 1964;
CHCV-001-0006, 23.2, Little Willow Creek & North Ditch, February 2, 1926;
CHCV-001-0006, 23.2, Mound Well & Willow Creek Well, March 24, 1964;
CHCV-005-0005, 9.0, Little Willow Creek & South Ditch, August 1, 1902;
CHCV-005-0005, 88.15, Vaughn Well No. 1, August 14, 1963;
CHCV-006-0006, 50.75, Vaughn Well No. 1, August 14, 1963;
CHCV-006-0006, 5.10, Iron Spring Well, April 25, 1964;
CHCV-006-0006, 24.2, Vaughn Well No. 1 & Iron Spring Well, August 14, 1963;
CHCV-008-0001, 8.4, Bear Canyon Well, May 1, 1964;
CHCV-008-0001, 160.6, Iron Spring Well & Bear Canyon Well, April 25, 1964;
CHCV-009-0001, 88.26, Well RG-19060, February 17, 1970;

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water rights, or the proposed priority date of the water rights for any other defendant using surface or underground water for irrigation purposes in Village of Chama Subsection of Section 7 of the Rio Chama Stream System ("Chama Village Subsection"). The priority dates described above will apply to all individual irrigation water rights associated with the ditches, wells, permits or licenses issued by the Office of the State Engineer as described above, unless you or other persons file objections. The priority dates for water rights described herein will also apply to a spring that serves as a source of water for irrigation purposes, and which is described in individual subfile orders filed with the Court.

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Chama Village Subsection for lands irrigated under pre-1907 ditches as described below:
a. The weighted consumptive irrigation requirement (CIR) is 1.05 acre-feet per acre per annum.
b. The farm delivery requirement (FDR) is 2.63 acre-feet per acre per annum.
c. The project diversion requirement (PDR) is 4.38 acre-feet per acre per annum.

The water rights which the above amounts apply are those irrigated by the Chama Town Ditch, Chama Valley Ditch, Chama Valley Ditch No. 1, Chama Valley Ditch No. 3 Tuck Creek Diversion No. 1 and Unnamed Ditch No. 4, with the exception of any lands irrigated under a permit or license from the State Engineer as described below.

You are hereby notified that you are required to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for irrigation use on lands in the Chama Village Subsection that are irrigated under a final license issued by the Office of the State Engineer, or under an approved permit for the transfer of irrigation water rights, as described below:

CHCV-001-0002:   OSE License No. 967
a. CIR = 1.05 ac-ft/ac/an.
b. FDR = 2.0 ac-ft/ac/an.
c. PDR = 3.33 ac-ft/ac/an.

Chamita Valley Ditch: OSE License No. 968
a. CIR = 1.05 ac-ft/ac/an.
b. FDR = 2.0 ac-ft/ac/an.
c. PDR = 3.33 ac-ft/ac/an.

Valley Ditch: OSE License No. 1242
a. CIR = 1.05 ac-ft/ac/an.
b. FDR = 1.5 ac-ft/ac/an.
c. PDR = 2.5 ac-ft/ac/an.

The above irrigation water requirements will apply to all lands irrigated by the Valley Ditch under OSE License No. 1242 (including lands transferred to the Valley Ditch under OSE No. 1545 into 1242 & 01792) with the

Payment received
Date ___Jun___
By ___Valu___

Subscribed ___74___
day of ___J___ ___574___

[Signature]
Maria V. Lopez Garcia /Notary Public
My commission expires 13 July 2013

OFFICIAL SEAL
MARIA V. LOPEZ-GARCIA
Notary Public
State of New Mexico
My Comm. Expires 7/13/13

Payment received

Date ___Jur___

By ___Valr___

Swag Corporation, Friends of the Cumbres & Toltec Scenic RR, Inc., Debra K. Zimbelman

**CHAMA VALLEY DITCH NO. 1 PRIORITY 1890**
**Defendants:** Oso Ranch and Lodge, LLC, Alfred Unser.

**CHAMA VALLEY DITCH NO. 3 PRIORITY 1890**
**Defendants:** Jicarilla Apache Nation.

**TUCK CREEK DIVERSION NO. 1 PRIORITY 1900**
**Defendants:** Quinlan Ranches of NM LLC

**UNNAMED DITCH NO. 4 PRIORITY 1890**
**Defendants:** Chama Troutstalkers, LLC

**CHAMITA VALLEY DITCH (OSE No. 968) PRIORITY February 19, 1915**
**Defendants:** William H. Albert, Chama Investments, Co., Chama Troutstalkers, LLC, Northern Rio Arriba Electric Co-Op, Victoria B. Gonzales, Dr. Pat Hale

