IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

          Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7: Village of Chama

Subfile No. CHCV-006-0006

## ORDER AMENDING CONSENT ORDER
## DESCRIBING THE WATER RIGHTS OF THE JICARILLA
## APACHE NATION IN SUBFILE CHCV-006-0006

THIS MATTER is before the Court on the joint motion of the plaintiff State of New Mexico,
*ex rel.* State Engineer and the Jicarilla Apache Nation filed May 6, 2013 (Doc. No. 10911) to amend
the Consent Order entered on April 21, 2006 (Doc. No. 8236) in Subfile CHCV-006-0006 describing
the water rights of Jicarilla Apache Nation.

No responses opposing the motion have been filed. Having reviewed the Motion and being
fully advised in the premises, the Court will grant the motion.

IT IS ORDERED, THEREFORE, that Subparts (A) and (C) of the Consent Order entered on
April 21, 2006 (Doc. No. 8236) in Subfile CHCV-006-0006 are amended as follows:

A.      **IRRIGATED LANDS (Groundwater Only):**

      **Office of the State Engineer File No.**     NONE

      **Priority:**     August 14, 1963

      **Source of Water:**     Underground waters of the Rio Chama Stream System and Rio
                                 Grande Underground Water Basin.

**Purpose of Use:**        IRRIGATION

**Point of Diversion:**
    **Well:** VAUGHN WELL NO. 1
    **Location: X** = 1,554,039   feet        **Y** = 2,143,216   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

    Within the Tierra Amarilla Grant                       <u>50.75 acres</u>
                                   Total   50.75 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCV-006-0006.

**Amount of Water:**   Reserved for future determination by court order entered November 19, 2002.

**C.**    <u>**IRRIGATED LANDS (Groundwater Only):**</u>

**Office of the State Engineer File No.** RG-25502

**Priority:**        April 25, 1964

**Source of Water:**        Underground waters of the Rio Chama Stream System and Rio Grande Underground Water Basin.

**Purpose of Use:**        IRRIGATION

**Point of Diversion:**
    **Well:** IRON SPRING WELL
    **Location: X** = 1,554,850   feet        **Y** = 2,127,901   feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

    Within the Tierra Amarilla Grant                       <u>5.10 acres</u>
                                   Total   5.10 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCV-006-0006.

**Amount of Water:**   Reserved for future determination by court order entered November 19, 2002.

FURTHER, the following Subparts labeled (E) and (F) are added to the Consent Order entered on April 21, 2006 (Doc. No. 8236) in Subfile CHCV-006-0006.

**E.**     **NO RIGHT (Groundwater Only):**

**Office of the State Engineer File No.**     NONE

**Priority:**     NONE

**Source of Water:**     Underground waters of the Rio Chama Stream System and Rio Grande Underground Water Basin.

**Purpose of Use:**     NO RIGHT

**Point of Diversion:**
         **Well:** VAUGHN WELL NO. 1
         **Location: X** = 1,554,039   feet         **Y** = 2,143,216   feet
         New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage**

         Within the Tierra Amarilla Grant                       <u>21.65 acres</u>
                                                         Total   21.65 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCV-006-0006.

**Amount of Water:**   NONE

**F.**     **NO RIGHT (Groundwater Only):**

**Office of the State Engineer File No.**     NONE

**Priority:**     NONE

**Source of Water:**     Underground waters of the Rio Chama Stream System and Rio Grande Underground Water Basin.

**Purpose of Use:**     NO RIGHT
**Point of Diversion:**
         **Well:** IRON SPRING WELL
         **Location: X** = 1,554,850   feet         **Y** = 2,127,901   feet
         New Mexico State Plane Coordinate System, Central Zone, NAD 1983

-3-

**Location and Amount of Acreage**

   Within the Tierra Amarilla Grant      <u>31.40 acres</u>
               Total  31.40 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No. CHCV-006-0006.

**Amount of Water:**  NONE

  IT IS ALSO ORDERED that the Consent Order entered on April 21, 2006 (Doc. No. 8236) in Subfile CHCV-006-0006 is amended to include the revised subfile map attached hereto dated June 4, 2012 showing all of the lands described in Subfile CHCV-006-0006.

               _____
              MARTHA VÁZQUEZ
              UNITED STATES DISTRICT JUDGE

Approved:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE

-4-

LEGEND

- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Land
- Operable Ditch / Lateral
- Inoperable Ditch / Lateral
- Reservoir / Stock Pond
- Point of Diversion
- F Fallow
- NR No Right

N W E S

1 inch = 800 feet

0 100 200 400 600 800 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Scott A. Verhines, P.E.
State Engineer

Rio Chama Hydrographic Survey
Village of Chama Section

Office of the State Engineer
Interstate Stream Commission

Subfile Number
**CHCV 006-0006**
Vaughn Well No. 1 Ditch,
Unnamed Ditch No. 3
and Iron Spring Well Ditch
AMENDED
June 4, 2012

