IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>   Defendants. | 69cv07941 MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Canjilon Creek<br><br>Subfile No. CHCJ-004-0024 |

## MOTION FOR SUBSTITUTION OF PARTIES

Plaintiff State of New Mexico, *ex rel.* State Engineer under Fed. R. Civ. P. 25(a)(1), moves the Court to issue its order substituting Max Martinez and Mary Martinez (New Defendants) for defendant Mave Martinez in these proceedings, and as grounds Plaintiff states the following:

1.   A Consent Order in the name of Mave Martinez for Subfile No. CHCJ-004-0024 was entered December 4, 2001, (Doc. No. 6420).

2.   The New Defendants have purchased the property associated with Subfile No. CHCJ-004-0024, as shown by the Warranty Deed filed with the Rio Arriba County Clerk in Book 528, Page 7454 on October 3, 2005.

3.   The New Defendants have filed a Change of Ownership of Water Right with the New Mexico Office of the State Engineer on April 5, 2010, for the water rights associated with Subfile No. CHCJ-004-0024.

WHEREFORE the State of New Mexico requests the Court to enter its order substituting Max Martinez and Mary Martinez for defendant Mave Martinez in these proceedings.

Respectfully submitted,

\_\_\_/s/ Gary Storm_____
Gary B. Storm
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
1-800-982-3766 phone
(505) 827-3887 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2013 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants via first class mail, postage prepaid addressed as follows:

| | |
|---|---|
| Max Martinez<br>Mary Martinez<br>PO Box 417<br>Canjilon, NM   87515 | Mave Martinez<br>HCR 70 Box 126<br>Vernon, UT   84080 |

\_\_\_/s/ Gary Storm_____
Gary B. Storm