IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

       Plaintiff,

vs.                                                                    CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                              RIO CHAMA ADJUDICATION

       Defendants.

## ORDER APPROVING APPOINTMENT
## OF ANTONIO TRUJILLO AS WATER MASTER

THIS MATTER is before the Court on the State of New Mexico's Motion to Approve Appointment of Rio Chama Watermaster.  [Doc. 10924].  The Court will GRANT the motion.

The Partial Final Judgment and Decree ["Decree"] entered on July 26, 1971 for the Chama Mainstream Section requires that the State Engineer appoint a water master to assist in the administration and enforcement of the Decree "subject to the approval of the Court."  [Doc. 1778, ¶ 8 at 6].  The duties of the water master include, but are not limited to: "the inspection and approval of meter installations required by the provisions of this [Decree]; the maintenance of records of water diversions; the supervision of water use under rights adjudicated [in the Decree] including the establishment of the rate of diversion for each ditch; and the preparation of rules and regulations for the administration of this [Decree]."  [Doc. 1778, ¶ 9 at 6].

The State has appointed Antonio Trujillo to serve as the Rio Chama water master for the Chama Mainstream Section because Stermon "Buck" Wells, the previously appointed water master for the Chama Mainstream Section, has retired and is no longer employed by the Office of the State Engineer.  Mr. Trujillo has a Bachelor of Science from the University of New Mexico in Environmental Science with a minor in Geology and Geography, and has been employed by the Office of the State Engineer for approximately one year as an Engineer Specialist.

No responses opposing the State's motion to approve Mr. Trujillo as the water master for the Chama Mainstream Section have been filed.  The Court will approve the State Engineer's appointment of Mr. Trujillo as the water master for the Chama Mainstream Section.

IT IS SO ORDERED.

Lorenzo F. Garcia
United States Magistrate Judge