## RIO CHAMA MAINSTREAM DITCHES
## PRIORITY ADMINISTRATION
### TABLE 2

| DITCH | PRIORITY | PRIORITY DATE | EST. DIV. RATE (cfs) | ACCUM. DIV. RATE (cfs) |
|---|---|---|---|---|
| Chamita | 1 | 1724 | 18 | 18 |
| Martinez & 1st priority of Duranes | 2 | 1790 | 9 | 27 |
| Chili | 3 | 1821 | 8 | 35 |
| Acequia de la Puente | 4 | 1841 | 5 | 40 |
| Hernandez | 5 | 1850 | 16 | 56 |
| Salazar | 6 | 1853 | 13+ | 69+ |
| Duranes | 7 | 1854 | 6 | 75 |
| Manzanares & Montoya | 8 | 1866 | 1.5 | 76.5 |
| Abeyta Trujillo | 9 | 1870 | 6 | 82.5 |
| Rio de Chama | 10 | 1882 | 11 | 93.5 |
| Ferran | 11 | 1884 | 4 | 97.5 |
| Gonzales | 12 | 1898 | 6 | 103.5 |
| J.V. Martinez | 13 | 1901 | 4 | 107.5 |
| Acequia Mariano | 14 | 1902 | 1.5 | 109 |
| Quintana | 14 | 1904 | 1+ | 110+ |
| Monastery | 15A | 1904 | 1 | 111 |
| Jose Pablo Gonzales | 16 | 1907 | 16 | 127 |
| Valentine Martinez | 17 | 03/19/07 | 1 | 128 |
| Tierra Azul | 18 | 03/04/24 | 7 | 135 |
| Acequia Mariano | 19 | 02/01/35 | 2.5+ | 137.5+ |
| Winfield-Morton | 20 | 02/20/47 | 2.5 | 140 |
| Scull | 21 | 01/26/48 | | |