3RD JUDICIAL DISTRICT COURT
DOÑA ANA COUNTY NM
FILED IN MY OFFICE
7/12/2013 1:39:39 PM
NORMAN E OSBORNE
DISTRICT COURT CLERK

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT

STATE OF NEW MEXICO
*ex rel.* OFFICE OF THE STATE ENGINEER
    Plaintiff,

vs.

ELEPHANT BUTTE IRRIGATION DISTRICT,
*et al.*
    Defendants,

No. D-307-CV-888
Judge: James Wechsler

## NOTICE OF AND INVITATION TO ATTEND JOINT WORKING SESSION
## NEW MEXICO STATE STREAM ADJUDICATIONS
## SCHEDULED FOR AUGUST 12, 2013

TO:      New Mexico Water Judges and Special Masters in State and Federal Courts
            Office of the State Engineer
            All Interested Parties

FROM:    James J. Wechsler, Presiding Judge, San Juan, Pecos, Rio San Jose, and Santa Fe River Adjudications

Cc:      Celina Jones, Administrative Office of the Courts

RE:      **Annual Court/State Joint Working Session on Adjudications Scheduled for 10:00 a.m., August, 12, 2013 at the Court of Appeals in Santa Fe, New Mexico. Parties may also attend via Video Link at the district courts in Aztec, Roswell and Las Cruces and via telephone.**

Provisional Rule 1-071.3 NMRA provides as follows:

A. Joint working sessions in state adjudications. Thirty (30) days before the end of each fiscal year, the judges, special masters, the state and other parties in each stream adjudication court shall coordinate and set a working session for the purpose of discussing common issues among all pending stream adjudications and resource needs of each adjudication court. The judges presiding over state stream system adjudications shall invite judges and special masters presiding over federal stream system adjudications to participate.

B. Report of state's priorities. Thirty (30) days prior to the joint working session, the state shall file a report setting out the plaintiff's suggested priorities and its analysis of resources needed by the courts and for the state for each adjudication pending in state court.

By agreement among the State Court, the Federal Court, and the State of New Mexico, the 2013 annual joint working session is scheduled for August 12, 2013 from 10:00 a.m. to 12:30 p.m. at the New Mexico Court of Appeals, 237 Don Gaspar, Santa Fe, NM 87501. All interested parties are invited to attend the joint working session.

Parties may attend and participate by video conference at the following locations:

| | | |
|---|---|---|
| 3rd Judicial District Court | 5th Judicial District Court | 11th Judicial District Court |
| 201 W. Picacho Avenue | 400 N. Virginia | 103 South Oliver Drive |
| Las Cruces NM 88005 | Roswell, NM 88201 | Aztec, NM 87410 |

Parties may also attend and participate by Conference call as follows:

Telephone Participants Conference Call instructions:
Dial-In Number: 1-646-307-1300
Access Code: 9353217
(*6 to toggle muting on/off   )

*Melody Longwill*
MELODY LONGWILL
Administrative Assistant

THE DISTRICT COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT. IT IS COUNSEL'S, OR A PRO SE PARTY'S OBLIGATION TO NOTIFY THE CLERK OF THE COURT AT LEAST FIVE (5) DAYS BEFORE ANY HEARING OF THE ANTICIPATED ATTENDANCE OF A DISABLED PERSON SO THAT APPROPRIATE ACCOMMODATIONS CAN BE MADE. ALL COUNSEL ARE TO VERIFY COURT TIME ALLOWED FOR THIS MATTER.

## CERTIFICATE OF MAILING

I hereby certify that I have caused to be mailed by First Class US Mail, a true and correct copy of the foregoing instrument to the following counsel and parties of record (attached list) or by email on the above date.

