IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**13 JUL 25 AM 11: 58**

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV-LFG

RIO CHAMA STREAM SYSTEM

Section 7, Village of Chama

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Village of Chama Subsection of Section 7 of the Rio Chama Stream System . I object to (check all that apply):

  X   The priority date proposed for my water right.

_____  The priority date proposed for any other water right.

        Please describe this water right or ditch _____

  X   The irrigation water requirements proposed for pre-1907 irrigation water rights in the Village of Chama Subsection.

  X   The irrigation water requirements proposed for lands irrigated under a permit or final license issued by the State Engineer.

        Please describe this water right or ditch   MB Ditch, License No. 1974. _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s):   MB Ditch, c/o Law & Resource Planning  Subfile No.  CHCV-001-0002
                   Associates, P.C.

MAILING ADDRESS:   201 Third Street NW, Suite 1750, Albuquerque, NM 87102

TELEPHONE NO.:     (505) 346-0998

SIGNED:   *Catherine Nolan*      DATE:   July 24, 2013

**SEE REVERSE SIDE**

L R P A

Attorneys at Law

**Law & Resource P₁**
ALBUQUERQUE PLAZA
201 Third Street NW, Suite 1
Albuquerque, NM 87102

**CERTIFIED MAIL**

7002 1000 0005 5004 8570

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

**RECEIVED**
At Albuquerque NM

JUL 25 2013

MATTHEW J. DYKMAN
CLERK

$6.11⁰
US POSTAGE
FIRST-CLASS
062S0007150056
87102

B56218.14

8710283274 C015