FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2013 JUL 29  AM 10: 25

CLERK-SANTA FE

IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation
The State Engineer,

Plaintiff,

v.

ROMAN ARAGON,   et al,

Defendants.

Case No. 69cv-07941-MV/LFG

Rio Chama Stream System

Section 1 (mainstream)

To: The Honorable Lorenzo F. Garcia, Magistrate Judge

From: Parciantes of Acequia de Chamita

## **Motion requesting Senior Priority call by the Acequia de Chamita Parciantes by Acequia spokesman, David Ortiz**

Your Honor attached (Exhibit A & B) are letters that I tried to submit to the WaterMaster and they would not accept. I will go into a brief explanation on my part.

On the morning of July 25, 2013, I hand delivered the 3 pages, one (1) titled, SENIOR PRIORITY WATER CALL, and two (2) with the signatures of 44 parciantes. The WaterMaster was not allowed to stamp, date and sign for, by 2 individuals in that division, one being the director. I was asked if I was a commissioner and I replied I was not. I was told it had to be delivered by a Commissioner and signed by him. I advised them that a signature of one of the commissioners and the Mayordomo was on the signup sheet. They would not accept it unless it was

1

delivered by a Commissioner. I left to an Acequia Workshop. If it was mailed would they refuse it from the mailman?

While there, I read the WaterMasters Rules and Regulations, refrenced on the attached July, 2013 letter and on Doc.10930. I went back to the WaterMasters office to request the form provided by the WaterMaster for a Priority call and was told by 4 separate individuals that there was no such form. The WaterMasters instructions do not use Commissioner, but official. My interpretation is the signature of "an" official, meaning only one. One of them argued that the Mayordomo was not an official of the ditch, he had to be elected. I replied the Mayordomo is elected, still they would not accept the Priority call. I went back to Chamita and prepared that above refrenced letter (Exh.B) which 2 of the 3 Commissioners signed, and the Mayordomo, one of the the two not being available on Wednesday because he was at the Doctors in Albuquerque. The third one was non-responsive.

On the morning of July 26, 2013, the Mayordomo and myself went back to the WaterMasters office and Mr. Vince Chavez would still not accept the Priority call.

Your Honor has the State spent all those millions of dollars and all that time of the Court and Judges to assign priority dates and then they don't intend to enforce Senior Priority Administration? Doc.10930 & -1. And what about what yet remains to be done in time and money? (exh.a) Is it all for nothng?

My only remedy is to ask that the Court order the WaterMaster honor and enforce the Priority call of the Parciantes of the Acequia de Chamita and that those other individuals be ordered to quit obstructing the WaterMaster from performing his duties as WaterMasters Rules and Regulations and Document 10930 and 10930-1 instruct him. They told him not to accept, sign and stamp the Priority Request.

Respectfully,

Parciantes of the Acequia de Chamita (see sign up list, including page 4)

July 29, 2013

### *Acequia de Chamita Parciantes*

Established August 11, 1598

ExH. A

Interstate Stream Commission
Bataan Memorial Bldg Room 101
PO Box 25102
Santa Fe New Mexico 87504-5102

### Senior Priority Water Call

Gentlemen,
As Parciantes of the Acequia de Chamita, we are making the Senior Priority Water call. At the present time there is only according to the Interstate Stream Commission, enough water for the 3 Senior Aceqia's, Chamita being #1. The State of New Mexico must begin enforcing restrictions on the Junior Acequia's above and below the Abiquiu Dam.

The State is spending and will spend $Millions of Dollars to determine who is Senior and how much they can use, adjudicating the waters to determine Senior users and yet all the Acequia' above us continue to use water when there is only enough for the 3 Senior's.

According to the Partial Final Judgment and Decree, Filed July 26, 1971 we have rights to water year around, which we do not use, shutting down in Dec., Jan., Feb., and March. We also have rights to 18CFS in the Acequia which we have not utilized in at least 50 to 60 years, running at the most 14 CFS and probably averaging about 10 to 11 CFS in all those years. We also have as a major parciante (approx.240 Acres, the Pueblo of Okhay Owingeh) (Chamita Community approx.480 acres). You show on your July 12, 2012, Hydrographic Survey map of Acequia's, Chamita having 472.85 Acres, which is in error and should be approx. 700 acres. You have not included Okhay Owingeh.

