IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

        Plaintiff,

vs.                                                                            CIVIL NO. 69-7941 MV/LFG

ROMAN ARAGON, et al.,                                        RIO CHAMA ADJUDICATION

        Defendants.                                            Subfile No. CHCJ-004-0024

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the State of New Mexico's Motion for Substitution of Parties. [Doc. 10928]. The State seeks to substitute Max Martinez and Mary Martinez ["New Defendants"] for Defendant Mave Martinez with respect to the water rights described in Subfile No. CHCJ-004-0024. The New Defendants purchased the property associated with Subfile No. CHCJ-004-0024 and filed a Change of Ownership of Water Right with the New Mexico Office of the State Engineer for the water rights associated with Subfile No. CHCJ-004-0024. Federal Rule of Civil Procedure 25(c) allows the new owners to be substituted in an action when an interest is transferred. No responses opposing the motion have been filed. The Court will GRANT the motion.

The Clerk of the court shall mail copies of this Order to the following:

| | |
|---|---|
| Max Martinez | Mave Martinez |
| Mary Martinez | HCR 70 Box 126 |
| PO Box 417 | Vernon, UT  84080 |
| Canjilon, NM  87515 | |

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge