IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>RAMON ARAGON et al., )<br>)<br>Defendants. )<br>) | 69cv07941-MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Sections 3 & 7 |

## **ENTRY OF APPEARANCE**

The law firm of Sheehan & Sheehan, P.A. (John W. Utton) attorneys for Associación de Acéquias Norteñas de Rio Arriba (the Acéquias Norteñas) hereby enters its appearance on behalf of the Chama Town Ditch, a new member the Acéquias Norteñas.  The members of the Acéquias Norteñas are listed on the Attachment hereto.  This appearance is limited to the adjudication proceedings before this Court on issues in common to the Acéquias Norteñas. Copies of all future pleadings, orders and notices in this matter should be sent to John W. Utton, Esq., Sheehan & Sheehan, P.A., P.O. Box 271, Albuquerque, NM 87103, Phone: (505) 247-0411, Fax: (505) 842-8890, email: jwu@SheehanSheehan.com.

        Respectfully Submitted,

        SHEEHAN & SHEEHAN, P.A.
        Attorneys for Acéquias Norteñas
        40 First Plaza, N.W., Suite 740 (87102)
        Post Office Box 271
        Albuquerque, New Mexico  87103
        (505) 247-0411

        *"Electronically Filed"*

      BY: */s/ John W. Utton, Esq.*
         JOHN W. UTTON

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 31st day of July 2013, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

**AND I FURTHER CERTIFY** that on July 31, 2013, I served the foregoing on the following non-CM/ECF participants by first class mail, postage prepaid, addressed as follows:

Jeffrey Albright, Esq.
Lewis and Roca LLP
P. O. Box 1027
Albuquerque, NM  87103-1027

Natasha D. Cuylear, Esq.
JA Associates LLC
2309 Renard Pl. SE, #200
Albuquerque, NM  87106-4284

Karla Janelle Haught, Esq.
PNM Resources Inc.
414 Silver Ave. S.W., Fl 8
Albuquerque, NM  87102-3239

                                            /s/  *John W. Utton*
                                            JOHN W. UTTON

**ATTACHMENT**

Associación de Acéquias Norteñas de Rio Arriba consists of the following 19 acéquias whose members hold water rights in the Rio Chama Stream System within Sections 3 and 7:

>Acéquia de La Otra Banda
>Acéquia de Los Brazos
>Acéquia de Pinabetal (Canjilon)
>Acéquia de Pinavetal (Cebolla)
>Acéquia de Tierra Amarilla
>Acéquia del Bordo
>Acéquia del Llano
>Acéquia del Porvenir
>Barranco Community Ditch
>Cañones Arriba Ditch #1
>Cebolla Acéquia Madre
>Chama Town Ditch
>El Brazito and Lateral Acéquia
>Ensenada Community Ditch
>La Puente Community Ditch
>MB Community Ditch
>Parkview Community Ditch (Los Ojos)
>Plaza Blanca Community Ditch
>Willow Creek Community Ditch (Rutheron)