IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

    Plaintiff,

vs.                                                                        CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                           RIO CHAMA ADJUDICATION

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING

THIS MATTER is before the Court on Motion requesting Senior Priority call by the Acequia de Chamita Parciantes by Acequia spokesman, David Ortiz. [Doc. 10933]. Because the motion seeks relief related to the irrigation season which will soon end, the Court will expedite the briefing schedule for the motion. Responses to the motion [Doc. 10933] are due on August 5, 2013. Replies are due on August 9, 2013.

    IT IS SO ORDERED.

                                                                         *Lorenzo F. Garcia*
                                                                        Lorenzo F. Garcia
                                                                        United States Magistrate Judge