## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO** *ex rel.* **State Engineer,** | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-MV-LFG |
| vs. | ) ) | RIO CHAMA STREAM SYSTEM |
| **ROMAN ARAGON,** *et al.*, | ) ) | Section 7, Village of Chama |
| Defendants. | ) | |

### OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Village of Chama Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

 X *   The priority date proposed for my water right.

 ____   The priority date proposed for any other water right.

   Please describe this water right or ditch_____

 ____   The irrigation water requirements proposed for pre-1907 irrigation water rights in the Village of Chama Subsection.

 X *   The irrigation water requirements proposed for lands irrigated under a permit or final license issued by the State Engineer.

   Please describe this water right or ditch Chama Valley Independent School District No. 19, No. 1545 & 1699 into 1974-F

\* As a member of either the M-B Ditch (April 14, 2007 *Consent Order*) or the Chama Town Ditch (State's *Motion to Revise Consent Order Describing the Water Rights of the Chama Independent Schools District No. 19 in Subfile CHCV-001-0005*), the *Objections of the Associación de Acéquias Norteñas de Rio Arriba and Its Two Member Acequias to Proposed Priority Dates and Irrigation Requirements* are applicable to the rights of the Chama Valley Independent Schools District No. 19. The School District does not dispute that December 4, 1922 is the priority date of its transferred water right, subject to these *Objections.*

I understand that I will be notified of a mandatory scheduling and pretrial conference.

Respectfully Submitted,

CUDDY & McCARTHY, LLP

By: *Electronically Filed 08/01/13*
REBECCA DEMPSEY
Attorneys for Chama Valley Independent School
 District No. 19
Post Office Box 4160
Santa Fe, New Mexico 87502-4160
(505) 988-4476
(866) 679-4476 (toll free)
(505) 954-7373 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2013, a true and correct copy of the foregoing *Objection and Response to Notice and Order to Show Cause* was electronically filed through the CM/ECF filing system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

*/s/ Rebecca Dempsey*
REBECCA DEMPSEY