

**2013 Chamita Ditch** — Daily Average Flow Rate