

| Home | Albuquerque (District 1) | Roswell (District 2) | Deming (District 3) | Las Cruces (District 4) | Aztec (District 5) | Santa Fe (District 6) | Cimarron (District 7) |
|---|---|---|---|---|---|---|---|

## District 6 (Santa Fe)

Contact the district office at (505) 827-6120

Vince Chavez, Brian Gallegos & Steve Mastovich (Nambe/Pojoaque/Tesuque) | Kent Malmquist (Upper & Lower Rio Chama) | Luis Aguirre (Rio Gallinas)

-- Provisional Data Subject To Revision --

NOTE: Click on the **Chama Subbasin**, **NPT Subbasin** or **Gallinas Subbasin** to see a zoomed in map showing well/gage locations, and a clickable list of stations.

### Rio Grande Basin

#### Chama Subbasin

- Upper Chama -

| Station Name | Date & Time | Discharge (cfs) | Gage Height (ft) | Avg Daily Flow (cfs) |
|---|---|---|---|---|
| Willow Creek Mesa Ditch | 07/31 07:58 | NR | 0.81 | NR |
| Ensenada | 07/31 07:55 | 10.9 | 0.78 | 11.19 |
| Parkview | 07/31 07:45 | 5.89 | 0.53 | 6.37 |
| Porvenir | 07/31 07:55 | 3.81 | 0.48 | 4.06 |

- Lower Chama -

| Station Name | Date & Time | Discharge (cfs) | Gage Height (ft) | Avg Daily Flow (cfs) |
|---|---|---|---|---|
| Abeyta Trujillo | 07/31 07:30 | 2.98 | 0.46 | 3.03 |
| J.P. Gonzales | 07/31 07:30 | 8.71 | 0.68 | 8.71 |
| La Puente | 07/31 07:45 | 4.11 | 0.52 | 3.97 |
| Mariano | 07/31 07:45 | 6.2 | 0.67 | 6.28 |
| Tierra Azul | 07/31 07:30 | 0.0 | -0.1 | 0.0 |
| J.V. Martinez | 07/31 07:45 | 5.61 | 0.81 | 5.58 |
| Martinez y Duranes | 07/31 07:45 | 15.13 | 1.4 | 14.81 |
| Rio de Chama | 07/31 07:42 | 16.6 | 1.86 | 15.71 |
| Chili | 07/31 07:45 | 6.05 | 0.66 | 5.9 |
| Hernandez | 07/31 07:45 | 8.55 | 0.98 | 9.84 |
| Chamita | 07/31 07:59 | 14.19 | NR | 13.41 |
| Salazar | 07/31 07:30 | 10.13 | 1.09 | 8.91 |



#### NPT Subbasin

- Rio Nambe -

| Station Name | Date & Time | Discharge (cfs) | Gage Height (ft) | Avg Daily Flow (cfs) |
|---|---|---|---|---|
| High Line | 07/31 08:00 | 4.63 | 0.56 | 4.56 |
| Upper Consolidated | 07/31 07:50 | 0.0 | -0.02 | 0.0 |
| Lower Consolidated | 07/31 07:45 | 0.0 | 0.0 | 0.0 |
| Nueva | 07/31 08:00 | 0.0 | -0.16 | 0.0 |
| Llano | 07/31 07:30 | 0.0 | -0.03 | 0.0 |
| Comunidad | 07/31 07:45 | 0.0 | -0.05 | 0.02 |
| Ortiz | 07/31 08:00 | 0.0 | 0.0 | 0.0 |
| Gardunos | 07/31 08:00 | 0.0 | -0.11 | 0.0 |
| Jose G. Ortiz | 07/31 07:50 | 0.0 | -0.1 | 0.0 |
| Cano | 07/31 08:00 | 0.0 | -0.14 | 0.0 |
| Rincon | 07/31 08:00 | 1.38 | 0.34 | 0.19 |