

# STATE OF NEW MEXICO
### OFFICE OF THE STATE ENGINEER
### DISTRICT VI - SANTA FE

Scott A. Verhines, P.E.  
State Engineer

Water Rights Division  
P.O. Box 25102  
Santa Fe, NM 87504-5102  
Phone: (505) 827-6120  
Fax: (505) 827-6682

August 1, 2013

Mr. Ortiz

As a parciante of the Chamita Ditch, you contacted me and other OSE staff personally in Santa Fe on July 25th and 26th to request a priority call. We did not accept the documents that you wished to submit because there were questions about whether or not the commissioners of the ditch had actually approved this action on behalf of the ditch members. We were also unable to provide you with a form intended to be used in making a priority call as described in the Watermaster's Rules and Regulations. (Art. 3-1).

I am writing to send you a copy of the form to be used in making a priority call. The form requires the signatures of the commissioners of the ditch, and a statement by those commissioners that the decision to make the priority call was made in a public meeting consistent with the requirements of the New Mexico Open Meetings Act.

Although we believe that the documents that you intended to submit were insufficient, I want to address the current situation with respect to the availability of water and the actual need for priority administration at this time. Although the availability of native water for irrigation is limited, the records of the diversions made by the Chamita Ditch this year show that the ditch has not suffered any reduction in supply or limitation on its ability to divert and use water. The ditch diversions have consistently averaged between 8 and 12 cubic-feet per second since early May. Recently, the ditch has increased its diversions to over 14 cubic-feet per second. During this time unused water has been observed in the drainage ditch (desauge).

Under the Watermaster's Rules and Regulations, when the Watermaster receives a request for priority administration he is required to determine which diversions, if any, must be restricted in order to satisfy the priority call. (Art. 3-2). Based upon the supply of native water available for diversion below Abiquiu Dam, and the current diversions being made by the Chamita Ditch, I have determined that no restriction of junior ditches is required.

If you have additional questions or further information is required, please do not hesitate to contact the District 6 office at (505) 827-6120 in Santa Fe.

Sincerely,

Antonio G. Trujillo  
Water Resource Specialist

PRIORITY CALL BY COMMUNITY DITCH ASSOCIATION

SECTION 1 OF THE RIO CHAMA STREAM SYSTEM

We _____, _____, and _____, the undersigned Commissioners of the following community ditch _____ located in Section 1 of the Rio Chama Stream System, state that there is a shortage of native water and the members of this community ditch are not receiving at their point of diversion the full amount of water that they are legally entitled to divert and use.

Pursuant to Article 3-1 of the *Watermaster's Rules and Regulations*, we the commissioners, on behalf of the members of the community ditch, call upon the water master to restrict the diversions of junior water rights owners in Section 1 as needed to supply the members of this community ditch with the full amount of water to which they are legally entitled.

By our signatures below, we affirm that the Commissioners of the community ditch approved a resolution to make this priority call at a public meeting held [date] _____, _____, in accordance with the requirements of the New Mexico Open Meetings Act, Chapter 10, Article 15 NMSA 1978.

_____       _____
Commissioner                                              Date


_____       _____
Commissioner                                              Date


_____       _____
Commissioner                                              Date