IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

## NOTICE OF ERRATA

The plaintiff State of New Mexico *ex rel.* State Engineer gives notice of the following typographical error in the *Response by State of New Mexico to Motion Requesting Senior Priority Call by the Acequia de Chamita Parciantes by Acequia Spokesman, David Ortiz* (Doc. 10940).

The New Mexico Supreme Court's decision in *Bounds v. D'Antonio*, NMSC No. 32,713 was filed on July 25, 2013, not "2012" as indicated in the State's *Response.*

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __3rd__ day of August, 2013, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated.

Via first class mail, postage prepaid addressed as follows:

David Ortiz
P.O. Box 1082
San Juan Pueblo, NM 87566

and by email to the following address:
davidortiz@windstream.net

       /s/ Ed Newville
       Edward G. Newville