

**SHEEHAN & SHEEHAN, P.A.**
Attorneys at Law  |  Est. 1954

Joshua A. Allison
Craig T. Erickson
Dan E. Gershon
David P. Gorman
Susan C. Kery
Nicholas H. Mattison
Matthew C. Sanchez
Quentin Smith
Barbara G. Stephenson
John W. Utton

Of Counsel

Briggs F. Cheney
Lawrence J. Horan
Thomas J. Horan
Timothy M. Sheehan
Wendy E. York

Founder

Pat Sheehan
(1918 - 2010)

40 First Plaza NW
Suite 740
Albuquerque, NM 87102

PO Box 271
Albuquerque, NM 87103

Tel 505.247.0411
Fax 505.842.8890

SheehanSheehan.com

June 21, 2013

Board Members and Advisory Board Members
Associación de Acéquias Norteñas de Rio Arriba

   *Re: Rio Chama Shortage Sharing: 2013 Irrigation Season*

Dear Board Members:

   The Acéquias Norteñas have called a meeting on Monday, July 1, 2013 at 5:30 pm at the County Commission Chambers in Tierra Amarilla to discuss implementation of voluntary shortage sharing for the remainder of this irrigation season. Because of continued drought, flows of the Rio Chama have dropped to very low levels. As of June 21, 2013, flow at the La Puente Gage was 29 cubic feet per second.

   The State Engineer and the Interstate Stream Commission have asked the Rio Chama Acequia Association (comprised of acequias diverting from the lower Rio Chama) to begin rotation among their ditches next week. Likewise, the RCAA has asked upper ditches to begin shortage sharing by cutting back on diversions. Enclosed is the shortage sharing table and provisions approved by the Acéquias Norteñas Board at the end of last year. All ditches listed, both community and private, are being asked to limit their diversions as shown in the schedule.

   Please send a representative of your ditch to the meeting on July 1 so that shortage sharing provisions can be fairly implemented. We will be coordinating our efforts with the State Engineer Water Master. Representatives of the State Engineer, Interstate Stream Commission and RCAA will also be in attendance.

   Thank you for your cooperation with this effort. We hope these voluntary and cooperative actions will allow us to get through this irrigation season.

        Very truly yours,

        SHEEHAN & SHEEHAN, P.A.

