

| | | 40 First Plaza NW |
|---|---|---|
| Joshua A. Allison | Of Counsel | Suite 740 |
| Craig T. Erickson | | Albuquerque, NM 87102 |
| Dan E. Gershon | Briggs F. Cheney | |
| David P. Gorman | Lawrence J. Horan | PO Box 271 |
| Susan C. Kery | Thomas J. Horan | Albuquerque, NM 87103 |
| Nicholas H. Mattison | Timothy M. Sheehan | |
| Matthew C. Sanchez | Wendy E. York | |
| Quentin Smith | | Tel  505.247.0411 |
| Barbara G. Stephenson | Founder | Fax 505.842.8890 |
| John W. Utton | Pat Sheehan | |
| | (1918 - 2010) | SheehanSheehan.com |

**SHEEHAN & SHEEHAN, P.A.**
Attorneys at Law  |  Est. 1954

July 12, 2013

Board Members and Advisory Board Members
Associación de Acéquias Norteñas de Rio Arriba

   Re: *Rio Chama Shortage Sharing:  2013 Irrigation Season*

Dear Board Members:

   Attached please find a revised shortage sharing table reviewed by the Acéquias Norteñas Board at its meeting on July 11, 2013.  The table corrects acreage amounts to conform to current adjudication figures and adds a number of ditches that had been omitted.  The table has pre-1907 ditches on the first page and post-1907 ditches on the second page, along with three public water systems.  Because of low flows, all ditches are being asked to keep diversions within the respective shortage sharing levels shown on the table, and community water systems are being asked to implement conservation measures.  Thank you for your cooperation with this effort.

     Very truly yours,

     SHEEHAN & SHEEHAN, P.A.

     By: JOHN W. UTTON

JWU:ds
Enclosure

       S:\17296192\LETTERS\Brd.Ltr re Shortage Sharing 071213.doc

                       EXHIBIT 2

Updated 7/12/2013
DRAFT FOR DISCUSSION PURPOSES ONLY

## Upper Chama Shortage Sharing Pre-1907 Ditches

| Ditch | Priority | Acreage | Max. Month Diversion Requirement (0.021 cfs/acre) | La Puente Gage Flow Cutback | Maximum Diversion (cfs) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | >50 cfs | 40-49 cfs | 30-39 cfs | 20-29 cfs | <20 cfs |
| | | | | | 0% | 20% | 30% | 50% | 0% |
| **Mainstem Ditches** | | | | | | | | | |
| Chama Town | 1899 | 14.5 | 0.30 | | 0.30 | 0.24 | 0.21 | 0.15 | |
| Chama Valley | 1893 | 48.62 | 1.02 | | 1.02 | 1.00 | 1.00 | 1.00 | |
| Chama Valley #1 | 1890 | 29.98 | 0.63 | | 0.63 | 1.00 | 1.00 | 1.00 | |
| Chama Valley #3 | 1890 | 33.12 | 0.70 | | 0.70 | 1.00 | 1.00 | 1.00 | |
| Unnamed #2 | 1861 | 104 | 2.18 | | 2.18 | 1.75 | 1.53 | 1.09 | |
| Barranco | 1861 | 376.9 | 7.91 | | 7.91 | 6.33 | 5.54 | 3.96 | |
| Sanchez y Chavez | 1877 | 111.6 | 2.34 | | 2.34 | 1.87 | 1.64 | 1.17 | |
| Plaza Blanca | 1861 | 170 | 3.57 | | 3.57 | 2.86 | 2.50 | 1.79 | |
| Trujillo | 1877 | 12.8 | 0.27 | | 0.27 | 0.22 | 0.19 | 0.13 | NA |
| **Tributary Ditches** | | | | | | | | | |
| Cañones Creek #1 | 1861 | 209.1 | 4.39 | | 4.39 | 3.51 | 3.07 | 2.20 | |
| Unnamed #1 | 1861 | 56.8 | 1.19 | | 1.19 | 0.95 | 0.83 | 0.60 | |
| Unnamed #3 | 1861 | 12.9 | 0.27 | | 0.27 | 0.22 | 0.19 | 0.14 | |
| Unnamed #4 | 1861 | 6.2 | 0.13 | | 0.13 | 0.10 | 0.09 | 0.07 | |
| Daggett Ditch 1 -5 | 1902 | 172.9 | 3.63 | | 3.63 | 2.90 | 2.54 | 1.82 | |
| Gentry Ditch 1 -2 | 1902 | 7.8 | 0.16 | | 0.16 | 0.13 | 0.11 | 0.08 | |
| Cañones Creek #2 | 1861 | 159.8 | 3.36 | | 3.36 | 2.68 | 2.35 | 1.68 | |
| Ensenada | 1861 | 1010.8 | 21.23 | | 21.23 | 16.98 | 14.86 | 10.61 | |
| Parkview | 1861 | 765.3 | 16.07 | | 16.07 | 12.86 | 11.25 | 8.04 | |
| El Porvenir | 1894 | 462.6 | 9.71 | | 9.71 | 7.77 | 6.80 | 4.86 | |
| Brazos Community | 1861 | 166.7 | 3.50 | | 3.50 | 2.80 | 2.45 | 1.75 | |
| La Puente | 1861 | 194.8 | 4.09 | | 4.09 | 3.27 | 2.86 | 2.05 | |
| Ojitos Ditch | 1861 | 142.7 | 3.00 | | 3.00 | 2.40 | 2.10 | 1.50 | |
| Martinez Ditch | 1861 | 32.8 | 0.69 | | 0.69 | 0.55 | 0.48 | 0.34 | |
| Brazitos Ditch Lateral | 1861 | 158.1 | 3.32 | | 3.32 | 2.66 | 2.32 | 1.66 | |
| Chavez Creek Ditch | 1892 & 1894 | 166.3 | 3.49 | | 3.49 | 2.79 | 2.44 | 1.75 | |
| Las Tres Plumas | 1880 | 78.6 | 1.65 | | 1.65 | 1.32 | 1.00 | 1.75 | |
| Tuck Creek Diversion | 1900 | 32.8 | 0.69 | | 0.69 | 0.55 | 0.48 | 0.34 | |
| Unnamed Ditch No. 4 | 1890 | 7.3 | 0.15 | | 0.15 | 0.12 | 0.11 | 0.08 | |
| Little Willow Creek South | 1902 | 9 | 0.19 | | 0.19 | 0.15 | 0.13 | 0.09 | |
| **Subtotals** | | 4755 | 100 | | 100 | 81 | 71 | 52 | 0% |

