IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. State Engineer<br><br>**Plaintiff,**<br><br>v.<br><br>**ROMAN ARAGON, et al.,**<br><br>**Defendants.** | 69cv07941-BB-LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Village of Chama, Section 7<br><br>Subfile No.: CHCV-004-004B |

### CHAMA TROUTSTALKERS LLC's NOTICE OF JOINDER IN STATE OF NEW MEXICO AND MB COMMUNITY DITCH ASSOCIATION's RESPONSES TO MOTION FOR PRIORITY CALL

PLEASE TAKE NOTICE that Chama Troutstalkers LLC, hereby joins in the State of New Mexico's response (Doc. 10940) and in the MB Community Ditch Association's response (Doc. 10942) to the Motion Requesting Senior Priority Call by the Acequia de Chamita Parciantes by Acequia Spokesman, David Ortiz (Doc. 10933).

Respectfully submitted,

HOLLAND & HART LLP

_/s/ Adam G. Rankin_
Mark F. Sheridan
Adam G. Rankin
Post Office Box 2208
Santa Fe, New Mexico  87504-2208
(505) 988-4421
(505) 983-6043 Facsimile
msheridan@hollandhart.com
agrankin@hollandhart.com

ATTORNEYS FOR CHAMA TROUTSTALKERS LLC

1

## CERTIFICATE OF SERVICE

  I hereby certify that on the 5th day of August 2013 I filed the foregoing electronically through the Court's CM/ECF system, which caused the parties or counsel listed on the electronic service list, as more fully reflected on the Notice of Electronic Filing, to be served by electronic means.

                */s/ Adam G Rankin*
                Adam G. Rankin