IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

       Plaintiff,

vs.                                                                    CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                          RIO CHAMA ADJUDICATION

       Defendants.

## NOTICE OF ERRATUM

The Court hereby gives notice that there is a typographical error in the Magistrate Judge's Findings and Recommended Disposition entered on August 2, 2013.  [Doc. 10939].  The year 1599 referenced in paragraph 25 on page 10 should be 1598.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge