IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| State of New Mexico, *ex rel.* State Engineer | ) ) ) |
| Plaintiff, | ) ) 69cv07941- MV/LFG |
| vs. | ) ) RIO CHAMA STREAM SYSTEM ) |
| Roman Aragon, *et al.*, | ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE FOR THE STATE OF NEW MEXICO

Pursuant to the Local Civil Rules of the United States District Court for the District of New Mexico, D.N.M.LR-Civ. 83.4, Misty M. Braswell, Special Assistant Attorney General, hereby enters her appearance on behalf of the State of New Mexico, *ex rel.* Office of the State Engineer.

Electronically Filed,

/s/ Misty M. Braswell
Misty M. Braswell
Special Assistant Attorney General
New Mexico Office of the State Engineer
P. O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 827-3989
Fax: (505) 827-3887
misty.braswell@state.nm.us
*Attorney for Plaintiff State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2013 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list to be served via electronic mail.

/s/ Misty M. Braswell