## Acequia de Chamita
*Established 1598*
*First Acequia in the USA*

ExH. 1-1

PO Box 930
San Juan Pueblo,
New Mexico 87566

5/3/2002

New Mexico Interstate Streams Commission

Buck Wells,

Just to fill you in on our acequia situation. As of yet, we have not received word from the Corp. We gave them 2 weeks to respond in a written commitment for our project. If we don't hear from them by Monday, we will turn in the direction of the NRCS. This includes replacing the gauge.

The drought continues. We want to put you on notice that we will be putting our 1598 Priority call for deliverance of water, if it comes to that situation.

Respectfully

Acequia de Chamita Commissioners

*[signatures]*



# STATE OF NEW MEXICO
## OFFICE OF THE STATE ENGINEER
### SANTA FE

EXH. 1-2

THOMAS C. TURNEY
State Engineer

June 19, 2002

BATAAN MEMORIAL BUILDING, ROOM 101
POST OFFICE BOX 25102
SANTA FE, NEW MEXICO 87504-5102
(505) 827-6175
FAX: (505) 827-6188

Dear Acequia Commissioner;

As you may already know, Governor Gary Johnson declared a Drought Emergency on 26 April 2002 (see attached press release). Because of this serious condition, many farmers may find it hard to maintain water supplies to fully meet their needs this summer.

?RIO CHAMA? This is particularly true of farmers irrigating with surface water. The Office of the State Engineer has received new data on projected river flows that causes me significant concern for the upcoming summer. As an example, flows at San Marcial on the Rio Grande are projected to be 2% of average, flows into Eagle Nest Reservoir at 9%, flows of the Pecos River into Santa Rosa at 28%, flows of the Mimbres at 9%, flows of the Animas at Durango at 36%, and flows into Ramah Lake are projected to be 7% of average.

We urge you to carefully assess your current water supplies and expected water demands. We also strongly encourage you to take appropriate actions to stop unnecessary water use and ensure that your acequia and the Rio Chama Acequia Association can supply the water needed for essential purposes during the coming summer months.

Drought is a serious issue. Precipitation projections for July and August do not look promising. I know some cities in New Mexico have already enacted local ordinances to restrict water use and initiated other water conservation actions. Please carefully consider if your water management practices are adequate to ensure that your supply will meet your demand. You may have to take additional actions.

The 2002 surface water supply forecasts are predicting a very poor surface runoff year. This morning the gauged flow at La Puente was under 3.0 cfs. While the RCAA still has stored water in Abiquiu Reservoir, conservation measures should be adopted to reduce the likelihood of a priority call in the 2002 irrigation season.

Letter to Rio Chama Acequia Association
June 19, 2002
Page 2

EXH. 1-3

The Office of the State Engineer would like to avoid a priority call on the lower stretch of the Rio Chama if possible. One conservation idea that should be implemented by the RCAA to reduce the likelihood of a priority call would be placing your member ditches on a watering schedule. A watering schedule for the Rio Chama Acequia Association for the 2002 irrigation season would have the following benefits:

1) Concrete attempt to conserve water
2) RCAA would limit depletions to the San Juan Chama Project Water and reduce the use of their stored water in Abiquiu Reservoir
3) RCAA would manage their watering schedule in a manner acceptable to the Office of the State Engineer

I appreciate your cooperation in addressing this difficult challenge. The Office of the State Engineer is available to assist you in this matter and can provide you with information on the conservation measures other farmers and ditch organizations have implemented.

Sincerely,

Linda I. Gordan, Northern Rio Grande Basin Supervisor

cc: Ed Newville, Legal Services Division
Paul Saavedra, Chief, Water Rights Division
Buck Wells, Rio Chama Watermaster

P1

# Acequia de Chamita
*Established 1598*
*First Acequia in the USA*

PO Box 930
San Juan Pueblo,
New Mexico 87566

EXH. 1-4

Office of the State Engineer
Northern Rio Grande Basin
Linda I. Gordan

Dear Linda,

Thank you for your letter on conservation.

Acequia de Chamita has always been an advocate of wise water use, in or out of drought. We don't believe any water is wasted on our Acequia. It irrigates land to produce crops and pasture for our livestock, it spreads over 750 acres, it evaporates to form clouds to rain somewhere else, it recharges the aquifer.

Our tail water or excess water flows back into the Chama River through the drainage ditches. All excess water flows back into the Rio Grande above the Rio Chama intersection. Also it provides water for the Bosque, for all of God's little creatures who live in it,(since there are 1000's more beside the silvery minnow), and also a green Bosque to prevent a complete destruction by fire.

Drought is by the will of God, it is His earth and only He can make it rain or not rain, that is why it is serious. There is nothing wrong with God, the problem is got to be here at home.

We also hope we will not have to make our 1598 Priority call on our water, but we have already served our notice that if water becomes scarce, we will make that call.

Since May 1, 2002 to the present 6/27/02, Judge Parker and the rest of that bunch have been trying to empty Abiquia Dam for the silvery minnow. And they will succeed if we don't get rain. The Chama River has been running 1800 cfs, which we protested, because the erosion and the damage to our properties is considerable. The only one who has come to look at it is Veronica Rodriguez from Senator Domenici's office.

Since the rains last Friday, 100% of the ditch has run back into the river. We hope we are getting credit for all of the water that is running back into the river.

One more point. San Juan Pueblo would like to see all of the Chama River in the Acequia de Chamita.

Respectfully

Acequia de Chamita Commissioners

*Richard M. Salazar*
*David Ortiz*
*Eloy Garcia*

EXH 1-5