# Acequia de Chamita
### Established 1598
### First Acequia in the USA

PO Box 930
San Juan Pueblo,
New Mexico 87566

EXH. 2-1

**By Laws and Rules and Regulations of the Chamita Community Ditch**

These Bylaws are the official bylaws for the Acequia de Chamita; they supercede any existing or previously adopted bylaws for this Acequia.

Article I. Name of Acequia

   The name of this acequia is Acequia de Chamita. The place of business for the Acequia de Chamita is in Chamita, New Mexico.
Mailing address is: Acequia de Chamita
                    P O Box 930
                    San Juan Pueblo,
                    New Mexico 87566

Article II Purpose of the Organization

   The major purpose for which this organization was created is to serve as the community body that manages and operates the activities of the acequia. These activities include, but are not limited to, water apportionment and distribution, maintenance of the acequia and its structures, and promoting agricultural activities and agricultural interests.
   The surface irrigation water has been and will always be locked into the land for productive use, including water for animals. Traditionally, the entire community hauled water in buckets and barrels for watering of gardens and trees above the ditch in the Chamita Village. It will continue to be our tradition as long as there is abundant water in the acequia.
   The unlined ditch and the continued irrigation of the lands will sustain the vegetation on the lands, the replenishing of the aquifer, and provide evaporation of the surface water for cloud formation.

Article III History and Definitions

   The history of acequia development in New Mexico is rooted in the regions 400 year old Mexican and Spanish eras. Don Juan de Onate established the Acequia de Chamita in August 11, 1598. The Constitution of the United States and the Treaty of Guadalupe Hidalgo, guarantee and "double guarantee" the Historic Rights of the Water, the Land, the Acequia and the Parcientes, God given rights.
   The treaty did not require the measurement or adjudication of water to Chamita or San Juan Pueblo. We claim a full ditch and any unused water flows back into the Rio Grande.
   The Acequia de Chamita provides irrigation water from the Rio Chama for the community of Chamita and the San Juan Pueblo. The point of diversion from the Rio Chama, in the Bartoleme Sanchez Grant, is located approximately 1.5 miles northwest from the junction of U.S. Highway 285 and State Road 74, New Mexico coordinate system, Central Time Zone, X=536,680 and Y=1,850,000. The ditch is approximately 4 miles long and empties into the Rio Grande at a point of the northwest corner of the Historic San Juan-Rio Grande Bridge.
   . The ditch right-of-way shall be 15 feet to both sides from the center or a total of 30 feet, as per tradition.
      Because of the Mexican and Spanish heritage many of the words and phrases still used today in conjunction with acequias are Spanish words. In this article, the most significant of these words are defined along with their English equivalent.



2-2. The watermaster shall consider the farm delivery requirements, conveyance loss, stock and domestic requirements, and sluicing requirements in his determination of the maximum rate of flow for each ditch.

EXH. 2-2

2-3. The rate of flow at the measuring device for each ditch shall not exceed the established maximum rate.

## ARTICLE 3

### PRIORITY ADMINISTRATION

3-1. A priority call shall be made in a written request on a form provided by the watermaster and signed by an official of the ditch.

3-2. When the watermaster receives such a request, he shall determine from the decree of the court, permits of record and other information available to him which diversions, if any, must be restricted in order to satisfy the priority call.

3-3. The watermaster shall post notice of such restriction, in Spanish and English, in a prominent place upon the diversion works of each affected ditch.

3-4. The priority administration shall supersede the rate of flow administration.

3-5. The rate of flow at the measuring device shall not exceed the maximum rate of flow as set forth in the