EXH. A-1

| Home | Albuquerque (District 1) | Roswell (District 2) | Deming (District 3) | Las Cruces (District 4) | Azte (Distric |

Chama Subbasin

## Chamita

Most recent values collected at **08/05/2013 11:30**.

**Discharge:** 13.06 cfs
**Gage Height:** NR

-- Provisional Data Subject To Revision --

### 07/31/2013-07/31/2013 Raw Discharge (cfs) & Gage Height (ft)

7/31/13

| Date/Time | Discharge (cfs) | Gage Height (ft) |
|---|---|---|
| 07/31/2013 00:00 | 13.08 | NR |
| 07/31/2013 00:30 | 12.99 | NR |
| 07/31/2013 00:45 | 13.05 | NR |
| 07/31/2013 01:00 | 13.02 | NR |
| 07/31/2013 01:15 | 12.93 | NR |
| 07/31/2013 01:30 | 12.92 | NR |
| 07/31/2013 01:45 | 13.12 | NR |
| 07/31/2013 02:00 | 12.92 | NR |
| 07/31/2013 02:15 | 13.12 | NR |
| 07/31/2013 02:30 | 13.10 | NR |
| 07/31/2013 02:45 | 12.88 | NR |
| 07/31/2013 03:14 | 12.88 | NR |
| 07/31/2013 03:26 | 13.11 | NR |
| 07/31/2013 03:42 | 13.11 | NR |
| 07/31/2013 03:45 | 13.39 | NR |
| 07/31/2013 04:00 | 13.32 | NR |
| 07/31/2013 04:15 | 13.40 | NR |
| 07/31/2013 04:30 | 13.62 | NR |

EXH A-2

7/31/13

| Date/Time | Value | Status |
|---|---|---|
| 07/31/2013 04:45 | 13.66 | NR |
| 07/31/2013 05:12 | 13.66 | NR |
| 07/31/2013 05:12 | 13.66 | NR |
| 07/31/2013 05:15 | 13.76 | NR |
| 07/31/2013 05:30 | 13.68 | NR |
| 07/31/2013 05:58 | 13.68 | NR |
| 07/31/2013 06:00 | 13.90 | NR |
| 07/31/2013 06:30 | 14.03 | NR |
| 07/31/2013 06:57 | 14.03 | NR |
| 07/31/2013 07:00 | 13.95 | NR |
| 07/31/2013 07:30 | 14.19 | NR |
| 07/31/2013 07:59 | 14.19 | NR |
| 07/31/2013 08:00 | 14.19 | NR |
| 07/31/2013 08:15 | 14.07 | NR |
| 07/31/2013 08:30 | 14.01 | NR |
| 07/31/2013 08:45 | 13.91 | NR |
| 07/31/2013 09:00 | 14.03 | NR |
| 07/31/2013 09:15 | 13.95 | NR |
| 07/31/2013 09:30 | 13.92 | NR |
| 07/31/2013 09:45 | 14.04 | NR |
| 07/31/2013 10:00 | 14.11 | NR |
| 07/31/2013 10:15 | 14.08 | NR |
| 07/31/2013 10:30 | 14.01 | NR |
| 07/31/2013 10:45 | 14.03 | NR |
| 07/31/2013 11:00 | 13.83 | NR |
| 07/31/2013 11:30 | 13.91 | NR |
| 07/31/2013 11:45 | 13.72 | NR |
| 07/31/2013 12:14 | 13.65 | NR |
| 07/31/2013 12:28 | 13.65 | NR |
| 07/31/2013 12:45 | 13.72 | NR |
| 07/31/2013 13:00 | 13.85 | NR |
| 07/31/2013 13:15 | 13.77 | NR |
| 07/31/2013 13:30 | 13.95 | NR |
| 07/31/2013 13:45 | 13.72 | NR |
| 07/31/2013 14:00 | 13.79 | NR |
| 07/31/2013 14:15 | 13.65 | NR |
| 07/31/2013 14:30 | 13.67 | NR |
| 07/31/2013 14:45 | 13.65 | NR |
| 07/31/2013 15:00 | 13.55 | NR |
| 07/31/2013 15:30 | 13.61 | NR |
| 07/31/2013 15:45 | 13.64 | NR |
| 07/31/2013 16:00 | 13.68 | NR |
| 07/31/2013 16:29 | 13.69 | NR |
| 07/31/2013 16:30 | 13.71 | NR |
| 07/31/2013 16:45 | 13.49 | NR |

EXH. A-3

7/31/13

| Date/Time | Value | Status |
|---|---|---|
| 07/31/2013 17:14 | 13.63 | NR |
| 07/31/2013 17:15 | 13.63 | NR |
| 07/31/2013 17:30 | 13.73 | NR |
| 07/31/2013 17:45 | 13.89 | NR |
| 07/31/2013 18:00 | 13.59 | NR |
| 07/31/2013 18:26 | 13.59 | NR |
| 07/31/2013 18:45 | 13.74 | NR |
| 07/31/2013 19:00 | 13.64 | NR |
| 07/31/2013 19:27 | 13.74 | NR |
| 07/31/2013 19:30 | 13.64 | NR |
| 07/31/2013 19:45 | 13.56 | NR |
| 07/31/2013 20:00 | 13.64 | NR |
| 07/31/2013 20:15 | 13.72 | NR |
| 07/31/2013 20:30 | 13.56 | NR |
| 07/31/2013 20:45 | 13.64 | NR |
| 07/31/2013 21:00 | 13.57 | NR |
| 07/31/2013 21:27 | 13.80 | NR |
| 07/31/2013 21:30 | 13.50 | NR |
| 07/31/2013 21:45 | 13.82 | NR |
| 07/31/2013 22:14 | 13.75 | NR |
| 07/31/2013 22:15 | 13.66 | NR |
| 07/31/2013 22:30 | 13.79 | NR |
| 07/31/2013 22:45 | 13.57 | NR |
| 07/31/2013 23:00 | 13.67 | NR |
| 07/31/2013 23:15 | 13.80 | NR |
| 07/31/2013 23:43 | 13.80 | NR |
| 07/31/2013 23:44 | 13.77 | NR |
| 07/31/2013 23:57 | 13.69 | NR |

© 2011 New Mexico Office of the State Engineer. All rights reserved. | Contact Us | Help | Provis