Ex.B.B-1

| Home | Albuquerque (District 1) | Roswell (District 2) | Deming (District 3) | Las Cruces (District 4) | Azte (Distric |

Chama Subbasin
## Chamita

Most recent values collected at 08/05/2013 11:30.

Discharge: 13.06 cfs
Gage Height: NR

-- Provisional Data Subject To Revision --

7/8/13

### 07/08/2013-07/10/2013 Raw Discharge (cfs) & Gage Height (ft)

| Date/Time | Discharge (cfs) | Gage Height (ft) |
|---|---|---|
| 07/08/2013 00:13 | 6.95 | NR |
| 07/08/2013 00:20 | 7.01 | NR |
| 07/08/2013 00:44 | 7.01 | NR |
| 07/08/2013 00:58 | 7.01 | NR |
| 07/08/2013 01:12 | 7.01 | NR |
| 07/08/2013 01:28 | 7.01 | NR |
| 07/08/2013 01:30 | 7.14 | NR |
| 07/08/2013 01:45 | 7.22 | NR |
| 07/08/2013 02:10 | 7.22 | NR |
| 07/08/2013 02:12 | 7.21 | NR |
| 07/08/2013 02:15 | 7.30 | NR |
| 07/08/2013 02:30 | 7.29 | NR |
| 07/08/2013 02:59 | 7.29 | NR |
| 07/08/2013 03:11 | 7.36 | NR |
| 07/08/2013 03:26 | 7.24 | NR |
| 07/08/2013 03:30 | 7.39 | NR |
| 07/08/2013 03:45 | 7.70 | NR |
| 07/08/2013 04:11 | 7.90 | NR |

7/8/13

Sect. 2
Pueblo
Sect. 3

EXH.
B-2

| Date/Time | Value | Status |
|---|---|---|
| 07/08/2013 04:15 | 8.05 | NR |
| 07/08/2013 04:41 | 8.09 | NR |
| 07/08/2013 04:45 | 8.22 | NR |
| 07/08/2013 05:00 | 8.28 | NR |
| 07/08/2013 05:15 | 8.34 | NR |
| 07/08/2013 05:40 | 8.34 | NR |
| 07/08/2013 05:45 | 8.47 | NR |
| 07/08/2013 06:00 | 8.50 | NR |
| 07/08/2013 06:15 | 8.54 | NR |
| 07/08/2013 06:30 | 8.49 | NR |
| 07/08/2013 06:57 | 8.49 | NR |
| 07/08/2013 07:00 | 8.32 | NR |
| 07/08/2013 07:25 | 8.26 | NR |
| 07/08/2013 07:41 | 8.34 | NR |
| 07/08/2013 07:45 | 8.21 | NR |
| 07/08/2013 08:11 | 8.21 | NR |
| 07/08/2013 08:25 | 8.21 | NR |
| 07/08/2013 08:30 | 8.01 | NR |
| 07/08/2013 08:56 | 7.89 | NR |
| 07/08/2013 09:00 | 7.79 | NR |
| 07/08/2013 09:27 | 7.79 | NR |
| 07/08/2013 09:30 | 7.74 | NR |
| 07/08/2013 09:45 | 7.59 | NR |
| 07/08/2013 10:00 | 7.52 | NR |
| 07/08/2013 10:15 | 6.41 | NR |
| 07/08/2013 10:30 | 3.63 | NR |
| 07/08/2013 10:56 | 3.63 | NR |
| 07/08/2013 11:13 | 3.63 | NR |
| 07/08/2013 11:15 | 0.04 | NR |
| 07/08/2013 11:30 | 1.18 | NR |
| 07/08/2013 11:45 | 0.01 | NR |
| 07/08/2013 12:00 | 2.35 | NR |
| 07/08/2013 12:15 | 0.01 | NR |
| 07/08/2013 12:30 | 2.47 | NR |
| 07/08/2013 12:45 | 1.93 | NR |
| 07/08/2013 13:00 | 2.42 | NR |
| 07/08/2013 13:15 | 2.46 | NR |
| 07/08/2013 13:30 | 2.52 | NR |
| 07/08/2013 13:45 | 2.65 | NR |
| 07/08/2013 14:00 | 2.86 | NR |
| 07/08/2013 14:15 | 2.91 | NR |
| 07/08/2013 14:30 | 3.03 | NR |
| 07/08/2013 14:57 | 3.03 | NR |
| 07/08/2013 15:00 | 3.13 | NR |
| 07/08/2013 15:15 | 3.11 | NR |

