FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2013 AUG 16 PM 3: 25

CLERK-SANTA FE

IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation
The State Engineer,

        Plaintiff,

v.

ROMAN ARAGON,    et al,

        Defendants.

Case No. 69cv-07941-MV/LFG

Rio Chama Stream System

Section 1 (mainstream)

From: david ortiz, Plebian, Acequia de Chamita

## Motion to file OBJECTION TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITIONS

May I request of the Court "all" of the February 11 & 12 transcript of the evidentiary hearing so that I can be accurate as to who said what. Upon receiving the transcript if I may have 30 days in which to prepare the written objections.

I ask mercy of the Court.

Plebian, david ortiz

1