IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, )<br>*ex rel.* State Engineer )<br>  ) | 69cv07941- MV/LFG |
| Plaintiff, ) | |
|   ) | RIO CHAMA STREAM SYSTEM |
| vs. ) | Section 3, Canjilon Creek |
|   ) | |
| ROMAN ARAGON, *et al.* ) | Subfile No. CHCJ-003-0066 |
|   ) | |
| Defendants. ) | |
|   _____) | |

## MOTION TO CORRECT DEFENDANT'S NAME

The Plaintiff, State of New Mexico, *ex rel.* State Engineer, by and through his attorneys, moves the Court to issue its order for correcting the name of the Defendant listed below in the above-styled and captioned cause to read as follows:

from Lina Cordova to Lena Cordova for Subfile No. CHCJ-003-0066.

Respectfully submitted,

/s/Gary B. Storm
Gary B. Storm
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
(505) 827-6150
(505) 827-3887 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013, I filed the foregoing electronically through the CM/ECF system which caused the partied listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants via first class mail, postage prepaid addressed as follows:

Lena Cordova
2400 Arroyo Drive #43
Durango, Colorado  81301

/s/ Gary B. Storm
Gary B. Storm