IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

        Plaintiff,

vs.                                                                          CIVIL NO. 69-7941 BB/LFG

ROMAN ARAGON, et al.,                                    RIO CHAMA ADJUDICATION

        Defendants.

## ORDER DENYING TRANSCRIPT OF HEARING
## AND EXTENDING TIME TO FILE OBJECTIONS

THIS MATTER is before the Court on David Ortiz' Motion to file Objection to Magistrate Judge's Findings and Recommended Dispositions.  [Doc. 10952].

The Court entered Magistrate Judge's Findings and Recommended Disposition regarding the priority date for David and Cecilia Ortiz' water right on August 2, 2013.  [Doc. 10939].  The Magistrate Judge's Findings and Recommended Disposition notified the parties that they may, pursuant to 28 U.S.C. § 636(b)(1), file written objections to such findings and recommendations within fourteen days after a party is served with a copy of the findings and recommendations.  The deadline for filing objections is August 19, 2013.  On August 16, 2013, Mr. Ortiz filed a motion requesting the transcript of the February 11-12, 2013 hearing and upon receipt of the transcript, a 30-day extension of time to file written objections.

The Court does not provide transcripts to litigants.  Transcripts may be purchased from the Court Reporters:  Julie Goehl, phone: 348-2209;  Danna Schutte Everett, phone: 348-2283.  The Court will grant the parties an additional fifteen days from entry of this Order in which to file written objections.

IT IS SO ORDERED.

_Lorenzo F. Garcia_
Lorenzo F. Garcia
United States Magistrate Judge