IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

13 JUL 25 AM 11:58

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV-LFG

RIO CHAMA STREAM SYSTEM

Section 7, Village of Chama

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the Notice and Order to Show Cause concerning the determination of priorities and irrigation water requirements in the adjudication of the Village of Chama Subsection of Section 7 of the Rio Chama Stream System. I object to (check all that apply):

__X__ The priority date proposed for my water right.

_____ The priority date proposed for any other water right.

    Please describe this water right or ditch _____

__X__ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Village of Chama Subsection.

__X__ The irrigation water requirements proposed for lands irrigated under a permit or final license issued by the State Engineer.

    Please describe this water right or ditch __MB Ditch, License No. 1974.__

I understand that I will be notified of a mandatory scheduling and pretrial conference.
**PLEASE PRINT CLEARLY:**

FULL NAME(s): __MB Ditch, c/o Law & Resource Planning__   Subfile No. __CHCV-001-0002__
                         Associates, P.C.
MAILING ADDRESS: __201 Third Street NW, Suite 1750, Albuquerque, NM 87102__

TELEPHONE NO.: __(505) 346-0998__

SIGNED: _[signature]_   DATE: __July 24, 2013__

**SEE REVERSE SIDE**

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN August 1, 2013 TO:**

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

JUL 2 5 2013

**LRPA**
Attorneys at Law

LAW & RESOURCE PLANNING ASSOCIATES
ALBUQUERQUE PLAZA
201 Third Street NW, Suite 1
Albuquerque, NM 87102

CERTIFIED MAIL

7002 1000 0005 5004 8570

United States District Court
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

RECEIVED
At Albuquerque NM
JUL 25 2013
MATTHEW J. DYKMAN
CLERK

$6.11
US POSTAGE
FIRST-CLASS
062S0007150056
87102

8710282274 C015