IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, )
*ex rel*. State Engineer )
                                     )        69cv07941- MV/LFG
         Plaintiff, )
                                     )        RIO CHAMA STREAM SYSTEM
vs. )        Section 3, Canjilon Creek
                                     )
ROMAN ARAGON, *et al*. )        Subfile No. CHCJ-003-0066
                                     )
         Defendants. )
_____)

## ORDER CORRECTING DEFENDANT'S NAME

This matter is before the Court upon the motion (Docket No. 10953) filed on August 19, 2013 by State of New Mexico, ex rel. State Engineer, for the correction of the name of the Defendant identified below in this cause. The Court, being fully advised, finds the Motion to Correct the Defendant's Name is well taken and should be granted.

It is therefore ordered that the name of the Defendant associated with the listed subfiles is set forth as follows:

       from Lina Cordova to Lena Cordova for Subfile CHCJ-003-0066.

       The Clerk of the Court shall mail a copy of this Order to the following:

Lena Cordova
2400 Arroyo Drive #43
Durango, CO  81301

       IT IS SO ORDERED.

                                                   *Lorenzo F. Garcia*
                                                   Lorenzo F. Garcia
                                                   United States Magistrate Judge