IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, | ) | |
| *ex rel.* State Engineer | ) | |
| | ) | 69cv07941- MV/LFG |
| Plaintiff, | ) | |
| | ) | RIO CHAMA STREAM SYSTEM |
| vs. | ) | Section 3, Canjilon Creek |
| | ) | |
| ROMAN ARAGON, *et al.* | ) | Subfile No. CHCJ-003-0042 |
| | ) | |
| Defendants. | ) | |

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the State of New Mexico's Motion for Substitution of Parties (Docket No. 10954). The State seeks to substitute Kurt Gramoll ("New Defendant") for Defendants Jeanne A. Jolly and Lloyd B. Jolly with respect to the water rights described in Subfile No. CHCJ-003-0042 (Docket No. 6460). The New Defendant purchased the property associated with Subfile No. CHCJ-003-0042 and filed a Change of Ownership of Water Right with the New Mexico Office of the State Engineer. Federal Rule of Civil Procedure 25(c) allows the new owner to be substituted in an action when an interest is transferred. No responses opposing the motion have been filed. The Court will GRANT the motion.

The Clerk of the Court shall mail copies of this Order to the following:

Kurt Gramoll                                        Jeanne A. Jolly
1645 Lenden Circle                                  Lloyd B. Jolly
Bountiful, Utah  84010                              P.O. Box 518
                                                    Canjilon, New Mexico  87515

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge