IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ) <br> *ex rel*. State Engineer ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROMAN ARAGON, *et al*. ) <br> ) <br>     Defendants. ) | 69cv07941- MV/LFG <br><br> RIO CHAMA STREAM SYSTEM <br> Section 3, Canjilon Creek <br><br> Subfile No. CHCJ-003-0048 |

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the State of New Mexico's Motion for Substitution of Parties (Docket No. 10955). The State seeks to substitute Alex Leyba, Reyna Leyba, and Maria Leyba ("New Defendants") for Defendant Alonzo Gallegos with respect to the water rights described in Subfile No. CHCJ-003-0048. The New Defendants purchased the property associated with Subfile No. CHCJ-003-0048 and filed a Change of Ownership of Water Right with the New Mexico Office of the State Engineer. Federal Rule of Civil Procedure 25(c) allows the new owner to be substituted in an action when an interest is transferred. No responses opposing the motion have been filed. The Court will GRANT the motion.

The Clerk of the Court shall mail copies of this Order to the following:

| | |
|---|---|
| Alex Leyba <br> Reyna Leyba <br> Maria Leyba <br> P.O. Box 451 <br> Canjilon, New Mexico 87515 | Alonzo Gallegos <br> 813 S. McCurdy Rd. <br> Espanola, New Mexico 87532 |

IT IS SO ORDERED.

                                                                   Lorenzo F. Garcia <br>
                                                                   United States Magistrate Judge