

FILED
at Santa Fe, NM
SEP 11 2013
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation
    The State Engineer,

        Plaintiff,

v.

ROMAN ARAGON,   et al,

        Defendants.

Case No. 69cv-07941-LFG/MV

Rio Chama Stream System

Section 1 (mainstream)

From: david ortiz, Plebian, Acequia de Chamita

## MOTION TO CORRECT ERRORS of HISTORICAL RECORD

#1. FOF #43, SUBMITTED AT HEARING OF 2/11/2013. The name that should appear is Captain Alonso Gomez Montesinos and not Geronimo Marquez.

#2. Document submitted on 9/3/2013, OBJECTION TO Magistrate Judge's Findings and Recommended Disposition.

    a. page 11, #31, See Ex.A, p651, should read, "Santa Clara is on the west side of the river".

      b. page16, #53,54,55,56 atEx.MM should include Canto XXVI, p233, lines 255-257.

plebian david ortiz

*/s/ David Ortiz*