IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Acequia de Chamita<br>Subfile No. 267 |
| Defendants. | |

### RESPONSE BY STATE OF NEW MEXICO TO
### MOTION TO CORRECT ERRORS OF HISTORICAL RECORD
### BY DAVID ORTIZ

The State understands the September 11, 2013 *Motion to Correct Errors of Historical Record* by David Ortiz (Doc. 10964) to simply represent a notice of several clerical errors in the documents that he has filed with the Court, and that he wishes to correct and bring to the attention of the Court and the parties.  Therefore no response by the State is needed.

                                  Respectfully submitted,

                                    /s/ Ed Newville
                                  EDWARD G.  NEWVILLE
                                  Special Assistant Attorney General
                                  Office of State Engineer
                                  P.O. Box 25102
                                  Santa Fe, NM 87504-5102
                                  (505) 867-7444 telephone
                                  (505) 867-2299 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the  13th  day of September, 2013, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM-ECF participants in the manner indicated.

Via first class mail, postage prepaid addressed as follows:

David Ortiz
Cecilia S. Ortiz
P.O. Box 1082
San Juan Pueblo, NM 87566

                                        /s/ Ed Newville
                                      EDWARD G. NEWVILLE