

FILED
at Santa Fe, NM

SEP 18 2013

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, on the relation
    The State Engineer,

        Plaintiff,

v.

ROMAN ARAGON,   et al,

        Defendants.

Case No. 69cv-07941-MV/LFG

Rio Chama Stream System

Section 1 (mainstream)

From: david ortiz, Plebian, Acequia de Chamita

## **DEFENDANTS SHORT REPLY TO THE PLAINTIFF Doc.10963**

    If I only had the blank check that the court and the State has. We the poor defendants provide those funds with our taxes. The innocent one has to buy his own rope so they can hang him.

    Is the poor ignorant plebian supposed to purchase court documents at .50 cents a copy from the court to provide them to the court? Even the Defendants own lawyer did not provide them.

    Is everything that pertains to this adjudication from 1969 until today on the table?

Why does the expert lawyer want to use the "letter of the law" to shut up and get rid of the dirt farmer? If the previous Judge ruled in his favor, "Why won't the rest of them? Are they corruptible by me?

Wasn't it enough that the "expert lawyer" provided an "expert historian" who provided a mountain of Facts of Evidence, showing by Contemporary Historical Documentation that the Acequia de Chamita was dug sometime in 1600 and also showing that the only Acequia mentioned in the above mentioned documents, as being dug on the 11th of August, 1598 was dug on the "east" bank of the river in an Indian Pueblo named San Juan and that 2 years later, "sometime in 1600", the Spanish dug not only one, but three ditches? One would have to be blind not to see what you see. Still, he is not relying on his "evidence", he wants to use the law to eliminate the plebian. I think he will succeed.

You all deserve an "F". Not for findings of fact, but for Failure of providing Fact to back up your opinions.

Do what you want, you have the power of the gavel.

I will be out of State from Monday, Sept.16 until Monday Sept.30.

*An exercise in futility*
Plebian David Ortiz

*[signature: David Ortiz]*

D. ORTIZ
PO BOX 1082
San Juan Pueblo,
NM 87566

RECEIVED
AT SANTA FE
SEP 18 2013
MATTHEW J. DYKMAN
CLERK

United States District Court
106 South Federal Place
Santa Fe, NM 87501

ALBUQUERQUE NM 870
13 SEP 2013 PM 4 L

