IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Rio Nutrias

Subfile Nos. CHNU-003-0002B
              CHNU-003-0002D
              CHNU-004-0001

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the State of New Mexico's Motion for Substitution of Parties. [Doc.10958]. The State seeks to substitute 7 Mares Ranch LLC for Defendant Jose D. Eturriaga with respect to water rights described in subfiles CHNU-003-0002B, CHNU-003-0002D and CHNU-004-0001. 7 Mares Ranch purchased the property associated with Subfiles CHNU-003-0002B, CHNU-003-0002D and CHNU-004-0001 and filed the appropriate Changes of Ownership of a Water Right forms with the Office of the State Engineer, and has requested the substitution of parties with respect to the water rights under these subfiles. Federal Rule of Civil Procedure 25(c) allows the new owners to be substituted in an action when an interest is transferred. No responses opposing the motion have been filed. The Court will GRANT the motion.

The Clerk of the court shall mail copies of this Order to the following:

7 Mares Ranch LLC
RC Sweeten
8721 FM 1725
Cleveland, TX 77328

Jose D. Eturriaga
P.O. Box 57
Los Ojos, NM 87551

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge