# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                              69cv07941 MV/LFG
                                              Rio Chama Adjudication

   v.

                                              Section 1, Mainstream

ROMAN ARAGON, *et al.*,

                                              Acequia de Chamita
       Defendants.                            Subfile No. 267

## **ORDER CORRECTING CLERICAL ERRORS OF HISTORICAL RECORD**

THIS MATTER comes before the Court on David Ortiz' Motion to Correct Errors of Historical Record. [Doc. 10964].

Mr. Ortiz filed Proposed Findings of Fact [Doc. 10893] regarding the priority date for his water right on the Acequia de Chamita and Objections [Doc. 10959] to the Magistrate Judge's Findings and Recommended Disposition [Doc. 10939]. Mr. Ortiz seeks to correct three clerical errors in his Proposed Findings of Fact and in his Objections. The State does not oppose Mr. Ortiz' Motion. [Doc. 10965]. The Court will GRANT Mr. Ortiz' Motion. Mr. Ortiz' Proposed Findings of Fact and his Objections are amended to correct the clerical errors identified in his Motion.

IT IS SO ORDERED.

                                                               */s/ Lorenzo F. Garcia*
                                                               Lorenzo F. Garcia
                                                               United States Magistrate Judge