CV 69-7941
# 10961

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SANTIAGO E. CAMPOS U.S. COURTHOUSE
106 S. FEDERAL PLACE
SANTA FE, NM 87501

OFFICIAL BUSINESS

RECEIVED AT SANTA FE
OCT - 2 2013
MATTHEW J. DYKMAN
CLERK

Kurt Gramoll
1645 Lenden Circle
Bou...

NIXIE     842     7E    1     09/11/13
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 87501301199    *0663-02799-06-40

HASLER
09/06/13
$0.46
Mailed From 87501
US POSTAGE