IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,                                69cv07941 MV/LFG
                                                       Rio Chama Adjudication

    v.

ROMAN ARAGON, *et al.*,

      Defendants.

## ORDER OF TEMPORARY STAY

THIS MATTER comes before the Court on the Temporary Administrative Order Relating to Civil Cases Involving the United States entered by the Honorable M. Christina Armijo, Chief United States District Judge for the District of New Mexico. Except as otherwise noted in her Order, "all civil cases within the District of New Mexico wherein the United States or an agency, corporation, officer or employee, deemed or otherwise, of the United States is a party are temporarily stayed." The United States is a party to this case. A copy of the Temporary Administrative Order Relating to Civil Cases Involving the United States is attached.

    IT IS SO ORDERED.

                                                                         *Lorenzo F. Garcia*
                                                                         Lorenzo P. Garcia
                                                                         United States Magistrate Judge