IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

       Plaintiffs,                     69cv07941 MV/LFG
                                           Rio Chama Adjudication
  v.

                                           Pueblo Claims Subproceeding 1

ROMAN ARAGON, *et al.*,

       Defendants.

## ORDER GRANTING EXTENSION OF TIME

THIS MATTER comes before the Court on Ohkay Owingeh's Motion to Extend Time for Rule 26 Disclosure by One Expert Witness. [Doc. 10972].

Ohkay Owingeh seeks a 60-day extension of the December 6, 2013 deadline for disclosing the expert witness report of Dr. Henry Walt to February 7, 2014 because Dr. Walt is unable to complete his report by December 6, 2013 due to medical conditions. Ohkay Owingeh does not propose any other modifications to the schedule set forth in the Court's Order of April 11, 2013. [Doc. 10903]. Counsel for all parties that filed pleadings in response to the Pueblo's claims in this subproceeding do not object to the requested deadline extension for Dr. Walt's report. The Court will GRANT the motion. Ohkay Owingeh shall disclose Dr. Walt's expert witness report by February 7, 2014.

      IT IS SO ORDERED.

                                                */s/ Lorenzo F. Garcia*
                                                Lorenzo F. Garcia
                                                United States Magistrate Judge