Case: 6:69-cv-07941-BB                                                          1

# EXHIBIT LIST

Exhibit                                        Description

**A**          Chamita Acequia, 1598 date – Juan de Torquemada
               o   Stanley M. Hordes, Ph.D, "Historical Abstracts of Acequias Along
                   the Lower Rio Chama". 1992.

**B**          <u>Irrigation in the Chama Valley,</u>
               o   John O. Baxter, Chapter: "Spanish Exploration and Settlement in
                   the Chama Valley Before 1800"

**C**   (A)    <u>San Gabriel Del Yungue as Seen by an Archaeologist,</u>
               o   Florence Hawley Ellis, 1989, pgs. 9-15.
        (B)    <u>When Cultures Meet. Remembering San Gabriel del Yungue Oweenge.</u>
               Chapter:  "The Long Lost 'City' of San Gabriel del Yungue, second oldest
               European Settlement in the United States, 1987, pgs.10-38.
               o   Papers from the October 20, 1984 Conference held at San Juan
                   Pueblo, New Mexico
               o   by Florence Hawley Ellis,

**D**          <u>Irrigation at the Confluence of the Rio Grande and Rio Chama: The</u>
               <u>Acequias de Chamita, Salazar and Hernandez, 1600-1680,</u> June 4, 1996.
               o   Stanley M. Hordes, Ph.D

**E**          Onate's Journal entry-August 11, 1598.
               o   <u>Onate, Colonizer of New Mexico, 1595-1628.</u> Part I, Coronado
                   Historical Series Vol. V, 1953, pgs 322-323.
               o   George P. Hammond and Agapito Rey, eds

**F**          Arrival of reinforcements in 1600, San Gabriel
               o   <u>Onate, Colonizer of New Mexico, 1595-1628.</u> Part I, Coronado
                   Historical Series Vol. VI, 1953.
               o   George P. Hammond and Agapito Rey, eds

**G**          Juan de Torquemada's statement about the location of San Gabriel
               o   Monarquia  Indiana.
               o   By Juan de Torquemada

**H**   (1)    New Mexico House Memorial (Draft) #14
        (2)    New Mexico House Memorial, #14
               48th legislature, First Session, 2007
        (3)    New Mexico Senate Memorial #15

48th legislature, First Session, 2007

(4)    Letter to New Mexico House Representative Nick Salazar to note a needed correction

(5)    House Memorial, #14-Health and Government Affairs Committee

(6)    House Memorial, #14-Final Passage

(4)    Bibliographic Research for the Acequia de Chamita, State and National Register of Historic Places Project, 2007, by Ron and Pat Rundstrom

I        By Laws for the Acequia de Chamita

J        Laws of the Indies:  The Ordinances of Settlement of 1573

K      Laws of the Indies:  The Ordinances of 1573
- Divided into categories for application
  - (a) No harm to the Indians
  - (b) How the town, farm lots and pastures are planned and laid-out
  - (c) Governor should research the land, provinces, etc. before discovery is carried out and send reports to the Viceroy
  - (d) Selecting an area with good land and water, etc.
  - (e) Given the title of Hijosdalgo
  - (f) Naming of discovered lands, provinces, rivers, etc.
  - (g) Perform ceremonies and writs in taking possession of lands.
  - (h) Vassalage of Indians

L       Maps and photos of archaeological excavation at San Gabriel de Yungue
- San Gabriel Del Yungue as seen by an Archaeologist, 1989.
- by Florence Hawley Ellis

M      Map of San Gabriel, Yungue-Yungue, Chamita, San Francisco
- The Ethnogeography of the Tewa Indians, 1916
- by John Peabody Harrington

N      San Juan Pueblo describing their crop and farming methods
- Eight Northern Indian Pueblo 1995 Visitors Guide, San Juan Pueblo (Ohkay).

O      Map of the Rio Grande Valley in the 16th and 17th Centuries, (figure 5)
- Irrigation in the Rio Grande Valley, New Mexico:  A Study of the Development of Irrigation Systems Before 1945, July 15, 1987.
- by Frank E. Wozniak

Case: 6:69-cv-07941-BB                                                    3

P          Map:  The 1877 Mc Elroy Plat Map of the Town of Chamita Grant (not to
           scale)
                o   It shows the Presa (water diverted into the Acequia de Chamita)
                    and the Desague (water drainage) into the Rio Chama from the
                    Acequia de Chamita

Q          Geographic Map:  Chamita Acequia Community and its environmental
           Setting.

R          Graphs:  The Focus of the Point of Evidence that follows is on the Present
           July 11 to Oct. 8, 1598.

S          Onate Request the Titles of Hidago and Adelantado, September 21, 1595.

