

# Oñate

## Colonizer of New Mexico



### 1595-1628

George P. Hammond

Agapito Rey

# Coronado Cuarto Centennial Publications, 1540-1940

*Edited by*

GEORGE P. HAMMOND

*The University of California*



Volume V

# DON JUAN DE OÑATE

## Colonizer of New Mexico

## 1595-1628

GEORGE P. HAMMOND *University of California*

AGAPITO REY *Indiana University*

The University of New Mexico Press

1953

ahead to explore the entire Río Grande area. Everywhere he was received in friendship by the natives. On July 7, he and the father commissary staged a great ceremony at the pueblo of Santo Domingo, when a general council was held with seven Indian chieftains, who were told through interpreters about the Christian God and king. Then these chieftains, on bended knee, after listening to discourses on Spanish politics and theology, swore allegiance to the new sovereigns. In this simple manner, they became citizens of the Spanish empire, subjects of its king and worshippers of its God. The same ceremony was repeated at San Juan Bautista, September 9, after dedication of the new church, and at Acolocu, Cueloze, Acoma, Zuñi, and Moqui, modern Hopi land.

From Santo Domingo, the Spaniards explored the nearby pueblos, and then, on July 11, at the Indian pueblo of Ohke, they founded their first headquarters or capital on the east bank of the Río Grande and named it San Juan de los Caballeros. Here they remained for a few months, but then they moved their camp to the pueblo of Yunque, or Yugewinge, which they called San Gabriel, on the left bank of the Chama where it flows into the Río Grande. This was a town of approximately four hundred houses and was more adequate for the needs of the Spanish forces. It remained the capital of New Mexico until Governor Don Pedro de Peralta, Oñate's successor, founded Santa Fé in 1610.

How the Spaniards lived we can only surmise, but they found the houses of this town comfortable and satisfactory. Food and clothing, provided by the Indians, were evidently plentiful. Not till later did the natives grow restless at the long stay of their guests and their constant demands for sustenance.

The main body of Oñate's colonists reached San Juan on August 18, 1598, having suffered for want of food on the way. The various parts of the expedition were now reunited in their new home. Immediately after this homecoming, there was a great celebration, during which the first church in the new land was begun. Everyone helped with its construction, and on September 8 it was dedicated, Father Cristóbal de Salazar preaching the sermon. On the next day, the province of New Mexico was divided up among the friars. Picuríes and Taos went to Father

tura, and therefore this saint was chosen as its patron. It is distant six long leagues. On this trip there was found a quantity of ore which had accumulated in the riffles of an arroyo.

On this day, after mass, we set out for the province of Taos, which is also called Tayberon, and others. The distance is six leagues of bad road. It was named San Miguel. We did not go any farther in the direction we were following, *i.e.*, north by northwest. From there we returned on the 18th to Picuríes; on the 19th, to Valle de San Juan; on the 20th, to San Ildefonso; and on the 21st we went up five leagues toward the east to the pueblo of San Marcos.

On the 22nd we went to the pueblo of San Cristóbal, where Doña Inés was born. She is the Indian woman we brought from Mexico like a second Malinche, but she does not know that language or any other spoken in New Mexico, nor is she learning them. Her parents and almost all of her relatives were already dead, and there was hardly anyone who remembered how Castaño had taken her away.

On the 24th we went to Galisteo, which we named Santa Ana.

On the 25th we went to the great pueblo of Pecos,[22] which Espejo calls the province of Tamos, of which Don Pedro Orez, who died at Tanepantla, was a native. Therefore Juan de Dios, a lay brother who learned the language from him, acted as interpreter in it, and at present teaches in that pueblo in company with Father Fray Francisco de San Miguel. The blessed Santiago is its patron saint.

On the 26th we returned to San Cristóbal for dinner and spent the night at San Marcos, about five leagues distant. Ore was extracted there from the mines called Escalante.

On the 27th we returned to the valley of Santo Domingo. On this day, and almost at the same hour, the maese de campo arrived there with all the carts and the main part of the army. We remained together until August 1.

## August, 1598

On August 2, feast day of Portiuncula, after celebrating the Holy Jubilee in the church of the friars of Saint Francis, who

---

22. A. F. Bandelier made a famous report on this pueblo, "Report on the Ruins of the Pueblo of Pecos," in Papers of the Archaeological Institute of America, *American Series*, No. 1 (Boston, 1881).

always carried it with them and who had said many masses all along the route, the governor set out for the province of the Emes.[23] He spent that night at the great pueblo of Tzia, already mentioned.

