Case 6:69-cv-07941-KWR-KK Exhibit B997a-11 Filed 12/13 Page 1 of 3



# 1995 VISITORS GUIDE EIGHT NORTHERN
# INDIAN PUEBLOS

CALL
**1-800-545-2040**
EXT. C-520
FOR A FREE
**VACATION
GUIDE**

NEW MEXICO
AMERICA'S LAND OF ENCHANTMENT

Case 6:69-cv-07941-KWR-KK    Document 11371-11    Filed 10/25/13    Page 2 of 23



# Ohkay

The Pueblo of San Juan existed in much of its present form during pre-conquistador days, twenty-two years before the Pilgrims landed at Plymouth Rock. It is the largest, most populated and northernmost of the Tewa-speaking Pueblos. About 100 original 700-year-old homes still stand.

In 1598, the colonizing expedition of Juan de Oñate arrived at Ohkay and Yunge, a pueblo across the Rio Grande renamed San Gabriel after it passed into Spanish possession. Intending to stay, these European intruders established the first permanent Spanish settlement in New Mexico proclaiming it the capital of the province.

It was at that time that Ohkay acquired the Spanish name San Juan de los Caballeros or San Juan of the Horsemen (Gentlemen), the complement appended to the village's new Christian name by Oñate.

San Juan is renowned as the birthplace of Popé, the major force behind the Pueblo Revolt which took place in 1680.

In the past, melon, corn and cotton were grown on the high-lands east of the village, places now barren. The method of farming was called dry farming because in those days there was often insufficient rain, and crops failed. Today farming and herding are still very important.

Most of our people live in the Pueblo. Some commute to the cities while others work the land and make craft items. Our modern craftsmen have formed Oke Oweege Arts and Crafts Cooperative, where they make and market a wide variety of goods.

e:
ng our
g people
rve our
ions is
f our
erns.

:
rs may
le
ional
o food at
f our
urants.

27

Case:  6:69-cv-07941-BB

# EXHIBIT O

- Map of the Rio Grande Valley in the 16th and 17th Centuries, figure 5.

- Map enlargement, Province of Yuque-Yunque, figure 5.

   o <u>Irrigation in the Rio Grande Valley, New Mexico:  A Study of the Development of Irrigation Systems Before 1945.</u>
   o by Frank E. Wozniak
   o July 15, 1987

Irrigation in the Rio Grande Valley, New Mexico:
A Study of the Development of Irrigation Systems
Before 1945

by

Frank E. Wozniak
Consulting Historian
2721 Indian Farm Land N.W.
Albuquerque, New Mexico


Prepared for
The New Mexico Historic Preservation Division
Santa Fe, New Mexico

Under an Intergovernmental Agreement With

USDI Bureau of Reclamation, Southwest Regional Office,
Amarillo, Texas

Contract # BOR-87-1

July 15, 1987



**Figure 5.  Rio Grande Valley in the 16th and 17th Centuries**



Case:  6:69-cv-07941-BB

# <u>EXHIBIT</u>
# P

- MAP:  The 1877 Mc Elroy Plat Map of the Town of Chamita Grant.

    - It shows the <u>Presa</u> (water diverted into the Acequia de Chamita) and the <u>Desague</u> (water drainage) into the Rio Chama from the Acequia de Chamita



PLAT
of the
TOWN OF CHAMITA GRANT
Surveyed by
Sawyer & McElroy
U.S.Surveyors
in March 1877
Scale: 4 Inches = 1 Mile

| No. | | Original Grant | | | Description | | | |
|---|---|---|---|---|---|---|---|---|
| Number | Confirmees | Dated | Approved | Confirmed | Lot | Township | Range | Acres |
| 36 | Antonio Trujillo (deceased) | June 3, 1724 | July 2, 1859 | June 21, 1860 | 38 | 21 N. | 8 E. | 1636.2 |

*Title: TOWN OF CHAMITA GRANT*

Account for Cost
of Surveying and Platting Private Land Claim Nº 36 Town
of Chamita Grant.

