# Oñate



*Colonizer of New Mexico*



*1595-1628*

*George P. Hammond*

*Agapito Rey*

# Coronado Cuarto Centennial
# Publications, 1540-1940

*Edited by*

GEORGE P. HAMMOND

*The University of California*



## Volume VI

# DON JUAN DE OÑATE

## *Colonizer of New Mexico*

## 1595-1628

(PHOTO BY WILLIAM H. JACKSON, COURTESY, STATE HISTORICAL SOCIETY OF COLORADO)

GEORGE P. HAMMOND *University of California*

AGAPITO REY *Indiana University*

*978.9*
*H226 d*
*L. C,*
*V. 2*
*10122*

The University of New Mexico Press

1953

LIBRARY
Museum of New Mexico
Santa Fe, New Mexico

# TITLE OF HIDALGO FOR NEW MEXICO'S CONQUISTADORS, JULY 8, 1602[1]

DON PHILIP, by the grace of God, king of Castile, León, . . . Whereas Viceroy Don Luis de Velasco, by virtue of a cedula from the king my lord (of glorious memory), made a contract with Don Juan de Oñate for the discovery, pacification, and colonization of the provinces of New Mexico in New Spain, granting him, among other things, what is stated in one of the chapters of the ordinances for new discoveries and settlements in the Indies, which is of the following tenor:[2]

"Those who pledge to establish settlements and have done so, fulfilling the terms of their contract, we name them and their legitimate descendants hidalgos of noble lineage in order to honor them and their descendants and so that they may leave a laudable memory as first settlers; and so that, in the towns they have established, or anywhere else in the Indies, they may be considered as hidalgos of noble lineage and may enjoy all the honors and prerogatives and act as do all other hidalgos and caballeros in the kingdoms of Castile, in accordance with the laws and customs of Spain."

And since I have been petitioned in behalf of Don Juan de Oñate to favor him by approving this cedula, rejecting the modifications made by the Count of Monterrey, I have deemed it proper, after consultation with the Council of the Indies, to extend the said privileges to those who may spend five years in the conquest, with the proviso that if the conquistadors should die in the said conquest before completing this period, their descendants may enjoy these prerogatives.

By these presents I order the observance of all the aforesaid rights, privileges, and exemptions, without abridging them in

1. From a photograph of the original in the Archivo General de Indias, *Audiencia de Guadalajara*, legajo 142; there is also a copy in the Archivo General de la Nación, Mexico, *Reales Cédulas*, tomo 4. It was printed in part in Gaspar de Villagrá, *Historia de la Nueva México*, vol. II (Mexico, 1900), pp. 6-8.

2. This is paragraph 99 of the ordinances of 1573.

Case 6:69-cv-07941-KWR-KK   Document 10971-12   Filed 10/24/13   Page 5 of 24

any detail, in accordance with the said paragraph. I charge the princes, prelates, dukes, marquises, counts, potentates, priors of orders; comendadores of military orders, castles, or fortresses; and members of my councils; the presidents, judges, alcaldes, and alguaciles in my courts and chanceries; my viceroys and governors; and all my magistrates and judges, in these kingdoms as well as in the Indies, islands, and terra firma of the ocean; and all other persons of whatever state, quality, or condition, I charge them all to observe and carry out this privilege, which I here grant the aforesaid persons, so that they may enjoy them without transgressing or infringing on what is contained in this decree; and my desire is that it have the force of law, as if it had been formulated and promulgated by the cortes, and that it be proclaimed in the suitable places. San Lorenzo, July 8, 1602. I THE KING. I, Juan de Ybarra, the king's secretary, copied it at his order. Registered, Gabriel de Ochoa. Councillors, LICENTIATE LAGUNA. LICENTIATE BLAS DE SOTOMAYOR. LICENTIATE ARMENTEROS. DOCTOR EUGENIO DE SALAZAR. LICENTIATE VILLAGUTIERRE. LICENTIATE LUIS DE SALCEDO. CHANCELLOR SEBASTIÁN DE VEGA. [All with rubrics]

Marginal summary by the relator:

That the privileges granted by one of the paragraphs in the ordinance for new discoveries be understood to apply to those who spend five years in the conquest of New Mexico, with the proviso that if they should die before completing the five years, their children and descendants would be entitled to these honors.

