

```
                                    File Number:   RG-24272 et al.
                                                   (For OSE Use Only)
```

**2013 SEP 17 PM 3:12**

# NEW MEXICO OFFICE OF THE STATE ENGINEER
## APPLICATION FOR EXTENSION OF TIME
## IN WHICH TO PERFECT AN APPROPRIATION OF UNDERGROUND WATER

### 1. PERMITTEE

```
    Name:    Brazos MDWCA
             Board of Directors
    Address: 1521 Cerro Vista Road SW
    City:    Albuquerque                            State: NM  Zip: 87105

    CONTACT: Jeffrey H. Albright, Lewis Roca Rothgerber LLP  Phone: (505) 764-5435
    Address: 201 Third St. NW, Suite 1950
    City:    Albuquerque                            State: NM  Zip: 87102
```

### 2. HEREBY APPLIES FOR AN EXTENSION OF TIME IN WHICH TO

apply water to beneficial use
        (complete the well, apply water to beneficial use or both)

### 3. REASON

The period of time is insufficient and additional time is requested for the following reasons (state reasons in detail if desirable or necessary, submit affidavits, photographs, etc., as evidence in support of statement:

The BMDWCA is administered through a volunteer Board of Directors; the Board is currently updating its Conservation Plan and preparing a long range plan consistent with those used by 40 year planning entities.

The BMDWCA serves an area of approximately 300 platted lots. There are approximately 131 user members (full-time and part-time residents), 18 non-use members, and one commercial member. The full time and part time residents have an expectation of service. The remaining 150 owners of undeveloped property have an implied commitment for service from BMDWCA. There are approximately 50 acres of unsold lots. As the current population reaches retirement age, there is an increasing likelihood that the properties will be used, used more, or developed. The expansion of development to date has been slow.

The BMDWCA has endeavored to protect its water rights through conservation measures; conservation policies and practices include prohibitions on watering grass or washing vehicles, and encouraging members to check for leaky toilet valves and to practice common sense water saving measures.

The State Engineer is hereby requested to extend the time previously granted by extending the limiting date to  11/15/2014 .
                                                            mm/dd/year

_____ Do Not Write Below This Line _____

File Number: _____            Trn Number: _____
         F

    Form: wr-13                     page 1 of 2

3631618.1

File Number: __RG-24272 et al.__
(For OSE Use Only)

# NEW MEXICO OFFICE OF THE STATE ENGINEER
## APPLICATION FOR EXTENSION OF TIME
## IN WHICH TO PERFECT AN APPROPRIATION OF UNDERGROUND WATER

### ACKNOWLEDGEMENT

I, Jeffrey H. Albright, legal counsel for Brazos MDWCA, affirm that the foregoing statements are true to the best of my knowledge and belief.

_____
Jeffrey H. Albright
Lewis Roca Rothgerber LLP

### ACTION OF STATE ENGINEER

By authority vested in me, this application for additional time is approved/denied and I do hereby grant the permittee an extension of time to the following dates:

Complete the well on or before __November 15__, 20 __14__

Apply Water to Beneficial Use on or before __November 15__, 20 __14__

_____
_____

Witness my hand and seal this __8th__ day of __October__, 20 __13__

__Scott A. Verhines PE__, State Engineer

By: _____

_____ Do Not Write Below This Line _____

File Number: _____    Trn Number: _____

Form: wr-13         page 2 of 2

3631618.1