IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. 69cv07941-MV/LFG |
| v. | ) ) | Rio Chama Stream System |
| ROMAN ARAGON, et al., | ) ) | Pueblo Claims Subproceeding 1 |
| Defendants. | ) ) ) | |

### OHKAY OWINGEH'S RULE 26(a)(2) DISCLOSURES

Pursuant to the November 3, 2004 *Scheduling Order on Pueblo Claims* (Doc. No. 7639) ("Scheduling Order"), as amended by the July 21, 2011 *Third Amended Scheduling Order on Pueblo Claims* (Doc. No. 10526) and the March 23, 2012 *Order Extending Pueblo Claims Subproceeding 1 Schedule* (Doc. No. 10802), and Fed.R.Civ.P 26(a)(2), Plaintiff Ohkay Owingeh ("Pueblo"), hereby discloses the following reports from its retained experts, and their respective associated documents. Pursuant to the Order Granting Extension of Time filed on October 25, 2013 (Doc. No. 10873), the report of Dr. Henry Walt will be disclosed on February 7, 2014.

| EXPERT NAME(S) | REPORT TITLE | DATE |
|---|---|---|
| B. Sunday Eiselt<br>J. Andrew Darling<br>Southwest Heritage Research, Inc. | Population History, Agricultural Land Use and Cultural Continuity in the Ohkay Owingeh Homeland, Rio Chama Watershed | 12/4/13 |

| | | |
|---|---|---|
| William Hudspeth<br>Rio Abajo Digital<br>Mapping Services LLC | Agricultural Constraints, Opportunities,<br>and Strategies in the Ohkay Owingeh<br>Homeland | 11/28/13 |
| Robert Gray, PG<br>Daniel B. Stephens<br>& Associates, Inc. | Hydrologic Assessment of Ohkay Owingeh<br>Aboriginal Water Rights within the<br>Geographic Scope of New Mexico v. Aragon | 12/6/13 |
| Peter M. Pyle<br>PGH Consulting Hydrology | Flow Requirements for Riparian Vegetation<br>Rio Del Oso, New Mexico | 12/6/13 |
| Lindsay G. Robertson | Legal History of Status of Ohkay Owingeh<br>Water Rights Under Spanish and Mexican<br>Governments | 12/6/13 |

Respectfully submitted,

Dated:   December 6, 2013

*/s/ Scott W. Williams*

———————————————————
**Attorneys for OHKAY OWINGEH**
SCOTT W. WILLIAMS
(California State Bar No. 097966)
E-mail:  swilliams@berkeywilliams.com
          Admitted *pro hac vice*
CURTIS G. BERKEY
(California State Bar No. 195485)
E-mail:  cberkey@berkeywilliams.com
          Admitted *pro hac vice*
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, California  94704

LEE BERGEN
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico  87109
Email:  lbergen@nativeamerianlawyers.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 6th day of December, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

      And I caused to be **mailed** copies of Ohkay Owingeh's expert witness disclosures to all persons listed below.

/s/ *Scott W. Williams*
_____
Scott W. Williams


Bradley Bridgewater
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202

Seth Fullerton
Jay Stein
Stein & Brockmann
P.O. Box 2067
Santa Fe, NM 87504-2067

Arianne Singer
John Stroud
New Mexico Office of the State Engineer
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504

Mr. Fred Vigil, Chairman
Rio Chama Acequias Association
P. O. Box 687
Medanales, NM 87548

Mary E. Humphrey
Connie Ode
Humphrey & Ode, PC
P.O. Box 1574
El Prado, NM 87529

John W. Utton
Sheehan & Sheehan, PA
P.O. Box 271
Albuquerque, NM 87103-0271

Daniel A. Sanchez, Esq
2304 Middle Court
Santa Fe, NM 87505-5847

Lisa Old-Ferrel
P. O. Box 2706
Durango, CO 81320