IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7: Rio Brazos

Subfile No. CHRB-001-0002

### ORDER AMENDING CONSENT ORDER DESCRIBING THE WATER RIGHTS OF THE BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION IN SUBFILE CHBR-001-0002

THIS MATTER is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed December 4, 2013 (Doc. No. 10978) to amend the Consent Order entered on May 1, 2002 (Doc. No. 6675) in Subfile CHRB-001-0002 describing the water rights of defendant Brazos Mutual Domestic Water Consumers Association ("Association"). No responses opposing the motion have been filed.

Having reviewed the Motion and being fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the Consent Order entered on May 1, 2002 in Subfile CHRB-001-0002 is amended to include following elements of the Association's water rights:

A.    **DOMESTIC & SANITATION (Groundwater & Surface Water Combined):**

    **Priority:**    October 1962

    **Amount of Water:**    17.2 acre-feet per annum

FURTHER, the entry of this Order shall have no effect on the October 8, 2013, approval by the State Engineer of the Association's request for an extension of time to put water to beneficial use under RG-24272 et al. This Order has no effect upon the administrative authority of the State Engineer over the permitting and licensing process, nor does this Court assume any authority with respect to that process by the entry of this Order. The Association's ability to put additional water to beneficial use remains subject to all administrative requirements of the Office of the State Engineer including, but not limited to, any requirements for the completion of works and the application of water to beneficial use.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE