IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                          69cv07941 MV/LFG
                                            Rio Chama Adjudication

   v.

                                             Pueblo Claims Subproceeding 1

ROMAN ARAGON, *et al.*,

       Defendants.

## ORDER GRANTING EXTENSION OF TIME

THIS MATTER comes before the Court on Ohkay Owingeh's Second Motion to Extend Time for Rule 26 Disclosure by One Expert Witness; Affidavit of Dr. Henry Walt. [Doc. 10984].

Ohkay Owingeh seeks an extension of the February 7, 2014 deadline for disclosing the expert witness report of Dr. Henry Walt to March 20, 2014 due to Dr. Walt's illness. Ohkay Owingeh proposes a three-month extension to the other deadlines in the schedule established by the Court. Counsel for all parties that filed pleadings in response to the Pueblo's claims in this subproceeding do not object to the requested deadline extension for Dr. Walt's report. The Court will GRANT the motion. Ohkay Owingeh shall disclose Dr. Walt's expert witness report by March 20, 2014. The new deadlines are:

| EVENT | DATE |
| --- | --- |
| Ohkay Owingeh's Rule 26(a)(2) disclosure For Dr. Henry Walt | March 20, 2014 |
| State's Rule 26(a)(2) disclosures | October 16, 2015 |

| | |
|---|---|
| Other parties' Rule 26(a)(2) disclosures | April 14, 2016 |
| All parties' expert rebuttal reports | October 14, 2016 |
| Discovery completion date | October 18, 2017 |
| Discovery motions | December 7, 2017 |
| Substantive pretrial motions | January 12, 2018 |
| Rule 26(a)(3)(i) and (ii) final witness lists | April 24, 2018 |
| Motions regarding expert witness qualifications | May 15, 2018 |
| Rule 26(a)(3)(iii) final exhibit lists | July 10, 2018 |
| Trial | October 2018. |

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge