IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
NEW MEXICO STATE ENGINEER,

      Plaintiff,                         69cv07941-MV/LFG

      vs.                            RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.*,

      Defendants.

## MOTION TO WITHDRAW
## AS COUNSEL

COMES NOW Daniel A. Sanchez, Esq., Counsel of record in the above matter and moves this Court for permission to withdraw as Counsel of Record for the Rio Chama Acequia Association and as reasons therefore states as follows:

1. Daniel A. Sanchez and the Rio Chama Acequia Association no longer have a contractual relationship for representation in any matter, including this case.

2. At this time there have been no arrangements made for substitution of counsel in this matter and all notices and pleadings should be sent to Rio Chama Acequia Association, c/o Fred Vigil, President, P.O. Box 687, Medanales, New Mexico 87648-0687.

3. The Client, Rio Chama Acequia Association, does not oppose this motion.

4. Counsel of Record have been contacted regarding their concurrence or opposition to this motion and no response was received.

Respectfully Submitted

 /s/
Daniel A. Sanchez, Esq.
2304 Middle Court
Santa Fe, New Mexico  87505
 (505)946-8394
Dansanchez911@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was electronically transmitted to all counsel of record.
 /s/
Daniel Sanchez