**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

          Plaintiffs,                       69cv07941 MV/LFG
                                             Rio Chama Adjudication

     v.

ROMAN ARAGON, *et al.*,

          Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte*.

Mr. Daniel A. Sanchez filed a motion to withdraw as counsel of record for the Rio Chama Acequia Association in this case. [Doc. 10986]. His motion states: (1) he no longer has a contractual relationship with the Rio Chama Acequia Association for representation in this case; (2) no arrangements for substitution of counsel have been made at this time; and (3) the Rio Chama Acequia Association does not oppose Mr. Sanchez' motion to withdraw. Review of the docket shows that no other attorney has entered an appearance on behalf of the Rio Chama Acequia Association.

The Rio Chama Acequia Association can only appear in this case with an attorney. The District of New Mexico's Local Rules of Civil Procedure require that a "corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court." See D.N.M.LR-Civ. 83.7. If the Court grants Mr. Sanchez' motion to withdraw, and if the Rio Chama Acequia Association is not represented by a substitute attorney, any filings made by the Rio Chama Acequia Association may be stricken and default judgment or other sanctions imposed. See D.N.M.LR-Civ. 83.8(c).

The Rio Chama Acequia Association shall, within 30 days of entry of this Order, have a federally licensed attorney enter his or her appearance, or show cause why the Court should not dismiss the Rio Chama Acequia Association's claims without prejudice for failure to comply with the District of New Mexico's Local Rule of Civil Procedure that a corporation, partnership or business entity other than a natural person can appear only with an attorney.

IT IS SO ORDERED.


*Lorenzo F. Garcia*
_____
Lorenzo F. Garcia
United States Magistrate Judge