IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | No. 69cv07941-MV/LFG |
| v. | ) ) | Rio Chama Stream System |
| ROMAN ARAGON, et al., | ) ) | Pueblo Claims Subproceeding 1 |
| Defendants. | ) ) ) | |

**CERTIFICATE OF SERVICE OF
OHKAY OWINGEH'S SUPPLEMENTAL RULE 26(a)(2) DISCLOSURE**

Pursuant to the November 3, 2004 *Scheduling Order on Pueblo Claims* (Doc. No. 7639) ("Scheduling Order"), as amended by the July 21, 2011 *Third Amended Scheduling Order on Pueblo Claims* (Doc. No. 10526) and the March 23, 2012 *Order Extending Pueblo Claims Subproceeding 1 Schedule* (Doc. No. 10802), the Court's February 10, 2014 *Order Granting Extension of Time* (Doc . No. 10985), and Fed.R.Civ.P 26(a)(2), Plaintiff Ohkay Owingeh ("Pueblo"), on March 20, 2014, mailed copies of its supplemental expert witness disclosure to all persons listed below, and filed the present certificate of service electronically through the CM/ECF system, which cause CM/ECF participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Bradley Bridgewater  
U.S. Department of Justice  
South Terrace, Suite 370  
999 18th Street  
Denver, CO 80202  

Mary E. Humphrey  
Connie Ode  
Humphrey & Ode, PC  
P.O. Box 1574  
El Prado, NM 87529

| | |
|---|---|
| Seth Fullerton<br>Jay Stein<br>Stein & Brockmann<br>P.O. Box 2067<br>Santa Fe, NM 87504-2067 | John W. Utton<br>Sheehan & Sheehan, PA<br>P.O. Box 271<br>Albuquerque, NM 87103-0271 |
| Arianne Singer<br>John Stroud<br>New Mexico Office of the State Engineer<br>Litigation and Adjudication Program<br>P.O. Box 25102<br>Santa Fe, NM 87504 | Daniel A. Sanchez, Esq<br>2304 Middle Court<br>Santa Fe, NM 87505-5847 |
| Mr. Fred Vigil, Chairman<br>Rio Chama Acequias Association<br>P. O. Box 687<br>Medanales, NM 87548 | Lisa Old-Ferrel<br>P. O. Box 2706<br>Durango, CO 81320 |

Respectfully submitted,

Dated:   March 20, 2014

/s/ Curtis G. Berkey
_____
**Attorneys for OHKAY OWINGEH**
CURTIS G. BERKEY
(California State Bar No. 195485)
E-mail:  cberkey@berkeywilliams.com
        Admitted *pro hac vice*
SCOTT W. WILLIAMS
(California State Bar No. 097966)
E-mail:  swilliams@berkeywilliams.com
        Admitted *pro hac vice*
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, California  94704

LEE BERGEN
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico  87109
Email:  lbergen@nativeamerianlawyers.com