IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO ex rel.**
**State Engineer,**
    **Plaintiff,**

   v.       No. 69cv07941 MV/LFG
             Rio Chama Stream System

**ROMAN ARAGON et al.,**
    **Defendants.**

**ENTRY OF APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

  I, Peter Thomas White, hereby enter my appearance in substitution for Daniel Sanchez as attorney of record for the defendant Rio Chama Acequias Association.

  Dated: April 14, 2014.

                _____/s/_____
                PETER THOMAS WHITE
                Sena Plaza, Suite 50
                125 East Palace Avenue
                Santa Fe, New Mexico 87501
                (505) 984-2690
                (505) 216-0021 Fax

**Certificate of Service**

  I certify that on April 14, 2014, I filed the Entry of Appearance electronically through the CF/ECF system which caused the parties on the electronic service list, as fully set forth in the Notice of Electronic Filing, to be served by electronic mail.

                _____/s/_____
                Peter Thomas White