IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                      69cv07941 MV/LFG
                                                  Rio Chama Adjudication

    v.

ROMAN ARAGON, *et al.*,

        Defendants.

**ORDER GRANTING MOTION TO WITHDRAW**

THIS MATTER comes before the Court on Daniel A. Sanchez' Motion to Withdraw as Counsel. [Doc. 10986].

Mr. Sanchez seeks to withdraw as counsel of record for the Rio Chama Acequia Association in this case and states: (1) he no longer has a contractual relationship with the Rio Chama Acequia Association for representation in this case; (2) no arrangements for substitution of counsel have been made at this time; and (3) the Rio Chama Acequia Association does not oppose Mr. Sanchez' motion to withdraw. Mr. Sanchez' motion does not include a notice that the Rio Chama Acequia Association can appear only with an attorney as required by the District of New Mexico's Local Rules of Civil Procedure. See D.N.M.LR-Civ. 83.7 (association can only appear with an attorney) and 83.8(c) (motion to withdraw must include notice).

On March 13, 2014, the Court entered its Order to Show Cause notifying the Rio Chama Acequia Association that it can only appear with an attorney and ordering the Rio Chama Acequia Association to have a federally licensed attorney enter his or her appearance, or show cause why the Court should not dismiss the Rio Chama Acequia Association's claims without prejudice for failure to comply with D.N.M.LR-Civ. 83.7. [Doc. 10987]. Peter Thomas White

subsequently entered his appearance in substitution for Daniel Sanchez as attorney of record for Rio Chama Acequia Association. [Doc. 10990].

Now that the Rio Chama Acequia Association is appearing with a substitute attorney, the Court GRANTS Mr. Sanchez' motion to withdraw.

IT IS SO ORDERED.

_Lorenzo F. Garcia_
Lorenzo F. Garcia
United States Magistrate Judge