IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel.<br>STATE ENGINEER, | |
| Plaintiff, | NO. 69cv7941 MV/LFG |
| vs. | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, et al., | Section 1, Chama Mainstream |
| Defendants. | |

## MEMORANDUM OPINION AND ORDER

THIS MATTER is before the Court on the State of New Mexico's Motion to Approve Appointment of Rio Chama Watermaster. [Doc. 10989]. The Court will GRANT the motion.

The Partial Final Judgment and Decree ["Decree"] entered on July 26, 1971 for the Chama Mainstream Section requires that the State Engineer appoint a water master to assist in the administration and enforcement of the Decree "subject to the approval of the Court." [Doc. 1778, ¶ 8 at 6]. The duties of the water master include, but are not limited to: "the inspection and approval of meter installations required by the provisions of this [Decree]; the maintenance of records of water diversions; the supervision of water use under rights adjudicated [in the Decree] including the establishment of the rate of diversion for each ditch; and the preparation of rules and regulations for the administration of this [Decree]." [Doc. 1778, ¶ 9 at 6].

The State has appointed Frank Scott to serve as the Rio Chama water master for the Chama Mainstream Section because Antonio Trujillo, the previously appointed water master for the Chama Mainstream Section, has taken a position with another State agency and is no longer employed by the Office of the State Engineer. Mr. Scott has a Bachelor of Science in geology from Georgia State University, and was previously employed by the Office of the State Engineer as an Engineer Specialist for over five years. Mr. Scott was introduced to the members of the Rio

Chama ditch Association at a public meeting held on March 17, 2014 to discuss the administration of water during the upcoming irrigation season. After a description of his experience and qualifications, there were no objections or concerns to his appointment voiced by the members in attendance.

No responses opposing the State's motion to approve Mr. Scott as the water master for the Chama Mainstream Section have been filed. The Court will approve the State Engineer's appointment of Mr. Scott as the water master for the Chama Mainstream Section.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge