IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjlon Creek

Subfile No. CHCJ-002-0007

## MOTION FOR SUBSTITUTION OF PARTIES

      The plaintiff State of New Mexico, *ex rel.* State Engineer, pursuant to Fed. R. Civ. Pro 25(c), moves the Court to issue its order substituting Kurt Gramoll for defendants Dana J. Drannon and James M. Drannon in subfile CHCB-002-0007, and as grounds therefore plaintiff states:

      1.    The irrigated lands mapped in subfile CHCJ-002-0007 are now owned by defendant Kurt Gramoll as shown by the deed dated August 4, 2004, filed with the Rio Arriba County Clerk on August 6, 2004, Book 509, Page 375, and the Change of Ownership of a Water Right filed with the Office of the State Engineer on August 20, 2004.

      WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order substituting Kurt Gramoll for defendants Dana J. Drannon and James M. Drannon in subfile CHCJ-002-0007.

                                          Respectfully submitted,

                                            /s/ Ed Newville
                                          EDWARD G. NEWVILLE

Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 telephone

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   21st   day of April, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Kurt Gramoll
865 Asp Ave. #212
Norman, OK 73019

James M. Drannon
Dana J. Drannon
2420 5th Ave. South
Great Falls, Montana 59405

    /s/ Ed Newville
EDWARD G. NEWVILLE