IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   vs.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-002-0029

## MOTION FOR SUBSTITUTION OF PARTIES

    The plaintiff State of New Mexico, *ex rel.* State Engineer, pursuant to Fed. R. Civ. Pro 25(c), moves the Court to issue its order substituting Sergio Rivera for defendant Sabino Rivera in subfile CHCJ-002-0029, and as grounds therefore plaintiff states:

    1.    The irrigated lands mapped in subfile CHCJ-002-0029 are now owned by defendant Sabino Rivera as shown by the deed dated October 23, 2003, filed with the Rio Arriba County Clerk on November 21, 2003, Book 472, Page 334, and the Change of Ownership of a Water Right filed with the Office of the State Engineer on April 29, 2005.

    WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order substituting Sabino Rivera for defendant Sergio Rivera in subfile CHCJ-002-0029.

                                Respectfully submitted,

                                /s/ Ed Newville
                              EDWARD G. NEWVILLE
                              Special Assistant Attorney General
                              Office of State Engineer
                              P.O. Box 25102
                              Santa Fe, NM 87504-5102

(505) 867-7444 telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __21st__ day of April, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Sabino Rivera
1115 Ocate Rd. #102
Santa Fe, NM 87507

Segrio Rivera
16 Chalan Rd.
Santa Fe, NM 87507


   /s/ Ed Newville
EDWARD G.  NEWVILLE