IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941-MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Canjilon Creek<br><br>Subfile No. CHCJ-002-0047 |

## MOTION FOR SUBSTITUTION OF PARTIES

The plaintiff State of New Mexico, *ex rel.* State Engineer, pursuant to Fed. R. Civ. Pro 25(c), moves the Court to issue its order substituting Beverly R. Garcia and Jose Luz Garcia for defendant Julia Garcia in subfile CHCJ-002-0047, and as grounds therefore plaintiff states:

1. The irrigated lands mapped in subfile CHCJ-002-0047 are now owned by Beverly R. Garcia and Jose Luz Garcia as shown by the deed dated October 8, 2003, filed with the Rio Arriba County Clerk on October 9, 2003, Book 466, Page 138, and the Change of Ownership of a Water Right filed with the Office of the State Engineer on January 18, 2006.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order substituting Beverly R. Garcia and Jose Luz Garcia for defendant Julia Garica in subfile CHCJ-002-0047.

Respectfully submitted,

 /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer

P.O. Box 25102  
Santa Fe, NM 87504-5102  
(505) 867-7444 telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___21st___ day of April, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Beverly R. Garcia  
Jose Luz Garcia  
Box 51001  
Española, NM 87532


Julia Garica  
Box 51001  
Española, NM 87532


                                                    /s/ Ed Newville  
                                                  EDWARD G.  NEWVILLE