IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| v. | RIO CHAMA STREAM SYSTEM Section 3, Canjilon Creek |
| ROMAN ARAGON, *et al.*, | Subfile No.:  CHCJ-004-0005 |
| Defendants. | CHCJ-004-0033 |
| | CHCJ-004-0051 |
| | CHCJ-004-0053 |
| | CHCJ-004-0056 |
| | CHCJ-004-0057 |
| | CHCJ-004-0058 |

### MOTION TO AMEND CONSENT ORDERS DESCRIBING THE WATER RIGHTS ASSOCIATED WITH THE ACEQUIA DEL ORILLA DITCH

The plaintiff State of New Mexico, *ex rel.* State Engineer ("State") moves the Court to amend seven *Consent Orders* associated with the Acequia Del Orilla Ditch.  As grounds therefore plaintiff states:

1. The *Consent Orders* entered by the Court for subfiles CHCJ-004-0005 (Doc. No. 6563 entered on February 26, 2002), CHCJ-004-0033 (Doc. No. 6845 entered on September 4, 2002), CHCJ-004-0051 (Doc. No. 6635 entered on April 10, 2002), CHCJ-004-0053 (Doc. No. 6977 entered on December 5, 2002), CHCJ-004-0056 (Doc. No. 7499 entered on June 30, 2004), CHCJ-004-0057 (Doc. No. 6416 entered on December 4, 2001) and CHCJ-004-0058 (Doc. No. 6415 entered on December 4, 2001) describe the location of the X and Y coordinates for the Acequia Del Orilla Ditch as follows:

**Point of Diversion:**

> **Ditch Name:** ACEQUIA DEL ORILLA DITCH
> **Location   X:**   1,615,187 feet        **Y:**   2,007,978 feet
> New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

2. Upon further inspection and review by the State, the above X and Y coordinates for the Acequia Del Orilla Ditch as stated in the entered *Consent Orders* are incorrect. Subfiles CHCJ-004-0005, CHCJ-004-0033, CHCJ-004-0051, CHCJ-004-0053, CHCJ-004-0056, CHCJ-004-0057 and CHCJ-004-0058 are the only subfiles associated with the Acequia Del Orilla Ditch that are affected by this motion.

3. The correct X and Y coordinates for the Acequia Del Orilla Ditch are as follows:

**Point of Diversion:**

> **Ditch Name:** ACEQUIA DEL ORILLA DITCH
> **Location   X:**   1,584,012 feet        **Y:**   1,991,249 feet
> New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

WHEREFORE, the State requests the Court amend the *Consent Orders* entered for subfiles CHCJ-004-0005 (Doc. No. 6563), CHCJ-004-0033 (Doc. No. 6845), CHCJ-004-0051 (Doc. No. 6635), CHCJ-004-0053 (Doc. No. 6977), CHCJ-004-0056 (Doc. No. 7499), CHCJ-004-0057 (Doc. No. 6416) and CHCJ-004-0058 (Doc. No. 6415) describing irrigation under the Acequia Del Orilla Ditch as described in paragraph 3 above.

Pursuant to the Court's February 4, 2013 *Order* (Doc. No. 10891), the State requests the Clerk of the Court to mail copies of the approved Order requested in this Motion to the parties listed below at the address listed.

        Respectfully submitted,

          /s/ Ed Newville
        EDWARD G. NEWVILLE
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of April, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail, and served the following non-CM-ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

| CHCJ-004-0005 | CHCJ-004-0033 | CHCJ-004-0051 |
|---|---|---|
| Lawrence Vigil | Angelina G. Martinez | Richard Dant |
| P.O. Box 1193 | 1937 North 7th St. | 103-B Camino Los Abuelos |
| Espanola, NM  87532 | Colorado Springs, Co  80907 | Santa Fe, NM  87508 |
| CHCJ-004-0053 | CHCJ-004-0056 | CHCH-004-0057 |
| Theresita M. Trujillo | Danny J. Garcia | Juan C. Martinez |
| P.O. Box 28 | Velma Garcia | Longinia O. Martinez |
| Abiquiu, NM  87510 | P.O. Box 572 | P.O. Box 573 |
|  | Canjilon, NM  87515 | Canjilon, NM  87515 |
| CHCJ-004-0058 | | |
| Karla B. Vigil | | |
| Vicente Vigil | | |
| 1414 Hickox St. | | |
| Santa Fe, NM  87505 | | |

          /s/ Ed Newville
        EDWARD G. NEWVILLE