IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile No. CHCJ-004-0005
CHCJ-004-0033
CHCJ-004-0051
CHCJ-004-0053
CHCJ-004-0056
CHCJ-004-0057
CHCJ-004-0058

## ORDER AMENDING CONSENT ORDERS ASSOCIATED WITH THE ACEQUIA DEL ORILLA DITCH

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed April __, 2014 [Doc. _____] to amend the *Consent Orders* entered in subfiles CHCJ-004-0005 [Doc. 6563 entered on February 26, 2002], CHCJ-004-0033 [Doc. 6845 entered on September 4, 2002], CHCJ-004-0051 [Doc. 6635 entered on April 10, 2002], CHCJ-004-0053 [Doc. 6977 entered on December 5, 2002], CHCJ-004-0056 [Doc. 7499 entered on June 30, 2004], CHCJ-004-0057 [Doc. 6416 entered on December 4, 2001] and CHCJ-004-0058 [Doc. 6415 entered on December 4, 2001] in connection with the Acequia Del Orilla Ditch.

Having reviewed the Motion and being fully advised in the premises, the Court will GRANT the motion.

**IT IS THEREFORE ORDERED**, that the X and Y coordinates for the Acequia Del

Orilla Ditch contained in the *Consent Orders* be corrected to read as follows:

      **Point of Diversion:**

          **Ditch Name:**  ACEQUIA DEL ORILLA DITCH
          **Location   X:**  1,584,012 feet        **Y:**  1,991,249 feet
          New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

No other changes to the *Consent Orders* in Subfiles CHCJ-004-0005, CHCJ-004-0033, CHCJ-004-0051, CHCJ-004-0053, CHCJ-004-0056, CHCJ-004-0057 and CHCJ-004-0058 should be made at this time.   No responses opposing the State's motion have been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

| | | |
|---|---|---|
| Lawrence Vigil<br>P.O. Box 1193<br>Espanola, NM   87532 | Angelina G. Martinez<br>1937 North 7th St.<br>Colorado Springs, Co   80907 | Richard Dant<br>103-B Camino Los Abuelos<br>Santa Fe, NM   87508 |
| Theresita M. Trujillo<br>P.O. Box 28<br>Abiquiu, NM   87510 | Danny J. Garcia<br>Velma Garcia<br>P.O. Box 572<br>Canjilon, NM   87515 | Juan C. Martinez<br>Longinia O. Martinez<br>P.O. Box 573<br>Canjilon, NM   87515 |
| Karla B. Vigil<br>Vicente Vigil<br>1414 Hickox St.<br>Santa Fe, NM   87505 | | |

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

Approved:

_____
LORENZO F. GARCIA
United States Magistrate Judge