IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile No.:  CHCJ-004-0005
             CHCJ-004-0033
             CHCJ-004-0056
             CHCJ-004-0057
             CHCJ-004-0058
             CHCJ-005-0002
             CHCJ-005-0003

## MOTION TO AMEND CONSENT ORDERS AND DEFAULT JUDGMENT ORDER DESCRIBING THE WATER RIGHTS ASSOCIATED WITH THE GARCIA DITCH NO. 1

The plaintiff State of New Mexico, *ex rel.* State Engineer ("State") moves the Court to amend six *Consent Orders* and one *Order Granting Default Judgment* associated with the Garcia Ditch No. 1.   As grounds therefore plaintiff states:

    1.     The *Consent Orders* entered by the Court for subfiles CHCJ-004-0005 (Doc. No. 6563 entered on February 26, 2002), CHCJ-004-0033 (Doc. No. 6845 entered on September 4, 2002), CHCJ-004-0056 (Doc. No. 7499 entered on June 30, 2004), CHCJ-004-0057 (Doc. No. 6416 entered on December 4, 2001), CHCJ-004-0058 (Doc. No. 6415 entered on December 4, 2001), CHCJ-005-0003 (Doc No. 6562 entered on February 26, 2002) and the *Order Granting Default Judgment* for subfile CHCJ-005-0002 (Doc. No. 6835 entered on August 29, 2002) describe the location of the X and Y coordinates for the Garcia Ditch No. 1 as follows:

**Point of Diversion:**

**Ditch Name:** GARCIA DITCH NO. 1
**Location   X:**  1,609,566 feet      **Y:**  2,008,899 feet
New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

2.      Upon further inspection and review by the State, the above X and Y coordinates for the Garcia Ditch No. 1 as stated in the entered *Consent Orders* and *Order Granting Default Judgment* are incorrect.   Subfiles CHCJ-004-0005, CHCJ-004-0033, CHCJ-004-0056, CHCJ-004-0057, CHCJ-004-0058, CHCJ-005-0002 and CHCJ-005-0003 are the only subfiles associated with the Garcia Ditch No. 1 that are affected by this motion.

3.      The correct X and Y coordinates for the Garcia Ditch No. 1 are as follows:

**Point of Diversion:**

**Ditch Name:** GARCIA DITCH NO. 1
**Location   X:**  1,582,319 feet      **Y:**  1,989,955 feet
New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

WHEREFORE, the State requests the Court amend the *Consent Orders* and *Order Granting Default Judgment* entered for subfiles CHCJ-004-0005 (Doc. No. 6563), CHCJ-004-0033 (Doc. No. 6845), CHCJ-004-0056 (Doc. No. 7499), CHCJ-004-0057 (Doc. No. 6416), CHCJ-004-0058 (Doc. No. 6415), CHCJ-005-0002 (Doc. No. 6835) and CHCJ-005-0003 (Doc. No. 6562) describing irrigation under the Garcia Ditch No. 1 as described in paragraph 3 above.

Pursuant to the Court's February 4, 2013 *Order* (Doc. No. 10891), the State requests the Clerk of the Court to mail copies of the approved Order requested in this Motion to the parties listed below at the address listed.

-2-

Respectfully submitted,

___/s/ Ed Newville_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of April, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail, and served the following non-CM/ECF participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

CHCJ-004-0005
Lawrence Vigil
P.O. Box 1193
Espanola, NM   87532

CHCJ-004-0033
Angelina G. Martinez
1937 North 7th St.
Colorado Springs, Co   80907

CHCJ-004-0056
Danny J. Garcia
Velma Garcia
P.O. Box 572
Canjilon, NM   87515

CHCJ-004-0057
Juan C. Martinez
Longinia O. Martinez
P.O. Box 573
Canjilon, NM   87515

CHCJ-004-0058
Karla B. Vigil
Vicente Vigil
1414 Hickox St.
Santa Fe, NM   87505

CHCH-005-0002
Florence Maestas
Richard Maestas
P.O. Box 1848
Espanola, NM   87532

CHCJ-005-0003
Grace G. Baker
James M. Baker
P.O. Box 3362
Fairview, NM   87533

_____/s/ Ed Newville_____
EDWARD G. NEWVILLE

-3-