IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile Nos.:
CHCJ-003-0007   CHCJ-003-0083
CHCJ-003-0043   CHCJ-003-0084
CHCJ-003-0045   CHCJ-003-0085
CHCJ-003-0080   CHCJ-003-0086B
CHCJ-003-0082

## ORDER AMENDING CONSENT ORDERS AND DEFAULT JUDGMENT ASSOCIATED WITH THE ACEQUIA EL PINABETAL DITCH

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed May 6th, 2014 [Doc. _____] to amend the *Consent Orders* entered in subfiles CHCJ-003-0043 [Doc. 6974 entered on December 5, 2002], CHCJ-003-0045 [Doc. 7032 entered on January 22, 2003], CHCJ-003-0080 [Doc. 6637 entered on April 10, 2002], CHCJ-003-0083 [Doc. 6498 entered on January 25, 2002], CHCJ-003-0084 [Doc. 6565 entered on February 26, 2002], CHCJ-003-0086B [Doc. 6500 entered on January 25, 2002] and the *Order Granting Default Judgment* [Doc. 6835 entered on August 29, 2002] for subfiles CHCJ-003-0007, CHCJ-003-0082 and CHCJ-003-0085 in connection with the Acequia el Pinabetal Ditch

    Having reviewed the Motion and being fully advised in the premises, the Court will GRANT the motion.

**IT IS THEREFORE ORDERED**, that the X and Y coordinates for the Acequia el Pinabetal Ditch contained in the *Consent Orders* and *Order Granting Default Judgment* be corrected to read as follows:

**Point of Diversion:**

**Ditch Name:** ACEQUIA EL PINABETAL DITCH
**Location   X:**  1,584,041 feet        **Y:**  1,999,450 feet
New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

No other changes to the *Consent Orders* in Subfiles CHCJ-003-0043, CHCJ-003-0045, CHCJ-003-0080, CHCJ-003-0083, CHCJ-003-0084, CHCJ-003-0086B, and the *Order Granting Default* Judgment in subfiles CHCJ-003-0007, CHCJ-003-0082 and CHCJ-003-0085 should be made at this time.   No responses opposing the State's motion have been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

| | | |
|---|---|---|
| William H. Storey, III<br>P.O. Box 674<br>El Rito, NM 87530 | Carla Martinez<br>Tony M. Martinez<br>P.O. Box 177<br>Los Ojos, NM 87551 | Jake Martinez<br>Vangie Martinez<br>P.O. Box 453<br>Canjilon, NM 87515 |
| John J. Serrano<br>P.O. Box 426<br>Canjilon, NM 87515 | Octaviano Montano, Jr.<br>10571 Colorado Blvd.<br>Thornton, CO 80233 | Melissa Martinez<br>Ray Martinez<br>P.O. Box 506<br>Canjilon, NM 87515 |
| Joseph G. Medina<br>127 Alamo Drive<br>Santa Fe, NM 87501 | Margaret A. Miera<br>General Delivery<br>Canjilon, NM 87515 | Onesimo Martinez<br>P.O. Box 551<br>Canjilon, NM 87515 |

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

Approved:

_____
LORENZO F. GARCIA
United States Magistrate Judge