IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile Nos.:
| | |
|---|---|
| CHCJ-002-0002 | CHCJ-003-0071 |
| CHCJ-002-0010 | CHCJ-003-0073 |
| CHCJ-002-0028 | CHCJ-003-0074 |
| CHCJ-002-0029 | CHCJ-003-0075 |
| CHCJ-002-0030 | CHCJ-003-0076 |
| CHCJ-002-0032 | CHCJ-003-0077 |
| CHCJ-002-0036 | CHCJ-003-0079 |
| CHCJ-002-0053 | CHCJ-003-0080 |
| CHCJ-002-0054 | CHCJ-004-0054 |
| CHCJ-003-0065 | |

## MOTION TO AMEND CONSENT ORDERS AND DEFAULT JUDGMENT ORDERS DESCRIBING THE WATER RIGHTS ASSOCIATED WITH THE OTRA VANDA DITCH

    The plaintiff State of New Mexico, *ex rel.* State Engineer ("State") moves the Court to amend seventeen *Consent Orders* and one *Order Granting Default Judgment* associated with the Otra Vanda Ditch. As grounds therefore plaintiff states:

    1.    Seventeen *Consent Orders* and one *Order Granting Default Judgment* (impacting two subfiles) were entered by the Court describing the location of the X and Y coordinates for the Otra Vanda Ditch as follows:

**Point of Diversion:**

    **Ditch Name:** OTRA VANDA DITCH
    **Location   X:**   1,583,583 feet         **Y:**   1,981,520 feet
    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

2.    Upon further inspection and review by the State, the above X and Y coordinates for the Otra Vanda Ditch as stated in the entered *Consent Orders* and *Order Granting Default Judgment* are incorrect. The correct location of the X and Y coordinates for the Otra Vanda Ditch is:

**Point of Diversion:**

    **Ditch Name:** OTRA VANDA DITCH
    **Location   X:**   1,589,954 feet         **Y:**   2,002,692 feet
    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

3.    The individual subfile orders containing the incorrect location of the X and Y coordinates for the Otra Vanda Ditch that should be amended and revised are as follows:

CHCJ-002-0002 *Consent Order* (Doc. 6972) entered on December 5, 2002 (Pedro P. Trujillo);

CHCJ-002-0010 *Consent Order* (Doc. 7223) entered on September 19, 2003 (Melissa & Ray Martinez);

CHCJ-002-0028 *Consent Order* (Doc. 6131) entered on January 18, 2001 (Jerry & Lydia Garcia);

CHCJ-002-0029 *Consent Order* (Doc. 6842) entered on September 4, 2002 (Sergio Rivera);

CHCJ-002-0030 *Order Granting Default Judgment* (Doc. 6835) entered on August 29, 2002 (Max Marquez);

CHCJ-002-0032 *Consent Order* (Doc. 6132) entered on January 18, 2001 (Ross A. Martinez, Jr.);

CHCJ-002-0036 *Consent Order* (Doc. 7105) entered on April 9, 2003 (Adriano G. & Valeria M. Valdez);

CHCJ-002-0053 *Consent Order* (Doc. 6252) entered on June 11, 2001 (Patrick Valdez);

CHCJ-002-0054 *Consent Order* (Doc. 6251) entered on June 11, 2001 (Antonio Valdez);

CHCJ-003-0065 *Consent Order* (Doc. 6247) entered on June 11, 2001 (Ephraim Valencia);

CHCJ-003-0071 *Consent Order* (Doc. 6392) entered on October 29, 2001 (Jolly Family Trust);

CHCJ-003-0073 *Consent Order* (Doc. 6295) entered on July 23, 2001 (Jose Modesto Madrid);

CHCJ-003-0074 *Consent Order* (Doc. 6373) entered on October 16, 2001 (Angela D. & Max David Martinez);

CHCJ-003-0075 *Consent Order* (Doc. 6112) entered on January 10, 2001 (Albert & Irene B. Martinez);

CHCJ-003-0076 *Consent Order* (Doc. 6496) entered on January 25, 2002 (Jonathan Martinez);

CHCJ-003-0077 *Order Granting Default Judgment* (Doc. 6835) entered on August 29, 2002 (Armando & Frances Vigil);

CHCJ-003-0079 *Consent Order* (Doc. 6497) entered on January 25, 2002 (Geraldine Martinez A/K/A Geraldine N. Valdez);

CHCJ-003-0080 *Consent Order* (Doc. 6637) entered on April 10, 2002 (John J. Serrano);

CHCJ-004-0054 *Consent Order* (Doc. 6114) entered on January 10, 2001 (Chester O. Weaver).

WHEREFORE, the State requests the Court amend the above identified *Consent Orders* and *Order Granting Default Judgment* by correcting the location of the X and Y coordinates for the Otra Vanda Ditch as stated above in paragraph 2.

Pursuant to the Court's February 4, 2013 *Order* (Doc. 10891), the State requests the Clerk of the Court to mail copies of the approved Order requested in this Motion to the parties listed below at the address listed.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of May, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail, and served the following non-CM-ECF participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

| | | |
|---|---|---|
| CHCJ-002-0002<br>Pedro P. Trujillo<br>P.O. Box 1215<br>San Juan Pueblo, NM 87566 | CHCJ-002-0010<br>Melissa Martinez<br>Ray Martinez<br>P.O. Box 506<br>Canjilon, NM 87515 | CHCJ-002-0028<br>Jerry Garcia<br>Lydia Garcia<br>7231 Laster NE<br>Albuquerque, NM 87109 |
| CHCJ-002-0029<br>Sergio Rivera<br>16 Chalan Rd.<br>Santa Fe, NM 87507 | CHCJ-002-0030<br>Max Marquez<br>P.O. Box 704<br>El Rito, NM 87530 | CHCJ-002-0032<br>Ross A. Martinez, JR<br>P.O. Box 576<br>Canjilon, NM 87515 |
| CHCJ-002-0036<br>Adriano G. Valdez<br>Valeria M. Valdez<br>P.O. Box 484<br>Canjilon, NM 87515 | CHCJ-002-0053<br>Patrick Valdez<br>P.O. Box 381<br>Espanola, NM 87532 | CHCJ-002-0054<br>Antonio Valdez<br>P.O. Box 544<br>Canjilon, NM 87515 |

CHCJ-003-0065
Ephraim Valencia
214 South Pacific St. #F
Oceanside, CA 92054

CHCJ-003-0071
Jolly Family Trust
Jeanne A. Jolly, Trustee
P.O. Box 518
Canjilon NM 87515

CHCJ-003-0073
Jose Modesto Madrid
P.O. Box 574
Canjilon, NM 87515

CHCJ-003-0074
Angela D. Martinez
Max David Martinez
P.O. Box 3912
Fairview, NM 87533

CHCJ-003-0075
Albert Martinez
Irene B. Martinez
P.O. Box 555
Canjilon, NM 87515

CHCJ-003-0076
Jonathan Martinez
P.O. Box 508
Abiquiu, NM 87510

CHCJ-003-0077
Armando Vigil
Frances Vigil
409 Calle Del Rio #2
Espanola, NM 87532

CHCJ-003-0079
Geraldine Martinez
A/K/A Geraldine N. Valdez
P.O. Box 508
Abiquiu, NM 87515

CHCJ-003-0080
John J. Serrano
P.O. Box 426
Canjilon, NM 87515

CHCJ-004-0054
Chester O. Weaver
3301 Bahama St. N.E.
Albuquerque, NM 87111

        /s/ Ed Newville
EDWARD G. NEWVILLE