IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941-MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Canjilon Creek<br><br>Subfile No. CHCJ-001-0004E |

**MOTION TO VACATE CONSENT ORDER
IN SUBFILE CHCJ-001-0004E**

The plaintiff State of New Mexico, *ex rel.* State Engineer, ("State") moves the Court to vacate the Consent Order filed November 2, 2006 (Doc. 8425) in subfile CHCJ-001-0004E, and as grounds therefore plaintiff states:

1.      The mapping of the irrigated lands in subfile CHCJ-001-0004E was revised after the filing of a Consent Order in this subfile on November 2, 2006 (Doc. 8425) and a revised Consent Order was approved and filed on May 12, 2008 (Doc. 9194).  The State failed to request that the Court vacate the first Consent Order filed on November 2, 2006.  In order to clear the record, the State requests that the Court at this time vacate the Consent Order filed on November 2, 2006.

WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order vacating the Consent Order filed on November 2, 2006 (Doc. 8425) in subfile CHCJ-001-0004E.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G.  NEWVILLE
Special Assistant Attorney General

        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___6th___ day of May, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Kurt Gramoll
865 Asp Ave. #212
Norman, OK 73019

        /s/ Ed Newville
        EDWARD G. NEWVILLE