IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

          Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-003-0078

## MOTION TO VACATE CONSENT ORDER
## IN SUBFILE CHCJ-003-0078

      The plaintiff State of New Mexico, *ex rel.* State Engineer, ("State") moves the Court to vacate the Consent Order filed June 11, 2001 (Doc. 6246) in subfile CHCJ-003-0078, and as grounds therefore plaintiff states:

      1.    The mapping of the irrigated lands in subfile CHCJ-003-0078 was revised after the filing of a Consent Order in this subfile on June 11, 2001 (Doc. 6246) and a revised Consent Order was approved and filed on November 18, 2004 (Doc. 7654).  The State failed to request that the Court vacate the first Consent Order filed on June 11, 2001.  In order to clear the record, the State requests that the Court at this time vacate the Consent Order filed on June 11, 2001.

      WHEREFORE, the plaintiff State of New Mexico requests the Court to enter its order vacating the Consent Order filed on June 11, 2001 (Doc. 6246) in subfile CHCJ-003-0078.

                    Respectfully submitted,

                    /s/ Ed Newville
                    EDWARD G.  NEWVILLE
                    Special Assistant Attorney General
                    Office of State Engineer
                    P.O. Box 25102

Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __6th__ day of May, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Gusman F. Montaño
Mary Lou Montaño
P.O. Box 502
Canjilon, NM 87515

__/s/ Ed Newville_____
EDWARD G.  NEWVILLE