IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-002-0021

### MOTION TO AMEND THE CONSENT ORDER
### FILED FEBRUARY 26, 2002 IN SUBFILE CHCJ-002-0021

The plaintiff State of New Mexico, *ex rel.* State Engineer, ("State") moves the Court to amend the Consent Order filed February 26, 2002 (Doc. 6566) in subfile CHCJ-002-0021, and as grounds therefore plaintiff states:

1.    The Consent Order filed February 26, 2002 (Doc. 6566) in subfile CHCJ-002-0021 contains a clerical error in the description of the location of the No Right tract (5.6 ac.) in paragraph B of the Consent Order. The No Right tract is located in the NE1/4 of Section 17, Township 26N, Range 5E, not in the "SE ¼ " as stated in the Consent Order.

2.    The description of the location of the No Right tract in the Consent Order filed February 26, 2002 should be amended as follows:

    <u>Section 17, Township 26N, Range 05E, N.M.P.M</u>

        Pt. NE ¼

The amount of acreage (5.6 ac.) is unchanged.

WHEREFORE, the State requests the Court to amend the description of the location of the No Right tract in the Consent Order filed February 26, 2002 as described above in paragraph

2.

Pursuant to the Court's February 4, 2013 Order (Doc. 10891), the State requests the Clerk of the Court to mail a copy of the approved Order requested in this Motion to the parties listed below at the address listed.

Respectfully submitted,

/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail, and served the following non-CM/ECF Participants in the manner indicated:

via first class mail, postage prepaid addressed as follows:

Paul R. Baca
P.O. Box 477
Canjilon, NM 87515

/s/ Ed Newville
EDWARD G. NEWVILLE
