IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-002-0007

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the State of New Mexico's Motion for Substitution of Parties. [Doc. 10993]. The State seeks to substitute Kurt Gramoll for Defendants Dana J. Drannon and James M. Drannon with respect to the water rights described in subfile CHCJ-002-0007. Kurt Gramoll purchased the property associated with subfile CHCJ-002-0007 and filed the appropriate Change of Ownership of a Water Right form with the Office of the State Engineer. Federal Rule of Civil Procedure 25(c) allows the new owners to be substituted in an action when an interest is transferred. No responses opposing the motion have been filed. The Court will GRANT the motion.

    The Clerk of the Court shall mail copies of this Order to the following:

Kurt Gramoll
865 Asp Ave. #212
Norman, OK 73019

James M. Drannon
Dana J. Drannon
2420 5th Ave. South
Great Falls, MT 59405

IT IS SO ORDERED

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge