IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM<br>Section 3: Canjilon Creek |
| ROMAN ARAGON, *et al.*, | Subfile No. CHCJ-002-0047 |
| Defendants. | |

## ORDER SUBSTITUTING PARTIES

THIS MATTER is before the Court on the State of New Mexico's Motion for Substitution of Parties. [Doc. 10995]. The State seeks to substitute Beverly R. Garcia and Jose Luz Garcia for Defendant Julia Garcia with respect to the water rights described in subfile CHCJ-002-0047. Beverly R. Garcia and Jose Luz Garcia purchased the property associated with subfile CHCJ-002-0047 and filed the appropriate Change of Ownership of a Water Right form with the Office of the State Engineer. Federal Rule of Civil Procedure 25(c) allows the new owners to be substituted in an action when an interest is transferred. No responses opposing the motion have been filed. The Court will GRANT the motion.

The Clerk of the Court shall mail copies of this Order to the following:

Beverly R. Garcia
Jose Luz Garcia
Box 51001
Española, NM 87532

Julia Garcia
Box 51001
Española, NM 87532

IT IS SO ORDERED

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge