69cv7941 M/
Re Doc. 1108

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SANTIAGO E. CAMPOS U.S. COURTHOUSE
106 S. FEDERAL PLACE
SANTA Fe, NEW MEXICO 87501

OFFICIAL BUSINESS

Julia Garcia
Box 51001
Espanola, NM 87532

ALBUQUERQUE NM 870
14 MAY 2014 PM 3

RECEIVED AT SANTA FE
MAY 19 2014
MATTHEW J. DYKMAN
CLERK

HASLER
05/14/14
$0.48
Mailed From 87501
US POSTAGE

NIXIE    871    SE 1    0005    0005/16/14
         RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD
BC: 87501301199    *0568-00851-14-39

8750103011
8753299995