69cv7941 MV
Re: Doc: 1108

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SANTIAGO E. CAMPOS U.S. COURTHOUSE
106 S. FEDERAL PLACE
SANTA Fe, NEW MEXICO 87501

OFFICIAL BUSINESS

Beverly Garcia
Jose Garcia
Box 51001
Espanola, NM 87532

RECEIVED AT SANTA FE
MAY 19 2014
MATTHEW J. DYKMAN
CLERK

NIXIE   271   SE  1   0005/15/14
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 87501301199   *0768-01540-14-39*

US POSTAGE $0.48
Mailed From 87501
05/14/14
015H14157939