IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| v. | RIO CHAMA STREAM SYSTEM Section 3, Canjilon Creek |
| ROMAN ARAGON, *et al.,* | Subfile Nos.:   CHCJ-003-0022A |
| Defendants. | CHCJ-003-0048 |

## MOTION TO CORRECT DEFENDANTS' NAMES

The plaintiff State of New Mexico, *ex rel.* State Engineer ("State") moves the Court to issue an order correcting the names of two defendants in two subfiles to read as follows:

1.   In subfile CHCJ-003-0022A the defendant's name appears as Belinda M. Martinez. The defendant's name should appear as Belinda M. Valdez.

2.   In subfile CHCJ-0048 one of the defendant's names appears as Maria Leyba.   This defendant's name should appear as Maria F. M. Leyba.

WHEREFORE, the State requests the Court correct the name of the two defendants as stated in paragraphs one and two above.

Pursuant to the Court's February 4, 2013 *Order* (Doc. No. 10891), the State requests the Clerk of the Court to mail copies of the approved Order requested in this Motion to the parties listed below at the address listed.

-1-

Respectfully submitted,

　　/s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of May, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail, and served the following non-CM-ECF participants via first class mail postage prepaid, addressed as follows:

CHCJ-003-0022A
Belinda M. Valdez
P.O. Box 3112
Espanola, NM 87533

CHCJ-003-0048
Alex Leyba
Maria F. M. Leyba
Reyna Leyba
P.O. Box 451
Canjilon, NM   87515

　　/s/ Ed Newville
EDWARD G. NEWVILLE