IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM

Section 7: Tierra Amarilla,

## NOTICE AND ORDER

THIS MATTER is before the Court on the *Motion by the State of New Mexico for an Order to Require Defendants in the Tierra Amarilla Subsection That Filed Objections to Proposed Irrigation Water Requirements to File a Statement of Claims*. (Doc. _____, filed May 23, 2014).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that the following defendants in the Tierra Amarilla subsection, defendants that filed objections to the State's proposed irrigation water requirements in response to the Court's *Notice and Order to Show Cause*, file a statement of claims setting forth the specific irrigation water requirements claimed, and the general factual and legal grounds for those claims **on or before August 29, 2014**:

    Defendants

        Tierra Amarilla Community Ditch

Associación de Acéquias Norteñas de Rio Arriba

Chama Valley Independent School District No. 19

A defendant's failure to timely file a statement of claims shall be grounds to dismiss their objections to the State's proposed IWR.

Defendants that file a statement of claims will be required to attend a **mandatory** scheduling conference with the Court. Further proceedings on the claims of the objecting defendants will be scheduled at that conference. A defendant's failure to attend the mandatory scheduling conference shall be grounds to dismiss their objections to the State's proposed IWR. At that conference, the State and the parties shall be required to address any of the following matters:

    a.    Notice that should be provided to other defendants in the Tierra Amarilla subsection that all defendants in the subsection will be bound by the resolution of the objections to the State's proposed IWR, and that they may participate in the proceedings to resolve the objections;

    b.    A proposed schedule for discovery including initial disclosures, disclosure of expert testimony and reports, identification of lay witnesses and exchange of exhibits;

    c.    Scheduling of any anticipated dispositive motions; and

    d.    Scheduling of a final pretrial conference and entry of a pretrial order.

**IT IS SO ORDERED.**

                                        Lorenzo F. Garcia
                                        United States Magistrate Judge