CV 69-7941
Doc #11007

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
OFFICE OF THE CLERK
SANTIAGO E. CAMPOS U.S. COURTHOUSE
106 S. FEDERAL PLACE
SANTA FE, NEW MEXICO 87501

OFFICIAL BUSINESS

Sabino Rivera
1115 Ocate Rd #102
Santa Fe, NM 87507

NIXIE
MATTHEW J. DYKMAN 01/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 87501301199      *0768-01750-14-39

RECEIVED AT SANTA FE
JUN 0 2 2014

HASLER
015H14157939
05/14/14
$0.48
Mailed From 87501
US POSTAGE