IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Canjilon Creek<br><br>Subfile No. CHCJ-004-0005<br>　　　　　　CHCJ-004-0033<br>　　　　　　CHCJ-004-0056<br>　　　　　　CHCJ-004-0057<br>　　　　　　CHCJ-004-0058<br>　　　　　　CHCJ-005-0002<br>　　　　　　CHCJ-005-0003 |

## ORDER AMENDING CONSENT ORDERS AND DEFAULT JUDGMENT ASSOCIATED WITH THE GARCIA DITCH NO. 1

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed April 28, 2014 [Doc. 10997] to amend the *Consent Orders* entered in subfiles CHCJ-004-0005 [Doc. 6563 entered on February 26, 2002], CHCJ-004-0033 [Doc. 6845 entered on September 4, 2002], CHCJ-004-0056 [Doc. 7499 entered on June 30, 2004], CHCJ-004-0057 [Doc. 6416 entered on December 4, 2001], CHCJ-004-0058 [Doc. 6415 entered on December 4, 2001], CHCJ-005-0003 [Doc. 6562 entered on February 26, 2002] and *Order Granting Default Judgment* in subfile CHCJ-005-0002 [Doc. 6835 entered on August 29, 2002] in connection with the Garcia Ditch No. 1.

Having reviewed the Motion and being fully advised in the premises, the Court will GRANT the motion.

**IT IS THEREFORE ORDERED**, that the X and Y coordinates for the Garcia Ditch

No. 1 contained in the *Consent Orders* and *Order Granting Default Judgment* be corrected to read as follows:

    **Point of Diversion:**

        **Ditch Name:**  GARCIA DITCH NO. 1
        **Location  X:**  1,582,319 feet  **Y:**  1,989,955 feet
        New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

No other changes to the *Consent Orders* in Subfiles CHCJ-004-0005, CHCJ-004-0033, CHCJ-004-0056, CHCJ-004-0057, CHCJ-004-0058, CHCJ-005-0003, and the *Order Granting Default* Judgment in subfile CHCJ-005-0002 should be made at this time. No responses opposing the State's motion have been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

| | | |
|---|---|---|
| Lawrence Vigil<br>P.O. Box 1193<br>Espanola, NM  87532 | Angelina G. Martinez<br>1937 North 7th St.<br>Colorado Springs, Co   80907 | Danny J. Garcia<br>Velma Garcia<br>P.O. Box 572<br>Canjilon, NM   87515 |
| Juan C. Martinez<br>Longinia O. Martinez<br>P.O. Box 573<br>Canjilon, NM   87515 | Karla B. Vigil<br>Vicente Vigil<br>1414 Hickox St.<br>Santa Fe, NM   87505 | Florence Maestas<br>Richard Maestas<br>P.O. Box 1848<br>Espanola, NM   87532 |
| Grace G. Baker<br>James M. Baker<br>P.O. Box 3362<br>Fairview, NM   87533 | | |

                                            **MARTHA VÁZQUEZ**
                                            **UNITED STATES DISTRICT JUDGE**

Approved:

**LORENZO F. GARCIA**
United States Magistrate Judge