IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile No. CHCJ-004-0033
CHCJ-004-0058

## ORDER AMENDING CONSENT ORDERS ASSOCIATED WITH THE MONTOYA CREEK DITCH

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed April 28, 2014 [Doc. 10999] to amend the *Consent Orders* entered in subfiles CHCJ-004-0033 [Doc. 6845 entered on September 4, 2002] and CHCJ-004-0058 [Doc. 6415 entered on December 4, 2001] in connection with the Montoya Creek Ditch.

Having reviewed the Motion and being fully advised in the premises, the Court will GRANT the motion.

**IT IS THEREFORE ORDERED**, that the X and Y coordinates for the Montoya Creek Ditch contained in the *Consent Orders* be corrected to read as follows:

**Point of Diversion:**

    **Ditch Name:** MONTOYA CREEK DITCH
    **Location X:** 1,583,785 feet     **Y:** 1,989,516 feet
    New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

No other changes to the *Consent Orders* entered in Subfiles CHCJ-004-0033 and CHCJ-004-0058 should be made at this time. No responses opposing the State's motion have been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

Angelina G. Martinez
1937 North 7th St.
Colorado Springs, CO   80907

Karla B. Vigil
Vincente Vigil
1414 Hickox St.
Santa Fe, NM   87505

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

Approved:

_____
LORENZO F. GARCIA
United States Magistrate Judge