IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile Nos.:

| | |
|---|---|
| CHCJ-003-0007 | CHCJ-003-0083 |
| CHCJ-003-0043 | CHCJ-003-0084 |
| CHCJ-003-0045 | CHCJ-003-0085 |
| CHCJ-003-0080 | CHCJ-003-0086B |
| CHCJ-003-0082 | |

## ORDER AMENDING CONSENT ORDERS AND DEFAULT JUDGMENT ASSOCIATED WITH THE ACEQUIA EL PINABETAL DITCH

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico,

*ex rel.* State Engineer filed May 6th, 2014 [Doc. 11000] to amend the *Consent Orders* entered in

subfiles CHCJ-003-0043 [Doc. 6974 entered on December 5, 2002], CHCJ-003-0045 [Doc. 7032

entered on January 22, 2003], CHCJ-003-0080 [Doc. 6637 entered on April 10, 2002],

CHCJ-003-0083 [Doc. 6498 entered on January 25, 2002], CHCJ-003-0084 [Doc. 6565 entered

on February 26, 2002], CHCJ-003-0086B [Doc. 6500 entered on January 25, 2002] and the *Order*

*Granting Default Judgment* [Doc. 6835 entered on August 29, 2002] for subfiles CHCJ-003-0007,

CHCJ-003-0082 and CHCJ-003-0085 in connection with the Acequia el Pinabetal Ditch

Having reviewed the Motion and being fully advised in the premises, the Court will

**GRANT** the motion.

**IT IS THEREFORE ORDERED**, that the X and Y coordinates for the Acequia el Pinabetal Ditch contained in the *Consent Orders* and *Order Granting Default Judgment* be corrected to read as follows:

### Point of Diversion:

**Ditch Name:** ACEQUIA EL PINABETAL DITCH
**Location X:** 1,584,041 feet      **Y:** 1,999,450 feet
New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

No other changes to the *Consent Orders* in Subfiles CHCJ-003-0043, CHCJ-003-0045, CHCJ-003-0080, CHCJ-003-0083, CHCJ-003-0084, CHCJ-003-0086B, and the *Order Granting Default* Judgment in subfiles CHCJ-003-0007, CHCJ-003-0082 and CHCJ-003-0085 should be made at this time.   No responses opposing the State's motion have been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

William H. Storey, III
P.O. Box 674
El Rito, NM 87530

Carla Martinez
Tony M. Martinez
P.O. Box 177
Los Ojos, NM 87551

Jake Martinez
Vangie Martinez
P.O. Box 453
Canjilon, NM 87515

John J. Serrano
P.O. Box 426
Canjilon, NM 87515

Octaviano Montano, Jr.
10571 Colorado Blvd.
Thornton, CO 80233

Melissa Martinez
Ray Martinez
P.O. Box 506
Canjilon, NM 87515

Joseph G. Medina
127 Alamo Drive
Santa Fe, NM 87501

Margaret A. Miera
General Delivery
Canjilon, NM 87515

Onesimo Martinez
P.O. Box 551
Canjilon, NM 87515

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

-2-

Approved:

LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE