IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile Nos.:
| | |
|---|---|
| CHCJ-002-0002 | CHCJ-003-0071 |
| CHCJ-002-0010 | CHCJ-003-0073 |
| CHCJ-002-0028 | CHCJ-003-0074 |
| CHCJ-002-0029 | CHCJ-003-0075 |
| CHCJ-002-0030 | CHCJ-003-0076 |
| CHCJ-002-0032 | CHCJ-003-0077 |
| CHCJ-002-0036 | CHCJ-003-0079 |
| CHCJ-002-0053 | CHCJ-003-0080 |
| CHCJ-002-0054 | CHCJ-004-0054 |
| CHCJ-003-0065 | |

## ORDER AMENDING CONSENT ORDERS AND DEFAULT JUDGMENT ORDER ASSOCIATED WITH THE OTRA VANDA DITCH

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed May 6th, 2014 [Doc. 11002] to amend the *Consent Orders* entered in subfiles CHCJ-002-0002 [Doc. 6972 entered on December 5, 2002], CHCJ-002-0010 [Doc. 7223 entered on September 19, 2003], CHCJ-002-0028 [Doc. 6131 entered on January 18, 2001], CHCJ-002-0029 [Doc. 6842 entered on September 4, 2002], CHCJ-002-0032 [Doc. 6132 entered on January 18, 2001], CHCJ-002-0036 [Doc. 7105 entered on April 9, 2003], CHCJ-002-0053 [Doc. 6252 entered on June 11, 2001], CHCJ-002-0054 [Doc. 6251 entered on June 11, 2001], CHCJ-003-0065 Doc. 6247 entered on June 11, 2001], CHCJ-003-0071 [Doc. 6392 entered on

October 29, 2001], CHCJ-003-0073 [Doc. 6295 entered on July 23, 2001], CHCJ-003-0074 [Doc. 6373 entered on October 16, 2001], CHCJ-003-0075 [Doc. 6112 entered on January 10, 2001], CHCJ-003-0076 [Doc. 6496 entered on January 25, 2002], CHCJ-003-0079 [Doc. 6497 entered on January 25, 2002], CHCJ-003-0080 [Doc. 6637 entered on April 10, 2002], CHCJ-004-0054 [Doc. 6114 entered on January 10, 2001] and the *Default Judgment Order* entered in subfiles CHCJ-002-0030 and CHCJ-003-0077 [Doc. 6835 entered on August 29, 2002] in connection with the Otra Vanda Ditch.

Having reviewed the Motion and being fully advised in the premises, the Court will GRANT the motion.

**IT IS THEREFORE ORDERED**, that the X and Y coordinates for the Otra Vanda Ditch contained in the above listed *Consent Orders* and *Order Granting Default Judgment* be corrected to read as follows:

**Point of Diversion:**

> **Ditch Name:** OTRA VANDA DITCH
> **Location X:** 1,589,954 feet     **Y:** 2,002,692 feet
> New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

No other changes to the *Consent Orders* in Subfiles CHCJ-002-0002, CHCJ-002-0010, CHCJ-002-0028, CHCJ-002-0029, CHCJ-002-0032, CHCJ-002-0036, CHCJ-002-0053, CHCJ-002-0054, CHCJ-003-0065, CHCJ-003-0071, CHCJ-003-0073, CHCJ-003-0074, CHCJ-003-0075, CHCJ-003-0076, CHCJ-003-0079, CHCJ-003-0080, CHCJ-004-0054 and the *Order Granting Default Judgment* in subfiles CHCJ-002-0030 and CHCJ-003-0077 should be made at this time. No responses opposing the State's motion have been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

| | | |
|---|---|---|
| Pedro P. Trujillo<br>P.O. Box 1215<br>San Juan Pueblo, NM 87566 | Melissa Martinez<br>Ray Martinez<br>P.O. Box 506<br>Canjilon, NM 87515 | Jerry Garcia<br>Lydia Garcia<br>7231 Laster NE<br>Albuquerque, NM 87109 |
| Sergio Rivera<br>16 Chalan Rd.<br>Santa Fe, NM 87507 | Max Marquez<br>P.O. Box 704<br>El Rito, NM 87530 | Ross A. Martinez, JR<br>P.O. Box 576<br>Canjilon, NM 87515 |
| Adriano G. Valdez<br>Valeria M. Valdez<br>P.O. Box 484<br>Canjilon, NM 87515 | Patrick Valdez<br>P.O. Box 381<br>Espanola, NM 87532 | Antonio Valdez<br>P.O. Box 544<br>Canjilon, NM 87515 |
| Ephraim Valencia<br>214 South Pacific St. #F<br>Oceanside, CA 92054 | Jolly Family Trust<br>Jeanne A. Jolly, Trustee<br>P.O. Box 518<br>Canjilon NM 87515 | Jose Modesto Madrid<br>P.O. Box 574<br>Canjilon, NM 87515 |
| Angela D. Martinez<br>Max David Martinez<br>P.O. Box 3912<br>Fairview, NM 87533 | Albert Martinez<br>Irene B. Martinez<br>P.O. Box 555<br>Canjilon, NM 87515 | Jonathan Martinez<br>P.O. Box 508<br>Abiquiu, NM 87510 |
| Armando Vigil<br>Frances Vigil<br>409 Calle Del Rio #2<br>Espanola, NM 87532 | Geraldine Martinez<br>A/K/A Geraldine N. Valdez<br>P.O. Box 508<br>Abiquiu, NM 87515 | John J. Serrano<br>P.O. Box 426<br>Canjilon, NM 87515 |
| Chester O. Weaver<br>3301 Bahama St. N.E.<br>Albuquerque, NM 87111 | | |

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

Approved:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE