IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941-MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Canjilon Creek<br><br>Subfile No. CHCJ-001-0001<br>　　　　　　　CHCJ-001-0002<br>　　　　　　　CHCJ-001-0003<br>　　　　　　　CHCJ-001-0004B |

## ORDER AMENDING CONSENT ORDERS
## ASSOCIATED WITH THE UNKNOWN DITCH

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed May 6th, 2014 [Doc. 11001] to amend the *Consent Orders* entered in subfiles CHCJ-001-0001 [Doc. 7030 entered on January 22, 2003], CHCJ-001-0002 [Doc. 9520 entered on November 2, 2009], CHCJ-001-0003 [Doc. 8966 entered on October 16, 2007] and CHCJ-001-0004B [Doc. 8771 entered on August 24, 2007] in connection with the Unknown Ditch.

Having reviewed the Motion and being fully advised in the premises, the Court will **GRANT** the motion.

**IT IS THEREFORE ORDERED**, that the X and Y coordinates for the Unknown Ditch contained in the *Consent Orders* be corrected to read as follows:

**Point of Diversion:**

　　　　**Ditch Name:** UNKNOWN DITCH
　　　　**Location　X:**　1,620,083 feet　　　**Y:**　2,014,688 feet
　　　　New Mexico State Plane Coordinate System, Central Zone, 1983 N.A.D.

No other changes to the *Consent Orders* in Subfiles CHCJ-001-0001, CHCJ-001-0002, CHCJ-001-0003 and CHCJ-001-0004B should be made at this time. No responses opposing the State's motion have been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

Alfred J. Chavez
Sarah Chavez
P.O. Box 310
El Rito, NM 87530

Anita B. Scarborough, Trustee
George M. Scarborough, Trustee
Scarborough Living Trust
1404 Monterey Place
Santa Fe, NM 87505

Placido Borrego
3056 Agua Fria Street
Santa Fe, NM 87507

Donald Martinez
P.O. Box 52
El Rito, NM 87530

Tony Scarborough
P.O. Box 268
Espanola, NM 87532

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

Approved:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE