IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-001-0004E

## ORDER VACATING CONSENT ORDER
## IN SUBFILE CHCJ-001-0004E

THIS MATTER is before the Court on the State of New Mexico's Motion to Vacate Consent Order in Subfile CHCJ-001-0004E.  [Doc. 11003].  The State seeks to vacate the Consent Order filed November 2, 2006 [Doc. 8425] in subfile CHCJ-001-0004E.  No responses opposing the motion have been filed.  The Court will GRANT the motion.

The Clerk of the Court shall mail copies of this Order to the following:

Kurt Gramoll
865 Asp Ave. #212
Norman, OK 73019

IT IS SO ORDERED.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE