IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-003-0078

## ORDER VACATING CONSENT ORDER
## IN SUBFILE CHCJ-003-0078

THIS MATTER is before the Court on the State of New Mexico's Motion to Vacate Consent Order in Subfile CHCJ-003-0078. [Doc. 11004]. The State seeks to vacate the Consent Order filed June 11, 2001 [Doc. 6246] in subfile CHCJ-003-0078. No responses opposing the motion have been filed. The Court will GRANT the motion.

The Clerk of the Court shall mail copies of this Order to the following:

Gusman F. Montaño
Mary Lou Montaño
P.O. Box 502
Canjilon, NM 87515

IT IS SO ORDERED

                                                                    MARTHA VÁZQUEZ
                                                                   UNITED STATES DISTRICT JUDGE

Approved:

LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE