IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-002-0021

## ORDER AMENDING CONSENT ORDER
## IN SUBFILE CHCJ-002-0021

**THIS MATTER** is before the Court on the State of New Mexico's Motion to Amend the Consent Order Filed February 26, 2002 in subfile CHCJ-002-0021. [Doc. 11005]. The State seeks to correct a clerical error in the description of the location of the No Right tract (5.6 ac.) in paragraph B of the Consent Order. Under Federal Rule of Civil Procedure 60(a) the court may correct clerical errors in judgments on its own initiative or the motion of any party. No responses opposing the motion have been filed. The Court will GRANT the motion.

The description of the location of the No Right tract in the Consent Order (Doc. 6566) filed February 26, 2002 in subfile CHCJ-002-0021 is amended as follows:

    <u>Section 17, Township 26N, Range 05E, N.M.P.M</u>

        Pt. NE ¼

The amount of acreage (5.6 ac.) is unchanged

    The Clerk of the Court shall mail copies of this Order to the following:

Paul R. Baca
P.O. Box 477
Canjilon, NM 87515

**IT IS SO ORDERED.**

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

Approved:

_____
LORENZO F. GARCIA
UNITED STATES MAGISTRATE JUDGE