IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| v. | RIO CHAMA STREAM SYSTEM Section 3, Canjilon Creek |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | Subfile Nos. CHCJ-003-0022A  CHCJ-003-0048 |

## ORDER CORRECTING DEFENDANTS' NAMES

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed May 20, 2014 [Doc. 11011] to correct the names of two defendants in two subfiles in the Canjilon Subsection.

Having reviewed the Motion and being fully advised in the premises, the Court will GRANT the motion.

**IT IS THEREFORE ORDERED**, that in Subfile CHCJ-003-0022A the defendant name be corrected from Belinda M. Martinez to Belinda M. Valdez, and in Subfile CHCJ-003-0048 defendant name Maria Leyba be corrected to Maria F. M. Leyba.  No other changes in Subfiles CHCJ-003-0022A and CHCJ-003-0048 should be made at this time.   No responses opposing the State's motion have been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

Belinda M. Valdez
P.O. Box 3112
Espanola, NM 87533

Alex Leyba
Maria F. M. Leyba
Reyna Leyba
P.O. Box 451
Canjilon, NM   87515

_____
**LORENZO F. GARCIA**
**UNITED STATES MAGISTRATE JUDGE**