IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,          69cv07941-MV/LFG

  vs.              RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.,*       Section 7: Tierra Amarilla,

    Defendants.

## NOTICE AND ORDER

THIS MATTER is before the Court on the *Motion by the State of New Mexico for an Order to Require Defendants in Section 7 to File Statements of Claims Based on the Treaty of Guadalupe Hidalgo.* (Doc. 11013, filed May 23, 2014).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that defendants in the Tierra Amarilla subsection that signed and approved an individual consent order file a statement of any claim of right to the use of water that is based on the Treaty of Guadalupe Hidalgo ("the Treaty") **on or before August 29, 2014**.

A statement of claims shall include all of the following information:

(1)  The caption and civil action number (69cv07941-MV/LFG) of this case;

(2)  The defendant's name, mailing address and phone number;

(3)  The subfile number describing the defendant's water rights in the Tierra Amarilla

    subsection;

(4) A short and concise statement of the defendant's claim of right to the use of water that is based on the Treaty;

(5) The general factual and legal grounds for the defendant's claims; and

(6) A statement of the relief requested from the court.

Defendants, or their attorney, must file the statement of claims with the Clerk of the United States District Court, District of New Mexico, 333 Lomas N.W., Suite 270, Albuquerque, NM 87102.

A defendant's failure to timely file a statement of claims with the Court will thereafter preclude them from raising any claims of right to the use of water based on the Treaty in these proceedings.

After the deadline for filing statements of Treaty-based claims has passed, the State shall file a motion with a proposed order that addresses the following matters:

  a. A proposed schedule for discovery including initial disclosures, disclosure of expert testimony and reports, identification of lay witnesses and exchange of exhibits;

  b. Scheduling of any anticipated dispositive motions; and

  c. Scheduling of a final pretrial conference and entry of a pretrial order.

IT IS FURTHER ORDERED that the State shall file a certificate of service listing the defendants to whom this Order is mailed and the date of mailing. Defendants represented by counsel that have entered an appearance in these proceedings are served electronically by entry of this Order.

**IT IS SO ORDERED.**

/s/ Lorenzo F. Garcia
Lorenzo F. Garcia
United States Magistrate Judge