IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7: Tierra Amarilla

## CERTIFICATE OF SERVICE

I certify that pursuant to the June 20, 2014, *Notice and Order* (Doc. 11029), on June 23, 2014, I caused to be mailed to each of the defendants in the Tierra Amarilla Subsection on the attached service list (Exhibit 1) the Court's *Notice and Order* (Doc. 11029) requiring defendants that signed and approved an individual consent order to file a statement of any claim of right to the use of water that is based on the Treaty of Guadalupe Hidalgo in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System.

Respectfully submitted,

    /s/ Arianne Singer
Arianne Singer
Edward G. Newville
Special Assistant Attorneys General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

I HEREBY CERTIFY that on the  23rd  day of June, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                             /s/ Arianne Singer