## SERVICE LIST: TIERRA AMARILLA SUBSECTION

| | | |
|---|---|---|
| CHTA-001-0001<br>JOHN M. SENA<br>9709 RIO GRANDE NW<br>ALBUQUERQUE, NM 87114 | CHTA-001-0001<br>FRANK C. SENA<br>59 CR 84<br>SANTA FE, NM 87506 | CHTA-001-0002<br>AGRIPINA G. SALAZAR<br>P.O. BOX 324<br>TIERRA AMARILLA, NM 87575 |
| CHTA-001-0002<br>VICTOR SALAZAR SR.<br>P.O. BOX 324<br>TIERRA AMARILLA, NM 87575 | CHTA-001-0003<br>SAMUEL GARCIA<br>1141 CALLE SOMBRA<br>ESPANOLA, NM 87532 | CHTA-001-0003<br>VIOLA CHAVEZ<br>P.O. BOX 1385<br>ESPANOLA, NM 87532 |
| CHTA-001-0003<br>ADAN GARCIA JR.<br>HCR 77 BOX 38<br>OJO CALIENTE, NM 87549 | CHTA-001-0003<br>ARMANDO GARCIA<br>P.O. BOX 4236<br>FAIRVIEW, NM 87533 | CHTA-001-0003<br>DONNA GARCIA<br>P.O. BOX 323<br>ESPANOLA, NM 87532 |
| CHTA-001-0003<br>JOAN GARCIA<br>3700 ASPEN NE, APT. 3R<br>ALBUQUERQUE, NM 87110 | CHTA-001-0003<br>LEROY GARCIA<br>P.O. BOX 4416<br>ESPANOLA, NM 87533 | CHTA-001-0005<br>BENJAMIN R. TRUJILLO<br>P.O. BOX 1533<br>ESPANOLA, NM 87532 |
| CHTA-002-0001<br>ELLIS GORDON SCHLEGEL<br>P.O. BOX 309<br>TIERRA AMARILLA, NM 87575 | CHTA-002-0002<br>ACENCION LABRIER<br>HC 75 BOX 24<br>TIERRA AMARILLA, NM 87575 | CHTA-003-0002<br>MARGARET A. MARTINEZ<br>P.O. BOX 192<br>TIERRA AMARILLA, NM 87575 |
| CHTA-003-0004<br>JUANITA M. ETURRIAGA<br>P.O. BOX 296<br>TIERRA AMARILLA, NM 87575 | CHTA-003-0005<br>MARIO R. MARTINEZ<br>P.O. BOX 217<br>TIERRA AMARILLA, NM 87575 | CHTA-003-0005<br>SOPHIA D. MARTINEZ<br>P.O. BOX 217<br>TIERRA AMARILLA, NM 87575 |
| CHTA-003-0006<br>SALOMON A. LUNA<br>P.O. BOX 85<br>TIERRA AMARILLA, NM 87575 | CHTA-003-0007<br>ROBERTO LOVATO<br>1628 PRINCETON S.E..<br>ALBUQUERQUE, NM 87106 | CHTA-003-0007<br>VIRGINIA MARTINEZ<br>P.O. BOX 1517<br>ESPANOLA, NM 87532 |

