UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

JUN 19 2014

MATTHEW J. DYKMAN
CLERK

$ 00.48
06/16/14

Ephraim Valencia
214 South Pacific St.
#F
Oceanside, CA 92054

NIXIE    918  SE 1009    0006/16/14
         RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD
BC: 87102227470    *0768-08808-11-37

69CV7941 MV
Re Doc 11021