**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Handwritten: 69CV7941 MV / Re DOC 11021

ALBUQUERQUE NM 870
12 JUN '14
PM 2 L

RECEIVED
At Albuquerque NM
JUN 30 2014
MATTHEW J. DYKMAN
CLERK

Angela and Max David Martinez
P.O. Box 3912
Fairview, NM 87533

NIXIE         871    7E 1009        0006/28/14
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 87102227470    *0568-00892-12-38

8710207@2274
8753339124