IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3: Canjilon Creek |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that pursuant to the June 20, 2014 *Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Canjilon Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11030), on July 3, 2014, I caused to be mailed to each of the defendants in the Canjilon Creek Subsection on the attached service list (Exhibit 1) the Court's *Notice and Order to Show Cause* (Doc. 11030-1) in connection with the determination of priority dates and irrigation water requirements in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System.

Respectfully submitted,

   /s/ Arianne Singer
Arianne Singer
Edward G. Newville
Special Assistant Attorneys General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

2

I HEREBY CERTIFY that on the  8th  day of July, 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                               /s/ Arianne Singer
                                              Arianne Singer