# SERVICE LIST: CANJILON CREEK SUBSECTION

| | | |
|---|---|---|
| CHCJ-001-0001<br>SARAH CHAVEZ<br>P.O. BOX 310<br>EL RITO, NM 87530 | CHCJ-001-0001<br>ALFRED J. CHAVEZ<br>P.O. BOX 310<br>EL RITO, NM 87530 | CHCJ-001-0002<br>DONALD MARTINEZ<br>P.O. BOX 52<br>EL RITO, NM 87530 |
| CHCJ-001-0003<br>ANITA B. SCARBOROUGH TRUSTEE<br>1404 MONTEREY PLACE<br>SANTA FE, NM 87505 | CHCJ-001-0003<br>GEORGE M. SCARBOROUGH TRUSTEE<br>1404 MONTEREY PLACE<br>SANTA FE, NM 87505 | CHCJ-001-0003<br>TONY SCARBOROUGH<br>P.O. BOX 268<br>ESPANOLA, NM 87532 |
| CHCJ-001-0003<br>SCARBOROUGH LIVING TRUST<br>1404 MONTEREY PLACE<br>SANTA FE, NM 87505 | CHCJ-001-0004A<br>AUGUSTINE ORTIZ<br>1556 LOS GRIEGOS RD.<br>JEMEZ SPRINGS, NM 87025 | CHCJ-001-0004B<br>PLACIDO BORREGO<br>3056 AGUA FRIA STREET<br>SANTA FE, NM 87507 |
| CHCJ-001-0004C<br>JOHN GREGORY VALDEZ<br>15129 LA VERDA LN.<br>MORENO VALLEY, CA 92551 | CHCJ-001-0004D<br>CARLOS W. LUJAN<br>1846 PUYE ROAD<br>SANTA FE, NM 87505 | CHCJ-001-0004D<br>MARCIA ORTIZ<br>1846 PUYE ROAD<br>SANTA FE, NM 87505 |
| CHCJ-001-0004E<br>KURT GRAMOLL<br>865 ASP AVE. #212<br>NORMAN, OK 73019 | CHCJ-001-0005<br>CANJILON MUTUAL DOMESTIC WATER CONSUMERS ASSOC.<br>ROSS MARTINEZ, PRESIDENT<br>P.O. BOX 465<br>CANJILON, NM 87515 | CHCJ-001-0006<br>DONALD MARTINEZ<br>P.O. BOX 52<br>EL RITO, NM 87530 |
| CHCJ-002-0001<br>PEDRO P. TRUJILLO<br>P.O. BOX 1215<br>SAN JUAN PUEBLO, NM 87566 | CHCJ-002-0002<br>PEDRO P. TRUJILLO<br>P.O. BOX 1215<br>SAN JUAN PUEBLO, NM 87566 | CHCJ-002-0003<br>SAMUEL S. SERRANO<br>3514 S. 575-W<br>SYRACUSE, UT 84075 |
| CHCJ-002-0004<br>SIMON AND TEODORA HERNANDEZ FAM. TRUST<br>1322 NORTH 350 WEST<br>SUNSET, UT 84015 | CHCJ-002-0005<br>SANDRA C. SERRANO<br>6304 BISON TR, NW<br>ALBUQUERQUE, NM 87120 | CHCJ-002-0005<br>JOHN A. SERRANO<br>15927 JADE ST. SE<br>YELM, WA 98597 |

# SERVICE LIST: CANJILON CREEK SUBSECTION

| | | |
|---|---|---|
| CHCJ-002-0006<br>VICTOR SALAZAR<br>P.O. BOX 324<br>TIERRA AMARILLA, NM 87575 | CHCJ-002-0006<br>AGRIPINA SALAZAR<br>P.O. BOX 324<br>TIERRA AMARILLA, NM 87575 | CHCJ-002-0007<br>KURT GRAMOLL<br>865 ASP AVE. #212<br>NORMAN, OK 73019 |
| CHCJ-002-0008<br>JOHN J. SERRANO<br>P.O. BOX 426<br>CANJILON, NM 87515 | CHCJ-002-0009<br>FLORA M. RIVERA<br>P.O. BOX 1152<br>GYPSUM, CO 81637 | CHCJ-002-0009<br>RAYMOND RIVERA<br>P.O. BOX 1152<br>GYPSUM, CO 81637 |
| CHCJ-002-0010<br>MELISSA MARTINEZ<br>P.O. BOX 506<br>CANJILON, NM 87515 | CHCJ-002-0010<br>RAY MARTINEZ<br>P.O. BOX 506<br>CANJILON, NM 87515 | CHCJ-002-0011<br>ERNESTINA V. RIVERA<br>P.O. BOX 585<br>CANJILON, NM 87515 |
| CHCJ-002-0011<br>LEO E. RIVERA<br>P.O. BOX 585<br>CANJILON, NM 87515 | CHCJ-002-0012<br>GENOVEVA MONTANO<br>2205 PALOMAS DR., NE<br>ALBUQUERQUE, NM 87110 | CHCJ-002-0013<br>BARBARA SANCHEZ<br>P.O. BOX 972<br>BLOOMFIELD, NM 87413 |
| CHCJ-002-0014<br>LEROY LOPEZ<br>P.O. BOX 82<br>LOS OJOS, NM 87551 | CHCJ-002-0015<br>PAMELA GARCIA<br>ROUTE 4 BOX 368<br>ESPANOLA, NM 87532 | CHCJ-002-0015<br>TEODORO GARCIA<br>ROUTE 4 BOX 368<br>ESPANOLA, NM 87532 |
| CHCJ-002-0016<br>EPHRAIM VALENCIA<br>213 SOUTH PACIFIC ST. #F<br>OCEANSIDE, CA 920540901 | CHCJ-002-0017<br>JERRY C. MANNING<br>1374 CHESTNUT<br>ABILENE, TX 79602 | CHCJ-002-0017<br>KENNETH BOWMAN<br>445 TROY DRIVE<br>CORPUS CHRISTI, TX 78412 |
| CHCJ-002-0017<br>BETTY JOLLY<br>142 MEANDER<br>ABILENE, TX 79602 | CHCJ-002-0017<br>JAMES P. JOLLY<br>142 MEANDER<br>ABILENE, TX 79602 | CHCJ-002-0017<br>JOHN JOLLY<br>2238 KELLY AVE.<br>RAMONA, CA 92065 |

