IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

       Plaintiff,                               NO. 69cv7941 MV/LFG

vs.                                           RIO CHAMA ADJUDICATION

ROMAN ARAGON, et al.,

       Defendants.

## NOTICE OF JOINT WORKING SESSION

     The Honorable James J. Wechsler has set a Joint Working Session for the New Mexico State Stream Adjudications for 10:00 a.m. Thursday, July 24, 2014, at the Court of Appeals in Santa Fe, New Mexico. See the attached notice for details. Because no court will rule on any procedural or substantive issues, the attendance of attorneys of record and parties is discretionary.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge