FILED IN MY OFFICE
DISTRICT COURT CLERK
6/30/2014 10:26:22 AM
KATHY GALLEGOS
2 of 3
KMG

STATE OF NEW MEXICO
COUNTY OF CIBOLA
THIRTEENTH JUDICIAL DISTRICT

**STATE OF NEW MEXICO, ex rel.
State Engineer,**

   Plaintiff,

No. CB-83-190-CV and
CB-83-220-CV (Consolidated)

v.

**KERR-McGEE CORPORATION,** *et al.*,

   Defendants.

Hon. James J. Wechsler
Presiding Judge

### NOTICE OF AND INVITATION TO ATTEND JOINT WORKING SESSION
### NEW MEXICO STATE STREAM ADJUDICATIONS
### SCHEDULED FOR JULY 24, 2014 AT 10:00 A.M.

TO:  New Mexico Water Judges and Special Masters in State and Federal Courts, Office of the State Engineer and All Interested Parties

FROM: James J. Wechsler, Presiding Judge

RE:  **Annual Court/State Joint Working Session on Adjudications Scheduled for 10:00 A.M., July 24, 2014 at the Court of Appeals in Santa Fe, New Mexico. Parties may also attend via Video Link at the district courts in Aztec, Roswell and Las Cruces and via telephone.**

Rule 1-071.3 NMRA provides as follows:

A. Joint working sessions in state adjudications. Thirty (30) days before the end of each fiscal year, the judges, special masters, the state and other parties in each stream adjudication court shall coordinate and set a working session for the purpose of discussing common issues among all pending stream adjudications and resource needs of each adjudication court. The judges presiding over state stream system adjudications shall invite judges and special masters presiding over federal stream system adjudications to participate.

B. Report of state's priorities. Thirty (30) days prior to the joint working session, the state shall file a report setting out the plaintiff's suggested priorities and its analysis of resources needed by the courts and for the state for each adjudication pending in state court.

By agreement among the State Court, the Federal Court, and the State of New Mexico, the 2014 annual joint working session is scheduled for **July 24, 2014 at 10:00 a.m.**, at the New Mexico Court of Appeals, 237 Don Gaspar, Santa Fe, NM 87501. All interested parties are invited to attend the joint working session.

Parties may attend and participate by video conference at the following locations:

| 3rd Judicial District Court | 5th Judicial District Court | 11th Judicial District Court |
| --- | --- | --- |
| 201 W. Picacho Avenue | 400 N. Virginia | 103 South Oliver Drive |
| Las Cruces NM 88005 | Roswell, NM 88201 | Aztec, NM 87410 |

Parties may also attend and participate by Conference call by contacting Court Call at 1-888-882-6878

KATHY GALLEGOS
THIRTEENTH JUDICIAL DISTRICT COURT CLERK

By: _____

**CERTIFICATE OF MAILING**

I hereby certify that on the above file stamped date, I have caused to be emailed and/or mailed by First Class US Mail, a true and correct copy of the foregoing instrument.