69cv 7941

re: Doc: 11022

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
106 S. FEDERAL PLACE
SANTIAGO E. CAMPOS U.S. COURTHOUSE
SANTA FE, NM 87501

OFFICIAL BUSINESS

RECEIVED AT SANTA FE
JUL 2 2 2014
MATTHEW J. DYKMAN
CLERK

ALBUQUERQUE NM 870
12 JUN '14
PM 3 L

Tony Scarborough
P.O. Box 268
Espanola, NM

NIXIE   871   SE 1   0007/19/14
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

HASLER
06/12/14
$0.48
Mailed From 87501
US POSTAGE