IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 JUL 29 PM 3:25 /mn

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the *Notice and Order to Show Cause* concerning the determination of priorities and irrigation water requirements in the adjudication of the Canjilon Subsection of Section 3 of the Rio Chama Stream System. I object to (check all that apply):

__✓__ The priority date proposed for my water right or any other water right. Please describe this water right or ditch: __AE Garcia Ditch e Garcia Ditch No 2__

__✓__ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Canjilon Subsection. Please describe this water right or ditch: __AE Garcia Ditch e Garcia Ditch No 2__

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): __Abelardo E and Geraldine Garcia__ Subfile No. _____

MAILING ADDRESS: __PO Box 447 Canjilon NMex 87515__

TELEPHONE NO.: __575 684 2266__

SIGNED: __Abelardo E Garcia__ DATE: __7-29-14__

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN AUGUST 29, 2014, TO:**

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102