**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

                Plaintiff,

    Vs.

ROMAN ARAGON, *et al.*,
*Harry O Martinez*
              Defendants,

14 AUG 13 PM 2: 43

August 5, 2014

69cv07941-MV/LFG

CLERK ALBUQUERQUE

RIO CHAMA STREAM SYSTEM

Section 7: Tierra Amarilla,

## RESPONSE TO NOTICE OF ORDER

THIS MATTER having been reviewed and investigated, brings me to this response.

THAT: I *HARRY O MARTINEZ*, DO hereby state claim on Water Rights in the Tierra Amarilla community irrigation Ditch system. Water Rights have clearly been established, by The Treaty of Guadalupe Hidalgo, and are protected by an act of congress Thru PATENT TO THE Tierra Amarilla Land Grant. The entire Region possess Senior Water Rights when it comes to extracting or transferring the Water to or by non residents. Water Rights are established by The State Engineers Office, Santa Fe New Mexico, SUB FILE # CHTA-003-0007. My Address is *P.O. Box 191*, Tierra Amarilla, N.M. 87575. The Tierra Amarilla Land Grant Patent by The U.S. Congress, is Legal Claim, Ref, also The Treaty of Guadalupe Hidalgo. Thank you for Your communication on this matter, your professional address To this Issue is dully noted and recorded. I hope that this letter meets your request as for the criteria Submitted herein.

Sincerely

*Harry O Martinez, S.R.*

Filed in The District Court of
N.M., 333 Lomas N.W.,
Suite 270 Albuquerque NM 87102

*Harry O Martz S. P.* certify that a true and exact copy of this Claim Response Letter in the matter of civil action case # 69cv07941-MV/LFG. RIO CHAMA STREAM SYSTEM Section 7; Tierra Amarilla, was sent to The State Engineer, at the New Mexico, State Engineers Office, Bataan Memorial Building, Room l0l, P. O. Box 25102, Santa Fe New Mexico 87504-5102.

*Harry O Martz Sr.*

Harry O Martinez, Parciante;
P.O. Box 192,
Tierra Amarilla, N.M., 87575
Tierra Amarilla, Community Ditch
Association.

SEAL

I *Raisa L. Morales*, Acknowledge and hereby witness the hand and signature of *Harry O. Martinez*, Subscribed and sworn before me on this ~~11~~ , day of August, 2014. ~~My Commission expires on~~ _____ ~~Day of~~ _____, ~~20~~____.

**PURSUANT TO
§ 14-14-3 NMSA 1978
By Deputy Court Clerk**

*Raisa L Morales*

Harry O. Martinez
P. O. Box 192
Tierra Amarilla, NM 87575-0192

ALBUQUERQUE NM 870

12 AUG 2014 PM 2 L

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
333 Lomas N.W. Suite 270
Albuquerque, NM 87102



RECEIVED
At Albuquerque NM

AUG 1 3 2014

MATTHEW J. DYKMAN
CLERK

NEW MEXICO 1912-2012