IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 14 PM 2:25

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

        Plaintiff,

Vs.

ROMAN ARAGON, *et al.*,
Virginia Martinez,
        Defendants,

August 5, 2014

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM

Section 7: Tierra Amarilla,

## RESPONSE TO NOTICE OF ORDER

THIS MATTER having been reviewed and investigated, brings me to this response.

THAT: I **Virginia Martinez** DO hereby state claim on Water Rights in the Tierra Amarilla community irrigation Ditch system. Water Rights have clearly been established, by The Treaty of Guadalupe Hidalgo, and are protected by an act of congress Thru PATENT TO THE Tierra Amarilla Land Grant. The entire Region possess Senior Water Rights when it comes to extracting or transferring the Water to or by non residents. Water Rights are established by The State Engineers Office, Santa Fe New Mexico, SUB FILE # CHTA-003-0007. My Address is, **P.O. Box 1517, Espanola,** ~~Tierra Amarilla~~, N.M. 87575. The Tierra Amarilla Land Grant Patent by The U.S. Congress, is Legal Claim, Ref, also The Treaty of Guadalupe Hidalgo. Thank you for Your communication on this matter, your professional address To this Issue is dully noted and recorded. I hope that this letter meets your request as for the criteria Submitted herein.

                                                  Sincerely

                                                  *Virginia Martinez*

Filed in The District Court of N.M., 333 Lomas N.W., Suite 270 Albuquerque NM 87102

I Virginia Martinez certify that a true and exact copy of this Claim Response Letter in the matter of civil action case # 69cv07941-MV/LFG. RIO CHAMA STREAM SYSTEM Section 7; Tierra Amarilla, was sent to The State Engineer, at the New Mexico, State Engineers Office, Bataan Memorial Building, Room 101, P. O. Box 25102, Santa Fe New Mexico 87504-5102.

Virginia Martinez, Parciante;
P.O. Box1517,
Espanola, N.M., 87532
Tierra Amarilla, Community Ditch Association.

SEAL



OFFICIAL SEAL
Rose Jaramillo
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 09-15-2015

I Rose Jaramillo, Acknowledge and hereby witness the hand and signature of Virginia Q. Martinez, Subscribed and sworn before me on this 7th, day of August, 2014. My Commission expires on 09 Day of 15, 20 15.

Virginia Martinez
P. O. Box 1517
Espanola, NM 87532-1517

ALBUQUERQUE NM 870
13 AUG 2014 PM 2 L

RECEIVED
At Albuquerque NM

AUG 14 2014

MATTHEW J. DYKMAN
CLERK

7102227470

UNITED STATES DISTRICT COURT
DISRICT OF NEW MEXICO
333 Lomas N.W. Suite 270
Albuquerque, NM 87102