IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

        Plaintiff,

Vs.

ROMAN ARAGON, *et al.*,
Mario R Martinez
        Defendants,

August 5, 2014

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM

Section 7: Tierra Amarilla,

## RESPONSE TO NOTICE OF ORDER

THIS MATTER having been reviewed and investigated, brings me to this response.

THAT: I _Mario R Martinez_, DO hereby state claim on Water Rights in the Tierra Amarilla community irrigation Ditch system. Water Rights have clearly been established, by The Treaty of Guadalupe Hidalgo, and are protected by an act of congress Thru PATENT TO THE Tierra Amarilla Land Grant. The entire Region possess Senior Water Rights when it comes to extracting or transferring the Water to or by non residents. Water Rights are established by The State Engineers Office, Santa Fe New Mexico, SUB FILE # CHTA-003-0007. My Address is, _P.O. Box 217_, Tierra Amarilla, N.M. 87575. The Tierra Amarilla Land Grant Patent by The U.S. Congress, is Legal Claim, Ref, also The Treaty of Guadalupe Hidalgo. Thank you for Your communication on this matter, your professional address To this Issue is dully noted and recorded. I hope that this letter meets your request as for the criteria Submitted herein.

Sincerely

*Mario R Martinez*

Filed in The District Court of
N.M., 333 Lomas N.W.,
Suite 270 Albuquerque NM 87102

I *Mario R Martinez*, certify that a true and exact copy of this Claim Response Letter in the matter of civil action case # 69cv07941-MV/LFG. RIO CHAMA STREAM SYSTEM Section 7; Tierra Amarilla, was sent to The State Engineer, at the New Mexico, State Engineers Office, Bataan Memorial Building, Room 101, P. O. Box 25102, Santa Fe New Mexico 87504-5102.

*Mario R Martinez*
Mario R Martinez, Parciante;
Tierra Amarilla, Community Ditch Association.

SEAL

I *Debbie Reynolds*, Acknowledge and hereby witness the hand and signature of *Mario R Martinez*, Subscribed and sworn before me on this 5th, day of August, 2014. My Commission expires on 8 Day of Nov, 20 14.



Official Seal
DEBBIE REYNOLDS
Notary Public
State of New Mexico
My Commission Expires 11/8/14

Mario R. Martinez
P. O. Box 217
Tierra Amarilla, NM 87575-0217

ALBUQUERQUE NM
15 AUG 2014 PM 3 L

RECEIVED
At Albuquerque NM
AUG 18 2014
MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
333 Lomas N.W. Suite 270
Albuquerque, NM 87102