IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

**PROOF OF PUBLICATION OF
NOTICE AND ORDER TO SHOW CAUSE**

The Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned attorney, hereby files proof of publication of the *Notice and Order to Show Cause* issued by the United States District Court [Doc. No. 11030-2] in connection with the determination of priority dates and irrigation water requirements in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System.

Attached as Exhibit 1 is the Affidavit of Publication signed by Robert Trapp, Publisher of the *Rio Grande Sun*.

Respectfully submitted,

    /s/  Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorneys General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444 phone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  21st  day of August 2014, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/   Ed Newville
EDWARD G. NEWVILLE