IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ARAGON, et al.,<br><br>Defendants. | 69cv07941-MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7:  Tierra Amarilla |

## UNOPPOSED MOTION FOR 45-DAY EXTENSION
## TO FILE STATEMENTS OF CLAIMS REGARDING
## PROPOSED IRRIGATION REQUIREMENTS

COME NOW the Associación de Acéquias Norteñas de Rio Arriba, the Tierra Amarilla Community Ditch, also known as the Acéquia de Tierra Amarilla, on its own behalf and on behalf of its members, and the Chama Valley Independent School District No. 19 ("Movants"), pursuant to the Court's Notice and Order filed June 20, 2014 (Doc. 11028) , and hereby move for an extension of time from August 29, 2014 until October 13, 2014 for Movants to file the statements of claims required by the Notice and Order.  In support hereof, Movants state the following:

1.Movants filed or adopted objections to the proposed irrigation requirements and asserted defenses under the Treaty of Guadalupe Hidalgo.  See *Objections of the Associación de Acéquias Norteñas de Rio Arriba and the Tierra Amarilla Community Ditch* (Doc. 9922 filed July 28, 2010) (*Objections*).  The Movants are close to resolving the Objections with the State of New Mexico.  Resolution of the issues would cause Movants to withdraw the Objections and avoid the filing of their statements of claims.  Movants and the State are finalizing draft

language, and Movants are completing technical work, both of which will be presented for consideration and approval at a meeting of officers and members of the Tierra Amarilla Community Ditch to be scheduled in late September. Following the meeting, undersigned counsel expect to notify the Court of the resolution of these matters.

2. The State of New Mexico does not oppose this motion.

WHEREFORE, the Associación de Acéquias Norteñas de Rio Arriba, the Tierra Amarilla Community Ditch and the Chama Valley Independent School District No. 19 request the Court to enter an order extending the deadline until October 13, 2014 for Movants to file statements of claims pursuant to the Notice and Order filed June 20, 2014 (Doc. 11028).

Respectfully Submitted,

SHEEHAN & SHEEHAN, P.A.
40 First Plaza N.W., Suite 740 (87102)
Post Office Box 271
Albuquerque, New Mexico  87103
(505) 247-0411

BY:  /s/*John W. Utton*
       JOHN W. UTTON

DAVID BENAVIDES
New Mexico Legal Aid
Post Office Box 5175
Santa Fe, NM   87502
(505) 982-9886

*Attorneys for Associación de Acéquias Norteñas*
*de Rio Arriba and the Tierra Amarilla Community Ditch*

REBECCA DEMPSEY
Cuddy & McCarthy, LLP
*Attorneys for Chama Valley Independent School*
Post Office Box 4160
Santa Fe, NM   87502-4160
(505) 988-4476
rdempsey@cuddymccarthy.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of August, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel listed on the electronic service list, as more fully reflected on the Notice of Electronic Filing, to be served via electronic mail, and served the non-CM/ECF participants via first class mail.

*/s/John W. Utton*
JOHN W. UTTON

S:\17296192\PLEADING\20140822 MTN 45-day extension.doc