IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 20 PM 2:57

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the *Notice and Order to Show Cause* concerning the determination of priorities and irrigation water requirements in the adjudication of the Canjilon Subsection of Section 3 of the Rio Chama Stream System. I object to (check all that apply):

__X__ The priority date proposed for my water right or any other water right. Please describe this water right or ditch: __UNKNOWN DITCH_____.

__X__ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Canjilon Subsection. Please describe this water right or ditch: _____
__UNKNOWN DITCH_____
__ORTIZ DITCH NO. 2_____.

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): __PLACIDO BORREGO__   Subfile No. __CHCJ 001-0004B__
MAILING ADDRESS: __3056 AGUA FRIA STREET, SANTA FE, NM 87507__
TELEPHONE NO.: __505-473-0348 EX. 2__
SIGNED: __Placido Borrego__   DATE: __8/19/14__

MAIL OR DELIVER FOR RECEIPT NO LATER THAN **AUGUST 29, 2014**, TO:

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

BORREGO
3056 Agua Fria Street
Santa Fe, NM 87507

RECEIVED
At Albuquerque NM

AUG 2 0 2014

MATTHEW J. DYKMAN
CLERK

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102