**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 25 PM 4: 20

CLERK-ALBUQUERQUE

69cv07941-MV/LFG

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

    Defendants.

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

**OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE**

    I have been served with the *Notice and Order to Show Cause* concerning the determination of priorities and irrigation water requirements in the adjudication of the Canjilon Subsection of Section 3 of the Rio Chama Stream System. I object to (check all that apply):

_____The priority date proposed for my water right or any other water right. Please describe this water right or ditch: *Don't Know* _____.

_____The irrigation water requirements proposed for pre-1907 irrigation water rights in the Canjilon Subsection. Please describe this water right or ditch: _____ *I don't understand the letter you send* _____.

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): *Maria Celina Montaño* Subfile No. _____

MAILING ADDRESS: *P.O Box 422 Canjilon,* _____

TELEPHONE NO.: *575 - 684 - 2456* _____

SIGNED: *Maria Celina Montaño* DATE: *8-21-14*

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN AUGUST 29, 2014, TO:**

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102



Celina Montaño
PO Box 422
Cañjilon, NM 87515

87102227470

RECEIVED
At Albuquerque NM
AUG 2 5 2014

MATHEW J. DYKMAN
Clerk

United State District Court Clerk
333 Lomas Blvd Suite 270
Albuquerque, N M
87/0