8/20/14

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 25  PM 4: 22

CLERK-ALBUQUERQUE

TO  U.S.  District Court;

Please find enclosed
Order for irrigating my property

please Be advised that To
The best of my Knowledge I have
no Claims according To The
"Treaty of Guadalupe Hidalgo"

Signed  Gordon Schlegel
P.O BOX 309
Tierra Amarilla, N.M. 87575
Phone# 575-588-0176
⊗ AUG 20 - 2014 ⟶

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

          Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM

Section 7: Tierra Amarilla,

## NOTICE AND ORDER

THIS MATTER is before the Court on the *Motion by the State of New Mexico for an Order to Require Defendants in Section 7 to File Statements of Claims Based on the Treaty of Guadalupe Hidalgo.* (Doc. 11013, filed May 23, 2014).

Having reviewed the Motion and being otherwise fully advised in the premises, I find the request to be well-taken, and that it should be GRANTED.

IT IS ORDERED, THEREFORE, that defendants in the Tierra Amarilla subsection that signed and approved an individual consent order file a statement of any claim of right to the use of water that is based on the Treaty of Guadalupe Hidalgo ("the Treaty") **on or before August 29, 2014**.

A statement of claims shall include all of the following information:

(1)    The caption and civil action number (69cv07941-MV/LFG) of this case;

(2)    The defendant's name, mailing address and phone number;

(3)    The subfile number describing the defendant's water rights in the Tierra Amarilla

subsection;

(4)   A short and concise statement of the defendant's claim of right to the use of water that is based on the Treaty;

(5)   The general factual and legal grounds for the defendant's claims; and

(6)   A statement of the relief requested from the court.

Defendants, or their attorney, must file the statement of claims with the Clerk of the United States District Court, District of New Mexico, 333 Lomas N.W., Suite 270, Albuquerque, NM 87102.

A defendant's failure to timely file a statement of claims with the Court will thereafter preclude them from raising any claims of right to the use of water based on the Treaty in these proceedings.

After the deadline for filing statements of Treaty-based claims has passed, the State shall file a motion with a proposed order that addresses the following matters:

a.   A proposed schedule for discovery including initial disclosures, disclosure of expert testimony and reports, identification of lay witnesses and exchange of exhibits;

b.   Scheduling of any anticipated dispositive motions; and

c.   Scheduling of a final pretrial conference and entry of a pretrial order.

IT IS FURTHER ORDERED that the State shall file a certificate of service listing the defendants to whom this Order is mailed and the date of mailing.  Defendants represented by counsel that have entered an appearance in these proceedings are served electronically by entry of this Order.

-2-

**IT IS SO ORDERED.**

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

     Plaintiff,

     v.             Case 6:69-cv-07941-BB

ROMAN ARAGON, *et al.*,

     Defendants.

69cv07941-BB

Document 9161    Filed 04/07/2008    Page 1 of 5
RIO CHAMA STREAM SYSTEM

Rito de Tierra Amarilla, Section 7

Subfile No.: CHTA-002-0001

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### ELLIS GORDON SCHLEGEL

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning certain elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Rito de Tierra Amarilla, Section 7, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer Files No(s)**  NONE

**Priority:** 1870

**Source of Water**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

      **Ditch:**  LUJAN DITCH

      **Location:** X= 1,557,984   feet   Y= 2,061,823   feet

      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Tierra Amarilla Grant

|  | |
|---|---|
| | 2.3  acres |
| Total | 2.3  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHTA-002-0001

**Amount of Water:** Reserved for future  determination by court order entered November 19, 2002.

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Rito de

Tierra Amarilla, Section 7, other than those set forth in this order and those other orders

entered by this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Rito de Tierra

Amarilla, Section 7, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Rito de Tierra Amarilla, Section 7,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Rito de Tierra Amarilla, Section

7, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
UNITED STATES DISTRICT JUDGE

Recommended for approval:

_____
SPECIAL MASTER

SIGNATURE _____
ELLIS GORDON SCHLEGEL

ADDRESS: _____
_____

DATE: _____

Consent Order                             3                          Subfile No.: CHTA-002-0001

*Ed Newville*

EDWARD G. NEWVILLE
Special Assistant Attorney General

*3-24-08*

Date

Consent Order                    4                    Subfile No.: CHTA-002-0001

002-0001
A 2.3 ac.

Lujan Ditch

| LEGEND | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|
| Irrigated Tract Boundary | Office of the State Engineer | CHTA 002-0001 |
| No Right Tract Boundary | John R. D'Antonio, Jr., P.E., | Lujan Ditch |
| Seeped Area | State Engineer | AMENDED |
| Operable Ditch | | February 26, 2008 |
| Inoperable Ditch | | |
| Stock Ponds / Reservoir | | |
| Point of Diversion | Rio Chama Hydrographic Survey | |
| Fallow | Rito de Tierra Amarilla Section | |
| No Right | | |

1 inch = 200 feet

0  50  100      200
                    Feet



P S 0000 1000 0014

EP14F July 2013
OD: 12.5 x 9.5

**PRIORITY MAIL** ★ ★

**RETURN RECEIPT REQUESTED**

*Domestic only

PICKUP / 7013 3020 0000 5657 2863

INSURA

USPS TR

DATE O

**CERTIFIED MAIL**™

*UNITED STATES POSTAL SERVICE*®

**USPS TRACKING #**

9114 9011 5981 8510 0632 44

Label 400  Jan. 2013
7690-16-000-7948

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

WHEN
A CU
LABE

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

*UNITED STATES POSTAL SERVI*

FROM:

E. Gordon Schlegel
P.O. Box 309
Tierra Amarilla, NM 87575-0309



TO:

U.S Dist Court of N.M
333 Lomas Blvd N.W
Suite 270
Albuquerque, N M
87102

**RECEIVED**
At Albuquerque NM
AUG 25 2014
MATTHEW J. DYKMAN
CLERK

02 1P          $ 011.00
0001792768   AUG 23 201
MAILED FROM ZIP CODE 875