IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

        Plaintiff,                                          No. 69cv7941 MV/LFG

vs.                                                    RIO CHAMA ADJUDICATION

ROMAN ARAGON, et al.,                    Section 7, Tierra Amarilla

        Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

THIS MATTER is before the Court on the Unopposed Motion for 45-day Extension to File Statements of Claims Regarding Proposed Irrigation Requirements filed by the Associación de Acéquias Norteñas de Rio Arriba, the Tierra Amarilla Community Ditch and the Chama Valley Independent School District No. 19 ("Movants"). [Doc. 11042].

Movants objected to the proposed irrigation requirements and asserted defenses under the Treaty of Guadalupe Hidalgo. [Doc. 9922]. The Court ordered Movants to file a statement of claims setting forth the specific irrigation water requirements claimed, and the general factual and legal grounds for those claims on or before August 29, 2014. [Doc. 11028]. Movants state they are close to resolving the Objections with the State of New Mexico and resolution of the issues would cause Movants to withdraw the Objections and avoid the filing of their statements of claims. Movants ask the Court to extend the deadline for filing statements of claims to October 13, 2014. The State does not oppose the motion.

The Court will GRANT the motion. Movants shall, on or before October 13, 2014, file either their statements of claims or a notice that Movants and the State have resolved the

Objections.

    IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge