IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

          Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3:   Canjilon Creek

## NOTICE OF MAIL RETURNED AS UNDELIVERABLE

      State of New Mexico, *ex rel.* State Engineer gives notice that mail sent on July 3, 2014, to the persons on the attached list, in connection with service of copies of the *Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Canjilon Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11030), was returned as undeliverable.

      The correct or current address for these individuals is unknown.   Additional notices or copies of pleadings will not be sent to these persons at the addresses listed.

Respectfully submitted,

    /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

-1-

## LIST OF MAIL RETURNED AS UNDELIVERABLE:

CHCJ-004-0011
Patricia Alarid
P.O. Box 526
Canjilon, NM   87515

CHCJ-004-0011
Tommy Alarid
P.O. Box 526
Canjilon, NM   87515

CHCJ-003-0027
Tammy M. Baca
7186 Ordway Blvd. #B
Fort Lewis, WA   98433-1123

CHCJ-002-0017
Kenneth Bowman
445 Troy Drive
Corpus Christi, TX   78412

CHCJ-006-0002
Abran Augustine Garcia
Box 51108 NBU 11
Española, NM   87532

CHCJ-002-0047
Beverly R. Garcia
Box 51001
Española, NM   87532

CHCJ-002-0047
Jose Luz Garcia
Box 51001
Española, NM   87532

CHCJ-003-0033B
Victor Jaramillo
c/o Hortance Montano
308 Glorieta NE
Albuquerque, NM   87123

CHCJ-002-0020
CHCJ-003-0071
Jolly Family Trust
Jeanne A. Jolly, Trustee
P.O. Box 518
Canjilon, NM   87515

CHCJ-002-0049B
David Manuel Maes
P.O. Box 634
Canjilon, NM   87515

CHCJ-004-0040
Tomas Maes
Box 2357 Athena
Bernalillo, NM   87004

CHCJ-003-0085
Margaret A. Miera
General Delivery
Canjilon, NM   87515

CHCJ-003-0038
Jose P. Montano
P.O. Box 431
Canjilon, NM   87515

CHCJ-002-0051
Ernestine C. Ortega
56 Lagarto Rd.
Tijeras, NM   87059

CHCJ-002-0009
Flora M. Rivera
P.O. Box 1152
Gypsum, CO   81637

CHCJ-002-0009
Raymond Rivera
P.O. Box 1152
Gypsum, CO   81637

CHCJ-003-0008
Jose C. Rodriguez
2716 Calle Cedro
Santa Fe, NM   87505

CHCJ-003-0008
Sally M. Rodriguez
2716 Calle Cedro
Santa Fe, NM   87505

CHCJ-001-0003
Tony Scarborough
P.O. Box 268
Española, NM   87532

CHCJ-003-0063
Carmelita R. Trujillo
P.O. Box 92431
Albuquerque, NM   87199

CHCJ-002-0056
CHCJ-004-0059
CHCJ-005-0006
Jacob Trujillo
P.O. Box 566
Clearfield, UT   84089

CHCJ-003-0022A
Belinda M. Valdez
P.O. Box 3112
Española, NM   87533

CHCJ-003-0066
Demecia Valdez
10200 Central SW
Albuquerque, NM   87121

CHCJ-002-0016
CHCJ-003-0065
CHCJ-004-0027
Ephraim Valencia
213 South Pacific St. #F
Oceanside, CA   92054-0901

CHCJ-003-0066
Felima Viarreal
P.O. Box 451
Alcalde, NM   87511

CHCJ-003-0054
Charles Vigil JR
1120 Industrial Park, Ste. 302
Española, NM   87532

CHCJ-006-0003A
Rubina Vigil
P.O. Box 91556
Albuquerque, NM   87199