IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  v.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7: Tierra Amarilla

## NOTICE OF MAIL RETURNED AS UNDELIVERABLE

State of New Mexico, *ex rel.* State Engineer gives notice that mail sent on June 23, 2014, to the persons on the attached list, in connection with service of copies of the *Notice and Order* (Doc. 11029), was returned as undeliverable.

The correct or current address for these individuals is unknown. Additional notices or copies of pleadings will not be sent to these persons at the addresses listed.

Respectfully submitted,

   /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 867-7444

-1-

**LIST OF MAIL RETURNED AS UNDELIVERABLE**:

CHTA-003-0008A
Patricia A. Alvarado
P.O. Box 1200
Santa Cruz, NM   87567

CHTA-003-0011
Estate of Olivia Carmody
c/o Debbie Jensen, PR
7952 Palm Ave.
Yucca Valley, CA   92284

CHTA-003-0036
Ivan C. Corrales
c/o Marcus J. Rael
500 4th Street NW, Suite 200
Albuquerque, NM   87102

CHTA-003-0036
Manuel E. Corrales
c/o Marcus J. Rael
500 4th Street NW, Suite 200
Albuquerque, NM   87102

CHTA-003-0036
Marcella T. Corrales
c/o Marcus J. Rael
500 4th Street NW, Suite 200
Albuquerque, NM   87102

CHTA-003-0014B
El Centro De Los Niños
P.O. Box 248
Tierra Amarilla, NM   87575

CHTA-003-0047
Alex Flores
H.C. 75 Box 131
Tierra Amarilla, NM   87575

CHTA-003-0046
Amada R. Flores
P.O. Box 564
Canjilon, NM   87515

CHTA-003-0037
CHTA-004-0026
Jose P. Gallegos
P.O. Box 387
Tierra Amarilla, NM   87575

CHTA-001-0003
Adan Garcia, JR
HCR 77 Box 38
Ojo Caliente, NM   87549

CHTA-003-0011
Marcella Hasson
13148 La Joya Cir., 303B
La Mirada, CA   900638

CHTA-004-0004
Reynel O. Lucero
P.O. Box 213
Tierra Amarilla, NM   87575

CHTA-005-0002
Mary L. Manzanares
23525 Arlington Ave.
Torrance, CA   90501

CHTA-005-0002
Ruben Manzanares
20614 So. Budlong Ave.
Torrance, CA   90502

CHTA-003-0036
Theresa M. Rael
c/o Marcus J. Rael
500 4th Street NW, Suite 200
Albuquerque, NM   87102

CHTA-004-0033
Eva R. Vigil
Rt. 3, Box 167
Española, NM   87532

CHTA-004-0034
Eric Willard
701 Broadway St., Suite 317
Plainview, TX   79072