IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 SEP 11 PM 4:28

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the *Notice and Order to Show Cause* concerning the determination of priorities and irrigation water requirements in the adjudication of the Canjilon Subsection of Section 3 of the Rio Chama Stream System. I object to (check all that apply):

__✓__ The priority date proposed for my water right or any other water right. Please describe this water right or ditch: _____

_____

_____.

_____ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Canjilon Subsection. Please describe this water right or ditch: _____

_____

_____.

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): Norman Vigil, Ramalcita Martinez    Subfile No. _____

MAILING ADDRESS: P.O. Box 623, Canjilon NM 87515

TELEPHONE NO.: 575-684-0042

SIGNED: /s/ Norman Vigil    DATE: 9/10/14

MAIL OR DELIVER FOR RECEIPT NO LATER THAN **AUGUST 29, 2014**, TO:

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

Norman Vigil
P.O. Box 623
Canjilon, NM 87515

ALBUQUERQUE NM 870

RECEIVED
At Albuquerque NM

SEP 11 2014

MATTHEW J. DYKMAN
CLERK

United States District Court Clerk
333 Lomas Blvd NW, Suite 270
Albuquerque, NM 87102

87102227470