③ .                                                                                          #10211

File No. 00402054 KS         \          Rio Arriba Title & Escrow

## WARRANTY DEED

ROSALIE L. SUAZO, f/k/a R.S.
Rosalie L. Baca and Theresa A. Castillo and JoAnn Garcia and Michael P. Suazo and Rudy S. Suazo and Mary Ann Valdez
_____, for consideration paid, grant to
Ellen Lange, a single woman _____ ,

whose address is P.O. Box 733, Abiquiu, NM 87510 _____ ,
the following described real estate in _____ RIO ARRIBA _____ County, New Mexico:

See Exhibit A attached hereto and made a part hereof.

Subject to: Reservations, restrictions and easements of record and taxes for the year 2004 and thereafter.

with warranty covenants.

Witness my hand this __8th__ day of __April__, __2004__.

_____                    _____
JoAnn Garcia                                 Rosalie L. Baca SUAZO  R.S.

_____                    _____
Michael P. Suazo                             Theresa A. Castillo

_____                    _____
Rudy S. Suazo                                Mary Ann Valdez

ACKNOWLEDGEMENT FOR NATURAL PERSONS:

State of __New Mexico__  )
                         ) SS.
County of __Santa Fe__   )

This instrument was acknowledged before me on the __8th__ day of __April__, __2004__, by Rosalie L. ~~Baca~~ Suazo

My commission expires: __1/8/05__         _____
                                          Notary Public
(Seal)

OFFICIAL SEAL
Greta Kjolhede
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _____

218

SHORT FORM WARRANTY DEED
Form SDD01NM Rev. 02/10/98

State of  New Mexico       )
                           ) SS.
County of Cibola           )

OFFICIAL SEAL
Josephine E. Hurtado
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:

This instrument was acknowledged before me on the __8th__ day of __April__, __2004__, by Theresa A. Castillo.

My commission expires: March 16, 2005

_____
Notary Public

(Seal)

State of  New Mexico       )
                           ) SS.
County of Cibola           )

OFFICIAL SEAL
Josephine E. Hurtado
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:

This instrument was acknowledged before me on the __8th__ day of __April__, __2004__, by JoAnn Garcia.

My commission expires: March 16, 2005

_____
Notary Public

(Seal)

State of  New Mexico       )
                           ) SS.
County of Cibola           )

OFFICIAL SEAL
Josephine E. Hurtado
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:

This instrument was acknowledged before me on the __8th__ day of __April__, __2004__, by Michael P. Suazo and Rudy S. Suazo.

My commission expires: _____

_____
Notary Public

(Seal)

State of _____     )
                           ) SS.
County of _____   )

This instrument was acknowledged before me on the __8th__ day of __April__, __2004__, by Mary Ann Valdez.

My commission expires: _____

_____
Notary Public

(Seal)

219

SHORT FORM WARRANTY DEED
Form SDD01NM Rev. 02/10/98

Exhibit A

Tract C:
A certain tract of land, being a portion of the town of Abiquiu Grant, Section 30, Township 23 North, Range 6 East, in the vicinity of Barranco, Rio Arriba County, New Mexico, and being more particularly described as follows:

Beginning at the northeast corner of the tract herein described marked by a 1/2" rebar with a survcap inscribed "North Star, NMPLS No. 11014", whence the New Mexico State Engineer's Monument "Curuco", a brass cap, bears N. 80° 36' 09" E., 4408.67 feet distant; thence, running along an existing fence line, S. 04° 56' 19" E., 81.31 feet to the southeast corner, marked by a 1/2" rebar found at a fence corner; thence, S. 78° 43' 57" W., 59.39 feet to an angle point marked by a 1/2" rebar; thence, S. 67° 51' 13" W., 82.67 feet to the southwest corner marked by a 1/2" rebar found at a fence corner; thence, N. 14° 11' 47" E., 129.06 feet to the northwest corner marked by a 1/2" rebar found at a fence corner; thence, S. 89° 12' 02" E., 96.17 feet to the point of beginning, and Containing 0.2568 acres, more or less.

(AND)

Tract D:
A certain tract of land, being a portion of the Town of Abiquiu Grant, in Section 30, Township 23 North, Range 6 East, in the vicinity of Barranco, Rio Arriba County, New Mexico, and being more particularly described as follows:

Beginning at the southeast corner of the tract herein described marked by a 1/2" rebar with a survcap inscribed "North Star, NMPLS No. 11014", whence the New Mexico State Engineer's Monument "Curuco", a brass cap, bears N. 80° 36' 09" E., 4408.67 feet distant; thence, N. 89° 12' 02" W., 96.17 feet to an angle point marked by a 1/2" rebar "LS 11014"; thence, N. 89° 17' 42" W., 5.31 feet to the southwest corner; thence, N. 02° 54' 22" W., 55.47 feet to the northwest corner, a point on the south side of County Road No. 162, thence, running along said roadway, S. 83° 18' 20" E., 76.28 feet to the northeast corner, thence, S. 30° 45' 54" E., 55.76 feet to the point of beginning, and Containing 0.1032 acres, more or less.

("POOR QUALITY ORIGINAL")

M.A.V.
R.L.S

243683
FILED IN THE COUNTY
CLERK'S OFFICE
AT 9:40 O'CLOCK A.M
Book 493 Page 218-220
APR 15 2004
Fred Vigil
County Clerk RA County
New Mexico

J.C

R.S.S 220
M.P.S.