Acequia de los Ranchitos

4.1
A 1.38 ac.

4.1
A 1.27 ac.

4.1
A 6.95 ac.

## LEGEND



| | |
|---|---|
| Irrigated Tract Boundary | Point of Diversion |
| No Right Tract Boundary | Well |
| Seeped Area | Spring |
| Operable Ditch | Fallow |
| Inoperable Ditch | No Right |
| Stock Ponds / Reservoir | |



N
W    E
S

1 inch = 400 feet

0  100  200  400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Scott A. Verhines, P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Section 1, Chama Mainstream**

Subfile Number
4.1
Acequia de los
Ranchitos
AMENDED
September 10, 2014

