IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/LFG |
| vs. | RIO CHAMA STREAM SYSTEM Section 1, Chama Mainstream |
| ROMAN ARAGON, *et al.,* | ACEQUIA DE LOS RANCHITOS |
| Defendants. | **Subfile Nos. 4.1, 4.1A** |

## ORDER AMENDING SUBFILE ORDER FILED MARCH 6, 2007

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed September 22, 2014 [Doc. _____] to amend the *Subfile Order* entered in subfile 4.1 [Doc. 8600 entered on March 6, 2007], in connection with the Acequia de los Ranchitos.

Having reviewed the Motion and being fully advised in the premises, the Court will GRANT the motion.

**IT IS THEREFORE ORDERED**, that the *Subfile Order* entered on March 6, 2007 that describes the location and amount of acreage in subfile no. 4.1 be amended to read as follows:

**Location and Amount of Irrigated Acreage:**
Within the Town of Abiquiu Grant   9.60 acres
Total   9.60 acres

As shown on the revised subfile map for subfile 4.1.

A map showing the amended location and amount of irrigation for subfile 4.1 is attached

hereto as Exhibit 1, titled "Subfile Number 4.1 Acequia de los Ranchitos AMENDED September

10, 2014."   Exhibit 1 shall replace the map attached to the March 6, 2007 *Subfile Order* titled

"Portion of Map Sheet 4 Tr. 1 Ranchitos Ditch AMENDED January 10, 2006."

**IT IS FURTHER ORDERED**, that the *Subfile Order* entered on March 6, 2007 [Doc.

8600] is revised to include the adjudication of water rights under subfile 4.1A in the name of Ellen

Lange as follows:

## ELLEN LANGE

**Subfile No. 4.1A**

**A.      IRRIGATED LANDS (Surface Water Only):**
**Office of the State Engineer Files No(s)**      None

**Priority:**   1735

**Source of Water:**   La Cienega de Don Simon, a tributary of the Rio Chama

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**
         Ditch:   ACEQUIA DE LOS RANCHITOS
         **Location:   X=**         473.869   feet         **Y=**      1,890.256   feet
         New Mexico State Plan Coordinate System, Central Zone, NAD 1927

**Location and Amount of Irrigated Acreage:**
         Within the Town of Abiquiu Grant                0.24   acres
                                                   Total:  0.24 acres

         As shown on the attached Hydrographic Survey Map for Subfile No. 4.1A.

**Amount of Water:**   Not to exceed three (3) acre-feet per acre per annum delivered
         at the farm headgate.

A subfile map showing the location and amount of irrigated acreage in subfile no. 4.1A is

attached hereto as Exhibit 2, and is incorporated as part of the original consent order.   No

response opposing the State's motion has been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

Frances A. Martinez                      Ellen Lange
P.O. Box 166                             P.O. Box 733
Abiquiu, NM   87510                      Abiquiu, NM   87510

_____

**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

Approved:

_____

LORENZO F. GARCIA
United States Magistrate Judge