IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 7:   Tierra Amarilla

**NOTICE OF MAIL RETURNED AS UNDELIVERABLE**

State of New Mexico, *ex rel.* State Engineer gives notice that mail sent on June 23, 2014, to the following individual, in connection with service of copy of the *Notice and Order* (Doc. 11029), was returned as undeliverable:

> CHTA-003-0004
> Juanita M. Eturriaga
> P.O. Box 296
> Tierra Amarilla, NM   87575

The correct or current address for this individual is unknown.   Additional notices or copies of pleadings will not be sent to this person at the address listed.

      Respectfully submitted,

      /s/ Ed Newville
      EDWARD G. NEWVILLE
      Special Assistant Attorney General
      Office of State Engineer
      P.O. Box 25102
      Santa Fe, NM 87504-5102
      (505) 867-7444