IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO** *ex rel.* **State Engineer,** | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-MV/LFG |
| vs. | ) ) | **RIO CHAMA STREAM SYSTEM** **Section 7,** Rito de Tierra Amarilla |
| **ROMAN ARAGON,** *et al.*, | ) ) | Subfile No.: CHTA-003-0012A |
| Defendants. | ) | |

## CHAMA VALLEY INDEPENDENT SCHOOL DISTRICT NO. 19'S STATEMENT OF CLAIMS

COMES NOW the Chama Valley Independent School District No. 19, a member of the Tierra Amarilla Community Ditch, and for its statement of claims, filed pursuant to the Court's June 20, 2014 *Notice and Order* [Doc. 11028] and the Court's August 26, 2014 *Order Granting Motion for Extension of Time* [Doc. 11047], adopts the *Statement of Claims of the Associación de Acéquias Norteñas de Rio Arriba and the Tierra Amarilla Community Ditch to Proposed Irrigation Requirements [Doc. 11054]*, filed herein on October 13, 2014.

CUDDY & McCARTHY, LLP

By: *Electronically Filed 10/13/14*
REBECCA DEMPSEY
Attorneys for Chama Valley Independent School
Post Office Box 4160
Santa Fe, New Mexico 87502-4160
(505) 988-4476
rdempsey@cuddymccarthy.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Chama Valley Independent School District No. 19's Statement of Claims* was electronically filed on October 13, 2014 through the CM/ECF filing system which caused the parties on the electronic service list, as more fully set forth in the notice of electronic filing, to be served via electronic mail.

/s/ Rebecca Dempsey
REBECCA DEMPSEY