IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer ) | | 69cv07941-MV/LFG |
| ) | | RIO CHAMA STREAM SYSTEM |
| Plaintiff, ) | | |
| ) | | Section 3, Rio Cebolla |
| vs. ) | | |
| ) | | Subfile Nos. CHCB-001-0007, CHCB -002-0001(B), CHCB-002-0002(C), CHCB -002-0009 |
| ROMAN ARAGON, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

This matter having come before the Court upon the motion of the State of New Mexico requesting that the stay in this matter be lifted, it is hereby ORDERED:

1. The *Order Granting Motion to Stay Litigation Proceedings* entered in this matter on February 11, 2010 is lifted.

2. The parties shall confer on and submit to the Court by _____ a proposed revised scheduling/pretrial order.

                                                                                    _____
                                                                                     Lorenzo F. Garcia
                                                                                    United States Magistrate Judge