IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel.<br>STATE ENGINEER, | |
| Plaintiff, | NO. 69cv7941 MV/LFG |
| vs. | RIO CHAMA ADJUDICATION |
| ROMAN ARAGON, et al., | Section 3, Rio Cebolla |
| Defendants. | Subfile Nos.   CHCB-001-0007<br>CHCB-002-0001B<br>CHCB-002-0002C<br>CHCB-002-0009 |

## **ORDER LIFTING STAY**

THIS MATTER is before the Court on the State of New Mexico's Motion to Lift Stay. [Doc. 11056].

On February 11, 2010, the Special Master entered an order staying litigation in this matter to allow the parties to pursue settlement negotiations. [Doc. 9580]. The State now reports that "At this time, it does not appear that settlement is possible, and the matters at issue should be decided by the Court," and moves the Court to enter an order lifting the stay. [Doc. 11056]. No responses opposing the motion have been filed. The Court will GRANT the motion. The parties shall confer and submit to the Court, within 30 days of entry of this order, a proposed revised scheduling/pretrial order.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge