IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 1, Chama Mainstream

ACEQUIA DE LOS RANCHITOS

**Subfile Nos. 4.1, 4.1A**

**ORDER AMENDING SUBFILE ORDER FILED MARCH 6, 2007**

**THIS MATTER** is before the Court on the motion of the plaintiff State of New Mexico, *ex rel.* State Engineer filed September 22, 2014 [Doc. 11052] to amend the *Subfile Order* entered in subfile 4.1 [Doc. 8600 entered on March 6, 2007], in connection with the Acequia de los Ranchitos.

Having reviewed the Motion and being fully advised in the premises, the Court will GRANT the motion.

**IT IS THEREFORE ORDERED**, that the *Subfile Order* entered on March 6, 2007 that describes the location and amount of acreage in subfile no. 4.1 be amended to read as follows:

**Location and Amount of Irrigated Acreage:**
Within the Town of Abiquiu Grant 9.60 acres
Total 9.60 acres

As shown on the revised subfile map for subfile 4.1.

A map showing the amended location and amount of irrigation for subfile 4.1 is attached hereto as Exhibit 1, titled "Subfile Number 4.1 Acequia de los Ranchitos AMENDED September 10, 2014." Exhibit 1 shall replace the map attached to the March 6, 2007 *Subfile Order* titled "Portion of Map Sheet 4 Tr. 1 Ranchitos Ditch AMENDED January 10, 2006."

**IT IS FURTHER ORDERED**, that the *Subfile Order* entered on March 6, 2007 [Doc. 8600] is revised to include the adjudication of water rights under subfile 4.1A in the name of Ellen Lange as follows:

**ELLEN LANGE**

**Subfile No. 4.1A**

**A. IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer Files No(s)** None

**Priority:** 1735

**Source of Water:** La Cienega de Don Simon, a tributary of the Rio Chama

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

Ditch: ACEQUIA DE LOS RANCHITOS
**Location:** **X**= 473.869 feet **Y**= 1,890.256 feet
New Mexico State Plan Coordinate System, Central Zone, NAD 1927

**Location and Amount of Irrigated Acreage:**

Within the Town of Abiquiu Grant 0.24 acres
Total: 0.24 acres

As shown on the attached Hydrographic Survey Map for Subfile No. 4.1A.

**Amount of Water:** Not to exceed three (3) acre-feet per acre per annum delivered at the farm headgate.

A subfile map showing the location and amount of irrigated acreage in subfile no. 4.1A is attached hereto as Exhibit 2, and is incorporated as part of the original consent order. No

response opposing the State's motion has been filed.

The Clerk of the Court shall mail a copy of this Order to the following:

Frances A. Martinez
P.O. Box 166
Abiquiu, NM 87510

Ellen Lange
P.O. Box 733
Abiquiu, NM 87510

**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

Approved:

LORENZO F. GARCIA
United States Magistrate Judge




LEGEND







1 inch = 400 feet

0 100 200 400 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Scott A. Verhines, P.E., State Engineer**

**Rio Chama Hydrographic Survey**
**Section 1, Chama Mainstream**

Subfile Number
4.1
Acequia de los Ranchitos
AMENDED
September 10, 2014






LEGEND



Irrigated Tract Boundary

No Right Tract Boundary

Seeped Area

Operable Ditch

Inoperable Ditch

Stock Ponds / Reservoir

Point of Diversion

Well

Spring

Fallow

No Right




1 inch = 150 feet

0 75 150 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Scott A. Verhines, P.E.,**
**State Engineer**

**Rio Chama Hydrographic Survey**
**Section 1, Chama Mainstream**

Subfile Number
4.1A
Acequia de los Ranchitos
AMENDED
September 10, 2014

