IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | ) ) ) | |
| Plaintiff, | ) ) | 69cv07941-MV/LFG RIO CHAMA STREAM SYSTEM |
| vs. | ) ) | |
| ROMAN ARAGON, *et al.*, | ) ) | JICARILLA APACHE NATION SUBFILE |
| Defendants. | ) ) | |
| _____ | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE JICARILLA APACHE NATION

NOW COMES Herbert A. Becker and Natasha D. Cuylear and for this Motion to Withdraw as Counsel for the Jicarilla Apache Nation, states as follows:

1. The Jicarilla Apache Nation has requested termination of representation by Herbert A. Becker and Natasha D. Cuylear.

WHEREFORE, Herbert A. Becker and Natasha D. Cuylear move to withdraw as counsel for the Jicarilla Apache Nation.

Respectfully Submitted,

*Natasha Cuylear*
_____
Natasha D. Cuylear
Bar number 142,197
JA Associates LLC
2309 Renard Place SE Ste. 200
Albuquerque, NM 87106

1

Email:Natasha.cuylear@jaassociatesnm.com
phone 505-242-2214
Fax 505-242-2236

*Herbert Becker*
Herbert A. Becker
Bar number 3292
JA Associates LLC
2309 Renard Place SE Ste. 200
Albuquerque, NM 87106
Email: herb.becker@jaassociatesnm.com
Phone 505-242-2214
Fax 505-242-2236

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of November, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

*Natasha Cuylear*
Natasha D. Cuylear