IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | |
| State Engineer ) | 69cv07941-MV/LFG |
| ) | RIO CHAMA STREAM SYSTEM |
| Plaintiff, ) | |
| ) | Section 3, Rio Cebolla |
| vs. ) | |
| ) | Subfile Nos. CHCB-001-0007, |
| ROMAN ARAGON, *et al.*, ) | CHCB-002- 0001B, CHCB-002-0002C, |
| ) | CHCB-002-0009 |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING OF PROPOSED REVISED PRETRIAL ORDER

Pursuant to the Court's November 5, 2014 *Order Lifting Stay* (Document 11057), the State of New Mexico *ex rel.* State Engineer and Charlie and Geralda M. Chacon and Delfin O. and Frances S. Quintana Trust hereby submit a proposed revised pretrial order, attached to this Notice as Exhibit A.

/s/ Misty Braswell
Misty M. Braswell
Ed Newville
Special Assistants Attorney General
New Mexico Office of the State Engineer
P. O. Box 25102
Santa Fe, NM 87504-5102
Telephone:  (505) 827-3989
Fax:  (505) 827-3887
misty.braswell@state.nm.us
*Attorneys for Plaintiff State of New Mexico*

*Electronically approved*
Ted J. Trujillo
PO Box 2185
Espanola, NM 87532-2185
Telephone:  (505) 753-5150
Fax:  (505) 753-5150
tedjtrujillo@gmail.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 5 day of December, 2014 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list to be served via electronic mail.

                /s/ Misty M. Braswell