IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                                  69cv07941 MV/LFG
                                                      Rio Chama Adjudication

    v.

ROMAN ARAGON, *et al.*,

       Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER comes before the Court on Herbert A. Becker and Natasha D. Cuylear's Motion to Withdraw as Counsel for the Jicarilla Apache Nation. [Doc. 11060].

Mr. Becker and Ms. Cuylear seek to withdraw as counsel for the Jicarilla Apache Nation in this case because the Jicarilla Apache Nation has requested termination of representation by Mr. Becker and Ms. Cuylear. No responses opposing the motion to withdraw have been filed. Because the Jicarilla Apache Nation is also represented by Shenan Rae Atcitty of Holland & Knight LLP, the Court GRANTS Mr. Becker and Ms. Cuylear's motion to withdraw.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge