IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                        69cv07941 MV/LFG

                                      Rio Chama Adjudication

    v.

                                      Pueblo Claims Subproceeding 1

ROMAN ARAGON, *et al.*,

        Defendants.

## ORDER GRANTING JOINT MOTION TO VACATE ORDERS ESTABLISHING PRETRIAL DEADLINES

THIS MATTER comes before the Court on the Joint Motion to Vacate Orders Establishing Pretrial Deadlines in Order to Facilitate Settlement Discussions. [Doc. 11059].

The joint motion to vacate orders establishing pretrial deadlines was filed by all parties to the Pueblo Claims Subproceeding 1. The parties have concluded that settlement is feasible and move the Court for an order vacating the deadlines and staying this subproceeding to allow the parties to devote their resources and attention to settlement of Ohkay Owingeh's water rights claims. The parties seek a stay until February 6, 2015 and propose that they submit a joint status report on February 6, 2015. No responses opposing the joint motion have been filed. The Court GRANTS the joint motion to vacate orders establishing pretrial deadlines in this subproceeding. The parties shall file a joint status report by February 6, 2015.

    IT IS SO ORDERED.

                                                      *Lorenzo F. Garcia*
                                                      Lorenzo F. Garcia
                                                      United States Magistrate Judge