# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | |
| Plaintiffs, | 69cv07941 MV/LFG |
| v. | Rio Chama Adjudication |
| ROMAN ARAGON, *et al.*, | JICARILLA APACHE NATION SUBFILE |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE JICARILLA APACHE NATION

NOW COMES Shenan R. Atcitty and for this Motion to Withdraw as Counsel for the Jicarilla Apache Nation, states as follows:

1. The Jicarilla Apache Nation has requested termination of representation by the undersigned counsel.

2. Objections to this Motion to Withdraw as Counsel for the Jicarilla Apache Nation must be served and filed within fourteen (14) days from date of service of this Motion.

3. Failure to object to this Motion to Withdraw as Counsel for the Jicarilla Apache Nation within the fourteen (14) days from date of service of this Motion constitutes consent to grant the motion.

4. The undersigned counsel has conferred with the general counsel for the Jicarilla Apache Nation and is informed that new counsel for the Jicarilla Apache Nation will immediately file an entry of appearance in this matter.

WHEREFORE, Shenan R. Atcitty moves to withdraw as counsel for the Jicarilla Apache Nation.

Respectfully Submitted,

*/s/ Shenan R. Atcitty*

Shenan R. Atcitty
Bar Number 8034
Holland & Knight LLP
800 17th Street NW
Suite 1100
Washington, DC 20006
E-mail: Shenan.Atcitty@hklaw.com
Phone: (202) 457-7128
Fax: (202) 955-5564

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of January, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Shenan R. Atcitty
Shenan R. Atcitty