IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et at,* ) ) ) Plaintiffs, ) ) v. ) ) ROMAN ARAGON, *et al.,* ) ) Defendants. ) ) _____) | 69cv07914 MV/LFG Rio Chama Adjudication JICARILLA APACHE NATION SUBFILE |

### ENTRY OF APPERANCE

NOW COMES Dion Killsback entering his appearance on behalf of the Jicarilla Apache Nation.

Respectfully Submitted,

*/s/ Dion Killsback*

Dion Killsback
Bar Number 126360
P.O. Box 1438
Dulce, New Mexico 87528

### CERTIFICATE OF SERVICES

I HEREBY CERTIFY that on the 6 day of Feb. I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

*/s/ Dion Killsback*

Dion Killsback