IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/LFG

RIO CHAMA STREAM SYSTEM
Section 3, Canjilon Creek

Subfile No.:  CHCJ-001-0004B

## STIPULATION ON PRIORITY DATE AND IRRIGATION WATER REQUIREMENTS

The plaintiff State of New Mexico, *ex rel.* State Engineer ("State") and defendant Placido Borrego are in agreement concerning Mr. Borrego's objection to priority date and irrigation water requirements filed on August 20, 2014 [Doc. No. 11044] in the Rio Chama Stream System, Section 3, Canjilon Creek.  The parties enter into this stipulation on the priority date and irrigation water requirements concerning subfile no. CHCJ-001-0004B as follows:

1. The priority date for the Unknown Ditch:  **1877**

2. Defendant agrees to withdraw all objections to the irrigation water requirements for the Unknown Ditch and Ortiz Ditch No. 2.

_____
PLACIDO BORREGO
3056 Agua Fria Street
Santa Fe, NM  87507

11/18/14
DATE

-1-

_Ed Newville_

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM   87504-5102
~~(505) 867-7444~~
(505) 615.6402

2/12/2015
DATE