IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.**
**State Engineer**

                              69cv07941-BB-LFG

      **Plaintiff,**

                              RIO CHAMA STREAM SYSTEM
**v.**                                Village of Chama, Section 7

**ROMAN ARAGON, et al.,**         Subfile No.: CHCV-004-004B

      **Defendants.**

## UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL AND NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to LR-CV 83.8, Mark F. Sheridan and Adam G. Rankin of Holland & Hart LLP hereby move the Court to permit their withdrawal as counsel for Chama Troutstalkers LLC in this proceeding. Charles T. DuMars and Tanya L. Scott of Law & Resource Planning Associates, P.C., hereby provide notice of their appearance on behalf of Chama Troutstalkers LLC. Chama Troutstalkers LLC consents to the foregoing requested withdrawal and substitution of counsel. A proposed order granting this motion has been submitted contemporaneously herewith.

                                     Respectfully submitted,

                                     **HOLLAND & HART LLP**

                                     */s/ Adam G. Rankin*
                                   Mark F. Sheridan
                                   Adam G. Rankin
                                   Post Office Box 2208
                                   Santa Fe, New Mexico 87504-2208
                                   (505) 988-4421
                                   (505) 983-6043 Facsimile
                                   msheridan@hollandhart.com
                                   agrankin@hollandhart.com

                                   **ATTORNEYS FOR CHAMA TROUTSTALKERS LLC**

                                            LAW & RESOURCE PLANNING
                                            ASSOCIATES, P.C.

                                            */s/Tanya L. Scott*
                                            Charles T. DuMars
                                            Tanya L. Scott
                                            Albuquerque Plaza
                                            201 3rd Street NW, Suite 1750
                                            Albuquerque, NM 87102
                                            (505) 346-0998
                                            ctd@lrpa-usa.com
                                            tls@ lrpa-usa.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 5th day of March 2015 I filed the foregoing electronically through the Court's CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                            */s/   Adam G. Rankin*
                                                 Adam G. Rankin

7576018_1