IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel*. ) | | |
| State Engineer ) | | 69cv07941-MV/KK |
| ) | | RIO CHAMA STREAM SYSTEM |
| Plaintiff, ) | | |
| ) | | Section 3, Rio Cebolla |
| vs. ) | | |
| ) | | Subfile Nos. CHCB-001-0007, |
| ROMAN ARAGON, *et al*., ) | | CHCB-002-0001B, CHCB-002-0002C, |
| ) | | CHCB-002-0009 |
| Defendants. ) | | |
| ) | | |

## CERTIFICATE OF SERVICE OF STATE OF NEW MEXICO'S INITIAL DISCLOSURES

The State of New Mexico, via the undersigned counsel, hereby certifies that, pursuant to the December 16, 2014 *Revised Pretrial Order* (No. 11064) and Fed.R.Civ.P.26(a), the State of New Mexico's Initial Disclosures were served via first class mail, postage prepaid on March 16, 2015 on the following counsel of record:

> Ted J. Trujillo
> PO Box 2185
> Espanola, NM 87532-2185

/s/ Misty Braswell
Misty M. Braswell
Ed Newville
Special Assistants Attorney General
New Mexico Office of the State Engineer
P. O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 827-3989
Fax: (505) 827-3887
misty.braswell@state.nm.us
*Attorneys for Plaintiff State of New Mexico*