IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                             69cv07941 MV/KK

                                                     Rio Chama Adjudication

v.

                                                     Village of Chama, Section 7

ROMAN ARAGON, *et al.*,               Subfile No. CHCV-004-0004B

       Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on Mark Sheridan and Adam Rankin's Unopposed Motion for Withdrawal as Counsel and Notice of Substitution of Counsel (Doc. 11071), filed March 5, 2015.

Mr. Sheridan and Mr. Rankin seek to withdraw as counsel for Chama Troutstalkers LLC in this proceeding. Charles T. DuMars and Tanya L. Scott of Law & Resource Planning Associates, P.C., notify the Court of their appearance on behalf of Chama Troutstalkers LLC. Chama Troutstalkers LLC consents to the requested withdrawal and substitution. No responses opposing the motion have been filed.

The Court **GRANTS** Mr. Sheridan and Mr. Rankin's motion to withdraw. *See* D.N.M.LR-Civ. 83.8 (an attorney may withdraw from an action on an unopposed motion to withdraw which indicates the consent of the client and notice of appointment of a substitute attorney).

    **IT IS SO ORDERED.**

                                                       **KIRTAN KHALSA**
                                                       **UNITED STATES MAGISTRATE JUDGE**