IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,          69cv07941 MV/KK

                               Rio Chama Adjudication

  v.

                               Section 3, Rio Cebolla

ROMAN ARAGON, *et al.*,          Subfile Nos.   CHCB-001-0007
                                                                       CHCB-002-0001B

        Defendants.                 CHCB-002-0002C
                                                                       CHCB-002-0009

## ORDER

**THIS MATTER** comes before the Court on the Motion for Leave to File Defendants' Initial Disclosures Out-of-Time Under Revised Pre-Trial Order (Doc. 11073), filed March 24, 2015.

Attorney Ted J. Trujillo, on behalf of the Chacon Family LLC and the Delfin O. and Frances S. Quintana Trust, moves the Court for leave to file out-of-time Defendants' Initial Disclosures that were due on March 16, 2015. Mr. Trujillo states that he missed the deadline for initial disclosures due to illness. No responses opposing the motion have been filed.

The Court **GRANTS** the Motion for Leave to File Defendants' Initial Disclosures Out-of-Time Under Revised Pre-Trial Order (Doc. 11073), filed March 24, 2015.

**IT IS SO ORDERED.**

                                              */s/ Kirtan Khalsa*
                                              **KIRTAN KHALSA**
                                              **UNITED STATES MAGISTRATE JUDGE**