IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                                  69cv07941 MV/KK

                                                      Rio Chama Adjudication

v.

                                                      Jicarilla Apache Nation Subfile

ROMAN ARAGON, *et al.*,

        Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on Dion Killsback's Entry of Appearance (Doc. 11069), filed February 6, 2015.

Attorney Dion Killsback entered his appearance on behalf of the Jicarilla Apache Nation. The Office of the Clerk notified Mr. Killsback that he has not paid past Federal Bar dues. "An attorney who fails to pay dues on time will be put on delinquent status and will not be allowed to practice in this District. The attorney will be reinstated upon payment of the delinquent dues." D.N.M.LR-Civ. 83.2(i). Mr. Killsback shall, within 14 days of entry of this Order, either pay his past Federal Bar dues, or show cause why the Court should not strike his Entry of Appearance for failure to pay his Federal Bar dues.

    **IT IS SO ORDERED.**

                                                       _____
                                                       **KIRTAN KHALSA**
                                                       **UNITED STATES MAGISTRATE JUDGE**