**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

               Plaintiffs,                                   69cv07941 MV/KK
                                                           Rio Chama Adjudication

    v.

                                                     Pueblo Claims Subproceeding 1

ROMAN ARAGON, *et al.*,

               Defendants.

<u>**ORDER FOR STATUS REPORT**</u>

**THIS MATTER** comes before the Court on the Joint Status Report, Doc. 11067, filed February 6, 2015.

Based on the Parties' conclusion that settlement is feasible, the Court, on December 11, 2014, granted their motion to vacate the pretrial deadlines and to stay this subproceeding to allow the Parties to devote their resources and attention to settlement of Ohkay Owingeh's water rights claims. *See* Doc. 11063. In their February 6, 2015, Joint Status Report, the Parties state that they have continued their settlement discussions, that those discussions have been productive and that they believe progress is being made toward settlement. The Parties state that in light of those discussions and meetings planned for the future, they do not anticipate the need for the Court to schedule the filing of dispositive motions within the next four months and suggest that the Court require the filing of a joint status report in four months.

The Parties shall, by June 5, 2015, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; and (4) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

**IT IS SO ORDERED.**

**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**