**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                69cv07941 MV/KK

                                          Rio Chama Adjudication

   v.

ROMAN ARAGON, *et al.*,

        Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on Shenan R. Atcitty's Motion to Withdraw as Counsel for the Jicarilla Apache Nation. *See* Doc. 11066.

Ms. Atcitty seeks to withdraw as counsel for the Jicarilla Apache Nation in this case because the Jicarilla Apache Nation has requested termination of representation by her. Mr. Dion Killsback has entered his appearance on behalf of the Jicarilla Apache Nation. *See* Doc. 11069. No responses opposing the motion to withdraw have been filed.

The Court **GRANTS** Ms. Atcitty's motion to withdraw. *See* D.N.M.LR-Civ. 83.8 (an attorney may withdraw from an action on an unopposed motion to withdraw which indicates the consent of the client and notice of appointment of a substitute attorney).

**IT IS SO ORDERED.**

**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**