**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

**STATE OF NEW MEXICO**
*ex rel.* **OFFICE OF THE STATE ENGINEER**
    **Plaintiff,**

vs.

                                            **No. D-307-CV-888**

**ELEPHANT BUTTE IRRIGATION DISTRICT,**     **Judge: James Wechsler**
*et al.*
    **Defendants,**


## NOTICE OF AND INVITATION TO ATTEND JOINT WORKING SESSION
## NEW MEXICO STATE STREAM ADJUDICATIONS
## SCHEDULED FOR JUNE 25, 2015 AT 10:00 A.M.

TO:     New Mexico Water Judges and Special Masters in State and Federal Courts
           Office of the State Engineer
           All Interested Parties

FROM:   James J. Wechsler, Presiding Judge, San Juan, Pecos, Rio San Jose, and Santa Fe River Adjudications

Cc:     Celina Jones, Esq., Administrative Office of the Courts

RE:     **Annual Court/State Joint Working Session on Adjudications Scheduled for 10:00 A.M., June 25, 2015 at the Court of Appeals in Santa Fe, New Mexico. Parties may also attend via Video Link at the district courts in Aztec, Roswell and Las Cruces and via telephone.**

Provisional Rule 1-071.3 NMRA provides as follows:

    A. Joint working sessions in state adjudications. Thirty (30) days before the end of each fiscal year, the judges, special masters, the state and other parties in each stream adjudication court shall coordinate and set a working session for the purpose of discussing common issues among all pending stream adjudications and resource needs of each adjudication court. The judges presiding over state stream system adjudications shall invite judges and special masters presiding over federal stream system adjudications to participate.

    B. Report of state's priorities. Thirty (30) days prior to the joint working session, the state shall file a report setting out the plaintiff's suggested priorities and its analysis of resources needed by the courts and for the state for each adjudication pending in state court.

By agreement among the State Court, the Federal Court, and the State of New Mexico, the 2014 annual joint working session is scheduled for **June 25, 2015 at 10:00 a.m.**, at the New Mexico Court of Appeals, 237 Don Gaspar, Santa Fe, NM 87501. All interested parties are invited to attend the joint working session.

Parties may attend and participate by video conference at the following locations:

| | | |
|---|---|---|
| 3rd Judicial District Court | 5th Judicial District Court | 11th Judicial District Court |
| 201 W. Picacho Avenue | 400 N. Virginia | 103 South Oliver Drive |
| Las Cruces NM  88005 | Roswell, NM  88201 | Aztec, NM  87410 |

Parties may also attend and participate by Conference call by contacting CourtCall at 1-888-882-6878.

MELODY LONGWILL
Administrative Assistant

THE DISTRICT COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT.  IT IS COUNSEL'S, OR A PRO SE PARTY'S OBLIGATION TO NOTIFY THE CLERK OF THE COURT AT LEAST FIVE (5) DAYS BEFORE ANY HEARING OF THE ANTICIPATED ATTENDANCE OF A DISABLED PERSON SO THAT APPROPRIATE ACCOMMODATIONS CAN BE MADE.  ALL COUNSEL SHALL VERIFY COURT TIME ALLOWED FOR THIS MATTER.

**CERTIFICATE OF MAILING**

I hereby certify that on the above file stamped date, I have caused to be emailed and/or mailed by First Class US Mail, a true and correct copy of the foregoing instrument to the following counsel and parties of record (attached list).

Melody Longwill
Administrative Assistant