IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* )<br>State Engineer ) <br> ) <br> Plaintiff, ) <br> ) <br>vs. ) <br> ) <br>ROMAN ARAGON, *et al.*, ) <br> ) <br> Defendants. ) <br>_____) | 69cv07941-MV/KK <br> RIO CHAMA STREAM SYSTEM <br><br> Section 3, Rio Cebolla <br><br> Subfile Nos. CHCB-001-0007, <br> CHCB-002-0001B, CHCB-002-0002, <br> CHCB-002-0009 |

## CERTIFICATE OF SERVICE
## OF SUPPLEMENT TO INITIAL DISCLOSURES
## BY DEFENDANTS CHARLIE AND GERALDA M. CHACON
## AND DELFIN O. AND FRANCES S. QUINTANA TRUST

Defendants Chacon and Quintana, by their undersigned counsel, hereby certify that pursuant to the December 16, 2014 Revised PreTrial Order (No. 11064) and F.R.Civ.P. 26(e) their Supplement to Initial Disclosures was served on June 12, 2015 by physical delivery to the New Mexico Office of the State Engineer, at 130 South Capitol Street, Santa Fe, NM 87508-5102 on the following counsel of record:   Misty M. Braswell and Ed Newville.

LAW OFFICES OF TED J. TRUJILLO

By: /s/ Ted J. Trujillo
_____

Ted J. Trujillo
Attorneys for Defendants
P.O. Box 2185
Espanola, NM 87532-2185
Telephone: (505) 351-1632
Fax:       (505) 351-4287
E-mail:  tedjtrujillo@yahoo.com

1