IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| State of New Mexico, ex rel State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | Number 6:69-cv-7941 Rio Chama Stream adjudication |
| v. | ) ) | (Jicarilla Apache Nation subfile) |
| Aragon, et al., | ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE

Johnson Barnhouse & Keegan LLP, (Jenny J. Dumas and Natasha D. Cuylear) hereby enters its appearance as counsel of record on behalf of the Jicarilla Apache Nation, Intervenor-Defendants, in the above-captioned matter.

Dated:  June 22, 2015                    Respectfully submitted,

JOHNSON BARNHOUSE & KEEGAN LLP

/s/Jenny J. Dumas
Jenny J. Dumas
Natasha D. Cuylear
Johnson Barnhouse & Keegan LLP
7424 4th Street, NW
Los Ranchos de Albuquerque, New Mexico 87107
Telephone: (505) 842-6123
Facsimile: (505) 842-6124
jdumas@indiancountrylaw.com
ncuylear@indiancountrylaw.com

*Attorneys for Jicarilla Apache Nation*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice to be electronically served on all counsel of record at their respective email addresses as registered on CM/ECF on the date of filing hereof.

*/s/ Jenny J. Dumas*
Jenny J. Dumas