IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) <br> State Engineer ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROMAN ARAGON, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | 69cv07941-MV/KK <br> RIO CHAMA STREAM SYSTEM <br><br> Section 3, Rio Cebolla <br><br> Subfile Nos. CHCB-001-0007, <br> CHCB-002-0001B, CHCB-002-0002C, <br> CHCB-002-0009 |

### AFFIDAVIT OF MICHAEL RECKER

I, Michael Recker, having been duly sworn, state the following:

1. I am employed as the Manager of the Northern New Mexico Hydrographic Survey Bureau of the New Mexico Office of the State Engineer.

2. The purpose of this affidavit is to explain the methodology and results of a measurement of the length of the "Old Valdez" and "Alfalfita" ditches as depicted on OSE Hydrographic Survey Mapsheet CHCB-2 filed with the Court in this adjudication, and the gap between these two ditches that I conducted in support of a Motion for Partial Summary Judgment filed by the State.

3. Utilizing GIS (Geographic Information Systems) ArcMap 10.2 mapping program, I measured the gap between the Old Valdez Ditch and Alfalfita Ditch which is 613.9 feet in length. All three ditch segments, the Old Valdez (2542.5 feet), the Alfalfita (2648.4 feet), and the gap that connects the two were identified using GIS technologies to obtain a total measurement of 5,804.8 feet of combined ditch length.

1

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael Recker

Subscribed and sworn to before me this _15_ day of July, 2015.

_____
Notary Public

My commission expires:
9/28/16