193

# The United States of America,

To all to whom these Presents shall come, Greeting:

Homestead Certificate No. 1903
Application ___

**Whereas**, There has been deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at Santa Fe New Mexico Territory, whereby it appears that, pursuant to the Act of Congress approved 20th May, 1862, "To secure Homesteads to actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Juan Deciderio Valdez has been established and duly consummated, in conformity to law, for the south half of the north east quarter and the north half of the south east quarter of section twenty four in township twenty seven north of range four East of New Mexico Meridian in New Mexico Territory containing One hundred and sixty acres,

7/15/02  Bureau of Land Management
Date          NMSO

I hereby certify that this reproduction is a copy of the official record on file in this office. Consists of One (1) pages.

_[signature]_
Authorized Signature

according to the Official Plat of the Survey of said Land, returned to the General Land Office by the Surveyor General.

**Now know ye** that there is, therefore, granted by the United States unto the said Juan Deciderio Valdez the tract of Land above described: To have and to hold the said tract of Land, with the appurtenances thereof, unto the said Juan Deciderio Valdez and to his heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local customs, laws, and decisions of courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law.

**In testimony whereof,** I, Chester A. Arthur, PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

**Given** under my hand, at the City of Washington, the twenty fifth day of February in the year of our Lord one thousand eight hundred and eighty four and of the Independence of the United States the one hundred and eighth.

By the President: Chester A Arthur
By M. M. Kean, Secretary.
L W Clark, Recorder of the General Land Office.

# INDEX.

Township 27 N, Range 4 E.

| 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| Tierra Amarilla | | | 83 62 | 80 68 | 67 |
| 7 grant | | 9 95 | 10 79 | 11 65 | 12 |
| | | 93 | 92 | 78 | 63 |
| 18 112 | 17 102 | 16 90 | 15 76 | 14 62 | 13 |
| 110 | 109 | 101 | 88 | 74 | 60 |
| 19 107 | 20 99 | 21 87 | 22 73 | 23 59 | 24 |
| 52 | 51 | 49 | 47 | 46 | 43 |
| 30 103 | 29 97 | 28 80 | 27 70 | 26 57 | 25 |
| | | | | | 54 |
| Cañon 32 del | Cham 33 34 | gra 35 T. | 36 | | |

