REPRODUCED AT THE NATIONAL ARCHIVES

# HOMESTEAD, PRE-EMPTION, [...] PROOF.

## TESTIMONY OF CLAIMANT.

Full and Specific Answers must be given to each Question.  Evasive Answers will be Fatal to the Proof.

_____Gabriel Valdez_____, claimant, being first duly sworn, testifies as follows:

Question 1.—What is your correct name, your age, and occupation? If employed by any person, state by whom.
Ans. Gabriel Valdez, aged 54 years, laborer & Farmer for myself

Ques. 2.—What is your post-office address?
Ans. Tierra Amarilla, Rio Arriba Co, N.M.

Ques. 3.—Are you the identical person who made pre-emption filing No. _____ (or homestead entry No. 2531) at the Santa Fe, N.M. land office on the 8 day of March, 1886 and what is the true description of the land now claimed by you?
Ans. Yes I am, The SE¼ NW¼, N² SW¼, SW¼ SW¼, Sec. 24 Tp 27 N, R 4 E

Ques. 4.—Where did you live before settling upon this land, and what was your occupation?
Ans. Cebolla, Rio Arriba Co, N.M. Laborer

Ques. 5.—Are you a citizen of the United States, or have you declared your intention to become such?
Ans. I am a native-born citizen of the United States

(In case the party is of foreign birth, a copy of his declaration of intention to become a citizen or full naturalization certificate, officially certified, must be filed with the case. The latter is only required in final homestead entries.)

Ques. 6.—Are you interested in any other entry or filing than the one upon which you now seek to make proof?
Ans. No Sir

Ques. 7.—Have you ever made a pre-emption filing for any other tract of land, or made any other homestead entry or filing or entry of any kind? (Answer each question separately, describe the land, and state what disposition you made of your claim.)
Ans. No    No    No    No

Ques. 8.—Is your present claim within the limits of an incorporated town or selected site of a city or town, or used in any way for trade and business?
Ans. No    No    No

Ques. 9.—What is the character of the land? Is it timber, mountainous, prairie, grazing, or ordinary agricultural land? State its kind and quality, and for what purpose it is most valuable.
Ans. Partly timber & partly farming, Most valuable for farming

Ques. 10.—Is the land valuable for coal, iron, stone, or minerals of any kind? Has any coal or other minerals been discovered thereon, or if any coal or mineral known to be contained therein? Are there any indications of coal, salines, or minerals of any kind on the land? If so, describe what they are.
Ans. No    No    No    No    No    No

Ques. 11.—If the land is timber land, state the kind, quality, and amount of timber thereon at date of initiating your claim, the amount still standing, how much has been cut and removed, and by whom, and whether the same has been disposed of, and to whom; also whether any other person than yourself has any interest in the timber, and if so, what kind of interest.
Ans. The timber on the land is piñon & pine, but there is very little of it & I use it for firewood & to build fences, No one else has cut any but myself.

Ques. 12.—If the land is used for grazing purposes, state how and by whom it is so used, and whether it is within any stock range or fence or other inclosure, and who owns or controls the range or inclosure.

Ans. Not used for grazing, no fence but my own

Ques. 13.—When did you first make an actual personal settlement on this land? State what you did to make such settlement, and the character and value of the improvements you then placed upon the land.

Ans. In May 1884 Myself & son built a house & a corral value $50.00

Ques. 14.—Was the land occupied by any other person when you made such settlement? If so, state who lived there, and how you obtained possession.

Ans. No Sir, it was not

Ques. 15.—When did you actually move on this land and commence living permanently thereon?

Ans. In May 1884

Ques. 16.—Where has been your actual personal residence and home during the whole time since the date of this filing or entry?

Ans. On this land

Ques. 17.—Has your residence on the land now claimed been actual or constructive, continuous or at intervals? Explain what you mean by actual continuous residence.

Ans. It has been actual & continuous. I mean to have lived there at all times

Ques. 18.—Have you resided or boarded elsewhere than on this land since commencing your residence thereon? If so, state when and where, how often, and for how long?

Ans. No, I have not except in winter when I go to Cebolla

Ques. 19.—Where have you voted since establishing residence on this land, and where did you last vote, and how long have you voted there?

Ans. In Cebolla, Cebolla, Voted there 13 years

Ques. 20.—How many times have you been absent from said tract since you commenced actual residence thereon? Give the dates when each absence commenced and terminated, and the cause therefor.

Ans. I have not been absent

Ques. 21.—Have you a family, and of whom does your family consist?

Ans. I have, Wife & four children

Ques. 22.—Has your family resided with you on this claim? If so, state when they moved on the land, how long they have lived there, and whether they actually reside there still.

Ans. They have. They have lived there a little over a year, They are now living on the land

Ques. 23.—If your family has been absent any part of the time since moving on the land, state the causes for and the dates when each absence commenced and terminated.

Ans. They have not been absent since moving on the land about a little over a year ago

Ques. 24.—When and by whom was your house built? Is it habitable at all seasons of the year?

Ans. By myself & son in 1884, It is habitable at all seasons

Ques. 25.—Did you and your family live in said house during all of said time? If not, state the duration and causes of each absence.

Ans. No, neither myself or family on account of the snow that falls there. Leave in Nov. & return in Apr.

