(4—369.)

# HOMESTEAD PROOF—TESTIMONY OF CLAIMANT.

Jose Leandro Montoya being called as a witness in his own behalf in support of homestead entry, No. 3598, for W½ NW¼ N½ SW¼ Sec 25 Tp 27 N R 4 E testifies as follows:

Ques. 1.—What is your name, age, and post office address?
Ans. Jose Leandro Montoya 38 years. Tierra Amarilla, N.M.

Ques. 2.—Are you a *native born* citizen of the United States, and if so, in what State or Territory were you born?*
Ans. Yes I am. Territory of New Mexico

Ques. 3.—Are you the identical person who made homestead entry, No. 3598, at the SANTA FE, N.M. land office on the 30 day of September, 1894 and what is the true description of the land now claimed by you?
Ans. W½ NW¼, N½ SW¼ sec 25 Tp 27 N R 4 E

Ques. 4.—When was your house built on the land and when did you establish actual residence therein? (Describe said house and other improvements which you have placed on the land, giving total value thereof.)
Ans. In 1886.
in April - 1886

Ques. 5.—Of whom does your family consist; and have you and your family resided continuously on the land since first establishing residence thereon? (If unmarried, state the fact.)
Ans. Of 4. wife and 2 children No. in winters went away

Ques. 6.—For what period or periods have you been absent from the homestead since making settlement, and for what purpose; and if temporarily absent, did your family reside upon and cultivate the land during such absence?
Ans. in winters about 4 months on account of heavy snows and severity of weather not during winters.

Ques. 7.—How much of the land have you cultivated each season and for how many seasons have you raised crops thereon?
Ans. about 11 acres   5 years.

Ques. 8.—Is your present claim within the limits of an incorporated town or selected site of a city or town, or used in any way for trade and business.
Ans. No it is not

Ques. 9.—What is the character of the land? Is it timber, mountainous, prairie, grazing, or ordinary agricultural land? State its kind and quality, and for what purpose it is most valuable.
Ans. Agricultural land and pasture land

Ques. 10.—Are there any indications of coal, salines, or minerals of any kind on the land? (If so, describe what they are, and state whether the land is more valuable for agricultural than for mineral purposes.)
Ans. Not to my knowledge

Ques. 11.—Have you ever made any other homestead entry? (If so, describe the same.)
Ans. Never.

Ques. 12.—Have you sold, conveyed, or mortgaged any portion of the land; and if so, to whom and for what purpose?
Ans. No sir

Ques. 13.—Have you any personal property of any kind elsewhere than on this claim? (If so, describe the same, and state where the same is kept.)
Ans. yes, household goods, about 12 miles from my claim

Jose Leandro Montoya

I HEREBY CERTIFY that the foregoing testimony was read to the claimant before being subscribed, and was sworn to before me this 2 day of November, 189 .

[SEE NOTE ON FOURTH PAGE.]

*(In case the party is of foreign birth a certified transcript from the court records of his declaration of intention to become a citizen, or of his naturalization, or a copy thereof, certified by the officer taking this proof, must be filed with the case. Evidence of naturalization is only required in final (*five year*) homestead cases.

6—577

(4—369.)

# HOMESTEAD PROOF—TESTIMONY OF WITNESS.

Roman Montaño, being called as witness in support of the Homestead entry of José Leandro Montoya, for W½ NW¼ N² SW¼ Sec. 21 Tp. 17 N R 4 E, testifies as follows:

Ques. 1.—What is your name, age, and post office address?
Ans. Roman Montaño, 36 years, Tierra Amarilla, N.M.

Ques. 2.—Are you well acquainted with the claimant in this case and the land embraced in his claim?
Ans. Yes, sir  Yes sir

Ques. 3.—Is said tract within the limits of an incorporated town or selected site of a city or town, or used in any way for trade or business?
Ans. No

Ques. 4.—State specifically the character of this land—whether it is timber, prairie, grazing, farming, coal, or mineral land.
Ans. Agricultural land

Ques. 5.—When did claimant settle upon the homestead and at what date did he establish actual residence thereon?
Ans. in April – 1886
     at the same time

Ques. 6.—Have claimant and family resided continuously on the homestead since first establishing residence thereon? (If settler is unmarried, state the fact.)
Ans. he has been absent in the winters for 3 or 4 months at a time. cause severity of winter

