# HOMESTEAD PROOF—TESTIMONY OF CLAIMANT.

Canuto Valdez, being called as a witness in his own behalf in support of homestead entry, No. 4636, for S½ SE¼ Sec 24 T.27 N R.4 E, SE¼ SW¼ Lot 4 Sec 1 testifies as follows:

Ques. 1.—What is your name, age, and post-office address?
Ans. Canuto Valdez, 38 years, Tierra Amarilla N. M.

Ques. 2.—Are you a *native-born* citizen of the United States, and if so, in what State or Territory were you born?*
Ans. Yes, Native-born citizen of the U.S., Ty of New Mex,

Ques. 3.—Are you the identical person who made homestead entry, No. 4636, at the Santa Fe land office on the 22 day of October, 1896 and what is the true description of the land now claimed by you?
Ans. Yes, S½ SE¼ Sec 24 T.27 N. R.4 E, SE¼ SW¼ Lot 4 Sec 19 T.27 N. R.5 E; Farming and Grazing Chiefly.

Ques. 4.—When was your house built on the land and when did you establish actual residence therein? (Describe said house and other improvements which you have placed on the land, giving total value thereof.)
Ans. About the first of March of following year 1897 at same time; One log Cabin, Stables, fence, dam and ditches and improved Land; About $200.00

Ques. 5.—Of whom does your family consist; and have you and your family resided continuously on the land since first establishing residence thereon? (If unmarried, state the fact.)
Ans. Self and wife, Yes, Married,

Ques. 6.—For what period or periods have you been absent from the homestead since making settlement, and for what purpose; and if temporarily absent, did your family reside upon and cultivate the land during such absence?
Ans. For short periods, to obtain necessaries and pasture and roundup Cattle; yes,

Ques. 7.—How much of the land have you cultivated each season, and for how many seasons have you raised crops thereon?
Ans. About two or three acres About 3 or 4 years

Ques. 8.—Is your present claim within the limits of an incorporated town or selected site of a city or town, or used in any way for trade and business?
Ans. No,

Ques. 9.—What is the character of the land? Is it timber, mountainous, prairie, grazing, or ordinary agricultural land? State its kind and quality, and for what purpose it is most valuable.
Ans. Grazing and farming Most Valuable for farming

Ques. 10.—Are there any indications of coal, salines, or minerals of any kind on the land? (If so, describe what they are, and state whether the land is more valuable for agricultural than for mineral purposes.)
Ans. Not to my knowledge Agricultural,

Ques. 11.—Have you ever made any other homestead entry? (If so, describe the same.)
Ans. No,

Ques. 12.—Have you sold, conveyed, or mortgaged any portion of the land; and if so, to whom and for what purpose?
Ans. No,

Ques. 13.—Have you any personal property of any kind elsewhere than on this claim? (If so, describe the same, and state where the same is kept.)
Ans. No,

Ques. 14.—Describe by legal subdivisions, or by number, kind of entry, and office where made, any other entry or filing (not mineral), made by you since August 30, 1890.
Ans. X No,

(Sign plainly with full christian name.) Canuto Valdez

*(In case the party is of foreign birth a certified transcript from the court records of his declaration of intention to become a citizen, or of his naturalization, or a copy thereof, certified by the officer taking this proof, must be filed with the case. Evidence of *naturalization* is only required in final (*five-year*) homestead cases.)

6—577

4—369.

# HOMESTEAD PROOF—TESTIMONY OF WITNESS.

_Epimenio Chacon_, being called as witness in support of the Homestead entry of _Canuto Valdez_ for S½ SE¼ Sec 24, T.27 N. R.4 E. SE¼ SW¼ Lot 4 Sec 19 T.2, testifies as follows:

Ques. 1.—What is your name, age, and post-office address?
Ans. _Epimenio Chacon 38 years Tierra Amarilla N. Mex_

Ques. 2.—Are you well acquainted with the claimant in this case and the land embraced in his claim?
Ans. _Yes, Yes,_

Ques. 3.—Is said tract within the limits of an incorporated town or selected site of a city or town, or used in any way for trade or business?
Ans. _No_

Ques. 4.—State specifically the character of this land—whether it is timber, prairie, grazing, farming, coal, or mineral land.
Ans. _Grazing and farming_

Ques. 5.—When did claimant settle upon the homestead, and at what date did he establish actual residence thereon?
Ans. _About the first of March 1897 at same time_

Ques. 6.—Have claimant and family resided continuously on the homestead since first establishing residence thereon? (If settler is unmarried, state the fact.)
Ans. _Yes,_

Ques. 7.—For what period or periods has the settler been absent from the land since making settlement, and for what purpose; and if temporarily absent, did claimant's family reside upon and cultivate the land during such absence?
Ans. _For short periods to get Necessaries and to pasture and round up Cattle, yes_

Ques. 8.—How much of the homestead has the settler cultivated, and for how many seasons did he raise crops thereon?
Ans. _About 3 acres; 3 or 4 seasons_

Ques. 9.—What improvements are on the land, and what is their value?
Ans. _One Log Cabin; Stables fences dam and ditches and improved Land; Valued at about $200.00_

Ques. 10.—Are there any indications of coal, salines, or minerals of any kind on the homestead? (If so, describe what they are, and state whether the land is more valuable for agricultural than for mineral purposes.)
Ans. _Not to My Knowledge   Agricultural_

Ques. 11.—Has the claimant mortgaged, sold, or contracted to sell, any portion of said homestead?
Ans. _Not to My Knowledge_

Ques. 12.—Are you interested in this claim; and do you think the settler has acted in entire good faith in perfecting this entry?
Ans. _No   Yes_

(Sign plainly with full christian name.) _Epimenio Chacon_

I HEREBY CERTIFY that the foregoing testimony was read to the witness before being subscribed and was sworn to before me this _10th_ day of _March_, 190_2_, at my office at _Tierra Amarilla_ in _Rio Arriba_ County, _New Mex_.

_B. C. Hernandez_
_Probate Clerk_

[SEE NOTE ON FOURTH PAGE.]

(The testimony of witnesses must be taken at the same time and place and before the same officer as claimant's final affidavit. The answers must be full and complete to each and every question asked, and officers taking testimony will be expected to make no mistakes in dates, description of land, or otherwise.)

6—577