JUN 27 1949

Recorded June 27 A.D. 19 49
in Vol. 39 Page
[signature]
By [signature]    County Clerk & Recorder

ESCRITURA DE RENUNCIO

ESTA ESCRITURA, Otorgada el dia 3 de Junio de 1926 por y entre Canuto Valdez, Patricio Chacon, herederos de Rayitos V. Chacon, finada, y Eufemia V. Benavidez, del Condado de Rio Arriba y Estado de Nuevo Mexico, parte de la primera parte, y Josefa V. Garcia, del Condado de Rio Arriba y Estado de Nuevo Mexico, parte de la segunda parte:

TESTIFICA, Que las dichas partes de la primera parte por y en compensacion de Un Peso ($1.00) y otras consideraciones de valor, pesos, pagados en mano, por la dicha parte de la segunda parte, el recibo de los cuales es por esta acusado, traspasan, ceden y renuncian a favor de la dicha parte de la segund parte y de sus concesionarios y herederos para siempre la siguiente propiedad raiz, que se halla en el condado de Rio Arriba, en el estado de Nuevo Mexico, cuyos linderos y descripcion son a saber:

> Un sierto pedazo o porcion de tierra consta ser de cuarenta acres mas o menos situado en la Cebolla y sus linderos son como sigue:-
>
> Linda por el Norte con tierra de Manuel Garcia; Por el Sur con Tierra de Pedro Y. Martinez. Por el Oriente con tierra de Eufemia V. Benavidez y por el Poniente con tierra de Canuto Valdez.
>
> El intento de este Documento es traspasar el derecho que tenemos en el terreno arriba descripto como herederos de Gabriel Valdez y Benita L. Valdez ya finados.

Yo Josefa V. Garcia vendo a Luis Quintana el dicho terreno arriba mencionado por la suma de $350.00, por lo cual doy y traspaso y vendo todo el derecho a el y familia como herederos de dicho terreno y para asegurar firmo mi nombre.

/s/ Josefa V. Garcia

juntamente con todos y cada uno de los tenencias, herencias y derecho, que a la misma pertenecen, y la reversion y reversiones, remanente y remantes, rentas, productos y ganancias de la misma,

PARA TENER Y POSEER, Todas y cada una de las dichas premisas, juntamente con las pertenencias, a favor de la dicha parte de la segunda parte y sus herederos y concesionarios para siempre.

EN TESTIMONIO DE LO CUAL, las dichas partes de la primera parte han firmado y sellado esta hoy dia de la fecha primeramente arriba escrita.

| Witnesses to mark of Eufemia V. Benavidez: | |
|---|---|
| Ubaldo Sanchez | Canuto Valdez (Sello) |
| Helen Garcia. | Patricio Chacon (Sello) |
| | Eufemia V. Benavidez (Sello) |

ESTADO DE NUEVO MEXICO,    :
                           : ss.
CONDADO DE RIO ARRIBA      :

En este dia 23rd de Junio, A. D. 1926, ante mi personalmente comparecieron Canuto Valdez y Patricio Chacon, herederos de Rayitos V. Chacon a mi personalmente conocidos y conocidos por mi de ser las mismas personas descriptas en el instrumento que antecede, y quienes ejecutaron el mismo, el cual reconocieron y declararon como su libre acto y hecho.

EN TESTIMONIO DE LO CUAL, He suscrito a esta mi nombre y fijado mi sello el dia y ano arriba ultimo escrito.

Juan Vialpando
Juez de Paz del Pcto. No. 17.

STATE OF COLORADO    :
                     : ss.
County of Alamosa    :

I, Walter G. Moffat, a Notary Public, do hereby certify that Eufemia V. Benavidez personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that she signed, sealed or delivered the said instrument as her free and voluntary act, for the uses and purposes