23: 512 1926 Canuto

THIS DEED, made on 3 June 1926 by and between Josefa V. García, Patricio Chacón, heir of Rayitos V. Chacón, deceased, and Eufemia V. Benavídez, of the county of Rio Arriba and State of New Mexico, party of the first part, and Canuto Valdez of the county of Rio Arriba and State of New Mexico, party of the second part:

HEREBY ATTEST: that said parties of the first part for and in consideration of one dollar ($1.00) and other considerations of value, dollars, to them in hand paid by said party of the second part, the receipt whereof is hereby acknowledged, convey, cede and renounce on behalf of said party of the second part and their grantees and heirs forever the following real property which is located in the county of Rio Arriba in the state of New Mexico, the boundaries and descriptions of which are to wit:

A certain piece or parcel of the land consisting of more or less forty acres with the following boundaries:

Borders on the North with the land of Manuel García; on the South with the land of Patricio Chacón. On the East with the land of Josefa V. García and on the West with the land of Patricio Chacón.

The purpose of this Document is to convey the rights that we hold in the above-described land as heirs of Gabriel Valdez and Benita L. Valdez, now deceased.

Together with all and singular tenements, hereditaments, and rights pertaining to the same, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

TO HAVE AND TO HOLD, all and each of said premises, along with the appurtenances, in favor of said part of the second party and their heirs and assigns forever.

IN WITNESS WHEREOF, said parties of the first part have signed and sealed on this day, the dated stated above.

| | | |
|---|---|---|
| Witnesses to mark of Eufemia V. Benavídez: | her mark<br>Josefa V. García | (Seal) |
| Epimeno Chacón | | |
| Witness to the mark of Josefa V. García | Patricio Chacón<br>Heirs to Rallitos V. Chacón | (Seal) |
| Ubaldo Sanchez<br>Helen García. | Her mark<br>Eufemia V. Benavídez | (Seal) |

| | |
|---|---|
| STATE OF NEW MEXICO : | |
| COUNTY OF RIO ARRIBA : | ss |

On this day the 23rd of June, A.D. 1926, before me personally appeared <u>Josefa Valdez and Patricio Chacón, heir to Rayitos V. Chacón deceased</u>, known by me to be the persons indicated in and who executed the preceding document and acknowledged having executed the same of their free and voluntary will.

IN WITNESS WHEREOF, I have signed my name and affixed my seal on the date and year stated herein.

                                               Juan Vialpando, Justice of the Peace of [Illegible] No. 17

| | |
|---|---|
| STATE OF COLORADO : | |
| COUNTY OF ALAMOSA : | ss |

I Walter G. Moffatt, a Notary Public, do hereby certify that Eufemia V. Benavídez personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me on this day in person, and acknowledged that she signed, sealed or delivered the said instrument as her free and voluntary act, for the uses and purposes there set forth.

Given under my hand and seal this 3rd day of June A.D. 1926.

My commission expires March 13, 1930

                                               Walter G. Moffatt
                                               NOTARY PUBLIC

---

**TRANSLATOR'S CERTIFICATION**

I hereby attest that I am a Spanish > English translator certified by the American Translators Association (ATA). I further attest that I have personally translated from Spanish to English this document, consisting of a 1926 Deed labeled 23:512 from Rio Arriba county, New Mexico, and that the preceding pages are a true and accurate translation of the original document, done to the best of my knowledge and ability.

Signed in Albuquerque, New Mexico, on 13 July 2015.

Ruth A. Warner
PO Box 25323
Albuquerque., NM 87125
ruthalicia.warner@gmail.com
303-669-5758