ESCRITURA DE RENUNCIO

ESTA ESCRITURA, Otorgada el dia 3, de Junio de 1926, por y entre Canuto Valdez,

Josefa V. Garcia y Eufemia V. Benavidez del Condado de Rio Arriba y Estado de

Nuevo Mexico parte de la primera parte, y Patricio Chacon heredero de Reyitos,

V. Chacon del Condado de Rio Arriba y Estado de Nuevo Mexico parte de la

segunda parte:

TESTIFICA: Que las dichas partes de la primera parte por y en compensacion de

un Peso ($1.00) y otras consideraciones de valor Pasos, pagados en mano, por la

dicha parte de la segunda parte, el recibo de los cuales es por esta acusado,

trapasan, ceden y renunican a favor de la dicha parte de la segunda parte y de

sus concedonarios y herederos para siempre la siguiente propiedad raiz, que se halla

en el condado de Rio Arriba en el Estado de Nuevo Mexcoi, cuyos linderos y descri-

pcion son a saber:

Un sierto pedazo o porcion de tierra que consta ser de cuarenta Acres y Situado en

la Cebolla y sus linderos son como sigue Asaber:

Linda Por el Norte con tierra de Manuel Garcia; Por el Sur con tierra de Patricio

Chacon, Por el Oriente con tierra de Canuto Valdez y Por el Poniente con tierra de

Canuto Valdez y Eufemio Chacon.

El intento de este Documento es traspasar el derecho que tenemos en la propiedad

arriba descrita, y la herencia de Canuto Valdez y Benita L. Valdez ya findados.

JUNTAMENTE con todas las mejoras, enceres, herencias y derechos, que a la

misma pertenecen, y con todos sus previsiones, residuente y remanentes, rentes,

rentas y emolumentos de la misma.

PARA TENER y RETENER todas y cada una de las dichas premisas, juntamente con sus

pertenencias, a favor de la dicha parte de la segunda parte y sus herederos y cesio-

narios para siempre.

EN TESTIMONIO de lo cual las dichas partes de la primera parte han firmado y

sellado esta escritura la fecha primeramente arriba escrita.

Testigos la Mark of ............................................. Canuto Valdez (SEllo)
Eufemia V. Benavidez .......................................... Josefa V. x Garcia (SEllo)
                                                                             her mark
Testigos la Mark of Josefa V. Garcia .................... her
Canuto Valdez ...................................................... Eufemia V. x Benavidez (SEllo)
Eufemia V. Garcia                                                        Mark

ESTADO DE NUEVO MEXICO )
                                            ) ss.
CONDADO DE RIO ARRIBA )

En este dia 3 de Junio A.D. 1926, ante mi personalmente comparecieron ...

Juan (Velásquez)
Juez de Paz Pto. No. 17

Patricio
(Reyes)

23:512

Cenuto

García, Patricio Chacón, Heredero de Rayitos V. Chacón finada y Eugenia V.
Benavidez del condado de Rio Arriba y Estado de Nuevo Mexico parte de la pri-
mera part, y Canuto Valdez del Condado de Rio Arriba y Estado de Nuevo Mexico
parte de la segunda parte:

TESTIFICAN   Que las dichas partes de la primera parte por, y en compensacion
de Un Peso ($1.00) y otras consideraciones de Valor Pesos, pagados en mano, por
la dicha parte de la segunda parte, el recibo de las cuales es por esta acusado,
traspasan, ceden y renuncian a favor de la dicha parte de la segunda parte, y de
sus concesionarios y herederos para siempre la siguiente propiedad raiz, que se
halla en el condado de Rio Arriba en el Estado de Nuevo Mexico, cuyos linderos y
descripcion son a saber:   (1)

Un cierto pedazo o porcion de tierra que consta, de setecientos acres mas o
menos y son sus linderos como sigue:— Estado Medidos
Por el Norte con tierra de Manuel Chacón, Por el Sur con tierra de
Julio Chacón, por el Oriente con tierra de Jesus y Por el Poniente
con tierra de Patricio Chacon.

El intento de este Documento es traspasar el derecho que tenemos en dicha
tierra alta designada como herederos de Gabriel Valdez y Benita M. Valdez, ya
finados.

Juntamente con todos y cada uno de las tenencias, herencias y derechos, que le
pertenezcan y la reversión y reversiones, remanente y remanentes,
rentas y productos, pertenencias de la misma;

PARA TENER y gozar, Todas y cada una de las dichas premesas juntamente con
sus apurtenencias por de la dicha parte de la segunda parte, y sus herederos

En testimonio de lo cual las dichas partes de la primera parte han firmado y
sellado en el dia primeramente arriba escrito—

Jose M. de García  (SELLO)
Josefa V. García   Benita de Chacón   (SELLO)
her
mark        Herederos de Rayitos V. Chacón
Eugenia V. X de Benavidez   (SELLO)
her
mark

ESTADO DE NUEVO MEXICO   )ss.
Condado de   )

En este dia Junio A.D. 1925 ante mi personalmente comparecieron
Patricio Chacon heredero de Rayitos V. Chacon finada y a mi per-
sonalmente conocidos por mi de ser las mismas personas descritas en y
quienes ejecutaron el documento de arriba, el cual reconocieron que
lo habian ejecutado libre y voluntariamente para los usos y propositos
en el mismo expresados.
EN TESTIMONIO DE LO CUAL he aqui puesto mi nombre y sello oficial el dia y
año arriba escrito.