*23:497*

DEED OF RENUNCIATION

     THIS DEED, agreed to on 3 June 1926 by and between Canuto Valdez, Josefa V. García and Eufemia V. Benavídez of the county of Rio Arriba and State of New Mexico, party of the first part, and Patricio Chacón heir of Rayitos V. Chacón of Rio Arriba County and the State of New Mexico, party of the second part:

     HEREBY ATTEST: That said parties of the first part for and in compensation of one dollar ($1.00) and other considerations of value, dollars, paid in hand by said party of the second part, the receipt whereof is hereby acknowledged, convey, cede and renounce in favor of said party of the second part and their grantees and heirs forever the following real property which is located in the county of Rio Arriba in the state of New Mexico, and whose boundaries and descriptions are to wit:

     A certain piece or parcel of the land consisting of forty acres located in Cebolla with the following boundaries, to wit:

Borders on the North with the land of Manuel García; on the South with the land of Patricio Chacón. On the East with the land of Canuto Valdez and on the West with the land of Canuto Valdez and Epimenio Chacón.

     The purpose of this Document is to convey the rights that we hold to the above-described property as heirs of Gabriel Valdez and Benita L. Valdez, now deceased, along with all and each one of the appurtenances, hereditaments and rights that pertain to the same, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

     TO HAVE AND TO HOLD, all and each one of said premises, along with the appurtenances, in favor of said party of the second part and their heirs and grantees forever.

     IN WITNESS WHEREOF, said parties of the first part have signed and sealed on this day, the dated stated above.

| | | |
|---|---|---|
| Witnesses to mark of Eufemia V. Benavídez: | Canuto Valdez | (Seal) |
| Epimenio Chacón | Josefa V.  X  García<br>Her mark | (Seal) |
| Witness to the mark of Josefa V. García | | |
| Ubaldo Sánchez | Eufemia V.  X  Benavídez | (Seal) |
| Helen García | Her mark | |

| | | |
|---|---|---|
| STATE OF NEW MEXICO | : | |
| COUNTY OF RIO ARRIBA | : | ss |

On this day the 23rd of June, A.D. 1926 before me personally appeared <u>Canuto Valdez and Josefa V. García,</u> personally known to me and known by me to be the same persons described in the preceding instrument, and who executed the same, having acknowledged and declared the signing as their free act and deed.

IN WITNESS WHEREOF, I have affixed my signature and seal on the date and year stated herein.

Juan Vialpando, Justice of the Peace of [Illegible] No. 17

[Original in English]

| | | |
|---|---|---|
| STATE OF COLORADO | : | |
| COUNTY OF ALAMOSA | : | ss |

I Walter G. Moffatt, a Notary Public, do hereby certify that Eufemia V. Benavídez personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me on this day in person, and acknowledged that she signed, sealed or delivered the said instrument as her free and voluntary act, for the uses and purposes there set forth.

Given under my hand and seal this 3rd day of June A.D. 1926.

My commission expires March 13, 1930.

Walter G. Moffatt
NOTARY PUBLIC

---

**TRANSLATOR'S CERTIFICATION**

I hereby attest that I am a Spanish > English translator certified by the American Translators Association (ATA). I further attest that I have personally translated from Spanish to English this document, consisting of a 1926 Deed of Renunciation from Rio Arriba county, New Mexico, and that the preceding pages are a true and accurate translation of the original document, done to the best of my knowledge and ability.

Signed in Albuquerque, New Mexico, on 13 July 2015.

Ruth A. Warner
PO Box 25323
Albuquerque., NM 87125
ruthalicia.warner@gmail.com