# DOCUMENTO GARANTIZADO

DE

Josefa V. Garcia

A

Patricio Chacon

ESTADO DE NUEVO MEXICO } ss.
Condado de Rio Arriba

protocolada en mi oficina para registro, hoy 8 de Junio A. D., 19 37, a las 10:16 A.M., y el mismo fue fielmente registrado en el 20, Registro de Escrituras de dicho Condado de Rio Arriba en paginas 91 En fe de lo cual pongo mi mano y sello hoy dia 11 de Junio A. D., 19 37.

Vicenta Espinosa
Secretario del Condado.

Por Gaby Barela

ESTA ESCRITURA, Hecha y convenida hoy dia 8 de Mayo A. D. mil novecientos y 37 por y entre Josefa V. Garcia de Ensenada, Condado de Rio Arriba Estado de Nuevo Mexico, part e de la primera parte, y Patricio Chacon, de Cebolla del condado de Rio Arriba Estado de Nuevo Mexico, parte de la segunda parte:

DA FE, Que la dicha parte de la primera parte, por y en consideracion de la suma de $1.00 Un Peso dinero legal de los Estado Unidos, a el en mano pagado por la dicha parte de la segunda parte, el recibo de la cual es por esta acusado, la dicha parte de la primera parte ha concedido, contratado vendido, traspasado, y confirmado, y por estas presentes concede, contrata, vende, traspasa o confirma a la dicha parte de la segunda parte y a sus herederos, asignados o sucesores, para siempre, todo solar o trecho de terreno o propiedad raiz, descrito a continuacion, situado en, dentro y estando en el Condado de Rio Arriba y Estado de Nuevo Mexico, a saber:

Un cierto pedazo de terreno situado en Cebolla, N. M. Condado de Rio Arriba. lLindado como sigue a saver: Por el norte con terreno de Vicente F. Valdez por el oriente con terreno de Prudencio Ulibarri y por el sur con terreno de Canuto Valdez por el Poniente con terreno de Canuto Valdez. Terreno patentisado. Juan D. Valdez. El Terreno describido contiene 80 acres.

juntamente con todo y singular tenencias y herencias y pertenencias a las mismas correspondiente y tambien el estado, derecho, titulo e interes, cualquiera que sea tanto en la ley como en la equidad de la dicha parte de la primera parte de y en la misma en toda parte y porcion de la misma, con sus pertenencias.

PARA TENER Y POSEER, las dichas premisas, arriba concedidas y descritas, con las pertenencias y la dicha parte de la segunda parte, sus herederos, sucesores o asignados, para siempre. Y la dicha parte de la primera parte, por sus herederos, ejecutores, administradores, sucesores o asignados, convienen, concede, vende y conviene en y con la parte de la segunda parte, sus herederos, ejecutores, administradores, sucesores o asignados, que, a la hora de entregarse y sellarse estas presentes, el esta bien y en pleno derecho de las premisas arriba concedidas, como estado de herencia legal y que tiene buen derecho, pleno poder y autoridad de aljar, conceder, tratar, vender y entregar la misma en la forma y manera ya dicha y que las mismas estan libres de todos y otras concesiones, tratos, ventas, entregas, hipotecas, asesamientos, impuestos y obligaciones anteriores de cualquier forma que fuere, y que dara a la dicha parte de la primera parte, garantiza, y defendera para siempre, la quietud del tranquilo uso de las premisas arriba con cedidas a la parte de la segunda parte, sus herederos, sucesores o asignados, encontra de todas y cualquier persona o personas que legalmente reclamen o hagan reclamo de toda o, cualquier parte de, ello.

EN TESTIMONIO de lo cual, la parte de la primera parte ha puesto a esto, su mano y sello el dia y año primeramente arriba escritos.

Firmado, Sellado y Entregado en la Presencia de

Ismael Ulibarri                              Josefa V. Garcia                    (Sello)

Vicente V. Morfin                            _____          (Sello)

                                             _____          (Sello)

ESTADO DE NUEVO MEXICO } ss.
Condado de Rio Arriba

Este dia 8 de Mayo 1937, compareci o personalmente ante mi Josefa V. Garcia

conocido por mi ser la persona designada en, y ejecuto el antecedente documento y quien me habia ejecutado el mismo como su acto libre y voluntario. En fe de lo cual puesto aqui mi nombre y estampado mi sello oficial el dia y año arriba escritos en este certificado.

Vicenta Espinosa, County Clerk

By Gaby Barela, Deputy