Book 20 : 91

## GUARANTEED DOCUMENT

The Dorsey Company, Stationers, Santa Fe, NM – C13510
BY
Josefa V. García
TO
Patricio Chacón

STATE OF NEW MEXICO  :
County of Rio Arriba      : ss
Filed for record in my office, today the 8 of June, A.D., 19<u>37</u>, at <u>10:16 A.M</u>. and the same was duly recorded in Book 20, Record of Deeds of said County of Rio Arriba on pages <u>91</u>. In witness whereof I affix my signature and seal today the <u>11</u> of <u>June</u> A.D. <u>1937</u>.
<u>Vicenta Espinosa</u>
County Clerk
By [signature] Gaby Barela

THIS DEED, written and agreed upon today the <u>8th</u> of <u>May</u> A.D. nineteen hundred and <u>37</u> by and between <u>Josefa V. García of Ensenada, county of Rio Arriba,</u> State of New Mexico, party of the first part and <u>Patricio Chacón, of Cebolla,</u> the county of <u>Rio Arriba,</u> State of New Mexico, party of the second part:

HEREBY ATTEST that said party of the first part by and in consideration of the sum of $<u>1.00 and other considerations of value</u> legal tender of the United States, to <u>them</u> in hand paid by <u>said</u> party of the second part, the receipt whereof is hereby acknowledged, <u>said</u> party of the first part <u>have</u> granted, bargained, sold, conveyed and confirmed, and by means of the present does grant, bargain, sell, convey and confirm to said parties of the second part and their heirs, assigns or successors, forever, all <u>plot</u> or <u>parcel</u> of land or real property, described below, located in and within and being in the County of <u>Rio Arriba</u>, and the State of New Mexico, to wit:

A certain piece of land that is located in Cebolla, N.M., county of Rio Arriba. Boundaries are as follows to wit: On the North with the land of Vicente F. Valdez, on the east with the land of Prudencio Ulibarri, on the south with the land of Canuto Valdez, on the East with the land of Canuto Valdez. Land patent Juan D. Valdez. The described land consists of 80 acres.

Together with all and singular tenements, hereditaments and appurtenances pertaining to the same and also the state, right, title and interest, whatever they may be in accordance to law as the equity of the said party of the first part and in the same in all part and portion of the same, with its appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances unto the said party of the second part their heirs, successors or assigns forever.

And said party of the first part, for her heirs, executors, administrators, successors or assigns, accords, sells and agrees upon and with the party of the second part, his heirs, executors, administrators, successors or assigns that, at the time of the ensealing and delivery of these presents they were well seized of the premises above conveyed as good and indefeasible estate of inheritance in law and have good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and encumbrances of any kind; and that said party of the first part guarantee and will forever defend the quiet possession of the party of the second part, their heirs, successors and assigns, against al land every other person and persons lawfully claiming or to claim the whole or any part thereof.

IN WITNESS WHEREOF, the party of the first part has affixed to this document her signatures and seals on the day and year noted above.

Signed, sealed and delivered in the presence of
[Illegible]        <u>Ismael Ulibarri</u>                    Josefa V. García_____(Seal)

[Illegible]        <u>Vicente F. Morfin</u>

| | |
|---|---|
| STATE OF NEW MEXICO | } |
| County of Rio Arriba | } ss |

On this day the <u>8th</u> of May <u>1937</u>, before me personally appeared <u>Josefa V. García</u>, known by me to be the person indicated in and who executed the preceding document and acknowledged having executed the same of their free and voluntary will.

  In witness whereof, I have affixed my name and official seal on the day and year stated above on this certificate.

                       Vicenta Espinosa, County Clerk
                       By Gaby Barela, Deputy

---

### TRANSLATOR'S CERTIFICATION

  I hereby attest that I am a Spanish > English translator certified by the American Translators Association (ATA). I further attest that I have personally translated from Spanish to English this document, consisting of a 1937 Guaranteed Document from Rio Arriba county, New Mexico, and that the preceding pages are a true and accurate translation of the original document, done to the best of my knowledge and ability.

Signed in Albuquerque, New Mexico, on 13 July 2015.

Ruth A. Warner
PO Box 25323
Albuquerque., NM 87125
ruthalicia.warner@gmail.com