# WARRANTY DEED

<small>The Dorsey Company, Stationers, Santa Fe, N. M.—C15745</small>

Canuto Valdez & Carmelita Valdez

TO

Dulcenea Quintana & Luis Quintana

---

State of New Mexico,
County of Rio Arriba } ss.

I hereby certify that this instrument was filed for record on the 23rd day of January A. D. 1946 at 10 o'clock A. M., and duly recorded in Book 22, Page 458 of Records of Deeds of said county.

Cruz Trujillo
County Clerk.
/s/ Trujillo
Deputy.

Fees, $ _____

---

THIS INDENTURE, Made the 12th day of Oct. in the year of our Lord One Thousand, Nine Hundred and Fortyfour, between Canuto Valdez and Carmelita Valdez his wife

of Cebolla, New Mex.

parties of the first part, and Dulcenea Quintana and Luis Quintana

of Cebolla, N. M.

parties of the second part,

WITNESSETH, That the said parties of the first part, for and in consideration of the sum of One dollar and other considerations Dollars lawful money of the United States of America, to them in hand paid by the said parties of the second part, the receipt whereof is hereby confessed and acknowledged, and the said part of the second part, forever released and discharged therefrom, have granted, bargained, sold, remised, released, conveyed, aliened, and confirmed, and by these presents does grant, bargain, sell, remise, release, convey, alien and confirm unto the said parties of the second part, and to their heirs, assigns or successors, forever, all the following described lot or parcel of land and real estate, situate, lying and being in the County of Rio Arriba State of New Mexico, to-wit:

The E½ of the E½ of the S W. ¼ of Sec 24 Twp 27 North Range 4 East of the NewMexico Meridian Containing 40 acres according to the Government Survey Thereof.

With all rights of water belonging to said land also with all right of way of roads entering said land.

Eufinio's show

---

Together with all and singular the hereditaments, lands, tenements and appurtenances thereunto belonging or in any wise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim or demand whatsoever, of said parties of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances:

TO HAVE AND TO HOLD, the said premises above bargained and described, with the appurtenances unto the said parties of the second part their heirs, successors or assigns forever.

And the said parties of the first part, for their heirs, executors, administrators, successors or assigns, doth covenant, grant, bargain and agree to and with the parties of the second part, their heirs, executors, administrators, successors or assigns, that at the time of the ensealing and delivery of these presents they are well seized of the premises above conveyed as of a good, sure, perfect and indefeasible estate of inheritance in law in fee simple and have good right, full power, and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances, of what kind or nature soever; and the above bargained premises, in the quiet and peaceful possession of the parties of the second part, their heirs, successors and assigns, against all and every other person and persons lawfully claiming or to claim the whole or any part thereof, the said parties of the first part shall and will warrant and forever defend.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered in presence of
Witness to he mark & signature
Jno. D. Skelly

Effa Skelly

Canuto Valdez her (L. S.)
Carmelita X Valdez (L. S.)
           mark
_____ (L. S.)
_____ (L. S.)

---

STATE OF NEW MEXICO, } ss.
County of Rio Arriba

On this 12th day of Oct. 19 44, before me personally appeared Canuto Valdez & Carmelita Valdez husband and wife to me known to be the persons described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

(Seal) (Affixed)

Gregorio C. Martinez
Notary Public

My Commission expires June 6th 1946.