At [Illegible] O'clock a.m.
    JUNE 27 1949
Recorded June 27 A.D. 1947
in Vol. 39 Page 92
[Signature] Cruz Trujillo
Count Clerk and Recorder
By: [Illegible signature]

## DEED OF RENUNCIATION

THIS DEED, agreed to on 3 June 1926 by and between Canuto Valdez, Patricio Chacón, heirs of Rayitos V. Chacón, deceased, and Eufemia V. Benavídez, of the county of Rio Arriba and the State of New Mexico, party of the first part, and Josefa V. García, of the county of Rio Arriba and State of New Mexico, party of the second part:

HEREBY ATTEST: That said parties of the first part for and in compensation of one dollar ($1.00) and other considerations of value, dollars, in hand paid by said party of the second part, the receipt whereof is hereby acknowledged, convey, cede and renounce in favor of said party of the second part and his grantees and heirs forever the following real property which is located in the county of Rio Arriba, in the state of New Mexico, and whose boundaries and descriptions are to wit:

> A certain piece or parcel of the land consisting of more or less forty acres located in Cebolla and with the following boundaries:

> Borders on the North with the land of Manuel García; on the South with the land of Pedro Y. Martinez. On the East with the land of Eufemia V. Benavídez and on the West with the land of Canuto Valdez.

> The purpose of this Document is to convey the rights that we hold in the above-described property as heirs of Gabriel Valdez and Benita L. Valdez, now deceased.

> I, Josefa V. García, sell to Luis Quintana the above-mentioned land for the amount of $350.00,

for which I give and convey and sell all rights to him and his family as heirs to said land and to so attest, I sign with my name.

/s/ Josefa V. García

Together with all and singular tenements, hereditaments, and rights pertaining to the same, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

TO HAVE AND TO HOLD, all and each one of said premises, together with the appurtenances, in favor of said party of the second part and their heirs and grantees forever.

IN WITNESS WHEREOF, said parties of the first part have signed and sealed on this day, the dated stated above.

| | |
|---|---|
| Witnesses to mark of Eufemia V. Benavídez: | Canuto Valdez (Seal) |
| Ubaldo Sánchez | Patricio Chacón (Seal) |
| Helen García. | |
| | Eufemia V. Benavídez |

| | | |
|---|---|---|
| STATE OF NEW MEXICO | : | |
| COUNTY OF RIO ARRIBA | : | ss |

On this day the 23rd of June, A.D. 1926, before me personally appeared Canuto Valdez and Patricio Chacón, heirs of Rayitos V. Chacón, personally known to me and known by me to be the same persons described in the preceding document, and who executed the same, having acknowledged and declared the signing as their free act and deed.

IN WITNESS WHEREOF, I have signed my name and affixed my seal on the date and year stated herein.

                                            Juan Vialpando
                                            Justice of the Peace, [Illegible]. No. 17

[Original in English]

| | | |
|---|---|---|
| STATE OF COLORADO | : | |
| COUNTY OF ALAMOSA | : | ss |

I Walter G. Moffat, a Notary Public, do hereby certify that Eufemia V. Benavídez personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me on this day in person, and acknowledged that she signed, sealed or delivered the said instrument as her free and voluntary act, for the uses and purposes […]

---

**TRANSLATOR'S CERTIFICATION**

I hereby attest that I am a Spanish > English translator certified by the American Translators Association (ATA). I further attest that I have personally translated from Spanish to English this document, consisting of a Deed of Renunciation dated 3 June 1926 from Rio Arriba county, New Mexico, and that the preceding pages are a true and accurate translation of the original document, done to the best of my knowledge and ability.

Signed in Albuquerque, New Mexico, on 13 July 2015.

Ruth A. Warner
PO Box 25323
Albuquerque., NM 87125
ruthalicia.warner@gmail.com
303-669-5758