(Book 21)  554

# DOCUMENTO GARANTIZADO

The Dorsey Company, Stationers, Santa Fe, N. M.—C13510

DE

Canuto Valdez and wife

A

Gabriel Valdez

ESTADO DE NUEVO MEXICO } ss.
Condado de Rio Arriba

protocolada en mi oficina para registro, hoy __23rd__ de __July__ A. D., 19__45__, a las __10__ A. M., y el mismo fue fielmente registrado en el 21, Registro de Escrituras de dicho Condado de Rio Arriba en paginas __554__ En fe de lo cual pongo mi mano y sello hoy dia __23rd__ de __July__ A. D., 1945,

Cruz Trujillo
Secretario de Condado.
Por _____

ESTA ESCRITURA, Hecha y convenida hoy dia 20 de Noviembre A. D. mil novecientos y Cuarenta y cuatro por y entre Canuto Valdez y Carmelita M. Valdez, de Cebolla Estado de Nuevo Mexico, part e de la primera parte, y Gabriel Valdez del condado de Rio Arriba Estado de Nuevo Mexico, parte _____ de la segunda parte:

DA FE, Que la _____ dicha _____ parte _____ de la primera parte, por y en consideracion de la suma de $1.00 y otras consideraciones de valor dinero legal de los Estado Unidos, a el los en mano pagado por la _____ dicha _____ parte _____ de la segunda parte, el recibo de la cual es por esta acusado, la _____ dicha _____ parte _____ de la primera parte ha n _____ concedido, contratado vendido, traspasado, y confirmado, y por estas presentes concede n _____, contrata n _____, vende n _____, traspasa n _____ o confirma n a la s dicha s parte s _____ de la segunda parte y a sus herederos, asignados o sucesores, para siempre, todo _____ solar _____ o trecho _____ de terreno o propiedad raiz, descrito a continuacion, situado en, dentro y estando en el Condado de Rio Arriba _____ y Estado de Nuevo Mexico, a saber:

Un pedazo de terreno el cual esta en Cebolla, New Mexico y en el Cabildo No. 27 Sec. 24 N. R. 4 E. conteniendo (40) cuarenta acres de terreno los cuales, para mejor discripcion sus conlindantes son como sigue. Por el Norte, Luis Quintana, por el Sur, Patricio Chacon, por el Oriente Canuto Valdez, y por Poniente, Patricio Chacon.

La dicha parte de la primera parte le da todo derecho de entradas y salidas, y el derecho de regadillo, tambien todos lenaderos y cualquiera otro mineral que ubiere en el lugar.

Tambien la parte de la primera parte, traspasa el cerco y sus alambres, y todas las fincas que estan dentro de la misma propiedad.

juntamente con todo y singular tenencies y herencias y pertenencias a la mismas correspondiente y tembien el estado, derecho, titulo e interes, cualquiera que sea tanto en la ley como en la equidad de la s _____ dicha s _____ parte s _____ de la primera parte de y en la misma en toda parte y porcion de la misma, con sus pertenencias.

PARA TENER Y POSEER, las dichas premisas, arriba concedidas y descritas, con las pertenencias, a la _____ dicha _____ parte _____ de la segunda parte, sus herederos, sucesores o asignados, para siempre.

Y la s dicha s parte s de la primera parte, por sus herederos, ejecutores, administradores, sucesores o asignados, conviene _____, concede n _____, vende n _____, y convienen _____ en y con la _____ parte _____ de la segunda parte, sus herederos, ejecutores, administradores, sucesores o asignados, que, a la hora de entregarse y sellarse estas presentes, el los estaba n _____ en pleno derecho de las premisas arriba concedidas, como estado de herencia legal y que tienen _____ buen derecho pleno poder y autoridad legal para conceder, tratar, vender y entregar la misma en la forma y manera ye dicha y que las mismas estan libres y limpias de todas otras concesiones, tratos, ventas, entriegas, hipotecas, asesamientos, impuestos y obligaciones anteriores, de clase o forma cualquiera; y que la s _____ dicha s _____ parte s _____ de la primera parte, garantiza n _____ y defendera n _____ para siempre, la quietud del titulo de las premisas arriba con cedidas a la _____ parte _____ de la segunda parte, sus herederos, sucesores o asignados, encontra de todas o cualquier persona o personas que legalmente reclamen o hagan reclamo de toda o cualquier parte de ello.

EN TESTIMONIO de lo cual, la s _____ parte s _____ de la primera parte _____ ha n _____ puesto a esto, su s _____ mano s _____ y sello _____ el dia y ann primeramente arriba escritos.

Firmado, Sellado y Entregado en la Presencia de

_____

_____

Canuto Valdez ..........................(Sello)

Carmelita ( her X mark) M. Valdez ..........................(Sello)

..........................(Sello)

ESTADO DE NUEVO MEXICO } ss.
Condado de Rio Arriba

Este dia __4th__ de __Enero__ 19_45_, compareci eron personalmente ante mi Canuto Valdez y Carmelita M. Valdez

conocidas _____ por mi ser la s _____ persona s _____ designada s _____ en, y ejecut aron _____ el antecedente documento y reconocieron _____ que habian _____ ejecutado el mismo como su acto libre y voluntario.

En fe de lo cual he puesto aqui mi nombre y estampado mi sello oficial el dia y ano arriba escritos en este certificado.

(Sello) (Notary's Seal Affixed)

Gregorio C. Martinez

Com. Exp. 6--6--1946