Book 21            554

GUARANTEED DOCUMENT

<div style="float:left">
The Dorsey Company, Stationers, Santa Fe, NM – C13510
BY
Canuto Valdez and wife
TO
Gabriel Valdez

STATE OF NEW MEXICO   :
County of Rio Arriba         : ss
Filed for record in my office, today the 23rd of July, A.D., 1945, at 10 A.M. and the same was duly recorded in Book 21, Record of Deeds of said County of Rio Arriba on pages 554. In witness whereof I affix my signature and seal today the 23rd of July A.D. 1945.
                    Cruz Trujillo
                    County Clerk
By [Illegible signature] Vargas
</div>

   THIS DEED, written and agreed upon today the 20th of November A.D. nineteen hundred and forty-four by and between Canuto Valdez and Carmelita M. Valdez, of Cebolla, State of New Mexico, party of the first part and Gabriel Valdez of the county of Rio Arriba, State of New Mexico, party of the second part:
   HEREBY ATTEST that said party of the first part by and in consideration of the sum of $1.00 and other considerations of value legal tender of the United States, to them in hand paid by said party of the second part, the receipt whereof is hereby acknowledged, said party of the first part have granted, bargained, sold, conveyed and confirmed, and by means of the present does grant, bargain, sell, convey and confirm to said parties of the second part and their heirs, assigns or successors, forever, all plot or parcel of land or real property, described below, located in and within and being in the County of Rio Arriba, and the State of New Mexico, to wit:

A piece of land that is located in Cebolla, New Mexico, in Township No. 27, Section 24 N. R. 4 E. containing (40) forty acres of land which, for a better description, has the following contiguous landholders: On the North Luis Quintana, on the South Patricio Chacón, on the East Canuto Valdez and on the West Patricio Chacón.

Said party of the first part gives all rights to entrances and exits, the right of irrigation, also rights to all timber and any other minerals found on the place.

Also the party of the first part conveys the fence and its wires, and all structures that are within this same property.

Together with all and singular tenements, hereditaments and appurtenances pertaining to the same and also the state, right, title and interest, whatever they may be in accordance to law as the equity of the said parties of the first part and in the same in all part and portion of the same, with its appurtenances.
       TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances unto the said parties of the second part their heirs, successors or assigns forever.
       And said parties of the first part, for their heirs, executors, administrators, successors or assigns, accord, sell and agree upon and with the party of the second part, their heirs, executors, administrators, successors or assigns that, at the time of the ensealing and delivery of these presents they were well seized of the premises above conveyed as good and indefeasible estate of inheritance in law and have good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and encumbrances of any kind; and that said parties of the first part guarantee and will forever defend the quiet possession of the parties of the second part, their heirs, successors and assigns, against al land every other person and persons lawfully claiming or to claim the whole or any part thereof.
        IN WITNESS WHEREOF, the parties of the first part have affixed to this document their signatures and seals on the day and year noted above.
       Signed, sealed and delivered in the presence of

                                              Canuto Valdez                              (Seal)

                                              Carmelita (her X mark) M. Valdez           (Seal)

STATE OF NEW MEXICO      }
County of Rio Arriba         } ss

On this day the <u>4th</u> of January <u>1945</u>, before me personally appeared <u>Canuto Valdez and Carmelita M. Valdez</u>, known by me to be the persons indicated in and who executed the preceding document and acknowledged having executed the same of their free and voluntary will.

    In witness whereof, I have affixed my name and official seal on the day and year stated above on this certificate.

(Seal) (Notary's Seal Affixed)                              Gregorio C. Martinez
Com. Exp. 6/6/1946

---

### TRANSLATOR'S CERTIFICATION

    I hereby attest that I am a Spanish > English translator certified by the American Translators Association (ATA). I further attest that I have personally translated from Spanish to English this document, consisting of a 1944 Guaranteed Document from Book 21: 554, from Rio Arriba county, New Mexico, and that the preceding pages are a true and accurate translation of the original document, done to the best of my knowledge and ability.

Signed in Albuquerque, New Mexico, on 13 July 2015.

*[signature]*

Ruth A. Warner
PO Box 25323
Albuquerque., NM 87125
ruthalicia.warner@gmail.com
303-669-5758