WARRANTY DEED

The Dorsey Company, Stationers, Santa Fe, No. M-1917

Camuto Valdez

TO

Gabriel Valdez

State of New Mexico, } ss.
County of Rio Arriba

I hereby certify that this instrument was filed

for record on the _____4th_____ day

of _____December_____ A.D. 1950

at ___10___ o'clock ___A.___ M., and duly recorded in

Book 41, Page ___131___ of Records of Deeds of

said county.

_____Cruz Trujillo_____ County Clerk.

_____ Deputy.

Fees, $ _____

THIS INDENTURE, Made the __19th__ day of __February__
in the year of our Lord One Thousand, Nine Hundred and __Forty-nine (1949)__
between __Canuto Valdez__

of    Cebolla, County of Rio Arriba, New Mexico    part Y

of the first part, and    Gabriel Valdez

of Cebolla, County of Rio Arriba, New Mexico

part Y    of the second part,

WITNESSETH, That the said part Y of the first part, for and in
consideration of the sum of _____

One Dollar and other considerations,    Dollars

Lawful Money    of the United States of America, to __him__    in hand
paid by the said part Y of the second part, the receipt whereof is hereby confessed
and acknowledged, and the said part Y of the second part, forever released and
discharged therefrom, ha s granted, bargained, sold, remised, released, con-
veyed, aliened, and confirmed, and by these presents do _____ grant, bargain sell,
remise, release, convey, alien and confirm unto the said part Y of the second
part, and to __his__ heirs, assigns or successors, forever, all the following
described lot ___ or parcel ___ of land and real estate, situate, lying and being
in the County of Rio Arriba    State of New Mexico, to-wit:

South half of the Southeast Quarter of Section Twenty-four in Township Twenty

seven North of Range four East and the Southeast Quarter of the Southwest Quarter and

the Lot numbered four of Section nineteen in Township twenty-seven North of Range five

East of New Mexico Meridian in New Mexico, containing one hundred and fifty seven acres

and four hundredths of an acre.

Including all improvements therein situated, such as fence, and others.

TO HAVE AND TO HOLD, the said premises above bargained and described, with the appurtenances unto the said part Y of the second part

IN WITNESS WHEREOF, The said part Y of the first part ha s hereunto set __his__ hand ___ and seal ___ the day and year first above written.

Signed, sealed and delivered in presence of

Jose E. Ulibarri

Patricio Chacon

Canuto Valdez    (L.S)
Carmelita M. de Valdez    (L.S.)
_____ (L.S.)
_____ (L.S.)

STATE OF NEW MEXICO, } ss.
County of Rio Arriba

On this __19th__ day of __February__ 19 49, before me personally appeared _____ Canuto Valdez

to me known to be the person ___ described in and who executed the foregoing instrument,

and acknowledged that ___ he ___ executed the same as __his__ free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

(Affixed)

Nid. 1'4226

G. De Vargas

Notary Public

March 24, 1950

STATE OF NEW MEXICO } ss.
COUNTY OF RIO ARRIBA

On this 4th day of December, 1950, before me personally appeared Carmelita M. de
Valdez, wife of Canuto Valdez, to me known to be the person described in and who