FILED
MAR 9 1926
OFFICE STATE ENGINEER,
SANTA FE, N. M.

277921

No. 0492

Original

DECLARATION OF OWNER OF WATER RIGHT  (Form to be executed in duplicate)

I, Canuto Valdez, a resident of Cebolla, in the County of Rio Arriba, State of New Mexico, being first duly sworn upon my oath, state and declare that I am the owner in fee simple of the following described tract of land, situated, lying and being in the County of R. A. State of New Mexico, to wit:

S½ SE¼ Sec. 24, TWP. 27 N.R. 4 E N.M.P.M.

SE¼ SW¼, and Lot No. 4 Sec. 19 TWP. 27 N.R. 5 E.N.M.PM.

Containing 157 and 4/100 acres.

and the owner of a water right appurtenant thereto as follows:

(Here state amount of water in acre feet, inches, miners measure, or length of and frequency of irrigation, if not used) and embraced within the limits of the hereafter named irrigation system. That part of the Cebolla Stream known as That RITO "EL RILLITO DEL MEDIO" which has its source in the Carson National Forest, and which waters do not exceed one acre foot.

the then owner and occupant of the hereinbefore described land and predecessor in title of this declarant, with other owners and occupants of lands similarly situated, according to mutual agreement and mutual concessions and by their joint efforts and joint capital, organized what was then, ever since has been, and is now known as the _____ Community Ditch Irrigation System, and at said time diverted and caused to be diverted from the (See above)

Rillito Del Medio, Cebolla Stream
(Here give name of stream or lake)

waters to irrigate about Three Acres
(Here state number of acres of land irrigated under the system)

acres of land, which diversion was at a point Twp. 27 N. R. 5 E. N.M.P.M.
(Here state exact point of diversion)

on said ___land___, and was, by means of a ditch **one** feet wide ___1/2___ feet deep and ___1/2 mile___ long, the capacity, grade, course and terminus of which are as shown by the survey plat hereto attached and made a part hereof. And thereupon and thereafter, by means of headgates and other works by such predecessors in title and other owners of lands similarly situated within the limits of said community system, continuously maintained and operated said system, and then and thereafter continuously appropriated the water so diverted to beneficial uses, and caused the same to flow and otherwise be conducted to and upon the aforesaid lands of this declarant, and that this declarant, and

_____

_____

_____

(Name of all owners in declarant's chain of title at and from date of organization of the community)

as his predecessors in title to the lands hereinbefore specifically described have continuously, uninterrupted, openly, notoriously, peaceably and adversely diverted and appropriated to beneficial uses the amount of water hereinbefore specified and have caused the same to flow and be otherwise conducted as aforesaid to and upon the hereinbefore described lands of this declarant from 1**905** to the date of this declaration, and this declarant hereby gives notice of his ownership of said water right as appurtenant to the ownership of said lands.

1897

Declarant _Camuto Valdez_

Subscribed and sworn to before me this __5__ day of __March__ 1926

Notary Public _____

Affidavit of Ditch Commissioners

State of New Mexico) ss
County of          )
   We,_____ and
_____ being the duly elected and qualified and acting commissioners of the _____ Community Ditch, being first duly sworn on our respective oaths state and declare that we have read and examined the foregoing declaration of owner of a water right, and survey plat thereto attached, and that upon our personal knowledge, and reliable information we believe that statements and representations therein and thereon made are true.

_____

_____

Subscribed and sworn to before me          _____
this_____day of_____

                         Notary Public_____
My commission expires_____

No. 0441

**FILED**

MAR 9 1926

OFFICE STATE ENGINEER
SANTA FE, N. M.

AFFIDAVIT OF WITNESSES.
STATE OF NEW MEXICO, COUNTY OF RIO ARRIBA.
MARCH 4, 1926.

We, Jose D Chacon, and Epimenio Chacon, and Jese Trujillo each and every one do solemnly swear that we have known Canuto Valdez, for the last 30 years, and that we are well acquainted with him and his land; that we also are well acquainted with the water referred to in Declarants claim, and that we of our own and proper knowlege do know that the said Canuto Valdez has been continuously using the waters of the rivulet known in this community as the " RILLITO DEL MEDIO'' for the past 20 years.

We further declare that we are all residents of Cebolla, NEW MEXICO.

*Jose D Chacon*
*Epimenio Chacon*
*Jose Trujillo*
WITNESSES.

Sworn to and subscribed before me this 5 day of Mar 1926

Notary Public _____

My commision expires _____ Probate Clerk.