0636

## STATEMENT OF OLD WATER RIGHTS

FILED
JUN 27 1932

STATE OF NEW MEXICO )
)
COUNTY OF RIO ARRIBA )

TRN 282384

On this 27th day of June, 1932, come the following named persons, Juan Maes, Miguel Maes, Filomena Maes, Manuel Sanchez, Samuel Sanchez, Jose Antonio Sanchez, Medardo Sanchez, Antonio J. Valdez, Matias Sanchez, Vicente F. Valdez, Frank Garcia, Canuto Valdez, Luis Quintana, Epimenio Chacon, Patricio Chacon and T.D. Burns, and allege the following facts:

That said persons are owners by appropriation and beneficial use of the water of Tanque Creek in Rio Arriba County, New Mexico.

That said water is diverted from said Creek by use of an Acequia named Pinavetal, which acequia is approximately eighteen inches wide and six inches deep, and from its intake to its outlet measures approximately four miles.

That the water from said Tanque Creek is diverted into said acequia and any excess is let back into said Tanque Creek through said acequia.

That said named persons are the owners of lands in said community on which they reside, in the amount of 2240 acres.

That the water from said Tanque Creek which is so used by said named parties is of such small amount that a very small part thereof is used for irrigation, the remainder being used for domestic purposes and for the watering of the stock which said parties retain and hold on said land.

That said named persons and their predecessors have been using said water so claimed to be for beneficial use, either for irrigation, domestic, stock or other

legitimate purposes for forty-two years.

That the land irrigated from said water never consists of more than twenty acres.

That the land of the above named parties lying nearest the beginning of said acequia and being the first land through which said acequia runs is owned by the above named Juan Maes, and is described as follows, to-wit:

$S\frac{1}{2}$ of the $NE\frac{1}{4}$ and the $N\frac{1}{2}$ of the $SE\frac{1}{4}$ of Section 18 in Township 27 North of Range 5 East of New Mexico Meridian, Rio Arriba County, New Mexico.

STATE OF NEW MEXICO )
: ss:
COUNTY OF SANTA FE. )

JUAN MAES, being duly sworn and on oath says that he is the duly authorized agent and representative of the above named parties in making this affidavit; that he has read the above and foregoing statement of old water rights, knows the contents thereof, and that the same is true.

21st day of June, 1932.    SUBSCRIBED and sworn to before me this

*Juan Maes*

*Gaby Bluien*
Notary Public

My commission expires,

Jan 6, 1935