FILED

MAR 1 1949

OFFICE STATE ENGINEER
SANTA FE, N. M.

## DECLARATION OF OWNERSHIP OF WATER RIGHT
### PERFECTED PRIOR TO MARCH 19, 1907

TRN

(FORM TO BE EXECUTED IN DUPLICATE ACCOMPANIED BY FILING MAP.)
(A FEE OF $1.00 SHALL ACCOMPANY THIS FILING)

(Amended)

Date of receipt .................................................... Declaration No..............................

I, WE, ......Medardo Sanchez, Chairman of the Commission of the Acequia Del Pinavetal........................

a resident of ......Cebolla........, County of ......Rio Arriba......

State of ......New Mexico......, being first duly sworn, upon my oath / our respective oaths,

declare that I am the ...................... owner / owners of a right to make beneficial use of water from
(Sole or Partial)

......Rito del Tanque......, a tributary of ......Rio Cebolla and Chama......,

on certain lands in the County of ......Rio Arriba......, State of New Mexico, lying under the

......Acequia Del Pinavetal...................... and make these several statements relative thereto:
(Name of Canal, Community Ditch, Flood-Water Ditch, etc.)

1. The ...................... was initiated by ......survey before 1930
   (Name of Ditch or Irrigation System)   (By Survey, by Filing, by Starting Construction)

on or about ......................, and work thereon was diligently prosecuted and carried to
   (Year and Month, if Possible)

completion and water was applied to beneficial use on approx. 153 acres of land described hereinafter.

  1. a. If the system was subsequently extended, fill in following:

     The ......Acequia Del Pinavetal...................... was extended or enlarged on or
     (Name of Ditch or Irrigation System)

     about ...................... and water was applied to beneficial use on an additional
     (Year and Month, if Possible)

     ...................... acres of land described hereinafter.

     (If system was extended or enlarged more than once repeat this paragraph properly filled in and attach hereto.)

2. The filing map which accompanies this declaration shows the point of diversion, the location and hydraulic properties of the main canal, or canals, storage works, etc., and shows all irrigated lands and their respective ownerships. As shown on the map, the main canal is ...................... feet wide, has a depth of ...................... feet of water when running at maximum safe capacity, side of slopes of ...................... horizontal to ...................... vertical, a fall of ...................... feet per 1000 feet, and carries a maximum of ...................... second feet of water to the irrigated lands. The storage reservoir (if any) holds a maximum of ...................... acre feet of water and is filled, on an average, ...................... times per year. The grade is steep and the ditch is large enough to irrigate the above acres.

3. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE. | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| That the names of the present owners of the lands, and consequently of the water rights, are as follows: Medardo Sanchez, Gabriel Valdez, Jose I. Maez, Manuel Sanchez, Samuel Sanchez, Jose I. Sanchez, Pablo Sena, Patricio Chacon, Luis Quintana and Roman Martinez, all of Cebolla, Rio Arriba County, New Mexico. | | | | | | |

(OVER)

| SUBDIVISION | SEC. | TWP. | RGE. | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

4. The quantity of water applied to beneficial use on the lands equals ....3.... acre feet per irrigated acre. The irrigation season is from ...May 15,... to ...Sept. 15,... of each year.

Water is / is not used for stock and domestic purposes ...All year round...
(Give Period of Use, If Any)

I/We hereby declare that to the best of my/our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly, openly, notoriously and peaceably applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I/We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants............Acequia Del Pinavetal............

*Medardo Sanchez*
Title+ ........Chairman of the Commissioners........

Title+ ........................................................

Title+ ........................................................

Title+ ........................................................

Title+ ........................................................

+Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this........28th....day of........February......., 19..49...

*Stella E Blanchard*
Notary Public

My commission expires Jan. 28, 1951.

FILED
MAR 1 1949
OFFICE STATE ENGINEER
SANTA FE, N.M.

Santa Fe, New Mexico,
February 28, 1949.

Hon. John H. Bliss,
Sate Engineer,
Santa Fe, New Mexico.

Re: Declaration 0636
and Application 1861.
ACEQUIA DEL PINAVETAL.

Dear Sir:

Now comes THE ACEQUIA DEL PINAVETAL, by Medardo Sanchez, the Chairman of the Commissioners of the said Acequia and makes the following representations.

1. That we have heretofore made a registration of our rights. In compliance with the regulations of your office, we had a survey made, together with a map and statement. The said map having been filed in your office under the above recorded number.
2. That we had paid for the survey and map; and that it now appears not to be accureate in some particulars.
3. That the lands are there, just as they wereat the time the said map was made; and that they had been occupied and irrigated many years before that date.
4. That the Rito del Tanque, from which our ditch receives its supply of water, flows southwesterly and finally joins with the Rito Cienega Redondo; and from their confluence westerly the two streams are commonly known as the Rio Cebolla.
5. That there are approximately One Hundred Fifty Three acres of land which have been irrigated from the said Rito del Tanque
6. That the ownership of the lands under the said Acequia has changed; but that the waters are being used upon the same lands as they have been for a great many years.
7. That the names of the present owners of the lands,- and consequently of the water rights,- are as follows; Medardo Sanchez, Gabriel Valdez, Jose I. Maez, Manuel Sanchez, Samuel Sanchez, Jose I. Sanchez, Pablo Sena, Patricio Chacon, Luis Quintana and Raman Martinez,- all of Cebolla, Rio Arriba County, New Mexico.
8. That we are now informed that our map is not in accordance with your regulations,- as we had supossed it to be.
9. Therefore, before any division or adjudication of the waters of the Rio Cebolla is made, we respectfully request that we be given an opportunity to employ a competent engineer in order to have a survey made together with a map for recording in your office; so that you may have the full facts before you.
10. That Medardo Sanchez was authorized to make these representations to your office; and we respectfully ask that they be given due considerations.

Yours very reppectfully,

*Medardo Sanchez*
Medardo Sanchez, Cebolla, New Mexico.

Subscribed and sworn to before me this _28th_ day of _February_, 1949.

*Stella E. Blanchard*
Notary Public

My commission expires _Jan. 28, 1951._