

Map of the Rito del Tanque–Rito de la Piedra Ditch System, Commission of the Acequia Pinavetal et al—Claimants, located in Rio Arriba County, State of New Mexico. Scale 1 in = 500 ft.