54:53

Mrs. Luis Quintana
TO
Gabriel Valdez

STATE OF NEW MEXICO,
County of Rio Arriba

I hereby certify that this instrument was filed for record on the 22nd day of June, A. D. 1956 at 9 o'clock A. M., and was duly recorded in Book 54 of Records of Deeds and Conveyances, page 53, on this 22nd day of June, A. D. 1956

Cruz Trujillo
Clerk and Ex-Officio Recorder.

By Mrs. F.L.M.
Deputy.

, A. D. mil novecientos 1956, partes de la primera Luis Quintana esposa de Cebolla, del condado de parte N.M. y Estado de Nuevo Mexico, parte de la primera parte, y Gabriel Valdez

de Cebolla, N.M.

del Condado de Rio Arriba y Estado de Nuevo Mexico, parte de la segunda parte:

Da Fe: Que la dicha parte de la primera parte por y en consideracion de la suma de - - - Un peso, $1.00 - - -
Un peso - - - PESOS dinero legal de los Estados Unidos de America a ellos en mano pagado por la dicha parte de la segunda parte, el recibo de lo cual es por esta acusado, la dicha parte de la primera parte ha concedido, contratado, vendido, traspasado y confirmado, y por estas presentes concede, contrata, venda, traspasa, y confirma a la dicha parte de la segunda parte, y sus herederos y asignados para siempre todo el siguiente descripto pedazo o porcion de tierra, situado y estando en Cebolla, N.M.
en el condado de RioArriba y Estado de Nuevo Mexico, a saber:

80 acres de terreno situados en el arriba condado y condado y estado de N. M. sus linderos son como siguen, por el norte Pablo Sena, poniente, Grabiel Valdez por el Oriente, Luis Quintana y Patricio Chacon, Por el Sur Patrisio Chacon, Dichos 80 acres estan situados dentro de el patente de GRABIEL ANTONIO VALDEZ, Finado, con entradas y salidas libres y derecho de regadillo, para mejor entendido, un derecho de agua de la asequia asi llamada como la sequia de el pinabetal, y otro derecho de agua de la asequia asi llamada como la asequia de el Rito de el Medio.

Juntamente con todo singular tenencias, herencias, y pertenencias, a la misma correspondientes y tambien el estado, derecho, titulo e interes cualquier que sea tanto en la ley como en equidad de la dicha parte de la primera parte, de, en y a la misma y toda parte y porcion de la misma con sus pertenencias. A tener y poseer las premisas arriba concedidas, contratadas, vendidas y descriptas como sus pertenencias a dich y a sus herederos y asignados para siempre; la dicha parte de la primera parte, por si mismo, sus herederos, ejecutores y administradores, garantiza y conviene en y con la dicha parte de la segunda parte, sus herederos y asignados, que el la dicha parte, de la primera parte, sus herederos y todos o cada persona o personas quienquiera que sean, legal a equitativamente derivando cualquiera, estado, derecho, titulo o interes de, en o las premisas en estas antes concedidas por o bajo fideicomiso por el o cualquiera de el para en cualquier tiempo o tiempos en adelante sobre la razonable suplica y al propio, costo y cargo en la ley de la dicha parte de la segunda parte, sus herederos y asignados, hara y ejecutara todos y tales otros, actos razonables y legales traspasos y seguridades en la ley para mejor y mas efectivamente apoderar y confirmar las premisas por estas concedidas y intentados de concederse, en y a la dicha parte de la segunda parte, sus herederos y asignados para siempre o su solicitor instruido en la ley sea razonablemente avisado o requerido y la dicha parte de la primera parte por si mismo sus herederos, ejecutores y administradores, por esta garantiza y conviene en y con la dicha parte de la segunda parte, sus herederos y asignados, que el la dicha parte de la primera parte y sus herederos, las arriba concedidas mencionadas y descriptas premisas con sus pertenencias a la dicha parte de la segunda parte, sus herederos y asignados, contra la dicha parte de la primera parte y sus herederos y contra todas y cualquiera otra persona o personas quienquiera que sean, legalmente reclamando o para reclamar las mismas; por estas presentes garantizara y defend para siempre.

EN TESTIMONIO DE LO CUAL, la dicha parte de la primera parte ha puesto a esta su mano y sello el dia y ano primeramente arriba escritos.

FIRMADO, SELLADO Y ENTREGADO EN PRESENCIA DE:

Luis Quintana X su marca (SELLO)
Mrs. Luis Quintana (SELLO)
_____ (SELLO)
_____ (SELLO)

ESTADO DE NUEVO MEXICO,
Condado de Rio Arriba } ss.  Este dia 16 de Junio A. D. 19 56,
compareci personalmente ante mi Grabiel Valdez y Su Esposa Mrs. Grabiel Valdez

conocid por mi de ser la persona designado en, y que ejecut el antecedente documento, y reconoci que habia ejecutado el mismo como su acto libre y voluntario.

En fe de lo cual he puesto aqui mi nombre y estampado mi sello oficial el dia y ano arriba escrito en esto certificado.

