Sp. Warranty Deed [Top portion cut off, illegible]
54:54

|  |  |
|---|---|
| Grabiel Valdez et-al<br>TO<br>Luis Quintana<br><br>STATE OF NEW MEXICO :<br>County of Rio Arriba   I hereby certify that this instrument was filed for record on the 22nd day of June, A.D., 1956, at 9 o'clock A.M. and that it was duly recorded in Book 54 of Records and Deeds and Conveyances, page 54, on this 22nd day of June A.D. 1956.<br>Cruz Trujillo<br>Clerk and Ex Officio Recorder<br>By [signature] Mrs. F.L.M<br>Deputy | by and between Grabiel Valdez and Mrs. Grabiel Valdez of Cebolla, N.M. in the county of _____ and State of New Mexico, party of the first part, and Luis Quintana Mrs. Luis Quintana of Cebolla, N.M.  County of Rio Arriba and State of New Mexico, party of the second part:<br>    HEREBY ATTEST, that said party of the first part by and in consideration of the sum of $1.00 dollar legal tender of the United States of America, to them in hand paid by said party of the second part, the receipt whereof is hereby acknowledged, said party of the first part has granted, contracted, sold, conveyed and confirmed, and by means of the present does grant, contract, sell, convey and confirm to said parties of the second part and their heirs and assigns, forever, all of the piece or parcel of land described below, situated and being in the County of _____, and the State of New Mexico, to wit: |

77 ½ acres of land located in Cebolla, N.M.T. 27 and in patent No. 2935 of Canuto Valdez and to wit by the North with the land of Pat Chacón, to the East with the land of Luis Quintana, to the South with the land of Pat Chacón; to the west with the land of Grabiel Valdez, with free entrances and exits, and a right to water from the Rio de el medio irrigation ditch.

Together with all and singular tenements, hereditaments and appurtenances  pertaining to the same and also the state, right, title and interest, whatever they may be in accordance to law as the equity of said party of the first part and in the same in all part and portion of the same, with its appurtenances. To have and to hold said above conveyed and described property, with the appurtenances of said party _____ their heirs, successors or assigns, forever; said parties of the first part, in their own right or through their heirs, executors, administrators, guarantee and agree to and with said party of the second part, their heirs and assigns, that said party of the first part, their heirs and all persons whoever they may be, legal to equally deriving any person, state, right, title or interest of or in the premises granted herein previously granted or under trust by the _____or any of the _____ so that at any time or times in the future based on a reasonable request of the same, at the expense and responsibility by law of said party of the second part, their heirs and assigns, shall_____ and execute_____ all  and other such, reasonable and legal acts, conveyances and assurances by law to better and more effectively empower and confirm the premises herein granted and attempted to be granted, in and to said party of the second part, their heirs or assigns forever or their solicitor duly instructed in the law reasonably forewarned or required, and said party of the first part on their own behalf, their heirs, executors or administrators, hereby guarantee and agree to and with said party of the second part and their heirs and assigns, that said party of the first part and its heirs, the above conveyed and described premises with appurtenances in favor of said party of the second part, their heirs and assigns, against said party of the first part and their heirs and against all and every person or persons, whoever they may be, who lay legal claim or attempt to claim the same; by means of this shall guarantee and defend forever.
        IN WITNESS WHEREOF, said parties of the first part have affixed to this document their signatures and seals on the day and year noted above.
        SIGNED, SEALED AND DELIVERED IN THE PRESENCE OF

                                                    Grabiel Valdez                                        (Seal)
                                                    Mrs. Grabiel Valdez                                 (Seal)

_____

STATE OF NEW MEXICO     }
County of <u>Rio Arriba</u>         } ss  On this day the <u>21</u>  of  <u>June</u>   A.D. 19<u>56</u> before me appeared personally <u>Grabiel Valdez and his wife Mrs. Grabiel Valdez,</u> known by me to be the persons indicated in and who executed the preceding document and acknowledged having executed the same of their free and voluntary will.

      In witness whereof, I have affixed here my name and official seal on the day and year stated above on this certificate.

                                                                                                        _____

My commission expires June 8, 1958 (seal affixed)          Notary Public

---

### TRANSLATOR'S CERTIFICATION

      I hereby attest that I am a Spanish > English translator certified by the American Translators Association (ATA). I further attest that I have personally translated from Spanish to English this document, consisting of a 1956 Warranty Deed from Rio Arriba county, New Mexico, and that the preceding pages are a true and accurate translation of the original document, done to the best of my knowledge and ability.

Signed in Albuquerque, New Mexico, on 13 July 2015.

*[signature]*

Ruth A. Warner
PO Box 25323
Albuquerque., NM 87125
ruthalicia.warner@gmail.com
303-669-5758