406

Warranty Deed 83 : 406

WARRANTY DEED-12

THIS INDENTURE, Made this 25th day of January in the year of our Lord One Thousand Nine Hundred and Sixty (1960) between Luis Quintana and Mrs. Luis Quintana of the first part and

Delfin Quintana and Frances S. Quintana of the second part,

WITNESSETH, That the said part of the first part, for and in consideration of the sum of

One Dollars lawful money of the United States, to in hand paid by the said part of the second part, the receipt whereof is hereby confessed and acknowledged, ha granted, bargained, sold, remised, conveyed, released and , and by these presents do grant, bargain, sell, remise, convey, release and confirm unto the said part of the second part, heirs and assigns forever all the following described lot or parcel of land and real estate, situate, lying and being in the County of and State of , to-wit:

Land consists of seventy-seven and fifty one-hundredths (77-1/2) 151.04 acres situated in Cebolla, New Mexico. *One Hundred and fifty four* T. 27 described in patent # 2935 of Canuto Valdez. Boundaries as follows: In the North, land of Pat Chacon, East - by Carson National Forest, South, land of Pat Chacon, West by lands of Gabriel Valdez, with all rights of water of El rrilito del meido and mineral rights, and the right to have open roads and gates.

TOGETHER WITH ALL AND SINGULAR the hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof and all the estate, right, title, interest, claim and demand whatsoever, of the part of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the said part of the second part, heirs and assigns forever. And the said part of the first part, for heirs, executors and administrators, do covenant and agree, to and with the said part of the second part, well seized of the premises above conveyed, of a good, sure, perfect, absolute and indefeasible estate of inheritance in law and in fee simple and ha good right, full power and lawful authority to grant, bargain, sell and convey

the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, sales, liens, taxes, assessments and incumbrances of what kind and nature soever, premises, in the quiet and peaceable possession of the part of the second part, against all and every person or persons lawfully claiming or to claim, the whole or any part of the first part shall and will Warrant and Forever defend.

IN WITNESS WHEREOF, the said part of the first part hereunto and seal the day and year first above written.

Signed, Sealed and Delivered in the Presence of

Luis Quintana and Mrs. Luis Quintana

STATE OF NEW MEXICO,
County of Rio Arriba } ss.

On this 25th day of January 19 60, before me personally known to be the person described in and who executed the foregoing instrument executed the same as their free act

commission expires

---

WARRANTY DEED

Luis Quintana
and
Mrs. Luis Quintana

TO

Delfin O. Quintana
and
Frances S. Quintana

# 33297

STATE OF NEW MEXICO,
County of Rio Arriba } ss.

304

I hereby certify that this instrument was filed for record on the 24 day of Feb A.D. 19 60 at 1 o'clock P.M., and was duly recorded in Book 62 of Records of Deeds and Conveyances, page 478

Book 83 page

State of
County of } ss.
On this day of
who being by me duly sworn, did say that he is