Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW MEXICO
2
3
   STATE OF NEW MEXICO ex rel.    )
4  State Engineer,                )
                                  )
5       Plaintiff,                )
                                  )
6  vs.                            )  69cv07941-BB
                                  )
7                                 )  RIO CHAMA STREAM SYSTEM
   ROMAN ARAGON, et al.,          )
8                                 )  Section 3, Rio Cebolla
        Defendants.               )
9  _____
10
11
12
                   DEPOSITION OF CHARLIE CHACON
13
                      1:00 p.m.
14                    December 17, 2009
                      New Mexico State Engineer's Office
15                    130 South Capitol Street
                      Santa Fe, New Mexico
16
17
18   PURSUANT TO THE RULES OF CIVIL PROCEDURE, THIS
     DEPOSITION WAS:
19
     TAKEN BY:       GABRIEL WADE, Attorney for the
20                   State Engineer's Office
21   REPORTED BY:    PEGGY A. SEDILLO, NM CCR NO. 88
22
23
24
25
```

PAUL BACA PROFESSIONAL COURT REPORTERS

e63da2b4-9cd2-4c40-ace0-1b2b09d5ab5b

Page 50

1  And to do away with this water here is -- I don't quite
2  agree with.
3  Q. Okay. But what you're saying is, that you know
4  that this area is a seeped area that's always wet?
5  A. Not always, because I don't know if you're
6  aware -- Have you seen a picture where they picked up this
7  hay?
8  Q. I've seen a picture, an old picture.
9  A. Yes, with a big load of hay.
10 Q. Right.
11 A. Did you notice how wide those tires -- those
12 wheels were on the wagon?
13 Q. I did not.
14 A. Okay. And if it's seepage and thick, you can
15 cut through. And let me clue you on some more in case --
16 On the other side, on Elmer's side, I've seen them cut
17 hay. There was a Mr. Sydney who was a cattle grower
18 there, and I saw him cut hay on the other side.
19     So this is very variable, it could change
20 overnight, and then, what, we're ruined. Elmer and myself
21 will be ruined because something happened -- It could
22 become also a development. Not my side, the upper side
23 could become a development.
24 Q. Right, I understand what you're saying.
25 A. Yeah. They have city water there. Very good

Page 51

1  well there that's providing that water for home sites.
2  Q. So just one last question regarding Exhibit Q --
3  or maybe two questions. You didn't actually write this
4  letter?
5  A. No.
6  Q. That would have been Gerald?
7  A. I don't remember rightly.
8  Q. Okay. Would you know why, then, in the text of
9  the letter the Alfalfita is referred to as a lateral of
10 the Old Valdez?
11 A. I don't know why it's -- that was a pretty -- a
12 word that probably was not quite understood. But if it's
13 a lateral, the other properties is -- I don't know what
14 the Alfalfita -- The Alfalfita was originally, the way I
15 saw it, was originally coming from the Valdez Ditch all
16 the way, and ended up in the Alfalfita as a benefit.
17 Q. And one more question regarding the Valdez
18 Ditch. Was it always called the Old Valdez Ditch, or was
19 it also called the Canuto Valdez Ditch?
20 A. It was called the Old Valdez Ditch.
21 Q. Okay. And what do you know -- where is the
22 Canuto Valdez Ditch?
23 A. The Canuto Valdez Ditch happens to be another
24 source of water -- was -- is the Rito Medio.
25 Q. So the Old Valdez Ditch and the Canuto Valdez

Page 52

1  Ditch are not the same?
2  A. No.
3  Q. So the Old Valdez, the way you understand it,
4  has always been the Old Valdez Ditch?
5  A. Yes, sir.
6  Q. It's included in what we also call the Alfalfita
7  Ditch?
8  A. Yes, sir.
9  Q. But it does not include the Canuto Valdez Ditch?
10 A. Right.
11 Q. Does the Canuto Valdez Ditch feed the Old Valdez
12 Ditch?
13 A. It probably -- it's quite an outstanding
14 drainage. It's kind of a draw that -- any runoff or
15 anybody that leaves water running up above will have to
16 come down in this draw and then end up in the Old Valdez
17 Ditch.
18 Q. Okay. You referred to in one of the affidavits
19 or one of the letters -- I think the letter you wrote, the
20 Hall mill?
21 A. Yes.
22 Q. And do you recall a saw mill, lumber mill, do
23 you recall seeing that lumber mill?
24 A. Yes, sir.
25 Q. It was still intact in your lifetime?

Page 53

1  A. I remember hearing the call for vapor with
2  power. That's why I'd like to ask -- Well, there's too
3  many things that -- in a wish book, but I know this is
4  more important, so we'll just go ahead and...
5  Q. Okay. Do you recall that mill?
6  A. Yes, sir.
7  Q. Was it in working order?
8  A. Yes, sir.
9  Q. In your life time?
10 A. Yes, sir.
11 Q. Okay. And what years were that, do you recall
12 it?
