4—189

# Department of the Interior,

LAND AND SURVEY
~~United States Land~~ Office _____ Santa Fe, New Mexico _____

to contain reservation to the
States of all [illegible]
materials in accordance with the
Act of Aug. 1, 1946 (60 Stat. 755).

Patent to contain reservation
required by provise of Act of
Aug. 30, 1890 (26 Stat. 391);

Serial No. SF 078304

Receipt No. 533 — $120.00  12/15/49

# Certificate.

FEB 1 2 1951
(Date.)

It is hereby certified that, in pursuance of law, _____ Patricio Chacon _____

residing at _____ Cebolla _____

in _____ Rio Arriba _____ County, State of _____ New Mexico _____

on this day purchased of the Manager ~~Register~~ of this Office the _____

NE¼NW¼ _____ Section 25

Township 27 N., Range 4 E., N.M.P. Meridian,

New Mexico, containing 40 Acres,

at the rate of three ($3.00) Dollars and no Cents

per acre, amounting to One Hundred Twenty ($120) Dollars

and no Cents, for which the said _____

Patricio Chacon _____

has made payment in full as required by law.

Now, therefore, be it known that, on presentation of this Certificate to the DIRECTOR, BUREAU OF LAND MANAGEMENT ~~COMMISSIONER OF THE GENERAL LAND OFFICE~~, the said Patricio Chacon _____

shall be entitled to receive a Patent for the land above described if all then be found regular.

_____, Manager ~~Register~~.

NOTE.—A duplicate of this Certificate is issued to the claimant as notice of the acceptance of the proof and payment, and of the allowance of the entry by the Register and ~~Receiver~~.
   The original is forwarded to the ~~General Land Office~~, with the entry papers, for approval by the ~~Commissioner of the General Land Office~~ and issuance of patent.
   The duplicate copy forwarded to the claimant should be held until notice of issuance of patent is received.
   In all correspondence concerning the entry in connection with which this Certificate issued, refer to the NAME OF THE LAND OFFICE and the SERIAL NUMBER noted hereon.

APPROVED _____ FEB 9 1951

By _____ W. B. Turner _____

6—1719

Bureau of Land Management
Land & Survey Office
P. O. Box 1251
Santa Fe, New Mexico

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Land & Survey Office
Santa Fe, New Mexico

FEB 12 1951

DECISION

Purchaser: Patricio Chacon     Public Sale  SF 078304

Purchaser Declared
Cash Certificate Issued
Case Approved for Patenting

    The above named party being the highest bidder in connection with the public sale referred to above is hereby declared the purchaser.

    Cash certificate has this day been issued and the case approved for patenting. The record has been forwarded to Washington, D. C., for the issuance of patent and upon receipt of the patent, it will be forwarded promptly to the purchaser at his address of record.

J. A. DeLany
Manager

cc: Chief, Div. of Range Management
    R. M., Dist. #1
    Land Classification
dw

4-802

UNITED STATES
DEPARTMENT OF THE INTERIOR
GENERAL LAND OFFICE
Branch of Field Examination
BUREAU OF LAND MANAGEMENT

A-32064  
(Field number)

Region 5, Albuquerque, New Mexico  
(Region)

OCT 27 1947  
(Date)

RECEIVED NOV 5 1947 Bureau of Land Management Mail and Files

## REPORT

Land district and serial No. __Santa Fe 078304__  
Date of examination __July 16, 1947__

Name __Patricio Chacon__  
Field examiner __Louis C. Mackel__

Subject __Isolated Tract Application__  
Approved: [signature]

Date __April 22, 1946__  
(Application or proof)

Acting Regional Administrator

Lands involved:

T. 27 N., R. 4 E., N.M.P.M., New Mexico  
Sec. 25: $NE\frac{1}{4}NW\frac{1}{4}$

    Patricio Chacon, a citizen of the United States, postoffice address, Cebolla, New Mexico, on April 22, 1946 filed the above-identified Isolated Tract Application as provided under sec. 2455 R. S. as amended by sec. 14 of the Act of June 28, 1934.

    Investigation was made July 16, 1947 on which date the land was examined with applicant. The land had been examined previously in connection with small tract classifications of this and other tracts in the locality. The land lies about a mile east of the village of Cebolla, New Mexico, which is on U. S. Highway 84 which connects Santa Fe, New Mexico, and Chama, New Mexico, both being railpoints. Chama, New Mexico, on the Denver and Rio Grande Western narrow gauge railway is the nearest rail point about 30 miles north and Santa Fe, New Mexico, on the standard gauge A. T. & S. F. Railway is about 50 miles to the south.

    The elevation here is about 8,000 feet and the annual precipitation about 16 inches. The growing season is short. Stock grazing and farming, or a combination of the two, is the chief industry.

    The surface of the tract in question is rolling to hilly and covered with a gravelly soil which supports a sparse growth of grass, oak brush and a few scattering pine trees. At some time in past years, a sawmill operated on the tract as there is an old mound of saw dust. A small brook runs westward along the north boundary of the tract. This tract is chiefly valuable for stock grazing

LCM:hmc  
Orig. & 1 cc: Bureau of Land Management  
1 cc: Regional Office

CONFIDENTIAL  
NOT FOR PUBLICATION

purposes for which it is being used by present applicant and other small stock owners residing in the vicinity. As stock grazing land, it would have a carrying capacity of from 12 to 14 cows per section yearlong.

Applicant stated that he had recently purchased adjoining land on the east for $3.00 per acre which he considered high but which he was willing to pay for the reason that it gave him unhindered access to the U. S. Forest Reserve to the east. Applicant now owns the adjoining lands except on the north which is owned by Carruto Valdez, Cebolla, New Mexico. The tract in question is isolated within the meaning of the law.

The records of Rio Arriba County, in which this land lies, indicate that lands are valued for assessment purposes in three classes, viz:

> Raw land at $1.50 per acre; farm land at $10.00 per acre, and irrigated farm land at $35.00 per acre.

The assessed valuations do not represent the true value of the land and are considerably less than the actual value thereof.

In the opinion of this writer, the tract is chiefly valuable for stock grazing purposes and would be classified as raw land. However, the fact that the applicant paid $3.00 per acre for adjoining lands which are similar in character to the lands involved, it would appear that the actual value of the lands applied for is approximately $3.00 per acre.

The Branch of Range Management has reported that disposal of the land at public sale would not interfere with the grazing administration in the district in which the lands are located.

There are no hot or medicinal springs or water of any kind on the tract. No coal or oil or gas has been found in the locality. There are no metallic minerals of value on the tract. The tract is not needed in connection with state or local conservation program or other public purposes.

The tract should be ordered into the market for sale at not less than $3.00 per acre.

*Louis C. Mackel*

Louis C. Mackel
Field Examiner

- 2 -

Santa Fe 078304
OCT 27 194?