4—189

# Department of the Interior,

LAND AND SURVEY
~~United States Land~~ Office Santa Fe, New Mexico

Patent to contain reservation
required by proviso of act of
Aug. 30, 1890 (26 Stat. 391).

Serial No. Santa Fe 079202

Receipt No. 564 - $19.77  12/16/49

Patent to contain reservation to the
United States of all fissionable
source materials in accordance with
Act of Aug. 1, 1946 (60 Stat. 755).

# Certificate.

FEB 13 1951

_____, 19____
(Date.)

It is hereby certified that, in pursuance of law,

Max Ortiz

residing at _____ Cabolla, ____

in _____ Rio Arriba _____ County, State of _____ New Mexico ____

on this day purchased of the ~~Register~~ Manager of this Office the _____

Lot 18 _____ Section __26__

Township __27 N.__, Range __4 E.__, __N.M.P.__ Meridian,

__New Mexico__, containing __7.905__ Acres,

at the rate of __Two ($2)__ Dollars and Fifty (.50) Cents

per acre, amounting to __Nineteen ($19)__ ------------------- Dollars

and Seventy-seven (.77) Cents, for which the said _____

Max Ortiz

has made payment in full as required by law.

Now, therefore, be it known that, on presentation of this
Certificate to the ~~COMMISSIONER OF THE GENERAL LAND OFFICE~~ DIRECTOR, BUREAU OF LAND MANAGEMENT, the
said _____ Max Ortiz _____

shall be entitled to receive a Patent for the land above described

if all then be found regular.

_____
Manager
~~Register~~

NOTE—A duplicate of this Certificate is issued to the claimant as notice of the accept-
ance of the proof and payment, and of the allowance of the entry by the Register and
Receiver.
    The original is forwarded to the General Land Office, with the entry papers, for
approval by the Commissioner of the General Land Office and issuance of patent.
    The duplicate copy forwarded to the claimant should be held until notice of issuance
of patent is received.
    In all correspondence concerning the entry in connection with which this Certificate is
issued, refer to the NAME OF THE LAND OFFICE and the SERIAL NUMBER noted hereon.

FEB 12 1951
APPROVED _____

By _____
W. O. Turner, Adjudicator

Patent posted Mar. 29 1951 Vol 40 P.229   Cao: ARL.

Bureau of Land Management
Land & Survey Office
P. O. Box 1251
Santa Fe, New Mexico
Division

Reproduced at the National Archives

4—008 d
(December 1934)

(Regulations approved by the Secretary of the Interior, November 23, 1934)

**UNITED STATES
DEPARTMENT OF THE INTERIOR
GENERAL LAND OFFICE**

DISTRICT LAND OFFICE
RECEIVED
MAR 10 1947
AT 8:35 A.M.
SANTA FE, NEW MEXICO

---

## ISOLATED TRACT
(TO BE FILED IN DUPLICATE)

DISTRICT LAND OFFICE, Santa Fe, New Mexico _____, SERIAL NO. **079202**

---

## APPLICATION AND AFFIDAVIT

To the Commissioner of the General Land Office:

~~Max Ortiz~~ _____ of ~~Santa Fe, New Mexico~~
Cebolla, New Mexico,
(Give full post-office address)

respectfully requests that the Lot 18 (which ~~has to be the West of~~ 7.905 acres.
~~thirty-eight of section 87~~, _____ section 25,

township 27th N. , range 4 East , N. M. P. _____ meridian,

be ordered into market and sold at public auction under section 2455, R. S., as

amended by section 14, act of June 28, 1934 (48 Stat., 1269), the same being sur-

rounded by lands that have been entered, filed upon, sold, or otherwise appropriated.

Applicant states that he is a (who is a citizen)
(Insert statement that affiant is a citizen, or has declared his intention to become a citizen, as the case may be)

_____ citizen of the United States;

that this land contains no salines, coal, or other minerals, and no stone except

None _____; that there is no timber
(State amount and character)

thereon except None trees of the _____ species, ranging

from _____ inches to _____ feet in diameter, and aggregating about _____

feet stumpage measure, of the estimated value of $_____; that the land is

not occupied except by (not occupied) _____

of _____ post office, who occupies and uses it

for the purpose of _____, but does not claim the

right of occupancy under any of the public–land laws; that the land is chiefly val-

uable for dry farming after improvement _____, and that applicant desires to

purchase same for his own individual use and actual occupation for the purpose of

dry farming same _____, and not for speculative purposes.

