IMPORTANT—READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM

1973 JUN -6 PM 4:57

## APPLICATION FOR PERMIT TO CHANGE POINT OF DIVERSION

STATE ENGINEER OFFICE
SANTA FE, N.M.

*Surface Waters*

TRN 002048

Date of Receipt of Application __June 6, 1973__ File No. ~~0636-B~~ __2738-6.1__

Name of Applicant __Charlie Chacon__

Post Office __Box 134, Espanola__, County of __Rio Arriba__

State of __New Mexico__

Water right was acquired by beneficial use and is recorded in the State Engineer's Office under No. __0636__ Priority date of water right __prior to 1883 (claimed)__

Source of water supply __Rio Cebolla__ (river, arroyo, spring, etc.)

a tributary of __Rio Chama of the Rio Grande Stream System__

Present point of diversion lies in the __NE__ ¼ of the __SW__ ¼ of Section __17__ Township __27 N.__, Range __5 E (projected)__, N.M.P.M., at a point whence the __W¼ corner__ of section __17__, Township __27 N.__, Range __5 E.__, bears N.86° 02' W., __1597__ feet distant.

Quantity of water to be changed __90__ acre-feet applied on __30__ acres of land located in __NW¼NW¼ Sec. 25, T.27N., R.5E (move to land)__

B. Application is hereby made to change point of diversion under above claimed right for the following reasons: __have purchased water rights and wish to move to my land and use private ditch.__

New point of diversion proposed under this application lies __on__ the __North line__ ¼ of the ____ ¼ of section __25__, Township __27 N.__, Range __4 E.__, at a point whence the __NE corner__ of section __25__ Township __27 N.__, Range __4 E.__, bears __East__ __2969.0__ feet distant.

Name of stream, spring, tributary, etc., from which diversion is to be made (if different from original) __Rio Cebolla (also known as Rito Del Tanque)__

Description of new diversion dam (give construction material, type, dimensions, hydraulic properties, etc.) __concrete structure; approximate crest length 25 feet, approximate height 5 feet.__

Additional data (give dimensions, capacity, etc., of new canal section; also data on any other proposed works) __new canal to be approximately 5 feet wide and 4 feet deep; there willbbe no lining of the ditch at present__

The undersigned, being duly sworn, upon my oath, state that I have read the foregoing statements and that the same are true to the best of my knowledge and belief.

_Charlie Chacon_ Applicant.

Subscribed and sworn to before me this __6th__ day of __June__, A. D., 19__73__.

My commission expires __Feb 19, 1977__   _Frances N. Rickey_ Notary Public

**C. Approval of the State Engineer:**

Number of this Permit **0636-D**          Name of Paper **The New Mexican**

Date of Receipt of Application **June 6, 1973**   Publisher's Affidavit Filed **July 18, 1973**

Notice of Publication Issued **June 19, 1973**   Approved **August 16, 1973**

This application is approved provided it is not exercised to the detriment of any others having prior, valid and existing rights to the use of the waters of this stream or to the detriment of any rights acquired prior to this application for permit to change point of diversion **and further provided that: 1. The 30 acres in the move from location shall not be irrigated with water from any source. 2. Irrigation under this permit is limited to 30 acres as described in the move to location.**

Proof of completion of works shall be filed on or before **August 16**, 19**74**.

This is to certify that I have examined the above application to change point of diversion and hereby approve the same subject to the foregoing provisions and conditions.

Witness my hand and seal this **16th** day of **August**, A. D., 19**73**.

                **S. E. Reynolds**
                State Engineer

                By: *[signature]*

**INSTRUCTIONS**
                M. B. Compton, Engineer
(See Manual of Rules and Regulations)
                Water Rights Division

This form shall be made out in duplicate and shall be accompanied by a filing map showing the present and proposed points of diversion and other pertinent data. A filing fee of $5.00 shall accompany this application.

If application is made to change point of diversion of water claimed under a water right established prior to March 19, 1907, a declaration of such old right substantiated by sworn affidavits together with a filing map must accompany this application or have been already filed in this office, fully setting forth the right claimed (see Declaration of Old Right in Manual). A right established by license or permit from the State Engineer shall be referred to fully in making application to change.

The filing map accompanying this application shall be prepared by a qualified registered professional engineer or land surveyor and shall show existing point of diversion and other works and lands irrigated as well as the new point of diversion. All pertinent dimensions and details of the proposed diversion structure, together with size and alignment of the canal and field notes thereon from the new point of diversion to the point where the new work meets the existing canal, shall also be given. Ownership of the lands upon which the point of diversion and any other proposed new works lie shall be shown. If applicant is not original owner of water right, a Change of Ownership affidavit together with a filing fee of $1.00 must accompany this application.

The first line of this form is for the State Engineer. Do not fill in this line or any of part (C) following. The first part of the form, (A), is to set forth the essential features of the existing water right; the second part, (B), describes the changes requested; and the third, (C), gives the approval or disapproval of the State Engineer, the conditions under which such approval is granted, and establishes the limiting dates for completing such changes.

It is a misdemeanor to use more water after the change than the owner has a valid right to use before the change was made.

