# John O. Baxter

Education
Princeton University A.B. 1950
University of New Mexico M.A. 1982, Ph.D. 1992

Recent Publications
    Book
    *Dividing New Mexico's Waters, 1700-1912*, UNM Press, 1997

    Articles and Chapters
    "Measuring New Mexico's Waters: How Big is a Surco?" New Mexico Historical Review 75, July 2000

    "Murdered by a Hidden Foe: The Death of Ralph Connell and the Struggle for Water at Tularosa," *La Cronica* 52, April 2000

    "Problems of Land Use Within a Portion of the Zuni Land Claim Area," in *Zuni and the Courts*, E. Richard Hart, ed., University of Kansas Press, 1995

    "Farming, Planting and Ranching: The Spanish Borderlands," in *Encyclopedia of the North American Colonies*, Jacob Ernest Cooke, ed., Charles Scribners, 1993

    "Livestock on the Camino Real," in *El Camino Real de Tierra Adentro*, Gabrielle Palmer, ed., BLM, 1993

Expert Witness Testimony
    State of N.M. v Aragon, February 11-12, 2013, testimony

    State of N.M. v Aamodt, August 30, 2010, deposition, December 6, hearing

    State of N.M. v Aragon, February 7, 2003, deposition

    State of N.M. v Abeyta, February 27, 2001, deposition, August 24, 2001, trial

    State of N.M. v Abbott, July 11, August 27, September 16, 1996, April 30, 1997, depositions

    State of N.M. v Aragon, June 7, 1996, deposition, August 14, 1996, trial

Compensation
    Research and report this project, $17,195

2916 Plaza Blanca, Santa Fe, New Mexico 87507 tel: 505-983-5836