Page 10

1  land is roughly on this bigger map?
2  A. I'm pretty blanked out on here, but I'm pretty
3  familiar with --
4  Q. You understand on -- Okay, Exhibit B.
5  A. But I have, like I say -- But I know -- I'm
6  opposite this ranch here somewhere.
7  Q. Yeah. Okay. Do you happen to know who owned
8  the Tia Josefa property in 1949?
9  A. Mr. Chacon, Patricia Chacon.
10 Q. Your father?
11 A. Yes.
12 Q. Okay. And he owned the land that was patented
13 by Juan Desiderio Valdez as well?
14 A. Yes.
15 Q. Okay. I don't know if you would be able to tell
16 on this bigger map on Exhibit A, but do you know how far
17 down your father owned land, how far down the Rito Del
18 Tanque?
19 A. Okay, going down here to here (indicating) would
20 be this portion here to this -- Patricia's got some land
21 here.
22 Q. Okay. And it looks like that land is demarked
23 in a section that's marked as patented by Jose L. Montoya?
24 A. That's true.
25 Q. Does that name sound familiar to you?

Page 11

1  A. Yes, very much so. That's the old homestead,
2  and my grandfather bought from Leandro Montoya. It became
3  property then of Gregorio Lopez, which was my grandfather.
4  Q. Gregorio Lopez was your grandfather?
5  A. Yes. And Patricia Chacon and my mother, which
6  my mother was Gregorio Lopez's daughter, so that's how
7  come they ended up with the property buying from -- my
8  mother bought from her father, this parcel of land. And
9  that's the piece of property, Acequia Del Pinavetal.
10 Q. And then who is Tia Josefa?
11 A. Tia Josefa is the daughter of Gabriel Valdez,
12 and also related to Juan Desiderio. Juan Desiderio Valdez
13 was Tia Josefa's uncle, and Tia Josefa was Juan
14 Desiderio's niece.
15 Q. And the name Gabriel Valdez is familiar to you,
16 correct?
17 A. Gabriel Valdez was my great-grandfather.
18 Q. So just to clarify, your father is Patricia
19 Chacon, his father was who?
20 A. Epimenio Chacon.
21 Q. And Epimenio Chacon's father is Gabriel Valdez?
22 A. No, Serafin Chacon.
23 Q. So it's coming from the other side?
24 A. It's coming from the other side.
25 Q. Okay, I get it.

Page 12

1  A. The Valdez was -- I'm part Valdez from my
2  grandmother, Rillitos Valdez.
3  Q. So if we go backwards from Mr. Gabriel Valdez,
4  who is his son or daughter, how are you related to
5  Mr. Valdez?
6  A. I'm his great-grandson.
7  Q. And what the names of the people you're related
8  through?
9  A. Canuto Valdez.
10 Q. And who is Canuto Valdez?
11 A. Canuto Valdez is son to Gabriel Valdez.
12 Q. Okay. And so, Canuto Valdez, his sister is Tia
13 Josefa?
14 A. Absolutely right, yes.
15 Q. Okay. So from Canuto Valdez to who, how are you
16 related to Mr. Canuto Valdez?
17 A. Well, he was -- might have been a great uncle of
18 some sort.
19 Q. Okay.
20 A. Que no? Uncle?
21 Q. Okay. You're related to Gabriel Valdez and
22 Canuto Valdez through your mother?
23 A. My grandmother.
24 Q. Your grandmother. Okay. Is she related
25 directly to Canuto Valdez?

Page 13

1  A. Sister.
2  Q. Sister. So Tia Josefa, Canuto Valdez and your
3  grandmother --
4  A. Rillitos.
5  Q. Okay, so Rillitos, Canuto, and Tia Josefa are
6  brother and sisters?
7  A. Brother and sisters, very correct.
8  Q. And then from Rillitos, how are you related,
9  through her son or daughter?
10 A. She's my grandmother.
11 Q. She's your grandmother. Okay. And so she's
12 your mother's mother?
13 A. She's my dad's mother.
14 Q. Okay, Patricio. She's Rillitos Valdez at the
15 time?
16 A. Yes.
17 Q. Who did she marry?
18 A. She's married to Epimenio Chacon.
19 Q. Okay. That's what I thought. Okay, yes. So
20 Canuto Valdez would be a great uncle?
21 A. Yes.
22 Q. Do you know what lands Canuto Valdez owned? If
23 you were to look at Exhibit A, would you be able to tell
24 which lands he owned? And if this helps you, I'll also
25 mark a third exhibit. This will be Exhibit C. And this

4 (Pages 10 to 13)