280493

(SUBMIT IN DUPLICATE ACCOMPANIED BY $5.00 FEE FOR CERTIFICATE OF CONSTRUCTION)

# Proof of Completion of Works

## SURFACE WATERS

TRN

Permit No. 2738

State of _____ } ss.
County of _____ }

WE, Ditch Commission of Acequia Pinavetal, by Medardo Sanchez, Chairman, ~~and Jose Sanchez and Patricio Chacon, et ux~~ of ____Cebolla_____, County of ____Rio Arriba____, State of ____New Mexico____, being first duly sworn, do hereby certify that we/I am the owner(s) and holder(s) of a permit to appropriate water from ____Rito del Tanque____
(river, spring, arroyo, seepage, etc.)

a tributary of ____Rio Chama ( via Rio Cebolla)____, in the County of
(river, stream system, closed basin, etc.)

____Rio Arriba____, for ____stock, domestic and irrigation____ purposes;

that Formal Application for said permit together with necessary maps, plans and specifications was received and filed in the office of the State Engineer of New Mexico under No. __2738__; that said application, maps, plans, and specifications were approved by the State Engineer on the _____ day of _____, 19__; that the works necessary to accomplish the appropriation of water in accordance with the terms of said permit have been completed; that the following statement of facts is submitted in proof of the completion of said works; and that said statement and each and all of the items contained therein are true to the best of my knowledge and belief.

Ditch Commission, _Medardo Sanchez_       x _Jose Sanchez_
By: Medardo Sanchez                        x _Patricio Chacon_
_Maximiana L. Chacon_

Subscribed and sworn to before me this __10__ day of __October__, 19_53_.
My commission expires _Feb 14 - 1955_        _Jose R. Maldonado_
                                              Notary Public.

## STATEMENT

Ditch Commission of Acequia Pinavetal,
1. Name of appropriator ____Jose Sanchez, and Patricio Chacon, et ux____
2. Post office address ____Cebolla, New Mexico____
3. The direct source of supply is ____Rito del Tanque____
   (reservoir, river, lake, drainage, etc.)
   in the ____Rio Chama - Rio Cebolla____ basin or stream system.
4. The point of diversion (or outlet from channel storage) is situated at a point in the __NE¼__ quarter of the __SW¼__ quarter of section __17__, Township __27N__, Range __5E__, N. M. P. M., whence the __¼ cor. on the W. Bdry__ of section __17__, Township __27N__, Range __5E__, bears __N86°02'W-1597__ feet distant.
5. The constructed works consist of __a complete diversion of Rito del Tanque by means of__
   (enumerate diversion dams, main canals, headgates, pipelines, flumes, reservoirs, laterals, etc.)
   a cut through the adjoining ridge into an arroyo running westerly, which becomes the Acequia Pinavetal. Laterals from said Acequia serve the various areas owned by the claimants.
6. DIVERSION CANAL FROM STREAM OR FROM CHANNEL RESERVOIR (direct diversion project, diversion to off-channel reservoir, or diversion from a channel reservoir).
   The main canal or conducting channel is constructed of ____earth____
   (earth, concrete, pipe, etc.)
   and has the following properties: total length, __20,500 ±__ feet; bottom width, __1.5__ feet; side slopes of __1__ to __1__; effective or working depth, __1.0__ feet; fall of __10__ feet per 1,000 feet; area of cross-section __1.25__ square feet; and will discharge at maximum effective depth, __7.5__ second-feet of water. ~~If a pipe line, circular flume, etc., give inside diameter or other pertinent dimensions, length, effective slope, etc., cross-sectional area and capacity in second feet:~~

Note: (5) and (6) at right pertain to Acequia Pinavetal. See notes below (6) for Old Valdez and Sanchez Ditches.

Sanchez Ditch heading, brush & rock diversion in SW¼ NE¼ Se.19, T27N R5E; cor. Secs. 13, 24, 18, 19 bears N64°13'W-3600 ft.  Old Valdez Ditch heading, brush & rock diversion in NE¼ SE¼, Sec. 24, T27N R4E; ¼cor E. Bdry Sec 24, T27N, R5E bears N60°14'E=470 ft. Both ditches: Bot. width, 1.0 ft., side slopes 1:1, effective depth 0.5 ft., fall is 10 ft. per 1000, x-sec. area is 0.75 sq. ft., capacity is 1.35 c.f.s.  Sanchez Ditch is 3100 ft. long, and the Old Valdez Ditch is 1580 ft. long.