IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer ) | 69cv07941-MV/KK | |
| ) | RIO CHAMA STREAM SYSTEM | |
| Plaintiff, ) | | |
| ) | Section 3, Rio Cebolla | |
| vs. ) | | |
| ) | Subfile Nos. CHCB-001-0007, | |
| ROMAN ARAGON, *et al.*, ) | CHCB-002-0001B, CHCB-002-0002C, | |
| ) | CHCB-002-0009 | |
| Defendants. ) | | |
| ) | | |

## STATE OF NEW MEXICO'S MOTION
## FOR LEAVE TO EXCEED PAGE LIMITATION

The State of New Mexico *ex rel.* State Engineer ("State") respectfully moves pursuant to Local Rule of Civil Procedure 7 for leave to exceed the page limitations for exhibits. As grounds for this Motion the State states the following:

1. Local Rule of Civil Procedure 10.5 provides "[a]ll exhibits to a motion, response or reply, including excerpts from a deposition, must not exceed a total of fifty (50) pages, unless all parties agree otherwise." D.N.M.LR-Civ. 10.5.

2. On July 15, 2015, the State filed a *Motion for Partial Summary Judgment Regarding Defendants' Rights to Water Under the Old Valdez Ditch* (Doc. 11088).

3. The State's Motion included two affidavits and 38 exhibits in support of the Motion. The combined number of pages for all exhibits exceeds the maximum number of pages allowed by Rule 10.5.

4. Although the State made every effort to reduce the number of pages by attaching only the relevant pages from each document, due to the large number of documents the page limit was still exceeded.

1

The State respectfully requests the Court enter an order granting the State's motion for leave to exceed the 50 page limit for exhibits.  Counsel for the State has conferred with Counsel for Defendants regarding this motion.  Defendants do not oppose this motion.

        Respectfully submitted,

        /s/ Misty Braswell
        Misty M. Braswell
        Ed Newville
        Special Assistants Attorney General
        New Mexico Office of the State Engineer
        P. O. Box 25102
        Santa Fe, NM 87504-5102
        Telephone:  (505) 827-3989
        Fax:  (505) 827-3887
        misty.braswell@state.nm.us
        *Attorneys for Plaintiff State of New Mexico*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2015 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list to be served via electronic mail.

        /s/ Misty M. Braswell