IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer ) | | 69cv07941-MV/KK |
| ) | | RIO CHAMA STREAM SYSTEM |
| Plaintiff, ) | | |
| ) | | Section 3, Rio Cebolla |
| vs. ) | | |
| ) | | Subfile Nos. CHCB-001-0007, CHCB |
| ) | | 002-0001B, CHCB-002-0002C, CHCB |
| ) | | 002-0009 |
| ROMAN ARAGON, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

This matter having come before the Court upon the motion of the State of New Mexico requesting leave to exceed the page limitation for exhibits under Local Rule of Civil Procedure 10.5, it is hereby ORDERED:

1. The State's *Motion for Leave to Exceed Page Limitation* is granted as to exhibits submitted in support of the State's *Motion for Partial Summary Judgment Regarding Defendants' Rights to Water Under the Old Valdez Ditch* (Doc. 11088).

_____
Kirtan Khalsa
United States Magistrate Judge