STATE OF NEW MEXICO

OFFICE OF STATE ENGINEER

## CERTIFICATE OF CONSTRUCTION.

Certificate No. 2738        Book "M-1"        Refers to Declaration No. 0636
                                              "            "            0636 Amended
                                              "            "            0636-B  "
                                              "            "            0636-C  "
                                              Permit No.                2738

    This is to certify that the works known as Acequia Pinavetal, Valdez Ditch, and Sanchez Ditch all constructed prior to 1907, were inspected in the year of 1953, by Walter G. Turley, registered professional engineer and land surveyor in the State of New Mexico, who had been duly authorized by the State Engineer of New Mexico to make such inspection, and that said works were found to be located and of descriptions as follows:

### Acequia Pinavetal   (Declaration 0636 Amended)

    Diverts from right bank of Rito del Tanque, tributary to Rio Cebolla, tributary to Rio Chama River of Rio Grande System at a point in NE¼ SW¼ of Section 17, Township 27 North, Range 5 East, whence the West quarter corner of said Section 17 bears North 86° - 02' West, 1597 feet distant.

    The diversion works are of temporary nature; the ditch is open earthen type, 20,500 feet in length and has maximum capacity of 7.5 cubic feet per second.

### Jose A. Sanchez Ditch   (Declaration 0636-C Amended)

    Diverts from right bank of Rito del Tanque at a point in NE¼ of Section 19, Township 27 North, Range 5 East, whence the Northwest corner of said Section 19 bears North 64° - 13' West, 3600 feet distant.

    The diversion works consist of rock and brush; the ditch is open earthen type, 3100 feet in length and has maximum capacity of 1.35 cubic feet per second.

### Patricio Chacon Ditch   (Old Valdez Ditch - Decl.0636-B Amended)

    Diverts from right bank of Rito del Tanque at a point in NE¼ SE¼ of Section 24, Township 27 North, Range 4 East, whence the E quarter corner of said Section 24 bears North 60° - 14' East, 470 feet distant.

Def. Exhibit I (1)

The diversion works consist of rock and brush; the ditch is open earthen type, 1580 feet in length and has maximum capacity of 1.35 cubic feet per second.

WITNESS, my hand and official seal this _20th_ day of _Nov._ 1953.

John R. Erickson
State Engineer
By: _A. F. Brown_
Arthur F. Brown
Assistant State Engineer

Def. Exhibit I (2)





**DEPARTMENT OF AGRICULTURE**
OFFICE OF THE SECRETARY
WASHINGTON, D. C.

December 15, 1913.

The Honorable,

The Secretary of the Interior.

Sir:

I have the honor to request that the following described land (List No. 3-2964), in the Carson National Forest, New Mexico, be opened to settlement and entry in accordance with the Act of June 11, 1906, (34 Stat.,233):

Township 27 North, Range 4 East, N. M. P. Meridian.

(Santa Fe Land District)

Section 25

    SE/4 NW/4,

    Area 40.00 acres.

Mrs. Antonio Gabin, Cebolla, New Mexico, applied on July 19, 1912, for this tract.

The tract above described has no power possibilities.

Very respectfully,

Acting Secretary.

Def. Exhibit III (1)

IN REPLY PLEASE REFER TO ...394 '14 "K" R.E.M.

2 Inc.

# DEPARTMENT OF THE INTERIOR

## GENERAL LAND OFFICE

WASHINGTON          February 9, 1914.

ADDRESS ONLY THE
COMMISSIONER OF THE GENERAL LAND OFFICE

Mr. Antonio Gavin,

   Cebolla, New Mexico.

My dear Sir:

   In reply to your letter of January 21st, I have to inform you that the tract covered by List 3-2964, which was listed upon the application of Mrs. Antonio Gabin, will be open to homestead entry by the first qualified applicant therefor on May 11, 1914, unless the person possessing the preferred right of entry files an application to enter in the local land office within sixty days prior to such date of opening.

   You request that the name of the applicant for listing be changed to Mr. Antonio Gavin. This office is without authority to make such change and the lands will therefore be restored as upon application of the person named in the list. However, if such applicant is not qualified to make a home-

Def. Exhibit III (2)

394674 "K" R.E.M.

stead entry the lands may be entered by any other qualified person on or after the date of restoration.

You state that you are in destitute circumstances and request that this office aid you, but I do not see that this office can afford you any relief in the matter.

I inclose herewith a copy of circular No. 263 and return the Forest Service letter received with your own.

      Very respectfully,

      *John McPhaul*

Acting Assistant Commissioner.

1-31 WD

Def Exhibit III (3)