IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer ) | 69cv07941-MV/KK | |
| ) | RIO CHAMA STREAM SYSTEM | |
| Plaintiff, ) | | |
| ) | Section 3, Rio Cebolla | |
| vs. ) | | |
| ) | Subfile Nos. CHCB-001-0007, | |
| ROMAN ARAGON, *et al.*, ) | CHCB-002-0001B, CHCB-002-0002C, | |
| ) | CHCB-002-0009 | |
| Defendants. ) | | |
| ) | | |

**STATE OF NEW MEXICO'S NOTICE OF COMPLETION OF BRIEFING**

In accordance with Local Rule **7**.4(e), the State of New Mexico hereby certifies that briefing has been completed on the *State of New Mexico's Motion to Strike Defendants' Expert Reports and Exclude the Testimony of Stephen D. Hardin, Sam Smallege, Charlie Hibner, and Malcolm Ebright* ("State's Motion"), and the motion is ready for decision. Documents filed in this matter are the State's Motion (Doc. 11080, filed April 27, 2015), the *Defendants' Response to State of New Mexico's Motion to Strike Defendants' Expert Reports and Exclude the Testimony of Stephen D. Hardin, Sam Smallege, Charlie Hibner, and Malcolm Ebright* (Doc. 11081, filed May 11, 2015), and the *State of New Mexico's Reply to Defendants' Response to Motion to Strike Defendants' Expert Reports and Exclude the Testimony of Stephen D. Hardin, Sam Smallege, Charlie Hibner, and Malcolm Ebright* (Doc. 11083, filed May 22, 2015).

                Respectfully submitted,

                /s/ Misty Braswell
                Misty M. Braswell
                Ed Newville
                Special Assistants Attorney General
                New Mexico Office of the State Engineer
                P. O. Box 25102
                Santa Fe, NM 87504-5102

Telephone:  (505) 827-3989
Fax:  (505) 827-3887
misty.braswell@state.nm.us
*Attorneys for Plaintiff State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2015 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list to be served via electronic mail.

/s/ Misty M. Braswell