

RECEIVED

JUL 19 1951

**STATE ENGINEER**

BY.......................................

A F F I D A V I T

I, PATRICIO CHACON, being first duly sworn, upon my oath, depose and say:

That I am a resident of the community of Cebolla, Rio Arriba County, New Mexico; That I was born on June 30, 1893, in Cebolla, New Mexico, and have resided in and around Cebolla, New Mexico, all of my life; That I know of my own personal knowledge that Roman Martinez is the owner in fee simple of approximately six acres of land located in the NE¼NE¼, S. 26, Twp. 27 N., R. 4 E., and that this property was originally homesteaded by Guadalupe Garcia, who conveyed the property to Canuto Valdez and Vicente Valdez y Morfin, who in turn conveyed the property to Elias Gallegos, who in turn conveyed to the said Roman Martinez; That your affiant is the owner in fee simple of approximately ten acres of land located in the NW¼NW¼, S. 25, Twp. 27 N., R. 4 E., and that this property was originally homesteaded by Jose Leandro Montoya, who in turn conveyed to J. G. V. Lopez, who in turn conveyed to your affiant; That your Affiant is also the owner in fee simple of approximately twelve acres of land located in the SE¼NW¼, S. 24, Twp. 27 N., R. 4 E., and that this property was originally homesteaded by Juan Desiderio Valdez, who conveyed to Manuel Garcia and Mrs. Manuel Garcia, his wife, and that Mrs. Manuel Garcia, after the death of Manuel Garcia, her husband, conveyed to your Affiant; That Gabriel Valdez is the owner in fee simple of approximately thirteen acres of land located in the SW¼SW¼, S. 24, Twp. 27 N., R. 4 E., and that this property was originally homesteaded by Gabriel Valdez, who conveyed to Canuto Valdez, who in turn conveyed to the said Gabriel Valdez; That Luis Quintana is the owner in fee simple of approximately thirty acres of land located in the E½SW¼, S. 24, Twp. 27 N., R. 4 E., and that this property was originally homesteaded by Gabriel Valdez, who conveyed to the said Luis Quintana; That Pablo Sena and Alfredo Lujan are the owners in fee simple of approximately eleven acres of land situated in the SW¼NE¼, S. 24, Twp. 27 N., R. 4 E., and approximately five acres of land situated in the SW¼SE¼, and approximately five acres of land situated in the N½S½SE¼, and

-1-

EXHIBIT

A


approximately five acres of land situated in the SE¼SE¼, all in S. 13, Twp. 27 N., R. 4 E.; and that part of this property was originally homesteaded by Juan Desiderio Valdez, who conveyed to Vicente F. Valdez and Matias Sanchez, who in turn conveyed to the said Pablo Sena and Alfredo Lujan; and that part of this property was originally homesteaded by Vicente F. Valdez, who conveyed to Matias Sanchez, who in turn conveyed to the said Pablo and Alfredo Lujan; That Manuel Sanchez is the owner in fee simple of approximately six acres of land situated in the NE¼SE¼, S. 13, Twp. 27 N., R. 4 E., and that this property was originally homesteaded by Donaciano Lucero, who conveyed to Desiderio Sanchez, and that said Manuel Sanchez acquired said land as his share of inheritance from his father, the said Desiderio Sanchez; That Manuel Sanchez is the owner in fee simple of approximately four acres of land situated in the NW¼SE¼ and NE¼SE¼, S. 13, Twp. 27 N., R. 4 E., and approximately four acres of land situated in the SW¼NW¼ and NW¼NW¼, S. 18, Twp. 27 N., R. 5 E., and that this property was originally homesteaded by Antonio Maria Sanchez, and that Jose Sanchez acquired said land as his share of inheritance from his Father, the said Antonio Maria Sanchez, and that Jose Sanchez conveyed to the said Manuel Sanchez; That Medardo Sanchez is the owner in fee simple of approximately thirteen acres of land situated in the S½NE¼, S. 13, Twp. 27 N., R. 4 E., and that this property was originally homesteaded by Antonio Maria Sanchez, who conveyed to Leonardo Lucero, and that Maria Lucero de Martinez acquired said land as her share of inheritance from her brother, the said Leonardo Lucero, and that said Marta Lucero de Martinez conveyed to the said Medardo Sanchez; That Medardo Sanchez is the owner in fee simple of approximately five acres of land situated in the SW¼NW¼ and NW¼SW¼, S. 18, Twp. 27 N., R. 5 E., and that this property was originally homesteaded by Donaciano Lucero, who conveyed to Desiderio Sanchez, and that said Medardo Sanchez acquired said land as his share of inheritance from his father, the said Desiderio Sanchez; That Sameul Sanchez is the owner in fee simple of approximately six acres of land situated in the SW¼NW¼, S. 18, Twp.

27 N.; R. 5 E.; and that this property was originally homesteaded by Donaciano Lucero, who conveyed to Desiderio Sanchez; and that said Samuel Sanchez acquired said land as his share of inheritance from his father, the said Desiderio Sanchez; That Jose I. Maes is the owner in fee simple of approximately fourteen acres of land situated in the S½N½, S. 18; Twp. 27 N.; R. 5 E.; and that this property was originally homesteaded by Juan Maez, who conveyed to the said Jose I. Maez.

That I know of my own personal knowledge that all of the above des- cribed tracts of land have been continuously irrigated with waters from the Acequia Pinabetal, with the exception of a seven acre tract of land belonging to your affiant and located in the NW¼SE¼, S. 24, Twp. 27 N.; R. 4 E.; and this tract of land has been irrigated with waters from the Rito del Tanque. I further know of my own knowledge that the foregoing described tracts of land have been irrigated since about 1904 and that the waters used to irrigate these tracts of land were put to continuous and undisturbed beneficial use by the present owners and their predecessors in title.

*Patricio Chacon*
Patricio Chacon

Subscribed and sworn to before me this 19th day of July, 1951.

*Margaret S. Sebastian*
Notary Public

My Commission Expires: 9-18-'51

*3*