# DECLARATION OF OWNERSHIP OF WATER RIGHTS
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE ACCOMPANIED BY FILING MAP.)
(A FEE OF $1.00 SHALL ACCOMPANY THIS FILING)

**FILED DEC 19 1949 OFFICE STATE ENGINEER SANTA FE N. M.**

TRN 282400

Date of receipt ................................. Declaration No. 0628, Amended

I, Medardo Sanchez, Chairman of the Commissioners of the Acequia Pinavetal,

a resident of Cebolla, County of Rio Arriba,

State of New Mexico, being first duly sworn, upon my oath,

declare that the said Commission is the sole (Sole or Partial) owner of a right to make beneficial use of water from Rito del Tanque, a tributary of Rio Cebolla and Rio Chama on certain lands in the County of Rio Arriba, State of New Mexico, lying under the Acequia Pinavetal (Name of Canal, Community Ditch, Flood-Water Ditch, etc.) and make these several statements relative thereto:

1. The Acequia Pinavetal (Name of Ditch or Irrigation System) was initiated by construction (By Survey, by Filing, by Starting Construction) on or about prior to 1883 (Year and Month, if Possible), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on 162 acres of land described hereinafter.

1. a. If the system was subsequently extended, fill in following:

    The ............................................ (Name of Ditch or Irrigation System) was extended or enlarged on or about ............................ (Year and Month, if Possible) and water was applied to beneficial use on an additional ............................ acres of land described hereinafter.

    (If system was extended or enlarged more than once repeat this paragraph properly filled in and attach hereto.)

2. The filing map which accompanies this declaration shows the point of diversion, the location and hydraulic properties of the main canal, or canals, storage works, etc., and shows all irrigated lands and their respective ownerships. As shown on the map, the main canal is 1.5 feet wide, has a depth of 1.0 feet of water when running at maximum safe capacity, side of slopes of 1 horizontal to 1 vertical, a fall of limiting 10 feet per 1000 feet, and carries a maximum of 7.5 second feet of water to the irrigated lands. The storage reservoir (if any) holds a maximum of .................. acre feet of water and is filled, on an average, .................. times per year.

3. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE. | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| NE1/4 NE1/4 | 26 | 27N | 4E | 6 | Roman Martinez | |
| NW1/4 NW1/4 | 25 | 27N | 4E | 10 | Patricio Chacon | |
| NW1/4 NW1/4 | 24 | 27N | 4E | 12 | " " | |
| SW1/4 SW1/4 | 24 | 27N | 4E | 13 | Gabriel Valdez | |
| E1/2 SW1/4 | 24 | 27N | 4E | 30 | Luis Quintana | |
| SW1/4 NE1/4 | 24 | 27N | 4E | 11 | (Pablo Sena & Alfredo Lujan | |
| SW1/4 SE1/4 | 13 | 27N | 4E | 5 | " " " " | |
| N1/2 S1/2 SE1/4 | 13 | 27N | 4E | 5 | " " " " | |
| SE1/4 SE1/4 | 13 | 27N | 4E | 5 | " " " " | |
| NE1/4 SE1/4 | 13 | 27N | 4E | 6 | Manuel Sanchez | |
| NW1/4SE1/4NE1/4SE1/4 | 13 | 27N | 4E | 4 | " " | |
| SW1/4 NW1/4 NW1/4 NW1/4 | 18 | 27N | 5E | 4 | " " | |
| SW1/4 SW1/4 | 18 | 27N | 5E | 14 | Jose A. Sanchez | |
| S1/2 NE1/4 | 13 | 27N | 4E | 13 | Medardo Sanchez | |
| SW1/4 NW1/4 NW1/4 SW1/4 | 18 | 27N | 5E | 5 | " " | |

(OVER)

EXHIBIT B

| SUBDIVISION | SEC. | TWP. | RGE. | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| SW1/4 NW1/4 | 18 | 27N | 5E | 6 | Samuel Sanchez | |
| S1/2 N1/2 | 18 | 27N | 5E | 14 | Jose I. Maez | |

4. The quantity of water applied to beneficial use on the lands equals........3........acre feet per irrigated acre. The irrigation season is from......May 1........to........Oct 1........of each year.

Water is not used for stock and domestic purposes........year-round........
(Give Period of Use, If Any)

I/We hereby declare that to the best of my/our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly, openly, notoriously and peaceably applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I/We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants.....Medardo Sanchez

Title✦ Chairman of Commissioners, Acequia Pinaveta

Title✦ ..................................................

Title✦ ..................................................

Title✦ ..................................................

Title✦ ..................................................

✦Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this......19th......day of......December......, 19 49.

........................................ (Notary Public)

My Commn. Expires 3-24-50