# DECLARATION OF OWNERSHIP OF WATER RIGHT

*Perfected Prior to March 19, 1907*

'956 JUL -9 PM 1:53 (FORM TO BE EXECUTED IN DUPLICATE ACCOMPANIED BY FILING MAP.)
(A FEE OF $1.00 SHALL ACCOMPANY THIS FILING)

STATE ENGINEER OFFICE
SANTA FE

Date of Receipt: 7-9-56     Declaration No. 01413 / 01414

We, Ross Martinez, Jose G. Cordova

residents of Cebolla and Hernandez, respectively, County of Rio Arriba, State of New Mexico, being first duly sworn, upon our respective oaths, declare that we are the Sole (Sole or Partial) owners of a right to make beneficial use of water from Rito en Media, a tributary of Chama River, on certain lands in the County of Rio Arriba, State of New Mexico, lying under the Venceslao Martinez Ditch (Name of Canal, Community Ditch, Flood-Water Ditch, etc.) and make these several statements relative thereto:

1. The Venceslao Martinez Ditch was initiated by construction and use on or about 1889, and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on 104 acres of land described hereinafter.

   1. a. If the system was subsequently extended, fill in following:
   The _____ was extended or enlarged on or about _____ and water was applied to beneficial use on an additional _____ acres of land described hereinafter.
   (If system was extended or enlarged more than once repeat this paragraph properly filled in and attach hereto.)

2. The filing map which accompanies this declaration shows the point of diversion, the location and hydraulic properties of the main canal, or canals, storage works, etc., and shows all irrigated lands and their respective ownerships. As shown on the map, the main canal is 3 feet wide, has a depth of one feet of water when running at maximum safe capacity, side of slopes of 1 horizontal to 1 vertical, a fall of 2 feet per 1000 feet, and carries a maximum of _____ second feet of water to the irrigated lands. The storage reservoir (if any) holds a maximum of _____ acre-feet of water and is filled, on an average, _____ times per year.

3. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date is determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE. | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| 01413 → NW¼ SE¼ | 25 | 27N | 4E | 7 | Ross Martinez | 1889 |
| 01414 → NE¼ SW¼ | 25 | 27N | 4E | 34 | Jose G. Cordova | 1889 |
| NW¼ SW¼ | 25 | 27N | 4E | 34 | Jose G. Cordova | 1889 |
| 01413 → SE¼ SW¼ | 25 | 27N | 4E | 12 | Ross Martinez | 1889 |
| SW¼ SW¼ | 25 | 27N | 4E | 17 | Ross Martinez | 1889 |

c1413
7 ... 34
12 ... 34
17 ... 63 ac.
5 ac.

104

(OVER)


EXHIBIT C

| SUBDIVISION | SEC. | TWP. | RGE. | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

4. The quantity of water applied to beneficial use on the lands equals __three__ acre feet per irrigated acre. The irrigation season is from __March__ to __October__ of each year.

Water is ~~not~~ used for stock and domestic purposes __all of the time__ .
(Give Period of Use, If Any)

~~XX~~ / We hereby declare that to the best of ~~my~~ / our knowledge and belief the above statements are true and correct and that the water has been continuously, uninterruptedly, openly, notoriously and peaceably applied to beneficial uses on the above described lands from the date of the inception of the right to the present time.

X / Wo hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants __Jose D Cordova__
Owner
Title*_____

__Pass Martinez__
Owner
Title*_____

Title*_____

Title*_____

Title*_____
*Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this __21st__ day of __May__, 19__56__.

My Commission Expires:

__Oct 5, 1957__

__Samuel Z Martinez__
Notary Public
In and For the County of Santa Fe,
New Mexico.

01413
01414 

## AFFIDAVIT

STATE OF NEW MEXICO ) ss
COUNTY OF RIO ARRIBA )

    PEDRO MARTINEZ, being first duly sworn upon his oath, deposes and states that he a resident of the Village of Cebolla, located in the County of Rio Arriba, State of New Mexico; that he is 79 years of age; that he is the son of Donaciano Martinez, now deceased, who was also a resident of Cebolla, New Mexico.

    Affiant further states that he remembers that prior to the year 1889, the waters from the stream known as "Rito en Medio" followed a definite channel, said channel being located east of Cebolla, New Mexico; that the said stream had its origin from two springs located in what is now the Carson National Forest; that the waters from the said Rito en Medio (Media) were used by my father, Donaciano Martinez, for the purpose of irrigating certain lands now belonging to Ross Martinez and Jose G. Cordova; and that the successors in interest of the aforementioned persons have continued to use the said waters and applied them to the beneficial use of their said lands; that the lands now belonging to Ross Martinez previously belonged to the Affiant herein; that the lands now belonging to Jose G. Cordova formerly belonged to Venceslao Martinez, who had acquired them from Donaciano Martinez, my father, and that continuously over the years since 1889, they have applied the use of said waters to their land for the purposes of irrigation, stock watering and other domestic uses.

    Affiant further states that the Rito en Medio (Media) has its source in the Carson National Forest from two springs, which said supply continues through most of the year, and that in the early spring, the run-off from the Carson National Forest is very plentiful, and that by reason thereof, the said creek hereinbefore mentioned carries a considerable amount of water.

-1-

 

Affiant further testifies that he remembers distinctly that the said waters from said creek were used for irrigation purposes on the lands presently owned by Ross Martinez and Jose G. Cordova prior to the year 1889; that said waters were also used for stock watering purposes and domestic purposes; that some small ditches have been in existence on the said lands for the purpose of such irrigation for as long as Affiant herein is able to remember. Further, Affiant sayeth not.

_____

Subscribed and sworn to before me this _21_ day of _May_, 1956.

_____
Notary Public

My Commission Expires:
June 3, 1959

-2-

01413 & 01414

## AFFIDAVIT

STATE OF NEW MEXICO )
        ) ss
COUNTY OF RIO ARRIBA )

  PEDRO TRUJILLO Y CHACON, being first duly sworn upon his oath, deposes and states that he is a resident of Cebolla, New Mexico, and is 77 years of age; that he has lived in Cebolla, New Mexico, practically all of his life and was born there; that he remembers prior to the year 1889 a small creek known as the Rito en Medio (Media) was in existence, and recalls seeing water flowing in said creek prior to 1889, and that the waters from said creek were used for the purpose of irrigating lands then belonging to Donaciano Martinez, which said lands are presently owned by Ross Martinez and Jose G. Cordova; that as a very young boy, he personally irrigated lands in the immediate vicinity of the Martinez and Cordova lands in the years 1895 and 1896; that the waters from said creek were used for irrigating the said lands, stock watering and for domestic purposes; that until very recently, the waters from the Rito en Medio (Media) were beneficially used by the said lands now belonging to Ross Martinez and Jose G. Cordova.

  Affiant further states that the source, or headwaters, of the said creek is in the Carson National Forest, and its original source is two springs which affiant understands are located on privately owned land; that the flow of said creek is in a westerly direction and that in the Spring, when the run-off of the said Carson National Forest increases the flow of said creek, after irrigating the lands of Ross Martinez and Jose G. Cordova, the said creek empties into what is known as the Rio Cebolla, which flows in a westerly direction through the Village of Cebolla, New Mexico. Further, affiant sayeth not.

            _Pedro Trujillo y Chacon_

Subscribed and sworn to before me this 21 day of May, 1956.

            _Leandro G. Martinez_
My Commission Expires:     Notary Public
June 3, 1959