IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                                      69cv07941 MV/KK

                                                            Rio Chama Adjudication

    v.

ROMAN ARAGON, *et al.*,

       Defendants.

## ORDER

**THIS MATTER** is before the Court on the State of New Mexico's Motion for Leave to Exceed Page Limitation, Doc. 11089, filed July 20, 2015.

The State of New Mexico filed a Motion for Partial Summary Judgment Regarding Defendants' Rights to Water Under the Old Valdez Ditch, Doc. 11088. The number of pages of exhibits attached to the State's motion for summary judgment exceed the 50-page limit for exhibits set forth in D.N.M.LR-Civ. 10.5. The State moves the Court for leave to exceed the page limitation. No responses opposing the State's Motion for Leave to Exceed Page Limitation. The Court will **GRANT** the State of New Mexico's Motion for Leave to Exceed Page Limitation, Doc. 11089, filed July 20, 2015.

    IT IS SO ORDERED.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**