IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) State Engineer ) ) Plaintiff, ) ) vs. ) ) ROMAN ARAGON, *et al.*, ) ) Defendants. ) ) | | 69cv07941-MV/KK RIO CHAMA STREAM SYSTEM Section 3, Rio Cebolla Subfile Nos. CHCB-001-0007, CHCB-002-0001B, CHCB-002-0002C, CHCB-002-0009 |

**STATE OF NEW MEXICO'S NOTICE OF COMPLETION OF BRIEFING**

In accordance with Local Rule **7**.4(e), the State of New Mexico hereby certifies that briefing has been completed on the *State of New Mexico's Motion for Partial Summary Judgment Regarding Defendants' Rights to Water Under the Old Valdez Ditch* ("State's Motion for Partial Summary Judgment"), and the matter is ready for decision. Documents filed in this matter are the State's Motion for Partial Summary Judgment (Doc. 11088, filed July 15, 2015), the *Defendants' Response and Memorandum in Opposition to the State of New Mexico's Motion for Partial Summary Judgment Regarding Defendants' Rights to Water Under the Old Valdez Ditch* (Doc. 11091, filed July 31, 2015), and the *State of New Mexico's Reply to Defendants' Response and Memorandum in Opposition to the State of New Mexico's Motion for Partial Summary Judgment Regarding Defendants' Rights to Water Under the Old Valdez Ditch* (Doc. 11093, filed August 7, 2015).

                    Respectfully submitted,

                    /s/ Misty Braswell
                    Misty M. Braswell
                    Ed Newville
                    Special Assistants Attorney General
                    New Mexico Office of the State Engineer

P. O. Box 25102
Santa Fe, NM 87504-5102
Telephone:  (505) 827-3989
Fax:  (505) 827-3887
misty.braswell@state.nm.us
*Attorneys for Plaintiff State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2015 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list to be served via electronic mail.

/s/ Misty M. Braswell