IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer ) | 69cv07941 – MV / KK | |
| ) | RIO CHAMA STREAM SYSTEM | |
| Plaintiff, ) | | |
| ) | Section 3, Rio Cebolla | |
| vs. ) | Subfile Nos. CHCB-001-0007, | |
| ) | CHCB-002-0001B, CHCB-002-0002C, | |
| ) | CHCB-002-0009 | |
| ROMAN ARAGON, *et al.*, ) | | |
| Defendants. ) | | |
| _____ ) | | |

## AFFIDAVIT OF STEPHEN D. HARDIN

I, Stephen D. Hardin, being duly sworn, state as follows:

1. I am a Land Surveyor who has performed work for La Asociacion de Las Acequias Nortenas de Rio Arriba as a contributor of exhibits to the work by Malcolm Ebright, entitled "Settlement North of Abiquiu Leading to Settlement and Irrigation at Cebolla".

2. I have also performed work developing an exhibit involving the properties of the Defendants in this case, Charlie and Geralda Chacon and Delfin and Francis Quintana, in particular "Exhibit A: Assembled and Prepared By Stephen D. Hardin, Land Surveyor", prepared July 14, 2008, and revised on July 26, 2009 and July 26, 2015. My survey map is based on office and field work, is geo-referenced and approximates the section lines, boundaries and topographic features of the subject properties. See attached Exhibit A.

3. All irrigated lands as shown on Exhibit A were located and identified in the field by Gerald Chacon. No boundary surveys during several field investigations were conducted.

4. Exhibit A depicts the original government patents of the Defendants Chacon and Quintana based upon my review of the underlying original GLO surveys and resurveys and government patents for the respective properties which are: for one of the Charlie and Geralda

Exhibit A   1

Chacon properties the Patentee is Jose Leandro Montoya who occupied the homestead property, Section 25, T 27 N, R 4E, in (1886) and received the patent on March 1, 1892 and for the properties of Delfin and Francis Quintana, the two Patentees were Gabriel Valdez, occupying in (1884) and Canuto Valdez, occupying in (1887).

5. The Chacon fields identified as "Alfalfita" of about 5.0 acres and a second field near the "Old Tank" of about 4.0 acres lie within the portion of the Jose Leandro Montoya patent in the area where the February 8, 1884 Atkinson Survey and surveying notes identify and depict the presence of "cultivation". See 1884 Atkinson Survey, Exhibit B.

6. The Quintana fields of about 10 acres between the Old Valdez Ditch and the Rito del Tanque lie within the portion of the Canuto Valdez and Gabriel Valdez homestead patents in the areas where the February 8, 1884 Atkinson Survey and surveying notes identify and depict the presence of "cultivation". See Exhibit B.

7. Neither the "Alfalfita" field of 5.0 acres, more or less, nor the field of 5.0 acres, more or less at the Old Tank location, overlap with any part of the 30 acre parcel irrigated by the transfer of water rights in 1973 by Charlie Chacon. See Exhibit A.

8. Both the Rito del Tanque and the Old Valdez Ditch traverse both the Chacon and the Quintana properties.

FURTHER AFFIANT SAYETH NAUGHT

*Stephen D. Hardin*

Stephen D. Hardin

SUBSCRIBED AND SWORN to before me this 28th day of July, 2015.

Notary Public

My Commission Expires: 11-30-2016



OFFICIAL SEAL
TED J. TRUJILLO
NOTARY PUBLIC - NEW MEXICO
Notary Bond Filed With Secretary of State
My Commission Expires _____

2





Exhibit A (2)



Exhibit B (1)



Exhibit B (2)

