Exhibit A

EXHIBIT
C

US Forest Service Lands

US Forest Ser

1909

Rito de la Piedra

Sanchez Ditch

Jose Aguilar
(Pat. 1904)

Sec. 18

Sec. 19

Sec. 19

Canuto Valdez
Ditch

Rio del Medio

Sec. 30

Rito

Tanque

Rito del Tanque

(S 1/2 NW 1/4, Sec. 19)

Blas S.
Valdez

Old Valdez
Ditch

(N 1/2 SW 1/4, Sec. 19)

Evidence of
Ancient Ditch

Canuto
Valdez
(1902)

(S 1/2 SW 1/4, Sec. 19)

Venceslao

Martinez Ditch

R. 4 E.   R. 5 E.

st Service Lands

US Forest Ser

1905

Old Mill Tank
(See Photos)

Small
Alto Area
Drainages

22 Ac.±

15 Ac.±

Tia Josefa Ranch 80 Acs
N 1/2 SE 1/4, Sec. 24)
Mud slide area
created by slipping road

A Portion of Old Valdez
Ditch omitted from OSE maps

Old Valdez
Ditch

(USGS) Spring

Old Tank

Juan Desiderio Valdez
(S 1/2 NE 1/4, Sec. 24)
(USGS) Spring

Vicente Valdez

(USGS)

Pinavetal

Sec. 13

Manuel Garcia
(1907)

T. 27 N.

Sec. 24

Ruins of Canuto
Valdez House

LANDS OF
DELFIN QUINTANA
(S 1/2 SE 1/4, Sec. 24)

Miguel A. Madrid

Rio del Medio

Cordova/Maes

Sec. 25

North Ditch

Point shown as a POD

Point shown on OSE maps and
named Alfalfita POD

(SW 1/4, Sec. 24)

30 Acs
Transferred From

Gabriel
Valdez

Chacon
Ditch

Pedro Y
Irrigated area

Old Dirt
Tank

Patricio Chacon
1951
(NE 1/4 NW 1/4,
Sec. 25)

Pedro Y Martinez
1922
(SE 1/4 NW 1/4,
Sec. 25)

Chacon's
Registered
Spring

13 1/2
Ac.±

Old Dirt
Tank

10 Ac.

Transfer
To

15 1/2
Ac.±

TOTAL
30 Ac±

(PATENT)
Jose
Leandro

Montoya

Sec. 25

Rito del Tanque

Ruins of
Valdez House

Sec. 23
Sec. 26

NW 1/4, NW 1/4
Sec. 25

PORTION OF THE
SW 1/4, NW 1/4
Sec. 25

Irrigated lands by
the Pinavetal

Lands irrigated by
the Sanchez Ditch
claimed by the Chacons

Lands irrigated by
the Old Valdez Ditch
in the N 1/2 SE 1/4, Sec. 24
claimed by the Chacons

Alfalfa field irrigated by
the Old Valdez Ditch

● Point of Diversion (POD)

EXHIBIT A
ASSEMBLED AND PREPARED
BY STEPHEN D. HARDIN
LAND SURVEYOR
UPDATED DRAFT MAP
July 14, 2008

NORTH
1" = 1200'

NOTE: ACREAGE SHOWN HEREIN ARE
APPROXIMATE AND DO NOT TAKE
INTO CONSIDERATION AREAS
OCCUPIED BY HOUSES, ROADS
AND OTHER MAN MADE FEATURES.

● Point of Diversion (POD)

LANDS OF CHARLIE (CARLOS)
AND JERALD CHACON