IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | | |
| State Engineer ) | | 69cv07941-MV/KK |
| ) | | RIO CHAMA STREAM SYSTEM |
| Plaintiff, ) | | |
| ) | | Section 3, Rio Cebolla |
| vs. ) | | |
| ) | | Subfile Nos. CHCB-001-0007, |
| ROMAN ARAGON, *et al.*, ) | | CHCB-002-0001B, CHCB-002-0002C, |
| ) | | CHCB-002-0009 |
| Defendants. ) | | |

**STATE OF NEW MEXICO'S NOTICE OF COMPLETION OF BRIEFING**

In accordance with Local Rule 7.4(e), the State of New Mexico hereby certifies that briefing has been completed on the *State of New Mexico's Motion in Limine to Prohibit Opinion Testimony by Lay Witnesses* ("State's Motion in Limine"), and the matter is ready for decision. Documents filed in this matter are the State's Motion in Limine (Doc. 11097, filed September 4, 2015), the Defendants' *Response in Opposition to Motion in Limine by State of New Mexico to Prohibit Opinion Testimony by Lay Witnesses* (Doc. 11099, filed September 21, 2015), and the *State of New Mexico's Reply to Defendants' Response in Opposition to Motion in Limine by State of New Mexico to Prohibit Opinion Testimony by Lay Witnesses* (Doc. 11101, filed September 28, 2015).

Respectfully submitted,

/s/ Misty Braswell
Misty M. Braswell
Ed Newville
Special Assistants Attorney General
New Mexico Office of the State Engineer
P. O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 827-3989
Fax: (505) 827-3887

1

misty.braswell@state.nm.us
*Attorneys for Plaintiff State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2015 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list to be served via electronic mail.

/s/ Misty M. Braswell