IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* )<br>State Engineer                          )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>vs.                                         )<br>                                              )<br>   ROMAN ARAGON, *et al.*,    )<br>                                              )<br>            Defendants.       )<br>_____) | 69cv07941-MV/KK<br>RIO CHAMA STREAM SYSTEM<br><br>Section 3, Rio Cebolla<br><br>Subfile Nos. CHCB-001-0007,<br>CHCB-002-0001B, CHCB-002-0002C,<br>CHCB-002-0009 |

**STATE OF NEW MEXICO'S NOTICE OF COMPLETION OF BRIEFING**

In accordance with Local Rule 7.4(e), the State of New Mexico hereby certifies that briefing has been completed on the *State of New Mexico's Motion to Strike Affidavit of Stephen D. Hardin* ("State's Motion to Strike"), and the matter is ready for decision.  Documents filed in this matter are the State's Motion to Strike (Doc. 11096, filed September 3, 2015), the *Defendants' Response to State of New Mexico's Motion to Strike Affidavit of Stephen D. Hardin* (Doc. 11098, filed September 17, 2015), and the *State of New Mexico's Reply to Defendants' Response to State's Motion to Strike Affidavit of Stephen D. Hardin*  (Doc. 11100, filed September 24, 2015).

        Respectfully submitted,

        /s/ Misty Braswell
        Misty M. Braswell
        Ed Newville
        Special Assistants Attorney General
        New Mexico Office of the State Engineer
        P. O. Box 25102
        Santa Fe, NM 87504-5102
        Telephone:  (505) 827-3989
        Fax:  (505) 827-3887
        misty.braswell@state.nm.us
        *Attorneys for Plaintiff State of New Mexico*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of September, 2015 I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list to be served via electronic mail.

                              /s/ Misty M. Braswell