IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                              69cv07941 MV/KK
                                                    Rio Chama Adjudication

    v.                                                  Pueblo Claims Subproceeding 1

ROMAN ARAGON, *et al.*,

        Defendants.

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 11104, filed October 7, 2015. The parties report that they have continued their settlement discussions during the preceding 120 days and that those discussions have moved the negotiations toward settlement. The Parties state that they do not anticipate the need for the Court to schedule the filing of dispositive motions within the next four months and suggest that the Court require the filing of a joint status report in four months.

The Parties shall, by February 8, 2016, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; and (4) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

    **IT IS SO ORDERED.**

*/s/ Kirtan Khalsa*
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**