IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


STATE OF NEW MEXICO, ex rel.        )
State Engineer,                     )            No. 69 CV 07941 MV/KK
                                    )
            Plaintiff,              )            Rio Chama Adjudication
                                    )
v.                                  )            Pueblo Claims Subproceeding 1
                                    )
ROMAN ARAGON, et al.,               )
                                    )
            Defendants.             )
_____)


**JOINT STATUS REPORT**

Pursuant to this Court's Order of October 27, 2015 (Document 11105), the undersigned

Parties submit this Joint Status Report.  The parties are discussing possible resolution of all of

Ohkay Owingeh's water rights claims to all sources of water.  As a result, this Joint Status

Report is being filed simultaneously in the companion case styled *State of New Mexico ex rel.*

*State Engineer, et al. v. Abbott,* No. 68-cv-7488 (MV/WPL) (*Abbott*).

1.      Settlement Negotiations

In the 120 days since the last status report, the Parties have continued to make progress in

evaluating settlement proposals, narrowing issues and developing concepts for a negotiated

resolution of Ohkay Owingeh's water rights claims.  The Parties continue to follow the

framework for discussion adopted when the negotiations began.  In that regard, Ohkay Owingeh

developed and presented to the Parties a comprehensive assessment of its need for water beyond

its current circumstances.  That analysis has been the focus of the discussions recently.  In

addition, the Parties have further developed and refined concepts for enhancing water supplies. Ohkay Owingeh and the United States as its trustee continue to collaborate on developing technical data necessary to assess various water sources within the Pueblo's Grant lands for their feasibility and reliability as sources of water to satisfy the Pueblo's future needs.  As previously reported, the Department of the Interior has appointed a Federal Assessment Team to evaluate the prospects for settlement of Ohkay Owingeh's claims, and certain members of the Team are participating in the settlement discussions.

Ohkay Owingeh had meetings with one or more of the negotiating Parties on the following dates:

| | |
|---|---|
| October 22: | City of Española (telephonic meeting) |
| November 19: | State Engineer and counsel |
| December 15: | Certain Acéquia negotiating Parties in *Abbott* and *Aragon* |
| December 16: | State of New Mexico |
| January 12: | Federal Assessment Team (telephonic meeting) |
| January 14: | Certain Acéquia negotiating Parties in *Abbott* and *Aragon* |
| January 15: | Santa Cruz Irrigation District and Santa Cruz Stream Systems' Community Ditch Association |
| January 15: | City of Española |

In addition, counsel and staff for Ohkay Owingeh, and counsel for various Parties have regularly discussed various issues by telephone and email as the need has arisen.

2.      Scheduling Dispositive Motions

The resumption of litigation would hamper the negotiating Parties efforts to resolve Ohkay Owingeh's water rights claims through negotiations.  The undersigned Parties are committed to continuing the negotiation process and have scheduled the next meeting for

February 25, 2016.  They expect to schedule additional meetings thereafter.  As a result, the

undersigned Parties do not anticipate the need for the Court to schedule the filing and briefing of

motions for summary judgment or other dispositive motions within the next four months.

       3.     <u>Rescheduling the Trial</u>

For the same reasons, the undersigned Parties do not believe that the trial should be

scheduled at this time.

       4.     <u>Other Matters</u>

The undersigned Parties suggest that the Court require the filing of a joint status report

four months from now, or June 8, 2016, at which time they will report to the Court on their

progress and on the question of whether they believe the Court should schedule dispositive

motions or otherwise resume litigation.

               Respectfully submitted,

Dated:  February 8, 2016           */s/ Curtis G. Berkey*


               _____

               **Attorneys for Ohkay Owingeh**
               Curtis G. Berkey (CA State Bar No. 195485)
               E-mail:  cberkey@berkeywilliams.com
               Scott W. Williams (CA State Bar No. 097966)
               E-mail:  swilliams@berkeywilliams.com
               Berkey Williams LLP
               2030 Addison Street, Suite 410
               Berkeley, California 94704

               Lee Bergen
               Bergen Law Offices, LLC
               4110 Wolcott Avenue NE, Suite A
               Albuquerque, New Mexico 87109
               lbergen@nativeamericanlawyers.com

**Attorney for the United States**

*/s/ Bradley Bridgewater*

_____

Bradley Bridgewater
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
Bradley.S.Bridgewater@usdoj.gov

**Attorney for State of New Mexico**

*/s/ Arianne Singer*

_____

Arianne Singer
Special Assistant Attorney General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
arianne.singer@state.nm.us

**Attorneys for City of Española**

*/s/ Seth R. Fullerton*

_____

Jay Stein
Seth R. Fullerton
Stein & Brockmann, PA
P.O. Box 2067
Santa Fe, NM 87504-2067
jfstein@newmexicowaterlaw.com
srfullerton@newmexicowaterlaw.com

**Attorney for Rio Chama Acéquia
Association**

*/s/ Peter Thomas White*

_____

Peter Thomas White
Sena Plaza, Suite 50
125 East Palace Avenue
Santa Fe, NM 87501
pwhite9098@aol.com

**Attorneys for El Rito Ditch Association
and its acéquia members; Gallina-
Capulin Acéquia Association and its
acequia members; La Asociacion de las
Acéquias del Rio Tusas, Vallecitos y Ojo
Caliente and its acéquia members**

*/s/ Mary E. Humphrey*

_____

Mary E. Humphrey
Connie Odé
Humphrey & Odé, PC
P.O. Box 1574
El Prado, NM 87529
humphrey@newmex.com
code@newmex.com

**Attorneys for Associacion de Acéquias
Norteñas de Rio Arriba**

*/s/ John W. Utton*

_____

John W. Utton
Sheehan & Sheehan, PA
P. O. Box 271
Albuquerque, NM 83703-0271
jwu@sheehansheehan.com

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 8th day of February, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.


*/s/ Curtis G. Berkey*

_____
Curtis G. Berkey