IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1, Chama Mainstream |
| Defendants. | |

### MOTION TO APPROVE APPOINTMENT
### OF RIO CHAMA WATERMASTER

The State of New Mexico, *ex rel.* State Engineer, by and through its undersigned counsel, moves the Court to approve the appointment by the State Engineer of Beatriz Vigil as the water master of the Chama Mainstream Section of the Rio Chama Stream System, and in support of this motion states the following:

1. The Partial Final Judgment and Decree ("Decree") entered on July 26, 1971 (Doc. 1778) for the Chama Mainstream Section requires that the State Engineer appoint a water master to assist in the administration and enforcement of the Decree "subject to the approval of the Court." Decree at 6. The water master serves under the direction of the State Engineer and under the general supervision of the Court. *Id.* The duties of the water master include, but are not limited to: the inspection and approval of meter installations required by the provisions of the Decree; the maintenance of records of water diversions; the supervision of water use under rights adjudicated by the Decree including the

establishment of the rate of diversion for each ditch; and the preparation of rules and regulations for the administration of the Decree. *Id.*.

2. Frank Scott, the previously appointed water master for the Chama Mainstream Section, has taken a new position with the Office of the State Engineer. In his place, the State Engineer has appointed Beatriz Vigil to serve as the water master for the Chama Mainstream Section.

3. Ms. Vigil was previously employed by the Office of the State Engineer/Interstate Stream Commission as an Engineering Technician Operational. She preformed duties as the primary contact for the Acequia Construction Program. She is experienced in holding public meetings, customer service, compliance issues, field checks and acequia by-laws. Ms. Vigil has extensive experience working with acequia parciantes and commissioners of community ditches in the lower Rio Chama and throughout Northern New Mexico. She is comfortable communicating with the public in English and Spanish on technical and compliance issues unique to New Mexico.

4. Ms. Vigil was introduced to the members of the Rio Chama Ditch Association at a public meeting in Medanales on February 22, 2016. After a description of her experience and qualifications, there were no objections or concerns to her appointment voiced by the members in attendance.

WHEREFORE the State of New Mexico requests that the Court approve the appointment of Beatriz Vigil as the water master for the Chama Mainstream Section.

Respectfully submitted,

  /s/ Ed Newville
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102<br>
(505) 867-7444 telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___7th___ day of April, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

        /s/ Ed Newville  
    EDWARD G. NEWVILLE