# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, )<br>)<br>Plaintiff, )<br>)<br>     -v-   )<br>)<br>RAMON ARAGON et al.,   )<br>)<br>Defendants. )<br>                                                          ) | 69cv07941- MV/LFG<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7:  Tierra Amarilla |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

**PLEASE TAKE NOTICE** as of April 1, 2016, John W. Utton, counsel for Associación de Acéquias Norteñas de Rio Arriba, will be changing his firm and address. The new firm name, address, telephone number and e-mail will be as follows:

>Utton & Kery, P.A.
>Post Office Box 2386
>Santa Fe, NM   87504-2386
>(505) 699-1445
>john@uttonkery.com

>Respectfully submitted,
>
>UTTON & KERY, P. A.
>*Attorneys for Associación de Acéquias*
> *Norteñas de Rio Arriba*
>Post Office Box 2386
>Santa Fe, NM   87504-2386
>(505) 699-1445
>
>By:     */s/John W. Utton*                         
>          JOHN W. UTTON
>          john@uttonkery.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day of April, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel listed on the electronic service list, as more fully reflected on the Notice of Electronic Filing, to be served via electronic mail.

                                                */s/John W. Utton*
                                                JOHN W. UTTON