IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
STATE ENGINEER,

        Plaintiff,                               NO. 69cv7941 MV/KK

vs.                                              RIO CHAMA ADJUDICATION

ROMAN ARAGON, et al.,                   Section 1, Chama Mainstream

        Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** is before the Court on the State of New Mexico's Motion to Approve Appointment of Rio Chama Watermaster, Doc. 11110, filed April 7, 2016. For the reasons stated below, the Court will **GRANT** the motion.

The Partial Final Judgment and Decree ("Decree") entered on July 26, 1971, for the Chama Mainstream Section requires that the State Engineer appoint a water master to assist in the administration and enforcement of the Decree "subject to the approval of the Court." Doc. 1778, ¶ 8 at 6. The duties of the water master include, but are not limited to: "the inspection and approval of meter installations required by the provisions of this [Decree]; the maintenance of records of water diversions; the supervision of water use under rights adjudicated [in the Decree] including the establishment of the rate of diversion for each ditch; and the preparation of rules and regulations for the administration of this [Decree]." Doc. 1778, ¶ 9 at 6.

The State has appointed Beatriz Vigil to serve as the Rio Chama water master for the Chama Mainstream Section because Frank Scott, the previously appointed water master for the Chama Mainstream Section, has taken a new position with the Office of the State Engineer.

>Ms. Vigil was previously employed by the Office of the State Engineer/Interstate Stream Commission as an Engineering Technician Operational.  She performed duties as the primary contact for the Acequia Construction Program.  She is experienced in holding public meetings, customer service, compliance issues, field checks and acequia by-laws.  Ms. Vigil has extensive experience working with acequia parciantes and commissioners of community ditches in the lower Rio Chama and throughout Northern New Mexico.  She is comfortable communicating with the public in English and Spanish on technical and compliance issues unique to New Mexico.
>
>Ms. Vigil was introduced to the members of the Rio Chama ditch Association at a public meeting in Medanales on February 22, 2016.  After a description of her experience and qualifications, there were no objections or concerns to her appointment voiced by the members in attendance.

Motion ¶¶ 3-4 at 4.

No responses opposing the State's motion to approve Ms. Vigil as the water master for the Chama Mainstream Section have been filed.  The Court approves the State Engineer's appointment of Ms. Vigil as the water master for the Chama Mainstream Section.

**IT IS SO ORDERED.**

Kirtan Khalsa
United States Magistrate Judge

2