IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> RAMON ARAGON, *et al.*, </br></br> Defendants. | 69-cv-07941-MV-KK </br></br> RIO CHAMA ADJUDICATION |

**ENTRY OF APPEARANCE FOR THE STATE OF NEW MEXICO**

Kelly Brooks Smith, Special Assistant Attorney General, hereby enters her appearance on behalf of the State of New Mexico *ex rel.* Office of the State Engineer.

Respectfully submitted,

/s/ Kelly Brooks Smith
Kelly Brooks Smith
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 827-3896
Fax:  (505) 827-3887
kelly.smith@state.nm.us

Attorney for the State of New Mexico *ex rel.* New Mexico State Engineer

**Certificate of Service**

I certify that on June 7, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

 /s/ Kelly Brooks Smith
Kelly Brooks Smith