IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 1: Rio del Oso & Rito Vallecitos |
| ROMAN ARAGON, *et al.*, | |
| Defendants. | |

**STATE OF NEW MEXICO'S NOTICE OF FILING
OF THE RIO CHAMA STREAM SYSTEM
<u>RIO DEL OSO & RITO VALLECITOS HYDROGRAPHIC SURVEY</u>**

The State of New Mexico hereby gives notice that the hydrographic survey report for the Rio Del Oso and Rito Vallecitos in Section 1 of the Rio Chama stream system describing the use of surface water for irrigation purposes was filed with the Court on June 8, 2016. Copies of the report are available for inspection by appointment during regular business hours at the Office of the State Engineer, Litigation and Adjudication Program, in Santa Fe, New Mexico, and on the Office of the State Engineer's website at:

http://www.ose.state.nm.us/HydroSurvey/legal_ose_hydro_rio_oso.php.

Respectfully submitted,

<u>/s/  Kelly Brooks Smith      </u>
Kelly Brooks Smith
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102

Santa Fe, NM 87504-5102
(505) 827-6150
kelly.smith@state.nm.us
*Attorney for Plaintiff State of New Mexico*

### Certificate of Service

I certify that on June 8, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

 /s/ Kelly Brooks Smith
Kelly Brooks Smith