IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  v.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

**STATE OF NEW MEXICO'S MOTION TO ENTER PROPOSED PROCEDURAL ORDER FOR THE ADJUDICATION OF WATER RIGHTS CLAIMS IN THE RIO DEL OSO & RITO VALLECITOS IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM**

Plaintiff State of New Mexico (State) respectfully requests the Court enter the proposed *Procedural Order for the Adjudication of Water Rights Claims in the Rio Del Oso & Rito Vallecitos in Section 1 of the Rio Chama Stream System*. In support of this Motion, the State asserts the following:

1. On June 8, 2016, the Rio del Oso & Rito Vallecitos Hydrographic Survey was filed with the Court. Pursuant to NMSA 1978, Section 72-4-17, Plaintiff may enter suit for the determination of all rights to the use of water from the Rio del Oso and Rito Vallecitos.

2. The State proposes the procedure for the adjudication of water rights claims in the Rio Del Oso and Rito Vallecitos in Section 1 of the Rio Chama stream system as described in the proposed *Procedural Order for the Adjudication of Water Rights Claims in the Rio del Oso & Rito*

*Vallecitos in Section 1 of the Rio Chama Stream System.   See* Exhibit 1 (attached hereto and incorporated herein).

WHEREFORE, the State respectfully requests that the Court approve and enter the proposed *Procedural Order for the Adjudication of Water Rights Claims in the Rio del Oso & Rito Vallecitos in Section 1 of the Rio Chama Stream System,* submitted with this Motion.

Respectfully submitted,

/s/   Kelly Brooks Smith
Kelly Brooks Smith
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
kelly.smith@state.nm.us
*Attorney for Plaintiff State of New Mexico*

**Certificate of Service**

I certify that on June 8, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

 /s/ Kelly Brooks Smith
Kelly Brooks Smith