IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel. State Engineer, | ) ) ) | No. 69 CV 07941 MV/KK |
| Plaintiff, | ) ) | Rio Chama Adjudication |
| v. | ) ) | Pueblo Claims Subproceeding 1 |
| ROMAN ARAGON, et al., | ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of February 11, 2016 (Document 11107), the undersigned Parties submit this Joint Status Report. The parties are discussing possible resolution of all of Ohkay Owingeh's water rights claims to all sources of water. As a result, this Joint Status Report is being filed simultaneously in the companion case styled *State of New Mexico ex rel. State Engineer, et al. v. Abbott,* No. 68-cv-7488 (MV/WPL) (*Abbott*).

1.Settlement Negotiations

Since the last status report, Ohkay Owingeh has held separate discussions with different Parties on some or all of the following topics: 1) evaluation of data in support of Ohkay Owingeh's assessment of its future water supply needs; 2) the composition and role of the Federal Assessment Team in the settlement negotiations; 3) development of a groundwater model for use in the discussions and implementation of a settlement agreement; 4) development and feasibility assessments of mutual benefit water projects; 5) and identification and evaluation

of possible sources of water to satisfy Ohkay Owingeh's needs, including development of data necessary to characterize groundwater within the Pueblo's Grant lands.  Incremental progress is being made on each of these topics and the discussions on each are continuing.

Ohkay Owingeh had meetings with one or more of the negotiating Parties on the following dates:

| | |
|---|---|
| February 24: | Federal Assessment Team |
| February 25: | Acequias associations |
| March 3: | Counsel for Santa Clara Pueblo (telephonic meeting between counsel for both Pueblos) |
| | Counsel for Santa Cruz Irrigation District and Santa Cruz Stream Systems' Community Ditch Association (telephonic meeting) |
| March 17: | Director, Secretary of Interior's Indian Water Rights Office and Federal Assessment Team |
| April 5: | Federal Assessment Team (telephonic meeting) |
| April 7: | Federal Assessment Team |
| April 8: | Acéquias associations, State, Federal Assessment Team |
| May 12: | Counsel for Santa Clara Pueblo (telephonic meeting between counsel for both Pueblos) |
| May 17: | Federal Assessment Team |
| May 17: | State Engineer and State Counsel |
| May 18: | Acéquias associations, State, Federal Assessment Team |

In addition, counsel and staff for Ohkay Owingeh, and counsel for various Parties have regularly discussed various issues by telephone and email as the need has arisen.

2. <u>Scheduling Dispositive Motions</u>

The resumption of litigation would hamper the negotiating Parties efforts to resolve

2

Ohkay Owingeh's water rights claims through negotiations. The undersigned Parties are committed to continuing the negotiation process and Ohkay Owingeh has scheduled the next meetings for June 14 and 15, 2016 with various acéquias associations. Ohkay Owingeh expects to schedule additional meetings soon thereafter with various Parties. As a result, the undersigned Parties do not anticipate the need for the Court to schedule the filing and briefing of motions for summary judgment or other dispositive motions within the next four months.

    3.    <u>Rescheduling the Trial</u>

For the same reasons, the undersigned Parties do not believe that the trial should be scheduled at this time.

    4.    <u>Other Matters</u>

The undersigned Parties suggest that the Court require the filing of a joint status report four months from now, October 7, 2016, at which time they will report to the Court on their progress and on the question of whether they believe the Court should schedule dispositive motions or otherwise resume litigation.

///

This Joint Status Report is submitted by the Parties whose signatures are indicted below. Counsel for the Rio Chama Acéquia Association and counsel for the El Rito Ditch Association, et al, were unavailable to review this Report, so it is filed without those Parties' concurrence. Upon their review of this Report, and if they concur, we will supplement this Report with their signatures.

Respectfully submitted,

Dated:  June 8, 2016

/s/ Scott W. Williams
_____
**Attorneys for Ohkay Owingeh**
Curtis G. Berkey
(CA State Bar No. 195485)
E-mail:  cberkey@berkeywilliams.com
Scott W. Williams
(CA State Bar No. 097966)
E-mail:  swilliams@berkeywilliams.com
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkeley, California 94704

Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico 87109
leebergen@nativeamericanlawyers.com

**Attorney for the United States**

 /s/ Bradley Bridgewater
_____
Bradley Bridgewater
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
Bradley.S.Bridgewater@usdoj.gov

**Attorneys for State of New Mexico**

 /s/ Arianne Singer
_____
Arianne Singer
Kelly Brooks Smith
Special Assistant Attorney General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
arianne.singer@state.nm.us
kelly.smith@state.nm.us

**Attorneys for City of Española**

*/s/ Seth R. Fullerton*
_____
Jay Stein
Seth R. Fullerton
Stein & Brockmann, PA
P.O. Box 2067
Santa Fe, NM 87504-2067
jfstein@newmexicowaterlaw.com
srfullerton@newmexicowaterlaw.com

**Attorney for Rio Chama Acéquia Association**


_____
Peter Thomas White
Sena Plaza, Suite 50
125 East Palace Avenue
Santa Fe, NM 87501
pwhite9098@aol.com

**Attorneys for El Rito Ditch Association and its acéquia members; Gallina-Capulin Acéquia Association and its acequia members; La Asociacion de las Acéquias del Rio Tusas, Vallecitos y Ojo Caliente and its acéquia members**


_____
Mary E. Humphrey
Connie Odé
Humphrey & Odé, PC
P.O. Box 1574
El Prado, NM 87529
humphrey@newmex.com
code@newmex.com

**Attorneys for Associacion de Acéquias Norteñas de Rio Arriba**

*/s/ John W. Utton*
_____
John W. Utton
Utton & Kery, PA
P. O. Box 2386
Santa Fe, NM 87504-2386
john@uttonkery.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 8th day of June, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

              */s/ Scott W. Williams*
              _____
              Scott W. Williams