**EXHIBIT 1**

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Isabel W. Trujillo | CHRO-001-0001<br>CHRO-001-0002<br>CHRO-002-0001 | P.O. Box 187<br>Abiquiu, NM 87510 |
| Virgil F. Trujillo | CHRO-001-0001<br>CHRO-001-0002<br>CHRO-002-0001 | P.O. Box 187<br>Abiquiu, NM 87510 |
| Estate of Bernardo & Ida Archuleta c/o Virginia A. Archuleta, Personal Representative | CHRO-001-0001<br>CHRO-001-0003<br>CHRO-002-0002 | P.O. Box 11<br>Abiquiu, NM 87510 |
| Floyd Trujillo | CHRO-001-0001<br>CHRO-001-0006 | P.O. Box 165<br>Abiquiu, NM 87510 |
| Elfido Audelio Lopez | CHRO-001-0001 | 517 N. Cambridge<br>Gilbert, AZ 85233 |
| Bernardo Archuleta | CHRO-001-0001<br>CHRO-001-0003 | P.O. Box 41<br>Abiquiu, NM 87510 |
| Eloy Trujillo | CHRO-001-0001<br>CHRO-001-0005 | Rural Route 4, Box 220<br>Ohkay Owingeh, NM 87566 |
| Frances Trujillo | CHRO-001-0001<br>CHRO-001-0005 | Rural Route 4, Box 220<br>Ohkay Owingeh, NM 87566 |
| Estate of Elfido Lopez c/o Delvin Lopez, Personal Representative | CHRO-001-0004 | 517 N. Cambridge<br>Gilbert, AZ 85233 |
| Merced Del Pueblo Abiquiu c/o Alfredo Garcia | CHRO-002-0003<br>CHRO-003-0001<br>CHRO-004-0001 | P.O. Box 179<br>Abiquiu, NM 87510 |
| Benjamin Enrique Jaramillo | CHRO-005-0001 | P.O. Box 743<br>Abiquiu, NM 87510 |
| Agustin & Bernadita Vigil Estate c/o Laura Caffey | CHRO-005-0002 | 4801 Glenwood Hills NE<br>Albuquerque, NM 87111 |
| Juan D. & Delia Lopez Trust c/o Gabe Lopez Trustee | CHRO-005-0003 | P.O. Box 32<br>Abiquiu, NM 87510 |
| Anita Valdez | CHRO-005-0004 | 2913 Camino del Gusto<br>Santa Fe, NM 87507 |
| Angelica Lopez | CHRO-005-0004 | 5 Camino del Valle<br>Las Vegas, NM 87701 |
| Consuelo Archuleta | CHRO-005-0004 | 47000 Shadow Mt. Dr.<br>Apt #23<br>Palm Desert, CA 92260 |
| **DEFENDANT** | **SUBFILE NO.** | **ADDRESS** |
| Salome Chaff | CHRO-005-0004 | 1001 Sasman Dr. |

|  |  | San Bruno, CA 94066 |
|---|---|---|
| Adelina Lang | CHRO-005-0004 | P.O. Box 906<br>Milbrae, CA 94066 |
| Eduardo Vigil | CHRO-006-0001 | 303B North Coronado<br>Espanola, NM 87532 |
| Joseph G. Ortega | CHRO-006-0002 | P.O. Box 714<br>Hernandez, NM 87537 |
| Veronica War | CHRO-007-0001 | P.O. Box 5063<br>Fairview, NM 87533 |
| Diana War | CHRO-007-0001 | P.O. Box 4701<br>Fairview, NM 87533 |
| Rochelle War | CHRO-007-0001 | 507 Camino Alborlera<br>Espanola, NM 87532 |
| Michael Maestas | CHRO-007-0002 | P.O. Box 935<br>Espanola, NM 87532 |
| Ramon Maestas | CHRO-007-0002 | P.O. Box 935<br>Espanola, NM 87532 |
| Sam Maestas | CHRO-007-0002 | P.O. Box 935<br>Espanola, NM 87532 |