IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

 v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

# ORDER GRANTING STATE OF NEW MEXICO'S MOTION TO JOIN ADDITIONAL PARTY DEFENDANTS

THIS MATTER is before the Court on the State of New Mexico's June 9, 2016 *Motion to Join Additional Party Defendants* (Doc. 11117).

Being fully advised in the premises, with no responses opposing the Motion having been filed, the Court finds the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons or entities listed below are joined as party defendants to this action.

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Isabel W. Trujillo | CHRO-001-0001<br>CHRO-001-0002<br>CHRO-002-0001 | P.O. Box 187<br>Abiquiu, NM 87510 |
| Virgil F. Trujillo | CHRO-001-0001<br>CHRO-001-0002<br>CHRO-002-0001 | P.O. Box 187<br>Abiquiu, NM 87510 |
| Estate of Bernardo & Ida Archuleta c/o Virginia A. Archuleta, Personal Representative | CHRO-001-0001<br>CHRO-001-0003<br>CHRO-002-0002 | P.O. Box 11<br>Abiquiu, NM 87510 |

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Floyd Trujillo | CHRO-001-0001<br>CHRO-001-0006 | P.O. Box 165<br>Abiquiu, NM 87510 |
| Elfido Audelio Lopez | CHRO-001-0001 | 517 N. Cambridge<br>Gilbert, AZ 85233 |
| Bernardo Archuleta | CHRO-001-0001<br>CHRO-001-0003 | P.O. Box 41<br>Abiquiu, NM 87510 |
| Eloy Trujillo | CHRO-001-0001<br>CHRO-001-0005 | Rural Route 4, Box 220<br>Ohkay Owingeh, NM 87566 |
| Frances Trujillo | CHRO-001-0001<br>CHRO-001-0005 | Rural Route 4, Box 220<br>Ohkay Owingeh, NM 87566 |
| Estate of Elfido Lopez c/o Delvin Lopez, Personal Representative | CHRO-001-0004 | 517 N. Cambridge<br>Gilbert, AZ 85233 |
| Merced Del Pueblo Abiquiu c/o Alfredo Garcia | CHRO-002-0003<br>CHRO-003-0001<br>CHRO-004-0001 | P.O. Box 179<br>Abiquiu, NM 87510 |
| Benjamin Enrique Jaramillo | CHRO-005-0001 | P.O. Box 743<br>Abiquiu, NM 87510 |
| Agustin & Bernadita Vigil Estate c/o Laura Caffey | CHRO-005-0002 | 4801 Glenwood Hills NE<br>Albuquerque, NM 87111 |
| Juan D. & Delia Lopez Trust c/o Gabe Lopez Trustee | CHRO-005-0003 | P.O. Box 32<br>Abiquiu, NM 87510 |
| Anita Valdez | CHRO-005-0004 | 2913 Camino del Gusto<br>Santa Fe, NM 87507 |
| Angelica Lopez | CHRO-005-0004 | 5 Camino del Valle<br>Las Vegas, NM 87701 |
| Consuelo Archuleta | CHRO-005-0004 | 47000 Shadow Mt. Dr.<br>Apt #23<br>Palm Desert, CA 92260 |
| Salome Chaff | CHRO-005-0004 | 1001 Sasman Dr.<br>San Bruno, CA 94066 |
| Adelina Lang | CHRO-005-0004 | P.O. Box 906<br>Milbrae, CA 94066 |
| Eduardo Vigil | CHRO-006-0001 | 303B North Coronado<br>Espanola, NM 87532 |
| Joseph G. Ortega | CHRO-006-0002 | P.O. Box 714<br>Hernandez, NM 87537 |
| Veronica War | CHRO-007-0001 | P.O. Box 5063<br>Fairview, NM 87533 |
| Diana War | CHRO-007-0001 | P.O. Box 4701<br>Fairview, NM 87533 |
| Rochelle War | CHRO-007-0001 | 507 Camino Alborlera<br>Espanola, NM 87532 |

| DEFENDANT | SUBFILE NO. | ADDRESS |
|---|---|---|
| Michael Maestas | CHRO-007-0002 | P.O. Box 935 Espanola, NM 87532 |
| Ramon Maestas | CHRO-007-0002 | P.O. Box 935 Espanola, NM 87532 |
| Sam Maestas | CHRO-007-0002 | P.O. Box 935 Espanola, NM 87532 |

_____
Kirtan Khalsa
United States Magistrate Judge