IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 1: Rio del Oso & Rito Vallecitos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

**STATE OF NEW MEXICO'S MOTION FOR APPROVAL OF THE FORM OF NOTICE OF FIELD OFFICE SESSIONS, NOTICE OF WATER RIGHTS ADJUDICATION, FORM ANSWER AND NOTICE OF PENDENCY OF SUIT**

Plaintiff State of New Mexico hereby requests the Court enter an order approving the form of the following documents to be served on defendants with respect to the determination of their water rights in the Rio del Oso and Rito Vallecitos in Section 1 of the Rio Chama Stream System:

Exhibit 1:   Notice of Field Office Sessions, to be included with service packets and served on known claimants.

Exhibit 2:   Notice of Water Rights Adjudication, to be included with service packets and served on known claimants.

Exhibit 3:   Form Answer, to be included with service packets and served on known claimants.

Exhibit 4:   Notice of Pendency of Suit, to be published in the *Rio Grande Sun* once a week for three consecutive weeks.

These documents are referenced in the *Procedural Order for the Adjudication of Water Rights Claims in the Rio del Oso & Rito Vallecitos in Section 1 of the Rio Chama Stream System,* filed June 28, 2016, (Doc. 11119).

WHEREFORE, the State requests the Court enter an order approving the form of the Notice of Field Office Session, Notice of Water Rights Adjudication, Form Answer and Notice of Pendency of Suit attached hereto as Exhibits 1, 2, 3 and 4.

Respectfully submitted,

/s/   Kelly Brooks Smith
Kelly Brooks Smith
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
Kelly.smith@state.nm.us
*Attorney for Plaintiff State of New Mexico*

**Certificate of Service**

I certify that on July 6, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Kelly Brooks Smith
Kelly Brooks Smith