# NOTICE OF FIELD OFFICE SESSIONS
# RIO DEL OSO & RITO VALLECITOS IN
# THE RIO CHAMA STREAM SYSTEM ADJUDICATION

You have received a service packet from the State of New Mexico containing a Procedural Order governing the Rio Del Oso & Rito Vallecitos adjudication and a proposed consent order from the State of New Mexico regarding your claim to the use of a surface water right in the Rio Del Oso & Rito Vallecitos.  The New Mexico Office of the State Engineer will be conducting field office sessions to meet with water right claimants and answer questions.  The Procedural Order requires any claimant who disagrees with any element of the proposed consent order to attend a field office session and bring with them any documents or other information that supports their position.  Office of the State Engineer staff and attorneys will be available to discuss the Rio Del Oso & Rito Vallecitos Hydrographic Survey and other information upon which the proposed consent order is based.  Any other claimants with questions are welcome to attend any scheduled field office session.

**Field office location**:  Abiquiu Rural Events Center, located at US Highway 84, State Road 554, House #122A, Abiquiu, New Mexico.

**Dates and Times**:        September 14, 2016, 1:00 p.m. to 6:00 p.m.

September 16, 2016, 10:00 a.m. to 3:00 p.m.

**If you are required to attend a field office session but cannot attend one of these sessions before the deadline for you to file an answer, contact the Office of the State Engineer to make arrangements for an alternative meeting time.  Call or email Felicity Strachan or Leila Reilly at the Office of the State Engineer at (505) 827-6150, felicity.strachan@state.nm.us, leila.reilly@state.nm.us.**