IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1: Rio del Oso & Rito Vallecitos |

### ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

　　COMES NOW _____ (please print your full name) and answers the Complaint as follows:

| Subfile No. | Object | Claim No Right |
|---|---|---|
| 0000 | ☐ | ☐ |

1. In answer to the Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed consent order, or whether you make no claim as to the water right(s) described in the State's proposed consent order.

If you object to the description of water right(s) and reject the State's proposed consent order, or if you make no claim as to the water right(s) set forth in the State's proposed consent order for any of the subfile numbers listed above, for each subfile number please explain in the appropriate spaces below.

A.  I object to the description of the water right(s) described in my subfile number(s) \_\_\_\_\_

_____

because _____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

B.  I made a good faith effort to resolve my disagreement with the State's proposed consent order by _____

_____

_____

_____

_____

_____

_____

(Attach additional pages if necessary)

C.  I claim no right for the water right(s) described by subfile number(s) _____

_____because

_____

_____

_____

_____

(Attach additional pages if necessary)

2.  I understand that by making this claim and filing this document I am not waiving my rights to

later raise, in an amended answer, any jurisdictional or affirmative defenses I may have.

Dated: _____     _____
                                                                                               Signature of [type name]

                                                                                               _____

                                                                                               _____

                                                                                               _____
                                                                                              (Address:  Print Clearly)

                                                                                              _____
                                                                                              (Phone Number:  Print Clearly)

**The Court's address is:**

**United States District Court Clerk**
**333 Lomas NW, Ste. 270**
**Albuquerque, NM 87102**