IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

## NOTICE OF PENDENCY OF SUIT

The following persons if living, and if deceased, their unknown heirs:

UNIDENTIFIED AND UNKNOWN WATER RIGHT CLAIMANTS OF INTEREST TO SURFACE WATERS FOR IRRIGATION PURPOSES OF THE RIO DEL OSO AND RITO VALLECITOS IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM.

GREETINGS.

Please take notice that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the surface waters of the Rio del Oso and Rito Vallecitos in Section 1 of the Rio Chama stream system for irrigation purposes.

Unless you appear and defend in this matter on or before December 5, 2016, you will be precluded from making a claim for any right you may have to use the surface waters of the Rio del Oso and Rito Vallecitos in Section 1 of the Rio Chama stream system for irrigation purposes.

The waters that are the subject of the action are located in Rio Arriba County, New

Mexico.  The contact information for Plaintiff's attorney is:

Kelly Brooks Smith, Kelly.smith@state.nm.us, (505) 827-6150
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102

Witness the hand seal of the United States District Court for the District of New Mexico

this _____ day of _____, 2016.

[TYPE DISTRICT COURT CLERK NAME]
DISTRICT COURT CLERK


By:_____
        Deputy Clerk