IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) <br> State Engineer ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROMAN ARAGON, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | 69cv07941-MV/KK <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 3, Rio Cebolla <br><br> Subfile Nos. CHCB-001-0007, <br> CHCB-002-0001B, CHCB-002-0002, <br> CHCB-002-0009 |

### NOTICE OF UNAVAILABILITY

TED J. TRUJILLO, Attorney for Defendants Charlie Chacon and Geralda M. Chacon and Delfin O. and Frances S. Quintana Trust hereby gives notice that he will be unavailable from August 29, 2016 through September 30, 2016.

                                                                                 Respectfully submitted,

                                                                                  Law Offices of Ted J. Trujillo

                                         By:     /s/ Ted J. Trujillo
                                                          Ted J. Trujillo
                                                           P.O. Box 2185
                                                           Espanola, New Mexico 87532
                                                           (505) 351-1632
                                                           tedjtrujillo@gmail.com

### CERTIFICATE OF SERVICE

    I hereby certify that on the July 11, 2016 I filed the foregoing electronically through the CM?ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic means.

                                                                     By:     /s/ Ted J. Trujillo