IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,                           69cv07941-MV/KK

    v.                                  RIO CHAMA STREAM SYSTEM

                                        Section 1: Rio del Oso & Rito Vallecitos

ROMAN ARAGON, *et al.,*

       Defendants.

### ENTRY OF APPEARANCE FOR STATE OF NEW MEXICO

Leila J. Reilly, Special Assistant Attorney General, hereby gives notice that Misty M. Braswell, having taken other employment, no longer represents the State in this matter. Ms. Braswell has been replaced by Leila J. Reilly, who hereby enters her appearance on behalf of the State of New Mexico in this cause.

                                        Respectfully submitted,

                                        /s/   Leila J. Reilly
                                        Leila J. Reilly
                                        Special Assistant Attorney General
                                        Office of the State Engineer
                                        P.O. Box 25102
                                        Santa Fe, NM 87504-5102
                                        (505) 827-6150
                                        leila.reilly@state.nm.us
                                        *Attorney for Plaintiff State of New Mexico*

## Certificate of Service

      I certify that on July 13, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                    /s/   Leila J. Reilly
                                    Leila J. Reilly