IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                69cv07941 MV/KK
                                         Rio Chama Adjudication
        v.                               Section 1: Rio del Oso & Rito Vallecitos

ROMAN ARAGON, *et al.*,

        Defendants.

## ORDER

**THIS MATTER** is before the Court on the State of New Mexico's Motion for approval of the Form of Notice of Field Office Sessions, Notice of Water Rights Adjudication, Form Answer and Notice of Pendency of Suit, Doc. 11121, filed July 6, 2016. The State requests the Court to enter an order approving the form of the following documents to be served on defendants with respect to the determination of their water rights in the Rio del Oso and Rito Vallecitos in Section 1 of the Rio Chama Stream System:

    Exhibit 1: Notice of Filed Office Sessions, to be included with service packets and served on known claimants.

    Exhibit 2: Notice of Water Rights Adjudication, to be included with service packets and served on known claimants.

    Exhibit 3: Form Answer, to be included with service packets and served on known claimants.

    Exhibit 4: Notice of Pendency of Suit, to be published in the *Rio Grande Sun* once a week for three consecutive weeks.

No responses opposing the Motion have been filed. The Court will **GRANT** the Motion with the

Case 6:69-cv-07941-KWR-KK   Document 11127   Filed 07/26/16   Page 2 of 2

following instructions.  The State shall correct the street address on page three of Exhibit 2, Notice of Water Rights Adjudication, to "333 Lomas Blvd. NW, Ste. 270."  The State shall revise the signature block on page 2 of Exhibit 4, Notice of Pendency of Suit, by removing reference to the District Court Clerk and Deputy Clerk, and inserting a signature line for "Kirtan Khalsa, United States Magistrate Judge."  The State shall email an electronic file of the revised Exhibit 4, Notice of Pendency of Suit, for filing to the Court's Water Rights Law Clerk at jeff_minier@nmcourt.fed.us.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**

2