69 CV 7941 MV
Re DOC 11128

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

ALBUQUERQUE NM 870
26 JUL '16
RECEIVED
At Albuquerque NM

AUG 01 2016
MATTHEW J. DYKMAN
CLERK

NIXIE      871  DE  1         0007/29/16
    RETURN TO SENDER
    NO SUCH NUMBER
    UNABLE TO FORWARD

BC: 87102227470    *0568-03220-26-40

87537+00740747 4