69 cv 7941 MV/KK
re: Doc # 11128

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD., N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

RECEIVED
At Albuquerque NM

AUG 0 2 2016

MATTHEW J. DYKMAN
Clerk

ALBUQUERQUE NM 870
26 JUL '16
PM 3 L

NIXIE        871        5E 1        0007/30/16

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 87102227470        *0668-03725-26-41