IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

          Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

**NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS IN THE
RIO DEL OSO & RITO VALLECITOS IN
<u>SECTION 1 OF THE RIO CHAMA STREAM SYSTEM</u>**

     The State of New Mexico (State), hereby states that pursuant to Fed. R. Civ. P. 4(e), the

following defendants were served with process in the above captioned matter, as demonstrated by

the copy of the summons served to the defendants and the copy of the Return Receipt attached

hereto as Exhibits 1 and 2 respectively:

| <u>Defendant:</u> | <u>Subfile No.(s)</u> | <u>Date of Service</u> |
|---|---|---|
| Bernardo Archuleta | 001-0001, 001-0003 | August 3, 2016 |
| Estate of Bernardo & Ida Archuleta<br>    c/o Virgina A. Archuleta | 001-0001, 002-0002,<br>& 001-0003 | July 29, 2016 |
| Consuelo Archuleta | 005-0004 | August 2, 2016 |
| Salome Chaff | 005-0004 | August 1, 2016 |
| Benjamin E. Jaramillo | 005-0001 | July 29, 2016 |
| Elfido Audelio Lopez | 001-0001 | August 3, 2016 |

| | | |
|---|---|---|
| Juan D. & Delia Lopez Trust c/o Gabe Lopez | 005-0003 | August 2, 2016 |
| Michael Maestas | 007-0002 | July 29, 2016 |
| Ramon Maestas | 007-0002 | July 29, 2016 |
| Sam Maestas | 007-0002 | July 29, 2016 |
| Eloy Trujillo | 001-0005 | August 1, 2016 |
| Floyd Trujillo | 001-0001, 001-0006 | August 3, 2016 |
| Isabel W. Trujillo | 001-0001, 001-0002, & 002-0001 | July 29, 2016 |
| Virgil Trujillo | 001-0001, 001-0002, & 002-0001 | July 29, 2016 |
| Agustin & Bernadita Vigil Estate c/o Laura Caffey | 005-0002 | July 30, 2016 |
| Eduardo Vigil | 006-0001 | July 29, 2016 |
| Rochelle War | 007-0001 | July 29, 2016 |
| Veronica War | 007-0001 | August 2, 2016 |

Dated this 5th day of August, 2016

Respectfully submitted,

/s/  Leila Reilly
Leila Reilly
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
Leila.reilly@state.nm.us
*Attorney for Plaintiff State of New Mexico*

### **Certificate of Service**

     I certify that on August 5, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Leila Reilly
Leila Reilly
