IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

### NOTICE OF FILING PROOF OF SERVICE FOR DEFENDANTS IN RIO DEL OSO & RITO VALLECITOS OF SECTION 1 OF THE RIO CHAMA STREAM SYSTEM

The State of New Mexico (State), hereby states that pursuant to Fed. R. Civ. P. 4(e), the following defendants were served with process in the above captioned matter, as demonstrated by the copy of the summons served to the defendants and the copy of the Return Receipt attached hereto as Exhibits 1 and 2 respectively:

| **Defendant:** | **Subfile No.(s)** | **Date of Service** |
|---|---|---|
| Angelica Lopez | CHRO-005-0004 | August 5, 2016 |
| Estate of Elfido Lopez c/o Delvin Lopez | CHRO-001-0004 | August 3, 2016 |
| Joseph G. Ortega | CHRO-006-0002 | August 5, 2016 |
| Frances Trujillo | CHRO-001-0001 CHRO-001-0005 | August 4, 2016 |
| Anita Valdez | CHRO-005-0004 | July 29, 2016 |
| Diana War | CHRO-007-0001 | August 4, 2016 |

Dated this 15th day of August, 2016

Respectfully submitted,

/s/  Leila Reilly
Leila Reilly
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
Leila.reilly@state.nm.us
*Attorney for Plaintiff State of New Mexico*

**Certificate of Service**

    I certify that on August 15, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Leila Reilly
Leila Reilly