IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   ANGELICA LOPEZ
       5 CAMINO DEL VALLE
       LAS VEGAS  NM  87701

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016.  The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet.  You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran

(By) Deputy Clerk



**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,
  v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   ESTATE OF ELFIDO LOPEZ
      c/o DELVIN LOPEZ, PERSONAL
      REPRESENTATIVE
      517 N. CAMBRIDGE
      GILBERT  AZ  85233

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | |
| Plaintiff, v. | 69cv07941 MV/KK |
| ROMAN ARAGON, *et al.*, | RIO CHAMA STREAM SYSTEM Section 1: Rio del Oso & Rito Vallecitos |
| Defendants. | |

## SUMMONS

To:   JOSEPH G ORTEGA
P.O. BOX 74
HERNANDEZ NM  87537

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Tuesday, July 26, 2016
Date

Mollie Duran
Clerk of Court

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>    Plaintiff,<br>    v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941 MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Rio del Oso & Rito Vallecitos |

## SUMMONS

To:    FRANCES TRUJILLO
        RURAL ROUTE 4, BOX 220
        OHKAY OWINGEH  NM  87566

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran
(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   ANITA VALDEZ
      2913 CAMINO DEL GUSTO
      SANTA FE NM 87507

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court: Mollie Duran

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   DIANA WAR
       P.O. BOX 4701
       FAIRVIEW NM 87533

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran
(By) Deputy Clerk