## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Angelica Lopez
   5 Camino del Valle
   Las Vegas, NM 87701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Angie Lopez
C. Date of Delivery: AUG 5 2016 (Las Vegas NM 87701 postmark)
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number: 7007 0710 0003 0183 7475    05-04

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Estate of Elfido Lopez
   c/o Delvin Lopez, Personal Representative
   517 N. Cambridge
   Gilbert, AZ 85233

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☒ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 8/3/16
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number: 7004 0750 0003 8818 0885    01-04

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph G. Ortega
   P.O. Box 74
   Hernandez, NM 87537

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Joseph G. Ortega  ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: (Española NM postmark AUG 5 2016)
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   Joseph G. Ortega

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number: 7004 0750 0003 8818 0823    06-02

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**EXHIBIT 2**

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Frances Trujillo
   Rural Route 4, Box 220
   Ohkay Owingeh, NM 87566

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Frances Trujillo* ☐ Agent ☐ Addressee

B. Received by (Printed Name): FRANCES TRUJILLO
C. Date of Delivery: AUG 04 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 8818 0847

01-01
01-05

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anita Valdez
   2913 Camino del Gusto
   Santa Fe, NM 87507

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Anita Valdez* ☐ Agent ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 8818 0878

05-04

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Diana War
   P.O. Box 4701
   Fairview, NM 87533

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Diana War* ☐ Agent ☒ Addressee

B. Received by (Printed Name): Diana War
C. Date of Delivery: 8-4-16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 0183 7444

07-01

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540