Case 6:69-cv-07941-KWR-KK   Document 11133   Filed 08/08/16   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD., N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

Handwritten: 69CV7941 mv Re Doc 11127

RECEIVED
At Albuquerque NM
AUG 0 8 2016
MATTHEW J. DYKMAN
CLERK

ALBUQUERQUE NM 870
27 JUL '16

NIXIE   871   5E   1   0008/06/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 87102227470   *0568-04813-27-39