

# JULY 15, 2016
# INFORMAL PUBLIC MEETING TO DISCUSS THE RIO DEL OSO & RITO VALLECITOS HYDROGRAPHIC SURVEY

The Rio Chama Stream System Section 1 Rio del Oso & Rito Vallecitos Hydrographic Survey was filed with the United States District Court for the District of New Mexico on June 8, 2016.  The hydrographic survey consists of maps and a report that inventory all current and historical uses of surface water from Rio del Oso & Rito Vallecitos.  The information in the hydrographic survey provides the basis for the adjudication of all water rights in the Rio del Oso & Rito Vallecitos drainage area.  The hydrographic survey is posted on the State Engineer's website – http://www.ose.state.nm.us/HydroSurvey/legal_ose_hydro_rio_oso.php – and a paper copy is available for you to review at:

>  Office of the State Engineer
>  Litigation and Adjudication Program
>  Concha Ortiz y Pino Building
>  130 S. Capitol Dr.
>  Santa Fe, New Mexico

State Engineer staff will be on hand to discuss the hydrographic survey with you on:

## JULY 15, 2016, 10:00 a.m. to 3:00 p.m.

at the

## ABIQUIU RURAL EVENTS CENTER

US Highway 84, State Road 554, House #122A.