# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   BERNARDO ARCHULETA
       P.O. BOX 41
       ABIQUIU NM  87510

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court


Mollie Duran

(By) Deputy Clerk


**EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   ESTATE OF BERNARDO & IDA ARCHULETA
       c/o VIRGINIA A. ARCHULETA, PERSONAL
       REPRESENTATIVE
       P.O. BOX 11
       ABIQUIU  NM  87510

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court
Mollie Duran

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   CONSUELO ARCHULETA
      47000 SHADOW MT. DR. APT #23
      PALM DESERT CA  92260

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court
Mollie Duran

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,
    v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:    SALOME CHAFF
         1001 SASMAN DR.
         SAN BRUNO CA 94066

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran
(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
    v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   BENJAMIN ENRIQUE JARAMILLO
      P.O. BOX 743
      ABIQUIU NM  87510

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran
(By) Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:    ELFIDO AUDELIO LOPEZ
517 N. CAMBRIDGE
GILBERT AZ 85233

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran
(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
    v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:    JUAN D. & DELIA LOPEZ TRUST
       c/o GABE LOPEZ TRUSTEE
       P.O. BOX 32
       ABIQUIU NM  87510

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran

(By) Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   MICHAEL MAESTAS
      P.O. BOX 935
      ESPANOLA NM  87532

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,
    v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:    RAMON MAESTAS
       P.O. BOX 935
       ESPANOLA NM 87532

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kelly Brooks Smith, Special Assistant Attorney General
    Litigation and Adjudication Program
    P.O. Box 25102
    Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court     Mollie Duran

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>     Plaintiff,<br>   v.<br><br>ROMAN ARAGON, *et al.*,<br><br>     Defendants. | 69cv07941 MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Rio del Oso & Rito Vallecitos |

## SUMMONS

To:   SAM MAESTAS
       P.O. BOX 935
       ESPANOLA  NM  87532

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran
(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   ELOY TRUJILLO
       RURAL ROUTE 4, BOX 220
       OHKAY OWINGEH  NM  87566

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran
(By) Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   FLOYD TRUJILLO
      P.O. BOX 165
      ABIQUIU NM 87510

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court    Mollie Duran

(By) Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   ISABEL W. TRUJILLO
      P.O. BOX 187
      ABIQUIU NM  87510

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran
(By) Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   VIRGIL F. TRUJILLO
       P.O. BOX 187
       ABIQUIU NM  87510

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court

Mollie Duran

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## SUMMONS

To:   AGUSTIN & BERNARDITA VIGIL ESTATE
      c/o LAURA CAFFEY
      4801 GLENWOOD HILLS NE
      ALBUQUERQUE NM  87111

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court    Mollie Duran

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1:  Rio del Oso & Rito Vallecitos

## SUMMONS

To:    EDUARDO VIGIL
         P.O. Box 671
         ESPANOLA NM 87532

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Tuesday, July 26, 2016
Date

Mollie Duran
Clerk of Court

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, | |
| Plaintiff, v. | 69cv07941 MV/KK |
| ROMAN ARAGON, *et al.*, | RIO CHAMA STREAM SYSTEM Section 1: Rio del Oso & Rito Vallecitos |
| Defendants. | |

### SUMMONS

To:   ROCHELLE WAR
      507 CAMINO ALBORLERA
      ESPANOLA  NM  87532

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016                         _____  Mollie Duran
Date                                          Clerk of Court

                                              _____
                                              (By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.*<br>State Engineer,<br><br>      Plaintiff,<br>  v.<br><br>ROMAN ARAGON, *et al.*,<br><br>      Defendants. | 69cv07941 MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Rio del Oso & Rito Vallecitos |

## SUMMONS

To:    VERONICA WAR
           P.O. BOX 5063
           FAIRVIEW NM  87533

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

Monday, July 11, 2016
Date

Clerk of Court — Mollie Duran

(By) Deputy Clerk