**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Estate of Bernardo & Ida Archuleta
   c/o Virginia A. Archuleta, Personal Representative
   P.O. Box 11
   Abiquiu, NM 87510

2. Article Number
   (Transfer from service label)

   7007 0710 0003 0183 7215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Virginia Fox
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:
   87510

   JUL 29 2016

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

02-02
01-01, 01-03

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT 2**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _signature_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Salome Chaff
C. Date of Delivery: 08-01-16

D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below:

1. Article Addressed to:

Salome Chaff
1001 Sasman Dr.
San Bruno, CA 94066

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 8818 0830

05-04

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _signature_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Consuelo Archuleta
47000 Shadow Mt. Dr. Apt #23
Palm Desert, CA 92260

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 0183 7482

05-04

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ben Jaramillo*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Ben Jaramillo   C. Date of Delivery: 7/29/16 |
| 1. Article Addressed to:<br><br>Benjamin Enrique Jaramillo<br>P.O. Box 743<br>Abiquiu, NM 87510 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7004 0750 0003 8818 0892     05-01 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Elfido Audelio Lopez
    517 N. Cambridge
    Gilbert, AZ 85233

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 0183 7253

01-01

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Bernardo Archuleta
    P.O. Box 41
    Abiquiu, NM 87510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) Bernardo Archuleta   C. Date of Delivery 8/3/16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Transfer from service): 7007 0710 0003 0183 7505

01-01, 01-03

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Juan D. & Delia Lopez Trust<br>c/o Gabe Lopez Trustee<br>P.O. Box 32<br>Abiquiu, NM 87510 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☒ Yes | |
| 2. Article Number (Transfer from service label) | 7004 0750 0003 8818 0908 | 05-03 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Stamp: ABIQUIU NM 87510 AUG - 2 2010 USPS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ivan Martin_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name): IVAN MAESTAS    C. Date of Delivery: 7-29-16 |
| 1. Article Addressed to:<br><br>Michael Maestas<br>P.O. Box 935<br>Espanola, NM 87532 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☑ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0003 0184 3452    07-02 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ivan Maestas*  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): IVAN MAESTAS   C. Date of Delivery: 7-29-16<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Ramon Maestas<br>P.O. Box 935<br>Espanola, NM 87532 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label): 7007 0710 0003 0184 3469 | 07-02 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ivan Maestas* ☐ Agent ☑ Addressee<br>B. Received by *(Printed Name)* IVAN MAESTAS  C. Date of Delivery 7-29-16 |
| 1. Article Addressed to:<br><br>Sam Maestas<br>P.O. Box 935<br>Espanola, NM 87532 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☑ Yes |
| 2. Article Number *(Transfer from service label)* | 7007 0710 0003 0183 7437   07-02 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eloy Trujillo
   Rural Route 4, Box 220
   Ohkay Owingeh, NM 87566

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Eloy Trujillo_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Eloy Trujillo   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

0055573325

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 8818 0854

01-01
01-05

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Floyd Trujillo
   P.O. Box 165
   Abiquiu, NM 87510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

AUG - 3 2016

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from): 7004 0750 0003 8818 0861

01-01
01-06

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Isabel W. Trujillo
   P.O. Box 187
   Abiquiu, NM 87510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Isabel W. Trujillo
C. Date of Delivery: JUL 29 2015

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:
   ABIQUIU NM 87510

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from serv.)   7004 0750 0003 8818 0915

04-01, 01-02, 02-01

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Virgil J.   ☒ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Virgil F. Trujillo<br>P.O. Box 187<br>Abiquiu, NM 87510 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>JUL 29 2016 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from   7004 0750 0003 8818 0922 | 01-01, 01-02, 02-01 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Laura Caffey_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Laura Caffey   C. Date of Delivery: 7/30<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Agustin & Bernadita Vigil Estate<br>c/o Laura Caffey<br>4801 Glenwood Hills NE<br>Albuquerque, NM 87111 | JUL 30 2016<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service | 7007 0710 0003 0183 7499       05-02 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eduardo Vigil
   P.O. Box 671
   Espanola, NM 87532

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): EDUARDO J. VIGIL
C. Date of Delivery: 7-29-16

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 0184 0017

06-01

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Rochelle W_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>_7-29-10_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Rochelle War<br>507 Camino Alborlera<br>Espanola, NM 87532 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0003 0183 7451  07-01 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Veronica War
   P.O. Box 5063
   Fairview, NM 87533

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Transfer from service label): 7007 0710 0003 0183 7468

07-01

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540