IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 1: Rio del Oso & Rito Vallecitos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

**STATE OF NEW MEXICO'S MOTION TO STRIKE DOCUMENT NUMBER 11134**

The State of New Mexico (State), hereby states that Document Number 11134, Acknowledgement of Service, was filed in error. Document Number 11134 is the State's notice of informal public meeting and not an acknowledgement of service.

WHEREFORE, the State respectfully requests that the Court strike Document Number 11134 from the record.

Dated this 26th day of August, 2016

Respectfully submitted,

/s/  Leila Reilly
Leila Reilly
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
Leila.reilly@state.nm.us
*Attorney for Plaintiff State of New Mexico*

**Certificate of Service**

    I certify that on August 26, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

    /s/ Leila Reilly
    Leila Reilly