IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 1: Rio del Oso & Rito Vallecitos |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

### NOTICE OF FILING PROOF OF SERVICE FOR DEFENDANTS IN RIO DEL OSO & RITO VALLECITOS OF SECTION 1 OF THE RIO CHAMA STREAM SYSTEM

The State of New Mexico (State), hereby states that pursuant to Fed. R. Civ. P. 4(e), the following defendant was served with process in the above captioned matter, as demonstrated by the copy of the summons served to the defendant and the copy of the Return Receipt attached hereto as Exhibits 1 and 2 respectively:

| **Defendant:** | **Subfile No.** | **Date of Service** |
|---|---|---|
| Adelina Lang | CHRO-005-0004 | August 17, 2016 |

Dated this 26th day of August, 2016

Respectfully submitted,

/s/  Leila Reilly
Leila Reilly
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102

>(505) 827-6150
>Leila.reilly@state.nm.us
>*Attorney for Plaintiff State of New Mexico*

## Certificate of Service

 I certify that on August 26, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

>/s/ Leila Reilly
>Leila Reilly