IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer,<br><br>     Plaintiff,<br>     v.<br><br>ROMAN ARAGON, *et al.,*<br><br>     Defendants. | 69cv07941 MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 1: Rio del Oso & Rito Vallecitos |

### SUMMONS

To:   ADELINA LANG
      P. O. BOX 906
      MILBRAE  CA   94066

A lawsuit has been filed against you.

You must serve on the plaintiff an answer no later than December 5, 2016. The answer must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Brooks Smith, Special Assistant Attorney General
Litigation and Adjudication Program
P.O. Box 25102
Santa Fe, NM 87504-5102

If you fail to respond, judgment by default will be entered against you that incorporates the proposed consent order included with your service packet. You must also file your answer with the court.

| | |
|---|---|
| Monday, July 11, 2016 | Mollie Duran |
| Date | Clerk of Court |
| | (By) Deputy Clerk |

## Exhibit 1