Hasler
07/27/2016
US POSTAGE $01.1

CERTIFIED MAIL

7007 0710 0003 0183 7246

deceased EW-

2nd
not.
8/3

rt.
8/13

ABIQUIU, NM 87510
JUL 29 2016
USPS

Merced Del Pueblo Abiquiu c/o
Alfredo Garcia
PO Box 179
Abiquiu, NM 87510

NIXIE    875102012-1N    08/01/16

RETURN TO SENDER
DECEASED
UNABLE TO FORWARD
RETURN TO SENDER

OFFICE OF THE STATE ENGINEER
LITIGATION & ADJUDICATION PROGRAM
P.O. BOX 25102
SANTA FE, NM 87504

RESTRICTED DELIVERY -
ADDRESSEE ONLY

**Exhibit 1**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Merced Del Pueblo Abiquiu<br>c/o Alfredo Garcia<br>P.O. Box 179<br>Abiquiu, NM 87510 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☒ Yes | |
| 2. Article Number (Transfer from service lab) | 7007 0710 0003 0183 7246 | 02-03, 03-01, 04-01 |
| PS Form 3811, February 2004 | Domestic Return Receipt   A. Garcia | 102595-02-M-1540 |

RESTRICTED DELIVERY-ADDRESSEE ONLY



PARK
PRESERVE
41420