IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

**ENTRY OF APPEARANCE FOR STATE OF NEW MEXICO**

Felicity Strachan, Special Assistant Attorney General, hereby enters her appearance on behalf of the State of New Mexico in this cause.

Respectfully submitted,

/s/  Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-3989
felicity.strachan@state.nm.us
*Attorney for Plaintiff State of New Mexico*

**Certificate of Service**

I certify that on August 31, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/  Felicity Strachan
Felicity Strachan