UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

PRESORTED FIRST CLASS MAIL
POSTAGE & FEES PAID
DISTRICT COURTS
PERMIT NO. G-018

6:69cv7941MV
Re DOC 11138

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

RECEIVED
At Albuquerque NM
SEP 02 2016
MATTHEW J. DYKMAN
CLERK

NIXIE   871   5E   1         0009/01/16
            RETURN TO SENDER
            NO MAIL RECEPTACLE
            UNABLE TO FORWARD

BC: 87102227470         *0668-02711-30-41