Returned
Re DOC 11138

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 875110, US

RECEIVED
At Albuquerque NM

SEP 02 2016

MATTHEW J. DYKMAN
CLERK

FORWARD TIME EXP RTN TO SEND
JARAMILLO BEN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER