UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941mv
Re DOC 11138

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

RECEIVED
At Albuquerque NM
SEP 0 2 2016
MATTHEW J. DYKMAN
CLERK

NIXIE    871    5E    1        0009/01/16
         RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD

BC: 87102227470    *0668-03360-30-41