IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

## NOTICE OF FILING PROOF OF SERVICE FOR DEFENDANTS IN RIO DEL OSO & RITO VALLECITOS OF SECTION 1 OF THE RIO CHAMA STREAM SYSTEM

The State of New Mexico (State), hereby states that pursuant to Fed. R. Civ. P. 4(e), the following defendant was served with process in the above captioned matter, as demonstrated by the copy of the summons served to the defendant and the copy of the Return Receipt attached hereto as Exhibits 1 and 2 respectively:

| **Defendant:** | **Subfile No.** | **Date of Service** |
|---|---|---|
| Merced del Pueblo Abiquiu | CHRO-002-0003<br>CHRO-003-0001<br>CHRO-004-0001 | August 30, 2016 |

Dated this 9th day of September, 2016

Respectfully submitted,

/s/  Leila Reilly
Leila Reilly
Special Assistant Attorney General
Office of the State Engineer

P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
Leila.reilly@state.nm.us
*Attorney for Plaintiff State of New Mexico*

## Certificate of Service

    I certify that on September 9, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

    /s/ Leila Reilly
    Leila Reilly