69cv7941 MV
Re DOC 11143

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 875110, US

RECEIVED
At Albuquerque NM

SEP 09 2016

MATTHEW J. DYKMAN
CLERK

FORWARD TIME EXP RTN TO SEND
JARAMILLO BENJAMIN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER