IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                              69cv07941 MV/KK
                                                          Rio Chama Adjudication

   v.

                                                          Section 1: Rio del Oso &
ROMAN ARAGON, *et al.*,                             Rito Vallecitos

        Defendants.

## ORDER

**THIS MATTER** is before the Court on the State of New Mexico's Motion to Strike Document Number 11134. *See* Doc. 11135, filed August 26, 2016. The State of New Mexico moves the Court to strike Document Number 11134 because it is the State's notice of an informal public meeting, is not an acknowledgment of service as indicated on the docket, and was filed in error. No responses opposing the Motion have been filed. The Court will **GRANT** the Motion, Doc. 11135, filed August 26, 2016. Document Number 11134 is **STRICKEN.**

    IT IS SO ORDERED.

                                              */s/ Kirtan Khalsa*
                                              **KIRTAN KHALSA**
                                              **UNITED STATES MAGISTRATE JUDGE**