### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

               Plaintiffs,                          69cv07941 MV/KK

                                                Rio Chama Adjudication

        v.

                                          Section 1: Rio del Oso &

ROMAN ARAGON, *et al.*,                          Rito Vallecitos

               Defendants.

### ORDER

**THIS MATTER** is before the Court on the State of New Mexico's Motion for Extension of Time to Perfect Service on Defendant Merced del Pueblo Abiquiu in Rio del Oso & Rito Vallecitos of Section 1 of the Rio Chama Stream System, Doc. 11137, filed August 26, 2016 ("Motion").

The deadline for serving claimants identified in the Rio del Oso and Rito Vallecitos Hydrographic Survey was August 29, 2016. *See* Motion at 1. On July 27, 2016, the State of New Mexico ("State") sent the service packet to Merced del Pueblo Abiquiu via certified mail in care of Alfred Garcia. The service packet was returned with a notation that Mr. Garcia is deceased. On August 18, 2016, the State mailed the service packet to the new President of Merced del Pueblo Abiquiu. The State filed its Motion, prior to the August 29, 2016, deadline, seeking an order extending the deadline to perfect service on Defendant Merced del Pueblo Abiquiu until September 9, 2016. No responses opposing the Motion have been filed. On September 9, 2016, the State filed notice of proof of service on Defendant Merced del Pueblo Abiquiu. *See* Doc. 11144. The Court will **GRANT** the Motion.

**IT IS ORDERED** that the State of New Mexico's Motion for Extension of Time to

Perfect Service on Defendant Merced del Pueblo Abiquiu in Rio del Oso & Rito Vallecitos of

Section 1 of the Rio Chama Stream System, Doc. 11137, filed August 26, 2016, is **GRANTED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**