69CV7941 MV KK
Re Doc. 11147

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 87510, US

87162>22743
87510-074343



RECEIVED
At Albuquerque NM

SEP 16 2016

MATTHEW J. DYKMAN
CLERK

871 N7E 1 RTN 815109009/15/16
FORWARD TIME EXP RTN TO SEND
JARAMILLO BEN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER