69CV7941 Doc 11146

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

RECEIVED
At Albuquerque NM

SEP 19 2016

MATTHEW J. DYKMAN
CLERK

NIXIE    871    5C  1         0009/17/16
        RETURN TO SENDER
        NO SUCH NUMBER
        UNABLE TO FORWARD

BC: 8710222747 *0658-07442-14-44