6:69cv7941 Doc 11146

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Agustin & Bernadita Vigil Estate
4801 Glenwood Hills NE
Albuquerque, NM 87111, US

RECEIVED
At Albuquerque NM

SEP 19 2016

MATTHEW J. DYKMAN
CLERK

NIXIE    871    SC 1        0009/17/16
   RETURN TO SENDER
   ATTEMPTED - NOT KNOWN
   UNABLE TO FORWARD

BC: 871022227470        *0668-08376-14-44

87102>2274
87111-306601