69CV7941 Doc11152

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD., N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

ALBUQUERQUE NM 870
14 SEP '15
RECEIVED
At Albuquerque NM
SEP 19 2016
MATTHEW J. DYKMAN
CLERK

NIXIE      871    5C 1       0009/17/16
        RETURN TO SENDER
        NO SUCH NUMBER
        UNABLE TO FORWARD

BC: 87102227470    *0568-03508-14-44

87537-007470 4