69cv7941, Doc 11,154

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD., N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Agustin & Bernadita Vigil Estate
4801 Glenwood Hills NE
Albuquerque, NM 87111, US

RECEIVED
At Albuquerque NM
SEP 19 2016
MATTHEW J. DYKMAN
CLERK

NIXIE          871   5C 1       0009/17/16
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 871022277470          *0668-07886-14-44

87102>2274
87111-306601