6:69-CV-07941-WR-KK

Re: DOC 11146

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

NIXIE      871      5E 1      2209/19/16

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 87102227470      *1755-02941-17-43

RECEIVED
At Albuquerque NM

SEP 2 0 2016

MATTHEW J. DYKMAN
CLERK

87532-277403