IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

**PROOF OF PUBLICATION OF NOTICE OF PENDENCY OF SUIT FOR THE
RIO DEL OSO & RITO VALLECITOS OF
<u>SECTION 1 OF THE RIO CHAMA STREAM SYSTEM</u>**

    The State of New Mexico (State), by and through its undersigned attorney, hereby files proof of publication of the Notice of Pendency of Suit issued by the United States District Court on July 26, 2016, Doc. 11128.

    Attached as Exhibit 1 is the Affidavit of Publication signed by Robert Trapp, publisher of the Rio Grande Sun.

Dated this 27th day of September, 2016

Respectfully submitted,

/s/  Leila Reilly
Leila Reilly
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150

Leila.reilly@state.nm.us
*Attorney for Plaintiff State of New Mexico*

## Certificate of Service

I certify that on September 27, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Leila Reilly
Leila Reilly