# Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the Publisher of the *Rio Grande SUN*, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

3 consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

11 day of August, 2016

and the last publication on the 25 day of

August, 2016. Payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_Robert Trapp_ Publisher

Subscribed and sworn to before me this 21 day of September A.D. 2016

_Maria V. Lopez Garcia_ /Notary Public
Maria V. Lopez Garcia /Notary Public
My commission expires 13 July 2017

OFFICIAL SEAL
MARIA V. LOPEZ-GARCIA
Notary Public
State of New Mexico
My Comm. Expires 7/13/17

## Publisher's Bill

85 lines one time at $59.50

85 lines 2 times at $102.00

Affidavit $5.00

Subtotal $166.50

Tax $14.26

Total $180.76

Payment received at *Rio Grande SUN*

Date September 1, 2016

By _____

**Exhibit 1**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**69cv07941-MV/KK**
**RIO CHAMA STREAM SYSTEM**
**SECTION I. RIO DEL OSO & RITO VALLECITOS**
**STATE OF NEW MEXICO, EX REL. STATE ENGINEER**
PLAINTIFF,
V.
**ROMAN ARAGON, ET AL.,**
DEFENDANTS.

**NOTICE OF PENDENCY OF SUIT**

The following persons if living, and if deceased, their known heirs: UNIDENTIFIED AND UNKNOWN WATER RIGHT CLAIMANTS OF INTEREST TO SURFACE WATERS FOR IRRIGATION PURPOSES OF THE RIO DEL OSO AND RITO VALLECITOS IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM.

GREETINGS.

Please take notice that there is pending in the United States District Court for the District of New Mexico an action against you, the general purpose of which is to adjudicate all claims to rights to use the surface waters of the Rio del Oso and Rito Vallecitos in Section 1 of the Rio Chama stream system for irrigation purposes.

Unless you appear and defend in this matter on or before December 5, 2016, you will be precluded from making a claim for any right you may have to use the surface waters of the Rio del Oso and Rito Vallecitos in Section 1 of the Rio Chama stream system for irrigation purposes.

The waters that are the subject of the auction are located in Rio Arriba County, New Mexico. The contact information for Plaintiff's attorney is: Kelly Brooks Smith, Kelly.smith@state.nm.us, (505)827-6150 Special Assistant Attorney General P.O. Box 25102 Santa Fe, NM 87504-5102

Witness the hand seal of the United States District Court for the District of New Mexico this 26th day of July, 2016.

by: /s/ KIRTAN KHALSA UNITED STATES MAGISTRATE JUDGE

(Published August 11, 18 & 25, 2016)