IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| **State Engineer,** *et al.,* ) | | |
| ) | | |
| **Plaintiffs,** ) | 69-cv-07941-MV-KK | |
| ) | | |
| v. ) | RIO CHAMA ADJUDICATION | |
| ) | | |
| **RAMON ARAGON,** *et al.,* ) | | |
| ) | | |
| **Defendants.** ) | | |
| _____) | | |

**STATE OF NEW MEXICO'S NOTICE OF FILING OF**
**STATE'S RULE 1-071.3 REPORT**

Pursuant to Rule 1-071.3 NMRA 2009, the State of New Mexico *ex rel.* State Engineer ("State") notifies the Court that it has filed in each of the state court adjudications its report setting out its priorities and analysis of resources for all adjudications pending in both state and federal courts.  The report set out the priorities and resources of the Lower Rio Grande Adjudication Bureau, those of the Pecos Adjudication Bureau, and those of the Northern New Mexico Adjudication Bureau.  Copies of this report are available on the website of the Office of the State Engineer at:  http://www.ose.state.nm.us/Legal/rule71_3.php.

Respectfully submitted,

/s/ Arianne Singer
Arianne Singer
Kelly Brooks Smith
Special Assistant Attorneys General
*Attorneys for State of New Mexico*
P.O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 827-6150

1

## **CERTIFICATE OF SERVICE**

      I certify that on the 29th day of September, 2016, I filed the State's Notice of Filing of State's Rule 1-071.3 Report through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth on the Notice of Electronic Filing, to be served via electronic mail.

                                                                 _/s/  Kelly Brooks Smith