IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

Subfile No. CHRO-005-0004

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

        **CONSUELO ARCHULETA**
        **SALOME CHAFF**
        **ADELINA LANG**
        **ANGELICA LOPEZ**
        **ANITA VALDEZ**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement concerning the elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.

3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer File No(s):** 03812

**Priority:** 1887

**Source of Water:** ACEQUIA DE LOS RECHUELOS: Surface water of the Rio del Oso, a tributary of the Rio Chama.

SPRING NO. 1: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 2: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 4: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 5: Surface water of a spring, a tributary of the Rio del Oso.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** ACEQUIA DE LOS RECHUELOS
Location X: 1,608,390 feet    Location Y: 1,836,374 feet

**Spring:** SPRING NO. 1
Location X: 1,612,493 feet    Location Y: 1,835,575 feet

**Spring:** SPRING NO. 2
Location X: 1,612,617 feet    Location Y: 1,836,044 feet

**Spring:** SPRING NO. 4
Location X: 1,613,302 feet    Location Y: 1,836,909 feet

**Spring:** SPRING NO. 5
Location X: 1,613,691 feet    Location Y: 1,836,019 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Juan Jose Lobato Land Grant         12.2 acres

                                              Total      12.2 acres

As shown on the 2016 Hydrographic Survey Map CHRO-5.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement = 1.25

   Farm Delivery Requirement = 3.13

   Project Diversion Requirement = 5.22

## B. POND(S) (Surface Water Only):

**Office of the State Engineer File No(s):** 03812

**Priority:** 10/04/1963

**Source of Water:** ACEQUIA DE LOS RECHUELOS: Surface water of the Rio del Oso, a tributary of the Rio Chama.

SPRING NO. 1: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 2: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 4: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 5: Surface water of a spring, a tributary of the Rio del Oso.

**Purpose of Use:** LIVESTOCK WATERING

**Point of Diversion:**

   **Ditch:** ACEQUIA DE LOS RECHUELOS
   Location X: 1,608,390 feet        Location Y: 1,836,374 feet

   **Spring:** SPRING NO. 1
   Location X: 1,612,493 feet        Location Y: 1,835,575 feet

   **Spring:** SPRING NO. 2
   Location X: 1,612,617 feet        Location Y: 1,836,044 feet

   **Spring:** SPRING NO. 4
   Location X: 1,613,302 feet        Location Y: 1,836,909 feet

   **Spring:** SPRING NO. 5
   Location X: 1,613,691 feet        Location Y: 1,836,019 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Pond Location and Surface Area:**

| | | |
|---|---|---|
| Within the Juan Jose Lobato Land Grant | | 0.01 acres |
| | Total | 0.01 acres |

As shown on the 2016 Hydrographic Survey Map CHRO-5.

**Pond Depth:** 3.0 feet

**Pond Volume:** 0.02 acre-feet

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

ACCEPTED: *Anita Valdez*
ANITA VALDEZ

ADDRESS: 2915 Camino Del Gusto
Santa Fe
New Mexico 87507

DATE: August 15, 2016

ACCEPTED: _____
ADELINA LANG

ADDRESS: _____

DATE: _____

ACCEPTED: _____
SALOME CHAFF

ADDRESS: _____

DATE: _____

ACCEPTED: _____
CONSUELO ARCHULETA

ADDRESS: _____

DATE: _____

ACCEPTED: _____
ANGELICA LOPEZ

ADDRESS: _____

DATE: _____

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_/s/ M. Vazquez_
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

| ACCEPTED: _____ | ACCEPTED: _____ |
| ANITA VALDEZ | ADELINA LANG |
| ADDRESS: _____ | ADDRESS: _____ |
| DATE: _____ | DATE: _____ |
| ACCEPTED: _Salome Chaff_ | ACCEPTED: _____ |
| SALOME CHAFF | CONSUELO ARCHULETA |
| ADDRESS: _300 Fasmaldride_ _San Bruno,_ _California 94066_ | ADDRESS: _____ |
| DATE: _August 17, 2016_ | DATE: _____ |
| ACCEPTED: _____ | |
| ANGELICA LOPEZ | |
| ADDRESS: _____ | |
| DATE: _____ | |

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_/s/ M. Vazquez_
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

| ACCEPTED: _____ | ACCEPTED: _____ |
| ANITA VALDEZ | ADELINA LANG |
| ADDRESS: _____ | ADDRESS: _____ |
| DATE: _____ | DATE: _____ |

ACCEPTED: _____        ACCEPTED: _____
                    SALOME CHAFF                                      CONSUELO ARCHULETA

ADDRESS: _____        ADDRESS: _____

DATE: _____              DATE: _____

ACCEPTED: _Angelica Lopez_
                    ANGELICA LOPEZ

ADDRESS: _5 Camino Del Valle_
                _Las Vegas,_
                _n.m. 87701_

DATE: _8-15-16_

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

ACCEPTED: _____          ACCEPTED: *Adelina Lang*
                ANITA VALDEZ                                    ADELINA LANG

ADDRESS: _____           ADDRESS: 416 Turner Terrace
         _____                    Apt 2
                                                  San Mateo, CA 94401-2479
DATE: _____              DATE: 8/17/2016

ACCEPTED: _____          ACCEPTED: _____
                SALOME CHAFF                                CONSUELO ARCHULETA

ADDRESS: _____           ADDRESS: _____
         _____                    _____

DATE: _____              DATE: _____

ACCEPTED: _____
                ANGELICA LOPEZ

ADDRESS: _____
         _____

DATE: _____

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

ACCEPTED: _____  ACCEPTED: _____
                 ANITA VALDEZ                              ADELINA LANG

ADDRESS: _____   ADDRESS: _____
         _____            _____

DATE: _____    DATE: _____

ACCEPTED: _____   ACCEPTED: /s/ Consuelo Archuleta
                SALOME CHAFF                             CONSUELO ARCHULETA

ADDRESS: _____    ADDRESS: 34000 Shadow Mountain Dr.
         _____             Apt 23
                                             Pilon Desert Ca 92260
DATE: _____     DATE: 8/9/2016

ACCEPTED: _____
               ANGELICA LOPEZ

ADDRESS: _____
         _____

DATE: _____

_(signature)_
Kelly Brooks Smith
Special Assistant Attorney General

8-31-16
Date

