IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

                                      69cv07941 MV/KK
                                      Rio Chama Adjudication
          Plaintiffs,

                                      Section 3, Rio Cebolla
    v.

                                      Subfile Nos.   CHCB-001-0007
ROMAN ARAGON, *et al.*,                                  CHCB-002-0001B
                                                        CHCB-002-0002C
         Defendants.                              CHCB-002-0009

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Defendants Chacon Family LLC,'s formerly Charlie Chacon and Geralda M. Chacon, and the Delfin O. and Frances S. Quintana Trust's Motion to Extend Deadlines in Order Setting Trial in Section 3, Rio Cebolla Subfiles, Doc. 11158, filed September 29, 2016 ("Motion to Extend").

The Court set the trial for the above referenced sub-files to begin February 21, 2017. *See* Order Setting Trial, Doc. 11138, filed August 30, 2017. The Order Setting Trial also set deadlines for submitting exhibits, objections to exhibits, witness lists, etc.

Defendants ask the Court to extend the October 14, 2016 deadline for the following:

(i)  a consolidated exhibit list identifying all exhibits that the parties have stipulated are admissible;

(ii)  a consolidated exhibit list identifying all exhibits to which there are objections;

(iii)  objections to proposed exhibits;

(iv)  two (2) sets of each party's proposed exhibits;

(v)  witness lists; and

(vi)  proposed findings of fact and conclusions of law;

to October 26, 2016.  Defendants also ask the Court to extend the November 4, 2016 deadline for motions in limine and responses to objections to exhibits, to November 16, 2016.  Defendants assert that the "extension of time will enable the parties to more effectively complete all preliminary matters, including interaction of Counsel, as needed to compile consolidated exhibit and witness lists."  All other deadlines would remain as stated in the Order Setting Trial.  The only other party involved in the trial, the State of New Mexico, does not oppose the Motion to Extend.

The Court will **GRANT** the Motion to Extend.  The October 14, 2016 deadline in the Order Setting Trial is reset for October 26, 2016.  The November 4, 2016 deadline in the Order Setting Trial is reset for November 16, 2016.  All other deadlines in this matter remain as stated in the Order Setting Trial.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**