UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69cv7941 MV/KK
re: Doc #11159

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 87510, US

RECEIVED
At Albuquerque NM
OCT 0 5 2016
MATTHEW J. DYKMAN
CLERK

UNITED STATES POSTAGE
$ 00.67⁵
PITNEY BOWES
02 1M
0008004394    OCT 03 2016
MAILED FROM ZIPCODE 87102

FORWARD TIME EXP RTN TO SEND
871 N7E 1  8151001⁸/04/16
JARAMILLO OWEN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER