# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2016 OCT -5  AM 10: 35

CLERK-SANTA FE

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

**Subfile No. CHRO-007-0001**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

### DIANA WAR
### ROCHELLE WAR
### VERONICA WAR

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

concerning the elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System,  Section 1: Rio del Oso & Rito Vallecitos, and by their

signatures appearing below, the State and the Defendant(s) have approved and accepted

the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements
of the claims of the Defendant(s) adjudicated by this order.

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama
Stream System, Section 1: Rio del Oso & Rito Vallecitos, is set forth below:

## A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No(s):**   NONE

**Priority:** 1882

**Source of Water:** Surface water of the Rio del Oso, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**     WAR DITCH NO. 1

    Location  X:  1,636,600 feet      Location Y:  1,839,191 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Juan Jose Lobato Land Grant | | 3.4  acres |
| | Total | 3.4  acres |

As shown on the 2016 Hydrographic Survey Map CHRO-7.

**Amount of Water (acre-feet per acre per year, not to exceed):**

    Consumptive Irrigation Requirement  =  1.25

    Farm Delivery Requirement  =  3.13

    Project Diversion Requirement  =  5.22

## B. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No(s):**   NONE

**Priority:** 1882

**Source of Water:** Surface water of the Rio del Oso, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:**    WAR DITCH NO. 2
    Location  X:  1,635,872 feet        Location Y:  1,838,743 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Juan Jose Lobato Land Grant         4.2  acres

                                 Total      4.2  acres

As shown on the 2016 Hydrographic Survey Map CHRO-7.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement  =  1.25

Farm Delivery Requirement =  3.13

Project Diversion Requirement  =  5.22

5.     Defendant(s) have no surface water rights in the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, other than those set forth in this order and those other orders entered by this Court in this cause.

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos,  are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

ACCEPTED: _Rochelle J WK_      ACCEPTED: _Diana War_
ROCHELLE WAR                                    DIANA WAR

ADDRESS: _507 Camino Arbolera_   ADDRESS: _P.O. Box 4701_
_Espanola NM 87532_                          _Fairview, NM 87533_

DATE: _9/28/16_                              DATE: _9/28/16_

ACCEPTED: _____

VERONICA WAR

ADDRESS: _P.O.Box 5063_

_Fairview NM 87533_

DATE: _9-24-16_

_____

Kelly Brooks Smith
Special Assistant Attorney General

_____

Date

Consent Order                    5                    Subfile No. CHRO-007-0001

U.S. POSTAGE
PAID
LOS ALAMOS, NM
87544
SEP 30, 16
AMOUNT
**$6.47**
R2304E106868-04

1000

87102

CERTIFIED MAIL®

7016 0600 0001 1235 5498

RECEIVED
At Albuquerque NM
OCT 0 8 2016
MATTHEW J. DYKMAN
CLERK

United States District Court Clerk
333 Lomas Blvd. N.W. ste.
Alb. NM 87102

Diana Wolf
P.O. Box 4701
Fairview, NM
87533