UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69-cv-7941 KWR-KK
Re: Doc 11164

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 875110, US

ALBUQUERQUE NM 870
04 OCT '16
PM 4 L

RECEIVED
At Albuquerque
OCT 07 2016
MATTHEW J. DYKMAN
CLERK

02 1M 0008004394
MAILED FROM ZIP CODE 87102
$ 00.46⁵
OCT 04 2016
PITNEY BOWES

FORWARD TIME EXP  RTN TO SEND
JARAMILLO BEN ENRIQUE
PO BOX 24
ABIQUIU NM 87510-0914

RETURN TO SENDER