FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 14 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW __Laura Vigil Caffey – duly appointed__ (please print your full name)
AGUSTIN & BERNARDITA VIGIL ESTATE  *personal representative (daughter) Court appointed*

and answers the Complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHRO-005-0002 | ✓ | |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) __CHRO-005-0002 Acequia de los Rechuelos + Springs 1+2__ because __the area allocated for irrigation (covered) is too limited on that location of my parent's estate. The Subfile Aerial Photography indicate a network of ditches that were not eradicated. The Rio del Oso__

itself winds through close to one acre of our estate. Land along the river was tilled because of the availability of the water. No water rights for irrigation were allotted for this area. What about the "rights" to use the water for other agricultural and domestic use, as my family and ancestors have been entitled to since 1887 when my great grandfather claimed a homestead. His descendants have been there ever since then. In a paper titled "Settlement and Irrigation On the Rio del Oso and Rito Vallecitos, Dr. John O. Baxter, May 2013," "Presently the Vigil family irrigate about twenty acres ---". Currently this is (Attach additional pages if necessary) not ongoing, but we want the water to be available for the future.

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by On Sept. 16 I met with Michael Recker and Leila Reilly, representatives of the State Engrs. staff, attorney at the Abiquiu Rural Center. I took materials, deeds to substance my opinion of why I thought my parents estate was not getting the ample water rights it deserves. Michael and Leila were very pleasant. I certainly enjoyed meeting with them in view of the fact that I was a bit apprehensive of the meeting. I am an octogenarian, but do not consider myself "are all quite elderly" - I am however, very attached, very emotional to Los Ruechuelos (sp), the Rio del Oso where my forebears, myself (Attach additional pages if necessary) were born and raised. Oh the many beautiful memories. I want use of the water to be there for those to come. Thank you. FK.

I claim no right for the water right(s) described by Subfile Number(s) _____ because _____

(Attach additional pages if necessary)

Answer to Complaint                2                AGUSTIN & BERNARDITA VIGIL ESTATE

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 10/10/2016

_Laura Vigil Caffey, Laura Vigil Caffey_
(Signature - AGUSTIN & BERNARDITA VIGIL ESTATE)

4801 Glenwood Hills Dr (Glenwood Hills Dr,
Albuquerque, New Mexico
(Address: Print Clearly)

505-296-1942
(Phone Number: Print Clearly)

The court's address is:
United States District Court Clerk
333 Lomas Blvd. NW, Ste. 270
Albuquerque, NM 87102



Laura Vigil Caffey
4801 Glenwood Hills Dr. NE
Albuquerque, NM 87111

United States District Court Clerk
333 Lomas Blvd. NW, Ste. 270
Albuquerque, NM 87102






US POSTAGE PAID
ALBUQUERQUI
87111
OCT 11 16
AMOUNT
$17.
R2304E104819-