690V7941  MV KK

DOC # 11160

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD NW
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

ALBUQUERQUE
NM 870
01 OCT '16
PM 4 L

$ 00.675

RECEIVED
At Albuquerque NM

OCT 17 2016

MATTHEW J. DYKMAN
CLERK

0210/11/16

NIXIE       957   SE  1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  87102227299   *0768-07382-03-37

Adelina Lang
P.O. Box 906
Milbrae, CA 94066, US   94070