DOC# 11164

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

ALBUQUERQUE NM 870
04 OCT '16

RECEIVED
At Albuquerque NM
OCT 17 2016
MATTHEW J. DYKMAN
CLERK

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

NIXIE    871 SE 1    0010/13/16
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 87102227470    *0768-02534-04-41