69 CV-7941-MV-KK
DOC# 11164

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

ALBUQUERQUE NM 870
03 OCT '16

RECEIVED
At Albuquerque NM

OCT 19 2016

MATTHEW J. DYKMAN
CLERK

NIXIE          871      5E  1         0010/07/16
         RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD

BC: 87532123030          *0568-08873-04-41