**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69 CV 7941 MV KK
DOC# 11170

RECEIVED
At Albuquerque NM
OCT 2 4 2016
MATTHEW J. DYKMAN

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

NIXIE

RETURN TO SENDER
ATTEMPTED – NOT KNOWN
UNABLE TO FORWARD