69CV7941 MV-KK
DOC #11170

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

ALBUQUERQUE NM 870
18 OCT '16

RECEIVED
At Albuquerque NM
OCT 24 2016
MATTHEW J. DYKMAN
CLERK

NIXIE    871    5E 1    0010/22/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 87102227470    *0568-10328-18-39*