FILED
IN THE UNITED STATES DISTRICT COURT UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO DISTRICT OF NEW MEXICO

2016 OCT 25  PM 12: 01

CLERK-SANTA FE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

### ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW _Joseph G. Ortega_ (please print your full name)
            JOSEPH G ORTEGA

and answers the Complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHRO-006-0002 | ☒ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _CHRO-006-002_ because _it does not reflect all of the land which I own and which is irrigated._

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by Appearing AT THE Field OFFice Session ON Sept. 16, 2016 AT the Abiquiu Rural Events Center I Provided The State Engineers officials Additional aerial Photos Showing LAnd which I OWN And Irrigate And which They HAD No knowledge or information. I was advised That They Could NOT Verify my Claims Until The Spring OF 2017 And Also Advised Me To File This Answer TO Protect my Rights And Claims. (Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because

(Attach additional pages if necessary)

Answer to Complaint                    2                    JOSEPH G ORTEGA

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 10-21-16

_____
(Signature - JOSEPH G ORTEGA)

Joseph G. Ortega
P.O. Box 74
Hernandez, N. Mex. 87537
(Address: Print Clearly)

505 - 929 - 1417
(Phone Number: Print Clearly)

The court's address is:
United States District Court Clerk
333 Lomas Blvd. NW, Ste. 270
Albuquerque, NM 87102