IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* | ) | |
| State Engineer, *et al.,* | ) | 69cv07941-MV/KK |
| | ) | |
| Plaintiffs, | ) | RIO CHAMA ADJUDICATION |
| | ) | |
| v. | ) | Section 3, Rio Cebolla |
| | ) | |
| RAMON ARAGON, *et al.,* | ) | Subfile Nos. CHCB-001-0007, |
| | ) | CHCB-002-0001B, CHCB-002-0002C |
| Defendants. | ) | CHCB-002-0009 |
| _____ | ) | |

**STATE'S PROPOSED WITNESS LIST**
**IN RIO CHAMA, SECTION 3, RIO CEBOLLA SUBFILES**

1. John O. Baxter, Ph.D, Historian, c/o Office of the State Engineer, P.O. Box 25102, Santa Fe, NM 87504-5102, (505) 983-5836.

2. James Aguirre, Hydrographic Survey and Mapping Bureau Chief, Office of the State Engineer, P.O. Box 25102, Santa Fe, NM 87504-5102, (505) 827-3868.

3. Mike Recker, Hydrographic Survey Engineering Manager, Northern New Mexico Adjudication Bureau, Office of the State Engineer, P.O. Box 25102, Santa Fe, NM 87504-5102, (505) 983-5836.

4. Frank Craig, Consultant, c/o Office of the State Engineer, P.O. Box 25102, Santa Fe, NM 87504-5102, (505) 983-5836.

Respectfully submitted,

/s/ Felicity Strachan_____
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 827-3889
Fax:  (505) 827-3887
felicity.strachan@state.nm.us
Attorney for the State of New Mexico *ex rel.*
New Mexico State Engineer

## Certificate of Service

I certify that on October 26, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan