IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* ) <br> State Engineer, *et al.,*   ) <br>                                                 ) <br>         Plaintiffs,                     ) <br>                                                 ) <br>     v.                                      ) <br>                                                 ) <br> RAMON ARAGON, *et al.*,        ) <br>                                                 ) <br>         Defendants.                  ) <br> _____) | 69cv07941-MV/KK <br><br> RIO CHAMA ADJUDICATION <br><br> Section 3, Rio Cebolla <br><br> Subfile Nos. CHCB-001-0007, <br> CHCB-002-0001B, CHCB-002-0002C, <br> CHCB-002-0009 |

**CONSOLIDATED LIST OF EXHIBITS THAT THE PARTIES HAVE STIPULATED ARE ADMISSIBLE IN RIO CHAMA, SECTION 3, RIO CEBOLLA SUBFILES**

**Defense Exhibits that the State Stipulates Are Admissible**

A.1 –Turley Survey Map dated June 10, 1949.

A.5 – Office of the State Engineer "Map Showing Selected Homestead, Purchases and Ditches in Rio Cebolla Area."

D.3 – Photographs. (Marked as D.2.)

E.4 – Application for Permit, Medardo Sanchez, Pinabetal Acequia, July 25, 1951.

E.5 – Certificate of Construction No. 2738, November 20, 1953.

F.2.c – OSE No. 0636 Affidavits of Antonio P. Archuleta (dated August 10, 1951), Medardo Sanchez (dated July 19, 1951), and Patricio Chacon (dated July 19, 1951).

F.12 - Declaration of Ownership of Water Rights Perfected Prior to March 19, 1907 for Acequia Pinavetal by Medardo Sanchez, December 19, 1949.

F.13 – Application for Permit, No. 2738, Medardo Sanchez, August 3, 1951

F.14 - License to Appropriate Water, No. 2738, for Acequia Pinavetal, November 20, 1953.

**State's Exhibits that the Defendants Stipulate Are Admissible**

5. Homestead documents of Juan Desiderio Valdez, including Homestead Certificate No. 1190 and Testimony of Claimants and Witnesses, National Archives and Records Administration, Washington, D.C.
6. Homestead documents of Gabriel Valdez, Testimony of Claimant, National Archives and Records Administration, Washington, D.C.
7. Homestead documents of Jose Leandro Montoya, Testimony of Claimant, National Archives and Records Administration, Washington, D.C.
8. Homestead documents of Canuto Valdez, Testimony of Claimant, National Archives and Records Administration, Washington, D.C.
9. Rio Arriba County Deed Records, Office of the County Clerk, Rio Arriba County Courthouse, Tierra Amarilla, N.M.
    a. Gabriel Valdez heirs to Josefa V. Garcia, dated June 3, 1926, Book 39: 92; including certified translation.
    b. Gabriel Valdez heirs to Canuto Valdez, dated June 3, 1926, Book 23: 512; including certified translation.
    c. Gabriel Valdez heirs to Patricia Chacon, dated June 3, 1926, Book 23: 497; including certified translation.
10. Rio Arriba County Deed Records, Office of the County Clerk, Rio Arriba County Courthouse, Tierra Amarilla, N.M.  Josefa V. Lopez to Patricio Chacon, dated May 8, 1937, Book 20: 91; including certified translation.
11. Rio Arriba County Deed Records, Office of the County Clerk, Rio Arriba County Courthouse, Tierra Amarilla, N.M.  Canuto Valdez to Dulcenea and Luis Quintana, dated October 12, 1944, Book 22: 458.
12. Rio Arriba County Deed Records, Office of the County Clerk, Rio Arriba County Courthouse, Tierra Amarilla, N.M.  Canuto Valdez to Gabriel Valdez, dated November 20, 1944, Book 21: 554; including certified translation.

