IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* )<br>State Engineer, *et al.,*           )<br>                                              )<br>           Plaintiffs,            )<br>                                              )<br>           v.                          )<br>                                              )<br>RAMON ARAGON, *et al.*,    )<br>                                              )<br>           Defendants.          )<br>_____) | 69cv07941-MV/KK<br><br>RIO CHAMA ADJUDICATION<br><br>Section 3, Rio Cebolla<br><br>Subfile Nos. CHCB-001-0007,<br>CHCB-002-0001B, CHCB-002-0002C,<br>CHCB-002-0009 |

**CONSOLIDATED LIST OF ALL EXHIBITS TO WHICH THERE ARE OBJECTIONS IN RIO CHAMA, SECTION 3, RIO CEBOLLA SUBFILES**

**Defense Exhibits to which the State Objects:**

A.2 – The Stephen D. Hardin Map.

A.3 – Township Map.

A.4 – Dills Map.

B.1 – Excerpt from Malcolm Ebright Report.

B.2 – Cebolla Vegetation Comparison.

C.1 – Aerial Photograph.

C.2 – CHCB 001-0007 Subfile Maps.

D.1 – About 200 Photographs of Claimed Irrigated Acreage.

D.2 – Video of Old Valdez Ditch Running Down to Alfalfita Field (marked as D.3).

E.1 – Deeds.

E.2 – Statement of Old Water Rights.

E.3 – Venceslao Martinez Ditch Declaration.

F.1.a) through F.1.d) – Depositions.

F.2.a) – "History" by Charlie Chacon and Attached Affidavits.

F.2.b) – Affidavits.

F.3 through F.9 – Homestead Documents.

1

F.10 – Letters from H.J. Guthmann and Medardo Sanchez.

F.11 – Letter to State Engineer from Jose I. Maes, dated April 12, 1972 irrigation on the Pinabetal.

Unmarked Exhibit – Receipts from the U.S. National Archives & Records Administration.

**State Exhibits to which the Defendants Object:**

1. Dr. John O Baxter, Curriculum Vitae.

2. Dr. John O. Baxter, *Settlement and Irrigation on the Rio Cebolla,* July 2014.

3. Dr. John O. Baxter, *Report Concerning the Old Valdez Ditch and the Alfalfita Ditch,* May 2014.

4. Dr. John O. Baxter, Memorandum to Misty Braswell, Esq., November 18, 2013.

15. Rio Cebolla Hydrographic Survey Report, August 11, 2000, Appendix B, Abstracts of Surface Water Rights Declaration, pages B-4 to B-8 (OSE Nos. 0636, 0636-B, 0636-c.

31. Rio Chama Hydrographic Survey, Rio Cebolla, Original Map Sheet CHCB-1, August 11, 2000.

32. Rio Chama Hydrographic Survey, Rio Cebolla, Original Map Sheet CHCB-2, August 11, 2000.

33. Rio Chama Hydrographic Survey, Rio Cebolla, Original Map, August 11, 2000; Findings of the Hydrographic Survey Subfiles CHCB-001-0007, CHCB-002-0001, CHCB-002-0002, CHCB-002-0009.

34. Subfile map showing State's proposed mapping of water rights under subfile CHCB-001-0007 (Geralda and Charlie Chacon).

35. Subfile map showing State's proposed mapping of water rights under subfile CHCB-002-0007 (Geralda and Charlie Chacon).

36. Subfile map showing State's proposed mapping of water rights under subfile CHCB-002-0002C (Delfin O. and Francis S. Quintana Trust).

37. Subfile map showing State's proposed mapping of water rights under subfile CHCB-002-0009 (Geralda and Charlie Chacon).

48. Map showing adjudicated water rights and disputed claims under Acequia del Pinavetal, Old Valdez Ditch, Alfalfita Ditch and Chacon Ditch.

50. Report of Recheck, dated April 26, 2001, CHCB-002-0001, including 11 photographs and copies of 2 Polaroid photos taken on April 23, 2001.

51. Report of Recheck, dated October 31, 2002, CHCB-002-0009, CHCB-001-0007 including 8 photographs, Addendum to Report of Recheck, dated November 4, 2002.

52. 1 photograph taken May 5, 2011, and 23 photographs taken April 2, 2014.

58.  Expert Witness Report of James Aguirre dated March 16, 2015.

Respectfully submitted,

/s/ Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 827-3889
Fax:  (505) 827-3887
felicity.strachan@state.nm.us
Attorney for the State of New Mexico *ex rel.*
New Mexico State Engineer


/s/ Ted J. Trujillo
Ted J. Trujillo
Attorney for the Defendants
P.O. Box 2185
Espanola, NM 87532-1632
Telephone: (504) 351-1632
Fax: (505) 351-4287
tedjtrujillo@gmail.com


**Certificate of Service**

I certify that on October 26, 2016, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan