IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | 69cv07941-MV/KK |
| Plaintiffs, | RIO CHAMA ADJUDICATION |
| v. | Section 3, Rio Cebolla |
| ROMAN ARAGON, *et al.*, Defendants. | Subfile Nos. CHCB-001-0007, CHCB-002-0001B, CHCB-002-0002C, CHCB-002-0009 |

### AFFIDAVIT OF DR. JOHN O. BAXTER

1. As part of the historical research I have undertaken for the Cebolla area, I have examined the title records of the Rio Arriba County Clerk concerning the ownership and title history of the lands in the Cebolla area generally, including the chain-of-title history for the lands owned by Charlie and Geralda M. Chacon in Subfile CHCB-001-007.

2. The title records described above indicate that the lands now owned by the Chacons in Subfile CHCB-001-007 were derived from the homestead patent issued to Juan D. Valdez in 1885, and comprise the southern half of that homestead.

3. Blas Valdez, who occupied the adjacent homestead to the east of Juan D. Valdez, is not included in the chain-of-title for any of the lands now owned by the Chacons in Subfile CHCB-001-0007.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John O. Baxter

Subscribed and sworn to me this __14__ day of November, 2016.

_____
Notary Public

My commission expires:

__10/11/20__