IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.*<br>State Engineer, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>ROMAN ARAGON, *et al.*,<br><br>        Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA ADJUDICATION<br><br>Section 3, Rio Cebolla<br><br>Subfile Nos. CHCB-001-0007,<br>CHCB-002-0001B, CHCB-002-0002C,<br>CHCB-002-0009 |

### AFFIDAVIT OF MICHAEL RECKER

1. I am employed as the Manager of the Northern New Mexico Hydrographic Survey Bureau of the New Mexico Office of the State Engineer.

2. I have reviewed the Bureau of Land Management ("BLM") website mapping of the homestead patented to Blas Valdez in 1895 in Cebolla. Using these BLM records, I have determined that none of the lands patented to Blas Valdez in Cebolla are now owned by Charlie and Geralda M. Chacon. All of the lands owned by the Chacons in Subfile CHCB-001-0007 are located within the boundaries of the homestead patent issued to Juan D. Valdez in 1885.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael Recker

Subscribed and sworn to me this 16th day of November, 2016.

_____
Notary Public

My commission expires:

10/11/20