(4—369.)

# HOMESTEAD PROOF—TESTIMONY OF CLAIMANT.

__Blas S. Valdez__, being called as a witness in his own behalf in support of homestead entry, No. __3400__, for __Lots 2 and 3 and SE¼ NW¼ NE¼ Y Sct 19 T 21 N 9 5 E, Containing 154.20 acres__ testifies as follows:

Ques. 1.—What is your name, age, and post-office address?
Ans. __Blas S. Valdez   35 years   Tierra Amarilla  N.M.__

Ques. 2.—Are you a *native-born* citizen of the United States, and if so, in what State or Territory were you born?*
Ans. __Citizen of the United States, Territory of N. Mex.__

Ques. 3.—Are you the identical person who made homestead entry, No. __3400__, at the __Santa Fe, N.M.__ land office on the __5th__ day of __August__, 1889, and what is the true description of the land now claimed by you?
Ans. __timber prairie and farming__

Ques. 4.—When was your house built on the land and when did you establish actual residence therein? (Describe said house and other improvements which you have placed on the land, giving total value thereof.)
Ans. __Oct 15, 1898, Lumber House, Lumber Stable, Timber Fence $100.00__

Ques. 5.—Of whom does your family consist; and have you and your family resided continuously on the land since first establishing residence thereon? (If unmarried, state the fact.)
Ans. __five of family during the winter I go out to live at in another place but in the summer I live on this land__

Ques. 6.—For what period or periods have you been absent from the homestead since making settlement, and for what purpose; and if temporarily absent, did your family reside upon and cultivate the land during such absence?
Ans. __during the winter "Temporary" during the winter I go to another place to live and on the Summer I come to farm it__

Ques. 7.—How much of the land have you cultivated each season, and for how many seasons have you raised crops thereon?
Ans. __About 4 acres,   Six seasons__

Ques. 8.—Is your present claim within the limits of an incorporated town or selected site of a city or town, or used in any way for trade and business?
Ans. __no__

Ques. 9.—What is the character of the land? Is it timber, mountainous, prairie, grazing, or ordinary agricultural land? State its kind and quality, and for what purpose it is most valuable.
Ans. __Timber prairie and Agricultural Land__

Ques. 10.—Are there any indications of coal, salines, or minerals of any kind on the land? (If so, describe what they are, and state whether the land is more valuable for agricultural than for mineral purposes.)
Ans. __no__

Ques. 11.—Have you ever made any other homestead entry? (If so, describe the same.)
Ans. __no__

Ques. 12.—Have you sold, conveyed, or mortgaged any portion of the land; and if so, to whom and for what purpose?
Ans. __no__

Ques. 13.—Have you any personal property of any kind elsewhere than on this claim? (If so, describe the same, and state where the same is kept.)
Ans. __no I have not__

Ques. 14.—Describe by legal subdivisions, or by number, kind of entry, and office where made, any other entry or filing (not mineral), made by you since August 30, 1890.
Ans. __no I have not made any other entry__

(Sign plainly with full christian name.)   __Blas S. Valdez__

*(In case the party is of foreign birth a certified transcript from the court records of his declaration of intention to become a citizen, or of his naturalization, or a copy thereof, certified by the officer taking this proof, must be filed with the case. Evidence of *naturalization* is only required in final (*five-year*) homestead cases.

6—777

EXHIBIT 2

I HEREBY CERTIFY that the foregoing testimony was read to the claimant before being subscribed, and was sworn to before me this 28th day of January, 1895, at my office at Tierra Amarilla in Rio Arriba County, N. M.

[SEE NOTE ON FOURTH PAGE.]

Francisco López
at my office at Tierra Amarilla  Probate Clerk and ex officio R.

NOTE.—The officer before whom the testimony is taken should call the attention of the witness to the following section of the Revised Statutes, and state to him that it is the purpose of the Government, if it be ascertained that he testifies falsely, to prosecute him to the full extent of the law.

Title LXX.—CRIMES.—Ch. 4.

SEC. 5392. Every person who, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury, and shall be punished by a fine of not more than two thousand dollars, and by imprisonment, at hard labor, not more than five years, and shall, moreover, thereafter be incapable of giving testimony in any court of the United States until such time as the judgment against him is reversed. (1862 § 1750.)

HOMESTEAD PROOF.
LAND OFFICE AT Santa Fe, N. M.
Original Application No. 2165.
Final Certificate No. 3400.
Approved: James H. Walker, Register
Pedro Delgado, Receiver
6-577

(4-369.)

## FINAL AFFIDAVIT REQUIRED OF HOMESTEAD CLAIMANTS.

SECTION _____ OF THE REVISED STATUTES OF THE UNITED STATES.

I, Blas S. Valdez, having made a Homestead entry of the _____ Section No. 19 in Township No. 27 of Range No. 5 E, subject to entry at _____ under section No. 2289 of the Revised Statutes of the United States, do now apply to perfect my claim thereto by virtue of section No. 19 of the Revised Statutes of the United States; and for that purpose do solemnly swear that I, Blas S. Valdez, _____ a citizen of the United States; that I have made actual settlement upon and have cultivated and resided upon said land since the 5th day of Aug, 1889, to the present time; that no part of said land has been alienated, except as provided in section 2288 of the Revised Statutes, but that I am the sole bona fide owner as an actual settler; that I will bear true allegiance to the Government of the United States; and, further, that I have not heretofore perfected or abandoned an entry made under the homestead laws of the United States, except _____

(Sign plainly with full Christian name.) Blas S. Valdez

I, Francisco López, of Tierra Amarilla, do hereby certify that the above affidavit was subscribed and sworn to before me this 28th day of January, 1895, at my office at Tierra Amarilla in Rio Arriba County, N. M.

Francisco López
Probate Clerk and ex officio R.