IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* State Engineer, *et al.*, | 69cv07941-MV/KK |
| Plaintiffs, | RIO CHAMA ADJUDICATION |
| v. | Section 3, Rio Cebolla |
| ROMAN ARAGON, *et al.*, | Subfile Nos. CHCB-001-0007, CHCB-002-0001B, CHCB-002-0002C, CHCB-002-0009 |
| Defendants. | |

### AFFIDAVIT OF DR. JOHN O. BAXTER

1. As part of the historical research I have undertaken for the Cebolla area, I have examined the title history of the homestead of Blas Valdez, who occupied the adjacent homestead to the east of the homestead occupied by Juan Desiderio Valdez.

2. Blas Valdez obtained a patent for his homestead in February of 1895. He sold his homestead two years later to William Kinderman, a local business man. The deed, dated August 17, 1897, can be found at Rio Arriba County Records, S.W.D. Book 14A, Page 52.

3. William Kinderman later sold the Blas Valdez homestead to another individual, Prudencio Ulibarri, on October 8, 1909.

FURTHER AFFIANT SAYETH NAUGHT.



John O. Baxter



EXHIBIT 1

1

Subscribed and sworn to me this 2nd day of December, 2016.

_____
Notary Public

My commission expires:

10/11/20