CV69-7941 MV/KK
DOC. 11201

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

RECEIVED
At Albuquerque NM

DEC 9 2016

MATTHEW J. DYKMAN

To: Benjamin Enriqu[ez]
From: Office of the Cle[rk]
CM/ECF Support Number: (505) 348-2075
CM/ECF Support Email: cmecf@nmcourt[.fed.us]

FORWARD TIME EXP RTN TO SEND
JARAMILLO BEN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER