69cv7941-MV KK
Reg Doc. 11201

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

RECEIVED
At Albuquerque NM
DEC 22 2016
MATTHEW J. DYKMAN
CLERK

NIXIE     871 5E 1          0012/21/16
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 87192227479     *0558-08817-16-45

UNITED STATES POSTAGE
$ 00.46⁵
PITNEY BOWES
02 1M
0008004394
MAILED FROM ZIPCODE 87102
DEC 16 2016