69cv 7941 MV KK
Reg Doc. 11201

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

RECEIVED
At Albuquerque NM
DEC 2 2 2016
MATTHEW J. DYKMAN
CLERK

NIXIE   871   SE  1   0012/21/16
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 87102227470   *9658-08268-16-45

US POSTAGE $00.465
PITNEY BOWES
MAILED FROM ZIPCODE 87102
DEC 16 2016