IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.
State Engineer, et al.,

    Plaintiffs,

v.                                                                  69-cv-7941 MV/KK

RAMON ARAGON et al.,

    Defendants.

## ORDER OF TELEPHONIC SETTING

**MATTER TO BE HEARD:**         Status Conference to Set Settlement

**DATE AND TIME OF HEARING:**         January 17, 2017, at 1:30 p.m.

**The parties will call the Court's AT&T line at (888) 808-6929. The parties will enter access code 9087772.** If prompted to enter a security code, the parties will enter 9087772. It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can accommodate up to 100 telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                        _____
                                                         William P. Lynch
                                                         United States Magistrate Judge