IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

## CLERK'S MINUTES

### Before the Honorable Kirtan Khalsa

**Case No.:** 69cv7941                                **Date:** January 12, 2017

**Title:** *United States v. Aragon*

**Courtroom Clerk:** Jeff Minier                      **Court Reporter:** Julie Goehl

**Court in Session:**     9:35 a.m.                   **Court in Recess:**     11:09 a.m.
                         11:30 a.m.                                            1:10 p.m.
**Time:**   3 hours 14 minutes

**Type of Proceeding:** Pretrial Conference

**Attorneys Present:**

Felicity Strachan, Kelly Brooks Smith and Arianne Singer, State of New Mexico

Ted Trujillo, Defendants, with Gerald Chacon, ranch manager

**Proceedings:**

9:30 a.m.        Court in session.

        Parties agree that Defendants will present their case first.
        Trial will start at 8:30 a.m. Tuesday, February 21st.
        Court instructs parties that if there are any preliminary matters that need to be addressed, they should notify chambers well in advance.
        Parties discuss whether Defendants' experts can testify as lay witnesses.
        Court addresses State's Objections to Defendants' exhibits.

11:09 a.m.       Court in recess.

11:30 a.m.       Court in session.

        Court addresses State's Objections to Defendants' exhibits.
        Court addresses Defendants' Objections to State's exhibits.

        1:10 p.m.       Court in recess.