IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* )<br>State Engineer                                        )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>vs.                                                       )<br>                                                            )<br>  ROMAN ARAGON, *et al.*,              )<br>                                                            )<br>            Defendants.                       )<br>_____ ) | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3, Rio Cebolla<br><br>Subfile Nos. CHCB-001-0007,<br>CHCB-002-0001B, CHCB-002-0002,<br>CHCB-002-0009 |

### **DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

### **CHARLIE AND GERALDA M. CHACON**
### **DELFIN O. AND FRANCES S. CHACON TRUST**

Pursuant to the direction of Magistrate Judge Kirtan Khalsa at the January 12, 2017 Pre-Trial Conference, this Trial Exhibit List is amended to reflect the final selection from 216 photographs previously provided at D.1, Photographs and at D.2. Video. The final selection has resulted in 68 photographs of the features of the Defendants' water rights claims, and a video reduced to nine (9) minutes in length.  All other Defendants' exhibits remain unchanged.

**D.    Photographs and Video**

1.   Chacon Family LLC has selected 30 photographs of  Defendants' claims of irrigated acreage irrigated by the Old Valdez Ditch and 38 photographs of Defendants' claims of irrigated acreage irrigated by the Sanchez Ditch taken on August 5, 2009.

   A.   <u>Old Valdez Ditch to Alfalfita Field</u>

   #1  Old Valdez Ditch (OVD) diversion on El Rito de la Piedra
   #2  OVD flowing northwesterly
   #3  OVD flowing toward Delfin and Frances Quintana fence boundary
   #4  OVD within  Quintana pasture
   #5  OVD and culverts within original Canuto Valdez homestead
   #6  OVD with road to original Canuto Valdez home site
   #7  OVD flowing into Quintana property
   #8  OVD in the Quintana pasture
   # 9 OVD in the Covo property
   #10 OVD with view to north

#11  OVD with view to south
#12  OVD flowing toward Pedro Y property
#13  OVD within Pedro Y boundary
#14  OVD with road to stock tank
#15  OVD with stock tank
#16  OVD within Pedro Y property
#17  OVD with view of pasture
#18  OVD toward saw mill site
#19  OVD in Pedro Y property
#20  OVD in Pedro Y field
#21  OVD with Charlie at Pedro Y homesite
#22  OVD close to saw mill and old timbers
#23  OVD within Jose Leandro Montoya patent close to Hall saw mill tank site
#24  OVD within Jose Leandro Montoya patent
#25  OVD crossing over Chacon ditch
#26  OVD with Chacon far in background
#27  OVD toward the Alfalfita field within the Jose Leandro Montoya patent
#28  OVD about to enter beginning of Alfalfita
#29  OVD with view towards west end of Alfalfita
#30  OVD with another view of level Alfalfita field

B.  <u>Sanchez Ditch to El Alto / Tia Josefa Pasture</u>

#1   Sanchez Ditch (SD) diversion on Rito de la Piedra, at USFS Boundary and within old Blas Valdez homestead
#2   SD diversion structure built by Chacon and Sanchez
#3   SD flowing toward and into Aguilar homestead, owned by Sanchez
#4   SD within Blas Valdez homestead, now owned by Elmer Salazar
#5   SD flowing in direction of El Alto pasture within Juan Desiderio Valdez homestead
#6   SD flowing in El Alto pasture
#7   SD flowing in El Alto pasture
#8   SD in El Alto near the large pine tree
#9   SD near the pond use by the Hall saw mill
#10  SD near pond with old saw mill plumbing
#11  SD with view of Tia Josefa pasture and Elmer Salazar fence line and mature sagebrush
#12  SD with Alto field grass
#13  SD with pond due south
#14  SD with pasture to the southwest
#15  SD with other Alto pasture
#16  SD with growth of pasture grass
#17  SD with view of location of Rito de Piedra to south
#18  SD with the fan area of the Alto toward the west

```
#19  SD  with more fan off the Alto
#20  SD  with timothy hay on fan of the Alto
#21  SD  in Alto fan with so-called "seeped" area to west
#22  SD  Alto fan with view to the northwest
#23  SD  ending in the ancient crescent shaped ancient ditch
         within Juan Desiderio Valdez patent
#24  SD  the Alto fan area beginning below ancient ditch
#25  SD  the Alto fan area below ancient ditch looking west
#26  SD  the Alto fan area below ancient ditch looking north
#27  SD  more of the Alto fan area
#28  SD  Tia Josefa "seeped" area, staked spring, Alto to east
#29  SD  Tia Josefa with spring feature
#30  SD  with stake and view towards transition between
         Sanchez Ditch and Old Valdez Ditch
#31  SD  the staking of the Tia Josefa area by Chacon
#32  SD  another view of the Tia Josefa pasture
#33  SD  the Alto looking north from the Tia Josefa pasture
#34  SD  another view of the Ancient Ditch at base of El Alto
#35  SD  another angle of the Ancient Ditch
#36  SD  the north side slope of the Ancient Ditch
#37  SD  the west side slope of the Ancient Ditch
#38  SD  the north boundary of Tia Josefa pasture, contrasting
         with neighbor Elmer Salazar pastures
```
.
    2.   Video of Old Valdez Ditch in early Spring, 2004 starting at the diversion structure on El Rito de la Piedra, and flowing downgrade to the Alfalfita field where it ends.

                            LAW OFFICES OF TED J. TRUJILLO

                              */s/ Ted J. Trujillo*
By: _____
                            Ted J. Trujillo
                            Attorney for Defendants
                            P.O. Box 2113
                            Santa Cruz, NM 87567
                            Telephone: (505) 351-1632
                            Fax: (505) 351-4287
                            E-mail: tedjtrujillo@gmail.com

Certificate of Service

I certify that the foregoing was filed electronically in the CM/ECF system, serving the parties in the service list, as set forth in the Notice of Electronic Filing on January 20, 2017.

                                    */s/ Ted J. Trujillo*
                                    Ted J. Trujillo