Reg Doc 11205

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

ALBUQUERQUE NM 870
12 JAN '17

RECEIVED
At Albuquerque NM

JAN 19 2017

MATTHEW J. DYKMAN
CLERK

87532-277403