Reg Doc: 11207

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK**
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 875110, US

RECEIVED
At Albuquerque NM

JAN 2 0 2017

MATTHEW J. DYKMAN
CLERK

FORWARD TIME EXP RTN TO SEND
JARAMILLO, BEN ENRIQUE
P.O. BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER