# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Before the Honorable William P. Lynch, United States Magistrate Judge

### *Clerk's Minutes*

| | |
|---|---|
| **Case:** | State of New Mexico *ex rel.* State Engineer, et al. v. Aragon et al. |
| **Case No.:** | 69cv7941 MV/KK |
| **Date:** | January 17, 2017 |
| **Location:** | Telephonic |
| **Attorney for Plaintiff:** | Felicity Strachan (NM) |
| **Attorney for Defendants:** | Ted Trujillo (Chacon and Quintana Trust) |
| **Clerk:** | mej |
| **Type of Proceeding:** | Status Conference |
| *Proceedings Commenced:* | 1:29 p.m. |
| *Court in Recess:* | 1:34 p.m. |
| Total Time: | **5 mins** |
| **Proceedings:** | A settlement conference will be set in a separate order. The Court explained its settlement conference procedures. |