69CV 7941 MV-KK
DOC # 11206

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

RECEIVED
At Albuquerque NM

JAN 23 2017

MATTHEW J. DYKMAN
CLERK

ALBUQUERQUE NM 870
17 JAN '17
PM 4 L

RETURN TO SENDER
NOT DELIVERABLE
UNABLE TO FORWARD