

69CV7941-MV-KK
DOC #11207

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

RECEIVED
At Albuquerque NM

JAN 23 2017

MATTHEW J. DYKMAN
CLERK

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD