69CV7941 MV-KK
DOC# 11209

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 875110, US

RECEIVED
At Albuquerque NM

JAN 2 3 2017

MATTHEW J. DYKMAN
CLERK

FORWARD TIME EXP RTN TO SEND
JARAMILLO BEN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER