69CV07941-MV-KK
DOC #11209

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

RECEIVED
At Albuquerque NM
JAN 23 2017
MATTHEW J. DYKMAN
CLERK

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD