IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
17 JAN 24 AM 10: 07
CLERK-ALBUQUERQUE

STATE OF NEW MEXICO *ex rel.*
State Engineer,

   Plaintiff,
   v.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW *Lopez Estate Trust Gabriel Lopez Trustee* (please print your full name)
JUAN D. & DELIA LOPEZ TRUST

and answers the Complaint as follows:

Subfile No        Object    Claim No Right
CHRO-005-0003      ☒           ☐

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) *CHRO-005-0003* because *the said springs feed my property the Oso Ditch is secondary to my springs feeding my Ditch.*

The Other Tracts of Land were feed from the Ditch coming from the point of Diversion in Ose Canyon. The Springs in my Propeirte are for my Ditch and the Holding Pond is my and on my Propeirte. I told the State that the area of Irrigation is longer than Shown on the Map CHRO 085-0003 (State) they Have all my paper Work to go out on the Land and Check my Claim. they Said they Could go until Spring 2017.

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by Sept 16, 2016 10:00 am to 3:00 pm @ the Abiquiu Rual Events Center. I took my Survey platt of Said Land trust at Rechewos. as shown on Map. CHRO 005-0003. I Disagree with what they have mapped I have a Larger area Being Irrigated By the Spring and My Ditch. The Said Holding pond is on My Property My Pond "Not to feed some other Land as Said By the State.

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____
_____ because

N/A

(Attach additional pages if necessary)

Answer to Complaint             2             JUAN D. & DELIA LOPEZ TRUST

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 1-20-2017

Gabriel Lopez Trustee
(Signature - JUAN D. & DELIA LOPEZ TRUST)

P.O. Box 161
Abiquiu, NM 87510

(Address: Print Clearly)

505-685-4443
(Phone Number: Print Clearly)

The court's address is:
United States District Court Clerk
333 Lomas Blvd. NW, Ste. 270
Albuquerque, NM 87102



Gabriel Lopez
PO Box 161
Abiquiu, NM 87510

RECEIVED
At Albuquerque NM
JAN 24 2017
MATTHEW J. DYKMAN
CLERK

United States District Court Clerk
333 Lomas Blvd NW, Ste. 270
Albuquerque, New Mexico
87102

ALBUQUERQUE NM 870
23 JAN 2017 PM 3 L

87102-227470

