UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69CV7941 MV-KK
DOC#-11205

Consuelo Archuleta
4700 Shadow Mt. Dr. Apt. #23
Palm Desert, CA 92260, US

RECEIVED
At Albuquerque NM

JAN 2 6 2017

MATTHEW J. DYKMAN
CLERK

ALBUQUERQUE NM 870
12 JAN '17
PM 2 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0008004394
MAILED FROM ZIP CODE 87102
JAN 12 2017
$ 00.465

NIXIE        914    5E 1        0001/19/17
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 87102227470        *0568-09617-12-41