# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Before the Honorable William P. Lynch, United States Magistrate Judge

### *Clerk's Minutes*

| | |
|---|---|
| **Case:** | State of NM ex rel. State Engineer, et al. v. Aragon et al. |
| **Case No.:** | 69-cv-7941 MV/KK |
| **Date:** | January 26, 2017 |
| **Location:** | Hondo |
| **Attorneys for Plaintiff:** *Plaintiffs:* | Felicity Strachan, Ed Newville, and Leila Riley  John Baxter (expert witness), Michael Recker (Hydro survey), James Aguirre (OSE bureau chief) |
| **Attorney for Defendants:** *Defendant:* | Ted Trujillo  Gerald Chacon (on behalf of Chacon Family LLC and Quintana Trust) |
| **Clerk:** | mej |
| **Type of Proceeding:** | Settlement Conference |

*Proceedings Commenced:* 9:04 a.m.
*Court in Recess:* 12:15 p.m.
*Court in Session:* 1:30 p.m.
*Court in Recess:* 3:00 p.m.
Total Time: 4h 41mins

**Proceedings:**   The case settled.