IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.*, ) | | 69cv07941-MV/KK |
| ) | | |
| Plaintiffs, ) | | RIO CHAMA ADJUDICATION |
| v. ) | | Section 3, Rio Cebolla |
| RAMON ARAGON, *et al.*, ) | | Subfile Nos. CHCB-001-0007, |
| ) | | CHCB-002-0001B, CHCB-002-0002C |
| Defendants. ) | | CHCB-002-0009 |
| ) | | |

## SPECIAL POWER OF ATTORNEY

Charlie Chacon and Geralda Chacon, a married couple and owners of the Chacon Family LLC, herein fully authorize their son, Gerald L. Chacon, the manager of the Chacon Family LLC, to negotiate and make such decisions as he deems necessary and appropriate in order to mediate and resolve our pending water rights claims with the State Engineer in the above caption matter, before the Honorable William P. Lynch, United States Magistrate Judge.

This Special Power of Attorney shall expire upon the completion or termination of the mediation or the trial in this matter, whether successful or not. Further sayeth Affiants naught.

Owners of the Chacon Family LLC / 1007A South Prince Dr., Espanola, New Mexico 87532:

_____       _____
Charlie Chacon                                           Geralda Chacon

STATE OF NEW MEXICO   )
COUNTY OF RIO ARRIBA )

SWORN and SUBSCRIBED BEFORE ME, this 22 day of January, 2017, by Charlie Chacon and Geralda Chacon, who personally appeared before me.

_____
Ted J. Trujillo



NOTARY PUBLIC - NEW MEXICO
Notary Bond Filed With Secretary of State
My Commission Expires 12-15-2020