IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| State Engineer, *et al.*, ) | | 69cv07941-MV/KK |
| ) | | |
| Plaintiffs, ) | | RIO CHAMA ADJUDICATION |
| v. ) | | Section 3, Rio Cebolla |
| RAMON ARAGON, *et al.*, ) | | Subfile Nos. CHCB-001-0007, |
| ) | | CHCB-002-0001B, CHCB-002-0002C |
| Defendants. ) | | CHCB-002-0009 |
| _____ ) | | |

## SPECIAL POWER OF ATTORNEY

Frances S. Quintana, surviving member of the Delfin O. and Frances S. Quintana Trust, since the death of Delfin O. Quintana on April 14, 2015 herein fully authorizes Gerald L. Chacon, her co-defendants' representative in this case, to negotiate and make such decisions as he deems necessary and appropriate in order to mediate and resolve the pending water rights claims with the State Engineer in the above caption matter, before the Honorable William P. Lynch, United States Magistrate Judge.

This Special Power of Attorney shall expire upon the completion or termination of the mediation or the trial in this matter, whether successful or not. Further Affiant sayeth naught.

Owner of the Delfin O. and Frances S. Quintana Trust / P.O. Box 156 Cebolla, NM 87518:

*Frances S. Quintana*
Frances S. Quintana

STATE OF NEW MEXICO )
COUNTY OF SANTA FE )

SWORN and SUBSCRIBED BEFORE ME, this 20th day of January, 2017, by Frances S. Quintana, who personally appeared before me.

_____     12-15-2020
Notary Signature                   Commission Expires

[Notary seal: JED J. TRUJILLO, NOTARY PUBLIC - NEW MEXICO, My Commission Expires 12-15-2020]