69 cv ~~7741~~ 7941 MV KK
Reg Doc # 11225

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 87510, US

ALBUQUERQUE NM 870
30 JAN '17
RECEIVED
At Albuquerque NM
FEB 0 2 2017
MATTHEW J. DYKMAN
CLERK

02 1M
0000800 4394
MAILED FROM ZIPCODE 87102
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.46⁰
JAN 30 2017

RETURN TO SENDER
JARAMILLO BEN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014