69 CV 7941-MV-KK
Reg Doc # 11225

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD., N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

RECEIVED
At Albuquerque NM
FEB 0 2 2017
MATTHEW J. DYKMAN
CLERK

NIXIE      871    5E   1         0002/02/17
            RETURN TO SENDER
            NO SUCH NUMBER
            UNABLE TO FORWARD
BC: 87102227470         *0768-07432-30-43