IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>        Plaintiff,<br><br>    v.<br><br><br><br>ROMAN ARAGON, *et al.,*<br><br>        Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1: Rio del Oso & Rito Vallecitos |

### NOTICE OF CHANGE OF ADDRESS FOR CLAIMANTS BENJAMIN JARAMILLO, EDUARDO VIGIL, AND JOSEPH ORTEGA IN RIO DEL OSO & RITO VALLECITOS OF <u>SECTION 1 OF THE RIO CHAMA STREAM SYSTEM</u>

The State of New Mexico ("State") gives notice of address changes for the claimants listed below. Their corrected addresses are as follows:

CHRO-005-0001: Benjamin Enrique Jaramillo
    P.O. Box 743
    Abiquiu, NM 87510

CHRO-006-0001: Eduardo Vigil
    P.O. Box 671
    Espanola, NM 87532

CHRO-006-0002: Joseph G. Ortega
    P.O. Box 74
    Hernandez, NM 87537

Respectfully submitted,

/s/  Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-3989
Felicity.strachan@state.nm.us
*Attorney for Plaintiff State of New Mexico*

## Certificate of Service

I certify that on February 6, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan