IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

                                                    69cv07941 MV/KK
                                                    Rio Chama Adjudication

        Plaintiffs,

                                                      Section 3, Rio Cebolla

    v.

                                                      Subfile Nos.   CHCB-001-0007

ROMAN ARAGON, *et al.*,                                     CHCB-002-0001B
                                                                         CHCB-002-0002C
        Defendants.                                           CHCB-002-0009

## ORDER VACATING TRIAL

**THIS MATTER** is before the Court on the Clerk's Minutes, Doc. 11223, filed January 26, 2017, which reported that the parties settled the matter involving the subfiles referenced above.

The State of New Mexico and Defendants Chacon Family LLC and Quintana Trust requested that the Court set a trial to determine the water rights for the subfiles listed above. *See* Doc. 11122, filed July 8, 2016, Doc. 11123, filed July 11, 2016. The Court set a trial for February 21-24, 2017. *See* Doc. 11138, filed August 30, 2016. On January 26, 2017, the parties attended a settlement conference before United States Magistrate Judge William P. Lynch, and settled this matter. *See* Doc. 11223. The Court will, therefore, vacate the trial. The Court will also deny as moot the following pending motions in limine concerning this matter:

    (i)    Motion in limine by Defendants Chacon and Quintana to Strike Expert Witness Reports, Related Exhibits and Exclude the Testimony of the Plaintiff State Engineer's Witnesses: John O. Baxter, James Aguirre, Mike Recker and Frank Craig, Doc. 11187, filed November 16, 2016;

    (ii)    State's Motion in limine to Exclude the Testimony of Frances Quintana,

Guillermo Cova, Charlie Hibner, Malcom Ebright, and Steve Hardin in Rio Chama, Section 3, Rio Cebolla Files, Doc. 11188, filed November 16, 2016; and

(iii)   State's Motion in limine to Exclude Testimony Regarding Irrigation on the Blas Valdez Homestead in Rio Chama, Section 3, Rio Cebolla Subfiles, Doc. 11190, filed November 16, 2016.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**