**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

OPEN THIS MVR
DOC #11206

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

RECEIVED
At Albuquerque NM
FEB 0 8 2017
MATTHEW J. DYKMAN
CLERK

ALBUQUERQUE NM 870
17 JAN '17 PM 4 L



02 1M
0008004394
MAILED FROM ZIPCODE 87102
$ 00.46
JAN 17 2017
PITNEY BOWES

NIXIE      87101    M2/06/2017
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
NO SUCH NUMBER
SORT IN MANUAL ONLY NO AUTOMATION
BC: 5699899955