6:69cv7941 MV/KK
DOC # 11207

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Joseph Ortega
P.O. Box 714
Hernandez, NM 87537, US

RECEIVED
At Albuquerque NM

FEB 0 8 2017

MATTHEW J. DYKMAN
CLERK

NIXIE    871 R1    02/06/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
NO SUCH NUMBER
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955



$00.46
JAN17 2017
MAILED FROM ZIPCODE 87102