6:9CV 7941 MV KK
Doc # 11225

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eduardo Vigil
303B North Coronado
Espanola, NM 87532, US

ALBUQUERQUE NM 870
30 JAN '17
PM 4 L

RECEIVED At Albuquerque
FEB 08 2017
MATTHEW J. DYKMAN
CLERK

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 87102227470        *0768-07576-30-43

UNITED STATES POSTAGE
02 1M
0000B004394
MAILED FROM ZIP CODE 871
$ 00.46
JAN 30 20
PITNEY BOWES