IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. State Engineer, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROMAN ARAGON, et al., )<br>)<br>Defendants. )<br>) | No. 69 CV 07941 MV/KK<br><br>Rio Chama Adjudication<br><br>Pueblo Claims Subproceeding 1 |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of October 17, 2016 (Document 11170), the undersigned Parties submit this Joint Status Report. The Parties are discussing possible resolution of all of Ohkay Owingeh's water rights claims to all sources of water. As a result, this Joint Status Report is being filed simultaneously in the companion case styled *State of New Mexico ex rel. State Engineer v. Abbott,* No. 68-cv-07488 (MV/WPL).

1. Settlement Negotiations

Since the last status report, Ohkay Owingeh has held separate discussions with different Parties on some or all of the following topics: 1) Ohkay Owingeh's water quantification proposal and development of sources of water related thereto; 2) development of a groundwater model for use in the discussions and implementation of a settlement agreement; and, 3) legal and technical issues related to mutual benefit water projects. Progress is being made on each of these topics and the discussions on these and related topics are continuing.

Ohkay Owingeh had meetings with one or more of the negotiating Parties on the following dates:

| | |
|---|---|
| October 14: | Telephonic meeting with counsel for various Parties |
| October 14: | Ohkay Owingeh meeting with State Engineer |
| October 20: | Telephonic meeting between Ohkay Owingeh and Federal Assessment Team |
| November 22: | Telephonic meeting between Ohkay Owingeh and Federal Assessment Team |
| December 1: | In-person meeting among various settlement Parties |
| | In-person meeting between Ohkay Owingeh and City of Española |
| January 19: | In-person meeting between Ohkay Owingeh and Federal Assessment Team |

In addition, counsel for Ohkay Owingeh have met frequently with the Pueblo's leadership to discuss the development of settlement proposals. Ohkay Owingeh's discussions with the Federal Assessment Team have focused on the feasibility of certain water infrastructure projects.

2.  Scheduling Dispositive Motions

The resumption of litigation would hamper the negotiating Parties' efforts to resolve Ohkay Owingeh's water rights claims through negotiations. The undersigned Parties are committed to continuing the negotiation process. Another meeting is scheduled for February 22, 2017. As a result, the undersigned Parties do not anticipate the need for the Court to schedule the filing and briefing of motions for summary judgment or other dispositive motions within the next four months.

2

3. <u>Rescheduling the Trial</u>

For the same reasons, the undersigned Parties do not believe that the trial should be scheduled at this time.

4. <u>Other Matters</u>

The undersigned Parties suggest that the Court require the filing of a joint status report four months from now, June 9, 2017, at which time they will report to the Court on their progress and on the question of whether they believe the Court should schedule dispositive motions or otherwise resume litigation. The City of Española notes that it does not object to this Joint Status Report.

Dated: February 10, 2017                                    Respectfully submitted,

     */s/ Curtis G. Berkey*
     _____

**Attorneys for Ohkay Owingeh**
Curtis G. Berkey
(CA State Bar No. 195485)
E-mail: cberkey@berkeywilliams.com
Scott W. Williams
(CA State Bar No. 097966)
E-mail: swilliams@berkeywilliams.com
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkeley, California 94704

Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico 87109
leebergen@nativeamericanlawyers.com

**Attorney for the United States**

 */s/ Bradley S. Bridgewater*

Bradley Bridgewater
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
Bradley.S.Bridgewater@usdoj.gov

**Attorneys for State of New Mexico**

 */s/ Arianne Singer*

Arianne Singer
Kelly Brooks Smith
Special Assistant Attorneys General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
arianne.singer@state.nm.us
kelly.smith@state.nm.us

**Attorneys for City of Española**

 */s/ Jay Stein*

Jay Stein
Stein & Brockmann, PA
P.O. Box 2067
Santa Fe, NM 87504-2067
jfstein@newmexicowaterlaw.com

**Attorney for Rio Chama Acéquia Association**

 */s/ Peter Thomas White*

Peter Thomas White
Sena Plaza, Suite 50
125 East Palace Avenue
Santa Fe, NM 87501
pwhite9098@aol.com

**Attorneys for El Rito Ditch Association and its acéquia members; Gallina-Capulin Acéquia Association and its acequia members; La Asociacion de las Acéquias del Rio Tusas, Vallecitos y Ojo Caliente and its acéquia members**

 */s/ Mary E. Humphrey*

Mary E. Humphrey
Connie Odé
Humphrey & Odé, PC
P.O. Box 1574
El Prado, NM 87529
humphrey@newmex.com
code@newmex.com

**Attorneys for Associacion de Acéquias Norteñas de Rio Arriba**

*/s/ John W. Utton*

John W. Utton
Utton & Kery, PA
P. O. Box 2386
Santa Fe, NM 87504-2386
john@uttonkery.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 10th day of February, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

      */s/ Curtis G. Berkey*

Curtis G. Berkey