69cv7941 MV-KK
DOC # 11229

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 87510, US

ALBUQUERQUE NM 870
08 FEB '17
PM 3 L



RECEIVED
At
FEB 10 2017
MATTHEW J. DYKMAN
CLERK

MAILED FROM ZIP CODE 87102
$ 00.46⁰
FEB 08 2017
PITNEY BOWES

FORWARD TIME EXP RTN TO SEND
JARAMILLO BEN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER