6:69cv7941 MV/KK
Reg: Doc #11235

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Benjamin Enrique Jaramillo
P.O. Box 743
Abiquiu, NM 87510, US

ALBUQUERQUE NM 870
13 FEB '17
PM 4 L

RECEIVED
At Albuquerque NM

FEB 15 2017

MATTHEW J. DYKMAN
CLERK

FORWARD TIME EXP RTN TO SEND
JARAMILLO BEN ENRIQUE
PO BOX 14
ABIQUIU NM 87510-0014

RETURN TO SENDER

UNITED STATES POSTAGE
$ 00.46⁰
MAILED FROM ZIPCODE 87102