IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito
Vallecitos

**APPLICATION FOR ENTRY OF DEFAULT FOR ALL UNKNOWN CLAIMANTS OF
INTEREST IN THE RIO DEL OSO & RITO VALLECITOS OF
<u>SECTION 1 OF THE RIO CHAMA STREAM SYSTEM</u>**

COMES NOW Plaintiff State of New Mexico, by and through its attorney, and requests

the Clerk of the Court, pursuant to Fed. R. Civ. P. 55(a), to enter the default of the following

defendants for failure to appear, answer, or otherwise defend in these proceedings.  The

undersigned certifies that the defendants named herein were served by publication as shown by

Proof of Publication of Notice of Pendency of Suit for the Rio del Oso & Rito Vallecitos of

Section 1 of the Rio Chama Stream System filed September 27, 2016 (Doc. No. 11156), and have

failed to enter their appearance, file an answer or other responsive pleading in these proceedings.

<u>Defendants:</u>

**UNIDENTIFIED AND UNKNOWN WATER RIGHT CLAIMANTS OF INTEREST TO
SURFACE WATERS FOR IRRIGATION PURPOSES OF THE RIO DEL OSO AND
RITO VALLECITOS IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM**

Respectfully submitted,

/s/  Leila Reilly
Leila Reilly
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-4252
Leila.reilly@state.nm.us
*Attorney for Plaintiff State of New Mexico*

**<u>Certificate of Service</u>**

I certify that on March 9, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Leila Reilly
Leila Reilly