IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

**APPLICATION FOR ENTRY OF DEFAULT FOR ALL UNKNOWN CLAIMANTS OF INTEREST IN THE RIO DEL OSO & RITO VALLECITOS OF SECTION 1 OF THE RIO CHAMA STREAM SYSTEM**

    COMES NOW Plaintiff State of New Mexico, by and through its attorney, and requests the Clerk of the Court, pursuant to Fed. R. Civ. P. 55(a), to enter the default of the following defendants for failure to appear, answer, or otherwise defend in these proceedings.  The undersigned certifies that the defendants named herein were served by publication as shown by Proof of Publication of Notice of Pendency of Suit for the Rio del Oso & Rito Vallecitos of Section 1 of the Rio Chama Stream System filed September 27, 2016 (Doc. No. 11156), and have failed to enter their appearance, file an answer or other responsive pleading in these proceedings.

<u>Defendants:</u>

**UNIDENTIFIED AND UNKNOWN WATER RIGHT CLAIMANTS OF INTEREST TO SURFACE WATERS FOR IRRIGATION PURPOSES OF THE RIO DEL OSO AND RITO VALLECITOS IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM**

Respectfully submitted,

/s/  Leila Reilly
Leila Reilly
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-4252
Leila.reilly@state.nm.us
*Attorney for Plaintiff State of New Mexico*

## Certificate of Service

I certify that on March 14, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Leila Reilly
Leila Reilly