IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

v.

ROMAN ARAGON, *et al.*,

   Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

## CLERK'S CERTIFICATE OF DEFAULT FOR ALL UNKNOWN CLAIMANTS OF INTEREST IN THE RIO DEL OSO & RITO VALLECITOS OF SECTION 1 OF THE RIO CHAMA STREAM SYSTEM

  As Clerk of the United States District Court, District of New Mexico, I certify that the above-entitled cause was filed in the United States District Court at Albuquerque, State of New Mexico, and the records of my office indicate that the following defendants were served by publication as shown by Proof of Publication of Notice of Pendency of Suit for the Rio del Oso & Rito Vallecitos of Section 1 of the Rio Chama Stream System filed September 27, 2016 (Doc. No. 11156):

**UNIDENTIFIED AND UNKNOWN WATER RIGHT CLAIMANTS OF INTEREST TO SURFACE WATERS FOR IRRIGATION PURPOSES OF THE RIO DEL OSO AND RITO VALLECITOS IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM**

  I further certify that the above-named defendants have failed to appear, answer or otherwise file a responsive pleading in this cause.

  WHEREFORE, I certify that the above-named defendants are in default.

DATED this 15th day of March, 2017.

                                      Matthew J. Dykman,
                                      Clerk of the Court

                                      _____
                                      Deputy Clerk