IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

**Subfile No. CHCB-001-0007**

## <u>CONSENT ORDER</u>

The Court, having considered the agreement between the Plaintiff State of New Mexico and

Defendants:

**CHARLIE CHACON
GERALDA M. CHACON**

concerning the Defendants' right to use the public waters of the Rio Chama Stream System, as

set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendants are in agreement concerning

     certain elements of Defendants' right to divert and use the public waters of the Rio

     Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below,

     the State and the Defendants have approved and accepted the elements of the Defendants'

     water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements of the

     claims of the Defendants adjudicated by this order.

4.  The rights of the Defendants to divert and use the public waters from the Rio Chama
    Stream System, Rio Cebolla, Section 3, are set forth below:

A.  **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No.**      NONE

   **Priority:**      1905

   **Source of Water:**   Surface waters of the Rito de la Piedra, a tributary of the Rito del
                          Tanque, a tributary of the Rio Cebolla, a tributary of the Rio
                          Chama.

   **Purpose of Use:**   Irrigation

   **Point of Diversion:**
      **Ditch Name:**   SANCHEZ DITCH
      **Location X:**   1,582,604 feet      **Y:**      2,024,564 feet
      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

   **Location and Amount of Acreage:**
      Township 27N, Range 04E, Section 24, N.M.P.M.
      Pt. SE¼                                                        1.0
                                                                     _____
                                                Total      1.0 acres

      As shown on the attached revised Hydrographic Survey Map for Subfile No.
      CHCB-001-0007.

**Amount of Water:**   Reserved for future determination by court order entered July 25, 2000.

B.  **Pond (Surface Water Only):**

**Office of the State Engineer File No.**      NONE

   **Priority:**      1905

   **Source of Water:**   Surface waters of the Rito de la Piedra, a tributary of the Rito del
                          Tanque, a tributary of the Rio Cebolla, a tributary of the Rio
                          Chama.

   **Purpose of Use:**   LIVESTOCK WATERING

   **Point of Diversion:**
      **Ditch Name:**   SANCHEZ DITCH
      **Location X:**   1,582,604 feet      **Y:**      2,024,564 feet

2

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Pond Location and Surface Area:**
Township 27N, Range 04E, Section 24, N.M.P.M.
Pt. SE¼                                                                        0.03

                                                     Total          0.03 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.
CHCB-001-0007.

**Pond Depth:** 3.0 feet

**Pond Volume:** 0.054 acre-feet

C.    **NO RIGHT**

   **Office of the State Engineer File No.**        NONE

   **Priority:**      NONE

   **Source of Water:**    Surface waters of the Rito de la Piedra, a tributary of the Rito del
                           Tanque, a tributary of the Rio Cebolla, a tributary of the Rio
                           Chama.

   **Purpose of Use:**     NO RIGHT

   **Point of Diversion:**
      **Ditch Name:**  SANCHEZ DITCH
      **Location X:**   1,582,604 feet        **Y:**    2,024,564 feet
      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

   **Location and Amount of Acreage:**
      Township 27N, Range 04E, Section 24, N.M.P.M.
      Pt. SE¼                                                                 5.0

                                                     Total           5.0 acres

      As shown on the attached revised Hydrographic Survey Map for Subfile No.
      CHCB-001-0007.

**Amount of Water:**   NONE

5.    Defendants have no surface water rights in the Rio Chama Stream system, Rio Cebolla,

   Section 3, other than those set forth in this order and those other orders entered by this

3

Court in this cause.

6. Defendants, their successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendants to divert and use the waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein.  The Defendants, their successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the water rights described herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of the Defendants' water rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Consent Order

Subfile No. CHCB-001-0007

ACCEPTED:

_Charlie Chacon_ (signature)

Charlie Chacon

ADDRESS: _107 A S Prince Dr. #8_

_Espanola N. M. 87532_

DATE: _2/6/17_


_Geralda M. Chacon_ (signature)

Geralda M. Chacon

ADDRESS: _1007 A S. Prince Dr._

_Espanola, NM 87532_

DATE: _Feb 6, 2017_


_Ted J. Trujillo_ (signature)

TED J. TRUJILLO
Attorney for Charlie and Geralda M. Chacon
Law Offices of Ted J. Trujillo
P.O. Box 2185 — P.O. Box 2113
Española, NM 87532-2185 Santa Cruz, NM 87567
(505) 351-1632 telephone


_Ed Newville_ (signature)

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 615-6402 telephone

Consent Order                                    Subfile No. CHCB-001-0007






001-0007
B 0.03 ac.

Sanchez Ditch

001-0007
C 5.0 ac.

001-0007
A 1.0 ac.

SEEPED

NR

Old Valdez Ditch

## LEGEND

| | |
|---|---|
| Irrigated Tract Boundary | Point of Diversion |
| No Right Tract Boundary | Well |
| Seeped Area | Spring |
| Operable Ditch | Fallow |
| Inoperable Ditch | No Right |
| Stock Ponds / Reservoir | |

1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Tom Blaine, P.E.,**
**State Engineer**

Rio Chama Hydrographic Survey
Rio Cebolla Section

Subfile Number
**CHCB 001-0007**
Sanchez Ditch
AMENDED
January 31, 2017