IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

            Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

            Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

**Subfile No. CHCB-002-0009**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and

Defendants:

**CHARLIE CHACON
GERALDA M. CHACON**

concerning the Defendants' right to use the public waters of the Rio Chama Stream System, as

set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendants are in agreement concerning

       certain elements of Defendants' right to divert and use the public waters of the Rio

       Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below,

       the State and the Defendants have approved and accepted the elements of the Defendants'

       water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements of the

       claims of the Defendants adjudicated by this order.

4.    The rights of the Defendants to divert and use the public waters from the Rio Chama

Stream System, Rio Cebolla, Section 3, are set forth below:

A.    <u>Pond (Surface Water Only):</u>

**Office of the State Engineer File No.**      NONE

**Priority:**    1923

**Source of Water:**    Unnamed arroyo and surface waters of the Rito del Medio, a
tributary of the Rito del Tanque, a tributary of the Rio Cebolla, a
tributary of the Rio Chama.

**Purpose of Use:**    LIVESTOCK WATERING

**Point of Diversion:**
  **Ditch Name:**    ALFALFITA DITCH
  **Location X:**    1,577,714 feet        **Y:**    2,021,173 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Pond Location and Surface Area:**
  <u>Township 27N, Range 04E, Section 24, N.M.P.M.</u>
  Pt. SW¼                                                     0.1
                                              _____
                                 Total        0.1 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.
CHCB-002-0009.

**Pond Depth:**  3.0 feet

**Pond Volume:**  0.18 acre-feet

B.    **NO RIGHT**

**Office of the State Engineer File No.**      NONE

**Priority:**    NONE

**Source of Water:**    Surface waters of the Rito del Medio, a tributary of the Rito del
Tanque, a tributary of the Rio Cebolla, a tributary of the Rio
Chama.

**Purpose of Use:**    NO RIGHT

**Point of Diversion:**

**Ditch Name:**   ALFALFITA DITCH
**Location X:**   1,577,714 feet     **Y:**   2,021,173 feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
Township 27N, Range 04E, Section 24, N.M.P.M.
Pt. SE¼                                                                3.8
                                                                        ——————
                                                  Total        3.8 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.
CHCB-002-0009.

**Amount of Water:**   NONE

5.      Defendants have no surface water rights in the Rio Chama Stream system, Rio Cebolla,

Section 3, other than those set forth in this order and those other orders entered by this

Court in this cause.

6.      Defendants, their successors, representatives, heirs and assigns, should be enjoined from

any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3,

except in strict accordance with the water rights described herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of any other

water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendants to divert and use the

waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein.  The

Defendants, their successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3,

except in strict accordance with the water rights described herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of the

Defendants' water rights set forth herein, subject to the right of other claimants to file objections

to individual adjudication orders, and to the entry of the final decree in this proceeding.

Consent Order                                        3                        Subfile No. CHCB-002-0009

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

ACCEPTED:

_Charlie Chacon_
Charlie Chacon

ADDRESS: _1007A S Prince Dr # 8_
_Espanola N. Mex 87532_

DATE: _2/6/17_

_Geralda M. Chacon_
Geralda M. Chacon

ADDRESS: _1007A S. Prince Dr_
_Española, NM 87532_

DATE: _Feb 6, 2017_

_Ted J. Trujillo_
TED J. TRUJILLO
Attorney for Charlie and Geralda M. Chacon
Law Offices of Ted J. Trujillo
P.O. Box 2185 — _P.O. Box 2113_
Española, NM 87532-2185  _Santa Cruz, NM 87567_
(505) 351-1632 telephone

Consent Order                                    Subfile No. CHCB-002-0009

4

_____

EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 615-6402 telephone

Consent Order                                          Subfile No. CHCB-002-0009





**LEGEND**

| | |
|---|---|
| ▭ Irrigated Tract Boundary | ▶— Operable Ditch |
| ▭ No Right Tract Boundary | ▶-- Inoperable Ditch |
| ▭ Seeped Area | ◉ Point of Diversion |
| ▭ Stock Ponds / Reservoir | ⓃⓇ No Right |

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P.E.,
**State Engineer**

1 inch ≈ 300 feet

0  50 100    200        300
Feet

Rio Chama Hydrographic Survey
Rio Cebolla Section

Subfile Number
**CHCB 002-0009**
Alfalfita Ditch
AMENDED
January 31, 2017