IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

        v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

**Subfile No. CHCB-002-0001B**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and

Defendants:

**CHARLIE CHACON**
**GERALDA M. CHACON**

concerning the Defendants' right to use the public waters of the Rio Chama Stream System, as

set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendants are in agreement concerning

certain elements of Defendants' right to divert and use the public waters of the Rio

Chama Stream System, Rio Cebolla, Section 3, and by their signatures appearing below,

the State and the Defendants have approved and accepted the elements of the Defendants'

water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements of the

claims of the Defendants adjudicated by this order.

4.    The rights of the Defendants to divert and use the public waters from the Rio Chama

Stream System, Rio Cebolla, Section 3, are set forth below:

A.    **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No.**    0636, 2738

**Priority:**  Reserved for future determination by court order entered July 25, 2000.

**Source of Water:**    Surface waters of the Rito del Tanque, a tributary of the Rio
Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**    Irrigation

**Point of Diversion:**
**Ditch Name:**   CHACON DITCH
**Location X:**    1,576,085 feet        **Y:**    2,020,306 feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
Township 27N, Range 04E, Section 25, N.M.P.M.
Pt. NW¼                                                         30.0
                                                    Total        30.0 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.
CHCB-002-0001B.

**Amount of Water:**    Reserved for future determination by court order entered July 25, 2000.

B.    **Pond (Surface Water Only):**

**Office of the State Engineer File No.**    NONE

**Priority:**    1923

**Source of Water:**    Surface waters of the Rito del Medio, a tributary of the Rito del
Tanque, a tributary of the Rio Cebolla, a tributary of the Rio
Chama.

**Purpose of Use:**    LIVESTOCK WATERING

**Point of Diversion:**
**Ditch Name:**   ALFALFITA DITCH
**Location X:**    1,577,714 feet        **Y:**    2,021,173 feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Pond Location and Surface Area:**
Township 27N, Range 04E, Section 25, N.M.P.M.
Pt. NW¼                                                              0.03

                                                    Total        0.03 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.
CHCB-002-0001B.

**Pond Depth:** 3.0 feet

**Pond Volume:** 0.054 acre-feet

C.    **NO RIGHT**

**Office of the State Engineer File No.**        NONE

**Priority:**     NONE

**Source of Water:**    Surface waters of the Rito del Medio, a tributary of the Rito del
Tanque, a tributary of the Rio Cebolla, a tributary of the Rio
Chama.

**Purpose of Use:**    NO RIGHT

**Point of Diversion:**
**Ditch Name:**    ALFALFITA DITCH
**Location X:**    1,577,714 feet    **Y:**    2,021,173 feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**
Township 27N, Range 04E, Section 25, N.M.P.M.
Pt. NW¼                                                              5.6

                                                    Total        5.6 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.
CHCB-002-0001B.

**Amount of Water:**   NONE

5.    Defendants have no surface water rights in the Rio Chama Stream system, Rio Cebolla,

Section 3, other than those set forth in this order and those other orders entered by this

Court in this cause.

Consent Order                                              CHCB-002-0001B

6.      Defendants, their successors, representatives, heirs and assigns, should be enjoined from

any use of the surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3,

except in strict accordance with the water rights described herein.

7.      The water rights described herein, if any, are adjudicated subject to the right of any other

water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendants to divert and use the

waters of the Rio Chama Stream System, Rio Cebolla, Section 3, are as set forth herein.  The

Defendants, their successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3,

except in strict accordance with the water rights described herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of the

Defendants' water rights set forth herein, subject to the right of other claimants to file objections

to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

ACCEPTED:

_Charlie Chacon_
Charlie Chacon

ADDRESS: _1007 A 3purice Dr # 8_

_Espanole N. Mex_

DATE: _2/6/17_

_Geralda M. Chacon_
Geralda M. Chacon

ADDRESS: _1007A S. Prince Dr._

_Espanola, NM 82532_

DATE: _Feb.6- 2017_

_Ted J. Trujillo_
TED J. TRUJILLO
Attorney for Charlie and Geralda M. Chacon
Law Offices of Ted J. Trujillo
P.O. Box 2185 — _P.O. Box 2113_
Española, NM 87532-2185 _Santa Cruz, NM 87567_
(505) 351-1632 telephone

_EO Newville_
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 615-6402 telephone

Consent Order

5

CHCB-002-0001B



Chacon Ditch

Alfalfita Ditch

002-0001B
B 0.03 ac.

Out

002-0001B
C 5.6 ac.

NR

002-0001B
A 30.0 ac.

Out

LEGEND

Irrigated Tract Boundary

No Right Tract Boundary

Seeped Area

Operable Ditch

Inoperable Ditch

Stock Ponds / Reservoir

Point of Diversion

Well

Spring

Fallow

No Right



N
W    E
S

1 inch = 400 feet

0   100   200   400
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E.,
State Engineer

Rio Chama Hydrographic Survey
Rio Cebolla Section



Subfile Number
**CHCB 002-0001B**
Chacon Ditch
& Alfalfita Ditch
AMENDED
January 31, 2017