IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

**Subfile Nos. CHCB-001-0007
CHCB-002-0001B
CHCB-002-0002C
CHCB-002-0009**

## ACKNOWLEDGMENT OF THE RESOLUTION OF CLAIMS AND STATEMENTS CONCERNING TERMS OF SETTLEMENT

Defendants Charlie and Geralda M. Chacon, and the Delfin O. and Frances S. Quintana Trust, by and through their undersigned counsel of record, Ted J. Trujillo, hereby acknowledge that the Consent Orders for Subfiles CHCB-001-0007, CHCB-002-0001B, CHCB-002-0002C and CHCB-002-0009, signed and approved on __2\6\2017__ represent the resolution of all claims to water rights under the *Answers to Complaint for Adjudication of Water Rights* filed with the Court in the above described subfiles (*see* Doc. Nos. 9229, 9230, 9231, 9232, 9233, 9234, 9235).

Further, the above described Defendants, by and through their undersigned counsel of record, Ted J. Trujillo, hereby acknowledge that in the settlement of the Defendants' claims reached on January 26, 2017 (*see* Doc. 1123), the terms of which were read into the record before Magistrate Judge William P. Lynch, the Defendants have agreed to remove the connection between the Old Valdez ditch and the Alfalfita ditch and to configure the terminus of the Old Valdez ditch so as to return any excess diversion of water to the Rito del Tanque.

_____
TED J. TRUJILLO
Attorney for Defendants
Charlie and Geralda M. Chacon
Delfin O. and Frances S. Quintana Trust

Further, the Plaintiff State of New Mexico, by and through its undersigned counsel of record, Edward G. Newville, recognizes that the Defendants intend to file an application with the Water Resource Application Program (WRAP) of the Office of the State Engineer to transfer the place of use of water rights under the Chacon ditch to lands that can be irrigated from the Sanchez ditch, as discussed in the January 26, 2017 settlement conference before Magistrate Judge Lynch. The entry of the above described Consent Orders that adjudicate the water rights of the Defendants are not intended to affect the analysis by WRAP on any such application.

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 615-6402 telephone

Respectfully submitted:

_____
EDWARD G. NEWVILLE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 615-6402 telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of March, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Ed Newville
EDWARD G. NEWVILLE