IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| State of New Mexico, | ) | |
| ex rel State Engineer, | ) | |
| | ) | |
| Plaintiff, | ) | Number 6:69-cv-7941 |
| | ) | Rio Chama Stream adjudication |
| v. | ) | (Jicarilla Apache Nation subfile) |
| | ) | |
| Aragon, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL**

COMES NOW the Jicarilla Apache Nation ("Nation") and hereby moves the Court for an order allowing the withdrawal of the law firm of Johnson Barnhouse and Keegan LLP (Jenny J. Dumas and Natasha D. Cuylear) and the substitution of Dumas Law Office, LLC (Jenny J. Dumas) as counsel of record for the Jicarilla Apache Nation. As grounds therefore, the Nation states as follows:

1. Johnson Barnhouse and Keegan LLP has served as special water counsel to the Nation since May 2015.

2. On or around March 2017, the Nation retained new counsel, Dumas Law Office, LLC to serve as the Nation's counsel and Dumas Law Office, LLC will continue to represent the Nation in this matter.

3. The Nation's file is being transferred from Johnson Barnhouse and Keegan LLP to Dumas Law Office, LLC and, therefore, the requested withdrawal and substitution should not result in delay.

4. The Jicarilla Apache Nation's address is P.O. Box 507, Dulce, NM 87528, and the Nation's telephone number is (575) 759-3242.

5. A proposed order granting this motion has been submitted contemporaneously herewith.

WHEREFORE, the Jicarilla Apache Nation respectfully requests an Order granting the withdrawal of Johnson Barnhouse and Keegan LLP and the substitution of Dumas Law Office, LLC as counsel for the Jicarilla Apache Nation.

March 22, 2017

Respectfully submitted,

JOHNSON BARNHOUSE & KEEGAN LLP

By: */s/ Natasha D. Cuylear*
Natasha D. Cuylear
7424 4th Street NW
Los Ranchos de Albuquerque, New Mexico 87107
Telephone: (505) 842-6123
Facsimile: (505) 842-6124
E-mail: ncuylear@indiancountrylaw.com

Approved:

DUMAS LAW OFFICE, LLC

By: */s/ Jenny J. Dumas*
Jenny J. Dumas
1305 Rio Grande Blvd., NW
Albuquerque NM 87104
Telephone: (505) 238-0408
E-mail: jen@jjdfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2017, I caused a copy of the foregoing Notice to be electronically served on all counsel of record at their respective email addresses as registered on CM/ECF on the date of filing hereof.

*/s/ Natasha D. Cuylear*
Natasha D. Cuylear