IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| State of New Mexico, ex rel State Engineer, | ) ) ) | |
| Plaintiff, | ) ) | Number 6:69-cv-7941 Rio Chama Stream adjudication |
| v. | ) ) | (Jicarilla Apache Nation subfile) |
| Aragon, et al., | ) ) | |
| Defendants. | ) ) | |

**[proposed] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

The Jicarilla Apache Nation's Unopposed Motion for Withdrawal and Substitution of Counsel is hereby GRANTED. It is hereby ORDERED that Dumas Law Office, LLC (Jenny J. Dumas) shall be substituted as counsel of record for the Jicarilla Apache Nation, in place of Johnson Barnhouse and Keegan LLP.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

JOHNSON BARNHOUSE & KEEGAN LLP

By: */s/ Natasha D. Cuylear*
Natasha D. Cuylear
7424 4th Street NW
Los Ranchos de Albuquerque, New Mexico 87107
Telephone: (505) 842-6123
Facsimile: (505) 842-6124
E-mail: ncuylear@indiancountrylaw.com

**APPROVED BY:**

DUMAS LAW OFFICE, LLC

By: */s/ Jenny J. Dumas*
Jenny J. Dumas
1305 Rio Grande Blvd., NW
Albuquerque NM 87104
Telephone: (505) 238-0408
E-mail: jen@jjdfirm.com