

070CV7941 KWR KK
DOC # 11244

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Delfin O. and Frances S. Quintana Trust
P.O. Box 164
Caballo, NM 87518

RECEIVED
At Albuquerque NM

MAR 22 2017

MATTHEW J. DYKMAN
CLERK

ALBUQUERQUE
NM 870
17 MAR '17
PM 4 L

UNITED STATES POSTAGE
$ 00.67⁰
MAILED FROM ZIPCODE 87102

Vacant

NIXIE        871    FE 1        0003/20/17
                RETURN TO SENDER
                VACANT
                UNABLE TO FORWARD

BC: 87102227470        *8768-04751-17-37