

69cv0741-MV-KK
DOC #11170

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD., N.W.
ALBUQUERQUE, NEW MEXICO 87102
OFFICIAL BUSINESS

Adelina Lang
P.O. Box 906
Milbrae, CA 94066, US

RECEIVED
At Albuquerque NM
APR 0 4 2017
MATTHEW J. DYKMAN
CLERK

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 8710222747 0
*0568-00304-18-40*