IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

2017 APR 11  PM 2: 27

CLERK-SANTA FE

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel. STATE ENGINEER, ) ) ) Plaintiff, ) ) v. ) ) ROMAN ARAGON, et.al., ) ) Defendants, ) ) | No. 69cv07941 MV/KK Rio Chama Stream System |

**NOTICE OF STIPULATED EXTENSION OF TIME
TO RESPOND TO MOTION FOR LEAVE TO WITHDRAW**

Pursuant to D.N.M.LR-Civ. 7.4 (a), I, defendant Tim Seaman, appearing *pro se*, water right claimant and defendant in this adjudication, as well as *parciante* on the Abeyta-Trujillo Ditch, a member ditch of the Rio Chama Acequia Association ("RCAA"), hereby notify the Court that I have contacted Peter Thomas White, Esq., ("Movant") on April 11, 2017 concerning his *Motion for Leave to Withdraw Entry of Appearance for the Rio Chama Acequia Association* (Doc. 11250, March 28, 2017) ("Motion") and that Movant stipulates to an extension of time until **May 17, 2017,** for me to file a response to his Motion.

As the Certificate of Service to this Notice indicates, a copy of this Notice has been served on 1) the Movant, 2) the parties listed in Movant's certificate of service accompanying his Motion as "Officers or parciantes of possible member ditches in the Rio Chama Acequia Association", 3) Fred Vigil of the RCAA, and 4) the State of New Mexico. In order to serve all other parties in this adjudication who are entitled to service of pleadings – which are numerous defendants – I respectfully request that the Court grant me leave to file this and any other subsequent documents electronically through the CM/ECF system. A copy of the *Pro Se*

1

Account Registration Form I submitted today, April 11, 2017, to the Court by email is attached to this Notice as Exhibit A.

Respectfully,

*/s/ T J Seaman*

Tim Seaman, *Pro Se Litigant*
21581 U.S. Highway 84
Abiquiu, NM 87510
Email: timseaman@windstream.net
Phone: 505-685-4871

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2017, I filed the foregoing Notice of Stipulated Extension of Time to Respond to Motion for Leave to Withdraw:

To the following person by U.S. mail:

Fred Vigil, President
Rio Chama Acequia Association
Post Office Box 687
Medanales, New Mexico 87548

And to the following persons by electronic mail:

Peter Thomas White, pwhite9098@aol.com
State of New Mexico, C/O Leila Reilly, Esq., Leila.reilly@state.nm.us
Mustafa Chudnoff mustafa@chudnoffconslulting.com
Jeff Nitz redmpintain@valomet.com
Larry Crawford klh718@aol.com
Alfonso Martinez dog718@windstream.net
Raul Manzanares raul.manzaneres@lacnm.us
Sammy Martinez martinez_farm@yahoo.com
Mick Trujillo mick.trujillo@yahoo.com
Fernando Bayardo fbayardo@phs.org
Candy Bone purt911@comcast.net
Cesar Coronado cesar@lanl.gov
Steven Smith ssmith@lensic.org
Susan Oberlander susanoberlander@gmail.com
Dennis Trujillo trujillomd@windstream.net
Chris Roybal olyba70@gmail.com

Bobby Tainter b_tainter@yahoo.com
David Garcia cafeyatole@gmail.com
Benito Vigil vigilhowdy@gmail.com
Stacey Talachy stalachy@lanl.gov

*/s/ Tim Seaman*
Tim Seaman