IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                                    69cv07941 MV/KK

                                                        Rio Chama Adjudication

v.

ROMAN ARAGON, *et al.*,                       Jicarilla Apache Nation Subfile

       Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on the law firm Johnson Barnhouse and Keegan LLP's (Jenny J. Dumas and Natasha D. Cuylear) Unopposed Motion for Withdrawal and Substitution of Counsel, Doc. 11248, filed March 22, 2017.

The law firm Johnson Barnhouse and Keegan LLP (Jenny J. Dumas and Natasha D. Cuylear) seeks to withdraw as counsel for the Jicarilla Apache Nation and to substitute Dumas Law Office, LLC (Jenny J. Dumas) as counsel for the Jicarilla Apache Nation in this matter on the ground that the Jicarilla Apache Nation has retained Dumas Law Office, LLC to represent the Jicarilla Apache Nation. The Jicarilla Apache Nation requests that the Court grant the Motion for withdrawal and substitution.

The Court **GRANTS** Johnson Barnhouse and Keegan LLP's (Jenny J. Dumas and Natasha D. Cuylear) Unopposed Motion for Withdrawal and Substitution of Counsel, Doc. 11248, filed March 22, 2017. *See* D.N.M.LR-Civ. 83.8(a) (an attorney may withdraw from an action on an unopposed motion to withdraw which indicates the consent of the client and notice of appointment of a substitute attorney).

      **IT IS SO ORDERED.**

2

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**