IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

       Plaintiff,

       v.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

**Subfile No. CHRO-006-0001**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

**EDUARDO VIGIL**

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement

       concerning the elements of Defendant's right to divert and use the public waters of

       the Rio Chama Stream System,  Section 1: Rio del Oso & Rito Vallecitos, and by their

       signatures appearing below, the State and the Defendant(s) have approved and accepted

       the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.  There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4.  The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer File No(s):**  NONE

**Priority:** 1881

**Source of Water:** AUGUSTINE DITCH: Surface water of the Rio del Oso, a tributary of the Rio Chama.

DOMINGO DITCH: Surface water of the Rio del Oso, a tributary of the Rio Chama.

PABLO DITCH: Surface water of the Rio del Oso, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

| | | | |
|---|---|---|---|
| **Ditch:** | AUGUSTINE DITCH | | |
| Location X: 1,620,346 feet | | Location Y: 1,836,361 feet | |
| **Ditch:** | DOMINGO DITCH | | |
| Location X: 1,619,249 feet | | Location Y: 1,836,768 feet | |
| **Ditch:** | PABLO DITCH | | |
| Location X: 1,619,722 feet | | Location Y: 1,836,635 feet | |

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Juan Jose Lobato Land Grant | | 20.3 acres |
| | Total | 20.3 acres |

As shown on the 2016 Hydrographic Survey Map CHRO-6.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement = 1.25

Farm Delivery Requirement = 3.13

Project Diversion Requirement = 5.22

5.   Defendant(s) have no surface water rights in the Rio Chama Stream System, Section 1:

Rio del Oso & Rito Vallecitos, other than those set forth in this order and those other

orders entered by this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Section 1: Rio del

Oso & Rito Vallecitos, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, are as set forth herein.

The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any

diversion or use of the public surface waters of the Rio Chama Stream System, Section 1: Rio del Oso

& Rito Vallecitos, except in strict accordance with the rights set forth herein or in other orders of the

Court.

The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Consent Order                                    3                          Subfile No. CHRO-006-0001

ACCEPTED: _____
                        EDUARDO VIGIL

ADDRESS: _P.O. Box 671_
              _Española, NM_
              _87532_

DATE: _8/1/16_


_____
Kelly Brooks Smith
Special Assistant Attorney General

_8-1-16_
Date

Consent Order                           4                    Subfile No. CHRO-006-0001