IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.,*
State Engineer

        Plaintiff,                        69cv0794MV/KK

    vs.                                    RIO CHAMA STREAM SYSTEM

ROMAN ARAGON, *et al.,*              Section 1: Rio del Oso
        Defendants.

CERTIFICATE OF SERVICE

       I hereby certify that a true, file-stamped copy of the Consent Order for the Subfiles listed below was mailed to each of the following Defendants on the 19th day of May, 2017.

Subfile No. CHRO-001-0004
Docket No. 11241
Estate of Elfido Lopez
c/o Delvin Lopez, Personal Representative
517 N. Cambridge
Gilbert, AZ  85233

Subfile No. CHRO-001-0005
Docket No. 11240
Eloy Trujillo
Frances Trujillo
Rural Route 4, Box 220
Ohay Owingeh, NM  87566

Subfile No. CHRO-002-0002
Docket No. 11257
Estate of Bernardo & Ida Archuleta
c/o Virginia Archuleta, Personal Representative
P.O. Box 11
Abiquiu, NM  87510

Subfile Nos. CHRO-002-0003, CHRO-003-0001 and CHRO-004-0001
Docket Nos. 11260, 11259 & 11258
Merced del Pueblo Abiquiu
c/o David Archuleta
P.O. Box 179, Abiquiu, NM 87510

1

Subfile No. CHRO-005-0004
Docket No. 11160
Consuelo Archuleta
4700 Shadow Mt. Dr., Apt. #23
Palm Desert, CA  92260

Salome Chaff
1001 Sasman Dr.
San Bruno, CA  94066

Adelina Lang
416 Turner Terrace, Apt. 2
San Mateo, CA  94401-2479

Angelica Lopez
5 Camino Del Valle
Las Vegas, NM  87701

Anita Valdez
2915 Camino Del Gusto
Santa Fe NM  87507

Subfile No. CHRO-006-0001
Docket No. 11262
Eduardo Vigil
P.O. Box 671
Espanola, NM  87532

Subfile No. CHRO-007-0001
Docket No. 11261
Diana War
P.O. Box 4701
Fairview, NM  87533

Rochelle War
507 CaminoArbolera
Espanola, NM  87532

Veronica War
P.O. Box 5063
Fairview, NM  87533

Subfile No. CHRO-007-0002
Docket No. 11242
Michael Maestas

Sammy Maestas
P.O. Box 935
Espanola, NM  87532

Raymond Maestas
P.O. Box 1473
Espanola, NM  87532

Dated:  May 22, 2017

                                         /s/ Felicity Strachan
FELICITY STRACHAN
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM  87504-5102
(505) 827-3989
(505) 827-7874 facsimile