IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO** *ex rel.*
**State Engineer** *et al.*
          **Plaintiffs,**
    v.                                  No. 69cv07941 MV/KK
                                                    Rio Chama Stream System
**ROMAN ARAGON** *et. al.*,

          **Defendants.**

### NOTICE OF WITHDRAWAL OF MOTION
### TO WITHDRAW ENTRY OF APPERANCE FOR
### <u>THE RIO CHAMA ACEQUIA ASSOCIATION</u>

     **COME NOW** Peter Thomas White to notify the Court and the defendant Rio Chama Acequia Association, its officers and members that I hereby withdraw my Motion for Leave to Withdraw Entry of Appearance for the Rio Chama Acequia Association. (Doc. 11250, filed March 28, 2017). This Notice is filed based on the following facts.

     1. On May17, 2017, the defendant Tim Seaman, appearing pro se filed a Response to the Motion for Leave to Withdraw. (Doc. 11255). The Response stated that the Board of Directors for the Rio Chama Acequia Association (RCAA) held a meeting on May 3, 2017.

     2. At that meeting twenty acequias were represented achieving a quorum for conducting RCAA business.

     3. The Board of Directors removed the current President of record from office; it declared all officer positions vacant; and appointed individuals as interim officers.

4. The Board passed resolutions to continue a grant agreement with the New Mexico Department of Agriculture and to extend and use all contracts under the existing grant.

5. I met with the interim officers for the RCAA on May 21. They offered to extend the term of my contract with RCAA to the end of 2017. I signed the amended contract with the RCAA.

Dated: May 24, 2017

        /s/ *Peter Thomas White*
PETER THOMAS WHITE
125 East Palace Ave., Suite 50
Santa Fe, New Mexico 87501
(505) 984-2690

## CERTIFICATE OF SERVICE

I certify that on May 24, 2017, I filed electronically through the CM/ECF system, Notice of Withdrawal of Motion to Withdraw Entry of Appearance for the Rio Chama Acequia Association which caused the parties and counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

I further certify that on May 24, 2017, the following non-CM/ECF participants were served by first class mail or electronic mail:

Fred Vigil, Former President
Rio Chama Acequia Association
Post Office Box 687
Mendanales, New Mexico 87548

Officers or members (*parciantes*) of the member ditches in the Rio Chama Acequia Association:

Tim Seaman            timseaman@windstream.net
Mustafa Chudnoff      mustafa@chudnoffconslulting.com
Jeff Nitz             redmpintain@valomet.com
Larry Crawford        klh718@aol.com
Alfonso Martinez      dog718@windstream.net
Raul Manzanares       raul.manzaneres@lacnm.us
Sammy Martinez        martinez_farm@yahoo.com

2

| | |
|---|---|
| Mick Trujillo | mick.trujillo@yahoo.com |
| Fernando Bayardo | fbayardo@phs.org |
| Candy Bone | purt911@comcast.net |
| Cesar Coronado | cesar@lanl.gov |
| Steven Smith | ssmith@lensic.org |
| Susan Oberlander | susanoberlander@gmail.com |
| Dennis Trujillo | trujillomd@windstream.net |
| Chris Roybal | olyba70@gmail.com |
| Bobby Tainter | b_tainter@yahoo.com |
| David Garcia | cafeyatole@gmail.com |
| Benito Vigil | vigilhowdy@gmail.com |
| Stacey Talachy | stalachy@lanl.gov |

/s/ *Peter Thomas White*
Peter Thomas White

3