IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

       Plaintiffs,                          69cv07941 MV/KK
                                                  Rio Chama Adjudication
   v.

ROMAN ARAGON, *et al.*,

       Defendants.

## **ORDER GRANTING MOTION TO WITHDRAW MOTION TO WITHDRAW**

**THIS MATTER** comes before the Court on Peter Thomas White's Motion and Notice of Withdrawal of Motion to Withdraw Entry of Appearance for the Rio Chama Acequia Association, Doc. 11264, filed May 24, 2017.

On March 28, 2017, Mr. White filed his Motion for Leave to Withdraw Entry of Appearance for the Rio Chama Acequia Association on the ground that his contract with the Rio Chama Acequia Association terminated on December 31, 2016. *See* Doc. 11250.

On May 21, 2017, Mr. White met with the interim officers of the Rio Chama Acequia Association, they offered to extend the term of his contract with the Rio Chama Acequia Association until the end of 2017, and Mr. White signed the amended contract with the Rio Chama Acequia Association. *See* Doc. 11264. Mr. White now seeks to withdraw his Motion for Leave to Withdraw Entry of Appearance for the Rio Chama Acequia Association.

"A party may withdraw a document from consideration by the Court by filing and serving a notice of withdrawal which specifically identifies the document being withdraw. Withdrawal requires consent of all other parties or approval of the Court." D.N.M.LR-Civ. 7.7. Mr. White filed a Motion and Notice of Withdrawal of Motion to Withdraw Entry of Appearance for the

Rio Chama Acequia Association. *See* Doc. 11264. No responses opposing the Motion have been filed. The Court will therefore **GRANT** the Motion.

**IT IS ORDERED** that Peter Thomas White's Motion and Notice of Withdrawal of Motion to Withdraw Entry of Appearance for the Rio Chama Acequia Association, Doc. 11264, filed May 24, 2017, is **GRANTED.**

**IT IS ALSO ORDERED** that Peter Thomas White's Motion for Leave to Withdraw Entry of Appearance for the Rio Chama Acequia Association, Doc. 11250, filed March 28, 2017, is **WITHDRAWN.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**