IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

## REVISED ORDER ADJUDICATING SURFACE WATER IRRIGATION RIGHTS IN SUBFILE CHCB-002-0013, RIO CHAMA STREAM SYSTEM, SECTION 3, RIO CEBOLLA SUBSECTION

THIS MATTER is before the Court on the State of New Mexico's *Motion to Correct Ditch Names in Subfiles CHCB-002-0013 and CHCB-007-0002B, Rio Chama Stream System, Section 3, Rio Cebolla Subsection* (Doc. No. 11256, filed May 17, 2017).

A consent order adjudicating surface water irrigation rights was entered in CHCB-002-0013 on March 8, 2001 (Doc. No. 6198). As set forth in the State's Motion, this subfile order contains an error regarding the name of one of the ditches from which the defendant has an irrigation water right. Having been fully advised in the premises, and with no responses opposing the Motion having been filed, the Court finds the Motion well taken.

IT IS THEREFORE ORDERED that the right of Defendant James S. and Parrie V. Shortle Revocable Trust to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, is set forth below:

A.  **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File**         01413, 01414

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito del Medio, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**
   **Ditch:**   VENCESLAO MARTINEZ DITCH
      **Location:**
         **X:**  1,582,659 feet          **Y:**  2,019,413 feet
         New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 25, Township 27N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. SE¼ | 2.4  acres |
| Pt. SW¼ | 7.3  acres |
| Total | 9.7  acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-002-0013

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Reserved for future determination by court order entered July 25, 2000.

B.  **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File :**         01133 - 01167

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**
   **Ditch:**    MARTINEZ - CORDOVA NORTH DITCH
      **Location:**
         **X:**  1,577,438 feet          **Y:**  2,015,387 feet
         New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

<u>Section 25, Township 27N, Range 04E, N.M.P.M.</u>

| | |
|---|---|
| Pt. SE¼ | 0.3 acres |
| Pt. SW¼ | 9.8 acres |
| Total | 10.1 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-002-0013

**Amount of Water (acre-feet per acre per year, not to exceed):**

Reserved for future determination by court order entered July 25, 2000.

C. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File**      01133 - 01167

**Priority:** Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** MARTINEZ CORDOVA SOUTH DITCH

**Location:**

**X:** 1,578,102 feet      **Y:** 2,013,706 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

<u>Section 25, Township 27N, Range 04E, N.M.P.M.</u>

| | |
|---|---|
| Pt. SW¼ | 3.0 acres |
| Total | 3.0 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCB-002-0013

**Amount of Water (acre-feet per acre per year, not to exceed):**

Reserved for future determination by court order entered July 25, 2000.

Defendant James S. and Parrie V. Shortle Revocable Trust has no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

The water rights described herein are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

Defendant James S. and Parrie V. Shortle Revocable Trust, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

