IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

## REVISED ORDER ADJUDICATING SURFACE WATER IRRIGATION RIGHTS IN SUBFILE CHCB-007-0002B, RIO CHAMA STREAM SYSTEM, SECTION 3, RIO CEBOLLA SUBSECTION

THIS MATTER is before the Court on the State of New Mexico's *Motion to Correct Ditch Names in Subfiles CHCB-002-0013 and CHCB-007-0002B, Rio Chama Stream System, Section 3, Rio Cebolla Subsection* (Doc. No. 11256, filed May 17, 2017).

A consent order adjudicating surface water irrigation rights was entered in CHCB-007-0002B on June 25, 2002 (Docket No. 6794). As set forth in the State's Motion, this subfile order contains an error regarding the name of the ditch from which the defendant has an irrigation water right. Having been fully advised in the premises, and with no responses opposing the Motion having been filed, the Court finds the Motion well taken.

IT IS THEREFORE ORDERED that the right of Defendant Martinez Ranch Partnership to divert and use the public waters from the Rio Chama Stream System, Rio Cebolla, Section 3, is set forth below:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File:**     2631

**Priority:**     Reserved for future determination by court order entered July 25, 2000.

**Source of Water:** Surface waters of the Rito Cienega Redonda, a tributary of the Rio Cebolla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    **Ditch:**     RINCON BLANCA DITCH

    **Location:**
      **X:** 1,578,548 feet     **Y:** 2,012,107 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 14, Township 26N, Range 04E, N.M.P.M.

| | |
|---|---|
| Pt. NW¼ | 30.0 acres |
| Total | 30.0 acres |

As shown on the Hydrographic Survey Map for Subfile No.: CHCB-007-0002B filed June 25, 2002.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Reserved for future determination by court order entered July 25, 2000.

Defendant Martinez Ranch Partnership has no surface water rights in the Rio Chama Stream System, Rio Cebolla, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

The water rights described herein are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

Defendant Martinez Ranch Partnership, his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama

Stream System, Rio Cebolla, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

