IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

              Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

**SCHEDULING AND PROCEDURAL ORDER FOR DETERMINATION OF PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS IN THE RIO CEBOLLA SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM**

This Order is entered by the Court pursuant to Federal Rules of Civil Procedure Rule 16(b) to guide the course of the determination of priority dates and irrigation water requirements in the Cebolla Subsection of Section 3 of the Rio Chama Stream System.

I.      **DETERMINATION OF PRIORITY DATES**

    **A.**     Under the July 25, 2000 *Procedural Order for the Adjudication of Water Rights Claims in the Rio Nutrias, Rio Cebolla and Canjilon Creek Sections of the Rio Chama Stream System* (Doc. 5913), as amended August 8, 2001 (Doc. 6321), the adjudication of priority dates and irrigation water requirements will be initiated by the State of New Mexico ("the State") following the completion of individual subfile activity. As individual subfile activity has been completed in all subsections of Section 3, the only remaining elements to adjudicate in the Cebolla Subsection for surface water irrigation use are priority dates and irrigation water

requirements.

**B.      Pre-1907 Surface Water Irrigation Rights**

The State proposes the following priority dates for pre-1907 water rights associated with the ditches listed below. Ditches that convey water with both pre-1907 and post-1907 water rights are marked with an asterisk (*). The acreage for post-1907 water rights is detailed in Section C below (Post-1907 Surface Water Irrigation Rights).

| DITCH | PRIORITY DATE |
| --- | --- |
| Acequia del Pinavetal * | 1883 |
| Acequia Madre de Cebolla | 1875 |
| Alto Ditch* | 1889 |
| Atencio North Ditch | 1882 |
| Atencio South Ditch | 1882 |
| Canuto Valdez Ditch | 1897 |
| Cordova-Maes North Ditch | 1875 |
| Emiliana Maes South Ditch | 1906 |
| Felipe Archuleta Ditch | 1903 |
| H.B. and G.C.-Martinez Ditch | 1878 |
| Julian Serrano Ditch | 1906 |
| Maes South Ditch | 1876 |
| Martinez-Cordova North Ditch | 1879 |
| Martinez-Cordova South Ditch | 1879 |
| Montano-Martinez Ditch | 1882 |

| | |
|---|---|
| Nicomedes Trujillo Ditch | 1904 |
| Old Valdez Ditch | 1878 |
| Quintana Ditch | 1875 |
| Sanchez Ditch<br>  CHCB-001-0002<br>  Ernest Sanchez<br>  Margie K. Sanchez | 1898 |
| Sanchez Ditch<br>  CHCB-001-0007<br>  Charlie Chacon<br>  Geralda M. Chacon | 1905 |
| Skelly-Maes Ditch | 1906 |
| Trujillo-Lopez Ditch | 1898 |
| Unnamed Ditch No. 1 | 1875 |
| Unnamed Ditch No. 2 | 1875 |
| Venceslao Martinez Ditch | 1886 |

**C.      Post-1907 Surface Water Irrigation Rights**

The State of New Mexico proposes the determination of the following priority dates for lands in the Cebolla Subsection that are irrigated under an approved permit or final license issued by the Office of the State Engineer, or under an approved permit for the transfer of irrigation water rights as described below. (Please note: if you have both pre-1907 and post-1907 water rights on a single ditch, only the post-1907 water rights acreage is detailed below.)

| SUBFILE | OSE PERMIT / LICENSE | ACRES | PRIORITY DATE |
|---|---|---|---|
| CHCB-001-0001F<br>  Azalea Maes | No. 2686<br>Acequia del Pinavetal | 10.60 | November 21, 1949 |

-3-

Celeste Maes
Immanuel Maes
Joshua Maes
Lorie Maes
Petra Maes

| | | | |
|---|---|---|---|
| CHCB-001-0004<br>  Tobias H. Sanchez | No. 2738<br>Acequia del Pinavetal | 1.70 | August 3, 1951 |
| CHCB-003-0001<br>  Galina V. Vigil<br>  Frederick R. Vigil | No. 2631<br>Alto Ditch | 23.30 | March 29, 1948 |
| CHCB-003-0002<br>  Galina V. Vigil<br>  Frederick R. Vigil | No. 2631<br>Alto Ditch | 25.10 | March 29, 1948 |
| CHCB-003-0022<br>  Adela Martinez<br>  David R. Martinez | No. 2631<br>Rincon Blanca Ditch | 20.00 | March 29, 1948 |
| CHCB-006-0001<br>  Arthur F. Hibner<br>    Revocable Trust | No. 2658<br>Sixto Alire Ditch "A" | 47.30 | November 18, 1948 |
| | No. 2658<br>Sixto Alire Ditch "B" | 21.80 | November 18, 1948 |
| | No. 2658<br>Sixto Alire Ditch "C" | 63.50 | November 18, 1948 |
| | No. 2658<br>Emiliana Maes North Ditch | 28.10 | November 18, 1948 |
| CHCB-007-0001<br>  Ephraim Valencia<br>  Jedburgh Ltd.<br>  Lorraine Valencia | No. 2631<br>Rincon Blanca Ditch | 10.00 | March 29, 1948 |

| | | | |
|---|---|---|---|
| CHCB-007-0002A<br>Donna M. Martinez<br>Leroy A. Martinez | No. 2631<br>Rincon Blanca Ditch | 15.00 | March 29, 1948 |
| CHCB-007-0002B<br>Henry E. Lieber<br>Martinez Ranch Partnership | No. 2631<br>Rincon Blanca Ditch | 30.00 | March 29, 1948 |
| CHCB-007-0003<br>Gustavo Martinez<br>Rosina Martinez | No. 2631<br>Rincon Blanca Ditch | 40.90 | March 29, 1948 |
| CHCB-007-0004<br>Mary Jo Martinez | No. 2631<br>Rincon Blanca Ditch | 17.30 | March 29, 1948 |
| CHCB-007-0005<br>Heirs of Gilberto Martinez<br>Jerry Garcia<br>Lydia Garcia | No. 2631<br>Rincon Blanca Ditch | 4.80 | March 29, 1948 |
| CHCB-007-0007<br>Alice Martinez<br>Max D. Martinez | No. 2631<br>Rincon Blanca Ditch | 2.00 | March 29, 1948 |
| CHCB-008-0001<br>Clyde C. Baker<br>Theresa Baker | No. 2631-2735<br>Rincon Blanca Ditch | 320.00 | March 29, 1948 |

**D.     Transferred Water Rights:**

| MOVE-TO LOCATION | DITCH | OSE PERMIT | PRIORITY DATE |
|---|---|---|---|
| CHCB-002-0001B<br>Charlie Chacon<br>Geralda M. Chacon | Chacon Ditch | No. 0636-D | 1883 |

**E.**     The adjudication of water right priorities in the Cebolla Subsection shall be completed in a show cause proceeding modeled on the process used in the determination of

priority dates in Section 7, Village of Chama. *See Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Village of Chama Subsection of Section 7 of the Rio Chama Stream System* filed May 30, 2013 (Doc. 10915). The form of Notice will inform the defendants that the Court has entered an Order that requires them to file an objection with the Court if they disagree with either: (1) the priority date proposed by the State for their own irrigation water rights or, (2) the priority dates proposed by the State for any other irrigation water rights in the Cebolla Subsection. The Notice and Order to Show Cause will be served by mail on all defendants in the Cebolla Subsection.

In the absence of an objection to the priority dates proposed by the State, the Court will enter a final order with respect to priority dates of all irrigation water rights in the Cebolla Subsection. The determination of priority dates shall be subject to the right of water rights claimants in other Sections, or in other Subsections of Section 3, to object, prior to the entry of a final decree. The defendants in the Cebolla Subsection will be informed that they will have no other opportunity to protest priority date determinations of the irrigation water rights in the Cebolla Subsection, and that subsequent *inter se* proceedings in the Cebolla Subsection will not include the opportunity to object to those determinations.

In cases where defendants in the Cebolla Subsection have previously agreed with the State on the priority for their water rights, and those priority dates have been incorporated into subfile orders entered by the Court, those priority dates cannot be challenged by those defendants. However, other persons with standing may file objections.

The State shall publish the Court's *Public Notice and Order to Show Cause* to inform defendants and all persons having water rights of any type in the Cebolla Subsection of their right

to participate and offer evidence in support of objections to the proposed determination of priority dates and irrigation water rights in the Cebolla Subsection. The approved Public Notice shall be published once a week for four consecutive weeks in the *Rio Grande Sun*.

## II.　DETERMINATION OF IRRIGATION WATER REQUIREMENTS

### A. Pre-1907 Surface Water Irrigation Rights

The State proposes the following irrigation water requirements for pre-1907 surface water irrigation use in the Cebolla Subsection:

    a.　The weighted consumptive irrigation requirement (CIR) is 1.09 acre-feet per acre per annum.

    b.　The farm delivery requirement (FDR) is 2.725 acre-feet per acre per annum.

    c.　The project diversion requirement (PDR) is 4.54 acre-feet per acre per annum.

The ditches in the Cebolla Subsection to which these amounts apply are those identified in paragraph  I. B above (Pre-1907 Surface Water Irrigation Rights), with the exception of those lands that are irrigated under an approved permit or final license issued by the Office of the State Engineer, which lands are identified in paragraph I. C above (Post-1907 Surface Water Irrigation Rights). The irrigation water requirements for lands irrigated under an approved permit or final license issued by the Office of the State Engineer are identified in paragraph II. B below (Lands Irrigated Under an Approved Permit or Final License from the State Engineer).

The irrigation water requirements in the Cebolla Subsection described above do not include diversion requirements associated with stockwatering, stockponds, or other impoundments having valid water rights, which will be determined at a later date in these proceedings.

-7-

B.      **Lands Irrigated Under an Approved Permit or Final License from the State**

**Engineer**

The State proposes the determination of the following irrigation water requirements for

irrigation water use on lands in the Cebolla Subsection that are irrigated with surface water under

an approved permit or final license issued by the Office of the State Engineer, as described below:

OSE LICENSE NO. 2686
Acequia del Pinavetal
CHCB-001-0001F

   a.  CIR = 1.09 acre-feet per acre per annum.
   b.  FDR = 3.00 acre-feet per acre per annum.
   c.  PDR = 5.00 acre-feet per acre per annum.

OSE LICENSE NO. 2738
Acequia del Pinavetal
CHCB-001-0004

   a.  CIR = 1.09 acre-feet per acre per annum.
   b.  FDR = 3.00 acre-feet per acre per annum.
   c.  PDR = 5.00 acre-feet per acre per annum.

OSE LICENSE NO. 2658
Sixto Alire "A," "B," and "C;" and Emiliano Maes North Ditches
CHCB-006-0001

   a.  CIR = 1.09 acre-feet per acre per annum.
   b.  FDR = 3.00 acre-feet per acre per annum.
   c.  PDR = 5.00 acre-feet per acre per annum.

OSE LICENSE NO. 2631
Alto Ditch
CHCB-0003-0001
CHCB-003-0002

   a.  CIR = 1.09 acre-feet per acre per annum.

-8-

    b.  FDR = 3.00 acre-feet per acre per annum.

    c.  PDR = 5.00 acre-feet per acre per annum.

Under OSE License No. 2631, from April 1st to October 1st of each year, water may be diverted into the Alto Ditch at the rate and in the amount of surplus or rejected flows as indicated by the flow at the mouth of El Rito de la Cienega Redonda or the flow of Cebolla Creek just below the mouth of Emiliana Maes North Ditch, whichever is the lesser. During the remainder of the year, from October 1st to April 1st, water may be diverted into the Alto Ditch at a rate of 15 cubic feet per second at times needed.

OSE LICENSE NOS. 2631; 2631-2735
Rincon Blanca Ditch

    a.  CIR = 1.09 acre-feet per acre per annum.

    b.  FDR = 3.00 acre-feet per acre per annum.

    c.  PDR = 5.00 acre-feet per acre per annum.

Under OSE License Nos. 2631 and 2631-2735, from April 1st to October 1st of each year, water may be diverted into the Rincon Blanca Ditch at the rate and in the amount of surplus or rejected flows as indicated by the flow at the mouth of El Rito de la Cienega Redonda or the flow of Cebolla Creek just below the mouth of Emiliana Maes North Ditch, whichever is the lesser. During the remainder of the year, from October 1st to April 1st, water may be diverted into the Rincon Blanca Ditch at a rate of 15 cubic feet per second at times needed.

OSE LICENSE NO. 0636-D
Chacon Ditch
CHCB-002-0001B

    a.  CIR = 1.09 acre-feet per acre per annum.

    b.  FDR = 3.00 acre-feet per acre per annum.

    c.  PDR = 5.00 acre-feet per acre per annum.

The irrigation water requirements in the Cebolla Subsection described above do not include diversion requirements associated with stockwatering, stockponds, or other impoundments having valid water rights, which will be determined at a later date in these proceedings.

**C.** The adjudication of irrigation water requirements in the Cebolla Subsection shall be completed in a show cause proceeding using the procedures described above in connection with the determination of priority dates for water rights in the Cebolla Subsection. The form of Notice will inform the defendants that the Court has entered an Order that requires them to file an objection with the Court if they disagree with the irrigation water requirements proposed by the State for use in the Cebolla Subsection. The Notice will be served by mail on all defendants in the Cebolla Subsection.

In the absence of an objection to the irrigation water requirements proposed by the State, the Court will enter a final order with respect to irrigation water requirements in the Cebolla Subsection. This determination of irrigation water requirements shall be subject to the right of water rights claimants in other Sections, as well as in other Subsections of Section 3, to object, prior to the entry of a final decree. The defendants will be informed that they will have no other opportunity to protest the determination of irrigation water requirements in the Cebolla Subsection, and that subsequent *inter se* proceedings in the Cebolla Subsection will not include the opportunity to object to this determination.

In cases where defendants in the Cebolla Subsection have previously agreed with the State on the irrigation water requirements for their water rights, and those amounts have been incorporated into subfile orders entered by the Court, those amounts cannot be challenged by those defendants. However, other persons with standing may file objections.

## III.   NOTICE

The Notice shall be mailed to the last known address of individual subfile defendants as they are listed in the Court's records. The State shall not be required to make a determination of

-10-

current ownership of any tracts, nor mail Notice to persons that are not a party to these proceedings. A successor-in-interest to an individual subfile defendant may request substitution of parties under Fed.R.Civ.P. 25(c) in order to participate in these proceedings.

The State shall publish the Court's *Public Notice and Order to Show Cause* to inform defendants and all person having water rights of any type in the Cebolla Subsection of their right to participate and offer evidence in support of objections to the proposed determination of irrigation water requirements in the Cebolla Subsection. The approved Public Notice shall be published once a week for four consecutive weeks in the *Rio Grande Sun*.

The State shall coordinate the mailing of the Notice and publication of the Public Notice regarding the determination of priority dates and irrigation water requirements so that these events and the stated deadlines therein occur in a coordinated manner.

After the deadline has expired for filing protests to the proposed determination of priority dates and irrigation water requirements, the State shall submit a proposed scheduling and procedural order to address and resolve any objections that are filed with the Court.

**IT IS SO ORDERED.**

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE


Approved:


_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE