IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

               Plaintiff,

       v.

ROMAN ARAGON, *et al.,*

            Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

**NOTICE AND ORDER TO SHOW CAUSE
IN THE RIO CEBOLLA SUBSECTION
OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM**

To: All Defendants in the Rio Cebolla Subsection,
    Section 3 of the Rio Chama Stream System

## I.      PRIORITY DATES

You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water rights, or the priority date for any other water rights, for lands irrigated under ditches located in the Cebolla Subsection of Section 3 of the Rio Chama Stream System.

### A.  Pre-1907 Surface Water Irrigation Rights

The State of New Mexico ("the State") proposes the following priority dates for pre-1907 water rights associated with the ditches listed below. Ditches that convey water with both pre-1907 and post-1907 water rights are marked with an asterisk (*). The acreage for post-1907 water

rights is detailed in paragraph I. B below titled "Lands Irrigated under an Approved Permit or Final License from the State Engineer."

| DITCH | PRIORITY DATE |
|---|---|
| Acequia del Pinavetal * | 1883 |
| Acequia Madre de Cebolla | 1875 |
| Alto Ditch* | 1889 |
| Atencio North Ditch | 1882 |
| Atencio South Ditch | 1882 |
| Canuto Valdez Ditch | 1897 |
| Cordova-Maes North Ditch | 1875 |
| Emiliana Maes Douth Ditch | 1906 |
| Felipe Archuleta Ditch | 1903 |
| H.B. and G.C.-Martinez Ditch | 1878 |
| Julian Serrano Ditch | 1906 |
| Maes South Ditch | 1876 |
| Martinez-Cordova North Ditch | 1879 |
| Martinez-Cordova South Ditch | 1879 |
| Montano-Martinez Ditch | 1882 |
| Nicomedes Trujillo Ditch | 1904 |
| Old Valdez Ditch | 1878 |
| Quintana Ditch | 1875 |
| Sanchez Ditch<br>  CHCB-001-0002<br>  Ernest Sanchez | 1898 |

Margie K. Sanchez

Sanchez Ditch                                             1905
  CHCB-001-0007
  Charlie Chacon,
  Geralda M. Chacon

Skelly-Maes Ditch                                         1906

Trujillo-Lopez Ditch                                      1898

Unnamed Ditch No. 1                                       1875

Unnamed Ditch No. 2                                       1875

Venceslao Martinez Ditch                                  1886

The priority dates described above will apply to all individual irrigation water rights served by the ditches listed, unless you or other persons file objections. The priority dates for ditches listed above will also apply to any spring that serves as a source of water for irrigators under those ditches, and which is described in an individual subfile order filed with the Court.

In cases where defendants in the Cebolla Subsection have previously agreed with the State on the priority for their water rights, and those priority dates have been incorporated into subfile orders entered by the Court, those priority dates cannot be challenged by those defendants. However other persons with standing may file objections.

B. **Lands Irrigated under an Approved Permit or Final License from the State Engineer**

Please note: if you have both pre-1907 and post-1907 water rights on a single ditch, only the post-1907 water rights acreage is detailed below.

-3-

| SUBFILE, CLAIMANT | OSE LICENSE, DITCH | ACRES | PRIORITY DATE |
|---|---|---|---|
| CHCB-001-0001F<br>  Azalea Maes<br>  Celeste Maes<br>  Immanuel Maes<br>  Joshua Maes<br>  Lorie Maes<br>  Petra Maes | No. 2686<br>Acequia del Pinavetal | 10.60 | November 21, 1949 |
| CHCB-001-0004<br>  Tobias H. Sanchez | No. 2738<br>Acequia del Pinavetal | 1.70 | August 3, 1951 |
| CHCB-003-0001<br>  Galina V. Vigil<br>  Frederick R. Vigil | No. 2631<br>Alto Ditch | 23.30 | March 29, 1948 |
| CHCB-003-0002<br>  Galina V. Vigil<br>  Frederick R. Vigil | No. 2631<br>Alto Ditch | 25.10 | March 29, 1948 |
| CHCB-003-0022<br>  Adela Martinez<br>  David R. Martinez | No. 2631<br>Rincon Blanca Ditch | 20.00 | March 29, 1948 |
| CHCB-006-0001<br>  Arthur F. Hibner<br>    Revocable Trust | No. 2658<br>Sixto Alire Ditch "A" | 47.30 | November 18, 1948 |
|  | No. 2658<br>Sixto Alire Ditch "B" | 21.80 | November 18, 1948 |
|  | No. 2658<br>Sixto Alire Ditch "C" | 63.50 | November 18, 1948 |
|  | No. 2658<br>Emiliana Maes North Ditch | 28.10 | November 18, 1948 |
| CHCB-007-0001<br>  Ephraim Valencia<br>  Jedburgh Ltd. | No. 2631<br>Rincon Blanca Ditch | 10.00 | March 29, 1948 |

Lorraine Valencia

| | | | |
|---|---|---|---|
| CHCB-007-0002A<br>  Donna M. Martinez<br>  Leroy A. Martinez | No. 2631<br>Rincon Blanca Ditch | 15.00 | March 29, 1948 |
| CHCB-007-0002B<br>  Henry E. Lieber<br>  Martinez Ranch Partnership | No. 2631<br>Rincon Blanca Ditch | 30.00 | March 29, 1948 |
| CHCB-007-0003<br>  Gustavo Martinez<br>  Rosina Martinez | No. 2631<br>Rincon Blanca Ditch | 40.90 | March 29, 1948 |
| CHCB-007-0004<br>  Mary Jo Martinez | No. 2631<br>Rincon Blanca Ditch | 17.30 | March 29, 1948 |
| CHCB-007-0005<br>  Heirs of Gilberto Martinez<br>  Jerry Garcia<br>  Lydia Garcia | No. 2631<br>Rincon Blanca Ditch | 4.80 | March 29, 1948 |
| CHCB-007-0007<br>  Alice Martinez<br>  Max D. Martinez | No. 2631<br>Rincon Blanca Ditch | 2.00 | March 29, 1948 |
| CHCB-008-0001<br>  Clyde C. Baker<br>  Theresa Baker | No. 2631-2735<br>Rincon Blanca Ditch | 320.00 | March 29, 1948 |

## Transferred Water Rights:

| MOVE-TO LOCATION | DITCH | OSE PERMIT | PRIORITY DATE |
|---|---|---|---|
| CHCB-002-0001B<br>Charlie Chacon<br>Geralda M. Chacon | Chacon Ditch | No. 0636-D | 1883 |

## II.     IRRIGATION WATER REQUIREMENTS

In addition, you are hereby notified that the Court has entered an order requiring you to file and objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Cebolla Subsection. The State's proposed irrigation water requirements are categorized below under two headings: "Pre-1907 Surface Water Irrigation Rights" and "Lands Irrigated under a Permit or License from the State Engineer."

### A. Pre-1907 Surface Water Irrigation Rights

The State proposes the following irrigation water requirements for pre-1907 surface water irrigation use in the Cebolla Subsection:

    a.  The weighted consumptive irrigation requirement (CIR) is 1.09 acre-feet per acre per annum.

    b.  The farm delivery requirement (FDR) is 2.725 acre-feet per acre per annum.

    c.  The project diversion requirement (PDR) is 4.54 acre-feet per acre per annum.

The ditches in the Cebolla Subsection to which these amounts apply are those identified in paragraph  I. A above (Pre-1907 Surface Water Irrigation Rights), with the exception of those lands that are irrigated under an approved permit or final license issued by the Office of the State Engineer, which lands are identified in paragraph I. B above (Lands Irrigated under an Approved Permit or Final License from the State Engineer). The irrigation water requirements for lands irrigated under an approved permit or final license issued by the Office of the State Engineer are identified in paragraph II. B below (Lands Irrigated under an Approved Permit or Final License

from the State Engineer).

The irrigation water requirements in the Cebolla Subsection described above do not include diversion requirements associated with stockwatering, stockponds, or other impoundments having valid water rights, which will be determined at a later date in these proceedings.

## B. Lands Irrigated under an Approved Permit or Final License from the State Engineer

OSE LICENSE NO. 2686
Acequia del Pinavetal
CHCB-001-0001F

   a. CIR = 1.09 acre-feet per acre per annum.
   b. FDR = 3.00 acre-feet per acre per annum.
   c. PDR = 5.00 acre-feet per acre per annum.

OSE LICENSE NO. 2738
Acequia del Pinavetal
CHCB-001-0004

   a. CIR = 1. 09 acre-feet per acre per annum.
   b. FDR = 3.00 acre-feet per acre per annum.
   c. PDR = 5.00 acre-feet per acre per annum.

OSE LICENSE NO. 2658
Sixto Alire "A," "B," and "C;" and Emiliano Maes North Ditches
CHCB-006-0001

   a. CIR = 1. 09 acre-feet per acre per annum.
   b. FDR = 3.00 acre-feet per acre per annum.
   c. PDR = 5.00 acre-feet per acre per annum.

OSE LICENSE NO. 2631
Alto Ditch
CHCB-0003-0001
CHCB-003-0002

    a.  CIR = 1. 09 acre-feet per acre per annum.

    b.  FDR = 3.00 acre-feet per acre per annum.

    c.  PDR = 5.00 acre-feet per acre per annum.

Under OSE License No. 2631, from April 1st to October 1st of each year, water may be diverted into the Alto Ditch at the rate and in the amount of surplus or rejected flows as indicated by the flow at the mouth of El Rito de la Cienega Redonda or the flow of Cebolla Creek just below the mouth of Emiliana Maes North Ditch, whichever is the lesser. During the remainder of the year, from October 1st to April 1st, water may be diverted into the Alto Ditch at a rate of 15 cubic feet per second at times needed.

OSE LICENSE NOS. 2631; 2631-2735

Rincon Blanca Ditch

    a.  CIR = 1. 09 acre-feet per acre per annum.

    b.  FDR = 3.00 acre-feet per acre per annum.

    c.  PDR = 5.00 acre-feet per acre per annum.

Under OSE License Nos. 2631 and 2631-2735, from April 1st to October 1st of each year, water may be diverted into the Rincon Blanca Ditch at the rate and in the amount of surplus or rejected flows as indicated by the flow at the mouth of El Rito de la Cienega Redonda or the flow of Cebolla Creek just below the mouth of Emiliana Maes North Ditch, whichever is the lesser. During the remainder of the year, from October 1st to April 1st, water may be diverted into the Rincon Blanca Ditch at a rate of 15 cubic feet per second at times needed.

OSE LICENSE NO. 0636-D

Chacon Ditch

CHCB-002-0001B

    a.  CIR = 1. 09 acre-feet per acre per annum.

    b.  FDR = 3.00 acre-feet per acre per annum.

    c.  PDR = 5.00 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" (CIR) refers to the quantity of water, expressed in acre-feet per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery

Requirement" (FDR) refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The term "Project Diversion Requirement" (PDR) refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year.

The irrigation water requirements set forth above do not include diversion requirements associated with stockwatering, stockponds, or other impoundments determined to have valid water rights in these proceedings.

### III.    OBJECTIONS

You are hereby notified that you are required to file an objection with the Court if you disagree with the State's proposed determination of the priority date or irrigation water requirements for your water rights, or the priority date or irrigation water requirements for any other water rights, for irrigated lands in the Cebolla Subsection. If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action.

In cases where defendants in the Cebolla Subsection have previously agreed with the State on priority dates for their water rights or the irrigation water requirements for their water rights, and those priority dates or irrigation water requirements have been incorporated into subfile orders entered by the Court, those priority dates or irrigation water requirements cannot be challenged by those defendants. However, other persons with standing may file objections.

If objections are filed by any person, you will be notified of the objections and may

participate in proceedings to resolve those objections. In the absence of any objections, you will have no other opportunity in these proceedings to object to the determination of priority dates or irrigation water requirements in the Cebolla Subsection, and subsequent *inter se* proceedings in the Cebolla Subsection will not include the opportunity to object to those determinations. If no objections are filed, the Court will enter an order that recognizes those elements of your water rights and the water rights of other surface water users in the Cebolla Subsection as described above. If you disagree, you must follow the instructions below.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or the irrigation water requirements for surface water irrigation use in the Cebolla Subsection as stated above, you must file the form entitled Objection and Response to Notice and Order to Show Cause with the Court, in person or by mail **FOR RECEIPT NO LATER THAN _(90 days from entry)____,  2017 to:**

**United States District Court Clerk**
**333 Lomas Blvd. NW**
**Suite 270**
**Albuquerque, NM 87102**


If you timely file an objection, the United States District Court for the District of New Mexico will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard by the Court. This will be your only opportunity to object to these elements of your own water rights, or these elements of any other water rights, in the Cebolla Subsection. If you fail to timely object you may not raise objections in the future.

-10-

If you have any questions, please call or write:

| | | |
|---|---|---|
| Felicity Strachan | or | John W. Utton |
| Special Assistant Attorney General | | Attorney for Associación de Acéquias |
| Office of the State Engineer | | Norteñas de Rio Arriba |
| P.O. Box 25102 | | Utton & Kery, P.A. |
| Santa Fe, NM 87504-5102 | | 317 Commercial, N.E., Suite 316 |
| (505) 827-3989 | | Albuquerque, NM 87102 |
| felicitystrachan@state.nm.us | | (505) 699-1445 |
| | | john@uttonkery.com |

**IT IS SO ORDERED.**

_____

KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE