IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

## **PUBLIC NOTICE AND ORDER TO SHOW CAUSE**

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE SURFACE OR UNDERGROUND WATERS OF THE RIO CEBOLLA SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM.

AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE OR GROUND WATER IN THE RIO CEBOLLA SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM FOR IRRIGATION PURPOSES AND WHOSE NAMES APPEAR BELOW.

PLEASE NOTE, DITCHES MARKED WITH AN ASTERISK (*) CARRY WATER WITH BOTH PRE-1907 AND POST-1907 WATER RIGHTS. ALL POST-1907 WATER RIGHTS ARE DETAILED IN THE *SCHEDULING AND PROCEDURAL ORDER FOR DETERMINATION OF PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS IN THE CEBOLLA SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM* (DOC. __, FILED ___) AND THE *NOTICE AND ORDER TO SHOW CAUSE FOR THE RIO CHAMA STREAM SYSTEM, SECTION 3, RIO CEBOLLA SUBSECTION* (DOC. ___, FILED ___).

**ACEQUIA DEL PINAVETAL**                                             **PRIORITY 1883\***

      Defendants:

David E. Archuleta, Lydia U. Archuleta, Nelda J. Archuleta, Sara Maes Benavidez, Charlie Chacon, Geralda M. Chacon, William R. Clark, Lydia Maes Garcia, Maureen E. Havey, Azalea Maes, Celeste Maes, Gilbert L. Maes, Immanuel Maes, Joshua Maes, Petra J. Maes, Lorie Martinez, Roman And Mary C. Martinez Liv. Trust, Edward L. Mcmillen, Delfin O. and Frances S. Quintana Trust, Kaye D. Raymond, Margarita Maes Ryzdynski, Elmer H. Salazar, Susie Salazar, Ernest Sanchez, Margie K. Sanchez, Tobias H. Sanchez, Felix Valdez, Gabriel Valdez Jr.

**ACEQUIA MADRE DE CEBOLLA**                                          **PRIORITY 1875**

      Defendants:

Elizabeth L. Amos, David E. Archuleta, Lydia U. Archuleta, Lupe Bustos, Orlando Bustos, Glorianna G. Chacon, Jose D. Chacon, Joseph J. Chacon, Jose Lucas Cordova, Joe M. Madrid, Phyllis Madrid, Cippie Maez, Eddie Maez, Erma Maez, Gus Martinez, Jenny A. Martinez, Delfin O. and Frances S. Quintana Trust, Felipe B. Rivera, Flora Rivera, Ignacita V. Rodella,  Robert Sanchez, Esther L. Sanchez

**ALTO DITCH**                                                        **PRIORITY 1889\***

      Defendants:

Juan Archuleta, Pablo Archuleta Jr, Jose Lucas Cordova, Joe  M. Madrid, Phyllis Madrid, Alice Martinez, Elizabeth M. Martinez, Gilbert J. Martinez, Max D. Martinez, Frederick  R. Vigil, Galina V. Vigil

**ATENCIO NORTH DITCH**                                               **PRIORITY 1882**

      Defendants:

Clyde C. Baker, Theresa Baker, Mario R. Martinez, Sophia D. Martinez

**ATENCIO SOUTH DITCH**                                               **PRIORITY 1882**

      Defendants:

Clyde C. Baker, Theresa Baker

**CANUTO VALDEZ DITCH**                                               **PRIORITY 1897**

      Defendants:

Edna Q Cova, Guillermo J. Cova

**CHACON DITCH**                                          **PRIORITY 1883**

    Defendants:

Charlie Chacon, Geralda M. Chacon


**CORDOVA-MAES NORTH DITCH**                              **PRIORITY 1875**

    Defendants:

Jose Lucas Cordova


**EMILIANA MAES NORTH DITCH**                             **PRIORITY November 18, 1948**

    Defendants:

Arthur F. Hibner Revocable Trust


**EMILIANA MAES SOUTH DITCH**                             **PRIORITY 1906**

    Defendants:

Arthur F. Hibner Revocable Trust, Mario R. Martinez, Sophia D. Martinez


**FELIPE ARCHULETA DITCH**                                **PRIORITY 1903**

    Defendants:

David E. Archuleta, Lydia U. Archuleta


**H.B. AND G.C. MARTINEZ DITCH**                          **PRIORITY 1878**

    Defendants:

Adela Martinez, David R. Martinez, Charles K. Walker, Lillian M. Walker


**JULIAN SERRANO DITCH**                                  **PRIORITY 1906**

    Defendants:

Flavio Gurule, Estate of Julian Serrano, Deceased, Epifanio J. Trujillo, Rebecca D. Trujillo

**MAES SOUTH DITCH**                                              **PRIORITY 1876**

    Defendants:

Jose Lucas Cordova, Joe M. Madrid, Phyllis Madrid

**MARTINEZ-CORDOVA NORTH DITCH**                  **PRIORITY 1879**

    Defendants:

Jose Lucas Cordova, James S. And Parrie V. Shortle Rev Trust

**MARTINEZ-CORDOVA SOUTH DITCH**                  **PRIORITY 1879**

    Defendants:

Jose Lucas Cordova, James S. and Parrie V. Shortle Revocable Trust

**MONTANO-MARTINEZ DITCH**                              **PRIORITY 1882**

    Defendants:

Joe M. Madrid, Phyllis Madrid

**NICOMEDES TRUJILLO DITCH**                              **PRIORITY 1904**

    Defendants:

David E. Archuleta, Lydia U. Archuleta

**OLD VALDEZ DITCH**                                              **PRIORITY 1878**

    Defendants:

Charlie Chacon, Geralda M. Chacon

**QUINTANA DITCH**                                                  **PRIORITY 1875**

    Defendants:

Jose Lucas Cordova, Delfin O. and Frances S. Quintana Trust

**RINCON BLANCA DITCH**                                    **PRIORITY March 29, 1948**

     Defendants:

Clyde C. Baker, Theresa Baker, Jedburgh Ltd., Adela Martinez, Alice Martinez, David R. Martinez, Donna M. Martinez, Gustavo Martinez, Heirs of Gilberto Martinez, Leroy A. Martinez, Mary Jo Martinez, Max D. Martinez, Rosina Q. Martinez, Martinez Ranch Partnership

**SANCHEZ DITCH**                                    **PRIORITY 1898**

     Defendants:

Ernest Sanchez, Margie K. Sanchez

**SANCHEZ DITCH**                                    **PRIORITY 1905**

     Defendants:

Charlie Chacon, Geralda M. Chacon

**SIXTO ALIRE DITCH "A"**                           **PRIORITY November 18, 1948**

     Defendants:

Arthur F. Hibner Revocable Trust

**SIXTO ALIRE DITCH "B"**                           **PRIORITY November 18, 1948**

     Defendants:

Arthur F. Hibner Revocable Trust

**SIXTO ALIRE DITCH "C"**                           **PRIORITY November 18, 1948**

     Defendants:

Arthur F. Hibner Revocable Trust

**SKELLY-MAES DITCH**                                **PRIORITY 1906**

     Defendants:

Maclovio Gurule

**TRUJILLO-LOPEZ DITCH**                              **PRIORITY 1898**

     Defendants:

Clorinda N. Sanchez, Medardo Sanchez Jr, Epifanio J. Trujillo, Rebecca D. Trujillo


**UNNAMED DITCH NO. 1**                              **PRIORITY 1875**

     Defendants:

Delfin O. and Frances S. Quintana Trust


**UNNAMED DITCH NO. 2**                              **PRIORITY 1875**

     Defendants:

Jose Lucas Cordova


**VENCESLAO MARTINEZ DITCH**                         **PRIORITY 1886**

     Defendants:

Jose Lucas Cordova, Alfonso G. Sanchez, Cecilia Sanchez, James S. and Parrie V. Shortle Revocable Trust, Alex Sisneros, Juanita Sisneros


_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT COURT JUDGE