IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

    vs.

ROMAN ARAGON, *et al.,*

              Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7:  Rito de Tierra Amarilla

## STIPULATION ON IRRIGATION WATER REQUIREMENTS AND WITHDRAWAL OF OBJECTIONS AND CLAIMS BY TIERRA AMARILLA COMMUNITY DITCH AND ASSOCIACIÓN DE ACÉQUIAS NORTEÑAS DE RIO ARRIBA

Defendants Tierra Amarilla Community Ditch and the Associación de Acéquias de Norteñas de Rio Arriba are in agreement with the proposed determination of irrigation water requirements in the Tierra Amarilla Subsection, as described in the Court's *Notice and Order to Show Cause* (Doc. Nos. 9769, 9770) and as set forth in the proposed *Order Making Final Determination of Irrigation Water Requirements in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama System* ("proposed *Order"*), and stipulate to those proposals and withdraw their objections to those proposals as follows:

1. The Tierra Amarilla Community Ditch and the Associación de Acéquias de Norteñas de Rio Arriba hereby stipulate to the irrigation water requirements proposed in the Court's *Notice and Order to Show Cause* (Doc. Nos. 9769, 9770) and as set forth in the proposed *Order*. It is the understanding of the  Tierra Amarilla Community Ditch that its Project Diversion Requirement (PDR) does not include diversion amounts for non-irrigation purposes such as livestock watering occurring outside the irrigation season.

2.      Nothing in this Stipulation shall be construed as a waiver by the Tierra Amarilla Community Ditch of its right to claim diversion amounts for non-irrigation purposes in this case.

3.      The Tierra Amarilla Community Ditch and the Associación de Acéquias de Norteñas de Rio Arriba withdraw their objections filed July 28, 2010 (Doc. No. 9922) to the proposed determination of irrigation water requirements in the Tierra Amarilla Subsection.

4.      The Tierra Amarilla Community Ditch and the Associación de Acéquias de Norteñas de Rio Arriba withdraw their statement of claims (Doc. 11054, filed 10/13/14).


By:
_____      July 13, 2017
JOHN W. UTTON
UTTON & KERY.
Post Office Box 2386
Santa Fe, NM 87504

DAVID BENAVIDES
NEW MEXICO LEGAL AID, INC.
Post Office Box 32197
Santa Fe, NM 87594

Attorneys for Tierra Amarilla Community Ditch and
Associación de Acéquias de Norteñas de Rio Arriba

-2-