IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Tierra Amarilla |

### STIPULATION ON IRRIGATION WATER REQUIREMENTS AND WITHDRAWAL OF OBJECTIONS AND CLAIMS BY CHAMA VALLEY INDEPENDENT SCHOOL DISTRICT

Defendant Chama Valley Independent School District is in agreement with the proposed determination of irrigation water requirements in the Tierra Amarilla Subsection, as described in the Court's *Notice and Order to Show Cause* (Doc. Nos. 9769, 9770), and stipulates to those proposals and withdraws its objections to those proposals as follows:

1. The Chama Valley Independent School District hereby stipulates to the irrigation water requirements proposed in the Court's *Notice and Order to Show Cause* (Doc. Nos. 9769, 9770).

2. The Chama Valley Independent School District withdraws its objection filed July 30, 2010 (Doc. No. 9929) to the proposed determination of irrigation water requirements in the Tierra Amarilla Subsection.

3. The Chama Valley Independent School District withdraws any claims included in

its August 29, 2014 response (Doc. 11048) and October 13, 2014 statement of claims (Doc. 11054).

*Rebecca Dempsey*      8-7-17
REBECCA DEMPSEY      DATE
CUDDY & McCARTHY, LLP
Post Office Box 4160
Santa Fe, NM 87502-4160

Attorneys for Chama Valley Independent School District