IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer,<br><br>                Plaintiff,<br>v.<br><br>ROMAN ARAGON, et al.,<br><br>                Defendants,<br>_____ | NO.  69cv07941 MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1: Rio del Oso & Rito Vallecitos<br><br>Subfile Nos. CHRO-002-0003<br>                     CHRO-004-0001<br>                     CHRO-003-0001 |

### MOTION FOR LIMITED ENTRY OF APPEARANCE

New Mexico Legal Aid, Inc. (NMLA), by David Benavides, moves this court pursuant to D.N.M.LR-Civ. 84.4 for leave to appear as counsel in this cause for La Merced del Pueblo Abiquiu on a limited basis, and as grounds therefor states:

NMLA requests leave to enter its limited appearance as counsel for La Merced del Pueblo Abiquiu in this cause, appearance limited to seeking to vacate 3 subfile orders entered recently under the name of La Merced del Pueblo Abiquiu and under the subfile numbers indicated in the caption of this motion.

WHEREFORE, Movant NMLA prays for an Order from this Court authorizing its limited entry of appearance as counsel in this cause for La Merced del Pueblo Abiquiu as set forth herein.

Electronically Filed,

NEW MEXICO LEGAL AID, INC.

*/s/ David Benavides*
_____
David Benavides
P.O. Box 32197 Santa Fe,
NM 87594-2197
Telephone:  (505) 982-9886
Facsimile: (505) 216-2997
davidb@nmlegalaid.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.

*/s/ David Benavides*
David Benavides