IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to the September 11, 2017 *Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11283), on September 21, 2017, I caused to be mailed to each of the defendants in the Rio Cebolla Subsection on the attached service list (Exhibit 1) the Court's *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11281, filed 9/11/17) in connection with the determination of priority dates and irrigation water requirements in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System.

      Respectfully submitted

      /s/ Felicity Strachan
      Felicity Strachan
      Special Assistant Attorney General
      Office of the State Engineer
      P.O. Box 25102
      Santa Fe, NM 87504-5102
      (505) 827-3989
      felicity.strachan@state.nm.us