ELIZABETH AMOS
P.O. BOX 296
CEBOLLA, NM  87518

DAVID E. ARCHULETA
LYDIA U. ARCHULETA
C/O ERNEST PADILLA, ESQ.
P.O. BOX 2523
SANTA FE, NM  87504-2523

NELDA ARCHULETA
RT1 BOX 15 TERRACE FARM RD
ESPANOLA, NM  87532


PABLO ARCHULETA JR.
JUAN ARCHULETA
P.O. BOX 161
CEBOLLA, NM  87518

CLYDE BAKER
THERESA BAKER
P.O. BOX 245
CEBOLLA, NM  87518

SARA MAES BENAVIDEZ
1623 SAUNDERS SW
ALBUQUERQUE, NM  87105


LUPE BUSTOS
ORLANDO BUSTOS
1721 FOSTER ROAD
LAS CRUCES, NM  88001

CHARLIE CHACON
GERALDA M. CHACON
1007 A SOUTH PRINCE DRIVE
ESPANOLA, NM  87532

GLORIANNA G. CHACON
P.O. BOX 177
CEBOLLA, NM  87518


JOSE D. CHACON
P.O. BOX 177
CEBOLLA, NM  87518

JOSEPH J. CHACON
P.O. BOX 177
CEBOLLA, NM  87518

WILLIAM R. CLARK
P.O. BOX BOX 267
CEBOLLA, NM  87518


JOSE LUCAS CORDOVA
P.O. BOX 87
HERNANDEZ, NM  87537

EDNA Q. COVA
GUILLERMO J. COVA
2908 INDIAN FARM LANE NW
ALBUQUERQUE, NM  87107

LYDIA MAES GARCIA
3952 W. 8620 SO.
WEST JORDAN, UT  84088-5433


FLAVIO GURULE
53 BOUQUET LANE
SANTA FE, NM  87506

MACLOVIO GURULE
53 BOUQUET LANE
SANTA FE, NM  87506

MAUREEN E. HAVEY
P.O. BOX 241
CEBOLLA, NM  87518


ARTHUR F. HIBNER REV. TRUST
210 RIVERA RD SE
DEMING, NM  88030

JEDBURGH LTD.
P.O. BOX 158
CEBOLLA, NM  87518

JOE M. MADRID
PHYLLIS MADRID
P.O. BOX 574
CANJILON, NM  87515


AZALEA MAES
1622 S. PACIFIC ST.  APT A
OCEANSIDE, CA  92056

CELESTE MAES
1906 S TREMONTE ST APT C
OCEANSIDE, CA  92054

GILBERT L. MAES
C/O JOSE & JESUS MAES
BOX 179
LUMBERTON, NM  87547


IMMANUEL MAES
PETRA MAES
LORIE MARTINEZ
2363 BOTULPH RD
SANTA FE, NM  87505

JOSHUA MAES
3213 SAN THOMAS
OCEANSIDE, CA  92054

CIPPIE MAEZ
P.O. BOX 493
CANJILON, NM  87515

EDDIE MAEZ
P.O. BOX 727
CHAMA, NM  87520

ERMA MAEZ
P.O. BOX 172
CEBOLLA, NM  87518

ADELA MARTINEZ
DAVID R. MARTINEZ
P.O. BOX 234
CEBOLLA, NM  87518

ALICE MARTINEZ
MAX MARTINEZ
P.O. BOX 235
CEBOLLA, NM  87518

DONNA MARTINEZ
LEROY MARTINEZ
P.O. BOX 218
CEBOLLA, NM  87518

ELIZABETH MARTINEZ
GILBERT J. MARTINEZ
P.O. BOX 157
CEBOLLA, NM  87518

GUS MARTINEZ
JENNY A. MARTINEZ
909 OLD LAS VEGAS HWY
SANTA FE, NM  87505

GUSTAVO MARTINEZ
ROSINA Q. MARTINEZ
P.O. BOX 206
CEBOLLA, NM  87518

MARIO R. MARTINEZ
SOPHIA D. MARTINEZ
P.O. BOX 217
TIERRA AMARILLA, NM  87575

MARY JO MARTINEZ
1620 PASEO DE LA
CONQUISTADORA
SANTA FE, NM  87501

ROMAN & MARY C. MARTINEZ
LIVING TRUST
200 ROMAN 'S LANE
BLOOMFIELD, NM  87413

MARTINEZ RANCH PARTNERSHIP
C/O MAX D. MARTINEZ SR.
P.O. BOX 235
CEBOLLA, NM  87518

HEIRS OF GILBERTO MARTINEZ
C/O GUSTAVO MARTINEZ
P.O.  BOX 206
CEBOLLA, NM  87518

EDWARD L. MCMILLEN
P.O. BOX 241
CEBOLLA, NM  87518

DELFIN O. & FRANCES S.
QUINTANA  TRUST
P.O.B OX 156
CEBOLLA, NM  87518

KAYE D. RAYMOND
P.O. BOX 267
CEBOLLA, NM  87518

FELIPE B. RIVERA
FLORA RIVERA
P.O. BOX 322
ESPANOLA, NM  87532

IGNACITA V. RODELLA
P.O. BOX 187
ALCALDE, NM  87511

MARGARITA MAES RYZDYNSKI
10512 SEA PALM AVE
LAS VEGAS, NV  89134

ELMER H. SALAZAR
SUSIE SALAZAR
P.O. BOX 1171
LOS ALAMOS, NM  87544

ROBERT SANCHEZ
ESTHER L. SANCHEZ
P.O. BOX 118
CHAMA, NM  87520

ALFONSO G. SANCHEZ
CECILIA SANCHEZ
2853 CALLE PRINCESA JUANA
SANTA  FE,  NM  87507

CLORINDA SANCHEZ
MEDARDO SANCHEZ JR.
P.O. BOX 96
LOS OJOS, NM  87551

ERNEST SANCHEZ
MARGIE K. SANCHEZ
1440 CIELITO LINDO
ESPANOLA, NM  87532

TOBIAS SANCHEZ
P.O. BOX 215
TIERRA AMARILLA, NM  87575

ESTATE OF JULIAN SERRANO
C/O FLAVIO GURULE, PR
53 BOUQUET LANE
SANTA FE, NM  87506

JAMES S. & PARRIE V. SHORTLE
REV. TRUST
4010 SR 150
CHELAN, WA  98816

| | | |
|---|---|---|
| ALEX SISNEROS<br>JUANITA SISNEROS<br>P.O. BOX 243<br>SAN JUAN PUEBLO, NM  87566 | EPIFANIO J. TRUJILLO<br>REBECCA D. TRUJILLO<br>C/O EPIFANIO & REBECCA TRUJILLO REV. TRUST<br>4234 A  FAIRWAY DRIVE<br>LOS ALAMOS, NM  87544 | FELIX VALDEZ<br>1492 CALLE CIELO VISTA<br>BERNALILLO, NM  87004 |
| GABRIEL VALDEZ JR.<br>1221 PARSONS ST NE<br>ALBUQUERQUE, NM  87112 | FREDERICK R. VIGIL<br>GALINA V. VIGIL<br>P.O. BOX 332<br>ESPANOLA, NM  87532 | CHARLES K. WALKER<br>LILLIAN M. WALKER<br>4512 HARPERS FERRY CT NW<br>ALBUQUERQUE, NM  87120-3851 |