IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

Subfile No. CHCB-003-0021

## MOTION FOR SUBSTITUTION OF PARTIES IN SUBFILE CHCB-003-0021

    The Plaintiff state of New Mexico, *ex. rel.* State Engineer ("the State"), moves this Court to issue an order substituting David E. Archuleta for defendants Charles K. and Lillian M. Walker in these proceedings in Subfile CHCB-003-0021. In support of this motion Plaintiff states the following:

    1. David E. Archuleta has filed a Change of Ownership of Water Right form with the Office of the State Engineer showing that he is the current owner of the irrigated lands in Subfile CHCB-003-0021 pursuant to the warranty deed to Mr. Archuleta for this property filed with the Rio Arriba County Clerk on September 10, 2008 (Book 531, Page 6347).

    WHEREFORE the State requests the Court to enter its order substituting David E. Archuleta for defendants Charles K. and Lillian M. Walker in these proceedings. Additionally, the State requests the Clerk of Court to serve the order on Mr. and Mrs. Charles K. Walker at their address of record, and on Mr. David E. Archuleta at P.O. Box 217, Cebolla, NM 97518-0217, pursuant to Paragraph VI.B of this Court's *Procedural Order for the Adjudication of Water Rights*

*Claims in Section 7 of the Rio Chama Stream System* (Doc. 6939, filed 11/19/02).

                                          Respectfully submitted

                                          /s/ Felicity Strachan
                                          Felicity Strachan
                                          Special Assistant Attorney General
                                          Office of the State Engineer
                                          P.O. Box 25102
                                          Santa Fe, NM 87504-5102
                                          (505) 827-3989
                                          felicity.strachan@state.nm.us