IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | NO. 69cv07941 MV/KK |
| Plaintiff, | RIO CHAMA STREAM SYSTEM |
| v. | Section 1: Rio del Oso & Rito Vallecitos |
| ROMAN ARAGON, et al., | Subfile Nos. CHRO-002-0003 |
| | CHRO-004-0001 |
| Defendants, | CHRO-003-0001 |
| _____ | |

**ORDER GRANTING MOTION FOR LIMITED ENTRY OF APPEARANCE**

**THIS MATTER** is before the Court on New Mexico Legal Aid, Inc.'s ("NMLA") Motion of Limited Entry of Appearance, Doc. 11284, filed September 15, 2017.

David Benavides, NMLA, seeks leave to appear as counsel in this cause for La Merced del Pueblo Abiquiu with his appearance limited to seeking to vacate three subfile orders entered recently under the name of La Merced del Pueblo Abiquiu and under the subfile numbers referenced above.

The Court, being fully advised in the premises and with no responses opposing the Motion having been filed, will **GRANT** the Motion.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**