IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

           Plaintiff,

           v.

ROMAN ARAGON, *et al.,*

           Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

Subfile No. CHCB-001-0001E

## **UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES**
## **IN SUBFILE CHCB-001-0001E**

The Plaintiff State of New Mexico, *ex. rel.* State Engineer ("the State"), moves this Court to issue an order substituting Ronnie Garcia for defendant Lydia Maes Garcia in these proceedings in Subfile CHCB-001-0001E. In support of this motion Plaintiff states the following:

1.  On October 5, 2017, Ronnie Garcia filed a Change of Ownership of Water Right form with the Office of the State Engineer showing that he is the current owner of the irrigated lands in Subfile CHCB-001-0001E.

2.  Additionally, Ronnie Garcia provided the Office of the State Engineer with a Warranty Deed recorded by the Rio Arriba County Clerk showing a transfer of property from Lydia Maes Garcia and Daniel Garcia to Ronnie Garcia (Book 530, Page 4917).

3.  Ronnie Garcia requested that he be substituted for Lydia Maes Garcia in these proceedings in Subfile CHCB-001-0001E.

WHEREFORE the State requests the Court to enter its order substituting Ronnie Garcia for defendant Lydia Maes Garcia in these proceedings. Additionally, the State requests the Clerk of Court to serve the order on Ronnie Garcia at H C 63 Box 270112, Fruitland, Utah 84027.

Respectfully submitted,

/s/ Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-3989
felicity.strachan@state.nm.us

**Certificate of Service**

I certify that on October 6, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan