IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla

Subfile: CHTA-003-0007

## WITHDRAWAL OF CLAIMS TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO BY VIRGINIA MARTINEZ

Virginia Martinez signed and approved a consent order in Subfile CHTA-003-0007 on February 18, 2002, which was entered by the Court on February 26, 2002 (Doc. 6557).

In June of 2014, the Court entered a *Notice and Order* (Doc. 11029, filed 6/20/14) requiring defendants in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System that signed and approved a consent order to file a statement of claims setting forth any and all claims to the use of water that are based on the Treaty of Guadalupe Hidalgo. In response to this *Notice and Order*, Virginia Martinez timely filed a *Response to Notice of Order* (Doc. 11039, filed August 14, 2014).

Defendant Virginia Martinez now withdraws her claims to the use of water based on the Treaty of Guadalupe Hidalgo ("the Treaty").

_____
VIRGINIA MARTINEZ
P.O. Box 1517
Española, NM 87575

_____
DATE