IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

Subfile No. CHCB-003-0021

## ORDER SUBSTITUTING PARTIES IN SUBFILE CHCB-003-0021

**THIS MATTER** is before the Court on the *Motion for Substitution of Parties in Subfile CHCB-003-0021* by the plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), filed September 28, 2017, Doc. 11286.

The State seeks to substitute David E. Archuleta for defendants Charles K. and Lillian M. Walker because Mr. Archuleta has filed a Change of Ownership of Water Right form with the Office of the State Engineer showing that he is the current owner of the irrigated lands in Subffile CHCB-003-0021. No responses opposing the Motion have been filed.

**IT IS ORDERED** that the State of New Mexico's *Motion for Substitution of Parties in Subfile CHCB-003-0021*, Doc. 11286, filed September 28, 2017, is **GRANTED;** David E. Archuleta is **SUBSTITUTED** for defendants Charles K. and Lillian M. Walker in these proceedings.

**IT IS ALSO ORDERED** that the Clerk of Court mail a copy of this Order to:

        Mr. David E. Archuleta
        P.O. Box 217
        Cebolla, NM 87518-0217

and

        Mr. and Mrs. Charles K. Walker
        4512 Harper's Ferry Court NW
        Albuquerque, NM 87120-3851.

_/s/ Kirtan Khalsa_

**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**