IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

Subfile No. CHCB-001-0001E

## ORDER SUBSTITUTING PARTIES IN SUBFILE CHCB-001-0001E

**THIS MATTER** is before the Court on the *Unopposed Motion for Substitution of Parties in Subfile CHCB-001-0001E* by the plaintiff State of New Mexico, *ex rel*. State Engineer ("State"), Doc. 11288, filed October 6, 2017.

The State seeks to substitute Ronnie Garcia for defendant Lydia Maes Garcia because Ronnie Garcia has filed a Change of Ownership of Water Right form with the Office of the State Engineer showing that he is the current owner of the irrigated lands in Subfile CHCB-001-0001E. No responses opposing the Motion have been filed.

**IT IS ORDERED** that the State of New Mexico's *Unopposed Motion for Substitution of Parties in Subfile CHCB-001-0001E*, Doc. 11288, filed October 6, 2017, is **GRANTED;** Ronnie Garcia is **SUBSTITUTED** for defendant Lydia Maes Garcia in Subfile CHCB-001-0001E.

**IT IS ALSO ORDERED** that the Clerk of Court mail a copy of this Order to:

    Ronnie Garcia
    H C 63 Box 270112
    Fruitland, Utah 84027.

_____
**KIRTAN KHALSA**
**UNITED STATE MAGISTRATE JUDGE**