IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.,**
**State Engineer,**

**Plaintiff,**  6:69cv07941-MV-KK

**-vs-**  RIO CHAMA STREAM SYSTEM

**RAMON ARAGON, et al.**  Section 7, Cañones Creek

**Defendant**

### ENTRY OF APPEARANCE

COMES NOW, the law firm of Egolf + Ferlic + Harwood, LLC, (Kyle S. Harwood appearing) and enters its appearance on behalf of Defendant Mary Ellen Burns Gonzales.

Respectfully submitted: November 1, 2017.

    Egolf + Ferlic + Harwood, LLC

    /s/ Kyle S. Harwood

    Kyle S. Harwood
    123 W. San Francisco Street
    Second Floor
    Santa Fe, NM 87501
    Phone: 505-629-8999
    Fax: 505-214-2005
    Kyle@EgolfLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means, and also served the following persons by U.S. mail:


Felicity Strachan, Leila Reilly, and
Ed Newville
Office of the State Engineer P.O. Box 25102
Santa Fe, NM 87504-5102


                                                                   /s/Kyle S. Harwood
                                                                     Kyle S. Harwood