IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.,**
**State Engineer,**

**Plaintiff,**                           6:69cv07941-MV-KK

**-vs-**                                 RIO CHAMA STREAM SYSTEM

**RAMON ARAGON, et al.**                 Section 7, Cañones Cree

**Defendant**

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, that pursuant to N.M.L.R. Civ. 83.8, Egolf + Ferlic + Harwood, LLC (Kyle S. Harwood appearing), with the consent of Defendant Mary Ellen Burns Gonzales, withdraws the Entry of Appearance filed by Frank M. Bond of the Simons Law Firm on behalf of Mary Ellen Gonzales in the above captioned matter.  Mr. Bond has passed away and is no longer able provide counsel to Ms. Gonzales.  Egolf + Ferlic + Harwood, LLC, is hereby substituted as counsel for Mr. Bond.  All further notices, pleadings, and further correspondence should be sent to Kyle Harwood at Egolf + Ferlic + Harwood, LLC, 123 W. San Francisco St. Second Floor, Santa Fe, NM 87501, or via email to Kyle@EgolfLaw.com.

Respectfully submitted: November 1, 2017.

                                                Egolf + Ferlic + Harwood, LLC

                                                /s/Kyle S. Harwood_____
                                                Kyle S.  Harwood
                                                123 W. San Francisco Street
                                                Second Floor
                                                Santa Fe, NM 87501
                                                Phone: 505-629-8999
                                                Fax: 505-214-2005
                                                Kyle@EgolfLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means, and also served the following persons by U.S. mail:

Felicity Strachan, Leila Reilly, and
Ed Newville
Office of the State Engineer P.O. Box 25102
Santa Fe, NM 87504-5102

       /s/Kyle S. Harwood
       Kyle S. Harwood