IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 3: Canjilon Creek |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

**MOTION FOR MANDATORY PRETRIAL CONFERENCE TO ADDRESS OBJECTIONS TO THE STATE'S PROPOSED PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS IN THE CANJILON CREEK SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM**

The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), respectfully requests the Court to enter its *Order Setting Mandatory Pretrial Conference to Address Objections to the State's Proposed Priority Dates and Irrigation Water Requirements in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System*, pursuant to Fed.R.Civ.P. 16.

In support of this Motion, Plaintiff states the following:

1.  On June 20, 2014, this Court entered its *Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Canjilon Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11030), which requires the State to submit a proposed scheduling and procedural order to address and resolve any objections that are filed with the Court.

2.  There are three outstanding objections to the State's proposed priority dates and

irrigation water requirements in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System:

    a. Abelardo E. and Geraldine Garcia (Doc. 11037, filed 07/29/14)

    b. The Associación de Acéquias Norteñas de Rio Arriba and Five Member Acéquias ("Acéquias Norteñas") (Doc. 11043, filed 08/22/14)

    c. Maria Celina Montano (Doc. 11045, filed 08/25/14).

3. The State has attempted to confer with these objectors regarding a pretrial order, but has not met with much success. Accordingly, the State requests that this Court set a mandatory pretrial conference, pursuant to Fed.R.Civ.P. 16, to discuss the scheduling of pretrial disclosures, discovery, and motions. Pursuant to Fed.R.Civ.P. 26(f)(1), the State will provide the objectors with a copy of its proposed pretrial order at least 21 days before the mandatory pretrial conference.

4. WHEREFORE, the State of New Mexico respectfully requests that the Court enter its *Order Setting Mandatory Pretrial Conference to Address Objections to the State's Proposed Priority Dates and Irrigation Water Requirements in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System*.

        Respectfully submitted,

        /s/ Felicity Strachan
        FELICITY STRACHAN
        Special Assistant Attorney General
        P.O. Box 25102
        Santa Fe, NM  87504-5102
        Telephone:  (505) 827-3889
        felicity.strachan@state.nm.us

## Certificate of Service

  I certify that on November 9, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                     /s/ Felicity Strachan
                     Felicity Strachan