IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

**NOTICE OF WITHDRAWAL OF COUNSEL LEILA J. REILLY FOR THE PLAINTIFF STATE OF NEW MEXICO, *EX REL*. STATE ENGINEER**

COMES NOW Leila J. Reilly and pursuant to D.N.M.LR-Civ. 83.4(b), withdrawals as counsel for the Plaintiff State of New Mexico, *ex rel.* State Engineer in the above-captioned cause. The State of New Mexico will continue to be represented by attorneys Arianne Singer, Kelly Brooks Smith, Felicity Strachan, and Edward G. Newville.

Respectfully submitted,

/s/   Leila J. Reilly
Leila J. Reilly
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-6150
Leila.reilly@state.nm.us
*Attorney for Plaintiff State of New Mexico*

## Certificate of Service

 I certify that on November 9, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                /s/ Leila J. Reilly
                Leila J. Reilly