IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | NO.  69cv07941 MV/KK |
| Plaintiff, | RIO CHAMA STREAM SYSTEM |
| v. | Section 1: Rio del Oso & Rito Vallecitos |
| ROMAN ARAGON, et al., | Subfile Nos. CHRO-002-0003 |
| | CHRO-004-0001 |
| Defendants, | CHRO-003-0001 |
| _____ | |

**NOTICE OF AGREEMENT ON EXTENSION OF TIME
TO FILE REPLY TO STATE OF NEW MEXICO'S RESPONSE TO MOTION**

Pursuant to D.N.M.LR-Civ. 7.4(a), La Merced del Pueblo Abiquiu ("La Merced) through its counsel, New Mexico Legal Aid, Inc. (NMLA), by David Benavides, hereby notifies the Court that La Merced and the State of New Mexico ("State") have agreed on an extension of time until December 1, 2017, for La Merced to file a reply to *State of New Mexico's Response to Defendant's Motion to Vacate Consent Orders* (Doc. 11296, Nov. 3, 2017).

Electronically Filed,

NEW MEXICO LEGAL AID, INC.

 */s/ David Benavides*
David Benavides
P.O. Box 32197 Santa Fe,
NM 87594-2197
Telephone:  (505) 982-9886
Facsimile: (505) 227-8712
davidb@nmlegalaid.org
Attorney for La Merced del Pueblo Abiquiu

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.

*/s/ David Benavides*
David Benavides