IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

## WITHDRAWAL OF APPEARANCES IN THE ADJUDICATION OF WATER RIGHTS IN THE RIO CHAMA STREAM SYSTEM

COMES NOW the Plaintiff State of New Mexico, *ex rel.* State Engineer, to file a withdrawal of appearances for attorneys Gary B. Storm and Barbara A. Brill in the above-captioned cause, pursuant to D.N.M.LR-Civ.83.4(b)[1]. The State of New Mexico will continue to be represented by attorneys Arianne Singer, Edward G. Newville, Gregory C. Ridgley, Felicity Strachan, and Kelly Brooks Smith.

Respectfully submitted,

/s/ Felicity Strachan
FELICITY STRACHAN
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 827-3889
felicity.strachan@state.nm.us

---

[1] The applicable portion of D.N.M.LR-Civ.83.4(b) states, "[a] member of a firm [or governmental entity] may file a withdrawal of appearance from a particular case without meeting the requirements of D.N.M.LR-Civ. 83.8, provided that at least one member remains in the case."

## Certificate of Service

I certify that on November 21, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan
