IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Canjilon Creek |
| Defendants. | Subfile No.: CHCJ-002-0045 |

.

## NOTICE OF STIPULATION AND WITHDRAWAL OF OBJECTION BY MARIA CELINA MONTANO IN SUBFILE NO. CHCJ-002-0045

Plaintiff State of New Mexico, *ex rel.* State Engineer ("the State") hereby gives notice that Defendant Maria Celina Montano (Subfile No. CHCJ-002-0045) stipulates to the priority dates and irrigation water requirements proposed by the State in the Canjilon Subsection of Section 3 of the Rio Chama Stream System ("Canjilon Subsection"), and withdraws her objection to the same. *See Stipulation and Withdrawal of Objection by Maria Celina Montano*, attached hereto as Exhibit 1.

In June of 2014, the Court entered its *Notice and Order to Show Cause* ("Order to Show Cause," Doc. 11030-1, filed 06/20/14) which required any defendants in the Canjilon Subsection who objected to the State's proposed priority dates or irrigation water requirements to file an objection no later than August 29, 2014. On August 25, 2014, Defendant Maria Celina Montano timely filed an objection (Doc. 11045). Defendant Maria Celina Montano now withdraws that objection and stipulates to the priority dates and irrigation water requirements proposed by the

-1-

State for the Canjilon Subsection.

        Respectfully submitted,

        */s/* Felicity Strachan
        FELICITY STRACHAN
        Special Assistant Attorney General
        Office of State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        Telephone: (505) 819-1044
        felicity.strachan@state.nm.us

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 29th day of November, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

        */s/* Felicity Strachan
        FELICITY STRACHAN