IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>            Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>            Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3, Canjilon Creek<br><br>Subfile No.:   CHCJ-002-0045 |

## STIPULATION AND WITHDRAWAL OF OBJECTION BY MARIA CELINA MONTANO

Defendant Maria Celina Montano is in agreement with the proposed determination of priority dates and irrigation water requirements in the Canjilon Subsection of Section 3 of the Rio Chama Stream System as described in the Court's *Notice and Order to Show Cause* (Doc. 11030-1, filed 6/20/14), and stipulates to those proposals. Ms. Montano withdraws the objection she filed on August 25, 2014 (Doc. 11045).

*Maria Celina Montano*                11-27-17
MARIA CELINA MONTANO            DATE
P.O. Box 422
Canjilon, NM  87518

-1-