IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 3: Rio Cebolla |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

## PROOF OF PUBLICATION OF PUBLIC NOTICE AND ORDER TO SHOW CAUSE

The Plaintiff State of New Mexico, *ex rel*. State Engineer, by and through its undersigned counsel, hereby files proof of publication of the *Public Notice and Order to Show Cause* issued by the United States District Court (Doc. 11282, filed 09/11/17) in connection with the determination of priority dates and irrigation water requirements in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System.

Attached as Exhibit 1 is the Affidavit of Publication.

                                                        Respectfully submitted

                                                        /s/ Felicity Strachan
                                                        Felicity Strachan
                                                        Special Assistant Attorney General
                                                        Office of the State Engineer
                                                        P.O. Box 25102
                                                        Santa Fe, NM 87504-5102
                                                        (505) 819-1044
                                                        felicity.strachan@state.nm.us

## Certificate of Service

I certify that on November 30, 2017 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan
