# Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

__4__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the

__28__ day of __September, 2017__

and the last publication on the __19__ day of __October, 2017__ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_____ Publisher

Subscribed and sworn to before me this __19__ day of __Oct.__ A.D. __2017__

OFFICIAL SEAL
MARIA G CHAVEZ
Notary Public
State of New Mexico
My Comm. Expires __10/21/20__

Maria G. Chavez/Notary Public
My commission expires 21 October 2020

## Publisher's Bill

__726__ lines one time at $__508.20__

__726__ lines __3__ times at $__1306.80__

Affidavit $__5.00__

Subtotal $__1820.00__

Tax $__155.84__

Total $__1975.84__

**Payment received at Rio Grande SUN**

Date __11/13/17__

By _____

PO# 55000-0000017293
IN THE UNITED STATES
DISTRICT COURT FOR
THE DISTRICT OF NEW
MEXICO, STATE OF
NEW MEXICO EX REL.
STATE ENGINEER
PLAINTIFF
VS.
ROMAN ARAGON ET
AL. DEFENDANTS
69CV07941-MV/KK
SECTION 3,
RIO CEBOLLA
PUBLIC NOTICE AND
ORDER TO SHOW
CAUSE

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE SURFACE WATERS OF THE RIO CEBOLLA SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM. AND TO ALL OF THE FOLLOWING WHO CLAIM A RIGHT TO USE SURFACE WATERS IN THE RIO CEBOLLA SUB-

**CORDOVA-MAES NORTH DITCH**
PRIORITY 1875
Defendants: Jose Lucas Cordova

**EMILIANA MAES SOUTH DITCH**
PRIORITY 1906
Defendants: Arthur F. Hibner Revocable Trust, Mario R. Martinez, Sophia D. Martinez

**FELIPE ARCHULETA DITCH**
PRIORITY 1903
Defendants: David E. Archuleta, Lydia U. Archuleta

**H.B. AND G.C. MARTINEZ DITCH**
PRIORITY 1878
Defendants: Adela Martinez, David R. Martinez, Charles K. Walker, Lillian M. Walker

**JULIAN SERRANO DITCH**
PRIORITY 1906
Defendants: Flavio Gurule, Estate of Julian Serrano, Deceased, Epifanio J. Trujillo, Rebecca D. Trujillo

**MAES SOUTH DITCH**
PRIORITY 1876
Defendants: Jose Lucas Cordova, Joe M. Madrid, Phyllis Madrid

**MARTINEZ-CORDOVA NORTH DITCH**
PRIORITY 1879
Defendants: Jose Lucas Cordova, James S. And Parrie V. Shortle Rev Trust

**MARTINEZ-CORDOVA SOUTH DITCH**
PRIORITY 1879
Defendants: Jose Lucas Cordova, James S. and Parrie V. Shortle Revocable Trust

**MONTANO-MARTINEZ DITCH**
PRIORITY 1882
Defendants: Joe M. Madrid, Phyllis Madrid

**NICOMEDES TRUJILLO DITCH**
PRIORITY 1904
Defendants: David E. Archuleta, Lydia U. Archuleta

**OLD VALDEZ DITCH**
PRIORITY 1878
Defendants: Charlie Chacon, Geralda M. Chacon

**QUINTANA DITCH**
PRIORITY 1875
Defendants: Jose Lucas Cordova, Delfin O. and Frances S. Quintana Trust

**SANCHEZ DITCH**
PRIORITY 1898
Defendants: Ernest Sanchez, Margie K. Sanchez

**SANCHEZ DITCH**
PRIORITY 1905
Defendants: Charlie Chacon, Geralda M.

Adela Martinez Rincon Blanca Ditch
David R. Martinez
CHCB-006-0001 No. 2658 47.30 November 18, 1948
Arthur F. Hibner Sixto Alire Ditch "A" Revocable Trust
No. 2658 21.80 November 18, 1948
Sixto Alire Ditch "B"
No. 2658 63.50 November 18, 1948
Sixto Alire Ditch "C"
No. 2658 28.10 November 18, 1948
Emiliana Maes North Ditch
CHCB-007-0001 No. 2631 10.00 March 29, 1948
Jedburgh Ltd. Rincon Blanca Ditch
CHCB-007-0002A No. 2631 15.00 March 29, 1948
Donna M. Martinez Rincon Blanca Ditch
Leroy A. Martinez
CHCB-007-0002B No. 2631 30.00 March 29, 1948
Martinez Ranch Partnership Rincon Blanca Ditch
CHCB-007-0003 No. 2631 40.90 March 29, 1948
Gustavo Martinez Rincon Blanca Ditch
Rosina Martinez
CHCB-007-0004 No. 2631 17.30 March 29, 1948
Mary Jo Martinez Rincon Blanca Ditch
CHCB-007-0005 No. 2631 4.80 March 29, 1948
Heirs of Gilberto Martinez Rincon Blanca Ditch
CHCB-007-0007 No. 2631 2.00 March 29, 1948
Alice Martinez Rincon Blanca Ditch
Max D. Martinez
CHCB-008-0001 No. 2631-2735 320.00 March 29, 1948
Clyde C. Baker Rincon Blanca Ditch
Theresa Baker

**Transferred Water Rights:**
MOVE-TO LOCATION DITCH OSE PERMIT PRIORITY DATE
CHCB-002-0001B
Chacon Ditch No. 0636-D 1883
Charlie Chacon
Geralda M. Chacon
You are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the priority date of your water rights, or the proposed priority date of the water rights for cense issued by the Office of the State Engineer are identified below (Lands Irrigated Under an Approved Permit or Final License from the State Engineer).

**Lands Irrigated under an Approved Permit or Final License from the State Engineer:**
The State proposes the following irrigation water requirements for those lands in the Cebolla Subsection that are irrigated under an approved permit or final license from the State Engineer:
OSE LICENSE NO. 2686
Acequia del Pinavetal
CHCB-001-0001F
a. CIR = 1.09 acre-feet per acre per annum.
b. FDR = 3.00 acre-feet per acre per annum.
c. PDR = 5.00 acre-feet per acre per annum.
OSE LICENSE NO. 2738
Acequia del Pinavetal
CHCB-001-0004
a. CIR = 1.09 acre-feet per acre per annum.
b. FDR = 3.00 acre-feet per acre per annum.
c. PDR = 5.00 acre-feet per acre per annum.
OSE LICENSE NO. 2658
Sixto Alire "A," "B," and "C;" and Emiliano Maes North Ditches
CHCB-006-0001
a. CIR = 1.09 acre-feet per acre per annum.
b. FDR = 3.00 acre-feet per acre per annum.
c. PDR = 5.00 acre-feet per acre per annum.
OSE LICENSE NO. 2631
Alto Ditch
CHCB-0003-0001
CHCB-003-0002
a. CIR = 1.09 acre-feet per acre per annum.
b. FDR = 3.00 acre-feet per acre per annum.
c. PDR = 5.00 acre-feet per acre per annum.
Under OSE License No. 2631, from April 1st to October 1st of each year, water may be diverted into the Alto Ditch at the rate and in the amount of surplus or rejected flows as indicated by the flow at the mouth of El Rito de la Cienega Redonda or the flow of Cebolla Creek just below the mouth of Emiliana Maes North Ditch, whichever is the lesser. During the remainder of the year, from October 1st to April 1st, water may be diverted into the Alto Ditch at a rate of 15 cubic feet per second at times needed.
OSE LICENSE NOS. 2631; 2631-2735
Rincon Blanca Ditch
CHCB-003-0022; CHCB-

of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year.

The irrigation water requirements set forth above do not include diversion requirements associated with stockwatering, stockponds, or other impoundments determined to have valid water rights in these proceedings.

If you agree with the priority dates and irrigation water requirements described above, you do not need to take any action. If any objections are filed by any person you may participate in the proceedings to resolve those objections. If no objections are filed, the Court will enter an order that recognizes the elements of the surface water irrigation rights for irrigation use in the Cebolla Subsection as described above. If you disagree, you must follow the instructions below.

This will be your only opportunity in these proceedings to object to the determination of priority dates and irrigation water requirements in the Cebolla Subsection. Subsequent inter se proceedings in the Cebolla Subsection will not include the opportunity to object to those determinations.

In cases where defendants in the Cebolla Subsection have previously agreed with the State on the priority dates or irrigation water requirements for their water rights, and those priority dates irrigation water requirements have been incorporated into subfile orders entered by the Court, those priority dates and irrigation water requirements cannot be challenged by those defendants. However, other persons with standing may file objections.

IT IS THEREFORE ORDERED THAT if you object to any of the priority dates stated above, or the irrigation water requirements for surface water irrigation use in the Cebolla Subsection as stated above, you must file the form entitled Objection and Response to Notice and Order to Show Cause with the Court, in person or by mail FOR RECEIPT NO LATER THAN DECEMBER 11,

SECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM FOR IRRIGATION PURPOSES AND WHOSE NAMES APPEAR BELOW:

**Pre-1907 Surface Water Irrigation Rights:**

**ACEQUIA DEL PINAVETAL**
**PRIORITY 1883***
Defendants: David E. Archuleta, Lydia U. Archuleta, Nelda J. Archuleta, Sara Maes Benavidez, Charlie Chacon, Geralda M. Chacon, William R. Clark, Lydia Maes Garcia, Maureen E. Havey, Gilbert L. Maes, Roman And Mary C. Martinez Liv. Trust, Edward L. Mcmillen, Delfin O. and Frances S. Quintana Trust, Kaye D. Raymond, Margarita Maes Ryzdynski, Elmer H. Salazar, Susie Salazar, Ernest Sanchez, Margie K. Sanchez, Felix Valdez, Gabriel Valdez Jr.

**ACEQUIA MADRE DE CEBOLLA**
**PRIORITY 1875**
Defendants: Elizabeth L. Amos, David E. Archuleta, Lydia U. Archuleta, Lupe Bustos, Orlando Bustos, Glorianna G. Chacon, Jose D. Chacon, Joseph J. Chacon, Jose Lucas Cordova, Joe M. Madrid, Phyllis Madrid, Cipple Maez, Eddie Maez, Erma Maez, Gus Martinez, Jenny A. Martinez, Delfin O. and Frances S. Quintana Trust, Felipe B. Rivera, Flora Rivera, Ignacita V. Rodella, Robert Sanchez, Esther L. Sanchez

**ALTO DITCH**
**PRIORITY 1889***
Defendants: Juan Archuleta, Pablo Archuleta Jr, Jose Lucas Cordova, Joe M. Madrid, Phyllis Madrid, Alice Martinez, Elizabeth M. Martinez, Gilbert J. Martinez, Max D. Martinez

**ATENCIO NORTH DITCH**
**PRIORITY 1882**
Defendants: Clyde C. Baker, Theresa Baker, Mario R. Martinez, Sophia D. Martinez

**ATENCIO SOUTH DITCH**
**PRIORITY 1882**
Defendants: Clyde C. Baker, Theresa Baker

**CANUTO VALDEZ DITCH**
**PRIORITY 1897**
Defendants: Edna Q Cova, Guillermo J. Cova Chacon, Geralda M. Chacon

**SKELLY-MAES DITCH**
**PRIORITY 1906**
Defendants: Maclovio Gurule

**TRUJILLO-LOPEZ DITCH**
**PRIORITY 1898**
Defendants: Clorinda N. Sanchez, Medardo Sanchez Jr, Epifanio J. Trujillo, Rebecca D. Trujillo

**UNNAMED DITCH NO. 1**
**PRIORITY 1875**
Defendants: Delfin O. and Frances S. Quintana Trust

**UNNAMED DITCH NO. 2**
**PRIORITY 1875**
Defendants: Jose Lucas Cordova

**VENCESLAO MARTINEZ DITCH**
**PRIORITY 1886**
Defendants: Jose Lucas Cordova, Alfonso G. Sanchez, Cecilia Sanchez, James S. and Parrie V. Shortle Revocable Trust, Alex Sisneros, Juanita Sisneros

Please note: the Acequia del Pinavetal and the Alto Ditch, which are marked with an asterisk (*) above, convey water with both pre-1907 and post-1907 water rights. If you have both pre-1907 and post-1907 water rights on one of these ditches, only the post-1907 water rights acreage is detailed below.

**Lands Irrigated under an Approved Permit or Final License from the State Engineer:**

| SUBFILE | CLAIMANT | OSE LICENSE | DITCH | ACRES | PRIORITY DATE |
|---|---|---|---|---|---|
| CHCB-001-0001F | | No. 2686 | | 10.60 | November 21, 1949 |
| | Azalea Maes | | Acequia del Pinavetal | | |
| | Celeste Maes | | | | |
| | Immanuel Maes | | | | |
| | Joshua Maes | | | | |
| | Lorie Martinez | | | | |
| | Petra Maes | | | | |
| CHCB-001-0004 | | No. 2738 | | 1.70 | August 3, 1951 |
| | Tobias H. Sanchez | | Acequia del Pinavetal | | |
| CHCB-003-0001 | | No. 2631 | | 23.30 | March 29, 1948 |
| | Galina V. Vigil | | Alto Ditch | | |
| | Frederick R. Vigil | | | | |
| CHCB-003-0002 | | No. 2631 | | 25.10 | March 29, 1948 |
| | Pablo Archuleta Jr. | | Alto Ditch | | |
| | Juan Archuleta | | | | |
| CHCB-003-0022 | | No. 2631 | | 20.00 | March 29, 1948 |

date of the water rights for any other defendant using surface water for irrigation purposes in the Cebolla Subsection of Section 3 of the Rio Chama Stream System ("Cebolla Subsection"). The priority dates described above will apply to all individual surface water irrigation rights associated with the ditches, approved permits, and final licenses issued by the Office of the State Engineer as described above, unless you or other persons file objections. The priority dates for water rights described herein will also apply to any spring that serves as a source of water for irrigation purposes, as described in individual subfile orders filed with the Court.

In addition, you are hereby notified that the Court has entered an order requiring you to file an objection with the Court if you disagree with the State's proposed determination of the irrigation water requirements for surface water irrigation use in the Cebolla Subsection. The State's proposed irrigation water requirements are categorized below under two headings: "Pre-1907 Surface Water Irrigation Rights" and "Lands Irrigated under a Permit or License from the State Engineer."

**Pre-1907 Surface Water Irrigation Rights:**

The State proposes the following irrigation water requirements for pre-1907 surface water irrigation use in the Cebolla Subsection:

a. The weighted consumptive irrigation requirement (CIR) is 1.09 acre-feet per acre per annum.
b. The farm delivery requirement (FDR) is 2.725 acre-feet per acre per annum.
c. The project diversion requirement (PDR) is 4.54 acre-feet per acre per annum.

The lands under ditches in the Cebolla Subsection to which these amounts apply are those identified above as Pre-1907 Surface Water Irrigation Rights. The irrigation water requirements for lands irrigated under an approved permit or final license are as follows:

007-0001; CHCB-007-0002A; CHCB-007-0002B; CHCB-007-0003; CHCB-007-0004; CHCB-007-0005; CHCB-007-0007; CHCB-008-0001
a. CIR = 1.09 acre-feet per acre per annum.
b. FDR = 3.00 acre-feet per acre per annum.
c. PDR = 5.00 acre-feet per acre per annum.

Under OSE License Nos. 2631 and 2631-2735, from April 1st to October 1st of each year, water may be diverted into the Rincon Blanca Ditch at the rate and in the amount of surplus or rejected flows as indicated by the flow at the mouth of El Rito de la Cienega Redonda or the flow of Cebolla Creek just below the mouth of Emiliana Maes North Ditch, whichever is the lesser. During the remainder of the year, from October 1st to April 1st, water may be diverted into the Rincon Blanca Ditch at a rate of 15 cubic feet per second at times needed.

**OSE LICENSE NO. 0636-D**
Chacon Ditch
CHCB-002-0001B
a. CIR = 1.09 acre-feet per acre per annum.
b. FDR = 3.00 acre-feet per acre per annum.
c. PDR = 5.00 acre-feet per acre per annum.

The term "Consumptive Irrigation Requirement" (CIR) refers to the quantity of water, expressed in acre-feet per year, exclusive of effective precipitation, that is consumptively used by plants or is evaporated from the soil surface during one calendar year. The term "Farm Delivery Requirement" (FDR) refers to the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year. The term "Project Diversion Requirement" (PDR) refers to the quantity of water expressed in acre-feet per acre per year, exclusive

2017 to:
United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

If you timely file an objection, the Court will notify you of a mandatory scheduling and pretrial conference, where you will learn how objections will be heard. This will be your only opportunity to object to these elements of your water rights or any other water rights. If you fail to timely object and attend the scheduling and pretrial conference, you may not raise objections in the future.

If you have any questions, please call or write:

Felicity Strachan,
Special Assistant Attorney General,
Office of the State Engineer,
P.O. Box 2510,
Santa Fe, NM 87504-5102
(505) 827-3989,
felicity.strachan@state.nm.us or

John W. Utton,
Attorney for Associacion de Acéquias Norteñas de Rio Arriba, Utton & Kery, P.A.,
317 Commercial, N.E., Suite 316,
Albuquerque, NM 87102
(505) 699-1445,
john@uttonkery.com.

IT IS SO ORDERED.
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
(Published September 28, October 5, 12 & 19, 2017)