IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Subfile Nos.:  CHTA-003-0002
                 CHTA-003-0005

## MOTION FOR ENTRY OF PROPOSED SCHEDULING AND PRETRIAL ORDER IN THE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

NOW COMES the State of New Mexico, *ex rel*. State Engineer ("the State"), and moves this Court to enter its *Proposed Scheduling and Pretrial Order*, attached hereto as Exhibit 1, in accordance with this Court's *Order Denying Motions for Pretrial Conferences* (Doc. 11303, filed 11/29/17).

                                         Respectfully submitted,

                                         /s/ Felicity Strachan
                                         FELICITY STRACHAN
                                         Special Assistant Attorney General
                                         P.O. Box 25102
                                         Santa Fe, NM  87504-5102
                                         Telephone:  (505) 819-1044
                                         felicity.strachan@state.nm.us

**Certificate of Service**

    I certify that on December 1, 2017, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                   /s/ Felicity Strachan
                                                 Felicity Strachan