FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

17 DEC -4 PM 3: 11

CLERK-ALBUQUERQUE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer,

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

## OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

    We, Angelo Archuleta, Nelda Archuleta, Margartia Maes Ryzdnski, Gilbert Maes, Jesus Maes, Lydia Maes Garcia, Ronie Maes, Azalea Maes, Celeste Maes, Immanuel Maes Joshua Maes, Petra Maes and Lorie Martinez have been served with the *Notice and Order to Show Cause* concerning the determination of priorities and irrigation water requirements in the adjudication of the Cebolla Subsection of Section 3 of the Rio Chama Stream System.

    We object to the priority date proposed for our water right or any other water right. (Please describe this water right or ditch:)

The Ditch is the Acequia del Primavetal Ditch, Section 18 Township 27 N, Range 05E.

Our priority date for all our lands should be 1883 as it was established in the License to Appropriate Water, OSE License No. 2738, issued to Acequia del Primavetal Ditch on November 20, 1953.

As to Subfile CHCB-001-F: OSE License No. 2686, the priority date should be 1883 because the lands were purchased by Jose I Maez from Jose A. Sanchez in 1934 and recorded in the Rio Arriba Clerks office Book 20 page 374 on March 7, 1939 whose priority right was set as 1883.

    We understand that I will be notified of a mandatory scheduling and pretrial conference.

                                      Petra Jimenez Maes
                                      Attorney for Defendants Angelo Archuleta,
                                      Nelda Archuleta, Margartia Maes Ryzdnski,

Gilbert Maes, Jesus Maes, Lydia Maes Garcia, Ronie Maes, Azalea Maes, Celeste Maes, Immanuel Maes Joshua Maes, Petra Maes and Lorie Martinez

2363 Botulph Rd.
Santa Fe, New Mexico 87505

Phone- 505-660-5549

SIGNED:
Dated 12/1/17

Mailed to:

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P. O. Box 25102
Santa Fe, N>M> 87504-5102

Maes
2363 Botulph Rd
Santa Fe NM 87505

7017 1450 0002 2172 1224

RECEIVED
At Albuquerque NM
DEC 04 2017
MATTHEW J. DYKMAN
CLERK

United States District Court Clerk
333 Lomas Blvd. NW Suite 270
Albuquerque NM 87102



U.S. POSTAGE
PAID
SANTA FE, NM
87501
DEC 01 17
AMOUNT
$6.59
R2305H90805-41

87102-2274470