IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

17 DEC 11 PM 1:39

CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Rio Cebolla |

### OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

I have been served with the *Notice and Order to Show Cause* concerning the determination of priorities and irrigation water requirements in the adjudication of the Cebolla Subsection of Section 3 of the Rio Chama Stream System. I object to (check all that apply):

__X__ The priority date proposed for my water right or any other water right. Please describe this water right or ditch: __Acequia de Penival__

__Please refer all questions to my attorney__
__Judge Petra Maes.__

_____ The irrigation water requirements proposed for pre-1907 irrigation water rights in the Cebolla Subsection. Please describe this water right or ditch: _____

I understand that I will be notified of a mandatory scheduling and pretrial conference.

**PLEASE PRINT CLEARLY:**

FULL NAME(s): __Ronnie F Garcia__   Subfile No. _____

MAILING ADDRESS: __HC 63 Box 270 112 Fruitland, UTAH 84027__

TELEPHONE NO.: __801-641-0399__

SIGNED: __[signature] Garcia__   DATE: __12/6/2017__

**MAIL OR DELIVER FOR RECEIPT NO LATER THAN DECEMBER 11, 2017, TO:**

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

Ronnie Garcia
163 Box 270112
Quitland UT 84027-2702

**RECEIVED**
At Albuquerque NM
DEC 11 2017

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT CLERK
333 Lomas Blvd. NW, SUITE 270
ALBUQUERQUE N.M. 87102

7015 1520 0002 7921 7663

8710282274 0023






U.S. POSTAGE PAID
PARK CITY, UT
84098
DEC 07 17
AMOUNT
$3.84
R2305M148480-99

87102
1000