IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

    v.

ROMAN ARAGON, *et al.,*

       Defendants.

.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

## MOTION FOR MANDATAORY SCHEDULING AND PRETRIAL CONFERENCE IN THE RIO CEBOLLA SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM

The Plaintiff State of New Mexico, *ex rel*. State Engineer ("State"), respectfully requests the Court to enter an Order setting a mandatory scheduling and pretrial conference to address objections filed in response to the State's proposed priority dates and irrigation water requirements in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System, pursuant to this Court's *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11281, p. 10, filed 09/11/17).

Respectfully Submitted,

/s/ Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

## **Certificate of Service**

  I certify that on December 12, 2017 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan
