IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer,<br><br>Plaintiff,<br><br>-v-<br><br>RAMON ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3, Canjilon Creek |

## RESPONSE
## OF THE ASSOCIACIÓN DE ACÉQUIAS NORTEÑAS DE RIO ARRIBA
## AND FIVE MEMBER ACÉQUIAS
## TO PROPOSED SCHEDULING AND PRETRIAL ORDER

The Associación de Acéquias Norteñas de Rio Arriba ("Acéquias Norteñas"), the Acéquia del Bordo, the Acéquia del Llano, El Brazito Ditch, the Otra Banda Ditch and the Acéquia del Pinabetal, on their own behalves and on the behalves of their respective members (collectively the "Acéquias"), submit this response pursuant to the Court's *Order Denying Motions for Pretrial Conferences* (Doc. 11303, filed 11/29/17). This filing responds to the State's *Motion for Entry of Proposed Scheduling and Pretrial Order in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11314, filed 12/20/17) ("State's Motion") and the State's *[Proposed] Scheduling and Pretrial Order for the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11314-1, filed 12/20/17) ("Proposed Pretrial Order").

## I. SCOPE OF PROCEEDING AND SCHEDULING

The Acéquias agree with the State's description of the Scope of Proceeding set forth in the Proposed Pretrial Order.  The Acéquias also agree that it is long past time to complete final determinations of priority dates and irrigation requirements in the Canjilon Subsection.  The Acéquias' expert historians prepared their initial report on priority dates in Canjilon in 2004 and the Acéquias filed objections to priority dates and irrigation requirements in 2014 (Doc. 11043, 08/22/14) ("Acéquias Objections").   However, because of the passage of time, undersigned counsel will need time to determine whether the individual community ditches and their members continue to support all of the Acéquias Objections. Participation in the adjudication by the Acéquias Norteñas and the member community ditches serves an important community and representational function when common elements such as priority dates and irrigation requirements are in question.  Many individual parciantes look to and rely on those entities to promote those common interests.  The Acéquias Norteñas and undersigned counsel, however, will not advocate for a legal position if there does not continue to be a common position held by all the member ditches.

With respect to priority dates, meetings of each of the five member ditches will be necessary to confirm that all five ditches continue to claim a common priority date of 1871.  In addition, the Proposed Pretrial Order takes the position that the Acéquias will need to confer with approximately 350 individual parciantes to confirm that no conflict of interest exists.  That cannot be done in a short period of time and will require at least 180 days.  Recently in the Cebolla Subsection the Acéquias Norteñas determined that there was not agreement among its members to similarly pursue a common priority date.  Instead, in that subsection, the acéquias are pursuing shortage sharing agreements, and in that event are requesting that the terms and

conditions of such agreements govern the allocation of water in times of shortage (Doc. 11309, 12/11/17 at ¶ 1). Likewise, if there is no current agreement among the Acéquias in the Canjilon Subsection to claim a common priority date of 1871, then the Acéquias Norteñas will withdraw their objection to priority dates and undersigned counsel will withdraw from representing any party continuing to object regarding priority dates. In that event, the Acéquias agree with the State that any individual claimants should be given an opportunity to pursue priority date objections on their own.

With respect to irrigation requirements, the State and the Acéquias Norteñas recently completed a successful resolution of that issue in the Tierra Amarilla Subsection. State's *Motion for Order Making Final Determination of Irrigation Water Requirements* (Doc. 11273, 08/09/17) and *Stipulation by Tierra Amarilla Community Ditch and Acéquias Norteñas* (Doc. 11273-1, 08/09/17). As described under Statement of Claims below, the Acéquias believe that such a resolution and stipulation can be reached here. One of the bases for resolution was a ditch capacity and efficiency survey conducted by the hydrologist for the Acéquias Norteñas and the Tierra Amarilla Community Ditch that supported the efficiency assumptions made by the State in its proposed Project Diversion Requirement for the Tierra Amarilla Community Ditch. Because of the success of that process, the Acéquias Norteñas have directed their hydrologist to conduct such a survey this year for all of the association's remaining 17 member ditches, starting with Acéquia del Bordo, the Acéquia del Llano, El Brazito Ditch, the Otra Banda Ditch and the Acéquia del Pinabetal. Because the survey is best completed during the irrigation season, the hydrologist's work in Canjilon will not be completed until mid-summer.

## II. STATEMENT OF CLAIMS

### A. Priority Dates

The Acéquias' claims regarding priority dates are as set forth in the Acéquias Objections at ¶ 1. As discussed above, the Acéquias will need time to determine whether all of the member ditches in Canjilon continue to agree with a claim of a single common priority date of 1871 or whether a conflict exists necessitating either withdrawal of objections or separate claims and representation.

### B. Irrigation Requirements

The Acéquias' claims regarding priority irrigation requirements are as set forth in the Acéquias Objections at ¶¶ 2-6. Given the successful process for resolving objections in the Tierra Amarilla Subsection, the following is an update of the Acéquias' current position:

1. The Acéquias object to the proposed weighted consumptive irrigation requirement (CIR) of 1.16 acre-feet per acre per annum because that number understates the actual and historic CIR within the Rio Canjilon subsection. Although the Acéquias Norteñas agree with and have stipulated to the use of U.S. Soil Conservation Service Modified Blaney-Criddle Method for determining consumptive use of crops, the Acéquias object to the use of a fallow-acreage-percentage assumption in employing this methodology. If consideration of a fallow-acreage-percentage is appropriate, it should be used to adjust the Project Diversion Requirement (PDR) and not the CIR. Applying the fallow-acreage-assumption to the CIR has the effect of reducing the consumptive use water right of each parciante or acéquia member to a quantity that is below historic beneficial use and below the actual crop requirements.

2. The Acéquias object to the on-farm and ditch efficiencies used to calculate the farm delivery requirement (FDR) and the PDR, respectively. Because of the specific

4

physical conditions within the Canjilon subsection, including porous and rocky soil conditions, variability in length of ditches, irrigation-related riparian growth and slopping and uneven land, the Acéquias experience high levels of incidental losses both on and off farm, with the result that greater quantities of carriage water are required to deliver the CIR needed for member crops. The Acéquias request time to conduct their own analysis, as was completed in the Tierra Amarilla subsection, to verify that the quantities proposed will be sufficient for the Acéquia del Bordo, the Acéquia del Llano, El Brazito Ditch, the Otra Banda Ditch and the Acéquia del Pinabetal. This analysis can be completed during the coming irrigation season in 2018.

   3. With respect to use of ditches to provide non-irrigation water for stockwatering, the Court's recent Notice in the Cebolla Subsection provides: "The irrigation water requirements in the Cebolla Subsection described above do not include diversion requirements associated with stockwatering, stockponds, or other-impoundments having valid water rights, which will be determined at a later date in these proceedings." *Notice* at 6 & 9 (Doc. 11281, 09/11/17). This language is acceptable to the Acéquias and is consistent with the acéquias stipulation in the Tierra Amarilla Subsection, Attachment #1 to *Motion for Order in Tierra Amarilla Subsection of the Rio Chama Stream System Adjudication by State of New Mexico* (Doc. 11273-1, 08/09/17): stipulating that the PDR does not include diversion amounts for non-irrigation purposes such as livestock watering occurring outside the irrigation season and that nothing in the stipulation shall be construed as a waiver by the acéquias of their right to claim diversion amounts for non-irrigation purposes. If this issue can be addressed as in the Tierra Amarilla and Cebolla Subsections, this objection in the Canjilon Subsection will be resolved.

4. A potential defect in the proposed irrigation requirements is that they would impose an annual volume maximum that is incompatible with the variable supply conditions of the Rio Canjilon. The proposed irrigation requirements are based upon calculating a crop demand and do not consider availability of supply. If the Acéquias received their water from a regulated supply, such as from a storage reservoir or from a reliable surface flow, they could operate based on monthly or even weekly demand. But because flows of the stream are highly unregulated and variable, a ditch cannot operate that way. Instead, the ditch's operations are necessarily supply driven: when water is available, the ditch diverts as much as it can use, because its mayordomo does not know how long the water will last and when it will come back. In the spring, when flows are typically higher, the ditch will divert at its maximum capacity. After flows from snow-melt runoff drop, supply to the ditch will depend on the vagaries of summer precipitation patterns. Enforcement of the proposed PDR would put the Acéquias in the precarious position of having to choose whether to give up some of their snow-melt runoff supply for the uncertain prospect of summer rain flows. That result is not practical and is contrary to the Acéquias' historic and lawful practices. The Acéquias object to any reduction in their historic amount of diversion. Under New Mexico law the PDR of the ditch should be based upon the quantity of its maximum historic diversion for beneficial use. The Acéquias believe this objection could be resolved if the Court adopts the following language for the Canjilon Subsection, which was included in the proposed Order in the Tierra Amarilla Subsection:

> IT IS FURTHER ORDERED that the determination of the irrigation water requirements (CIR, FDR, PDR) in the Tierra Amarilla Subsection shall not be construed to limit the authority of the state engineer or the water master duly appointed by the state engineer under NMSA 1978, Sections 73-3-2 through 73-3-5 and rules promulgated pursuant to NMSA 1978, Section 72-2-9.1, including Specific Duties of a Water Master under 19.25.13.17 NMAC.

Attachment #3 to *Motion for Order in Tierra Amarilla Subsection of the Rio Chama Stream System Adjudication by State of New Mexico* (Doc. 11273-3, 08/09/17) at 4. These statutory sections and administrative rules give the State Engineer watermaster, among other things, discretion to lift annual volume maximums during times of higher flows.

### III. PRE-TRIAL PROCEEDINGS

For the reasons stated above, the Acéquias request that no deadlines for discovery, pretrial disclosures or dispositive motions or other pretrial filings be set until after 180 days from the date of entry of the Court's scheduling and pretrial order. Substantial portions of the pretrial work described in the Proposed Pretrial Order may prove to be unnecessary and would interfere with completing confirmation or resolution of the representational issues described above.

With respect to establishment of burden of proof and agreements on stipulations and contentions, those matters should be finalized once all potential parties are identified and have stated their positions.

                Respectfully Submitted,

                UTTON & KERY, P.A.
                Post Office Box 2386
                Santa Fe, NM 87504
                (505) 699-1445
                *john@uttonkery.com*

                *Electronically Filed*

                BY:   */s/ John W. Utton*
                        JOHN W. UTTON

                Attorneys for Associación de Acéquias Norteñas
                de Rio Arriba, the Acéquia del Bordo, the Acéquia del
                Llano, El Brazito Ditch, the Otra Banda Ditch and the
                Acéquia del Pinabetal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of January 2018, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

BY: */s/ John W. Utton*
       JOHN W. UTTON