IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                                 69cv07941 MV/KK

                                                        Rio Chama Adjudication

    v.

ROMAN ARAGON, *et al.*,                     Subfile Nos.:  CHTA-003-002
                                                                                   CHTA-003-0005

        Defendants.

## ORDER GRANTING MOTION FOR PRETRIAL ORDER

**THIS MATTER** is before the Court on the State of New Mexico's ("State") Motion for Entry of Proposed Scheduling and Pretrial Order in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System, Doc. 11306, filed December 1, 2017. The State seeks a scheduling and pretrial order regarding the disputed water rights claims for the right to use additional water based on the Treaty of Guadalupe Hidalgo for the subfiles listed above. No responses opposing the Motion have been filed. The Court, having reviewed the proposed scheduling and pretrial order, will grant the Motion.

**IT IS ORDERED** that the State of New Mexico's Motion for Entry of Proposed Scheduling and Pretrial Order in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System, Doc. 11306, filed December 1, 2017, is **GRANTED.**

**IT IS ALSO ORDERED** that the Clerk shall mail a copy of this Order to:

        Harry O. Martinez
        P.O. Box 192
        Tierra Amarilla, NM 87575

and

        Mario R. Martinez
        P.O. Box 217
        Tierra Amarilla, NM 87575.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**