IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, ex rel.<br>State Engineer, | No. 69 CV 07941 MV/KK |
| Plaintiff, | Rio Chama Adjudication |
| v. | Pueblo Claims Subproceeding 1 |
| ROMAN ARAGON, et al., | |
| Defendants. | |

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Seth R. Fullerton, Esq., hereby enters his appearance on behalf of the Rio Chama Acéquia Association and gives notice that Peter Thomas White will no longer be serving as Counsel in this matter for the Rio Chama Acéquia Association.

Respectfully submitted,

KATZ HERDMAN MACGILLIVRAY & FULLERTON PC

/s/   Seth R. Fullerton
Seth R. Fullerton, Esq.
P.O. Box 250
Santa Fe, NM  87504-0250
(505) 946-2823
*Counsel for Rio Chama Acéquia Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of February, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/  Seth R. Fullerton
Seth R. Fullerton