IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer *et al.*
    Plaintiffs,
  v.          No. 69cv07941 MV/KK
                Rio Chama Adjudication
ROMAN ARAGON *et. al.*,

    Defendants.

### MOTION FOR LEAVE TO WITHDRAW ENTRY OF APPEARANCE FOR THE RIO CHAMA ACEQUIA ASSOCIATION

  **COMES NOW** Peter Thomas White to request permission to withdraw his appearance as the attorney for the defendant Rio Chama Acequia Association pursuant to District of New Mexico Local Rule Civ. 83.8(a) and New Mexico District Court Rule 1-089(C) NMRA.

  1. Peter Thomas White filed his Entry of Appearance for the defendant the Rio Chama Acequia Association on April 15, 2014. (Doc. No. 10990).

  2. Federal Local Rule 83.8(a) state that: "The [unopposed] motion to withdraw and proposed order must indicate consent of the client represented by the withdrawing attorney and: notice of appointment of substitute attorney . . . ."

  3. Federal Local Rule 83.9 states that: "The Rules of Professional Conduct adopted by the Supreme Court of the State of New Mexico apply except as otherwise provided by local rule or by Court order."

4. The New Mexico Rules of Professional Conduct, Rule 16-116 (B)(1) NMRA, states that "a lawyer may withdraw from representing a client if: withdrawal can be accomplished without material adverse effect on the interests of the client . . . ."

5. Mr. White's withdrawal of appearance for the Rio Chama Acequia Association can be accomplished "without material adverse effect on the interests" of the Rio Chama Acequia Association.

6. The Rio Chama Acequia Association has consented to Mr. White's withdrawal and Seth F. Fullerton filed his Entry of Appearance and Substitution of Counsel giving notice that Mr. White will no longer be serving as counsel for the Rio Chama Acequia Association. (Doc. 11325, filed Feb. 8, 2018).

**WHEREFORE** the Court is requested to enter an order approving the withdrawal of the entry appearance by Peter Thomas White as the attorney for the Rio Chama Acequia Association.

Dated : February 9, 2018.

/s/ *Peter Thomas White*
PETER THOMAS WHITE
125 East Palace Ave., Suite 50
Santa Fe, New Mexico 87501
(505) 984-2690

## CERTIFICATE OF SERVICE

I certify that on February 9, 2018, I filed electronically through the CM/ECF system this Motion for Leave to Withdraw Entry of Appearance for the Rio Chama Acequia Association, which caused the parties listed on the electronic service system to be served by electronic mail.

/s/ *Peter Thomas White*
Peter Thomas White