# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO, ex rel.<br>State Engineer, | )<br>)<br>) | No. 69 CV 07941 MV/KK |
| Plaintiff, | )<br>) | Rio Chama Adjudication |
| v. | )<br>) | Pueblo Claims Subproceeding 1 |
| ROMAN ARAGON, et al., | )<br>) | |
| Defendants. | )<br>) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of November 30, 2017 (Document 11305), the undersigned Parties submit this Joint Status Report. The Parties are discussing possible resolution of all of Ohkay Owingeh's water rights claims to all sources of water. As a result, this Joint Status Report is being filed simultaneously in the companion case styled *State of New Mexico ex rel. State Engineer v. Abbott,* No. 68-cv-07488 (MV/JHR).

1.   Settlement Negotiations

Since the last status report on October 10, 2017, the settlement discussions concerning Ohkay Owingeh's water rights claims continue to make headway. During this period, discussions with some of the settlement parties and their consultants have focused on some of the following topics: 1) the development of infrastructure projects to enhance the water supply and reliability for some of the settlement Parties; 2) a groundwater model for use in settlement discussions and implementation of a settlement agreement; 3) water requirements for various

1

proposed uses of water by Ohkay Owingeh; and 4) the scope of a proposed water rights settlement of Ohkay Owingeh's claims.

Ohkay Owingeh had meetings with one or more of the negotiating Parties on the following dates:

| | |
|---|---|
| November 1: | In-person meetings with various settlement Parties and counsel |
| November 14: | In-person meeting between Ohkay Owingeh and the Bureau of Reclamation Value Planning Team and Federal Assessment Team |
| November 15: | In-person meeting between Ohkay Owingeh and the Bureau of Reclamation Value Planning Team and Federal Assessment Team |
| | In-person meeting between various acéquia Parties and Bureau of Reclamation Value Planning Team |
| November 16: | In-person meeting between Ohkay Owingeh and the Bureau of Reclamation Value Planning Team and Federal Assessment Team |
| November 17: | In-person meeting with various settlement Parties and counsel |
| December 19: | In-person meeting between Ohkay Owingeh and the Federal Assessment Team |

In addition, counsel for Ohkay Owingeh have met frequently with the Pueblo's Leadership, staff and consultants to discuss the development of settlement proposals. In-person meetings will be set with the Pueblo and the City of Espanola to discuss settlement issues related to the City prior to the next Joint Status Report.

2. <u>Scheduling Dispositive Motions</u>

The resumption of litigation would hamper the negotiating Parties' efforts to resolve Ohkay Owingeh's water rights claims through negotiations. The undersigned Parties are committed to continuing the negotiation process. As a result, the undersigned Parties do not anticipate the need for the Court to schedule the filing and briefing of motions for summary judgment or other dispositive motions within the next four months.

3. <u>Rescheduling the Trial</u>

For the same reasons, the undersigned Parties do not believe that the trial should be scheduled at this time.

4. <u>Other Matters</u>

The undersigned Parties suggest that the Court require the filing of a joint status report four months from now, on June 8, 2018, at which time they will report to the Court on their progress and on the question of whether they believe the Court should schedule dispositive motions or otherwise resume litigation.

Dated: February 9, 2018                          Respectfully submitted,

*/s/ Curtis Berkey*

**Attorneys for Ohkay Owingeh**
Berkey Williams LLP
Curtis G. Berkey
(CA State Bar No. 195485)
E-mail: cberkey@berkeywilliams.com
Scott W. Williams
(CA State Bar No. 097966)
E-mail: swilliams@berkeywilliams.com
2030 Addison Street, Suite 410
Berkeley, California 94704

Lee Bergen
Bergen Law Offices, LLC
4110 Wolcott Avenue NE, Suite A
Albuquerque, New Mexico 87109
leebergen@nativeamericanlawyers.com

**Attorney for the United States**

*/s/ Bradley Bridgewater*

Bradley Bridgewater
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
Bradley.S.Bridgewater@usdoj.gov

3

**Attorneys for State of New Mexico**

 */s/ Arianne Singer*
_____

Arianne Singer
Kelly Brooks Smith
Special Assistant Attorneys General
New Mexico Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
arianne.singer@state.nm.us
kelly.smith@state.nm.us

**Attorneys for City of Española**


*/s/ Jay Stein*
_____

Jay Stein
Stein & Brockmann, PA
P.O. Box 2067
Santa Fe, NM 87504-2067
jfstein@newmexicowaterlaw.com

**Attorneys for Rio Chama Acéquia Association**

 */s/ Peter Thomas White*
_____

Peter Thomas White
Sena Plaza, Suite 50
125 East Palace Avenue
Santa Fe, NM 87501
pwhite9098@aol.com


*/s/ Seth R. Fullerton*
_____

Seth R. Fullerton
Katz Herdman MacGillivray & Fullerton PC
P. O. Box 250
Santa Fe, NM 87504-0250
srf@santafelawgroup.com

**Attorneys for El Rito Ditch Association and its acéquia members; Gallina-Capulin Acéquia Association and its acequia members; La Asociacion de las Acéquias del Rio Tusas, Vallecitos y Ojo Caliente and its acéquia members**

 */s/ Mary E. Humphrey*
_____

Mary E. Humphrey
Connie Odé
Humphrey & Odé, PC
P.O. Box 1574
El Prado, NM 87529
humphrey@newmex.com
code@newmex.com

**Attorneys for Associacion de Acéquias Norteñas de Rio Arriba**

 */s/ John W. Utton*
_____

John W. Utton
Utton & Kery, PA
P. O. Box 2386
Santa Fe, NM 87504-2386
john@uttonkery.com

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of February 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

*/s/ Curtis Berkey*

Curtis G. Berkey