IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rito de Tierra Amarilla |
| Defendants. | Subfile Nos.: CHTA-003-0002<br>CHTA-003-0005 |

### CERTIFICATE OF SERVICE OF STATE'S INITIAL DISCLOSURES FOR TREATY-BASED CLAIMS IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I hereby certify that, pursuant to this Court's *Scheduling and Pretrial Order* (Doc. 11323, filed 01/25/18) and Fed.R.Civ.P. 26(a), on February 13, 2018, I mailed the *State of New Mexico's Initial Disclosures for Treaty-Based Claims in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* to the following defendants at the addresses listed below:

Harry O. Martinez
P.O. Box 192
Tierra Amarilla, NM 87575

Mario R. Martinez
P.O. Box 217
Tierra Amarilla, NM 87575

Respectfully submitted,

/s/ Felicity Strachan
FELICITY STRACHAN
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 819-1044
E-mail: felicity.strachan@state.nm.us