IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

## MOTION FOR ENTRY OF PROPOSED SCHEDULING AND PRETRIAL ORDER IN THE RIO CEBOLLA SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM

NOW COMES the State of New Mexico, *ex rel*. State Engineer ("the State"), and moves this Court to enter its *[Proposed] Scheduling and Pretrial Order for the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System*, attached hereto as Exhibit 1, in accordance with this Court's *Order Denying Motion for Pretrial Conference* (Doc. 11324, filed 01/26/18).

        Respectfully submitted,

        /s/ Felicity Strachan
        FELICITY STRACHAN
        Special Assistant Attorney General
        P.O. Box 25102
        Santa Fe, NM  87504-5102
        Telephone:  (505) 819-1044
        E-mail: felicity.strachan@state.nm.us

**Certificate of Service**

      I certify that on February 15, 2018, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                                                           /s/ Felicity Strachan
                                                                           Felicity Strachan