IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.,**
**State Engineer,**

**Plaintiff,**   6:69cv07941-MV-KK

**-vs-**   RIO CHAMA STREAM SYSTEM

**RAMON ARAGON, et al.**   Section 7, Cañones Creek

**Defendant**

### ENTRY OF APPEARANCE

COMES NOW**,** the law firm of Egolf + Ferlic + Harwood, LLC, (Luke Pierpont as Co-counsel to Kyle S. Harwood appearing) and enters its appearance on behalf of Defendant Mary Ellen Burns Gonzales.

Respectfully submitted: Febraury 22, 2018.

Egolf + Ferlic + Harwood, LLC

/s/Luke Pierpont

Luke Pierpont
123 W. San Francisco Street
Second Floor
Santa Fe, NM 87501
Phone: (505) 670-9497
Fax: 505-214-2005
Luke@EgolfLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means, and also served the following persons by U.S. mail:

Felicity Strachan, Leila Reilly, and
Ed Newville
Office of the State Engineer P.O. Box 25102
Santa Fe, NM 87504-5102

                                                            /s/Luke Pierpont
                                                              Luke Pierpont