IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.,**
State Engineer,

**Plaintiff,**                               6:69cv07941-MV-KK

**-vs-**                                     RIO CHAMA STREAM SYSTEM

**RAMON ARAGON, et al.**                     Main Stream Section

**Defendant**

### ENTRY OF APPEARANCE

COMES NOW**,** the law firm of Egolf + Ferlic + Harwood, LLC, (Luke Pierpont appearing) and enters its appearance on behalf of Defendants Helen LaKelley Hunt, Harville Hendrix and El Sueño del Corazon, Inc.

Respectfully submitted: February 23, 2018.

                                                  Egolf + Ferlic + Harwood, LLC

                                                _____/s/ Luke Pierpont_____

                                                Luke Pierpont
                                                123 W. San Francisco Street
                                                Second Floor
                                                Santa Fe, NM 87501
                                                Phone: 505-670-9497
                                                Fax: 505-214-2005
                                                Luke@EgolfLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means, and also served the following persons by U.S. mail:

Felicity Strachan, Leila Reilly, and
Ed Newville
Office of the State Engineer P.O. Box 25102
Santa Fe, NM 87504-5102

    /s/Luke Pierpont
    Luke Pierpont