IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                                  69cv07941 MV/KK
                                                      Rio Chama Adjudication

    v.

ROMAN ARAGON, *et al.*,

       Defendants.

**ORDER GRANTING MOTION TO WITHDRAW**

**THIS MATTER** is before the Court on Peter Thomas White's Motion for Leave to Withdraw Entry of Appearance for the Rio Chama Acequia Association, Doc. 11326, filed February 9, 2018. The Rio Chama Acequia Association consents to Mr. White's withdrawal. Seth R. Fullerton has entered his appearance on behalf of the Rio Chama Acequia Association. *See* Doc. 11325, filed February 8, 2018. No responses opposing Mr. White's motion to withdraw have been filed. The Court will grant the motion. *See* D.N.M.LR-Civ. 83.8(a) (a motion to withdraw must indicate consent of the client and notice of appointment of substitute attorney).

**IT IS ORDERED** that Peter Thomas White's Motion for Leave to Withdraw Entry of Appearance for the Rio Chama Acequia Association, Doc. 11326, filed February 9, 2018, is **GRANTED.**

                                                          **KIRTAN KHALSA**
                                                          **UNITED STATES MAGISTRATE JUDGE**