IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>      Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>      Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla<br><br>Subfile: CHTA-003-0002 |

## WITHDRAWAL OF CLAIMS TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO BY HARRY O. MARTINEZ

Harry O. Martinez signed and approved a consent order in Subfile CHTA-003-0002 on November 9, 2005, which was entered by the Court on March 24, 2006 (Doc. 8183).

In June of 2014, the Court entered a *Notice and Order* (Doc. 11029, filed 6/20/14) requiring defendants in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System that signed and approved a consent order to file a statement of claims setting forth any and all claims to the use of water that are based on the Treaty of Guadalupe Hidalgo. In response to this *Notice and Order*, Harry O. Martinez timely filed a *Response to Notice of Order* (Doc. 11038, filed August 13, 2014).

Defendant Harry O. Martinez now withdraws any claim to the use of water based on the Treaty of Guadalupe Hidalgo. The withdrawal of Treaty-based claims in no way affects the water rights already established under Subfile No. CHTA-003-0002.

*/s/ Harry O. Martinez SR*
HARRY O. MARTINEZ
P.O. Box 192
Tierra Amarilla, NM 87575

3-29-18
DATE