IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla<br><br>Subfile: CHTA-003-0005 |

## WITHDRAWAL OF CLAIMS TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO BY MARIO R. MARTINEZ

Mario R. Martinez signed and approved a consent order in Subfile CHTA-003-0005 on December 29, 2004, which was entered by the Court on January 25, 2005 (Doc. 7744).

In June of 2014, the Court entered its *Notice and Order* (Doc. 11029, filed 6/20/14) requiring defendants in the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System that signed and approved a consent order to file a statement of claims setting forth any and all claims to the use of water that are based on the Treaty of Guadalupe Hidalgo. In response to this *Notice and Order*, Mario R. Martinez timely filed a *Response to Notice of Order* (Doc. 11040, filed August 18, 2014).

Defendant Mario R. Martinez now withdraws any claim to the use of water based on the Treaty of Guadalupe Hidalgo. The withdrawal of Treaty-based claims in no way affects the water rights already established under Subfile No. CHTA-003-0005.

_/s/ Mario R. Martinez_　　　　　　　　03/21/2018
MARIO R. MARTINEZ　　　　　　　　DATE
P.O. Box 217
Tierra Amarilla, NM 87575