IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, | NO.  69cv07941 MV/KK |
| Plaintiff, | RIO CHAMA STREAM SYSTEM |
| v. | Section 1: Rio del Oso & Rito Vallecitos |
| ROMAN ARAGON, et al., | Subfile Nos. CHRO-002-0003 |
| | CHRO-004-0001 |
| Defendants, | CHRO-003-0001 |
| _____ | |

## NOTICE OF BRIEFING COMPLETE  [DOC. 11291]

Pursuant to D.N.M.LR-Civ. 7.4(e), La Merced del Pueblo Abiquiu ("La Merced) through its counsel, New Mexico Legal Aid, Inc., by David Benavides, hereby gives notice that briefing is complete on La Merced's *Motion to Vacate Consent Orders* [Doc. 11291, Oct. 20, 2017] ("Motion"). The State of New Mexico *ex rel.* State Engineer filed a *Response to Defendant's Motion to Vacate Consent Orders* [Doc. 11296, Nov. 3, 2017] in opposition to La Merced's Motion.  No other responses or objections to the Motion were field.  La Merced filed a *Reply* on December 1, 2017. [Doc. 11307, Dec. 1, 2017].

    Electronically Filed,

    NEW MEXICO LEGAL AID, INC.

     */s/ David Benavides*
    David Benavides
    P.O. Box 32197 Santa Fe,
    NM 87594-2197
    Telephone:  (505) 982-9886
    Facsimile: (505) 227-8712
    davidb@nmlegalaid.org
    Attorney for La Merced del Pueblo Abiquiu

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on April 6, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.

                */s/ David Benavides*
                David Benavides