# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, et al., | ) ) ) |
| Plaintiffs, | ) 69cv07941-BB-ACE ) |
| v. | ) RIO CHAMA ADJUDICATION ) |
| RAMON ARAGON, et al., | ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE
## FOR THE CITY OF ESPANOLA

COMES NOW Cristina A. Mulcahy of Stein & Brockmann, P.A., and enters her appearance on behalf of the City of Española.

Dated this 23rd day of April, 2018

Respectfully submitted,

Cristina A. Mulcahy
STEIN & BROCKMANN, P.A.
P.O. Box 206
Santa Fe, NM 87502-5250
camulcahy@newmexicowaterlaw.com
Telephone    (505) 983-3880
Fax:         (505) 986-1028

*Attorney for City of Española*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on April 23, 2018, I filed the foregoing *Entry of Appearance for the City of Española* electronically through the CM/ECF system, which caused the parties or counsel listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

Cristina A. Mulcahy