IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

  v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla

## [PROPOSED] PUBLIC NOTICE OF PROPOSED PARTIAL FINAL JUDGMENT AND DECREE ON SURFACE WATER IRRIGATION RIGHTS IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE PUBLIC SURFACE OR UNDERGROUND WATERS IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM:

    You are hereby notified that the State of New Mexico has prepared a *Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* ("proposed Decree") to be filed in the United States District Court. The Rito de Tierra Amarilla Subsection includes the watershed of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

    If you have water rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System ("Tierra Amarilla Subsection") that may be affected by any of the provisions of the proposed Decree, you have the right to file *inter se* objections and offer

evidence to the Court in support of those objections. This *inter se* proceeding will be the only opportunity to file objections to the determination of surface water irrigation rights described in the proposed Decree, Addendum, and hydrographic survey maps. **All persons having water rights in the Tierra Amarilla Subsection will be bound by the outcome of the proceedings to resolve *inter se* objections.**

The Court's previous determinations of priority dates and irrigation water requirements, by Orders filed on June 7, 2011 (Doc. 10153) and January 18, 2018 (Doc. 11316) respectively, are binding on all claimants, known and unknown, diverting and using water in the Tierra Amarilla Subsection. **Persons using surface or underground water in the Tierra Amarilla Subsection cannot object to the determination of priority dates and irrigation water requirements of the surface water irrigation rights described in the proposed Decree. In addition, persons in the Tierra Amarilla Subsection may not file objections to the previous determination of their own surface water irrigation rights.**

Copies of the proposed Decree with an Addendum that summarizes the water rights adjudicated in subfile orders, and hydrographic survey maps showing the location of all tracts described in the Addendum, are available for inspection at the Office of the Rio Arriba County Clerk in Tierra Amarilla and in Española. Copies are also available for inspection at the Federal District Court in Santa Fe and in Albuquerque, at the UNM School of Law, and at the Office of the State Engineer at the following addresses:

> Office of the Clerk
> United States District Court
> 106 South Federal Place
> Santa Fe, New Mexico

> Office of the Clerk
> United States District Court

    333 Lomas Blvd. NW
    Albuquerque, New Mexico

    Joe M. Stell Ombudsman Program at Utton Center
    UNM School of Law
    1117 Stanford NE, Room 1216
    Albuquerque, New Mexico

    Office of the State Engineer
    Water Resource Allocation Program
    Bataan Memorial Building, Room 102
    Santa Fe, New Mexico

The proposed Decree and Addendum are also available on the Office of the State Engineer's website (www.ose.state.nm.us).

If you do not wish to object to the determination of water rights of other individuals, as described in the Addendum, you do not need to take any further action. If objections are filed by any persons, you may participate in the proceedings to resolve those objections as described below. If no objections are filed with the Court, you will be bound by the provisions of the proposed Decree.

If you wish to object, you or your attorney must file an objection with the United States District Court for the District of New Mexico. Objections must be filed in person or by mail to be received by the Court **no later than** _____(60 days from entry of procedural order), at the following address:

    Office of the Clerk
    United States District Court
    333 Lomas Blvd. NW, Suite 270
    Albuquerque, New Mexico
    All objections must have a caption identifying the Case and Case Number (69cv07941-MV/KK) and must: 1) contain the subfile number of the water right objected to, 2) identify the

defendant associated with that water right, 3) provide a brief explanation of the reason for the objection, 4) describe your own water rights in the Tierra Amarilla Subsection, and 5) be signed by the person making the objection. A blank form (entitled "*Inter Se* Objection to Surface Water Irrigation Rights") that may be used for this purpose will be made available to the public at the locations described above and on the Office of the State Engineer website.

If you timely file an *inter se* objection, the Court will notify you of a mandatory scheduling and pretrial conference where you will learn how objections will be heard by the Court. Further procedures for hearing objections to the proposed Decree will be determined at the conference.

**If you have water rights in the Tierra Amarilla Subsection, you may participate in the proceedings to resolve *inter se* objections <u>whether or not you file an *inter se* objection</u>**. If any *inter se* objections are timely filed, the State will prepare a report that summarizes all objections and make the report available for public inspection at the locations described above **no later than** _____ (90 days after entry of procedural order). Persons who elect to participate in the proceedings to resolve *inter se* objections must file a notice of intent to participate with the Court **no later than** \_\_\_\_\_ (120 days after entry of procedural order). Blank forms (entitled "Notice of Intent to Participate in *Inter Se* Proceedings") that may be used for this purpose will be made available with the report that summarizes *inter se* objections.

If you have any questions, call or write:

| | |
|---|---|
| Felicity Strachan | John W. Utton |
| Special Assistant Attorney General | Attorney for Associación de Acéquias |
| Office of the State Engineer |    Norteñas de Rio Arriba |
| P.O. Box 25102 | Utton & Kery, P.A. |
| Santa Fe, NM 87504-5102 | 317 Commercial, N.E., Suite 316 |
| Telephone: (505) 819-1044 | Albuquerque, New Mexico 87102 |
| Email: felicity.strachan@state.nm.us | Telephone: (505) 699-1445 |

**EXHIBIT 4**

Email: john@uttonkery.com

_____
MARTHA VÁSQUEZ
UNITED STATES DISTRICT JUDGE

Recommended for Approval:

_____
KIRTAN KHALSA
UINITED STATES MAGISTRATE JUDGE

DATED this \_\_\_\_\_ day of _____, 2018.

**EXHIBIT 4**