IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla

### *INTER SE* OBJECTION TO SURFACE WATER IRRIGATION RIGHTS

    The person or entity named below files this *inter se* objection to the surface water irrigation right described in the Addendum to the Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System.

**PLEASE TYPE OR PRINT:**

FULL NAME & MAILING ADDRESS: _____
_____

DESCRIPTION OF YOUR OWN WATER RIGHTS IN THE TIERRA AMARILLA SUBSECTION: _____
_____

WATER RIGHTS TO WHICH YOU OBJECT:  (additional forms may be used if necessary)
SUBFILE NO.: _____
DEFENDANT / OWNER:  _____
BASIS OF OBJECTION: _____
_____
_____

I understand that I (or my attorney) must attend a mandatory scheduling and pretrial conference to be held at a time and place to be announced. Further proceedings for hearing *inter se* objections will be determined at the conference.

Signed: _____  Dated: _____

**This notice must be filed with the Court, either in person or by mail, to be received by the Court no later than \_\_\_ (60 days after entry of procedural order), at the following address: United States District Court, 333 Lomas Blvd. NW, Suite 270, Albuquerque, NM 87102.**

**EXHIBIT 5**