IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.**  
**State Engineer**  
**Plaintiff,**

v.

**ROMAN ARAGON, et al.,**  
**Defendants.**  
**69cv07941-BB-LFG**

69cv07941-BB-LFG

RIO CHAMA STREAM SYSTEM

Village of Chama, Section 7

### UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL AND NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to LR-CV 83.8, Charles T. DuMars and Tanya L. Scott of Law & Resource Planning Associates, P.C. hereby move the Court to permit their withdrawal as counsel for Chama Troutstalkers LLC in this proceeding. Kyle S. Harwood and Luke M. Pierpont of Egolf + Ferlic + Harwood, LLC hereby provide notice of their appearance as substitute counsel on behalf of Chama Troutstalkers, LLC. Chama Troutstalkers, LLC consents to the foregoing requested withdrawal and substitution of counsel. A proposed order granting this motion has been submitted contemporaneously herewith.

Respectfully submitted,

LAW & RESOURCE PLANNING ASSOCIATES,  
*A Professional Corporation*

By: _____  
Charles T. DuMars  
Tanya L. Scott  
Attorneys at law  
201 3rd Street NW, Ste. 1750  
Albuquerque, NM 87102  
(505) 346-0998 / FAX: (505) 346-0997

EGOLF + FERLIC + HARWOOD

*Kyle C. Harwood*
_____
Kyle S. Harwood
Luke M. Pierpont
123 W. San Francisco Street
Second Floor
Santa Fe, NM 87501
505-629-8999
Kyle@EgolfLaw.com
Luke@EgolfLaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the _____ day of _____, 2018 I filed the foregoing electronically through the Court's CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

_____

2