IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.,**
**State Engineer,**

**Plaintiff,**                                        6:69cv07941-MV-KK

-vs-                                                  RIO CHAMA STREAM SYSTEM

**RAMON ARAGON, et al.**                              Village of Chama, Section 7

**Defendant**

### ENTRY OF APPEARANCE

COMES NOW**,** the law firm of Egolf + Ferlic + Harwood, LLC, (Kyle S. Harwood appearing) and enters its appearance on behalf of Defendant Chama Troutstalker Ranch, LLC Dated: May 29, 2018.

    Respectfully Submitted,

    Egolf + Ferlic + Harwood, LLC

        /s/Kyle S. Harwood

    Kyle S. Harwood
    123 W. San Francisco Street
    Second Floor
    Santa Fe, NM 87501
    Phone: (505) 670-9497
    Fax: 505-214-2005
    Kyle@EgolfLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means, and also served the following persons by U.S. mail:

Felicity Strachan, Leila Reilly, and
Ed Newville
Office of the State Engineer P.O. Box 25102
Santa Fe, NM 87504-5102

           /s/Kyle S. Harwood
           Kyle S. Harwood