IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.,**
**State Engineer,**

**Plaintiff,**  6:69cv07941-MV-KK

**-vs-**  RIO CHAMA STREAM SYSTEM

**RAMON ARAGON, et al.**  Village of Chama, Section 7

**Defendant**

## ENTRY OF APPEARANCE

COMES NOW**,** the law firm of Egolf + Ferlic + Harwood, LLC, (Luke Pierpont as Co-counsel to Kyle S. Harwood appearing) and enters its appearance on behalf of Defendant Chama Troutstalker Ranch, LLC

Dated: March May 29, 2018.

                                                    Respectfully submitted,

                                                    Egolf + Ferlic + Harwood, LLC

                                                    _____/s/Luke Pierpont_____

                                                    Luke Pierpont
                                                    123 W. San Francisco Street
                                                    Second Floor
                                                    Santa Fe, NM 87501
                                                    Phone: (505) 670-9497
                                                    Fax: 505-214-2005
                                                    Luke@EgolfLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means, and also served the following persons by U.S. mail:

Felicity Strachan, Leila Reilly, and
Ed Newville
Office of the State Engineer P.O. Box 25102
Santa Fe, NM 87504-5102

                                                      /s/Luke Pierpont
                                                       Luke Pierpont