IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rio Brazos |
| Defendants. | Subfile No.: CHRB-004-0060 |

## NOTICE OF STIPULATION AND WITHDRAWAL OF OBJECTION BY FRANK A. MARTINEZ AND TRACEY MARTINEZ IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") hereby gives notice that Defendants Frank A. Martinez and Tracy Martinez have withdrawn their objection to the State's proposed priority dates and irrigation water requirements for the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System ("Brazos Subsection"). *See Stipulation and Withdrawal of Objection by Frank A. and Tracy Martinez*, attached hereto as Exhibit 1.

On July 20, 2011, Defendants Frank A. Martinez and Tracy Martinez filed an objection in response to this Court's *Notice and Order to Show Cause* (Doc. 10293, filed 07/04/2011). *See* Doc. 10521.  Frank A. Martinez and Tracy Martinez have now stipulated to the State's proposed priority dates and irrigation water requirements for the Brazos Subsection as described in the *Notice and Order to Show Cause*, and withdraw the objection filed under Docket Number 10521.

-1-

      The State requests that the Clerk of Court serve a copy of this notice and the attached exhibit on Defendants Frank A. Martinez and Tracy Martinez at the following address:

    4171 W. 285th Street
    Osage City, KS 66523

                                Respectfully submitted,

                                */s/* Felicity Strachan
                                FELICITY STRACHAN
                                *Special Assistant Attorney General*
                                Office of State Engineer
                                P.O. Box 25102
                                Santa Fe, NM 87504-5102
                                Telephone: (505) 819-1044
                                Email: felicity.strachan@state.nm.us

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 6th day of June, 2018, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                */s/* Felicity Strachan
                                FELICITY STRACHAN