IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.*<br>State Engineer<br><br>    Plaintiff,<br><br>    v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section7, Rio Brazos<br><br>Subfile No.:   CHRB-004-0060 |

## STIPULATION AND WITHDRAWAL OF OBJECTION BY

## FRANK A. AND TRACY MARTINEZ

Defendants Frank A. and Tracy Martinez are in agreement with the proposed determination

of priority dates and irrigation water requirements in the Rio Brazos Subsection of Section 7 of the

Rio Chama Stream System as described in the Court's *Notice and Order to Show Cause* (Doc.

10293), and stipulate to those proposals.   Frank A. and Tracy Martinez withdraw the objection they

filed on July 20, 2011 (Doc. 10521).

Frank A. Martinez

Tracy Martinez

4171 W.  285th
Osage City, KS   66523

May 17th 2018

DATE