# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941 MV/KK
Rio Chama Adjudication

Pueblo Claims Subproceeding 1

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 11347, filed June 8, 2018. The Parties state that the settlement discussions have continued to make headway, that the resumption of litigation would hamper their efforts to resolve Ohkay Owingeh's water rights claims through negotiations, that they are committed to continuing the negotiation process, that they do not anticipate the need for the Court to schedule the filing of dispositive motions within the next four months and suggest that the Court require the filing of a joint status report in four months.

The Parties shall, by December 10, 2018, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; **(4) an update on the Parties' expectations of the timing of a settlement agreement;** and (5) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

    IT IS SO ORDERED.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**