IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>          Plaintiff,<br><br>     v.<br><br>ROMAN ARAGON, *et al.*,<br><br>          Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla |

## NOTICE OF INTENT TO PARTICIPATE IN *INTER SE* PROCEEDINGS

The party named below claims water rights in the Tierra Amarilla Subsection and intends to participate in the resolution of *inter se* objections to the provisions of the Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System.

**PLEASE TYPE OR PRINT:**

FULL NAME(S): _____

MAILING ADDRESS: _____

TELEPHONE NO.: _____

_____

PLEASE LIST THE OBJECTIONS FOR WHICH YOU INTEND TO PARTICIPATE: (additional forms may be used if necessary)

OBJECTION(S) FILED BY: _____

_____

SUBFILE NUMBER(S): _____

_____

I understand that I (or my attorney) must attend a mandatory scheduling and pretrial conference to be held at a time and place to be announced. Further proceedings for hearing *inter se* objections will be determined at the conference.

Signed: _____    Dated: _____

**This notice must be filed with the Court, either in person or by mail, to be received by the Court no later than ___ (90 days after entry of procedural order), at the following address: United States District Court, 333 Lomas Blvd. NW, Suite 270, Albuquerque, NM 87102.**