IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941 MV/KK
Rio Chama Adjudication

Village of Chama, Section 7

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Charles T. DuMars, Tanya L. Scott Kyle S. Harwood and Luke M. Pierpont's Unopposed Motion for Withdrawal as Counsel and Notice of Substitution of Counsel, Doc. 11343, filed May 29, 2018. Mr. DuMars and Ms. Scott seek to withdraw as counsel for Chama Troutstalkers LLC and state that Chama Troutstalkers LLC consents to their withdrawal. Mr. Harwood and Mr. Pierpont give notice that they are appearing as substitute counsel on behalf of Chama Troutstalkers LLC. No responses opposing the Motion have been filed. The Court will grant the motion. *See* D.N.M.LR-Civ. 83.8(a) (a motion to withdraw must indicate consent of the client and notice of appointment of substitute attorney).

**IT IS ORDERED** that Charles T. DuMars, Tanya L. Scott, Kyle S. Harwood and Luke M. Pierpont's Unopposed Motion for Withdrawal as Counsel and Notice of Substitution of Counsel, Doc. 11343, filed May 29, 2018, is **GRANTED.**

                                                  _____
                                                  **KIRTAN KHALSA**
                                                  **UNITED STATES MAGISTRATE JUDGE**