IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.,*<br><br>Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla |

## CERTIFICATE OF SERVICE

I certify that, pursuant to the June 13, 2018 *Order Establishing Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11349), on June 14, 2018, I caused to be mailed the *Notice of Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11350, filed 06/13/18) and two forms (Docs. 11352, filed 06/13/18 and 11353, filed 06/13/18) to every party on the attached service list (Exhibit 1).

    Respectfully submitted

    /s/ Felicity Strachan
    Felicity Strachan
    *Special Assistant Attorney General*
    Office of the State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 819-1044
    felicity.strachan@state.nm.us