| | | |
|---|---|---|
| ANTONIO LUIS ABEYTA<br>P.O. BOX 211<br>TIERRA AMARILLA, NM  87575 | ESTATE OF MANUELITA U. ABEYTA<br>c/o FERMIN ABEYTA, JR.<br>P.O. BOX 124<br>TIERRA AMARILLA, NM  87575 | PATRICIA A. ALVARADO<br>P.O. BOX 1200<br>SANTA CRUZ, NM  87567 |
| EMILIE LUNA ANTHONY<br>1474 SO. HIGHLAND AVE. C108<br>DAVIDFULLERTON, CA  92832 | ANDREW ARAGON<br>DORA L. ARAGON<br>616 STAGECOACH SE<br>ALBUQUERQUE, NM  87123 | ARCHDIOCESE OF SANTA FE<br>c/o TESSA T. DAVIDSON,<br>LAW FIRM LLC<br>P.O. BOX 2240<br>CORRALES, NM  87048 |
| FELIPE C. ATENCIO<br>P.O. BOX 801<br>TIERRA AMARILLA, NM  87575 | MARGIE E. ATENCIO<br>SILVIANO A. ATENCIO<br>P.O. BOX 302<br>TIERRA AMARILLA, NM  87575 | JUANITA ATENCIO<br>RICHARD ATENCIO<br>P.O. BOX 702<br>CHAMA, NM  87520 |
| JOSE AVALOS<br>MARIELLA AVALOS<br>P.O. BOX 423<br>TIERRA AMARILLA, NM  87575 | ESTATE OF ESTHER BRUNO<br>c/o GIBERT BRUNO<br>31623 MEADOW LANE<br>WINCHESTER, CA  92596-9684 | TOMMY CAMPOS III<br>P.O. BOX 238<br>CHAMA, NM  87520 |
| CECILIA CAMPOS<br>P.O. BOX 131<br>TIERRA AMARILLA, NM 87575 | ESTATE OF OLIVIA CARMODY<br>c/o DEBBIE JENSEN, PR<br>7952 PALM AVE.<br>YUCCA VALLEY, CA 92284 | TONY CASADOS SR. & SONS, PRTN<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 |
| ESTATE OF MARIA CASIAS<br>c/o AMARANTE CASIAS<br>P.O. BOX 84<br>TIERRA AMARILLA, NM  87575 | FRANCES CASTELLANO<br>LAWRENCE CASTELLANO<br>COUNTY RD. 19 #43<br>ESPANOLA, NM  87532 | CARMELITA CHACON<br>JOSE L. MARTINEZ<br>P.O. BOX 23<br>TIERRA AMARILLA, NM  87575 |
| ALAJANDRO CHAVEZ<br>VERONICA ROMERO DE CHAVEZ<br>8401 HAMPTON, AVE.,NE<br>ALBUQUERQUE, NM  87122 | VIOLA CHAVEZ<br>P.O. BOX 1385<br>ESPANOLA, NM  87532 | COLOMEX OIL AND GAS CO., INC.<br>P.O. BOX 1147<br>TAOS, NM  87571 |
| IVAN C. CORRALES<br>c/o MARCUS J. RAEL<br>500 4th ST. NW, SUITE 200<br>ALBUQUERQUE, NM 87120 | CECIL L. COX<br>P.O. BOX 10<br>LOS OJOS, NM  87551 | JAMES R. DAWSON<br>38281 SADDLE MOUNTAIN LN.<br>CRAWFORD, CO  81415 |
| RONALD J. DEMASTERS<br>223 DESOTO<br>BELEN, NM  87002 | CHARLES DOVE<br>LOUELLA DOVE<br>P.O. BOX 243<br>TIERRA AMARILLA, NM  87575 | JOSIE SANCHEZ DUBOIS<br>MAGDALENE SANCHEZ<br>4702 PACIFIC ST.<br>FARMINGTON, NM  87402 |
| EL CENTRO DE LOS NINOS<br>P.O. BOX 248<br>TIERRA AMARILLA, NM  87575 | ART ESPINOSA<br>HC 75 BOX 126<br>TIERRA AMARILLA, NM  87575 | FAUSTINA ESPINOSA<br>SIXTO L. ESPINOSA<br>1708 CALLEJON ZENAIDA<br>SANTA FE, NM  87501 |

EXHIBIT 1

| | | |
|---|---|---|
| JUANITA M. ETURRIAGA<br>P.O. BOX 296<br>TIERRA AMARILLA, NM  87575 | ANNA ATENCIO FERRELL<br>P.O. BOX 453<br>TIERRA AMARILLA, NM  87575 | AMADA R. FLORES<br>P.O. BOX 564<br>CANJILON, NM  87515 |
| ALEX FLORES<br>H. C. 75 BOX 131<br>TIERRA AMARILLA, NM  87575 | JOSE P. GALLEGOS<br>JOSE P. GALLEGOS ESTATE<br>P.O. BOX 387<br>TIERRA AMARILLA, NM  87575 | LEROY G. GARCIA<br>STELLA U. GARCIA<br>P.O. BOX 482<br>FLORA VISTA, NM  87415 |
| GAIL GARCIA<br>MICHAEL S. GARCIA<br>HC 75 BOX 126<br>TIERRA AMARILLA, NM  87575 | ANGIE GARCIA<br>TITO GARCIA<br>P.O. BOX 63<br>TIERRA AMARILLA, NM  87575 | JOAN GARCIA<br>3700 ASPEN NE, APT. 3R<br>ALBUQUERQUE, NM  87110 |
| LEROY GARCIA<br>P.O. BOX 4416<br>ESPANOLA, NM  87533 | ARMANDO GARCIA<br>P.O. BOX 4236<br>FAIRVIEW, NM  87533 | DONNA GARCIA<br>P.O. BOX 323<br>ESPANOLA, NM  87532 |
| SAMUEL GARCIA<br>1141 CALLE SOMBRA<br>ESPANOLA, NM  87532 | ADAN GARCIA JR.<br>HCR 77 BOX 38<br>OJO CALIENTE, NM  87549 | MARCELLA HASSON<br>13148 LA JOYA CIR., 303B<br>LA MIRADA, CA  90638 |
| TRACY T. HOWELL<br>VIRGINIA MCDERMOTT<br>P.O. BOX 984<br>SANTA FE, NM  87504—1984 | MANUEL E. CORRALES<br>c/o MARCUS J. RAEL<br>500 4TH ST. NW, SUITE 200<br>ALBUQUERQUE, NM 87102 | LA CLINICA FOUNDATION<br>c/o PEDRO ARCHULETA<br>P.O. BOX 250<br>TIERRA AMARILLA, NM  87575 |
| ACENCION LABRIER<br>HC 75 BOX 24<br>TIERRA AMARILLA, NM  87575 | ROBERTO LOVATO<br>1628 PRINCETON S.E..<br>ALBUQUERQUE, NM  87106 | REYNEL O. LUCERO<br>P.O. BOX 213<br>TIERRA AMARILLA, NM  87575 |
| GILBERT LUNA SR.<br>544 BARLANE PL., NW<br>ALBUQUERQUE, NM  87107-5447 | SALOMON A. LUNA<br>P.O. BOX 85<br>TIERRA AMARILLA, NM  87575 | HILARIO LUNA<br>c/o MARIE DENISE LUNA TEACH<br>16428 MARTIN LANE<br>HUNTINGTON BEACH, CA  92649 |
| FRANK D. LUNA IV<br>24796 SUNSTAR LANE<br>DANA POINT, CA  92629 | JOE R. MAESTAS<br>P.O. BOX 1024<br>ESPANOLA, NM  87532 | MARIANO S. MANZANARES<br>P.O. BOX 100<br>GALLINA, NM  87017 |
| RUBEN MANZANARES<br>20614 SO. BUDLONG AVE.<br>TORRANCE, CA  90502 | ISIDORO MANZANARES<br>P.O. BOX 642<br>CHAMA, NM  87575 | PAMELA MANZANARES<br>P.O. BOX 1228<br>ESPANOLA, NM  87532 |

EXHIBIT 1

| | | |
|---|---|---|
| MARY L. MANZANARES<br>23525 ARLINGTON AVE.<br>TERRANCE, CA  90501 | LIONEL E. MARTINEZ II<br>P.O. BOX 114<br>CHAMA, NM  87520 | GILBERT L. MARTINEZ<br>P.O. BOX 332<br>TIERRA AMARILLA, NM  87575 |
| PABLO MARTINEZ<br>5364 WEST TUMBLING F<br>TUSCON, AZ  85713 | HEIRS OF LEVI MARTINEZ<br>c/o PETER F. WIRTH, ESQ.<br>708 PASEO DE PERALTA<br>SANTA FE, NM  87501 | VIRGINIA MARTINEZ<br>P.O. BOX 1517<br>ESPANOLA, NM  87532 |
| HARRY O. MARTINEZ<br>MARGARET A. MARTINEZ<br>P.O. BOX 192<br>TIERRA AMARILLA, NM  87575 | MIGUEL MARTINEZ<br>10409 CALLE HERMOSA CT., NW<br>ALBUQUERQUE, NM  87114 | TONY MARTINEZ<br>P.O. BOX 626<br>AZTEC, NM  87410-0626 |
| HEIRS OF CARLOTA L. MARTINEZ<br>c/o FRANK A. MARTINEZ<br>346 FOREST RD. 314<br>JEMEZ SPRINGS, NM  87025 | ORLANDO J. MARTINEZ<br>P.O. BOX 111<br>LOS OJOS, NM  87551 | MARIO R. MARTINEZ<br>SOPHIA D. MARTINEZ<br>P.O. BOX 217<br>TIERRA AMARILLA, NM  87575 |
| HEIRS OF LUCAS MARTINEZ<br>c/o KEN MARTINEZ, ESQ.<br>P.O. BOX 730<br>GRANTS, NM  87020--0730 | HOPE U. MARTINEZ<br>JUAN I. MARTINEZ<br>P.O. BOX 1012<br>EL PRADO, NM  87529 | J.R. MARTINEZ ESTATE<br>c/o DANIEL CLEAVINGER, ESQ.<br>P.O. BOX 2470<br>FARMINGTON, NM  87499 |
| GUSTAVO MARTINEZ JR.<br>HORTENCIA MARTINEZ<br>P.O. BOX 297<br>CEBOLLA, NM  87518 | VICENTE MONTANO<br>P.O. BOX 32<br>TIERRA AMARILLA, NM  87575 | KIM MONTANO<br>MARK L. MONTANO<br>6101 PICTURE ROCK PL. NW<br>ALBUQUERQUE, NM  87120 |
| MELVIN L. MONTANO<br>P.O. BOX 214<br>TIERRA AMARILLA, NM  87575 | HELEN MOORE<br>1505 NORTH 10TH ST.<br>WITCHITA FALLS, TX  76304 | BRENT C. MORTENSEN<br>P.O. BOX 131<br>TIERRA AMARILLA, NM  87575 |
| ASSOCIATION DE ACEQUIAS<br>NORTENAS DE RIO ARRIBA<br>c/o JOHN W. UTTON<br>P.O. BOX 271<br>ALBUQUERQUE, NM  87103--0271 | ROSINA L. PHILLIPS<br>RT. 1, BOX 514-A<br>LAS VEGAS, NM  87701 | RAMONA QUINTANA<br>P.O. BOX 626<br>AZTEC, NM  82410 |
| RIO ARRIBA COUNTY<br>c/o TED J. TRUJILLO<br>P.O. BOX 2185<br>ESPANOLA, NM  87532 | LEO E. RODELA<br>P.O. BOX 118<br>TIERRA AMARILLA, NM  87575 | MARGARET RODELA<br>P.O. BOX 118<br>TIERRA AMARILLA, NM  87575 |
| ANDREW ROMERO<br>8115 RANCHO PARAISO, NW<br>ALBUQUERQUE, NM  87120 | MARTIN ROMERO<br>7329 YORKTOWN AVE., NE<br>ALBUQUERQUE, NM  87109 | ROSE M. ROMERO<br>64 CAMINO BAJO<br>SANTA FE, NM  87508 |

EXHIBIT 1

| | | |
|---|---|---|
| DOLORES RENA ROMERO<br>ROMAN ROMERO<br>4348 CANADA PLACE NW<br>ALBUQUERQUE, NM  87114 | BERTHINA ROMERO<br>ROBERTO ROMERO<br>P.O. BOX 38<br>TIERRA AMARILLA, NM  87575 | DOLORES ROMERO<br>JUAN A. ROMERO<br>P.O. BOX 153<br>TIERRA AMARILLA, NM  87575 |
| MARK NOEL ROWE<br>9128 MODESTO AVE., NE<br>ALBUQUERQUE, NM  87122 | AGRIPINA G. SALAZAR<br>VICTOR SALAZAR SR.<br>P.O. BOX 324<br>TIERRA AMARILLA, NM  87575 | ERNESTO SALAZAR<br>ESTHER H. SALAZAR<br>P.O. BOX 375<br>TIERRA AMARILLA, NM  87575 |
| PATRICK SAMORA<br>RENEE ROMERO SAMORA<br>P.O. BOX 55<br>TIERRA AMARILLA, NM  87575 | JAMIE SAMS<br>45 ALONDRA ROAD<br>SANTA FE, NM  87508 | RAMON E. SANCHEZ<br>P.O. BOX 242<br>TIERRA AMARILLA, NM  87575 |
| ANGELINA SANCHEZ<br>ELOY SANCHEZ<br>716 TYLER, NE<br>ALBUQUERQUE, NM  87113 | ELLIS GORDON SCHLEGEL<br>P.O. BOX 309<br>TIERRA AMARILLA, NM  87575 | CHAMA VALLEY INDEPENDENT<br>SCHOOL DISTRICT NO. 19<br>P.O. DRAWER 10<br>TIERRA AMARILLA, NM  87575 |
| FRANK C. SENA<br>59 CR 84<br>SANTA FE, NM  87506 | JOHN M. SENA<br>9709 RIO GRANDE NW<br>ALBUQUERQUE, NM  87114 | MARCELLA T. CORRALES<br>c/o MARCUS J. RAEL<br>500 4TH ST. NW, SUITE 200<br>ALBUQUERQUE, NM 87102 |
| JOE E. SILVA<br>VICKI SILVA<br>P.O. BOX 1012<br>EL PRADO, NM  87529 | UPPER TIERRA AMARILLA COMM. DITCH<br>c/o VICTOR SALAZAR, JR<br>P.O. BOX 212<br>TIERRA AMARILLA, NM 87575 | PAUL TRACHTMAN<br>P.O. BOX 148<br>LOS OJOS, NM  87551 |
| HEIMO TRATHNIGG<br>P.O. BOX 1693<br>FARMINGTON, NM  87499 | MANUEL D. TRUJILLO<br>MARCELLA D. BURBANK TRUJILLO<br>HC 75 BOX 23 SR573 #436<br>TIERRA AMARILLA, NM  87575 | JOSEFITA TRUJILLO<br>BOX 614<br>CHAMA, NM  87520 |
| ERLINDA TRUJILLO<br>LOUIS TRUJILLO<br>3115 HUGHES, SW<br>ALBUQUERQUE, NM  87105 | MIGUEL TRUJILLO<br>442 57TH STREET NW<br>ALBUQUERQUE, NM  87105-1422 | DORIS TRUJILLO<br>JAIME TRUJILLO<br>#18 BLUE CANYON VISTA<br>SANTA FE, NM  87507 |
| BENJAMIN R. TRUJILLO<br>P.O. BOX 1533<br>ESPANOLA, NM  87532 | SIMONITA U. TRUJILLO<br>910 RIO VISTA<br>SANTA FE, NM  87501 | LUCILLE A. TRUJILLO<br>P.O. BOX 2615<br>LAS VEGAS, NM  87701 |
| EPIMENIO ULIBARRI<br>JULIA ULIBARRI<br>P.O. BOX 3<br>TIERRA AMARILLA, NM  87575 | MARCELLA ULIBARRI<br>P.O. BOX 351<br>TIERRA AMARILLA, NM  87575 | CELIA S. ULIBARRI<br>ERNESTO L. ULIBARRI JR.<br>61 VALLE VISTA<br>LOS ALAMOS, NM  87544 |

EXHIBIT 1

| | | |
|---|---|---|
| ESTATE OF OCTAVIANO ULIBARRI<br>c/o LINDA KLEINE<br>P.O. BOX 150<br>MESILLA, NM  88046 | AMABEL ULIBARRI<br>P.O. BOX 429<br>TIERRA AMARILLA, NM  87575 | EDNA ULIBARRI<br>c/o LINDA KLEINE<br>P.O. BOX 150<br>MESILLA, NM  87046 |
| DEBORAH ULIBARRI<br>TEODORO D. ULIBARRI<br>P.O. BOX 276<br>TIERRA AMARILLA, NM  87575 | DOMIE ULIBARRI<br>FELIBERTO ULIBARRI<br>P.O. BOX 182<br>TIERRA AMARILLA, NM  87575 | HENRY ULIBARRI<br>MABLE ULIBARRI<br>P.O. BOX 429<br>TIERRA AMARILLA, NM  87575 |
| ELISEO M. VALDEZ<br>JOSEPHINE VALDEZ<br>P.O. BOX 255<br>ESPANOLA, NM  87532 | JOSEPH VALDEZ<br>RACHEL VALDEZ<br>RT. 4 BOX 23B<br>HERNANDEZ, NM  87537 | DOLORES VALDEZ<br>JUSTINIANO VALDEZ<br>P.O. BOX 41 H# 136A<br>TIERRA AMARILLA, NM  87575 |
| OLIVIA VALDEZ<br>P.O. BOX 187<br>TIERRA AMARILLA, NM  87575 | BENEDICT VALDEZ<br>HELEN VALDEZ<br>P.O. BOX 5<br>TIERRA AMARILLA, NM  87575 | CARMELLA ATENCIO VAROS<br>3800 SAN YGNACIO RD. SW<br>ALBUQUERQUE, NM  87121 |
| EVA R. VIGIL<br>RT. 3, BOX 167<br>ESPANOLA, NM  87532 | KELLY WARD<br>SHAUN WARD<br>826 FAIRWAY RD. NW<br>ALBUQUERQUE, NM  87107 | ERIC WILLARD<br>701 BROADWAY ST., SUITE 317<br>PLAINVIEW, TX  79072 |
| THERESA M. RAEL<br>c/o MARCUS J. RAEL<br>500 4TH ST. NW, SUITE 200<br>ALBUQUERQUE, NM 87102 | DAVID W. GEHLERT<br>U.S Dept. of Justice<br>Environmental & Natural Resources<br>999 18th St., South Terrance, Ste. 370<br>Denver, CO  80202 | |

EXHIBIT 1