# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## STATE OF NEW MEXICO, *ex rel*. STATE ENGINEER

### vs.

### ROMAN ARAGON, *et al*.

### RIO CHAMA STREAM SYSTEM ADJUDICATION
### No. 69-cv-07941-MV/KK

## ADDENDUM TO PROPOSED PARTIAL FINAL JUDGMENT
## AND DECREE ON SURFACE WATER IRRIGATION RIGHTS
## IN THE RITO DE TIERRA AMARILLA SUBSECTION
## OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

**BOOK 1**

## TABLE OF CONTENTS

**BOOK 1**

Explanatory Notes and Glossary of Terms …………….…………………..……….…*i*

PART A. Summary of Surface Water Irrigation Rights in the Rito de Tierra Amarilla
Subsection of Section 7 of the Rio Chama Stream System ..……….…..…..A-1

**BOOK 2**

PART B.  Index of Individual Surface Water Irrigation Rights by Ditch…………...…B-1

PART C.  Index of Individual Surface Water Irrigation Rights by Subfile Number..….C-1

PART D.  Index of Individual Surface Water Irrigation Rights by Defendant……...…D-1

PART E.  Table Listing Parties Substituted for Original Party/Defendant…………….E

PART F.  Ditch Information Summary……………………………….……………….....F-1

PART G.  General Orders……………………………………………….………..……..G

- *Procedural Order for the Adjudication of Water Rights Claims in
  Section 7 of The Rio Chama Stream System,* filed November 19,
  2002 (DocketNo.6939)…...……………………………...…..G-001

- *Notice of Filing of Cross Reference and Index for Individual
  Subfiles in Section 7, Rito de Tierra Amarilla,* filed March 17,
  2011 (Docket No. 10008)……………………………….…..G-009

- *Order Making Final Determination of Priority Dates in the Rito de
  Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream
  System,* filed June 7, 2011 (Docket No. 10153)……………..…….G-016

- *Order* granting State's *Motion for Default Judgment Against
  Unknown Claimants of Interest in the Rito de Tierra Amarilla
  Subsection of Section 7 of the Rio Chama Stream System,*
  filed January 18, 2018 (Docket No. 11317).…………………...…….G-026

- *Order Making Final Determination of Irrigation Water
  Requirements in the Rito de Tierra Amarilla Subsection of
  Section 7of the Rio Chama Stream System,* filed January 18, 2018
  (Docket No. 11316)……………….…………………….…….G-028

PART H.  Hydrographic Survey Sheet Maps (6)…………………………...….…………H-1

**Explanatory Notes and Glossary of Terms.**

This Addendum summarizes the elements of all rights for surface water irrigation in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System ("Tierra Amarilla Subsection") as those rights are set forth in individual subfile orders and applicable general orders entered by the Court in the Rio Chama adjudication proceedings. The substantive element of these water rights are those described and adjudicated by individual subfile orders and applicable general orders, unless clearly stated otherwise in the Addendum.

The Addendum is divided into two Books. Book 1 contains a summary of all surface water irrigation rights in the Tierra Amarilla Subsection and individual maps showing the location of each irrigated tract. Book 2 contains indexes of the description of the water rights, a summary of information for ditches, and orders entered by the Court that pertain generally to all subfiles for surface water irrigation rights. Book 2 also contains large format sheet maps showing the location of all tracts in the Tierra Amarilla Subsection described in the Addendum.

All claims to the diversion and use of public surface water in the Tierra Amarilla Subsection for irrigation purposes have been determined and adjudicated by the Court, and the individual subfile orders concerning those rights have been expressly approved and confirmed as valid as of the date of the entry of the individual subfile order. Changes in ownership of land or water rights, or the subdivision of land, or the transfers of any water rights that occur <u>after</u> the date of the entry of individual subfile orders are <u>not</u> included in this summary. Information on transfers or changes in ownership of water rights that occur after the date of the entry of individual subfile orders is available from the Water Rights Division of the Office of the State Engineer and the W.A.T.E.R.S database.

Individual subfile orders entered by the Court are binding upon named defendants and their successors, representatives, heirs, and assigns. Individual subfile orders do <u>not</u> represent an adjudication or determination of title or ownership of land. The term "defendant" refers to the party in the adjudication proceedings who is named in an individual subfile order entered by the Court. This person or entity may or may not be the current owner of the land in question. Successors in interest to the original party/defendant named in individual subfile orders who have requested a substitution of parties under Fed. R. Civ. P. 25 are listed in Part III of the Addendum following the Defendant Index.

<u>Defendant</u>: Person or entity joined as a party to the Rio Chama adjudication proceedings and named in individual subfile orders.

<u>No Right</u>: Tract of land determined to be without surface water irrigation rights.

[Proposed] Partial Final Judgment and Decree                    Explanatory Notes and Glossary of Terms
Rio Chama Stream System, Section 7 Rito de Tierra Amarilla          *i*
Irrigation Water Rights

CIR: "Consumptive Irrigation Requirement" or the quantity of water, expressed in acre-feet per acre per year, exclusive of effective precipitation, that is consumptively used by plants or evaporated by the soil surface during one calendar year.

FDR: "Farm Delivery Requirement" or the quantity of water expressed in acre-feet per acre per year, exclusive of effective precipitation, delivered to the farm headgate or which is diverted from a source of water which originates on the farm itself, such as a well or spring, necessary to satisfy the consumptive irrigation requirements of crops grown on a farm in one calendar year.

PDR: "Project Diversion Requirement" or the quantity of water exclusive of effective precipitation, which is diverted from the stream or an off-farm source to satisfy the farm delivery requirement for one calendar year.

CIR, FDR, and PDR are defined in the *Order Making Final Determination of Irrigation Water Requirements in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System*, filed January 18, 2018 (Docket No. 11316). The irrigation water requirements in that order do not include diversion requirements associated with stockwatering, stockponds, or other impoundments determined to have valid water rights in these proceedings.

The administrative file numbers assigned to water rights described in the Addendum by the Office of the State Engineer ("OSE File No.") are not listed in the summary of water rights in Part 2.

All claims to the diversion and use of public surface water in the Tierra Amarilla Subsection for irrigation purposes have been determined and adjudicated by the Court. The default judgment against unknown claimants of interest to surface water in the Tierra Amarilla Subsection filed January 18, 2018 acts as a bar to further claims for surface water irrigation rights in the Tierra Amarilla Subsection. *See Order* granting State's *Motion for Default Judgment Against Unknown Claimants of Interest in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System*, filed January 18, 2018 (Doc. 11316).

[Proposed] Partial Final Judgment and Decree                                    Explanatory Notes and Glossary of Terms
Rio Chama Stream System, Section 7 Rito de Tierra Amarilla        *ii*
Irrigation Water Rights

# PART A.

# Summary of Surface Water Irrigation Rights in the Tierra Amarilla Subsection

**PART A.        Summary of Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System**

The following summary includes a subfile-by-subfile description of surface irrigation water rights in the Tierra Amarilla Subsection beginning with Subfile No. CHTA-001-0001. The summary for each right includes the defendant's name and a reference to the subfile order filed with the Court in connection with that defendant, the priority, source of water, purpose of use, point of diversion, location and amount of irrigated acreage, and amount of water of the rights described. In cases where a new party/defendant has formally been substituted under Fed. R. Civ. P. 25 for the person or entity named on a subfile order, this information is also provided. A subfile map showing the location of each individual irrigated tract follows the description of the water right. Tracts of land determined to be without surface water irrigation rights ("No Right") are also included in this summary.

Large format sheet maps showing the location of all tracts described are included in a folder in Book 2.

## Subfile No. CHTA-001-0001

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| FRANK C. SENA | | |
| JOHN M. SENA | | |
| Consent Order Filed | 4/7/2008 | 9159 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1870

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:** SENA DITCH

Location X: 1,567,050 feet      Location Y: 2,052,298 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 42.3 acres |
| | Total | 42.3 acres |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

A-1

Subfile No. CHTA-001-0001

## B.  IRRIGATED LANDS

**Priority:**  1870

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

   **Ditch:**   NUTRITAS DITCH NO. 1

   Location X:   1,562,754 feet       Location Y:   2,057,786 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.9  acres |
| | Total | 2.9  acres |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) =  1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

## C. IRRIGATED LANDS

**Priority:** 1870

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**    UNNAMED DITCH NO. 1

    Location X:   1,564,505 feet     Location Y:   2,055,939 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 9.2 acres |
| | Total | 9.2 acres |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

A-3

Subfile No. CHTA-001-0001

## D.  NO RIGHT

**Priority:**  NONE

**Source:**  NONE

**Purpose of Use:** NO RIGHT

**Point of Diversion**

  **Ditch:**    NONE

  Location X:    0,000 feet          Location Y:    0,000 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 11.1  acres |
| | Total | 11.1  acres  ( No Right ) |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
  NONE

## E.  NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion**

    **Ditch:**   SENA DITCH

    Location X:   1,567,050 feet        Location Y:   2,052,298 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 9.7  acres |
| | Total | 9.7  acres  ( No Right ) |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
   NONE



Nutritas Ditch No. 1

001-0001
B 2.9 ac.

001-0001
D 11.1 ac.
NR

001-0001
E 1.0 ac.
NR

Sena Ditch

001-0001
E 8.7 ac.
NR

001-0001
C 9.2 ac.

001-0001
A 42.3 ac.

Unnamed Ditch No. 1

LEGEND

Irrigated Tract Boundary — Operable Ditch
No Right Tract Boundary --- Inoperable Ditch
Pond (NR) No Right
Point of Diversion

Date of Aerial Imagery: 1995

N
W—E
S

1 inch = 400 feet
0  100  200  400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-001-0001**
Sena Ditch &
Nutritas Ditch No. 1
& Unnamed Ditch No. 1

## Subfile No. CHTA-001-0002

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| AGRIPINA G. SALAZAR | | |
| VICTOR SALAZAR SR. | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 4/7/2008 | 9160 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1870

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

    **Ditch:**   SENA DITCH

    Location X:   1,567,050 feet      Location Y:   2,052,298 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 44.1 acres |
| | Total | 44.1 acres |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

## B.  IRRIGATED LANDS

**Priority:**  1870

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

    **Ditch:**   NUTRITAS DITCH NO. 1

    Location X:   1,562,754 feet       Location Y:   2,057,786 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 33.1  acres |
| | Total | 33.1  acres |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-001-0002

A-7

## C.  NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion**

   **Ditch:**    SENA DITCH

   Location X:    1,567,050 feet        Location Y:    2,052,298 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 74.2  acres |
| | Total | 74.2  acres  ( No Right ) |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
   NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                      A-8

Subfile No. CHTA-001-0002



Nutrias Ditch No. 1

001-0002
B 4.5 ac.

001-0002
A 1.4 ac.

001-0002
B 28.6 ac.

001-0002
A 42.7 ac.

Sena Ditch

001-0002
C 74.2 ac.
NR

LEGEND

Irrigated Tract Boundary          Operable Ditch

No Right Tract Boundary           Point of Diversion

Pond                              NR  No Right

Date of Aerial Imagery: 1995

1 inch = 500 feet
0   125   250   500
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-001-0002**
Sena Ditch &
Nutritas Ditch No.1

## Subfile No. CHTA-001-0003

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ADAN GARCIA JR. | | |
| ARMANDO GARCIA | | |
| DONNA GARCIA | | |
| JOAN GARCIA | | |
| LEROY GARCIA | | |
| MIGUEL MARTINEZ | | |
| PAMELA MANZANARES | | |
| SAMUEL GARCIA | | |
| VIOLA CHAVEZ | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 4/7/2008 | 9158 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1870

**Source:**   Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

   **Ditch:**   ISMAEL ULIBARRI DITCH

   Location X:   1,575,407 feet      Location Y:   2,055,003 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 6.4  acres |
| | Total | 6.4  acres |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                             A-9

Subfile No. CHTA-001-0003



Ismael Ulibarri Ditch

001-0003
A 6.4 ac.

LEGEND



Irrigated Tract Boundary

Operable Ditch

Point of Diversion

Date of Aerial Imagery: 1996



N
W        E
S

1 inch = 300 feet
0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-001-0003**
Ismael Ulibarri Ditch



## Subfile No. CHTA-001-0004

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOE R. MAESTAS | | |
| Default Order Filed | 4/14/2010 | 9676 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. NO RIGHT

**Priority:**

**Source:** NONE
**Purpose of Use:** NO RIGHT
**Point of Diversion**

    **Ditch:**   NONE

    Location X:   0,000 feet          Location Y:   0,000 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 6.4 acres | |
| | Total | 6.4 acres ( No Right ) |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE



001-0004
A 6.2 ac.
NR

001-0004
A 0.2 ac.
NR

## LEGEND

 No Right Tract Boundary

(NR) No Right

Date of Aerial Imagery: 1996

N
W   E
S

1 inch = 400 feet
0  100  200  400
Feet

### STATE OF NEW MEXICO
### Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
## CHTA-001-0004



## Subfile No. CHTA-001-0005

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| BENJAMIN R. TRUJILLO | | |
| Consent Order Filed | 4/7/2008 | 9162 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1870

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

   **Ditch:**     SENA DITCH

   Location X:    1,567,050 feet        Location Y:    2,052,298 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.0  acres |
| | Total | 4.0  acres |

As shown on Map CHTA- 1, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) =  1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



001-0005
A 4.0 ac.

Sena Ditch

## LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0 50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-001-0005**
Sena Ditch



## Subfile No. CHTA-002-0001

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ELLIS GORDON SCHLEGEL | | |
| Consent Order Filed | 4/7/2008 | 9161 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1870

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

   **Ditch:**   LUJAN DITCH

   Location X:   1,557,984 feet        Location Y:   2,061,823 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.3  acres |
| | Total | 2.3  acres |

As shown on Map CHTA- 2, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38



002-0001
A 2.3 ac.

Lujan Ditch

LEGEND

Irrigated Tract Boundary

Operable Ditch

Point of Diversion

Date of Aerial Imagery: 1995

N
W    E
S

1 inch = 200 feet
0  50  100  200
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
CHTA-002-0001
Lujan Ditch



## Subfile No. CHTA-002-0002

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ACENCION LABRIER | | |
| Consent Order Filed | 4/7/2008 | 9164 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1870

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:** LUJAN DITCH

Location X: 1,557,984 feet    Location Y: 2,061,823 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.6 acres |
| | Total | 3.6 acres |

As shown on Map CHTA- 2, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

## B.  IRRIGATED LANDS

**Priority:**  1870

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**    LABRIER DITCH

   Location X:   1,557,135 feet       Location Y:   2,064,753 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 27.8  acres |
| | Total | 27.8  acres |

As shown on Map CHTA- 2, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05

   Farm Delivery Requirement (FDR) =  2.63

   Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                A-14

Subfile No. CHTA-002-0002

## C.  NO RIGHT

**Priority:** NONE

**Source:** NONE

**Purpose of Use:** NO RIGHT

**Point of Diversion**

**Ditch:**    NONE

Location X:    0,000 feet          Location Y:    0,000 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 42.0  acres |
| | Total | 42.0  acres  ( No Right ) |

As shown on Map CHTA- 2, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-15

Subfile No. CHTA-002-0002



LEGEND
Irrigated Tract Boundary
No Right Tract Boundary

Operable Ditch
Inoperable Ditch
Stock Ponds / Reservoir
Point of Diversion
No Right

Date of Aerial Imagery: 1995

1 inch = 500 feet
0   125  250        500
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA 002-0002**
Lujan &
Labrier Ditches

## Subfile No. CHTA-002-0003

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| HEIRS OF CARLOTA L. MARTINEZ | | |
| HEIRS OF LEVI MARTINEZ | | |
| HEIRS OF LUCAS MARTINEZ | | |
| Default Order Filed | 1/9/2009 | 9372 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. NO RIGHT

**Priority:** NONE

**Source:** NONE

**Purpose of Use:** NO RIGHT

**Point of Diversion**

   **Ditch:**    NONE

   Location X:    0,000 feet          Location Y:    0,000 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

   Within the Tierra Amarilla Grant                    1.7  acres

                                    Total        1.7  acres   ( No Right )

   As shown on Map CHTA- 2, Rio Chama Hydrographic Survey, Section 7,
   Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
   NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                              A-16

Subfile No. CHTA-002-0003



002-0003
A 1.7 ac.
NR

## LEGEND

 No Right Tract Boundary

 No Right

Date of Aerial Imagery: 1995



1 inch = 200 feet
0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-002-0003**



## Subfile No. CHTA-003-0001

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| HEIRS OF CARLOTA L. MARTINEZ | | |
| HEIRS OF LEVI MARTINEZ | | |
| HEIRS OF LUCAS MARTINEZ | | |
| Default Order Filed | 1/9/2009 | 9372 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1870

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:**   LABRIER DITCH

Location X:   1,557,135 feet      Location Y:   2,064,753 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 9.1 | acres |
| Total | 9.1 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

**B.  NO RIGHT**

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion**

    **Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet       Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.5  acres |
| | Total | 1.5  acres  ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
    NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                      A-18

Subfile No. CHTA-003-0001



003-0001
B 1.5 ac.
NR

Tierra Amarilla Community Ditch

003-0001
A 9.1 ac.

Labrier Ditch

### LEGEND



| | |
|---|---|
| Irrigated Tract Boundary | Operable Ditch |
| No Right Tract Boundary | Inoperable Ditch |
| Pond | Point of Diversion |
| | NR  No Right |

Date of Aerial Imagery: 1995



1 inch = 400 feet
0 50 100   200   300   400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**

Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**[Proposed] Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0001**
**Labrier Ditch &**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0002

| DEFENDANT | DATE | DOCKET  NO. |
|---|---|---|
| HARRY O. MARTINEZ | | |
| MARGARET A. MARTINEZ | | |
| Consent Order Filed | 3/24/2006 | 8183 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet      Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.4  acres |
| | Total | 4.4  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-19

Subfile No. CHTA-003-0002