003-0002
A 0.1 ac.

003-0002
A 4.3 ac.

Tierra Amarilla Community Ditch



LEGEND

Irrigated Tract Boundary — Operable Ditch
Pond -- Inoperable Ditch
● Point of Diversion

Date of Aerial Imagery: 1995

1 inch = 300 feet
0  50 100   200   300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
CHTA-003-0002
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0003

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ESTATE OF MARIA CASIAS | | |
| Default Order Filed | 6/21/2007 | 8722 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet        Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 1.1 | acres |
| Total | 1.1 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-20

Subfile No. CHTA-003-0003



003-0003
A 1.1 ac.

Tierra Amarilla Community Ditch

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|



STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0003**
Tierra Amarilla
Community Ditch



LEGEND

 Irrigated Tract Boundary

▶ Operable Ditch

▪ ▪ ▪ Inoperable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet

0   50   100   200
Feet

## Subfile No. CHTA-003-0004

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JUANITA M. ETURRIAGA | | |
| Consent Order Filed | 3/4/2002 | 6587 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

    Location X:  1,557,188 feet     Location Y:  2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.1  acres |
| | Total | 4.1  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



003-0004
A 1.3 ac.

003-0004
A 0.4 ac.

003-0004
A 2.4 ac.

Tierra Amarilla Community Ditch

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|

LEGEND

Irrigated Tract Boundary   ▶ Operable Ditch

Pond    ▬ ▬ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0004**
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0005

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MARIO R. MARTINEZ | | |
| SOPHIA D. MARTINEZ | | |
| Consent Order Filed | 1/25/2005 | 7744 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet      Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 14.0 acres |
| | Total | 14.0 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                            A-22

Subfile No. CHTA-003-0005



003-0005
A 4.3 ac.

003-0005
A 3.6 ac.

003-0005
A 6.1 ac.

Tierra Amarilla Community Ditch

LEGEND



Irrigated Tract Boundary ▶— Operable Ditch

Pond ▬ ▬ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0 50 100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0005**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0006

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| SALOMON A. LUNA | | |
| Consent Order Filed | 3/11/2003 | 7083 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet       Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 17.6  acres |
| | Total | 17.6  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                                      A-23

Subfile No. CHTA-003-0006



003-0006
A 17.6 ac.

Tierra Amarilla Community Ditch

## LEGEND

 Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100   200   300
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0006**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0007

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ROBERTO LOVATO | | |
| VIRGINIA MARTINEZ | | |
| Consent Order Filed | 2/26/2002 | 6557 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet      Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.5  acres |
| | Total | 0.5  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                              A-24

Subfile No. CHTA-003-0007



003-0007
A 0.5 ac.

Tierra Amarilla
Community Ditch

LEGEND

Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet

0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0007**
**Tierra Amarilla**
**Community Ditch**

## Subfile No. CHTA-003-0008A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| PATRICIA A. ALVARADO | | |
| Consent Order Filed | 3/14/2008 | 9139 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet       Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.4 acres |
| | Total | 0.4 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                   A-25

Subfile No. CHTA-003-0008A



003-0008A
A 0.4 ac.

Tierra Amarilla Community Ditch

## LEGEND

 Irrigated Tract Boundary

 Operable Ditch

- - - Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100    200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0008A**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0008B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JUANITA ATENCIO | | |
| RICHARD ATENCIO | | |
| Consent Order Filed | 3/14/2008 | 9140 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet        Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.0  acres |
| | Total | 1.0  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



003-0008B
A 1.0 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

 Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**[Proposed] Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0008B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0008C

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| FRANCES CASTELLANO | | |
| LAWRENCE CASTELLANO | | |
| Consent Order Filed | 2/13/2008 | 9112 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**    TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet        Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.0  acres |
| | Total | 1.0  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



003-0008C
A 1.0 ac.

Tierra Amarilla Community Ditch

### LEGEND

 Irrigated Tract Boundary

▶— Operable Ditch

▪ ▪ ▪ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0008C**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0008D

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MARGIE E. ATENCIO | | |
| SILVIANO A. ATENCIO | | |
| Consent Order Filed | 5/16/2008 | 9199 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet       Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.7  acres |
| | Total | 4.7  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



003-0008D
A 0.7 ac.

003-0008D
A 4.0 ac.

Tierra Amarilla Community Ditch

LEGEND

▭ Irrigated Tract Boundary

▶ Operable Ditch

▶--- Inoperable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet
0  50  100  200
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
CHTA-003-0008D
Tierra Amarilla
Community Ditch

## Subfile No. CHTA-003-0008E

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ANNA ATENCIO FERRELL | | |
| CARMELLA ATENCIO VAROS | | |
| Consent Order Filed | 7/29/2008 | 9251 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:**  IRRIGATION
**Point of Diversion**

>   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH
>   Location X:   1,557,188 feet       Location Y:   2,064,714 feet
>   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.5  acres |
| | Total | 0.5  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38