

## Subfile No. CHTA-003-0009

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| J.R. MARTINEZ ESTATE | | |
| Consent Order Filed | 3/24/2006 | 8181 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION
**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
    Location X:  1,557,188 feet     Location Y:  2,064,714 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 11.4 acres |
| | Total | 11.4 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Tierra Amarilla Community Ditch

003-0009
A 11.4 ac.

**LEGEND**

- Irrigated Tract Boundary
- ▶ Operable Ditch
- ▶ ▶ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0009**
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0010

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| DOLORES VALDEZ | | |
| JUSTINIANO VALDEZ | | |
| Consent Order Filed | 4/10/2002 | 6633 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet    Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.9 acres |
| | Total | 0.9 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

A-31

Subfile No. CHTA-003-0010



## Subfile No. CHTA-003-0011

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| EMILIE LUNA ANTHONY | | |
| ESTATE OF ESTHER BRUNO | | |
| ESTATE OF OLIVIA CARMODY | | |
| FRANK D. LUNA IV | | |
| GILBERT LUNA SR. | | |
| HILARIO LUNA | | |
| MARCELLA HASSON | | |
| SALOMON A. LUNA | | |
| Consent Order Filed | 2/8/2008 | 9103 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:** NUTRITAS DITCH NO. 2

    Location X: 1,564,319 feet    Location Y: 2,071,785 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 5.6 acres |
| Total | 5.6 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-003-0011

A-32



## Subfile No. CHTA-003-0012A

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| CHAMA VALLEY INDEPENDENT SCHOOL DISTRICT NO. 19 | | |
| Consent Order Filed | 11/18/2004 | 7655 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION
**Point of Diversion**
    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
    Location X: 1,557,188 feet    Location Y: 2,064,714 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.6 acres |
| | Total | 2.6 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

## B. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** NO RIGHT

**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X:  1,557,188 feet     Location Y:  2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.4 acres |
| | Total | 4.4 acres ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE



## Subfile No. CHTA-003-0012B

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| ORLANDO J. MARTINEZ | | |
| Consent Order Filed | 5/17/2005 | 7869 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION
**Point of Diversion**
    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
    Location X: 1,557,188 feet    Location Y: 2,064,714 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.1 acres |
| | Total | 2.1 acres |

As shown on Map CHTA-3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



## Subfile No. CHTA-003-0013A

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| RIO ARRIBA COUNTY | | |
|    Consent Order Filed | 6/20/2007 | 8701 |
|    Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
|    Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION
**Point of Diversion**
   **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
   Location X: 1,557,188 feet     Location Y: 2,064,714 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.7 acres |
| | Total | 2.7 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

003-0013A
A 2.7 ac.

Tierra Amarilla Community Ditch

**LEGEND**
- Irrigated Tract Boundary
- Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 300 feet
0  50  100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0013A**
Tierra Amarilla
Community Ditch




## Subfile No. CHTA-003-0013B

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| RIO ARRIBA COUNTY | | |
| Consent Order Filed | 10/12/2007 | 8959 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
    Location X: 1,557,188 feet     Location Y: 2,064,714 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 2.0 acres |
| Total | 2.0 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38





**LEGEND**
- Irrigated Tract Boundary
- Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 300 feet
0  50  100  200  300 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment and Decree

**Subfile Number**
**CHTA-003-0013B**
Tierra Amarilla Community Ditch

Tract label: 003-0013B A 2.0 ac.

Tierra Amarilla Community Ditch

## Subfile No. CHTA-003-0014A

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| RIO ARRIBA COUNTY | | |
|     Consent Order Filed | 6/21/2007 | 8711 |
|     Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
|     Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** NO RIGHT
**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
    Location X: 1,557,188 feet      Location Y: 2,064,714 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 10.5 acres |
| | Total | 10.5 acres ( No Right ) |

As shown on Map CHTA-3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

A-38

Subfile No. CHTA-003-0014A



## Subfile No. CHTA-003-0014B

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| EL CENTRO DE LOS NINOS | | |
|    Consent Order Filed | 7/20/2007 | 8736 |
|    Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
|    Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** NO RIGHT
**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH
   Location X:   1,557,188 feet      Location Y:   2,064,714 feet
   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 0.9  acres |
| Total | 0.9  acres  ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-003-0014B

A-39