

003-0014B
A 0.9 ac.
NR

Tierra Amarilla Community Ditch

## LEGEND

Irrigated Tract Boundary          ●—▶ Operable Ditch

No Right Tract Boundary          (NR) No Right

Date of Aerial Imagery: 1995



N
W — E
S

1 inch = 300 feet

0  50 100    200    300
Feet

### STATE OF NEW MEXICO
### Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
## CHTA-003-0014B
### Tierra Amarilla
### Community Ditch



## Subfile No. CHTA-003-0015

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOSIE SANCHEZ DUBOIS | | |
| MAGDALENE SANCHEZ | | |
| Consent Order Filed | 11/1/2007 | 9011 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.5 acres |
| | Total | 2.5 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



003-0015
A 2.5 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

Operable Ditch

Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0015**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0016

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| AGRIPINA G. SALAZAR | | |
| VICTOR SALAZAR SR. | | |
| Consent Order Filed | 10/23/2003 | 7280 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet      Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 5.5  acres |
| | Total | 5.5  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-41

Subfile No. CHTA-003-0016



003-0016
A 5.5 ac.

Tierra Amarilla Community Ditch

Paderon Lateral

LEGEND

 Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100    200    300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
CHTA-003-0016
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0017

| DEFENDANT | DATE | DOCKET NO. |
|-----------|------|------------|
| MARCELLA ULIBARRI | | |
| Consent Order Filed | 5/4/2006 | 8248 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet      Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 3.7 | acres |
| Total | 3.7 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                          A-42

Subfile No. CHTA-003-0017



003-0017
A 3.7 ac.

Tierra Amarilla Community Ditch

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0017**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0018

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ROSE M. ROMERO | | |
| Consent Order Filed | 3/24/2006 | 8180 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

**Ditch:**     TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet        Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.3  acres |
| | Total | 3.3  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                  A-43

Subfile No. CHTA-003-0018



003-0018
A 3.3 ac.

Tierra Amarilla Community Ditch

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|
| | | Office of the State Engineer | CHTA-003-0018 |
|  Irrigated Tract Boundary | | Tom Blaine, P.E., State Engineer | Tierra Amarilla Community Ditch |
|  Operable Ditch |  1 inch = 300 feet  0 50 100 200 300 Feet | Rio Chama Hydrographic Survey Section 7, Rito de Tierra Amarilla 2001 - 2018 [Proposed] Partial Final Judgment and Decree |  |
| Date of Aerial Imagery: 1995 | | | |

## Subfile No. CHTA-003-0019

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LEROY G. GARCIA | | |
| STELLA U. GARCIA | | |
| Consent Order Filed | 6/12/2002 | 6734 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**    TIERRA AMARILLA COMMUNITY DITCH

    Location X:  1,557,188 feet    Location Y:  2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 9.2  acres |
| | Total | 9.2  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

    Consumptive Irrigation Requirement (CIR) = 1.05

    Farm Delivery Requirement (FDR) =  2.63

    Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights
A-44

Subfile No. CHTA-003-0019



003-0019
A 9.2 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

▶— Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0019**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0020

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CELIA S. ULIBARRI | | |
| ERNESTO L. ULIBARRI JR. | | |
| Consent Order Filed | 1/25/2005 | 7745 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:** 1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**    TIERRA AMARILLA COMMUNITY DITCH

    Location X:    1,557,188 feet        Location Y:    2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.1  acres |
| | Total | 4.1  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-003-0020

A-45

## B.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

  **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

  Location X:   1,557,188 feet       Location Y:   2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 20.9  acres |
| | Total | 20.9  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

  Consumptive Irrigation Requirement (CIR) = 1.05

  Farm Delivery Requirement (FDR) =  2.63

  Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                        A-46

Subfile No. CHTA-003-0020



003-0020
B 20.9 ac.

Tierra Amarilla Community Ditch

003-0020
A 4.1 ac.

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 400 feet
0 50 100   200   300   400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0020**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0021

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ESTATE OF OCTAVIANO ULIBARRI | | |
| Default Order Filed | 11/1/2007 | 8983 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet     Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.4 acres |
| | Total | 4.4 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights       A-47

Subfile No. CHTA-003-0021



003-0021
A 2.9 ac.

003-0021
A 1.5 ac.

LEGEND

 Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100   200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**[Proposed] Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0021**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0022

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LEO E. RODELA | | |
| MARGARET RODELA | | |
| Consent Order Filed | 3/5/2007 | 8575 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

  **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

  Location X:   1,557,188 feet      Location Y:   2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.2  acres |
| | Total | 1.2  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

  Consumptive Irrigation Requirement (CIR) = 1.05

  Farm Delivery Requirement (FDR) =  2.63

  Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                                     A-48

Subfile No. CHTA-003-0022



003-0022
A 1.2 ac.

Tierra Amarilla Community Ditch

### LEGEND

 Irrigated Tract Boundary

 Operable Ditch

- - - - Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100    200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0022**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0023

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LUCILLE A. TRUJILLO | | |
| Consent Order Filed | 8/12/2005 | 8000 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

  **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

  Location X:   1,557,188 feet      Location Y:   2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.2  acres |
| | Total | 1.2  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

A-49

Subfile No. CHTA-003-0023

003-0023
A 1.2 ac.

Tierra Amarilla Community Ditch

## LEGEND



Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**[Proposed] Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0023**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0024

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LEO E. RODELA | | |
| Consent Order Filed | 3/24/2006 | 8182 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet       Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.8  acres |
| | Total | 1.8  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-003-0024

A-50

**B. IRRIGATED LANDS**

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**    TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet     Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.3  acres |
| | Total | 0.3  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights        A-51

Subfile No. CHTA-003-0024