## Subfile No. CHTA-003-0035

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| BENEDICT VALDEZ | | |
| HELEN VALDEZ | | |
| Consent Order Filed | 12/12/2003 | 7355 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet     Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.8 acres |
| | Total | 0.8 acres ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE



003-0035
A 0.8 ac.
NR

*Tierra Amarilla Community Ditch*

**LEGEND**

 No Right Tract Boundary

▶━ Operable Ditch

╍ ╍ Inoperable Ditch

NR No Right

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100        200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0035**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0036

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| IVAN C. CORRALES | | |
| MANUEL E. CORRALES | | |
| MARCELLA T. CORRALES | | |
| THERESA M. RAEL | | |
| Consent Order Filed | 3/5/2007 | 8576 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

  **Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

  Location X:   1,557,188 feet       Location Y:   2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 3.2 | acres |
| Total | 3.2 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

  Consumptive Irrigation Requirement (CIR) = 1.05
  Farm Delivery Requirement (FDR) =  2.63
  Project Diversion Requirement (PDR) = 4.38



003-0036
A 3.2 ac.

## LEGEND



Irrigated Tract Boundary ▶—— Operable Ditch

Pond ▬ ▬ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0  50  100       200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**[Proposed] Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0036**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0037

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOSEPH VALDEZ | | |
| RACHEL VALDEZ | | |
| Default Order Filed | 6/6/2006 | 8292 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.5  acres |
| | Total | 1.5  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



003-0037
A 1.5 ac.

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995

N
W    E
S

1 inch = 200 feet
0   50  100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0037**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0038

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| GILBERT L. MARTINEZ | | |
| Consent Order Filed | 11/1/2007 | 8996 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 5.4  acres |
| | Total | 5.4  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-003-0038

A-65



003-0038
A 2.6 ac.

003-0038
A 2.8 ac.

LEGEND

 Irrigated Tract Boundary

▶— Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0038**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0039A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ERNESTO SALAZAR | | |
| ESTHER H. SALAZAR | | |
| Consent Order Filed | 9/4/2002 | 6848 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet      Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.0  acres |
| | Total | 3.0  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                          A-66

Subfile No. CHTA-003-0039A



003-0039A
A 2.6 ac.

003-0039A
A 0.4 ac.

LEGEND

 Irrigated Tract Boundary

▶ Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0039A**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0039B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ANDREW ARAGON | | |
| DORA L. ARAGON | | |
| Default Order Filed | 7/14/2005 | 7945 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion**

 **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

 Location X:   1,557,188 feet      Location Y:   2,064,714 feet

 New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

Within the Tierra Amarilla Grant                                   2.8  acres

                                                       Total      2.8  acres   ( No Right )

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
   NONE



003-0039B
A 2.8 ac.

NR

## LEGEND

 No Right Tract Boundary

 Operable Ditch

NR  No Right

Date of Aerial Imagery: 1995

N
W   E
S

1 inch = 200 feet

0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0039B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0040

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RONALD J. DEMASTERS | | |
| Consent Order Filed | 5/4/2006 | 8249 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet      Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.7 acres |
| | Total | 1.7 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-003-0040

A-68



003-0040
A 1.7 ac.

## LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0040**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0041

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ANGELINA SANCHEZ | | |
| ELOY SANCHEZ | | |
| Consent Order Filed | 8/24/2007 | 8769 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

>    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH
>
>    Location X:   1,557,188 feet      Location Y:   2,064,714 feet
>
>    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.3  acres |
| | Total | 1.3  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                                  A-69

Subfile No. CHTA-003-0041



003-0041
A 1.3 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

▶━━ Operable Ditch

▬ ▬ ▬ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0  50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0041**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0042

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ROSINA L. PHILLIPS | | |
| Consent Order Filed | 9/19/2003 | 7229 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.4  acres |
| | Total | 1.4  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) =  1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-003-0042

A-70

## B. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet       Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.2  acres |
| | Total | 1.2  acres   ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
    NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-71

Subfile No. CHTA-003-0042



003-0042
A 1.4 ac.

003-0042
B 1.2 ac.

NR

LEGEND

Irrigated Tract Boundary    Operable Ditch

No Right Tract Boundary    (NR) No Right

Pond

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0042**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0043

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LIONEL E. MARTINEZ II | | |
| Consent Order Filed | 11/21/2006 | 8464 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

> **Ditch:**    TIERRA AMARILLA COMMUNITY DITCH
>
> Location X:    1,557,188 feet        Location Y:    2,064,714 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 8.5  acres |
| | Total | 8.5  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) =  1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

## B. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet      Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 1.7 acres | |
| Total | 1.7 acres | ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-73

Subfile No. CHTA-003-0043



003-0043
A 4.2 ac.

003-0043
A 4.3 ac.

003-0043
B 1.7 ac.

NR

**LEGEND**

 Irrigated Tract Boundary    ▶—  Operable Ditch

 No Right Tract Boundary    NR  No Right

Pond

Date of Aerial Imagery: 1995

1 inch = 300 feet

0  50 100   200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0043**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0044

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ELISEO M. VALDEZ | | |
| JOSEPHINE VALDEZ | | |
| Consent Order Filed | 1/25/2005 | 7747 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

Location X:  1,557,188 feet      Location Y:  2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.6  acres |
| | Total | 1.6  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                           A-74

Subfile No. CHTA-003-0044



003-0044
A 1.6 ac.

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995


1 inch = 200 feet
0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0044**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0045

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOSEPH VALDEZ | | |
| RACHEL VALDEZ | | |
| Consent Order Filed | 9/19/2003 | 7228 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION
**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet       Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.4 acres |
| | Total | 1.4 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38