

004-0025
A 2.3 ac.

Tierra Amarilla Community Ditch



LEGEND

Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0025**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0026

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOSE P. GALLEGOS | | |
| Consent Order Filed | 11/25/2002 | 6953 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

> **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
>
> Location X: 1,557,188 feet      Location Y: 2,064,714 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.2 acres |
| | Total | 2.2 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-004-0026

A-138



004-0026
A 2.2 ac.

Tierra Amarilla Community Ditch

## LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50 100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
2001 - 2018
**[Proposed] Partial Final Judgment**
**and Decree**

**Subfile Number**
**CHTA-004-0026**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0027A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOE E. SILVA | | |
| VICKI SILVA | | |
| | | |
| Consent Order Filed | 5/17/2005 | 7863 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet        Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.1  acres |
| | Total | 3.1  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-004-0027A

A-139



004-0027A
A 3.1 ac.

Tierra Amarilla Community Ditch

## LEGEND

 Irrigated Tract Boundary

Pond

▶— Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet

0  50  100    200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0027A**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0027B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| HOPE U. MARTINEZ | | |
| JUAN I. MARTINEZ | | |
| Default Order Filed | 3/6/2007 | 8599 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X:  1,557,188 feet     Location Y:  2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 6.8  acres |
| | Total | 6.8  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) =  4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-140

Subfile No. CHTA-004-0027B



Tierra Amarilla Community Ditch

004-0027B
A 6.8 ac.

| LEGEND | |
|---|---|
|  Irrigated Tract Boundary | |
| Pond | |
| Operable Ditch | |

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50  100        200
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0027B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0028

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| TRACY T. HOWELL | | |
| VIRGINIA MCDERMOTT | | |
| Default Order Filed | 3/6/2007 | 8599 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

 **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

 Location X:   1,557,188 feet      Location Y:   2,064,714 feet

 New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.7  acres |
| | Total | 0.7  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-141

Subfile No. CHTA-004-0028



004-0028
A 0.7 ac.

Tierra Amarilla Community Ditch

LEGEND

Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995

N
W   E
S

1 inch = 200 feet

0  50  100    200
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
CHTA-004-0028
Tierra Amarilla
Community Ditch

## Subfile No. CHTA-004-0029

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ANTONIO LUIS ABEYTA | | |
| Consent Order Filed | 5/15/2003 | 7136 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

　　**Ditch:**　TIERRA AMARILLA COMMUNITY DITCH

　　Location X:　1,557,188 feet　　　Location Y:　2,064,714 feet

　　New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.8 acres |
| | Total | 1.8 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0029
A 1.8 ac.

LEGEND

 Irrigated Tract Boundary

 Pond

▶— Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet


0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0029**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0030

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CECIL L. COX | | |
| Consent Order Filed | 8/12/2005 | 7979 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  NONE

**Purpose of Use:**  NO RIGHT

**Point of Diversion**

   **Ditch:**     NONE

   Location X:   0,000 feet          Location Y:   0,000 feet

      New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 409.0 acres | |
| | Total | 409.0 acres ( No Right ) |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                             A-143

Subfile No. CHTA-004-0030







## LEGEND

 Irrigated Tract Boundary
No Right Tract Boundary
 Pond
Operable Ditch
 Point of Diversion
 No Right

Date of Aerial Imagery: 1995 and 1996

N
W — E
S

1 inch = 1000 feet

0    500    1,000
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
CHTA-004-0030

Dry Farm

## Subfile No. CHTA-004-0031

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CARMELITA CHACON | | |
| JOSE L. MARTINEZ | | |
| Consent Order Filed | 1/25/2005 | 7738 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

> **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH
>
> Location X:   1,557,188 feet      Location Y:   2,064,714 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 8.5  acres |
| | Total | 8.5  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



004-0031
A 7.3 ac.

004-0031
A 1.2 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

▶— Operable Ditch

Date of Aerial Imagery: 1995

N
W    E
S

1 inch = 300 feet
0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0031**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0032

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ERLINDA TRUJILLO | | |
| LOUIS TRUJILLO | | |
| Consent Order Filed | 8/12/2005 | 7980 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet      Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.0  acres |
| | Total | 1.0  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05

   Farm Delivery Requirement (FDR) =  2.63

   Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                   A-145

Subfile No. CHTA-004-0032



004-0032
A 1.0 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0032**
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-004-0033

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| EVA R. VIGIL | | |

| | | |
|---|---|---|
| Consent Order Filed | 7/29/2004 | 7541 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X: 1,557,188 feet    Location Y: 2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.1 acres |
| | Total | 1.1 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0033
A 1.1 ac.

*Tierra Amarilla Community Ditch*

## LEGEND



Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0033**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0034

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ERIC WILLARD | | |
| Consent Order Filed | 1/25/2005 | 7737 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

> **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH
>
> Location X:   1,557,188 feet        Location Y:   2,064,714 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.6  acres |
| | Total | 3.6  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-147

Subfile No. CHTA-004-0034



004-0034
A 3.6 ac.

Tierra Amarilla
Community Ditch

LEGEND

- Irrigated Tract Boundary
- Pond
- Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 300 feet
0  50 100  200  300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
CHTA-004-0034
Tierra Amarilla
Community Ditch

## Subfile No. CHTA-004-0035

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| GILBERT L. MARTINEZ | | |
| Consent Order Filed | 8/24/2007 | 8768 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet        Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 9.0  acres |
| | Total | 9.0  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                          A-148

Subfile No. CHTA-004-0035