

004-0035
A 9.0 ac.

Tierra Amarilla
Community Ditch

LEGEND

 Irrigated Tract Boundary

 Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100   200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0035**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0036

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ROSINA L. PHILLIPS | | |
| Consent Order Filed | 9/19/2003 | 7231 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet        Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 13.8  acres |
| | Total | 13.8  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38



Tierra Amarilla Community Ditch

004-0036
A 13.8 ac.

## LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0036**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0037

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LIONEL E. MARTINEZ II | | |
| Consent Order Filed | 11/21/2006 | 8465 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 11.7  acres |
| | Total | 11.7  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                          A-150

Subfile No. CHTA-004-0037



Tierra Amarilla
Community Ditch

004-0037
A 11.7 ac.

LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100   200   300
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0037**
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-004-0038

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| TONY CASADOS SR. & SONS, PRTN. | | |
| Consent Order Filed | 9/19/2003 | 7233 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

**Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet       Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 34.7  acres |
| | Total | 34.7  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

A-151

Subfile No. CHTA-004-0038



Tierra Amarilla Community Ditch

004-0038
A 12.9 ac.

004-0038
A 2.2 ac.

004-0038
A 4.7 ac.

004-0038
A 14.9 ac.

LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 400 feet
0   100  200  300  400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0038**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0039A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CELIA S. ULIBARRI | | |
| ERNESTO L. ULIBARRI JR. | | |
| | | |
| Consent Order Filed | 10/12/2007 | 8950 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet      Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.4  acres |
| | Total | 2.4  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights
A-152

Subfile No. CHTA-004-0039A



004-0039A
A 2.4 ac.

*Tierra Amarilla Community Ditch*

## LEGEND



Irrigated Tract Boundary

▶—  Operable Ditch

▪ ▪ ▪  Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0   100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0039A**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0039B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RIO ARRIBA COUNTY | | |
| Consent Order Filed | 11/1/2007 | 9013 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion**

   **Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet      Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 7.6  acres |
| | Total | 7.6  acres  ( No Right ) |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
   NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights

Subfile No. CHTA-004-0039B

A-153



004-0039B
A 7.6 ac.

NR

Tierra Amarilla Community Ditch

## LEGEND

 No Right Tract Boundary

 No Right

 Operable Ditch

 Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0   100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0039B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0040

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LA CLINICA FOUNDATION | | |
| Consent Order Filed | 3/24/2006 | 8203 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**   TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet      Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.0 acres |
| | Total | 3.0 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights    A-154

Subfile No. CHTA-004-0040



004-0040
A 3.0 ac.

*Tierra Amarilla Community Ditch*

## LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0    100    200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0040**
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-005-0001

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MIGUEL TRUJILLO | | |
| Consent Order Filed | 7/24/2006 | 8320 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

    **Ditch:**   TRUJILLO DITCH

    Location X:   1,541,507 feet        Location Y:   2,070,817 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 7.8  acres |
| | Total | 7.8  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

## B. IRRIGATED LANDS

**Priority:** 1887

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

   **Ditch:**   UNNAMED DITCH NO. 2

   Location X:   1,541,755 feet      Location Y:   2,071,705 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 13.9  acres |
| | Total | 13.9  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                              A-156

Subfile No. CHTA-005-0001



Trujillo Ditch

005-0001
A 7.8 ac.

005-0001
B 13.9 ac.

Unnamed Ditch No. 2

LEGEND

 Irrigated Tract Boundary

Operable Ditch

Point of Diversion

Date of Aerial Imagery: 1995



1 inch = 300 feet

0   100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-005-0001**
**Trujillo Ditch &**
**Unnamed Ditch No. 2**



## Subfile No. CHTA-005-0002

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MARIANO S. MANZANARES | | |
| MARY L. MANZANARES | | |
| RUBEN MANZANARES | | |
| Consent Order Filed | 8/12/2005 | 7981 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.
**Purpose of Use:** IRRIGATION
**Point of Diversion**

> **Ditch:**   MANZANARES DITCH
>
> Location X:   1,539,568 feet      Location Y:   2,069,408 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 12.2  acres |
| | Total | 12.2  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

## B.  IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion**

   **Ditch:**   UNNAMED DITCH NO. 2

   Location X:   1,541,755 feet        Location Y:   2,071,705 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 6.9  acres |
| | Total | 6.9  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05

   Farm Delivery Requirement (FDR) = 2.63

   Project Diversion Requirement (PDR) = 4.38



Subfile Number
**CHTA-005-0002**
Manzanares Ditch &
Unnamed Ditch No. 2

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

1 inch = 300 feet

0   100   200   300
Feet

LEGEND

Irrigated Tract Boundary

Operable Ditch

Point of Diversion

Date of Aerial Imagery: 1995

005-0002
A 0.8 ac.

005-0002
B 6.9 ac.

005-0002
A 0.2 ac.

Unnamed Ditch No. 2

Manzanares Ditch

005-0002
A 11.2 ac.

## Subfile No. CHTA-005-0003

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CHARLES DOVE | | |
| LOUELLA DOVE | | |
| Consent Order Filed | 10/23/2003 | 7282 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

> **Ditch:**   BRIGGS DITCH
>
> Location X:   1,537,097 feet      Location Y:   2,069,046 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 23.8  acres |
| | Total | 23.8  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-159

Subfile No. CHTA-005-0003



005-0003
A 23.8 ac.

Briggs Ditch

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

⊙ Point of Diversion

Date of Aerial Imagery: 1995



1 inch = 300 feet

0   100   200   300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-005-0003**
**Briggs Ditch**



## Subfile No. CHTA-005-0004

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JAMIE SAMS | | |
| Consent Order Filed | 10/23/2003 | 7283 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1887

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion**

  **Ditch:**   BRIGGS DITCH

  Location X:   1,537,097 feet       Location Y:   2,069,046 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 11.5  acres |
| | Total | 11.5  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-160

Subfile No. CHTA-005-0004



Briggs Ditch

005-0004
A 11.5 ac.

LEGEND

 Irrigated Tract Boundary

▶ Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0   100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E.,  State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
[Proposed] Partial Final Judgment
and Decree

Subfile Number
**CHTA-005-0004**
**Briggs Ditch**



## Subfile No. CHTA-005-0005

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ISIDORO MANZANARES | | |
| Default Order Filed | 4/7/2008 | 9153 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  NONE

**Purpose of Use:**  NO RIGHT

**Point of Diversion**

**Ditch:**     NONE

Location X:    0,000 feet          Location Y:    0,000 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 23.1  acres | |
| | Total | 23.1  acres  ( No Right ) |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) [Proposed] Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**
NONE

[Proposed] Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                         A-161

Subfile No. CHTA-005-0005