

**LEGEND**
- Irrigated Tract Boundary
- No Right Tract Boundary
- (NR) No Right

Date of Aerial Imagery: 1995

1 inch = 400 feet
0 100 200 300 400 Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
[Proposed] Partial Final Judgment and Decree

**Subfile Number**
**CHTA-005-0005**