IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>       Plaintiff,<br><br>       v.<br><br>ROMAN ARAGON, *et al.*,<br><br>       Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla |

## NOTICE OF FILING OF ADDENDUM TO [PROPOSED] PARTIAL FINAL JUDGMENT AND DECREE ON SURFACE WATER IRRIGATION RIGHTS IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM – PART FOUR

Pursuant to this Court's *Order Establishing Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11349, filed 06/13/18), now comes the Plaintiff State of New Mexico, *ex rel*. State Engineer ("State"), and gives notice of filing of the Addendum to the *[Proposed] Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11342-2, field 05/14/18).

Due to CM/ECF file size limits, the Addendum will be filed in four parts. The first two filings cover Book 1 of the Addendum. The third filing includes Book 2 of the Addendum,

1

exclusive of the large format maps (PART H). The fourth filing includes large format maps (PART H of the Addendum).

Submitted by:

/s/ Felicity Strachan
EDWARD G. NEWVILLE
FELICITY STRACHAN
Special Assistants Attorney General
*Attorney for State of New Mexico*
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 819-4044
Email: felicity.strachan@state.nm.us

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on June 22, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.

/s/ Felicity Strachan
FELICITY STRACHAN