IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

   v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rito de Tierra Amarilla

## NOTICE OF COMPLIANCE WITH COURT ORDER IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I certify that, in conformity with the June 13, 2018 *Order Establishing Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11349), I have made available to the public a copy of the Addendum to the Proposed Partial Final Judgment and Decree for the Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System ("Addendum"), by placing a copy of the Addendum and attendant hydrographic survey maps at the Office of the Rio Arriba County Clerk in Tierra Amarilla and in Española; at the federal District Court in Santa Fe and Albuquerque; at the Utton Center at the UNM School of Law; and the Water Resource Allocation Program ("WRAP") of the Office of the State Engineer ("OSE") in Santa Fe at 130 South Capitol Street. Additionally, the Addendum and attendant hydrographic survey maps have been posted on the OSE website at www.ose.state.nm.us under the heading HOT TOPICS.

1

Respectfully submitted

/s/ Felicity Strachan
Felicity Strachan
*Special Assistant Attorney General*
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on June 25, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.

/s/ Felicity Strachan
FELICITY STRACHAN