IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 3: Rio Cebolla |
| Defendants. | Subfile No.: CHCB-001-0001F |

.

## NOTICE OF STIPULATION AND WITHDRAWAL OF OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE IN SUBFILE NO. CHCB-001-0001F

Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") hereby gives notice that Defendant Petra Jimenez Maes (Subfile No. CHCB-001-0001F) has withdrawn the objection filed on her own and others' behalf to the priority dates and irrigation water requirements proposed by the State for the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System ("Cebolla Subsection"). *See Stipulation and Withdrawal of Objection and Response to Notice and Order to Show Cause*, attached hereto as Exhibit 1.

In September of 2017, this Court entered a *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11281, filed 09/11/17) requiring defendants in the Cebolla Subsection to file an objection if they disagreed with the priority dates and irrigation water requirements proposed by the State for the Cebolla Subsection. On December 4, 2017, Defendant Petra Jimenez Maes filed an objection on behalf of herself and others

-1-

in the Cebolla Subsection. That objection has now been withdrawn. *See* Exhibit 1.

It should be noted that Exhibit 1 contains a clerical error. The heading indicates that the stipulation is in regard to Subfile No. CHTA-001-0001F. In fact, the subfile at issue is No. CHCB-001-0001F. The State takes full responsibility for the inaccuracy and apologizes for any confusion.

Respectfully submitted,

*/s/* Felicity Strachan
FELICITY STRACHAN
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 819-1044
Email: felicity.strachan@state.nm.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of July, 2018, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

*/s/* Felicity Strachan
FELICITY STRACHAN