IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,
    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

Subfile No.: CHTA-001-0001F

## STIPULATION AND WITHDRAWAL OF OBJECTION AND RESPONSE TO NOTICE AND ORDER TO SHOW CAUSE

Pursuant to this Court's *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* ("Notice and Order to Show Cause," Doc. 11281, filed 09/11/17), defendants in the water rights adjudication of the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System ("Cebolla Subsection") were required to file an objection if they disagreed with the determination of priority dates and irrigation water requirements proposed by the State of New Mexico ("State") as described in the Notice and Order to Show Cause.

The deadline for filing such objections was December 11, 2017. On December 4, 2017, an objection was timely filed by Defendant Petra Jimenez Maes on behalf of Angelo Archuleta, Nelda Archuleta, Margarita Maes Ryzdnski, Gilbert Maes, Jesus Maes, Lydia Maes Garcia, Ronie Maes, Celeste Maes, Immanuel Maes, Joshua Maes, Petra Maes, and Lorie Martinez (Doc. 11308). That objection is now withdrawn. The claimants listed above are in agreement with the State regarding the determination of priority dates and irrigation water requirements for their water rights in the Cebolla Subsection, and stipulate to the determination of priority dates and

irrigation water requirements proposed by the State as detailed in the Notice and Order to Show Cause.

DATED this 22 day of June, 2018.

_____
Petra Jimenez Maes
Attorney for Defendants Angelo Archuleta, Nelda Archuleta, Margarita Maes Ryzdnski, Gilbert Maes, Jesus Maes, Lydia Maes Garcia, Ronie Maes, Azalea Maes, Celeste Maes, Immanuel Maes, Joshua Maes, Petra Maes, and Lorie Martinez