IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>       Plaintiff,<br><br>   v.<br><br>ROMAN ARAGON, *et al.*,<br><br>       Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla |

**NOTICE OF MAIL RETURNED AS UNDELIVERABLE**

Plaintiff State of New Mexico, *ex rel.* State Engineer, gives notice that mail sent on June 14, 2018, to the persons on the attached list (marked as Exhibit 1), in connection with service of copies of the *Notice of Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11350, filed 06/13/18) and two attendant forms (Docs. 11352 and 11353, filed 06/13/18), was returned as undeliverable.

Additional notices or copies of pleadings will not be sent to these persons at the addresses identified on the attached list.

Respectfully submitted

/s/ Felicity Strachan
Felicity Strachan
*Special Assistant Attorney General*
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

1