Patricia A. Alvardo
P.O. Box 1200
Santa Cruz, NM  87567

Ivan C. Corrales
500 4th Street NW, Suite 200
Albuquerque, NM  87102

Manuel E. Corrales
500 4th Street NW, Suite 200
Albuquerque, NM  87102

Marcella Corrales
500 4th Street NW, Suite 200
Albuquerque, NM  87102

Cecil L. Cox
P.O. Box 10
Los Ojos, NM  87551

El Centro de Los Ninos
P.O. Box 248
Tierra Amarilla, NM  87575

Juanita Eturriaga
P.O. Box 296
Tierra Amarilla, NM  87575

Jose P.Gallegos
Jose P. Gallegos Estate
P.O. Box 387
Tierra Amarilla, NM  87575

Adan Garcia, Jr.
HCR 77 Box 38
Ojo Caliente, NM  87549

Gail Garcia
Michael S. Garcia
HC 75 Box 126
Tierra Amarilla, NM  87575

Marcella Hasson
13148 La Joya Circ., 303B
La Mirada, CA  90638

Tracy T. Howell
Virginia McDermott
P.O. Box 984
Santa Fe, NM  87504-1984

Reynel O. Lucero
P.O. Box 213
Tierra Amarilla, NM  87575

Mary L. Manzanares
23525 Arlington Ave.
Terrance, CA  90501

Heirs of Carlota L. Martinez
c/o Frank A. Martinez
346 Forest Road 314
Jemez Springs, NM  87025

Hope U. Martinez
Juan I. Martinez
P.O. Box 1012
El Prado, NM  87529

J.R. Martinez Estate
c/o Daniel Cleavinger, Esq.
P.O. Box 2470
Farmington, NM  87499

Orlando J. Martinez
P.O. Box 111
Los Ojos, NM 87551

Theresa M. Rael
500 4th Street NW, Suite 200
Albuquerque, NM  87102

Rio Arriba County
c/o Ted J. Trujillo
P.O. Box 2185
Espanola, NM  87532

Simonita U. Trujillo
910 Rio Vista
Santa Fe, NM  87501

Exhibit 1

Eva R. Vigil
Rt. 3 Box 167
Espanola, NM 87532

Exhibit 1