**MAIL RETURNED AS UNDELIVERABLE:**

Eric Willard
701 Broadway St., Ste. 317
Plainview, TX 79072

EXHIBIT 1