IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 3: Rio Cebolla |
| Defendants. | Subfile No.: CHCB-001-0001E |

### NOTICE OF STIPULATION AND WITHDRAWAL OF OBJECTION IN SUBFILE NO. CHCB-001-0001E

Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") hereby gives notice that Defendant Ronnie F. Garcia (Subfile No. CHCB-001-0001E) has withdrawn his objection to the priority dates and irrigation water requirements proposed by the State for the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System ("Cebolla Subsection"). *See Stipulation and Withdrawal of Objection in Subfile No. CHCB-001-0001E*, attached hereto as Exhibit 1.

In September of 2017, this Court entered a *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* ("Notice and Order to Show Cause," Doc. 11281, filed 09/11/17) requiring defendants in the Cebolla Subsection to file an objection if they disagreed with the priority dates and irrigation water requirements proposed by the State for the Cebolla Subsection. On December 11, 2017, Defendant Ronnie F. Garcia filed an objection (Doc. 11311). That objection has now been withdrawn. *See* Exhibit 1. Defendant Ronnie

-1-

F. Garcia is now in agreement with the State as to the determination of priority dates and irrigation water requirements proposed by the State for the Cebolla Subsection as detailed in the September 11, 2017 Notice and Order to Show Cause.

Respectfully submitted,

*/s/* Felicity Strachan
FELICITY STRACHAN
Special Assistant Attorney General
Office of State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 819-1044
Email: felicity.strachan@state.nm.us

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of July, 2018, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail. Additionally, I mailed a copy of this notice to Defendant Ronnie F. Garcia at the following address:

Ronnie F. Garcia
HC 63 Box 270112
Fruitland, UT 84027

*/s/* Felicity Strachan
FELICITY STRACHAN