IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 3: Rio Cebolla |
| Defendants. | Subfile: CHCB-001-0001E |

### STIPULATION AND WITHDRAWAL OF OBJECTION
### IN SUBFILE NO. CHCB-001-0001E

Pursuant to this Court's *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* ("Notice and Order to Show Cause," Doc. 11281, filed 09/11/17), water rights holders in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System ("Cebolla Subsection") were required to file an objection if they disagreed with the determination of priority dates and irrigation water requirements proposed by the State of New Mexico ("State") as described in the Notice and Order to Show Cause.

The deadline for filing such objections was December 11, 2017. An objection was timely filed on December 11, 2017 by Defendant Ronnie F. Garcia in Subfile No. CHCB-001-0001E. That objection is now withdrawn. Defendant Ronnie F. Garcia is in agreement with the State regarding the determination of priority dates and irrigation water requirements for surface water irrigation rights in the Cebolla Subsection, and stipulates to the determination of priority dates and irrigation water requirements as detailed in the Notice and Order to Show Cause.

_/s/ Ronnie Garcia_       7/20/2018
RONNIE F. GARCIA      DATE
HC 63 Box 270112
Fruitland, UT 84027

