IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

## MOTION TO CORRECT NAME OF WATER SOURCE AND NAME OF SUBSECTION IN THE RIO DEL OSO & RITO VALLECITOS SUBSECTION OF SECTION 1 OF THE RIO CHAMA STREAM SYSTEM

**NOW COMES** the Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), and moves this Court to issue an order correcting the name of the source of water identified below and located in the Rio del Oso & Rito Vallecitos Subsection of Section 1 of the Rio Chama Stream System as follows:

    From:   Rito Vallecitos             to:   Rio Vallecito

Additionally, the State requests that this Court's order also correct the name of the subsection as follows:

    From:   Rio del Oso & Rito Vallecitos   to:   Rio del Oso & Rio Vallecito

The State requests that this Court order that all documents previously filed in the above-named cause are hereby corrected as described above.

As grounds for this motion, the State states that this proposed name change was requested

by certain *parciantes* in this subsection in order to conform the adjudication documents to local usage and historical information. The State has conducted additional review of historical documents for this area and concluded that the claim is correct and that the corrections should be made.

> Respectfully submitted,
>
> /s/ Felicity Strachan
> FELICITY STRACHAN
> *Attorney for Plaintiff State of New Mexico*
> Special Assistant Attorney General
> Office of the State Engineer
> P.O. Box 25102
> Santa Fe, NM 87504-5102
> (505) 819-1044
> felicity.strachan@state.nm.us

## Certificate of Service

I certify that on July 31, 2018, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

> /s/ Felicity Strachan
> FELICITY STRACHAN