IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 7: Rito de Tierra Amarilla |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

## PROOF OF PUBLICATION OF PUBLIC NOTICE OF PROPOSED FINAL JUDGMENT AND DECREE ON SURFACE WATER IRRIGATION RIGHTS IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

Plaintiff State of New Mexico, *ex rel.* State Engineer, by and through its undersigned counsel, hereby files proof of publication of the *Public Notice of Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* issued by this Court (Doc. 11351, filed 05/14/18) in connection with the entry of partial final judgment and decree on surface water irrigation rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System.

Attached as Exhibit 1 is the Affidavit of Publication.

Respectfully submitted

/s/ Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

**Certificate of Service**

I certify that on August 23, 2018 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan