## Affidavit of Publication

State of New Mexico
County of Rio Arriba

I, Robert Trapp, being first duly sworn, declare and say I am the publisher of the Rio Grande SUN, a weekly newspaper published in the English language and having a general circulation in the County of Rio Arriba, State of New Mexico, and being a newspaper duly qualified to publish legal notices and advertisements under the provisions of Chapter 167 of the Session Laws of 1937. The publication, a copy of which is hereto attached, was published in said paper once each week for

__4__ consecutive weeks and on the same day of each week in the regular issue of the paper during the time of publication and the notice was published in the newspaper proper, and not in any supplement. The first publication being on the __21__ day of __June, 2018__ and the last publication on the __12__ day of __July, 2018__ payment for said advertisement has been duly made, or assessed as court costs. The undersigned has personal knowledge of the matters and things set forth in this affidavit.

_Robert Trapp_
Publisher

Subscribed and sworn to before me this __12__ day of __July__ A.D. __2018__

_Maria V. Lopez-Garcia_
Maria V. Lopez-Garcia / Notary Public
My commission expires 13 July 2021



OFFICIAL SEAL
MARIA V. LOPEZ-GARCIA
Notary Public
State of New Mexico
My Comm. Expires 7/13/21

## Publisher's Bill

__306__ lines one time at __$214.20__

__306__ lines __3__ times at __$550.80__

Affidavit __$5.00__

Subtotal __$770.00__

Tax __$68.82__

Total __$838.82__

**Payment received at Rio Grande SUN**

Date __August 9, 2018__

By _____

PO# 55000-0000018016

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, EX REL. STATE ENGINEER
PLAINTIFF,
V.
ROMAN ARAGON, ET AL., DEFENDANTS.

RIO CHAMA STREAM SYSTEM
SECTION 7: RITO DE TIERRA AMARILLA
PUBLIC NOTICE OF PROPOSED PARTIAL FINAL JUDGMENT AND DECREE ON SURFACE WATER IRRIGATION RIGHTS IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

TO ALL CLAIMANTS, KNOWN AND UNKNOWN, WHO CLAIM A RIGHT TO USE THE PUBLIC SURFACE OR UNDERGROUND WATERS IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM:

You are hereby notified that the State of New Mexico has prepared a Proposed Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System ("proposed Decree") to be filed in the United States District Court. The Rito de Tierra Amarilla Subsection includes the watershed of the Rito de Tierra Amarilla, a tributary of the Rio Chama. If you have water rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System ("Tierra Amarilla Subsection") that may be affected by any of the provisions of the proposed Decree, you have the right to file inter se objections and offer evidence to the Court in support of those objections. This inter se proceeding will be the only opportunity to file objections to the determination of surface water irrigation rights described in the proposed Decree, Addendum, and hydrographic survey maps. **All persons having water rights in the Tierra Amarilla Subsection will be bound by the outcome of the proceedings to resolve inter se objections.** The Court's previous determinations of priority dates and irrigation water requirements, by Orders filed on June 7, 2011 (Doc. 10153) and January 18, 2018 (Doc. 11316) respectively, are binding on all claimants, known and unknown, diverting and using water in the Tierra Amarilla Subsection. **Persons using surface or underground water in the Tierra Amarilla Subsection cannot object to the determination of priority dates and irrigation water requirements of the surface water irrigation rights described in the proposed Decree. In addition, persons in the Tierra Amarilla Subsection may not file objections to the previous determination of their own surface water irrigation rights.**

Procedural details for filing objections to the proposed Decree are set forth below. Blank forms (entitled "Inter Se Objection to Surface Water Irrigation Rights") will be made available to the public at the following address:
Office of the Clerk
United States District Court
333 Lomas Blvd. NW, Suite 270 Albuquerque, New Mexico

All objections must have a caption identifying the Case and Case Number (69cv07941- MV/KK) and must: 1) contain the subfile number of the water right objected to, 2) identify the defendant associated with that water right, 3) provide a brief explanation of the reason for the objection, 4) describe your own water rights in the Tierra Amarilla Subsection, and 5) be signed by the person making the objection. A blank form (entitled "Inter Se Objection to Surface Water Irrigation Rights") that may be used for this purpose will be made available to the public at the locations described above and on the Office of the State Engineer website.

If you timely file an inter se objection, the State will send you its proposed scheduling and pretrial order which will set forth the procedure and schedule for resolving inter se objections. You will have fourteen days to file a response to the State's proposed scheduling and pretrial order.

**If you have water rights in the Tierra Amarilla Subsection, you may participate in the proceedings to resolve inter se objections whether or not you file an inter se objection.** If any inter se objections are timely filed, the State will prepare a report that summarizes all objections and make the report available for public inspection at the locations described above no later than _____ (120 days after entry of procedural order). Persons who elect to participate in the proceedings to resolve inter se objections must file a notice of intent to participate with the Court **no later than** _____ (150 days after entry of procedural order). Blank forms (entitled "Notice of Intent to Participate in Inter Se Proceedings") that may be used for this purpose will be made available with the report that summarizes inter se objections.

Copies of the proposed Decree with an Addendum that summarizes the water rights adjudicated in subfile orders, and hydrographic survey maps showing the location of all tracts described in the Addendum, are available for inspection at the Office of the Rio Arriba County Clerk in Tierra Amarilla and in Espan?ola. Copies are also available for inspection at the Federal District Court in Santa Fe and in Albuquerque, at the UNM School of Law, and at the Office of the State Engineer at the following addresses:
Office of the Clerk
United States District Court 106 South Federal Place Santa Fe, New Mexico
Office of the Clerk
United States District Court 333 Lomas Blvd. NW Albuquerque, New Mexico
Joe M. Stell Ombudsman Program at Utton Center
UNM School of Law
1117 Stanford NE, Room 1216 Albuquerque, New Mexico
Office of the State Engineer
Water Resource Allocation Program
Bataan Memorial Building, Room 102
Santa Fe, New Mexico

The proposed Decree and Addendum are also available on the Office of the State Engineer's website (www.ose.state.nm.us).

If you do not wish to object to the determination of water rights of other individuals, as described in the Addendum, you do not need to take any further action. If objections are filed by any persons, you may participate in the proceedings to resolve those objections as described below. If no objections are filed with the Court, you will be bound by the provisions of the proposed Decree.

If you wish to object, you or your attorney must file an objection with the United States District Court for the District of New Mexico. Objections must be filed in person or by mail to be received by the Court **no later than** _____ (90 days from entry of procedural order).

If you have any questions, call or write:
Felicity Strachan
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
Telephone: (505) 819-1044
E m a i l : felicity.strachan@state.nm.us

John W. Utton
Attorney for Associacion de Acequias Norteñas de Rio Arriba
Utton & Kery, P.A.
317 Commercial, N.E., Suite 316 Albuquerque, New Mexico 87102
Telephone: (505) 699-1445
E m a i l : john@uttonkery.com

/s/ KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
(Published June 21, 28, July 5 & 12, 2018)