IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rio
             Vallecito

## ORDER CORRECTING NAME OF WATER SOURCE AND NAME OF SUBSECTION IN THE RIO DEL OSO & RIO VALLECITO SUBSECTION OF SECTION 1 OF THE RIO CHAMA STREAM SYSTEM

**THIS MATTER** comes before the Court on the State of New Mexico's *Motion to Correct Name of Water Source and Name of Subsection in the Rio del Oso & Rito Vallecitos Subsection of Section 1 of the Rio Chama Stream System,* Doc. 11365, filed July 31, 2018.  No responses opposing the Motion have been filed.  The Court, having considered the Motion and being fully advised in the premises, will **GRANT** the Motion.  The name of the source of water identified below and located in the Rio del Oso & Rio Vallecito Subsection of Section 1 of the Rio Chama Stream System is corrected as follows:

    From:    Rito Vallecitos                to:    Rio Vallecito

    Additionally, the name of the subsection is corrected as follows:

    From:    Rio del Oso & Rito Vallecitos    to:    Rio del Oso & Rio Vallecito

    All documents previously filed in the above-named cause are hereby corrected as described

above.

    **IT IS SO ORDERED.**

_____
**MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE**