IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM
Section 3: Canjilon Creek

Subfile No. CHCJ-002-0030

### ORDER AMENDING DEFAULT JUDGMENT
### FILED AUGUST 29, 2002 FOR SUBFILE CHCJ-002-0030

THIS MATTER is before the Court on the State of New Mexico's August 7, 2018 *Motion to Correct Clerical Error in Order Granting Default Judgment Filed August 29, 2002* (Doc. 6835) *for Subfile CHCJ-002-0030*, Doc. 11366, filed August 7, 2018. The State seeks to correct a clerical error in the description of the X and Y coordinates of the point of diversion of the Rivera Ditch No. 2 in Subfile CHCJ-002-0030. Under the Federal Rule of Civil Procedure 60(a) the court may correct clerical errors in judgments on its own initiative or the motion of any party. No responses opposing the motion have been filed. The Court will **GRANT** the motion.

The description of the location of the point of diversion of the Rivera Ditch No. 2 in Subfile CHCJ-002-0030 is amended as follows:

    **Point of Diversion:**

        **Ditch Name:** RIVERA DITCH NO. 2

        **Location: X** = 1,587,140 feet        **Y** = 2,001,278 feet

        New Mexico State Plane Coordinate System, Central Zone, NAD 1983

2

The Clerk of the Court shall mail a copy of this Order to the following:

Max Marquez
P.O. Box 704
El Rito, NM 87530

**IT IS SO ORDERED.**

_____
**MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE**

2