IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 3: Canjilon Creek<br><br>Subfile Nos.　CHCJ-002-0024<br>　　　　　　　CHCJ-002-0025<br>　　　　　　　CHCJ-002-0026<br>　　　　　　　CHCJ-002-0035<br>　　　　　　　CHCJ-002-0041<br>　　　　　　　CHCJ-002-0048<br>　　　　　　　CHCJ-002-0049A<br>　　　　　　　CHCJ-002-0049B<br>　　　　　　　CHCJ-002-0050<br>　　　　　　　CHCJ-003-0025<br>　　　　　　　CHCJ-003-0051<br>　　　　　　　CHCJ-003-0053<br>　　　　　　　CHCJ-003-0054<br>　　　　　　　CHCJ-003-0055<br>　　　　　　　CHCJ-003-0056<br>　　　　　　　CHCJ-003-0057<br>　　　　　　　CHCJ-003-0058<br>　　　　　　　CHCJ-003-0059A<br>　　　　　　　CHCJ-003-0059B<br>　　　　　　　CHCJ-003-0061<br>　　　　　　　CHCJ-003-0067<br>　　　　　　　CHCJ-003-0068<br>　　　　　　　CHCJ-004-0028<br>　　　　　　　CHCJ-004-0040<br>　　　　　　　CHCJ-004-0047 |

**ORDER CORRECTING CLERICAL ERROR IN DESCRIPTION OF
POINT OF DIVERSION OF EL LLANO DITCH IN CANJILON CREEK SUBSECTION
OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM**

　　**THIS MATTER** is before the Court on the State of New Mexico's August 15, 2018

*Motion to Correct Clerical Error in Description of Point of Diversion of El Llano Ditch in*

*Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11367). Plaintiff State of New Mexico, *ex rel.* State Engineer, ("State") requests the Court to amend the subfile orders listed below in the Canjilon subsection of Section 3 of the Rio Chama Stream System ("Canjilon Subsection") to correct a clerical error in description of the point of diversion for the El Llano ditch. No responses opposing the motion have been filed. The Court will **GRANT** the motion. The description of the Point of Diversion for the subfile orders listed below is amended as follows:

1. In the subfile orders listed below, the X coordinate of the point of diversion for the El Llano ditch is described as X = 1,593,224 feet. The correct description is X = 1,593,223 feet, as described in the July 14, 2000 hydrographic survey of the Canjilon Subsection, and in all other subfile orders entered by the Court in these proceedings describing the coordinates of the point of diversion for the El Llano ditch.

> CHCJ-002-0024
> Consent Order filed January 25, 2005 (Doc. 7753)
>
> CHCJ-002-0025
> Consent Order filed January 25, 2005 (Doc. 7734)
>
> CHCJ-002-0026
> Consent Order filed August 27, 2009 (Doc. 9493)
>
> CHCJ-002-0035
> Default Order filed February 13, 2008 (Doc. 9110)
>
> CHCJ-002-0041
> Consent Order filed October 2, 2008 (Doc. 9300)
>
> CHCJ-002-0048
> Consent Order filed October 2, 2008 (Doc. 9299)
>
> CHCJ-002-0049A
> Consent Order filed February 8, 2008 (Doc. 9099)
>
> CHCJ-002-0049B
> Consent Order filed October 2, 2008 (Doc. 9302)

CHCJ-002-0050
Default Order filed February 13, 2008 (Doc. 9111)

CHCJ-003-0025
Consent Order filed November 5, 2008 (Doc. 9318)

CHCJ-003-0051
Consent Order filed September 3, 2004 (Doc. 7582)

CHCJ-003-0053
Default Order filed January 7, 2009 (Doc. 9363)

CHCJ-003-0054
Default Order filed February 13, 2008 (Doc. 9110)

CHCJ-003-0055
Consent Order filed November 18, 2004 (Doc. 7658)

CHCJ-003-0056
Consent Order filed May 6, 2008 (Doc. 9183)

CHCJ-003-0057
Consent Order filed May 6, 2008 (Doc. 9184)

CHCJ-003-0058
Default Order filed February 13, 2008 (Doc. 9110)

CHCJ-003-0059A
Default Order filed January 7, 2009 (Doc. 9363)

CHCJ-003-0059B
Default Order filed January 7, 2008 (Doc. 9363)

CHCJ-003-0061
Consent Order filed March 3, 2009 (Doc. 9420)

CHCJ-003-0067
Consent Order filed May 6, 2008 (Doc. 9186)

CHCJ-003-0068
Consent Order filed November 1, 2007 (Doc. 8995)

CHCJ-004-0028
Consent Order filed December 10, 2007 (Doc. 9046)

CHCJ-004-0040

  Consent Order filed April 7, 2008 (Doc. 9157)

  CHCJ-004-0047
  Consent Order filed May 17, 2005 (Doc. 7868)

The description of the coordinates of the point of diversion for the El Llano ditch in the subfile orders described above is amended to state that the X coordinate of the point of diversion is X = 1,593,223 feet.

  The Clerk of the Court shall mail a copy of this Order to the parties listed below at the address listed:

Eliza J. Jaramillo
Leo Jaramillo
2724 Washington NE
Albuquerque, NM 87110

Jerry Castillo
Mary W. Castillo
250 Calle Vista Grande
Bernalillo, NM 87004

Henrietta Morales
Moises Morales Jr.
P.O. Box 54
Tierra Amarilla, NM 87575

Andrew Valdez
P.O. Box 605
Canjilon, NM 87515

Bertha Baca
1115 Ocate Rd. #54
Santa Fe, NM 87505

Jose Lorenzo Martinez
P.O. Box 532
Canjilon, NM 87515

Fermin Maes
P.O. Box 543
Canjilon, NM 87515

David Manuel Maes

P.O. Box 634
Canjilon, NM 87515

Chris Montaño
5404 Monterey Cove NW
Albuquerque, NM 87114

Carlos A. Garcia
4009 Donald Rd. SW
Albuquerque, NM 87105

Lena Sanchez
P.O. Box 1048
Española, NM 87532

Joseph D. Montoya
P.O. Box 561
Canjilon, NM 87515

Charles Vigil Jr.
1120 Industrial Park, Ste. 302
Española, NM 87532

Johnny D. Montoya
Juanita Montoya
P.O. Box 561
Canjilon, NM 87515

Jose Lorenzo Martinez Jr.
P.O. Box 411
Canjilon, NM 87515

Abraham A. Chavez
Lena E. Chavez
815 ½ N. Aztec Blvd.
Aztec, NM 87410

Marilyn Baldonado
P.O. Box 80852
Albuquerque, NM 87198-0852

Zaqueo Salazar
P.O. Box 37
Canones, NM 87516

Norman D. Vigil
Rosalie E. Vigil

7312 Calle Montana NE
Albuquerque, NM 87113

Angel B. Collado
Esther J. Collado
1331 Park Ave SW #1501
Albuquerque, NM 87102

Ralph Baca
122 Arvilla NW
Albuquerque, NM 87107

Alfredo J. Trujillo
Mae C. Trujillo
P.O. Box 563
Canjilon, NM 87515

Fermin Maes
Joseph M. Maes
P.O Box 543
Canjilon, NM 87515

Juanito B. Maes Jr.
P.O. Box 543
81D County Rd. 122
Española, NM 87532

Tomas Maes
Box 2357
Bernalillo, NM 87004

Dolores Baca
P.O. Box 512
Canjilon, NM 87515

**IT IS SO ORDERED.**

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**

7312 Calle Montana NE
Albuquerque, NM 87113

Angel B. Collado
Esther J. Collado
1331 Park Ave SW #1501
Albuquerque, NM 87102

Ralph Baca
122 Arvilla NW
Albuquerque, NM 87107

Alfredo J. Trujillo
Mae C. Trujillo
P.O. Box 563
Canjilon, NM 87515

Fermin Maes
Joseph M. Maes
P.O Box 543
Canjilon, NM 87515

Juanito B. Maes Jr.
P.O. Box 543
81D County Rd. 122
Española, NM 87532

Tomas Maes
Box 2357
Bernalillo, NM 87004

Dolores Baca
P.O. Box 512
Canjilon, NM 87515

**IT IS SO ORDERED.**

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**