IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rito Vallecitos

**Subfile No. CHRO-005-0003**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

JUAN D. & DELIA LOPEZ TRUST

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement

concerning the elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System,  Section 1: Rio del Oso & Rito Vallecitos, and by their

signatures appearing below, the State and the Defendant(s) have approved and accepted

the elements of Defendant's water rights as set forth in paragraph 4 herein.

3.     There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4.     The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer File No(s):**  NONE

**Priority:** 1887

**Source of Water:** ACEQUIA DE LOS RECHUELOS: Surface water of the Rio del Oso, a tributary of the Rio Chama.

SPRING NO. 1: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 2: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 4: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 6: Surface water of a spring, a tributary of the Rio del Oso.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

| | | | |
|---|---|---|---|
| **Ditch:** | ACEQUIA DE LOS RECHUELOS | | |
| Location X: | 1,608,390 feet | Location Y: | 1,836,374 feet |
| **Spring:** | SPRING NO. 1 | | |
| Location X: | 1,612,493 feet | Location Y: | 1,835,575 feet |
| **Spring:** | SPRING NO. 2 | | |
| Location X: | 1,612,617 feet | Location Y: | 1,836,044 feet |
| **Spring:** | SPRING NO. 4 | | |
| Location X: | 1,613,302 feet | Location Y: | 1,836,909 feet |
| **Spring:** | SPRING NO. 6 | | |
| Location X: | 1,613,239 feet | Location Y: | 1,837,201 feet |

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Juan Jose Lobato Land Grant                12.9  acres

Consent Order                                2                        Subfile No. CHRO-005-0003

Total $\overline{\quad 12.9 \quad}$ acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHRO-005-0003

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement = 1.25

Farm Delivery Requirement = 3.13

Project Diversion Requirement = 5.22

**B. POND(S) (Surface Water Only):**

**Office of the State Engineer File No(s):** NONE

**Priority:** 10/04/1963

**Source of Water:** ACEQUIA DE LOS RECHUELOS: Surface water of the Rio del Oso, a tributary of the Rio Chama.

SPRING NO. 1: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 2: Surface water of a spring, a tributary of the Rio del Oso.

**Purpose of Use:** LIVESTOCK WATERING

**Point of Diversion:**

| | | | |
|---|---|---|---|
| **Ditch:** | ACEQUIA DE LOS RECHUELOS | | |
| Location X: | 1,608,390 feet | Location Y: | 1,836,374 feet |
| **Spring:** | SPRING NO. 1 | | |
| Location X: | 1,612,493 feet | Location Y: | 1,835,575 feet |
| **Spring:** | SPRING NO. 2 | | |
| Location X: | 1,612,617 feet | Location Y: | 1,836,044 feet |

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Pond Location and Surface Area:**

Within the Juan Jose Lobato Land Grant $\quad \overline{\quad 0.08 \quad}$ acres

Total $\quad 0.08 \quad$ acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.:
CHRO-005-0003

**Pond Depth:**   3.0 feet

**Pond Volume:** 0.14 acre-feet

## C.  NO RIGHT (Surface Water Only):

**Office of the State Engineer File No(s):**  NONE

**Priority:** NONE

**Source of Water:** ACEQUIA DE LOS RECHUELOS: Surface water of the Rio del Oso, a tributary of the Rio Chama.

SPRING NO. 1: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 2: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 4: Surface water of a spring, a tributary of the Rio del Oso.

SPRING NO. 6: Surface water of a spring, a tributary of the Rio del Oso.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

| Ditch: | ACEQUIA DE LOS RECHUELOS | | |
|---|---|---|---|
| Location X: | 1,608,390 feet | Location Y: | 1,836,374 feet |
| Spring: | SPRING NO. 1 | | |
| Location X: | 1,612,493 feet | Location Y: | 1,835,575 feet |
| Spring: | SPRING NO. 2 | | |
| Location X: | 1,612,617 feet | Location Y: | 1,836,044 feet |
| Spring: | SPRING NO. 4 | | |
| Location X: | 1,613,302 feet | Location Y: | 1,836,909 feet |
| Spring: | SPRING NO. 6 | | |
| Location X: | 1,613,239 feet | Location Y: | 1,837,201 feet |

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

Within the Juan Jose Lobato Land Grant          1.5  acres

Total          1.5  acres     ( No Right )

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRO-005-0003

Consent Order                    4                    Subfile No. CHRO-005-0003

**Amount of Water (acre-feet per acre per year, not to exceed):**

    NONE

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, other than those set forth in this order and those other orders entered by this Court in this cause.

6.    Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, except in strict accordance with the water rights described herein.

7.    The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Section 1: Rio del Oso & Rito Vallecitos, except in strict accordance with the rights set forth herein or in other orders of the Court.

Consent Order                         5                    Subfile No. CHRO-005-0003

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

ACCEPTED: Gabriel John Lopez          Trustee:
JUAN D. & DELIA LOPEZ TRUST

ADDRESS:   P.O. Box 161
           ABiquiu, NM
           87510

DATE:   3 - 30 - 2018


Kelly Brooks Smith
Kelly Brooks Smith
Special Assistant Attorney General

4 - 19 - 18
Date



LEGEND

Irrigated Tract Boundary
No Right Tract Boundary
Pond
Operable Ditch
Spring

1 inch = 300 feet

0  50  100        200        300 Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Rio del Oso & Rito Vallecitos
Section 1

Subfile Number
CHRO 005-0003
Acequia de los Rechuelos
& Springs No. 1, 2, 4 and 6
AMENDED
August 30, 2017

Acequia de los Rechuelos

005-0003
B 0.08 ac.

Spring No. 6

Spring No. 4

005-0003
A 12.9 ac.

Out

005-0003
C 1.5 ac.