**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

69 CV 7941 MV
Doc. 11374

Alfredo and Mae Trujillo
P.O. Box 563
Canjilon, NM 87515

RECEIVED
At Albuquerque NM
SEP 17 2018
CLERK

NIXIE   871   DE 1      0009/14/18
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 87102227299   *0568-02374-12-42

MAILED FROM ZIP CODE 87102
$000.470
SEP 11 2018
PITNEY BOWES