69-CV-7941 MV
Doc. 11374

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Juanito B Maes
P.O. Box 543
Espanola, NM 87532

RECEIVED
At Albuquerque NM
SEP 17 2018
CLERK

NIXIE    871    FE 1    0009/16/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 871022227470    *0768-01731-11-40


US POSTAGE $000.68 SEP 11 2018 ZIP 87102