Case 6:69-cv-07941-KWR-KK   Document 11378   Filed 09/17/18   Page 1 of 1

69cv7941 MV
doc. 11374

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Tomas Maes
Box 2357
Bernalillo, NM 87004

RECEIVED
At Albuquerque NM
SEP 17 2018
CLERK

NIXIE     871 DE 1            0009/14/18
            RETURN TO SENDER
            NO SUCH NUMBER
            UNABLE TO FORWARD

BC: 87102227470      *0768-00521-11-40*




US POSTAGE $000.68
MAILED FROM ZIP CODE 87102
SEP 11 2018
PITNEY BOWES