IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1: Rio del Oso & Rio Vallecito |
| Defendants. | Subfile No. CHRO-001-0002A |

.

### APPLICATION FOR ENTRY OF DEFAULT
### IN SUBFILE NO. CHRO-001-0002A

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, ("State") and requests the Clerk of Court, pursuant to Fed.R.Civ.P. 55(a), to enter the default of the following named defendant for failure to answer or otherwise plead:

| <u>Defendant</u> | <u>Subfile No.</u> |
|---|---|
| Grace M. Gutierrez | CHRO-001-0002A |

Pursuant to the procedural order that guides this adjudication (Doc. 11119, filed 06/28/16), Defendant Grace M. Gutierrez was joined by publication of the notice of pendency of suit in the *Rio Grande Sun* published once a week for three consecutive weeks, beginning on August 11, 2016, and ending on August 25, 2016 (*see* Docs. 11156 and 11156-1, filed 09/27/16).

The undersigned certifies that no answer, appearance, or other pleading has been served upon the plaintiff's attorneys.

WHEREFORE the State requests that the Clerk of Court enter a Certificate of Default of

the above-named defendant and, pursuant to this Court's February 4, 2013 *Order* (Doc. 10891), mail a copy of the Certificate of Default to Defendant Grace M. Gutierrez at the following address:

    Grace M. Gutierrez
    P.O. Box 863
    Española, NM 87532

    Respectfully Submitted,

    /s/ Felicity Strachan
    Felicity Strachan
    Special Assistant Attorney General
    Office of the State Engineer
    P.O. Box 25102
    Santa Fe, NM 87504-5102
    (505) 819-1044
    felicity.strachan@state.nm.us

## Certificate of Service

    I certify that on September 19, 2018 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

    Additionally, I have mailed a copy of this application to Defendant Grace M. Gutierrez at the following address:

    Grace M. Gutierrez
    P.O. Box 863
    Española, NM 87532

    /s/ Felicity Strachan
    Felicity Strachan