69CV7941MV-KK
DOC#11374
RNK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

David Manuel Maes
P.O. Box 634
Canjilon, NM 87515

RECEIVED
At Albuquerque NM
SEP 20 2018
CLERK

Does not live at the address

NIXIE  871  FE 1  0009/18/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 87102227470  *0968-04522-11-45