STATE OF NEW MEXICO'S RULE 71.3 REPORT – FY 2019
NORTHERN NEW MEXICO ADJUDICATION BUREAU

**Matters to Be Completed Prior to Preparation of Final Decrees**
*(Highlighting indicates the State's priorities for fiscal year 2019)*

**Total Bureau Staff FTE and Contractor Resources**: ~~FY 2010 20.10;~~
~~FY 2011 15.95;~~
~~FY 2012 14.40;~~
~~FY 2013 11.15;~~
~~FY 2014 13.80;~~
~~FY 2015 13.25;~~
~~FY 2016 16.40;~~
~~FY 2017 15.45~~;
~~FY 2018 15.25~~;
**FY 2019  14.95**

I. **TAOS ADJUDICATION**
(Total Staff & Contractor Resources:  ~~1.80  0.70  0.95  0.40  0.40  0.40 1.60 1.40  0.45~~ 1.75)

1. **Non-Indian claims:** (1.65)
   a. ~~Litigation of (1) disputed individual priority date~~. Completed FY 2010
   b. ~~Rio Hondo Cuchilla ditch priorities~~. Completed FY 2015
   c. ~~Litigation of disputed springs claims~~.  Completed FY 2010
   d. ~~Reconciliation of maps and orders for Interim Order. Completed FY 2012 except for  priority dates for springs associated with 2 subfiles in Hondo~~.  Completed  FY 2015
   e. Preparation of maps and appendices for *inter se*.
   f. ~~Joint motion to adopt uniform irrigation requirements for Pueblo and non-Pueblo  water rights.  Briefing complete 2/23/16.  Special Master Report filed April 4, 2016; Memorandum Opinion and Order entered~~ September 2016.~~9/20/16~~.  Completed FY 2016.
   g. Remaining groundwater, domestic, and stock water uses.
   h. *Inter se* and entry of Partial Final Judgment and Decree.

2. **Indian claims:**  (0.10)
   a. ~~Taos Pueblo Settlement Agreement~~.  Completed FY 2016
      ~~Entry of PFD and approval of Settlement Agreement by March 31, 2017~~.  Completed FY 2016
   b. Settlement implementation.

II. **CHAMA ADJUDICATION:**
(Total Staff & Contractor Resources:  ~~3.85  3.35  3.10  2.50  3.15  3.00  2.40 2.45 6.70~~ 6.45)

1. **Section 1: (Chama Mainstem):** (1.25)
   a. ~~Reconciliation of maps and orders for *inter se* and revision of partial final~~

        b. ~~decree~~. Completed FY 2010
- b. ~~Special Master's Report and Recommendations on disputed acequia priority dates~~. Report Issued FY 2010
- c. ~~Resolution of objections to Special Master's Report and Recommendations on disputed acequia priority dates.~~ Completed FY 2014
- d. ~~Priority dates of (4) private ditches~~. Completed FY 2010
- e. ~~Federal Wild and Scenic River Act claim~~ Completed FY 2012
- f. ~~Redetermination of priority date for 1 remaining ditch~~. Completed FY 2011
- g. ~~Entry of order confirming priority dates for all ditches in Section 1~~. Completed FY 2011
- h. ~~Hydrographic survey (field work) of surface water irrigation uses in Rio del Oso and Vallecito area~~. Completed FY 2013
- i. ~~Hydrographic survey report of surface water irrigation uses in Rio del Oso and Vallecito area.~~ Completed FY 2016
- j. ==Primary subfile work, i.e., obtain entry of subfile orders in Rio del Oso and Vallecito area for surface water irrigation rights.==
- k. ==*Inter se* and revision/entry of partial final judgment and decree for surface water irrigation rights.==
- l. Federal proprietary claims.
- m. Hydrographic survey of groundwater, domestic and stock water uses.

2. **Section 2: (Ojo Caliente):**
   a. Primary subfile work, i.e., obtain entry of subfile orders for surface water irrigation rights (about 30% have no subfile order).
   b. Litigation of disputed subfiles.
   c. Acequia and private ditch priority dates.
   d. Reconciliation of maps and orders for *inter se* and partial final decree of surface water irrigation rights.
   e. *Inter se* and revision/entry of partial final judgment and decree for surface water irrigation rights.
   f. Federal proprietary claims.
   g. Hydrographic survey of groundwater, domestic and stock water uses.

3. ==**Section 3: (Rio Nutrias, Rio Cebolla, Canjilon Creek):**== (3.35)
   a. ~~Primary subfile work, i.e., obtain entry of 1 remaining subfile order~~. Completed FY 2011
   b. ~~Litigation of (4) disputed subfiles~~. Completed FY 2017
   c. ~~Evidentiary hearing scheduled for February 2017 for Chacon subfiles.~~ Completed FY 2017
   d. ==Irrigation water requirements for Rio Cebolla and Canjilon Creek==. Completed FY 2011 in Rio Nutrias subsection
   e. ==Acequia and private ditch priority dates for Rio Cebolla and Canjilon Creek.== Completed FY 2011 in Rio Nutrias subsection
   f. Federal proprietary claims.
   g. Hydrographic survey of groundwater, domestic and stock water uses.
   h. ~~*Inter se* and partial final decree for surface water irrigation rights in Rio~~

~~Nutrias.~~ Completed FY 2013
- i. *Inter se* and partial final judgment and decree for surface water irrigation rights in Rio Cebolla.
- j. *Inter se* and partial final judgment and decree for surface water irrigation rights in Canjilon Creek.
- k. *Inter se* and partial final judgment and decree for all other water rights.

4. **Section 4: (El Rito):**
   - a. Reconciliation of maps and orders.
   - b. Priority dates of private ditches.
   - c. Federal proprietary claims.
   - d. Hydrographic survey of groundwater, domestic and stock water uses.

5. **Section 5: (Rio Gallina)**:
   - a. Federal proprietary claims.
   - b. Hydrographic survey of groundwater, domestic and stock water uses.
   - c. ~~*Inter se* and partial final decree.~~ Completed FY 2010 for surface water irrigation rights

6. **Section 6 (Cañones):**
   - a. Reconciliation of maps and orders.

7. **Section 7 (Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, Village of Chama):** (1.35)
   - a. ~~Primary subfile work, i.e., obtain entry of remaining subfile orders.~~ Completed FY 2010
   - b. ~~Litigation of (1) disputed subfile.~~ Completed FY 2010
   - c. Irrigation water requirements.
   - d. ~~Jicarilla Apache Nation state-law based claims on recently acquired lands.~~ Completed FY 2012
   - e. Acequia and private ditch priority dates. Completed FY 2011 in Rito de Tierra Amarilla subsection
   - f. Federal proprietary claims.
   - g. Hydrographic survey of groundwater, domestic and stock water uses.
   - h. Claims based on the Treaty of Guadalupe Hidalgo. **Completed FY 2018 in Tierra Amarilla Subsection**
   - i. *Inter se* and partial final judgment and decree for surface water irrigation water rights in Rito de Tierra Amarilla, Rio Brazos, Rutheron & Plaza Blanca, Cañones Creek, and Village of Chama subsections.
   - j. *Inter se* and partial final judgment and decree for all other water rights.

8. **Section 8 (Rio Puerco):**
   - a. Reconciliation of maps and orders.

9. **Indian claims:** (.50)
   - a. Subproceeding 1: Past and Present Use Water Rights Claims of Ohkay

Owingeh Settlement negotiation discussions.
i. ~~Scheduling Conference.~~ Vacated.
ii. ~~Expert reports from US June 2012~~.
iii. ~~Expert reports from Ohkay Owingeh September 2013~~. Completed FY 2014
iv. ~~Trial schedule~~. Vacated November 2014.
b. Subproceeding 2: Ohkay Owingeh all other claims
Settlement negotiation discussions

III. <u>SANTA CRUZ/TRUCHAS ADJUDICATION</u>:
(Total Staff & Contractor Resources:  ~~0.70 1.65 0.40  0.15  0.10  0.10  0.10  0.35~~ .20)

1. **Non-Indian claims:**
   a. Subfile work on any remaining individual claims.
   b. Federal proprietary claims.
   c. Santa Cruz Irrigation District storage right claim.
   d. Irrigation water requirements – unified proceeding.
   e. ~~Special Master's Report and Recommendations on Truchas acequias' priorities and  customs.~~ Report issued FY 2010
   f. ~~Resolution of objections to Special Master's Report and Recommendations on Truchas acequias' priorities and customs~~. Completed FY 2014
   g. ~~Field  re-check to identify correct acequias for tracts in El Rincon.~~ Completed FY   2013
   h. Non-subfile general motion litigation (e.g. procedural and scheduling issues).
   i. Hydrographic survey of groundwater and domestic and stock water uses.
   j. Reconciliation of maps and orders for *inter se* and partial final judgment and decree.
   k. *Inter se* and partial final judgment and decree.

2. **Indian claims:** (.20)
   a. Subproceeding 2:  Past and Present Use Water Rights Claims of Ohkay Owingeh
      i. Settlement negotiation discussions
      ii. ~~Discovery (depositions, interrogatories, etc.) to end November 2, 2009~~. Completed FY 2010
      iii. ~~Dispositive motions due January 29, 2010~~. Filed FY 2010
      iv. ~~Briefing on dispositive motions~~. Completed FY 2011
      v. ~~Witness and preliminary exhibit lists due October 1, 2010~~. Completed FY 2011
      vi. ~~Trial schedule~~ vacated FY 2011
   b. Subproceeding 3:  Past and Present Use Water Rights Claims of Santa Clara Pueblo.
   c. Subproceeding 4: Pueblos' claims to instream uses
      Settlement negotiation discussions on Ohkay Owingeh's claims
   d. Subproceeding 5:  all other Pueblo claims

==Settlement negotiation discussions on Ohkay Owingeh's remaining claims==.

**IV.   ZUNI ADJUDICATION:**
(Total Staff & Contractor Resources:  ~~0.85  0.45  0.35  0.45  0.35 0.20 0.20 0.30~~ 0.50)

1. ==**Non-Indian claims:**==  (.25)
   a. ==Primary subfile work, i.e., obtain entry of subfile orders.== *(Ramah Irrigation Company)*
   b. ==Litigation of disputed subfiles.==
   c. ~~State Land Office proprietary claims~~. Completed FY 2014
   d. ==Non-subfile general motion litigation (e.g. procedural and scheduling issues).==
   e. Federal proprietary claims.
   f. Irrigation water requirements.
   g. Reconciliation of maps and orders for *inter se* and partial final judgment and decree.
   h. *Inter se* and partial final judgment and decree.

2. ==**Indian claims:**== (.25)
   a. ==Subproceeding 1:  Zuni Indian Claims==
      i. ==Claims based on Past and Present Irrigation use from Permanent Works==
         - ==Settlement discussions initiated FY 2014==
         - ~~Expert reports from State November 2009~~ Completed FY 2010
         - ~~Expert reports from other parties (other than US, Zuni, State May 21, 2010)~~ Completed FY 2010
         - ~~Rebuttal/ Supplemental reports non-US/ Zuni parties  Completed~~ FY 2013
         - ~~State's expert historian report~~ Completed FY 2013
         - ~~Trial schedule~~ vacated FY 2014
      ii. ==Claims for rights to use water for Domestic, Commercial, Municipal or Industrial Purposes==
         - ==Settlement discussions initiated FY 2014==
         - ~~Trial schedule~~ vacated.   FY 2014
      iii. ==All other Zuni claims==
           ==Settlement discussions initiated FY 2014==

   b. ==Subproceeding 2: Navajo Nation claims==
      ==Settlement discussions initiated FY 2014==
      i. ~~US Subproceeding Complaint December 14, 2012~~. Completed 2013
      ii. ~~Navajo Supplemental Subproceeding Complaint May 2013~~. Completed FY 2013
      iii. ~~Establish expedited *inter se* subproceeding August 2013~~. Completed FY 2014
      iv. Schedule stayed FY 2014

V. **NAMBE-POJOAQUE-TESUQUE (*AAMODT*) ADJUDICATION:**
(Total Staff & Contractor Resources:  ~~3.85  3.30  5.35  4.80  6.05  6.20 7.45 0.80~~ 0.30)

1. **Non-Indian claims:**
   a. ~~Litigation of acequia and individual priority dates~~. Completed FY 2012
   b. Proceeding ~~for adjudication of priority date for water supplied by Los Chupaderos~~. Completed FY 2016
      i. ~~Motion and entry of Procedural and Scheduling Order~~. Completed FY 2015
      ii. ~~Entry of Order adjudicating priority date for water supplied by Los Chupaderos~~. Completed FY 2016
   c. ~~Hydrographic survey of remaining domestic well water uses.~~ Completed FY 2016.
   d. ~~Primary subfile work on domestic well water uses~~.
      i. ~~Joinder and Service~~ - Completed 117 FY 2015; Completed FY 2017
      ii. ~~Entry of domestic well orders~~ - Completed 86 FY 2015
   e. ~~Litigation of disputed domestic well water uses~~.
      i. ~~Resolution of 3 disputed subfiles~~ Completed FY 2015
      ii. ~~Litigation of 3 disputed subfiles~~ Completed FY 2016
      iii. ~~Briefing of Tenth Circuit appeal of order on disputed subfile~~. Completed FY 2016
   f. ~~Non-subfile general motion litigation (e.g. procedural and scheduling issues).~~ Completed FY 2017
   g. ~~Reconciliation of maps and orders for *inter se* and partial final decree.~~ Completed FY 2017.
      i. ~~Filing of motions to clarify or add omitted elements to previously adjudicated surface and groundwater rights.~~ Completed FY 2017
      ii. Filing ~~of corrective motions for previously adjudicated surface and groundwater rights.~~ Completed FY 2017.
   h. ~~Publication of notice of deadline for filing of claims by unknown persons.~~ Completed FY 2014
   i. *Inter se* Completed FY 2017
      i. ~~Filing of motion for procedural order for *inter se* and entry of final judgment and decree by November 30, 2016.~~
      ii. ~~Briefing on motion for procedural order and entry of procedural order.~~
      iii. ~~Preparation of draft final judgment and decree, summarizing all non-Pueblo water rights.~~
      iv. ~~Notice and mailing of notice of draft final judgment and decree and *inter se* process.~~
      v. ~~Filing of *inter se* objections.~~
      vi. ~~Scheduling conferences on *inter se* objections.~~
      vii. ~~Briefing and litigation on *inter se* objections.~~

j. ~~Entry of Judgment and Decree on all water rights by July, 2017.~~ **Completed FY 2018** (Final Judgment and Decree entered July 14, 2017)

k. Briefing on any appeals to the Final Judgment and Decree. Briefed and argued FY 2018; waiting for decision

2. **Indian claims:** (.30)

   a. *Aamodt* Settlement Agreement:
      i. ~~Enactment of federal legislation approving the Settlement Agreement~~. Completed FY 2011
      ii. ~~Revisions to Settlement Agreement to conform to federal legislation~~. Completed FY 2013
      iii. ~~Filing of notice of federal legislation~~ Completed FY 2011
      iv. ~~Order to Show Cause *inter se* proceedings for approval of Settlement Agreement and entry of Partial Final Judgment and Decree on Pueblos' water rights.~~ Completed FY 2016.
         - ~~Joint Motion and entry of Amended Procedural and Scheduling Order.~~ Completed FY 2014
         - ~~Filing of updated service list.~~ Completed FY 2014
         - ~~Service of Order to Show Cause and Notice of Proceeding. Completed~~ FY 2014
         - ~~Schedule and hold public meetings~~. Completed FY 2014
         - ~~Filing of objections.~~ Completed FY 2014
         - ~~Motions for Entry of Case Management and Service Order~~ Completed FY 2014
         - ~~Entry of Case Management and Service Order. Completed FY 2015~~
         - ~~Scheduling conference. Completed FY 2015~~
         - ~~Briefing and hearing on objections~~. Completed FY 2016.
            i. ~~Briefing to Magistrate Judge~~. Completed FY 2015.
            ii. ~~Court's decision and subsequent proceedings~~. Completed FY 2016.
      v. ~~Entry of Partial Final Judgment and Decree on Pueblos' water rights and approval of Settlement Agreement by September 15, 2017~~. Completed FY 2016.
      vi. ~~Briefing on appeal of entry of Partial Final Judgment and Decree on Pueblos' water rights. Briefing completed on Appeal No. Court Case No. 16-2253 appeal dismissed~~. Completed FY 2017.
      vii. Briefing on any appeal of entry of Partial Final Judgment and Decree on Pueblos' water rights. **Briefed and argued FY 2018**; waiting decision
   b. ~~Contributed Funds Agreement~~. Completed FY 2015
   c. ~~Proposed rules and regulations~~. **Completed FY 2018**; rules promulgated September 12, 2017
   d. Joint motion for Order to Show Cause why non-responding owners should

     not be deemed to be Settlement Party.
   e. ~~Entry of Interim Administrative Order~~.  Completed FY 2016.
   f. ~~Entry of Final Judgment and Decree by July, 2017~~.  **Completed FY 2018**;
    Final Judgment and Decree entered July 14, 2017.
   g. <mark>Settlement implementation</mark>.

**VI.** **<u>JEMEZ ADJUDICATION</u>:**
  (Total Staff & Contractor Resources:  ~~0.15~~ ~~0.10~~ ~~0.15~~ ~~0.25~~ ~~0.25~~  ~~0.40~~ ~~0.15~~ ~~0.30~~ 0.20)

 **1.** <mark>**Indian claims**</mark>**:**
   a. ~~Settlement negotiations~~. Ended FY 2012.
   b. <mark>Resumption of litigation of claims of Pueblos of Jemez, Zia, and Santa Ana for historic, existing and future uses</mark>
    i. ~~Court determines whether to allow additional fact development and discovery.~~ Completed FY 2013
    ii. ~~Expert reports~~. Completed FY 2013
    iii. ~~Depositions of experts~~. Completed FY 2014
    iv. ~~Evidentiary hearing on threshold legal issues 1 and 2~~. Completed FY 2014.
    v. ~~Briefing on threshold legal issues 3, 4, and 5~~. Completed FY 2013
    vi. ~~Briefing on threshold legal issues 1 and 2 August – November 2014~~. Completed FY 2015
    vii. ~~Magistrate Judge's recommended disposition~~.  Completed FY 2017
    viii. ~~Court's memorandum opinion and order~~ **Completed FY 2018**
    ix. ~~Briefing on Motions to Certify for Interlocutory Appeal and Motions for Action on Special Master's Report and Issue No. 4~~  **Completed FY 2018**
    x. <mark>Briefing on possible motions to certify for interlocutory appeal and appeals</mark>

**VII.** **<u>SAN JUAN ADJUDICATION</u>:**
  (Total Staff & Contractor Resources:  ~~7.30~~ ~~5.20~~ ~~2.65~~ ~~1.40~~  ~~2.50~~  ~~2.10~~  ~~1.60~~ ~~4.50~~ 4.75)

 1. <mark>**General San Juan Adjudication: (.40)**</mark>
  <mark>a. Research and analyze legal and procedural approaches and opportunities to expedite adjudication</mark>

 2. <mark>**Non-Indian claims: (3.05)**</mark>
   a. <mark>**Section 1: (La Plata)**</mark>
    i. ~~Primary subfile work, i.e., obtain entry of subfile orders~~
     • ~~Surface water irrigation subfiles.~~ **Completed FY 2018**
     • ~~BHP Navajo Coal~~.  Completed FY 2016
    ii. ~~Mediation/litigation of disputed subfiles~~.
     • ~~Trial on one disputed subfile anticipated January 2015~~ Completed FY 2015
     • ~~Mediation/ litigation of remaining disputed subfiles.~~


**Completed FY 2018**
  iii. Adjudication of domestic and stock water uses (surface rights adjudicated in Echo Ditch Decree)
  iv. *Inter Se* proceeding and entry of partial final judgment and decree on surface irrigation, domestic and stock water uses previously adjudicated in Echo Ditch Decree.
- Reconciliation of maps and orders and preparation of summary of adjudicated water rights
- filing of motions amending/correcting subfile orders
- motion for procedural and scheduling order for inter se
- resolution of *inter se* objections (litigation, mediation)
- briefing on entry of Partial Final Judgment and Decree.

 b. **City of Aztec, Farmington and Bloomfield: (.85)**
  i. ~~Settlement Agreements entered.~~
  ii. Preparation of consent orders for each municipality.
  iii. Hydrographic survey of Bloomfield's water rights claims.

 c. **Section 2: Animas:**
  *(steps apply to all sections:)*
  i. Preparation of plan for completion of hydrographic survey per court order.
  ii. Hydrographic survey of surface water, including domestic and stock uses.
  iii. Primary subfile work, i.e., obtain entry of subfile orders.
  iv. Mediation/Litigation of disputed subfiles.
  v. Irrigation water requirements.
  vi. Federal proprietary claims.
  vii. Non-subfile general motion litigation (e.g. procedural and scheduling issues)
  viii. Reconciliation of maps and orders for *inter se* and partial final judgment and decree.
  vix. *Inter se* and partial final judgment and decree.

 d. **Section 3: San Juan Mainstem**
 e. **Section 4: Hammond Conservancy District**
 f. **Section 5: Los Pinos and Navajo Rivers**
 g. **Adjudication of domestic and livestock well water rights:**
  i. Hydrographic survey of remaining groundwater uses.
  ii. Adjudication of groundwater rights.
- Motion for procedural and scheduling order for domestic and livestock wells.
- Proceeding to adjudicate domestic and livestock wells.

  iii. Adjudication of ponds.
- Motion for procedural and scheduling order for ponds
- Proceeding to adjudicate ponds.

      iv.    Reconciliation of maps and orders for *inter se* of groundwater uses and ponds, and entry of partial final judgment and decree.
      v.    *Inter se* and partial final judgment and decree on groundwater uses and ponds.

  **h**. **Adjudication of surface domestic and livestock water rights, ponds and other surface water uses:**
      i.    Hydrographic survey of remaining surface uses and ponds.
      ii.    Adjudication of surface domestic and livestock water rights.
- Motion for procedural and scheduling order for domestic and livestock surface water uses.
- Proceeding to adjudicate domestic and livestock surface water uses.

      iii.    Adjudication of ponds and other surface water uses.
- Motion for procedural and scheduling order for ponds and other surface water uses.
- Proceeding to adjudicate ponds and other surface water uses.

      iv.    Reconciliation of maps and orders for *inter se* of groundwater uses and ponds, and entry of partial final judgment and decree.
      v.    *Inter se* and partial final judgment and decree on surface water uses and ponds.

**3. Indian Claims: (.45)**
  a.  **Navajo Nation Water Rights Settlement**:
      i.  ~~Partial Final Judgment and Decree on the Water Rights of the Navajo Nation~~. Completed FY 2014
      ii.  ~~Supplemental Partial Final Decree on the Water Rights of the Navajo Nation~~. Completed FY 2014
      iii.  ~~Proceeding on appeals of Partial Final Judgment and Decree and Supplemental Partial Final Judgment and Decree in New Mexico Court of Appeal~~.
- ~~Brief in Chief~~. Completed FY 2016.
- ~~Responses~~
- ~~Replies~~
- ~~Briefing on Amicus Briefs.~~ Completed FY 2017.
- ~~Oral argument or decisions from Court of Appeals.~~ **Completed FY 2018** Opinions issued April 3, 2018.

      iv.  Proceedings on appeals of Partial Final Judgment and Decree and Supplemental Partial Final Judgment and Decree in New Mexico Supreme Court
         Petition for Writ of Certiorari filed May, 2018

  b.  Ute Mountain Ute Tribe's claims (proceedings scheduled for 2020)

**VIII.   SANTA FE ADJUDICATION:**
   (Total Staff & Contractor Resources: 0.65  0.35  0.50  0.25   0.10  0.15 0.00 0.00 <u>0.00</u>)

   **1.   Non-Indian claims:**
   a. Primary subfile work, i.e. obtain entry of subfile orders
      i. City of Santa Fe.
      ii. Kewa Pueblo state law based claims.
      iii. Arroyo Hondo.
      iv. Any remaining individual subfiles.
      v. County of Santa Fe.
   b. Litigation of disputed subfiles. ~~Completed trial of two disputed subfiles in FY 2013; completed mediation of disputed subfiles FY 2015~~
   c. Hydrographic survey of remaining domestic wells.
   d. Federal proprietary claims
   e. Remaining acequia priority dates (requires additional historical work).
   f. Non-subfile general motion litigation (e.g. procedural and scheduling issues).
   g. Reconciliation of maps and orders for *inter se* and partial final decree.
   h. *Inter se* and partial final decree.

**IX.   RIO SAN JOSE ADJUDICATION:**
   (Total Staff & Contractor Resources:  0.85  0.80  0.95 0.90  0.85  0.70  1.70 1.75 <u>.80</u>)

   **1.   Indian claims**:
   a. <mark>Subproceeding 1: Past and Present Use Water Rights of the Pueblos of Acoma and Laguna Settlement discussions and mediation initiated FY2014</mark>
      i. ~~Expert reports from other parties (other than US, Pueblos, State) August 13, 2009~~. Completed FY 2010
      ii. ~~All parties' rebuttal reports October 29, 2010~~. Completed FY 2011
      iii. ~~Depositions~~. Completed FY 2013. Additional deposition completed FY 2014
      iv. ~~Written discovery to end November 2013~~. Completed FY 2014
      v. ~~Dispositive motions  May 29, 2015~~. <u>Completed FY 2015</u>
      vi. ~~Responses to dispositive motions  July 10, 2015~~. Completed FY 2016
      vii. ~~Replies to dispositive motions  August 10, 2015~~. Completed FY 2016
      viii. ~~Proposals for stipulations on exhibits shall be exchanged among the attorneys for  active parties  July 21, 2015~~  Completed FY 2016
      ix. ~~Final exhibit lists~~  - Completed FY 2016
      x. ~~Pre-trial motions~~ -  extension granted; deadline vacated FY 2016
      xi. ~~Responses to pre-trial motions~~ - October 12, 2015; extension granted; deadline vacated FY 2016
      xii. ~~Replies to pre-trial motions~~  October 21, 2015 extension granted; deadline vacated FY 2016
      xiii. Final pre-trial conference ~~January 4, 2016~~ Trial schedule vacated

              FY 2016
- xiv. ==Limited trial – Tri-State witnesses only scheduled - One witness postponed to be rescheduled.==
- b. ==Subproceeding on all other Pueblo claims Settlement discussions and mediation initiated FY2014==    c. `
- c. ==Subproceeding on Navajo claims Settlement discussions initiated FY 2014==

2. **Non-Indian claims:**
   a. Hydrographic survey of surface and ground water uses, including domestic and stock.
   b. Primary subfile work, i.e., obtain entry of subfile orders.
   c. Litigation of disputed subfiles.
   d. Irrigation water requirements.
   e. Federal proprietary claims.
   f. Non-subfile general motion litigation (e.g. procedural and scheduling issues).
   g. Reconciliation of maps and orders for *inter se* and partial final judgment and decree.
   h. *Inter se* and partial final judgment and decree.

**NORTHERN NEW MEXICO ADJUDICATION BUREAU--PRIORITY ADJUDICATION SECTIONS & RESOURCES ALLOCATED**

| PRIORITY ADJUDICATION SECTION | Staff Atty | Contract Atty | Staff Paralegal | Contract Paralegal | Survey Staff | Data Staff | Section Totals |
|---|---|---|---|---|---|---|---|
| **FEDERAL COURT ADJUDICATIONS** | | | | | | | |
| *Taos* | | | | | | | |
| Non-Indian | .25 | .30 | .35 | - | .70 | .05 | **1.65** |
| Taos Pueblo Settlement | .05 | .05 | | | | | **.10** |
| *Taos Subtotals* | **.30** | **.35** | **.35** | **-** | **.70** | **.05** | **1.75** |
| | | | | | | | |
| *Chama* | | | | | | | |
| Section 1 (Mainstem) | .45 | | .25 | | .50 | .05 | **1.25** |
| Section 3 (Nutrias/Cebolla/Canjilon) | .65 | | .35 | | 2.30 | .05 | **3.35** |
| Section 7 (TA/Brazos/Rutheron/Chama Village) | .35 | | .25 | | .70 | .05 | **1.35** |
| Indian SP 1: Ohkay Owingeh Past/Present Uses | .10 | | .10 | | .30 | | **.50** |
| *Chama Subtotals* | **1.55** | | **.95** | | **3.80** | **.15** | **6.45** |
| | | | | | | | |
| *Santa Cruz/Truchas* | | | | | | | |
| Non-Indian | | | | | | | |
| Indian SP2: OhkayOwingeh Past/Present Uses | .05 | | .15 | | | | **.20** |
| Indian SP 3: Santa Clara Past/Present Uses | | | | | | | |
| *Santa Cruz/Truchas Subtotals* | **.05** | | **.15** | | | | **.20** |
| | | | | | | | |
| *Zuni* | | | | | | | |
| Non-Indian | .15 | | .10 | | | | **.25** |
| Indian SP 1: Zuni Past/Present Uses | .15 | | .10 | | | | **.25** |
| Indian SP 2: Navajo Nation Claims | | | | | | | |
| *Zuni Subtotals* | **.30** | | **.20** | | | | **.50** |
| | | | | | | | |
| *Aamodt* | | | | | | | |
| Non-Indian | | | | | | | |
| Four Pueblos Settlement | .20 | .05 | .05 | | | | **.30** |
| *Aamodt Subtotals* | **.20** | **.05** | **.05** | | | | **.30** |
| | | | | | | | |
| *Jemez* | | | | | | | |
| Three Pueblos | .15 | .05 | | | | | **.20** |
| *Jemez Subtotals* | **.15** | **.05** | | | | | **.20** |

Attachment C  
State of New Mexico's Rule 71.3 Report – FY 2019

Page 13 of 14  
Northern New Mexico Adjudication Bureau

|  | Staff Atty | Cont-ract Atty | Staff Para-legal | Cont-ract Para-legal | Survey Staff | Data Staff | Section Totals |
|---|---|---|---|---|---|---|---|
| *STATE COURT ADJUDICATIONS* |  |  |  |  |  |  |  |
| *San Juan* |  |  |  |  |  |  |  |
| General | .35 |  | .05 |  |  |  | **.40** |
| Section 1 (La Plata) | .65 |  | .50 |  | 1.70 | .20 | **3.05** |
| Municipalities (Aztec, Bloomfield, Farmington) | .25 |  | .05 |  | .55 |  | **.85** |
| Section 3 (Mainstem) |  |  |  |  |  |  |  |
| Navajo Settlement | .10 | .20 | .05 |  |  |  | **.35** |
| Ute Mountain Ute Tribe | .05 | .05 |  |  |  |  | **.10** |
| **San Juan Subtotals** | **1.40** | **.25** | **.65** |  | **2.25** | **.20** | **4.75** |
|  |  |  |  |  |  |  |  |
| *Santa Fe* | - | - | - | - | - | - | - |
|  |  |  |  |  |  |  |  |
| *San Jose* |  |  |  |  |  |  |  |
| Indian SP 1: Laguna/Acoma Past/Present Uses | .05 | .30 |  |  | .45 |  | **.80** |
| **San Jose Subtotals** | **.05** | **.30** |  |  | **.45** |  | **.80** |
|  |  |  |  |  |  |  |  |
| **CATEGORY TOTALS - ALL SECTIONS** | **4.00** | **1.00** | **2.35** |  | **7.20** | **.40** | **14.95** |