69CV 7941-MV/KK #11374

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Norman and Rosalie Viigl
7312 Calle Montana NE
Albuquerque, ~~NM~~ 87113

ALBUQUERQUE NM 870
11 SEP '18
PM 4 L

Not at this address

RECEIVED
At Albuquerque NM
SEP 24 2018
CLERK

NIXIE          871    FE 1              0009/22/18
           RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
BC: 87102227470          *8768-01774-11-40