IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>  Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.,* | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Canjilon Creek<br><br>Subfile No.: CHCJ-004-0046B |

## ORDER CORRECTING CLERICAL MISTAKE IN
## CONSENT ORDER FOR SUBFILE NO. CHCJ-004-0046B

The Court enters this order *sua sponte*, pursuant to Federal Rules of Civil Procedure Rule 60(a), to correct a clerical order in the Consent Order listed below:

CHCJ-004-0046B            Consent Order filed 12/04/01         Doc. No. 6417

In the Consent Order listed above, there is only one Header detailing a water right. That Header is incorrectly designated as Header "B." It should be designated as Header "A." The substantive water rights detailed in the Consent Order entered by this Court for the Subfile listed above are in no way altered or affected by the clerical error or by this Notice.

Accordingly, in the Consent Order for the Subfile listed above, the Header name is corrected to read "A" instead of "B."

IT IS SO ORDERED.

IT IS FURTHER ORDERED that, pursuant to this Court's Order under Docket No. 10891 (filed 02/04/13), the Clerk of Court will mail a copy of this Order to the defendants named below at the addresses listed:

Benjamin Leyba
P.O. Box 413
Canjilon, NM 87515

David Leyba
P.O. Box 413
Canjilon, NM 87515

Horace Leyba
P.O. Box 486
Canjilon, NM 87515

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE