IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM
Section 3: Rio Cebolla

Subfile No. CHCB-008-0001

### ORDER AMENDING CONSENT ORDER
### FILED JULY 31, 2002 IN SUBFILE CHCB-008-0001

**THIS MATTER** is before the Court on the State of New Mexico's Motion to Amend the Consent Order Filed July 31, 2002 in Subfile CHCB-008-0001 Describing the Water Rights of Clyde C. Baker and Theresa Baker, Doc. 11369, filed August 24, 2018.  The State requests the Court to amend the Consent Order filed July 31, 2002 (Doc. 6795) to include a description of the priority and amount of water associated with the storage reservoir described in paragraph C of the Consent Order.  No responses opposing the motion have been filed.  The Court will **GRANT** the motion.

Paragraph C of the Consent Order filed July 31, 2018 (Doc. 6975) in Subfile CHCB-008-0001 is revised as follows:

**Priority:**  August 3, 1951

**Amount of Water:**  Filling and refilling of storage reservoir having a maximum capacity of 75 acre feet in a total amount not to exceed 960 acre feet per annum in combination with water diverted for direct use for irrigation purposes on 320 acre of land described in Paragraph A of the Consent Order filed July 31, 2002 (Doc. 6795).

The Clerk of the Court shall mail copies of this Order to the following:

Clyde C. Baker
Theresa Baker
P.O. Box 245
Cebolla, NM 87518

    **IT IS SO ORDERED**

**MARTHA VAZQUEZ**
**UNITED STATES DISTRICT JUDGE**