IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1: Rio del Oso & Rio<br>　　　　　　　Vallecito<br><br>Subfile Nos.:　CHRO-001-0004<br>　　　　　　　　CHRO-001-0005<br>　　　　　　　　CHRO-002-0002 |

**ORDER AMENDING CONSENT ORDERS ENTERED BY THE COURT IN SUBFILE NOS. CHRO-001-0004, CHRO-001-0005, AND CHRO-002-0002**

**THIS MATTER** is before the Court on a Motion by Plaintiff State of New Mexico, *ex rel*. State Engineer ("State"), to amend Consent Orders entered by the Court in Subfile Nos. CHRO-001-0004, CHRO-001-0005, and CHRO-002-0002 in the Rio del Oso & Rio Vallecito Subsection. *See* Doc. 11372, filed September 6, 2018.  No responses opposing the Motion have been filed. The Court will **GRANT** the Motion. The Consent orders for the Subfile Nos. captioned above are amended as follows:

1. In the Consent Order for Subfile No. CHRO-001-0004 (Estate of Elfido Lopez, Doc. 11241, filed 03/16/17), under Header A, the priority date is changed from 1895 to 1807.

2. In the Consent Order for Subfile No. CHRO-001-0005 (Frances and Eloy Trujillo, Doc. 11240, filed 03/16/17), under Header A, the priority date is changed from 1895 to 1807.

3. In the Consent Order for Subfile No. CHRO-002-0002 (Estate of Bernardo Archuleta, Doc. 11257, filed 05/18/17), under Headers A and B, the priority date is changed from

-2-

1882 to 1807.

**IT IS ORDERED** that the State of New Mexico's Motion to Amend Consent Orders Entered by the Court in Subfile Nos. CHRO-001-0004, CHRO-001-0005, and CHRO-002-0002, filed September 6, 2018, is **GRANTED.**

**IT IS ALSO ORDERED** that, pursuant to this Court's Order under Docket No. 10891 (filed 02/04/13), the Clerk of Court shall mail a copy of the Order to the defendants named below at the addresses listed.

Estate of Elfido Lopez
c/o Delvin Lopez, Personal Representative
517 N. Cambridge
Gilbert, AZ 85233

Mr. & Mrs. Eloy Trujillo
Rural Route 4, Box 220
Ohkay Owingeh, NM 87566

Estate of Bernardo Archuleta
c/o Virginia Lopez
P.O. Box 11
Abiquiu, NM 87510

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**