IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

### ORDER MAKING FINAL DETERMINATION OF PRIORITY DATES IN THE RIO CEBOLLA SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM

THIS MATTER comes before the Court on the motion of Plaintiff State of New Mexico, *ex rel.* State Engineer, for an order making final determination of priority dates in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System ("Cebolla Subsection"). *See* Doc. 11370, filed September 5, 2018. No responses opposing the Motion have been filed.

The Court, having reviewed the Motion, pertinent portions of the record and the law, and otherwise fully advised in the premises, will **GRANT** the Motion.

Further, the Court **FINDS** that:

Each of the individual subfile defendants in the Cebolla Subsection has been served with this Court's Notice and Order to Show Cause ("Mailing Notice," Doc. 11281, filed September 11, 2017) in connection with the proposed determination of priority dates in the Cebolla Subsection.

*See Certificate of Service*, Doc. 11285, filed September 21, 2017.

The Court's *Public Notice and Order to Show Cause* ("Public Notice," Doc. 11282, filed September 11, 2017) has been published in the *Rio Grande Sun* once each week for 4 consecutive weeks, the first publication being on the 28th day of September 2017, and the last publication being on the 19th day of October, 2017. *See Proof of Publication of Public Notice and Order to Show Cause* (Doc. 11304, filed November 30, 2017).

Accordingly, notice of the proposed determination of priority dates in the Cebolla Subsection has been provided to all claimants, known and unknown, who may claim or have a right to use the surface waters of the Cebolla Subsection.

The Court's Mailing Notice and Public Notice required all claimants who disagree with the State's proposed determinations of the priority date of their water rights to file an objection by December 11, 2017. Three objections to the State's proposed priority dates for the Cebolla Subsection were timely filed:

1. On December 4, 2017, an objection was filed by Defendant Petra J. Maes on behalf of herself and others (Doc. 11308). That objection was withdrawn on July 5, 2018. *See* Docs. 11361 and 11361-1.

2. On December 11, 2017, an objection was filed by attorney Ted J. Trujillo on behalf of Defendants Charlie Chacon and Geraldo M. Chacon ("the Chacons"). *See* Doc. 11310. This Court overruled that portion of the Chacons' objection relating to the priority date for their own water rights under the private Sanchez Ditch. *See* Doc. 11336, filed March 27, 2018. The Chacons have elected not to object to the State's proposed priority dates for anyone else's water rights under the Sanchez Ditch.

3. On December 11, 2017, an objection was filed by Defendant Ronnie F. Garcia (Doc.

11311). That objection was withdrawn on July 30, 2018. *See* Docs. 11364 and 11364-1. No other objections to the State's proposed determination of priority dates in the Cebolla Subsection were filed with the Court.[1]

There is no just reason for delay of the entry of a final judgment as to priority dates for surface water irrigation use in the Cebolla Subsection, and the Court enters this Order as a final judgment as to the priority dates of the water rights described herein. This final judgment precludes all persons, known and unknown, who claim a right to use the surface waters of the Cebolla Subsection from making any and all objections to the priority dates described herein in future *inter se* proceedings.

**IT IS THEREFORE ORDERED** that the priority dates of the community and private ditches in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System, and all individual irrigation water rights served by those ditches, are as set forth below:

**A. Pre-1907 Surface Water Irrigation Rights[2]**

| DITCH | PRIORITY DATE |
| --- | --- |
| Acequia del Pinavetal* | 1883 |
| Acequia Madre de Cebolla | 1875 |
| Alto Ditch* | 1889 |
| Atencio North Ditch | 1882 |
| Atencio South Ditch | 1882 |

---

[1] Objections to the State's proposed determination of irrigation water requirements in the Cebolla Subsection will be addressed separately and at a later date in these proceedings.

[2] Ditches that convey water with both pre-1907 and post-1907 water rights are marked with an asterisk (*). Acreage irrigated with post-1907 water rights under these ditches is detailed in Paragraph B below.

| | |
|---|---|
| Canuto Valdez Ditch | 1897 |
| Cordova-Maes North Ditch | 1875 |
| Emiliana Maes South Ditch | 1906 |
| Felipe Archuleta Ditch | 1903 |
| H.B. and G.C.-Martinez Ditch | 1878 |
| Julian Serrano Ditch | 1906 |
| Maes South Ditch | 1876 |
| Martinez-Cordova North Ditch | 1879 |
| Martinez-Cordova South Ditch | 1879 |
| Montano-Martinez Ditch | 1882 |
| Nicomedes Trujillo Ditch | 1904 |
| Old Valdez Ditch | 1878 |
| Quintana Ditch | 1875 |
| Sanchez Ditch<br>   CHCB-001-0002<br>   Ernest Sanchez<br>   Margie K. Sanchez | 1898 |
| Sanchez Ditch<br>   CHCB-001-0007<br>   Charlie Chacon<br>   Geralda M. Chacon | 1905 |
| Skelly-Maes Ditch | 1906 |
| Trujillo-Lopez Ditch | 1898 |
| Unnamed Ditch No. 1 | 1875 |
| Unnamed Ditch No. 2 | 1875 |

    Venceslao Martinez Ditch                                    1886

**B. Post-1907 Surface Water Irrigation Rights[3]**

| **SUBFILE** | **OSE PERMIT / LICENSE** | **ACRES** | **PRIORITY DATE** |
|---|---|---|---|
| CHCB-001-0001F<br>  Azalea Maes<br>  Celeste Maes<br>  Immanuel Maes<br>  Joshua Maes<br>  Lorie Maes<br>  Petra Maes | No. 2686<br>Acequia del Pinavetal | 10.60 | November 21, 1949 |
| CHCB-001-0004<br>  Tobias H. Sanchez | No. 2738<br>Acequia del Pinavetal | 1.70 | August 3, 1951 |
| CHCB-003-0001<br>  Galina V. Vigil<br>  Frederick R. Vigil | No. 2631<br>Alto Ditch | 23.30 | March 29, 1948 |
| CHCB-003-0002<br>  Galina V. Vigil<br>  Frederick R. Vigil | No. 2631<br>Alto Ditch | 25.10 | March 29, 1948 |
| CHCB-003-0022<br>  Adela Martinez<br>  David R. Martinez | No. 2631<br>Rincon Blanca Ditch | 20.00 | March 29, 1948 |
| CHCB-006-0001<br>  Arthur F. Hibner<br>    Revocable Trust | No. 2658<br>Sixto Alire Ditch "A" | 47.30 | November 18, 1948 |
| | No. 2658<br>Sixto Alire Ditch "B" | 21.80 | November 18, 1948 |

---

[3] Please note: if a *parciante* has both pre-1907 and post-1907 water rights on a single ditch, only the post-1907 water rights acreage is detailed in Paragraph B. Any additional acreage irrigated under one of the ditches listed in Paragraph A has the priority date listed in Paragraph A.

|  | No. 2658<br>Sixto Alire Ditch "C" | 63.50 | November 18, 1948 |
|---|---|---|---|
|  | No. 2658<br>Emiliana Maes North Ditch | 28.10 | November 18, 1948 |
| CHCB-007-0001<br>  Ephraim Valencia<br>  Jedburgh Ltd.<br>  Lorraine Valencia | No. 2631<br>Rincon Blanca Ditch | 10.00 | March 29, 1948 |
| CHCB-007-0002A<br>  Donna M. Martinez<br>  Leroy A. Martinez | No. 2631<br>Rincon Blanca Ditch | 15.00 | March 29, 1948 |
| CHCB-007-0002B<br>  Henry E. Lieber<br>  Martinez Ranch Partnership | No. 2631<br>Rincon Blanca Ditch | 30.00 | March 29, 1948 |
| CHCB-007-0003<br>  Gustavo Martinez<br>  Rosina Martinez | No. 2631<br>Rincon Blanca Ditch | 40.90 | March 29, 1948 |
| CHCB-007-0004<br>  Mary Jo Martinez | No. 2631<br>Rincon Blanca Ditch | 17.30 | March 29, 1948 |
| CHCB-007-0005<br>  Heirs of Gilberto Martinez<br>  Jerry Garcia<br>  Lydia Garcia | No. 2631<br>Rincon Blanca Ditch | 4.80 | March 29, 1948 |
| CHCB-007-0007<br>  Alice Martinez<br>  Max D. Martinez | No. 2631<br>Rincon Blanca Ditch | 2.00 | March 29, 1948 |
| CHCB-008-0001<br>  Clyde C. Baker<br>  Theresa Baker | No. 2631-2735<br>Rincon Blanca Ditch | 320.00 | March 29, 1948 |

C. **Transferred Water Rights:**

| MOVE-TO LOCATION | DITCH | OSE PERMIT | PRIORITY DATE |
|---|---|---|---|
| CHCB-002-0001B<br>Charlie Chacon<br>Geralda M. Chacon | Chacon Ditch | No. 0636-D | 1883 |

**IT IS FURTHER ORDERED** that the priority dates in individual subfile orders in the Cebolla Subsection are adjudicated as follows:

1. All individual subfile orders entered by the Court for surface water irrigation use in the Cebolla Subsection are amended to incorporate in the description of water rights the priority dates described above.

2. Any diversion and use of the waters of the Rio Chama Stream System in the Cebolla Subsection by any defendant except in strict accordance with the water rights described herein is prohibited.

_____
**MARTHA VAZQUEZ**
**UNITED STATES DISTRICT JUDGE**