69CV7941 MV/KK
re: Doc #11387

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eloy Trujillo
Rural Route 4 Box 220
Ohkay Owingeh, NM 87566, US

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

RECEIVED
At Albuquerque NM
OCT 29 2018
CLERK

US POSTAGE $000.470
PITNEY BOWES
OCT 23 2018
MAILED FROM ZIP CODE 87102