IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

             Plaintiff,

     v.

ROMAN ARAGON, *et al.,*

             Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 3: Canjilon Creek

Subfile No. CHCJ-004-0011

## ORDER SUBSTITUTING PARTIES IN SUBFILE CHCJ-004-0011

**THIS MATTER** is before the Court on the *Motion for Substitution of Parties in Subfile CHCJ-004-0011* by the Plaintiff State of New Mexico, *ex rel*. State Engineer ("State"), Doc. 11385, filed October 1, 2018.

The State seeks to substitute Samantha Buglovsky, Scott Buglovsky, Toby J. Leyba, Jessica Martinez, and Trino Martinez for Defendants Patricia Alarid and Tommy Alarid in Subfile No. CHCJ-004-0011 because the land irrigated under Subfile No. CHCJ-004-0011, some of which was previously owned by the Alarids, is currently owned by Samantha Buglovsky, Scott Buglovsky, and Toby J. Leyba, Jessica Martinez, and Trino Martinez. No responses opposing the Motion have been filed.

**IT IS ORDERED** that the State of New Mexico's *Motion for Substitution of Parties in Subfile CHCJ-004-0011*, Doc. 11385, filed October 1, 2018, is **GRANTED;** Samantha Buglovsky, Scott Buglovsky, Toby J. Leyba, Jessica Martinez, and Trino Martinez are substituted for Defendants Patricia Alarid and Tommy Alarid in Subfile No. CHCJ-004-0011.

-2-

**IT IS ALSO ORDERED** that the Clerk of Court mail a copy of this Order to:

Samantha Buglovsky, Scott Buglovsky, and Toby J. Leyba
P.O. Box 301, Chama, NM 87520

and

Jessica Martinez and Trino Martinez
24A Sunset Trail W.
Santa Fe, NM 87508.


**KIRTAN KHALSA**
**UNITED STATE MAGISTRATE JUDGE**