IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

        vs.

ROMAN ARAGON, *et al.,*

            Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

.

**CERTIFICATE OF SERVICE OF NOTICE AND ORDER TO SHOW CAUSE AND
NOTICE OF CLAIM FORM IN THE RIO BRAZOS SUBSECTION OF SECTION 7
OF THE RIO CHAMA STREAM SYSTEM**

I hereby certify that, pursuant to this Court's *Scheduling and Procedural Order Addressing Claims to the Use of Water Based on the Treaty of Guadalupe Hidalgo in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11394, filed 11/01/18), on November 16, 2018, I caused to be mailed a copy of this Court's *Notice and Order to Show Cause* (Doc. 11395, filed 11/01/18) and a copy of the *Notice of Claim* form (Doc. 11386-3, filed 10/16/18) to those defendants that signed and approved a Consent Order in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System. The list of defendants to whom these documents were mailed and the addresses used for mailing is attached hereto as Exhibit 1.

The final Notice of Claim form, which includes the deadline for filing, is attached hereto as Exhibit 2.

Respectfully submitted,

/s/ Felicity Strachan
FELICITY STRACHAN
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 819-1044
E-mail:  felicity.strachan@state.nm.us


## CERTIFICATE  OF SERVICE

I HEREBY CERTIFY that on the 16th day of November, 2018, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
FELICITY STRACHAN