| | | |
|---|---|---|
| **GALE A. ABEYTA**<br>915 W. 6TH STREET<br>LOVELAND, CO 80537 | **JOSE GABRIEL ABEYTA**<br>P.O. BOX 155<br>LOS OJOS, NM 87551 | **AGAPITA ABEYTA**<br>**ROQUE N. ABEYTA**<br>P.O. BOX 100<br>LOS OJOS, NM 87551 |
| **RUBY ABEYTA**<br>P.O. BOX 102<br>LOS OJOS, NM 87551 | **ELVIRIA S. ABEYTA**<br>**JOSE M. ABEYTA**<br>P.O. BOX 102<br>LOS OJOS, NM 87551 | **MARK D. ABEYTA**<br>2013 CHEYENNE AVE<br>LOVELAND, CO 80538 |
| **MARGARET ABEYTA**<br>3108 PLAZA DEL PRADO<br>ALAMOGORDO, NM 88310 | **DONALDO ABEYTA**<br>8702 E CLARENDON<br>SCOTTSDALE, AZ 85251 | **TEODORO E. ABEYTA**<br>2619 YEARLING STREET<br>LAKEWOOD, CA 90712 |
| **SHERRY J. ABEYTA**<br>1550 STEELE ST<br>DENVER, CO 80206 | **ELOISA S. ABEYTA**<br>P.O. BOX 27<br>LOS OJOS, NM 87551 | **LA ASOCIACION DE AGUA DE LOS BRAZOS**<br>C/O MEDARDO SANCHEZ JR<br>P.O. BOX 96<br>LOS OJOS, NM 87551 |
| **FRED ANDERSON**<br>P.O. BOX 191<br>LOS OJOS, NM 87551 | **ANDREWS LIVING TRUST**<br>C/O J. LANCE ANDREWS<br>P.O. BOX 97<br>TIERRA AMARILLA, NM 87575 | **EMILIE LUNA ANTHONY**<br>1456 S. HIGHLAND AVE<br>FULLERTON, CA 92832 |
| **ARCHDIOCESE OF SANTA FE**<br>C/O TESSA DAVIDSON<br>P.O. BOX 2240<br>CORRALES, NM 87048 | **SAMMY ARCHULETA**<br>P.O. BOX 42<br>LOS OJOS, NM 87551 | **RICHARD ARCHULETA**<br>P.O. BOX 192<br>LOS OJOS, NM 87551 |
| **PEDRO ARCHULETA**<br>**BERONICE I. ARCHULETA**<br>P.O. BOX 413<br>TIERRA AMARILLA, NM 87575 | **FRANK J. ARCHULETA**<br>P.O. BOX 181<br>TIERRA AMARILLA, NM 87575 | **JOSE BELARMINO ARCHULETA**<br>P.O. BOX 154<br>LOS OJOS, NM 87551 |
| **BEVERLY ANN ARCHULETA**<br>P.O. BOX 3216<br>LOS LUNAS, NM 87031 | **BERONICE IGNACITA ARCHULETA**<br>**PEDRO ANTONIO ARCHULETA IV**<br>313 SC 392 #11<br>ESPANOLA, NM 87532 | **MARGARITA V. ATENCIO**<br>**SILVIANO ATENCIO**<br>P.O. BOX 302<br>TIERRA AMARILLA, NM 87575 |
| **JOYSREE B. AUBREY**<br>P.O. BOX 351<br>LOS ALAMOS, NM 87544 | **DAVID F. BACA**<br>1715 AGUA FRIA ST.<br>SANTA FE, NM 87505 | **GREGORIO ABEYTA**<br>3505 STEELE STREET<br>DENVER, CO 80205 |
| **GLORIA F. BACA**<br>1715 AGUA FRIA STREET<br>SANTA FE, NM 87505 | **LILY BATEMAN**<br>P.O. BOX 263<br>TIERRA AMARILLA, NM 87575 | **JUANITA ARCHULETA**<br>1312 N. 1300 W.<br>SALT LAKE CITY, UT 84116 |

| | | |
|---|---|---|
| **MARSHALL J. BLANTON**<br>**DOROTHY T. BLANTON TRUST**<br>C/O DOROTHY T. BLANTON<br>P.O. BOX 70<br>AZTEC, NM 87410 | **ESTATE OF ESTHER BRUNO**<br>C/O GILBERT BRUNO<br>31623 MEADOW LN.<br>WINCHESTER, CA 92596-9684 | **SILVIANO ATENCIO**<br>P.O. BOX 32<br>TIERRA AMARILLA, NM 87575 |
| **CONNIE BYRD**<br>579 OLD FERRY ROAD<br>SHADY COVE, OR 97539 | **JOSE A. CANDELARIA**<br>P.O. BOX 85<br>LOS OJOS, NM 87551 | **BIDAL A. CANDELARIA**<br>**CONSUELO J. CANDELARIA**<br>P.O. BOX 182<br>LOS OJOS, NM 87551 |
| **ESTATE OF OLIVIA CARMODY**<br>C/O DEBBIE JENSEN, PR<br>7952 PALM AVE<br>YUCCA VALLEY, CA 92284-4046 | **CYNTHA CASADOS**<br>P.O. BOX 282<br>TIERRA AMARILLA, NM 87575 | **MARY ALICE CASADOS**<br>**RUSSELL CASADOS**<br>P.O. BOX 13124<br>LAS CRUCES, NM 88013-2124 |
| **TOMAS A. CASADOS**<br>P.O. BOX 186<br>LOS OJOS, NM 87551 | **SYLVIA CASADOS**<br>P.O. BOX 196 CR 340 #145<br>LOS OJOS, NM 87551 | **EMMANUELITA "AMIE" CASADOS**<br>P.O. BOX 369<br>TIERRA AMARILLA, NM 87575 |
| **VERNON R. CASADOS**<br>P.O. BOX 98<br>LOS OJOS, NM 87551 | **BENITO CASADOS**<br>20271 ADRIAN CIRCLE<br>HUNTINGTON BEACH, CA 92646 | **CASADOS FAMILY TRUST**<br>C/O JULIA CASADOS<br>P.O. BOX 55<br>ESPANOLA, NM 87532 |
| **CASADOS PARTNERSHIP**<br>C/O PEDRO E. CASADOS<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 | **TONY CASADOS SR. & SONS PARTNERSHIP**<br>C/O TONY CASADOS JR.<br>P.O. BOX 186<br>TIERRA AMARILLA, NM 87575 | **NANCY BELL**<br>HC 75, BOX 29<br>TIERRA AMARILLA, NM 87575 |
| **RUDOLPH A. CHAVEZ**<br>P.O. BOX 89<br>CORRALES, NM 87048 | **ELIZABETH CHAVEZ**<br>7316 ALADDIN CT NW<br>ALBUQUERQUE, NM 87121 | **LILLIE CHAVEZ**<br>**VIVIAN CHAVEZ**<br>P.O. BOX 212<br>CORRALES, NM 87048 |
| **D. MARIO CHAVEZ**<br>**EMILY ULIBARRI CHAVEZ**<br>NO. 110 ROAD 3000<br>AZTEC, NM 87410 | **ELAINE CHAVEZ**<br>**FERNANDO CHAVEZ**<br>P.O. BOX 221<br>TIERRA AMARILLA, NM 87575 | **NATIVIDAD CHAVEZ RANCH PROPERTIES, LLC**<br>C/O CLEO C. SANCHEZ<br>P.O. BOX 131<br>LOS OJOS, NM 87551 |
| **DORENE TAFOYA CLELAND**<br>13511 ACAPULCO DRIVE<br>WHITTIER, CA 90605 | **MAX CLELAND**<br>13511 ACAPULCO<br>WHITTIER, CA 90605 | **BEN R. CORDOVA**<br>**MONICA A. CORDOVA**<br>P.O. BOX 59<br>LOS OJOS, NM 87551 |
| **GEORGIA M. CORDOVA**<br>**PAUL M. CORDOVA**<br>2332 EAST 12TH STREET<br>FARMINGTON, NM 87401 | **CLYDE C. CORDOVA**<br>**CYNTHIA A. CORDOVA**<br>6716 VENTANA HILLS RD NW<br>ALBUQUERQUE, NM 87114 | **CHRISTINE M. CORDOVA**<br>**JOSEPH G. CORDOVA**<br>6317 PONDEROSA CT NE<br>ALBUQUERQUE, NM 87110 |

| | | |
|---|---|---|
| **NELDA CORDOVA**<br>**ORLANDO M. CORDOVA**<br>**SHARON CORDOVA**<br>P.O. BOX 72<br>TIERRA AMARILLA, NM  87575 | **DEBORAH CORDOVA**<br>**GENEVIEVE CORDOVA**<br>**HAZEL CORDOVA**<br>P.O. BOX 72<br>TIERRA AMARILLA, NM  87575 | **OLIVIA J. CORDOVA**<br>**TOMAS R. CORDOVA**<br>P.O. BOX 68<br>TIERRA AMARILLA, NM  87575 |
| **BELVA EVERSGERD**<br>**ALVIN EVERSGERD**<br>HC 75 BOX 161<br>CHAMA, NM  87520 | **DONALD P. CORDOVA**<br>**NELDA CORDOVA**<br>P.O. BOX 72<br>TIERRA AMARILLA, NM  87575 | **ASHLEY D. CORDOVA**<br>**HAZEL ANN CORDOVA**<br>C/O NELDA CORDOVA<br>P.O. BOX 72<br>TIERRA AMARILLA, NM  87575 |
| **OLIVIA M. CORDOVA**<br>P.O. BOX 68<br>TIERRA AMARILLA, NM  87575 | **CORKINS LODGE**<br>C/O THOMAS MELK<br>216 W. CHICAGO AVE<br>CHICAGO, IL  60610 | **CECIL L. COX**<br>P.O. BOX 10<br>LOS OJOS, NM  87551 |
| **DARBY REV. LIVING FAMILY TRUST**<br>C/O S. DAVID DARBY<br>30925 WEST ZIA<br>TORTUGA, AZ  85390 | **TERESA GALDEAN**<br>1312 N. 1300 W.<br>SALT LAKE CITY, UT  84116 | **GUMERCINDO F. C. DURAN**<br>HC 75, BOX 20<br>TIERRA AMARILLA, NM  87575 |
| **HUGH L. EATON**<br>ONE IRVING PLACE APT. 217C<br>NEW YORK, NY  10003 | **AUDREY M. EATON**<br>706 STONE CANYON DRIVE<br>LAS CRUCES, NM  88011 | **LISA H. EATON**<br>289 QUEEN CREEK CIR.<br>HENDERSON, NV  89052 |
| **MARY F. GALLEGOS**<br>P.O. BOX 97<br>LOS OJOS, NM  87551 | **ENSENADA RESOURCES**<br>C/O CLIFFORD R. MILLER<br>1804 CAMINO RASO NW<br>ALBUQUERQUE, NM  87107 | **JOSEPHINE HAYES**<br>1105 COMMERCIAL, APT. 6<br>ASTORIA, OR  97103 |
| **EDULIA ESTRADA**<br>**RAMON ESTRADA**<br>P.O. BOX 222<br>TIERRA AMARILLA, NM  87575 | **JOSE DAMIAN ETURRIAGA**<br>P.O. BOX 57<br>LOS OJOS, NM  87551 | **MICHAEL FONTE**<br>**BERTA J. ROMERO**<br>8 BELMONT CT.<br>SILVER SPRING, MD  20910 |
| **EUGENE B. FOOTE**<br>**MARY V. FOOTE**<br>P.O. BOX 434<br>TIERRA AMARILLA, NM  87575 | **KAREL FORDYCE**<br>HC 75, BOX 22<br>TIERRA AMARILLA, NM  87575 | **FRANK A. GALLEGOS**<br>**MARY F. GALLEGOS**<br>P.O. BOX 97<br>LOS OJOS, NM  87551 |
| **RICHARD I. GALLEGOS**<br>P.O. BOX 275<br>CHAMA, NM  87520 | **HAROLD M. GALLEGOS**<br>P.O. BOX 142<br>LOS OJOS, NM  87551 | **ROSEANN GALLEGOS**<br>P.O. BOX 859<br>SANTA CRUZ, NM  87567 |
| **EPIMENIA B. GALLEGOS**<br>P.O. BOX 93]<br>LOS OJOS, NM  87551 | **MARIA F. GALLEGOS**<br>4750 S. 3685 WEST<br>SALT LAKE CITY, UT  84118 | **FELIX R. GALLEGOS**<br>**LEONTINA GALLEGOS**<br>**GALLEGOS FAMILY TRUST**<br>P.O. BOX 275<br>CHAMA, NM  87520 |

| | | |
|---|---|---|
| **GEORGE K. GALVAN**<br>**VALENTINA V. GALVAN**<br>P.O. BOX 155<br>TIERRA AMARILLA, NM  87575 | **ANTHONY T. GARCIA**<br>**DEBBIE L. GARCIA**<br>5300 CANYON BLUFF TRAIL NE<br>ALBUQUERQUE, NM  87111 | **J. PLACIDO GARCIA JR.**<br>**MUNIRA K. GARCIA**<br>5809 ROYBAL OAK RD NE<br>ALBUQUERQUE, NM  87111 |
| **J. PATRICK GARCIA**<br>2896 TRAMWAY PLACE NE<br>ALBUQUERQUE, NM  87111 | **FRANCES D. GARCIA**<br>502 DEWEY LANCE<br>ALAMOGORDO, NM  88310 | **MARIA ABEYTA GARCIA**<br>P.O. BOX 122<br>LOS OJOS, NM  87551 |
| **ERNESTINE GARCIA**<br>**PETE GARCIA**<br>**PETER GARCIA JR.**<br>P.O. BOX 123<br>TIERRA AMARILLA, NM  87575 | **JOE & ROSINA GARCIA REV. TRUST**<br>C/O JOSEPH O. GARCIA<br>P.O. BOX 90398<br>ALBUQUERQUE, NM  87199 | **THOMASS GAYLOR**<br>P.O. BOX 835<br>TIERRA AMARILLA, NM  87575 |
| **GLENN GODWIN & THERESA GODWIN FAMILY TRUST**<br>C/O GLEN D. GODWIN<br>HC 71, BOX 36<br>LUMBERTON, NM  87528 | **CAROLE GOMEZ**<br>P.O. BOX 811<br>DULCE, NM  87528 | **MICHAEL GOMEZ**<br>P.O. BOX 93<br>LUMBERTON, NM  87528 |
| **MARIA ELENA GOMEZ**<br>**THEODORE GONZALES**<br>4175 CRESTWOOD STREET<br>FREMONT, CA  94538 | **MARY LEAH MANZANARES**<br>23525 ARLINGTON AVE #117<br>TORRANCE, CA  90501 | **GLORIA JEAN GRASMICK**<br>14 CALLE QUIETO<br>SANTA FE, NM  87505 |
| **MARCELLA HASSON**<br>13148 LA JOYA CIRCLE 303B<br>LA MIRADA, CA  90638-3306 | **DENNIS R. HERRERA**<br>**VANGIE CORDOVA HERRERA**<br>P.O. BOX 235<br>LOS OJOS, NM  87551 | **HIGHLAND VENTURES INC.**<br>4 JUNIPER HILL RD. NE<br>ALBUQUERQUE, NM  87122 |
| **PRESCILLA HUNNEL**<br>12023 ROCKSBERG ST NE<br>ALBUQUERQUE, NM  87111 | **TITO JARAMILLO**<br>P.O. BOX 275<br>TIERRA AMARILLA, NM  87575 | **LOUIS R. JARAMILLO**<br>#150 SR-399<br>ESPANOLA  NM  87532 |
| **CANDY S. MARTINEZ**<br>**JOSE L. MARTINEZ**<br>3048 OLE COURT<br>ALBUQUERQUE, NM  87111 | **CHARLES E. KNAPP**<br>430 LOUISE AVENUE<br>LOS ALAMOS, NM  87544 | **ACENCION LABRIER**<br>HC 75, BOX 24<br>TIERRA AMARILLA, NM  87575 |
| **LAGUNA VITA TOWNSITE  INC.**<br>C/O GENE M. CHRISTIANSEN<br>HC-75 BOX 1152<br>LOS OJOS, NM  87551 | **MARRON FAMILY LIMITED PARTNERSHIP0 LLP**<br>C/O JOHN J. MARRON<br>1111 ROADRUNNER LANE NW<br>ALBUQUERQUE, NM  87107 | **ANSELMO LOPEZ**<br>**OTILIA LOPEZ**<br>6501 SAN ANTONIO DR NE #4302<br>ALBUQUERQUE, NM  87109 |
| **ROY C. LOPEZ**<br>1735 AGUA FRIA STREET<br>SANTA FE, NM  87505 | **FRANK D. LUNA IV**<br>24796 SUNSTAR LANE<br>DANA POINT, CA  92629 | **SALOMON LUNA**<br>P.O. BOX 85<br>TIERRA AMARILLA, NM  87575 |

| | | |
|---|---|---|
| HILARIO LUNA<br>C/O MARIE DENISE LUNA TEACH<br>16428 MARTIN LANE<br>HUNTINGTON BEACH, CA 92649 | GILBERT LUNA SR.<br>544 BARLANE PL NW<br>ALBUQUERQUE, NM 87107-5447 | ELISA M. SALAZAR MCKENZIE<br>712 GRACE ST NE<br>ALBUQUERQUE, NM 87123 |
| PRISCILLA MARTINEZ<br>2514 COLUMBINE DRIVE<br>DURANGO, CO 81301 | RITA MADRID<br>4817 SHALLOW CREEK DR NE<br>KENNESAW, GA 30144 | ROSA D. MARTINEZ<br>FRANK R. MARTINEZ<br>822 WEST 600 SOUTH<br>SALT LAKE CITY, UT 84104 |
| FELIX MADRID<br>NORMA E. MADRID<br>10905 FAROLA DR. NW<br>ALBUQUERQUE, NM 87114 | AGAPITO "PETE" MAESTAS<br>P.O. BOX 403<br>TIERRA AMARILLA, NM 87575 | TRAVIS D. MOSELEY<br>P.O. BOX 76<br>LOS OJOS, NM 87551 |
| FRANK A. MAESTAS<br>LUCY P. MAESTAS<br>515 MIDDLE SAN PEDRO RD<br>ESPANOLA, NM 87532 | CHARLES MAHLON MURPHY<br>P.O. BOX 804<br>TIERRA AMARILLA, NM 87575 | ROSE ELLEN MARQUEZ MANNING<br>2083 PLACITA DE VIDA<br>SANTA FE, NM 87505 |
| DARLENE A. MANUELE<br>16918 EAST EL DORADO CR.<br>AURORA, CO 80013 | MARIANO S. MANZANARES<br>P.O. BOX 100<br>GALLINA, NM 87017 | CARLOS R. MANZANARES<br>DEBBIE MANZANARES<br>P.O. BOX 196<br>TIERRA AMARILLA, NM 87575 |
| RUBEN MANZANARES JR<br>20614 SO. BUDLONG AVE<br>TORRANCE, CA 90502 | JOANN L. MANZANARES<br>JUAN F. MANZANARES<br>139 HUMMINGBIRD LA.<br>OPELOUSAS, LA 70570 | TONY J. & NATIVIDAD M.<br>MANZANARES FAMILY TRUST<br>C/O NATIVIDAD MANZANARES<br>P.O. BOX 100<br>TIERRA AMARILLA, NM 87575 |
| LORENZO ZUNIGA JR. & MARIA E.<br>VARELA FAMILY TRUST<br>C/O MARIA VARELA & LORENZO<br>ZUNIGA<br>P.O. BOX 2505<br>ALBUQUERQUE, NM 87194 | RAYMOND L. MARTINEZ<br>ROSE MARTINEZ<br>P.O. BOX 301<br>BERNALILLO, NM 87004 | DEBRA PATRICIA MARTINEZ<br>C/O JOE & CORDY MARTINEZ<br>P.O. BOX 45<br>LOS OJOS, NM 87551 |
| ESTEFANITA ABEYTA MARTINEZ<br>P.O. BOX 212<br>LOS OJOS, NM 87551 | NICHOLAS MARTINEZ ESTATE<br>C/O ESTHER SERNA<br>2000 NEAT LANE SW<br>ALBUQUERQUE, NM 87105 | LARRY MARTINEZ<br>4752 E. ST. CATHERINE<br>PHOENIX, AZ 85040 |
| JOSE MARIA MARTINEZ JR.<br>88 N. PASEO DE ANGEL<br>SANTA FE, NM 87507 | ANTHONY R. MARTINEZ<br>P.O. BOX 43<br>TIERRA AMARILLA, NM 87575 | CHRIS R. MARTINEZ<br>P.O. BOX 271<br>TIERRA AMARILLA, NM 87575 |
| ALBERT M. MARTINEZ<br>GLORIA MARTINEZ<br>330 CHARING CROSS LOOP<br>BERNALILLO, NM 87004 | ORLANDO MARTINEZ<br>SOCORRO MARTINEZ<br>P.O. BOX 111<br>LOS OJOS, NM 87551 | LUIS E. MARTINEZ<br>REBECCA MARTINEZ<br>P.O. BOX 813<br>TIERRA AMARILLA, NM 87575 |

| | | |
|---|---|---|
| **JACOB MARTINEZ**<br>P.O. BOX 114<br>TIERRA AMARILLA, NM  87575 | **JOSE LUCAS MARTINEZ**<br>C/O ESTHER SERNA<br>2000 NEAT LANE SW<br>ALBUQUERQUE, NM  87015 | **WILLA S. PALM**<br>HENRY A. PALM<br>1732 PINE VALLEY STREET<br>LAS CRUCES, NM  88011 |
| **ROBERT A. MARTINEZ**<br>ROSE M. MARTINEZ<br>P.O. BOX 28<br>LOS OJOS, NM  87551 | **LOUISA MARTINEZ**<br>RT 1 BOX 27<br>SANTA CRUZ, NM  87567 | **FRANK A. MARTINEZ**<br>TRACY MARTINEZ<br>4171 W 285TH<br>OSAGE CITY, KS  66523 |
| **JOSEPH A. MARTINEZ**<br>HC 75, BOX 18<br>TIERRA AMARILLA, NM  87575 | **ALICE MARTINEZ**<br>MANUEL G. MARTINEZ JR.<br>P.O. BOX 465<br>BELEN, NM  87002 | **ASCENCION D. MARTINEZ**<br>P.O. BOX 41<br>CHAMA, NM  87551 |
| **LOYOLA MARTINEZ**<br>7028 SO. BRYANT ST.<br>LITTLETON, CO  80120 | **LIONEL E. MARTINEZ II**<br>P.O. BOX 114<br>CHAMA, NM  87520 | **JOE L. MARTINEZ**<br>MARY IDA B. MARTINEZ<br>2443 DEL NORTE SW<br>ALBUQUERQUE, NM  87105 |
| **EDDIE MARTINEZ**<br>P.O. BOX 3463<br>FAIRVIEW, NM  87533 | **CHRIS H. MARTINEZ**<br>HAZEL T. SANCHEZ<br>1549 PEYTON RD<br>LOS LUNAS, NM  87031 | **JONETTA L. MARTINEZ**<br>917 PEREZ RD SW<br>ALBUQUERQUE, NM  87105 |
| **ESTATE OF NICOLAS MARTINEZ**<br>C/O ROBERT J. TORREZ<br>8109 CORTE DEL VIENTO NW<br>ALBUQUERQUE, NM  87120 | **PHILOMENA M. MARTINEZ**<br>P.O. BOX 95<br>LOS OJOS, NM  87551 | **MANUEL A. MARTINEZ JR.**<br>297 DON FERNANDO<br>SANTA FE, NM  87505 |
| **JOE E. MARTINEZ**<br>POLLY MARTINEZ<br>P.O. BOX 924<br>SAN JUAN PUEBLO, NM  87566 | **EDUARDO T. MARTINEZ**<br>P.O. BOX 116<br>LOS OJOS, NM  87551 | **GILBERT A. MARTINEZ JR.**<br>ROSE L. MARTINEZ<br>P.O. BOX 127<br>LOS OJOS, NM  87551 |
| **GLORIA MARTINEZ**<br>P.O. BOX 933<br>CHAMA, NM  87520 | **LEROY J. MARTINEZ**<br>TERESA S. MARTINEZ<br>P.O. BOX 501<br>SANTA CRUZ, NM  87567 | **ROBERT MARTINEZ JR.**<br>5 SEDA PLACE<br>LOS LUNAS, NM  87031 |
| **IDA S. MARTINEZ**<br>ROBERT A. MARTINEZ<br>P.O. BOX 12<br>LOS OJOS, NM  87551 | **ROSINA MARTINEZ**<br>1671 E. KINGSLEY AVE. UNIT-B<br>PAMONA, CA  91767-5354 | **CHRIS R. MARTINEZ**<br>LAVERNE MARTINEZ<br>P.O. BOX 271<br>TIERRA AMARILLA, NM  87575 |
| **JOHNNY C. MARTINEZ**<br>P.O. BOX 238<br>CHIMAYO, NM  87522 | **JOANNE C. MARTINEZ**<br>P.O. BOX 843<br>TIERRA AMARILLA, NM  87575 | **STEPHANIE E. MARTINEZ**<br>P.O. BOX 227<br>TIERRA AMARILLA, NM  87575 |

| | | |
|---|---|---|
| NAVORA MARTINEZ<br>P.O. BOX 842<br>TIERRA AMARILLA, NM  87575 | LARRY H. MARTINEZ<br>P.O. BOX 1124<br>CHAMA, NM  87520 | JUAN A. MARTINEZ<br>P.O. BOX 266<br>TIERRA AMARILLA, NM  87575 |
| MAX A. MARTINEZ<br>P.O. BOX 145<br>GALLINA, NM  87017 | CONRAD V. MARTINEZ<br>#36 CTY ROAD 545<br>ESPANOLA, NM  87532 | LILLIANA R. MARTINEZ<br>HCR 77, BOX 3-1/2<br>OJO CALIENTE, NM  87549 |
| LOIDE MARTINEZ<br>P.O. BOX 103<br>LOS OJOS, NM  87551 | JOSE I. RIVERA<br>10100 SABIN DRIVE<br>MONASSAS, VA  20109 | BAUDELIA M. MERCURE<br>VINCENTE MERCURE<br>HC 75 BOX 6<br>TIERRA AMARILLA, NM  87575 |
| MARGARITA E. MERCURE<br>828 GUADALUPE CIRCLE NW<br>ALBUQUERQUE, NM  87114 | AMELIA MONTANO<br>VICENTE MONTANO<br>P.O. BOX 32<br>TIERRA AMARILLA, NM  87575 | YOLANDA M. MONTANO<br>ANTHONY M. ROMERO<br>P.O. BOX 247<br>TIERRA AMARILLA, NM  87575 |
| LORRAINE E. MONTOYA<br>MINERAL HILL RT BOX 190<br>LAS VEGAS, NM  87701 | SIXTO MONTOYA<br>111 S. EL RANCHO RD.<br>SANTA FE, NM  87501 | DON DELL MULDER<br>5415 MURCHISON SW<br>ALBUQUERQUE, NM  87121 |
| MUNDY RANCH INC.<br>C/O SUSAN JANE M. MUNDY<br>P.O. BOX 1087<br>CHAMA, NM  87520 | JOYCE NENNINGER<br>3925 SAN MIGUEL DRIVE<br>FULLERTON, CA  92835 | NM GAME COMMISSION<br>C/O CHRISTOPHER COPPIN, ESQ.<br>111 LOMAS BLVD NW #300<br>ALBUQUERQUE, NM 87102-0001 |
| ANNA S. RODELA<br>P.O. BOX 232<br>TIERRA AMARILLA, NM  87575 | ELOY S. OLIVAS<br>JUANITA I. OLIVAS<br>P.O. BOX 70<br>LOS OJOS, NM  87551 | EMMA PADILLA<br>RICHARD PADILLA<br>1605 CAMINITO MONICA<br>SANTA  FE, NM  87501 |
| BUNNY PEPER<br>DOUGLAS C. PEPER<br>HC 75, BOX 164<br>CHAMA, NM  87520 | FERLINDA PESATA<br>P.O. BOX 381<br>DULCE, NM  87528 | WALTER JOSEPH PINA<br>P.O. BOX 26<br>LOS OJOS, NM  87551 |
| JOE PINO<br>JUANITA PINO<br>P.O. BOX 35<br>LOS OJOS, NM  87551 | ESTATE OF AMELIA C. POND<br>P.O. BOX 307<br>TIERRA AMARILLA, NM  87575 | DELFIN O. & FRANCES QUINTANA TRUST<br>C/O DELFIN O. QUINTANA<br>P.O. BOX 156<br>CEBOLLA, NM  87518 |
| PRAXEDES RIVERA<br>BOX 74<br>LOS OJOS, NM  87551 | JOSE B. RIVERA<br>ORALIA RIVERA<br>HC 75, BOX 16<br>TIERRA AMARILLA, NM  87575-9601 | TITO A. RIVERA<br>P.O. BOX 142<br>CHAMA, NM  87520 |

| | | |
|---|---|---|
| **JOSEPH RAY RODELA**<br>P.O. BOX 69<br>TIERRA AMARILLA, NM  87575 | **LOYDA RODELA**<br>**STEVEN RODELA**<br>P.O. BOX 1<br>TIERRA AMARILLA, NM  87575 | **BERTA J. ROMERO**<br>8 BELMONT CT.<br>SILVER SPRING, MD  20910 |
| **MARIA ELENA RODELA**<br>P.O. BOX 1<br>TIERRA AMARILLA, NM  87575 | **CARLOS J. ROMERO JR.**<br>2120 SHERATON DRIVE<br>SANTA CLARA, CA  95050 | **MIKAEL SAUNDERS**<br>P.O. BOX 1457<br>MAGDALENA, NM  87825 |
| **JANET ROSAS**<br>3759 WASHINGTON DR<br>MAGNA, UT  84044 | **HOPE R. ROYBAL**<br>**JOSEPH G. ROYBAL**<br>15 THISTLE LANE<br>SANTA FE, NM  87506 | **MELVIN K. ROYBAL**<br>8 AVENIDA DE SEVILLA<br>SANTA FE, NM  87501 |
| **JOSE B. ROYBAL LIVING TRUST**<br>C/O FRED DELGADO, POA<br>P.O. BOX 238<br>TIERRA AMARILLA, NM  87575 | **MARGARET ROYBAL**<br>**JOSEPH DAVID SANCHEZ**<br>2521 SO. ZINNIA WAY<br>LAKEWOOD, CO  80228 | **DORIS SALAZAR**<br>**JOSE B. SALAZAR**<br>P.O. BOX 58<br>LOS OJOS, NM  87551 |
| **FERNANDO SALAZAR**<br>P.O. BOX 12<br>LOS OJOS, NM  87551 | **MIGUEL ANTONIO SALAZAR**<br>20298 E. POWERS PLACE<br>AURORA, CO  80015 | **ROBERT A. SALAZAR**<br>2000 ALGODONES NE<br>ALBUQUERQUE, NM  87112 |
| **MANUEL S. SALAZAR**<br>**MARIA D. SALAZAR**<br>1213 CERRILLOS RD SW<br>ALBUQUERQUE, NM  87121 | **HARRY SANCHEZ**<br>**THERESA SANCHEZ**<br>P.O. BOX 114<br>LOS OJOS, NM  87551 | **MEDARDO SANCHEZ**<br>P.O. BOX 96<br>LOS OJOS, NM  87551 |
| **ANGELINA SANCHEZ**<br>**ELOY SANCHEZ**<br>716 TYLER ROAD NW<br>ALBUQUERQUE, NM  87113 | **CHRISTIE L. SPILL**<br>10225 TUFF COURT NW<br>ALBUQUERQUE, NM  87114 | **JOSE A. SANCHEZ**<br>**PAULINE SANCHEZ**<br>P.O. BOX 8<br>LOS OJOS, NM  87551 |
| **JOYCE L. SANCHEZ**<br>**RALPH SANCHEZ**<br>3615 VISTA DEL SUR NW<br>ALBUQUERQUE, NM  87120 | **MIGUEL R. SANCHEZ**<br>**MIGUEL R. SANCHEZ JR.**<br>P.O. BOX 131<br>LOS OJOS, NM  87551 | **DOLORES TORREZ**<br>**JOE M. TORREZ**<br>P.O. BOX 28<br>CHAMA, NM  87520 |
| **SANCHEZ FAMILY TRUST**<br>C/O MIGUEL R. SANCHEZ<br>P.O. BOX 131<br>LOS OJOS, NM  87551 | **LEVI A. SANDOVAL**<br>**RUFINA L. SANDOVAL**<br>P.O. BOX 54<br>CHAMA, NM  87520 | **DAVID SCHWARTZ BYPASS TRUST**<br>C/O DONA DEL CASTILLO &<br>ARLYN KREIGE, TRUSTEES<br>P.O. BOX 46<br>LOS OJOS, NM  87551 |
| **JOHNNY P. SILVA**<br>P.O. BOX 3770<br>ESPANOLA, NM  87532 | **HOWARD M. SLEEPER, ESTATE**<br>C/O HOWARD M. SLEEPER<br>5616 FLINT COURT NW<br>ALBUQUERQUE, NM  87120 | **LORRAINE TAFOYA**<br>370 CALLE ALCAZAR<br>WALNUT, CA  91789 |

| | | |
|---|---|---|
| **STELLA TAFOYA**<br>P.O. BOX 87<br>TIERRA AMARILLA, NM  87575 | **JOSE P. TAFOYA**<br>**LUCY M. TAFOYA**<br>370 CALLE ALCAZAR<br>WALNUT, CA  91789 | **ANDREW M. TAFOYA**<br>P.O. BOX 87<br>TIERRA AMARILLA, NM  87575 |
| **LISA TAFOYA**<br>**LUCY TAFOYA**<br>1505 GERARD DR<br>DIAMOND BAR, CA  91765 | **KATHY R. TAFOYA**<br>23519 GRAND RIM CT<br>DIAMOND BAR, CA  91765 | **THE EL LLANO CO. INC.**<br>C/O RICHARD P. COOK<br>P.O. BOX 38<br>ESPANOLA, NM  87532 |
| **TIERRA GRANDE INC.**<br>C/O WILLIAM M. WILSON, PRES.<br>10420 ARVILLA NE<br>ALBUQUERQUE, NM  87111 | **JUANITA TORREZ**<br>**ROBERT TORRES**<br>8109 CORTE DEL VIENTO<br>ALBUQUERQUE, NM  87120 | **REYES SALOMON TORREZ**<br>**VICTORIA M. TORREZ**<br>P.O. BOX 115<br>CHAMA, NM  87520 |
| **FERNANDO TRUJILLO SR.**<br>**MARGARITA TRUJILLO**<br>P.O. BOX 13<br>LOS OJOS, NM  87551 | **PHILLIP G. TRUJILLO**<br>2603 FOX ST<br>FARMINGTON, NM  87402 | **FERNANDO TRUJILLO JR.**<br>P.O. BOX 66<br>LOS OJOS, NM  87551 |
| **VIOLA TRUJILLO**<br>P.O. BOX 66<br>LOS OJOS, NM  87551 | **FERNANDO TRUJILLO III**<br>P.O. BOX 66<br>LOS OJOS, NM  87551 | **MANUEL DE ATOCHA TRUJILLO**<br>HC 75 BOX 23<br>TIERRA AMARILLA, NM  87575 |
| **FELICITAS TRUJILLO**<br>P.O. BOX 574<br>CANJILON, NM  87515 | **MANUEL D. TRUJILLO**<br>**MARCELLA DOREEN BURBANK TRUJILLO**<br>HC 75 BOX 23<br>TIERRA AMARILLA, NM  87575 | **HORACIO TRUJILLO**<br>6604 JADE PARK NE<br>ALBUQUERQUE, NM  87109 |
| **WILLIE TRUJILLO JR.**<br>1504 FINCH AVE<br>FARMINGTON, NMN  87401 | **BERNADETTE TRUJILLO-SALAZAR**<br>P.O. BOX 13<br>LOS OJOS, NM  87551 | **ERNESTO R. ULIBARRI**<br>P.O. BOX 747<br>LA MADERA, NM  87539 |
| **MICHAEL C. ULIBARRI**<br>P.O. BOX 992<br>LAKEVILLE , MA  022347 | **ROSEMARY ULIBARRI**<br>P.O. BOX 64<br>TIERRA AMARILLA, NM  87575 | **HENRY ULIBARRI**<br>**MABEL C. ULIBARRI**<br>P.O. BOX 429<br>TIERRA AMARILLA, NM  87575 |
| **BERNIE ULIBARRI**<br>P.O. BOX 125<br>LOS OJOS, NM  87551 | **JUSTINIANO A. VALDEZ**<br>P.O. BOX 41<br>TIERRA AMARILLA, NM  87575 | **JOE B. VALDEZ**<br>P.O. BOX 632<br>TIERRA AMARILLA, NM  87575 |
| **GLORIA C. VALDEZ**<br>P.O. BOX 56<br>LOS OJOS, NM  87551 | **MIGUEL VALDEZ**<br>P.O. BOX 62<br>TIERRA AMARILLA, NM  87575 | **GEORGE A. VALDEZ**<br>**OLIVIA M. VALDEZ**<br>P.O. BOX 187<br>TIERRA AMARILLA, NM  87575 |

| | | |
|---|---|---|
| LEO V. VALDEZ<br>1702 E. HIGHLAND AVE STE 301<br>PHOENIX, AZ  85016 | MANUEL F. VALDEZ<br>P.O. BOX 87<br>LOS OJOS, NM  87551 | THERESA VALDEZ<br>P.O. BOX 782<br>CUBA, NM  87013 |
| FRANK VALDEZ<br>TEOFILA VALDEZ<br>2310 CALLE BROCHA<br>SANTA FE, NM  87505 | CLEO B. VALDEZ<br>CRYSTAL H. VALDEZ<br>ROXANNE H. VALDEZ<br>P.O. BOX 87<br>LOS OJOS, NM  87551 | ABEL VALDEZ<br>BOX 2383<br>BERNALILLO, NM  87004 |
| GRACE G. VALDEZ<br>2220 BROOK PLACE<br>FARMINGTON, NM  87401 | GERALDINE VALENCIA<br>LARRY VALENCIA<br>10556 SUNDIAL RIM RD<br>LITTLETON, CO  80126 | MARGARET M. VALERIO<br>P.O. BOX 46<br>TOOELE, UT  87074 |
| CHARLIE S. VANCE<br>LORRAINE T. VANCE<br>P.O. BOX 293<br>TIERRA AMARILLA, NM  87575 | JOHN P. ZAMORA<br>MARIA DE LA LUZ ZAMORA<br>P.O. BOX 252<br>LOS OJOS, NM  87551 | M. MABEL VELASQUEZ<br>P.O. BOX 664<br>PERALTA, NM  87042 |
| VELASQUEZ INC.<br>C/O STEVE POLACO<br>P.O. BOX 205<br>TIERRA AMARILLA, NM  87575 | HUGH WALTER WILSON<br>904 GASSEN ST<br>LULING, LA  70070 | CARLA A. VIGIL<br>P.O. BOX 79<br>DULCE, NM  87528 |
| MARCIA SUE VIGIL<br>RUDY GILBERT VIGIL<br>29-A CAMINO MONTOYA<br>SANTA FE,  NM  87507 | ANTHONY L. VIGIL<br>715 TAWNEY EAGLE<br>HENDERSON, NV  89015 | DOROTHY WARDLOW<br>T.J. WARDLOW<br>307 ROSEDALE CIRCLE<br>BELEN, NM  87002 |
| ENSENADA MUTUAL DOMESTIC<br>WATER CONSUMERS ASSOC.<br>C/O VICENTE MONTANO<br>P.O. BOX 226<br>TIERRA AMARILLA, NM  87575 | BRAZOS MUTUAL DOMESTIC<br>WATER CONSUMERS ASSOC.  INC.<br>C/O THOMAS L. PETERSON<br>127 BANDELIER AVE<br>LOS ALAMOS, NM  87544 | LOS OJOS MUTUAL DOMESTIC<br>WATER CONSUMERS ASSOC.<br>C/O TOMAS A. CASADOS, PRES.<br>P.O. BOX 168<br>LOS OJOS, NM  87551 |
| REBECCA WILSON<br>1410 WEST 31ST AVE<br>ANCHORAGE, AK  99503 | | |