IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 NOV 19  AM 9: 17

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

Defendants.

69cv07941-MV/KK   CLERK-ALBUQUERQUE

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

**NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF
GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7
OF THE RIO CHAMA STREAM SYSTEM**

I have signed and approved a Consent Order in the adjudication of water rights in the Rio

Brazos Subsection and would like to make a claim to the use of water based on the Treaty of

Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos**

**Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow

the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Joe L. Martinez

MAILING ADDRESS: 2443 Del Norte S. W. Albuquerque N.M. 87105

CONTACT PHONE: 505-270-7292

Lower case n

CONTACT E-MAIL: martinez_nat@aps.edu

ADDRESS OF PROPERTY: Ensenada, N.M.

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Joe J. Martinez

DATE: 11-19-2018

**\*\*\*\*\*SEE REVERSE SIDE FOR FILING INSTRUCTIONS\*\*\*\*\***

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

**United States District Court Clerk**
**333 Lomas Blvd. NW**
**Suite 270**
**Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

**United States District Court Clerk**
**106. S. Federal Place**
**Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

**Felicity Strachan**
**N.M. Office of the State Engineer**
**130 S. Capitol Street**
**Santa Fe, NM 87501**
**Phone: (505) 819-1044**
**Email: felicity.strachan@state.nm.us**