IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 NOV 21 AM 11:26

CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rio Brazos |

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Augusta D., Bidal A, and Connie M. Candelaria

MAILING ADDRESS: PO Box 182 Los Ojos, New Mexico 87551

CONTACT PHONE: 505-929-1934

CONTACT E-MAIL: bidalcandelaria9@gmail.com

ADDRESS OF PROPERTY: County Road 334 Private Drive 13B Los Ojos, nm 87551

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: *Bidal A Candelaria*

DATE: 11-19-2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Bidal A. Candelaria
PO Box 182
Los Ojos NM 87551

CERTIFIED MAIL
7016 2070 0000 4485 7632

$006.70
NOV 2015
MAILED FROM ZIP CODE 87551

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque NM 87102

RECEIVED
At Albuquerque NM
NOV 21 2018
CLERK

87102-227470