FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 26 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

　　　　Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

　　　　Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Charlie S. Vance    Lorraine T. Vance

MAILING ADDRESS: P.O. Box 293 Tierra Amarilla NM 87575

CONTACT PHONE: 575-740-5876    575-588-7493

CONTACT E-MAIL: charlievance@hotmail.com

ADDRESS OF PROPERTY: County Rd 332 #110 A

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: /s/ Charlie S. Vance    /s/ Lorraine M. Vance

DATE: November 21, 2018

**\*\*\*\*\*SEE REVERSE SIDE FOR FILING INSTRUCTIONS\*\*\*\*\***

EXHIBIT 3

