IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 26 2018

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Teodoro Enrique Abeyta

MAILING ADDRESS: 2619 Yearling St. Lakewood, CA. 90712

CONTACT PHONE: (951) 538-3333

CONTACT E-MAIL: tedabeyta@msn.com

ADDRESS OF PROPERTY: Rio Brazos, Section 7 (69cv07941-JEC-ACE)

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): CHRB-007-0020

SIGNED BY: Teodoro E. Abeyta

DATE: November 22, 2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Teodoro Abeyta
2619 Yearling St.
Lakewood, CA 90712

RECEIVED
At Albuquerque NM
NOV 26 2018
CLERK

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

87102-227470