IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 NOV 27 PM 2:03

CLERK ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rio Brazos |
| Defendants. | |

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Fernando Chavez   Elaine Chavez

MAILING ADDRESS: P.O. Box 221 Tierra Amarilla, NM 87575

CONTACT PHONE: (575) 588-7366

CONTACT E-MAIL: fernando-elaine@yahoo.com

ADDRESS OF PROPERTY: Hwy 64/84 Los Ojos, New Mexico

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): CHRB-006-0020

SIGNED BY: Fernando Chavez   Elaine Chavez

DATE: November 21, 2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Fernando & Elaine Chavez
P.O. Box 221
Tierra Amarilla, New Mexico
87575

**RECEIVED**
At Albuquerque NM

NOV 27 2018

CLERK

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

87102-227470