IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 NOV 27 PM 2:03

CLERK ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rio Brazos |
| Defendants. | |

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Jose B. Rivera or Oralia Rivera

MAILING ADDRESS: HC 75 Box 16, Tierra Amarilla, NM 87575

CONTACT PHONE: 575-588-7390

CONTACT E-MAIL: lulibarri@aztecnm.gov

ADDRESS OF PROPERTY: Rd 573 N. Ensenada, #194

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Oralia S. Rivera

DATE: Nov. 26 - 2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Oralia Rivera
HC 75 Box 16
Tierra Amarilla NM 87575-9601

RECEIVED
At Albuquerque NM
NOV 27 2018
CLERK

United States District Court Clerk
333 Lomas Blvd. NW Ste 270
Albuquerque, NM 87102

87102-227470