IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 NOV 28 AM 10: 47

CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rio Brazos |
| Defendants. | |

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): _____

MAILING ADDRESS: _____

CONTACT PHONE: _____

CONTACT E-MAIL: _____

ADDRESS OF PROPERTY: _____

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: *Teofila Valdez*

DATE: 11/27/18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Ms. Teofila Valdez
2310 Calle Brocha
Santa Fe, NM 87505

RECEIVED
At Albuquerque NM

NOV 28 2018

CLERK

United States District Court Clerk
333 Lomas Blvd, N.W.
Suite 270
Albuquerque, N.M.
87102