IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 NOV 29 AM 11: 4

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): __DONALD R ABEYTA__

MAILING ADDRESS: __8702 E. CLARENDON AVE.__

CONTACT PHONE: __480-949-5374__

CONTACT E-MAIL: __—0—__

ADDRESS OF PROPERTY: __S. H. T. 29 R. 03E. 4.22 AC. 507/796.__
__138/477. 353-4468, 540/2507__
CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: __Donald R. Abeyta__

DATE: __11/24/2018__

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

## 2018 NOTICE OF VALUE

LEVI VALDEZ JR.
RIO ARRIBA COUNTY ASSESSOR
P.O. BOX 277 • TIERRA AMARILLA, NM 87575
122 INDUSTRIAL PARK ROAD • ESPAÑOLA, NM 87532
(575) 588-7726 – Tierra Amarilla • (505) 753-7019 – Española

Mailing Date: **March 30, 2018**
Protest Period Ends: **April 30, 2018**
Account Number: **R027002**

**THIS IS NOT A TAX BILL**
Property Listed and Valued as of JANUARY 1, 2018
THIS VALUE WILL BE A FACTOR IN DETERMINING YOUR 2018 PROPERTY TAX BILL.
RETAIN THIS PORTION FOR YOUR RECORDS.

THIS IS THE ONLY NOTICE OF VALUE YOU WILL RECEIVE UNLESS YOU ARE THE OWNER OF PERSONAL PROPERTY OR TAXABLE LIVESTOCK.
INSTRUCTIONS FOR PROTESTING AND FILING OF EXEMPTIONS ARE ON THE REVERSE SIDE.
FOR ASSISTANCE, CALL (575) 588-7726 BETWEEN THE HOURS OF 8:00 AM - 5:00 PM MONDAY - FRIDAY.

| District | | Year | UPC Number | PROPERTY USE |
|---|---|---|---|---|
| 19_OUT_NR | NET TAXABLE VALUES WILL BE ALLOCATED TO THE GOVERNMENTAL UNITS IN SCHOOL DISTRICT. | 2018 | 1017173442094 | NON-RESIDENTIAL |

PROPERTY LEGAL DESCRIPTION AND LOCATION ADDRESS

2018 (Current Year's) Property Value Information
These values reflect analysis of 2017 market value

| PROPERTY CLASS | UNITS | FULL VALUE | TAXABLE VALUE |
|---|---|---|---|
| Agriculture Land | | $696 | $232 |

---

## 2018 NOTICE OF VALUE

LEVI VALDEZ JR.
RIO ARRIBA COUNTY ASSESSOR
P.O. BOX 277 • TIERRA AMARILLA, NM 87575
122 INDUSTRIAL PARK ROAD • ESPAÑOLA, NM 87532
(575) 588-7726 – Tierra Amarilla • (505) 753-7019 – Española

Mailing Date: **March 30, 2018**
Protest Period Ends: **April 30, 2018**
Account Number: **R001285**

**THIS IS NOT A TAX BILL**
Property Listed and Valued as of JANUARY 1, 2018
THIS VALUE WILL BE A FACTOR IN DETERMINING YOUR 2018 PROPERTY TAX BILL.
RETAIN THIS PORTION FOR YOUR RECORDS.

THIS IS THE ONLY NOTICE OF VALUE YOU WILL RECEIVE UNLESS YOU ARE THE OWNER OF PERSONAL PROPERTY OR TAXABLE LIVESTOCK.
INSTRUCTIONS FOR PROTESTING AND FILING OF EXEMPTIONS ARE ON THE REVERSE SIDE.
FOR ASSISTANCE, CALL (575) 588-7726 BETWEEN THE HOURS OF 8:00 AM - 5:00 PM MONDAY - FRIDAY.

| District | | Year | UPC Number | PROPERTY USE |
|---|---|---|---|---|
| 19_OUT_NR | NET TAXABLE VALUES WILL BE ALLOCATED TO THE GOVERNMENTAL UNITS IN SCHOOL DISTRICT. | 2018 | 1018173024039 | NON-RESIDENTIAL |

PROPERTY LEGAL DESCRIPTION AND LOCATION ADDRESS

2018 (Current Year's) Property Value Information
These values reflect analysis of 2017 market value

| PROPERTY CLASS | UNITS | FULL VALUE | TAXABLE VALUE |
|---|---|---|---|
| Non-Residential Land | | $5,244 | $1,748 |

2018 Total Value

2018 Net Taxable Value

2017 (Previous Year's) Property Value and Tax Information
These values reflect analysis of 2016 market value

2017 Taxable Value
2017 Exemption                                                                 $0
2017 Net Taxable Value
                                            2017 RES Tax Rate
                                            2017 NRES Tax Rate      29.872
2017 Tax Amount

Instructions for calculating Estimated Tax (NMSA 7-38-20): The calculation of an **estimated** property tax may be higher or lower than the property tax that will actually be imposed. Tax rates are determined by the Department of Finance and Administration no later than September 1st. **RES** Estimated Tax may be calculated by multiplying the Current Year's **RES** Net Taxable Value by the (Previous Year's **RES** Tax Rate divided by 1,000). **NRES** Estimated Tax may be calculated by multiplying the Current Year's **NRES** Net Taxable Value by the (Previous Year's **NRES** Tax Rate divided by 1,000). Combine both **RES** and **NRES** totals for Total Current Year's Estimated Tax, if applicable.
Example: **RES** Estimated Tax = $45,000 **RES** Net Taxable Value x .035 (35.000 **RES** Tax Rate divided by 1,000) = $1,575
         **NRES** Estimated Tax = $2,500 **NRES** Net Taxable Value x .025 (25.000 **NRES** Tax Rate divided by 1,000) = $62.50
         Total Current Year's Estimated Tax = $1,575 **RES** Estimated Tax + $62.50 **NRES** Estimated Tax

**FIRST CLASS MAIL**

Name: Donald R. Abeyta
Address: 8702 E. Clarendon Ave.
City: Scottsdale, AZ 85251-8050

☐ Please check here if this is a new address

RECEIVED
At Albuquerque NM

NOV 29 2018

CLERK

PHOENIX AZ
26 NOV 2018 PM 5 L

form may be filed in person or mailed to:

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

87102–227470