IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 NOV 29  AM 11: 44

CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rio Brazos |
| Defendants. | |

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Berta J Romero-Funk and Michael J. Fonte

MAILING ADDRESS: 8 Belmont Ct., Silver Spring, MD 20910

CONTACT PHONE: 301-547-1079 (c)  / (c) 202-390-0244

CONTACT E-MAIL: bertajromero@gmail.com  / michaeljfonte@mac.com

✱ ADDRESS OF PROPERTY: A portion of Lot 18 in Catron's Subdivision B, w/in Tierra Amarilla Grant, in the vicinity of Ensenada.

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: *Berta J Romero-Fonte*  *Michael J Fonte*

DATE: 11/24/2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

✱ S: 08 T: 29N R: 04E  Book 141-A Page 806-811  11.44 AC. TR. TR. of LAND in the SE4 in Ensenada  Bk 454 Pg. 57-071603  Bk. 540 Pg. 2051

EXHIBIT 3

Berta Romero-Fonte / Mildred Fonte
8 Belmont Ct.
Silver Spring, MD 20910

RECEIVED
At Albuquerque NM
NOV 29 2018
CLERK

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

87102-2274?0