IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 NOV 30  AM 11: 55

CLERK ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Alvin or Belva Eversgerd

MAILING ADDRESS: 5011 Night Hawk Dr NE Rio Rancho NM 87144

CONTACT PHONE: 575-209-1665

CONTACT E-MAIL: beversgerd158@gmail.com

ADDRESS OF PROPERTY: 158 County Rd 332 Chama, NM 87520

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Belva J Eversgerd

DATE: 11/28/18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Evergreen Hawke
5011 Night Hawk NE
Rio Rancho, NM 87144

RECEIVED
At Albuquerque NM
NOV 30 2018
CLERK

United States District Court Clerk
333 Lomas Blvd, NW
Suite 270
Albuquerque, NM 87102

87102-244933