IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC - 3 2018

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Estella Tafoya Cleland + James M. Cleland
MAILING ADDRESS: 13511 Acapulco Dr Whittier 90605 Calif
CONTACT PHONE: 562-6937408
CONTACT E-MAIL: MrClelandbulldog@aol.com
ADDRESS OF PROPERTY: County road 340 #240 + 242 TA 87575
CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____
SIGNED BY: Estella Tafoya Cleland + James M. Cleland
DATE: 11/26/2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

13511 Acapulco Dr
Whittier 90605

SANTA ANA CA 926
28 NOV 2018 PM 9 L

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, N.M. 87102

RECEIVED
At Albuquerque NM
DEC 03 2018
CLERK

87102-227470