IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC -4  AM 11:09

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Gloria J. Grasmick

MAILING ADDRESS: 14 Camino Quieto, Santa Fe, NM 87508

CONTACT PHONE: 505-471-1649

CONTACT E-MAIL: _____

ADDRESS OF PROPERTY: Los Ojos, rio arriba County, AC.TR. 1

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): R008287

SIGNED BY: Gloria J. Grasmick

DATE: 11-26-2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

  **United States District Court Clerk**
  **333 Lomas Blvd. NW**
  **Suite 270**
  **Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

  **United States District Court Clerk**
  **106. S. Federal Place**
  **Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

  **Felicity Strachan**
  **N.M. Office of the State Engineer**
  **130 S. Capitol Street**
  **Santa Fe, NM 87501**
  **Phone: (505) 819-1044**
  **Email: felicity.strachan@state.nm.us**