IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC -4 AM 10: 24

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Roy R Lunn

MAILING ADDRESS: 3610 Trellis NW ABQ NM 87107

CONTACT PHONE: 505 715 3961

CONTACT E-MAIL: RLP651@yahoo.com

ADDRESS OF PROPERTY: S: 13 T: 29N R: 03E    M-1 Page 164, BK. 152 PG. 611-61

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): —

SIGNED BY: [signature]

DATE: 11-28-2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3



3610 Trellis Dr NW
Albuquerque, NM 87107

RECEIVED
At Albuquerque NM
DEC 04 2018
CLERK

United States District Court Clerk
333 Lomas Blvd NW
Suite 270
Albuquerque, NM 87102

87102-227470