IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC -4 AM 10: 25

CLERK ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Melvin K. Roybal

MAILING ADDRESS: 8- Avenida De Sevilla
Santa Fe N. Mex. 87506

CONTACT PHONE: 505-984 2670

CONTACT E-MAIL: Santa Fe Aspen + MSN. Com

ADDRESS OF PROPERTY:

**PROPERTY LEGAL DESCRIPTION AND LOCATION ADDRESS**
S: 14 T: 29N R: 03E 2.76 AC. TR. OF LAND IN THE SE1/4IN LOS OJOS BK 196-A PG 730-33 BK 322 PG 336, 001010, BK.140 PG.730

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): ____

SIGNED BY: /s/ Melvin Roybal

DATE: 12-1-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Mel Royball
Avenida De Sevil...
nta Fe, NM 875...

United States District Court Clerk
333 Lomas Blvd NW
Suite 270
Albuquerque, N.Mex.
87102

87102-2274470

RECEIVED
At Albuquerque NM
DEC 04 2018
CLERK