


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Leofila Valdez

MAILING ADDRESS: 2310 Calle Brocha Santa Fe, NM 87505

CONTACT PHONE: 505-471-1169

CONTACT E-MAIL: _____

ADDRESS OF PROPERTY: Route 573 - House # ~~333~~ 447

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Leofila Valdez

DATE: 11/27/18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Ms. Teofila Valdez
2310 Calle Brocha
Santa Fe, NM 87505

RECEIVED
At Albuquerque NM
DEC 04 2018
CLERK

United States District Court Clerk
333 Lomas Blvd. N.W.
Suite 270
Albuquerque, N.M.
87102

87102-227470