IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC -6 PM 1:32

69cv07941-MV/KK

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rio Brazos |
| Defendants. | |

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Chon LaBrier

MAILING ADDRESS: HC 75 Box 24 Tierra Amarilla, NM 87575

CONTACT PHONE: — 0 — NA

CONTACT E-MAIL: — 0 — NA

ADDRESS OF PROPERTY: HC 75 Box 24 Tierra Amarilla, N.M 87575

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Chon LaBrier

DATE: 12-21-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Chon Labrier
HC 75 Box 24
Tierra Amarilla, NM 87575

RECEIVED
At Albuquerque, NM

DEC 06 2018

CLERK

United States Dist. Court Clerk
333 Lomas Blvd. N.W.
Suite 270
Albuquerque, N.M 87102

87102-227470

