IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

          Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

          Defendants.

18 DEC -6  PM 1: 32

69cv07941-MV/KK CLERK-ALBUQUERQUE

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): _Roseann Gallegos_

MAILING ADDRESS: _P.O. Box 859 Santa Cruz, NM 87567_

CONTACT PHONE: _(505) 929-1821_

CONTACT E-MAIL: _rmgallegos64@gmail.com_

ADDRESS OF PROPERTY: _CR 328 Enseñada, NM_

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _N/A_

SIGNED BY: _Roseann Gallegos_

DATE: _12-4-18_

**\*\*\*\*\*SEE REVERSE SIDE FOR FILING INSTRUCTIONS\*\*\*\*\***

EXHIBIT 3

R. Gallegos
P.O. Box 859
Santa Ana, NM
87580

RECEIVED
At Albuquerque NM

DEC 06 2018

CLERK

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

87102-227470