IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC -7 PM 2: 03

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Johnny Borrego

MAILING ADDRESS: P.O. Box 1534 OHKAY Owingeh NM 87566-1534

CONTACT PHONE: (505) 614-4612 cell after 5 pm
505 664-0726 Work

CONTACT E-MAIL: JBorrego@LANL.gov

ADDRESS OF PROPERTY: ENSENADA New Mexico S:16 T:29N R:04E
TRACT B6, 120 Ac Survey plate G1/PG, 174

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Johnny Borrego

DATE: 12/7/18  Dec 7, 2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3