FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 7 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): _Miguel R. Sanchez & Miguel R. Sandy Jr_

MAILING ADDRESS: _P.O. Box 131, Los Ojos, N. Mex 87551_

CONTACT PHONE: _(575) 756-2463_

CONTACT E-MAIL: _Treaty needs to apply, I agree w/ my ditch file #4 of 2011_

ADDRESS OF PROPERTY: _Why were objetives not addressed prior to sending out this notice of claim?_

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: _M. R. Sandy_

DATE: _12-6-18_         * Filed on 9-1-11

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

  **United States District Court Clerk**
  **333 Lomas Blvd. NW**
  **Suite 270**
  **Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

  **United States District Court Clerk**
  **106. S. Federal Place**
  **Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

  **Felicity Strachan**
  **N.M. Office of the State Engineer**
  **130 S. Capitol Street**
  **Santa Fe, NM 87501**
  **Phone: (505) 819-1044**
  **Email: felicity.strachan@state.nm.us**

Natividad Chavez
Ranch Properties LLC
P.O. Box 131 / 505-756-2463
Los Ojos, New Mexico 87551
E. Miguel R. Sanchez

CERTIFIED MAIL
7016 2070 0000 4485 7656

United States District Court
333 Lomas Blvd. N.W.
Suite 270
Albuquerque, New Mex
87102

87102-227470

$006.20°
MAILED FROM ZIP CODE 87551
DEC 06 2018

RECEIVED
At Albuquerque N.M.
DEC 07 2018
CLERK