**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 11 2018

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

  vs.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

   I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): *TONY A. CASADOS & SONS partnership*

MAILING ADDRESS: *P O Box 186   Tierra Amarilla, N M 87575*

CONTACT PHONE: *505 470 5745*

CONTACT E-MAIL: *Tonycasados1 @ gMAiL. com*

ADDRESS OF PROPERTY: *S.R. 573 # 413*

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: _____

DATE: *Dec 06-18*

**\*\*\*\*\*SEE REVERSE SIDE FOR FILING INSTRUCTIONS\*\*\*\*\***

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

**United States District Court Clerk**
**333 Lomas Blvd. NW**
**Suite 270**
**Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

**United States District Court Clerk**
**106. S. Federal Place**
**Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

**Felicity Strachan**
**N.M. Office of the State Engineer**
**130 S. Capitol Street**
**Santa Fe, NM 87501**
**Phone: (505) 819-1044**
**Email: felicity.strachan@state.nm.us**

Carolin Portnoy?
P O Box 186
Tear America,
NM 87575

U.S. Dist. Court Clerk
333 Lomas Blvd., N.W.,
Suite 270
Albq, NM 87102

87102-2274T0

RANGE NM 871

10 DEC 2018 PM 3 L

RECEIVED
At Albuquerque NM

DEC 11 2018

CLERK

