IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rio Brazos |
| Defendants. | |

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo.* I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): _D. Mario Chavez and Emily Ulibarri Chavez_

MAILING ADDRESS: _110 Road 3000, Aztec, NM. 87410_

CONTACT PHONE: _505-215-2674_

CONTACT E-MAIL: _euchavez@msn.com_

ADDRESS OF PROPERTY: _See Deed at Book 155, Pages 412-413 - Rio Arriba County_

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _CHRB-004-0045_

SIGNED BY: _[signatures]_

DATE: _Dec. 10, 2018_

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

\* Per the Objections filed on September 01, 2011 in Cause No. 69cv07941-BB-LFG

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

    **United States District Court Clerk**
    **333 Lomas Blvd. NW**
    **Suite 270**
    **Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

    **United States District Court Clerk**
    **106. S. Federal Place**
    **Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

    # TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

    **Felicity Strachan**
    **N.M. Office of the State Engineer**
    **130 S. Capitol Street**
    **Santa Fe, NM 87501**
    **Phone: (505) 819-1044**
    **Email: felicity.strachan@state.nm.us**

Mr & Emily Chavez
No. 110 Road 3000
Aztec, NM 87410

RECEIVED
At Albuquerque NM
DEC 11 2018
CLERK

7014 0150 0000 8872 0452



87102-2274

U.S. POSTAGE PAID
FCM LETTER
AZTEC, NM
87410
DEC 10, 18
AMOUNT
$6.70
R2304W1T9295-08

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102