IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC 10 PM 3:29

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Joyce Nenninger

MAILING ADDRESS: 3925 San Miguel Dr, Fullerton, CA 92835

CONTACT PHONE: 714 526-3377

CONTACT E-MAIL: carahagan @ haganlaw.org

ADDRESS OF PROPERTY: APN 1016 171 410 248

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Joyce Nenninger

DATE: _____

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

  United States District Court Clerk
  333 Lomas Blvd. NW
  Suite 270
  Albuquerque, NM 87102

- Alternatively, you may file your completed form in person by bringing it to:

  United States District Court Clerk
  106. S. Federal Place
  Santa Fe, NM 87501

- **Your completed form must be filed with the Court no later than:**

  # TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

  **Felicity Strachan**
  N.M. Office of the State Engineer
  130 S. Capitol Street
  Santa Fe, NM 87501
  Phone: (505) 819-1044
  Email: felicity.strachan@state.nm.us

Hagan & Associates
110 E. Wilshire Avenue, Suite 405
Fullerton, California 92832

RECEIVED
At Albuquerque NM
DEC 10 2018
CLERK

United States District Court Clerk
331 Lomas Blvd., NW
Suite 270
Albuquerque, NM 87102

87102-227470

SANTA ANA CA 926
05 DEC 2018 PM 9 L