IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC 12 PM 2:29

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Joseph A Martinez

MAILING ADDRESS: HC 75 Box 18 Tierra Amarilla NM. 87575

CONTACT PHONE: 575-756-8092

CONTACT E-MAIL: —

ADDRESS OF PROPERTY: St Rd 573 # 254 Tierra Amarilla N.M. 87575

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): —

SIGNED BY: Joseph A Martinez

DATE: 12-12-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

  United States District Court Clerk
  333 Lomas Blvd. NW
  Suite 270
  Albuquerque, NM 87102

- Alternatively, you may file your completed form in person by bringing it to:

  United States District Court Clerk
  106. S. Federal Place
  Santa Fe, NM 87501

- **Your completed form must be filed with the Court no later than:**

  # TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

  Felicity Strachan
  N.M. Office of the State Engineer
  130 S. Capitol Street
  Santa Fe, NM 87501
  Phone: (505) 819-1044
  Email: felicity.strachan@state.nm.us

Joseph Martinez
H.C. 75 Box 18
Tierra Amarilla, N Mex
87575

RECEIVED
At Albuquerque NM
DEC 12 2018
CLERK

United States District Court Clerk
333 Lomas Blvd. N.W.
Suite 270
Albuquerque, N Mex 87102

87102-2274470

