FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 14 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Agapita Abeyta; Roque N. Abeyta - IN-Transfer Transition To Gomez Abeyta LLC — see copies of Change of Ownership

MAILING ADDRESS: P.O. Box 129 Los Ojos, NM 87551

CONTACT PHONE: 575-588-7364

CONTACT E-MAIL: semirgch@yahoo.com

ADDRESS OF PROPERTY: 71 State Rd 514

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): CHRB007-0039

SIGNED BY: Cecilia J. Gomez     Maria Abeyta-Garcia

DATE: December 13, 2018     12/13/2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

   United States District Court Clerk
   333 Lomas Blvd. NW
   Suite 270
   Albuquerque, NM 87102

- Alternatively, you may file your completed form in person by bringing it to:

   United States District Court Clerk
   106. S. Federal Place
   Santa Fe, NM 87501

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

   Felicity Strachan
   N.M. Office of the State Engineer
   130 S. Capitol Street
   Santa Fe, NM 87501
   Phone: (505) 819-1044
   Email: felicity.strachan@state.nm.us

# OFFICE OF THE STATE ENGINEER/INTERSTATE STREAM COMMISSION – SANTA FE OFFICE

OFFICIAL RECEIPT NUMBER: **6 - 43824** DATE: Sept 25, 2018 FILE NO.: SD-00477-81

TOTAL: 5.00 RECEIVED: Five DOLLARS CHECK NO.: 1859 CASH: ____

PAYOR: Gomez Abeyta LLC ADDRESS: PO Box 129 CITY: Los Ojos STATE: NM

ZIP: 87551 RECEIVED BY: [signature]

INSTRUCTIONS: Indicate the number of actions to the left of the appropriate type of filing. Complete the receipt information. **Original** to payor; **pink** copy to Program Support/ASD; and **yellow** copy for Water Rights. If a mistake is made, void the original and all copies and submit to Program Support/ASD as part of your daily deposit.

### A. Ground Water Filing Fees

| | | |
|---|---|---|
| ___ | 1. Change of Ownership of Water Right | $ 2.00 |
| ___ | 2. Application to Appropriate or Supplement Domestic 72-12-1 Well | $ 125.00 |
| ___ | 3. Application to Repair or Deepen 72-12-1 Well | $ 75.00 |
| ___ | 4. Application for Replacement 72-12-1 Well | $ 75.00 |
| ___ | 5. Application to Change Purpose of Use 72-12-1 Well | $ 75.00 |
| ___ | 6. Application for Stock Well | $ 5.00 |
| ___ | 7. Application to Appropriate Irrigation, Municipal, or Commercial Use | $ 25.00 |
| ___ | 8. Declaration of Water Right | $ 1.00 |
| ___ | 9. Application for Supplemental Non 72-12-1 Well | $ 25.00 |
| ___ | 10. Application to Change Place or Purpose of Use Non 72-12-1 Well | $ 25.00 |
| ___ | 11. Application to Change Point of Diversion and Place and/or Purpose of Use from Surface Water to Ground Water | $ 50.00 |
| ___ | 12. Application to Change Point of Diversion and Place and/or Purpose of Use from Ground Water to Ground Water | $ 50.00 |
| ___ | 13. Application to Change Point of Diversion of Non 72-12-1 Well | $ 25.00 |
| ___ | 14. Application to Repair or Deepen Non 72-12-1 Well | $ 5.00 |
| ___ | 15. Application for Test, Expl. Observ. Well | $ 5.00 |
| ___ | 16. Application for Extension of Time | $ 25.00 |
| ___ | 17. Proof of Application to Beneficial Use | $ 25.00 |
| ___ | 18. Notice of Intent to Appropriate | $ 25.00 |

### B. Surface Water Filing Fees

| | | |
|---|---|---|
| (1) | 1. Change of Ownership of a Water Right | $ 5.00 |
| ___ | 2. Declaration of Water Right | $ 10.00 |
| ___ | 3. Amended Declaration | $ 25.00 |
| ___ | 4. Application to Change Point of Diversion and Place and/or Purpose of Use from Surface Water to Surface Water | $ 200.00 |
| ___ | 5. Application to Change Point of Diversion and Place and/or Purpose of Use from Ground Water to Surface Water | $ 200.00 |
| ___ | 6. Application to Change Point of Diversion | $ 100.00 |
| ___ | 7. Application to Change Place and/or Purpose of Use | $ 100.00 |
| ___ | 8. Application to Appropriate | $ 25.00 |
| ___ | 9. Notice of Intent to Appropriate | $ 25.00 |
| ___ | 10. Application for Extension of Time | $ 50.00 |
| ___ | 11. Supplemental Well to a Surface Right | $ 100.00 |
| ___ | 12. Return Flow Credit | $ 100.00 |
| ___ | 13. Proof of Completion of Works | $ 25.00 |
| ___ | 14. Proof of Application of Water to Beneficial Use | $ 25.00 |
| ___ | 15. Water Development Plan | $ 100.00 |
| ___ | 16. Declaration of Livestock Water Impoundment | $ 10.00 |
| ___ | 17. Application for Livestock Water Impoundment | $ 10.00 |

### C. Well Driller Fees

| | | |
|---|---|---|
| ___ | 1. Application for Well Driller's License | $ 50.00 |
| ___ | 2. Application for Renewal of Well Driller's License | $ 50.00 |
| ___ | 3. Application to Amend Well Driller's License | $ 50.00 |

### D. Reproduction of Documents

| | | |
|---|---|---|
| ___ | @ 0.25¢ | $ ___ |
| ___ | Map(s) | $ ___ |

### E. Certification $ ___

### F. Other $ ___

### G. Comments:

**All fees are non-refundable.**

File No. _____



# NEW MEXICO OFFICE OF THE STATE ENGINEER
*CHANGE OF OWNERSHIP OF WATER RIGHT (NON-72-12-1) FOR* (check one):



Important: Acceptance of the form for filing by the State Engineer does not constitute verification of the right conveyed.

| ☐ Individual | ☐ Corporation |
| ☐ Trustee | ☐ Partnership |
| ☐ Estate | ☑ Limited Liability Co. |

## 1. OWNER OF RECORD (Seller)

| Name: Roque N. Abeyta | Name: Agapita G. Abeyta |
|---|---|
| Phone: ☐ Home ☐ Cell  Phone (Work): NA | Phone: ☐ Home ☐ Cell  Phone (Work): NA |
| a. Owner of Record File No: | b. Sub-file No.: CHRB007-0039 | c. Cause No.: |

## 2. NEW OWNER (Buyer)
Note: If more owners need to be listed, attach a separate sheet. Attached? ☐ Yes

| Name: Gomez Abeyta LLC | Name: Gomez Abeyta LLC |
|---|---|
| Contact or Agent: Cecilia J. Grimes  check here if Agent ☐ | Contact or Agent: Maria Abeyta-Garcia  check here if Agent ☐ |
| Mailing Address: P.O. Box 129 | Mailing Address: PO Box 586 |
| City: Los Ojos | City: Dulce |
| State: NM   Zip Code: 87551 | State: NM   Zip Code: 87528 |
| Phone: 575-588-7264 ☑ Home ☐ Cell  Phone (Work): | Phone: 505-320-2849 ☐ Home ☑ Cell  Phone (Work): |
| E-mail (optional): semirgch@yahoo.com | E-mail (optional): mabeytagarcia@yahoo.com |

Required: Submit warranty deed(s) or other instrument(s) of conveyance properly recorded with the county clerk's office.

## 3. PURPOSE OF USE & AMOUNT CONVEYED

| Check all that apply: | Amount of Water (acre-feet per annum): If more details are needed, type "See Comments" in "Other" field below, and explain in Additional Statements Section. |
|---|---|
| ☐ Domestic    ☐ Industrial | |
| ☐ Livestock   ☐ Commercial | Diversion: Rio Brazos Section / Parkview Ditch |
| ☐ Irrigation  ☐ Other Uses (specify): _____ | Consumptive Use: 0.8 |
| ☐ Municipal | Other (include units): |

Owner of record has conveyed all or part of said right (please check one) ☑ All  ☐ Part

---

FOR OSE INTERNAL USE

| File No.: | Tm. No.: | Well Tag ID No. (if applicable): |
|---|---|---|
| Trans Desc. (optional): | Sub-Basin: | Receipt No.: |

Change of Ownership, Form wr-02, Rev 11/15/17

Page 1 of 3

**4. LIST ALL KNOWN POINT(S) OF DIVERSION (POD) FOR THE WATER RIGHT CONVEYED**

| OSE POD No. | Well Tag ID No. | Subdivision and/or Lat/Long or Easting/Northing | Section | Township | Range |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Check all that apply: ☐ Well   ☐ Pump   ☑ Ditch Name _Park View Ditch_   ☐ River Course _Rio Brazos Section_

**5. PLACE(S) OF USE (list each individually)**

a. __0.8__ Acres of Irrigated Land Described as Follows (applicable to irrigation use only):

b. Legally Described By:
☐ Public Land Survey System (PLSS)
☑ Hydrographic Survey Report or Map
☐ Irrigation or Conservation District Map
☐ Subdivision

PLSS Quarters or Halves, and/or Name of Hydrographic Survey or District, and/or Name and County of Subdivision

| b. | c. PLSS Section and/or Map No. and/or Lot No. | d. PLSS Township and/or Tract No. (Please list each tract individually) and/or Block No. | e. PLSS Range | f. Acres | g. Priority |
|---|---|---|---|---|---|
| Rio Chama Hydrographic Survey Rio Brazos Section | 007-0039 | | | 0.8 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

h. Other description relating place of use to common landmarks, streets, or other:
Landmark: St Rd 514 House # 71

i. Place of use is on land owned by:
Gomez Abeyta LLC: Cecilia J. Grimes and Maria Abeyta Garcia

j. Are there other sources of water for these lands? No ☑   Yes ☐ If yes, describe by OSE file number:

Note: If on Federal or State Land, please provide copy of lease

**6. ADDITIONAL STATEMENTS OR EXPLANATIONS**

Included Documents
- Certificate of Trust for the Agapita Abeyta and Roque Abeyta Revocable Trust
- Warranty Deed with survivor total interest to Cecilia J. Grimes ! Maria Abeyta Garcia
- Amended Warranty Deed Cecilia J. Grimes ! Maria Abeyta Garcia to Gomez Abeyta LLC

FOR OSE INTERNAL USE                                                   Change of Ownership, Form wr-02, Rev 11/15/17

| File No.: | Trn. No.: | Well Tag ID No. (if applicable): |
|---|---|---|
| Trans Desc. (optional): | Sub-Basin: | Receipt No.: |

Page 2 of 3

## 7. CONSENT TO LAWFUL CHANGE IN PLACE AND/OR PURPOSE OF USE

(to be completed only if it is an irrigation water right and has been conveyed separate from the land to which it was appurtenant.)

(I, We) the above owner(s) of record, hereby consent to a lawful change in the place and/or purpose of use of the above-described water right:

Signature: _Cecilia J. Grimes - Gomez Abeyta LLC, Co-Trustee_

Signature: _Maria Abeyta-Garcia - Gomez Abeyta LLC, Co-Trustee_

### ACKNOWLEDGEMENT FOR INDIVIDUAL

I, We (name of owner(s)): **GOMEZ ABEYTA LLC.**

affirm that the foregoing statements are true to the best of (my, our) knowledge and belief.

Signature: _____

Signature: _____

State of **New Mexico**
County of **Rio Arriba**
ss.

This instrument was acknowledged before me this **20th** day of **July** A.D., 20**18**, by (name of owner(s)): **Cecilia J. Grimes and Maria Abeyta Garcia**

Notary Public: _Stephanie V. Maestas_
My commission expires: **8/19/2019**

[Notary Seal: STEPHANIE V. MAESTAS, NOTARY PUBLIC, STATE OF NEW MEXICO]

### ACKNOWLEDGEMENT FOR CORPORATION

I, We (name of owner(s)): _____
Print Name(s)

affirm that the foregoing statements are true to the best of (my, our) knowledge and belief.

Officer Signature: _____

Officer Signature: _____

State of _____
County of _____
ss.

This instrument was acknowledged before me this ____ day of _____ A.D., 20 ____, by the following on behalf of said corporation.

Name of Officer: _____
Title of Officer: _____
Name of Corporation Acknowledging: _____
State of Corporation: _____

Notary Public: _____
My commission expires: _____

FOR OSE INTERNAL USE

| File No.: | Tm. No.: | Well Tag ID No. (if applicable): |
|---|---|---|
| Trans Desc. (optional): | | Sub-Basin: | Receipt No.: |

Change of Ownership, Form wr-02, Rev 11/15/17

Page 3 of 3



# Rio Arriba County
## Clerk's Office

Moises A. Morales, Jr.
County Clerk

# CERTIFICATE

State of New Mexico)
) SS
County Of Rio Arriba)

I, **Moises A. Morales, Jr., County Clerk** and Recorder in and for the aforesaid County and State hereby certify that the forgoing is a true and correct copy of a **Warranty Deed**. The same as it appears recorded in my office, Book **533** Page # **1415.**

In witness whereof, I have hereunto set my hand and affixed my *Official Seal* on this **17th** day of **March** 2010.

Yours truly,

*Moises A. Morales, Jr.*
Rio Arriba County Clerk

By: _____
Delora L. Manzanares, Clerk Tech III

GOMEZ ABEYTA LLC
Cecilia J Grimes
PO Box 129
Los Ojos, NM 87551
Maria Abeyta Gomez

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

CERTIFIED MAIL
7016 2070 0000 4485 8080

RECEIVED
At Albuquerque NM
DEC 14 2018
CLERK



US POSTAGE $004.45°
PITNEY BOWES
02 1P
0004725166 DEC 13 2018
MAILED FROM ZIP CODE 87551