IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC 13  AM II: 11

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

　　　　　Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

　　　　　Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

**NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF
GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7
OF THE RIO CHAMA STREAM SYSTEM**

　　　　I have signed and approved a Consent Order in the adjudication of water rights in the Rio

Brazos Subsection and would like to make a claim to the use of water based on the Treaty of

Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos**

**Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow

the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): _Tito Jaramillo_

MAILING ADDRESS: _P.O. Box 275 Tierra Amarilla N.M. 87575_

CONTACT PHONE: _(575) 588-7797_

CONTACT E-MAIL: _____

ADDRESS OF PROPERTY: _____

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _Don't Know_

SIGNED BY: _Jaramillo_

DATE: _12-10-18_

　　　　**\*\*\*\*\*SEE REVERSE SIDE FOR FILING INSTRUCTIONS**

- Your completed form may be filed in person or mailed to:

**United States District Court Clerk**
**333 Lomas Blvd. NW**
**Suite 270**
**Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

**United States District Court Clerk**
**106. S. Federal Place**
**Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

**Felicity Strachan**
**N.M. Office of the State Engineer**
**130 S. Capitol Street**
**Santa Fe, NM 87501**
**Phone: (505) 819-1044**
**Email: felicity.strachan@state.nm.us**

P.O. Box 215
Tierra Amarilla
New Mex 87575



RECEIVED
At Albuquerque NM

DEC 1 3 2018

CLERK

87102-227470

United STATES District
Court Clerk

333 Lomas Blud M.W.
Suite 270
Albuquerque N.M. 87102