IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC 13 AM 11: 10

CLERK-ALBUQUERQUE

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Robert H. Martinez

MAILING ADDRESS: 5 Seda Place Los Lunas, NM 87031

CONTACT PHONE: (505) 720-2574

CONTACT E-MAIL: Lermartinez@comcast.net

ADDRESS OF PROPERTY: Los Ojos, NM 87551

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Robert H. Martinez

DATE: 12-11-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

    **United States District Court Clerk**
    **333 Lomas Blvd. NW**
    **Suite 270**
    **Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

    **United States District Court Clerk**
    **106. S. Federal Place**
    **Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

    # TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

    **Felicity Strachan**
    **N.M. Office of the State Engineer**
    **130 S. Capitol Street**
    **Santa Fe, NM 87501**
    **Phone: (505) 819-1044**
    **Email: felicity.strachan@state.nm.us**

Robert H. Martinez
5 Seda Place
Los Lunas, NM 87031

7015 0640 0001 2745 1368

**CERTIFIED MAIL**

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

**RECEIVED**
At Albuquerque NM
DEC 13 2018
CLERK



U.S. POSTAGE PAID
FCM LETTER
LOS LUNAS, NM
87031
DEC 11, 18
AMOUNT
$6.70
87102-2274
R2304W119447-4
1000