FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 14 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): *Manuel and Doreen Burbank Trujillo*

MAILING ADDRESS: *HC 75 Box 23 Tierra Amarilla, N.Mex 87575*

CONTACT PHONE: *(575) 588-7879, Cell (505) 470-5266 (505) 470-6324*

CONTACT E-MAIL: *MDBurbank@yahoo.com*

ADDRESS OF PROPERTY: *State Road 573 #436*

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: *Manuel D. Trujillo / Doreen Burbank Trujillo*

DATE: *12/12/18*

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

  **United States District Court Clerk**
  **333 Lomas Blvd. NW**
  **Suite 270**
  **Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

  **United States District Court Clerk**
  **106. S. Federal Place**
  **Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

  # TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

  **Felicity Strachan**
  **N.M. Office of the State Engineer**
  **130 S. Capitol Street**
  **Santa Fe, NM 87501**
  **Phone: (505) 819-1044**
  **Email: felicity.strachan@state.nm.us**

Manuel Trujillo &
Doreen Burbank-Trujillo
HC 75 Box 23
Tierra Amarilla, NM 87575

RECEIVED
At Albuquerque NM
DEC 14 2018
CLERK

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

87102-227470