IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC 14  PM 1:44

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Johnny C. Mtz. Sr, Johnny C. Mtz. Jr, Sammy C. Mtz, Jo Eric Mtz, David C. Mtz

MAILING ADDRESS: P.O. Box 238 Chimayo, N.M. 87522

CONTACT PHONE: 505-351-2440 Home   Cell 505-927-3259

CONTACT E-MAIL: None

ADDRESS OF PROPERTY: Los Ojos N.M.

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): CHRB 006-0034

SIGNED BY: Johnny C Martinez

DATE: 12-10-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Johnny C Martinez
P.O. Box 238
Chimayo, N.M. 87522

RECEIVED
In Santa Fe
DEC 14 2018
CLERK



United States District Court - Clerk
106 S. Federal Place
Santa Fe, N.M. 87501