IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC 17 AM 9:59

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Los Ojos Mutual Domestic Water Consumers Assoc.

MAILING ADDRESS: P.O. Box 168 Los Ojos, N.M. 87551

CONTACT PHONE: 575-419-2555

CONTACT E-MAIL: tacasados@aol.com

ADDRESS OF PROPERTY: THE Village of Los Ojos, N.M. 87551

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Tomas A-dialx, President, LOMDWCA

DATE: 12/17/2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3