IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC 18 AM 10:49

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Yolanda Montano Cano / Anthony M. Romero

MAILING ADDRESS: 139 Square H Rd, Edgewood NM 87015

CONTACT PHONE: 505-321-3713

CONTACT E-MAIL: nutriasek@msn.com

ADDRESS OF PROPERTY: (4.23 acres) State Fish Hatchery Rd Los Ojos, NM 87551
S14-T29N R-03E

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Yolanda M. Cano - Yolanda Montano-Cano

DATE: 12-8-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

CHRB-007-0058