FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC 17  PH 3: 51

CLERK-ALBUQUERQUE 87

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Audrey Eaton

MAILING ADDRESS: 1848 W. Orchid Ln, Chandler, AZ 85224

CONTACT PHONE: 575-640-3365

CONTACT E-MAIL: aeaton@cybermesa.com

2 properties

ADDRESS OF PROPERTY: S:13T:29N R:03E 2.68 AC NW4 BK 190 PG 173

(Legal Description) S:13T 29N:R03E 2.68 AC NW 1/4 BK 258 PG 142

9 Los Ojos, NM

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Audrey Eaton

DATE: 12/11/2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Ms. Audrey Eaton
1848 W Orchid Ln
Chandler, AZ 85224-9032



PHOENIX AZ 852



John Fitzgerald Kennedy
1917-1963

RECEIVED
At Albuquerque NM

DEC 17 2018

CLERK

United States District Court Clerk
333 Lomas Blvd, NW
Suite 270
Albuquerque, NM

87102-2274470