IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
18 DEC 17 PM 3:51
CLERK-ALBUQUERQUE

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Hugh Eaton

MAILING ADDRESS: 1 Irving Place, Apt V17C, New York NY 10003

CONTACT PHONE: 212-353-3644

CONTACT E-MAIL: hugh.eaton@gmail.com

ADDRESS OF PROPERTY: Rio Arriba County Tax Parcel 1018172074468

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: /s/

DATE: Dec 10, 2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Hugh Eaton
1 Irving Place Apt V17C
New York NY 10003

RECEIVED
At Albuquerque NM
DEC 17 2018
CLERK

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM
87501

87102-227470