IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC 17 PM 3:50

69cv07941-MV/KK CLERK-ALBUQUERQUE

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Marron Family Limited Partnership, LLP  c/o Sandra Marron

MAILING ADDRESS: 1111 Roadrunner Lane NW, Albuquerque, NM 87107

CONTACT PHONE: 505-345-4006 (landline)  505-918-3843 (c)

CONTACT E-MAIL: Sandra307@aol.com

ADDRESS OF PROPERTY: Sec 07, T-29N R:04E  124 A

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): see attached Water Right Summary

SIGNED BY: Sandra Paules Marron, managing Partner of Marron Family Limited Partnership, LLP

DATE: 12-14-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

  **United States District Court Clerk**
  **333 Lomas Blvd. NW**
  **Suite 270**
  **Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

  **United States District Court Clerk**
  **106. S. Federal Place**
  **Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

  **Felicity Strachan**
  **N.M. Office of the State Engineer**
  **130 S. Capitol Street**
  **Santa Fe, NM 87501**
  **Phone: (505) 819-1044**
  **Email: felicity.strachan@state.nm.us**

## New Mexico Office of the State Engineer
# Water Right Summary




get image list

| | |  | | |
|---|---|---|---|---|
| **WR File Number:** | SD 00477 20 | **Subbasin:** CHRB | **Cross Reference:** - | |
| **Primary Purpose:** | IRR    IRRIGATION | | | |
| **Primary Status:** | ADJ    ADJUDICATED | | | |
| **Total Acres:** | 38.9 | **Subfile:** | CHRB-006-0015-A | |
| **Total Diversion:** | 93.36 | **Cause/Case:** | - | |
| **Owner:** | MARRON FAMILY PARTNERSHIP LLP | | | |

### Documents on File

| | | | Status | | | From/ | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trn # | Doc | File/Act | 1 | 2 | Transaction Desc. | To | Acres | Diversion | Consumptive |
| 333967 | ORDER | 2005-05-13 | ADJ | PRC | SD 00477 20 | T | 38.9 | 93.36 | |
| 161183 | HS | 2001-12-18 | HS | PRC | SD 00477 20 | T | 33.3 | 79.92 | |

### Current Points of Diversion

(NAD83 UTM in meters)

| POD Number | Source | Q 64 | Q16 | Q4 | Sec | Tws | Rng | X | Y | Other Location Desc |
|---|---|---|---|---|---|---|---|---|---|---|
| SD 00477 | | | | | | | | 367258 | 4066707 | |

### Priority Summary

| Priority | Status | Acres | Diversion | Pod Number |
|---|---|---|---|---|
| 03/18/1907 | ADM | 38.9 | 93.36 | SD 00477 |

### Place of Use

| Q 256 | Q 64 | Q16 | Q4 | Sec | Tws | Rng | Acres | Diversion | CU | Use | Priority | Status | Other Location Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 38.9 | 93.36 | | IRR | | ADJ | MAP CHRB-006 TRACT-0015-A OF THE RIO BRAZOS HYDRO SURVEY |

### Source

| Acres | Diversion | CU | Use | Priority | Source | Description |
|---|---|---|---|---|---|---|
| 38.9 | 93.36 | | IRR | | SW | |

The data is furnished by the NMOSE/ISC and is accepted by the recipient with the expressed understanding that the OSE/ISC make no warranties, expressed or implied, concerning the accuracy, completeness, reliability, usability, or suitability for any particular purpose of the data.

2/26/18 12:13 PM                                       WATER RIGHT SUMMARY

Marron Family Lim Partnership
1111 Roadrunner Ln NW
Albuquerque, NM 87107

RECEIVED
At Albuquerque NM

DEC 17 2018

CLERK

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

87102-227470