IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC 17 PM 3: 56

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Roman Martinez or Rachel Mora

MAILING ADDRESS: PO Box 156 Tierra Amarilla, NM 87575

CONTACT PHONE: (505) 901-3302

CONTACT E-MAIL: m+2 rae @ yahoo.com

ADDRESS OF PROPERTY: 119 CoRd 328 Tierra Amarilla, NM 87575
TRACT C, 20.3 Acres; Section 13, Township 29 N, Range 4 E

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Roman Martin

DATE: 12-12-17

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

PO Box 813
Tierra Amarilla, NM 87575

UNITED STATES DISTRICT COURT CLERK
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NM 87102

RECEIVED
At Albuquerque
DEC 17 2018
CLERK


