IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC 18  AM 10:48

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Lorraine Tafoya

MAILING ADDRESS: 8621 Strub Ave., Whittier, California 90605

CONTACT PHONE: (323)924-2439

CONTACT E-MAIL: tafoyaesq@yahoo.com; adelizgarcia1@gmail.com

ADDRESS OF PROPERTY: La Puente, New Mexico

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): CHRB-009-0001

SIGNED BY: *[signature]*

DATE: 12/14/18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****