IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
18 DEC 17 PM 3: 57
CLERK-ALBUQUERQUE

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Robert J. Torrez

MAILING ADDRESS: 8109 Conte del Viento NW, Albuq. NM 87120

CONTACT PHONE: 505-836-4699

CONTACT E-MAIL: robertjtorrez@gmail.com

ADDRESS OF PROPERTY: Los Ojos, NM 87551

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Robert J Torrez

DATE: 12-15-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

  United States District Court Clerk
  333 Lomas Blvd. NW
  Suite 270
  Albuquerque, NM 87102

- Alternatively, you may file your completed form in person by bringing it to:

  United States District Court Clerk
  106. S. Federal Place
  Santa Fe, NM 87501

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

  Felicity Strachan
  N.M. Office of the State Engineer
  130 S. Capitol Street
  Santa Fe, NM 87501
  Phone: (505) 819-1044
  Email: felicity.strachan@state.nm.us



Robert J. Torrez
8109 Corte Del Viento NW
Albuquerque, NM 87120-5936



U.S. District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuq., NM 87102

87102-227470



RECEIVED
At Albuquerque NM

DEC 17 2018

CLERK