IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC 17 AM 11: 03

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

  vs.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

    I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): _Fernando and Viola Trujillo_

MAILING ADDRESS: _P.O. Box 66, Los Ojos, NM, 87551_

CONTACT PHONE: _575-588-87637_

CONTACT E-MAIL: _____

ADDRESS OF PROPERTY: _____

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _CHRB 006-0029_

SIGNED BY: _Fernando Trujillo_

DATE: _12-19-18_

**\*\*\*\*\*SEE REVERSE SIDE FOR FILING INSTRUCTIONS\*\*\*\*\***

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC 17 AM 11: 03

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

    I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): *Fernando Trujillo Jr*

MAILING ADDRESS: *P.O. Box 66, Los Ojos NM 87551*

CONTACT PHONE: *575-588-7637*

CONTACT E-MAIL: _____

ADDRESS OF PROPERTY: *17149 U.S. 84-64*

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): *CHRB 006-0031*

SIGNED BY: *Fernando Trujillo Jr*

DATE: *12-19-18*

#### *****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Fernando Trujillo
P.O Box
Los Ojos, NM
      87551



U. S. District Court Clerk
106 S. Federal Place
Santa Fe, NM 87501

RECEIVED
In Santa Fe

DEC 17 2018

CLERK