IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC 17  AM 10: 59

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

       Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

       Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): *Mundy Ranch Inc  Herman Candelaria*

MAILING ADDRESS: *P.O. Box 39   Chama, N.M. 87520*

CONTACT PHONE: *505-470-1522*

CONTACT E-MAIL: *ozzyc39@yahoo.com*

ADDRESS OF PROPERTY: *16941 Hyw 84/64 Lands in the Brazos and in Chama*

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: _____

DATE: *Dec/14/18*

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

Germann Candelaria
o. Box. 59
Chama N.m. 87520

7016 0340 0001 0250 5729

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES
POSTAL SERVICE®

1000

87501-3011

U.S. POSTAGE PAID
FCM LETTER
CHAMA, NM
87520
DEC 14, 18
AMOUNT

$6.20

R2304Y122466-02

United States District
106. S Federal Place
Santa Fe N.m. 87501

Court Clerk
RECEIVED
In Santa Fe

DEC 17 2018

CLERK



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 DEC 17 AM 10: 59

CLERK-SANTA FE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): ___JOSE B Archuleta___

MAILING ADDRESS: ___Box 154 Los Ojos NM 87551___

CONTACT PHONE: ___575-588-7786 (Home)   575-209 0606 (Cell)___

CONTACT E-MAIL: _____

ADDRESS OF PROPERTY: ___HWY 64/84 #17128___

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): ___CHRB-006-0025B   CHRB 007-0005___

SIGNED BY: ___Jose B Archuleta___

DATE: ___12-14-18___

#### *****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3



Jose Archuleta
PO Box 154
Los Ojos, NM 87551

United States District Court Clerk
106. S Federal Place
SANTA FE, NM 87501

RECEIVED
In Santa Fe
DEC 17 2018
CLERK

7016 2070 0000 4485 8110