FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 18 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Joe P. Abeyta Jr. substitute party for Fernando Salazar (Deceased)

MAILING ADDRESS: 170 B Lower San Pedro Rd, Espanola, NM 87532

CONTACT PHONE: (505) 929-1367 (cell), (505) 747-8138 (home)

CONTACT E-MAIL: jeabeyta@valornet.com

ADDRESS OF PROPERTY: Los Ojos, NM 87551

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): CHRB-007-0025

SIGNED BY: Joe P. Abeyta Jr.  I now own this property and will file a motion for substitution of parties.

DATE: 12-14-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 2

- Your completed form may be filed in person or mailed to:

  **United States District Court Clerk**
  **333 Lomas Blvd. NW**
  **Suite 270**
  **Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

  **United States District Court Clerk**
  **106. S. Federal Place**
  **Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

  **Felicity Strachan**
  **N.M. Office of the State Engineer**
  **130 S. Capitol Street**
  **Santa Fe, NM 87501**
  **Phone: (505) 819-1044**
  **Email: felicity.strachan@state.nm.us**

**PERSONAL REPRESENTATIVE DEED**

I, Joe P. Abeyta Jr., personal representative of the Estate of Fernando Salazar, deceased, appointed on May 28, 2009 by the Probate Court, County of Rio Arriba, New Mexico, Probate No. PB-2009-0017, grants to Joe P. Abeyta Jr., as an individual, whose address is Joe P. Abeyta Jr., 170B Lower San Pedro Rd., Espanola, New Mexico 87532, all the interest of the estate of Fernando Salazar, deceased, in and to the real estate located in Rio Arriba County, New Mexico:

## PROPERTY

A parcel of property located in Parkview (Los Ojos), Rio Arriba County, NM, further described as follows:

"Ademas, un solar que mide aproximadamente 125 pies de oriente a poniente, y aproximadamente como 25 pies de norte a sur, conlindantes son como sique; por el norte, con propiedad de Fernando Salazar; para el sur, con propiedad ahora o antes de Simodosea M. Salazar; para el oriente, con propiedad ahora on antes de Simodosea M. Salazar; y para el poniente, con propiedad de Simodosea M. Salazar, ahora o antes, extendiendo hasta arriba la ladera. Juntamente una casa de dos cuartos que estan hubicados en este mismo solar."

Being and intended to be a portion of the property contained in that deed recorded December 1, 1959 in Book 62, page 119, records of Rio Arriba County, New Mexico Clerk's office.

As per Commonwealth Espanola Title & Abstract Company Title Report # 6511003174A:

In the PUBIC OFFICIAL INDICES of the Real Estate Records of Rio Arriba County, New Mexico, in the office of COUNTY CLERK, TREASURER and DISTRICT COURT of Rio Arriba County, New Mexico from December 01, 1959 @ 8:00 to March 15, 2010 @ 8:00, covering the above described property are found the following records affecting title to said property:

| | |
|---|---|
| Simodosea M. Salazar<br>TO: Fernando Salazar | WARRANTY DEED (SPANISH)<br>D: 12/01/1959<br>F: 12/01/1959<br>Book 62 Page 119 |

PROPERTY TAX DESCRIPTION:
Property # 1 018 172 020 499
Section-13 Township-29N Range-03E
0.09 AC.
Assessed under – Fernando Salazar
Owner # 0008629

The Estate of Fernando Salazar Deceased

By: _____
Joe P. Abeyta Jr., Personal Representative

STATE OF NEW MEXICO      )
COUNTY OF RIO ARRIBA     )

The foregoing instrument was acknowledged before me this 20 day of December, 2010, by Joe P. Abeyta Jr., personal representative of the estate of Fernando Salazar, deceased.

_____
Notary Public
My commission expires: 12/21/2010

# COMMONWEALTH ESPANOLA TITLE & ABSTRACT COMPANY

## -TITLE REPORT-

6511003174A

PREPARED FOR:   Fernando Salazar/Joe Abeyta

PROPERTY:   Ademas, un solar que mide aproximadamente 125 pies de oriente a poniente, y aproximadamente como 25 pies de norte a sur, con lindantes son como sigue; por el norte, con propiedad de Fernando Salazar; para el sur, con propiedad ahora o antes de Simodosea M. Salazar; para el oriente, con propiedad ahora o antes de Simodesea M. Salazar; y para el poniente, con propiedad de Simodosea M. Salazar, ahora o antes, extendiendo hasta arriba la ladera. Juntamente una casa de dos cuartos que estan hubicados en este mismo solar.

**In the PUBLIC OFFICIAL INDICES of the Real Estate Records of Rio Arriba County, New Mexico, in the office of COUNTY CLERK, TREASURER and DISTRICT COURT of Rio Arriba County, New Mexico, from April 30, 1970 @ 8:00 to March 15, 2010 @ 8:00, covering the above described property, and we find the following records affecting title to said property:**

Simododea M. Salazar                                   WARRANTY DEED
TO: Fernando Salazar                                   D: 12/01/1959
                                                       F: 12/01/1959
                                                       Book 62 Page 119

Property Taxes – 2009 – 1st half – PAID
                        2nd half – OWING – TOTAL OWING $72.87
Sec 13 T29N R 3E – 0.09 ac.
1-018-172-020-499
Assessed under – Fernando Salazar
**Owner # 8629**

---

**THIS TITLE REPORT IS PREPARED SOLELY FOR INFORMATIONAL PURPOSES, AND THE COMPANY MAKES NO REPRESENTATIONS AS THE STATUS OF TITLE AND ASSUMES NO LIABILTY FOR THE LEGALITY OR SUFFICUENCY OF ANY DOCUMENT OR OTHER MATTE IN THE CHAIN OF TITLE. LIABILITY IS LIMITED TO THE AMOUNT PAID FOR THIS REPOR THE CUSTOMER'S ACCEPTANCE OF THIS REPORT CONSTITUTES ACCEPTANCE OF THES TERMS.**

COMMONWEALTH ESPANOLA TITLE & ABSTRACT CO.

By:_____
Barney Vigil

Please retain the upper portion of this bill for your records.
Detach coupons and use for payment remittance.
Case 6:69-cv-07941-KWR-KK   Document 11308   Filed 12/18/18   Page 5 of 6

# 2018 TAX BILL

YOUR CANCELLED CHECK IS YOUR RECEIPT.
**PLEASE DO NOT PAY TAXES IF PAID BY MORTGAGE/ESCROW.**

OWNER NUMBER: 1672
ABEYTA, JOE P. JR.
170B LOWER SAN PERDO RD.
ESPANOLA, NM 87532

LIVIA OLGUIN
TREASURER
RIO ARRIBA COUNTY
P.O. BOX 548
TIERRA AMARILLA, NM 87575
(575) 588-7727 • (505) 753-1663

ACCOUNT NO.: ➤ R001541
PARCEL NO.: ➤ 1017173440014

NET TAXABLE VALUES WILL BE ALLOCATED TO GOVERNMENTAL UNITS IN SCHOOL DISTRICT ▶ 19_OUT_NR

| DISTRIBUTION | TAX RATE PER $1,000 | TOTAL DUE |
|---|---|---|
| County Hospital | 4.250 | 1.55 |
| CNTYHOSPTL_NR_COUNTY HOSP | 0.000 | 0.00 |
| Rio Arriba County NR | 11.850 | 4.33 |
| State of NM | 1.360 | 0.50 |
| Chama Schools CapImp NR | 1.918 | 0.70 |
| Chama Schools Dbt NR | 8.052 | 2.94 |
| Chama Schools Opp NR | 0.459 | 0.17 |
| Upper Chama SWCD R | 1.000 | 0.37 |

**LEGAL DESCRIPTION**
S: 11 T: 29N R: 03E  6.65 AC. TR. OF LAND IN THE SE1/4,
BK.105 PG.79  23278  04/30/1970  BK.533 PG.6846
201006846  12/22/2010, LIVESTOCK ASSESSED ON P045283

| PROPERTY | FULL VALUE | TAXABLE VALUE |
|---|---|---|
| IRRIGATED LAND | 1,097 | 366 |

**TOTAL 2018 TAX DUE ▶ 10.56**
**TOTAL NET VALUE ▶ 366**

DELINQUENT TAXES (INCLUDING ALL LATE FEES) MUST BE PAID IN FULL BEFORE CURRENT TAX PAYMENTS WILL BE ACCEPTED.

| YEAR | TAX | INTEREST | PENALTY | AMOUNT DUE |
|---|---|---|---|---|
| | | | | |

FIRST HALF TAX PAYMENT IS DUE
**NOVEMBER 10, 2018**

TO AVOID INTEREST AND PENALTY CHARGES, PLEASE PAY BEFORE
**DECEMBER 10, 2018**

SECOND HALF TAX PAYMENT IS DUE
**APRIL 10, 2019**

TO AVOID INTEREST AND PENALTY CHARGES, PLEASE PAY BEFORE
**MAY 10, 2019**

**TOTAL AMOUNT DUE**
(Including delinquencies)
**$10.56**

## SECOND HALF COUPON

Make check payable to:
RIO ARRIBA COUNTY TREASURER
PO BOX 548
TIERRA AMARILLA, NM 87575-0548

WRITE THIS ACCOUNT NO. AND PARCEL NO. ON YOUR CHECK
R001541
1017173440014

THIS BILL IS DUE BY **APRIL 10, 2019.**
TO AVOID INTEREST AND PENALTY CHARGES,
DETACH THIS COUPON AND
REMIT WITH PAYMENT BY: **MAY 10, 2019.**

SECOND HALF DUE MAY 10, 2019    **$5.28**

R001541                          Second Half Due

Please read taxpayer's remedies and remedies available to the taxing authorities on back page.

ABEYTA, JOE P. JR.
170B LOWER SAN PERDO RD
ESPANOLA NM 87532

T117 P1 21
RN: 002 AC: R001541

*PLEASE REFER TO YOUR ACCOUNT NO. AND PARCEL NO. WHEN MAKING INQUIRIES OR PAYMENTS. WRITE BOTH NUMBERS ON YOUR CHECK TO INSURE PROPER CREDIT.*

---

## FIRST HALF COUPON

Make check payable to:
RIO ARRIBA COUNTY TREASURER
PO BOX 548
TIERRA AMARILLA, NM 87575-0548

WRITE THIS ACCOUNT NO. AND PARCEL NO. ON YOUR CHECK
R001541
1017173440014

TO AVOID INTEREST AND PENALTY CHARGES,
SEND BOTH COUPONS WITH FULL YEAR PAYMENT
-OR- DETACH THIS COUPON AND REMIT
WITH PAYMENT BY: **DECEMBER 10, 2018.**
PAYMENT IS ACCEPTABLE EITHER IN FULL OR HALVES.

| | |
|---|---|
| FIRST HALF / PRIOR YEAR TAXES DUE BY DECEMBER 10, 2018 | $5.28 |
| 2ND HALF TAXES DUE BY MAY 10, 2019 | $5.28 |
| **TOTAL TAXES DUE** | **$10.56** |

ABEYTA, JOE P. JR.
170B LOWER SAN PERDO RD.
ESPANOLA, NM 87532

First Half Due
Second Half Due
Total Due
R001541

Please read taxpayer's remedies and remedies available to the taxing authorities on back page.





*PLEASE REFER TO YOUR ACCOUNT NO. AND PARCEL NO. WHEN MAKING INQUIRIES OR PAYMENTS. WRITE BOTH NUMBERS ON YOUR CHECK TO INSURE PROPER CREDIT.*

**PRIORITY MAIL** — FLAT RATE ENVELOPE — ONE RATE ★ ANY WEIGHT

From:
E. Martinez
08 Lower San Pedro Rd.
Pandola, NM 87533

USPS Tracking Number: 9505 5107 2788 8351 2531 01
Expected Delivery Day: 12/18/18

U.S. POSTAGE PAID
PM 1-Day
LOS ALAMOS, NM 87544
DEC 17, 18
AMOUNT $6.20
R2305K137363-18
87102-2274

To:
United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

EP14H July 2013 Outer Dimension: 10 x 5