IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.  NO. 69cv07941 MV/KK
State Engineer,

        Plaintiff,  RIO CHAMA STREAM SYSTEM

v.  Sections 3 and 7: including Rio Brazos subsection

ROMAN ARAGON, et al.,

        Defendants,

## NOTICE OF CLAIM BY LA MERCED DE LOS PUEBLOS DE TIERRA AMARILLA TO WATER RIGHTS BASED ON THE TREATY OF GUADALUPE HIDALGO

La Merced del los Pueblos de Tierra Amarilla ("la Merced"), a/k/a the Tierra Amarilla Land Grant, through its Board of Trustees, on its own behalf and on behalf of its heirs, hereby gives notice of its claim to water rights within the boundaries of la Merced. La Merced claims all properties and water rights as granted in 1832 by Mexico, and as guaranteed by the Recopilación de las Leyes de los Reynos de las Indias, the Treaty of Cordova and the applicable laws of Mexico; and as protected, described and discussed under the Treaty of Guadalupe Hidalgo; as set forth in a patent issued by United States government on February 21, 1881 and recorded in Volume 15A page 102-130 and recorded in Rio Arriba County in the Territory of New Mexico in 1901.

Respectfully submitted,

BOARD OF TRUSTEES OF LA MERCED
DE LOS PUEBLOS DE TIERRA AMARILLA

_____
Steve J. Polaco, Board President
P.O. Box 205
Tierra Amarilla, New Mexico 87575
(505) 934-7992
sjpolac@gmail.com

P.O. Box 205
Tierra Amarilla, N.M.
87575

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

87102-227470

RECEIVED
At Albuquerque NM

DEC 19 2018

CLERK