IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 DEC 19 AM 10:38

CLERK-ALBUQUERQUE

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.*, | Section 7: Rio Brazos |
| Defendants. | |

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): DAVID CEBALLES

MAILING ADDRESS: 2106 Snow Drive, Alamogordo, NM 88310

CONTACT PHONE: 575-430-4118

CONTACT E-MAIL: davidceballes@yahoo.com

ADDRESS OF PROPERTY: US Highway 64 House 17142 Parcel No. 1017173442320

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: [signature]

DATE: 12/16/18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

To reuse, cover or mark through any previous shipping information.

Align top of FedEx Express® shipping label here.

ORIGIN ID:ABQA  (575) 921-9155
DANIELLE L CEBALLES
2106 SNOW DR
ALAMOGORDO, NM 88310
UNITED STATES US

SHIP DATE: 18DEC18
ACTWGT: 0.20 LB
CAD: 6990232/SSF01922

BILL CREDIT CARD

TO  U.S DISTRICT CT CLERK
U.S DISTRICT CT
333 LOMAS BLVD NW
STE 270
ALBUQUERQUE NM 87102
(505) 348-2289

TRK# 7845 3490 9830
0201

WED - 19 DEC 8:00A
FIRST OVERNIGHT

9A ONMA

87102
NM-US ABQ

FedEx Express



Align bottom of peel-and-stick airbill or pouch here.