FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 20 2018 /mn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Pedro A Arechuleta, Beronice I Archuleta
MAILING ADDRESS: P.O. Box 413 Tierra Amarilla NM 87575
CONTACT PHONE: 575 588-0588
CONTACT E-MAIL: _____
ADDRESS OF PROPERTY: CR 337-A La Puente, NM 87575
CONSENT ORDER SUBFILE NUMBER (IF KNOWN): CHRB-009-0027
SIGNED BY: Pedro Antonio Arechuleta
DATE: 12-18-2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3



Pedro Antonio Archuleta
P.O. Box 413
Tierra Amarilla NM 87575

CERTIFIED MAIL

7017 2400 0000 5358 3887

United States District Court Clerk
333 Lomas Blvd, NW
Suite 210
Albuquerque, NM 87102

RECEIVED
At Albuquerque NM
DEC 20 2018
CLERK