FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 20 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): _AMIE CASADOS_

MAILING ADDRESS: _PO Box 369 Tierra Amarilla NM 87575_

CONTACT PHONE: _____

CONTACT E-MAIL: _amiecasados@ymail.com_

ADDRESS OF PROPERTY: _4433 State Hwy 112 Los Ojos NM 87575_

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: _Amie E Casados_

DATE: _12/16/2018_

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3



Envelope:

Return address:
A Casados
PO Box 344
T.A. NM 87575

Postmark: EL PASO TX 799 / RIO GRANDE DISTRICT / 18 DEC 2018 PM 1 T

RECEIVED At Albuquerque NM
DEC 20 2018
CLERK

Addressed to:
United States Dist. Court Clerk
333 Lomas Blvd, NW Ste 270
Albuquerque, NM 87102