IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 20 2018

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Juan A. Martinez

MAILING ADDRESS: P.O. Box 266 Tierra Amarilla NM 87575

CONTACT PHONE: 575-588-7033

CONTACT E-MAIL: juanarnoldmartinez@gmail.com

ADDRESS OF PROPERTY: Cunty Rd 340 NSe #265 Tierra Amarilla NM 87575

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: Juan A. Martinez

DATE: 12-15-18

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3



Juan A MtL
PO Box 266
Tierra Amarilla N.M.
87575

RECEIVED
At Albuquerque NM
DEC 20 2018
CLERK

United States District Court Clerk
333 Lomas Blvd NW
Suite 270
Albuquerque, NM 87102