## Subfile No. CHTA-003-0001

| **DEFENDANT** | **DATE** | **DOCKET  NO.** |
|---|---|---|
| HEIRS OF CARLOTA L. MARTINEZ | | |
| HEIRS OF LEVI MARTINEZ | | |
| HEIRS OF LUCAS MARTINEZ | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Default Order Filed | 1/9/2009 | 9372 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1870

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

**Ditch:**          LABRIER DITCH

Location X:   1,557,135 feet      Location Y:   2,064,753 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 9.1 | acres |
| Total | 9.1 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

**B. NO RIGHT**

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

    **Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet  Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 1.5  acres |
| Total | 1.5  acres  ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

    NONE



003-0001
B 1.5 ac.
NR

Tierra Amarilla Community Ditch

003-0001
A 9.1 ac.

Labrier Ditch

LEGEND




Irrigated Tract Boundary — Operable Ditch

No Right Tract Boundary — Inoperable Ditch

Pond   Point of Diversion

Date of Aerial Imagery: 1995   NR No Right



1 inch = 400 feet
0 50 100  200  300  400
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-003-0001
Labrier Ditch &
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0002

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| HARRY O. MARTINEZ | | |
| MARGARET A. MARTINEZ | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 3/24/2006 | 8183 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

   **Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet      Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.4  acres |
| | Total | 4.4  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05
   Farm Delivery Requirement (FDR) =  2.63
   Project Diversion Requirement (PDR) = 4.38



003-0002
A 0.1 ac.

003-0002
A 4.3 ac.

Tierra Amarilla Community Ditch

LEGEND



Irrigated Tract Boundary          Operable Ditch

Pond                              Inoperable Ditch

Point of Diversion

Date of Aerial Imagery: 1995



N
W        E
S

1 inch = 300 feet
0  50 100    200    300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine,  P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-003-0002
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0003

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ESTATE OF MARIA CASIAS | | |
| Default Order Filed | 6/21/2007 | 8722 |
| Default Order Filed | 8/13/2010 | 9936 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet   Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.1 acres |
| | Total | 1.1 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



003-0003
A 1.1 ac.

Tierra Amarilla Community Ditch

| LEGEND | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|



LEGEND

Irrigated Tract Boundary

► Operable Ditch

– – Inoperable Ditch

Date of Aerial Imagery: 1995

N
W        E
S

1 inch = 200 feet
0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

**Subfile Number**
**CHTA-003-0003**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0004

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JUANITA M. ETURRIAGA | | |
| Consent Order Filed | 3/4/2002 | 6587 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

    **Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet       Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 4.1 | acres |
| Total | 4.1 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) =  1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) =  4.38

003-0004
A 1.3 ac.

003-0004
A 0.4 ac.

003-0004
A 2.4 ac.

Tierra Amarilla Community Ditch

| LEGEND | | |
|---|---|---|
| Irrigated Tract Boundary | ▶— | Operable Ditch |
| Pond | – – ▶ | Inoperable Ditch |

Date of Aerial Imagery: 1995

N
W        E
S

1 inch = 300 feet
0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0004**
**Tierra Amarilla**
**Community Ditch**

## Subfile No. CHTA-003-0005

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MARIO R. MARTINEZ | | |
| SOPHIA D. MARTINEZ | | |
| | | |
| Consent Order Filed | 1/25/2005 | 7744 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

   **Ditch:**         TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet         Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 14.0 | acres |
| Total | 14.0 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05

   Farm Delivery Requirement (FDR) = 2.63

   Project Diversion Requirement (PDR) = 4.38



003-0005
A 4.3 ac.

Tierra Amarilla Community Ditch

003-0005
A 3.6 ac.

003-0005
A 6.1 ac.

Out



LEGEND

▭ Irrigated Tract Boundary   ▶—— Operable Ditch

▭ Pond   – – Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100   200   300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-003-0005
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0006

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| SALOMON A. LUNA | | |
| Consent Order Filed | 3/11/2003 | 7083 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

**Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 17.6  acres |
| | Total | 17.6  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38



003-0006
A 17.6 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100  200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0006**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0007

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ROBERTO LOVATO | | |
| VIRGINIA MARTINEZ | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 2/26/2002 | 6557 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

    **Ditch:**         TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet      Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 0.5 | acres |
| Total | 0.5 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38



003-0007
A 0.5 ac.

Tierra Amarilla
Community Ditch

LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0007**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0008A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| PATRICIA A. ALVARADO | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 3/14/2008 | 9139 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 0.4 | acres |
| Total | 0.4 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38



003-0008A
A 0.4 ac.

Tierra Amarilla Community Ditch

LEGEND



Irrigated Tract Boundary

▶──── Operable Ditch

▪ ▪ ▪ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0008A**
**Tierra Amarilla**
**Community Ditch**

