## Subfile No. CHTA-003-0012B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ORLANDO J. MARTINEZ | | |
| Consent Order Filed | 5/17/2005 | 7869 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

**Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.1 acres |
| | Total | 2.1 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-35

Subfile No. CHTA-003-0012B



Tierra Amarilla Community Ditch

Paderon Lateral

003-0012B
A 2.1 ac.

LEGEND

Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0 50 100    200    300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0012B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0013A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RIO ARRIBA COUNTY | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 6/20/2007 | 8701 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

**Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.7 acres |
| | Total | 2.7 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38



003-0013A
A 2.7 ac.

Tierra Amarilla Community Ditch

## LEGEND

 Irrigated Tract Boundary

▶ Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment
and Decree**

Subfile Number
**CHTA-003-0013A**
**Tierra Amarilla
Community Ditch**



## Subfile No. CHTA-003-0013B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RIO ARRIBA COUNTY | | |
| Consent Order Filed | 10/12/2007 | 8959 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**            TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.0  acres |
| | Total | 2.0  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



003-0013B
A 2.0 ac.

Tierra Amarilla Community Ditch

LEGEND

Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100   200   300
Feet



STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-003-0013B
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0014A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RIO ARRIBA COUNTY | | |
| Consent Order Filed | 6/21/2007 | 8711 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

**A. NO RIGHT**

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

Ditch:          TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet        Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 10.5 acres | |
| Total | 10.5 acres | ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                     A-38

Subfile No. CHTA-003-0014A



Garapata Lateral

003-0014A
A 10.5 ac.
NR

## LEGEND

 Irrigated Tract Boundary    ▸ Operable Ditch

 No Right Tract Boundary     No Right

Date of Aerial Imagery: 1995


1 inch = 300 feet
0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0014A**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0014B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| EL CENTRO DE LOS NINOS | | |
| Consent Order Filed | 7/20/2007 | 8736 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

**Ditch:**    TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet    Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 0.9 acres | |
| Total | 0.9 acres | ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



003-0014B
A 0.9 ac.

NR

Garapata Lateral

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary   ▶—▶ Operable Ditch

 No Right Tract Boundary   NR No Right

Date of Aerial Imagery: 1995

1 inch = 300 feet
0  50 100   200      300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0014B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0015

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOSIE SANCHEZ DUBOIS | | |
| MAGDALENE SANCHEZ | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 11/1/2007 | 9011 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

**Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.5 acres |
| | Total | 2.5 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



003-0015
A 2.5 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

 Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0 50 100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0015**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0016

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| AGRIPINA G. SALAZAR | | |
| VICTOR SALAZAR SR. | | |

| | | |
|---|---|---|
| Consent Order Filed | 10/23/2003 | 7280 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 5.5 acres |
| | Total | 5.5 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



Tierra Amarilla Community Ditch

Paderon Lateral

003-0016
A 5.5 ac.

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100   200   300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-003-0016
Tierra Amarilla
Community Ditch

