## Subfile No. CHTA-003-0025

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| EDNA ULIBARRI | | |
| Default Order Filed | 2/5/2007 | 8546 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.4 acres |
| | Total | 2.4 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                          A-53

Subfile No. CHTA-003-0025



003-0025
A 2.4 ac.

Paderon Lateral

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0025**
**Tierra Amarilla**
**Community Ditch**



LEGEND



Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet

0   50   100   200
Feet

## Subfile No. CHTA-003-0026

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| HEIMO TRATHNIGG | | |
| Default Order Filed | 11/1/2007 | 8984 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   NO RIGHT

**Point of Diversion:**

**Ditch:**         TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 7.5  acres |
| | Total | 7.5  acres  ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                      A-54

Subfile No. CHTA-003-0026



Paderon Lateral

003-0026
A 7.5 ac.

 NR

## LEGEND

No Right Tract Boundary — Operable Ditch

Pond —  No Right

Date of Aerial Imagery: 1995

1 inch = 300 feet

0  50 100   200    300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0026**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0027

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| GAIL GARCIA | | |
| MICHAEL S. GARCIA | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 5/1/2002 | 6681 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet        Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.1  acres |
| | Total | 3.1  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                      A-55

Subfile No. CHTA-003-0027

003-0027
A 3.1 ac.

Paderon Lateral



## LEGEND

Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 – 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0027**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0028

| DEFENDANT | | DATE | DOCKET NO. |
|---|---|---|---|
| TONY MARTINEZ | | | |
| Default Order Filed | | 7/14/2005 | 7945 |
| Order Making Final Determination of Priority Dates | | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

**Ditch:**            TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet        Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2  acres |
| | Total | 0.2  acres  ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-56

Subfile No. CHTA-003-0028

Paderon Lateral

003-0028
A 0.2 ac.



## LEGEND

No Right Tract Boundary

Operable Ditch

 No Right

Date of Aerial Imagery: 1995

N
W       E
S

1 inch = 200 feet

0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0028**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0029

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RAMONA QUINTANA | | |
| Default Order Filed | 7/14/2005 | 7945 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   NO RIGHT

**Point of Diversion:**

**Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 0.8  acres | |
| Total | 0.8  acres | ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-57

Subfile No. CHTA-003-0029

Paderon Lateral

003-0029
A 0.8 ac.



NR

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|

### LEGEND

▦▦▦ No Right Tract Boundary

◄━━ Operable Ditch

Ⓝℝ No Right

Date of Aerial Imagery: 1995

1 inch = 200 feet

0   50   100   200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0029**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0030

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| OLIVIA VALDEZ | | |
| Default Order Filed | 6/21/2007 | 8713 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

**Ditch:**       TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 0.5 acres | |
| Total | 0.5 acres | ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



Paderon Lateral

003-0030
A 0.5 ac.

NR

## LEGEND

▦ No Right Tract Boundary

◄— Operable Ditch

Ⓝ No Right

Date of Aerial Imagery: 1995

1 inch = 200 feet

0   50   100   200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
2001 - 2018
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-003-0030**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0031

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| BRENT C. MORTENSEN | | |
| Consent Order Filed | 3/24/2006 | 8178 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.6 acres |
| | Total | 0.6 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

003-0031
A 0.1 ac.

003-0031
A 0.4 ac.

003-0031
A 0.1 ac.

Paderon Lateral

LEGEND

 Irrigated Tract Boundary

▶— Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50  100     200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0031**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0032

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| BRENT C. MORTENSEN | | |
| Consent Order Filed | 1/25/2005 | 7746 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

Ditch:            TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet       Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 1.0  acres |
| Total | 1.0  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) =  4.38



003-0032
A 1.0 ac.

Paderon Lateral

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0032**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0034

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| FAUSTINA ESPINOSA | | |
| SIXTO L. ESPINOSA | | |
| Consent Order Filed | 1/25/2005 | 7748 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

**Ditch:**            TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet        Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.6  acres |
| | Total | 1.6  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                         A-61

Subfile No. CHTA-003-0034



003-0034
A 1.6 ac.

Paderon Lateral

## LEGEND

 Irrigated Tract Boundary

➤ Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet

0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0034**
**Tierra Amarilla**
**Community Ditch**

