## Subfile No. CHTA-003-0043

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LIONEL E. MARTINEZ II | | |
| Consent Order Filed | 11/21/2006 | 8464 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 8.5 acres |
| | Total | 8.5 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

### Amount of Water (acre-feet per acre per year, not to exceed):

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

**B. NO RIGHT**

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    NO RIGHT

**Point of Diversion:**

**Ditch:**                          TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet          Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 1.7  acres |
| Total | 1.7  acres  ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



003-0043
A 4.2 ac.

Paderon Lateral

003-0043
A 4.3 ac.

003-0043
B 1.7 ac.
NR

LEGEND

Irrigated Tract Boundary        Operable Ditch

No Right Tract Boundary     NR  No Right

Pond

Date of Aerial Imagery: 1995



N
W    E
S

1 inch = 300 feet

0  50 100   200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0043**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0044

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ELISEO M. VALDEZ | | |
| JOSEPHINE VALDEZ | | |
| | | |
| Consent Order Filed | 1/25/2005 | 7747 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet     Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.6 acres |
| | Total | 1.6 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-74

Subfile No. CHTA-003-0044



Padcron Lateral

003-0044
A 1.6 ac.



LEGEND

Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0   50   100       200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0044**
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-003-0045

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOSEPH VALDEZ | | |
| RACHEL VALDEZ | | |

| | | |
|---|---|---|
| Consent Order Filed | 9/19/2003 | 7228 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

  **Ditch:**      TIERRA AMARILLA COMMUNITY DITCH

  Location X:   1,557,188 feet      Location Y:   2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.4 acres |
| | Total | 1.4 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



Paderon Lateral

003-0045
A 1.4 ac.

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-003-0045**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0046

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| AMADA R. FLORES | | |
| Consent Order Filed | 2/26/2002 | 6556 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:**     TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet     Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.1 acres |
| | Total | 3.1 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38



Paderon Lateral

003-0046
A 3.1 ac.

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0046**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0047

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ALEX FLORES | | |
| Consent Order Filed | 5/15/2003 | 7138 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet       Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.7  acres |
| | Total | 1.7  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-77

Subfile No. CHTA-003-0047



Paderon Lateral

003-0047
A 1.7 ac.

## LEGEND

 Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0047**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0048

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| PAUL TRACHTMAN | | |
| Consent Order Filed | 5/4/2006 | 8250 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.6  acres |
| | Total | 0.6  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                         A-78

Subfile No. CHTA-003-0048

## B. NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  NO RIGHT

**Point of Diversion:**

**Ditch:**              TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet        Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 2.1  acres |
| Total | 2.1  acres  ( No Right ) |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



Paderon Lateral

003-0048
A 0.5 ac.

003-0048
A 0.1 ac.

003-0048
B 2.1 ac.

NR

| LEGEND | |
|---|---|
|  Irrigated Tract Boundary | ▶— Operable Ditch |
| No Right Tract Boundary | (NR) No Right |

Date of Aerial Imagery: 1995

1 inch = 200 feet
0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0048**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0049

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| BENJAMIN R. TRUJILLO | | |
| Consent Order Filed | 11/1/2007 | 8997 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet       Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.0  acres |
| | Total | 4.0  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38



Paderon Lateral

003-0049
A 4.0 ac.

## LEGEND

 Irrigated Tract Boundary

➤ Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0049**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0050

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| TONY CASADOS SR. & SONS, PRTN. | | |
| Consent Order Filed | 12/12/2005 | 8078 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**   1861

**Source:**   Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**         TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet       Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.2  acres |
| | Total | 3.2  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



Paderon Lateral

003-0050
A 3.2 ac.

## LEGEND

Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

**Subfile Number**
**CHTA-003-0050**
**Tierra Amarilla**
**Community Ditch**

