IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7: Rito de Tierra Amarilla |

**NOTICE OF FILING OF ADDENDUM TO PARTIAL FINAL JUDGMENT
AND DECREE ON SURFACE WATER IRRIGATION RIGHTS
IN THE RITO DE TIERRA AMARILLA SUBSECTION OF SECTION 7
OF THE RIO CHAMA STREAM SYSTEM
PART TWO**

Now comes the plaintiff State of New Mexico, *ex rel*. State Engineer ("State"), and gives notice of filing of the Addendum to the *Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Rito de Tierra Amarilla Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11391, filed 10/23/18).

Due to CM/ECF file size limits, the State will file multiple Notices of Filing, and will attach the Addendum as exhibits to the Notices of Filing. The State will number the Notice of Filings consecutively. Additionally, a complete hard copy of this Addendum and the attendant maps has been submitted to the Court.

1

Submitted by:

/s/ Felicity Strachan
EDWARD G. NEWVILLE
FELICITY STRACHAN
Special Assistants Attorney General
*Attorney for State of New Mexico*
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 819-4044
Email: felicity.strachan@state.nm.us

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 8, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.

/s/ Felicity Strachan
FELICITY STRACHAN