## Subfile No. CHTA-003-0051

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ART ESPINOSA | | |

|  | | |
|---|---|---|
| Consent Order Filed | 6/26/2003 | 7173 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 0.4 | acres |
| Total | 0.4 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-82

Subfile No. CHTA-003-0051



Paderon Lateral

003-0051
A 0.2 ac.

003-0051
A 0.1 ac.

003-0051
A 0.1 ac.

LEGEND

▨ Irrigated Tract Boundary

▶— Operable Ditch

Date of Aerial Imagery: 1995

N
W    E
S

1 inch = 200 feet
0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

**Subfile Number**
**CHTA-003-0051**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0051A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ART ESPINOSA | | |

|  | | |
|---|---|---|
| Consent Order Filed | 6/21/2007 | 8712 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

   Location X: 1,557,188 feet     Location Y: 2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 0.1 | acres |
| Total | 0.1 | acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



Paderon Lateral

003-0051A
A 0.1 ac.

| LEGEND | | | STATE OF NEW MEXICO<br>Office of the State Engineer<br>Tom Blaine, P.E., State Engineer | Subfile Number<br>**CHTA-003-0051A**<br>Tierra Amarilla<br>Community Ditch |
|---|---|---|---|---|
| <span style="color:green">▭</span> Irrigated Tract Boundary |  | | Rio Chama Hydrographic Survey<br>Section 7, Rito de Tierra Amarilla<br>2001 - 2018<br>Partial Final Judgment<br>and Decree |  |
| ▶ Operable Ditch | 1 inch = 200 feet<br>0  50  100  200<br>Feet | | | |
| Date of Aerial Imagery: 1995 | | | | |

## Subfile No. CHTA-003-0052

| DEFENDANT | | DATE | DOCKET NO. |
|---|---|---|---|
| BERTHINA ROMERO | | | |
| ROBERTO ROMERO | | | |
| Consent Order Filed | | 10/23/2003 | 7281 |
| Order Making Final Determination of Priority Dates | | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet        Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.3 acres |
| | Total | 0.3 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-84

Subfile No. CHTA-003-0052

## B. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

Within the Tierra Amarilla Grant                    0.2  acres

                                    Total        0.2  acres  ( No Right )

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-85

Subfile No. CHTA-003-0052



003-0052
B 0.1 ac.

(NR)

003-0052
B 0.1 ac.

(NR)

003-0052
A 0.3 ac.

*Tierra Amarilla Community Ditch*

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|
| | | Office of the State Engineer | CHTA-003-0052 |
| | | Tom Blaine, P.E., State Engineer | Tierra Amarilla |
| Irrigated Tract Boundary | | | Community Ditch |
| Operable Ditch | | Rio Chama Hydrographic Survey | |
| (NR) No Right | 1 inch = 200 feet | Section 7, Rito de Tierra Amarilla | |
| | 0  50  100      200 | 2001 - 2018 | |
| Date of Aerial Imagery: 1995 | Feet | Partial Final Judgment and Decree | |






## Subfile No. CHTA-003-0053

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ESTATE OF MANUELITA U. ABEYTA | | |
| Default Order Filed | 3/6/2007 | 8599 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:**　　　　　　TIERRA AMARILLA COMMUNITY DITCH

  Location X:   1,557,188 feet        Location Y:   2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.4 acres |
| | Total | 0.4 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

  Consumptive Irrigation Requirement (CIR) = 1.05
  Farm Delivery Requirement (FDR) =  2.63
  Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-86

Subfile No. CHTA-003-0053



Paderon Lateral

003-0053
A 0.4 ac.

LEGEND

Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0053**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0054

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ARCHDIOCESE OF SANTA FE | | |
| Consent Order Filed | 3/24/2006 | 8176 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X: 1,557,188 feet    Location Y: 2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.9 acres |
| | Total | 1.9 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights    A-87

Subfile No. CHTA-003-0054

## B. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet      Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | |
|---|---|
| Within the Tierra Amarilla Grant | 0.4 acres |
| Total | 0.4 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

### Amount of Water (acre-feet per acre per year, not to exceed):

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-88

Subfile No. CHTA-003-0054



003-0054
A 1.9 ac.

003-0054
B 0.4 ac.

Tierra Amarilla Community Ditch

## LEGEND

 Irrigated Tract Boundary

▶— Operable Ditch

▪ ▪ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

**Subfile Number**
**CHTA-003-0054**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0055

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| FELIPE C. ATENCIO | | |
| Consent Order Filed | 2/8/2008 | 9104 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X: 1,557,188 feet    Location Y: 2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.3 acres |
| | Total | 0.3 acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



003-0055
A 0.3 ac.

Tierra Amarilla Community Ditch

## LEGEND

 Irrigated Tract Boundary

 Operable Ditch

 Inoperable Ditch

Date of Aerial Imagery: 1995

N
W — E
S

1 inch = 200 feet
0    50   100        200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

**Subfile Number**
**CHTA-003-0055**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0056

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MANUEL D. TRUJILLO | | |
| MARCELLA D. BURBANK TRUJILLO | | |
| Consent Order Filed | 11/5/2008 | 9321 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

   **Ditch:**            TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet      Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2  acres |
| | Total | 0.2  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

### Amount of Water (acre-feet per acre per year, not to exceed):

   Consumptive Irrigation Requirement (CIR) = 1.05
   Farm Delivery Requirement (FDR) =  2.63
   Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                          A-90

Subfile No. CHTA-003-0056



003-0056
A 0.2 ac.

Tierra Amarilla Community Ditch

Garapata Lateral

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|

 Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet
0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-003-0056**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-003-0057

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOSEFITA TRUJILLO | | |
| Consent Order Filed | 1/26/2009 | 9383 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

   **Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

   Location X:   1,557,188 feet       Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.1  acres |
| | Total | 0.1  acres |

As shown on Map CHTA- 3, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05
   Farm Delivery Requirement (FDR) =  2.63
   Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-91

Subfile No. CHTA-003-0057



Tierra Amarilla Community Ditch

003-0057
A 0.1 ac. Total

| LEGEND | | STATE OF NEW MEXICO<br>Office of the State Engineer<br>Tom Blaine, P.E., State Engineer | Subfile Number<br>CHTA-003-0057<br>Tierra Amarilla<br>Community Ditch |
|---|---|---|---|
|  Irrigated Tract Boundary | N<br>W E<br>S | | |
| Operable Ditch | | Rio Chama Hydrographic Survey<br>Section 7, Rito de Tierra Amarilla<br>2001 - 2018<br>Partial Final Judgment<br>and Decree |  |
| Date of Aerial Imagery: 1995 | 1 inch = 200 feet<br>0  50  100  200<br>Feet | | |

## Subfile No. CHTA-004-0001A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| DOLORES ROMERO | | |
| JUAN A. ROMERO | | |
| Consent Order Filed | 12/12/2003 | 7362 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

  **Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

  Location X:  1,557,188 feet  Location Y:  2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.1  acres |
| | Total | 1.1  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

  Consumptive Irrigation Requirement (CIR) = 1.05
  Farm Delivery Requirement (FDR) =  2.63
  Project Diversion Requirement (PDR) = 4.38



Out

004-0001A
A 1.1 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

- - Inoperable Ditch

Date of Aerial Imagery: 1995



N
W   E
S

1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

**Subfile Number**
**CHTA-004-0001A**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0001B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| PATRICK SAMORA | | |
| RENEE ROMERO SAMORA | | |

| | | |
|---|---|---|
| Consent Order Filed | 12/12/2003 | 7361 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

    Location X: 1,557,188 feet    Location Y: 2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 1.3 | acres |
| Total | 1.3 | acres |

As shown on Map CHTA-4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

Case 6:69-cv-07941-KWR-KK Document 11835-2 Filed 11/26/19 Page 22 of 22



004-0001B
A 1.3 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

▶— Operable Ditch

■ ■ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200      300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0001B**
**Tierra Amarilla**
**Community Ditch**

