# Subfile No. CHTA-004-0001C

**DEFENDANT**  
ANDREW ROMERO

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 12/12/2003 | 7360 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH
Location X: 1,557,188 feet    Location Y: 2,064,714 feet
New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 1.3 acres |
| Total | 1.3 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



# Subfile No. CHTA-004-0001D

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MARTIN ROMERO | | |
| Consent Order Filed | 4/7/2008 | 9163 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

  Location X: 1,557,188 feet    Location Y: 2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 1.3 acres |
| Total | 1.3 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



# Subfile No. CHTA-004-0001E

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ALAJANDRO CHAVEZ | | |
| VERONICA ROMERO DE CHAVEZ | | |
|    Consent Order Filed | 12/12/2003 | 7359 |
|    Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
|    Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

   Location X: 1,557,188 feet     Location Y: 2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.3 acres |
| | Total | 1.3 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



# Subfile No. CHTA-004-0001F

**DEFENDANT**
DOLORES RENA ROMERO
ROMAN ROMERO

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 12/12/2003 | 7358 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
  Location X: 1,557,188 feet     Location Y: 2,064,714 feet
  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.3 acres |
| | Total | 1.3 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



### LEGEND
- Irrigated Tract Boundary
- ▶ Operable Ditch
- ▶ ▶ Inoperable Ditch

Date of Aerial Imagery: 1995

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0001F**
Tierra Amarilla
Community Ditch

1 inch = 300 feet
0  50  100  200  300 Feet

Tierra Amarilla Community Ditch

004-0001F
A 1.3 ac.

# Subfile No. CHTA-004-0002

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| CECILIA CAMPOS | | |
| TOMMY CAMPOS III | | |
|    Consent Order Filed | 8/12/2005 | 7975 |
|    Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
|    Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

  Location X: 1,557,188 feet    Location Y: 2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 1.1 acres |
| Total | 1.1 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

## B. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

　**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

　Location X: 1,557,188 feet　　Location Y: 2,064,714 feet

　New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2 acres |
| | Total | 0.2 acres ( No Right ) |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



# Subfile No. CHTA-004-0003

| **DEFENDANT** | **DATE** | **DOCKET NO.** |
|---|---|---|
| HELEN MOORE | | |
| Default Order Filed | 6/6/2006 | 8293 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

  Location X: 1,557,188 feet    Location Y: 2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 0.03 acres |
| Total | 0.03 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

## B. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 0.1 acres |
| Total | 0.1 acres ( No Right ) |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



# Subfile No. CHTA-004-0004

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| REYNEL O. LUCERO | | |
| Consent Order Filed | 6/18/2004 | 7481 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 0.3 acres |
| Total | 0.3 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

## B. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2 acres |
| | Total | 0.2 acres ( No Right ) |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



# Subfile No. CHTA-004-0005A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| SIMONITA U. TRUJILLO | | |
| Consent Order Filed | 1/25/2005 | 7742 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

  Location X: 1,557,188 feet    Location Y: 2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 1.6 acres |
| Total | 1.6 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

