## Subfile No. CHTA-004-0005B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MARK NOEL ROWE | | |
| Consent Order Filed | 5/6/2008 | 9182 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

  Location X: 1,557,188 feet  Location Y: 2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.0 acres |
| | Total | 1.0 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

  Consumptive Irrigation Requirement (CIR) = 1.05
  Farm Delivery Requirement (FDR) = 2.63
  Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                   A-105

Subfile No. CHTA-004-0005B



004-0005B
A 1.0 ac.

Garapata Lateral

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995

N
W        E
S

1 inch = 200 feet

0   50   100        200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0005B**
**Tierra Amarilla**
**Community Ditch**



# Subfile No. CHTA-004-0005C

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| DORIS TRUJILLO | | |
| JAIME TRUJILLO | | |
| Consent Order Filed | 1/25/2005 | 7740 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

  Location X:  1,557,188 feet    Location Y:  2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 5.8 acres |
| | Total | 5.8 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

  Consumptive Irrigation Requirement (CIR) = 1.05
  Farm Delivery Requirement (FDR) =  2.63
  Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-106

Subfile No. CHTA-004-0005C



004-0005C
A 5.8 ac.

Garapata Lateral

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|
| | N | Office of the State Engineer | CHTA-004-0005C |
| ☐ Irrigated Tract Boundary | W E | Tom Blaine, P.E., State Engineer | Tierra Amarilla |
| | S | Rio Chama Hydrographic Survey | Community Ditch |
| ▶ Operable Ditch | 1 inch = 200 feet | Section 7, Rito de Tierra Amarilla | |
| | 0  50  100    200 | 2001 - 2018 |  |
| Date of Aerial Imagery: 1995 | Feet | Partial Final Judgment and Decree | |

# Subfile No. CHTA-004-0006

| DEFENDANT | DATE | DOCKET NO. |
|-----------|------|------------|
| EPIMENIO ULIBARRI | | |
| JULIA ULIBARRI | | |
| Consent Order Filed | 4/10/2002 | 6632 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

  **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

  Location X: 1,557,188 feet    Location Y: 2,064,714 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.0 acres |
| | Total | 1.0 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0006
A 1.0 ac.

Tierra Amarilla Community Ditch

LEGEND



Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet

0    50   100        200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0006**
**Tierra Amarilla**
**Community Ditch**



# Subfile No. CHTA-004-0006A

| DEFENDANT | DATE | DOCKET NO. |
|-----------|------|------------|
| EPIMENIO ULIBARRI | | |
| JULIA ULIBARRI | | |

| | | |
|---|---|---|
| Consent Order Filed | 6/18/2004 | 7482 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2 acres |
| | Total | 0.2 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0006A
A 0.2 ac.

Tierra Amarilla Community Ditch

Garapata Lateral

LEGEND

 Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995


N
W E
S

1 inch = 200 feet
0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0006A**
**Tierra Amarilla**
**Community Ditch**



# Subfile No. CHTA-004-0007

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| VICENTE MONTANO | | |

| | | |
|---|---|---|
| Consent Order Filed | 4/17/2007 | 8622 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.9 acres |
| | Total | 0.9 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0007
A 0.9 ac.

Garapata Lateral

Tierra Amarilla Community Ditch

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



N
W E
S

1 inch = 200 feet

0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0007**
**Tierra Amarilla**
**Community Ditch**



# Subfile No. CHTA-004-0008

| DEFENDANT | DATE | DOCKET NO. |
|-----------|------|------------|
| ANGIE GARCIA | | |
| TITO GARCIA | | |

| | | |
|---|---|---|
| Consent Order Filed | 9/19/2003 | 7230 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet     Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.2 acres |
| | Total | 4.2 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                          A-110

Subfile No. CHTA-004-0008



004-0008
A 0.3 ac.

004-0008
A 3.9 ac.

Garapata Lateral

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

▶ Operable Ditch

▬ ▬ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0008**
**Tierra Amarilla**
**Community Ditch**



# Subfile No. CHTA-004-0009A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| KIM MONTANO | | |
| MARK L. MONTANO | | |

| | | |
|---|---|---|
| Consent Order Filed | 2/8/2008 | 9105 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

> **Ditch:** TIERRA AMARILLA COMMUNITY DITCH
>
> Location X: 1,557,188 feet      Location Y: 2,064,714 feet
>
> New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 6.6 acres |
| | Total | 6.6 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                     A-111

Subfile No. CHTA-004-0009A



Tierra Amarilla Community Ditch

004-0009A
A 6.6 ac.

LEGEND

 Irrigated Tract Boundary

► Operable Ditch

▬ ▬ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50  100        200
          Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0009A**
**Tierra Amarilla**
**Community Ditch**



# Subfile No. CHTA-004-0009B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| KIM MONTANO | | |
| MARK L. MONTANO | | |

| | | |
|---|---|---|
| Consent Order Filed | 2/8/2008 | 9106 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2 acres |
| | Total | 0.2 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0009B
A 0.2 ac.

Garapata Lateral

Tierra Amarilla Community Ditch

| LEGEND | | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|---|

 Irrigated Tract Boundary

 Operable Ditch

 Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0009B**
**Tierra Amarilla**
**Community Ditch**



# Subfile No. CHTA-004-0010

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| SALOMON A. LUNA | | |
| Consent Order Filed | 3/24/2006 | 8208 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

   **Ditch:** TIERRA AMARILLA COMMUNITY DITCH

   Location X: 1,557,188 feet     Location Y: 2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 7.8 acres |
| | Total | 7.8 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0010
A 7.8 ac.

Garapata Lateral

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

 Inoperable Ditch

Date of Aerial Imagery: 1995



N
W        E
S

1 inch = 300 feet

0  50 100    200      300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0010**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0011

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| HENRY ULIBARRI | | |
| MABLE ULIBARRI | | |

| | | |
|---|---|---|
| Consent Order Filed | 1/25/2005 | 7739 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:**       TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet       Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 43.6 acres |
| | Total | 43.6 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-114

Subfile No. CHTA-004-0011

## B. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**                TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet       Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

### Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.9  acres |
| | Total | 0.9  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

### Amount of Water (acre-feet per acre per year, not to exceed):

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights           A-115

Subfile No. CHTA-004-0011

## C. NO RIGHT

**Priority:** NONE

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** NO RIGHT

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet     Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

| | |
|---|---|
| Within the Tierra Amarilla Grant | 15.5 acres |
| Total | 15.5 acres ( No Right ) |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights     A-116

Subfile No. CHTA-004-0011



004-0011
C 2.5 ac.
(NR)

004-0011
C 13.0 ac.
(NR)

004-0011
A 43.6 ac.

*Carapata Lateral*

004-0011
B 0.9 ac.

| LEGEND | | | | |
|---|---|---|---|---|
| ▦ Irrigated Tract Boundary | ►►► Operable Ditch | | | |
| ▦ No Right Tract Boundary | – – Inoperable Ditch | | | |
| ▦ Pond | (NR) No Right | | | |

Date of Aerial Imagery: 1995

1 inch = 400 feet
0 50 100 200 300 400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0011**
**Tierra Amarilla**
**Community Ditch**

