## Subfile No. CHTA-004-0012

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| AMABEL ULIBARRI | | |
| Consent Order Filed | 3/24/2006 | 8205 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:**     TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.5 acres |
| | Total | 1.5 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                        A-117

Subfile No. CHTA-004-0012



Carapata Lateral

004-0012
A 1.5 ac.

### LEGEND



▭ Irrigated Tract Boundary

▶—— Operable Ditch

▪ ▪ ▪ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0012**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0012A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| AMABEL ULIBARRI | | |
| Consent Order Filed | 5/24/2010 | 9721 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

**Ditch:**              TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet        Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.2  acres |
| | Total | 0.2  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-118

Subfile No. CHTA-004-0012A



Garapata Lateral

004-0012A
A 0.2 ac.

| LEGEND | | STATE OF NEW MEXICO | Subfile Number |
|---|---|---|---|
| | | Office of the State Engineer | CHTA-004-0012A |

LEGEND

 Irrigated Tract Boundary

Operable Ditch

- - - Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50  100   200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0012A**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0013

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MELVIN L. MONTANO | | |
| Consent Order Filed | 5/15/2003 | 7137 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.1 acres |
| | Total | 4.1 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38



Garapata Lateral

004-0013
A 4.1 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

Operable Ditch

Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200      300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0013**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0013A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MELVIN L. MONTANO | | |
| Consent Order Filed | 6/21/2007 | 8710 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

   **Ditch:**            TIERRA AMARILLA COMMUNITY DITCH

   Location X:    1,557,188 feet       Location Y:    2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.5  acres |
| | Total | 0.5  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05
   Farm Delivery Requirement (FDR) =  2.63
   Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-120

Subfile No. CHTA-004-0013A



004-0013A
A 0.5 ac.

Garapata Lateral

Tierra Amarilla Community Ditch

LEGEND

Irrigated Tract Boundary

Operable Ditch

- - - Inoperable Ditch

Date of Aerial Imagery: 1995



N
W    E
S

1 inch = 300 feet

0  50 100    200    300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0013A**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0014A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RAMON E. SANCHEZ | | |
| Consent Order Filed | 3/5/2007 | 8574 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

    **Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

    Location X:    1,557,188 feet        Location Y:    2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.8  acres |
| | Total | 2.8  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) =  1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) =  4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                              A-121

Subfile No. CHTA-004-0014A



004-0014A
A 2.3 ac.

004-0014A
A 0.1 ac.

004-0014A
A 0.4 ac.

Tierra Amarilla Community Ditch

LEGEND

Irrigated Tract Boundary

Operable Ditch

Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0014A**
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-004-0014B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RAMON E. SANCHEZ | | |
| Consent Order Filed | 11/1/2007 | 9012 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

Location X:  1,557,188 feet  Location Y:  2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.3 acres |
| | Total | 0.3 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0014B
A 0.3 ac.

Tierra Amarilla Community Ditch

## LEGEND

 Irrigated Tract Boundary

▶—— Operable Ditch

▪ ▪ ▪ Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-004-0014B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0015

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| PABLO MARTINEZ | | |
| Default Order Filed | 7/14/2005 | 7945 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 5.0 | acres |
| Total | 5.0 | acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



Garapata Lateral

004-0015
A 5.0 ac.

Tierra Amarilla Community Ditch

LEGEND

<span style="display:inline-block; border:1px solid green;">   </span>  Irrigated Tract Boundary

▶—  Operable Ditch

▶ - -  Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100   200      300
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-004-0015
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-004-0016A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ELISEO M. VALDEZ | | |
| JOSEPHINE VALDEZ | | |
| | | |
| Consent Order Filed | 8/12/2005 | 7977 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**              TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 10.0  acres |
| | Total | 10.0  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



004-0016A
A 7.4 ac.

004-0016A
A 2.6 ac.

Tierra Amarilla Community Ditch

Paderon Lateral



LEGEND

Irrigated Tract Boundary

► Operable Ditch

- - - Inoperable Ditch

Date of Aerial Imagery: 1995

1 inch = 300 feet
0  50 100  200  300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0016A**
**Tierra Amarilla**
**Community Ditch**

