## Subfile No. CHTA-004-0016B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| GUSTAVO MARTINEZ JR. | | |
| HORTENCIA MARTINEZ | | |

| | | |
|---|---|---|
| Consent Order Filed | 12/12/2005 | 8077 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet        Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.7 acres |
| | Total | 2.7 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



004-0016B
A 2.7 ac.

Paderon Lateral

LEGEND

Irrigated Tract Boundary

Operable Ditch

Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet
0   50  100      200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0016B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0017

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JAMES R. DAWSON | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 4/10/2002 | 6631 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

## A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:**  TIERRA AMARILLA COMMUNITY DITCH

Location X:  1,557,188 feet   Location Y:  2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 0.8 | acres |
| Total | 0.8 | acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38



004-0017
A 0.8 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

▶—▶ Operable Ditch

▶- - Inoperable Ditch

Date of Aerial Imagery: 1995

N
W   E
S

1 inch = 200 feet
0   50  100      200
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-004-0017
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-004-0018

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| COLOMEX OIL AND GAS CO., INC. | | |
| | | |
| Consent Order Filed | 2/26/2002 | 6555 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

   **Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

   Location X:    1,557,188 feet       Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 4.9  acres |
| | Total | 4.9  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05
   Farm Delivery Requirement (FDR) =  2.63
   Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                A-127

Subfile No. CHTA-004-0018



Garapata Lateral

004-0018
A 4.9 ac.

Tierra Amarilla Community Ditch

LEGEND



Irrigated Tract Boundary

Operable Ditch

Inoperable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200      300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0018**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0019

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| SHAUN WARD | | |

| | | |
|---|---|---|
| Consent Order Filed | 3/11/2003 | 7082 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

    **Ditch:**                TIERRA AMARILLA COMMUNITY DITCH

    Location X:    1,557,188 feet        Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 10.1  acres |
| | Total | 10.1  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

    Consumptive Irrigation Requirement (CIR) = 1.05

    Farm Delivery Requirement (FDR) =  2.63

    Project Diversion Requirement (PDR) = 4.38



004-0019
A 10.1 ac.

*Garapata Lateral*

## LEGEND



▭ Irrigated Tract Boundary

▭ Pond

▶ Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100    200    300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-004-0019**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0020

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| DOMIE ULIBARRI | | |
| FELIBERTO ULIBARRI | | |
| KELLY WARD | | |

| | | |
|---|---|---|
| Consent Order Filed | 3/24/2006 | 8206 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet     Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 19.3 acres |
| | Total | 19.3 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                        A-129

Subfile No. CHTA-004-0020



004-0020
A 19.3 ac.

Carapata Lateral

LEGEND

Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 300 feet
0  50 100   200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0020**
**Tierra Amarilla**
**Community Ditch**

## Subfile No. CHTA-004-0021A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| DEBORAH ULIBARRI | | |
| TEODORO D. ULIBARRI | | |

| | | |
|---|---|---|
| Consent Order Filed | 3/24/2006 | 8207 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**         TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.2  acres |
| | Total | 1.2  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) = 4.38

## Subfile No. CHTA-004-0021A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| DEBORAH ULIBARRI | | |
| TEODORO D. ULIBARRI | | |
| | | |
| Consent Order Filed | 3/24/2006 | 8207 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**            TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet      Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.2 acres |
| | Total | 1.2 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38



004-0021A
A 1.2 ac.

Garapata Lateral

LEGEND

Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995






N
W        E
S

1 inch = 200 feet
0   50   100   200
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-004-0021A
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-004-0021B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JOSE AVALOS | | |
| MARIELLA AVALOS | | |

| | | |
|---|---|---|
| Consent Order Filed | 3/24/2006 | 8204 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

   **Ditch:**         TIERRA AMARILLA COMMUNITY DITCH

   Location X:    1,557,188 feet       Location Y:   2,064,714 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.7 acres |
| | Total | 0.7 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05
   Farm Delivery Requirement (FDR) =  2.63
   Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                         A-131

Subfile No. CHTA-004-0021B



004-0021B
A 0.7 ac.

Garapata Lateral

## LEGEND

 Irrigated Tract Boundary

▶ Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-004-0021B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0021C

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| DEBORAH ULIBARRI | | |
| TEODORO D. ULIBARRI | | |

| | | |
|---|---|---|
| Consent Order Filed | 12/10/2007 | 9044 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet        Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 0.3 acres |
| | Total | 0.3 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38



004-0021C
A 0.3 ac.

Garapata Lateral

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-004-0021C**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0022

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CHAMA VALLEY INDEPENDENT SCHOOL DISTRICT NO. 19 | | |
| Consent Order Filed | 3/6/2007 | 8583 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**           TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet       Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.2  acres |
| | Total | 3.2  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                A-133

Subfile No. CHTA-004-0022



004-0022
A 3.2 ac.

Garapata Lateral

LEGEND

Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0022**
**Tierra Amarilla**
**Community Ditch**

