## Subfile No. CHTA-004-0031

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CARMELITA CHACON | | |
| JOSE L. MARTINEZ | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 1/25/2005 | 7738 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

    **Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

    Location X:   1,557,188 feet     Location Y:   2,064,714 feet

    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 8.5 | acres |
| Total | 8.5 | acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



*Tierra Amarilla Community Ditch*

004-0031
A 7.3 ac.

004-0031
A 1.2 ac.

*Paderon Lateral*

LEGEND

Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100   200    300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-004-0031**
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-004-0032

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ERLINDA TRUJILLO | | |
| LOUIS TRUJILLO | | |
| Consent Order Filed | 8/12/2005 | 7980 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**          TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 1.0 | acres |
| Total | 1.0 | acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0032
A 1.0 ac.

Tierra Amarilla Community Ditch

LEGEND

Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 200 feet
0  50  100  200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0032**
**Tierra Amarilla**
**Community Ditch**

## Subfile No. CHTA-004-0033

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| EVA R. VIGIL | | |
| Consent Order Filed | 7/29/2004 | 7541 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**  IRRIGATION

**Point of Diversion:**

**Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

Location X:    1,557,188 feet      Location Y:    2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 1.1  acres |
| | Total | 1.1  acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) =  1.05
Farm Delivery Requirement (FDR) =  2.63
Project Diversion Requirement (PDR) =  4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-146

Subfile No. CHTA-004-0033



004-0033
A 1.1 ac.

Tierra Amarilla
Community Ditch

LEGEND


Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0  50  100  200
Feet

STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
CHTA-004-0033
Tierra Amarilla
Community Ditch



## Subfile No. CHTA-004-0034

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ERIC WILLARD | | |
| Consent Order Filed | 1/25/2005 | 7737 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 3.6 acres |
| | Total | 3.6 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights          A-147

Subfile No. CHTA-004-0034



004-0034
A 3.6 ac.

Tierra Amarilla
Community Ditch

Paderon Lateral

LEGEND

☐ Irrigated Tract Boundary

☐ Pond

▶ Operable Ditch

Date of Aerial Imagery: 1995

1 inch = 300 feet

0  50 100    200      300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0034**
**Tierra Amarilla**
**Community Ditch**





## Subfile No. CHTA-004-0035

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| GILBERT L. MARTINEZ | | |
| Consent Order Filed | 8/24/2007 | 8768 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

Priority:  1861

Source:  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

Purpose of Use:   IRRIGATION

Point of Diversion:

Ditch:        TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

Location and Amount of Irrigated Acreage:

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 9.0 | acres |
| Total | 9.0 | acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

Amount of Water (acre-feet per acre per year, not to exceed):

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                          A-148

Subfile No. CHTA-004-0035



Tierra Amarilla Community Ditch

004-0035
A 9.0 ac.

Paderon Lateral

LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet
0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0035**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0036

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ROSINA L. PHILLIPS | | |
| Consent Order Filed | 9/19/2003 | 7231 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet     Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 13.8 acres |
| | Total | 13.8 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights
A-149

Subfile No. CHTA-004-0036



Tierra Amarilla Community Ditch

004-0036
A 13.8 ac.

Paderon Lateral

LEGEND

<span style="color:green">▬▬</span> Irrigated Tract Boundary

<span style="color:blue">▬▬</span> Pond

►—◄ Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0  50 100   200   300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0036**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0037

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LIONEL E. MARTINEZ II | | |
| Consent Order Filed | 11/21/2006 | 8465 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet     Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 11.7 acres |
| | Total | 11.7 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                    A-150

Subfile No. CHTA-004-0037



Tierra Amarilla
Community Ditch

004-0037
A 11.7 ac.

Paderon Lateral

LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



N
W    E
S

1 inch = 300 feet
0  50 100    200    300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

*Rio Chama Hydrographic Survey*
*Section 7, Rito de Tierra Amarilla*
*2001 - 2018*
*Partial Final Judgment*
*and Decree*

**Subfile Number**
**CHTA-004-0037**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0038

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| TONY CASADOS SR. & SONS, PRTN. | | |
| Consent Order Filed | 9/19/2003 | 7233 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet    Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 34.7 | acres |
| Total | 34.7 | acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



Tierra Amarilla Community Ditch

004-0038
A 12.9 ac.

004-0038
A 2.2 ac.

004-0038
A 4.7 ac.

Paderon Lateral

004-0038
A 14.9 ac.

LEGEND

Irrigated Tract Boundary
Pond
Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 400 feet
0  100  200  300  400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0038**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0039A

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CELIA S. ULIBARRI | | |
| ERNESTO L. ULIBARRI JR. | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 10/12/2007 | 8950 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1861

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:** TIERRA AMARILLA COMMUNITY DITCH

Location X: 1,557,188 feet     Location Y: 2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 2.4 acres |
| | Total | 2.4 acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05
Farm Delivery Requirement (FDR) = 2.63
Project Diversion Requirement (PDR) = 4.38



004-0039A
A 2.4 ac.

Tierra Amarilla Community Ditch

LEGEND

 Irrigated Tract Boundary

 Operable Ditch

- - - Inoperable Ditch

Date of Aerial Imagery: 1995



N
W   E
S

1 inch = 300 feet
0   100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
**Partial Final Judgment**
**and Decree**

**Subfile Number**
**CHTA-004-0039A**
**Tierra Amarilla**
**Community Ditch**

