## Subfile No. CHTA-004-0039B

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| RIO ARRIBA COUNTY | | |
| Consent Order Filed | 11/1/2007 | 9013 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. NO RIGHT

**Priority:**  NONE

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   NO RIGHT

**Point of Diversion:**

**Ditch:**        TIERRA AMARILLA COMMUNITY DITCH

Location X:   1,557,188 feet      Location Y:   2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

Within the Tierra Amarilla Grant          7.6  acres

Total      7.6  acres  ( No Right )

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



004-0039B
A 7.6 ac.

NR

Tierra Amarilla Community Ditch

## LEGEND

 No Right Tract Boundary

NR No Right

► Operable Ditch

- - Inoperable Ditch

Date of Aerial Imagery: 1995




1 inch = 300 feet

0   100   200   300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

**Rio Chama Hydrographic Survey**
**Section 7, Rito de Tierra Amarilla**
**2001 - 2018**
**Partial Final Judgment**
**and Decree**

Subfile Number
**CHTA-004-0039B**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-004-0040

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| LA CLINICA FOUNDATION | | |
| Consent Order Filed | 3/24/2006 | 8203 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1861

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

**Ditch:**       TIERRA AMARILLA COMMUNITY DITCH

Location X:  1,557,188 feet       Location Y:  2,064,714 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 3.0 | acres |
| Total | 3.0 | acres |

As shown on Map CHTA- 4, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                          A-154

Subfile No. CHTA-004-0040

004-0040
A 3.0 ac.

*Tierra Amarilla Community Ditch*

LEGEND



Irrigated Tract Boundary

Pond

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 200 feet

0    100    200

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

Subfile Number
**CHTA-004-0040**
**Tierra Amarilla**
**Community Ditch**



## Subfile No. CHTA-005-0001

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MIGUEL TRUJILLO | | |
| Consent Order Filed | 7/24/2006 | 8320 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

   **Ditch:**         TRUJILLO DITCH

   Location X:   1,541,507 feet      Location Y:   2,070,817 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | 7.8 | acres |
| Total | 7.8 | acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05

   Farm Delivery Requirement (FDR) =  2.63

   Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                                          A-155

Subfile No. CHTA-005-0001

## B.  IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

   **Ditch:**              UNNAMED DITCH NO. 2

   Location X:    1,541,755 feet        Location Y:   2,071,705 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 13.9  acres |
| | Total | 13.9  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05
   Farm Delivery Requirement (FDR) =  2.63
   Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-156

Subfile No. CHTA-005-0001

Trujillo Ditch

005-0001
A 7.8 ac.

005-0001
B 13.9 ac.

Unnamed Ditch No. 2

LEGEND

Irrigated Tract Boundary

Operable Ditch

Point of Diversion

Date of Aerial Imagery: 1995



1 inch = 300 feet
0   100   200   300
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-005-0001**
**Trujillo Ditch &**
**Unnamed Ditch No. 2**



## Subfile No. CHTA-005-0002

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| MARIANO S. MANZANARES | | |
| MARY L. MANZANARES | | |
| RUBEN MANZANARES | | |

| | DATE | DOCKET NO. |
|---|---|---|
| Consent Order Filed | 8/12/2005 | 7981 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:** 1887

**Source:** Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**

**Ditch:**          MANZANARES DITCH

Location X:   1,539,568 feet        Location Y:   2,069,408 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 12.2  acres |
| | Total | 12.2  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) =  2.63

Project Diversion Requirement (PDR) = 4.38

## B.  IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**    IRRIGATION

**Point of Diversion:**

   **Ditch:**          UNNAMED DITCH NO. 2

   Location X:    1,541,755 feet        Location Y:   2,071,705 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 6.9  acres |
| | Total | 6.9  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

   Consumptive Irrigation Requirement (CIR) = 1.05
   Farm Delivery Requirement (FDR) =  2.63
   Project Diversion Requirement (PDR) = 4.38



**Subfile Number
CHTA-005-0002
Manzanares Ditch &
Unnamed Ditch No. 2**

**STATE OF NEW MEXICO
Office of the State Engineer
Tom Blaine, P.E., State Engineer**

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

1 inch = 300 feet

0   100   200   300
Feet

005-0002
A 0.8 ac.

005-0002
A 0.2 ac.

005-0002
B 6.9 ac.

Unnamed Ditch No. 2

Manzanares Ditch

005-0002
A 11.2 ac.

LEGEND

Irrigated Tract Boundary

Operable Ditch

Point of Diversion

Date of Aerial Imagery: 1995

## Subfile No. CHTA-005-0003

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| CHARLES DOVE | | |
| LOUELLA DOVE | | |
| Consent Order Filed | 10/23/2003 | 7282 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

   **Ditch:**        BRIGGS DITCH

   Location X:   1,537,097 feet      Location Y:   2,069,046 feet

   New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 23.8 acres |
| | Total | 23.8 acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement (CIR) = 1.05

Farm Delivery Requirement (FDR) = 2.63

Project Diversion Requirement (PDR) = 4.38

Briggs Ditch

005-0003
A 23.8 ac.

## LEGEND

Irrigated Tract Boundary

Operable Ditch

Point of Diversion

Date of Aerial Imagery: 1995



1 inch = 300 feet

0   100   200   300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-005-0003**
**Briggs Ditch**



## Subfile No. CHTA-005-0004

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| JAMIE SAMS | | |

| | | |
|---|---|---|
| Consent Order Filed | 10/23/2003 | 7283 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A. IRRIGATED LANDS

**Priority:**  1887

**Source:**  Surface water of the Rito de Tierra Amarilla, a tributary of the Rio Chama.

**Purpose of Use:**   IRRIGATION

**Point of Diversion:**

  **Ditch:**          BRIGGS DITCH

  Location X:   1,537,097 feet       Location Y:   2,069,046 feet

  New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | | |
|---|---|---|
| Within the Tierra Amarilla Grant | | 11.5  acres |
| | Total | 11.5  acres |

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7, Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

  Consumptive Irrigation Requirement (CIR) = 1.05
  Farm Delivery Requirement (FDR) =  2.63
  Project Diversion Requirement (PDR) = 4.38

Partial Final Judgment and Decree
Rio Chama Stream System, Section 7, Rito de Tierra Amarilla
Irrigation Water Rights                                    A-160

Subfile No. CHTA-005-0004

*Briggs Ditch*

005-0004
A 11.5 ac.

LEGEND


Irrigated Tract Boundary

Operable Ditch

Date of Aerial Imagery: 1995



1 inch = 300 feet

0   100   200   300

Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-005-0004**
**Briggs Ditch**



## Subfile No. CHTA-005-0005

| DEFENDANT | DATE | DOCKET NO. |
|---|---|---|
| ISIDORO MANZANARES | | |
| Default Order Filed | 4/7/2008 | 9153 |
| Order Making Final Determination of Priority Dates | 6/7/2011 | 10153 |
| Order Making Final Determination of Irrigation Water Requirements | 1/18/2018 | 11316 |

### A.  NO RIGHT

**Priority:**  NONE

**Source:**  NONE

**Purpose of Use:**    NO RIGHT

**Point of Diversion:**

**Ditch:**              NONE

Location X:   0,000 feet          Location Y:   0,000 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Acreage:**

Within the Tierra Amarilla Grant                    23.1  acres

                                      Total      23.1  acres  ( No Right )

As shown on Map CHTA- 5, Rio Chama Hydrographic Survey, Section 7,
Rito de Tierra Amarilla (2001-2018) Partial Final Judgment and Decree.

**Amount of Water (acre-feet per acre per year, not to exceed):**

NONE



005-0005
A 5.2 ac.

NR

005-0005
A 17.9 ac.

NR

### LEGEND

 Irrigated Tract Boundary

 No Right Tract Boundary

 No Right

Date of Aerial Imagery: 1995

1 inch = 400 feet

0  100  200  300  400
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
Tom Blaine, P.E., State Engineer

Rio Chama Hydrographic Survey
Section 7, Rito de Tierra Amarilla
2001 - 2018
Partial Final Judgment
and Decree

**Subfile Number**
**CHTA-005-0005**

