IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| vs. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 7: Rio Brazos |
| Defendants. | |

### NOTICE OF MAIL RETURNED AS UNDELIVERABLE

Plaintiff State of New Mexico, *ex rel.* State Engineer, gives notice that mail sent on November 16, 2018, to the persons on the attached list (marked as Exhibit 1), in connection with service of copies of the *Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System* (Doc. 11395, filed 11/01/2018) and one attendant form (Doc. 11386-3, filed 10/16/2018), was returned as undeliverable. Additional notices or copies of pleadings will not be sent to these persons at the addresses identified on the attached list.

Respectfully submitted,

/s/ Felicity Strachan
FELICITY STRACHAN
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 819-1044
E-mail:  felicity.strachan@state.nm.us

### CERTIFICATE  OF SERVICE

I HEREBY CERTIFY that on the 7th day of January, 2019, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

*/s/* Felicity Strachan
FELICITY STRACHAN