## RIO CHAMA STREAM SYSTEM, SECTION 7, RIO BRAZOS-TREATY CLAIMS
### (Returned Mail)

Gregorio Abeyta
3505 Steele Street
Denver, CO  80205

Fred Anderson
P.O. Box 191
Los Ojos, NM  87551

Frank J. Archuleta
P.O. Box 181
Tierra Amarilla, NM  87575

Juanita Archuleta
1312 N. 1300 W
Salt Lake City, UT  84116

Richard Archuleta
P.O. Box 192
Los Ojos, NM  87551

Gloria F. Baca
1715 Agua Fria Street
Santa Fe, NM  87505

Nancy Bell
HC 75, Box 29
Tierra Amarilla, NM  87575

Marshall J. Blanton
Dorothy T. Blanton Trust
c/o Dorothy T. Blanton
P.O. Box 70
Aztec, NM  87410

Connie Byrd
579 Old Ferry Road
Shady Cove, OR  97539

Vernon R. Casados
P.O. Box 98
Los Ojos, NM  87551

Georgia M. Cordova
Paul M. Cordova
2332 East 12th Street
Farmington, NM  87401

Cecil L. Cox
P.O. Box 10
Los Ojos, NM  87551

Darby Rev. Living Trust
c/o S. David Darby
30925 West Zia
Tortuga, AZ  85390

Audrey M. Eaton
706 Stone Canyon Drive
Las Cruces, NM  88011

Karel Fordyce
HC 75, Box 22
Tierra Amarilla, NM  87575

Teresa Galdean
1312 N. 1300 W
Salt Lake City, UT  84116

Glenn Godwin & Theresa Godwin Family Trust
c/o Glenn D. Godwin
HC 71, Box 36

Maria Elena Gomez
Theodore Gonzales
4175 Crestwood Street
Fremont, CA  94538

Michael Gomez
P.O. Box 93
Lumberton, NM  87528

Marcella Hasson
13148 La Joya Circle 303B
La Mirada, CA  90638-3306



Rita Madrid
4817 Shallow Creek Dr NE
Kennesaw, GA  30144

Mary Leah Manzanares
23525 Arlington Ave #117
Torrance, CA  90501

Candy S. Martinez
Jose L. Martinez
3048 Ole Court
Albuquerque, NM  87111

Ida S. Martinez
Robert A. Martinez
P.O. Box 12
Los Ojos, NM  87551

Rosina Martinez
1671 E. Kingsley Ave Unit-B
Pamona, CA  91767-5354

Sixto Montoya
111 S El Rancho Rd
Santa Fe, NM  87501

Charles Mahlon Murphy
P.O. Box 804
Tierra Amarilla, NM  87575

Willa S. Palm
Henry A. Palm
1732 Pine Valley Street
Las Cruces, NM  88011

Anna S. Rodela
P.O. Box 232
Tierra Amarilla, NM  87575

Fernando Salazar
P.O. Box 12
Los Ojos, NM  87551

Joyce L. Sanchez
Ralph Sanchez
3615 Vista del Sur NW
Albuquerque, NM  87120

Mikael Saunders
P.O. Box 1457
Magdalena, NM  87825

Tierra Grande Inc.
c/o William M. Wilson, President
10420 Arvilla NE
Albuquerque, NM  87111

Felicitas Trujillo
P.O. Box 574
Canjilon, NM  87515

Horacio Trujillo
6604 Jade Park NE
Albuquerque, NM  87109

Michael C. Ulibarri
P.O. Box 992
Lakeville, MA  022347

Leo V. Valdez
1702 E. Highland Ave Ste 301
Phoenix, AZ  85016

Anthony L. Vigil
715 Tawney Eagle
Henderson, NV  89015

Dorothy Wardlow
T.J. Wardlow
307 Rosedale Circle
Belen, NM  87002

Lorenzo Zuniga Jr. & Maria E. Varela
Family Trust
c/o Maria Varela & Lorenzo Zuniga
P.O. Box 2505
Albuquerque, NM  87194