# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,                        69cv07941 MV/KK
                                           Rio Chama Adjudication

  v.

ROMAN ARAGON, *et al.*,

      Defendants.

## ORDER STAYING PROCEEDINGS

Chief United States District Judge William P. Johnson entered a Temporary Administrative Order Relating to Civil Cases Involving the United States on December 27, 2018. The Administrative Order is attached. As a result of the Administrative Order, all proceedings in this case are temporarily stayed. The Court will notify the Parties when the temporary stay is lifted.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**