IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1: Rio del Oso & Rio Vallecito |
| Defendants. | Subfile No. CHRO-001-0006 |

## UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES
## IN SUBFILE NO. CHRO-001-0006

Plaintiff State of New Mexico, *ex. rel.* State Engineer ("State"), moves this Court to issue an order substituting Virgil Floyd Trujillo for Defendant Floyd Trujillo in these proceedings in Subfile No. CHRO-001-0006. In support of this motion, Plaintiff states the following:

1. Mr. Virgil Floyd Trujillo has provided the New Mexico Office of the State Engineer with a Warranty Deed dated January 14, 2011 showing a transfer of property from Floriano Trujillo aka Floyd E. Trujillo to Virgil Floyd Trujillo and recorded by the Rio Arriba County Clerk on January 25, 2011 (Book 534, Page 363).

2. Mr. Virgil Floyd Trujillo has requested that the State file this Motion for Substitution.

WHEREFORE the State requests the Court to enter its order substituting Virgil Floyd Trujillo for Defendant Floyd Trujillo in these proceedings in Subfile No. CHRO-001-0006. Additionally, the State requests the Clerk of Court to serve a copy of the order on Virgil Floyd Trujillo at P.O. Box 187, Abiquiu, NM 87510 and on Floyd Trujillo at P.O. Box 165, Abiquiu,

NM 87510.

                Respectfully submitted,

                /s/ Felicity Strachan
                Felicity Strachan
                Special Assistant Attorney General
                Office of the State Engineer
                P.O. Box 25102
                Santa Fe, NM 87504-5102
                (505) 819-1044
                felicity.strachan@state.nm.us

## **Certificate of Service**

    I certify that on January 17, 2019, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

    Additionally, I have caused to be mailed a Court-stamped copy of this motion to Virgil Floyd Trujillo at the address listed above.

                /s/ Felicity Strachan
                Felicity Strachan