IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 JAN 22 PM 2: 05

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Ruby Abeyta — Luis Abeyta
MAILING ADDRESS: P.O Box 212, Los Ojos, NM 87551
CONTACT PHONE: 575.588.7830
CONTACT E-MAIL: littlevaquero@hotmail.com
ADDRESS OF PROPERTY: CR 333 #11
CONSENT ORDER SUBFILE NUMBER (IF KNOWN): 003-0021
SIGNED BY: RA Abeyta
DATE: 12.9.2018

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

    **United States District Court Clerk**
    **333 Lomas Blvd. NW**
    **Suite 270**
    **Albuquerque, NM 87102**

- Alternatively, you may file your completed form in person by bringing it to:

    **United States District Court Clerk**
    **106. S. Federal Place**
    **Santa Fe, NM 87501**

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

    **Felicity Strachan**
    **N.M. Office of the State Engineer**
    **130 S. Capitol Street**
    **Santa Fe, NM 87501**
    **Phone: (505) 819-1044**
    **Email: felicity.strachan@state.nm.us**

# CORRECTED WARRANTY DEED

**Jose M. Abeyta** surviving heir of Ruby Abeyta, for consideration paid, grant to <u>Luis Antonio Abeyta & Jose M Abeyta with right to survivorship</u> whose address is <u>PO Box 212, Los Ojos, NM 87551.</u>

The following described real estate in <u>*Rio Arriba County*</u>, New Mexico.

**"CORRECTED WARRANTY DEED"** will replace Deed executed on December 16, 2015, in Book 538 Page 6033.

The property transfer should reflect Property on Book 409 Page 107 recorded on May 27, 2004.

Such tract is designated in owner number 1483 at the Rio Arriba County Assessors Office.

*The Certificate of death of Ruby Abeyta was recorded on the records of the Rio Arriba County Clerk Office on <u>10/3/2000</u> on book <u>224</u> page <u>154.</u>*

**with warranty covenants.**
**WITNESS** our hands and seals this <u>2</u> day of <u>May</u>, 2016.

_Jose M Abeyta_ (Seal)   _____ (Seal)

_____ (Seal)   _____ (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

**STATE OF NEW MEXICO**

**COUNTY OF <u>Rio Arriba</u>**

This forgoing instrument was acknowledged before me this <u>2nd</u> day of <u>May</u> 2016. By <u>Jose M. Abeyta</u>
(Name or Names of Person or Persons Acknowledging)

My commission expires:
<u>October 29, 2017</u>

_Connie M Candelaria_
Notary Public

**FOR RECORDER'S USE ONLY**
B: 539 P: 2224 Doc Id: 2016-02224 Katrina
05/03/2016 04:07 PM
Receipt #: 30184 Page 1 of 1
Moises A. Morales, Jr. County Clerk & Recorder Rio Arriba, New Mexico

**ACKNOWLEDGEMENT FOR CORPORATION**

STATE OF NEW MEXICO

COUNTY OF _____

The forgoing instrument was acknowledged before me this _____, day of _____,
20_____, by _____ of
_____
(name of officer)
a _____ corporation, on behalf of said corporation.

_____
Notary Public
My commission expires:_____



L. Apodaca
PO Box 272
Los Ojos, NM 87551

RECEIVED
At Albuquerque NM
JAN 22 2019
CLERK

United States District Court Clerk
333 Lomas BLVD. NW
Suite 270
Albuquerque NM 87102
87102-22740