IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 JAN 22 PM 2:05

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): _George A. Valdez – Olivia M. Valdez_

MAILING ADDRESS: _P.O. Box 187 – Tierra Amarilla, N.M. 87575_

CONTACT PHONE: _1-575-588-7752_

CONTACT E-MAIL: _12-17-18_

ADDRESS OF PROPERTY: _Ensenada, New Mexico_

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): _____

SIGNED BY: _George G. Valdez – Olivia M. Valdez_

DATE: _____

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

- Your completed form may be filed in person or mailed to:

   United States District Court Clerk
   333 Lomas Blvd. NW
   Suite 270
   Albuquerque, NM 87102

- Alternatively, you may file your completed form in person by bringing it to:

   United States District Court Clerk
   106. S. Federal Place
   Santa Fe, NM 87501

- **Your completed form must be filed with the Court no later than:**

# TUESDAY, DECEMBER 18, 2018

- Your Notice of Claim form must include enough contact information to enable the State to contact you in order to set up a conference regarding your Treaty-based claim. Any Notice of Claim form that does not include information sufficient for the State to contact you may not be considered by the Court.

- If you file a Notice of Claim form, please keep a copy of your completed form for your own records.

- If you have any questions about this form, or about the adjudication of water rights on the Rio Chama, please contact:

   Felicity Strachan
   N.M. Office of the State Engineer
   130 S. Capitol Street
   Santa Fe, NM 87501
   Phone: (505) 819-1044
   Email: felicity.strachan@state.nm.us



# STATE OF NEW MEXICO
### OFFICE OF THE STATE ENGINEER
SANTA FE

Tom Blaine, P.E.
State Engineer

Gregory C. Ridgley
General Counsel

**LITIGATION & ADJUDICATION PROGRAM**
130 South Capitol
Santa Fe, New Mexico 87501

Mailing Address:
P.O. Box 25102
Santa Fe, NM 87504-5102
Phone: (505) 827-6150
Fax: (505) 827-3887

January 14, 2019

George A. Valdez
Olivia M. Valdez
P.O. Box 187
Tierra Amarilla, NM 87575

### Re: Notice of Claim Based on the Treaty of Guadalupe Hidalgo

Dear Mr. and Mrs. Valdez,

Enclosed please find the Notice of Claim to the Use of Water Based on the Treaty of Guadalupe Hidalgo that you sent to me. As you will see from the reverse side of the Notice, it was not meant to be mailed to me, but to the United States District Court in either Santa Fe or Albuquerque. When I spoke to Mr. Valdez on January 8, I explained that, and I offered to walk the Notice over to the courthouse myself. However, before I could do so, the Court entered an order staying the proceedings (putting the case on hold) due to the government shutdown. Because the Court is temporarily shut down, I cannot do anything with your Notice, so I am sending it back to you.

If you would like your Notice to be filed with the Court, please mail the Notice to the United States District Court Clerk in either Santa Fe or Albuquerque. The address for the United States District Court Clerk in Santa Fe and the address for the United States District Court Clerk in Albuquerque appear on the back of the Notice. You can mail the Notice to either address, and the Clerk will enter the Notice when the Court reopens.

Many thanks for your time and attention. Please don't hesitate to call or email me if you have questions about this letter or the Notice. My contact information appears below.

Sincerely,

Felicity Strachan
*Special Assistant Attorney General*
(505) 819-1044
felicity.strachan@state.nm.us



George A Valdez
PO Box 187
Tierra Amarilla, NM 87575

RECEIVED
At Albuquerque NM
JAN 22 2019
CLERK

United States District
Court Clerk
333 Lomas Blvd N.W
Suite 270
Albuquerque, NM 87102