# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                          69cv07941 MV/KK

                                          Rio Chama Adjudication

v.

ROMAN ARAGON, *et al.*,

       Defendants.

## ORDER LIFTING STAY

On January 8, 2019, the Court entered an Order that all proceedings in this case are temporarily stayed. That temporary stay is now lifted.

**IT IS SO ORDERED.**

                                                */s/ Kirtan Khalsa*
                                          **KIRTAN KHALSA**
                                          **UNITED STATES MAGISTRATE JUDGE**