IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 FEB -4 AM 11: 50

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

### NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Richard M. Ashbaugh

MAILING ADDRESS: 7521 Wild Oak Drive

CONTACT PHONE: (916) 276-6711

CONTACT E-MAIL: Richardashbaugh@comcast.net

ADDRESS OF PROPERTY: Tract 3, vicinity of Los Ojos on "Boundary Survey for heirs of the Rafael B. Martinez & Eduvian Martinez" filed March 27, 2018 in Plat Book Y1, page 44.

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): ?

SIGNED BY: Richard M Ashbaugh

DATE: 01/30/2019

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

The only file # I see ? → File # = 01808017 SM

EXHIBIT 3



Richard Ashbaugh
7521 Wildoak Dr.
Citrus Hts, CA 95621

Save the Redwoods League

RECEIVED
At Albuquerque NM

FEB 04 2019

CLERK

United States District Court Clerk
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

87102-2274470