IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

        Plaintiff,

v.

ROMAN ARAGON, *et al.,*

        Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso &
              Rio Vallecito

Subfile No. CHRO-001-0006

## ORDER SUBSTITUTING PARTIES IN SUBFILE CHRO-001-0006

**THIS MATTER** is before the Court on the *Unopposed Motion for Substitution of Parties in Subfile CHRO-001-0006* by the Plaintiff State of New Mexico, *ex rel*. State Engineer ("State"), Doc. 11530, filed January 17, 2019.

The State seeks to substitute Virgil Floyd Trujillo for Defendant Floyd Trujillo in Subfile No. CHRO-001-0006 because the property previously owned by Defendant Floyd Trujillo has been transferred to Virgil Floyd Trujillo. No responses opposing the Motion have been filed.

**IT IS ORDERED** that the State of New Mexico's *Unopposed Motion for Substitution of Parties in Subfile CHRO-001-0006*, Doc. 11530, filed January 17, 2019, is **GRANTED;** Virgil Floyd Trujillo is substituted for Defendant Floyd Trujillo in Subfile No. CHRO-001-0006.

**IT IS ALSO ORDERED** that the Clerk of Court mail a copy of this Order to:

Virgil Floyd Trujillo
P.O. Box 187
Abiquiu, NM 87510

and

Floyd Trujillo
P.O. Box 165
Abiquiu, NM 87510.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**