IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

              Plaintiff,

        v.

ROMAN ARAGON, *et al.,*

              Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso &
             Rio Vallecito

Subfile No. CHRO-001-0002A

## CLERK'S CERTIFICATE OF DEFAULT
## IN SUBFILE NO. CHRO-001-0002A

    I, Mitchell R. Elfers, Acting Clerk of the United States District Court, District of New Mexico, certify that the above-entitled cause was filed in the United States District Court, and the records of my office indicate that the defendant named below was joined by publication of the notice of pendency of suit in the *Rio Grande Sun* published once a week for three consecutive weeks, beginning on August 11, 2016, and ending on August 25, 2016 (*see* Docs. 11156 and 11156-1, filed 09/27/16), pursuant to the procedural order that guides this adjudication (Doc. 11119, filed 06/28/16).

| Defendant | Subfile No. |
|---|---|
| Grace M. Gutierrez | CHRO-001-0002A |

    I further certify that the above-named defendant has failed to appear, answer, or otherwise file a responsive pleading in the cause.

    WHEREFORE I certify that the above-named defendant is in default.

DATED this 5th day of February, 2019.

Pursuant to this Court's February 4, 2013 *Order* (Doc. 10891), I have mailed a copy of this Certificate of Default to Defendant Grace M. Gutierrez at the following address:

Grace M. Gutierrez
P.O. Box 863
Española, NM 87532

MITCHELL R. ELFERS
DISTRICT COURT CLERK (ACTING)

By: _____
Deputy Clerk

-2-