IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No. CHCJ-004-0011B**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico and Defendant(s):

    SAMANTHA BUGLOVSKY
    SCOTT BUGLOVSKY
    TOBY J. LEYBA

concerning the Defendant's right to use the public waters of the Rio Chama Stream System, as set forth below finds:

1.     The Court has jurisdiction over the parties and the subject matter of this suit.

2.     The State of New Mexico and the above-named Defendant(s) are in agreement concerning the elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.



3. There is no just reason for delay for the entry of a final judgment as to the elements of the claims of the Defendant(s) adjudicated by this order.

4. The right of the Defendant(s) to divert and use the public waters from the Rio Chama Stream System, Canjilon Creek, Section 3, is set forth below:

## A. IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer File No(s):** 0611

**Priority:** 1888

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
    Ditch: BRAZITO DITCH
    Location X: 1,592,250 feet    Location Y: 2,001,395 feet
    New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Section 20, Township 26N, Range 05E, N.M.P.M.

|  |  |
|---|---|
| Pt. NW¼ | 0.1 acres |
| Total | 0.1 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-004-0011B

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement = 1.16
Farm Delivery Requirement = 2.90
Project Diversion Requirement = 4.83

5. Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon Creek, Section 3, other than those set forth in this order and those other orders entered by this Court in this cause.

6. Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the water rights described herein.

7. The water rights described herein, if any, are adjudicated subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3, except in strict accordance with the rights set forth herein or in other orders of the Court.

The Court enters this Consent Order as a final judgment as to the elements of Defendant's waters rights set forth herein, subject to the right of other claimants to file objections to individual adjudication orders, and to the entry of the final decree in this proceeding.

MARTHA VÁZQUEZ<br>
UNITED STATES DISTRICT JUDGE

ACCEPTED: _____  ACCEPTED: _____
             TOBY J. LEYBA                        SAMANTHA BUGLOVSKY

ADDRESS: _P.O. Box 404_              ADDRESS: _P.O. Box 404_
         _Canjilon, NM 87515_                 _Canjilon, NM 87515_

DATE: _9/3/18_                       DATE: _9/2/18_

ACCEPTED: _____
             SCOTT BUGLOVSKY

ADDRESS: _P.O. Box 404_
         _Canjilon, NM 87515_

DATE: _9/2/18_

_Kelly Brooks Smith_
Kelly Brooks Smith
Special Assistant Attorney General

_1-8-~~18~~ 19_
Date



**LEGEND**

- Irrigated Tract Boundary
- No Right Tract Boundary
- Seeped Area
- ▶ Operable Ditch
- – – Inoperable Ditch
- Stock Ponds / Reservoir
- 🔵 Point of Diversion
- Ⓕ Fallow
- ⓃⓇ No Right

Date of Aerial Imagery: 1995

1 inch = 200 feet
0  50  100  200 Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P. E., State Engineer

Rio Chama Hydrographic Survey
**CANJILON CREEK SECTION**

Subfile Number
CHCJ 004-0011B
Brazito Ditch
AMENDED
July 23, 2018