## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No. CHCJ-004-0011C**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

JESSICA MARTINEZ

TRINO MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.    The Court has jurisdiction over the parties and the subject matter of this suit.

2.    The State of New Mexico and the above-named Defendant(s) are in agreement concerning the elements of Defendant's right to divert and use the public waters of the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures appearing below, the State and the Defendant(s) have approved and accepted the elements of Defendant's water rights as set forth in paragraph 4 herein.



EXHIBIT
3

3.    There is no just reason for delay for the entry of a final judgment as to the elements

of the claims of the Defendant(s) adjudicated by this order.

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama

Stream System, Canjilon Creek, Section 3, is set forth below:

## A.  IRRIGATED LANDS (Surface Water Only):

**Office of the State Engineer File No(s):**  NONE

**Priority:** 1874

**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.

**Purpose of Use:** IRRIGATION

**Point of Diversion:**
       **Ditch:**            EL LLANO DITCH
       Location X:   1,593,223 feet       Location Y:   2,003,235 feet
       New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
       Section 20, Township 26N, Range 05E, N.M.P.M.

|                |        |            |
|----------------|--------|------------|
| Pt. NW¼        |        | 0.6  acres |
|                | Total  | 0.6  acres |

       As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-004-0011C

**Amount of Water (acre-feet per acre per year, not to exceed):**
       Consumptive Irrigation Requirement = 1.16
       Farm Delivery Requirement = 2.90
       Project Diversion Requirement = 4.83

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon

Creek, Section 3, other than those set forth in this order and those other orders entered by

this Court in this cause.

6.   Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

     from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek,

     Section 3, except in strict accordance with the water rights described herein.

7.   The water rights described herein, if any, are adjudicated subject to the right of

     any other water right claimant with standing to object prior to the entry of a final decree.

     IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Canjilon Creek, Section 3, are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3,

except in strict accordance with the rights set forth herein or in other orders of the Court.


     The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.


                                        _____
                                        MARTHA VÁZQUEZ
                                        UNITED STATES DISTRICT JUDGE


Consent Order                    3                    Subfile No. CHCJ-004-0011C

ACCEPTED: _Jessica Martinez June_   ACCEPTED: _Trino Martinez_
JESSICA MARTINEZ                                    TRINO MARTINEZ

ADDRESS: _506 St Francis Dr_   ADDRESS: _24A sunset Trail_
_Santa De N-M 87501_   _Santa Fe NM 87508_

DATE: _11-25-18_   DATE: _11-25-18_

_Kelly Brooks Smith_
Kelly Brooks Smith
Special Assistant Attorney General

_1-8-19_
Date



El Llano Ditch

Brazito Ditch

004-0011C
A 0.6 ac.

**LEGEND**

| | | |
|---|---|---|
| ▭ Irrigated Tract Boundary | ● Point of Diversion | |
| ▭ No Right Tract Boundary | Ⓕ Fallow | |
| ▪▪▪ Seeped Area | ⓃⓇ No Right | |
| ▶ Operable Ditch | | |
| — — Inoperable Ditch | | |
| ▬ Stock Ponds / Reservoir | | |

Date of Aerial Imagery: 1995

N
W    E
S

1 inch = 200 feet

0  50  100    200
Feet

**STATE OF NEW MEXICO**
**Office of the State Engineer**
**Tom Blaine, P. E., State Engineer**

**Rio Chama Hydrographic Survey**
**CANJILON CREEK SECTION**

Subfile Number
CHCJ 004-0011C
El Llano Ditch
AMENDED
September 24, 2018

