IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROMAN ARAGON, *et al.,*<br><br>　　　　　Defendants. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Canjilon Creek<br><br>Subfile Nos.: CHCJ-004-0011A<br>　　　　　　　 CHCJ-004-0011B<br>　　　　　　　 CHCJ-004-0011C |

## NOTICE OF AGREEMENT AS TO PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS UNDER SUBFILE NOS. CHCJ-004-0011A, CHCJ-004-0011B, AND CHCJ-004-0011C

Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), hereby gives notice of the agreement between the State and the defendants named in Subfile Nos. CHCJ-004-0011A, CHCJ-004-0011B, and CHCJ-004-0011C as to the priority dates and irrigation water requirements proposed by the State for their water rights in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System. The agreement between the State and the above-named defendants is memorialized in three stipulations, which are attached hereto as Exhibits 1, 2, and 3.

　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ Felicity Strachan
　　　　　　　　　　　　Felicity Strachan
　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　Office of the State Engineer
　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　(505) 819-1044
　　　　　　　　　　　　felicity.strachan@state.nm.us

## Certificate of Service

I certify that on February 12, 2019, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Felicity Strachan
Felicity Strachan
