IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | 69cv07941-MV/KK |
| Plaintiff, | RIO CHAMA STREAM SYSTEM |
| v. | Section 3: Canjilon Creek |
| ROMAN ARAGON, *et al.*, | Subfile No. CHCJ-004-0011A |
| Defendants. | |

## STIPULATION TO THE STATE OF NEW MEXICO'S PROPOSED PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS IN SUBFILE NO. CHCJ-004-0011A

Pursuant to this Court's *Notice and Order to Show Cause* (Doc. 11030-1, filed 06/20/14), water rights holders in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System ("Canjilon Subsection") were required to file an objection if they disagreed with the determination of priority dates and irrigation water requirements proposed by the State of New Mexico ("State") as described in the Notice and Order to Show Cause.

The deadline for filing such objections was August 29, 2014. Due to an error by the State, the named defendants under Subfile No. CHCJ-004-0011A were not joined to the adjudication proceedings and did not receive notice of their opportunity to object to the priority dates and irrigation water requirements proposed by the State for the Canjilon Subsection. Since the deadline has passed, the State has contacted the undersigned defendants to explain that they have the right to make objections if they chose to do so. The undersigned defendants have chosen not to pursue an objection to the State's proposed priority dates and irrigation water requirements.

With this document, the undersigned defendants acknowledge that they have been given a



copy of the Notice and Order to Show Cause, which details the priority dates and irrigation water requirements proposed by the State for the entire Canjilon Subsection. The undersigned defendants stipulate that they are in agreement with the State as to the priority dates and irrigation water requirements proposed by the State for the Canjilon Subsection as described in the Notice and Order to Show Cause.

_____  9/2/18
SAMANTHA BUGLOVSKY                  DATE

_____  9/2/18
SCOTT BUGLOVSKY                         DATE

_____  9/2/18
TOBY J. LEYBA                               DATE