IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 FEB 26 PM 1:04

CLERK-ALBUQUERQUE

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

vs.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 7: Rio Brazos

## NOTICE OF CLAIM TO THE USE OF WATER BASED ON THE TREATY OF GUADALUPE HIDALGO IN THE RIO BRAZOS SUBSECTION OF SECTION 7 OF THE RIO CHAMA STREAM SYSTEM

I have signed and approved a Consent Order in the adjudication of water rights in the Rio Brazos Subsection and would like to make a claim to the use of water based on the Treaty of Guadalupe Hidalgo. I have read the Court's **Notice and Order to Show Cause in the Rio Brazos Subsection of Section 7 of the Rio Chama Stream System**, and I understand that if I do not follow the instructions described in the Notice, my Treaty-based claim may be dismissed.

NAME(S): Joseph Ray Rodela

MAILING ADDRESS: 1412 Reynosa LP SE, Rio Rancho, NM 87124

CONTACT PHONE: 505-469-3908

CONTACT E-MAIL: joe_ray_rodela@hotmail.com

ADDRESS OF PROPERTY: 203 State Road 573, Tierra Amarilla, NM 87575 (Ensenada, NM)

CONSENT ORDER SUBFILE NUMBER (IF KNOWN): /

SIGNED BY: [signature]

DATE: 2/22/2019

*****SEE REVERSE SIDE FOR FILING INSTRUCTIONS*****

EXHIBIT 3

J.P. Robela
1412 Reynosa LP SE
Rio Rancho, NM 87124

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 26 2019

MITCHELL R. ELFERS
CLERK

United States District Court Clerk
333 Lomas Blvd. NW
Suite 270
Albuquerque, NM 87102

87102-227470

