# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.,**
**State Engineer,**

    **Plaintiff,**                          **6:69cv07941-MV-KK**

                                           **Rio Chama Stream adjudication**
**v.**                                      **(Jicarilla Apache Nation subfile)**

**RAMON ARAGON, et al.,**

    **Defendants.**

## ENTRY OF APPEARANCE

Dumas Law Office, LLC, (Natasha D. Cuylear) hereby enters its appearance as counsel of record on behalf of the Jicarilla Apache Nation, Intervenor-Defendants, in the above-captioned matter.

Dated: March 22, 2019                Respectfully submitted,

                                             DUMAS LAW OFFICE LLC

                                             */s/Natasha D. Cuylear*
                                             Natasha D. Cuylear
                                             1305 Rio Grande Blvd NW
                                             Albuquerque, New Mexico 87104
                                             telephone: (505) 304-6561
                                             facsimile: (505) 207-2569
                                             natasha@jjdfirm.com
                                             *Attorneys for Jicarilla Apache Nation*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice to be electronically served on all counsel of record at their respective email addresses as registered on CM/ECF on the date of filing hereof.

*/s/ Jenny J. Dumas*
Jenny J. Dumas