IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941 MV/KK
Rio Chama Adjudication

Section 3: Canjilon Creek

Subfile No. CHCJ-004-0011

## ORDER GRANTING MOTION TO VACATE DEFAULT JUDGMENT

**THIS MATTER** is before the Court on the State of New Mexico's Unopposed Motion to Vacate that Portion of Default Judgment Related to Subfile No. CHCJ-004-0011 and to Enter New Consent Orders under Subfile Nos. CHCJ-004-0011A, CHCJ-004-0011B, and CHCH-004-0011C, Doc. 11537, filed February 12, 2019.

On August 29, 2002, the Court entered an Order Granting Default Judgment regarding several subfiles in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System. *See* Doc. 6385. One of the subfiles included in the Order Granting Default Judgment was Subfile No. CHCJ-004-0011. The State later discovered that part of the irrigated acreage in Subfile No. CHCJ-004-0011 was owned by a person who was not originally joined to this adjudication. The State asks the Court to vacate that portion of the Default Judgment that details water rights under Subfile No. CHCJ-004-0011 and enter Consent Orders for the current owners of the irrigated acreage. No responses opposing the Motion have been filed.

**IT IS ORDERED** that the State of New Mexico's Unopposed Motion to Vacate that Portion of Default Judgment Related to Subfile No. CHCJ-004-0011 and to Enter New Consent Orders under Subfile Nos. CHCJ-004-0011A, CHCJ-004-0011B, and CHCH-004-0011C, Doc.

11537, filed February 12, 2019, is **GRANTED.**

      **IT IS ALSO ORDERED** that the Clerk of Court mail a copy of this Order to:

Samantha Buglovsky
Scott Buglovsky
Toby J. Leyba
P.O. Box 301
Chama, NM 87520

and

Jessica Martinez
Trino Martinez
24A Sunset Trail W.
Santa Fe, NM 87508

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**