# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

      Plaintiff,

      v.

ROMAN ARAGON, *et al.,*

      Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM

Canjilon Creek, Section 3

**Subfile No. CHCJ-004-0011C**

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiff State of New Mexico

and Defendant(s):

JESSICA MARTINEZ

TRINO MARTINEZ

concerning the Defendant's right to use the public waters of the Rio Chama Stream System,

as set forth below finds:

1.      The Court has jurisdiction over the parties and the subject matter of this suit.

2.      The State of New Mexico and the above-named Defendant(s) are in agreement

concerning the elements of Defendant's right to divert and use the public waters of

the Rio Chama Stream System, Canjilon Creek, Section 3, and by their signatures

appearing below, the State and the Defendant(s) have approved and accepted the elements

of Defendant's water rights as set forth in paragraph 4 herein.

3.    There is no just reason for delay for the entry of a final judgment as to the elements
      of the claims of the Defendant(s) adjudicated by this order.

4.    The right of the Defendant(s) to divert and use the public waters from the Rio Chama
      Stream System, Canjilon Creek, Section 3, is set forth below:

A.  **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No(s):**  NONE
**Priority:** 1874
**Source of Water:** Surface Waters of the Canjilon Creek, a tributary of the Rio Chama.
**Purpose of Use:**  IRRIGATION
**Point of Diversion:**
         **Ditch:**         EL LLANO DITCH
         Location X:   1,593,223 feet      Location Y:   2,003,235 feet
         New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**
         Section 20, Township 26N, Range 05E, N.M.P.M.

                 Pt. NW¼                                      0.6  acres
                                                     Total    0.6  acres

         As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHCJ-
         004-0011C

**Amount of Water (acre-feet per acre per year, not to exceed):**

         Consumptive Irrigation Requirement = 1.16
         Farm Delivery Requirement = 2.90
         Project Diversion Requirement = 4.83

5.    Defendant(s) have no surface water rights in the Rio Chama Stream System, Canjilon
      Creek, Section 3, other than those set forth in this order and those other orders entered by
      this Court in this cause.

Consent Order                              2                    Subfile No. CHCJ-004-0011C

6.     Defendant(s), his or her successors, representatives, heirs and assigns, should be enjoined

from any use of the surface waters of the Rio Chama Stream System, Canjilon Creek,

Section 3, except in strict accordance with the water rights described herein.

7.     The water rights described herein, if any, are adjudicated subject to the right of

any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the rights of the Defendant(s) to divert and use the waters

of the Rio Chama Stream System, Canjilon Creek, Section 3,  are as set forth herein. The

Defendant(s), his or her successors, representatives, heirs and assigns, are enjoined from any diversion

or use of the public surface waters of the Rio Chama Stream System, Canjilon Creek, Section 3,

except in strict accordance with the rights set forth herein or in other orders of the Court.


The Court enters this Consent Order as a final judgment as to the elements of

Defendant's waters rights set forth herein, subject to the right of other claimants to file

objections to individual adjudication orders, and to the entry of the final decree in this

proceeding.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE


Consent Order                          3                    Subfile No. CHCJ-004-0011C

ACCEPTED: _Jessica Martinez Luna_   ACCEPTED: _Trino Martinez_
JESSICA MARTINEZ                              TRINO MARTINEZ

ADDRESS: _506 St. Francis Dr #4_   ADDRESS: _24 A Sunset Trail_
                                                              _Santa Fe NM_
_Santa Fe N.M 87501_                                      _87508_

DATE: _11 - 25 - 18_   DATE: _11 - 25 - 18_

_Kelly Brooks Smith_
Kelly Brooks Smith
Special Assistant Attorney General

_1 - 8 - 19_
Date

Consent Order                          4                     Subfile No. CHCJ-004-0011C



El Llano Ditch

Brazito Ditch

004-0011C
A 0.6 ac.



### LEGEND

| | | | |
|---|---|---|---|
| ▢ Irrigated Tract Boundary | Ⓒ Point of Diversion | | |
| ▢ No Right Tract Boundary | Ⓕ Fallow | | |
| ▦ Seeped Area | Ⓝ No Right | | |
| ▶ Operable Ditch | | | |
| --- Inoperable Ditch | | | |
| — Stock Ponds / Reservoir | | | |

Date of Aerial Imagery: 1995

1 inch = 200 feet

0   50   100   200
Feet

**STATE OF NEW MEXICO**
Office of the State Engineer
Tom Blaine, P. E., State Engineer

**Rio Chama Hydrographic Survey**
CANJILON CREEK SECTION

Subfile Number
CHCJ 004-0011C
El Llano Ditch
AMENDED
September 24, 2018

