69cv7941 MV
DOC#11545

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Jessica Martinez
506 St. Francis
Santa Fe, NM 87501

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 25 2019
MITCHELL R. ELFERS
CLERK

NIXIE    871    FE 1    0004/23/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 87102227470    *0268-05677-17-39

87102>2274
87501$3057 0050