IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941 MV/KK

Rio Chama Adjudication

Pueblo Claims Subproceeding 1

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 11549, filed June 7, 2019.

The Parties to the Joint Status Report state that they are committed to continuing the negotiation process and that the resumption of litigation would hamper their efforts to resolve Ohkay Owingeh's water rights claims through negotiations. They also state that "Ohkay Owingeh has nearly completed a draft comprehensive settlement proposal that will be shared with the undersigned Parties soon. Ohkay Owingeh anticipates that the discussions for the next six months will focus on the provisions of that proposal and the technical bases for the proposal."

The Parties shall, by December 10, 2019, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

       **IT IS SO ORDERED.**

       */s/ Kirtan Khalsa*
       **KIRTAN KHALSA**
       **UNITED STATES MAGISTRATE JUDGE**