

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUL -2 AM 11: 16

CLERK-ALBUQUERQUE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,
v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW  La Merced del Pueblo de Abiquiu (please print your full name)
MERCED DEL PUEBLO ABIQUIU

and answers the Complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHRO-008-0001 | ☑ DA | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) _____
CHRO-008-0001 _____because

___valid water rights are not being recognized___

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by ___Our Board met with the OSE attorney and attempted to negotiate the needed corrections___

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ because

(Attach additional pages if necessary)

Answer to Complaint                2                MERCED DEL PUEBLO ABIQUIU

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 7/2/19

_Q.C_
(Signature - MERCED DEL PUEBLO ABIQUIU)

President Merced del Pueblo Abiquiu
PO Box 179
Abiquiu, NM 87510
(Address: Print Clearly)

505-670-7795
(Phone Number: Print Clearly)

> The court's address is:
> United States District Court Clerk
> 333 Lomas Blvd. NW, Ste. 270
> Albuquerque, NM 87102