IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 1: Rio del Oso & Rio Vallecito |
| ROMAN ARAGON, *et al.,* | Subfile No.: CHRO-001-0006 |
| Defendants. | |

**APPLICATION FOR ENTRY OF DEFAULT IN SUBFILE NO. CHRO-001-0006**

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, and requests the Clerk of Court, pursuant to Federal Rules of Civil Procedure Rule 55(a), to enter the default of each the following named defendants for failure to answer or otherwise plead. The undersigned certifies that no answer, appearance, or other pleading has been served upon the plaintiff's attorneys.

| **Defendant** | **Subfile No.** | **Return of Service Filed** |
|---|---|---|
| VIRGIL F. TRUJILLO | CHRO-001-0006 | August 5, 2016 (Doc. 11131) |

Respectfully submitted,

/s/  Felicity Strachan
FELICITY STRACHAN
*Attorney for Plaintiff State of New Mexico*
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

**Certificate of Service**

I certify that on September 20, 2019, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

Additionally, I caused to be mailed a Court-stamped copy of this Application to Isabel W. Trujillo and Virgil F. Trujillo at the following address:

P.O. Box 187
Abiquiu, NM 87510

/s/ Felicity Strachan
FELICITY STRACHAN