IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 1: Rio del Oso & Rio Vallecito |
| ROMAN ARAGON, *et al.,* | Subfile No.: CHRO-001-0002 |
| Defendants. | |

## AMENDED CERTIFICATE OF SERVICE FOR DOCKET NO. 11553, FILED 09/20/19

COMES NOW the undersigned attorney to amend the Certificate of Service included in Docket No. 11553, filed in this matter on September 20, 2019. The Certificate of Service for Doc. 11553 indicated that the document was filed electronically and mailed to Defendants Isabel W. Trujillo and Virgil F. Trujillo on September 19, 2019. This was a typo. In fact, Docket No. 11553 was filed electronically and mailed to the abovenamed defendants on September 20, 2019.

Respectfully submitted,

/s/  Felicity Strachan
FELICITY STRACHAN
*Attorney for Plaintiff State of New Mexico*
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

**Certificate of Service**

  I certify that on September 20, 2019, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

  Additionally, I caused to be mailed a Court-stamped copy of this Amended Certificate of Service to Isabel W. Trujillo and Virgil F. Trujillo at the following address:

  P.O. Box 187
  Abiquiu, NM 87510

/s/ Felicity Strachan<br>FELICITY STRACHAN