IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| ROMAN ARAGON, *et al.,* | Section 1: Rio del Oso & Rio Vallecito |
| Defendants. | Subfile No. CHRO-001-0007 |

.

# APPLICATION FOR ENTRY OF DEFAULT
# IN SUBFILE NO. CHRO-001-0007

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, ("State") and requests the Clerk of Court, pursuant to Fed.R.Civ.P. 55(a), to enter the default of the following named defendant for failure to answer or otherwise plead:

| **Defendant** | **Subfile No.** |
|---|---|
| GONZALES FAMILY PROPERTIES, LLC | CHRO-001-0007 |

Pursuant to the procedural order that guides this adjudication (Doc. 11119, filed 06/28/16), Defendant Gonzales Family Properties, LLC was joined by publication of the notice of pendency of suit in the *Rio Grande Sun* published once a week for three consecutive weeks, beginning on August 11, 2016, and ending on August 25, 2016 (*see* Docs. 11156 and 11156-1, filed 09/27/16). Additionally, the State has met with George Gonzales to investigate and discuss the water rights under this subfile number.

The undersigned certifies that no answer, appearance, or other pleading has been served

upon the plaintiff's attorneys.

WHEREFORE the State requests that the Clerk of Court enter a Certificate of Default of the above-named defendant and, pursuant to this Court's February 4, 2013 *Order* (Doc. 10891), mail a copy of the Certificate of Default to Defendant Gonzales Family Properties, LLC at the following address:

>Gonzales Family Properties, LLC
>113 Coyote Ridge Trail
>Santa Fe, NM 87507

Respectfully Submitted,

/s/ Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

## Certificate of Service

I certify that on October 2, 2019 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

Additionally, I have caused to be mailed a copy of this application to Defendant Gonzales Family Properties, LLC at the following address:

>Gonzales Family Properties, LLC
>113 Coyote Ridge Trail
>Santa Fe, NM 87507

/s/ Felicity Strachan
Felicity Strachan