IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

   Plaintiff,

 v.

ROMAN ARAGON, *et al.,*

   Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso &
      Rio Vallecito

Subfile No. CHRO-005-0002

## APPLICATION FOR ENTRY OF DEFAULT
## IN SUBFILE NO. CHRO-005-0002

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, ("State") and requests the Clerk of Court, pursuant to Fed.R.Civ.P. 55(a), to enter the default of the following named defendant for failure to answer or otherwise plead:

| **Defendant** | **Subfile No.** |
| --- | --- |
| AGUSTIN & BERNADITA VIGIL ESTATE | CHRO-005-0002 |

Pursuant to the procedural order that guides this adjudication (Doc. 11119, filed 06/28/16), Defendant Agustin & Bernadita Vigil Estate was joined by publication of the notice of pendency of suit in the *Rio Grande Sun* published once a week for three consecutive weeks, beginning on August 11, 2016, and ending on August 25, 2016 (*see* Docs. 11156 and 11156-1, filed 09/27/16). Additionally, the State has conferred with Laura Vigil Caffey regarding the water rights under this subfile number.

The undersigned certifies that no answer, appearance, or other pleading has been served

upon the plaintiff's attorneys.

WHEREFORE the State requests that the Clerk of Court enter a Certificate of Default of the above-named defendant and, pursuant to this Court's February 4, 2013 *Order* (Doc. 10891), mail a copy of the Certificate of Default to Defendant Agustin & Bernadita Vigil Estate at the following address:

Defendant Agustin & Bernadita Vigil Estate
c/o Laura Vigil Caffey
4801 Glenwood Hills Drive NE
Albuquerque, NM 87111

Respectfully Submitted,

/s/ Felicity Strachan
Felicity Strachan
Special Assistant Attorney General
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

**Certificate of Service**

I certify that on October 2, 2019 I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

Additionally, I have caused to be mailed a copy of this application to Defendant Agustin & Bernadita Vigil Estate at the following address:

Defendant Agustin & Bernadita Vigil Estate
c/o Laura Vigil Caffey
4801 Glenwood Hills Drive NE
Albuquerque, NM 87111

/s/ Felicity Strachan
Felicity Strachan