FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 0 2019

MITCHELL R. ELFERS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO  *ex rel.*
State Engineer,

     Plaintiff,

     v.

ROMAN ARAGON, *et al.,*

     Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1:  Rio del Oso & Rito Vallecitos

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW _____Virgil Floyd Trujillo_____ (please print your full name)
     VIRGIL F. TRUJILLO

and answers the Complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHRO-001-0001 | ☑ | ☐ |
| CHRO-001-0002 | ☑ | ☐ |
| CHRO-002-0001 | ☑ | ☐ |

1.  In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number  please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) __as__
_____above_____because

30 acres are not new or
additional but always
in oral history and
land grant documents.

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by

Use spent an entire
day at a meeting with
yourself, SEO staff
historian John Baxter,
Johnny Apodaca, etc.,
plus many trips to SF
and field visits.

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) _____ N/A _____
_____ because

(Attach additional pages if necessary)

Answer to Complaint                    2                    VIRGIL F. TRUJILLO

2.  I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: _10/7/19_____

_____
(Signature – VIRGIL F. TRUJILLO)

_P O B  187_____
_Abiquiu, NM_
                    _87510_
_____
(Address: Print Clearly)

_505-929-3906_____
_____
(Phone Number: Print Clearly)

**The court's address is:**
**United States District Court Clerk**
**333 Lomas Blvd. NW, Ste. 270**
**Albuquerque, NM 87102**

Answer to Complaint                    3                    VIRGIL F. TRUJILLO

POB 187
Abiquiu, NM
87510

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE. NEW MEXICO

OCT 10 2019

MITCHELL R. ELFERS
CLERK

US District Court Clerk
333 Lomas Blvd,
Suite 270
Albuquerque, NM
87103



CERTIFIED MAIL

7018 2290 0001 6319 4212

