FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 10 2019

MITCHELL R. ELFERS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer,

    Plaintiff,

v.

ROMAN ARAGON, *et al.*,

    Defendants.

69cv07941 MV/KK

RIO CHAMA STREAM SYSTEM
Section 1: Rio del Oso & Rito Vallecitos

## ANSWER TO COMPLAINT FOR ADJUDICATION OF WATER RIGHTS

COMES NOW ___Virgil Floyd Trujillo___ (please print your full name)
~~FLOYD~~ TRUJILLO
VIRGIL F.

and answers the Complaint as follows:

| Subfile No | Object | Claim No Right |
|---|---|---|
| CHRO-001-0001 | ☑ | ☐ |
| CHRO-001-0006 | ☑ | ☐ |

1. In answer to Complaint: For each subfile listed above, please **initial** in one of the two boxes to indicate whether you object to the description of water right(s) contained in the State's proposed Consent Order, or whether you make no claim as to the water right(s) described in the State's proposed Consent Order.

If you object to the description of water right(s) and reject the State's proposed Consent Order, or if you make no claim as to the water right(s) set forth in the State's proposed Consent Order for any of the Subfile Numbers listed above, for each such Subfile Number please explain in the appropriate spaces below.

I object to the description of the water right(s) described by Subfile Number(s) ___as above___ because

30 acres are not new or additional but always existed in local oral history as well as in declarations and land grant historical documents.

(Attach additional pages if necessary)

I made a good faith effort to resolve my disagreement with the State's proposed Consent Order by We spent an entire day when my wife took notes at a meeting with SEO John Baxter, yourself, Johnny Apodaca and others and several trips to SF and field visits.

(Attach additional pages if necessary)

I claim no right for the water right(s) described by Subfile Number(s) __N/A__ because

(Attach additional pages if necessary)

Answer to Complaint       2       FLOYD TRUJILLO

2. I understand that by making this claim and filing this document I am not waiving my rights to later raise, in an Amended Answer, any jurisdictional or affirmative defenses I may have.

Dated: 10/1/19

(Signature - ~~FLOYD~~ TRUJILLO) VIRGIL Floyd Trujillo

(Address: Print Clearly) P O B 187 Abiquiu NM 87510

(Phone Number: Print Clearly) 505-929-3960

The court's address is:
United States District Court Clerk
333 Lomas Blvd. NW, Ste. 270
Albuquerque, NM 87102

POB 187
Aliquiu, NM
87510

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 10 2019
MITCHELL R. ELFERS
CLERK

US District Court Clerk
333 Lomas Blvd,
Suite 270
Albuquerque, NM
87102



