IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

  v.

ROMAN ARAGON, *et al.,*

    Defendants.

69cv07941-MV/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rio Vallecito

Subfile Nos.: CHRO-001-0006

## NOTICE OF WITHDRAWAL OF APPLICATION FOR DEFAULT IN SUBFILE CHRO-001-0006

COMES NOW the undersigned attorney to give notice of withdrawal of the Application for Default that was filed in Subfile No. CHRO-001-0006 on September 20, 2019 (Doc. 11554). The State applied for a Clerk's Certificate of Default, pursuant to Fed.R.Civ.P. 55(a), because the defendant named in Subfile No. CHRO-001-0006 failed to answer or otherwise plead.

On October 10, 2019, Defendant Virgil F. Trujillo filed an Answer for his rights under Subfile No. CHRO-001-0006 with this Court (Doc. 11563). Accordingly, the State now withdraws its Application for Default against this named defendant in Subfile No. CHRO-001-006.

      Respectfully submitted,

      /s/  Felicity Strachan
      FELICITY STRACHAN
      *Attorney for Plaintiff State of New Mexico*
      P.O. Box 25102
      Santa Fe, NM 87504-5102
      (505) 819-1044
      felicity.strachan@state.nm.us

## Certificate of Service

I certify that on October 16, 2019, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

Additionally, I caused to be mailed a Court-stamped copy of this Notice of Withdrawal to Defendant Virgil F. Trujillo at the following address:

P.O. Box 187
Abiquiu, NM 87510

/s/ Felicity Strachan
FELICITY STRACHAN