IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 1: Rio del Oso & Rio Vallecito |
| ROMAN ARAGON, *et al.,* | Subfile No.: CHRO-002-0001 |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPLICATION FOR DEFAULT IN SUBFILE CHRO-002-0001

COMES NOW the undersigned attorney to give notice of withdrawal of the Application for Default that was filed in Subfile No. CHRO-002-0001 on September 20, 2019 (Doc. 11555). The State applied for a Clerk's Certificate of Default, pursuant to Fed.R.Civ.P. 55(a), because the defendants named in Subfile No. CHRO-002-0001 failed to answer or otherwise plead.

On October 10, 2019, Defendants Isabel W. Trujillo and Virgil F. Trujillo each filed an Answer for their rights under Subfile No. CHRO-002-0001 with this Court (*see* Docs. 11561, 11562, and 11564). Accordingly, the State now withdraws its Application for Default against these named defendants under this subfile number.

Respectfully submitted,

/s/  Felicity Strachan
FELICITY STRACHAN
*Attorney for Plaintiff State of New Mexico*
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
felicity.strachan@state.nm.us

## Certificate of Service

I certify that on October 16, 2019, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

Additionally, I caused to be mailed a Court-stamped copy of this Notice of Withdrawal to Defendants Isabel W. Trujillo and Virgil F. Trujillo at the following address:

P.O. Box 187
Abiquiu, NM 87510

/s/ Felicity Strachan
FELICITY STRACHAN