IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941 MV/KK
Rio Chama Adjudication

Rio Cebolla, Section 3

Subfile No. CHCB-002-0009

## ORDER VACATING CONSENT ORDER

Plaintiff State of New Mexico and Defendants Charlie Chacon and Geralda M. Chacon submitted a Consent Order for Subfile No. CHCB-002-0009 on October 1, 2019, which corrects typographical errors in the previously filed Consent Order for Subfile No. CHCB-002-0009. The Court enters the corrected Consent Order and vacates the previously filed Consent Order for Subfile No. CHCB-002-0009, Doc. 11245, filed March 16, 2017.

**IT IS SO ORDERED.**

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**