IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | | |
|---|---|---|
| STATE OF NEW MEXICO *ex rel.* ) | | |
| **State Engineer**, *et al.*,   ) | | |
|                       ) | | |
| **Plaintiffs**,    ) | 69-cv-07941-MV-KK | |
|                       ) | | |
| v.              ) | RIO CHAMA ADJUDICATION | |
|                       ) | | |
| **RAMON ARAGON**, *et al.*,   ) | | |
|                       ) | | |
| **Defendants**.    ) | | |
| _____) | | |

**STATE OF NEW MEXICO'S NOTICE OF FILING OF
STATE'S RULE 1-071.3 REPORT**

Pursuant to Rule 1-071.3 NMRA 2011, the State of New Mexico, by and through its counsel, hereby submits its report setting out its priorities and allocation of resources for adjudications pending in both state and federal courts. The report is submitted in the form of the attached exhibits, setting out priorities and resources of the Lower Rio Grande Adjudication Bureau in Exhibit A, those of the Pecos Adjudication Bureau in Exhibit B, and those of the Northern New Mexico Adjudication Bureau in Exhibit C.

Respectfully submitted,

/s/ Kelly Brooks Smith
Kelly Brooks Smith
Special Assistant Attorney General
Attorney for State of New Mexico
P.O. Box 25102
Santa Fe, New Mexico  87504-5102
Telephone:  (505) 827-6150
Kelly.smith@state.nm.us

## **CERTIFICATE OF SERVICE**

I certify that I have caused a copy of the State's Notice of State's Rule 1-071.3 Report to be served by e-mail to all Counsel on the Electronic Service List for U.S. District Court No. 69-cv-07941-MV/KK on November 5th, 2019.

/s/ Kelly Brooks Smith
Kelly Brooks Smith