# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer

      Plaintiffs,

-vs-

                                                  No. CIV 69-7941-MV/KK

ROMAN ARAGON, et al

      Defendants

## CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of October 2, 2019 that Defendants Gonzales Family Properties, LLC, Subfile No. CHRO-001-0007, whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

**I, MITCHELL R ELFERS**, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of Defendants Gonzales Family Properties, LLC, Subfile No. CHRO-001-0007.

DATED at Santa Fe, New Mexico, this 20th day of December, 2019.

                                                  /S/MITCHELL R. ELFERS
                                            **MITCHELL R. ELFERS**
                                            **CLERK, U. S. DISTRICT COURT**