# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
State Engineer

    Plaintiffs,

  -vs-
                                                       No. CIV 69-7941-MV/KK

ROMAN ARAGON, et al

    Defendants

## CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of October 2, 2019 that Defendant Joseph G. Ortega, Subfile No. CHRO-006-0002, whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

**I, MITCHELL R ELFERS**, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of Defendant Joseph G. Ortega, Subfile No. CHRO-006-0002.

DATED at Santa Fe, New Mexico, this 20th day of December, 2019.

                                              /s/MITCHELL R. ELFERS
                                            **MITCHELL R. ELFERS**
                                            **CLERK, U. S. DISTRICT COURT**