69CV7941 MV-KK
DOC# 11575

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Agustin & Bernadita Vigil Estate
4801 Glenwood Hills NE
Albuquerque, NM 87111, US

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 26 2019

MITCHELL R. ELFERS
CLERK

NIXIE          871 FE 1          0012/19/19
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 87102227470          *2255-02947-26-43

UNITED STATES POSTAGE
02 1P
0000908904
MAILED FROM ZIP CODE 87102
$ 000.50⁰
DEC 20 2019
PITNEY BOWES