IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>ROMAN ARAGON, *et al.,*<br>　　　　　Defendants.<br>. | 69cv07941-MV/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1: Rio del Oso & Rio Vallecito<br><br>Subfile No: CHRO-006-0002 |

**NOTICE OF MAIL RETURNED AS UNDELIVERABLE IN SUBFILE NO. CHRO-006-0002**

Plaintiff State of New Mexico, *ex rel.* State Engineer, gives notice that mail sent on December 23, 2019, to Defendant Joseph G. Ortega in connection with service of courtesy copies of the *Clerk's Entry of Default* (Doc. 11576, filed 12/20/19) in Subfile No. CHRO-006-0002, was returned as undeliverable. A copy of the returned mail is attached to this Notice as Exhibit 1.

　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　/s/ Felicity Strachan
　　　　　　　　　　　　　　　　　Felicity Strachan
　　　　　　　　　　　　　　　　　*Special Assistant Attorney General*
　　　　　　　　　　　　　　　　　Office of the State Engineer
　　　　　　　　　　　　　　　　　P.O. Box 25102
　　　　　　　　　　　　　　　　　Santa Fe, NM 87504-5102
　　　　　　　　　　　　　　　　　(505) 827-4012
　　　　　　　　　　　　　　　　　felicity.strachan@state.nm.us