

EXHIBIT
___
1
___
tabbies.



Hasler
10/28/2019
US POSTAGE

Joseph G. Ortega
P.O. Box 7...

01/02/20

8753223317-...N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

-R-T-5-

Office of the State Engineer
Litigation & Adjudication Program
P. O. Box 25102
Santa Fe, NM 87504-5102    F.S.