IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer | |
| Plaintiff, | 69cv07941-MV/KK |
| v. | RIO CHAMA STREAM SYSTEM |
| | Section 1, Chama Mainstream |
| ROMAN ARAGON, *et al.,* | |
| Defendants. | |

## MOTION TO APPROVE APPOINTMENT OF RIO CHAMA WATER MASTER IN SECTION 1 OF THE RIO CHAMA STREAM SYSTEM

The State of New Mexico, *ex rel*. State Engineer, by and through its undersigned counsel, moves the Court to approve the appointment by the State Engineer of John Mumm as the water master of the Chama Mainstream Section (Section 1) of the Rio Chama Stream System, and in support of this motion states the following:

1. The Partial Final Judgment and Decree ("Decree") entered on July 26, 1971 (Doc. 1778) for the Chama Mainstream Section requires that the State Engineer appoint a water master to assist in the administration and enforcement of the Decree, "subject to the approval of the Court." Decree at p. 6. The water master serves under the direction of the State Engineer. *Id*. The duties of the water master include, but are not limited to: the inspection and approval of meter installations required by the provisions of the Decree; the maintenance of records of water diversions; the supervision of water use under rights adjudicated by the Decree, including the

1

establishment of the rate of diversion for each ditch; and the preparation of rules and regulations for the administration of the Decree. *Id.*

2. Beatriz Vigil, the previously appointed water master for the Chama Mainstream, Section, has left the Office of the State Engineer. In her place, the State Engineer has appointed John Mumm to serve as the water master for the Chama Mainstream Section.

3. Mr. Mumm was previously employed by the Wyoming State Engineer's Office as an Assistant Superintendent and Hydrographer Commissioner. His duties included water rights administration, managing availability and distribution of water resources, metering/measurement of streamflow, and data management and analysis. He is experienced in holding public meetings, customer service, field checks, and acequia by-laws. Mr. Mumm is comfortable communicating with acequia parciantes on technical and compliance issues unique to New Mexico.

4. The Rio de Chama Acequia Association, Inc. ("RCAA") represents a majority of water users on the Chama Mainstream. Exhibit 1. Mr. Mumm has met and worked with RCAA president Tim Seaman, commissioners of the RCAA member ditches, and individual acequia parciantes. *Id.* As Exhibit 1 demonstrates, the RCAA strongly supports the approval of the appointment of Mr. Mumm as the water master for the Chama Mainstream Section of the Rio Chama.

WHEREFORE the State of New Mexico requests that the Court approve the appointment of John Mumm as the water master for the Chama Mainstream Section (Section 1).

Submitted by:

/s/ Felicity Strachan
FELICITY STRACHAN
Special Assistant Attorney General
*Attorney for State of New Mexico*
P.O. Box 25102
Santa Fe, NM  87504-5102
Telephone:  (505) 827-4012
Email: felicity.strachan@state.nm.us

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on June 15, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel reflected on the Notice of Electronic Filing to be served by electronic means.

/s/ Felicity Strachan
FELICITY STRACHAN