# Rio de Chama Acequia Association, Inc.
PO Box 1163
Espanola, New Mexico  87532

23 May 2020

To: United States District Court for the District Of New Mexico

The New Mexico State Engineer has asked the Rio Chama Acequia Association ("RCAA") to write this letter in support of the appointment of John Mumm as the water master for the Lower Chama Mainstream Section of the Rio Chama Stream System (Section 1).

The RCAA represents a majority of water users in the Lower Chama Mainstream Section. As President of the RCAA, I have met and worked with John Mumm, as have commissioners of our member ditches, and many of the individual acequia parciantes.

The RCAA has no objection to the appointment of John Mumm as the Lower Chama Water Master for the Chama Mainstream Section, and strongly supports his approval by the Court.

Respectfully,

*TJ Seaman*

Timothy J. Seaman
President



Case 6:69-cv-07941-KWR-KK   Document 11582-1   Filed 06/15/20   Page 2 of 2