# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                69cv07941 MV/KK
                                      Rio Chama Adjudication

    v.                                      Pueblo Claims Subproceeding 1

ROMAN ARAGON, *et al.*,

        Defendants.

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 11588, filed December 10, 2020.

The Parties[1] to the Joint Status Report state that they are committed to the negotiation process and that the resumption of litigation would hamper their efforts to resolve Ohkay Owingeh's water rights claims through negotiations. The Parties expect the pace of the settlement to pick up over the next six months with the mediators' involvement and that the groundwater model will be completed in January 2021, which will assist the Parties in assessing settlement proposals and water rights administration issues. The Parties also expect the settlement negotiations to extend through 2021 and suggest that the Court require the filing of a joint status report on June 10, 2021.

The Parties shall, by June 10, 2021, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to

---

[1] All Parties, except the City of Española, joined in this Joint Status Report. The City of Española informed the Parties that it takes no position on this Joint Status Report.

agree on a joint status report, they may file individual status reports.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**