# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
STATE ENGINEER, et al.,

        Plaintiffs,

vs.

JOHN ABBOTT, et al.,

        Defendants.

CIVIL NO.   68-7488 MV/JHR
Rio Santa Cruz Adjudication

and

CIVIL NO.   70-8650 MV/JHR
Rio de Truchas Adjudication

CONSOLIDATED

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 3012, filed December 10, 2020.

The Parties1 to the Joint Status Report state that they are committed to the negotiation process and that the resumption of litigation would hamper their efforts to resolve Ohkay Owingeh's water rights claims through negotiations.   The Parties expect the pace of the settlement to pick up over the next six months with the mediators' involvement and that the groundwater model will be completed in January 2021, which will assist the Parties in assessing settlement proposals and water rights administration issues.   The Parties also expect the settlement negotiations to extend through 2021 and suggest that the Court require the filing of a joint status report on June 10, 2021.

The Parties shall, by June 10, 2021, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other

---

1 All Parties, except the City of Española, joined in this Joint Status Report.   The City of Española informed the Parties that it takes no position on this Joint Status Report.

matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

    **IT IS SO ORDERED.**

_____
**JERRY H. RITTER**
**UNITED STATES MAGISTRATE JUDGE**