IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,

  v.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941 MV/KK

Rio Chama Adjudication

Pueblo Claims Subproceeding 1

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 11591, filed June 10, 2021.

The Parties[1] to the Joint Status Report state they remain committed to the negotiation process and that "Predictions about the timing of settlement have been made more difficult by the addition to Ohkay Owingeh's settlement process of Santa Clara Pueblo's Rio Santa Cruz claims and the United States' claims on its behalf ... [but that] A comprehensive settlement of both Pueblos' claims and those of the United States within three years appears to be a reasonable target date." The Parties also state that the resumption of litigation would hamper their efforts to resolve Ohkay Owingeh's water rights claims through negotiations and suggest that the Court require the filing of a joint status report on December 10, 2021.

The Parties shall, by December 10, 2021, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to

---

[1] The City of Española did not join in this Joint Status Report.

agree on a joint status report, they may file individual status reports.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**