IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO** *ex rel.* ) <br> **State Engineer,** *et al.,* ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **RAMON ARAGON,** *et al.,* ) <br> ) <br> **Defendants.** ) <br> _____) | 69-cv-07941-MV-KK <br><br><br> RIO CHAMA ADJUDICATION |

### STATE OF NEW MEXICO'S NOTICE OF FILING OF STATE'S RULE 1-071.3 REPORT

Pursuant to Rule 1-071.3 NMRA, the State of New Mexico, by and through its counsel, hereby submits its report setting out its priorities and allocation of resources for adjudications pending in both state and federal courts. The report is submitted in the form of the attached exhibits, setting out priorities and resources of the Lower Rio Grande Adjudication Bureau in Exhibit A, those of the Pecos Adjudication Bureau in Exhibit B, and those of the Northern New Mexico Adjudication Bureau in Exhibit C.

Respectfully submitted,

/s/ Kelly Brooks Smith
Kelly Brooks Smith
Special Assistant Attorney General
Attorney for State of New Mexico
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
Telephone: (505) 827-6150
Kelly.smith@state.nm.us

## CERTIFICATE OF SERVICE

    I certify that I have caused a copy of the State's Notice of State's Rule 1-071.3 Report to be served by e-mail to all Counsel on the Electronic Service List for U.S. District Court No. 69-cv-07941-MV/KK on August 10, 2021.

                                        /s/ Kelly Brooks Smith
                                        Kelly Brooks Smith