IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, *et al.*, | ) ) ) |
| Plaintiffs, | ) No. 69cv07941 MV/KK ) |
| v. | ) Rio Chama Adjudication ) |
| RAMON ARAGON, et al., | ) Pueblo Claims Subproceeding 1 ) |
| Defendants. | ) ) ) |

**CONCURRENCE IN JOINT STATUS REPORT**

The United States concurs in the *Joint Status Report* (Doc. No. 11594) filed herein on December 10, 2021.

Dated December 13, 2020.

                                               Respectfully submitted,

                                               */s/ Bradley S. Bridgewater*

                                               _____
                                               BRADLEY S. BRIDGEWATER
                                               U.S. Department of Justice
                                               South Terrace, Suite 370
                                               999 18th Street
                                               Denver, CO 80202
                                               bradley.s.bridgewater@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 13th day of December, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

   /s/ Bradley S. Bridgewater
Bradley S. Bridgewater