IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 MV/KK
Rio Chama Adjudication

Pueblo Claims Subproceeding 1

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 11594, filed December 10, 2021, and the United States' Concurrence in Joint Status Report, Doc. 11595, filed December 13, 2021.

The Parties state they remain committed to the negotiation process, that they continue to make progress towards a settlement and that "[a] comprehensive settlement of both Pueblos' claims and those of the United States within two years appears to the Parties to be a reasonable target date."  The Parties also state that the resumption of litigation would hamper their efforts to resolve Ohkay Owingeh's and Santa Clara Pueblo's water rights claims through negotiations and suggest that the Court require the filing of a joint status report on June 10, 2022.

The Parties shall, by June 10, 2022, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other matters the Parties wish to bring to the Court's attention.  In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

      IT IS SO ORDERED.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**