# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
STATE ENGINEER, et al,

      Plaintiffs,

v.

ROMAN ARAGON, et al,

      Defendants.

No. 6:69-cv-07941-KWR-KK

Rio Chama Adjudication

Pueblo Claims Subproceeding 1

## ORDER REFERRING CASE

Pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B), (b) (3) and Virginia Beach Federal Savings & Loan Association v. Wood, 901 F.2d 849 (10th Cir. 1990), this case is referred to **MAGISTRATE JUDGE KIRTAN KHALSA** to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1). **Objections shall be filed within fourteen (14) days of the date of entry of the proposed disposition.**

      **IT IS SO ORDERED.**

                                        **KEA W. RIGGS**
                                        **UNITED STATES DISTRICT JUDGE**