IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,                                  69cv07941 KWR/KK
                                                  Rio Chama Adjudication

      v.                                                   Pueblo Claims Subproceeding 1

ROMAN ARAGON, *et al.*,

        Defendants.

**ORDER FOR STATUS REPORT**

      **THIS MATTER** is before the Court on the Joint Status Report, Doc. 11599, filed June 10, 2021.

      The Parties, except for the City of Española,[1] state they have made progress on a number of topics related to a settlement, state that the resumption of litigation would hamper their efforts to resolve Ohkay Owingeh's and Santa Clara Pueblo's water rights claims through negotiations and suggest that the Court require the filing of a joint status report on December 9, 2022. The Joint Status Report states, as did the December 10, 2021, Joint Status Report: "A comprehensive settlement of both Pueblos' claims and those of the United States within two years appears to the Parties to be a reasonable target date." *See* Doc. 11594; *see also* Joint Status Report, Doc. 11591, filed June 10, 2021 (stating "Predictions about the timing of settlement have been made more difficult by the addition to Ohkay Owingeh's settlement process of Santa Clara Pueblo's Rio Santa Cruz water claims and the United States' claims on its behalf" and "A comprehensive settlement of both Pueblos' claims and those of the United States within three years appears to Ohkay

---

[1] The City of Española did not respond to Ohkay Owingeh's request to join the status report and did not file an individual status report.

Owingeh to be a reasonable target date").

The Parties shall, by December 9, 2022, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE**