IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel. State Engineer, *et al.,* | ) ) ) |
| Plaintiffs, | ) No. 69cv07941 KWR/KK ) |
| v. | ) Rio Chama Adjudication ) |
| RAMON ARAGON, et al., | ) Pueblo Claims Subproceeding 1 ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

Please be advised that on behalf of the Co-Plaintiff United States of America, Charmayne Staloff enters her appearance in the above-captioned action as co-counsel with Bradley Bridgewater.

All future notices and pleadings shall also be served upon this individual attorney at the following address:

> Charmayne Staloff
> U.S. Department of Justice
> Environment & Natural Resources Division
> Indian Resources Section
> 150 M Street NE
> Washington, DC 20002
> Phone: 202-305-5628
> charmayne.staloff@usdoj.gov

Dated July 27, 2022.

Respectfully submitted,

*/s/ Charmayne Staloff*
Charmayne Staloff

U.S. Department of Justice
Environment & Natural Resources Division
Indian Resources Section
150 M Street NE
Washington, DC 20002
Phone: 202-305-5628
charmayne.staloff@usdoj.gov


*/s/ Bradley S. Bridgewater*
BRADLEY S. BRIDGEWATER
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
Phone: 303-844-1359
bradley.s.bridgewater@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 27th day of July, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

                                /s/ Charmayne Staloff
                                Charmayne Staloff