IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

    Plaintiff,

    v.

ROMAN ARAGON, *et al.*

    Defendants

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

## ENTRY OF APPEARANCE

    Edward Charles Bagley, Special Assistant Attorney General, hereby enters his appearance for the State of New Mexico in this cause.

Respectfully Submitted,

/s/ Edward C. Bagley
EDWARD C. BAGLEY
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-7844

## CERTIFICATE OF SERVICE

I certify that on August 1, 2022, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

/s/ Edward C. Bagley
Edward C. Bagley