IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer

      Plaintiff,

      v.

ROMAN ARAGON, *et al.*

      Defendants

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

Section 1: Rio del Oso & Rio Vallecito

Subfile No.:  CHRO-001-0001

## APPLICATION FOR ENTRY OF DEFAULT
## IN SUBFILE NO. CHRO-001-0001

COMES NOW the plaintiff State of New Mexico, *ex rel.* State Engineer, ("State") and

requests the Clerk of Court, pursuant to Fed. R. Civ. P. 55(a), to enter the default of the

following named defendant for failure to answer or otherwise plead:

      **GONZALES FAMILY**                 **Subfile No.: CHRO-001-0001**
      **PROPERTIES, LLC**

Pursuant to the *Procedural Order for the Adjudication of Water Rights Claims in the Rio*

*del Oso & Rito Vallecitos in Section 1 of the Rio Chama Stream System*, (Doc. 11119, filed

06/28/2016), which guides this adjudication, Defendant Gonzales Family Properties, LLC was

joined and served by publication of the *Notice of Pendency of Suit* in the *Rio Grande Sun*

published once a week for three consecutive weeks, beginning on August 11, 2016, and ending

on August 25, 2016. (*See* Docs. 11156 and 11156-1, filed 09/27/2016). Additionally, the State

has met with George Gonzales to investigate and discuss the water rights under this subfile number.

The undersigned certifies that no answer, appearance, or other pleading has been served upon the plaintiff's attorneys by the above-named defendant.

WHEREFORE the State requests that the Clerk of Court enter a Certificate of Default of the above-named defendant, and pursuant to this Court's February 4, 2013, *Order* (Doc. 10891), mail a copy of the Certificate of Default to Defendant Gonzales Family Properties, LLC at the following address:

Gonzales Family Properties, LLC
113 Coyote Ridge Trail
Santa Fe, NM 87507

Respectfully Submitted,

/s/ Edward C. Bagley
EDWARD C. BAGLEY
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-7844

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 2, 2022, I filed the foregoing electronically through the CM/ECF system which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

Additionally, I have mailed a copy of this application to Defendant Gonzales Family Properties, LLC at the following address:

Gonzales Family Properties, LLC
113 Coyote Ridge Trail
Santa Fe, NM 87507

/s/ Edward C. Bagley
Edward C. Bagley

3