IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
State Engineer, *et al.,*

    *Plaintiff*,

v.                                                      Civ. No. 69-cv-7941 KWR-KK

ROMAN ARAGON, *et al.*,

    *Defendant.*

## CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of 08/03/22, that Defendants Grace Gutierrez and Gonzales Family Properties, LLC against whom judgment for affirmative relief is sought in this action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; now, therefore,

**I, MITCHELL R. ELFERS**, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of Defendants Grace Gutierrez and Gonzales Family Properties, LLC.

DATED at Albuquerque, New Mexico, this 3rd day of August, 2022.

                                                    /s/MITCHELL R. ELFERS
                                                    **MITCHELL R. ELFERS**
                                                    **CLERK, U. S. DISTRICT COURT**