# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*<br><br>    Defendants | No. 6:69-cv-07941-KWR-KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 1: Rio del Oso & Rio Vallecito<br><br>Subfile No.: CHRO-006-0002 |

## ORDER GRANTING DEFAULT JUDGMENT

**THIS MATTER** is before the Court upon the plaintiff, State of New Mexico, *ex rel.*, State Engineer's *Motion for Default Judgment* (Docket No. 11607, filed August 9, 2022). The State of New Mexico ("State") requests that the Court grant judgment against Defendant JOSEPH G. ORTEGA, finding that the defendant has surface water irrigation rights in the Rio Chama Stream System: Section 1 Rio del Oso & Rio Vallecito in accordance with the *Office of the State Engineer Rio Chama Stream System Section 1 Rio del Oso & Rito Vallecitos Hydrographic Survey*, as amended. The Court, being fully advised, and with no responses opposing the State's motion having been filed, finds that the State's motion is **WELL-TAKEN** and should be **GRANTED**.

The Court finds:

1. The Court has jurisdiction over the party and the subject matter herein.

2. Defendant JOSEPH G. ORTEGA has been legally served with process.

1

3. Defendant JOSEPH G. ORTEGA failed to timely file and serve an answer in this cause.

4. Pursuant to the Court's *Procedural Order for the Adjudication of Water Rights Claims in the Rio del Oso & Rito Vallecitos in Section 1 of the Rio Chama Stream System* filed Juned 28, 2016, (Doc. 11119) ("Procedural Order"), failure by a defendant to timely file and serve an answer is considered grounds for the entry of a default order. (Procedural Order, Sec. II., C., 2.)

5. Defendant JOSEPH G. ORTEGA has failed to appear, answer, or otherwise defend in this cause, and is adjudged to be in default.

**IT IS THEREFORE ORDERED** that the right of the defendant(s)

**JOSEPH G. ORTEGA**
P.O. Box 74
Hernandez, NM 87537

to divert and use the public water of the Rio Chama Stream System, Section 1: Rio del Oso & Rio Vallecito is as follows:

A. **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No:**     NONE

**Priority:**     1882

**Source of Water:**     Surface water of the Rio del Oso, a tributary of the Rio Chama.

**Purpose of Use:**     IRRIGATION

**Point of Diversion:**

**Ditch:** ORTEGA DITCH NO. 1

Location X:     1,628,022 feet          Location Y:     1,834,622 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

Within the Juan Jose Lobato Land Grant          20.3 acres

                                                                Total   20.3 acres

As shown on the attached revised Hydrographic Survey Map for Subfile No.:

CHRO-006-0002

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement = 1.25

Farm Delivery Requirement = 3.13

Project Diversion Requirement = 5.22

B.   **IRRIGATED LANDS (Surface Water Only):**

**Office of the State Engineer File No(s):**     NONE

**Priority:**     1882

**Source of Water:**   Surface water of the Rio del Oso, a tributary of the Rio Chama.

**Purpose of Use:**     IRRIGATION

**Point of Diversion:**

    **Ditch**        ORTEGA DITCH NO. 2

    Location X:   1,630,403 feet          Location Y:   1,836,550 feet

New Mexico State Plane Coordinate System, Central Zone, NAD 1983

**Location and Amount of Irrigated Acreage:**

| | |
|---|---|
| Within the Juan Jose Lobato Land Grant | 1.1 acres |
| Total | 1.1 acres |

As shown on the attached revised Hydrographic Survey Map for Subfile No.: CHRO-006-0002

**Amount of Water (acre-feet per acre per year, not to exceed):**

Consumptive Irrigation Requirement = 1.25

Farm Delivery Requirement = 3.13

Project Diversion Requirement = 5.22

Defendant has no surface water rights in the Rio Chama Stream System, Section 1: Rio del Oso & Rio Vallecito, other than those set forth in this order and those other orders entered by this Court in this cause.

These water rights are subject to objection by any other water right owner with standing in a later (*inter se*) phase of this adjudication suit when water right owners may object between themselves to individual adjudication orders. The rights are also subject to the entry of the final decree in this case.

**IT IS FURTHER ORDERED** that the defendant, his or her successors, representatives, heirs, and assigns are enjoined from any diversion or use of the public waters of

the Rio Chama Stream System, Section 1: Rio del Oso & Rio Vallectio, except in strict accordance with the rights adjudicated in this order or any other order of the Court.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**