IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* )<br>State Engineer,                    )<br>                                            )<br>              Plaintiff,          )<br>                                            )<br>v.                                         )<br>                                            )<br>ROMAN ARAGON, *et al.*,   )<br>                                            )<br>              Defendants.     )<br>_____) | Case No.: 69cv07941 MV-LFG<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Brazos, Section 7<br>Subfile No.:  CHRB-001-0002 |

**NOTICE OF WITHDRAWAL OF COUNSEL
FOR BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION**

COMES NOW, JAlbright Law, LLC (Jeffrey H. Albright) files this Notice on behalf of Defendant BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION ("BMDWCA"), and states that effective May 1, 2022, JAlbright Law, LLC withdrew its representation as counsel for Defendant BMDWCA pursuant to NMRA Rule 1-089-C.

Respectfully submitted,

By: */s/ Jeffrey H. Albright*
Jeffrey H. Albright, Attorney
JAlbright Law, LLC
201 Third St. NW, Suite 500
Albuquerque, NM  87102-4388
(505) 926-4105 (Direct)
JA@Jalblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2022, I filed the foregoing *Notice of Withdrawal of Counsel for Brazos Mutual Domestic Water Consumers Association* electronically through CM/ECF System, which caused the parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/Jeffrey H. Albright*