IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 KWR/KK
Rio Chama Adjudication

Rio Brazos, Section 7
Subfile No.: CHRB-001-0002

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the Notice of Withdrawal of Counsel for Brazos Mutual Domestic Water Consumers Association, Doc. 11612, filed September 15, 2022 ("Notice"), which states "effective May 1, 2022, JAlbright Law, LLC withdrew its representation as counsel for Defendant [Brazos Mutual Domestic Water Consumers Association] pursuant to NMRA Rule 1-089-C." The Notice does not indicate the consent of the client, the appointment of substitute counsel, the client's address and telephone number, and does not provide notice that the entity can appear only with an attorney. *See* D.N.M.LR-Civ. 83.8(a) and (c). The record shows that Brazos Mutual Domestic Water Consumers Association is not represented by other counsel.

**IT IS ORDERED** that JAlbright Law, LLC shall, within 14 days of entry of this Order, show cause why the Court should not strike the Notice for failure to comply with the District of New Mexico's Local Rules of Civil Procedure governing withdrawal of appearance.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**