# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                           69cv07941 KWR/KK
                                                       Rio Chama Adjudication
   v.

ROMAN ARAGON, *et al.*,             Rio Brazos, Section 7
                                                 Subfile No.: CHRB-001-0002

       Defendants.

## ORDER DENYING MOTION TO WITHDRAW

JAlbright Law, LLC filed a notice of withdrawal of its representation as counsel for Defendant Brazos Mutual Domestic Water Consumers Association. *See* Doc. 11612, filed September 15, 2022 ("Notice"). The Court notified JAlbright Law, LLC that the Notice does not indicate the consent of the client, the appointment of substitute counsel, the client's address and telephone number, and does not provide notice that the entity can appear only with an attorney as required by D.N.M.LR-Civ. 83.8(a) and (c) and ordered JAlbright Law, LLC to show cause why the Court should not strike the Notice for failure to comply with the District of New Mexico's Local Rules of Civil Procedure governing withdrawal of appearance. *See* Doc. 11613, filed September 15, 2022.

JAlbright Law, LLC, subsequently filed a Motion to withdraw representation of Defendant Brazos Mutual Domestic Water Consumers Association. *See* Doc. 11616, filed September 28, 2022 ("Motion to Withdraw"). The Court denies the Motion to Withdraw without prejudice because it does not include a notice, as required by Local Rule 83.8(c), that Defendant Brazos Mutual Domestic Water Consumers Association can appear in this case only with an attorney. *See* D.N.M.LR-Civ.83.8(c) (also stating "Absent entry of appearance by a new attorney, any filings

made by the corporation, partnership or business entity other than a natural person may be stricken and default judgment or other sanctions imposed").  JAlbright Law, LLC may file another motion to withdraw which includes the following notice:

> A corporation, partnership of business entity other than a natural person can appear only with an attorney.  Absent entry of appearance by a new attorney, any filings made by the corporation, partnership or business entity other than a natural person may be stricken and default judgment or other sanctions imposed.

The new motion to withdraw must certify that JAlbright Law, LLC served the new motion on Defendant Brazos Mutual Domestic Water Consumers Association.

**IT IS ORDERED** that JAlbright Law, LLC's Motion to Withdraw Representation for Brazos Mutual Domestic Water Consumers Association Pursuant to Court[']s Order to Show Cause, Doc. 11616, filed September 28, 2022, is **DENIED without prejudice.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**

2