IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　　Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rutheron & Plaza Blanca<br><br>Subfile No.: CHRU-001-0003 |

**UNOPPOSED MOTION TO CORRECT DEFENDANTS ON SUBFILE CHRU-001-0003**

　　The Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") moves the Court to issue an order correcting the defendants on subfile CHRU-001-0003 to read as follows:

| **FROM** | **TO** |
|---|---|
| William R. Pape<br>Louise W. Pape<br>William N. Melton | William R. Pape<br>Louise W. Pape |

　　As grounds for this request, Plaintiff states as follows: Defendants informed Plaintiff that Defendant William N. Melton never owned nor had a property interest in the water rights adjudicated under subfile CHRU-001-0003, (Exhibit 1).

　　Defendants William R. Pape, Louise W. Pape, and William N. Melton do not oppose this motion.

　　WHEREFORE, the State respectfully requests the Court enter its order correcting the defendants in subfile CHRU-001-0003.

　　DATED:　　　　November 22, 2022

Respectfully submitted,

/s/ Edward C. Bagley
EDWARD C. BAGLEY
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-7844

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 22nd day of November, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail. Additionally, I have mailed a copy of the foregoing to the following:

William R. Pape
P.O. Box 171
Los Ojos, NM 87551

Louise W. Pape
P.O. Box 171
Los Ojos, NM 87551

William N. Melton
P.O. Box 171
Los Ojos, NM 87551

/s/ Edward C. Bagley
Edward C. Bagley