NM State Engineers Office

Attention: Holly Wilkie, Water Rights Division

P.O. Box 25102

407 Galisteo Street - Room 102

Santa Fe, NM 87504-5102

January 7, 2022

Ms. Wilkie:

As per discussion with Sage Faulkner, this is to verify that 372 acres owned solely by William R. Pape and Louise Wohl Pape has erroneously had William Melton's name included in the water rights. The Pape's and Mr. Melton and heirs own/owned an adjoining 1,374.255 with associated water rights. It is our assumption that during adjudication, all properties were filed together.

Your office assured Mrs. Faulkner that water rights are tied to land, and cannot be seperated, but in order to clear up the error, we are submitting the following request. Please remove Mr. Melton's name from water rights associated with the 372 acre parcel owned solely by the Pape's (parcel 1-016-172-260-280). As you will see in the title and file description, Mr. Melton's name is not included as an owner.

Signed,

_____         _____         _____
William N. Melton                Louise Wohl Pape                 William R. Pape

Notarized by:

STATE OF HAWAII
COUNTY OF HAWAII

Sworn to (or affirmed) and subscribed before me this 12th day of Jan, 2022 by William and Louise Pape

Peter Q. Tomich  Notary Public
My Commission Exp. August 26, 20__

[Notary Seal: PETER Q. TOMICH, 12-283, NOTARY PUBLIC, STATE OF HAWAII]

Doc. Date: 1/12/2022    # Pages: 1
Notary Name: Peter Q. Tomich    Third Circuit
Doc. Description: Letter to Holly Wilkie
Notary Signature: _____  Date: 1/12/__

[Notary Seal: PETER Q. TOMICH, 12-283, NOTARY PUBLIC, STATE OF HAWAII]

[Stamp: STATE ENGINEERS OFFICE, SANTA FE, NEW MEXICO, 2022 JAN 20 AM 8:10]

## Property Profile — Rio Arriba County

**Account:** R001788  
**Mill Levy:** 48.600000  
**Estimated Tax:** $4,062.28  

**Tax Year:** 2016  
**Version:** 01/01/2016  
**Parcel:** 1-016-172-260-280  
**Map Number:**  
**Status:** Active  

*This mill levy is from the most recent tax roll.*

### Name and Address Information
PAPE, WILLIAM ROBERT PAPE, LOUISE WOHL  
PO BOX 171  
LOS OJOS, NM 87551  

### Property Location
256 STATE RD 95

### Legal Description
S: 15 T: 29N R: 03E   372.076 AC.  
LIVESTOCK FOR 2012  
LIVESTOCK ASSESSED ON P045399, BK.138 PG.92  
BK.140 PG.632-633        REC #61475   05/12/1988  
BK.159 PG.369-371       REC #89071   02/24/1992  
BK.169 PG.614               REC #128933  07/03/1996

### Assessment Information

| Year | Category | Actual | Assessed | Sq Ft | Acres | Taxable |
|---|---|---|---|---|---|---|
| 2016 | Land | 20,315 | 6,772 | | 369.760 | |
| | Improvements | 541,376 | 180,459 | 7381.000 | | |
| | Exempt | | 0 | | | |
| | Total | 561,691 | 187,231 | | | 187,2.. |
| 2015 | Land | 20,315 | 6,772 | | 369.760 | |
| | Improvements | 541,376 | 180,459 | 7381.000 | | |
| | Exempt | | | | | |
| | Total | 561,691 | 187,231 | | | |

---

```
1/13/2006   15:31:11   COUNTY OF RIO ARRIBA                              Year 2006 TAASRJIT1
0001925 Dist 19OT               NonRend%    0             0 Centrl         458550 Full
PAPE, WILLIAM ROBERT            FinCo                 32571 Land           152850 Txbl
PAPE, LOUISE WOHL                                    363561 Impr                0 Exmpt
                                                          0 P.P.
PO BOX 171                                                0 M.H.           152850 Net
LOS OJOS         NM 87551                             62418 Livstk
Pos to()                                                                   Print=Y
Property Description                   Code  ValueDesc   Quantity     Rate      FulT
1 016 172 260 280                      B01   H-SIT-R.        2.00                27999
BOOK 140 PG 632                        B21   GRZ @ 6.0     355.99     6.00        2136
SECTION-15   TOWNSHIP-29N  RANGE-03E   B34   IRRIGATED      14.77   165.00        2436
BOOK 140       PAGE 632-633            C01   BLDG RES.                          363561
372.076 AC.                            411   COMM-BULL
LIVESTOCK FOR 2005                     421   COWS              1    876.99         657
GRAZING ON OWNER#39891,39890,1589      431   COM-HEFRR        80    423.00       25380
                                       441   COM-HEFCL        10    486.00        3645
                                       461   COM-STRYR        32    389.01        9336
                                                              60    519.99       23400
                                             Res-Values   N/R-Values   Tot-Values
                                       Full      391560        66990       458550
                                       Taxable   130520        22330       152850
                                       Exempt         0            0            0

F3=Cancel   F4=Prompt()   F6=Chg Yrs   F12=Return                           More...
```

NM State Engineers Office

Attention: Holly Wilkie, Water Rights Division

P.O. Box 25102

407 Galisteo Street - Room 102

Santa Fe, NM 87504-5102

January 7, 2022

Ms. Wilkie:

As per discussion with Sage Faulkner, this is to verify that 372 acres owned solely by William R. Pape and Louise Wohl Pape has erroneously had William Melton's name included in the water rights. The Pape's and Mr. Melton and heirs own/owned an adjoining 1,374.255 with associated water rights. It is our assumption that during adjudication, all properties were filed together.

Your office assured Mrs. Faulkner that water rights are tied to land, and cannot be seperated, but in order to clear up the error, we are submitting the following request. Please remove Mr. Melton's name from water rights associated with the 372 acre parcel owned solely by the Pape's (parcel 1-016-172-260-280). As you will see in the title and file description, Mr. Melton's name is not included as an owner.

Signed,

William N. Melton            Louise Wohl Pape            William R. Pape

**SEE ATTACHED
CALIFORNIA JURAT**

Notarized by:

## CALIFORNIA JURAT CERTIFICATE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __MARIN__

Subscribed and sworn to (or affirmed) before me on this __7TH__ day of __JANUARY__, 20__22__,
by __WILLIAM N. MELTON__
(name of signer(s))

_____
(name of signer(s))

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

Signature _____

ERICA Y. JOUBERT
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2381922
MARIN COUNTY
My Comm. Exp. December 3, 2025

(Seal)

### OPTIONAL INFORMATION

*The information in this section is not required by law.
Including it could prevent the fraudulent reattaching of this Certificate to another document.*

**Description of Attached Document**

Title or Type of Document: __Attestment__

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

Notary Name: _____   Notary Contact: _____

2022 JAN 20  AM 8:10

## Property Profile — Rio Arriba County

| Account: | R001788 | Tax Year: | 2016 | Account Type: | |
|---|---|---|---|---|---|
| Mill Levy: | 48.600000 | Version: | 01/01/2016 | Area ID: | |
| Estimated Tax | $4,062.28 | Parcel: | 1-016-172-260-280 | Map Number: | |

*This mill levy is from the most recent tax roll

### Name and Address Information
PAPE, WILLIAM ROBERT PAPE, LOUISE
WOHL
PO BOX 171
LOS OJOS, NM 87551

### Property Location
256 STATE RD 95

Status: Active

### Legal Description
S: 15 T: 29N R: 03E   372.076 AC.
LIVESTOCK ASSESSED ON P045399, BK.138 PG.92
LIVESTOCK ASSESSED FOR 2012
BK.140 PG.632-633
BK.159 PG.369-371   REC #61475   05/12/1988
BK.169 PG.614        REC #89071   02/24/1992
                     REC #128933  07/03/1996

### Assessment Information

| | Actual | Assessed | Sq Ft | Acres | Taxable |
|---|---|---|---|---|---|
| **2016** | | | | | |
| Land | 20,315 | 6,772 | | | |
| Improvements | 541,376 | 180,459 | 7381.000 | 369.760 | |
| Exempt | | 0 | | | |
| Total | 561,691 | 187,231 | | | 187,2.. |
| **2015** | | | | | |
| Land | 20,315 | 6,772 | | | |
| Improvements | 541,376 | 180,459 | 7381.000 | 369.760 | |
| Exempt | | | | | |
| Total | 561,691 | 187,231 | | | |

---

```
1/13/2006   15:31:11   COUNTY OF RIO ARRIBA                              Year 2006  TAASRJIT1
0001925 Dist 19OT                 NonRend%  0            0 Centrl       458550  Full
PAPE, WILLIAM ROBERT              FinCo              32571 Land         152850  Txbl
PAPE, LOUISE WOHL                                   363561 Impr              0  Exmpt
                                                         0 P.P.
PO BOX 171                                               0 M.H.          152850  Net
LOS OJOS            NM 87551                         62418 Livstk
Pos to()
Property Description                    Code ValueDesc   Quantity    Rate        Print=Y
1 016 172 260 280                       B01  H-SIT-R.       2.00                 Full
BOOK 140 PG 632                         B21  GRZ @ 6.0    355.99     6.00        27999
SECTION-15   TOWNSHIP-29N   RANGE-03E   B34  IRRIGATED     14.77   165.00         2136
BOOK 140        PAGE  632-633           C01  BLDG RES.                            2436
372.076 AC.                             411  COMM-BULL        1    876.99       363561
LIVESTOCK FOR 2005                      421  COWS            80    423.00          657
GRAZING ON OWNER#39891,39890,1589       431  COM-HEFRR       10    486.00        25380
                                        441  COM-HEFCL       32    389.01         3645
                                        461  COM-STRYR       60    519.99         9336
                                                                                 23400
                                                    Res-Values  N/R-Values Tot-Values
                                        Full            391560      66990    458550
                                        Taxable         130520      22330    152850
                                        Exempt               0          0         0

F3=Cancel   F4=Prompt()   F6=Chg Yrs   F12=Return                           More...
```



## Pape-Melton to Pape
## SP-01545-03 (CHRU 001-0003(A))

Mapping determinations are provided as a visual representation only and do not represent legal boundaries. The Office of the State Engineer assumes no liability associated with the misuse of this information. Parcel geometry is provisional and Hydrosurvey is not final and subject to inter se

Office of the State Engineer
NM
Interstate Stream Commission

N

500 0 500

US Feet

Prepared by Holly Wilkie
Date Exported: 10/5/2022 11:33 AM