IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

       Defendants.

No. 6:69-cv-07941-KWR-KK

Rio Chama Adjudication

Section 7: Rutheron & Plaza Blanca
Subfile No.: CHRU-001-0003

## ORDER GRANTING UNOPPOSED MOTION TO CORRECT

Plaintiff State of New Mexico moves for an order correcting the Defendants named on Subfile No. CHRU-001-0003 from

William R. Pape
Louise W. Pape
William N. Melton

to

William R. Pape
Louise W. Pape

on the grounds that "Defendants informed Plaintiff that Defendant William N. Melton never owned nor had a property interest in the water rights adjudicated under subfile CHRU-001-0003." Defendants William R. Pape, Louise W. Pape, and William N. Melton do not oppose the Motion.

**IT IS ORDERED** that Plaintiff State of New Mexico's Unopposed Motion to Correct Defendants on Subfile CHRU-001-0003, Doc. 11621, filed November 22, 2022, is **GRANTED.**

       **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**