## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.* )<br>State Engineer,                    )<br>                                             )<br>          Plaintiff,                     )<br>                                             )<br>v.                                          )<br>                                             )<br>ROMAN ARAGON, *et al.*,       )<br>                                             )<br>          Defendants.               )<br>_____) | Case No.: 69cv07941 KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br>Rio Brazos, Section 7<br>Subfile No.:  CHRB-001-0002 |

**THIRD MOTION TO WITHDRAW REPRESENTATION FOR BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION PURSUANT TO COURT'S ORDER DENYING MOTION TO WITHDRAW OF NOVEMBER 29, 2022**

COMES NOW, JAlbright Law, LLC (Jeffrey H. Albright) files this Motion to Withdraw Representation of Defendant BRAZOS MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION ("BMDWCA" or "Brazos"), pursuant to the Courts "Order Denying Second Motion to Withdraw" without prejudice issued on November 29, 2022.

The Order denying this withdrawal states that JAlbright Law, LLC did not include a notice as required by Local Rule 83.8(c). Though a copy of Local Rule 83.8(c) was provided to the Brazos' president via e-mail on September 30, 2022, the language of the rule was not included within the body of the November 4, 2022 Motion to Withdraw. In compliance with this requirement, we incorporate Local Rule 83.8(c) as follows: "A motion to withdraw from representation of a corporation, partnership, or business entity other than a natural person must include a notice that the corporation, partnership or business entity other than a natural person can appear only with an attorney. Absent entry of appearance by a new attorney, any filings made by

the corporation, partnership or business entity other than a natural person may be stricken and default judgment or other sanctions imposed."

The Order denying this withdrawal also states that JAlbright Law, LLC did not comply with Local Rule 83.8(b) regarding service of contested motions to withdraw. In compliance with this rule, this motion will be served to the following based on the last information publicly available to JAlbright Law, LLC:

Brazos Mutual Domestic Water Consumers Association
HC 75 Box 105
Chama, NM 87520

President—Amanda Urioste   amandaurioste@gmail.com

This Motion will also be sent via e-mail and Certified Mail to the most recently elected President listed on the Brazos website https://upperbrazoswater.org/. JAlbright Law, LLC has no information concerning new counsel for Brazos, and no new counsel is listed on the Brazos website.

Per Local Rule 83.8(b), Brazos has 14 days from the date of service of this Motion to file and serve any objections to this Motion to Withdraw. Failure to object within this time constitutes consent to grant the Motion.

                                                    Respectfully submitted,

                                                    By: */s/ Jeffrey H. Albright*
                                                    Jeffrey H. Albright, Attorney
                                                    JAlbright Law, LLC
                                                    201 Third St. NW, Suite 500
                                                    Albuquerque, NM  87102-4388
                                                    (505) 926-4105 (Direct)
                                                    JA@Jalblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2022, I filed the foregoing *Third Motion to Withdraw Representation for Brazos Mutual Domestic Water Consumers Association Pursuant to Court's Order Denying Motion to Withdraw of November 29, 2022,* without prejudice, electronically through CM/ECF System, which caused the parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                  */s/Jeffrey H. Albright*