IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>             Plaintiff,<br><br>      v.<br><br>ROMAN ARAGON, *et al.*,<br><br>             Defendants. | Case No.: 6:69-cv-07941-KWR-KK<br><br>RIO CHAMA STREAM SYSTEM<br>Section 7: Rio Brazos<br><br>Subfile Nos.:  CHRB-002-0001<br>                        CHRB-002-0002 |

**ORDER CORRECTING CLERICAL ERROR AFFECTING
CHAVEZ CREEK DITCHES NO. 1 AND NO. 2 IN
SECTION 7 RIO BRAZOS OF THE RIO CHAMA STREAM SYSTEM**

**THIS MATTER** comes before the Court on Plaintiff State of New Mexico, *ex rel.* State Engineer's ("State") *Opposed Motion to Correct Clerical Error Affecting Chavez Creek Ditches No. 1 and No. 2 in Section 7 Rio Brazos of the Rio Chama Stream System* (Docket No. 11620, filed November 21, 2022). The State requests that the Court enter an order correcting the X and Y coordinates for the points of diversion in Subfile Nos.: CHRB-002-0001 and CHRB-002-0002, the two subfiles associated with Chavez Creek Ditch No. 1 and Chavez Creek Ditch No. 2. The State considers the Motion as opposed because the "State attempted to contact the water rights owners for Subfile No. CHRB-002-0002 regarding this motion but was unsuccessful." The water rights owners for Subfile No. CHRB-002-0001 do not oppose the Motion. The Court, being fully advised, and with no responses opposing the State's motion having been filed, finds that the State's motion is well-taken and should be granted.

**IT IS ORDERED** that Plaintiff State of New Mexico, *ex rel.* State Engineer's *Opposed Motion to Correct Clerical Error Affecting Chavez Creek Ditches No. 1 and No. 2 in Section 7*

1

*Rio Brazos of the Rio Chama Stream System* (Docket No. 11620, filed November 21, 2022) is **GRANTED.**

**IT IS FURTHER ORDERED** that the point of diversion for Chavez Creek Ditch No. 1 in Subfile Nos.: CHRB-002-0001 and CHRB-002-0002 is amended as described below.

**Point of Diversion:**

**Ditch:**   CHAVEZ CREEK DITCH NO. 1

Location X:   1,568,855 feet      Location Y:   2,093,836

**IT IS FURTHER ORDERED** that the point of diversion for Chavez Creek Ditch No. 2 in Subfile No. CHRB-002-0001 is amended as described below.

**Point of Diversion:**

**Ditch:**   CHAVEZ CREEK DITCH NO. 2

Location X:   1,569,231 feet      Location Y:   2,095,199

**IT IS ALSO ORDERED** that the Clerk of the Court shall mail a copy of this order to the water rights owners at the following addresses:

Garcia Revocable Trust
C/O Joseph O. Garcia
P.O. Box 90398

Mundy Ranch, Inc.
C/O Susan Jane M. Mundy
P.O. Box 1087
Chama, NM 87520

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDG**