UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Merced Del Pueblo Abiquiu
P.O. Box 179
Abiquiu, NM 87510, US

69cv7941-KWR
doc# 11623

ALBUQUERQUE NM
28 NOV 2022

US POSTAGE ᴾᴮ PITNEY BOWES
ZIP 87102 $ 000.57⁰
02 4W
0000389187 NOV 28 2022

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 19 2022

MITCHELL R. ELFERS
CLERK

NIXIE    871   DE 1         0012/15/22
         RETURN TO SENDER
         VACANT
         UNABLE TO FORWARD

BC: 87192227299    *0768-02119-28-37

87510-017979

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Merced Del Pueblo Abiquiu
P.O. Box 179
Abiquiu, NM 87510, US

69cv7941-KWR
doc #11624

ALBUQUERQUE NM 870
29 NOV 2022 PM 3

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 19 2022

MITCHELL R. ELFERS
NIXIE CLERK 871 DE 1          0012/15/22
         RETURN TO SENDER
         VACANT
         UNABLE TO FORWARD

BC: 87102227470          *6658-82591-29-35

US POSTAGE PITNEY BOWES
ZIP 87102 $ 000.57°
02 4W
0000389187 NOV 29 2022

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

Official Business

Merced Del Pueblo Abiquiu
P.O. Box 179
Abiquiu, NM 87510, US

69cv7941-KWR
doc # 11627

ALBUQUERQUE NM 870
13 DEC 2022 PM 3

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 19 2022

MITCHELL R. ELFERS
CLERK

NIXIE        871 FE 1        0012/17/22
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 87102227470    *0668-00612-13-38

87510-0175

ZIP 87102
02 4W
0000389187

US POSTAGE — PITNEY BOWES
$ 000.57°
DEC 13 2022