69CV7941 KWR-KK
DOC #11627

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

ALBUQUERQUE NM 870
2022 PM 4
ZIP 87102
02 4W
0000389187
US POSTAGE PITNEY BOWES
$000.57°
DEC 14 2022

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 22 2022

MITCHELL R. ELFERS
CLERK

Mundy Ranch, Inc.
C/O Susan Jane M. Mundy
P.O. Box 1087
Chama, NM 87520

NIXIE    871   SE 1    2212/18/22
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 87102227470   *8755-04528-18-39*

87520-108787