**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941 KWR/KK
Rio Chama Adjudication

Rio Brazos, Section 7
Subfile No.: CHRB-001-0002

## ORDER GRANTING THIRD MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on JAlbright Law, LLC's Third Motion to Withdraw Representation for Brazos Mutual Domestic Water Consumers Association ("Defendant Brazos") Pursuant to Court's Order Denying Motion to Withdraw of November 29, 2022, Doc. 11625, filed December 8, 2022.  The Motion to Withdraw includes a notice, as required by Local Rule 83.8(c), that Defendant Brazos can appear in this case only with an attorney.  The Motion to Withdraw also states "this motion will be served to [Defendant Brazos] based on the last information publicly available to JAlbright Law, LLC," "will also be sent via e-mail and Certified Mail to the most recently elected President listed on the Brazos website," and "Brazos has 14 days from the date of service of this Motion to file and serve any objections to this Motion to Withdraw.  Failure to object within this time constitutes consent to grant the Motion" as required by D.N.M.LR-Civ. 83.8(b).   Motion to Withdraw at 2 (stating "JAlbright Law, LLC has no information concerning new counsel for Brazos, and no new counsel is listed on the Brazos website").  Defendant Brazos has not filed a response opposing the Motion to Withdraw.

**IT IS ORDERED** that JAlbright Law, LLC's Third Motion to Withdraw Representation for Brazos Mutual Domestic Water Consumers Association Pursuant to Court's Order Denying

Motion to Withdraw of November 29, 2022, Doc. 11625, filed December 8, 2022, is **GRANTED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**