# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 KWR/KK

Rio Chama Adjudication

Pueblo Claims Subproceeding 1

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 11626, filed December 9, 2022.

The Parties have been coordinating their negotiations to resolve the water rights claims of Ohkay Owingeh and Santa Clara Pueblo in *New Mexico v. Abbott*, No. 68cv7488 KWR/JHR (Rio Santa Cruz and Rio de Truchas), with their negotiations to resolve Ohkay Owingeh's water rights claims in *New Mexico v. Aragon*, No. 69cv7941 KWR/KK (Rio Chama). The Parties report that their "goal is to complete a comprehensive settlement agreement of Ohkay Owingeh's claims in the Rio Chama in *Aragon*, and submit it to the principals for approval, within two months." The Parties also report that "[s]ettlement of the Pueblos' claims, and those of the United States, in *Abbott* appears to be achievable within one and one-half years, as previously reported."

The Parties shall, by June 9, 2023, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE**