69cv7941 KWR-KK
Doc 11627

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Garcia Revocable Trust
C/O Joseph O. Garcia
P.O. Box 90398

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 03 2023

MITCHELL R. ELFERS
CLERK

ALBUQUERQUE NM 870
15 DEC 2022 PM 3

US POSTAGE PITNEY BOWES
ZIP 87102
02 4W
0000389187 DEC 14 2022
$ 000.57⁰

NIXIE      871    01    12/31/2022
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
INSUFFICIENT ADDRESS
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955