IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>   Plaintiff,<br><br> v.<br><br>ROMAN ARAGON, *et al.*,<br><br>   Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM |

## ENTRY OF APPEARANCE

 Patricia Estrella, Special Assistant Attorney General, hereby enters her appearance for the State of New Mexico in this cause.

DATED: January 13, 2023

              Respectfully submitted,

              /s/ Patricia Estrella
              PATRICIA ESTRELLA
              Special Assistant Attorney General
              Office of the State Engineer
              P.O. Box 25102
              Santa Fe, NM 87504-5102
              Patricia.estrella@ose.nm.gov
              (505) 819-1044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of January, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail.

/s/ Patricia Estrella
Patricia Estrella