IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　　Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 7:　Cañones Creek<br><br>Subfile No.:　CHCC-002-0010<br>　　　　　　　CHCC-002-0016<br>　　　　　　　CHCC-003-0001 |

### MOTION FOR SUBSTITUTION OF PARTIES IN SUBFILE NOS. CHCC-002-0010, CHCC-002-0016, AND CHCC-003-0001

　　Plaintiff State of New Mexico, *ex. rel.* State Engineer, ("State") moves the Court to issue an order substituting Gary Stokoe for Defendant River Bend Ranch LLC in Subfiles CHCC-002-0016 and CHCC-003-0001 in these proceedings. The State also moves the Court to issue an order substituting Gary Stokoe for Defendants Donald A. Gonzales and Mary Ellen Burns Gonzales in Subfile CHCC-002-0010.  In support of this motion, Plaintiff states the following:

　　1.　　Gary Stokoe filed a Change of Ownership of Water Right form with the Office of the State Engineer showing that he is the current owner of the irrigated lands in Subfiles CHCC-002-0016 and CHCC-003-0001 pursuant to the warranty deed to Mr. Stokoe for this property filed with the Rio Arriba County Clerk on April 8, 2022 (Book 545, Page 1935–1937).

　　2.　　Mr. Stokoe filed a Change of Ownership of Water Right form with the Office of the State Engineer showing that he is the current owner of the irrigated lands in Subfile CHCC-

1

002-0010 pursuant to the warranty deed to Mr. Stoke for this property filed with the Rio Arriba County Clerk on April 8, 2022 (Book 545, Page 1935–1937).

      WHEREFORE the State respectfully requests the Court to enter its order substituting Gary Stokoe for Defendant River Bend Ranch LLC in Subfiles CHCC-002-0016 and CHCC-003-0001 in these proceedings. Additionally, the State requests the Court to enter its order substituting Gary Stokoe for Defendants Donald A. Gonzales and Mary Ellen Burns Gonzales in Subfile CHCC-002-0010. The State also requests the Clerk of Court to serve the order on River Bend Ranch LLC, Donald A. Gonzales, and Mary Ellen Burns Gonzales at their address of record, and on Mr. Gary Stokoe at 1242 Cerro Gordo Rd., Santa Fe, NM, 87501, pursuant to Paragraph VI.B of this Court's *Procedural Order for the Adjudication of Water Rights Claims in Section 7 of the Rio Chama Stream System* (Doc. 6939, filed 11/19/2002).

DATED:    February 9, 2023

    Respectfully submitted,

    /s/ Patricia Estrella

PATRICIA ESTRELLA
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044
Patricia.estrella@ose.nm.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail. Additionally, I have mailed a copy of this Motion to Gary Stokoe, River Bend Ranch, Donald A. Gonzales and Mary Ellen Burns Gonzales at the following addresses:

Gary Stokoe
c/o Elizabeth Cervantes
1242 Cerro Gordo Rd.
Santa Fe, NM 87501

River Bend Ranch, LLC
c/o Charles T. Dumars
201 3rd St. NW #1750
Albuquerque, NM 87102

Donald A. Gonzales
P.O. Box 5353
Santa Fe, NM 87505

Mary Ellen Burns Gonzales
c/o Luke Pierpont
123 W. San Francisco St.
Santa Fe, NM 87501

/s/ Patricia Estrella

Patricia Estrella