IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3:  Rio Cebolla<br><br>Subfile No.: CHCB-001-0007<br>       CHCB-002-0001A<br>       CHCB-002-0001B<br>       CHCB-002-0009 |

**NOTICE OF STIPULATION AND WITHDRAWAL OF OBJECTION TO IRRIGATION WATER REQUIREMENTS BY THE ESTATE OF CHARLIE AND GERALDA M. CHACON**

  Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") hereby gives notice that Defendant Estate of Charlie and Geralda M. Chacon ("Chacons") (Subfile Nos. CHCB-001-0007, CHCB-002-0001A, CHCB-002-0001B, and CHCB-002-0009) has withdrawn the objection to the irrigation water requirements proposed by the State for the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System ("Cebolla Subsection"). *See Stipulation and Withdrawal of Objection in Subfile Nos. CHCB-001-0007, CHCB-002-0001A, CHCB-002-0001B, CHCB-002-0009*, attached hereto as Exhibit 1.

  In September of 2017, this Court entered a *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System*, Doc. 11281, filed 09/11/2017, requiring defendants in the Cebolla Subsection to file an objection if they disagreed with the priority dates and irrigation water requirements proposed by the State for the Cebolla Subsection.

1

On December 11, 2017, Defendants the Chacons filed an objection to the proposed irrigation water requirements. Doc. 11310. On October 30, 2019, the Court entered a *Consent Order* in Subfile No. CHCB-002-0009, Doc. 11569, which settled the Chacons' water rights claims for that subfile. The objection for the remaining subfiles has now been withdrawn. *See* Exhibit 1.

DATED:	February 13, 2023

        Respectfully submitted,

        /s/ Patricia Estrella
        PATRICIA ESTRELLA
        Special Assistant Attorney General
        Office of the State Engineer
        P.O. Box 25102
        Santa Fe, NM 87504-5102
        (505) 819-1044

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail.

        /s/ Patricia Estrella
        Patricia Estrella