IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3: Rio Cebolla<br><br>Subfile No.:  CHCB-001-0007<br>  CHCB-002-0001A<br>  CHCB-002-0001B<br>  CHCB-002-0009 |

**STIPULATION AND WITHDRAWAL OF OBJECTION IN SUBFILE NOS. CHCB-001-0007, CHCB-002-0001A, CHCB-002-0001B, CHCB-002-0009**

Pursuant to this Court's *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* ("Notice and Order to Show Cause," Doc. 11281, filed 09/11/17), water rights holders in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System ("Cebolla Subsection") were required to file an objection if they disagreed with the determination of priority dates and irrigation water requirements proposed by the State of New Mexico ("State") as described in the Notice and Order to Show Cause.

The deadline for filing such objection was December 11, 2017. An objection was timely filed on December 11, 2017, by Defendants Charlie Chacon and Geralda M. Chacon ("Chacons") in Subfile Nos. CHCB-001-0007, CHCB-002-0001A, CHCB-002-0001B, and CHCB-002-0009. Doc. 11310. That objection is now withdrawn. Defendants Charlie Chacon and Geralda M. Chacon are in agreement with the State regarding the determination of irrigation water requirements for surface water irrigation rights in the Cebolla Subsection, and stipulate to

1

the determination of irrigation water requirements as detailed in the Notice and Order to Show Cause. The Chacons understand that the Project Diversion Requirement shall not be used as the measure of the right of a pre-1907 acéquia to divert water from a surface source water in the Cebolla Subsection

*Harold L. Chacon*                          Feb. 10, 2023

Estate of Charlie and Geralda M. Chacon          DATE
1007 S. Prince Dr.
Española, NM 87532