IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*

State Engineer

        Plaintiff,

v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

Section 7:   Cañones Creek

Subfile No.:   CHCC-002-0010
                 CHCC-002-0016
                 CHCC-003-0001

**ORDER SUBSTITUTING PARTIES IN SUBFILE NOS. CHCC-002-0010, CHCC-002-0016, AND CHCC-003-0001**

THIS MATTER is before the Court on the *Motion for Substitution of Parties in Subfile Nos. CHCC-002-0010, CHCC-002-0016, and CHCC-003-0001* filed by Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), (Doc. 11635, filed 02/09/2023).

The State seeks to substitute Gary Stokoe for Defendant River Bend Ranch, LLC because Mr. Stokoe has filed a Change of Ownership of Water Right form with the Office of the State Engineer showing that he is the current owner of the irrigated lands in Subfiles CHCC-002-0016 and CHCC-003-0001. The State also seeks to substitute Gary Stokoe for Defendants Donald A. Gonzales and Mary Ellen Burns Gonzales in Subfile CHCC-002-0010 because Mr. Stokoe has filed a Change of Ownership of Water Right form with the Office of the State Engineer showing that he is the current owner of the irrigated lands in Subfile CHCC-002-0010. No responses opposing the Motion have been filed.

1

**IT IS ORDERED** that the State of New Mexico's *Motion for Substitution of Parties in Subfile Nos. CHCC-002-0010, CHCC-002-0016, and CHCC-003-0001*, Doc. 11635, filed February 9, 2023, is **GRANTED**. Gary Stokoe is **SUBSTITUTED** for Defendant River Bend Ranch, LLC in Subfile Nos. CHCC-002-0016 and CHCC-003-0001 in these proceedings. Gary Stokoe is further **SUBSTITUTED** for Defendants Donald A. Gonzales and Mary Ellen Burns Gonzales in Subfile No. CHCC-002-0010 in these proceedings.

**IT IS ALSO ORDERED** that the Clerk of Court mail a copy of this Order to:

Gary Stokoe
c/o Elizabeth Cervantes
1242 Cerro Gordo Rd.
Santa Fe, NM 87501

River Bend Ranch, LLC
c/o Charles T. Dumars
201 3rd St. NW #1750
Albuquerque, NM 87102

Donald A. Gonzales
P.O. Box 5353
Santa Fe, NM 87505

Mary Ellen Burns Gonzales
c/o Luke Pierpont
123 W. San Francisco St.
Santa Fe, NM 87501

*/s/ Kirtan Khalsa*
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**