

69CV7941 KWR-KK
DOC# 11637

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
333 LOMAS BLVD. N.W.
SUITE 270
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

River Bend Ranch, LLC
c/o Charles T. Dumars
201 3rd St. NW #1750
Albuquerque, NM 87102

RTS
River not
address

ALBUQUERQUE NM
21 MAR 2023 PM 3

US POSTAGE PITNEY BOWES
ZIP 87102
02 4W
0000389187 MAR 21 2023
$ 000.60⁰

RECEIVED
UNITED STATES DISTRICT
ALBUQUERQUE, NEW
MAR 27 2023
MITCHELL R. ELFERS
CLERK

87102-335325