IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>    Plaintiff,<br><br>  v.<br><br>ROMAN ARAGON, *et al.*,<br><br>    Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3:   Canjilon Creek |

### NOTICE OF BRIEFING COMPLETE RE: [DOC. 11640] STATE'S MOTION FOR ENTRY OF PROPOSED SCHEDULING AND PROCEDURAL ORDER IN CANJILON CREEK SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM

Pursuant to D.N.M.LR-Civ. 7.4(e), Plaintiff State of New Mexico *ex rel.*, State Engineer ("State") hereby gives notice that briefing is complete on the State's *Motion for Entry of Proposed Scheduling and Procedural Order in Canjilon Creek Subsection of section 3 of the Rio Chama Stream System* (Doc. 11640, filed 05/11/2023, "Motion"). No response to the Motion was filed. The Motion is ready for decision.

DATED:  June 5, 2023

Respectfully submitted,

/s/ Edward C. Bagley
_____

EDWARD C. BAGLEY
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 827-7844

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail. Additionally, I have mailed a copy of this Notice to Abelardo E. and Geraldine E. Garcia at the following address:

Abelardo E. Garcia
Geraldine E. Garcia
P.O. Box 447
Canjilon, NM 87515

/s/ Edward C. Bagley
_____
Edward C. Bagley