IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
    State Engineer, *et al.*,

        Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

        Defendants.

No. 69 CV 07941-MV-KK

Rio Chama Adjudication

Village of Chama, Section 7

## UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL AND NOTICE OF SUBSTITUTION OF COUNSEL FOR CHAMA TROUTSTALKERS, LLC

Pursuant to D.N.M.LR-Civ. 83.8, Kyle Harwood and Luke Pierpont, of Egolf + Ferlic + Martinez + Harwood, LLC hereby move the Court to permit their withdrawal as counsel for Chama Troutstalkers, LLC in this matter. Tessa Davidson, of the Davidson Law Firm, LLC, hereby provides notice of her substitution as counsel and appearance on behalf of Chama Troutstalkers, LLC. Chama Troutstalkers, LLC consents to the foregoing requested withdrawal and substitution of counsel. A proposed order granting this motion has been submitted contemporaneously herewith.

Respectfully submitted,

**EGOLF + FERLIC +
MARTINEZ + HARWOOD, LLC**

/s/ Luke Pierpont
Luke Pierpont
Kyle S. Harwood
123 W. San Francisco St., Second Floor
Santa Fe, NM 87501
(505) 986-9641
Luke@EgolfLaw.com

1

**DAVIDSON LAW FIRM, LLC**

By: /s/ Tessa T. Davidson
    Tessa T. Davidson
    P.O. Box 2240
    Corrales, New Mexico  87048
    (505) 792-3636
    ttd@tessadavidson.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of June, 2023, I filed the foregoing electronically through the Court's CM/ECF system which caused the parties listed on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served via electronic mail.

    /s/ Tessa T. Davidson
    Tessa T. Davidson