IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

      Plaintiffs,

v.

ROMAN ARAGON, *et al.*,

      Defendants.

69cv07941 KWR/KK

Rio Chama Adjudication

Pueblo Claims Subproceeding 1

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 11643, filed June 9, 2023.

The Parties have been coordinating their negotiations to resolve the water rights claims of Ohkay Owingeh and Santa Clara Pueblo in *New Mexico v. Abbott*, No. 68cv7488 KWR/JHR (Rio Santa Cruz and Rio de Truchas), with their negotiations to resolve Ohkay Owingeh's water rights claims in *New Mexico v. Aragon*, No. 69cv7941 KWR/KK (Rio Chama). The Parties report that "[e]xcept for the United States, which needs congressional authorization to execute the settlement agreement, the settlement parties anticipate full execution of the agreement [in *Aragon*] by June 30, 2023." The Parties also report that "[s]ettlement of the Pueblos' claims, and those of the United States, in *Abbott* appears to be achievable within two years."

The Parties shall, by December 8, 2023, file a joint status report addressing the following: (1) settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE**