**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,

  v.

ROMAN ARAGON, *et al.*,

       Defendants.

No. 69-cv-7941-KWR-KK
Rio Chama Adjudication

Village of Chama, Section 7

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND NOTICE OF SUBSTITUTION OF COUNSEL FOR CHAMA TROUTSTALKERS, LLC

**THIS MATTER** is before the Court on the Motion to Withdraw and Notice of Substitution of Counsel for Chama Troutstalkers, LLC, Doc. 11642, filed June 9, 2023. Kyle Harwood and Luke Pierpont, of the law firm of Egolf + Ferlic + Martinez + Harwood, seek to withdraw as counsel for Chama Troutstalkers, LLC and state that Chama Troutstalkers, LLC consents to their withdrawal. Tessa Davidson, of the Davidson Law Firm, LLC, gives notice that she is appearing as substitute counsel on behalf of Chama Troutstalkers, LLC. *See* D.N.M.LR-Civ. 83.8(a) (a motion to withdraw must indicate consent of the client and notice of appointment of substitute attorney). No responses opposing the Motion have been filed.

    **IT IS ORDERED** that the Motion for Withdrawal as Counsel and Notice of Substitution of Counsel for Chama Troutstalkers, LLC, Doc. 11642, filed June 9, 2023, is **GRANTED.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**