IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* <br><br> State Engineer <br><br> Plaintiff, <br><br> v. <br><br> ROMAN ARAGON, *et al.*, <br><br> Defendants. | 69cv07941-KWR/KK <br><br> RIO CHAMA STREAM SYSTEM |

### STATE OF NEW MEXICO'S NOTICE OF FILING OF STATE'S RULE 1-071.3 REPORT

Pursuant to Rule 1-071.3 NMRA, the State of New Mexico, by and through its counsel, hereby submits its report setting out its priorities and allocation of resources for adjudications pending in both state and federal courts. The report is submitted in the form of the attached exhibits, setting out priorities and resources of the Lower Rio Grande Adjudication Bureau in Exhibit A, those of the Northern New Mexico and Pecos Adjudication Bureau in Exhibit B, and those of the Pueblos, Tribes, and Nations Bureau in Exhibit C.

Respectfully submitted,

/s/ Patricia Estrella

PATRICIA ESTRELLA
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail.

/s/ Patricia Estrella

Patricia Estrella