IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* <br><br> State Engineer <br><br>        Plaintiff, <br><br> v. <br><br> ROMAN ARAGON, *et al.*, <br><br>        Defendants. | 69cv07941-KWR/KK <br><br> RIO CHAMA STREAM SYSTEM <br><br> Section 1:  Chama Mainstem <br><br> Acéquia de Chamita <br> Acéquia de Hernandez <br> Acéquia de los Salazares |

**NOTICE OF BRIEFING COMPLETE RE: [DOC. 11634] STATE'S MOTION FOR COURT TO RULE ON DOC. NO. 10865, RENEWED MOTION BY THE STATE OF NEW MEXICO DO ADOPT, *IN PART*, TO MODIFY AND OBJECTIONS TO SPECIAL MASTER'S REPORT ON PRIORITIES FOR THREE ACEQUIAS**

Pursuant to D.N.M.LR-Civ. 7.4(e), Plaintiff State of New Mexico *ex rel.*, State Engineer ("State") hereby gives notice that briefing is complete on the *Motion by State of New Mexico for Court to Rule on Doc. No. 10865* (Doc. 11634, filed 02/01/2023, "Motion"). No response to the Motion was filed. The Motion is ready for decision.

DATED:  June 29, 2023

Respectfully submitted,

/s/ Patricia Estrella

PATRICIA ESTRELLA
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail.

/s/ Patricia Estrella

Patricia Estrella