IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*

State Engineer

   Plaintiff,

 v.

ROMAN ARAGON, *et al.*,

   Defendants.

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

Section 3: Rio Cebolla

Subfile No.: CHCB-003-0002

## [PROPOSED] ORDER CORRECTING DEFAULT JUDGMENT FOR SUBFILE NO. CHCB-003-0002

**THIS MATTER** is before the Court upon the Plaintiff, State of New Mexico, *ex rel.*, State Engineer's ("State") July 7, 2023, *Motion to Correct Error in Default Judgment for Subfile No. CHCB-003-0002* (Doc. XXX). The Court, being fully advised, finds that the State' motion is well taken and **GRANTS** the motion.

  **IT IS THEREFORE ORDERED** that the Court's *Order Granting Default Judgment* (Doc. 6992, filed 12/16/2002) is corrected as follows. Header C is changed from a "No Right" to an "Irrigation" right. Header D is changed from an "Irrigation" right to a "No Right." Therefore, Defendants have a right to irrigate 5.1 acres of land in accordance with Header C. Defendants have no right to irrigate lands under Header D.

Case 6:69-cv-07941-KWR-KK   Document 11649-1   Filed 07/07/23   Page 2 of 2

Page 2

**IT IS ALSO ORDERED** that, pursuant to this Court's Order under Docket No. 10891 (filed 02/04/2013), the Clerk of Court shall mail a copy of this Order to the Defendants at the following address.

Juan Archuleta
Pablo Archuleta Jr.
P.O. Box 161
Cebolla, NM 87518

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**