IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3:  Canjilon Creek<br><br>Subfile No.:  CHCJ-003-0058 |

### [PROPOSED] ORDER CORRECTING DEFAULT JUDGMENT FOR SUBFILE NO. CHCJ-003-0058

**THIS MATTER** is before the Court upon the Plaintiff, State of New Mexico, *ex rel.*, State Engineer's ("State") July 7, 2023, *Motion to Correct Default Judgment for Subfile No. CHCJ-003-0058* (Doc. XXX). The Court, being fully advised, finds that the State's motion is well taken and **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that the Court's *Order Granting Default Judgment* (Doc. 9110, filed 02/13/2008) is corrected by changing the description of the point of diversion for Header A from El Llano Ditch to Bordo Ditch.

**IT IS ALSO ORDERED** that, pursuant to this Court's Order under Docket No. 10891 (filed 02/04/2013), the Clerk of the Court shall mail a copy of this Order to the Defendants at the following address.

2

Abraham A. Chavez
Lena E. Chavez
815 ½ North Aztec Blvd.
Aztec, NM 87410

 

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**