IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　　Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3:   Canjilon Creek<br><br>Subfile No.:   CHCJ-005-0004<br>　　　　　　　CHCJ-006-0001 |

**CERTIFICATE OF SERVICE OF STATE'S INITIAL DISCLOSURES IN CANJILON SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM**

　　I hereby certify that, pursuant to this Court's *Scheduling and Procedural Order for Canjilon Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11653, filed 07/26/2023) and Fed. R. Civ. P. 26(a), on August 18, 2023, I mailed the *State of New Mexico's Initial Disclosures in Canjilon Subsection of Section 3 of the Rio Chama Stream System* to the following defendants at the address listed below:

Abelardo E. Garcia
Geraldine E. Garcia
P.O. Box 447
Canjilon, NM 87515

1

Respectfully submitted,

/s/ Patricia Estrella

PATRICIA ESTRELLA
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044