IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>Plaintiff,<br><br>v.<br><br>ROMAN ARAGON, *et al.*,<br><br>Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3:  Canjilon Creek<br><br>Subfile No.:  CHCJ-005-0004<br>                         CHCJ-006-0001 |

### NOTICE OF STIPULATION AND WITHDRAWAL OF OBJECTION TO PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS BY ABELARDO E. GARCIA AND GERALDINE E. GARCIA

Plaintiff State of New Mexico, *ex rel.* State Engineer ("State") hereby gives notice that Defendants Abelardo E. Garcia and Geraldine E. Garcia ("Garcias") (Subfile Nos. CHCJ-005-0004 and CHCJ-006-0001) have partially withdrawn their objections filed on July 29, 2014, in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System ("Canjilon Subsection"). *See Withdrawal of Objection and Stipulation on Priority Dates and Irrigation Water Requirements*, attached hereto as Exhibit 1.

On June 20, 2014, this Court entered its *Scheduling and Procedural Order for Determination of Priority dates and Irrigation Water Requirements in the Canjilon Subsection of Section 3 of the Rio Chama Stream System*, Doc. 11030, requiring defendants in the Canjilon Subsection to file an objection if they disagreed with the priority dates and irrigation water requirements proposed by the State for the Canjilon Subsection. On July 29, 2014, the Garcias

1

timely filed an objection to the proposed priority dates and irrigation water requirements for their water rights recognized in Subfile No. CHCJ-005-0004 and CHCJ-006-0001. *See* Doc. 11037.

The Garcias have now withdrawn their objection to the irrigation water requirements proposed by the State for the Canjilon Subsection. Exhibit 1. The Garcias have also withdrawn their objection to the State's proposed priority date of 1892 for the Garcias' water rights on Garcia Ditch No. 2. *Id.* The Garcias have not withdrawn their objection to the State's proposed priority date of 1900 for the Garcias' water rights on A.E. Garcia Ditch. *Id.*

Respectfully submitted,

/s/ Patricia Estrella

PATRICIA ESTRELLA
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail. Additionally, I have mailed a copy of this Notice to Abelardo E. and Geraldine E. Garcia at the following address:

Abelardo E. Garcia
Geraldine E. Garcia
P.O. Box 447
Canjilon, NM 87515

Patricia Estrella