IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*

State Engineer

        Plaintiff,

v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

Section 3:  Canjilon Creek

Subfile No.:  CHCJ-005-0004

                CHCJ-006-0001

## WITHDRAWAL OF OBJECTION AND STIPULATION ON PRIORITY DATES AND IRRIGATION WATER REQUIREMENTS

Defendants Abelardo E. Garcia and Geraldine E. Garcia ("Garcias") partially agree with the proposed determination of priority dates and irrigation water requirements in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System, as described in the Court's *Notice and Order to Show Cause* (Doc. 11030, filed 06/20/2014). The Garcias hereby withdraw their objections and stipulate to those proposals concerning Subfile Nos. CHCJ-005-0004 and CHCJ-006-0001 as follows:

1. The priority date for Garcia Ditch No. 2 is **1892**.

2. The irrigation water requirements for their surface water irrigation rights recognized in Subfile Nos. CHCJ-005-0004 and CHCJ-006-0001 are:

    a. Weighted consumptive irrigation requirement (CIR) is 1.16 acre-feet per acre per annum.

1

  b. The farm delivery requirement (FDR) is 2.90 acre-feet per acre per annum.

  c. The project diversion requirement (PDR) is 4.83 acre-feet per acre per annum.

3. The Garcias maintain their objection to the State's proposed priority date of **1900** for their water rights on the A.E. Garcia Ditch.

_____      10/6/2023
Abelardo E. Garcia            Date
P.O. Box 447
Canjilon, NM 87515


_____      10/6/2023
Geraldine E. Garcia            Date
P.O. Box 447
Canjilon, NM 87515