IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3:　Canjilon Creek<br><br>Subfile No.:　CHCJ-006-0001 |

### ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff State of New Mexico, *ex rel.* State Engineer's ("State") *Unopposed Motion to Extend Deadlines in Scheduling and Procedural Order for Canjilon Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11657, filed October 19, 2023) ("Motion to Extend").

The Court set the deadline for disclosure of expert witnesses and accompanying reports for October 24, 2023. *See Scheduling and Procedural Order for Canjilon Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11653, filed 7/26/2023) ("Procedural Order"). The Procedural Order also set deadlines for the rest of discovery, dispositive motions, and pretrial activities. *Id.*

Plaintiff asks the Court to extend the October 24, 2023 deadline for the disclosure of expert witnesses and accompanying reports to December 8, 2023. Plaintiff also asks the court to extend the other deadlines set in the Procedural Order by forty-five (45) days. Plaintiff asserts

that "an extension of time for expert witness disclosures and other discovery would enable the parties to refocus their efforts on the one remaining priority date issue" in this matter. Abelardo E. Garcia and Geraldine E. Garcia, the defendants in this matter, do not oppose the Motion to Extend.  The Court finds good cause to grant the requested extensions.

**IT IS THEREFORE ORDERED** that Plaintiff State of New Mexico, *ex rel.* State Engineer's *Unopposed Motion to Extend Deadlines in Scheduling and Procedural Order for Canjilon Subsection of Section 3 of the Rio Chama Stream System*, Doc. 11657, filed October 19, 2023, is **GRANTED.**  The October 24, 2023, deadline in the Procedural Order is reset for December 8, 2023. All other deadlines stated in the Procedural Order for this matter are also extended by forty-five days.

**IT IS ALSO ORDERED** that the Clerk mail a copy of this Order to:

Abeldardo E. Garcia and Geraldine E. Garcia
P.O. Box 447
Canjilon, NM 87515

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**