IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*

State Engineer

   Plaintiff,

  v.

ROMAN ARAGON, *et al.*,

   Defendants.

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

Section 3: Canjilon Creek

Subfile No.:  CHCJ-006-0001

## CERTIFICATE OF SERVICE BY STATE OF NEW MEXICO OF EXPERT WITNESS DISCLOSURE

Pursuant to this Court's July 26, 2023, *Scheduling and Procedural Order for Canjilon Subsection of Section 3 of the Rio Chama Stream System* ("Procedural Order") (Doc. 11653), the State of New Mexico certifies that on December 8, 2023, it served copies of the documents listed below by first class mail to Abelardo E. Garcia and Geraldine E. Garcia:

1. Expert witness report dated December 7, 2023, titled "History of the Initial Construction and Use of the A.E. Garcia Ditch at Canjilón Creek, Rio Arriba County, New Mexico," by Chris Baker, Ph.D. The report includes a statement of Dr. Baker's compensation as well as a complete statement of all opinions that Dr. Baker will express and the basis and reasons for them, as well as the facts or data considered in forming his opinion, as required by Fed. R. Civ. Proc. 26(a)(2)(B)(i-ii, vi) and this Court's Procedural Order.

2.      Dr. Baker's curriculum vitae, which includes, as required by Fed. R. Civ. Proc.

26(a)(2)(B)(iv-v) and this Court's Procedural Order, a list of publications authored by Dr. Baker

within the past ten (10) years and a list of all cases in which Dr. Baker has testified as an expert

witness in the past four years.

3.      Exhibits that will be used to support Dr. Baker's expert testimony, as require by

Fed. R. Civ. Proc. 26(a)(2)(B)(iii) and this Court's Procedural Order.

The above documents were mailed to Abelardo E. Garcia and Geraldine E. Garcia at the

following address:

Abelardo E. Garcia
Geraldine E. Garcia
P.O. Box 447
Canjilon, New Mexico 87515

DATED:  December 13, 2023

Respectfully submitted,

PATRICIA ESTRELLA
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 13, 2023, I filed the foregoing electronically

through the CM/ECF system, which caused the parties on the electronic service list, as more

fully set forth in the Notice of Electronic Filing, to be served by electronic mail. Additionally, I

have mailed a copy of this Certificate of Service to Abelardo E. Garcia and Geraldine E. Garcia

at the following address:

 Abelardo E. Garcia
 Geraldine E. Garcia
 P.O. Box 447
 Canjilon, New Mexico 87515

_____

Patricia Estrella