IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* State Engineer<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROMAN ARAGON, *et al.*,<br><br>　　　　　Defendants. | 69cv07941-KWR/KK<br><br>RIO CHAMA STREAM SYSTEM<br><br>Section 3:　Rio Cebolla<br><br>Subfile No.:　CHCB-008-0001 |

## MOTION TO VACATE DUPLICATE ORDER IN SUBFILE CHCB-008-0001

　　Comes now Plaintiff State of New Mexico, *ex rel.*, State Engineer ("State") and moves the Court to vacate the *Order Amending Consent Order Filed July 31, 2002 in Subfile CHCB-008-0001* (Doc. 11388, filed 10/23/2018). As grounds therefor, Plaintiff states:

　　1.　　The Order was filed in error and is a duplicate of Document No. 11384, which was filed on September 26, 2018. In order to clear the record, the State requests that the Court at this time vacate the duplicative Order filed on October 23, 2018.

　　WHEREFORE, the plaintiff State of New Mexico request the Court to enter its order vacating the Order Amending Consent Order, which was filed on October 23, 2018, in Subfile No. CHCB-008-0001.

DATED:  December 15, 2023

1

Respectfully submitted,

*[signature]*

PATRICIA ESTRELLA
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on December 15, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail. Additionally, I have mailed a copy of this Motion to Defendants Clyde C. Baker and Theresa Baker at the following address:

Clyde C. Baker
Theresa Baker
P.O. Box 245
Cebolla, NM 87518

                 /s/ Patricia Estrella
                 Patricia Estrella