IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*

State Engineer

       Plaintiff,

v.

ROMAN ARAGON, *et al.*,

       Defendants.

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

Section 3:  Rio Cebolla

Subfile No.:   CHCB-008-0001

### ORDER VACATING DUPLICATE ORDER IN SUBFILE CHCB-008-0001

**THIS MATTER** comes before the Court on the State of New Mexico's *Motion to Vacate Duplicate Order in Subfile CHCB-008-0001*, Doc. 11661, filed December 15, 2023. The State seeks to vacate Doc. 11388, filed October 23, 2018, which is a duplicate of the previously filed order amending the consent order filed for the subfile. *See* Doc. 11384, filed September 26, 2018. No responses opposing the motion have been filed.

**IT IS ORDERED** that:

(i)    The State of New Mexico's *Motion to Vacate Duplicate Order in Subfile CHCB-008-0001*, Doc. 11661, filed December 15, 2023, is **GRANTED.**

(ii)   The Clerk of Court shall mail a copy of this Order to the following:

Clyde C. Baker
Theresa Baker
P.O. Box 245
Cebolla, NM 87518

**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

1