IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*

State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

Section 3:   Canjilon Creek

**PARTIAL FINAL JUDGMENT AND DECREE ON SURFACE WATER IRRIGATION RIGHTS IN THE CANJILON CREEK SUBSECTION OF SECTION 3 OF THE RIO CHAMA STREAM SYSTEM**

THIS MATTER comes before the Court upon the Plaintiff State of New Mexico, *ex rel.* State Engineer's motion for the entry of a Partial Final Judgment and Decree on Surface Water Irrigation rights in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System ("Decree"). The Court, having considered the pleadings and orders previously filed or entered and being fully advised, FINDS:

1. The Court has jurisdiction over the subject matter and parties.

2. This case is a general adjudication of all rights to divert or impound and beneficially use the public surface and underground waters of the Rio Chama Stream System, a tributary of the Rio Grande.

3. This Decree is entered for the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System ("Canjilon Creek Subsection") in accordance with NMSA 1978, § 72-4-19 (1907). The Canjilon Creek Subsection includes the watershed of Canjilon Creek, a tributary of

the Rio Chama. All rights to divert and use surface water for irrigation purposes in the Canjilon Creek Subsection are decreed herein. This Decree does not determine, affect, or adjudicate claims to groundwater or stockwatering uses in the Canjilon Creek Subsection.

4. Orders adjudicating the water rights for defendants in the Canjilon Creek Subsection for surface water irrigation use, as against the State of New Mexico, have previously been entered for all subfiles within this subsection of the stream system. These subfile orders are expressly approved and confirmed as valid as of the date of the entry of the individual subfile order.

5. The Addendum attached to this Decree summarizes the water rights adjudicated and decreed herein. The substantive elements of the water rights are those described and adjudicated by the individual subfile orders and subsequent orders of the Court, unless clearly noted otherwise in the Addendum.

6. All claims to the diversion and use of public surface water in the Canjilon Creek Subsection for irrigation purposes have been determined and adjudicated by the Court.

7. Beneficial use is the basis, the measure, and the limit of all the water rights decreed herein.

8. On May 27, 2025, the Court filed its *Order Establishing Procedures for Entry of Partial Final Judgment and Decree on Surface Water Irrigation Rights in the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11694) to control the course of *inter se* proceedings in the Canjilon Creek Subsection leading to the entry of this Decree. Notice of the deadline for filing *inter se* objections to any water rights previously adjudicated in a subfile order and described in this Decree was served on all claimants, known and unknown, to the use of water in the Canjilon Creek Subsection.

9. Throughout the course of these proceedings, all claimants to the use of water in the Canjilon Creek Subsection were provided with adequate legal notice of all proceedings to adjudicate their water rights claims and adequate legal notice of all *inter se* proceedings.

10. This Decree is a final adjudication of all surface water rights for irrigation purposes in the Canjilon Creek Subsection and is binding between and among the plaintiff and all persons claiming water rights of any type in the Canjilon Creek Subsection.

11. The right of parties to the Rio Chama adjudication suit who are not included within the Canjilon Creek Subsection to contest any individual water rights adjudicated within this subsection of the stream system is expressly reserved until this Court orders further *inter se* proceedings for the Rio Chama Stream System.

12. The water rights adjudicated herein may in the future be subject to general *inter se* proceedings that involve all adjudicated water rights of the Rio Grande Stream System and its tributaries.

13. There is no just reason for delay, and this Decree is a final judgment in accordance with Fed. R. Civ. P. 54(b).

IT IS THEREFORE ORDERED, ADJUDGED, AND Decreed:

1. All water rights for surface water irrigation uses within the Canjilon Creek Subsection of Section 3 of the Rio Chama Stream System, as set forth in previously filed orders and summarized in the Addendum attached hereto, are finally adjudicated by this Decree.

2. The defendants whose water rights are adjudicated herein, their successors, representatives and assigns, are hereby enjoined from diverting or using the public waters of the

Rio Chama Stream System except in strict accordance with this Decree and such other orders of the Court that may be entered in this cause.

3. There is no just reason for delay, and the Court hereby expressly directs entry of this Decree pursuant to Fed. R. Civ. P. 54(b).

4. The attached Addendum is incorporated by reference as though fully set forth herein. In the event there is a discrepancy between a description of water rights set forth in the Addendum and the specific order or document that determines that right, the specific order or document controls, unless expressly stated otherwise in the Addendum.

5. Jurisdiction is reserved to determine and adjudicate claims, disputes, or contests *inter se* between defendants in the Canjilon Creek Subsection and defendants in other sections or subsection of the Rio Chama Stream System.

6. Jurisdiction is reserved until further order for the purpose of enforcing the provisions of this Decree and entering such supplementary orders as may be necessary for the enforcement, modification, and correction of this Decree and other orders heretofore entered.

DATED this 20th day of August, 2025

/S/
_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE