IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*

State Engineer

        Plaintiff,

  v.

ROMAN ARAGON, *et al.*,

        Defendants.

69cv07941-KWR/KK

RIO CHAMA STREAM SYSTEM

Section 3:  Rio Cebolla

**MOTION FOR STATUS CONFERENCE**

    Plaintiff State of New Mexico, *ex rel.* State Engineer ("State"), through undersigned counsel, moves the Court to hold a status conference to discuss resolution of the last remaining objection to the State's proposed irrigation water requirements in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System adjudication. As justification for this motion, Plaintiff states the following:

    1.  On September 11, 2017, pursuant to its *Scheduling and Procedural Order for Determination of Priority Dates and Irrigation Water Requirements in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11283), the Court issued its *Notice and Order to Show Cause in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* ("Order to Show Cause") (Doc. 11281).

1

2. The Order to Show Cause notified all defendants in the Rio Cebolla Subsection of the proposed priority dates and irrigation water requirements for all surface water irrigation rights in the Rio Cebolla Subsection. (Doc. 11281).

3. Defendants had until December 11, 2017, to file an objection with the Court if they disagreed with the priority dates and irrigation water requirements. *Id.* at 9.

4. On December 11, 2017, the Associación de Acéquias Norteñas de Rio Arriba, the Acéquia Madre de Cebolla, and the Acéquia Pinavetal (collectively "the Acéquias") filed an objection on their own behalf and on behalf of their members. (Doc. 11309).

5. The Acéquias did not object to the proposed priority dates so long as the administration of water in the Rio Cebolla subsection followed historical customs and practices. *Id.* ¶ 1.

6. The Acéquias objected to the proposed consumptive irrigation requirement ("CIR") "because that number understates the actual and historic CIR within the Rio Cebolla subsection." *Id.* ¶ 2.

7. The Acéquias also objected "to the on-farm and ditch efficiencies used to calculate the farm delivery requirement (FDR) and the [project diversion requirement] PDR." *Id.* ¶ 3.

8. The Acéquias asked the Court for "time to conduct their own analysis," which they anticipated would be completed in the 2018 irrigation season. *Id.*

9. On October 23, 2018, the Court entered its *Order Making Final Determination of Priority Dates in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System* (Doc. 11390).

10. The Acéquias' objection to the proposed CIR, FDR, and PDR is the last outstanding objection in the Rio Cebolla subsection. Resolution of the Acéquias' objection will allow the

Court to finalize the irrigation water requirements in the Rio Cebolla Subsection and bring the adjudication one step closer to a partial final judgment and decree.

11.  The State and counsel for the Acéquias have had positive discussions about a proposed resolution. The Acéquias will be meeting in December to discuss the proposed resolution.

12.  To allow time for the Acéquias to consider the proposed resolution at their annual December meeting, the State requests that the status conference be scheduled for a date after January 19, 2026.

13.  Counsel for the Acéquias does not oppose this motion.

THEREFORE, the State respectfully requests the Court enter an Order setting a status conference after January 19, 2026, to discuss the resolution of the Acéquias' objection filed in response to the State's proposed irrigation water requirements in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System.

DATED:  October 23, 2025

                                              Respectfully submitted,

                                              PATRICIA ESTRELLA
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504-5102
(505) 819-1044

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the parties on the electronic service list, as more fully set forth in the Notice of Electronic Filing, to be served by electronic mail.

_/s/ Patricia Estrella_

Patricia Estrella