IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,

   v.

ROMAN ARAGON, *et al.*,

       Defendants.

No. 69cv07941 KWR/KK

Rio Chama Adjudication

Section 3: Rio Cebolla

**ORDER DENYING MOTION FOR STATUS CONFERENCE**

**THIS MATTER** is before the Court on Plaintiff State of New Mexico's Motion for Status Report, Doc. 11704, filed October 23, 2025 ("Motion"). The State of New Mexico states the objection to the proposed irrigation water requirements filed by the Associación de Acéquias Norteñas de Rio Arriba, the Acéquia Madre de Cebolla, and the Acéquia Pinavetal (collectively "the Acéquias") is the last remaining objection to the State's proposed irrigation water requirements in the Rio Cebolla Subsection of Section 3 of the Rio Chama Stream System adjudication. *See* Motion at 1-2. The State also states: "The State and counsel for the Acéquias have had positive discussions about a proposed resolution. The Acéquias will be meeting in December to discuss the proposed resolution." Motion at 3. The State requests that the Court set a status conference after January 19, 2026, "to discuss the resolution of the Acéquias' objection." Motion at 3. Counsel for the Acéquias does not oppose the Motion. *See* Motion at 3.

The Court denies the Motion without prejudice as premature and because it fails to articulate what the State wishes to discuss that cannot be addressed in a written status report. The State may renew its request for a status report after conferring with the Acéquias after their December meeting. Any renewed request for a status conference must include a written status

report and must identify all issues the parties seek to address in the status conference.

**IT IS ORDERED** that Plaintiff State of New Mexico's Motion for Status Report, Doc. 11704, filed October 23, 2025, is **DENIED without prejudice.**

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**