**VALLEY DITCH (OSE No. 1242) PRIORITY September 27, 1918**
**Defendants:** Chama Troutstalkers, LLC

**RANCH 101 DITCH (OSE No. 1241) PRIORITY June 7, 1918**
**Defendants:** Jicarilla Apache Nation, Lawrence Family, LLC, Patricia Serna, Richard M. Serna, Daniel D. Shoats, Ellen J. Shoats, Tuoraey, LLC, Alfred Unser, Kevin Yearout, Lian Yearout

**M-B DITCH (OSE No. 1974) PRIORITY November 27, 1931**
**Defendants:** Boyd Family Revocable Trust, Celine M. Brown, Orrin G. Brown, Herman Candelaria, Andrew Conder Jr., Cheryl Conder, Kenneth Conder, Peter J. Conder, Marvin R. Crane, Sandra A. Crane, Jeff M. Daggett, Maxine F. Daggett, Estate of Juan Gonzales, Russell Fink, Matthew M. Gallegos, Robert Gallegos Jr., Lydia J. Garcia, Napoleon R. Garcia, Carmen Gonzales, Florian Gonzales Jr., Juanita Gonzales, Rosalie Ann Gonzales, Elizabeth Ann Harris, Floyd Harris, Charles C. Hobbs, Andrew Hurd, Daniel Hurd, Puanani Kauaihilo, Robert R. Kissam, Melvin E. Kurth Jr., Los Campos de Chama, LLC, Betty M. Martin, Maria A. Marti-

Maria V. Lopez Garcia /Notary Public
My commission expires 13 July 2013

OFFICIAL SEAL
MARIA V. LOPEZ-GARCIA
Notary Public
State of New Mexico
My Comm. Expires 7/13/13

exception of the 73.9 acres of land described below.

Valley Ditch: OSE License No. 1242
73.9 acres of land in Subfile CHCV-006-0005
a. CIR = 1.0 ac-ft/ac/an.
b. FDR = 1.0 ac-ft/ac/an.
c. PDR = 1.67 ac-ft/ac/an.

A copy of a map prepared by the Office of the State Engineer showing the location of the 73.9 acres of lands described above is available for inspection at the Office of the State Engineer in Santa Fe.

Ranch 101 Ditch: OSE License No. 1241
a. CIR = 1.05 ac-ft/ac/an.
b. FDR = 1.5 ac-ft/ac/an.
c. PDR = 2.5 ac-ft/ac/an.

M-B Ditch: OSE License No. 1974
a. CIR = 1.05 ac-ft/ac/an.
b. FDR = 1.5 ac-ft/ac/an.
c. PDR = 2.5 ac-ft/ac/an.

The above irrigation water requirements will apply to all lands irrigated by the M-B Ditch under OSE License No.1974 with the exception of the lands in the locations described below.

M-B Ditch: OSE License No. 1974
3.4 acres of land in Subfile CHCV-003-0003
0.1 acres of land in Subfile CHCV-003-0004
63.4 acres of land in Subfile CHCV-003-0024
0.2 acres of land in Subfile CHCV-003-0025
0.2 acres of land in Subfile CHCV-003-0026
3.2 acres of land in Subfile CHCV-004-0002
a. CIR = 1.0 ac-ft/ac/an.
b. FDR = 1.0 ac-ft/ac/an.
c. PDR = 1.67 ac-ft/ac/an.

A copy of a map prepared by the Office of the State Engineer showing the location of the lands described above is available for inspection at the Office of the State Engineer in Santa Fe.

**TRANSFERRED RIGHTS**

(The information below will be in the order of: Move-to Location, OSE PERMIT, AMOUNT OF WATER)

CHCV-001-0003, No. 1545 & 1699 into 1974-E, CIR = 1.05 ac-ft/ac/an, FDR = 1.5 ac-ft/ac/an, PDR = 2.5 ac-ft/ac/an;
CHCV-001-0004, No. 1545 & 1699 into 1974-E-A, CIR = 1.05 ac-ft/ac/an, FDR = 1.5 ac-ft/ac/an, PDR = 2.5 ac-ft/ac/an;
CHCV-001-0005, No. 1545 & 1699 into 1974-F, CIR = 1.05 ac-ft/ac/an, FDR = 1.5 ac-ft/ac/an, PDR = 2.5 ac-ft/ac/an;
CHCV-003-0001, No. 1974-B (3), CIR = 1.05 ac-ft/ac/an, FDR = 1.5 ac-ft/ac/an, PDR = 2.5 ac-ft/ac/an;
CHCV-003-0002(B), No. 1974-B & 1974-B (2), CIR = 1.05 ac-ft/ac/an, FDR = 1.5 ac-ft/ac/an, PDR = 2.5 ac-ft/ac/an;
CHCV-006-0001, No. 1545 into 1242 & 01792, CIR = 1.05 ac-ft/ac/an, FDR = 1.5 ac-ft/ac/an, PDR = 2.5 ac-ft/ac/an;
CHCV-006-0002, No. 1545 into 1242 & 01792, CIR = 1.05 ac-ft/ac/an, FDR = 1.5 ac-ft/ac/an, PDR = 2.5 ac-ft/ac/an;

permit for the transfer of water rights issued by the Office of the State Engineer, or irrigation water use on lands irrigated from pre-basin groundwater wells located on the Jicarilla Apache Reservation and used for irrigation purposes, as described below:

(The information will be in the order of: Subfile No., CIR, FDR, PDR)
CHCV-001-0006, Groundwater, 1.05 ac-ft/ac/an, 2.63 ac-ft/ac/an*, not applicable;
CHCV-001-0006, Surface water, 1.05 ac-ft/ac/an, 1.5 ac-ft/ac/an, 2.5 ac-ft/ac/an;
CHCV-005-0005, Groundwater, 1.05 ac-ft/ac/an, 2.63 ac-ft/ac/an*, not applicable;
CHCV-005-0005, Surface water, 1.05 ac-ft/ac/an, 1.5 ac-ft/ac/an, 2.5 ac-ft/ac/an;
CHCV-006-0006, Groundwater, 1.05 ac-ft/ac/an, 2.63 ac-ft/ac/an*, not applicable;
CHCV-008-0001, Groundwater, 1.05 ac-ft/ac/an, 2.63 ac-ft/ac/an*, not applicable;
CHCV-009-0001, Groundwater, 1.05 ac-ft/ac/an, 2.63 ac-ft/ac/an*, not applicable;
* measured at the well

The term "Consumptive Irrigation Requirement" ("CIR") refers to the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" ("FDR") refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The "Project Diversion Requirement" ("PDR") or off-farm diversion requirement is defined as the quantity of water, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year. The irrigation water requirements set forth above do not include diversion requirements associated with stockponds or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any persons you may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes the elements of the water rights for irrigation use in the Chama Village Subsection as described above. If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Chama Village Subsection. Subsequent inter se proceedings in the Chama Village Subsection will not include the opportunity to object to those determinations.

In cases where defendants in the Chama Village Subsection have previously agreed with the State on the priority dates for their water rights or the irrigation water requirements for their water rights, and those priority dates or irrigation water requirements have been incorporated into subfile orders entered by the Court, those priority dates or irrigation water requirements cannot be challenged by those defendants. Other persons with standing may however file objections.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or to the irrigation water requirements in the Chama Village Subsection as stated above, you must file your objection with the Court, in person or by mail, FOR RECEIPT NO LATER THAN AUGUST 1, 2013:

United States District Court Clerk
333 Lomas Blvd. NW,
Suite 270
Albuquerque, NM 87102

If you timely file an objection the Court will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard. This will be your only opportunity to object to these elements of your water rights or any other water rights. If you fail to timely object and attend the scheduling and pretrial conference you may not raise objections in the future.

If you have any questions, call or write:
Edward G. Newville
Special Assistant
Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone
(505) 867-2299 facsimile
or,
John W. Utton
Attorney for Asociacion de Acequias NorteZas de Rio Arriba
Sheehan & Sheehan, P.A.
P.O. Box 271
Albuquerque, NM 87103-0271
(505) 699-1445 telephone
(505) 842-8890 facsimile

IT IS SO ORDERED.
/s/ Lorenzo F. Garcia
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE
(Published June 6, 13, 20 & 27, 2013)