*Melody Longwill*
Melody Longwill
Administrative Assistant

| | | |
|---|---|---|
| Rebecca A. Dempsey<br>Cuddy & McCarthy, LLP<br>P.O. Box 4160<br>Santa Fe, NM 87502-4160 | Tessa T. Davidson, et al<br>Davidson Law Firm, LLC<br>P.O. Box 2240<br>Corrales, NM 87048 | Alvin F. Jones, et al<br>Henninghausen & Olsen, LLP<br>P.O. Box 1415<br>Roswell, NM 88202-1415 |
| Mark F. Sheridan<br>Holland & Hart, LLP<br>P.O. Box 2208<br>Santa Fe, NM 87504 | James Speer, Jr.<br>300 E Main Street, Suite 1032<br>El Paso, TX 79901 | Joel T. Newton<br>1020 S. Main Street<br>Las Cruces, NM 88005 |
| Charles T. DuMars, et al<br>Law and Resource Planning Assoc., PC<br>201 Third Street NW, Suite 1750<br>Albuquerque, NM 87102-3368 | Steven L. Hernandez, et al<br>Law Office of Steven L. Hernandez, PC<br>P.O. Box 13108<br>Las Cruces, NM 88013 | Maria O'Brien, et al<br>Modrall, Sperling, Roehl, Harris, Sisk, PA<br>P.O. Box 2168<br>Albuquerque, NM 87103-2168 |
| Clyde A. Pine, Jr.<br>Mounce, Green, Myers, et al<br>P.O. Drawer 1977<br>El Paso, TX 79950-1977 | Laurel A. Knowles, et al<br>New Mexico Office of the State Engineer<br>P.O. Box 25102<br>Santa Fe, NM 87504-5102 | Robert S. Simon<br>610 Gold Ave. SW, Suite 111<br>Albuquerque, NM 87102 |
| John W. Utton<br>Sheehan & Sheehan, PA<br>P.O. Box 271<br>Albuquerque, NM 87103-0271 | Jay F. Stein, et al<br>Stein & Brockmann, PA<br>P.O. Box 2067<br>Santa Fe, NM 87504-2067 | R. Lee Leininger<br>U.S. Department of Justice<br>999 18th St., S. Terrace Ste. 370<br>Denver, CO 80202 |
| Christopher B. Rich<br>U.S. Department of the Interior<br>125 South State St, 6201 Fed. Bldg.<br>Salt Lake City, UT 84138 | Victor R. Marshall<br>Victor R. Marshal & Associates, PC<br>12509 Oakland NE<br>Albuquerque, NM 87122 | Carolyn A. Adams<br>P.O. Box 281<br>San Miguel, NM 88004 |
| James Scott Boyd<br>16829 N. Sourdough Pl.<br>Fountain Hills, AZ 85268 | Ignacio L. Bustamante<br>2300 W. Union Ave.<br>Las Cruces, NM 88005 | Michael R. Caldarella Sr.<br>3025 W. O'Hara Rd.<br>Anthony, NM 88021 |
| Armando Carrasco<br>P.O. Box 11<br>Chamberino, NM 88027 | Roberto B. Carrasco<br>P.O. Box 1<br>Chamberino, NM 88027 | Dale J. Hopkins<br>P.O. Box 247<br>Organ, NM 88052 |
| Sueann G. Kenney-Noziska<br>12305 Montes Rd.<br>La Mesa, NM 88044 | Wayne & Rebecca Miller<br>7617 B Highway 28<br>Anthony, NM 88021 | Robert Nichols<br>P.O. Box 1558<br>Santa Teresa, NM 88008 |
| Robert J. Noziska<br>12305 Montes Rd.<br>La Mesa, NM 88044 | Manuelita B. (Nellie) Rosales<br>14440 Hiway 478 - S. Main St.<br>Mesilla Park, NM 88047 | Martina H. Singh<br>P.O. Box 113<br>La Mesa, NM 88044 |

George J. Want Jr.
1445 Los Pinos Way
Anthony, NM  88021-8509

Gerald A. Want
2510 W. O'Hara Rd.
Anthony, NM  88021