P 1 of 3 plus 1+1 = 5

(1)

Therefore the following members on the attached sheets with names and addresses and acres under irrigation do respectfully request that we be delivered a full ditch up to the 18 Cfs that is our right to divert.
Thank You

| # | Printed name | Signed name | Adresss | Acreage |
|---|---|---|---|---|
| 1 | DAVID ORTIZ | David Ortiz | PO Box 1082 S.J.P. NM 87566 | 15.12 |
| 2 | Donald M Salazar | Donald M Salazar | P.O. Box 1185 SJP " | 35.38 |
| 3 | Tina Garcia | Tina Garcia | P Box 1304 SJP " | 19.13 |
| 4 | Eloy GARCIA | Eloy Garcia | PO Box 1024 SJP " | 9.46 |
| 5 | Rose Marie Velarde | Rose Marie Velarde | 14 Prt Dr. 1663 SJP 87566 San Juan Pue | 280. |
| 6 | Santiago Gallegos | Santiago Gallegos | Hwy 74 Hse 81A | 6.114 |
| 7 | PETE LOWE | Pete Lowe | ST. Rd. 74 House 87 Chamita | 1.75 |
| 8 | JACOBO BACA | Jacobo Baca | P.O. 1045 OHKAY OWINGEH PBLO | 5.65 |
| 9 | Joseph Gallegos | Joseph Gallegos | P.O. Box 20 San Juan Pueblo, N.M | 2.11 |
| 10 | Jacob D. Gallegos | Jacob D. Gallegos | P.O. Box 9 San Juan Pueblo, N.M. | 3.50 4.43 |
| 11 | Tony J. Maestas TONY J MAESTAS | Tony J Maestas | Rt 2 Box 279 B San Juan Pueblo NM | 3.61 |
| 12 | Leo J. Martinez | Leo J. Martinez | P.O. Box 1202 San Juan Pueblo NM | 1.20 |
| 13 | Anthony Maestas | Anthony Maestas | PO Bx 1328 San Juan Pueblo NM 8786 | 6.16 |
| 14 | JOE BRANCH | J Branch | PO Box 1116 OHKAY OWINGEH, NM 87566 | 15.22 |
| 15. | Mary D. Archuleta | Mary D. Archuleta | Box 1540 87566 San Juan Pueblo N.mex | 7.85 |
| 16. | Pete De Herrea | Pete de Herrera | Rio Rancho NM. 7088 Husky Drive | 13.65 |
| 17. | RON W. RUNDSTROM | Ron Rundstrom | P.O. Box 1791, Espanola New Mexico 87532 | 3. |
| 18. | Andrew B. Valdez | Andrew B. Valdez | P.O. Box 104 OhKay Owingeh N.M. 87566 | 16.95 |
| 19. | Cathy Guillen | Cathy Guillen | PO Box 2 San Juan Pueblo, NM 8732 | 16.49 |
| 20. | Morris J. Santistevan | Morris J Santistevan | PO Box 4516 Fairview, NM 87533 | 15.36 |
| 21. | Jose L Pacheco | Jose L Pacheco | PO Box 1153 San Juan Pueblo NM 87566 | 17.36 |
| 22. | RENEE A PACHECO | Renee Pacheco | P.O. Box 4685 Fairview nm 87533 | 2.5 |
| 23. | David P. Martinez | David Martinez | PO Box 1033 Espanola NM 87532 | 1.2 |
| 24. | Jimmy Chavez | Jimmy C | 56 County Rd 56 House 105 OKhay Owingeh N.M. 87566 | .842 |

(2)

| PRINT | SIGNATURE | ADDRESS | Acreage |
|---|---|---|---|
| 25. Gary Martin | Gary Martin | 97A County Rd. 56A Ohkay Owingeh | 4.5 |
| 26. Rick R. Mascareñas | Rick Mascareñas | P.O. Box 1180 San Juan Pueblo | 13.6 |
| 27. Christina Mascareñas | Christina R Mascareñas | 171 SR 74 San Juan Pueblo, NM | 11.9 |
| 28. Margaret Herrera | Margaret Herrera | PO Box 1366 San Juan Pueblo n-m | 1 |
| 29. Carlos E. Vigil | Carl E Vigil | P.O. Box 1502, Okay Owingeh 87566 NM | 1 |
| 30. Robert Tainter | Robert Tainter | Rt 4, Box 208 Herrera 87532 | 8.47 |
| 31. Raymond Gallegos | Raymond Gallegos | P.O. Box 1096 San Juan Pueblo, NM 87566 | 6.4 |
| 32. Pedro P Trujillo | Pedro P Trujillo | PO Box 1215 San Juan Pueblo | 9.82 |
| 33. Johnny L Martinez | Johnny J Marty | P.O. Box 1373 San Juan Pueblo NM 87566 | .24 |
| 34. Doloritas Martinez | Doloritas Martinez | PO Box 217 Española, NM 87532 | .647 |
| 35. Fred F Flores | Fred F Flores | Rt 4 Box 82-13 San Juan Pueblo NM 87566 | 2.425 |
| 36. Eric Romboy | Eric Romboy | 55 CR 56A San Juan NM 87566 | 5.3 |
| 37. Ernesto Mascareño | Ernest Mascareño | PO Box 1058 San Juan Pueblo NM 87566 | 3.91 |
| 38. Rick Romero | R Romero | Route 4 Box 179 Española NM 87532 | 9.92 |
| 39. Kathleen Ramsay-Horak | | #7 Shady Lane Española NM 87532 | 6.868 |
| 40. Mike Purdy | Mike Purdy | Rt. 4 Box 278-8 San Juan NM 87566 | .871 |
| 41. Isaac Salazar | Isaac Salazar | PO Box 4054 Fairview NM 87533 | 4.99 |
| 42. Ron Velarde | R Velarde | 67 County Rd. 56 Ohkay Owingeh | 6.38 |
| 43. Ursula Cordova | Ursula Cordova | P.O. Box 713 San Juan Pueblo, N.M. 87566 | 11.3 |
| 44. Richard M Salazar | Richard M Salazar | PO Box 1330 San Juan Pueblo, NMex 87566 | 19.12 |
| 45. Alex Serveos | Alex Serveos | PO Box 749 San Juan Pueblo 87566 | 4.140 |
| * 650-636-3611 | Susan Dominguez | 1416 Crespin Dr. Pacifica, Calif. 94044 | 7.81 |
| * 505-471-7455 | Francisco Herrera | 2735 Via Caballero del Sur Santa Fe, NM 87505 | 10 |
| * 801-865-1442 | Leonard Salazar | 1972 East 12200 South Draper, Utah 84020-9680 | 7.41 |
| * 505-362-2739 | Enrique Rael | 2737 Valle Grande S.W. Albuquerque, NM 87105 | 4.632 |
| * 505-299-6929 / 505-417-1632 | James Maestas | 11421 Paseo del Oso Albuquerque NM 87111-2666 | 7.29 |
| * 925-519-1188 / 925-556-9937 | Tammy Griffith | PO Box 289 San Ramon, Calif 94583 | 6.24 |

* OUT OF TOWN, STATE. BY PHONE, NUMBER PROVIDED

(3)

355.65

Page 4 Sign-up sheet Parcientes de Acequia de Chamita
case 6:69-cv-07941-KWR-KK   Document 10933   Filed 07/29/13   Page 6 of 8
Exh. A

| PRINT NAME | SIGNATURE | ADDRESS | ACREAGE |
|---|---|---|---|
| 52. Esequiela Maestas | Esequiela Maestas | P.O. Box 1359 San Juan Pueblo NM | 1.82 |
| 53. Leroy E. Salazar | Leroy E. Salazar | P.O. Box 2284 San Juan Pueblo NM 87566 | 14.89 |
| 54. David Archuleta | David Archuleta | P.O. Box 40 San Juan N.M. 87566 | 2.34 |
| 55. Eileen Herrera | Eileen Herrera | P.O. Box 1123 San Juan Pueblo NM 87566 | 2.00 |
| 56. Dolores C. Martinez | Dolores C. Martinez | P.O. Box 1133, San Juan Pueblo, NM | 1.06 |
| 57. Jessica Mtz-Aragon | Jessica Mtz Aragon | PO Box 895 San Juan Pueblo | .80 |
| 58. Ernestine Valdez | Ernestine Valdez | P.O. Box 925 San Juan Pueblo | 4.22 |
| 59. Andres A. Casias | Andres A. Casias | PO Box 1303 San Juan Pueblo, NM | .633 |
| 60. Julie Garcia | Julie Garcia by Jacob | P.O. Box 1758, Espanola NM | .449 |
| 61. Victor Lopez | Victor Lopez | P.O Box 1331 San Juan | .449 |
| 62. Sydney Liw | Sydney Liw | PO Box 81, Espanola NM | 6.22 |
| 63. Anthony Padilla | Anthony Padilla | P.O. Box 973 Espanola NM | 5.486 |
| 64. Peter A. Casados | Peter A. Casados | P.O. Box 707 San Juan Pueblo | 8.83 |
| 65. Carl Bauer | Carl Bauer | P O Box 986 Espanola | 6.01 |
| 66. Sara Herrera | Sara Herrera | PO Box 728 San Juan Pueblo N.M. | 4.68 |
| 67. Jose Pete Maestas | Jose Pete Maestas | Rt 4 Bx-19 Hernandez, NM 87537 | 7.48 |
| 68. Jeffrey Serna | Jeffrey Serna | County Rd 56 House 31 Chamita N.M. 87566 | 3.00 |

July 25, 2013

Interstate Streams Commission  
Bataan Memorial Bldg  
PO Box 25102  
Santa Fe, NM 87504-5102

Exh. B

State Engineer of the State of New Mexico  
Rio Chama Water Master

Gentlemen,

On July 25, 2013, David Ortiz hand delivered to the WaterMaster a letter requesting a Senior Priority call for the Acequia de Chamita Parciantes. The WaterMasters office would not accept it stating that it had to be signed and delivered by a Commissioner. I advised them that it had been signed by a Commissioner and the Mayordomo. They still would not accept it. I left.

After reading WaterMaster's Rules & Regulations, filed May 30, 1972, page 4, Article 3, Priority Administration, 3-1., A priority call shall be made in a written request on a form provided by the watermaster and signed by an official of the ditch., I then returned to ask for the form to make a priority call. 4 different people said there was no such form and one of them argued that the Mayordomo was not an elected official of the ditch. I say he is, what do you say?

It is not up to us to determine Junior's, it is up to the WaterMaster to identify them, (count of 18 is found on the map refrenced requesting Senior Priority call), and do what ever he has to to secure up to 18 cfs allotted to Chamita.

As you see on the sign up list of Parciantes requesting their Senior Water Rights, it is approximately 380 of the 480 Irrigated acres and the only reason it is not more is because they could not be found.

Therefore, if there is only 18 cfs in the Chama River, it must come in this Acequia.

Official of the Acequia de Chamita

*[signature]* Comm  
*[signature]* Richard M Delayan Comm.  
*[signature]* Eloy Garcia Mayordomo

Exh. a

Ruling protects senior water rights
By John Fleck / Journal Staff Writer on Fri, Jul 26, 2013
ABQ Jrn
http://www.abqjournal.com/225869/news/ruling-protects-senior-water-rights.html

New Mexico residents remain free to drill domestic wells to meet household water needs, the state Supreme Court ruled Thursday. But the state has an obligation to ensure that, once wells are drilled, the resulting groundwater pumping doesn't cut into the water rights of neighbors, the court found.

The ruling creates the possibility that, for the first time, New Mexico could be forced to curtail pumping from domestic wells if the well reduces water supplies to neighbors with senior water rights.

The decision provides new legal teeth to the argument that state government must begin enforcing the "doctrine of prior appropriation," defending the rights of the state's oldest water users, experts said Thursday.

"New Mexico has never done that," said Reed Benson, a professor at the University of New Mexico School of Law. The decision, Benson said, "may mean that we are on the verge of a new era."

New Mexico has a total of 201,473 legally permitted domestic wells, though a recent study suggests there are likely many more wells drilled illegally by homeowners that are also drawing water from the state's aquifers. Last year, in the midst of severe drought, the state issued permits for 2,191 new domestic wells.

Thursday's Supreme Court decision settles a seven-year-old suit filed by Horace Bounds, a farmer in the Mimbres Basin in southwestern New Mexico with some of the most senior, high-priority water rights in the basin. Bounds alleged that, because all of the water in the Mimbres was already spoken for by existing water rights holders, including himself, domestic well permits issued for new homes being built in the basin amounted to a violation of his water rights.

Bounds charged that simply by issuing new domestic well permits, the Office of the State Engineer, which oversees water rights, was violating the New Mexico Constitution.

The court ruled that the act of issuing a permit did not violate Bounds' rights. But it went on to say that the resulting pumping, if it reduced the amount of water available to Bounds, could be a violation of his rights.

Under the law, the state water engineer has a legal obligation to defend senior water users' rights, including curtailing domestic well use if necessary to achieve that, the court ruled. In its decision, it urged the state engineer to "fulfill its superintending responsibility by applying priority administration for the protection of senior water users."

Despite losing the case, Bounds' attorney, Steve Hernandez, said he was pleased with the decision. Hernandez called the decision a victory for Native American communities, acequias, farmers and irrigation districts, all groups with senior water rights that have long complained about the state's failure to defend their rights.

D.L. Sanders, chief counsel to the Office of State Engineer, acknowledged Thursday that the state has never curtailed pumping by any of the state's domestic well users. He also acknowledged that the state has not acted on regulations allowing for the creation of "Domestic Well Management Areas," intended to help manage groundwater depletions by homeowners drilling wells.

Legislation calling for creation of the management areas was approved in 2006 and the state Senate earlier this year unanimously approved a memorial sponsored by Sen. Peter Wirth, D-Santa Fe, complaining that the Office of State Engineer had done nothing to implement the law.

Sanders said the agency was waiting for a decision in the Bounds case before proceeding.

Thursday's decision, along with a related Supreme Court ruling last year, clears the way for the state engineer to begin developing the tools needed to enforce prior appropriation, Sanders said in an interview. But he said he expects some water users to be back in court attempting to block the new water management rules.

"Within 18 months, we'll all be back in court because the rules we promulgate will be challenged by somebody," Sanders said.

Robin Collier
125 A La Posta, Taos, NM 87571
575-758-9791  robincollier@newmex.com