        By: JOHN W. UTTON

JWU:tmm
Enclosures

EXHIBIT 1

June 21, 2013
Page Two


Copy: State Engineer
NM ISC
Rio Chama Acequia Association

S:\17296192\LETTERS\Brd.Ltr re Shortage Sharing.062113.doc

DRAFT - FOR DISCUSSION PURPOSES ONLY

## Upper Chama Shortage Sharing

| Ditch | Priority | Acreage | Max. Month Diversion Requirement (0.021 cfs/acre) | La Puente Gage Flow | >50 cfs | 40-49 cfs | 30-39 cfs | 20-29 cfs | <20 cfs |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Cutback | 0% | 20% | 30% | 50% | 0% |
| | | | | | Maximum Diversion (cfs) | | | | |
| **Pre-1907 Ditches** | | | | | | | | | |
| Chama Town | 1899 | 14.58 | 0.31 | | 0.31 | 0.24 | 0.21 | 0.15 | |
| Chama Valley | 1893 | 48.62 | 1.02 | | 1.02 | 1.00 | 1.00 | 1.00 | |
| Chama Valley #1 | 1890 | 29.98 | 0.63 | | 0.63 | 1.00 | 1.00 | 1.00 | |
| Chama Valley #3 | 1890 | 33.12 | 0.70 | | 0.70 | 1.00 | 1.00 | 1.00 | |
| Unnamed #2 | 1861 | 104 | 2.18 | | 2.18 | 1.75 | 1.53 | 1.09 | NA |
| Barranco | 1861 | 376.9 | 7.91 | | 7.91 | 6.33 | 5.54 | 3.96 | |
| Sanchez y Chavez | 1877 | 111.6 | 2.34 | | 2.34 | 1.87 | 1.64 | 1.17 | |
| Plaza Blanca | 1861 | 170 | 3.57 | | 3.57 | 2.86 | 2.50 | 1.79 | |
| Trujillo | 1877 | 12.8 | 0.27 | | 0.27 | 0.22 | 0.19 | 0.13 | |
| Cañones Creek #1 | 1861 | 175 | 3.68 | | 3.68 | 2.94 | 2.57 | 1.84 | |
| Ensenada | 1861 | 982.1 | 20.62 | | 20.62 | 16.50 | 14.44 | 10.31 | |
| Parkview | 1861 | 1152.2 | 24.20 | | 24.20 | 19.36 | 16.94 | 12.10 | |
| El Porvenir | 1861 | 365.2 | 7.67 | | 7.67 | 6.14 | 5.37 | 3.83 | |
| Brazos Community | 1861 | 116.3 | 2.44 | | 2.44 | 1.95 | 1.71 | 1.22 | |
| La Puente | 1861 | 308 | 6.47 | | 6.47 | 5.17 | 4.53 | 3.23 | |
| Las Tres Plumas | 1880 | 64.2 | 1.35 | | 1.35 | 1.08 | 1.00 | 1.00 | |
| Subtotals | | 4065 | 85 | | 85 | 69 | 61 | 45 | |
| | | | | Cutback | 0% | 30% | 50% | 70% | 0% |
| | | | | | Maximum Diversion (cfs) | | | | |
| **Post 1907 Ditches** | | | | | | | | | |
| MB | 1931 | 1078.48 | 22.65 | | 22.65 | 15.85 | 11.32 | 6.79 | |
| Valley Ditch | 1918 & '22 | 150.12 | 3.15 | | 3.15 | 2.21 | 1.58 | 1.00 | |
| Chamita Valley | 1915 | 60.7 | 1.27 | | 1.27 | 1.00 | 1.00 | 1.00 | |
| Ranch 101 A & B | 1918 | 167.38 | 3.51 | | 3.51 | 2.46 | 1.76 | 1.05 | NA |
| Willow Creek Mesa | 1922 & '26 | 1212.9 | 25.47 | | 25.47 | 17.83 | 12.74 | 7.64 | |
| Rice | 1935 | 53 | 1.11 | | 1.11 | 1.00 | 1.00 | 1.00 | |
| River Pumps | 1922 | NA | 0.49 | | 0.49 | 0.34 | 0.24 | 0.15 | |
| Subtotals | | 2723 | 58 | | 58 | 41 | 30 | 19 | |
| TOTAL DIVERSION (cfs) | | 6787 | 143 | | 143 | 110 | 91 | 63 | NA |

## Potential Terms of Agreement – November 12, 2012

1. <u>Trigger for shortage sharing</u>.  Shortage sharing will be in effect when supply available to the RCAA is below 50 cfs as measured at La Puente Gage.  When flows at La Puente Gage drop below 50 cfs and there is no supplemental supply available to the RCAA such as stored water, shortage sharing will begin and the maximum diversion limits will apply as set forth in attached shortage sharing table.  If flows at La Puente Gage drop below 20 cfs, shortage sharing will be suspended because, at such low flows, shortage sharing is expected to be ineffective.

2. <u>Use of stored water</u>.  The Acéquias Norteñas agree to assist the RCAA in securing storage of San Juan-Chama Project Water for the benefit of the RCAA.  Such stored water shall be used first before shortage sharing would commence.  Stored water will be used efficiently to delay as long as possible the commencement of shortage sharing.

3. <u>Diversion requirements</u>.  Maximum monthly diversion requirements are calculated using the State Engineer's proposed Project Delivery Requirements (PDR).  Although the shortage sharing table is based upon the State Engineer's PDR figures, no party is waiving its right to object in the adjudication to the proposed PDR or other proposed irrigation requirement amounts.

4. <u>Internal Rotation</u>.  Ditches in the Upper Chama may voluntarily work together to allocate the supply among themselves (for example by employing ditch rotation), so long as the total diversion of participating ditches does not exceed the total maximum diversion allowable to those ditches.

5. <u>Minimum diversion for livestock and domestic</u>.  No ditch will be required to reduce diversions below a minimum amount sufficient for livestock and domestic uses, expected to be in the range of 1-2 cfs.

6. <u>Administration by State Engineer</u>.  The purpose of this agreement is to provide terms to be adopted and administered by the State Engineer.  In addition, the parties will request that the State Engineer administer impoundments of water for ponds in the Upper Chama not supplied by diversions described in paragraph 5.