Updated 7/12/2013
DRAFT FOR DISCUSSION PURPOSES ONLY

## Upper Chama Shortage Sharing Post-1907 Ditches

| Ditch | Priority | Acreage | Max. Month Diversion Requirement (0.021 cfs/acre) | La Puente Gage Flow | Maximum Diversion (cfs) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | >50 cfs | 40-49 cfs | 30-39 cfs | 20-29 cfs | <20 cfs |
| **Mainstem Ditches** | | | | Cutback | | | | | |
| M-B | 1931 | 1070.48 | 22.48 | | 22.48 | 15.74 | 11.24 | 6.74 | |
| Valley Ditch | 1918 & '22 | 150.12 | 3.15 | | 3.15 | 2.21 | 1.58 | 1.00 | |
| Chamita Valley | 1915 | 105.1 | 2.21 | | 2.21 | 1.00 | 1.00 | 1.00 | |
| Ranch 101 A & B | 1918 | 167.38 | 3.51 | | 3.51 | 2.46 | 1.76 | 1.05 | NA |
| Willow Creek Mesa | 1922 & '26 | 1212.9 | 25.47 | | 25.47 | 17.83 | 12.74 | 7.64 | |
| Rice | 1935 | 53 | 1.11 | | 1.11 | 1.00 | 1.00 | 1.00 | |
| River Pumps | 1922 | NA | 0.49 | | | | | | |
| | | | | Cutback | 0% | 30% | 50% | 70% | 0% |
| **Tributary Ditches** | | | | | | | | | |
| Chavez Creek No. 2 | 1915 | 70 | 1.47 | | 1.47 | 1.18 | 1.03 | 1.00 | |
| Sargent Canones Ditch | 1931 | 111.6 | 2.34 | | 2.34 | 1.87 | 1.64 | 1.17 | |
| Little Willow Creek North | 1922 | 205 | 4.31 | | 4.31 | 3.01 | 2.15 | 1.29 | |
| North Canones Ditch | 1923 | 111.3 | 2.34 | | 2.34 | 1.87 | 1.64 | 1.17 | |
| H.N.D. Ditch | 1922 | 312.2 | 6.56 | | 6.56 | 5.24 | 4.59 | 3.28 | |
| | | | | Cutback | 0% | 30% | 50% | 70% | |
| **Subtotals** | | 3569 | 75 | | 75 | 53 | 40 | 26 | |

| Public water supply* | Priority | ac-ft/yr |
|---|---|---|
| Village of Chama | 1922 & 1931 | 260.67 |
| Cumbres & Toltec | 1883 | 35.00 |
| Rutheron MDWCA | 1922 & 1960 | 12.851 |

*Community water supply systems should develop and implement water conservation and drought management plans.