Exh. B-3

7/8/13

| Date/Time | Value | Status |
|---|---|---|
| 07/08/2013 15:30 | 3.03 | NR |
| 07/08/2013 15:58 | 2.95 | NR |
| 07/08/2013 16:13 | 2.95 | NR |
| 07/08/2013 16:15 | 2.78 | NR |
| 07/08/2013 16:30 | 2.69 | NR |
| 07/08/2013 16:45 | 2.67 | NR |
| 07/08/2013 17:00 | 2.82 | NR |
| 07/08/2013 17:29 | 2.82 | NR |
| 07/08/2013 17:30 | 3.27 | NR |
| 07/08/2013 17:45 | 3.43 | NR |
| 07/08/2013 18:00 | 3.58 | NR |
| 07/08/2013 18:15 | 3.60 | NR |
| 07/08/2013 18:30 | 3.60 | NR |
| 07/08/2013 18:45 | 3.58 | NR |
| 07/08/2013 19:11 | 3.60 | NR |
| 07/08/2013 19:15 | 3.64 | NR |
| 07/08/2013 19:45 | 3.64 | NR |
| 07/08/2013 20:00 | 3.61 | NR |
| 07/08/2013 20:30 | 3.51 | NR |
| 07/08/2013 20:45 | 3.43 | NR |
| 07/08/2013 21:00 | 3.35 | NR |
| 07/08/2013 21:24 | 3.18 | NR |
| 07/08/2013 21:30 | 2.92 | NR |
| 07/08/2013 21:45 | 2.55 | NR |
| 07/08/2013 22:00 | 2.16 | NR |
| 07/08/2013 22:15 | 1.73 | NR |
| 07/08/2013 22:30 | 0.71 | NR |
| 07/08/2013 22:45 | 0.06 | NR |
| 07/08/2013 23:13 | 0.06 | NR |
| 07/08/2013 23:24 | 0.04 | NR |
| 07/08/2013 23:30 | 0.03 | NR |
| 07/08/2013 23:45 | 0.02 | NR |

7/9/13

| Date/Time | Value | Status |
|---|---|---|
| 07/09/2013 00:13 | 0.02 | NR |
| 07/09/2013 00:30 | 0.01 | NR |
| 07/09/2013 00:45 | 0.01 | NR |
| 07/09/2013 01:00 | 0.00 | NR |
| 07/09/2013 01:15 | 0.00 | NR |
| 07/09/2013 01:30 | 0.02 | NR |
| 07/09/2013 01:45 | 0.02 | NR |
| 07/09/2013 02:00 | 0.02 | NR |
| 07/09/2013 02:15 | 0.00 | NR |
| 07/09/2013 02:30 | 0.00 | NR |
| 07/09/2013 02:45 | 0.00 | NR |
| 07/09/2013 03:00 | 0.00 | NR |
| 07/09/2013 03:15 | 0.00 | NR |

*7/9/13*

*Exh. B-4*

| Date/Time | Value | Status |
|---|---|---|
| 07/09/2013 03:43 | 0.00 | NR |
| 07/09/2013 03:45 | 0.00 | NR |
| 07/09/2013 04:00 | 0.00 | NR |
| 07/09/2013 04:28 | 0.00 | NR |
| 07/09/2013 04:30 | 0.00 | NR |
| 07/09/2013 04:55 | 0.00 | NR |
| 07/09/2013 05:15 | 0.00 | NR |
| 07/09/2013 05:42 | 0.00 | NR |
| 07/09/2013 05:56 | 0.00 | NR |
| 07/09/2013 06:00 | 0.00 | NR |
| 07/09/2013 06:15 | 0.00 | NR |
| 07/09/2013 06:30 | 0.00 | NR |
| 07/09/2013 06:45 | 0.00 | NR |
| 07/09/2013 07:00 | 0.00 | NR |
| 07/09/2013 07:26 | 0.00 | NR |
| 07/09/2013 07:30 | 0.00 | NR |
| 07/09/2013 08:00 | 0.00 | NR |
| 07/09/2013 08:15 | 0.00 | NR |
| 07/09/2013 08:30 | 0.00 | NR |
| 07/09/2013 08:58 | 0.00 | NR |
| 07/09/2013 09:00 | 0.00 | NR |
| 07/09/2013 09:27 | 0.00 | NR |
| 07/09/2013 09:40 | 0.00 | NR |
| 07/09/2013 09:42 | 0.00 | NR |
| 07/09/2013 10:00 | 0.00 | NR |
| 07/09/2013 10:27 | 0.00 | NR |
| 07/09/2013 10:29 | 0.00 | NR |
| 07/09/2013 10:45 | 0.00 | NR |
| 07/09/2013 10:58 | 0.00 | NR |
| 07/09/2013 11:00 | 0.00 | NR |
| 07/09/2013 11:06 | 0.00 | NR |
| 07/09/2013 11:28 | 0.00 | NR |
| 07/09/2013 11:42 | 0.00 | NR |
| 07/09/2013 11:43 | 0.01 | NR |
| 07/09/2013 11:58 | 0.01 | NR |
| 07/09/2013 12:11 | 0.01 | NR |
| 07/09/2013 12:15 | 0.01 | NR |
| 07/09/2013 12:52 | 0.01 | NR |
| 07/09/2013 13:12 | 0.01 | NR |
| 07/09/2013 13:15 | 0.01 | NR |
| 07/09/2013 13:30 | 0.01 | NR |
| 07/09/2013 13:45 | 0.01 | NR |
| 07/09/2013 14:00 | 0.01 | NR |
| 07/09/2013 14:15 | 0.01 | NR |
| 07/09/2013 14:43 | 0.01 | NR |

Exhib-5

| Date/Time | Value | Status |
|---|---|---|
| 07/09/2013 14:45 | 0.01 | NR |
| 07/09/2013 15:00 | 0.01 | NR |
| 07/09/2013 15:15 | 0.01 | NR |
| 07/09/2013 15:30 | 0.01 | NR |
| 07/09/2013 15:45 | 0.01 | NR |
| 07/09/2013 16:00 | 0.01 | NR |
| 07/09/2013 16:15 | 0.01 | NR |
| 07/09/2013 16:41 | 0.01 | NR |
| 07/09/2013 16:43 | 0.01 | NR |
| 07/09/2013 16:57 | 0.01 | NR |
| 07/09/2013 16:59 | 0.01 | NR |
| 07/09/2013 17:27 | 0.01 | NR |
| 07/09/2013 17:30 | 0.01 | NR |
| 07/09/2013 17:45 | 0.01 | NR |
| 07/09/2013 18:15 | 0.01 | NR |
| 07/09/2013 18:30 | 0.01 | NR |
| 07/09/2013 18:45 | 0.01 | NR |
| 07/09/2013 19:12 | 0.01 | NR |
| 07/09/2013 19:15 | 0.01 | NR |
| 07/09/2013 19:30 | 0.01 | NR |
| 07/09/2013 20:00 | 0.01 | NR |
| 07/09/2013 20:15 | 0.01 | NR |
| 07/09/2013 20:40 | 0.01 | NR |
| 07/09/2013 20:45 | 0.01 | NR |
| 07/09/2013 21:00 | 0.01 | NR |
| 07/09/2013 21:15 | 0.01 | NR |
| 07/09/2013 21:40 | 0.01 | NR |
| 07/09/2013 21:45 | 0.01 | NR |
| 07/09/2013 22:00 | 0.00 | NR |
| 07/10/2013 13:00 | 0.00 | NR |
| 07/10/2013 13:41 | 0.01 | NR |
| 07/10/2013 13:41 | 0.01 | NR |
| 07/10/2013 13:57 | 0.01 | NR |
| 07/10/2013 14:11 | 0.01 | NR |
| 07/10/2013 14:26 | 0.01 | NR |
| 07/10/2013 14:27 | 0.01 | NR |
| 07/10/2013 14:30 | 0.01 | NR |
| 07/10/2013 14:57 | 0.01 | NR |
| 07/10/2013 14:58 | 0.01 | NR |
| 07/10/2013 15:15 | 0.01 | NR |
| 07/10/2013 15:20 | 0.01 | NR |
| 07/10/2013 15:45 | 0.01 | NR |
| 07/10/2013 16:30 | 0.01 | NR |
| 07/10/2013 16:45 | 0.01 | NR |
| 07/10/2013 17:00 | 0.01 | NR |

Handwritten annotations:
- 7/10/13
- Sect. 3 Pueblo Sect. 1

*7/10/13*   **EXH. B-6**

| Date/Time | Value | Status |
|---|---|---|
| 07/10/2013 17:15 | 0.01 | NR |
| 07/10/2013 17:30 | 0.01 | NR |
| 07/10/2013 17:59 | 0.01 | NR |
| 07/10/2013 18:00 | 0.01 | NR |
| 07/10/2013 18:30 | 0.01 | NR |
| 07/10/2013 18:45 | 0.01 | NR |
| 07/10/2013 19:00 | 0.01 | NR |
| 07/10/2013 19:15 | 0.01 | NR |
| 07/10/2013 19:45 | 0.01 | NR |
| 07/10/2013 20:00 | 0.01 | NR |
| 07/10/2013 20:15 | 0.01 | NR |
| 07/10/2013 20:43 | 0.01 | NR |
| 07/10/2013 20:43 | 0.01 | NR |
| 07/10/2013 20:45 | 0.01 | NR |
| 07/10/2013 21:00 | 0.01 | NR |
| 07/10/2013 21:30 | 0.01 | NR |
| 07/10/2013 21:45 | 3.07 | NR |
| 07/10/2013 22:00 | 5.08 | NR |
| 07/10/2013 22:26 | 5.08 | NR |
| 07/10/2013 22:30 | 5.81 | NR |
| 07/10/2013 22:45 | 5.91 | NR |
| 07/10/2013 23:15 | 6.12 | NR |
| 07/10/2013 23:30 | 6.35 | NR |
| 07/10/2013 23:45 | 7.92 | NR |

© 2011 New Mexico Office of the State Engineer. All rights reserved. | Contact Us | Help | Provis