T          Title of Hidalgo for New Mexico Conquistadors, July 9, 1602
                o   Onate, Colonizer of New Mexico, 1595-1628, 1953, pgs. 974-975

U          Statement by Historian Myra Ellen Jenkins (Jenkins, 1987, pg. 63), on
           Location of San Gabriel and when established

V          Papers of Archaeological Institute of America, American Series IV, Final
           Report, Part II
                o   A. F. Bandelier
                o   1892

W          Bibliography

X          Don Juan Onate receives Title of Adelantado on February 7, 1602.

Case: 6:69-cv-07941-BB

1

# EXHIBIT
# A

- Chamita Acequia, 1598 date – Juan de Torquemada

    o <u>Historical Abstracts of Acequias Along the Lower Rio Chama</u>
    o by Stanley M. Hordes, Ph.D.
    o August 21, 1992

*Section on Acequia de Chamita only*

HISTORICAL ABSTRACTS OF ACEQUIAS ALONG THE LOWER RIO CHAMA

Prepared for:

Río Chama Acequia Association
Medanales, New Mexico

Prepared by:

Stanley M. Hordes, Ph.D.
HMS Associates
P.O. Box 4543
Santa Fe, New Mexico  87502

August 21, 1992

## HISTORICAL ABSTRACTS OF ACEQUIAS ALONG THE LOWER RIO CHAMA

Research Goals and Methodology:

The purpose of this investigation was to establish defensible dates for twenty-six (26) community acequias located along the Río Chama between Abiquiú Dam and the confluence of the Río Grande and Río Chama.  Research was undertaken through published and archival material to produce information relating to: (1) the dates that evidence of irrigation first appeared in the historical record pertaining to areas served by the ditches in question and (2) the presence of cultivation and irrigation in the areas under consideration from the first evidence of irrigation until 1900.

Acequias investigated in this report are: Hernández, Salazar, Chamita, Chilí, Río de Chama, Río del Oso, Martínez y Duranes, Manzanares y Montoya, J.V. Martínez, Mariano, Ferran, La Puente, Tierra Azul, Valentín Martínez, Quintana, J.P. Gonzales, Gonzales, Esquibel, Carl Bode, Abiquiú, Mestas, Barranco, Suazo, Ranchitos, Abeyta/Trujillo, and Ghost Ranch.

For purposes of this project, acequias were considered as part of the same ditch system if the waters from one emptied into another.  In such cases, the earliest date of cultivation or irrigation discovered in the documentation pertaining to the area served by one acequia was applied to the entire system.

Two members of HMS Associates participated in this investigation.  Stanley M. Hordes, Ph.D., directed the project, with research assistance from Susan Perlman, M.A.

Data pertaining to the dating of the ditches was found primarily in records at the New Mexico Records Center and Archives, including administrative from the Spanish, Mexican and Territorial Period, land grant records, land dispute proceedings, civil and criminal records, and papers of the Office of Surveyor General and Court of Private Land Claims.  Other pertinent records included proceedings of the Pueblo Lands Board, and cartographic records at the Bureau of Land Management, U.S. Forest Service, and University of New Mexico.

Contained in this report are: (1) Abstracts of documents pertaining to each acequia system under consideration.  The abstracts are organized chronologically, referencing the date and provenance of each document, and offering a brief summary as it pertains to settlement, cultivation or irrigation of the area served by each system; and (2) Table of priority dates assigned by the State Engineer Office, priority dates suggested by the documentation, and basis for the revision.  The revised dates reflect the earliest documentary evidence indicating either (a) specific evidence of irrigation or cultivation in a given area; or (b) settlement of an area that was used for agricultural purposes.

The conclusions and recommendations of this report are based upon the sources cited only.  Although HMS Associates believes these sources to be reliable, HMS Associates is not responsible for information obtained from sources that later prove unreliable, or for sources that withhold information.

CHAMITA ACEQUIA

| Date | Document | Abstract |
|---|---|---|
| 1598 | Torquemada<br><br>Cap. XXXX | Juan de Torquemada, in his 1612 Monarquía Indiana (published in 1723), cites Oñate's settlement at San Gabriel as located between the banks of two rivers, one having less water than the other. "The smaller one [Río Chama] irrigates all the plantings of wheat, and barley and corn, and all the other items that are cultivated in gardens . . ." |
| 1701 | I-926 | Petition and grant to Diego Trujillo; boundaries extend from confluence of RG to angostura; no occupation cited |
| 1707 | I-824 | Bartolome Sánchez petitions for lands at Puesto de Zhama; boundaries: N-un pueblo quemado antiguo; S-Pueblo de Santa Clara de la otra banda del Río del Norte; E-Mesa de San Juan; W-el mismo lindero de Santa Clara; no occupation cited [APPEARS TO ENCOMPASS BOTH SIDES OF RIO CHAMA] |
| 1710 | I-1020 | Juan de Urribarí, Bartolomé Lovato, Joseph Madrid, Sevastian Duran and Simon de Cordova petition for land at Yunque; boundaries: W&S-corrales de piedra and las lomas; N-Pueblo de Chama; E-Río Grande; grant approved, but no act of possession cited |
| 1711 | I-827 | Bartolome Sánchez petitions for revalidation of grant at Río Arriva de Chama; indicates that he has not yet occupied lands earlier granted |
| 1712 | I-1020 | Diego Márquez, Bartolomé Lovato, Matías Madrid, Joseph Madrid, Andrés Gonzales, Sebastian Duran, Tomás de Bejarano, Ysabel de Serna (widow of Blas Lobato), Simon de Cordoba, and Xptobal de Castro petition for land at la Villa de Yunque; Juan Páez Hurtado indicates that Santa Cruz cannot afford to lose so many settlers; |
| 1714 | I-926 | DT dies; widow asks that grant be assigned to Salvador de Santiesteban and Nicolas Valverde, her close relatives; put in possession of 4 fanegas de sembradura de mais; boundaries: N-matoral de poñil, y una loma parda que tiene al pie un serrito pequeño que blanquea . . .; S-Río Chama; E-Río del Norte; W-mojoneras . . . |

Case:  6:69-cv-07941-BB

# EXHIBIT B

- <u>Irrigation in the Chama Valley</u>

    - Chapter: "Spanish Exploration and Settlement in the Chama Valley Before 1800"
    - by John O. Baxter

Irrigation in the Chama Valley

John O. Baxter

Chapter I

Spanish Exploration and Settlement
in the Chama Valley before 1800

- 3 -

carts.  The journey proved difficult, but by July 11, the vanguard
had ascended the Rio Grande to Ohke, one of the twin villages
visted by Barrionuevo in 1541.  Oñate renamed the pueblo "San Juan
Bautista" and set up headquarters there.[4]

After a brief visit to several other pueblos, Oñate initiated
an ambitious project at San Juan.  Assisted by 1,500 "barbarian
Indians," the colonists started to build an acequia, a necessary
first step in founding a new city to be called "San Francisco de
los Españoles."[5]  Ill-considered, the town failed to materialize,
but the ditch project clearly demonstrated the importance of water
for communities in an arid land.  In later years, as New Mexico
grew, a reliable water supply continued to be a high priority for
founders of new settlements.

Crowded and disease ridden, Ohke soon proved unsatisfactory,
causing the colonists to find new quarters across the Rio Grande
on the west bank.  Sometime before Christmas 1600, they set up
residence in the partially abandoned pueblo of Yuque-Yunque, a
name applied in Coronado's time to the whole Tewa region.  Oñate
called the new location "San Gabriel."[6]  Once again the settlers
lost no time in establishing an irrigation system.  A leading
church historian, Fray Juan de Torquemada, described the arrange-
ment as follows:  "San Gabriel....esta situado entre dos Rios, y
con las aguas del menor de los dos se riegan los Trigos, Cevada, y
Mais, y los demas cosas, que se siembran en las huertas (San
Gabriel....is situated between two rivers, and with water from the
smaller [the Chama], they irrigate wheat, barley, corn, and other

Case:  6:69-cv-07941-BB

# EXHIBIT
# C

(A)

- <u>San Gabriel Del Yungue as seen by an Archaeologist</u>

  - by Florence Hawley Ellis
  - 1989

(B)

- <u>When Cultures Meet, Remembering San Gabriel Del Yungue Oweenge</u>

  - Chapter:  "The Long Lost "City" of San Gabriel Del Yungue, Second Oldest European Settlement in the United States"
  - Paper delivered by, Florence Hawley Ellis
  - 1987

# SAN GABRIEL del YUNGUE

## AS SEEN BY AN ARCHAEOLOGIST

SAN GABRIEL del YUNGUE

AS SEEN BY AN ARCHAEOLOGIST

FLORENCE HAWLEY ELLIS

In 1598, the Spanish conquistador, Don Juan de Oñate, founded the first capital of New Mexico in an old Indian settlement on the west bank of the Rio Grande river. This colony and others prospered until, years later the Indians revolted, destroying this village which was then lost for centuries. But, in 1959, Florence Hawley Ellis, a famous pioneer anthropologist, was asked by San Juan Indian Pueblo to excavate a ruin on their reservation, an unheard of request as Pueblos usually denied permission for excavations on their lands. A badly corroded Spanish archer's helmet had been found by an elder who was digging adobe clay. They wanted to know what "they had." Her work returned San Gabriel del Yungue — the Spanish name for the first capital of New Mexico — and its five domed ovens, the first built in this land, to their rightful place on the map. This book is the story of that awakening.

## ABOUT THE AUTHOR:

Florence Hawley Ellis, PhD, is famous for her extensive excavations and related research in ethnology, tree-ring dating, and pottery analysis. Her excavations include areas in Chaco Canyon, and along the Chama, Rio Grande and Jemez river valleys as well as elsewhere in the Southwest. She has published over 300 articles and monographs. Dr. Ellis was trained at the University of Arizona and University of Chicago where she received her Doctorate in Anthropology in 1934. She is Emerita of the University of Arizona and New Mexico where she taught. She has received numerous awards including an Honorary Doctorate of Letters from the University of New Mexico in 1987. She is active as Director of the Florence Hawley Ellis Musuem and of the Archaeological Field School at Ghost Ranch, near Abiquiu, New Mexico.



The author sitting on one of the walls of San Gabriel at the time of the excavation.

ON THE COVER: Remains of wall structures at San Gabriel del Yungue.

*Sunstone Press*
Santa Fe, New Mexico

ISBN: 0-86534-129-X

$10.95

Dedicated to
a Great Man
who made our publications possible
Jim Hall
There is no other like him

Copyright © 1989 Florence Hawley Ellis

All Rights Reserved.
Manufactured in the U.S.A.
No part of this book may be reproduced in any form or by any
electronic or mechanical means including information storage and
retrieval systems, without permission in writing from the publisher,
except by a reviewer who may quote brief passages in a review.

Printed in the United States of America

Library of Congress Cataloging in Publication Data:

Ellis, Florence Hawley
San Gabriel del Yungue as seen by an archaeologist / by Florence Hawley Ellis.
    p.    cm.
Bibliography: p.
Includes index.
ISBN: 0-86534-129-X : $10.95
    1. Yunque Site (N.M.)   2. Pueblo Indians--Antiquities.   3. San Gabriel del Yungue
(N.M.)--Antiquities.   4. New Mexico--Antiquities.   5. Indians of North America--New
Mexico--Antiquities.   I. Florence Hawley Ellis Museum of Anthropology.   II. Title.
E99.P9E43     1989
978.9'52--dc19
                                                      89-4212
                                                      CIP

Published in 1989 by SUNSTONE PRESS
                    Post Office Box 2321
                    Santa Fe, NM, 87504-2321 / USA

In conjunction with The Florence Hawley Ellis
Museum of Anthropology at
Ghost Ranch, Abiquiu, New Mexico 87510

## Table of Contents

Preface .......................................................................................... 5
San Gabriel del Yungue, as seen by an Archaeologist ................... 9
    Background ................................................................................. 9
An Archaeological Summary of San Gabriel
    del Yungue (to Date) .............................................................. 17
    Early Work: Important Bits and Pieces ................................... 23
    Culture Succession in Yungue's West Mound ........................ 37
The East Mound, Then and Since ................................................. 47
The Spanish Center of San Gabriel: Apartments, Kitchens,
    Domed Ovens, and the Permanent Church ........................... 48
    Apartment I ............................................................................. 49
    Apartment II ............................................................................ 51
    Apartment III ........................................................................... 51
    Aartment IV ............................................................................. 52
    Apartment V ............................................................................ 52
    Apartment VI ........................................................................... 52
    Apartment VII .......................................................................... 53
    Apartment VIII ......................................................................... 56
    Apartment IX ........................................................................... 57
    Apartment X, XI, XII, and XIII: The Convent? ........................ 63
    Area AA .................................................................................
The Church of San Miguel:
    First Permanent Spanish Church in our Southwest ............... 65
    The East Plaza and its Trenches ............................................ 69
    The Overwhelming Distribution of Metal
        in San Gabriel ...................................................................... 72
    Categories Intended for Trade ............................................... 74
    The Birth and Death of Oñate's City of San Gabriel ............. 75
The Birthing of San Gabriel:
    the Little Things that Define a Lifestyle ................................. 77
PS ................................................................................................. 85
Bibliography ................................................................................. 90
Index ............................................................................................ 95



Andrea Dodge 1977

7

And so, with deep gratitude to Jim, our always friend, aid, and in-
spiration, we shall pursue the study of man and his works in the past,
with hope that such will enhance man's further understanding of our fu-
ture. We also want to thank the careful work of our excavators; the ac-
curate reports of the crew chiefs; Ghost Ranch which housed the ex-
cavators and has backed us all along; the Pueblo Governor who re-
quested our excavation of the Yungue mounds; the various Indians who
through their intuitive knowledge provided their special finds to us and
the Museums for study; the various researchers who have helped
analyze the artifacts and the data from this site; the publication crew
who have typed, edited, and repeated those jobs again and again to ready
the manuscript for printing; Lou Baker who has so kindly provided
production of the camera ready manuscript; Andrea my daughter/assis-
tant who typed, edited and has seen to the orchestration of the many
details of publication; the publication house itself; and most of all Jim
Hall without whom you would not have been reading this book.

6

# San Gabriel del Yungue, as seen by an Archaeologist

The pen may be mightier than the sword, but to judge from historic accounts dating from past centuries, important as they are to all of us, there were times when the ink ran out. Or, more likely, the penman so often was too taken up with the very real problems of daily existence in a new and difficult environment to set down all the details his or someone else's descendants - centuries later - might want to know.

About what? Well, about the precise rather than general location of where that historic settlement was established. And where and of what materials and size, and according to what floor plan the first permanent church mentioned in the record was constructed. Also, such matters as the size of those living quarters which the colonists took over from resident Indians but complained were cold, smokey, and bug-ridden. And if and how those quarters were furnished. What kinds of vessels were used for cooking and for serving meals? In general, how those first colonists and missionaries to actually settle north of today's United States-Mexico border were celebrating their new home 33 years after other Spaniards had settled in San Augustine, Florida, but 22 years *before* English settlers established themselves at Plymouth Rock.

And, as part of the close association in late sixteenth and seventeenth century New Mexico, what lasting influence did those two groups of human beings, Spaniards and Pueblo Indians, each with its own historically successful pattern of living (anthropologically their "culture") bring to bear upon the other?

## The Background

We know from the records that missionization was a primary point with the Crown and with the 10 friars (8 priests and 2 assistants) who accompanied Oñate's colonists in making that first permanent settlement in our Southwest. There also was the desire for discovery of some source of wealth, and always the hope for discovery of some source of wealth, even though their earlier explorers actually had brought nothing more convincing than tall tales when they returned from the borderlands. The Crown, however, made but very little contribution of funds or equipment to the project. To the uninitiated it comes as something of a surprise to learn that it was Oñate himself, plus two opulent family members in Mexico, who were footing the bills and who in the long run would lose a fortune in the hope of finding one.

9



*Brass Buttons found in Yungue*



*Some Spanish objects found at Yungue*

8

Oñate and his captains, on horseback, reached San Juan Pueblo on July 11, 1598, and were invited to make themselves at home. The remainder of his colonists were slowly struggling northward with 83 unwieldy oxcarts as well as over 7,000 head of horses, cattle, sheep, and goats. The five weeks and two days Oñate and his companions were to wait before the main party should appear would be devoted to visiting the various Pueblos on the Rio Grande and its tributaries, recording the Indians' oaths of allegiance to the Spanish King, and making plans for the distribution of missionaries. Necessary duties, in terms of that period in history, in spite of the fact that we can be sure (and as was later demonstrated) the Indians, as unused to the concepts of kings and kingdoms as to the Spanish language, could have had little idea of just what was going on.

On August 11th, in their last free week, Oñate's captains "began construction" (probably actually the "direction of construction") of an irrigation ditch for the "City of our Father, Saint Francis" (Hammond and Rey 1953:322). We see a reflection of Pueblo good will and at the same time an indication of the size of San Juan Pueblo in the statement that about 1500 Indians (presumably all men, for this was not a job at which Pueblo women labored) were helping the Spaniards with this ditch. As Pueblo ancestors had constructed and used irrigation ditches in the Chama Valley and on other side streams of the Rio Grande at least since A.D. 1300 and perhaps earlier (Ellis 1970, 1988), the Indians probably would have handled the project better than the Spanish officers, especially with the only implements available until the colonists' carts arrived being native-made digging sticks and perhaps stone axes for excavation and baskets or blankets for moving the soil. According to San Juan tradition, all the Spanish ditches were west of the river.

It hardly requires reading between the lines to realize that Oñate, from the beginning, had intended to establish something of an urban center, named for St. Francis, patron of the friars accompanying his party. But the only community building put up during that year, as far as we presently know, was a church. The structure, we read, was begun on Aug. 23, only 5 days after the main party of colonists reached San Juan Pueblo. Within 15 days the project was so far advanced that its dedication to St. John the Baptist was celebrated, though a few more weeks were to pass before final completion. After the ceremony, the religious play of Los Moros y los Cristianos was put on, presumably for the benefit of the Indians. Comprehension of this religious drama (still given by many communities in Spain and a few in northern New Mexico) which concentrates on the final expulsion of the Moors from Spain hardly could have been expected of the natives,

but the occasion gave opportunity for display of horsemanship and of assorted weapons, presumably to the delight of both peoples.

No one today has any idea where this first church was erected or of what materials; there is neither Pueblo tradition (as far as we could learn) nor documentary record. Even the frame of a religious structure intended to accommodate the 400 male colonists, plus wives and children brought along by 130 of those men, plus an unstated number of servants (Bolton 1930:202) and, one would surmise, some Pueblo Indian guests, could not used. One might guess that it would have been a temporary jacal structure of upright posts set into a trench and heavily plastered with adobe mud inside and out. Wherever the site, it probably has been many times built over in the expansion resulting from natural increase in native population and the fact that the general pattern of Pueblo layout since the 1500s has changed from one of several storied house blocks tightly enclosing a plaza to a minimally outlined plaza supplemented by widespread one story modernized homes.

It seems that history is not even clear as to whether the colonists first settled and built that initial church in San Juan Pueblo on the east side of the Rio Grande or elsewhere. Hammond and Rey (1953:17) state openly that the Spaniards' "first headquarters or capital" was founded "on the east bank of the Rio Grande and named San Juan de los Caballeros," though known to the natives then and now as Okeh (Oke). Dedication of that church to San Juan as patron certainly suggests that it should have been there. But then we read that after a few months

> ... they [the Spaniards] moved their camp to the pueblo of Yunque or Yugewinge [elsewhere spelled by the Spaniards as Yuque Yunque and Yunque Yunque and with other variations, all approximations of the actual native name of Yunque Ouinge] which they called San Gabriel, on the left bank of the Chama where it flowed into the Rio Grande. This was a town of approximately four hundred houses and was more adequate for the needs of the Spanish forces. It remained the capital of New Mexico until Governor Don Pedro de Peralta, Oñate's successor, founded Santa Fe in 1610.
> (Hammond and Rey 1953:17).

The deduction of these two historians, that the Spaniards made their first headquarters in San Juan but moved to Yunque in the winter of 1600-1601 (France Scholes, personal communication, 1954) was based on the fact that, of the four letters sent out from the Oñate camp between 1598 and the end

11

10

of 1600, one was datelined as written "at the Pueblo of San Juan" on the last day of February, 1599, one of the same year but without month mentions the writer's group being in the province of the Teguas (Tewas) but ly as "New Mexico" (Hammond and Rey 1953:427, 481, 490, 493). In contrast, we have all five letters written between March 22nd October 2, 1601, datelined "San Gabriel" or "At the pueblo of San Gabriel" (Op. cit.:508, 672,690,700,701).

However, when Don Luis de Velasco wrote that long letter covering innumerable complaints against Oñate, the camp, and the countryside, dating it as "From the pueblo of San Gabriel, March 22, 1601," he included a puzzling statement:

In this manner we came to a pueblo where the governor [Oñate] ordered a halt. It is the one from which I am writing to your lordship. We have been here three years, hoping to discover something of value and importance, which has not been found up to the present. (Hammond and Rey 1953:609)

Just where had the Spaniards been quartered those three years? In San Gabriel? Hammond and Rey (1953:609, fn. 3) footnote Velasco's statement with a reiteration but no explanation:

The expedition first settled at San Juan de los Caballeros but after a short time had moved to San Gabriel.

How can we be certain? Hopefully, we reach for *History of New Mexico*, an epic poem by Villagrá, one of Oñate's captains, published in 1610. Villagrá's eye witness accounts of much that occurred leaves us in his debt, but his only pertinent note on this question is that when they reached "a splendid pueblo" which they named San Juan, the natives came out and "shared their homes" with the newcomers (Villagrá 1933:147).

Our suggestion is that the problem is more apparent than real, though puzzling enough to warrant some lines of ethnographic clarification. Velasco well may have been - accurately - thinking of San Juan and Yungue as two parts of a single pueblo. This certainly is done today by those "San Juan" families which live in the San Gabriel del Yungue area (some even on top of the old site). According to tradition, Yungue as a Pueblo was somewhat older than Okeh, the people of the latter earlier having lived a few miles farther up the Rio Grande but moving successively closer to and finally onto the site of Okeh as their previously occupied

locations were washed out. The San Juan tribesmen today explain that the two physical entities, Yungue on the west side of the Rio Grande and Okeh on the east side of the same river, originally were, respectively, the homes of their Summer people and that of the Winter people. The two moieties today comprise the single tribe which we outsiders refer to as "San Juan." Today's natives speak of their tribe and overall site as that of "San Juan Pueblo," but they list its components as Okeh, Yungue, Pueblito (that little farm village a short distance up the Rio Grande on the west side of the river), and El Llano, the flat area of houses and small farms south of Okeh to the east of the river.

In other words, there may be several geographic divisions within a "Pueblo," just as there are numerous subdivisions or other named sections within one of our organized Anglo communities, whether the huge City of Los Angeles or the moderate sized cities of Albuquerque and Santa Fe. Simple enough, but a problem which long has confused non-Indians in relation to Pueblos including San Juan.

Early Spaniards exploring the Southwest reported clusters of sites which spoke a single language and looked to a single pueblo as the ceremonial and political center of that cluster. To those Spaniards, the cluster and associated lands became a "province." On August 3, 1598, for example, Oñate and his men had gone

...to the great pueblo of the Emes [Jemez]. On the 4th we went down to the other Emes pueblos. They say there are eleven altogether; we saw eight. ...On the 5th we went down one league to the last pueblo of this province.
(Hammond and Rey 1953:322)

Very few historic Pueblos* have consisted of people living in but a single local habitation unit. Our best modern example is Laguna Pueblo, a tribe as such but made up of at least nine local habitation groups at some distance from each other and each with its own name: Old Laguna, New Laguna, Paguate, Paraje, Mesita, Encinal, Seama, and three post World War II additions with the tongue-in-cheek designations of New York, Philadelphia, and Chinatown. The tribal center of religion and government always has been Old Laguna. Similarly, though on a smaller scale, Acoma

* We use the capitalized "Pueblo" to designate a people, tribe, or person of Pueblo type culture, but also use it as part of a village name: San Juan Pueblo. The non-capitalized "pueblo" should refer only to the architectural entity, but we admit that all writers are not consistent on these points.

Pueblo recognizes as its three components the villages of Acoma (on the Mesa), Acomita, and McCartys. The old site on the mesa long was the political as well as religious center, but today we casually speak of "going out to Acoma," when our destination in reality is Acomita where matters of government presently are handled in a new community center and council hall. Zuni, Isleta, Jemez, Zia, Cochiti, Tesuque, Nambi, Pojoaque, San Ildefonso, Santa Clara, and Taos all are known to have been comprised of more than one settlement or "great house" in the historic period.

One's tribe and home thus might be given as Acoma, Laguna, or San Juan, though his actual residence was in McCartys, Paguate, or Yunque (San Gabriel). Our suggestion is that Don Luis de Velasco and his companions were living at San Gabriel and recognized it as a suburb of San Juan, the center, even today, which gives its name to the entire tribe.

San Gabriel del Yungue apparently was as close a substitute as could be had for Oñate's dream of the "City of our Father, San Francisco."

A revealing comment is that of Gines de Herrera Horta who had been sent to New Mexico as "chief auditor and legal assessor to Don Juan de Oñate, governor ..." with the auxiliary group which reached San Gabriel at the end of December, 1600, when after a few uncomfortable months this official intruder, resoned by Oñate, was quickly granted his request to return to Mexico. His 1601 report to the authorities, included some expectable uncomplimentary commentaries, but there was one paragraph which clearly reflects the deep disappointments against which Oñate was struggling:

...the governor [Oñate] wanted a town established, an alcalde named and houses built, but that the Spaniards [colonists] refused. This witness thought that the reason for this was their dissatisfaction at remaining and their desire to abandon the land because of the great deprivations they were suffering.
(Hammond and Rey 1953:652)

There was little he could do about the drought which struck in the years 1600 and 1601,* leaving everyone hungry and some of the Indians near starvation. The small native stores of corn and a few other foods, customarily set aside by each family to hold it over some two years of dearth in crops, had been consumed when the Spaniards forced their demands for food.

* These drought years are clearly shown in tree-ring records for the northern Rio Grande drainage. (Smiley, Stubbs, and Bannister 1953).

14

Some of the colonists had suggested that Oñate should have ordered a communal field planted, but apparently he did not. Was his reason the difficulties with the unruly young men who resented the absence of plentiful Spanish females, the lack of silver bars "lying on the ground," Oñate's rules against despoiling the Indians of blankets and other possessions, - and who frequently went their own way in spite of rules and punishments?

The one solution Oñate could see to the problem of the Spanish city which was not to be built was requesting the Indians who had been living in the partly ruined pueblo of Yunque to vacate that 400 room native center. That the Indian officials agreed may reflect something of the difficulties they had been experiencing with Spaniards quartered so close within the native domain. Our uncovering of what appeared to have been an old Pueblo shrine in one room points to a few natives having remained in Yungue to work for the Spaniards in some remodeling of the original structures and possibly, at a guess, in some farm and other labors, but they could easily have lived in Okeh and walked a quarter mile to work at Yunque. Other Yungue citizens, as we think likely because of occupation date suggested by sherd types, may have left Yunque to move up the Río Grande 4 miles to establish the farm hamlet still known as Pueblito.

15

# AN ARCHAEOLOGICAL SUMMARY OF SAN GABRIEL del YUNGUE (to date)

## Early Work: Important Bits and Pieces

It was in 1944 that Dr. Edgar Lee Hewett, Director of the Museum of New Mexico and of the School of American Research, called in Marjorie Tichy (now Lambert), his curator of archaeology, and asked her to go out for a little personal investigation at the possible site of San Gabriel del Yungue. Hewett long had been an admirer of Adolph Bandelier, the late 19th century archaeologist-ethnologist who believed in considering, where possible, regional archival background (often from his own translations) in the light of evaluating native oral history, architecture, and artifacts. Piecing together the notes of early Spaniards from the Coronado expedition as recorded by Castañeda in 1541, Villagrá's epic poem of 1610 covering Oñate's colony, and what official records of Oñate's difficult venture then were available, Bandelier stated simply that:

When Oñate came in 1598, he moved directly to San Juan, established his camp there, and proceeded to found San Gabriel, on the opposite bank of the Rio Grande. (Bandelier 1890:124, fn. 1. Also see data under Yungue, Yungue-Yunque, Yugu-uin-ge, and San Gabriel, Bandelier 1890:311; 1892:31, 36 fn. 1, 58, 59, 123, 330 fn. 1).

By 1944 Bandelier's suggested location of San Gabriel across the Rio Grande from San Juan was marked by a very few Indian dwellings on the western and southwestern peripheries. The main ruin, according to Tichy, had

...been reduced, through cultivation, to an irregular quadrangle with breaks or openings, on the southeast and northwest. A cienega or pond, is said by the Indians to have once been a part of the depression that forms the center. In recent years it was drained to bring the area under cultivation. Remnants of a rather large adobe and rubble building and a well that appears to be recent, occupy the top center of



*These artist's renditions illustrate some of the possible ways the archer's helmet may have looked. Illustrations by Glen Strock.*

*Spanish military helmet found at Yungue;*
*Top: Side View; Bottom: Back View;*
*Courtesy of Museum of NM, Neg. Nos. 46664 & 46665*

# WHEN CULTURES MEET

## REMEMBERING SAN GABRIEL DEL YUNGE OWEENGE

*Papers from the October 20, 1984 Conference held at San Juan Pueblo, New Mexico*

WHEN CULTURES MEET



Papers Given At The October 1984 Conference At San Juan Pueblo, New Mexico

(B.)

Contributors:

**HERMAN AGOYO** – Tribal Administrator of San Juan Pueblo. He was formerly (1970-1979) the Executive Director of the Eight Northern Indian Pueblos Council. In 1980 he was Director of the Pueblo Revolt Tricentennial Celebration Project.

**LYNNWOOD BROWN** – Tribal Planner and Co-Director of the San Gabriel History Project.

**FLORENCE HAWLEY ELLIS** – Archaeologist who began work in the Southwest in 1927. She is known for her work in archaeological site dating based on tree-ring analysis and pottery classification. She has published over two hundred articles in scholarly and popular journals. Now retired from the University of New Mexico Anthropology Department, Dr. Ellis has continued her study of sites in the Gallina area. A museum at Ghost Ranch in Abiquiu, New Mexico has been named in her honor.

**RICHARD I. FORD** – Ethnobotanist who has done extensive research on the ethnobotany and human ecology of the Pueblos. Author of three books and numerous articles, Dr. Ford is on the faculty of the University of Michigan at Ann Arbor.

**MYRA ELLEN JENKINS** – Historian who has acted as an expert witness in Indian land claims cases and prepared land histories. She has served as a visiting professor at the University of New Mexico and the College of Santa Fe. From 1960-1980 Dr. Jenkins was the New Mexico State Historian and Archivist.

**ORLANDO ROMERO** – Writer of articles, stories and poems about life in Northern New Mexico. Mr. Romero is currently the Librarian of the History Library in the Palace of the Governors.

**JIM SAGEL** – Bilingual writer in the fields of fiction, poetry and journalism. In 1981, he was the recipient of the international literary award Premio Casa de las Americas for his book *Tunomas Honey*.

**MARC SIMMONS** – Historian/Writer has written articles and books on the Indian and Hispanic heritages of New Mexico. In addition, he is the author of a weekly history column which appears in several area newspapers. Dr. Simmons is a recognized authority on the history of the Santa Fe Trail.



SUN STONE PRESS

$9.95

ISBN: 0-86534-091-9

# WHEN CULTURES MEET

## REMEMBERING SAN GABRIEL DEL YUNGE OWEENGE

*Papers from the October 20, 1984 Conference held at San Juan Pueblo, New Mexico*



Sunstone Press
Santa Fe, New Mexico

# CONTENTS

FOREWORD
*Hernan Agoyo, Lynnwood Brown* .............................. 4

SAN GABRIEL REVISITED, 1598-1984
*Orlando Romero* .......................................... 7

THE LONG LOST "CITY" OF SAN GABRIEL DEL
YUNGUE, SECOND OLDEST EUROPEAN
SETTLEMENT IN THE UNITED STATES
*Florence Hawley Ellis* ................................... 10

THE SPANIARDS OF SAN GABRIEL
*Marc Simmons* ............................................ 39

ONATE'S ADMINISTRATION AND THE PUEBLO
INDIANS
*Myra Ellen Jenkins* ...................................... 63

THE NEW PUEBLO ECONOMY
*Richard I. Ford* ......................................... 73

EL TURCO, A STORY
*Jim Sagel* ............................................... 92

WHAT BLOODS
*Jim Sagel* ............................................... 95

3

*Sunstone Press thanks Marian Rodee, Curator of Collections, Maxwell Museum of Anthropology, for her assistance.*

Copyright © 1987 by San Juan Pueblo

All Rights Reserved.
No part of this book may be reproduced in any form or by any electronic or mechanical means including information storage and retrieval systems, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a review.

First Edition

Printed in the United States of America

Library of Congress Cataloging in Publication Data:

When cultures meet.

1. Tewa Indians—History—Congresses. 2. San Gabriel del Yunque (N.M.)—Congresses. 3. San Juan Pueblo (N.M.)—History—Congresses. 4. Spaniards—New Mexico—San Gabriel del Yunque—Congresses. 5. Indians of North America—New Mexico—History—Congresses.
E99.T35W46     1986     978.9'00497     86-14656
ISBN: 0-86534-091-9

The San Gabriel History Project is made possible by a grant from the New Mexico Humanities Council, an affiliate of the National Endowment for the Humanities.

Published in 1987 by SUNSTONE PRESS
Post Office Box 2321
Santa Fe, NM 87504-2321 / USA