On August 3 we went to the great pueblo of the Emes. On this trip the natives came out to meet us, bringing water and bread, at a most difficult hill, and they helped us to take up the cavalry armor and weapons. Two horses rolled down shortly before reaching the top. It was the feast day of the Ynbención. We found the paten which belonged to the fathers, first discoverers, who had been killed eighteen years before. It was worn, suspended from the neck, by a petty chieftain of Emes who had drilled a small hole in the middle of it. He traded it for hawks bells, but even if he had not accepted them, he would not have been allowed to take it away. It is now kept in the ciborium of this convent of San Juan. It was the feast day of the Ynbención of San Estevan when we found it.

On the 4th we went down to other Emes pueblos. They say that there are eleven altogether; we saw eight. The descent was so rough that three horses tumbled down the precipice, and two of them were killed. Most of us who were on foot also fell. With extreme caution, we traveled about four leagues.

On the 5th we went down one league to the last pueblo of this province. We saw the marvelous hot baths, the waters of which rise in many places. They are unusual marvels of nature, having cold and very hot waters, and many deposits of sulphur and alum.[24] These are indeed well worth seeing, as will be fully told in the description of this land. The present report is only an itinerary of our journey. One league.

On the 6th, day of the Transfiguration, which we chose as the name of the convent there, we set out, after mass, and camped for the night on our way back to our headquarters. On the 7th we continued to Santo Domingo and spent the night at Asumpción. On the 8th we left for San Ildefonso, where we remained on the 9th; on the 10th, feast day of San Lorenzo, after mass, we went to San Juan.

On the 11th we began work on the irrigation ditch for the

---

23. That is, Jemez.
24. The Jemez Hot Springs are still very famous and well worth a visit.

city of our father, Saint Francis. Just as the Spaniards worship him as their patron saint, so the Indians in their chapel worship Saint Paul on the feast day of his conversion, and thus St. Paul is considered as the patron saint of all New Mexico, as Saint Joseph is of New Spain. Thus these provinces are called the Conversión Evangélica, and they have the conversion of Saint Paul as their emblem. Some fifteen hundred barbarian Indians gathered on this day and helped us with our work.

We waited for the carts until August 18 of the said year, 1598, when they arrived. This was the eve of the feast of the blessed San Luis Obispo, on whose day, a year before, they had arrived at San Bartolomé after a long wait at Casco, harassed by the children of this world in the prosecution of this blessed expedition.

On the 20th the worthlessness of some soldiers who organized a conspiracy was made evident. The 21st was the day of merciful punishment. It was the occasion of the famous sermon of tears, and of universal peace.

On the 23rd the building of the church was started, and it was completed on September 7. It was large enough to accommodate all the people of the camp.

### SEPTEMBER, 1598

On September 8, feast day of our Lady, the great celebration of the dedication of the church of Saint John the Baptist took place. It was blessed by the father commissary, who also consecrated the altar and the chalices. Father Salazar delivered the sermon. In the afternoon the whole camp celebrated with a good sham battle between Moors and Christians, the latter on foot with harquebuses, the former on horseback with lances and shields.

On the 9th a general assembly was held of all the country thus far discovered, and its provinces were distributed among the eight friar priests of the order of Saint Francis.[26] These provinces rendered obedience to his majesty voluntarily, accepting him as their king and lord. On the 10th or 11th the governor

---

25. For the assignment of the missionaries to their pueblos, see below, "Act of Obedience and Vassalage by the Indians of the Pueblo of San Juan Bautista," pp. 342-347.

Case: 6:69-cv-07941-BB

6

# EXHIBIT F

- Arrival of reinforcements in 1600, San Gabriel

    - <u>Onate, Colonizer of New Mexico, 1595-1628</u>
    - George P. Hammond and Agapito Rey, Editors
    - 1953

# Oñate

## *Colonizer of New Mexico*



*1595-1628*

George P. Hammond

Agapito Rey

# DON JUAN DE OÑATE

## Colonizer of New Mexico

## 1595-1628

GEORGE P. HAMMOND *University of California*

AGAPITO REY *Indiana University*

The University of New Mexico Press

1953

# Coronado Cuarto Centennial Publications, 1540-1940

*Edited by*
GEORGE P. HAMMOND
*The University of California*



Volume VI

# TRUE REPORT BASED ON OÑATE'S LETTERS, MARCH 22, 1601

TRUE REPORT DRAWN FROM THE LETTERS, STATEMENTS, AND PAPERS WHICH DON JUAN DE OÑATE, GOVERNOR AND CAPTAIN GENERAL OF THE PROVINCES OF NEW MEXICO, ENCLOSED WITH HIS LETTER OF MARCH 22 OF THIS YEAR, 1601, ADDRESSED TO HIS BROTHERS AND RELATIVES.[1]

THE reinforcements of men, provisions, and other things sent to him from this New Spain arrived on the day before Christmas of the preceding year, 1600, and he received it all, to the great satisfaction of everyone in the entire army who had been awaiting it. As some Franciscan friars came at the same time, Father Fray Juan de Escalona, their commissary, immediately called a chapter meeting and distributed among them the various missions in the region, both to the friars who were already there as well as to those who had just arrived. They all began at once to baptize the people and to learn the vernacular language of each Indian nation in order to minister to them in their own tongue. Some forty or fifty thousand persons are now peaceful, undisturbed, and obedient. They respect and obey the priests, surpassing in this regard the Indians here.[2] All these Indians readily and willingly help those who are directing them and give them the supplies they ask for. They supply without failing what is needed in these matters, particularly bringing in fowls, corn, calabashes, and game; provisions of this sort are palatable and very healthful.

Our wheat has been sown and harvested, and it does extremely well in that land. The Indians devote themselves willingly to its cultivation. A flour mill has already been erected. More

---

1. From a photograph of the copy in the Archivo General de Indias, *Patronato*, legajo 22. There is a copy in the Lowery Collection in the Library of Congress.
2. That is, in Mexico, where this report was drawn up.

than 1,500 fanegas of wheat were gathered this year, and there remain to be harvested more than another three thousand.

Sargento Mayor Vicente de Zaldívar set out for the discovery of the South sea about the middle of 1599, on the basis of the reports that he had been given of it, traveling through the province of the Indians called Jumanes.[2] Since they did not furnish him with provisions, as the others had done, he felt certain that they were not friendly and he notified the governor. The latter went there in person with fifty men and verified their hostility and their plan to revolt, induced by an interpreter who did not interpret faithfully what he was told. The governor ordered him hung, and the houses of the guilty burned, as an exemplary warning. In burning the houses, he proceeded with care and caution in order that the fire should cause no more harm or destruction than was sought. With this punishment the Indians remained calm and obedient like the others.

The sargento mayor went ahead with his plan to discover the South sea.[3] On this trip, which lasted more than three months, he discovered and visited many Indian settlements; all received him peacefully and furnished him amicably with what he needed. He found some who had erected crosses and who worshipped them as Catholics do. He was not able to continue this exploration to its conclusion because he encountered such a mountainous land that the horses became exhausted and failed. They labored so hard and sweated so profusely that their saddles rotted, even the wood. On account of this and because he met people who gave unmistakable signs of wanting to kill him and of having set an ambush for him, he decided to turn back with his few companions. He was then only three days from the sea, according to information furnished him; this was considered reliable because other reports had been so; in fact, he had always found the Indians truthful in regard to what lay ahead.

The sargento mayor and his companions maintain that the land is extensive, fertile, and free from vermin, abounds in water from rivers and springs, is rich in tasty fish, and has dense woods and a pleasant climate. He turned back with the

---

2. See above, pp. 393-394.
3. See "Account of the Expedition to the South Sea," above, pp. 640-641, 821, 828-829, and 947-948.

*From H.R. 'Introduction'*

give your majesty a new world, greater than New Spain," he wrote on April 7, 1599, "to judge from the reports I have received and from what I have seen and explored, and I shall persevere in this effort to the end of my life."

In this manner, Oñate appealed for help. He sent personal agents to Mexico, too, including Captains Villagrá, Farfán, and Piñero, and two friars, Alonso Martínez, the commissary, and Cristóbal de Salazar, his cousin. Some help did come, namely the reinforcements guaranteed by Juan Guerra de Resa and which Villagrá, Farfán, and others had been sent to Mexico to organize. Before August 20, 1599, the viceroy had given them permission to recruit troops, and throughout that winter the campaign went on. By August of 1600, the official inspection had been completed and everything was in readiness for the seventy-three colonists to depart. Some stragglers arrived during the next two weeks, but <u>early in September the expedition started. It reached San Gabriel, the new capital, on Christmas eve, 1600, to the great excitement and rejoicing of the "old" soldiers at the capital.</u>

With the relief expedition came more friars, Fray Damian Escudero, Fray Lope Izquierdo, Fray Alonso de la Oliva, Fray Luis Mairones, Fray Gastón de Peralta, and Fray Francisco de Velasco, with Fray Juan de Escalona as commissary.

When the reinforcements arrived, Oñate was ready for the journey to the province of Quivira, which, it was rumored, was very rich. The Indian Jusepe, who had been with the Umaña party and had escaped when it was destroyed, had said much about this new land. According to what Oñate was told, Quivira was a vast country, with a great population and infinite riches. There was even one settlement nine leagues long! Here, perhaps, their hopes and dreams of wealth would be realized. And with so many people there, what a harvest it would be for the church! The prospects, truly, were alluring, and so Oñate made preparations to investigate this fabulous country.

We are fortunate in having a detailed account of Oñate's great expedition to Quivira in 1601, evidently written by Fray Francisco de Velasco, who went along as religious commissary. The writer of this account gave as the chief motive of the

# CAPTAIN VELASCO TO THE VICEROY, SAN GABRIEL, MARCH 22, 1601[1]

THE FATHER COMMISSARY IS SENDING CERTAIN MESSAGES WITH CAPTAIN J. DE CORONDA AND FATHER MAIRONES, AND CAPTAIN VELASCO IS TAKING ADVANTAGE OF THE OPPORTUNITY TO REPORT IN DETAIL ON EXISTING CONDITIONS. THEY SAY THAT ON THE FIRST JOURNEYS THEY HAD TO PROVISION THEMSELVES FROM WHAT THE INDIANS HAD, AND THAT THEY FOUND IT VERY DIFFICULT TO SUPPORT FIVE HUNDRED PERSONS. THE LAND IS NOT FERTILE, RAINS ARE SCARCE, AND THE SNOW ONLY DAMPENS THE GROUND. LATER, THE HEAT IS INTENSE, AND THERE ARE PLAGUES OF MICE AND INSECTS. THE GOVERNOR, ON REACHING THE RÍO DEL NORTE AFTER LEAVING THE CONCHAS, HALTED AND TOOK POSSESSION OF THE LAND WITH DUE SOLEMNITY. THE CAPTAIN REPORTS THE TREACHEROUS KILLING OF CAPTAIN AGUILAR, THE DIFFERENCES BETWEEN CAPTAIN ALONSO DE SOSA AND VICENTE DE ZALDÍVAR, AND THE ULTIMATE FATE OF SOSA. HE TELLS OF A BAN ON FORAYS AND WARS; THE PUNISHMENT OF THE JUMANAS; AND DETAILS OF OTHER DEEDS AND EXCESSES THAT DESERVE CORRECTION.

*Sir:*

It was no small good fortune and luck that an occasion arose, enabling me to write to your lordship, for, up to the present, not only did I lack such an opportunity, but I did not even hope for one. This has been due both to the great distance of that land[2] from Mexico and to the difficulty that people have had in leaving there. However, the Lord was pleased that the governor and our father commissary should send certain mes-

---

1. From a photograph of an unsigned copy in the Archivo General de Indias, *Patronato*, legajo 22. Captain Velasco, who is not to be confused with the viceroy of the same name, drew up a separate manifest of the possessions that he was taking to New Mexico. It was dated at the mines of Casco, May 19, 1597, and witnessed by various prominent members of the expedition. See Hackett, *Historical Documents*, vol. I, pp. 417-439. His full name was Luis Gasco de Velasco.

2. That is, New Mexico.

608

and his nephew and for other favorites. Such was the case with some property belonging to the late Captain Pablo de Aguilar, and with the entire estate of a certain Bivero who was killed at Acoma.

Considering the oppression under which we live, it is clear that these gentlemen will act as they please, unless there is some one to hinder them. I am saying this because the nephew reported to his uncle that he alone had spent more than two hundred thousand pesos on this expedition, when in reality we paid for the whole thing. The governor appropriated our goods and used them and consumed them, and he took away from us the affidavits of the lists we had drawn up of the things we brought to serve his majesty. He did this just to gain glory and to profit by our sweat and labor, thinking that the truth would never be revealed. I trust in our Lord that, once the truth is established, everyone will get the punishment or reward that he deserves.

I am incurring no slight danger in giving your lordship such a detailed report of events in this land. For, however secret a thing may be, they make such investigations, both here and in Mexico, that I fear they will learn that I have written. They may find it out by opening the letters, as they have done on other occasions. Once they learned some way or other of a letter written from here to the viceroy, on account of which we were in great trouble. All these fears I have laid aside in order to fulfill the commands that your lordship gave me at the Conchas river. I do this also in order to inform you, as a faithful vassal of his majesty, of what is happening here regardless of whatever danger I may incur. I want to report it to one who, like your lordship, has the means to bring this matter to the attention of our king and natural lord in order that, as the most Christian prince that he is, he may liberate his subjects from servitude and enslavement.

May our Lord preserve your lordship for many years in the happiness that I, your humble servant, desire for you.

From this pueblo of San Gabriel, March 22, 1601. DON LUIS DE VELASCO.

Case: 6:69-cv-07941-BB

7

# EXHIBIT G

- Juan de Torquemada's statement about the location of San Gabriel

    o <u>Monarquia Indiana</u>
    o by Juan de Torquemada
    o Note: Dr. Hordes' Torquemada's publication date is 1943; ours was published at an earlier date; (note margin date <u>1602</u> on page 672 and margin date <u>1608</u> on page 678.