Furnished the General Land Office by the Surveyor
General of New Mexico under the act of Congress
approved July 31, 1876.

Cost of Survey        $ 146.50
Cost of Platting         32.96
                Total  $ 179.46

The Field Notes of the Survey of the Town of Chamita Grant from
which this Plat has been made, have been examined and approved
and are on file in this office.
U.S Surveyor Generals Office
Santa Fe New Mexico
June 5, 1877.

Henry M. Atkinson
Surveyor Gene

Certificate
I certify that this plat of the "Town of Chamita
true and correct copy of the original plat of said gra
office This plat has been reproduced on account of
condition of the original plat of said grant
U.S.Surveyor Generals Office.
Santa Fe, N.M January 13, 1913

Case:  6:69-cv-07941-BB

# EXHIBIT
# Q

- Geographic Map:  Chamita Acequia Community and its environmental setting



NATIONAL
GEOGRAPHIC



Case:  6:69-cv-07941-BB

# EXHIBIT
# R

- Graphs:  The Focus of the Point of Evidence that Follows is on the Present (July 11 to Oct 8, 1598)



Page 1

The **Focus**
of the **Point of Evidence**
that follows is on the **Present** (July 11 to Oct 8, 1598)

The FUTURE

○ Pabladores awarded Hidalgo Title - July 8, 1602
○ Onate awarded Adelantado Title - Feb. 7, 1602

■ 1602

■ 1601

■ 1600

■ 1599

The Present

Oct 8 ──────────────────── ○

see page 2

July 11 ══════════════════ ○ July 7- Advanced party left Santo
                            ○   Domingo Pueblo
■ 1598 ○──── April 30-Took Possession of N.M.
        ○ Last Inspection

■ 1597

■ 1596  Don Juan Onate's Settlement Contract
        ○── Sept. 21, 1595

■ 1595

The PAST

Legend
○ =Point(s) of Evidence
●● =Years
■ =Referenced Event
▽ =Onate arrives into San
     Gabriel & the Valley
△ = Onate leaves San
     Gabriel & the Valley

Page 2

The **Focus** of the **POINT OF EVIDENCE** that follows is on the **PRESENT** (July11 to Oct 8 1598)

6 — Onate and party leave for the South Sea and Acoma

**Oct**

Main party arrive Aug 18

Start acequia dig—Settlers lottery distribution for farm/building lots

15 16 — Frays taken to their Pueblo areas
15 — Buffalo hunt in the east

9 — Frays appointed to Pueblos
8 — Church dedication & celebration
7 — Church completed

**Sept**

2 Months

23 — Start Church Building

18 — Main Party arrive SG & Valley

Onate arrives, leaves, San Gabriel & the Valley

11 — Dig Acequia (ditch)
10 — Onate arrives San Gabriel (SG) & Valley

1 — Onate leaves Santo Domingo

**Aug**

27 — Onate arrives Santo Domingo

Advanced Party arrive July 11

Planning staff/crew — Plan, layout, develop town, farm/building lots, dig Acequia

19 20 — Onate leaves for Santo Domingo to meet main party
19 — Onate returns for north Pueblo

1 Month

20

19

13 13 — Onate leaves with some (AP) for the north Pueblos other (AP) remain to plan and lay-out farm and town lots

11 11 — Onate & (AP) arrive-San Gabriel (SG)

7 — Onate and Advance Party (AP) with some carts leave Santo Domingo

**July**

Case:  6:69-cv-07941-BB

# EXHIBIT
# S

- Onate  Request the Titles of Hidalgo and Adelantado,
  September 21, 1595.

# Oñate



*Colonizer of New Mexico*



*1595-1628*

*George P. Hammond*

*Agapito Rey*

# Coronado Cuarto Centennial
# Publications, 1540-1940

*Edited by*

## GEORGE P. HAMMOND
*The University of California*



Volume V

# DON JUAN DE OÑATE

## *Colonizer of New Mexico*

## 1595-1628

GEORGE P. HAMMOND *University of California*

AGAPITO REY *Indiana University*

The University of New Mexico Press

1953

# CONTRACT OF DON JUAN DE OÑATE FOR THE DISCOVERY AND CONQUEST OF NEW MEXICO

In the city of Mexico, September 21, 1595, this petition[1] was read before Viceroy Don Luis de Velasco, who examined what was offered therein by Don Juan de Oñate and said that, in keeping with the royal cedula sent to his lordship dated at San Lorenzo on July 19, 1589, a paragraph from a letter of January 17, 1593, and another from a more recent one of June 21, 1595,[2] copies of which are attached to these documents, he accepted the offer made by the said Don Juan and appointed him to carry out the discovery, pacification, and conquest of the provinces of New Mexico. Acting separately on each of the clauses proposed by Don Juan, he made his decision, given in the margin opposite each paragraph. DON LUIS DE VELASCO. Before me, MARTÍN LÓPEZ DE GAUNA.

I, Don Juan de Oñate, resident of the city of Zacatecas in the kingdom of New Galicia, state that, having offered to serve his majesty and your lordship in the pacification of New Mexico and on any other occasions that might arise, continuing in this respect what I have been doing for more than twenty years in

1. This copy of the Oñate contract is from a photograph of a certified copy in the Archivo General de Indias, *Patronato*, legajo 22. There are several other copies in this same archive, notably in the *Audiencia de México* section, legajos 20, 23, 25, and 26. There is evidence that there was a copy in the Santa Fé archives of New Mexico until some time before the American conquest in 1846, for it was used by Josiah Gregg in his *Commerce of the Prairies* (New York, 1844), but it subsequently disappeared, and today there are no known copies except in the Archivo General de Indias in Seville, Spain.

The Spanish text and an English translation of Oñate's contract were published in *Historical Documents relating to New Mexico, Nueva Vizcaya, and Approaches Thereto, to 1773*, collected by Adolph F. A. Bandelier and Fanny R. Bandelier and edited by the late Charles Wilson Hackett, vol. 1 (Washington, 1923), pp. 224-255.

2. The Crown issued numerous cedulas relating to the proposed conquest of New Mexico, most of which are found in the Archivo General de Indias, *Audiencia de México*, legajo 1064. One was dated April 19, 1583, others January 26, 1586, April 19, 1591, January 17, 1593, etc. The king was solicitous that the person chosen to head the conquest be a man of adequate means and ability and that the enterprise be undertaken "sin que se aya de gastar en ello cossa alguna de la hazienda real."

*guilty of entering New Mexico against the orders of his majesty, as well as for the pacification and conquest of those provinces and the protection of the natives.*

Further, I am to be given the Indians of the Paragueyes nation that are thought to be here in the city of Mexico, for they are the ones nearest to that province, and especially an Indian woman who was brought from New Mexico, in order that they may serve as interpreters on the said expedition.

*Let him be given the Indians who seem to be from that province, and the Indian woman for whom he asks, if she is still living.*

Upon reaching the first provinces and settlements of New Mexico, I shall proceed to found Spanish colonies in the most suitable manner, according to the climate and nature of the land.

*Let him observe his majesty's orders contained in the ordinances for new settlements found in articles 32 to 56, inclusive.*

Your lordship shall grant me the following, if you approve, and order it observed, in the name of his majesty:

1. First, by virtue of the permission which your lordship has from his majesty to carry out this discovery, pacification, and colonization, you are to issue me a commission incorporating in it the royal cedula and other orders and letters received by you from his majesty. My title is to be governor and captain general of the said new discovery, with guaranties for its validation for the two lives granted by ordinance 56. Your lordship shall take it upon yourself to ask his majesty to extend it for two additional lives, to make it four, in view of the great cost and hardships of the expedition, in order that, as governor and captain general, I may, in the name of his majesty, exercise all civil and criminal jurisdiction, high and low, *mero mixto imperio.*[10] And, after my death, these rights shall continue in the manner that I shall prescribe or as the ordinance provides.

*Let him be granted everything that is authorized by his majesty in the ordinances for new discoveries to those who undertake such expeditions, without omitting anything. On*

10. *Mero mixto imperio,* the power of magistrates to decide civil as well as criminal cases, including those punishable by death.

*his part he is to fulfill his obligation under these ordinances. To this end, let his commission be issued. And let his majesty be requested to favor him and reward his merits and services.*

2. Further, that as soon as I take possession of the land in the name of his majesty, I am to have the title of adelantado, which I and my successors are to enjoy, for the said lives, in the government, in accordance with the said ordinance, with the privileges enjoyed by adelantados. Your lordship shall likewise ask his majesty to extend this office for two additional lives, as set forth in the preceding chapter.

*Let him be granted what is contained in the preceding chapter, as stated there.*

3. In order that I may the better and more quickly discharge my duties and meet the extreme cost of the expedition, your lordship shall favor me with a loan of 20,000 pesos from the royal treasury at Zacatecas, I binding myself to repay this sum in six years and to furnish guarantors, for the undertaking is of much importance to his majesty and I have to spend such a large sum of gold pesos on it.

*Let him be given six thousand pesos from the royal treasury of Zacatecas as a loan upon furnishing guarantors to repay the money by the end of January, 1596.*

4. Further, that I be authorized to distribute among the soldiers, conquerors, and settlers who may go on the said expedition under my leadership, or under my successors, the pueblos and vassals I may think proper, and that this shall apply to those who may go as second or third conquerors and settlers, as well as to those who took part in the conquest and pacification of that land. They and their successors are to enjoy this encomienda for the three lives granted by ordinance 58. Your lordship shall likewise request his majesty to make them perpetual, or at least to extend them for three additional lives.

*Let him be granted what is provided in article 58 of the ordinances, and we will write to his majesty and urge him to favor and compensate him for his services, as has been set forth in the first paragraph of this contract.*

5. Further, all favor and honor shall be extended to the said conquerors and settlers and their children and descendants; they

shall be given building lots, pasture and farming lands, and ranches; and they shall be assured of all the exemptions and privileges granted in ordinance 85.

*Let him be granted what is provided in article 85 of the said ordinances for new settlements.*

6. Further, the said conquerors and settlers shall be informed of the favors granted them and their descendants and successors by his majesty in ordinance 99, by which they are named hidalgos of an established lineage, so that they may enjoy all these honors and privileges; and they shall have the right to do everything that hidalgos and caballeros in the kingdoms of Castile may do, according to the traditions, laws, and customs of Castile, in conformity with the said ordinance.

*Let him be granted what is provided in article 99 of the ordinances.*

7. Further, I am to be granted authority to appoint at once a maese de campo, alféreces, sergeants, captains, an inspector, and other necessary officials that I may consider indispensable for the expedition; and, in case it should be desirable, to remove them and appoint others.

*In regard to the naming of the said officials, inasmuch as their functions are essential for carrying out this expedition and since it could not be undertaken without them, he shall have authority to appoint them; and he is reminded that he shall choose persons with the qualifications necessary for these offices.*

8. Further, considering the great cost and the excessive hardships and cares that the said conquest, pacification, and colonization will place upon me and my successors, I shall be authorized to appropriate and allot to myself and them, in perpetuity and for all time, thirty square leagues of land, in one or two tracts, wherever I shall select, including all the subjects who may live within the said territory. If any pueblo which is a capital should fall within these boundaries, it shall be understood that the other pueblos under the said capital, even if they should fall outside the thirty leagues, shall be added to my repartimiento, including the lands, pastures, waters, and woods of the districts where the said subjects may happen to be. Together with this, I am to be granted for myself and my heirs and successors, in perpetuity, the title of marquis, with civil and criminal jurisdic-

# EXHIBIT
# T

- Title of Hidalgo for New Mexico Conquistados, July 8, 1602

  - Onate, Colonizer of New Mexico, 1595-1628,
  - George P. Hammond and Agapito Rey
  - 1953
  - pages 974-975