In the city of Mexico, June 26, 1604, at a meeting of the audiencia of New Spain attended by the viceroy and the president and judges, Maese de Campo Vicente de Zaldívar presented this royal cedula and asked that it be enforced. After these gentlemen had examined the cedula they accepted it with due reverence and respect and decreed that it be observed as prescribed by his majesty, and that it be legally recorded; and they attached their rubrics. [Six rubrics] Before me, CRISTÓBAL SORIA. [Rubric]

# EXHIBIT
# U

- Statement by Historian Myra Ellen Jenkins, Jenkins, 1987, pg. 63), on location of San Gabriel and when it was established.

# WHEN CULTURES MEET

## REMEMBERING SAN GABRIEL DEL YUNGE OWEENGE

*Papers from the October 20, 1984 Conference held at San Juan Pueblo, New Mexico*



*Sunstone Press thanks Marian Rodee, Curator of Collections, Maxwell Museum of Anthropology, for her assistance.*

Copyright © 1987 by San Juan Pueblo

All Rights Reserved.
No part of this book may be reproduced in any form or by any electronic or mechanical means including information storage and retrieval systems, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a review.

First Edition

Printed in the United States of America

Library of Congress Cataloging in Publication Data:

When cultures meet.

1. Tewa Indians—History—Congresses. 2. San Gabriel del Yunque (N.M.)—Congresses. 3. San Juan Pueblo (N.M.) —History—Congresses. 4. Spaniards—New Mexico— San Gabriel del Yunque—Congresses. 5. Indians of North America—New Mexico—History—Congresses.
E99.T35W46    1986    978.9'00497    86-14466
ISBN: 0-86534-091-9

The San Gabriel History Project is made possible by a grant from the New Mexico Humanities Council, an affiliate of the National Endowment for the Humanities.

Published in 1987 by SUNSTONE PRESS
          Post Office Box 2321
          Santa Fe, NM 87504-2321 / USA

# CONTENTS

FOREWORD
*Herman Agoyo, Lynnwood Brown* . . . . . . . . . . . . . . . 4

SAN GABRIEL REVISITED, 1598-1984
*Orlando Romero* . . . . . . . . . . . . . . . . . . . . . . . . . 7

THE LONG LOST "CITY" OF SAN GABRIEL DEL YUNQUE, SECOND OLDEST EUROPEAN SETTLEMENT IN THE UNITED STATES
*Florence Hawley Ellis* . . . . . . . . . . . . . . . . . . . . . 10

THE SPANIARDS OF SAN GABRIEL
*Marc Simmons* . . . . . . . . . . . . . . . . . . . . . . . . . 39

ONATE'S ADMINISTRATION AND THE PUEBLO INDIANS
*Myra Ellen Jenkins* . . . . . . . . . . . . . . . . . . . . . . 63

THE NEW PUEBLO ECONOMY
*Richard I. Ford* . . . . . . . . . . . . . . . . . . . . . . . . . 73

EL TURCO, A STORY
*Jim Sagel* . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

WHAT BLOODS
*Jim Sagel* . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

*Sunstone Press thanks Marian Rodee, Curator of Collections, Maxwell Museum of Anthropology, for her assistance.*

Copyright © 1987 by San Juan Pueblo

All Rights Reserved.
No part of this book may be reproduced in any form or by any electronic or mechanical means including information storage and retrieval systems, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a review.

First Edition

Printed in the United States of America

Library of Congress Cataloging in Publication Data:

When cultures meet.

    1. Tewa Indians--History--Congresses. 2. San Gabriel del Yunque (N.M.)--Congresses. 3. San Juan Pueblo (N.M.) --History--Congresses. 4. Spaniards--New Mexico-- San Gabriel del Yunque--Congresses. 5. Indians of North America--New Mexico--History--Congresses.
E99.T35W46    1986        978.9'00497        86-14466
ISBN: 0-86534-091-9

The San Gabriel History Project is made possible by a grant from the New Mexico Humanities Council, an affiliate of the National Endowment for the Humanities.

Published in 1987 by SUNSTONE PRESS
             Post Office Box 2321
             Santa Fe, NM 87504-2321 / USA

# CONTENTS

FOREWORD
*Herman Agoyo, Lynnwood Brown* . . . . . . . . . . . . . . . . . . . . . . 4

SAN GABRIEL REVISITED, 1598-1984
*Orlando  Romero* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

THE LONG LOST "CITY" OF SAN GABRIEL DEL YUNGUE, SECOND OLDEST EUROPEAN SETTLEMENT IN THE UNITED STATES
*Florence Hawley Ellis* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

THE SPANIARDS OF SAN GABRIEL
*Marc Simmons* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

ONATE'S ADMINISTRATION AND THE PUEBLO INDIANS
*Myra Ellen Jenkins* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

THE NEW PUEBLO ECONOMY
*Richard I. Ford* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

EL TURCO, A STORY
*Jim Sagel* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

WHAT BLOODS
*Jim Sagel* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

# ONATE'S ADMINISTRATION AND THE PUEBLO INDIANS
*Myra Ellen Jenkins*

The summer of 1598 was a momentous one in the history of New Mexico, especially for the original inhabitants whose land was being invaded, and particularly for the Pueblo of San Juan. On July 10, Juan de Onate, bearing the titles of governor and captain general, led an advance party of his colonizing expedition composed of officers, scouts and two Franciscan friars into the Pueblo which he called *Ohke*, then promptly renamed "San Juan Bautista," later called "San Juan de los Caballeros."[1] After stopping at many pueblos along the way he established this village as headquarters for the permanent settlement of the northern frontier. On August 18, he was joined by the main body of his 129-soldier colonists, many with their families, and eight additional Franciscans who had been proceeding at a slower rate up the Rio Grande valley, and then by way of the Galisteo through the Pueblo of San Marcos to avoid the rugged mountains. The expedition had often been in straits for food in spite of the largesse of some of the pueblos through which they had come. One of them, a Piro pueblo on the opposite side of the river from which the caravan had halted on June 14, they called "Socorro" (Help) "because it furnished us with much maize."[2]

There is some question as to where these colonists initially settled. Most secondary accounts say it was at San Juan Pueblo proper but that the settlement was moved to the west side of the Rio Grande into the Pueblo of Yunque, renamed San Gabriel, some time during the next few months.[3] There is no mention of such a move having been made in the documents, however. I submit that the colonists were probably settled at San Gabriel from the beginning, although throughout 1599 Onate signed documents at San Juan Bautista, which he apparently designated as his personal headquarters. My basis for San Gabriel as the single settlement comes from two accounts, written in 1601 during an investigation of Onate's regime. In a letter to the viceroy dated from San Gabriel, March 22, 1601 Luis de Velasco stated that the expedition had been at the place from which he was writing for three years.[4] In July a Gines de Herrera Horta also stated that Onate had established the colonists at San Gabriel in the houses of the Indians, but for which Spanish doors and windows were fashioned.[5]



*Three whole Indian vessels dug up at Yunque*

strong pueblo, which would have been impossible had all the adults been placed in servitude.

During 1599 another punitive expedition, not quite as severe, was also launched against the Jumano Pueblo, located at present Gran Guivira monument, for which Onate was also later held to account.[26] Charges of seizure of supplies and illegal tribute and Indian labor were also levelled. In 1607 Onate resigned and returned to Mexico, only to face years of official investigation for his conduct in the residencia of his administration. When matters came to the actual trial in 1614 he was found guilty of twelve charges, one of which involved the hanging of two Acomas and another the undue severity of his sentences after the revolt was crushed. For these and offenses also against Spaniards he was condemned to perpetual exile from New Mexico, banishment from Mexico City itself for four years, loss of his titles and a whopping fine. Some of his lieutenants did not go unscathed either, and were also found guilty of crimes against Acoma, including Vicente de Zaldivar.[27]

The interesting thing about the whole affair is that some Spaniards felt strongly enough about failure to abide by colonial legal processes to testify against a person with the status of Onate. As the 17th century wore along (and wore along is correct), other governors were even more lax in enforcing the ordinances and regulations, and the Franciscans also all too often forgot their instructions to convert with patience and gentleness and were responsible for attacks on native rites and religious leaders. The result was 1680 and the mass uprising of the pueblo peoples which forced the Spaniards into a 13-year exile. The reconquest by Diego de Vargas in 1693 was far from moderate and he, too, failed to observe many of the laws, especially those concerning land right. But after his two administrations, a real modus vivendi between Spaniard and Pueblo Indian developed and by and large, most laws were enforced when the pueblos took their cases against Spaniards directly to the authorities. Occupation and conquest are never without pain, whatever the outcome. Credit for finally evolving coexistence as a way of life in spite of all vicissitudes throughout the Colonial period belongs of course to both groups, Hispanic and Pueblo Indian.

# NOTES

1. George P. Hammond and Agapito Rey, *Don Juan de Onate, Colonizer of New Mexico, 1595-1628* (Albuquerque, 1953), I, p. 322. The name of "San Juan de los Caballeros" is given by Villagra writing some twelve years after the fact, but it does not appear in the contemporary documents. See: Gilberto Espinosa nd F.W. Hodge, trans. and eds. *History of New Mexico by Gaspar Perez de Villagra* (Los Angeles; 1933), p. 147.
2. Hammond and Rey, *Don Juan de Onate*, I, p. 323.
3. *Ibid.*, pp. 17 and 609, fn. Although the editors make this statement in the introduction to their monumental work, no reference to a move is found in the documents which they include.
4. *Ibid*, II, pp. 608-609.
5. *Ibid*, II, pp. 644, 652.
6. *Ibid*, I, pp. 5-16: 42-336.
7. Myra Ellen Jenkins, "Spanish Land Grants in the Tewa Area," *New Mexico Historical Review*, vol. 47 (1972), p. 113.
8. Leslie Byrd Simpson, *The Encomienda in New Spain* (Berkeley, 1950), p. 129.
9. *Ibid.*, p. 145; C.H. Haring, *The Spanish Empire in America* (New York, 1947), pp. 55-60; Lewis Hanke, *The Spanish Struggle for Justice in the Conquest of America* (Philadelphia, 1949), pp. 48-67.
10. Haring, *Spanish Empire*, pp. 64-68; Charles Gibson, *Spain in America* (New York, 1966), pp. 143-147.
11. *Recopilacion de leyes de los reynos de las Indias.* (Madrid, 1681), Book IV, title 12, law 5.
12. *Recop.*, Book IV, title 12, law 14 and title 12, law 9.
13. *Recop.*, Book IV, title 12, law 18.
14. Gibson, *Spain in America*, pp. 197-198; Henry W. Kelly, "Franciscan Missions of New Mexico, 1740-1760," NMHR, vol. 15 (1940), pp. 349-350.
15. "Ordenanzas de Su Magestad Hechas para laos Descubrimiento, Conquistas y Pacificaciones, Julio de 1573," *Coleccion de Documentos Ineditos Relativos al descubrimiento, Conquista Y Organizacion de Las Antiguas Posessiones Espanoles de America y Oceania Sacados de los Archivos del Reino . . .* (Madrid, 1871), vol. 16, pp. 142-187.
16. Hammond and Rey, *Don Juan de Onate*, I, p. 65.
17. *Ibid*, pp. 342-347.
18. David H. Snow, "A Note on Encomienda Economics in Seventeenth Century New Mexico," in Marta Weigle, ed., *Hispanic Arts and Ethnohistory in the Southwest* (Santa Fe, 1983), p. 349.
19. Charles Wilson Hackett, ed., *Historical Documents Relating to New Mexico, Nueva Vizcaya, and Approaches Thereto, to 1773. Collected by Adolph F. Bandelier and Fanny Bandelier* (Washington, D.C.), vol. 3, p. 120.
20. Ordenanzas, 1573, p. 182.

# EXHIBIT
# V

- Papers of Archaeological Institute of America, American Series IV, Final Report, Part II

  - by A. F. Bandelier
  - 1892

# Papers of the Archæological Institute of America.

## AMERICAN SERIES.

### IV.

## FINAL REPORT

OF

INVESTIGATIONS AMONG THE INDIANS OF THE
SOUTHWESTERN UNITED STATES, CARRIED ON
MAINLY IN THE YEARS FROM 1880 TO 1885.

## PART II.

BY

A. F. BANDELIER.



CAMBRIDGE:
PRINTED BY JOHN WILSON AND SON.
University Press.
1892.

4 2 . . .

resemble the description which Gaspar Perez de Villagran has given of the village.[1]  The valley of Chamita is fertile.  Situated between the Chama of the west and the Rio Grande on the east, it enjoys exceptional facilities for irrigation. For a ground plan of the ruin, I refer to Figure 10 of Plate I.  Some protruding walls show that unhewn stones and rubble laid in adobe mortar entered largely into the composition of the structure.  Whether the quadrangle on which a number of modern adobe houses stand to-day constituted all the village, or whether there were buildings besides, is difficult to determine, since fields extend all around the ruins.  Cultivation by the Indians of San Juan, as well as by Mexicans, has obliterated every indication that might have existed formerly.  The same has happened with the Spanish abodes and with the chapel of San Gabriel erected there in the fall of 1598.[2]  All has disappeared; yet the tradition exists that at Chamita the first settlement of



---

[1] *Historia de la Nueva Mexico,* 1610 (Canto xxvii. fol. 228) : —

> "El Pueblo, no constaua ni tenia,
> Mas que vna sola plaça bien quadrada,
> Con quatro entradas solas cuios puestos,
> Despues de auerlos bien fortalecido,
> Con tiros de campaña, y con mosquetes."

That the village had at least two, perhaps three stories, is also indicated in the same book (fol. 228 and 229) : —

> "Al arma dando todos con gran priessa,
> Requirieron los puestos, y notaron,
> Que estavan ya los altos de las casas."

Also : —

> "Los techos y terrados lebantados."

[2] Oñate, *Discurso de las Jornadas que hizo el Campo de su Magestad desde la Nueva España á la Provincia de la Nueva Mexico* (Doc. de Indias, vol. xvi. pp. 262–264).  September 8th : "Dia de Nuestra Señora, fue la gran fiesta de la dedicacion de la dicha Yglesia de Sant Joan Baptista."  *Obediencia y Vasallaje de San Juan Baptista* (Ibid., p. 116) : "Y este pueblo do Sant Joan Baptista y el de San Gabriel el de Troomaxiaquino . . . y mas, la Cibdad de Sant Francisco de los Españoles, que al presente se edifican."  This might indicate that it was Oñate's intention to call the new settlement San Francisco.  But it is

whites in New Mexico took place, and very old people still
remember that the site was formerly called " San Gabriel
del Yunque." [1]

Indian folk-lore has much to say about Yuge-uingge.
The Tehuas relate that when their ancestors journeyed
southward from Cibobe, and the division into summer and
winter people occurred, of which I have spoken in the First
Part of this Report,[2] the summer people, under the guid-
ance of the Pay-oj-ke or Po-a-tuyo, settled at Yuge-uingge ;

abundantly proved that its patron saint was San Gabriel from the very beginning.
Zaldivar, *Memorial* (Ibid., p. 198) : " Parece que con este aparato entro hasta el
asiento y Villa de San Gabriel." Zaldivar was an eyewitness. Torquemada,
*Monarchia* (vol. i. p. 672) : " Despachados Don Juan de Oñate, y los suios, para
la jornada del Nuevo Mexico, siguieron su camino, en demanda de aquellas
tierras, y en llegando á aquellas partes, tomaron posesion, por el Rei, en ellas,
y el Pueblo donde Don Juan de Oñate, Governador, y Capitan General de esta
entrada, hiço asiento y puso su Real, se llama San Gabriel, el qual sitio está en
treinta y siete grados de altura al Norte, y está situado entre dos rios, y con las
aguas del menor de los dos, se riegan los trigos, cevada, y maiz. . . . El otro
rio es grande, que llaman del Norte, que es de mucho, y mui buen pescado."
Torquemada wrote not later than 1609 (*Carta Nuncupatoria*, Ibid.), and he was
a contemporary of the events. He adds, on page 678 : " Ya hemos dicho, que el
lugar principal donde el Governador Don Juan de Oñate hiço su Poblaçon, y
sentó su Real, le puso por nombre San Gabriel . . . y que tiene por vanda dos
rios, vno de los quales es de menos agua, que el otro." The same author also
publishes a letter from Fray Juan de Escalona, dated " De este Convento de San
Gabriel de el Nuevo Mexico, á primero de Octubre de mil seiscientos y vn
años." *Carta de Relacion,* p. 675. I have in my possession the copy of a docu-
ment (*Peticion de los Pobladores de la Villa de San Gabriel,* MS ), executed at San
Gabriel in December, 1604, which begins as follows : " Cava de Sn Gabriel de
la Nueba Mexico." Fray Gerónimo de Zárate Salmeron, *Relaciones de Todas las
Cosas,* MS., par. 34 : " Plantó su real entre este rio y el de Zama." Par. 44 :
" Año de 1604, á 7 dias del mes de Octubre, salió D. U. de Oñate de la villa de
Sn Gabriel á descubrir la mar del Sur." Lastly, Vetancurt, in speaking of the
pueblo of San Juan, says (*Crónica de la Provincia del Santo Evangelio de
México,* p. 318) : " Desde allí se ven los edificios de San Gabriel, primera fun-
dacion de que se pasó á Santa Fé, á la otra parte del rio."

[1] Yunque is but a contraction of Yuge-uingge. Escalante says, in *Carta al
Padre Morfi,* par. 2 : " Una Villa de Españoles, que era de San Gabriel del
Yunque, primero y despues de Santa Fé."

[2] Part I. of this Report, p. 303.

Case:  6:69-cv-07941-BB

# EXHIBIT
## W

- Bibliography

# **Bibliography**

Bandelier, A.F.  Final Report of Investigations Among the Indians of the Southwestern United States, Carried on Mainly in the Years from 1880 to 1885, Part II, papers of the Archaeological Institute of American. American Series IV, Cambridge: University Press, 1892.

Carroll, H. Bailey;  J. Villasana Haggard; Three New Mexico Chronicles,  The Exposicion of Don Pedro Bautista Pino 1812; the Ojeada of Lic. Antonio Barreiro 1832; and the additions by Don Hjose Austin de Escudero, 1849, The Quivira Society, Albququerque, 1942, Republished Arno Press, 1967.

Encinias, Miguel, Alfred Rodriquez and Joseph P. Sanchez, Eds, and translators, Gaspar Perez Villagra's History of New Mexico 1610, New Mexico: University of New Mexico Press, 1992.

Ford, Richard I. "The New Pueblo Economy", When Cultures Meet, Agoyo and Brown, Eds, Santa Fe, New Mexico:  Sunstone Press, 1987, pgs. 73-91.

Hammond, George P. and Agapita Rey.  Don Juan de Onate Colonizer of New Mexico, 1595-1628, part I and II, Coronado Historical Series Vol. IV and V, New Mexico:  The University of New Mexico, 1953.

Harrington, John Peabody.  The Ethnogeography of the Tewa Indians, Washington Government Printing Office, 1916.

Hice, Michael, ed. Eight Northern Indian Peublos 1995 Official Visitors Guide, Ohkay Owingeh (San Juan Pueblo)", Eight Northern Indian Pueblos Council, Inc. , 1995, pgs. 27-30

# Bibliography

Jenkins, Myra Ellen.  "Onate's Administration and the Pueblo Indians", in When Cultures Meet, Remembering San Gabriel Del Yunge Oweenge, paper from the October 20, 1994 conference held at San Juan Pueblo, New Mexico, pgs. 63-72.

Laws of the Indies.  Taken from Planning Wiki, 10 pages.  A basic translation of 148 ordinances Source:  English translation by Axel Mundigo and Dora Crouch, reprinted by the New City with permission from "The City Planning Ordinances of the Laws of the Indies Revisited, 1", Town Planning Review, Vol. 48, July 1977, pp. 2470268. Translation of Ordinances 92, 102-7 by Ramon Trias.  On line access: Laws of the Indies- Planning Wiki. http://planningwiki.cyburbia.org/Laws_of_the_Indies.

Moorhead, Max. New Mexico's Royal Road, Trade and Travel on the Chihuahua Trail, University of Oklahoma Press, Norman, 1958.

Meyer, Michael C.  Water in the Hispanic Southwest, A Social and Legal History, 1550-1850, Tucson, Arizona: University of Arizona Press, 1984.

National Register of Historic Places Inventory, Nomination Form, United States Department of the Interior, National Park Service, 1849 C St. NW (MS 2280), Washington D.C. 20240, Form for San Gabriel de Yunq-Ouinge.

Rivera, Jose A., Thomas F. Click.  1600-Iberian Origins of New Mexico Community Acequias.  XIII Economic History Congress, a programmed-paper, Buenos Aires, 2002, Available on-line through New Mexico Office of the State Historian.

Schaafsma, Curtis F.  Apaches de Navajo, Seventeenth-Century Navajos in the Chama Valley of New Mexico, Salt Lake City, Utah:  The University of Utah Press, 2002.

Simmons, Marc. The Last Conquistador Juan de Onate and the Settling of the Far Southwest, University of Oklahoma Press, 1991.

# Bibliography

Simons, Li & Associates.  Draft Programmatic Environmental Assessment Rehabilitation of Community Acequias Rio Chama Study Area (RCSA) Rio Grande Basin, New Mexico, Albuquerque District, Corps of Engineers, Albuquerque, New Mexico 1999.

Topo:  Outdoor Recreation Mapping Software, New Mexico.  National Geographic, Topo map printed on 12/30/2006 for "map.tpo", 2006.

Torquemada, Juan de.  Monarquia Indiana, 3 vols. (Madrid, 1723), 1:  672, 678.

Villagra, Gaspar Perez de.  History of New Mexico,  Translated by Gilberto Espinosa ("The Quivira Society", Vol. IV), Lancaster, Lancaster Press, 1933 (Albuquerque University of New Mexico Press, 1992 re-print).

Wozniak, Frank E. Irrigation in the Rio Grande Valley, New Mexico:  A Study of the Development of Irrigation Systems Before 1945, prepared for The New Mexico Historic Preservation Division, Santa Fe, New Mexico, under an intergovernmental agreement with USDI Bureau of Reclamation, Southwest Regional office, Amarillo, Texas, Contract# BOR-8701, July 15, 1987.

Case:  6:69-cv-07941-BB

24

# EXHIBIT
# X

- Don Juan Onate received Title of Adelantado on February 7, 1602.

# NOTICIAS

### HISTORICAS Y ESTADISTICAS

#### DE LA ANTIGUA PROVINCIA DEL

# NUEVO-MEXICO,

presentadas por su diputado en cortes

### EN CADIZ EL AÑO DE 1812.

Adicionadas por el Lic. D. Antonio Barreiro en 1839; y ultimamente anotadas por el Lic.

## DON JOSÉ AGUSTIN DE ESCUDERO,

PARA LA COMISION DE ESTADISTICA MILITAR

DE LA

REPUBLICA MEXICANA.

MÉXICO.

IMPRENTA DE LARA, CALLE DE LA PALMA NUM. 4.

1849.



# THREE NEW MEXICO CHRONICLES

The *Exposición* of Don Pedro Bautista Pino 1812; the *Ojeada* of Lic. Antonio Barreiro 1832; and the additions by Don José Agustín de Escudero, 1849

*Translated, with Introduction and Notes, by*

H. BAILEY CARROLL

J. VILLASANA HAGGARD



THE QUIVIRA SOCIETY

ALBUQUERQUE

1942

First Published by
THE QUIVIRA SOCIETY
1942

•

Republished by
Arno Press
1967

•

Library of Congress Catalog Card
Number: 67–24722

•

Manufactured in the U.S.A.
Arno Press Inc.
New York

*To*

CONCHA ORTIZ Y PINO
Distinguished, public-spirited citizen—
direct descendant of
Don Pedro Bautista Pino

thousand *ducados* to aid him in the expenses of the under-taking, and a loan of six thousand more from the royal treasury. On September 30, the agreements were finally drawn up. Previously, it seemed that Captain Francisco de Urdiñola[68] had attempted to make such arrangements, but that they were never concluded. Since Don Luis had left office, his successor, the viceroy, the Count of Monte Rey,[69] sent Don Juan de Oñate on this expedition.

"He took with him to instruct the natives some missionaries of the order of Saint Francis, with Fray Rodrigo Durán as commissary. Later on, Fray Alonso Martínez followed with others. Oñate reached New Mexico and established a settlement; he took possession thereof for his Catholic majesty, the king, our lord, and established his camp in a pueblo, the name of which was changed to San Gabriel.[70] It was located on the 30th parallel of north latitude between two rivers. The missionaries immediately established a monastery there, and, by the year 1600, they had baptized eight thousand souls. The district of these provinces begins 200 leagues beyond the valley of Santa Bárbara, the last town of New Spain. This district is 400 leagues from Mexico, and 800 leagues from Havana by way of Mexico. It is more than 2,600 leagues from Madrid, the capital. Because of the good work of Don Juan de Oñate, and in order to encourage him to continue with his plans, his majesty, our king, Philip III[71] (may he rest in peace), on February 7, 1602, honored him with the title of *adelantado*[72] of these provinces (although he was already governor and captain general of them) for himself and his son or heir. In the year 1608, his majesty appointed another governor, with a salary of 2,000 *ducados*, who resides in the villa of Santa Fe,[73] the capital of this kingdom.

"Between the years of 1621 and 1631, the order of Saint Francis proposed that his majesty erect a cathedral

with a bishop in these provinces, for, by 1631, more than 500,000 Indians had been converted, and more than 86,000 baptized. Fifty missionaries of this order assisted in instructing and converting them. From the first discovery of these provinces up to that time there had been neither missionaries nor any other ecclesiastics, nor any clerics to undertake this apostolic mission. There were 150 pueblos of Indians, and in each there was a church where mass was celebrated and the holy sacraments were administered with the vigilance and care characteristic of this holy order. By that time a goodly sized villa of Spaniards had been established with estancias and haciendas belonging to its people. The land where natives had been converted to our holy faith comprised more than 400 leagues. On the way thereto from Mexico, it was necessary to spend many days, traveling among innumerable enemies, with great risk and discomfort.

"In view of these facts, that same year, 1631, his majesty ordered the archbishop and viceroy to make a report upon the advisability of constructing a cathedral. Although the report was made, it was not deemed convenient to establish the cathedral until the kingdom was more advanced and more peaceful. Despite the fact that up to the year 1627 thirty Franciscan missionaries, of exemplary character, had been sent from the province of the Holy Gospel of Mexico to convert and pacify the Indians, and despite the fact that since then many others have continued to be sent at the expense of the royal treasury, in 1644[74] the natives became so discontented that they killed the governor.

"In the year 1645, there were twenty-five *doctrinas* of the order of Saint Francis with sixty friars, who continued with apostolic fervor to instruct and teach these Indians. His majesty appropriated to the order more than 42,000 pesos annually in order to maintain the members