**SERVICE LIST: TIERRA AMARILLA SUBSECTION**

CHTA-003-0008A
PATRICIA A. ALVARADO
P.O. BOX 1200
SANTA CRUZ, NM 87567

CHTA-003-0008B
JUANITA ATENCIO
P.O. BOX 702
CHAMA, NM 87520

CHTA-003-0008B
RICHARD ATENCIO
P.O. BOX 702
CHAMA, NM 87520

CHTA-003-0008C
FRANCES CASTELLANO
COUNTY RD. 19 #43
ESPANOLA, NM 87532

CHTA-003-0008C
LAWRENCE CASTELLANO
COUNTY RD. 19 #43
ESPANOLA, NM 87532

CHTA-003-0008D
MARGIE E. ATENCIO
P.O. BOX 302
TIERRA AMARILLA, NM 87575

CHTA-003-0008D
SILVIANO A. ATENCIO
P.O. BOX 302
TIERRA AMARILLA, NM 87575

CHTA-003-0008E
ANNA ATENCIO FERRELL
P.O. BOX 453
TIERRA AMARILLA, NM 87575

CHTA-003-0008E
CARMELLA ATENCIO VAROS
3800 SAN YGNACIO RD. SW
ALBUQUERQUE, NM 87121

CHTA-003-0009
J.R. MARTINEZ ESTATE
DANIEL CLEAVINGER, ESQ.
P.O. BOX 2470
FARMINGTON, NM 87499

CHTA-003-0010
JUSTINIANO VALDEZ
P.O. BOX 41 H# 136A
TIERRA AMARILLA, NM 87575

CHTA-003-0010
DOLORES VALDEZ
P.O. BOX 41 H# 136A
TIERRA AMARILLA, NM 87575

CHTA-003-0011
SALOMON A. LUNA
P.O. BOX 85
TIERRA AMARILLA, NM 87575

CHTA-003-0011
HILARIO LUNA
MARIE DENISE LUNA TEACH
16428 MARTIN LANE
HUNTINGTON BEACH, CA 92649

CHTA-003-0011
GILBERT LUNA SR.
544 BARLANE PL., NW
ALBUQUERQUE, NM 871075447

CHTA-003-0011
FRANK D. LUNA IV
24796 SUNSTAR LANE
DANA POINT, CA 92629

CHTA-003-0011
MARCELLA HASSON
13148 LA JOYA CIR., 303B
LA MIRADA, CA 90638

CHTA-003-0011
ESTATE OF OLIVIA CARMODY
DEBBIE JENSEN, PR
7952 PALM AVE.
YUCCA VALLEY, CA 92284

CHTA-003-0011
EMILIE LUNA ANTHONY
1474 SO. HIGHLAND AVE. C108
FULLERTON, CA 92832

CHTA-003-0011
ESTATE OF ESTHER BRUNO
GIBERT BRUNO
31623 MEADOW LANE
WINCHESTER, CA 925969684

CHTA-003-0012A
CHAMA VALLEY INDEPENDENT
SCHOOL DISTRICT NO. 19
P.O. DRAWER 10
TIERRA AMARILLA, NM 87575

**SERVICE LIST: TIERRA AMARILLA SUBSECTION**

CHTA-003-0012B
ORLANDO J. MARTINEZ
P.O. BOX 111
LOS OJOS, NM 87551

CHTA-003-0013A
RIO ARRIBA COUNTY
TED J. TRUJILLO
P.O. BOX 2185
ESPANOLA, NM 87532

CHTA-003-0013B
RIO ARRIBA COUNTY
TED J. TRUJILLO
P.O. BOX 2185
ESPANOLA, NM 87532

CHTA-003-0014A
RIO ARRIBA COUNTY
TED J. TRUJILLO
P.O. BOX 2185
ESPANOLA, NM 87532

CHTA-003-0014B
EL CENTRO DE LOS NINOS
P.O. BOX 248
TIERRA AMARILLA, NM 87575

CHTA-003-0015
JOSIE SANCHEZ DUBOIS
4702 PACIFIC ST.
FARMINGTON, NM 87402

CHTA-003-0015
MAGDALENE SANCHEZ
4702 PACIFIC ST.
FARMINGTON, NM 87402

CHTA-003-0016
AGRIPINA G. SALAZAR
P.O. BOX 324
TIERRA AMARILLA, NM 87575

CHTA-003-0016
VICTOR SALAZAR SR.
P.O. BOX 324
TIERRA AMARILLA, NM 87575

CHTA-003-0017
MARCELLA ULIBARRI
P.O. BOX 351
TIERRA AMARILLA, NM 87575

CHTA-003-0018
ROSE M. ROMERO
64 CAMINO BAJO
SANTA FE, NM 87508

CHTA-003-0019
LEROY G. GARCIA
P.O. BOX 482
FLORA VISTA, NM 87415

CHTA-003-0019
STELLA U. GARCIA
P.O. BOX 482
FLORA VISTA, NM 87415

CHTA-003-0020
CELIA S. ULIBARRI
61 VALLE VISTA
LOS ALAMOS, NM 87544

CHTA-003-0020
ERNESTO L. ULIBARRI JR.
61 VALLE VISTA
LOS ALAMOS, NM 87544

CHTA-003-0022
MARGARET RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

CHTA-003-0022
LEO E. RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

CHTA-003-0023
LUCILLE A. TRUJILLO
P.O. BOX 2615
LAS VEGAS, NM 87701

CHTA-003-0024
LEO E. RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

CHTA-003-0024A
LEO E. RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

CHTA-003-0027
GAIL GARCIA
HC 75 BOX 126
TIERRA AMARILLA, NM 87575

**SERVICE LIST: TIERRA AMARILLA SUBSECTION**

CHTA-003-0027
MICHAEL S. GARCIA
HC 75 BOX 126
TIERRA AMARILLA, NM 87575

CHTA-003-0031
BRENT C. MORTENSEN
P.O. BOX 131
TIERRA AMARILLA, NM 87575

CHTA-003-0032
BRENT C. MORTENSEN
P.O. BOX 131
TIERRA AMARILLA, NM 87575

CHTA-003-0034
SIXTO L. ESPINOSA
1708 CALLEJON ZENAIDA
SANTA FE, NM 87501

CHTA-003-0034
FAUSTINA ESPINOSA
1708 CALLEJON ZENAIDA
SANTA FE, NM 87501

CHTA-003-0035
HELEN VALDEZ
P.O. BOX 5
TIERRA AMARILLA, NM 87575

CHTA-003-0035
BENEDICT VALDEZ
P.O. BOX 5
TIERRA AMARILLA, NM 87575

CHTA-003-0036
IVAN C. CORRALES
MARCUS J. RAEL
500 4TH STREET NW, SUITE 200
ALBUQUERQUE, NM 87102

CHTA-003-0036
MANUEL E. CORRALES
MARCUS J. RAEL
500 4TH STREET NW, SUITE 200
ALBUQUERQUE, NM 87102

CHTA-003-0036
MARCELLA T. CORRALES
MARCUS J. RAEL
500 4TH STREET NW, SUITE 200
ALBUQUERQUE, NM 87102

CHTA-003-0036
THERESA M. RAEL
MARCUS J. RAEL
500 4TH STREET NW, SUITE 200
ALBUQUERQUE, NM 87102

CHTA-003-0039A
ERNESTO SALAZAR
P.O. BOX 375
TIERRA AMARILLA, NM 87575

CHTA-003-0039A
ESTHER H. SALAZAR
P.O. BOX 375
TIERRA AMARILLA, NM 87575

CHTA-003-0040
RONALD J. DEMASTERS
223 DESOTO
BELEN, NM 87002

CHTA-003-0041
ELOY SANCHEZ
716 TYLER, NE
ALBUQUERQUE, NM 87113

CHTA-003-0041
ANGELINA SANCHEZ
716 TYLER, NE
ALBUQUERQUE, NM 87113

CHTA-003-0042
ROSINA L. PHILLIPS
RT. 1, BOX 514-A
LAS VEGAS, NM 87701

CHTA-003-0043
LIONEL E. MARTINEZ II
P.O. BOX 114
CHAMA, NM 87520

CHTA-003-0044
ELISEO M. VALDEZ
P.O. BOX 255
ESPANOLA, NM 87532

CHTA-003-0044
JOSEPHINE VALDEZ
P.O. BOX 255
ESPANOLA, NM 87532

CHTA-003-0045
JOSEPH VALDEZ
RT. 4 BOX 23B
HERNANDEZ, NM 87537

**SERVICE LIST: TIERRA AMARILLA SUBSECTION**

CHTA-003-0045
RACHEL VALDEZ
RT. 4 BOX 23B
HERNANDEZ, NM 87537

CHTA-003-0046
AMADA R. FLORES
P.O. BOX 564
CANJILON, NM 87515

CHTA-003-0047
ALEX FLORES
H. C. 75 BOX 131
TIERRA AMARILLA, NM 87575

CHTA-003-0048
PAUL TRACHTMAN
P.O. BOX 148
LOS OJOS, NM 87551

CHTA-003-0049
BENJAMIN R. TRUJILLO
P.O. BOX 1533
ESPANOLA, NM 87532

CHTA-003-0050
TONY CASADOS SR. & SONS, PRTN.
P.O. BOX 186
TIERRA AMARILLA, NM 87575

CHTA-003-0051
ART ESPINOSA
HC 75 BOX 126
TIERRA AMARILLA, NM 87575

CHTA-003-0051A
ART ESPINOSA
HC 75 BOX 126
TIERRA AMARILLA, NM 87575

CHTA-003-0052
BERTHINA ROMERO
P.O. BOX 38
TIERRA AMARILLA, NM 87575

CHTA-003-0052
ROBERTO ROMERO
P.O. BOX 38
TIERRA AMARILLA, NM 87575

CHTA-003-0054
ARCHDIOCESE OF SANTA FE
TESSA T. DAVIDSON, DAVIDSON
LAW FIRM LLC
P.O. BOX 2240
CORRALES, NM 87048

CHTA-003-0055
FELIPE C. ATENCIO
P.O. BOX 801
TIERRA AMARILLA, NM 87575

CHTA-003-0056
MANUEL D. TRUJILLO
HC 75 BOX 23 SR573 #436
TIERRA AMARILLA, NM 87575

CHTA-003-0056
MARCELLA D. BURBANK TRUJILLO
HC 75 BOX 23 SR573 #436
TIERRA AMARILLA, NM 87575

CHTA-003-0057
JOSEFITA TRUJILLO
BOX 614
CHAMA, NM 87520

CHTA-004-0001A
DOLORES ROMERO
P.O. BOX 153
TIERRA AMARILLA, NM 87575

CHTA-004-0001A
JUAN A. ROMERO
P.O. BOX 153
TIERRA AMARILLA, NM 87575

CHTA-004-0001B
PATRICK SAMORA
P.O. BOX 55
TIERRA AMARILLA, NM 87575

CHTA-004-0001B
RENEE ROMERO SAMORA
P.O. BOX 55
TIERRA AMARILLA, NM 87575

CHTA-004-0001C
ANDREW ROMERO
8115 RANCHO PARAISO, NW
ALBUQUERQUE, NM 87120

CHTA-004-0001D
MARTIN ROMERO
7329 YORKTOWN AVE., NE
ALBUQUERQUE, NM 87109

**SERVICE LIST: TIERRA AMARILLA SUBSECTION**

CHTA-004-0001E
ALAJANDRO CHAVEZ
8401 HAMPTON, AVE.,NE
ALBUQUERQUE, NM 87122

CHTA-004-0001E
VERONICA ROMERO DE CHAVEZ
8401 HAMPTON, AVE.,NE
ALBUQUERQUE, NM 87122

CHTA-004-0001F
DOLORES RENA ROMERO
4348 CANADA PLACE NW
ALBUQUERQUE, NM 87114

CHTA-004-0001F
ROMAN ROMERO
4348 CANADA PLACE NW
ALBUQUERQUE, NM 87114

CHTA-004-0002
CECILIA CAMPOS
P.O. BOX 131
TIERRA AMARILLA, NM 875750131

CHTA-004-0002
TOMMY CAMPOS III
P.O. BOX 238
CHAMA, NM 87520

CHTA-004-0004
REYNEL O. LUCERO
P.O. BOX 213
TIERRA AMARILLA, NM 87575

CHTA-004-0005A
SIMONITA U. TRUJILLO
910 RIO VISTA
SANTA FE, NM 87501

CHTA-004-0005B
MARK NOEL ROWE
9128 MODESTO AVE., NE
ALBUQUERQUE, NM 87122

CHTA-004-0005C
DORIS TRUJILLO
#18 BLUE CANYON VISTA
SANTA FE, NM 87507

CHTA-004-0005C
JAIME TRUJILLO
#18 BLUE CANYON VISTA
SANTA FE, NM 87507

CHTA-004-0006
EPIMENIO ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

CHTA-004-0006
JULIA ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

CHTA-004-0006A
EPIMENIO ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

CHTA-004-0006A
JULIA ULIBARRI
P.O. BOX 3
TIERRA AMARILLA, NM 87575

CHTA-004-0007
VICENTE MONTANO
P.O. BOX 32
TIERRA AMARILLA, NM 87575

CHTA-004-0008
ANGIE GARCIA
P.O. BOX 63
TIERRA AMARILLA, NM 87575

CHTA-004-0008
TITO GARCIA
P.O. BOX 63
TIERRA AMARILLA, NM 87575

CHTA-004-0009A
KIM MONTANO
6101 PICTURE ROCK PL. NW
ALBUQUERQUE, NM 87120

CHTA-004-0009A
MARK L. MONTANO
6101 PICTURE ROCK PL. NW
ALBUQUERQUE, NM 87120

CHTA-004-0009B
MARK L. MONTANO
6101 PICTURE ROCK PL. NW
ALBUQUERQUE, NM 87120

**SERVICE LIST: TIERRA AMARILLA SUBSECTION**

CHTA-004-0009B
KIM MONTANO
6101 PICTURE ROCK PL. NW
ALBUQUERQUE, NM 87120

CHTA-004-0010
SALOMON A. LUNA
P.O. BOX 85
TIERRA AMARILLA, NM 87575

CHTA-004-0011
HENRY ULIBARRI
P.O. BOX 429
TIERRA AMARILLA, NM 87575

CHTA-004-0011
MABLE ULIBARRI
P.O. BOX 429
TIERRA AMARILLA, NM 87575

CHTA-004-0012
AMABEL ULIBARRI
P.O. BOX 429
TIERRA AMARILLA, NM 87575

CHTA-004-0012A
AMABEL ULIBARRI
P.O. BOX 429
TIERRA AMARILLA, NM 87575

CHTA-004-0013
MELVIN MONTANO
P.O. BOX 214
TIERRA AMARILLA, NM 87575

CHTA-004-0013A
MELVIN MONTANO
P.O. BOX 214
TIERRA AMARILLA, NM 87575

CHTA-004-0014A
RAMON E. SANCHEZ
P.O. BOX 242
TIERRA AMARILLA, NM 87575

CHTA-004-0014B
RAMON E. SANCHEZ
P.O. BOX 242
TIERRA AMARILLA, NM 87575

CHTA-004-0016A
JOSEPHINE VALDEZ
P.O. BOX 255
ESPANOLA, NM 87532

CHTA-004-0016A
ELISEO M. VALDEZ
P.O. BOX 255
ESPANOLA, NM 87532

CHTA-004-0016B
GUSTAVO MARTINEZ JR.
P.O. BOX 297
CEBOLLA, NM 87518

CHTA-004-0016B
HORTENCIA MARTINEZ
P.O. BOX 297
CEBOLLA, NM 87518

CHTA-004-0017
JAMES R. DAWSON
38281 SADDLE MOUNTAIN LN.
CRAWFORD, CO 81415

CHTA-004-0018
COLOMEX OIL AND GAS CO., INC.
P.O. BOX 1147
TAOS, NM 87571

CHTA-004-0019
KELLY WARD
826 FAIRWAY RD. NW
ALBUQUERQUE, NM 87107

CHTA-004-0019
SHAUN WARD
826 FAIRWAY RD. NW
ALBUQUERQUE, NM 87107

CHTA-004-0020
DOMIE ULIBARRI
P.O. BOX 182
TIERRA AMARILLA, NM 87575

CHTA-004-0020
FELIBERTO ULIBARRI
P.O. BOX 182
TIERRA AMARILLA, NM 87575

CHTA-004-0021A
DEBORAH ULIBARRI
P.O. BOX 276
TIERRA AMARILLA, NM 87575

**SERVICE LIST: TIERRA AMARILLA SUBSECTION**

CHTA-004-0021A
TEODORO D. ULIBARRI
P.O. BOX 276
TIERRA AMARILLA, NM 87575

CHTA-004-0021B
MARIELLA AVALOS
P.O. BOX 423
TIERRA AMARILLA, NM 87575

CHTA-004-0021B
JOSE AVALOS
P.O. BOX 423
TIERRA AMARILLA, NM 87575

CHTA-004-0021C
DEBORAH ULIBARRI
P.O. BOX 276
TIERRA AMARILLA, NM 87575

CHTA-004-0021C
TEODORO D. ULIBARRI
P.O. BOX 276
TIERRA AMARILLA, NM 87575

CHTA-004-0022
CHAMA VALLEY INDEPENDENT
SCHOOL DISTRICT NO. 19
P.O. DRAWER 10
TIERRA AMARILLA, NM 87575

CHTA-004-0023
MARGARET RODELA
P.O. BOX 118
TIERRA AMARILLA, NM 87575

CHTA-004-0024
ERNESTO SALAZAR
P.O. BOX 375
TIERRA AMARILLA, NM 87575

CHTA-004-0024
ESTHER H. SALAZAR
P.O. BOX 375
TIERRA AMARILLA, NM 87575

CHTA-004-0025
BENJAMIN R. TRUJILLO
P.O. BOX 1533
ESPANOLA, NM 87532

CHTA-004-0026
JOSE P. GALLEGOS
P.O. BOX 387
TIERRA AMARILLA, NM 87575

CHTA-004-0027A
JOE E. SILVA
P.O. BOX 1012
EL PRADO, NM 87529

CHTA-004-0027A
VICKI SILVA
P.O. BOX 1012
EL PRADO, NM 87529

CHTA-004-0029
ANTONIO LUIS ABEYTA
P.O. BOX 211
TIERRA AMARILLA, NM 87575

CHTA-004-0030
CECIL L. COX
P.O. BOX 10
LOS OJOS, NM 87551

CHTA-004-0031
CARMELITA CHACON
P.O. BOX 23
TIERRA AMARILLA, NM 87575

CHTA-004-0031
JOSE L. MARTINEZ
P.O. BOX 23
TIERRA AMARILLA, NM 87575

CHTA-004-0032
ERLINDA TRUJILLO
3115 HUGHES, SW
ALBUQUERQUE, NM 87105

CHTA-004-0032
LOUIS TRUJILLO
3115 HUGHES, SW
ALBUQUERQUE, NM 87105

CHTA-004-0033
EVA R. VIGIL
RT. 3, BOX 167
ESPANOLA, NM 87532

CHTA-004-0034
ERIC WILLARD
701 BROADWAY ST., SUITE 317
PLAINVIEW, TX 79072

**SERVICE LIST: TIERRA AMARILLA SUBSECTION**

CHTA-004-0036
ROSINA L. PHILLIPS
RT. 1, BOX 514-A
LAS VEGAS, NM 87701

CHTA-004-0037
LIONEL E. MARTINEZ II
P.O. BOX 114
CHAMA, NM 87520

CHTA-004-0038
TONY CASADOS SR. & SONS, PRTN.
P.O. BOX 186
TIERRA AMARILLA, NM 87575


CHTA-004-0039A
ERNESTO L. ULIBARRI JR.
61 VALLE VISTA
LOS ALAMOS, NM 87544

CHTA-004-0039A
CELIA S. ULIBARRI
61 VALLE VISTA
LOS ALAMOS, NM 87544

CHTA-004-0039B
RIO ARRIBA COUNTY
TED J. TRUJILLO
P.O. BOX 2185
ESPANOLA, NM 87532


CHTA-004-0040
LA CLINICA FOUNDATION
PEDRO ARCHULETA
P.O. BOX 250
TIERRA AMARILLA, NM 87575

CHTA-005-0001
MIGUEL TRUJILLO
442 57TH STREET NW
ALBUQUERQUE, NM 871051422

CHTA-005-0002
MARIANO S. MANZANARES
P.O. BOX 100
GALLINA, NM 87017


CHTA-005-0002
MARY L. MANZANARES
23525 ARLINGTON AVE.
TERRANCE, CA 90501

CHTA-005-0002
RUBEN MANZANARES
20614 SO. BUDLONG AVE.
TORRANCE, CA 90502

CHTA-005-0003
CHARLES DOVE
P.O. BOX 243
TIERRA AMARILLA, NM 87575


CHTA-005-0003
LOUELLA DOVE
P.O. BOX 243
TIERRA AMARILLA, NM 87575

CHTA-005-0004
JAMIE SAMS
45 ALONDRA ROAD
SANTA FE, NM 87508