# SERVICE LIST: CANJILON CREEK SUBSECTION

| | | |
|---|---|---|
| CHCJ-002-0017<br>FRANCES MANNING<br>1374 CHESTNUT<br>ABILENE, TX 79602 | CHCJ-002-0018<br>ADRIANO G. VALDEZ<br>P.O. BOX 484<br>CANJILON, NM 87515 | CHCJ-002-0019<br>ERLINDA CASADOS<br>2347 CAMINO CARLOS REY<br>SANTA FE, NM 87501 |
| CHCJ-002-0019<br>ROBERT CASADOS<br>2347 CAMINO CARLOS REY<br>SANTA FE, NM 87501 | CHCJ-002-0020<br>AMALIA M. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 | CHCJ-002-0020<br>PAUL R. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 |
| CHCJ-002-0021<br>PAUL R. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 | CHCJ-002-0022<br>JAMES S. FINDLEY<br>BOX 44<br>CORRALES, NM 87048 | CHCJ-002-0022<br>MURIEL T. FINDLEY<br>BOX 44<br>CORRALES, NM 87048 |
| CHCJ-002-0023<br>JOHN J. SERRANO<br>P.O. BOX 426<br>CANJILON, NM 87515 | CHCJ-002-0024<br>LEO JARAMILLO<br>2724 WASHINGTON N.E.<br>ALBUQUERQUE, NM 87110 | CHCJ-002-0024<br>ELIZA J. JARAMILLO<br>2724 WASHINGTON N.E.<br>ALBUQUERQUE, NM 87110 |
| CHCJ-002-0025<br>JERRY CASTILLO<br>250 CALLE VISTA GRANDE RD.<br>BERNALILLO, NM 87004 | CHCJ-002-0025<br>MARY W. CASTILLO<br>250 CALLE VISTA GRANDE RD.<br>BERNALILLO, NM 87004 | CHCJ-002-0026<br>HENRIETTA MORALES<br>P.O. BOX 54<br>TIERRA AMARILLA, NM 87575 |
| CHCJ-002-0026<br>MOISES MORALES JR.<br>P.O. BOX 54<br>TIERRA AMARILLA, NM 87575 | CHCJ-002-0027A<br>JERRY GARCIA<br>7231 LASTER NE<br>ALBUQUERQUE, NM 87109 | CHCJ-002-0027A<br>LYDIA GARCIA<br>7231 LASTER NE<br>ALBUQUERQUE, NM 87109 |
| CHCJ-002-0027B<br>SANDRA C. SERRANO<br>6304 BISON TR, NW<br>ALBUQUERQUE, NM 87120 | CHCJ-002-0027C<br>JERRY GARCIA<br>7231 LASTER NE<br>ALBUQUERQUE, NM 87109 | CHCJ-002-0027C<br>LYDIA GARCIA<br>7231 LASTER NE<br>ALBUQUERQUE, NM 87109 |

# SERVICE LIST: CANJILON CREEK SUBSECTION

| | | |
|---|---|---|
| CHCJ-002-0027D<br>LYDIA GARCIA<br>7231 LASTER NE<br>ALBUQUERQUE, NM 87109 | CHCJ-002-0027D<br>JERRY GARCIA<br>7231 LASTER NE<br>ALBUQUERQUE, NM 87109 | CHCJ-002-0028<br>LYDIA GARCIA<br>7231 LASTER NE<br>ALBUQUERQUE, NM 87109 |
| CHCJ-002-0028<br>JERRY GARCIA<br>7231 LASTER NE<br>ALBUQUERQUE, NM 87109 | CHCJ-002-0029<br>SABINO RIVERA<br>1115 OCATE RD. #102<br>SANTA FE, NM 87507 | CHCJ-002-0030<br>MAX MARQUEZ<br>P.O. BOX 704<br>EL RITO, NM 87530 |
| CHCJ-002-0031<br>AMALIA M. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 | CHCJ-002-0031<br>PAUL R. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 | CHCJ-002-0032<br>ROSS A. MARTINEZ JR<br>P.O. BOX 576<br>CANJILON, NM 87515 |
| CHCJ-002-0033<br>LUCRECIA V. MARTINEZ<br>P.O. BOX 474<br>CANJILON, NM 87515 | CHCJ-002-0033<br>MARTIN MARTINEZ<br>P.O. BOX 495<br>CANJILON, NM 87515 | CHCJ-002-0034<br>DELIA C. VALDEZ<br>P.O. BOX 531<br>CANJILON, NM 87515 |
| CHCJ-002-0034<br>ADRIANO S. VALDEZ<br>P.O. BOX 531<br>CANJILON, NM 87515 | CHCJ-002-0035<br>ANDREW VALDEZ<br>P.O. BOX 605<br>CANJILON, NM 87515 | CHCJ-002-0036<br>VALERIA M. VALDEZ<br>P.O. BOX 484<br>CANJILON, NM 87515 |
| CHCJ-002-0036<br>ADRIANO G. VALDEZ<br>P.O. BOX 484<br>CANJILON, NM 87515 | CHCJ-002-0037<br>GERALDINE MARTINEZ A/K/A<br>GERALDINE N. VALDEZ<br>P.O. BOX 508<br>ABIQUIU, NM 87510 | CHCJ-002-0038<br>SHARON K. VELARDE<br>P.O. BOX 1828<br>ESPANOLA, NM 87532 |
| CHCJ-002-0039<br>AQUILINO BACA<br>P.O. BOX 512<br>CANJILON, NM 87515 | CHCJ-002-0040<br>AMALIA M. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 | CHCJ-002-0040<br>PAUL R. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-002-0041<br>BERTHA BACA<br>115 OCATE RD. #54<br>SANTA FE, NM 87505 | CHCJ-002-0042<br>LUIS TORRES<br>P.O. BOX 901<br>SANTA CRUZ, NM 87567 | CHCJ-002-0042<br>ISABEL TORRES<br>2903 MONROE NE<br>ALBUQUERQUE, NM 87110 |
| CHCJ-002-0042<br>FELIMON A. TORRES<br>4208 GOODRICH NE<br>ALBUQUERQUE, NM 87110 | CHCJ-002-0042<br>BEN TORRES<br>2903 MONROE NE<br>ALBUQUERQUE, NM 87110 | CHCJ-002-0042<br>HELEN G. TORRES<br>4208 GOODRICH NE<br>ALBUQUERQUE, NM 87110 |
| CHCJ-002-0043<br>EUGENE MARTINEZ<br>P.O. BOX 1125<br>ESPANOLA, NM 87532 | CHCJ-002-0044<br>GILBERT LEYBA<br>19B CAMINO DE PASTORES<br>SANTA FE, NM 87506 | CHCJ-002-0045<br>MARIA CELINA MONTANO<br>P.O. BOX 586<br>CANJILON, NM 87515 |
| CHCJ-002-0046<br>FLORA GARCIA<br>P. O. BOX 534<br>CANJILON, NM 87515 | CHCJ-002-0047<br>BEVERLY R. GARCIA<br>BOX 51001<br>ESPANOLA, NM 87532 | CHCJ-002-0047<br>JOSE LUZ GARCIA<br>BOX 51001<br>ESPANOLA, NM 87532 |
| CHCJ-002-0048<br>JOSE LORENZO MARTINEZ JR.<br>P.O. BOX 411<br>CANJILON, NM 87515 | CHCJ-002-0049A<br>FERMIN MAES<br>P.O. BOX 543<br>CANJILON, NM 87515 | CHCJ-002-0049B<br>DAVID MANUEL MAES<br>P.O. BOX 634<br>CANJILON, NM 87515 |
| CHCJ-002-0050<br>CHRIS MONTANO<br>5404 MONTEREY COVE, NW<br>ALBUQUERQUE, NM 87114 | CHCJ-002-0051<br>ERNESTINE C. ORTEGA<br>56 LAGARTO RD.<br>TIJERAS, NM 87059 | CHCJ-002-0052<br>AMARANTE VALDEZ<br>P.O. BOX 584<br>CANJILON, NM 87515 |
| CHCJ-002-0052<br>REYES VALDEZ<br>P.O. BOX 584<br>CANJILON, NM 87515 | CHCJ-002-0053<br>PATRICK VALDEZ<br>P.O. BOX 381<br>ESPANOLA, NM 87532 | CHCJ-002-0054<br>ANTONIO VALDEZ<br>P.O. BOX 544<br>CANJILON, NM 87515 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-002-0055<br>DOLORES MARTINEZ<br>8606 PASEO ALEGRE, SW<br>ALBUQUERQUE, NM 87105 | CHCJ-002-0055<br>RICHARD MARTINEZ<br>8606 PASEO ALEGRE, SW<br>ALBUQUERQUE, NM 87105 | CHCJ-002-0056<br>JACOB TRUJILLO<br>P.O. BOX 566<br>CLEARFIELD, UT 84089 |
| CHCJ-002-0057<br>GENOVEVA MONTANO<br>2205 PALOMAS DR., NE<br>ALBUQUERQUE, NM 87110 | CHCJ-003-0001<br>RAFAEL GARCIA<br>P.O. BOX 462<br>CANJILON, NM 87515 | CHCJ-003-0001<br>FRANCISCO LEROY GARCIA<br>P.O. BOX 462<br>CANJILON, NM 87515 |
| CHCJ-003-0001<br>CINDY GARCIA<br>P.O. BOX 462<br>CANJILON, NM 87515 | CHCJ-003-0002<br>SAMUEL S. SERRANO<br>3514 S. 575-W<br>SYRACUSE, UT 84075 | CHCJ-003-0003<br>MOISES MORALES JR.<br>P.O. BOX 54<br>TIERRA AMARILLA, NM 87575 |
| CHCJ-003-0004<br>RAY G. MORALES<br>P.O. BOX 545<br>CANJILON, NM 87515 | CHCJ-003-0004<br>ROSALENA MORALES<br>P.O. BOX 545<br>CANJILON, NM 87515 | CHCJ-003-0005<br>JUDY MORALES<br>P.O. BOX 494<br>CANJILON, NM 87515 |
| CHCJ-003-0006<br>MOISES MORALES JR.<br>P.O. BOX 54<br>TIERRA AMARILLA, NM 87575 | CHCJ-003-0007<br>WILLIAM H. STOREY III<br>P.O. BOX 674<br>EL RITO, NM 87530 | CHCJ-003-0008<br>SALLY M. RODRIGUEZ<br>2716 CALLE CEDRO<br>SANTA FE, NM 87505 |
| CHCJ-003-0008<br>JOSE C. RODRIGUEZ<br>2716 CALLE CEDRO<br>SANTA FE, NM 87505 | CHCJ-003-0009<br>MARIA GLORIA MANZANARES<br>1224 FORESTER N.W.<br>ALBUQUERQUE, NM 87104 | CHCJ-003-0010<br>ALFONSO A. MANZANARES<br>4513 OLYMPIC COURT N.W.<br>ALBUQUERQUE, NM 87114 |
| CHCJ-003-0011<br>RAMON A. MANZANARES<br>1224 FORESTER N.W.<br>ALBUQUERQUE, NM 87104 | CHCJ-003-0012<br>PRAXCEDES MARTINEZ<br>P.O. BOX 3442<br>FAIRVIEW, NM 87533 | CHCJ-003-0013<br>SHIRLEY WHITLEY<br>77 COUNTY ROAD 4903<br>BLOOMFIELD, NM 87413 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-003-0014<br>THOMAS GARCIA<br>P.O. BOX 501<br>CANJILON, NM 87515 | CHCJ-003-0014<br>ODELIA MAESTAS<br>P.O. BOX 501<br>CANJILON, NM 87515 | CHCJ-003-0015<br>SYLVIA MARTINEZ<br>P.O. BOX 3442<br>FAIRVIEW, NM 87533 |
| CHCJ-003-0016<br>MIKE SOBERANEZ<br>P.O. BOX 592<br>CANJILON, NM 87515 | CHCJ-003-0017<br>ONOFRE SOBERANEZ<br>P.O. BOX 592<br>CANJILON, NM 87515 | CHCJ-003-0018<br>DOROTHY MARTINEZ<br>P.O. BOX 1125<br>ESPANOLA, NM 85532 |
| CHCJ-003-0019<br>FERMIN MAES<br>P.O. BOX 543<br>CANJILON, NM 87515 | CHCJ-003-0020<br>JOSEPHINA G. SALAZAR<br>1360 FINCH<br>TULARE, CA 93274 | CHCJ-003-0021<br>ANTONIO MAESTAS<br>P.O. BOX 522<br>CANJILON, NM 87515 |
| CHCJ-003-0022A<br>BELINDA M. VALDEZ<br>P.O. BOX 3112<br>ESPANOLA, NM 87533 | CHCJ-003-0022B<br>VICKIE MARTINEZ RODELA<br>P.O. BOX 4117<br>FAIRVIEW, NM 87533 | CHCJ-003-0022C<br>LOYDA MARTINEZ<br>P.O. BOX 3344<br>FAIRVIEW, NM 87533 |
| CHCJ-003-0022D<br>ISABEL MARTINEZ<br>P.O. BOX 5921<br>SANTA FE, NM 87502 | CHCJ-003-0022E<br>JAKE MARTINEZ<br>P.O. BOX 453<br>CANJILON, NM 87515 | CHCJ-003-0023<br>DANNY SANCHEZ<br>P.O. BOX 1342<br>SAN JUAN PUEBLO, NM 87566 |
| CHCJ-003-0024<br>PRISCILLA SANCHEZ<br>P.O. BOX 1342<br>SAN JUAN PUEBLO, NM 87566 | CHCJ-003-0024<br>DANNY SANCHEZ<br>P.O. BOX 1342<br>SAN JUAN PUEBLO, NM 87566 | CHCJ-003-0025<br>CARLOS A. GARCIA<br>4009 DONALD ROAD SW<br>ALBUQUERQUE, NM 87105 |
| CHCJ-003-0026<br>BEULAH SANCHEZ<br>6501 AVALON ROAD NW<br>ALBUQUERQUE, NM 87105 | CHCJ-003-0026<br>AGAPITO SANCHEZ<br>6501 AVALON ROAD NW<br>ALBUQUERQUE, NM 87105 | CHCJ-003-0027<br>TAMMY M. BACA<br>7186 ORDWAY BLVD. #B<br>FORT LEWIS, WA 98433-1123 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-003-0028<br>DONALD MONTANO<br>6409 AVENIDA LA COSTA NE<br>ALBUQUERQUE, NM 87107 | CHCJ-003-0029<br>RENEA P. GONZALES<br>9724 INDIAN SCHOOL RD.<br>ALBUQUERQUE, NM 87112 | CHCJ-003-0030<br>CHRIS MONTANO<br>5404 MONTEREY COVE, NW<br>ALBUQUERQUE, NM 87114 |
| CHCJ-003-0031<br>RAYMOND JARAMILLO<br>176 MOUNTAIN VIEW<br>MONUMENT, CO 80132 | CHCJ-003-0032<br>FLORENCIO MONTANO<br>1188 MARILYN DRIVE<br>LAYTON, UT 84041 | CHCJ-003-0032<br>GILBERT MONTANO<br>1188 MARILYN DRIVE<br>LAYTON, UT 84041 |
| CHCJ-003-0033A<br>JACOB D. MONTANO<br>434 REEVES<br>LAS CRUCES, NM 88005 | CHCJ-003-0033A<br>LAWRENCE G. MONTANO<br>2609 NARAMIS, NE<br>ALBUQUERQUE, NM 87112 | CHCJ-003-0033A<br>ROBERT M. MONTANO<br>5009 MONTEGO PL., NE<br>ALBUQUERQUE, NM 87111 |
| CHCJ-003-0033A<br>ORTANCE GARCIA<br>308 GLORIETA, NE<br>ALBUQUERQUE, NM 87123 | CHCJ-003-0033B<br>VICTOR JARAMILLO<br>HORTANCE MONTANO<br>308 GLORIETA NE<br>ALBUQUERQUE, NM 87123 | CHCJ-003-0033C<br>LAWRENCE G. MONTANO<br>2609 NARAMIS, NE<br>ALBUQUERQUE, NM 87112 |
| CHCJ-003-0033D<br>ROBERT M. MONTANO<br>5009 MONTEGO PL., NE<br>ALBUQUERQUE, NM 87111 | CHCJ-003-0033E<br>ORTANCE GARCIA<br>308 GLORIETA, NE<br>ALBUQUERQUE, NM 87123 | CHCJ-003-0034<br>DELUVINA GARCIA<br>1521 GRANITE NW<br>ALBUQUERQUE, NM 87104 |
| CHCJ-003-0034<br>ORLANDO GARCIA<br>1521 GRANITE NW<br>ALBUQUERQUE, NM 87104 | CHCJ-003-0035<br>LUCELLA M. GONZALES<br>1409 SAWMILL ROAD NW<br>ALBUQUERQUE, NM 87104 | CHCJ-003-0035<br>REYNALDO GONZALES<br>1409 SAWMILL ROAD NW<br>ALBUQUERQUE, NM 87104 |
| CHCJ-003-0036<br>JO ANN GALLEGOS<br>2701 WENDELL SW<br>ALBUQUERQUE, NM 87121 | CHCJ-003-0036<br>BAILON MONTANO<br>1409 SAWMILL ROAD NW<br>ALBUQUERQUE, NM 87104 | CHCJ-003-0037<br>TOMACITA O. MONTANO<br>1409 SAWMILL ROAD NW<br>ALBUQUERQUE, NM 87104 |

# SERVICE LIST: CANJILON CREEK SUBSECTION

| | | |
|---|---|---|
| CHCJ-003-0038<br>JOSE P. MONTANO<br>P.O. BOX 431<br>CANJILON, NM 87515 | CHCJ-003-0039<br>LUGGIE MONTANO<br>5140 LOMAS DE ATRISCO RD., NW<br>ALBUQUERQUE, NM 87105 | CHCJ-003-0039<br>THOMAS MONTANO<br>5140 LOMAS DE ATRISCO RD., NW<br>ALBUQUERQUE, NM 87105 |
| CHCJ-003-0040<br>CHARLES SANDOVAL<br>685 SILVER SADDLE ROAD<br>RIO RANCHO, NM 87124 | CHCJ-003-0040<br>DIANNE R. SANDOVAL<br>685 SILVER SADDLE ROAD<br>RIO RANCHO, NM 87124 | CHCJ-003-0041<br>LUGGIE MONTANO<br>5140 LOMAS DE ATRISCO RD., NW<br>ALBUQUERQUE, NM 87105 |
| CHCJ-003-0041<br>THOMAS MONTANO<br>5140 LOMAS DE ATRISCO RD., NW<br>ALBUQUERQUE, NM 87105 | CHCJ-003-0042<br>KURT GRAMOLL<br>865 ASP AVE. #212<br>NORMAN, OK 73019 | CHCJ-003-0043<br>TONY M. MARTINEZ<br>P.O. BOX 177<br>LOS OJOS, NM 87551 |
| CHCJ-003-0043<br>CARLA MARTINEZ<br>P.O. BOX 177<br>LOS OJOS, NM 87551 | CHCJ-003-0044<br>BILL DAVIS<br>P.O. BOX 619<br>CANJILON, NM 87515 | CHCJ-003-0044<br>JACKIE WAGNER<br>P.O. BOX 619<br>CANJILON, NM 87515 |
| CHCJ-003-0045<br>JAKE MARTINEZ<br>P.O. BOX 453<br>CANJILON, NM 87515 | CHCJ-003-0045<br>VANGIE MARTINEZ<br>P.O. BOX 453<br>CANJILON, NM 87515 | CHCJ-003-0046<br>FERNANDO S. ROMO<br>P.O. BOX 75<br>AMALIA, NM 87512 |
| CHCJ-003-0047<br>CIPRIANA M. MARTINEZ<br>CR 296-1705 DR. #30<br>CANJILON, NM 87515 | CHCJ-003-0047<br>EGRIPINO MARTINEZ<br>CR296-1705 DR. #30<br>CANJILON, NM 87515 | CHCJ-003-0048<br>ALEX LEYBA<br>P.O. BOX 451<br>CANJILON, NM 87515 |
| CHCJ-003-0048<br>MARIA F.M. LEYBA<br>ALEX LEYBA<br>P.O. BOX 451<br>CANJILON, NM 87515 | CHCJ-003-0048<br>REYNA LEYBA<br>ALEX LEYBA<br>P.O. BOX 451<br>CANJILON, NM 87515 | CHCJ-003-0049<br>NORMAN D. VIGIL<br>7312 CALLE MONTANA, NE<br>ALBUQUERQUE, NM 87113 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-003-0049<br>ROSALIE E. VIGIL<br>7312 CALLE MONTANA, NE<br>ALBUQUERQUE, NM 87113 | CHCJ-003-0050<br>STELLA MARTINEZ<br>P.O. BOX 583<br>CANJILON, NM 87515 | CHCJ-003-0051<br>LENA SANCHEZ<br>P.O. BOX 1048<br>ESPANOLA, NM 87532 |
| CHCJ-003-0052<br>LENA SANCHEZ<br>P.O. BOX 1048<br>ESPANOLA, NM 87532 | CHCJ-003-0053<br>JOSEPH D. MONTOYA<br>P.O. BOX 561<br>CANJILON, NM 87515 | CHCJ-003-0054<br>CHARLES VIGIL JR<br>1120 INDUSTRIAL PARK, STE. 302<br>ESPANOLA, NM 87532 |
| CHCJ-003-0055<br>JOHNNY D. MONTOYA<br>P.O. BOX 561<br>CANJILON, NM 87515 | CHCJ-003-0055<br>JUANITA MONTOYA<br>P.O. BOX 561<br>CANJILON, NM 87515 | CHCJ-003-0056<br>JOSE LORENZO MARTINEZ JR.<br>P.O. BOX 411<br>CANJILON, NM 87515 |
| CHCJ-003-0057<br>JOSE LORENZO MARTINEZ JR.<br>P.O. BOX 411<br>CANJILON, NM 87515 | CHCJ-003-0058<br>ABRAHAM A. CHAVEZ<br>815 1/2 NORTH AZTEC BLVD.<br>AZTEC, NM 87410 | CHCJ-003-0058<br>LENA E. CHAVEZ<br>815 1/2 NORTH AZTEC BLVD.<br>AZTEC, NM 87410 |
| CHCJ-003-0059A<br>MARILYN BALDONADO<br>P.O. BOX 80852<br>ALBUQUERQUE, NM 87198-0852 | CHCJ-003-0059B<br>ZAQUEO SALAZAR<br>P.O. BOX 37<br>CANONES, NM 875160037 | CHCJ-003-0060<br>MARCIA H. MAESTAS<br>3333 MONTCLAIRE DR. NE<br>ALBUQUERQUE, NM 87110 |
| CHCJ-003-0060<br>MIKE MAESTAS<br>3333 MONTCLAIRE DR. NE<br>ALBUQUERQUE, NM 87110 | CHCJ-003-0061<br>NORMAN D. VIGIL<br>7312 CALLE MONTANA, NE<br>ALBUQUERQUE, NM 87113 | CHCJ-003-0061<br>ROSALIE E. VIGIL<br>7312 CALLE MONTANA, NE<br>ALBUQUERQUE, NM 87113 |
| CHCJ-003-0062<br>ATOCHA VIGIL<br>P.O. BOX 503<br>CANJILON, NM 87515 | CHCJ-003-0063<br>CARMELITA R. TRUJILLO<br>P.O. BOX 92431<br>ALBUQUERQUE, NM 87199 | CHCJ-003-0064<br>ESTEMA MADRID<br>2522 ALYSSA DRIVE SW.<br>ALBUQUERQUE, NM 87105 |

# SERVICE LIST: CANJILON CREEK SUBSECTION

| | | |
|---|---|---|
| CHCJ-003-0065<br>EPHRAIM VALENCIA<br>213 SOUTH PACIFIC ST. #F<br>OCEANSIDE, CA 920540901 | CHCJ-003-0066<br>FELIMA VIARREAL<br>P.O. BOX 451<br>ALCALDE, NM 87511 | CHCJ-003-0066<br>JOSEPH S. VALDEZ<br>P.O. BOX 552<br>CANJILON, NM 87515 |
| CHCJ-003-0066<br>GREGORIO VALDEZ<br>P.O. BOX 445<br>BLANCO, NM 87412 | CHCJ-003-0066<br>LENA CORDOVA<br>2400 ARROYO DRIVE #43<br>DURANGO, CO 81301 | CHCJ-003-0066<br>DEMECIA VALDEZ<br>10200 CENTRAL SW<br>ALBUQUERQUE, NM 87121 |
| CHCJ-003-0067<br>ANGEL B. COLLADO<br>1331 PARK AVE., SW #1501<br>ALBUQUERQUE, NM 87102 | CHCJ-003-0067<br>ESTHER J. COLLADO<br>1331 PARK AVE., SW #1501<br>ALBUQUERQUE, NM 87102 | CHCJ-003-0068<br>RALPH BACA<br>1221 ARVILLA NW<br>ALBUQUERQUE, NM 87107 |
| CHCJ-003-0069<br>NICKIANN SCHEURWATER<br>35 GRANT STREET<br>DENVER, CO 80203 | CHCJ-003-0069<br>WILLIAM N. SCHEURWATER<br>35 GRANT STREET<br>DENVER, CO 80203 | CHCJ-003-0070<br>DONALD MARTINEZ<br>P.O. BOX 52<br>EL RITO, NM 87530 |
| CHCJ-003-0071<br>JOLLY FAMILY TRUST<br>JEANNE A. JOLLY, TRUSTEE<br>P.O. BOX 518<br>CANJILON, NM 87515 | CHCJ-003-0072<br>HENRIETTA MORALES<br>P.O. BOX 54<br>TIERRA AMARILLA, NM 87575 | CHCJ-003-0072<br>MOISES MORALES JR.<br>P.O. BOX 54<br>TIERRA AMARILLA, NM 87575 |
| CHCJ-003-0073<br>JOSE MODESTO MADRID<br>P.O. BOX 574<br>CANJILON, NM 87515 | CHCJ-003-0074<br>ANGELA D. MARTINEZ<br>P.O. BOX 3912<br>FAIRVIEW, NM 87533 | CHCJ-003-0074<br>MAX DAVID MARTINEZ<br>P.O. BOX 3912<br>FAIRVIEW, NM 87533 |
| CHCJ-003-0075<br>ALBERT MARTINEZ<br>P.O. BOX 555<br>CANJILON, NM 87515 | CHCJ-003-0075<br>IRENE B. MARTINEZ<br>P.O. BOX 555<br>CANJILON, NM 87515 | CHCJ-003-0076<br>JONATHAN MARTINEZ<br>P.O. BOX 508<br>ABIQUIU, NM 87510 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-003-0077<br>FRANCES VIGIL<br>409 CALLE DEL RIO #2<br>ESPANOLA, NM 87532 | CHCJ-003-0077<br>ARMANDO VIGIL<br>409 CALLE DEL RIO #2<br>ESPANOLA, NM 87532 | CHCJ-003-0078<br>GUSMAN F. MONTANO<br>P.O. BOX 502<br>CANJILON, NM 87515 |
| CHCJ-003-0078<br>MARY LOU MONTANO<br>P.O. BOX 502<br>CANJILON, NM 87515 | CHCJ-003-0079<br>GERALDINE MARTINEZ A/K/A<br>GERALDINE N. VALDEZ<br>P.O. BOX 508<br>ABIQUIU, NM 87510 | CHCJ-003-0080<br>JOHN J. SERRANO<br>P.O. BOX 426<br>CANJILON, NM 87515 |
| CHCJ-003-0081<br>MIGUEL E. GONZALES<br>P.O. BOX 58<br>ABIQUIU, NM 87510 | CHCJ-003-0082<br>OCTAVIANO MONTANO JR.<br>10571 COLORADO BLVD.<br>THORNTON, CO 80233 | CHCJ-003-0083<br>MELISSA MARTINEZ<br>P.O. BOX 506<br>CANJILON, NM 87515 |
| CHCJ-003-0083<br>RAY MARTINEZ<br>P.O. BOX 506<br>CANJILON, NM 87515 | CHCJ-003-0084<br>JOSEPH G. MEDINA<br>127 ALAMO DRIVE<br>SANTA FE, NM 87501 | CHCJ-003-0085<br>MARGARET A MIERA<br>GENERAL DELIVERY<br>CANJILON, NM 87515 |
| CHCJ-003-0086A<br>LORRAINE S. MARTINEZ<br>P.O. BOX 485<br>CANJILON, NM 87515 | CHCJ-003-0086A<br>RONALD A. MARTINEZ<br>P.O. BOX 485<br>CANJILON, NM 87515 | CHCJ-003-0086B<br>ONESIMO MARTINEZ<br>P.O. BOX 551<br>CANJILON, NM 87515 |
| CHCJ-004-0001<br>JOSE MODESTO MADRID<br>P.O. BOX 574<br>CANJILON, NM 87515 | CHCJ-004-0002<br>CIPRIANO MAEZ<br>P.O. BOX 493<br>CANJILON, NM 87515 | CHCJ-004-0002<br>PAULINE MAEZ<br>P.O. BOX 493<br>CANJILON, NM 87515 |
| CHCJ-004-0003A<br>MARIA F.M. LEYBA<br>ALEX LEYBA<br>P.O. BOX 451<br>CANJILON, NM 87515 | CHCJ-004-0003B<br>ALFREDO MONTOYA JR.<br>529 CAMINO SOLANO<br>SANTA FE, NM 87505 | CHCJ-004-0003B<br>LOUISE O. MONTOYA<br>529 CAMINO SOLANO<br>SANTA FE, NM 87505 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-004-0003C<br>ALEX LEYBA<br>P.O. BOX 451<br>CANJILON, NM 87515 | CHCJ-004-0003D<br>MARIA F.M. LEYBA<br>ALEX LEYBA<br>P.O. BOX 451<br>CANJILON, NM 87515 | CHCJ-004-0004<br>LEOPOLDO LEYBA<br>P.O. BOX 533<br>CANJILON, NM 87515 |
| CHCJ-004-0005<br>LAWRENCE VIGIL<br>P.O. BOX 1193<br>ESPANOLA, NM 87532 | CHCJ-004-0006A<br>JEAN CHILDERS<br>2546 S. LEWISTON ST.<br>AURORA, CO 80013 | CHCJ-004-0006B<br>JAMIE MARTINEZ<br>JAKE MARTINEZ<br>P.O. BOX 475<br>CANJILON, NM 87515 |
| CHCJ-004-0006C<br>ADRIANA MARTINEZ<br>5427 RAGLIN, SW<br>ALBUQUERQUE, NM 87121 | CHCJ-004-0007<br>ADRIANO G. VALDEZ<br>P.O. BOX 484<br>CANJILON, NM 87515 | CHCJ-004-0007<br>VALERIA M. VALDEZ<br>P.O. BOX 484<br>CANJILON, NM 87515 |
| CHCJ-004-0008<br>LOUISE M. LEYBA<br>P.O. BOX 491<br>CANJILON, NM 87515 | CHCJ-004-0009<br>DOROTHY LEYBA<br>P.O. BOX 533<br>CANJILON, NM 87515 | CHCJ-004-0009<br>LEOPOLDO LEYBA<br>P.O. BOX 533<br>CANJILON, NM 87515 |
| CHCJ-004-0010<br>ANTONIO M. MAESTAS<br>P.O. BOX 522<br>CANJILON, NM 87515 | CHCJ-004-0011<br>TOMMY ALARID<br>P.O. BOX 526<br>CANJILON, NM 87515 | CHCJ-004-0011<br>PATRICIA ALARID<br>P.O. BOX 526<br>CANJILON, NM 87515 |
| CHCJ-004-0012<br>CAROLE J. OTERO<br>5028 PHEASANT NW<br>ALBUQUERQUE, NM 87120 | CHCJ-004-0013<br>AMOS RAY SANCHEZ<br>1500 SAN CLEMENTE, NW<br>ALBUQUERQUE, NM 87107 | CHCJ-004-0014<br>YOLANDA SANCHEZ<br>8030 SAN JUAN NE<br>ALBUQUERQUE, NM 87108 |
| CHCJ-004-0015<br>RICHARD L. SANCHEZ<br>68 ANDRES SANCHEZ RD.<br>BELEN, NM 87002 | CHCJ-004-0016<br>PHILIP T. SANCHEZ<br>29 EDMUNDO<br>BELEN, NM 87002 | CHCJ-004-0017<br>EULEMIA ATENCIO<br>449 ROBIN MEADOW RD. NW<br>ALBUQUERQUE, NM 87114 |

# SERVICE LIST: CANJILON CREEK SUBSECTION

| | | |
|---|---|---|
| CHCJ-004-0017<br>ISAAC ATENCIO<br>449 ROBIN MEADOW RD. NW<br>ALBUQUERQUE, NM 87114 | CHCJ-004-0018<br>MANUELITA ARCHULETA<br>P.O. BOX 1223<br>SAN JUAN PUEBLO, NM 87566 | CHCJ-004-0018<br>TOMAS D. ARCHULETA<br>P.O. BOX 1223<br>SAN JUAN PUEBLO, NM 87566 |
| CHCJ-004-0019<br>IRENE B. MARTINEZ<br>P.O. BOX 555<br>CANJILON, NM 87515 | CHCJ-004-0019<br>ALBERT MARTINEZ<br>P.O. BOX 555<br>CANJILON, NM 87515 | CHCJ-004-0020<br>ALLEN SILVERSTEIN<br>736½ MONTEZ<br>SANTA FE, NM 87501 |
| CHCJ-004-0021<br>MELISENDRO MARTINEZ<br>BOX 565<br>CANJILON, NM 87515 | CHCJ-004-0021<br>LEONOR MARTINEZ<br>BOX 565<br>CANJILON, NM 87515 | CHCJ-004-0022<br>PHOEBE M. ROMERO<br>P.O. BOX 582<br>CANJILON, NM 87515 |
| CHCJ-004-0023<br>EDUVIGEN MARTINEZ<br>P.O. BOX 582<br>CANJILON, NM 87515 | CHCJ-004-0024<br>MARY MARTINEZ<br>P.O. BOX 417<br>CANJILON, NM 87515 | CHCJ-004-0024<br>MAX MARTINEZ<br>P.O. BOX 417<br>CANJILON, NM 87515 |
| CHCJ-004-0025<br>CREOLINDA M. MARTINEZ<br>1219 TOMASITA NE<br>ALBUQUERQUE, NM 87112 | CHCJ-004-0026<br>MARCIA H. MAESTAS<br>3333 MONTCLAIRE DR. NE<br>ALBUQUERQUE, NM 87110 | CHCJ-004-0027<br>EPHRAIM VALENCIA<br>213 SOUTH PACIFIC ST. #F<br>OCEANSIDE, CA 920540901 |
| CHCJ-004-0028<br>ALFREDO J. TRUJILLO<br>P.O. BOX 563<br>CANJILON, NM 87515 | CHCJ-004-0028<br>MAE C. TRUJILLO<br>P.O. BOX 563<br>CANJILON, NM 87515 | CHCJ-004-0029<br>BELARMINO TRUJILLO<br>P.O. BOX 563<br>CANJILON, NM 87515 |
| CHCJ-004-0030<br>VICTORIA G. LOPEZ<br>PRIVATE RD. 1326 BOX 7<br>ESPANOLA, NM 87532 | CHCJ-004-0031<br>JOSE MELISENDRO MARTINEZ<br>BOX 565<br>CANJILON, NM 87515 | CHCJ-004-0032<br>ENRIQUES BACA<br>P.O. BOX 235<br>MINTURN, CO 81645 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-004-0033<br>ANGELINA G. MARTINEZ<br>1937 NORTH 7TH ST.<br>COLORADO SPRINGS, CO 80907 | CHCJ-004-0034<br>DOROTHY RIVERA<br>16 CHALAN RD.<br>SANTA FE, NM 87507 | CHCJ-004-0035<br>BENJAMIN LEYBA<br>P.O. BOX 463<br>CANJILON, NM 87515 |
| CHCJ-004-0036A<br>ADAN MARTINEZ<br>P.O. BOX 582<br>CANJILON, NM 87515 | CHCJ-004-0036B<br>SABINO SALAZAR<br>P.O. BOX 435<br>CANJILON, NM 87515 | CHCJ-004-0036B<br>JUANITA SALAZAR<br>P.O. BOX 435<br>CANJILON, NM 87515 |
| CHCJ-004-0037<br>ADELA MARTINEZ<br>P.O. BOX 513<br>CANJILON, NM 87515 | CHCJ-004-0037<br>ERALDO MARTINEZ<br>P.O. BOX 513<br>CANJILON, NM 87515 | CHCJ-004-0038<br>UNITED STATES OF AMERICA<br>DAVID GEHLERT, ESQ.  USDJ<br>999 18TH ST S. TERRACE STE 370<br>DENVER, CO 80202 |
| CHCJ-004-0039<br>LIVIA OLGUIN<br>P.O. BOX 587<br>CANJILON, NM 87515 | CHCJ-004-0040<br>FERMIN MAES<br>P.O. BOX 543<br>CANJILON, NM 87515 | CHCJ-004-0040<br>JOSEPH M. MAES<br>P.O. BOX 543<br>CANJILON, NM 87515 |
| CHCJ-004-0040<br>JUANITO B. MAES JR.<br>810 COUNTY ROAD 122<br>ESPANOLA, NM 87532 | CHCJ-004-0040<br>TOMAS MAES<br>BOX 2357 ATHENA<br>BERNALILLO, NM 87004 | CHCJ-004-0041<br>JUANITO REYNEL MADRID<br>3807 VERANDA NE<br>ALBUQUERQUE, NM 87110 |
| CHCJ-004-0042A<br>EMILIA VIGIL<br>RT. 1 BOX 213<br>SANTA CRUZ, NM 87567 | CHCJ-004-0042B<br>CELINE MARTINEZ<br>P.O. BOX 774<br>CHIMAYO, NM 87522 | CHCJ-004-0043<br>DANNY J. GARCIA<br>P.O. BOX 572<br>CANJILON, NM 87515 |
| CHCJ-004-0043<br>VELMA GARCIA<br>P.O. BOX 572<br>CANJILON, NM 87515 | CHCJ-004-0045<br>AGRIPINA SALAZAR<br>P.O. BOX 324<br>TIERRA AMARILLA, NM 87575 | CHCJ-004-0045<br>VICTOR SALAZAR<br>P.O. BOX 324<br>TIERRA AMARILLA, NM 87575 |

**SERVICE LIST: CANJILON CREEK SUBSECTION**

| | | |
|---|---|---|
| CHCJ-004-0046A<br>BENJAMIN LEYBA<br>P.O. BOX 463<br>CANJILON, NM 87515 | CHCJ-004-0046B<br>BENJAMIN LEYBA<br>P.O. BOX 463<br>CANJILON, NM 87515 | CHCJ-004-0046B<br>DAVID LEYBA<br>P.O. BOX 463<br>CANJILON, NM 87515 |
| CHCJ-004-0046B<br>HORACE LEYBA<br>P.O. BOX 486<br>CANJILON, NM 87515 | CHCJ-004-0047<br>DOLORES BACA<br>P.O. BOX 512<br>CANJILON, NM 87515 | CHCJ-004-0048<br>GLEN BAKER<br>P.O. BOX 535<br>CANJILON, NM 87515 |
| CHCJ-004-0049<br>GOMISINDO VELASQUEZ<br>P.O. BOX 466<br>CANJILON, NM 87515 | CHCJ-004-0050<br>AMALIA M. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 | CHCJ-004-0050<br>PAUL R. BACA<br>P.O. BOX 477<br>CANJILON, NM 87515 |
| CHCJ-004-0051<br>RICHARD DANT<br>103-B CAMINO LOS ABUELOS<br>SANTA FE, NM 875088092 | CHCJ-004-0052<br>PHIL VELASQUEZ<br>P.O. BOX 483<br>CANJILON, NM 87515 | CHCJ-004-0053<br>THERESITA M. TRUJILLO<br>P.O. BOX 28<br>ABIQUIU, NM 87510 |
| CHCJ-004-0054<br>CHESTER O. WEAVER<br>3301 BAHAMA ST N.E.<br>ALBUQUERQUE, NM 87111 | CHCJ-004-0055<br>MIGUEL E. GONZALES<br>P.O. BOX 58<br>ABIQUIU, NM 87510 | CHCJ-004-0056<br>DANNY J. GARCIA<br>P.O. BOX 572<br>CANJILON, NM 87515 |
| CHCJ-004-0056<br>VELMA GARCIA<br>P.O. BOX 572<br>CANJILON, NM 87515 | CHCJ-004-0057<br>JUAN C. MARTINEZ<br>P.O. BOX 573<br>CANJILON, NM 87515 | CHCJ-004-0057<br>LONGINIA O. MARTINEZ<br>P.O. BOX 573<br>CANJILON, NM 87515 |
| CHCJ-004-0058<br>KARLA B. VIGIL<br>1414 HICKOX ST.<br>SANTA FE, NM 87505 | CHCJ-004-0058<br>VICENTE VIGIL<br>1414 HICKOX ST.<br>SANTA FE, NM 87505 | CHCJ-004-0059<br>JACOB TRUJILLO<br>P.O. BOX 566<br>CLEARFIELD, UT 84089 |

# SERVICE LIST: CANJILON CREEK SUBSECTION

| | | |
|---|---|---|
| CHCJ-005-0001<br>AGRIPINA SALAZAR<br>P.O. BOX 324<br>TIERRA AMARILLA, NM 87575 | CHCJ-005-0001<br>VICTOR SALAZAR<br>P.O. BOX 324<br>TIERRA AMARILLA, NM 87575 | CHCJ-005-0002<br>FLORENCE MAESTAS<br>P.O. BOX 1848<br>ESPANOLA, NM 87532 |
| CHCJ-005-0002<br>RICHARD MAESTAS<br>P.O. BOX 1848<br>ESPANOLA, NM 87532 | CHCJ-005-0003<br>GRACE G. BAKER<br>P.O. BOX 3362<br>FAIRVIEW, NM 87533 | CHCJ-005-0003<br>JAMES M. BAKER<br>P.O. BOX 3362<br>FAIRVIEW, NM 87533 |
| CHCJ-005-0004<br>ABELARDO E. GARCIA<br>P.O. BOX 447<br>CANJILON, NM 87515 | CHCJ-005-0004<br>GERALDINE E. GARCIA<br>P.O. BOX 447<br>CANJILON, NM 87515 | CHCJ-005-0005<br>BENJAMIN LEYBA<br>P.O. BOX 463<br>CANJILON, NM 87515 |
| CHCJ-005-0005<br>DAVID LEYBA<br>P.O. BOX 463<br>CANJILON, NM 87515 | CHCJ-005-0005<br>HORACE LEYBA<br>P.O. BOX 486<br>CANJILON, NM 87515 | CHCJ-005-0006<br>JACOB TRUJILLO<br>P.O. BOX 566<br>CLEARFIELD, UT 84089 |
| CHCJ-006-0001<br>ABELARDO E. GARCIA<br>P.O. BOX 447<br>CANJILON, NM 87515 | CHCJ-006-0001<br>GERALDINE E. GARCIA<br>P.O. BOX 447<br>CANJILON, NM 87515 | CHCJ-006-0002<br>ABRAN AUGUSTINE GARCIA<br>BOX 51108 NBU 11<br>ESPANOLA, NM 87532 |
| CHCJ-006-0003A<br>RUBINA VIGIL<br>P.O. BOX 91556<br>ALBUQUERQUE, NM 87199 | CHCJ-006-0003B<br>NORMAN D. VIGIL<br>7312 CALLE MONTANA, NE<br>ALBUQUERQUE, NM 87113 | CHCJ-006-0003C<br>WAYNE A. VIGIL<br>P.O. BOX 454<br>CANJILON, NM 87515 |
| CHCJ-006-0003D<br>THEODORE C. LOBATO<br>P.O. BOX 454<br>CANJILON, NM 87515 | CHCJ-006-0003E<br>ERALDO MARTINEZ<br>P.O. BOX 513<br>CANJILON, NM 87515 | CHCJ-006-0003E<br>ADELA MARTINEZ<br>P.O. BOX 513<br>CANJILON, NM 87515 |