Ques. 26.—If your family has not lived with you on this claim since the date of your filing or entry, state the causes thereof, where did reside, and where they are now living.

Ans. Up to 1½ years ago, my house was not large enough my family & they lived in Cebolla, they are now living there on the land. Cebolla is less than a mile from the land.

Ques. 27.—Do you own any other residence house than the one now on your claim? If so, state where, and who occupies the same.

Ans. Yes I own a house in Cebolla. My family in winter.

Ques. 28.—Describe fully the house on this claim, giving value thereof; also describe fully all other improvements thereon of every kind, giving the value of each and total value of all improvements.

Ans. The house is 38 x 16 x 9, made of logs, 1 room very large, flue $5.00, 1 corral $30.00, commenced to build a well $6.00, made a ditch $10.00, plowed land 100 yards wide & 200 yards long $20.00 & various other improvements. Total value $600.00

Ques. 29.—What farm implements do you own and use on this claim? State kind and number, and how long you have owned the same.

Ans. 2 plows, 3 hoes, 1 pick, 2 harrows, 1 horse-rake, 2 scythes, 1 hand seeder.

Ques. 30.—What domestic animals and live stock do you own and keep on this claim? State kind and number of each kind.

Ans. 15 horses & mares, no cows, 6 chickens.

Ques. 31.—State what articles of furniture of every kind you keep and use in your residence on this claim, and how long you have had them there.

Ans. 1 Bed & bedstead, 8 mattresses, 4 chairs, 2 tables, cooking-outfit, 1 carpet, & various small things.

Ques. 32.—Have you any personal property or live stock of any kind elsewhere than on this claim? If so, describe the same, and state where the same is kept.

Ans. No personal property except the house in Cebolla. No stock.

Ques. 33.—How many seasons have you raised crops on this land, and what kind of crops have you raised each season?

Ans. 1 season, oats.

Ques. 34.—How many acres have you put in crops each year, and how much did you raise? State the amount in bushels of each kind.

Ans. piece of land 100 x 200 yards, 38 bushell.

Ques. 35.—Have you the land in crop this year, or is it prepared for cropping the coming season? How much of the land is so cropped or prepared?

Ans. I have the land in crop. All of it.

Ques. 36.—Do you carry on any trade, profession, or business elsewhere than on this land? If so, state what business you have been engaged in while claiming this land, where it was carried on, and the distance from your claim.

Ans. No No No No No

Ques. 37.—If you have been employed in working for others away from this claim since you established residence thereon, state when, where, and for whom, in what occupation or capacity, how long you have so worked, and where you staid and lived during that time.

Ans. I have not been employed by any one but myself.

4

Ques. 38.—Where are you assessed for taxes, personal, real estate, or license, and when and where have you paid taxes since claiming this land?

Ans. _I have never been assessed_

Ques. 39.—Are the improvements on this land assessed for taxes; if so, at what valuation? Have such taxes been paid; if so, when and by whom?

Ans. _No_   _No_

Ques. 40.—What use is made of this land, and who, besides yourself and family, uses it or causes it to be used?

Ans. _Used for farming_   _No sir_

Ques. 41.—Have you sold, transferred, or mortgaged this land, or offered or agreed to sell or dispose of it, and at what price?

Ans. _No  No  No  No  No_

Ques. 42.—Do you make this entry in the interest or for the benefit of any one else, or has any person other than yourself and family any interest, immediate or prospective, in this entry? If so, state for whom the entry is made.

Ans. _No I do not. I make it for myself & family_

Ques. 43.—Has any person paid your expenses for making this entry, or paid you wages or a salary on condition that you make said entry, or agreed to do either, or agreed to pay the entry money for you, or to pay the fees or commissions, with the agreement or understanding that you will deed the land after entry is made?

Ans. _No  No  No  No  No  No_

Ques. 44.—Do you make this entry in good faith, for the exclusive purpose of a home and farm for yourself and family?

Ans. _Yes I do._

Witness:
_Angus Morris_
_Marcos Castillo_   [Signature of claimant.] _Gabriel X Valdez_
                                              her mark

I hereby certify that each question in the foregoing deposition was orally propounded to the said _Gabriel Valdez_, and the foregoing answers severally given by him thereto before he signed the same and after being sworn according to law; that the said _Gabriel Valdez_ is to me personally known (or satisfactorily identified by _Marcos Castillo_) as the person he represents himself to be in making this proof; that I have called his attention to the laws and penalties against false swearing, and that the foregoing deposition was sworn to and subscribed before me this _9_ day of _August_, A. D. 18_90_

_N L Morrison_
_Register L.O._

Territory of New Mexico
County of Rio Arriba

I certify that Gabriel Valdez well known to me personally appeared & swore that he signed the forgoing Homestead — Subscribed & sworn to before me this 7th day of April 1891

_F. P. Chavez_
_Pr Clk_

TESTIMONY OF CLAIMANT.

NAME OF CLAIMANT, _Gabriel Valdez_
LAND OFFICE AT _Santa Fe N.M._
Orig. Hd. No. _2573_ F.C. No. _1658_

Approved:
_____ Register.
_____ Receiver.

[4-369a.]

1400 words @ 22½
6.00
3.15
4.15