Ques. 7.—For what period or periods has the settler been absent from the land since making settlement, and for what purpose; and if temporarily absent, did claimant's family reside upon and cultivate the land during such absence?
Ans. for 3 or 4 months during the winters on account of snows and severity of weather. No

Ques. 8.—How much of the homestead has the settler cultivated and for how many seasons did he raise crops thereon?
Ans. About 9 acres.  5 seasons

Ques. 9.—What improvements are on the land and what is their value?
Ans. fences, houses, corrals, 9 acres land broken, about $500 or $600

Ques. 10.—Are there any indications of coal, salines, or minerals of any kind on the homestead? (If so, describe what they are, and state whether the land is more valuable for agricultural than for mineral purposes.)
Ans. No

Ques. 11.—Has the claimant mortgaged, sold, or contracted to sell, any portion of said homestead?
Ans. No he has not

Ques. 12.—Are you interested in this claim; and do you think the settler has acted in entire good faith in perfecting this entry?
Ans. No  Yes I do

Roman Montaño

I HEREBY CERTIFY that the foregoing testimony was read to the witness before being subscribed and was sworn to before me this 2 day of November, 1891.

[SEE NOTE ON FOURTH PAGE.]

_____
Receiver

(The testimony of witnesses must be taken at the same time and place and before the same officer as claimant's final affidavit. The answers must be full and complete to each and every question asked, and officers taking testimony will be expected to make no mistakes in dates, description of land, or otherwise.)

(497—50,000.)   6—577

(4—369.)

# HOMESTEAD PROOF—TESTIMONY OF WITNESS.

Navor Chavez being called as witness in support of the Homestead entry of Jose Leandro Montoya for W½ NW¼ N½ SW¼ Sec. ?? T 27 R ?E, testifies as follows:

**Ques. 1.**—What is your name, age, and post office address?
Ans. Navor Chavez, 36 years, Tierra Amarilla, N.M.

**Ques. 2.**—Are you well acquainted with the claimant in this case and the land embraced in his claim?
Ans. Yes. Yes

**Ques. 3.**—Is said tract within the limits of an incorporated town or selected site of a city or town, or used in any way for trade or business?
Ans. No sir

**Ques. 4.**—State specifically the character of this land—whether it is timber, prairie, grazing, farming, coal, or mineral land.
Ans. Agricultural land

**Ques. 5.**—When did claimant settle upon the homestead and at what date did he establish actual residence thereon?
Ans. in April — 1886
At same time

**Ques. 6.**—Have claimant and family resided continuously on the homestead since first establishing residence thereon? (If settler is unmarried, state the fact.)
Ans. No — they have been absent a few months in the winter.

**Ques. 7.**—For what period or periods has the settler been absent from the land since making settlement, and for what purpose; and if temporarily absent, did claimant's family reside upon and cultivate the land during such absence?
Ans. during winter about 4 months. To pass the winter. Much snow. No.

**Ques. 8.**—How much of the homestead has the settler cultivated and for how many seasons did he raise crops thereon?
Ans. About 9 acres   About 5 seasons

**Ques. 9.**—What improvements are on the land and what is their value?
Ans. fence, houses, corrals, 9 acres cultivated land. $500 value.

**Ques. 10.**—Are there any indications of coal, salines, or minerals of any kind on the homestead? (If so, describe what they are, and state whether the land is more valuable for agricultural than for mineral purposes.)
Ans. No.

**Ques. 11.**—Has the claimant mortgaged, sold, or contracted to sell, any portion of said homestead?
Ans. No

**Ques. 12.**—Are you interested in this claim; and do you think the settler has acted in entire good faith in perfecting this entry?
Ans. No.   Yes sir

Navor Chavez

I HEREBY CERTIFY that the foregoing testimony was read to the witness before being subscribed and was sworn to before me this _____ day of November, 189_.

[SEE NOTE ON FOURTH PAGE.]

_____
Receiver

(The testimony of witnesses must be taken at the same time and place and before the same officer as claimant's final affidavit. The answers must be full and complete to each and every question asked, and officers taking testimony will be expected to make no mistakes in dates, description of land, or otherwise.)

6—577