G. C. Martinez

Mi comision expira Junio 6, 1958
(Seal Affixed)

Notario Publico.

Grabiel Valdez et al

TO

Luis Quintana

---

STATE OF NEW MEXICO,

County of Rio Arriba

I hereby certify that this instrument was filed for record on the 22nd. day of June, A. D. 19 56 at 9 o'clock A. M., and was duly recorded in Book 54 of Records of Deeds and Conveyances, page 54, on this 22nd day of June, A. D. 19 56

Cruz Trujillo
Clerk and Ex-Officio Recorder.

By Mrs. F.L.M.
Deputy.

---

de Junio, A. D. mil novecientos 56 por Grabiel Valdez y Mrs. Grabiel Valdez Valdez de Cebolla, N. M. del condado de y Estado de Nuevo Mexico, parte de la primera parte, y Luis Quintana Mrs Luis Quintana de Cebolla, N. M.

del Condado de Rio Arriba y Estado de Nuevo Mexico, parte de la segunda parte:

Da Fe: Que la dicha parte de la primera parte por y en consideracion de la suma de $1.00 PESOS dinero legal de los Estados Unidos de America en mano pagado por la dicha parte de la segunda parte, el recibo de lo cual es por esta acusado, la dicha parte de la primera parte, ha concedido, contratado, vendido, traspasado y confirmado, y por estas presentes concede, contrata, vende, traspasa, y confirma a la dicha parte de la segunda parte, y sus herederos y asignados para siempre todo el siguiente descripto pedazo o porcion de tierra, situado y estando en en el condado de y Estado de Nuevo Mexico, a saber:

77½ acres de terreno citaados en Cebolla, N. M. T. 27 y en patente No 2935 de Canutu Valdez Y asaber por el Norte con terreno de Pat Chacon, por el Oriente con terreno de Luis Quintana, por el Sur, Con terreno de Pat Chacon; Por el Poniente con Terreno de Grabiel Valdez, con entradas y salidas libres, y un derecho de agua de la sequia de el Rio de el medio.

Juntamente con todo singular tenencias, herencias, y pertenencias, a la misma correspondientes y tambien el estado, derecho, titulo e interes cualquier que sea tanto en la ley como en equidad de la dicha parte de la primera parte, de, en y a la misma y toda parte y porcion de la misma con sus pertenencias. A tener y poseer las premisas arriba concedidas, contratadas, vendidas y descriptas como sus pertenencias a dich y a sus herederos y asignados para siempre; la dicha parte de la primera parte, por si mismo, sus herederos, ejecutores y administradores, garantiza y conviene en y con la dicha parte de la segunda parte, sus herederos y asignados, que el la dicha parte, de la primera parte, sus herederos y todos o cada persona o personas quienquiera que sean, legal a equitativamente derivando cualquiera, estado, derecho, titulo o interes de, en o las premisas en estas antes concedidas por o bajo fideicomiso por el o cualquiera de el para en cualquier tiempo o tiempos en adelante sobre la razonable suplica y al propio, costo y cargo en la ley de la dicha parte de la segunda parte, sus herederos y asignados, hara y ejecutara todos y tales otros, actos razonables y legales traspasos y seguridades en la ley para mejor y mas efectivamente apoderar y confirmar las premisas por estas concedidas y intentados de concederse, en y a la dicha parte de la segunda parte, sus herederos y asignados para siempre o su solicitor instruido en la ley sea razonablemente avisado o requerido y la dicha parte de la primera parte por si mismo sus herederos, ejecutores y administradores, por esta garantiza y conviene en y con la dicha parte de la segunda parte, sus herederos y asignados, que el la dicha parte de la primera parte y sus herederos, las arriba concedidas mencionadas y descriptas premisas con sus pertenencias a la dicha parte de la segunda parte, sus herederos y asignados, contra la dicha parte de la primera parte y sus herederos y contra todas y cualquiera otra persona o personas quienquiera que sean, legalmente reclamando o para reclamar las mismas; por estas presentes garantizara y defend para siempre.

EN TESTIMONIO DE LO CUAL, la dicha parte de la primera parte ha puesto a esta su mano y sello el dia y ano primeramente arriba escritos.

FIRMADO, SELLADO Y ENTREGADO EN PRESENCIA DE:

Grabiel Valdez (SELLO)
Mrs. Grabiel Valdez (SELLO)
_____ (SELLO)
_____ (SELLO)

ESTADO DE NUEVO MEXICO,
Condado de Rio Arriba } ss.

Este dia 21 de Junio A. D. 19 56, compareci personalmente ante mi Grabiel Valdez Y Mrs. Grabiel Valdez conocid por mi de ser la persona designado en, y que ejecut el antecedente documento, y reconoci que habia ejecutado el mismo como su acto libre y voluntario.

En fe de lo cual he puesto aqui mi nombre y estampado mi sello oficial el dia y ano arriba escrito en este certificado.

Mi comision expira Junio 8, 1958

_____ Notario Publico.