13 A. I must have been five years old. So it was in
14 1925, possibly.
15 Q. That's when it was built?
16 A. No, it was in operation.
17 Q. But you don't know when it was built?
18 A. No. I when I was five years old I remember
19 hearing the power -- you know what I mean, the whistle,
20 and I remember they had a well right there that would
21 furnish water for whatever they were using power for.
22 Q. Did a ditch feed the mill?
23 A. I understand it did, yes.
24 Q. Do you know which ditch that was?
25 A. That had to be the Old Valdez Ditch.

### Page 54

1  Q. The Old Valdez Ditch?
2  A. Yeah. Because as I understand it, that photo
3  you showed me a while ago, I understand he was the owner
4  of that upper mill up there in Tia Josefa, then he moved
5  down to the lower area.
6  Q. The picture you're referring to, I think is
7  what -- whoever marked it as Exhibit B -- but it's part of
8  my Exhibit O that's two pictures on one page. Are those
9  the pictures you're talking about?
10  A. This is the original before he moved to Leandro
11  Montoya's place.
12  Q. Okay. And that's the one you remember?
13  A. No.
14  Q. You do not remember the original saw mill?
15  A. No.
16  Q. So we're talking about two different saw mills?
17  A. This is a lot older than a lot of -- But I
18  remember the one on the Montoya.
19  Q. And that's the lower portion of the property?
20  A. Yes, sir.
21  Q. And that's what you remember from 1925 or so?
22  A. Yes.
23  Q. So do you know anything about the older upper
24  mill?
25  A. All I've heard is that they had a big, big mill

### Page 55

1  and they were using water from the Valdez.
2  Q. The Old Valdez Ditch?
3  A. Yes.
4  Q. Okay. And the lower mill, which ditch did that
5  mill --
6  A. That had to be the Old Valdez Ditch, because it
7  was running through the property.
8  Q. Okay.
9  A. Through the Montoya to the -- you know, where I
10  was born and raised.
11  Q. Okay.
12  A. Leandro Montoya.
13  Q. Leandro Montoya?
14  A. Yeah, Leandro Montoya.
15  Q. Okay. Do you know who Donislado Martinez is?
16  A. Yes, sir.
17  Q. And do you know what his son's name is? Is his
18  son's name Venceslao? Or do you recall?
19  A. No, but I've heard him mentioned somewhere
20  along --
21  Q. The way?
22  A. -- water rights.
23  Q. Okay. But do you know who Venceslao is?
24  A. Venceslao was the son of the man that used to
25  own Deflin's property up in the mountains.

### Page 56

1  Q. Okay. And he was the person who owned the land
2  that Delfin Quintana now owns?
3  A. No. No, I'm not saying -- I think he owns
4  Lucas, used to own Lucas Cordova.
5  Q. But you're not sure about that?
6  A. I'm not sure about it, I've just heard the name.
7  Q. Okay. Thank you very much. I think that will
8  conclude the deposition.
9              CROSS-EXAMINATION
10  BY MR. TRUJILLO:
11  Q. Just a minute, Charlie, I have some
12  clarification questions.
13  A. Okay.
14  Q. You had talked about Canuto Valdez Ditch and
15  Canuto Valdez, and you answered a question that he was the
16  first one to establish water rights on that ditch. Do you
17  remember that answer?
18  A. Yeah, but I don't think -- I did the wrong
19  quote.
20  Q. What do you mean? What is it that you're trying
21  to say about his relationship to one of the ditches there?
22  A. The relationship is still -- I still say that
23  it -- and I don't know enough about the Canuto Valdez
24  Ditch other than in the last few years I've known about
25  it, but it was still -- when I was growing up, it was a --

### Page 57

1  Valdez Ditch that I was concerned with, and the Valdez
2  Ditch, not the Canuto Valdez, the Juan Desiderio Valdez
3  Ditch.
4  Q. Where is the Canuto Valdez Ditch on either
5  Exhibit B or C?
6      MR. WADE: It will definitely not be shown on
7  Exhibit B, and -- I don't know if you mind me telling you,
8  but it's not marked, but it is shown on Exhibit C.
9  Q. What do you understand would be -- Have you
10  heard about the Canuto Valdez Ditch?
11  A. I heard about it years back as I was quite a bit
12  older when they had some sort of things going against
13  Cordova and Valdez, but I'm not aware exactly what they
14  were fighting for.
15  Q. Okay. But there is such a ditch?
16  A. There is such a ditch.
17  Q. And you know where it is?
18  A. And right now, yes.
19  Q. Okay.
20  A. I can walk to it.
21  Q. Okay. So on Exhibit C, would you be able to
22  locate it on Exhibit C? If you can.
23  A. Let's see. Is that it?
24  Q. I'm just asking what you think it might be, but
25  if --