If this request is granted, applicant agrees to have notice published at his

expense in the newspaper designated by your office.

Posted 4/28/47 in Vol. 40 , p. 81 , by E. Cut , Div. "O."
[OVER]

Reproduced at the National Archives

(☞ Applicant will answer fully the following questions)

Question 1. Are you the owner of land adjoining the tract above described? If so, describe the land by section, township, and range.

Answer  Yes.  Lots 1, 2, 3 and 4 Section 27 Twp. 27 N. R. 4 E.

Question 2. To what use do you intend to put the isolated tract above described should you purchase same?

Answer  for dry farming after improvements are made

Question 3. If you are not the owner of adjoining land, do you intend to reside upon or cultivate the isolated tract?

Answer  - - - -

Question 4. Have you been requested by anyone to apply for the ordering of the tract into market? If so, by whom?

Answer  No

Question 5. Are you acting as agent for any person or persons or directly or indirectly for or in behalf of any person other than yourself in making said application?

Answer  No

Question 6. Do you intend to appear at the sale of said tract, if ordered, and bid for same?

Answer  Yes

Question 7. Have you any agreement or understanding, expressed or implied, with any other person or persons, that you are to bid upon or purchase the land for them or in their behalf, or have you agreed to absent yourself from the sale or refrain from bidding so that they may acquire title to the land?

Answer  No

X  _Max Ortiz_
(Sign here, with full Christian name)

We are personally acquainted with the above-named applicant and the land described by him, and the statements hereinbefore made are true.

_Leo. Martinez_
(Sign here, with full Christian name)

_Jose R Valdez_
(Sign here, with full Christian name)

I certify that the foregoing application and corroborative statement were read to or by the above-named applicant and witnesses in my presence, before affiants affixed their signatures thereto; that I verily believe affiants to be credible persons, and the identical persons hereinbefore described; that said affidavits were duly subscribed and sworn to before me, at my office at Canjilon, New Mexico this ___4th___ day of ___March___, 19_47_

_G. O. Martinez_
Notary Public

My Commission Expires _June 6, 1950_
(Official designation of officer)

U.S. GOVERNMENT PRINTING OFFICE    8-6336

No. 4-1090                                                           December 24, 1947

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Land Classification Report

I. SUMMARY
1. Region ___ State New Mexico County Rio Arriba ___ Serial Santa Fe 077202
2. Type of Application Isolated Tract  Applicant New Units
3. Land Description T. 27 N. R. 4 E. ___ Mer. N.M.P.M. ___ Acres 7.50
   Sec. 25, lot 17

4. Location and Accessibility  The tract is a short distance northwest from the village
   of Cebolla, New Mexico, which is on U. S. Highway 84, about 90 miles south of Chama,
   New Mexico and 61 miles northwest from Santa Fe, New Mexico.
5. Elevation 6835                  6. Annual Precipitation About 17 inches
7. Topography Rolling
8. Soil  Clay with some gravel in places.
9. Vegetation  Sage brush and short grass.
10. Type and Extent of Erosion  Normal
11. Present Land Uses  Stock grazing
12. Potential Land Uses: There is a remote possibility that the land could be irrigated
    provided that adequate water storage facilities are provided.
13. Present Improvements  None
14. Needed Improvements  Fence
15. (a). Value of Land $ 2.50 per acre (b). Value of $
    (c). Value of                      $         Total Value $ 19.76
16. Conflicts  Present U. S. Highway 84 passes over the east part of the tract. The former
    State highway also passes over the east part of the tract. The present U.S.Highway
    right of way is 100 feet wide and fenced on both sides.
17. Does the land contain: (a). Mineral No  (b). hot springs No  (c). Water needed
    by public? No  (d). Is it occupied by natives (Alaska)? No
18. Findings and Recommendations:
    The tract of land involved lies a short distance northwest from the small
    Spanish American village of Cebolla, New Mexico, having a population of about 200.
    The grazing season in which at the altitude is high and only about two levels can
    be grazed. The tract has little if any value for homesites or for summer homes
    as the area is not attractive due to lack of trees and streams.
    It is respectfully recommended that the tract be offered into the market for
    public sale at not less than $2.50 per acre.
    Even though the area could be farmed after being cleared of sage brush, it
    would not be found business to clear and farm same for the reason that the re-
    turns from farming the land in this high altitude and short growing season could
    not justify the expense of clearing and farming the land and the purchase of
    farming machinery.
    Close consideration should be given to the fact that applicant will have to
    pay for 7.50 acres of which he can use only about a acre due to highway rights-
    of-way and fences. Under the circumstances related, the land is not natural
    state especially valuable for other purposes, unless, and for such circumstances
    under the circumstances which is of sufficient value for, taking into consideration
    that applicant will have to pay advertising cost, etc., and that purchase land
    he will not be able to use, the altitude is justifiable.
    I have personally and a field examiner have appraised the land in the tract
    at $2.50 per acre which, in the opinion of this writer, is too high under the
    circumstances related.

19. Classification

Prepared By  Louis C. Michel         Title  Field Examiner
Approved     Jay E. Stabler          Title  Regional Field Examiner
Approved                             Title
LLANZES                                      (Date)
APR 18 1949

Santa Fe Land Dist
1 per Sub Office.

II. LAND USE FACTORS
  A. Crop Factors
    20. Soil   Clay with gravel in places
    21. Precipitation   12 inches
    22. Growing Season   April to September
    23. Area Adaptable for Crop Production: Total Acres
      (a). By Irrigation no water available (b). By Dry-farming   Yes
    24. Principal Crops and Average Yields on Similar Lands in Locality  Wheat about
      20 bushels per acre
    25. Crop Failures in Locality
      (a). Frequency   Infrequent       (b). Causes   Early frosts and
      lack of rain at opportune times
    26. Extent of Farm Land Abandonment in Locality   Farming is generally carried on
      in connection with stock grazing which is the chief industry
    27. Water Supply:
      (a). Source none for irrigation (b). Quality
      (c). Adequacy   no       (d). Dependability
    28. Feasibility of Irrigation Development (Construction of facilities, water rights,
      costs and returns)   The land could be irrigated provided water were of
      of large quantity and constructed at its catch basin on the river about
      6 miles east. However, the area involved is too small to justify such
      expenditure for irrigation development.

    29. Minimum Acreage Required for Average Farm Family Unit.
    30. Agricultural Rating: (a). Good     (b). Fair       (c). Poor   Yes
    31. Comments
      This area is chiefly adapted to stock grazing which is the chief industry
      in the locality. It is in U. S. Grazing District No. 1.
      The Grazing Service offers no objection toward the allowance of this
      application.

  B. Grazing Factors:
    32. Vegetation (Type Association)   Sage brush and grass grass
    33. (a). Density   Medium       (b). Condition
    34. Principal Forage Plants   Sage and native grasses
    35. Non-forage Plants
    36. Present Grazing Capacity   (AUMs). Potential Grazing Capacity    (AUMs)
    37. Stock Water Available: Stream    Spring   Well   Pond Yes   Other
    38. Is this water needed by public?  No     If so, explain  No

    39. Treatment, Structures, or Other Changes or Improvements Necessary for Best Use and
      Management

    40. Name and Address of Lessee
    41. Comments

C. Timber
42. Acres Timbered:
43.

| Species | Unit | Volume | Unit Value | Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

44. Total Value of timber
45. Quality and Condition
46. Accessibility
47. Demand
48. Comments

D. Minerals
49. (a). Metallic
    (b). Non-metallic
50. Extent of Development, Leases and Claims

51. Comments

E. Other Land Uses
52. Does the land have value or adaptability for airfield, wildlife conservation, hunting, community, industrial, homesite, business, recreation or other?
53. Improvements on this and adjacent lands.
54. Comments

III. APPRAISALS
55. Value of Similar Land in Locality, Based on Recent Sales

| Acres | Price | Date | Location (State, T.R.) | Remarks |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

56. Assessments for Tax Purposes
57. Opinions of Value
58. Capitalization of Rentals
59. Value of Improvements
60. Comments

APR 18 1949