QUALITY PRESS—SANTA FE

IMPORTANT—READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM

1973 JUN -6 PM 4:56

STATE ENGINEER OFFICE
SANTA FE, N. M.

# Application for Permit to Change

## PLACE OR METHOD OF USE OF SURFACE WATERS

Date of Receipt of Application __June 6, 1973__   File No. __0636-D__

A. Name of Applicant __Charlie Chacon__
Post Office __Box 134, Espanola__, County of __Rio Arriba__, State of __New Mexico__
Water right was acquired by beneficial use and is recorded in the State Engineer's office under No. __0636__
Water is at present used for __irrigation__ purposes.
(irrigation, power, municipal, etc.)
Priority date of water right __prior 1883 (claimed)__ Quantity of water claimed under
right __90 acre feet__ Quantity of water stored _____ acre feet.
Source of water supply __Rio Cebolla__
(river, arroyo, spring, etc.)
a tributary of __Rio Chama of the Rio Grande Stream System__
Point of diversion or outlet from storage lies in the __NE__ quarter of the __SW__
quarter of section __17__, Township __27 N.__, Range __5 E (projected)__,
N. M. P. M., at a point whence the __West ¼ corner__ of Section __17__
Township __27 N.__, Range __5 E__, bears __N.86°02'W.__,
__1597__ feet distant.
(If used for manufacturing, power, mining, etc., purposes, give also horsepower generated and describe point of return to the stream.)

Description of area from which transfer is to be made:

| SUBDIVISION | SEC. | TWP. | RANGE | ACRES | OWNER |
|---|---|---|---|---|---|
| E½SW¼ | 24 | 27N. | 4E. | 30 | Applicant owns water right; Gabriel Valdez owns the land. |

B. Application is hereby made for permit to change place or method of use of water under above described right for the following reasons: __have purchased water rights and wish to transfer to my land and point of diversion is to be moved.__

Use to which water is to be transferred __irrigation__ purposes.
Quantity of water to be transferred __90__ acre feet.

Description of area to which transfer is to be made:

| SUBDIVISION | SEC. | TWP. | RANGE | ACRES | OWNER |
|---|---|---|---|---|---|
| NW¼NW¼ | 25 | 27N. | 5E. | 30 | Applicant |

NOTE: If any of the lands to be changed from or to have water rights from any other source explain fully and furnish file numbers: ..........

Remarks ..........

The undersigned, being duly sworn, upon my oath, state that I have read the foregoing statements and that the same are true to the best of my knowledge and belief. _Charlie Chacon_ .......... Applicant

Subscribed and sworn to before me this __6th__ day of __June__, A. D., 19__73__
My commission expires: __Feb. 19, 1977__    _Frances N. Richey_
Notary Public

C. APPROVAL OF THE STATE ENGINEER:

The number of this permit is __0636-D__ Name of Paper __The New Mexican__
Date of Receipt of Application __June 6, 1973__ Publisher's Affidavit filed __July 18, 1973__
Notice of Publication issued __June 19, 1973__ Approved __August 16, 1973__

This application is approved provided it is not exercised to the detriment of any others having prior, valid and existing rights to the use of waters of this stream system or to the detriment of any rights acquired prior to this application for permit to change place or method of use __and further provided that:__

1. The 30 acres in the move from location shall not be irrigated with water from any source.

2. Irrigation under this permit is limited to 30 acres as described in the move to location.

Proof of Application of Water to Beneficial Use shall be filed on or before __August 16__, 19__75__.

This is to certify that I have examined the above application to change .......... of use of water and hereby approve the same subject to the foregoing provisions and conditions.

Witness my hand and seal this __16th__ day of __August__, A. D., 19__73__.

S. E. Reynolds
State Engineer

By: _M. B. Compton_
M. B. Compton, Engineer
Water Rights Division

**INSTRUCTIONS**
(See Manual of Rules and Regulations)

This form shall be made out in duplicate and shall be accompanied by a filing map or maps showing the present and proposed uses of other pertinent data. A filing fee of $5.00 shall accompany this application.

If application is made to change place or method of use of water claimed under a water right established prior to March 19, 1907, a declaration of such old right substantiated by sworn affidavits together with a filing map must accompany this application or have been already filed in this office, fully setting forth the right claimed (see Declaration of Old Right in Manual). A right established by license or permit from the State Engineer shall be referred to fully in making application to change.

A filing map prepared by a qualified registered professional engineer or land surveyor and showing the existing works, lands, etc., and the new developments requested in this application, together with necessary plans, statements, etc., must accompany this filing. If applicant is not original owner of said water right, a Change of Ownership affidavit together with a $1.00 filing fee must also accompany the application.

The first line of this form is for the State Engineer. Do not fill in this line or any part (C) following. The first part of the form, (A), is to set forth the essential features of the existing water right; the second part, (B), describes the changes requested; and the third, (C), gives the approval or disapproval of the State Engineer, the conditions under which such approval is granted, and establishes the limiting dates for completing such changes.

It is a misdemeanor to use more water after the change than the owner had a valid right to use before the change was made.