13. Rio Arriba County Deed Records, Office of the County Clerk, Rio Arriba County Courthouse, Tierra Amarilla, N.M.  Canuto Valdez to Gabriel Valdez, dated February 19, 1949, Book 41: 131.
14. OSE No. 0492.  Declaration of Owner of Water Right, Canuto Valdez, March 5, 1926, map of Canuto Valdez Ditch received January 25, 1927.
16. OSE No. 0636, 0636-B, 0636-C, Map of the Rito del Tanque-Rito de la Piedra Ditch System, Walter G. Turley, June 10, 1949.
17. Rio Cebolla Hydrographic Survey Report, August 11, 2000, Appendix C, Abstracts of Surface Water Right Permit Filings, pages C-16 to C-22 (OSE No. 2738).
18. OSE No. 2738, Application for Permit, July 25, 1951.
19. OSE No. 2738, Proof of Application of Water to Beneficial Use, License to Appropriate Water, October 10, 1953.
20. OSE No. 2738, Proof of Completion of Works, October 10, 1953.
21. OSE No. 2738, Certificate of Construction, November 20, 1953.
22. Rio Arriba County Deed Records, Office of the County Clerk, Rio Arriba County Courthouse, Tierra Amarilla, N.M. Mr. and Mrs. Luis Quintana to Gabriel Valdez, dated June 16, 1956, Book 54:53.
23. Rio Arriba County Deed Records, Office of the County Clerk, Rio Arriba County Courthouse, Tierra Amarilla, N.M.  Gabriel Valdez to Mr. and Mrs. Luis Quintana, dated June 21, 1956, Book 54: 54.
24. Rio Arriba County Deed Records, Office of the County Clerk, Rio Arriba County Courthouse, Tierra Amarilla, N.M. Luis Quintana to Delfin Quintana, January 25, 1960, Book 83: 406.
25.  *Jose G. Cordova v. Luis Quintana, Gabriel Valdez and Delfin Quintana*, Rio Arriba District Court No. 8650.
    a. Complaint filed September 6, 1962.
    b. Testimony of Pedro Trujillo y Chacon at hearing held July 15, 1963.
    c. Affidavit of Jose G. Cordova, September 10, 1965.
    d. Judgment, Justice Paul Tackett, New Mexico Supreme Court, June 9, 1969.
26. Serial Patent No. 1,131,569, Patricio Chacon dated February 12, 1951, filed April 5, 1951. Certificate and BLM Report dated October 27, 1947.

27. Serial Patent No. 1,131,571, Max Ortiz dated February 13, 1951, filed April 5, 1951. Certificate, Application and Patent, Land Classification Report.

28. Serial Patent No. 1,131,575, Gregorio C. Martinez dated February 13, 1951, filed April 5, 1951. Certificate and Land Classification Report.

29. OSE No. 2783, Change of Ownership of Water Right, Gabriel Valdez to Charlie Chacon, March 3, 1969 (30 acres).

30. OSE No. 0336-D; 2738.
    a. Application for Permit to Change Point of Diversion, June 6, 1973.
    b. Application for Permit to Change Place or Method of Use of Surface Water, June 6, 1973.
    c. Map of Chacon Ditch showing move-from and move-to acreage, June 6, 1973.
    d. Memorandum from M.B. Compton to J. K. Couzens dated August 1, 1973.

38. CHCB-002-0001A, Consent Order filed July 23, 2010 (Doc. 9916) with attached subfile map (Charlie and Geralda Chacon).

39. CHCB-002-0002A, Consent Order filed February 26, 2002 (Doc. 6571) with attached subfile map (Delfin O. and Frances S. Quintana Trust).

40. CHCB-002-0002B, Consent Order filed January 22, 2002 (Doc. 7027) with attached subfile map (Delfin O. and Frances S. Quintana Trust.

41. Map Showing Selected Homestead, Purchases and Ditches in Rio Cebolla, overlay onto USGA topographic map.

42. Map Showing Selected Homestead, Purchases and Ditches in Rio Cebolla, without topographic information.

43. Map Showing Selected Homestead, Purchases and Ditches in Rio Cebolla, blowup, showing lands transfer between 1897 and 1919.

44. Selected Ownership as of 1926.

45. Selected Ownership as of June 10, 1949, OSE Declaration No. 0636.

46. Selected Ownership as of June 22, 1956.

47. Selected Ownership as of September 12, 1962.

49. Department of the Interior, Homestead Entry, Final Proof of Pedro Y. Martinez, May 5, 1921.

53. Aerial Photograph of Cebolla dated July 10, 1958; NMSE RG-B1-21.

54. Aerial Photograph of Cebolla dated June 10, 1963; ELF-66-168.
55. Aerial Photographs of Cebolla dated June 14, 1975; 10, 1958; F16-CA-35039-4973-77 and F16-CA-35039-4973-79.
56. Aerial Photograph of Cebolla dated June 17, 1981; USDA 24-613100-481-170.
57. Aerial Photograph of Cebolla dated June 13, 1995; 1:18000 Chama SEO 4601 5-10.
59. Deposition of Ernesto Sanchez dated June 2, 2015, pages 14-17 and 18-21.
60. OSE file 0636, Statement of Old Water Rights, filed June 27, 1932.
61. OSE File 0636, Declaration of Ownership of Water Right and attached letter from Medardo Sanchez, filed with the OSE on March 1, 1949.

Respectfully submitted,

/s/ Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 827-3889
Fax:  (505) 827-3887
felicity.strachan@state.nm.us

Attorney for the State of New Mexico *ex rel.*
New Mexico State Engineer


/s/ Ted J. Trujillo
Ted J. Trujillo
Attorney for the Defendants
P.O. Box 2185
Espanola, NM 87532-1632
Telephone: (504) 351-1632
Fax: (505) 351-4287
tedjtrujillo@gmail.com

**Certificate of Service**

I certify that on October 26, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan